# `IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 25-cv-12173 |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' EXHIBIT LIST TO EMERGENCY MOTION FOR
## TEMPORARY RESTRAINING ORDER

| Ex. No. | Name/Description |
|---|---|
| 1 | Declaration of David Black |
| 2 | Declaration of Father Brendan Curran |
| 3 | Declaration of Beth Johnson |
| 4 | Declaration of Quincy Worthington |
| 5 | Declaration of Alderman Byron Sigcho-Lopez |
| 6 | Declaration of William Paulson |
| 7 | Declaration of Madeline Sullivan |
| 8 | Declaration of Leigh Kunkel |
| 9 | Declaration of Monica Breslin |
| 10 | Declaration of Daniel Shouse |
| 11 | Declaration of Terrence Roche |
| 12 | Declaration of Autumn Reidy-Hamer |
| 13 | Declaration of Michele Narvaez |
| 14 | Declaration of Adam Gottlieb |
| 15 | Declaration of Scott Sakiyama |
| 16 | Declaration of Charles Thrush |

| 17 | Declaration of Raven Geary |
| 18 | Declaration of Stephen Held |
| 19 | Declaration of Colin Boyle |
| 20 | Declaration of Stephanie Lulay |
| 21 | Declaration of Paul Goyette |
| 22 | Declaration of Shawn Mulcahy |
| 23 | Declaration of Dave Decker |
| 24 | Declaration of Stephen Griswold |
| 25 | Declaration of Andrew Grimm |
| 26 | Declaration of Jeff Arnold |
| 27 | Declaration of Robert Butler-Bey |
| 28 | Declaration of Dimeko Harden |
| 29 | Declaration of Jose Juan Alvarado |
| 30 | Declaration of Reggie Thompson |
| 31 | Declaration of Brad Thomson |
| 32 | Declaration of Gil Kerlikowske |
| 33 | Declaration of Dr. Rohini Haar |
| 34 | Declaration of Brian Orozco |
| 35 | Photos from Plaintiff Paulson of Beach Street Protest |
| 36 | Affidavit of Acting Fire Chief Matthew J. Martin |
| 37 | Photos of Beach Street and Fence |
| 38 | Federal Protective Service, Intelligence Operations Division Assessment |
| 39 | Supplemental Declaration of Paul Goyette |
| 40 | Opinion and Order Granting Motion for Temporary Restraining Order, *State of Oregon v. Trump*, No. 3:25-cv-1756-IM |
| 41 | Declaration of Enrique Espinoza |
| 42 | Declaration of Amanda Yarusso |
| 43 | Video of Plaintiff Black being pepper sprayed on 9/19/2025 |
| 44 | Video of Plaintiff Black being pepperballed on 9/19/2025 |
| 45 | Video of ICE agents, including Defendant Bovino, shoving and arresting protesters on 10/3/2025 |

CHICAGO HEADLINE CLUB et al.

By:     /s/ Elizabeth Wang _____
*One of Plaintiffs Attorneys*

*Counsel for Plaintiff*

Jon Loevy
Heather Lewis Donnell
Locke Bowman
Steve Art
Theresa Kleinhaus
Matt Topic
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL
RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker
School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 601
Washington DC 20006
(202) 579-4582
hayden.johnson@protectdemocracy.org
katie.schwartzmann@protectdemocracy.org
conor.gaffney@protectdemocracy.org
*\* Application for pro hac vice forthcoming*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
**ROGER BALDWIN FOUNDATION OF
ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org