Docusign Envelope ID: 6B41C258-E271-412A-9705-8F089B41EE08

## DECLARATION OF BETH JOHNSON

Beth Johnson, being under oath and on penalty of perjury, states:

1.	I am an ordained minister in the Unitarian Universality Church. I graduated from Claremont School of Theology with a Master of Divinity and a Doctorate in Ministry. I currently work as a minister at the Unitarian Universalist Church of Hinsdale.

2.	With the arrival in the Chicago area of many additional officers employed by Immigration and Customs Enforcement ("ICE"), I felt called by my faith to come to the area around the Broadview ICE facility in Broadview, Illinois to protest the unnecessary and brutal enforcement of the immigration laws and minister to the people there. In all, I have protested and ministered at the Broadview ICE facility on three days so far: September 5, September 19 and September 26.

3.	On each of those three occasions, I have been standing outside the Broadview ICE facility wearing my religious collar and sometimes also my stole. I have been there with a group called Songs for Liberation. I have always been on public grounds like the street, sidewalk, or grass next to the sidewalk.

4.	On September 5, 2025, when I was at Broadview I was praying and sitting with people praying the rosary. ICE agents were there. I could recognize them based on their uniforms. Later after the prayer vigil was finished, ICE deployed some pepper balls against the people gathered. ICE was not as aggressive on September 5 as they would later become.

5.	On September 19, 2025, I was present on the street and sidewalk outside 1930 Beach St. I was wearing my collar. I was praying and singing with other clergy.

**EXHIBIT 3**

6.      Suddenly there was a big escalation in the use of force by the ICE officers. There were ICE agents on the roof of the building launching pepper balls. We were not told to move before they began launching pepper balls.

7.      I have severe asthma and had to move away from the building because of the chemical weapons.  I had to leave to rinse out my eyes. My breathing continued to be effected even after I left.

8.       On September 26, 2025 I was at Broadview on the Harvard Ave. side. I was on the sidewalk, street, and grass. I was wearing my collar. I was with Songs for Liberation again. We were standing around singing, praying, and chanting.

9.      The ICE agents were dressed in their same uniforms as before and they further escalated their violence. They would intermittently use chemical weapons or rubber bullets. We did not do anything to provoke these attacks and there was no warning. We were just standing around singing and praying and they would deploy weapons against us.

10.      One of the members of Songs of Liberation had her guitar hit with a rubber bullet.

11.      We were singing old protest hymns like "We shall not be moved." We eventually we changed it to "Even if they tear gas us, we shall not be moved." We also sang "We shall not be moved," in Spanish. This song is about standing up for justice in a metaphorical sense. We were not literally blocking anything and no one ever asked us to move. Nonetheless, we were continuously tear-gassed and had pepper balls launched at us.

12.      Eventually I had to leave. My breathing difficulties continued for days afterward.

13.      As a person of faith, I feel called to be in solidarity with the individuals in the ICE facility and to live my faith commitments. I want to continue to express my faith at the

2

Docusign Envelope ID: 6B41C258-E271-412A-9705-8F089B41EE08

Broadview ICE facility, even if there is a risk of being continually tear-gassed and hit with

rubber bullets.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the
United States of America that the foregoing is true and correct.

Executed on:

10/4/2025
_____
Date

Signed by:

*Beth Johnson*
CD527B9E91254C5...
The Rev. Dr. Beth Johnson