# Declaration of Quincy Worthington

1. My name is Quincy Worthington.

2. I've been every Friday & some Saturdays since beginning of September.

3. I've seen ICE officers shove people to the ground, fire pepper bullets, spray pepper spray. I've been & pepper sprayed, tear gassed. I've witnessed people being hit with sponge grenades.

4. ~~I've witnessed peaceful protestors be pushed by vehicles~~

5. I'm a Presbyterian minister.

6. I've been praying. I'm here under religious obligation. My prayers have been interrupted by ICE officers.

7. I am here with other faith leaders & intend to come back. I am fearful & fear for my safety. Last week I wore a bulletproof vest to the protests.

8. I was coughing for 2 days after being tear gassed. My skin was burning.

EXHIBIT 4

cont...

11) I am in fear of my 1st Amendment rights being violated. I plan on returning to protest.

9) I have been to protests for the last few years & I haven't seen anything with this level of unprovoked brutality. The violence has targeted identifiable clergy.

10) I make these statements under penalty of perjury & if called upon to testify, I can do so completely.

12) I have seen escalation of brutality throughout the weeks

X [signature]   10/3/25