Docusign Envelope ID: 6CF1E01E-065B-406F-B223-AA446711636B

## DECLARATION OF ALDERMAN BYRON SIGCHO-LOPEZ

I, Byron Sigcho-Lopez, declare as follows:

1. I am the elected Alderman for the 25th Ward in the City of Chicago, which includes the Pilsen, Little Village, University Village, Marshall Square, and the Heart of Chicago neighborhoods.

2. Since January 2025, residents in my Ward have reported fear and confusion regarding increased federal immigration activity. This spring and continuing through the present, my office has received numerous reports from local schools and childcare centers confirming that children have stopped attending in fear that they and their families will be kidnapped or deported. I am familiar with many community vendors and small businesses that have closed as fear and anxiety have swept through the neighborhoods I represent.

3. I am aware that Chicago has become a political target for the federal administration. I believe, and my constituents have overwhelmingly expressed, that the violent and militarized tactics of federal immigration enforcement agents spread fear and disorder in our neighborhoods and do not make us safer. They make us unsafe. Crime in Chicago is down because our elected officials and communities have made us safe.

4. I first visited the Broadview ICE detention facility around Father's Day weekend, 2025, when immigrants were told to report to the Broadview site without explanation. Starting in July 2025, I attended Friday gatherings at the facility led by faith leaders. I attended protests at Broadview on multiple occasions between July and September 2025 to express my concerns and the concerns of my constituents about the violent escalation of immigration agents in the community I represent. I also attended to bear witness to reports of illegal detentions and gratuitous force against protesters by federal agents. I also wanted to ensure that people detained at the facility had access to attorneys and that their legal rights were respected. The protests I attended were generally calm until the protest on September 19, 2025.

5. On the morning of Friday, September 19, 2025, I traveled to the Broadview ICE facility to protest. I arrived at the front of the facility, where I stood on the street and sidewalk alongside other elected officials, journalists, and protesters. I noticed agents holding rifles standing on top of the facility, wearing masks and camouflage uniforms. I noticed those agents pointing their guns at the crowd of protesters. I was there to communicate my views and the views of my constituents that ICE's activities were harmful, illegal, and immoral through peaceful protest.

**EXHIBIT 5**

6. I was being interviewed by the press when a group of agents emerged from a gate connected to a parking lot near the ICE facility. The agents wore camouflage uniforms, masks, and military gear. Protesters on the street were chanting and holding signs. Suddenly, I noticed rubber bullets flying through the air from the direction of the agents on the roof. I felt a canister hit my leg and noticed gas around me. The tear gas was a shock to my system. I could not see or breathe, and I felt like I was suffocating. I was immobilized for a few minutes. Another protester rescued me and provided me with an inhaler so I could breathe. I needed a long time to recover. By the time I could see and was breathing normally, there were not many protesters left. I never heard any order to disperse or other instruction to leave the area.

7. I returned to Broadview on Friday, September 26th, around 11:30 am. I had intended to continue to protest that day. I had learned that my constituent, Elias Cepeda, had been arrested. I arrived at a gate that had newly been put up on the south side of the facility. I could smell lingering tear gas that had been used in the area. There were seven or eight agents standing at the gate. I spoke to an agent and identified myself as an elected Alderman and gave the agent a copy of my official government business card. I told the officer I was checking on my constituent and repeatedly asked where Mr. Cepeda was being held. The agent was masked and wore no name tag or other identifier. He told me no one was in charge and he had no response for me. He took my card, but no one from ICE or any other federal agency ever contacted me.

8. I intend to continue to return to the Broadview ICE detention facility to protest against the policies that are causing harm in my community. However, based on the use of tear gas, pepper balls, and other violent tactics I have witnessed by federal agents, I am concerned about whether I and my constituents will be able to safely continue to attend those protests.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/2/2025

_____
Date

Signed by: [signature]

Byron Sigcho-Lopez