## Declaration of Daniel Shouse

1. My name is Daniel Shouse. I live in Palatine, IL. I state the following is true and correct under penalty of perjury.
2. On Monday, September 22nd 2025, I was peacefully protesting at the Ice Detention Facility in Broadview, IL.
3. I was standing near the entrance for vehicles when I was suddenly shot multiple times by Ice Agents with paintball guns on the roof.
4. This confused me because I wasn't blocking any cars from entering or leaving.
5. The injuries left many bruises throughout my body.
6. On Wednesday September 24th I was walking to the gas station from the protest at the Broadview facility when a dark grey pickup truck carrying 3 Ice agents quickly pulled up.
7. One of the passengers got out and shoved me. He told me to get out of the way. I told him this isn't an entry way and that the entrance to the facility was in the other direction.
8. He got back inside the truck and I began to walk away. The driver accelerated rapidly and went over the curb to run me over.
9. I had to be taken to the hospital by ambulance and was put in a neckbrace. I also suffered

**EXHIBIT 10**

multiple cuts and bruises.
10. I missed multiple days of work due to my injuries.

The statement above is true and correct to the best of my recollection. If called upon to testify I can do so competently.

x _Daniel Shouse_       9/29/25
Daniel Shouse       date