Docusign Envelope ID: FE356684-E3CC-4327-B29B-5DD2A44EBEDF

# DECLARATION OF AUTUMN REIDY-HAMER

I, Autumn Reidy-Hamer, declare as follows:

1. My name is Autumn Reidy-Hamer. I am over 18-years-old and competent to testify. I reside in Oak Park, Illinois.

2. As an Oak Park and Illinois resident, I am concerned about the United States Immigration and Customs Enforcement (ICE) and United States Customs and Border Protection (CPB) activity at the Broadview facility as it is close to my home. I am concerned that ICE activity is affecting the community in which I live and my neighbors.

3. I decided to attend a planned protest with local elected officials on Friday, September 26, 2025, in order to observe what the federal agents are doing at the facility and to voice my concern about the actions of the federal government in my local community.

4. I had seen news coverage of ICE's and CPB's actions in my suburban community and learned that there was a facility to which people were being taken right in my backyard. I wanted to voice my opinion that it is not right to round up people and not allow them access to local officials and sometimes their attorneys and families. I saw on the news that ICE and CPB were escalating their actions and mistreating peaceful protestors. I started to become concerned that any dissent against ICE and CPB actions was being severely punished. I wanted to gather with a group of my neighbors and elected officials to speak out against this peacefully and to say that the ICE and CPB actions do not represent me as a citizen and constituent.

### September 26, 2025

5. I traveled to the ICE facility in Broadview and arrived at around 6:45 a.m. I started at a small gathering of civilians on Beach Street between Lexington Street and a constructed fence in front of the facility. I then walked down 25th Avenue to a gathering of civilians and elected officials at Harvard Street in front of another entrance in the constructed fence around the facility at Harvard and Beach Street. People were singing, and it was a light-hearted, community-building atmosphere. We were chanting "This is what democracy looks like," and "Whose streets, our streets."

6. People who appeared to be federal agents stood inside of the fence around the ICE facility. They were wearing army fatigues, some camouflage and some plain green. Some of them were marked with "ICE," "POLICE," or "BORDER PATROL." They were attempting to provoke the gathered civilians on Harvard Street. Without any action by the

**EXHIBIT 12**

peaceful protesters, or any dispersal order, the federal agents threw tear gas grenades and flash-bang grenades at us. Agents approached from the fence's entrance and threw the grenades and some also threw them from along the fence. Agents positioned on the roof shot projectiles which I later saw were rubber bullets and pepperballs. The situation was very disorienting. I inhaled tear gas, and it was in my eyes. One of the flash-bang grenades thrown by the agents landed right next to me. I experienced temporary hearing loss and ringing in my ear. I did not understand why the agents threw these grenades at us because none of the civilians were disobeying any orders or directing any actions towards the agents.

7. I left the scene after the flash-bang grenade detonated near me. I was very rattled by the experience.

8. The unprovoked actions of the federal agents against citizens made me more concerned about their presence in my community and also scared about returning. I did not want to go back to the ICE Facility on Saturday. However, I told my senior citizen parents about what happened to me and they were outraged about what was going on and what happened to their child. They wanted to express that they disapproved of the ICE Agents' actions. I did not want my parents to attend alone. I was even more afraid when I read that ICE told the Mayor of Broadview that they were going to double down on actions against First Amendment protesters.

**September 27, 2025**

9. I returned to the protest at the ICE facility in Broadview at 6:30 p.m. on Saturday, September 27, 2025, with my parents.

10. We went to the area close to the constructed fence along Beach Street between Lexington Street and Harvard Street. Agents were again in camouflage and plain green army fatigues marked with "ICE," "POLICE," and "BORDER PATROL." At least one person wore khaki pants and a black shirt that said "ATF." (Attach A.)

11. On Saturday, the federal agents' reaction escalated even more quickly again with no provocation from protesters. ICE agents almost immediately came out from the fence walking alongside a pick up truck. Agents were armed with what looked like paintball guns. They started pushing people from the street onto the sidewalk and grassy parkway. It was a terrifying situation to witness. I was afraid that me or my parents could be detained even though we were not doing anything except speaking.

12. After the agents and the pick up truck went back inside the fenced area, I made my parents leave. I was concerned for their safety.

