# DECLARATION OF ADAM GOTTLIEB

1. ~~Ubove~~ My name is Adam Gottlieb. I have!

2. I have been here every Friday for the last 5 weeks.

3. The violence from ICE has escalated every week.

4. The second week I was here I experienced tear gas & pepper spray fired by armed agents.

5. I am here with Songs 4 Liberation, a Jewish coalition, and an interfaith coalition.

6. I make these statements under penalty of perjury and if called upon to testify, I can do so completely.

X *Adam Gottlieb* 10/3/25

EXHIBIT 14

cont... Adam Gottlieb

7) I witnessed the high-powered pepper guns dent the building.

8) I was not hit, but I saw people get hit with foam bullets/sponge grenades.

9) I witnessed my friend's guitar get hit with a sponge grenade.

x ~~~~~

10) I witnessed people getting hit on their legs & torsos with a new weapon.

11) I am fearful for my safety & we are unable to exercise our 1st amendment rights w/o risking violence.

x ~~~~~~

12) I make these statements under penalty of perjury and if called upon to testify, I can do so completely.

x _Adam Gottlieb_ 10/13/2025