**Declaration of Raven Geary**

I, Raven Geary, declare as follows:

1. My name is Raven Geary. I am 36 years old and am competent to make this declaration. I reside in Chicago, Illinois.

2. I am a co-founder and reporter with Unraveled Press. I have been a journalist for five years, and have covered demonstrations for a variety of other publications preceding Unraveled.

3. I have gone to the protests and to observe ICE activity at Broadview as a contract reporter for Unraveled Press to report on the protests occurring there on dozens of occasions since September. All are documented on social media. The most significant escalation of violence from federal agents occurred on September 26 and 27.

4. For each day that I attended the protests, I wore a visible press credential lanyard around my neck in addition to a helmet labeled "PRESS" on both the front and back. I also have "PRESS" backpack patches.

5. When protesters are face-to-face with law enforcement, I try to stand away from the protesters but near enough that I can observe and video or photograph. Sometimes, however, I am forced to go into a crowd of protesters to conduct interviews or to get a better perspective on what is happening so that I can accurately report on it. I never interfere with police activities when documenting.

6. Between daily updates, live threads and other stories, I have published dozens of stories for Unraveled Press over the past month regarding the protests at the Broadview ICE facility and DHS's response to them.

7. I have reported on hundreds, potentially thousands, of demonstrations throughout my career, including conflicts like the January 6 Capitol attack that turned violent. In my experience, I have never witnessed such violent, unprovoked hostility and disregard for human life from law enforcement officers as I have at the ICE facility in Broadview.

8. In the past when I have attended protests, I have seen police give dispersal warnings using very loud speaker systems before using chemical weapons or physical force to move protesters. I have also seen them give ample time for dispersal and clear routes to do so, and multiple warnings. In general, there is a threshold for declaring a gathering an unlawful assembly; it can vary by municipality, but usually requires perceived criminal activity. At

**EXHIBIT 17**

Broadview on September 26 and 27, I saw no criminal activity at all before federal agents began indiscriminately assaulting people, including reporters.

9. At 8:58AM, Friday, September 26, 2025, without any warning at all, I was shot directly in the face with pepper bullets by a federal officer who was aiming squarely at me from across a parking lot. I was sheltering behind a vehicle with other photographers from the fire, with my press pass and gear including long telephoto lens clearly visible. I was clearly not interfering with law enforcement activities in any way. No audible dispersal order or unlawful assembly declaration had been given. I believe this was the 3rd or 4th time agents targeted me directly with pepper ball rounds at the facility, but it was the most significant. This is all documented from multiple video angles at the scene. I had seen the agent who shot me at the facility previously, and photographed him on multiple occasions. Below I have pasted photos of the officer who shot me and my injuries that resulted from his attack.







10. Throughout the last several weeks of protest at Broadview, I have observed federal agents senselessly brutalize activists and community members, other press, and legal observers. I've seen significant injuries including concussions and facial wounds, abdominal wounds, broken bones, significant chemical exposure and respiratory problems. Federal agents have fired "less lethal" munitions at non-violent demonstrators, at clergy praying, at children and

elderly, at immigrant families trying to deliver medication to the facility, and directly into a reporter's news van.

11. We have watched agents chase, tackle, and arrest demonstrators for seemingly no reason on numerous occasions. This includes the events of Saturday September 27, when Border Patrol tactical team agents launched themselves into the crowd like football players while unleashing a shocking amount of chemical munitions.

12. On one occasion, an ICE SRT agent who was also seen choking a protester in a separate incident shot pepper ball rounds at my colleague's groin at close range after another grabbed him by the hood and spun him across the ground.

13. We have experienced verbal threats and intimidation from ICE agents on several occasions.

14. Reporters and protesters have also witnessed agents unholster and draw their actual firearms. This is something I've never seen from Chicago Police or other departments during any crowd control situation. This out-of-control behavior exhibited by DHS agents simply eclipses anything I have ever observed previously from law enforcement.

15. I will be returning to the protests at Broadview because it is my duty to do so. But I truly fear for my life there. I anticipate federal agents will seriously maim me and others if not stopped.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/02/2025
Date

Raven Geary (Oct 2, 2025 11:54:30 CDT)

Raven Geary