### Declaration of Dave Decker

I, Dave Decker, declare as follows:

1. My name is Dave Decker. I am 52 years old and am competent to make this declaration. I reside in Tampa Bay, Florida.

2. I am a photojournalist for Creative Loafing Tampa Bay and a contributing photojournalist for Zuma Press Wire and The New Yorker. I have been a photojournalist for 6 years.

3. I am submitting this declaration to describe the unprecedented violence that I saw federal officers unleashing on members of the press and peaceful protesters while covering the protests at the immigration facility in Broadview Illinois.

4. I flew into Chicago from Tampa Bay on assignment to cover the protests at Broadview for Zuma Press Wire. I went to Broadview and documented the protests on September 25, September 26, September 27, and September 28, 2025.

5. For each day that I attended the protests, I wore a visible press credential lanyard around my neck and carried my camera equipment.

6. On Thursday, September 25, 2025, I arrived at the Broadview processing facility around noon and stayed to document the protests and officer actions until the evening.

7. On Friday, September 26, 2025, the violence from federal officers substantially increased. I was on public streets outside of the Broadview facility from approximately 5:30am into the evening. I observed federal officers repeatedly teargas people without warning and shoot pepper bullets into the crowd and directly at people who were attempting to comply with their orders.

8. Around 9:00am on Friday, I was stationed alongside another person named Leigh Kunkel who was also taking pictures partially behind a van parked in what I believe to be a public street. I was facing north to video and photograph the gate to the Broadview facility and protesters gathered in front of it, I was at least 40 yards away. Two federal officers stood on the other side of a fence about twenty feet to the east of us with their weapons drawn. I heard popping noises and felt impacts on my arm and back, and when I turned around, I saw that Ms. Kunkel had a bloody nose. I immediately stopped taking pictures, turned around, and led her towards the crowd to look for aid. Below, I have pasted my photo of the fellow photographer and her injuries, in addition to screenshots from another journalists video showing the two of us

**EXHIBIT 23**

standing behind the van with our cameras, the federal officers pointing their weapons at us, and myself leading Kunkel away from the van after we were struck.





Docusign Envelope ID: E0FC319A-9CE9-4E6A-AEA5-0FD51C9060E4







9.    On Friday I captured the photo below depicting one man who told me he had been shot with pepper balls at least 30 times on the back of his body.



10.    On Friday I also captured this photo of a federal officer pointing his long gun directly at my camera while I was documenting the protests.



11. On Saturday, September 27, 2025, I was on public streets outside of the Broadview facility from the morning into the evening. I captured video footage of federal agents pushing people to the ground and then laughing about it together. One person who had been pushed had blood coming out of their ears.

12. I was photographing this when an ICE officer shot a pepper bullet towards my face from a distance of about 30 feet away and struck my camera. Later, officers instructed everyone to get behind the street in front of the facility. I was filming near a corner with my foot in the street when an ICE officer said, "Get him!" and then shot pepper bullets into my legs from about 4-5 feet away.

13. When protesters are face-to-face with law enforcement, I try to stand away from the protesters but remain near enough that I can observe and film or photograph. Sometimes, however, I am forced to go into a crowd of protesters to conduct interviews or to get a better perspective on what is happening in order to accurately report on it.

14. I have published over 60 photos and two videos of the Broadview protest and DHS's response to it.

15. I have reported on protests hundreds of times before. In my experience, I have never witnessed such violent hostility from law enforcement officers as I did at the ICE facility in Broadview during the three days I was there at the end of September.

16. I plan on returning to Broadview to continue reporting on the protest, but I am frightened for my personal safety.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/3/2025
_____
Date

Signed by:

_____
Dave Decker