## Declaration of Andrew Grimm

I, Andrew Grimm, hereby declare:

1. I am the President of the Chicago News Guild, which is a plaintiff in the above-captioned action. I make this declaration based on my own personal knowledge, and if called to testify, I could and would do so competently as follows.

**Background on the Chicago News Guild**

2. Chicago News Guild Local 34071 (CNG) is registered in the State of Illinois as a member-led union local of the NewsGuild-CWA, which is a sector of the Communications Workers' of America. The Chicago News Guild is a labor union representing around 600 employees in media, interpretation services, non-profit organizations and staff unions. CNG members include journalists and media workers at the Chicago Sun-Times, the Chicago Tribune, the Chicago Reader and City Bureau. As a labor union, CNG bargains collective agreements, represents and organizes workers and enforces collective bargaining agreements, especially where the health and safety of our members are put at risk.

3. I am an individual dues-paying member of the Chicago News Guild in good standing and have been for more than 10 years. I have spent about 25 years in media, including stints as a reporter for the Chicago Tribune and Chicago Sun-Times, during which time I have won numerous journalism awards. I am currently a freelance reporter.

4. For the Chicago News Guild, I am the elected local president, for which I receive no compensation.

5. In my career, I have covered many protests, the 2012 NATO Summit in Chicago and the Democratic National Convention held in Chicago in 2024, as well as protests in response to federal immigration raids and enforcement in Chicago.

**EXHIBIT 25**

**Chicago News Guild Response to Protests**

6. Chicago News Guild became aware of a series of alleged press violations by federal law enforcement officers in the City of Chicago in 2025 and began responding to these incidents.

7. I have spoken to several members, seen reports and viewed pictures and videos showing our members and other journalists targeted by law enforcement agencies while our members were doing their jobs covering the protests and the Broadview facility.

8. On 9/19/2025 a photographer at the Chicago Sun-Times, was covering the ICE demonstrations at the Broadview facility. She was wearing her press badge and carrying two large cameras, and was standing on the public sidewalk, not far from other photographers, when a tear gas canister landed at her feet between her and a Tribune photographer, and she and others in the area scattered. The Sun-Times photographer was then hit in the rib cage with a pepper ball. She then turned and was hit in her back by another pepper ball. She was not within arms reach of any other member of the press or protester when she was hit. She knew these ICE agents were familiar with her as she had also been covering arrests earlier that day that took place, and had been outside the facility on assignment on both 9/17 and 9/18. Throughout the week, agents had photographed her and her vehicle, and had waved at her in passing.

9. On 9/26/2025, a reporter at the Chicago Sun-Times covering protests at the Broadview ICE facility was hit five times with rubber pellets, once by pepper balls, affected by tear gas, exposed to flashbang grenades, stinger grenades and experienced baton rounds shot above his head. While he was in the crowd talking to protesters, ICE agents were firing into the crowd without differentiating between protesters and press. He was doing nothing to impede ICE agents movements or action, was not obstructing their vehicles or participating in the protest.

10. On 9/26/2025, a photographer at the Chicago Sun-Times, was covering an arrest late at night outside the Broadview ICE facility. He was with another photographer from the Chicago Tribune. Both photographers were carrying and using large cameras were wearing press badges, and were clearly members of the press. There was not a large group of protestors nearby. Both photographers were hit in the legs with pepper balls. The Chicago Sun-Times reporter saw an ICE agent a few feet away point a grenade launcher with a baton round at him. He saw the agent pull the trigger and heard the launcher click, but it was apparently out of ammunition.

11. On 9/27/2025 a reporter at the Chicago Sun-Times was standing off to the side on the grass near the front line when ICE agents came out to clear the roadway at the Broadview Facility. The reporter was wearing his press badge and phone out to film the approaching ICE agents when he was hit in the upper left chest with a projectile. A tear gas canister was also thrown right next to him.

12. On 9/19/2025 a photographer and the Chicago Tribune was covering an arrest at the Broadview ICE facility. Despite clearly having his press badge out, the ICE agents fired in his direction with no discretion regarding delineating protestors from the press.

13. Six other Chicago Sun-Times Reporters/Photographers and six other Chicago Tribune Reporters/Photographers experienced the effects of tear gas and pepper spray while covering ICE protests at the Broadview facility on 9/12/2025, 9/19/2025, 9/21/2025, 9/22/2025, 9/26/2025, 9/27/2025 and 9/28/2026.

14. On September 26th Shawn Mulcahy, a Reporter for the Chicago Reader was hit with a rubber bullet and was exposed to chemical irritants in tear gas and pepper balls fired by ICE agents while covering protests outside the Broadview ICE facility, causing injury. While covering protests at the facility September 19th he was exposed to tear gas and pepper balls.

15. Guild members have reported to us that the targeting of members of the press by ICE agents in Broadview is apparent, and that they have been struck by projectiles fired by ICE agents even when they are not in the line of fire of ICE agents who are targeting protesters, and are in fact some distance away from ICE agents. They report being concerned that they have seen non-Guild members of the press in Broadview be subjected to arrest and detention. They report that they should be clearly identifiable as members of the press, based on wearing their press badges, their visible equipment including large cameras, notebooks and recording devices, and that members of the press often are in groups that have taken up positions that are intended to be out of the line of fire and often are a significant distance from protesters.

16. The Guild has been supporting our members by requesting employers to take appropriate safety measures, including improving protocols for covering demonstrations, providing adequate training and personal protective equipment, and meeting with leadership of media outlets across the city to ask for further support to protect our members while covering protests at the Broadview ICE facility and other demonstrations across the region.

17. To my knowledge and experience, the frequency of law enforcement assaults on press and other First Amendment violations have occurred at a frequency higher than any other period of protest.

18. Since September 12, 2025, I and the staff of the Chicago News Guild and the leaders of individual shops represented by Chicago News Guild have had to divert significant time and resources from other organizational activities to address press rights violations by law enforcement personnel. From the period of September 12, 2025, to the present, I estimate that I and our staff and unit leaders spent at least 30 hours—time that largely fell on unpaid, volunteer

local and unit leaders with full-time jobs— responding to these incidents, a significant portion of which involved DHS agents.

19. Our response efforts include but are not limited to responding in real time to reports from members who have been hit by projectiles, including rubber pellets and "pepper balls" fired by ICE agents, threatened by agents, or simply felt the effects of tear gas sprayed by ICE agents in their vicinity. We have spent significant time arranging meetings with publishers and station managers to discuss safety concerns and infringements on our members' civil rights and their ability to cover the ongoing events at the ICE detention center. We have conferred with members of other NewsGuild locals in Los Angeles about their similar experiences with ICE agents in recent weeks and the tactics and equipment they were able to use to better protect the health and safety of their members, and also have met extensively with leadership of other unions representing broadcast and other journalists who also have been targeted by ICE agents in Broadview while doing their jobs.

**Continuing Press Coverage of ICE Raids**

20. The raids by ICE and other DHS, along with related protests, are extraordinarily important to the public and therefore important for the press to cover. In addition, the protests themselves, and the response of federal law enforcement, have become a major national and international news story as protesters are met with exceedingly greater force than any other protests since at least 2020. It is vital that the press continue their coverage of these protests.

I declare under penalty of perjury of the laws of the State of Illinois and the United States that the foregoing is true and correct. Executed on October 3, 2025 in Chicago, Illinois.

_Andrew Grimm_
Andrew Grimm (Oct 4, 2025 16:24:44 CDT)

Andrew Grimm