# Declaration of Robert Butler-Bey

① My name is Robert Butler-Bey. I ~~[scribbled]~~ provide janitorial supplies and saftey equiptment at equity industrial supply. I have been providing this for 27 years.

② On the morning of September 26th, I arrived and couldn't get into the faccility because ICE at Broadview had blocked off the streets at Rosevelt Rd.

③ They ask for identification. I declined because I own a buisness here and I was running late.

④ I was able to eventually get into my buisness.

⑤ An hour later, the protest had escalated and I heard the tear gas canisters outside.

⑥ I saw the protesters run out infront of the building and a woman fall ~~off~~ on the grass outside my window.

⑦ I went out to see what was happening.

⑧ An officer came to speak to me and that's when I realized I was in danger: my eyes ~~[scribbled]~~ nose, and throat all were burning. The gas was very strong and I couldn't breathe.

⑨ The officer instructed me ~~[scribbled]~~ to go back inside of my buisness.

⑩ As a Chactaw Native American, the emotional impact was surreal. ~~[scribbled]~~ How can they do this to people? It has impacted me tramendosly.

**EXHIBIT 27**

⑪ On Sept. 27th, all buisnesses in Broadview recieved an email from the mayor of ~~Broadview~~.

⑫ The statement sent to buisness owners warned ~~████~~ us that ICE would be escalating and shooting tear gas at US Citizens and arround our buisnesses.

I certify that the above statement is truthful to the best of my recollection.

X Robert Busby     9/30/25
                                     date