Docusign Envelope ID: 5DBAEE5E-EEEE-48EE-91C2-4DC3157B227F

**DECLARATION OF DIMEKO HARDEN**

I, Dimeko Harden, declare as follows:

1. My name is Dimeko Harden. I am 52 years old and am competent to make this declaration. I reside in Maywood, Illinois.

2. I live approximately one block east of the US Immigration and Customs Enforcement Agency facility in Broadview, Illinois.

3. On Saturday, September 27, 2025, at around 10:30am I woke up to my husband coming into our bedroom saying that there was gas coming from the facility outside.

4. He said it caused his nose and throat to burn, and that he had spoken with a neighbor who was also experiencing the same discomfort.

5. My husband asked where we kept our N-95 masks, and I told him they were on the dresser. He grabbed a mask and went back outside.

6. I got up and looked out the window and saw that there was mail in the mailbox. Our mailbox is attached to the house next to our front door, so I can retrieve the mail without fully walking outside.

7. I opened the door and just while standing in my doorway for only three to four seconds, my eyes and nose started to burn and I began to cough.

8. I grabbed the mail and closed the door as quickly as possible.

9. I then told my husband that I was fearful of our 14-year old son with asthma going outside. To be sure he wouldn't be affected, my son did not leave the house all day.

10. Earlier in the week my husband had called a plumber because our bathtub was flooding and service was scheduled for Saturday, September 27, 2025.

11. At around 10am the plumber called my husband saying he was on his way.

12. At around 10:30am the plumber called again saying he couldn't get to our house as the street was blocked off by law enforcement officers at Lexington and 25th Ave.

**EXHIBIT 28**

13. My husband put on a mask and went back outside to ask the officers to let the plumber through. The officers told him to tell the plumber to return in an hour.

14. An hour later, at around 11:30am the plumber called again saying he still couldn't get through. My husband then returned outside again and asked the officers to let the plumber through, which they then did.

15. I observed that my husband's eyes were watering and his nose was runny after he went outside each time to try to let the plumber come to our home, even though he had worn a mask.

16. At around noon both the plumber and I left as I needed to go to work. By this time the street was no longer closed. Though the gas had begun to dissipate and did not impact my breathing as much, it still stung my eyes.

17. This whole ordeal left my family and I fearful for our health and safety, and inconvenienced in our own home.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2025.

*Signed by:*
*[signature]*
8324AF4D23E94FB...
Dimeko Harden