Declaration of Jose Juan

1. My name is Jose Juan Alvarado. ~~[struck out]~~

2. I state the following is true and correct under penalty of perjury.

3. On Saturday, September 27th around 3:30 pm, my wife and I came home from the grocery store and couldn't breathe. We ~~we~~ were crying from the pepper spray that came from the Broadview facility.

4. We had to wait in the garage for a few minutes and rush inside our home for fear of our health.

5. The statement above is true and correct to the best of my recollection. If called upon to testify, I can do so competently.

_____
Jose Juan Alvarado

9/29/25
Date

**EXHIBIT 29**