# Declaration of Reggie Thompson

1. My name is Reggie Thompson.

2. I state the following is true and correct under penalty of perjury.

3. This week, September 22nd – 29th, my health has deteriorated due to the activities at Broadview.

4. My asthma has been aggravated by pepper spray used Thursday & Friday, September 25th – 26th.

5. Friday, September 26th I was unable to get my groceries delivered due to street blockages in front of my home on 25th Avenue.

6. Last Tuesday, September 23rd, my electricity went out and I was unable to get it serviced.

7. I experienced discomfort and watery eyes on my own property.

The statement above is true and correct to the best of my recollection. If called upon to testify, I can do so competently.

_Reggie Thompson_ (signature)   9-29-25
Reggie Thompson                 Date

**EXHIBIT 30**