Docusign Envelope ID: 363A92EE-D8A9-4026-8253-7AA7E59665A6

**DECLARATION OF BRIAN OROZCO**

I, Brian Orozco, declare as follows:

1. My name is Brian Orozco. I am a civil rights attorney in Chicago, Illinois. I reside in the City of Chicago.

2. On October 4, 2025, I received information that a woman had been shot by ICE agents in the Brighton Park neighborhood near 40th and Kedzie, in Chicago, Illinois.

3. I traveled to the intersection of 40th and Kedzie with the goals of observing the federal activity and to express my belief that ICE agents should not be conducting militarized operations in Chicago communities.

4. I arrived at 40th St and Albany around 12:50 pm. I walked to 40th and Kedzie, where the shooting had allegedly occurred in front of a gas station. I noticed uniformed officers with Customs and Border Patrol, FBI, and ATF markings at the scene. I noticed numerous reporters and independent journalists and a group of residents protesting.

5. The protesters were saying things like "get out of our neighborhood," "you don't belong here," "how do you sleep at night," and "fuck ICE." I joined chants with the protesters like "When do we want ICE out? Now!"

6. Around 30-45 minutes after I arrived, Chicago Police Department officers arrived and formed a line between Border Patrol and the protesters.

7. I eventually traveled north towards Pershing Road to continue to observe federal activity and express my belief that ICE agents should not be harming people in our communities. I noticed smoke and tear gas in the area, and I noticed agents in tan and green uniforms putting a resident into custody. The tear gas got into my eyes and made it more difficult for me to observe.

8. I then noticed a group of residents running into an alley. I followed them and we traveled south. We noticed armored vans traveling in the area. I thought it was a gunshot and ducked, but it was a flashbang grenade.

9. I again noticed a group of protesters and federal agents near Kedzie Avenue. ICE agents at the scene told us to back up, and we backed up. We gave the agents

**EXHIBIT 34**

twenty to thirty feet of space and backed up. All of a sudden, 4 or 5 Customs and Border Patrol agents pulled out what looked like firearms. The agents told the group to back up. The group responded that we were backing up. Then, without warning, the agents shot silver projectiles that appeared to be tear gas canisters at me and the crowd. I was surrounded by gas and ran from the scene. None of the protesters were doing anything violent or threatening against the agents when the agents shot gas canisters at us.

10. My eyes hurt from the gas, but what hurt me most was trying to breathe. I felt like my lungs were on fire. I was dry heaving and it took me several minutes to compose myself.

11. I returned to 40th Street and Kedzie Avenue, and eventually returned home.

12. I will continue to observe and protest against ICE and other federal activity in Chicago. But I am concerned by the indiscriminate use of tear gas by federal agents that I personally experienced. I am afraid I will be physically injured and gassed if I continue to protest.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/5/2025

_____
Date

Brian Orozco