

**EXHIBIT 35**







