

EXHIBIT 37















