Docusign Envelope ID: B926F3D6-E81E-48B1-A593-A361993C92FB

## DECLARATION OF ENRIQUE ESPINOZA

I, Enrique Espinoza, declare as follows:

1. My name is Enrique Espinoza. I am an immigration attorney. I reside in the City of Chicago.

2. On October 4, 2025, I learned about an incident where, allegedly, a federal agent had used a weapon against a resident and there had been gunshots. I understood that the incident had occurred near Kedzie and 40th Street in Chicago, Illinois.

3. I traveled to Kedzie and 40th. My goals were to try to protect the rights of residents to protest in a peaceful manner, to document the actions of the federal agents, and to express my view that federal agents had used excessive force across the City.

4. I arrived approximately between 12:30 and 1:00 pm. I saw a perimeter marked with red tape. Inside the taped area were dozens of agents, lined up and facing a group of protesters. The agents were heavily armed. I identified badges saying "Customs and Border Patrol" and "FBI" on some of agents. The agents wore masks, and I did not observe any names or badge numbers on their uniforms. There were several vehicles in the area and a large, black, armored truck with a person with a rifle coming out of a hole in the top of the truck. There was a group of protesters standing outside of the perimeter.

5. The protesters chanted in Spanish and English. They chanted things like "the people united will never be defeated" and "do you want ICE out of here, yes! When do you want them out, now!" I joined those chants.

6. The Chicago Police Department arrived and set a perimeter between the federal officers and the protesters.

7. At some point, I noticed tear gas being released a couple of blocks north. I traveled in that direction through an alley. I was in the alley about to turn back towards Kedzie when I suddenly heard what sounded like a bomb going off. I noticed it was tear gas.

8. When I arrived again on Kedzie, there was tear gas in the area, and Chicago Police Department officers were standing between protesters and federal agents. I could see that the tear gas was affecting the Chicago Police officers, whose eyes were

**EXHIBIT 41**

watering and faces were red. I felt the tear gas in my throat, and was irritated but not badly affected by it at that time.

9. Approximately 15 minutes later, federal agents passed through the line of Chicago Police Department officers. The federal agents pointed their weapons at protesters in the street. I then noticed a group of protesters towards 39th and Kedzie, where another perimeter had been established. I moved in their direction.

10. I noticed protesters filming as a resident was taken into a van. Subsequently, I noticed the federal agents put on gas masks as a group of protesters stood in the street. The protesters included senior residents, women, and minors. A group of agents approached the protesters wielding what appeared to be firearms and holding canisters. The agents threw several canisters at the crowd, which began to release tear gas. I never observed any protester in the group do anything violent or threatening at any time.

11. The protesters ran away from the agents. Suddenly, an agent started shooting at the crowd. I was afraid I was going to be shot. I was surrounded by tear gas. I yelled at the officers to stop shooting at the crowd because the crowd was already dispersing.

12. I will continue to join protests against federal agents in Chicago, because I believe that it is the only way to preserve my rights, and that if we allow our fears to prevail, then sooner or later we will lose even more of our rights. I am afraid of being physically injured, being shot at, and being caught in provocations against the community by ICE agents. What I experienced was awful and makes me concerned for my safety.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/5/2025
_____
Date

*Enrique Espinoza*
Enrique Espinoza