# EXHIBIT 44

via https://spaces.hightail.com/space/ZzXNsei63k