IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL 34071, NABET-CWA LOCAL 54041, ILLINOIS PRESS ASSOCIATION, RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD, DAVID BLACK, WILLIAM PAULSON, AUTUMN REIDY-HAMER, and LEIGH KUNKEL, on behalf of themselves and others similarly situated, | |
| *Plaintiffs,* | No. 25-cv-12173 |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations, ICE; RUSSELL HOTT, Chicago Field Office Director, ICE; RODNEY S. SCOTT, Commissioner, U.S. Customs and Border Protection (CBP); GREGORY BOVINO, Chief Border Patrol Agent, CBP; DANIEL DRISCOLL, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); WILLIAM K. MARSHALL III, Director of the Federal Bureau of Prisons (BOP); PAMELA BONDI, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF JUSTICE; UNIDENTIFIED FEDERAL OFFICER DEFENDANTS; UNIDENTIFIED FEDERAL AGENCY DEFENDANTS; and DONALD J. TRUMP, President of the United States, | **PLAINTIFFS' MOTION FOR EXCESS PAGES** |
| *Defendants.* | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiffs, Chicago Headline Club, Block Club Chicago, Chicago Newspaper Guild Local 34071, NABET-CWA Local 5404, Raven Geary, Charles Trush, Stephen Held, David Black, William Paulson, Autumn Reidy-Hamer, and Leigh Kunkel, by and through their attorneys, hereby move this court to grant them leave to file their Emergency Motion for Temporary Restraining Order in excess of fifteen (15) pages. In support, Plaintiffs state:

1. This case concerns whether the Frist Amendment and other rights of the named Plaintiffs and the putative class of clergy and protesters whom they seek to represent are being violated by federal officers' infliction of extreme violence in response to their protests at the Broadview Immigration and Customs Enforcement ("ICE") facility and elsewhere in Chicago. Plaintiffs seek leave to file a Motion for Temporary Restraining Order of 41 pages in length.

2. The Local Rules state that a Motion for a Temporary Restraining Order should be fifteen (15) pages in length. N.D. Ill. R. 7.1.

3. This is a matter of great urgency. The facts and legal issues are complex. To provide the Court with a complete picture of the legal and constitutional issues implicated by the actions and harm to Plaintiffs and others in their Motion for a Temporary Restraining Order, Plaintiffs require more than the 15 pages permitted by the Local Rules for such a motion. Plaintiffs therefore seek leave to file the 41-page Motion for a Temporary Restraining Order.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Court grant their motion for leave to file their Motion for a Temporary Restraining Order in excess of 15 pages and grant such further relief as this Court deems just and equitable.

Dated: October 6, 2025                                        RESPECTFULLY SUBMITTED,

                                                              By: /s/ Steve Art
                                                              *Counsel for Plaintiffs*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Matt Topic
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 601
Washington DC 20006
(202) 579-4582
hayden.johnson@protectdemocracy.org
katie.schwartzmann@protectdemocracy.org
conor.gaffney@protectdemocracy.org
*Application for pro hac vice forthcoming*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org

3