**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB, *et al.* | ) | |
| | ) | Case No. 25-cv-12173 |
| *Plaintiffs*, | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | District Judge |
| | ) | |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**<u>DECLARATION OF ELIZABETH WANG</u>**

1. My name is Elizabeth Wang. I am over 18 years of age. I am one of the lead counsel for the Plaintiffs in the above-captioned matter.

2. I provide this declaration in support of Plaintiffs' motion for temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b)(1)(B).

3. Because of the urgency of the relief sought by Plaintiffs, Plaintiffs filed their civil rights complaint today at approximately 7:35 a.m. Central Time and their emergency motion for entry of a temporary restraining order at 9:31 a.m. Central Time today. The court has set an in-person hearing for 2:30 p.m. today.

4. I provided notice of this action to Thomas Walsh, head of the Civil Division of the U.S. Attorney's Office for the Northern District of Illinois, and he was provided with a copy of Plaintiffs' complaint, motion for a temporary restraining order, and the court's order setting an in-person hearing for 2:30 p.m. In addition, I provided a copy of the proposed temporary restraining order to Mr. Walsh, Sean Skedzielewski, and Yaakov Roth, attorneys at the Department of Justice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Dated: October 6, 2025

/s/ Elizabeth Wang
*Counsel for Plaintiffs*