# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| The VILLAGE OF BROADVIEW, an Illinois Municipal Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>The U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | No. 1:25-cv-12164<br><br>Declaration of Field Office Director Russell Hott |

**DECLARATION OF FIELD OFFICE DIRECTOR RUSSELL HOTT**

I, Russell Hott, hereby declare as follows:

1. I am employed by the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Field Office Director (FOD) of the ERO Chicago Field Office. This includes oversight of ICE's Broadview Processing Center (BSSA), in Broadview, Illinois. I have held this position since August 2025.

2. Beginning in the fall of 2024, I served as the Acting Executive Associate Director (EAD) for ERO. In that role, I oversaw the operations of more than 7,600 ERO employees in field offices, at headquarters, and overseas. ERO manages and oversees all aspects of the removal process within ICE, including domestic transportation, detention, alternatives to detention programs, bond management, supervised release, and removal to more than 170 countries around the world. I previously served as Deputy EAD from January 2024. I began my service with the U.S. Government as a detention enforcement officer with the

former Immigration and Naturalization Service in New York, New York in 2000. I have held the following positions with ICE: Assistant Director for Enforcement and Custody Management, Field Operations, and Enforcement Divisions, FOD for the Washington Field Office, Deputy FOD for the Boston and Washington Field Offices, Chief of Staff for the ICE Deputy Director, acting Deputy Assistant Director for Domestic Operations – Western Operations, and Unit Chief in the Removal Division.

2. As the FOD for ERO Chicago, I direct and oversee ICE's enforcement of federal immigration laws in the states of Illinois, Indiana, Wisconsin, Kansas, Kentucky, and Missouri.

3. The Chicago Field Office has approximately 180 officers covering six states across two time zones. In the City of Chicago and its immediate environs, ERO has approximately 65 officers, including 31 at BSSA.

4. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order (TRO) and sets out the current conditions on the ground at BSSA with respect to immigration enforcement operations and the security of ICE personnel and property. I have reviewed Plaintiffs' application for a TRO and supporting exhibits.

5. The statements contained in this declaration are based upon my personal knowledge, and information made available to me in the course of my official duties.

**Background**

6. ICE is the largest investigative branch of DHS and is charged with enforcement of more than 400 federal statutes. The agency was created after the September 11, 2001, terrorist attacks, by combining components of the former Immigration and Naturalization Service

and the former U.S. Customs Service, among other agencies, to more effectively enforce federal immigration and customs laws and to protect the United States against terrorist attacks. The mission of ICE is to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety. To carry out that mission, ICE focuses on enforcing immigration laws, preventing terrorism, and combating transnational criminal threats. ICE consists of three core operational directorates: (1) ERO, which includes 25 field offices led by FODs; (2) Homeland Security Investigations (HSI), which includes 30 field offices led by Special Agents-in-Charge; and (3) the Office of the Principal Legal Advisor, which includes 25 field locations led by Chief Counsel.

7. ERO deportation officers are immigration officers under 8 U.S.C. § 1357 and customs officers delegated limited customs officer authority under 19 U.S.C. § 1589a. It is the mission of ERO to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally—including those who cross the border illegally, which is a federal misdemeanor, 8 U.S.C. § 1325, and those who illegally reenter after having been removed, which is a federal felony, 8 U.S.C. § 1326—or otherwise undermine the integrity of our immigration laws and our border control efforts.

8. The majority of ERO's immigration enforcement operations take place in the interior of the country. ERO manages all logistical aspects of the removal process by identifying, apprehending, and, when appropriate, detaining removable aliens during immigration proceedings and pending physical removal from the United States. This includes locating and taking into custody fugitive aliens and at large criminal aliens, as well as identifying

aliens in federal, state, and local prisons and jails and working with those authorities to transfer them to ICE custody without releasing them into the community. When aliens are ordered removed, ERO is responsible for safely repatriating them, or otherwise overseeing their departure from the United States.

