# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
(EASTERN DIVISION)**

| | |
|---|---|
| The VILLAGE OF BROADVIEW, an Illinois Municipal Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>The U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; and RUSSELL HOTT, in his official capacity as the Chicago Field Office Director for U.S. Immigration and Customs Enforcement,<br><br>*Defendants*. | No. 1:25-cv-12164<br><br>Declaration of Daniel I. Parra |

**DECLARATION OF DEPUTY CHIEF PATROL AGENT DANIEL I. PARRA**

I, Daniel I. Parra, declare and affirm as follows:

1. I am employed by U.S. Border Patrol, an operational component of U.S. Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). CBP is charged with enforcing the Nation's immigration laws in order to protect national security and uphold the integrity of the immigration system. As part of this mission, CBP Border Patrol Agents are responsible for preventing the unlawful entry of individuals into the United States, apprehending those who attempt to enter illegally or who have violated the immigration laws in accordance with the Constitution and other applicable laws. Through these activities, CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States.

1

2. I am the Deputy Chief Patrol Agent of the El Centro Sector and have been in this position since May 8, 2022. In this role, I am responsible for managing U.S. Border Patrol operations and administrative functions within the El Centro Sector, which encompasses 70 miles of land border, as well as inland areas of California extending to the Oregon State line. I oversee a workforce of over 1,200 employees and manage a multimillion-dollar budget.

3. I entered on duty with the U.S. Border Patrol on July 28, 2002. My first assignment as a Border Patrol Agent was at the El Centro Station, El Centro Sector. Across the span of my career with the U.S. Border Patrol, I have served in a variety of leadership positions ranging in scope and complexity. These assignments include Supervisory Border Patrol Agent and Field Operations Supervisor, Indio Station, El Centro Sector; Executive Officer of Operations, El Centro Sector; Assistant Chief, U.S. Border Patrol Headquarters, Law Enforcement Operations Directorate - Pacific Corridor; Deputy Patrol Agent in Charge of Operations, Ajo Station, Tucson Sector; Patrol Agent in Charge, Blythe Station, Yuma Sector; and Division Chief, Law Enforcement Operational Programs, Tucson Sector. As the Division Chief, I oversaw multiple law enforcement operational programs in Tucson Sector, the largest and one of the busiest sectors in the nation.

4. My current Role is Incident Commander for the current CBP operation in and around Chicago, Illinois. In this position, I have operational oversight and am responsible for all U.S. Border Patrol assets and operations in the greater Chicago area. Furthermore, I ensure that all personnel under my command have the proper resources, not only in terms of material, but the requisite training needed to operate in such a complex and fluid environment. As the Incident Commander, I report directly to National Incident Commander Center.

5. On or about [September 16, 2025, to support U.S. Immigration and Customs Enforcement (ICE), CBP agents and officers were deployed to Chicago, Illinois, as part of a national, multi-agency operation. The operation focuses on enhancing public safety and enforcing immigration law through law enforcement efforts.

6. As part of this operation, CBP officers and agents, in coordination with other federal agencies, along with their federal partners, are involved in a variety of different law enforcement encounters and enforcement actions. Officers and agents regularly engage in consensual encounters, investigative detentions, lawful warrantless arrests, and arrests pursuant to both immigration and criminal judicial warrants.

7. CBP officers and agents routinely use the ICE Broadview Service Station Area (BSSA) facility located at 1930 Beach Street, Broadview, Illinois to process and temporarily house individuals detained under the immigration laws during the ongoing operation.

8. CBP officers and agents, and individuals within their legal custody, have faced escalating hostility and violence from rioters and other individuals in Chicago and nationwide. Individuals and large groups of people have been increasingly willing to threaten CBP personnel, damage government property, and assault agents and officers performing their lawful duties, including at the BSSA facility.

9. Specifically, as Incident Commander, I have experienced and reviewed reports documenting the violent targeting of CBP personnel and government property, interfering with our official law enforcement duties, around the BSSA facility including:

    a. On September 19, 2025, protesters gathered outside of the BSSA and intentionally blocked the path of a Border Patrol vehicle transporting detainees to the facility. ICE agents responded to the scene to deter protestors from obstructing the path of the vehicle and protect the detainees, but the protestors refused to move. As a result, agents deployed less lethal munitions to disperse the obstructing protestors and ensure the safety of agents and detainees.

    b. On September 20, 2025, ICE discovered that rioters slashed the tires of ten government vehicles parked at a General Services Administration parking lot adjacent to the BSSA.

    c. On September 26, 2025, rioters restricted vehicle access to the BSSA by blocking the nearby intersection of 25th Street and Harvard Street requiring the deployment of a specialized Border Patrol Tactical Unit (BORTAC) which was forced to deploy less lethal munitions to disperse the obstructing crowd and allow access to the BSSA. CBP was required to deploy additional Special Response Team (SRT) and Mobile Field Force (MFF) officers to maintain control of the area thereafter as rioters refused to disperse.

    d. On September 27, 2025, rioters yet again impeded CBP vehicles and personnel from entering and exiting the BSSA. As a result, dozens of officers and agents were deployed to allow access to the BSSA. On this occasion, agents arrested 11 individuals. Two arrestees were armed with loaded handguns.

    g. On October 3, 2025, DHS received notice that a five-figure bounty had been placed on a high level CBP law enforcement employee by a Chicago area street

3

      gang that called for his or her capture or death. This individual is known to frequent the BSSA facility.

   h. At least two rioters at the BSSA were found to have firearms on them when arrested. These individuals were arrested immediately outside the fencing.

10. CBP special operations teams are routinely needed to maintain crowd control in Chicago given the size and activities of the rioters, including at the BSSA. Rioters, masked as protestors, routinely call for demonstrations outside the BSSA facility.

11. State and local public officials have disparaged members of CBP and ICE in press conferences. On October 6, 2025, Chicago Mayor Brandon Johnson, as reported by WGN news, stated, "we have a rogue, reckless group of heavily armed and masked individuals roaming throughout our city that are not accountable to the people of Chicago."[1] Similarly, Illinois Governor JB Pritzker recently stated, "on a beautiful weekend, when families were out enjoying their day in Chicago, armed border patrol agents were downtown, marching up and down Michigan Avenue, harassing and intimidating residents and tourists. Meanwhile, ICE's chief offender Gregory Bovino, has been leading the disruption and causing mayhem while he gleefully poses for photo ops and TikTok videos."[2] [3] These statements against CBP and ICE have inflamed animosity towards CBP agents and officers, including those using the BSSA facility.

12. The fencing around the BSSA facility allows for protestors to be around the facility without interfering with law enforcement efforts or compromising the safety of the agents/officers and detainees.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 6th day of October, 2025, at North Chicago, Illinois.

                                            Daniel I. Parra
                                            Deputy Chief Patrol Agent
                                            DHS CBP, El Centro Sector