# EXHIBIT 12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, et al., | Case No. 2:25-cv-05563 |
| Plaintiffs, | |
| v. | **DECLARATION Of KYLE C. HARVICK** |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

## DECLARATION OF KYLE C. HARVICK

I, Kyle C. Harvick, declare and affirm as follows:

1.     I am employed by U.S. Customs and Border Protection (CBP). CBP is charged with enforcing the Nation's immigration laws in order to protect national security and uphold the integrity of the immigration system. As part of this mission, CBP Border Patrol Agents and officers are responsible for preventing the unlawful entry of individuals into the United States, apprehending those who attempt to enter illegally or who have violated the immigration laws in accordance with applicable laws. Through these activities, CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States.

2.     I am the Patrol Agent in Charge, El Centro Station. In this role, I drive Border Patrol Operations for the El Centro Station, comprised of 35 miles of land border, a permanent traffic checkpoint, overseeing 320 employees, a 160-vehicle fleet, and a budget of $800,000. I have been in this position since 2023.

1

3.     I entered on duty with the U.S. Border Patrol on September 10, 2000, with my first duty assignment in the El Paso Sector. In 2015-2016, I served as Acting Assistant Chief within the Strategic Planning and Analysis Directorate, Operational Requirements Management Division in Washington, D.C. I have also served as the Deputy Patrol Agent in Charge of the Yuma Sector Border Patrol Station and the first Customs and Border Protection Advisor to Israel, where I was responsible for facilitating in country liaison with various Israeli Law Enforcement entities and Ministry of Defense agencies. I have served in the El Centro Sector since 2021, including service as the Professional Standards Assistant Chief Patrol Agent.

4.     From June 8, 2025 to current date, for the Los Angeles operation, I am Deputy Incident Commander and I operate out of the Border Patrol Incident Command Post (BP ICP). In this position, I oversee all U.S. Border Patrol operations around the Los Angeles area. I ensure the Border Patrol Agents have all the proper equipment and supplies to do their job. I oversee logistics, prosecutions, use of force events, personnel, and intelligence. I report to the Incident Commander or act as the Incident Commander in his absence. The BP ICP reports up to the Lead Field Coordinator and National Incident Command Center.

5.     I participated in the federal search warrant service at Glass House Farms in Camarillo, CA on July 10, 2025. As the highest-ranking Border Patrol official on scene, my role was to be present at the command post along with other law enforcement leaders, respond to any urgent needs, and make decisions as unforeseen situations arose during the execution of the search warrant. Under my command was a tactical commander with oversight of all search warrant operations. Throughout the process I monitored the progress of the search warrant operations and relayed progress to my leadership.

6.     I make this declaration based upon my personal knowledge, consultation with colleagues, and/or my review of official CBP records. If called to testify, I would and

2

1  could do so competently.

2  7.    I understand that Plaintiffs allege that CBP, specifically Border Patrol (BP)

3  personnel, were present at various locations within the Los Angeles area where

4  enforcement operations and protests were taking place.  From the locations listed in the

5  Plaintiffs' preliminary injunction declarations, BP personnel were present at the Xpress

6  Car Wash, in Maywood, California on June 20, 2025, the Home Depot at 4925 W.

7  Slauson Ave, in Los Angeles, California on June 23, 2025, MacArthur Park in Los

8  Angeles, California on July 7, 2025, and Glass House Farms in Camarillo, California on

9  July 10, 2025.  BP personnel was not present at Glass House Farms in Carpinteria,

10  California on July 10, 2025.

11
12  8.    I can confirm that Border Patrol personnel did not use force or deploy any less-

13  lethal munitions and/or crowd control devices at MacArthur Park in Los Angeles on July

14  7th.

15  9.    I am not aware of any Border Patrol personnel knowingly targeting journalists,

16  legal observers, or non-violent protestors with less lethal munitions and/or crowd control

17  devices.

