IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | |
| *Plaintiffs,* | No. 25-cv-12173 |
| v. | Honorable Sara L. Ellis, District Judge |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, et al. | |
| *Defendants* | |

**PLAINTIFFS' NOTICE OF AMENDED
PROPOSED TEMPORARY RESTRAINING ORDER**

Pursuant to this Court's orders and guidance at the hearing held on October 6, 2025 in this mattter, Plaintiffs submit the attached amended proposed temporary restraining Order, which Plaintiffs ask this Court to enter for all of the reasons explained in their Complaint, Dkt. 1, Motion for Temporary Restraining Order, Dkt. 21, and during the hearing on October 6. In further support of this amended proposed temporary restraining, Plaintiffs state:

1. Plaintiffs' amended proposed TRO is attached to this filing as Exhibit A. A redline version comparing the amended proposed TRO to the version filed with the Court on October 6 is attached to this filing as Exhibit B.

2. Plaintiffs' amended proposed TRO adopts all changes ordered by this Court at the October 6 hearing. Those changes are reflected in paragraphs 1(a), 1(g) 1(h), 1(j), and 1(k).

3. As ordered by this Court, the parties conferred in the morning of October 8, 2025. Plaintiffs' counsel explained Plaintiff's proposed changes to the TRO, the parties attempted to reach agreement on the scope of paragraphs 1(b) and (2), and Defendants' counsel stated that

they had numerous additional changes and would submit their proposed changes to the Court in a filing.

RESPECTFULLY SUBMITTED,

/s/ Steve Art

*One of Plaintiffs' Attorneys*

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Locke Bowman | **MANDEL LEGAL AID CLINIC** |
| Steve Art | University of Chicago Law School |
| Heather Lewis Donnell | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Matt Topic | (773) 702-9611 |
| Lindsay Hagy | futterman@uchicago.edu |
| Jordan Poole | |
| Dominique Gilbert | Hayden Johnson* |
| Justin Hill | Katie Schwartzmann* |
| Aaron Tucek | Conor Gaffney* |
| Alexandra Wolfson | **PROTECT DEMOCRACY PROJECT** |
| **LOEVY + LOEVY** | 2020 Pennsylvania Ave NW, Ste 601 |
| 311 N. Aberdeen Street | Washington DC 20006 |
| Chicago, Illinois 60647 | (202) 579-4582 |
| (312) 243-5900 | hayden.johnson@protectdemocracy.org |
| steve@loevy.com | katie.schwartzmann@protectdemocracy.org |
| | conor.gaffney@protectdemocracy.org |
| Elizabeth Wang | * *Application for pro hac vice forthcoming* |
| Isaac Green | |
| **LOEVY + LOEVY** | Daniel Massoglia |
| 2060 Broadway, Ste. 460 | Hannah C. Marion |
| Boulder, CO 80302 | **FIRST DEFENSE LEGAL AID** |
| | 601 S. California Ave. |
| David B. Owens | Chicago, IL 60612 |
| **LOEVY + LOEVY** | (336) 575-6968 |
| ℅ Civil Rights and Justice Clinic | daniel@first-defense.org |
| University of Washington Law School | hannah@first-defense.org |
| William H. Gates Hall, Suite 265 | |
| Seattle, WA 98145-1110 | |

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Kevin M. Fee, Jr.
Rebecca Glenberg
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org