IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | |
| *Plaintiffs,* | No. 25-cv-12173 |
| v. | |
| | Hon. Sara Ellis, District Judge |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, et al. | |
| *Defendants* | |

## NOTICE PURSUANT TO RULE 41(a)(1)(A(i) OF DISMISSAL OF THE ILLINOIS PRESS ASSOCIATION

1. The Illinois Press Association is hereby removed as a Plaintiff (the IPA voluntarily dismisses its claims).
2. Paragraph 18 of Plaintiffs' Complaint is withdrawn.
3. All other Plaintiffs continue to pursue all claims.

By:                        */s/ Steve Art*

                           *One of Plaintiffs Attorneys*

*Counsel for Plaintiff*

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Heather Lewis Donnell | **MANDEL LEGAL AID CLINIC** |
| Locke Bowman | University of Chicago Law School |
| Steve Art | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Matt Topic | (773) 702-9611 |
| Lindsay Hagy | futterman@uchicago.edu |
| Jordan Poole | |
| Dominique Gilbert | Hayden Johnson* |
| Justin Hill | Katie Schwartzmann* |
| Aaron Tucek | Conor Gaffney* |
| **LOEVY + LOEVY** | **PROTECT DEMOCRACY PROJECT** |
| 311 N. Aberdeen Street | 2020 Pennsylvania Ave NW, Ste 601 |
| Chicago, Illinois 60647 | Washington DC 20006 |
| (312) 243-5900 | (202) 579-4582 |
| steve@loevy.com | hayden.johnson@protectdemocracy.org |
| | katie.schwartzmann@protectdemocracy.org |
| Elizabeth Wang | conor.gaffney@protectdemocracy.org |
| Isaac Green | * *Application for pro hac vice forthcoming* |

<div style="display: flex;">

**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org

</div>