# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chicago Headline Club, et al.

                          Plaintiff,

v.                                                   Case No.: 1:25−cv−12173
                                                               Honorable Sara L. Ellis

Kristi Noem, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/8/2025 regarding emergency motion for a temporary restraining order, [21] and continued to 10/9/2025 at 10:30 AM. Plaintiffs to appear in person, and the Defendants to appear remotely. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.