**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Chicago Headline Club, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:25−cv−12173
                                                            Honorable Sara L. Ellis

Kristi Noem, et al.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 16, 2025:

     MINUTE entry before the Honorable Sara L. Ellis: In court hearing held. The Court modifies the Temporary Restraining Order and orders the parties to meet and confer regarding the modification as to use of body cameras. The parties must submit their proposed modified order to Judge Ellis' proposed order email. The Court sets a hearing for 10/20/2025 at 10:30 a.m. The Court orders Field Director Russell Holt to appear. The Court strikes the preliminary injunction hearing set for 10/23/2025 and resets it to 11/5/2025 at 9:00 AM. The Court sets the following briefing schedule on Plaintiffs' motion for preliminary injunction: Plaintiffs' motion is due by 10/21/2025; Defendants' response is due by 10/31/2025, and Plaintiffs' reply is due by 11/3/2025. The Court denies Plaintiffs' motion for expedited discovery as moot [50] as stated on the record. Plaintiffs should file their revised motion for expedited discovery by 10/16/2025 and Defendants' response is due by 10/17/2025. Plaintiffs should file any amended complaint and motion for class certification by 10/21/2025. Defendants' response to Plaintiffs' class certification motion is due by 10/31/2025 and Plaintiffs' reply is due by 11/3/2025. There will not be remote access for the hearing scheduled for October 20, 2025, pursuant to Judicial Conference policy, because the Court anticipates live testimony. The courtroom will be open to the public, and an overflow courtroom will be available for additional seating. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.