| | |
|---|---|
| **From:** | FPS Operations Leadership Message |
| **To:** | FPS All Law Enforcement Officers |
| **Cc:** | FPS Operations Leadership Message |
| **Subject:** | RE: United States Court Temporary Restraining Order |
| **Date:** | Thursday, October 9, 2025 2:06:24 PM |
| **Attachments:** | 42 Chicago Headline Club v Noem - TRO.pdf |
| | image001.png |
| **Importance:** | High |



October 9, 2025

**TO:** Federal Protective Service Law Enforcement Officers

**FROM:** Clifford Hughes, Deputy Director, Operations

**SUBJECT:** United States District Court Temporary Restraining Order

This Notice is being sent to you in accordance with an Order from a US District Court Judge. The attached Temporary Restraining Order (TRO) was issued against the Department of Homeland Security (DHS) on October 9, 2025, as part of the civil lawsuit *Chicago Headline Club, et. al v. Kristi Noem, et. al* (ND Ill.), No. 1:25-cv-12173. It restrains DHS law enforcement activities relating to the ongoing protests in the Northern District of Illinois.

All FPS Law Enforcement Officers deployed to, or working in the Northern District of Illinois (Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, McHenry, and Will Counties) must read the TRO. You will be updated on any changes to the Court's Order as they occur.

**FAILURE TO COMPLY WITH ORDER: Failure to comply with the restrictions set forth in the Court's order may result in the United States, or you personally, being held in Contempt of Court. A finding of Contempt of Court can result in civil or criminal penalties, to include monetary fines or incarceration.**