FROM THE OFFICE OF THE DIRECTOR

# Effective Immediately: Temporary Restraining Order Issued in Chicago Headline Club v. Noem

A Message from the Office of the Director   10/9/2025   To all ICE Employees

On October 9, 2025, the U.S. District Court for the Northern District of Illinois issued a temporary restraining order (TRO) in *Chicago Headline Club v. Noem*, No. 25-12173 (N.D. Ill. filed Oct. 6, 2025), directly impacting ICE law enforcement activity – including with regard to engagement with journalists, the press, protesters, and religious practitioners – in the jurisdiction of the ERO and HSI Chicago Areas of Responsibility (AORs) which includes Illinois, Indiana, Wisconsin, Missouri, Kansas, and Kentucky (Chicago AOR). A copy of the TRO is attached. All ICE law enforcement officers and agents operating in or deployed to the Chicago AOR, including those holding any supervisory authority, must review and familiarize themselves with the attached TRO. The TRO is in effect immediately.

ICE personnel should consult with their respective OPLA Field Location with any questions regarding this message.

Thank you for all you continue to do for the agency.


Todd M. Lyons
Acting Director
U.S. Immigration and Customs Enforcement

---

**Attachment**

 October 9, 2025 Temporary Restraining Order