To: CBP Employees
October 10, 2025

**Temporary Restraining Order Issued in *Chicago Headline Club v. Noem***

On October 9, 2025, the U.S. District Court for the Northern District of Illinois issued a temporary restraining order (TRO) in *Chicago Headline Club v. Noem*, No. 25-12173 (N.D. Ill. filed Oct. 6, 2025), directly impacting the engagement of CBP law enforcement personnel, officers, and agents with journalists, the press, protesters, and religious practitioners in the Northern District of Illinois.

The TRO applies to:
   a. all CBP law enforcement personnel, officers, and agents currently or subsequently deployed in the Northern District of Illinois, including but not limited to all personnel in the Chicago region who are part of Operation Midway Blitz or any equivalent operation by a different name; and
   b. all CBP employees, officers, and agents with supervisory or management authority over any law enforcement officers or agents currently or subsequently deployed in the Northern District of Illinois, up the chain of command to and including the Secretary of Homeland Security and other named Defendants.

A copy of the TRO is attached. All CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees, must review and familiarize themselves with the attached TRO. The TRO is in effect as of October 9, 2025.

**FAILURE TO COMPLY WITH ORDER: Failure to comply with the restrictions set forth in the Court's order may result in the United States, or you personally, being held in Contempt of Court. A finding of Contempt of Court can result in civil or criminal penalties, to include monetary fines or incarceration.**

CBP personnel should consult the Office of Associate Chief Counsel-Great Lakes Region with any questions regarding this message.


Attachment:
October 9, 2025 Temporary Restraining Order