## Skedzielewski, Sean (CIV)

| | |
|---|---|
| **From:** | The AAG for Administration |
| **Sent:** | Thursday, October 16, 2025 12:27 PM |
| **To:** | The AAG for Administration |
| **Subject:** | Notice of Order: Chicago Headline Club, et. al v. Kristi Noem, et. al (ND Ill.), No. 1:25-cv-12173. |
| **Attachments:** | Chicago Headline Club v Noem - TRO.pdf |

To all Department of Justice employees and contractors:

The attached Temporary Restraining Order (TRO) was issued against the Department of Justice on October 9, 2025, as part of the civil lawsuit *Chicago Headline Club, et. al v. Kristi Noem, et. al* (ND Ill.), No. 1:25-cv-12173. The TRO restrains law enforcement activities relating to the ongoing protests in the Northern District of Illinois. All Department employees with official responsibilities, including supervisory or management responsibilities, in the Northern District of Illinois (Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, McHenry, and Will Counties) now or in the future must read the TRO and follow its requirements. Until such time as a subsequent court order provides otherwise, it is important that the Department comply with the terms of the Court's order as any failure to do so may result in penalty of contempt.

Regards,
Jolene

Jolene Ann Lauria
Assistant Attorney General
  for Administration