IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) |
| *Plaintiffs,* | ) No. 25-cv-12173 |
| | ) |
| v. | ) Hon. Sara L. Ellis, |
| | ) District Judge |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| *Defendants.* | ) |

**EMERGENCY MOTION TO MODIFY PROCEDURE FOR HEARING ON OCT. 20, 2025**

Defendants move to modify the minute entry order of October 16, 2025, which orders Immigration and Customs Enforcement (ICE) Field Director Russell Hott to appear in person on Monday, October 20, 2025, at 10:30 a.m. ECF No. 51. Defendants ask the Court to modify its order to (1) waive Director Hott's appearance and (2) instead order the appearance of Customs and Border Protection (CBP) Deputy Incident Commander, Operation Midway Blitz, Kyle C. Harvick. Defendants also request leave to present information about Body-Worn Cameras via declaration in lieu of live testimony. Given the urgency of this matter and the need to prepare for the hearing on Monday, Defendants respectfully request that the Court rule on this motion as soon as possible.[1]

After the hearing on October 16, 2025, Defendants' counsel was informed that after a preliminary inquiry by Department of Homeland Security (DHS) officials, DHS determined that it was mostly, if not entirely, CBP personnel involved in the reported incidents at Albany Park and

---

[1] The parties conferred about the relief sought in this motion and Plaintiffs stated that they reserved their position pending review of the motion.

1

at 105th Street and Avenue N, news coverage of which was the focus of discussion by the Court at the hearing. As such, the agents at those events would have been operating under the oversight of Deputy Incident Commander Harvick, not ICE Director Hott. Mr. Harvick is the Deputy Incident Commander for CBP operations in and around Chicago, charged with operational oversight and responsibility for all U.S. Border Patrol assets and operations in greater Chicago. Mr. Hott has no responsibility for CBP agents, nor detailed knowledge of their operations and conduct related to the two incidents. For this reason, Mr. Hott should be excused and Mr. Harvick should be substituted as the designated individual to provide the Court with in-person witness testimony about the reported incidents.[2]

With regard to Body-Worn Cameras (BWC), which is the subject of a potential TRO modification, DHS has no uniform department-wide policy or operational posture. Each component of DHS, including ICE, CBP, and the Federal Protective Service (FPS), has its own policy, procedure, and operational posture governing the deployment and activation of BWC equipment. In order to provide the Court with the most accurate and comprehensive information on this issue, Defendants will provide sworn declarations from the relevant and appropriate ICE, CBP, and FPS officials with knowledge of their components' BWC policies and current operational posture in lieu of live testimony. Defendants' counsel has been advised that neither Mr. Harvick nor Mr. Hott have official responsibility over the deployment of BWCs and the associated information technology issues with their use, and thus they are unlikely to offer helpful testimony to the Court on that issue. Defendants believe that submitting declarations in advance

---

[2] Defendants' counsel have been advised that Mr. Hott's final day as Field Office Director ERO for the ICE ERO Chicago Field Office is October 17, 2025. Mr. Hott will no longer be assigned to the Chicago area of responsibility.

of the hearing is the most straightforward and effective method of providing BWC information to the Court.

In the alternative, should the Court nonetheless want live testimony on BWC issues, the designated declarants should be permitted to testify remotely. None of the declarants reside in the Chicago area and travel would be especially burdensome due to the current lapse of appropriations.

For all the above reasons, there is good cause for this Court modify its minute entry order of October 16, 2025 and enter the accompanying Proposed Order accordingly.

                                              Respectfully submitted,
BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
Civil Division, Federal Programs Branch

By: s/ *Sean Skedzielewski*
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave NW
Washington, D.C. 20530
(202) 860-9960
sean.skedzielewski@usdoj.gov