## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) | |
| | ) | No. 25-cv-12173 |
| *Plaintiffs,* | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | District Judge |
| | ) | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**PROPOSED ORDER MODIFYING MINUTE ENTRY ORDER OF OCTOBER 16, 2025**

The Minute Entry Order of October 16, 2025 is hereby MODIFIED in the following ways:

(1) The Court relieves Field Director Russell Hott of his obligation to appear at the October 20, 2025 hearing and instead orders Deputy Incident Commander Kyle C. Harvick to appear.

(2) Defendants may submit sworn declarations for the hearing regarding DHS component agencies' deployment and use of Body-Worn Cameras (BWC) and their policies governing same.

Sara L. Ellis_____<br>
U.S. District Judge

Date