IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>KRISTI NOEM, Secretary, U.S. Department of )<br>Homeland Security, in her official capacity, et )<br>al. )<br>)<br>*Defendants* ) | No. 25-cv-12173 |

**NOTICE OF MOTION FOR PLAINTIFFS' MOTION TO ENFORCE THE COURT'S TEMPORARY RESTRAINING ORDER**

PLEASE TAKE NOTICE that on October 2, 2025, at 10:30 a.m. as soon thereafter counsel may be heard, I shall appear before the Honorable Judge, Sara L. Ellis, Courtroom 1403 in the United States District Courthouse, Chicago, IL, and then and there submit **PLAINTIFF'S MOTION TO ENFORCE THE COURT'S TEMPORARY RESTRAINING ORDER,** a copy of which has been filed.


Respectfully submitted,
/s/Theresa Kleinhaus_____
Attorney for Plaintiffs


| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Heather Lewis Donnell | **MANDEL LEGAL AID CLINIC** |
| Locke Bowman | University of Chicago Law School |
| Steve Art | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Matt Topic | (773) 702-9611 |
| Lindsay Hagy | futterman@uchicago.edu |
| Jordan Poole | |
| Dominique Gilbert | Hayden Johnson* |
| Justin Hill | Katie Schwartzmann* |
| Aaron Tucek | Conor Gaffney* |
| Scott Rauscher | **PROTECT DEMOCRACY PROJECT** |

1

**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

2020 Pennsylvania Ave NW, Ste 601
Washington DC 20006
(202) 579-4582
hayden.johnson@protectdemocracy.org
\* *Application for pro hac vice forthcoming*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
rglenberg@aclu-il.org