IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* | )<br>) |
| Plaintiffs, | )<br>) Case No. 25-cv-12173 |
| v. | )<br>)<br>) |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**Response In Opposition to Defendants' Motion to Modify
The Procedure for Hearing Mondy**

Plaintiffs, by their attorneys, respectfully submit this brief response in opposition to the government's motion file this morning, asking the Court to modify Monday's proceeding, Dkt. 55, stating as follows:

1. The government asks the Court to excuse ICE Field Director Hott from appearing in Court on Monday, and to substitute instead CBP Deputy Incident Commander Harvick. For several reasons, Plaintiffs oppose the request.

2. First, in its motion government argues "it was mostly, if not entirely, CBP personnel involved in the reported incidents" that allegedly violated the TRO. Dkt. 55 at 1. The government continues that Director Hott does not have "detailed knowledge" of the operations of CBP agents involved in the incident. *Id.* at 2.[1]

---

[1] This articulation differs from what the government said on the meet-and-confer yesterday, when it indicated that the agents involved in these incidents were CPB personnel, not just "mostly" from CPB.

3. Yesterday, in conferring on the motion, the government indicated it would ask that that CBP Deputy Chief Patrol Agent Daniel Parra be permitted to testify instead of Director Hott.

4. Now, the government actually asks that Deputy Incident Commander Harvick be permitted to testify while informing that Mr. Hott is no longer going to be assigned to the "Chicago area of responsibility" is actually today—one business day before this Court has directed he testify about these incidents, and one day after Plaintiffs sought his deposition for the preliminary injunction hearing. Dkt. 55 at 2 n.2. How convenient.

5. Plaintiffs object because the government should not be allowed to play a game of hot potato with its different agencies using force against civilians in this District. Operation Midway Blitz presumably has a chain of command. Bovino, Hott, and Parra appear to be within that chain of command, and the government has submitted evidence in this and other pending cases that these individuals have knowledge of and authority over the operation. *See, e.g.*, Dkt. 54 at 4-5 (collecting sources about Bovino's involvement); Dkt. 35-1 (Hott Declaration); Dkt. 35-9 (Parra declaration).

6. This Court should reject the government's effort to substitute someone lower down the chain of command withing CBP. This Court should order Hott to appear as an ICE supervisor, particularly given that the government has *not* represented in its filing that ICE was uninvolved. To the extent that the government is representing that a CBP supervisor is necessary, then this Court should direct Parra to appear as a CBP supervisor, in addition to Hott. To the extent that Court needs a single witness, Bonvio appears to be the functional commander of Operation Midway Blitz. *See* Dkt. 54 at 4-5.

7. At the same time, to ensure that all bases are fully covered, Plaintiffs do not oppose the proposed testimony of Mr. Harvick on Monday in addition to the supervisors described above.

8. With respect to the body camera portion of the government's motion, Plaintiffs sent a proposed amendment to the TRO on body cameras to the government yesterday, and was waiting for a response. Plaintiffs will submit their body camera proposal shortly in a separate filing.

WHEREFORE, Plaintiffs respectfully request this Court grant deny Defendants' motion, order that Mr. Hott appear on Monday, as scheduled, and additionally order that Chief Patrol Agent Gregory Bovino and Deputy Chief Patrol Agent Daniel Parra be prepared to testify as well.

Respectfully Submitted,

/s/ David B. Owens
*One of Plaintiffs' Attorneys*

Jon Loevy
Heather Lewis Donnell
Locke Bowman
Steve Art
Theresa Kleinhaus
Matt Topic
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
Scott Rauscher
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 601
Washington DC 20006
(202) 579-4582
hayden.johnson@protectdemocracy.org
* *Application for pro hac vice forthcoming*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
rglenberg@aclu-il.org