IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS EASTERN DIVISION

|  |  |
|---|---|
| CHICAGO HEADLINE CLUB, et al., ) | |
| ) | |
| *Plaintiffs,* ) | No. 25-cv-12173 |
| ) | Hon. Sara Ellis |
| v. ) | |
| ) | |
| KRISTI NOEM, Secretary, U.S. Department of ) | |
| Homeland Security, in her official capacity, et ) | |
| al. ) | |
| ) | |
| *Defendants* ) | |

## PLAINTIFF'S PROPOSED MODIFICATION OF THE COURT'S TEMPORARY RESTRAINING ORDER

Plaintiffs, by their undersigned attorneys, in response to the Court's order of October 16, 2025, Dkt. 51, respectfully submit the following proposed amendment to the Court's temporary restraining order, Dkt. 42, stating as follows:

1. During the hearing on October 16, 2025, the Court ruled that it is modifying the TRO to provide "that all agents who are operating in Operation Midway Blitz are to wear body-worn cameras and they are to be on." Transcript of Proceedings, 10/16/2025, Dkt. 52, at 4. The Court expressed that the modification of the TRO would need to account for the fact that not all Federal Agents (as the term is used in the TRO) have been provided body cameras, and that it should track DHS policy. *Id.* at 25-27. The Court ordered the parties to confer.

2. Plaintiffs provided the government proposed language yesterday, October 16. The parties conferred. The government has not provided a substantive response, except to say that it opposes Plaintiffs' proposed language and will submit competing language today.

3. Plaintiffs propose the following additional paragraph to the Court's TRO:

It is further ORDERED that all Federal Agents in this judicial district that are currently equipped with body-worn cameras ("BWCs") shall activate them when engaged in an enforcement activity.

The definitions of "body worn cameras" shall be as defined in DHS Policy Statement:

- Body Worn Camera: Audio/video/digital recording equipment combined into a single unit and typically worn on clothing or otherwise secured to a person, e.g., affixed to the outside of the carrier/tactical vest facing forward. DHS Policy Statement 045-07 VIII.

For the purposes of this order, the definition of "enforcement activity" shall be as defined in ICE directive 19010.3 (3.6)(8):

All aspects of ICE Enforcement Activities, planned and orchestrated in advance, conducted by ICE LEOs with certain exceptions listed at 3.7. Such activities include but are not limited to:

1. At-large arrests, including searches incident to such arrests;
2. Brief investigatory detentions, including frisks conducted during brief investigatory detentions;
3. Executing, and attempting to execute, criminal and administrative arrest warrants and in-person issuance of subpoenas;
4. Executing and attempting to execute a search or seizure warrant or order;
5. Execution of a Removal Order, to include aboard Special High-Risk Charter Flights and to conduct verification of Commercial Removal;
6. Deploying to protect Federal Government facilities;
7. Responding to public, unlawful/violent disturbances at ICE facilities;

8. Interactions with members of the public while conducting the above-listed activities in the field;

9. When responding to emergencies.

Respectfully Submitted,

/s/Steve Art

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Matt Topic
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org

375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu