# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Chicago Headline Club, et al. v. Kristi Noem, et al.

Case Number: 25-cv-12173

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Tara Thompson

Firm: Loevy & Loevy

Street address: 311 N. Aberdeen St., 3rd Floor

City/State/Zip: Chicago, Illinois 60607

Bar ID Number: 627992
(See item 3 in instructions)

Telephone Number: 312-243-5900

Email Address: tara@loevy.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/17/2025

Attorney signature: S/ Tara Thompson
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023