# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago Headline Club, et al.

        Plaintiff,

v.              Case No.: 1:25−cv−12173
                 Honorable Sara L. Ellis

Kristi Noem, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

   MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 10/17/2025. The Court grants Defendants' emergency motion to modify procedure for hearing on Oct. 20, 2025 [55] as stated on the record. Enter Modified Temporary Restraining Order. [For further details, see separate order.] Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.