IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) |
| *Plaintiffs*, | ) No. 25-cv-12173 |
| v. | ) Hon. Sara L Ellis |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, et al. | ) |
| *Defendants* | ) |

**PLAINTIFFS' PROPOSED QUESTIONS FOR THE
DEFENDANTS' WITNESSES FOR THE HEARING ON OCTOBER 20, 2025**

Pursuant to the Court's order at the hearing on October 17, 2025, Plaintiffs submit the following proposed topics, with recommended questions, in advance of the hearing set for October 20, 2025, for the Defendants' witnesses.

1. **Communication of Objectives and Justification for Operation Midway Blitz from Administration Officials**

   - Are you aware of any assessment by the Trump Administration prior to the start of Operation Midway Blitz that danger to federal employees required deployment of additional Federal Agents to the Northern District of Illinois?

   - What orders did Trump Administration officials issue to the Department of Homeland Security or its agencies regarding the objectives of, or permissible tactics to be used, in Operation Midway Blitz?

   - What was the Trump Administration's justification or need provided for Operation Midway Blitz?

2. **Training of Federal Agents on Crowd Control**

   - What training was provided to Federal Agents assigned to the Northern District of Illinois regarding crowd dispersal orders?

   - What criteria were provided to instruct Federal Agents assigned to the Northern

District of Illinois on when dispersal orders should be given?

- How many dispersal orders were Federal Agents assigned to the Northern District of Illinois instructed to provide to a crowd prior to Federal Agents taking additional actions, such as deploying use of force?

- What training was provided to Federal Agents assigned to the Northern District of Illinois regarding crowd management or interactions with demonstrators?

3. **Training of Federal Agents on Use of Force**

- What training was provided to Federal Agents assigned to the Northern District of Illinois as part of Operation Midway Blitz on the appropriate use of force?

- What training was provided to Federal Agents assigned to the Northern District of Illinois as part of Operation Midway Blitz on the use of the following:

    o Kinetic Impact Projectiles (KIPs)
    o Compressed Air Launchers
    o Oleoresin Capsicum Spray
    o CS & CN Gas
    o 40 mm Munitions Launchers
    o less-lethal shotguns
    o Less-Lethal Specialty Impact-Chemical Munitions (LLSI-CM)
    o Controlled Noise
    o Light Distraction Devices (CNLDDs)

4. **Training on Detention and Arrest**

- What training was provided to Federal Agents assigned to the Northern District of Illinois regarding the arrest of members of the public engaged in protest activities?

- What training was provided to Federal Agents assigned to the Northern District of Illinois regarding arrest of members of the public engaged in video recording immigration enforcement activities?

5. **Training of Federal Agents Regarding Operating in Urban and Suburban Environments**

- What training was provided to Federal Agents assigned to the Northern District of Illinois regarding use of tear gas in densely populated residential areas such as Chicago or surrounding suburbs?
- What training was provided to Federal Agents assigned to the Northern District of Illinois regarding the use of vehicle chases in urban and suburban environments?

6. **Orders to Federal Agents about interaction with civilians in NDIL**

   - What orders or guidelines were provided to Federal Agents assigned to the Northern District of Illinois regarding interactions with civilians?

   - What orders or guidelines were provided to Federal Agents assigned to the Northern District of Illinois regarding interactions with members of the press?

   - What orders or guidelines were provided to Federal Agents assigned to the Northern District of Illinois regarding interactions with individuals engaged in religious practices?

   - What orders or guidelines were provided to Federal Agents assigned to the Northern District of Illinois regarding interactions with civilians who were videotaping federal agent law enforcement activity?

   - What orders or guidelines were provided to Federal Agents assigned to the Northern District of Illinois regarding interactions with juveniles?

7. **Orders to Federal Agents About TRO**

   - After the Court entered its TRO on October 9, how did the Defendants distribute the TRO to federal agents assigned to the Northern District of Illinois?

   - Other than the communications submitted to the Court on October 16, 2025, in Docket entry 53, have the Defendants issued any other communications and/or guidance to Federal Agents assigned to the Northern District of Illinois regarding compliance with the TRO?

   - Did the Defendants track and/or monitor that Federal Agents assigned to the Northern District of Illinois have reviewed the TRO (i.e. - Did federal agents have to sign or certify compliance in any manner?)

8. **Procedures to Ensure Compliance with TRO**

   - What notifications, documents, and other information is provided when Federal Agents assigned to the Northern District of Illinois use riot control weapons?

   - Who receives those notifications and documents?

   - What reports and/or documentation is required when Federal Agents assigned to the Northern District of Illinois utilize force?

9. **TRO Violations - Dispersal Orders & Tear Gas**

   A. Albany Park Incident on October 12, 2025

   - Who was in command at this location on October 12, 2025?
   - What components of DHS were these Federal Agents from?
   - What Federal Agent deployed tear gas? (Federal Agent Name and badge)
   - What was the justification for the deployment of tear gas?
   - Was a dispersal order issued prior to the deployment of tear gas? If so, by what Federal Agent or Agents?
   - Have any use of force reports or other documentation been submitted by any of the Federal Agents as of today?
   - Have you or someone from DHS investigated this incident?
   - Have any Federal Agents been investigated or disciplined in connection with the use of force in Albany Park?
   - Have any of the Federal Agents involved in this incident received any training or other remedial action following it?

   B. City of Chicago - Eastside on October 14, 2025

   - Who was in command at this location on October 14, 2025?

   - Was the car pursuit on the east side consistent with DHS policy?

   - What Federal Agents deployed tear gas? (Federal Agent Name and badge)
   - What was the justification for the deployment of tear gas?
   - Were dispersal orders issued prior to the deployment of tear gas? If so, by what Federal Agent or Agents?

   - Were the Federal Agents armed with guns and live ammunition?

   - Did Federal Agents point their guns at people present at the scene?

   - Did any Federal Agents utilize a choke hold on a member of the public during this incident?

   - Have any Federal Agents been investigated or disciplined in connection with the use of force on the East side?

   - Have any of the Federal Agents involved in this incident received any training or other remedial action following it?

10. **Federal Agent Investigation and Discipline**

- Have any agents involved in Operation Midway Blitz been investigated or disciplined in any capacity since the Court entered its temporary restraining order?

11. **Operation Midway Blitz Command Structure and Organization**

- What is the chain of command for Operation Midway Blitz?

- Number of Federal Agents currently assigned to the Northern District of Illinois as part of Operation Midway Blitz?

- In ICE Field Director Russell Hott's declaration submitted in opposition to Plaintiffs' motion for a temporary restraining order, Director Hott represented that the Chicago Field Office has 180 officers across six states and 65 officers in the Chicagoland area.

    o How many additional DHS agents have been deployed to Chicago as part of Operation Midway Blitz?

    o What components within DHS are the Federal Agents from?

    o Who do you report to about Operation Midway Blitz? How do you provide this information?

Respectfully Submitted,

*/s/   Heather Lewis Donnell*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org