IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, ) | |
| ) | No. 25-cv-12173 |
| *Plaintiffs*, ) | |
| ) | Hon. Sara L. Ellis, |
| v. ) | District Judge |
| ) | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, ) | |
| *Defendants*. ) | |

**NOTICE OF WITNESSES FOR THE OCTOBER 20, 2025 HEARING**

In compliance with the Court's orders during the October 17, 2025 hearing, Defendants provide notice that the following witnesses will be in-person on October 20, 2025 at 10:30 AM to provide testimony to the Court:

1. Customs and Border Protection (CBP) Deputy Incident Commander Kyle C. Harvick; and

2. Immigration and Customs Enforcement (ICE) Deputy Field Office Director Shawn Byers.

Dated: October 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

1

SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*