| | |
|---|---|
| **From:** | PARRA, DANIEL I |
| **To:** | |
| **Cc:** | BOVINO, GREGORY K; ; HARVICK, KYLE C; |
| **Subject:** | Fwd: Chicago Headline Club Modified TRO - Immediate Distribution Required |
| **Date:** | Friday, October 17, 2025 8:33:26 PM |
| **Attachments:** | 66 Modified TRO.pdf |

Team,

See message below for immediate distribution and action.

Respectfully,

Daniel I. Parra
Incident Commander - Operation Midway Blitz
U.S. Border Patrol

Sent from my iPhone

Begin forwarded message:

> **From:** " (OCC)"
> **Date:** October 17, 2025 at 8:27:57 PM CDT
> **To:** (OCC)" ,
> "SCOTT, RODNEY S" "MODLIN, JOHN R" , "BANKS, MICHAEL W" >, "GOOD, ANTHONY S" , "LATA, MICHAEL S" , "SABATINO, DIANE J" "STAKES, DONALD R" <DONALD.R.STAKES@cbp.dhs.gov>, "HOLTZER, CHRISTOPHER R" >, "MILLER, JONATHAN P" , "JONES, KEITH M" , " "BLANCHARD-JR, KENNETH W" , "BOVINO, GREGORY K" , "PARRA, DANIEL I" < , "JAMES, MICHELE (OPR)"
> **Cc:** "DURST, CASEY OWEN" ,



**Subject: Chicago Headline Club Modified TRO - Immediate Distribution Required**

Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please let us know if you have any questions.

Thanks,

▮

▮▮▮▮▮▮▮▮
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮

***
**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

---

**From:** ▮▮▮▮▮ (OCC) ▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ▮▮▮▮▮▮▮▮▮▮▮; MODLIN, JOHN R

>; BANKS, MICHAEL W
GOOD, ANTHONY S
; LATA, MICHAEL S
; SABATINO, DIANE J
; STAKES, DONALD R
HOLTZER, CHRISTOPHER R
>; MILLER, JONATHAN P
; JONES, KEITH M
>;
BLANCHARD-JR, KENNETH W ; BOVINO, GREGORY K ; PARRA, DANIEL I
; DANLEY, ROBERT ;
JAMES, MICHELE (OPR)
**Cc:** DURST, CASEY OWEN

**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

Office of Chief Counsel
US Customs and Border Protection

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

| | |
|---|---|
| **From:** | MONTES, DAMIAN E |
| **To:** | ; CHICAGO FO BORDER SECURITY MANAGERS; ▓▓▓ HARVICK, KYLE C; ▓▓▓ OP MIDWAY BLITZ LOGS; OpMidwayBlitzOps; OPMIDWAYBLITZPLANS; ▓▓▓ ; PARRA, DANIEL I; ▓▓▓ |
| **Subject:** | FW: Chicago Headline Club Modified TRO - Immediate Distribution Required |
| **Date:** | Saturday, October 18, 2025 8:32:32 AM |
| **Attachments:** | 66 Modified TRO.pdf |
| **Importance:** | High |

Forwarding.

Chicago Headline Club Modified TRO - Immediate Distribution Required

*Damian E Montes*
*EOC Director*
▓▓▓

**From:** ▓▓▓
**Sent:** Saturday, October 18, 2025 8:11 AM
**To:** ▓▓▓
**Cc:** ▓▓▓
**Subject:** Fw: Chicago Headline Club Modified TRO - Immediate Distribution Required

Good morning,

Please see updated TRO which now includes language about BWCs.

Respectfully,

▓▓▓
Deputy Patrol Agent in Charge
▓▓▓
U.S. Border Patrol
▓▓▓

**From:** PARRA, DANIEL I <DANIEL.I.PARRA@cbp.dhs.gov>
**Sent:** Friday, October 17, 2025 8:33:25 PM
**To:** ▓▓▓

**Cc:** BOVINO, GREGORY K <GREGORY.K.BOVINO@CBP.DHS.gov>;

**Subject:** Fwd: Chicago Headline Club Modified TRO - Immediate Distribution Required

Team,

See message below for immediate distribution and action.

Respectfully,

Daniel I. Parra
Incident Commander - Operation Midway Blitz
U.S. Border Patrol

Sent from my iPhone

Begin forwarded message:

> **From:** ▓▓▓▓▓▓ (OCC)" ▓▓▓▓▓▓
> **Date:** October 17, 2025 at 8:27:57 PM CDT
> **To:** ▓▓▓▓▓▓ (OCC)" ▓▓▓▓▓▓, "SCOTT, RODNEY S" ▓▓▓▓▓▓, "MODLIN, JOHN R" ▓▓▓▓▓▓ "BANKS, MICHAEL W" ▓▓▓▓▓▓ "GOOD, ANTHONY S" ▓▓▓▓▓▓ "LATA, MICHAEL S" ▓▓▓▓▓▓, "SABATINO, DIANE J" ▓▓▓▓▓▓ "STAKES, DONALD R" ▓▓▓▓▓▓ HOLTZER, CHRISTOPHER R" ▓▓▓▓▓▓ MILLER, JONATHAN P" ▓▓▓▓▓▓ JONES, KEITH M" ▓▓▓▓▓▓, ▓▓▓▓▓▓, "BLANCHARD-JR, KENNETH W"

