| | |
|---|---|
| **From:** | CHI-ERO-Chief of Staff |
| **To:** | #ERO CHICAGO FLD OFC; |



| | |
|---|---|
| **Cc:** | ; #CHI ERO JOC; CHI-ERO-Chief of Staff; Olson, Samuel J |
| **Subject:** | Effective Immediately: Modified Temporary Restraining Order Issued in Chicago Headline Club v. Noem |
| **Date:** | Friday, October 17, 2025 10:10:45 PM |
| **Attachments:** | Chicago Headline Club - Modified TRO.pdf<br>image001.png |
| **Importance:** | High |

*This message is sent on behalf of Samuel J. Olson, Field Office Director:*
**To: All ERO Employees in the Chicago AORs**

**October 17, 2025**

**Effective Immediately: Modified Temporary Restraining Order Issued in *Chicago Headline Club v. Noem***

On October 17, 2025, the U.S. District Court for the Northern District of Illinois issued a **modified** temporary restraining order (TRO) in *Chicago Headline Club v. Noem*, No. 25-12173 (N.D. Ill. filed Oct. 6, 2025), directly impacting ICE law enforcement activity – including with regard to engagement with journalists, the press, protesters, and religious practitioners – in the jurisdiction of the ERO and HSI Chicago Areas of Responsibility (AORs) which includes Illinois, Indiana, Wisconsin, Missouri, Kansas, and Kentucky (Chicago AOR). A copy of the modified TRO is attached.

The order modifies the TRO issued by this court on October 9, 2025, including adding Section 3 regarding Body Worn Cameras (BWCs).

All ICE law enforcement officers and agents operating in or deployed to the Chicago AOR, including those holding any supervisory authority, must review and familiarize themselves with the attached modified TRO.

The modified TRO is in effect immediately.

Law enforcement personnel should consult with OPLA with any questions regarding this message.

Samuel J. Olson
Field Office Director
ERO Chicago

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

| | |
|---|---|
| **From:** | Strauss, Jeffrey |
| **To:** | #HSI Chicago - All Personnel |
| **Cc:** | ██████████████ |
| **Subject:** | Modified Temporary Restraining Order Issued in Chicago Headline Club v. Noem |
| **Date:** | Friday, October 17, 2025 11:20:55 PM |
| **Attachments:** | Chicago Headline Club - Modified TRO.pdf |

## To All ERO/HSI Employees in the Chicago AORs
## October 17, 2025

## Effective Immediately: Modified Temporary Restraining Order Issued in *Chicago Headline Club v. Noem*

On October 17, 2025, the U.S. District Court for the Northern District of Illinois issued a **modified** temporary restraining order (TRO) in *Chicago Headline Club v. Noem*, No. 25-12173 (N.D. Ill. filed Oct. 6, 2025), directly impacting ICE law enforcement activity – including with regard to engagement with journalists, the press, protesters, and religious practitioners – in the jurisdiction of the ERO and HSI Chicago Areas of Responsibility (AORs) which includes Illinois, Indiana, Wisconsin, Missouri, Kansas, and Kentucky (Chicago AOR). A copy of the modified TRO is attached.

The order modifies the TRO issued by this court on October 9, 2025, including adding Section 3 regarding Body Worn Cameras (BWCs).

All ICE law enforcement officers and agents operating in or deployed to the Chicago AOR, including those holding any supervisory authority, must review and familiarize themselves with the attached modified TRO.
The modified TRO is in effect immediately.


As directed earlier today, all resumption of Title 8 enforcement in cooperation with ERO or otherwise is temporarily suspended until Monday, when we can further clarify HSI Chicago's role in and our adherence to the revised TRO.

Thank you,


Jeff Strauss
(A)Deputy Special Agent in Charge
Homeland Security Investigations - Chicago
Cell: (443) ████████