**Warden, Andrew (CIV)**

| | |
|---|---|
| **From:** | The AAG for Administration |
| **Sent:** | Sunday, October 19, 2025 8:35 AM |
| **To:** | The AAG for Administration |
| **Subject:** | Notice of Modified Order: Chicago Headline Club, et. al v. Kristi Noem, et. al (ND Ill.), No. 1:25-cv-12173 |
| **Attachments:** | Chicago Headline Club (ND Ill) - Modified TRO.pdf |
| **Importance:** | High |

To all Department of Justice employees and contractors:

The attached Modified Temporary Restraining Order (TRO) was issued against the Department of Justice on October 17, 2025, as part of the civil lawsuit *Chicago Headline Club, et. al v. Kristi Noem, et. al* (ND Ill.), No. 1:25-cv-12173. The Modified TRO adds requirements that Federal Agents currently equipped and trained with body-worn cameras must activate those cameras while conducting immigration enforcement activity in the Northern District of Illinois, as set forth in the order.

All Department employees with official responsibilities, including supervisory or management responsibilities, in the Northern District of Illinois (Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, McHenry, and Will Counties) now or in the future must read the Modified TRO and follow its requirements. Until such time as a subsequent court order provides otherwise, it is important that the Department comply with the terms of the Court's order as any failure to do so may result in penalty of contempt.

Regards,
Jolene

Jolene Ann Lauria
Assistant Attorney General
  for Administration