`IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 25-cv-12173 |
| | ) | |
| v. | ) | Hon. Sara Ellis |
| | ) | |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST

| Ex. No. | Name/Description |
|---|---|
| 46 | Declaration of Trevor Mack |
| 47 | Supplemental Declaration of Stephen Held |
| 48 | Declaration of Daniel Toerpe |
| 49 | Declaration of Jonathan Farina |
| 50 | Declaration of Jessie Fuentes |
| 51 | Declaration of Jennifer Crespo |
| 52 | Declaration of Rudy Villa |
| 53 | Declaration of Manuel Garcia |
| 54 | Declaration of Juan Munoz |
| 55 | Declaration of David Beale |
| 56 | Declaration of Matthew Kaplan |
| 57 | Declaration of Arely Barrera |
| 58 | Declaration of Leslie Cortez |
| 59 | Declaration of Abby Holcombe |
| 60 | Declaration of Andrea Pedroza |
| 61 | Declaration of Beth Peachey |
| 62 | Declaration of Maya Rodriguez |

| | |
|---|---|
| 63 | Declaration of Scott Blackburn |
| 64 | Declaration of Joselyn Walsh |
| 65 | Declaration of Ashely Vaughan |
| 66 | Declaration of Ian Sampson |
| 67 | Declaration of Evelyn Aguayo |
| 68 | Declaration of Jaymi Raad |
| 69 | Declaration of Robert Held |
| 70 | Declaration of Joana Klonsky |
| 71 | Declaration of Alexandria Onion |
| 72 | Declaration of Sarah Garza Resnick |
| 73 | Declaration of Julie Sampson |
| 74 | Declaration of Ellen Toobin |
| 75 | Village of Broadview, Executive Order No. 2025-01 |
| 76 | Memorandum Opinion and Order, *Village of Broadview v. Dept. of Homeland Security,* Case No. 25-cv-12164 |

CHICAGO HEADLINE CLUB et al.

By: /s/ *David B. Owens*
*One of Plaintiffs Attorneys*

*Counsel for Plaintiff*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582

311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

*\* Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org