## DECLARATION OF TREVOR MACK

Trevor Mack hereby declares as follows:

1. My name is Trevor Mack. I am an adult resident of Cary, Illinois. I have personal knowledge of the facts set forth herein and could competently testify thereto.

2. On Sunday, October 12, I was at my friend's house on Sawyer Avenue between Wilson Avenue and Sunnyside Avenue. At around 12:30 or 12:45 p.m., we heard a whistle and shouting outside.

3. My friend ran out the door. I went out on the porch to see what was going on. A few houses down, I could see three vehicles parked in the street. The first was a black SUV. None of the vehicles had any markings or insignia on them. I saw five or ten people in front of the vehicles, shouting.

4. When I saw what was happening, I went back inside to put on my shoes, then stepped out onto the sidewalk. I was about 30 yards from the lead vehicle. I saw about four people who seemed to be some kind of federal agents outside the vehicles. They all had beige vests and gaiters over their faces. I did not see any writing, badges, or other identification on the agents' clothes, including any alphanumeric sequences.

5. The crowd got somewhat larger, about ten or fifteen people. Some of them were in front of the vehicles. Everyone was recording the situation.

6. The number of protesters increased to about ten to fifteen. At some point, two or three more agents came out of the vehicles. One of them was armed with a firearm that my friend said was an AR-15 type rifle. Another had a somewhat smaller firearm. When I saw the weapons, I moved back to the safety of my friend's house a couple of houses down.

**EXHIBIT 46**

7. The lead SUV suddenly moved forward right into a woman who had been standing in front of it. The woman began backpedaling to avoid being run over. At some point, she shouted, "you ran over my foot!" The SUV continued to move forward about ten feet with the woman trying to move back.

8. Finally, the woman was able to move off to the side, and the vehicles proceeded to the intersection of Sawyer and Wilson. The protesters also went to that intersection. The vehicles were trying to turn right but were blocked by a vehicle that had stopped on Wilson near the intersection. About ten people lined up in front of the cars. I could see about six or eight of the agents periodically going in and out of their vehicles. These agents also had gaiters over their faces, wore tactical gear, and had no visible identification, including any alphanumeric sequences.

9. A tear gas canister appeared and was rolled toward the protesters.

10. I did not hear any warnings before the tear gas was deployed.

11. People in front of the car dispersed. One of the protesters was a woman with a bicycle, which she left in the intersection when she fled from the tear gas. I saw an agent grab the bike and throw it out of the way.

12. The vehicles turned right onto Wilson Street.

13. The bicyclist walked down the sidewalk toward me. Another person helped her walk. She was hunched over and coughing, coming close to throwing up on the sidewalk. I took her to my friend's porch and got her some water.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 10/18/2025        Signed *Trevor Mach*