## DECLARATION OF JONATHAN FARINA

Jonathan Farina declares as follows:

1. I have personal knowledge of the facts set forth herein and could competently testify thereto.

2. My name is Jonathan Farina. I am an adult resident of New York City, New York.

3. I am a cameraman for the YouTube channel *Status Coup News*, an independent outlet. I follow protests across the country to deliver transparency to a larger online audience.

4. On Friday, September 26, 2025, I arrived in Broadview, Illinois where people assembled to protest.

5. That ICE facility is located at 1930 Beach Street in Broadview, Illinois.

6. During this protest, I was among a large crowd of protestors. However, I was clearly credentialed as a member of the press. My credentials were issued by the New York City's Mayor's Office and expire in 2027.

7. During this protest, I witnessed ICE agents target standalone members of the press. Specifically, I witnessed ICE agents shoot individual members of the press—who were not in the crowd of protestors—with rubber bullets and pepper balls.

8. I also witnessed snipers on the Broadview facility's roof shooting rubber bullets into the crowd indiscriminately. I was recording, but not livestreaming, this protest.[1]

9. ICE agents on the ground sprayed a large crowd of protestors with pepper balls. I was hit with those pepper balls. One pepper ball hit my hand, which stung both from the pepper and the direct impact. I was holding my camera with that hand.

---

[1] Status Coup News, *ICE Thugs FORCED to BACK DOWN after SHOOTING UP Unarmed Crowd*, Sept. 26, 2025, https://www.youtube.com/watch?v=dos6s28mfjU.

1

**EXHIBIT 49**

10. I livestreamed a protest the next day, September 27, 2025.[2] On this day, I walked with a large crowd of protestors and conducted interviews. I always wore my press credentials.

11. ICE agents tear gassed the entire crowd, including me. They tear gassed a perimeter of the crowd, so that no one could leave without running into more tear gas. My face and eyes burned, I was choking. Even with protective gear on, the tear gas managed to affect me.

12. Despite my injuries, I returned the next week. On Friday, October 3, 2025, I covered a larger protest outside the Broadview ICE facility.[3] This time, Illinois State Police (ISP) seemingly cooperated with ICE to push back protestors.

13. On October 4, 2025, I covered an ICE shooting of an allegedly armed Chicagoan in Chicago's Brighton Park neighborhood. A protest formed after citizens learned of that event. ICE agents tear gassed a residential neighborhood, including hitting a home. I also witnessed a border patrol agent throw a flashbang out of a moving vehicle. That flashbang exploded under a vehicle I was standing next to.[4]

14. I plan to keep attending protests outside the Broadview ICE facility, despite the federal government's continued attacks on the press.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 10/8/2025

Jonathan Farina

10/8/2025

---

[2] Status Coup News, *BREAKING: ICE ATTACKS Protestors at Chicago Detention Center*, Sept. 27, 2025, https://www.youtube.com/watch?v=QoobmuQoKWMnter.
[3] Status Coup News, *BREAKING: Protestors ARRESTED Outside ICE Chicago Detention Center*, Oct. 3, 2025, https://www.youtube.com/live/H7l6dAzQB68.
[4] Status Coup News, *ICE INVADES Latino Chicago Neighborhood, Tear Gases RANDOM Homes*, Oct. 5, 2025, https://www.youtube.com/watch?v=QNjk_osaQDk.