Docusign Envelope ID: C9313102-5674-4169-98D7-35D96935C984

**DECLARATION OF JESSIE FUENTES**

I, Jessie Fuentes, declare as follows:

1. My name is Jessie Fuentes. I am above 18 years of age and am competent to make this declaration.

2. I am the elected Alderperson representing the City of Chicago's 26th Ward.

3. On Friday, October 3, 2025, the leadership of Humboldt Park Health, a hospital in the Ward I represent, phoned me to say there were ICE agents at the hospital and that staff members and patients were afraid and concerned, and asked me to come to the site.

4. In response to this request, I went to the hospital to advocate for my constituents and to learn why ICE was at the hospital and what they were doing. When I arrived, hospital staff and leadership informed me ICE agents were at the hospital detaining a man who had fallen and broken his leg.

5. Staff took me to a common area connected to patient rooms, where I encountered two ICE agents in plain clothes, one with his face fully covered. They refused to provide their names.

6. I asked them if they had a warrant to arrest the man in the hospital room. They refused to answer me and swore at me, saying "who the fuck are you" and "get the fuck out of here." One of them shoved me. I continued to ask the agents if they had a warrant to detain the ER patient. They shoved me again, grabbed me, and handcuffed me, as depicted on the next page.

1

**EXHIBIT 50**



7.  I did not touch or impede the agents at any time. I identified myself as an elected official and asked questions on behalf of my constituents. The agents removed me from the hospital in handcuffs.

8.  They took me to a vehicle where I interacted with two additional agents who appeared to be from Customs and Border Patrol. I demanded to know why I was being arrested and continued to ask questions on behalf of my constituents. I felt anxious and was afraid I would be physically harmed or falsely arrested and charged.

9.  Eventually, my handcuffs were removed, but agents threatened that if I returned to the hospital, I would be arrested.

10. I will continue to show up to observe ICE in my community and advocate for my constituents. I believe we must continue to respond to ICE and Border Patrol to document their lawless behavior and assert our rights. And I am afraid for my physical safety, and the physical safety of my constituents, when we protest, advocate, and assert our rights against federal agents.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/17/2025
_____

Date

Signed by:

_____

Jessie Fuentes

3