## **DECLARATION OF RUDY VILLA**

I, Rudy Villa, do swear or affirm under penalty of perjury:

1. On October 4, 2025 I heard that someone had been shot by ICE in Brighton Park.
2. I went to the area to observe ICE and also protest their activities in my neighborhood.
3. I (along with a few other people) went to a nearby store and bought bright safety vests. We wanted to identify ourselves as helpers because we knew the situation was tense.
4. When I arrived, there was a huge crowd at 40th and Kedzie, maybe 100 people or more. At Kedzie and Pershing there were an additional 75 people or so.
5. ICE/CBP agents seemed to be trying to rile up the crowd and the crowd was also angry. The crowd was yelling things like "Fuck ICE." ICE and CBP agents were yelling back.
6. We tried to form a barrier between the crowd and the ICE and CBP agents.
7. We started chanting "Don't take the bait." I wanted the crowd to remain peaceful and was doing everything I could to ensure they could express themselves and also be peaceful.
8. The ICE/CBP agents on the Kedzie side were not doing any official duties that I could see. They were just making people mad.
9. The ICE and CBP agents were in a vehicle that I believe is called a "bearcat." Someone popped out of the hatch of the bearcat and was aiming a pepper ball gun at the crowd.
10. I was shocked they would aim a firearm at us because I was always taught that you only aim if you intend to shoot. There was no reason to shoot anyone.
11. Eventually Chicago Police Department officers arrived. They created a barrier between the people in vests like me and ICE. That way there were two layers of separation between ICE and the crowd. Once CPD was there, the ICE/CBP agents seemed less interested in antagonizing the crowd.
12. We were there for several hours. At some point someone was passing out water bottles and people were drinking water. However, one or two individuals threw a water bottle at the ICE/CBP vehicles.
13. In response to the thrown water bottle, the agent began shooting people with pepper balls. There was no warning.
14. The agents fired at least three separate rounds of pepper balls. A pepper ball landed near me and the smell was very strong.
15. At one point there was a mother with two young girls in the crowd when the agent was shooting at us. The girls were crying. I escorted the mother and two girls across the street to a gas station so they could be safe.
16. At one point I went through the alley to Pershing to see what was happening. People were shot with pepper balls there, too. There was no warning.
17. On the Pershing side I yelled at the ICE/CBP agents that if this area was part of some investigation they should mark off the area they are using with tape and otherwise we were in a public area and should not be shot with pepper balls for standing there.

**EXHIBIT 52**

18. People in the Currency Exchange at Pershing said they did not want ICE on their private property so I asked ICE agents to move.
19. On the Pershing side, agents had a tear gas cannister out with the pin removed which signaled to me they wanted to use it. No one had done anything to harm them so I was shocked to see it in that position.
20. Without making any announcement or warning, there was a huge plume of smoke. I realized the agents had deployed the tear gas in order to clear the path for their vehicles to leave. They could have asked us to move so they could leave; we would have gladly helped move everyone so they could leave our neighborhood.
21. None of the ICE/CBP agents I saw were wearing any badge or identification and they had their faces covered. Two ATF agents were there and they had badges on.
22. I saw journalists or newscasters there as well. As far as I could tell, they were also subject to being shot with pepper balls or breathing tear gas.
23. I intend to continue to peacefully protest ICE/CBP in the area.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/20/2025
Date

Rudy Villa