Docusign Envelope ID: 78B65B62-A585-444F-BA80-0B2868E57C1F

## DECLARATION OF JUAN MUNOZ

I, Juan Munoz, declare as follows:

1. My name is Juan Munoz. I am over 18-years-old and competent to testify. I reside in Oak Park, Illinois.

2. I am a Trustee of the Township of Oak Park Board.

3. I chose to attend the protests at the Broadview ICE facility to show solidarity with the protesters there. I grew up in mixed-citizenship-status communities throughout the United States. There were regular immigration raids in the communities at places like meat-packing plants. When people were taken away in the raids, it was met with silence. There was no protest or uproar before or after. That silence was so hurtful.

4. As protests are happening, I am thankful that those who can raise their voices are doing so and are standing up for others.

5. I also went to Broadview protests because our community of Oak Park is being affected. Our employees, neighbors, and business patrons are afraid to leave their homes and are being detained and deported.

6. The escalation of violence by ICE has extended far beyond the enforcement of federal immigration law into suppression of dissent.

7. People who want harsh immigration laws also appear to be vilifying people who stick up for immigrants, especially Latino protesters, painting them as violent or unproductive citizens, or paid protesters. As a Latino business owner, non-profit board member, and elected official, I hope that I can help counteract that narrative. I hope to be an example of a Latino person who is a productive member of society and protests and assembles non-violently in order to support other community members and show them compassion.

8. I went to Broadview on a Tuesday morning when the gathering was peaceful. I went on Friday, September 28, 2025 and witnessed tear gas, pepperballs, and rubber bullets launched by federal agents. I saw that the aggression from federal agents progressed quickly with no provocation from civilians.

9. On Friday October 3, 2025, I went to the protest at Broadview arriving around 8:30. There was a new dynamic that day. I had to park much further away than I had before. Illinois State Police (ISP) were also present. Illinois State Police cleared a path along Harvard Street leading up to the ICE Detention Facility and ICE agents and vehicles were going out repeatedly.

10. Suddenly, ICE agents began to gather outside the gate by the ICE facility. They began to march out, led by U.S. Customs and Border Patrol Commander-at-Large, Gregory Bovino, who I had seen on television before, and followed by a military vehicle.

**EXHIBIT 54**

11. Once the procession got to the protesters, there was no violent response at all from the protesters still following the instructions of ISP Officers. Federal agents began to talk to ISP Officers who started to put on tear gas masks or fall back into the protestors and toward the parking lot entrance, away from the Federal Agents.

12. I told ISP Officers that they were doing the wrong thing by helping the federal agents. I expressed my point of view that what they were doing was objectively wrong. I was expressing myself but I did not antagonize them in any way, and I did not want to.

13. Commander Bovino was giving vague, confusing instructions to the crowd that were causing even more confusion. He said, "I'm going to give you one chance, start to move back." A few seconds later, he said, "Okay, arrest them." They grabbed a couple individuals nearest the agents. A federal agent told me to step back behind the metal guard rail. I did so, and he thanked me.

14. I thought I was standing in the right area - the "peaceful protest zone" they had established - behind the guard rail. I was filming the agents because I knew from my last attendance at a Broadview protest that federal agents could escalate their response quickly. At one point when I was standing by the rail filming the agents, a ruckus began behind me. This photo shows that I (wearing a blue shirt) was filming federal agents across the guard rail when I heard something behind me.

Docusign Envelope ID: 78B65B62-A585-444F-BA80-0B2868E57C4E



15. I started to try to walk away. A person I later learned was Gregory Bovino grabbed me by the shoulder from behind. He pulled me to the ground.

16. Bovino smacked my phone out of my hand. He said, "You're under arrest." He said to flip onto my stomach. I asked. 'What are you doing?" As I turned onto my stomach, I said, "I'm an elected official." Bovino did not respond. I felt plastic zip ties going on my wrists. I kept saying, "I'm an elected official."

17. I was arrested, searched, and moved to the middle of a parking lot. At that point there were only arrestees, federal agents, and photographers and videographers who were with the federal agents. The people who had cameras were not wearing press passes or credentials. One of them was dressed very nicely in pressed clothes, dress shoes, and large shiny buckle without any of the gas masks or other equipment that the photographers on the grass had been wearing. There were no marked press members or protesters left.

18. We were led to sit on the guard rail.

19. Many SUVs drove out and stopped in front of us, and Kristi Noem exited from one. She gawked at us. She began to be interviewed by someone I later learned was youtuber Benny Johnson with us as a backdrop. I am in the blue shirt with light blue stripes in this screenshot from a Benny Johnson video.





