Docusign Envelope ID: 28D25FFB-4A49-417F-8BEB-8896F562593D

### **DECLARATION OF DAVID BEALE**

I, David Beale, do swear or affirm under penalty of perjury:

1. On October 3, 2025 I was on my bike on the way to the gym.
2. I was at Lawndale and Central Park in Chicago near where my child attends preschool. I saw a Blackhawk helicopter in the sky.
3. I proceeded to Armitage and Lawndale when I started noticing ICE vehicles in the area. A couple of the trucks said "Department of Homeland Security," on them but several others were unmarked; I noticed ICE agents in the vehicles.
4. A lot of people were gathering near the ICE vehicles. People were fearful and screaming.
5. The officers were taunting us and one called me a "faggot."
6. I approached the driver of an ICE vehicle saying "We don't want anyone to get hurt here," and explained that we are all concerned about our neighbors. He seemed like he was listening to me calmly.
7. Suddenly, the ICE agent in the passenger seat threw out a cannister of tear gas at all of us.
8. Photo No. 1 to this declaration shows the agent deploying teargas on everyone. I am on the driver's side in my bicycle helmet screaming to everyone to leave the area.
9. Photos Nos. 2 & 3 show another agent with a can of tear gas while he was on the phone.
10. I was standing in the street when the tear gas was deployed.
11. There was no order to disperse before the agents deployed tear gas.
12. My eyes started burning immediately. I doused my eyes in Gatorade to stop the burning.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/20/2025
Date

*David Beale*
David Beale

**EXHIBIT 55**

Docusign Envelope ID: 28D25F5B-4A49-417F-8BEB-8896E562593D

Photo 1:



Photo 2:



Photo 3:

