Docusign Envelope ID: 66BBF342-D472-4DB0-8C2F-DFB4A8F0632E

**Declaration of Leslie Cortez**

I, Leslie Cortez, declare as follows:

1. My name is Leslie Cortez. I am above 18 years of age and am competent to make this declaration. I reside in the Town of Cicero.

2. I am concerned about immigration enforcement actions because I care for my community, and learning that ICE has been making warrantless arrests of my neighbors is very scary to me. I am also concerned about people impersonating ICE and using it as a tactic to intimidate my community. I have responded when I learn of federal immigration enforcement actions in my community to try to observe and record immigration actions and monitor for harassment and impersonation of ICE agents.

3. On the morning of October 1, 2025, I learned that federal agents were targeting day laborers at a Home Depot in Cicero. I traveled there to observe.

4. I parked in the Home Depot parking lot. I observed several men in dark green uniforms who appeared to be federal immigration agents. They arrested two men and placed them into a van. I parked, took out my phone, and recorded the arrest. A few other residents were also in the parking lot observing and recording the agents. I did not interfere with the arrests and I did not get close to the agents conducting the arrest.

5. I was standing outside of my parked car when I noticed a vehicle pull up near me. The front passenger door opened. I saw a man wearing a uniform with a CBP label. He held a firearm in his hand that looked like a pepperball gun I had seen in videos from the Broadview ICE facility. The man aimed the weapon at me, and I was afraid he would shoot me. I told him that I had the right to protest and observe. Eventually, he lowered the gun and he and the other agents left.

6. I intend to continue to observe and record immigration enforcement in my community. However, the agents' actions made me feel very afraid to observe federal immigration officers or to record their activities.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/19/2025
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

Signed by:

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
CB3F367534884F4...
Leslie Cortez

**EXHIBIT 58**