Docusign Envelope ID: ED7EDC4C-9310-429B-A63B-68397D251F8E

<u>Declaration of Andrea Pedroza</u>

1. I am over the age of eighteen and have personal knowledge of all matters contained in this Declaration.
2. If called to testify as to the contents of this Declaration, I would be competent to do so.
3. I live on 105th St. on Chicago's East Side.
4. On Tuesday, October 14th at approximately 10:30 AM I was at home watching television and heard that ICE was in the neighborhood.
5. My mother saw the car chase between federal agents and another vehicle and watched agents crash into a red car, which then rammed into my car which was parked on the street.
6. I went outside to see what was happening.
7. After the crash, there were twelve agents, I believe from Customs and Border Patrol, who were there initially and were carrying firearms, pepper balls, and gas canisters.
8. Federal agents were not wearing a name tag or alphanumeric identifier. When I asked them for identification they said that they did not need to identify themselves.
9. People in the neighborhood congregated to protest and were filming federal agents, chanting, and asking questions. Protesters chanted phrases like "go home ICE" and asked agents whether they thought it was good that they were ripping families apart.
10. I saw an agent respond to a protester who was a minor by pointing what appeared to be a firearm with his finger on the trigger.
11. My 18-year-old daughter was there protesting with me and federal agents were shouting at her and taunting her and others.
12. Without giving any instructions, the agents started pushing, shoving, and tackling protesters and pointing guns at us.
13. I saw a minor get tackled and arrested while he was holding up his phone, presumably to record.
14. Agents started throwing tear gas while protesters were yelling "go home" and "wrap it up and leave." I also heard pepper balls being deployed.
15. Agents provided no audible command to disperse or any warning that they were going to deploy tear gas.
16. The agents had put on gas masks, but I was surprised that they used tear gas because Chicago Police Department officers who were there were not wearing protective equipment.
17. I was blinded by the tear gas as I was running away and had difficulty breathing. It took several minutes after getting gassed before I could speak because the effects of the tear gas were so severe. I was lightheaded for the rest of the day and had a headache the following day.
18. I spent the whole rest of the day thinking about how I never thought something like this would happen in front of my house.

**EXHIBIT 60**

19. The actions of the agents, including physical violence and use of tear gas, harmed me both physically and emotionally. I would like to continue to protest federal agent activity in the future, but the agents' actions have made me nervous to protest again because I'm concerned for my safety.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2025.

Andrea Pedroza