Docusign Envelope ID: EB90E614-BF73-402E-A4AE-58F0E0E4B2AF

**Declaration of Beth Peachey**

I, Beth Peachey, declare as follows:

1. My name is Beth Peachey. I am above 18 years of age and am competent to make this declaration. I reside in the City of Chicago.
2. On Sunday, October 12, around 12:30 p.m., I was in front of my home, south of the intersection of N. Sawyer Ave and W. Wilson Ave. I saw a man on the ground being handcuffed by another man wearing a vest, plainclothes, a mask, and a baseball cap. I believed the man wearing the vest was a federal agent because he looked similar to images I have seen of immigration enforcement agents operating in Chicago. There were other similarly dressed agents on the street. I noticed a car stopped in the middle of the street.
3. Neighbors started to gather to observe and protest the officers' behavior. I heard someone yelling "help" and I heard the people who responded asking the officers what the officers were doing. I saw residents filming the officers with their phones. During the time I watched, I saw over 50 residents come to observe and protest the officers.
4. I noticed several protesters congregated in the street in front of the same car that was stopped in the street while the arrest occurred. Suddenly, the car started to move forward, and it struck the protesters standing in the street.
5. I did not see any identification on the agents' uniforms.
6. What I saw makes me feel unsafe to observe or encounter federal law enforcement agents, because they turned our peaceful street into a scary and dangerous place for everyone that was there, including the many children who live here.
7. I feel nervous to even sign this declaration out of fear of being targeted by the government for stating what I witnessed that day.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/18/2025
_____
Date

Signed by:

*Beth Peachey*
8ACBC73C69B04FC...
_____
Beth Peachey

**EXHIBIT 61**