Docusign Envelope ID: 67E3305B-C5DB-4F23-A79C-1AE3FFDE36AA

## DECLARATION OF MAYA RODRIGUEZ

I, Maya Rodriguez, declare as follows:

1. My name is Maya Rodriguez. I am 30 years old and am competent to make this declaration. I reside in Chicago, Illinois.

2. On Tuesday at around 11:00 am I was informed from social media and a local neighbor resident that there was activity by federal law enforcement agents in the area and I proceeded to the intersection to observe and record what was occurring.

3. I arrived at the intersection around 11:30 am and I observed neighborhood residents standing in the street in front of federal officers recording and chanting things like "ICE go home." The crowd was upset with the presence of federal officers and the fact that they had been involved in a car crash in the normally quiet neighborhood but the crowd was not engaging in any violence or threats against the officers.

4. The federal officers were standing in the intersection facing the crowd holding weapons.

5. Chicago Police was blocking the entrances to the intersection but were not standing between the federal officers and the crowd when I arrived.

6. The situation remained a peaceful standoff for a long period of time. At some point someone within the crowd threw an egg at the federal officers and the officers responded by wading into the crowd to try and find the person who threw the egg.

7. Around this time the officers took two teenagers at least one of whom was under the age of 18 into custody. I do not believe either of these teenagers was the person who threw the egg. The crowd mostly backed away as the officers pulled these two teenagers out of the crowd and took them into custody.

8. The crowd settled back down for another ten or fifteen minutes. At this time a tow truck came and moved the civilian car that appeared to have been involved in the accident with a federal agency vehicle. I observed the federal officers begin to put on gas masks during this period of relative calm.

9. Then, without any audible warning, multiple federal officers threw silver cannisters of tear gas into the crowd and onto the street and sidewalks. There was no apparent provocation for this deployment of tear gas.

**EXHIBIT 62**

10. I was standing away from the main group of people in the street, in a front yard on someone's stairs on Avenue N, approximately ten yards from the intersection with 105th Street. I was standing with several photojournalists with professional camera equipment.

11. A federal officer appeared to throw a cannister directly toward the sidewalk next to the house in front of which we were gathered recording. There were no protesters in the vicinity let alone anyone doing anything violent that would have justified the deployment of teargas.

12. All of us on the stairs were exposed to a concentrated cloud of tear gas. I experienced a strong burning sensation in my eyes, throat and face. I became nauseas.

13. I used water and saline solution to attempt to clear my face and throat of the burning chemicals.

14. I regrouped with some neighborhood residents and spoke to staff from city government who were present and then I departed the scene.

15. I plan to continue going to the scene of federal law enforcement activity in my neighborhoods; however I am scared for my safety when doing so and will need to take more precautions or stay further away in the future.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:


10/19/25
Date

DocuSigned by:

*Maya Rodriguez*
748270D8D4C248F...
Maya Rodriguez