13. I stayed but hung in the back a little to see what would happen. I saw agents starting to assemble on the rooftop. I was afraid the Agents were getting ready to blitz us. It got very quiet among the civilians. I started to take steps back toward Lexington Street because I was afraid that the civilians were kettled into the area on Beach Street by fencing and buildings. I thought the agents would come out and it would be bad for the protesters. Things started exploding above my head. The protesters around me appeared very unprepared. There was tear gas in my eyes and I started choking.

14. When the agents stopped throwing more tear gas and flash-bang grenades, I washed the tear gas out of my eyes. I then helped four other protesters wipe tear gas from their eyes. I left after that.

15. During both of these times close to the ICE Facility, I never heard a single dispersal order.

**October 3, 2025**

16. I was very hesitant to return to the ICE Facility. I did not want anyone, including myself, to go alone. My friend wanted to attend on October 3, 2025, and while I was afraid to go, I was more afraid for her to be there by herself. We parked far away from the ICE facility on Roosevelt near 25th Avenue. There was a group of demonstrators on Harvard Street and 25th Ave and an interfaith prayer group happening. We observed that for a few minutes.

17. We went to Lexington and Beach Street. There were concrete barricades up on both sides of Beach Street, south of Lexington. The barricades moved the protesters further away from the ICE Facility. There were Illinois State Police (ISP) officers there. There were no longer any vehicles moving on that side. On the roof of the Ice Facility, people who looked like Kristy Noem and Gregory Bovino seemed to be having their pictures taken.

18. My friend had a little speaker and she was playing music including songs by Marvin Gaye and Bad Bunny to break the tension. She told an ISP officer that she did not consent to her tax dollars being used in that way.

19. We walked around to 25th Avenue and Harvard Street. ISP was there in full force - we counted about 50 officers and ISP cars were parked along 25th Avenue which was otherwise closed. ISP appeared to be protecting ICE.

3

20. People were yelling that the federal agents were shooting pepperballs so I hung back. ICE Agents and State Police started to push everyone. At one point they came out in vehicles that looked like tanks except they had no weapons on top. I saw agents wearing clothing that said, "HSI," Border Control Agent," "ERO," and "SRT." They wore tactical gear, gators, gloves, helmets, and some appeared to have some kind of gun, hopefully a paintball or pepperball gun, but I wasn't sure. A vehicle said, "police special response team."

21. State police were pushing people to the side. On the other side, ISP officers started pushing civilians. I was trying to stay out of the way and I was very nervous. The ICE agents started pushing us violently and said to step over a one foot metal barrier. I did so but tried to keep an eye on my friend who had been caught in a circle of federal agents. The ISP officers told me to go back over the metal barrier, but I did not want to get in the way of the ICE agents. I was pushed by ICE agents into ISP officers, and then the ISP officers pushed me. I was afraid.

22. I watched Bovino push my friend. She stumbled and her knee hit the ground. Bovino was telling her, "back away, back away." I was able to grab my friend's arm. We backed away with the rest of the crowd. It was very jarring and scary.

23. A motorcade came in and out of the Harvard side of the ICE Facility. People in the motorcade were filming us with phones. Bovino popped his head out of the top of one of the vehicles.

24. Afterwards, my friend and I walked down to Roosevelt to my car. I saw the motorcade come up a sidestreet, go west on Roosevelt and and then south on 25th and pull into the Broadview Municipal Building.

25. From what I observed, the newly established First Amendment area did not help protect the demonstrators.

26.  I have not been able to sleep well after the two incidents on September 26 and 27, 2025 . I am also more jarred by loud noises than I was before.

27. I'm not sure if I will return to the ICE Facility. I would like to but it's nerve wracking and scary. When I go to exercise my First Amendment rights, it feels like I am taking a big risk and I don't know what I will encounter. I am not going to the next planned First Amendment demonstration because it is too much to handle. The ICE agents' actions and shooting of projectiles at the civilians have made me hesitant to return. I want to show up

Docusign Envelope ID: FE356684-E3CC-4327-B29B-5DD2A44EBEDF

for my First Amendment rights again, but I also want to be safe. I don't know how it can be safe when the ICE Agents throw grenades and shoot pepperballs when the civilians do not do anything and without any warning.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/4/2025

Autumn Reidy-Hamer