**Earlier Protests at BSSA and Impact on ICE Operations**

8. BSSA, located at 1930 Beach Street, in Broadview, Illinois, is an ICE-owned property used to intake and process individuals arrested by ICE and Customs and Border Protection (CBP) for appropriate administrative or criminal action. The building sits near the intersection of Beach and Harvard Streets in Broadview. BSSA – which has been at this site for more than 40 years – is near the dead-end of a cul-de-sac. The fence erected on the night of September 22-23, has little to no impact on commercial traffic. The closest business, which occupies two buildings on the street, has separate ingress and egress not impacted by the fence; other vehicles can also use this route. The building across the street from BSSA is vacant. The area around BSSA is zoned commercial and/or industrial, so the fence does not impact any residential traffic.

9. Since the first week of September 2025, violent opportunists, rioters, and protesters have targeted BSSA and its employees. Because this facility is the only one in the area that serves as an intake and initial processing facility for ICE, protests at this location interfere with immigration operations throughout the region, including ICE's targeted operations against criminal aliens.

10. Early on, protesters, among other things, blocked all means of ingress and egress at BSSA and physically assaulted personnel – law enforcement and non-law enforcement alike – who were attempting to go to and leave work. Employees, who parked in an open

lot, had to call the office when they arrived, so four officers could come out and escort them into the building. These "security details" retraced their steps when the employees departed. Vandalism of the cars in the lots became common, with tires slashed and flour poured in a gas tank. Both government- and personally owned vehicles were targeted. As a result, ICE employees would park further from BSSA, and ERO would have to send a van, which was attacked by protesters on multiple occasions, to retrieve them. Moving cars were also vandalized. In an attack that was repeated more than a dozen times, one protester would jump on the hood of a vehicle, and another would stand immediately behind the vehicle. While the driver stopped the car in the face of these obstacles, others would run up to the car and slash the tires. My own tires were slashed in this fashion.

11. Not only ICE personnel were impacted. Protesters accosted employees of nearby businesses, mistaking them for ICE employees. At least one of these employees also had their personally owned vehicle vandalized.

12. Property damage was significant, with graffiti (largely spray paint and permanent marker) on the building, concrete surfaces, signs, and the flagpole. The vandalism has included, in multiple locations: "F*CK ICE." BSSA's external plumbing systems were destroyed by the violent agitators when they broke off plumbing and downspouts. It has not yet been repaired, exposing the building to damage during inclement weather.

13. As threats, violence, and obstruction of operations increased, ERO Chicago was required to respond to increased threats and assaults on its officers and offices at BSSA. ERO Chicago has leveraged the depth and breadth of its law enforcement authorities in response to acts of violence or aggression impacting its mission. This has included criminal arrest of protesters for trespass and assault, including of ICE personnel.

14. Most troubling has been the sharp increase in physical assaults on personnel, including employees who are not law enforcement officers. On several occasions, officers have been hit and punched by protesters at BSSA. As the size of the crowds at BSSA has grown from a mere handful of people in early September to more than 300 immediately before the fence was erected on the night of September 22-23, 2025, the assaults became more significant and the clashes more violent.

15. Starting in early September, rioters shot fireworks at officers stationed outside BSSA. This has the potential to cause burns, blindness, and more significant injury, depending on the distance at which the firework explodes.

16. The weekends of September 12-14 and 19-21 were particularly violent. Rioters threw bottles and rocks at officers, and even canisters of 2-chlorobenzylidene malononitrile (also known as CS gas). CS is a form of tear gas generally used for riot control. Under Illinois Criminal Code of 2012, no person shall knowingly manufacture, possess, deliver, sell, purchase, carry, use, or employ in any manner any tear gas weapon or chemical weapon or device, unless issued a permit for commercial use from the Illinois Department of Professional Regulation.

17. At the same time, rioters would attempt to pull off officers' masks. When ERO fired its own CS canisters into the violent crowd, protesters would throw them back. When in scuffles, protesters would attempt (and sometimes succeed) to pull gear, such as gas masks or CS canisters, off officers' uniforms.