18  10.    On June 20, 2025, at the XPress Car Wash in Maywood, California, BP personnel

19  were engaged in Border Patrol's immigration enforcement mission.  A group of

20  individuals formed after the arrival of agents and they became increasingly aggressive

21  and violent.  Agents were targeted with full bottles containing unknown liquids, as well

22  as plastic items, metal objects, and other projectiles.  In addition, a federal government

23  vehicle was struck by another vehicle and an individual used a crowbar to break a

24  window.  Due to this assaultive behavior, the situation necessitated the use of a variety of

25  less-than-lethal specialty impact and chemical munitions (LLSI-CM) to protect agents

26  and others.  The assaultive subjects were targeted with these deployments and one

27  subject was arrested for assault. This LLSI-CM included, but were not limited to,

28

PepperBall Launching System, Cont. Discharge Large CS Canister, and a Pocket Tactical Smoke Canister. Attached as Exhibit A are photos of vehicle damage from this location.

11. On June 23, 2025, BP personnel were conducting immigration enforcement operations at the Home Depot at 4925 West Slauson Ave., Los Angeles, CA. During this operation agents were surrounded by a large group of individuals who impeded the agents from placing detained individuals into government vehicles. This group obstructed the agents' route of egress. The driver of a Ford F-150 positioned his truck so as to further obstruct the ability of agents to exit the area. As a result one LLSI-CM, specifically a Three Part Submunitions CS Canister, was deployed. The CS gas was effective and subjects moved away allowing the agents to leave.

12. On July 10, 2025, HSI Los Angeles was the lead investigative agency at Glass House Farms enforcement action at the Carpinteria, California and Camarillo, California locations, pursuant to a criminal search warrants for violations of federal law, including harboring aliens and unlawful employment of aliens. BP personnel were present only at the Camarillo location. The role of the Border Patrol was to ensure operational control of the execution of the search warrant and provided perimeter security.

13. Glass House Farm in Camarillo is a large facility approximately one kilometer by one kilometer. It includes multiple large greenhouses and multiple support buildings. The entire compound is surrounded by a large security fence with two entrances in and out on Laguna Road. The compound is also surrounded by a deep ditch that was just outside the fence.

14. Crowds of protestors began to form almost immediately after the operation to execute the search warrant started, and two groups grew on egress intersections, east and west of the facility on Laguna Road, as BP agents and HSI, ICE personnel were conducting their duties. The two groups consisted of about 250 individuals on each side

4

1    of the Glass House Farm compound (approximately 500 in total).  BP personnel were
2    stationed at the intersections to ensure perimeter security and to keep the egress route
3    clear for detainee transport vans and EMS services.

4    15.    Multiple individuals in the crowds became aggressive and violent toward BP
5    personnel.  Rioters stood in the middle of Laguna Road and attempted to block vehicles
6    coming in and out of the Glass House facility.  Rioters refused to follow Border Patrol
7    orders to stop blocking the road.  Rioters threw rocks, glass bottles, full water bottles,
8    commercial grade fireworks, and other projectiles at agents, government vehicles, and
9    white vans being used to transport detainees.  This conduct posed an immediate threat to
10   agent safety and hindered their ability to maintain order and protect the safety of those
11   working inside the farm, to include detainees.  As the crowd grew in size so did the
12   violence which became assaultive and necessitated the use of a variety of less-than-lethal
13   specialty impact and chemical munitions (LLSI-CM) to protect agents and others. The
14   deployments were focused on the assaultive subjects, not the protesters.  This LLSI-CM
15   included, but were not limited to, Pocket Tactical CS Canister, Pocket Tactical Smoke
16   Canister, Cont. Discharge Large CS Canister, Non-burning Internal Canister CS Granade
17   – Flameless Tri-Camber CS, and Instant Blast Powder Grenade CS.

18
19   16.    Multiple incidents requiring the use of less-lethal measures occurred throughout
20   the day at the Glass House facility in Camarillo.  Some representative examples include:

21   •      At approximately 12:50 p.m., a vehicle driven by Immigration and Customs
22   Enforcement and Enforcement Removal officers needed to exit the perimeter on the east
23   side of the facility to provide security for a detained subject that needed immediate
24   medical assistance and hospitalization.  As soon as the vehicle exited the perimeter, it
25   was surrounded by protesters to stop them from leaving.  The protesters were striking the
26   vehicle and preventing it from leaving.  A handheld CS canister was thrown toward the
27   crowd surrounding the vehicle causing the crowd to scatter.  However, as soon as the
28   vehicle proceeded another 20 to 30 yards, it was surrounded by another crowd that was

throwing full water bottles and rocks at the vehicle so BP agents had to deploy more CS gas so that the vehicle was able to drive out to the highway and safely depart.