██████████████████████████, "BOVINO, GREGORY K"
██████████████████████>, "PARRA, DANIEL I"
██████████████████████ "DANLEY, ROBERT"
██████████████████████████████ OPR)"
██████████████████████

**Cc:** "DURST, CASEY OWEN" ████████████████████
████████████████████████████████
████████████████████████
████████████████████
████████████████████████
████████████████████████████
████████████████████████████████
████████████████

**Subject: Chicago Headline Club Modified TRO - Immediate Distribution Required**

Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** ████████████████████████████████
████████████████████████████

████████████████████████████████
████████

Please let us know if you have any questions.

Thanks,
██

████████████████
(A) Deputy Chief Counsel



U.S. Customs and Border Protection

***
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** ▮▮▮▮ (OCC) ▮▮▮▮
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ▮▮▮; MODLIN, JOHN R ▮▮▮; BANKS, MICHAEL W ▮▮▮; GOOD, ANTHONY S ▮▮▮; LATA, MICHAEL S ▮▮▮; SABATINO, DIANE J ▮▮▮; STAKES, DONALD R ▮▮▮ HOLTZER, CHRISTOPHER R ▮▮▮ MILLER, JONATHAN P ▮▮▮ JONES, KEITH M ▮▮▮>; ▮▮▮ BLANCHARD-JR, KENNETH W ▮▮▮; BOVINO, GREGORY K ▮▮▮; PARRA, DANIEL I ▮▮▮; DANLEY, ROBERT ▮▮▮; JAMES, MICHELE (OPR) ▮▮▮
**Cc:** DURST, CASEY ▮▮▮

**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the**

**attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

███████

Office of Chief Counsel

US Customs and Border Protection

████████████████████████

███████████

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only. This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice. The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel. Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

| | |
|---|---|
| **From:** | FERRERI, ANDREW C |
| **To:** | CHICAGO FO BORDER SECURITY MANAGERS;  |
| **Cc:** | CFO BSD - All Employees; Chicago FO ERO Ops Staff; Chicago FO ERO Support Ops; PARRA, DANIEL I; HARVICK, KYLE C; OpMidwayBlitzOps; OpMidwayBlitzEOC |
| **Subject:** | FW: Chicago Headline Club Modified TRO - Immediate Distribution Required |
| **Date:** | Friday, October 17, 2025 9:18:08 PM |
| **Attachments:** | 66 Modified TRO.pdf |
| **Importance:** | High |

This distribution is primarily OFO staff assigned to the OMB TOC/ICP to include SRT/TFO's/Border Security Managers and Operation at Large OFO ERO staff:

All CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees and all recipients are directed to review and familiarize themselves with the attached TRO.

Thank you,

Andrew Ferreri
Deputy Assistant Director
Border Security Division
Chicago Field Office



**From:** (OCC)"
**Date:** October 17, 2025 at 8:27:57 PM CDT
**To:** (OCC)" , "SCOTT, RODNEY S" , "MODLIN, JOHN R" , "BANKS, MICHAEL W" , "GOOD, ANTHONY S" , "LATA, MICHAEL S" "SABATINO, DIANE J" , "STAKES, DONALD R" "HOLTZER, CHRISTOPHER R" , "MILLER, JONATHAN P" , "JONES, KEITH M" , "FLUTY, LARRY D" , "BLANCHARD-JR, KENNETH W"

██████████████████████████████████, "BOVINO, GREGORY K" ██████████████████████████████, "PARRA, DANIEL I" ██████████████████████████, ████████████ ████████████████████████ "JAMES, MICHELE (OPR)" ████████████████████

**Cc:** "DURST, CASEY OWEN" ████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

**Subject: Chicago Headline Club Modified TRO - Immediate Distribution Required**

Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** ████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████
██████

Please let us know if you have any questions.

Thanks,
██

████████████████████
(A) Deputy Chief Counsel



U.S. Customs and Border Protection

\*\*\*

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** ▇▇▇ (OCC) ▇▇▇
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ▇▇▇<v>; MODLIN, JOHN R ▇▇▇ BANKS, MICHAEL W ▇▇▇; GOOD, ANTHONY S ▇▇▇; LATA, MICHAEL S ▇▇▇; SABATINO, DIANE J ▇▇▇ STAKES, DONALD R ▇▇▇; HOLTZER, CHRISTOPHER R ▇▇▇; MILLER, JONATHAN P ▇▇▇; JONES, KEITH M ▇▇▇@CBP.DHS.GOV>; ▇▇▇ BLANCHARD-JR, KENNETH W ▇▇▇; BOVINO, GREGORY K ▇▇▇; PARRA, DANIEL I ▇▇▇; DANLEY, ROBERT ▇▇▇ JAMES, MICHELE (OPR) ▇▇▇
**Cc:** DURST, CASEY OWEN ▇▇▇

**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the**

**attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

███████

Office of Chief Counsel

US Customs and Border Protection

████████████████████████

████████████

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only. This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice. The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel. Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.