20. I sat on the rail for about 40 minutes. We were given no instructions and no explanation. The federal agents talked to each other but not to us.

21. I was afraid they would use the fact that I am Latino in how they treated me. I was also afraid that they could use my name "Juan Munoz", which is pretty common, to accidentally or purposefully confuse me with someone who is not a US citizen.

22. After Noem gave a statement to a person with a camera near her SUV; she entered the SUV and she drove away.

23. The agents started to ask us basic questions like our name, address, phone number. Another agent asked if we wanted to give a statement and I declined.

**Detention**

24. A federal agent began to lead us away. I said I was an elected official. She asked if my hand cuffs were too tight. I said they were. She did not do anything about it. Two weeks later, I still have numbness in my thumb.

25. The arrested civilians were searched again. Our shoelaces were removed or if they could not be removed, our shoes were taken.

26. Six male civilians were put in a cell together. It had foam furniture, an open toilet in the corner with a waste bin filled with used toilet paper, and a garbage can full of days old Subway sandwiches and wrappers. The room was very dirty and not well ventilated.

27. After several hours they pulled us out one by one for FBI questioning. I heard from the other detainees that the questions were very leading like "Were you paid you to be here?", "Did you come from another state" and "Who brought you here?"

28. I also knew others had called the National Lawyers Guild hotline and knew that there was an attorney outside ready to represent us.

29. When I was brought into the room with the FBI they said they did not know what was going on in here and gave the impression that they wanted to help me get out of there and get home. When they finished, I said, yes I want an attorney. Her name is Alina. She is with the National Lawyers Guild and she is outside and ready to represent me. They said they did not know if lawyers could come in at that time.

30. I was finally able to call my wife around 12:30. She knew I had been taken but did not know why or to where.

31. I was then interviewed and processed by an ICE agent, L. Lara. Her name was printed on her shirt. She asked me my name, address, phone number, place of birth and employment. I told her I was an elected official. I heard from one of the other men detained that this agent had used this question to antagonize them. When they answered, "I would rather not say" to this question, she reportedly replied, "I assume you're unemployed. I'm going to write down unemployed."

32. Agent L. Lara took my fingerprints and picture and looked to have written a case number on some documents beginning with CHI. This is where I feared I may be processed as an immigration enforcement detainee.

33. ICE brought in another young, Latino man. He was limping and had a scraped face and neck, swollen jaw, bruised wrist, and bruised leg. He told us he had been picked up by immigration agents with his dad at Home Depot. When agents approached his dad, he was worried because his dad had a medical device. When he tried to tell

agents this, they threw him on the ground and were aggressive with him. He was detained along with his dad even though he was a US citizen.

34. The young Latino man was visibly hurt but never got medical attention so far as I saw.

35. I told him there were lawyers outside. Eventually he was released when I was.

36. At around 4:30, the federal agents lined us up outside the detention cell and they had our things out. Again they talked to each other, not to us. They were talking about loading us into a van and how many of us would fit. I did not know if we were going to another location or would be released. They never said if we were charged or not.

37. Finally when they walked us out to the van they said they would drop us off at a gas station across 290 which turned out to be the Qwik Trip, 1.5 miles away. I was detained for around 8 hours.

**How I was affected**

38. I have not been back to a protest since then. Even before my arrest, federal agents' actions had made me hesitate to attend protests because I had seen how fast their aggressive response escalates.

39. I told another elected official what happened to me and while he had considered attending a protest, he decided it was too much of a risk because of the federal agents' actions. We had both wanted to be witnesses and protect our constituents, but were too intimidated by the risk. I've explained my situation to others and they are too afraid to attend protests.

40. I have to weigh the best way to represent my community and make sure I'm protecting my family. I am afraid that if I return, the federal government will categorize me as a repeat protester, post pictures and videos of me again, that could have consequences for my family.

41. I feel that if I was arrested at the protest when I was just standing there filming, and then had the phone smacked out of my hand, anyone could be arrested by a federal agent at a protest for no reason.

42. If I could be arrested it could be anybody. Federal agents were violating people's right to exist and to be present for a nonviolent protest.

43. I have changed the way I operate in the world. I carry a copy of my passport, and tell everyone to do the same. I felt vulnerable while I was there with no passport.

44. I felt a real fear that my name and ethnicity could make me vulnerable to being treated as

if I didn't belong here, even though I am a US Citizen

45. I have concerns about how the images and false messaging on official sites and false statements made by Kristi Noem that day might affect my livelihood and professional career.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/20/2025
_____

DocuSigned by:

*Juan Munoz*
1968BC85664A437...

Juan Munoz