18. Because the larger and more aggressive crowds of protesters made safe access to BSSA increasingly difficult, ERO Chicago used more than $100,000 worth of less lethal munitions and chemicals for crowd control in the two weeks spanning from September 6,

2025, to September 20, 2025. ICE has never needed to use such munitions at this location previously in over forty years.

19. Over the weekend of September 19-21, 2025, ERO discovered a round, green ball with a wick at the perimeter. Its purpose was unclear, but in an abundance of caution, ERO contacted the Bureau of Alcohol, Tobacco, Firearms, and Explosives, which labeled it an Improvised Explosive Device and removed it from the scene.

20. It is clear that protesters have sought to permanently maim ERO personnel. When standing close to officers, rioters have used "Aztec Death Whistles," which sound like a human screaming and are generally 100-110 decibels in volume. They have also used bullhorns. At close quarters, either could cause long-term or even permanent hearing loss. Rioters have also shone strobe lights and lasers in offers' faces, risking their sight.

21. It is also clear that these rioters are organized. They appear to gather offsite, as they are brought in in vans. After several hours, the vans return with new protesters and take the people who have been outside for several hours away with them. When they arrive, rioters are armed with shields, gas masks, protective padding, and other tools that indicate that protesters are prepared or expecting to physically engage with Federal personnel. My understanding is that the group's goal is to have 800 protesters at the facility at any given time.

22. The agitators have been successful in their attempts to harm officers. More than thirty ERO officers have been injured during the assaults on law enforcement, including a torn ACL, a beard ripped from an officer's face, multiple lacerations, cuts, and bruises, multiple hospitalizations, and a hyper-extended knee from an officer being tackled by a rioter at the legs.

23. Personnel have not been harmed or threatened only at BSSA. At least one ERO officer assigned to the facility was followed to his home, where he was confronted aggressively. The officer was forced to call 911 out of concern for his safety. Roughly ten days later, the same officer's garage was broken into, and his government-owned vehicle was broken into and damaged. The perpetrator was even able to break into the safe in the car and stole the officer's service weapon. More than twenty officers have been doxed, with their home addresses put out on social media, their families threatened, and their personal property damaged. Cartels and the Latin Kings gang have placed $10,000 bounties on the murder of any immigration officer.

24. As BSSA's staff became overwhelmed by this concentrated attack, ERO Chicago took additional steps to directly respond to above-referenced violence. On or about September 8, 2025, ERO Chicago mandated twelve-hour duty shifts for its Special Response Team (SRT) officers. SRT officers and agents are uniquely trained to serve in high-risk situations, such as serving warrants under hazardous conditions, arresting dangerous criminals, and assisting other law enforcement agencies during critical incidents. The addition of SRT officers to control the security risks at BSSA aimed to ensure that the most highly trained officers were safeguarding BSSA, officers, agents, and bystanders from unnecessary and unlawful violence. Among other things, SRT members created paths for ERO vehicles to enter and exit and pushed the crowds away from the building as the rioters threatened violence.

25. On at least twenty-five occasions, ERO Chicago solicited assistance from Homeland Security Investigations (HSI), another component within ICE, to add agents from its SRTs, given the escalating risks.

26. On or about September 17, 2025, ERO Chicago requested additional support from CBP's BORTAC and SRT and HSI SRT in anticipation of a crowd of approximately 800 protesters scheduled for September 19-20, 2025.

27. ERO Chicago also installed high-power, generator-powered lights around the perimeter of BSSA. This allows the officers to better see the areas where protesters commonly gathered, permitting them to respond to any threats before they escalate further.

**Insufficient Response of City and State Officials**

28. In the initial days of the protests, when the crowds were still small, the Broadview Police Department (BPD) was onsite and made a small number of arrests. However, after the publication of a news article that criticized this cooperation, alleging violations of, among other things, Illinois's Way Forward Act. BPD did not return.

29. On September 12 and 13, 2025, BSSA contacted both the non-emergency and emergency lines of BPD more than eight times. Among other things, an officer had been attacked, and my tires had been slashed. BPD advised that it had been directed to abstain from responding to any requests from ICE. BPD also advised that it would respond to requests from rioters who contacted 911.