• At approximately 2:25 p.m., a crowd of protesters on the west side of the facility were ordered via a loudspeaker to clear a road because they were blocking a convoy of vehicles. After the command was repeated several times, BP agents began to walk toward the protesters. One of the protesters set off a smoke bomb near the BP agents and another object was thrown at BP agents. A riot began with rioters throwing various objects, smoke bombs, and fireworks at the BP agents, while the BP agents were using CS gas devices and PAVA pepperball projectiles to defend themselves and disperse the rioters so that the vehicle convoy could proceed.

• At approximately 5:00 p.m., a Border Tactical Unit ("BORTAC") team was deployed to the west side of the facility to join other BP agents working at the perimeter, because several transport vehicles had been damaged from protesters throwing rocks and other hard objects. Commands were made on a loudspeaker for the crowd to move off the road for vehicles to have a clear path. The crowd failed to comply with these orders. As a line of BP agents began to move toward the crowd, at or about 5:26 p.m., someone from the back of the crowd threw an object about the size of a tennis ball at the agents. Because the crowd was assaulting officers and had previously thrown rocks to strike vehicles, the BP agents perceived an immediate threat and responded with the deployment of CS gas and PAVA pepperball projectiles to disperse the crowd and prevent any further assault by the crowd throwing hard objects.

• At approximately 8:50 p.m., a BORTAC team was escorting transport vans back to the facility. Both ends of Laguna Road were blocked by protesters and their vehicles, so the BORTAC team used a dirt road on the east side of the facility connecting to Las Posas Road. At one point, a crowd and their vehicles were blocking the road. Announcements were made with a loudspeaker for the crowd to clear the path for the federal vehicles, but the crowd did not move. As a result, CS gas canisters were

deployed. Afterwards, one person moved his sedan allowing the BORTAC team and the transport vans to proceed.

•       At approximately 11:30 p.m., Border Patrol personnel and other DHS personnel had completed its operations at the Glass House facility, and we were attempting to safely remove all federal agents and government vehicles from the area. Violent rioters had blocked not only both ends of Laguna Road, but also the dirt road used earlier. Another route was identified north of Laguna Road and east of the facility, and an armored vehicle was positioned to block any rioters and their vehicles. However, rioters positioned their vehicles and shined their headlights and high beams directly at the federal agents' vehicles to block their vision while driving. One rioter also drove his vehicle directly at the government convoy causing a government vehicle to drive off the road and into a ditch. More rioters were running across an open field and toward the departing government convoy. One round of 40mm CS gas was deployed to control the direction of the rioters while agents were sent to control the rioters close to the road. After the remaining government vehicles had exited the area, another canister of CS gas was deployed to create enough distance between the agents and the rioters so that the agents could safely return to the armored vehicle and depart from the scene.

17.       Attached as Exhibit B are examples of the damage caused to vehicles at Glass House Farms in Camarillo.

18.       One individual at Camarillo fired a gun at federal law enforcement officers, endangering the lives of the officers, as well as journalists and protesters.[1] The FBI continues to search for the individual who fired a gun at federal law enforcement officers. See https://www.msn.com/en-us/news/crime/fbi-releases-photo-of-man-accused-of-firing-at-federal-agents-during-camarillo-immigration-raid/ar-AA1IL4re?ocid=BingNewsSerp (last visited on July 28, 2025). In addition, compliance

_____

[1]   See https://www.dhs.gov/news/2025/07/11/ice-and-cbp-law-enforcement-dodge-literal-bullets-rioters-while-rescuing-least-10 (last visited on July 28, 2025).

with federal law, several of the assaultive individuals in this crowd were arrested and turned over to HSI for prosecution for assault of a federal officer.

19. In all of these events, LLMs were only deployed after situations became dangerous and subjects became assaultive. Throughout the day there were periods of protest punctuated by periods of assaultive behavior. When the threats were not present, agents did not deploy any LLMs.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 1st day of August, 2025, at Long Beach, California.

KYLE C. HARVICK

# EXHIBIT A







# EXHIBIT B