30. Following BPD's disengagement and prior to ICE erecting the fence, there has been no local police assistance in controlling protesters. ERO and Federal partners were solely responsible for addressing the violence outside BSSA, which is in a municipal area. ERO Chicago has arrested approximately fifty rioters and obstructionists for assault, obstruction, trespassing, and other charges. To highlight the danger posed to BSSA personnel by those arrested, on September 26 and 27, 2025, ERO Chicago arrested sixteen protesters, including three with concealed semi-automatic weapons.

**Current Status at BSSA and Impact on ICE Operations**

31. On the night of September 22-23, 2025, after three weeks straight of 24-hours-per day riots, ERO Chicago made a concerted push to move agitators and rioters down the street and away from BSSA facility. ERO Chicago had coordinated with a vender to stand up an anti-climb fence at midnight. Anti-climb fences are designed to prevent unauthorized access by making it difficult to climb. Among other protections, this fence has only small holes. Although they are big enough to see through, they are too small for people to insert fingers in order to climb the fence.

32. This fence is rented and is not a permanent fixture; it can be removed with the proper equipment. No holes have been drilled into the street or sidewalks. Although there is a gate to allow access, the fence does not have to be opened for vehicles to enter or leave the parking lot or facility, as there is an alternate route via Harvard Street.

33. The gate, which is sixteen feet wide, opens in both directions. ICE has personnel at the gate twenty-four hours a day to open the gate in an emergency. The gate takes less than two minutes to open.

34. On multiple occasions, including October 3, 2025, ICE opened the gate to allow an ambulance to enter onto ICE's property. Ambulance drivers have not indicated that the gate created a delay. Pushing through a crowd of violent protesters would have caused a delay, however.

35. ICE and the Fire Department have engaged to discuss the dimensions of the gate.

36. As a result of the fence installation, vehicles are able to move freely in and out of BSSA, using the alternate route. ICE was advised by the Village of Broadview that the fence resulted in a decline of 911 calls for emergency assistance at BSSA. Additionally, the

fence has resulted in a significant decrease in officer injuries as rioters are no longer able to make direct contact with BSSA staff. The fence has reduced the number of rocks, bottles, and other projectiles being hurled at officers. The fence has also received positive support from local business on Beach Street. Some business owners have asked ICE to move the fence to the intersection of Beach Street and Lexington Street to stop the rioters from damaging their businesses and/or disrupting their daily business functions.

37. On Thursday, October 2, Illinois State Police (ISP) established a protest zone and placed concrete barriers on Beach Street public land. In doing so, they created a restricted area, with the fence acting as one boundary. ISP established a Unified Command Center and maintained security at Beach Street, Harvard Street, and South 25th Street on Friday, October 3, 2025. ISP did not establish a prophylactic response on Saturday, October 4, or Sunday, October 5; however, ISP did respond to ERO Chicago's request for assistance on both days.

**Impact of Plaintiffs' Requested Relief**

38. Should the fence be removed, ICE anticipates that rioters will resume excessively violent and aggressive behavior to impede and obstruct officers. Rioters will once again be free to damage government- and privately owned property. ERO and its Federal partners will be required to increase uses of force in the absence of the Village of Broadview refusing to manage and control the protests according to Broadview's own code. This will include an increase use of less lethal and chemical munitions. Officer injuries will once again increase, and non-law enforcement personnel will be subject to violence and threats of violence. Rioters will once again be close enough to volley Molotov cocktails at BSSA or place additional incendiary devices along the perimeter of BSSA.

39. Nor are only ICE employees at risk. As mentioned above, another business on the street has faced harassment. Aliens being brought in for processing are also at risk. On September 24, 2025, in Dallas, Texas, a sniper fired shots indiscriminately into an ICE van. The murder victims were exclusively detainees in custody. With the consistent attack on vehicles entering and leaving BSSA, rioters could easily harm individuals in ERO custody.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

October 6, 2025

_____
Russell Hott
Field Office Director
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security