Docusign Envelope ID: B0FFE0D7-6098-41E3-AC23-9DB7B27F40AB

# DECLARATION OF SCOTT BLACKBURN

I, Scott Blackburn, declare as follows:

1. My name is Scott Blackburn. I am competent to testify. I am a 54-year-old resident of Oak Park, and a web developer.

2. I've been to many protests in Chicago.

3. I went to protests at the Broadview ICE Detention Facility a few times. It is close to my home. I wanted the ICE and U.S. Customs and Border Patrol agents to know that there are people who do not want them here and do not want them to kidnap our neighbors. I went to the Broadview facility on Tuesday September 17 and Friday, September 19, 2025.

   Both protests were completely non-violent from what I saw.

4. I rode my bicycle to the protest on October 3, 2025. I knew that it was going to be a bigger day. I went there for the press conference where local officials and activists planned to speak.

5. When I arrived I saw a crowd of people chanting and saying things as ICE trucks and vans moved in and out. State troopers, and Broadview police officers, and Cook County Sheriff's Department Officers were there forming lines and holding people back. I stood in the grassy area on the north side of Harvard Street past the metal guard rail.

6. There was lots of yelling and some foul language. I was shouting to the state and local police that it was a waste of tax payer money to have them all assembled this way.

7. I saw the leadership of the Illinois State Troopers and Cook County Sheriff's Officers walk down the lines and tell them to put on gas masks. I could hear them saying it to some of the people and for others I just saw them put their masks on after the leader talked to them.

8. When I saw that, I decided to go home because I did not have a gas mask on or protective materials. It seemed like something was going to happen like teargassing and I did not want to be part of it.

9. I saw the federal agents marching. I saw U.S. Customs and Border Patrol Commander-at-Large, Gregory Bovino walking along the other side of the guard rail. I decided to yell at him. I wanted to speak to him as he is a very vocal public official whom I believe is creating a violent atmosphere in our community. This was my chance to voice my opinion that he was needlessly hurting my community.

**EXHIBIT 63**

10. I went up to Bovino and said something like, "You don't have to do this, but you want to do this. You want to be on television. You love to be on television." Commander Bovino said, "Move down the block or I'll move you down, right now." I didn't know which way he meant. He had not given any warnings or dispersal orders before that. There were no agents on my side.

11. I said, "Yeah. I'll fucking move, you're such a piece of . . ." And then I started to move away. Bovino said "What did you say? You want me to come over there?" I shook my head no and said, "No." He stepped over the guard rail. He grabbed me by my right arm and tore my shirt. We moved back. Another agent came up with him. The take down hurt but was pretty simple. This screen shot of me from a Benny Johnson video was after it,





12. I was scared to be detained by the federal agents. I didn't know how long it would take, what I could do, who I could call. They put zip ties on me. They picked me up and dragged me out to Harvard Street on the other side of the guard rail. We just sat there. The federal agents looked through our bags and searched our bodies. They offered to give us water but would not unzip tie us so they would have to feed us. I declined.

13. I saw Kristi Noem get out of a car. I saw three videographers/photographers and Benny Johnson who I only recognized as a right wing person on the internet. There were drones

Docusign Envelope ID: B0FFE0D7-6098-41E3-AC23-9DB7B27F40AB

going back and forth. Benny Johnson and his camera person came over. The photographers had insignia on their shirts and masks on their faces. They were wearing nice pressed street clothes. They kept filming and photographing us. They kept talking to the federal agents. No other media were there.

14. It was hot. We stayed there for about an hour. The zip ties were hard, my wrists were sore and my shoulders ached.

15. Eventually I was taken by a DHS or ICE agent. He was really nice. He said, "I don't want to be doing this. This isn't what I wanted." He brought me into the building through a garage.

16. They started the booking process and bagged our possessions. I am missing a finger so they did not know how to fingerprint me. It took about 20 minutes. I could see into another room where a lot of people were being detained. I saw a lot of despondent faces, that were sweaty and unshaven.

17. I was put in a room with five other people detained at the protest. We could see the central room through plexiglass.

18. The smell in our room was disgusting like urine and body order. We were given bottled water and Subway sandwiches.

19. After a few more hours, I was allowed to call my wife and send a few texts to a lawyer.

20. Eventually I was taken down the hall by two FBI agents. They asked me a few questions. First, " How did you get here?" I said I rode my bicycle. They asked me if I came across state lines. Then they asked me what social media accounts I follow and which ones told me to go there. Then they said something like. "So when you came across state lines, who paid you?" Then I refused to answer and I said I'll let the lawyer deal with this.

21. The whole time I was there, they never said anything about if I was charged with anything or not.

22. Eventually federal agents lined us up against the wall, facing it. They said they would. Transport us and drop us off at a Qwik Trip a few blocks away. They put us into the van and drove us through protesters who were still out on Harvard Street. There did not appear to be any problems driving the van through the crowd.

23. They had us get out of the van and still said nothing to us. They gave me no paperwork.

24. I have not been back since. I do not want to go back. I am afraid to encounter federal agents. If I saw them, I would back away, and would not want to express myself to them even though I still disagree with them. I went to the No Kings Day protest today in Chicago with my elderly mother and I was not afraid. I think Snelling is a good Police

Superintendent. I disagree with him, but I think his desire is public safety. That was really evident yesterday at the No Kings Day protest. There were so many people out but it was calm.

25. If I had seen ICE or CPB agents at the No Kings Day protest, I would have left with my mom immediately. I would have been fearful of federal agents starting something. They create a powder keg situation and target people indiscriminately.

26. I feel like the federal agents could arrest any one, any time, any where. They do it so randomly. It could be anyone in that crowd, and you can't do anything about it.

27. I don't like having images of my arrest out there in the public domain and especially on Benny Johnson's youtube channel.

28. ICE still has my name and address which is not far from the facility. I feel paranoid that they could still come get me someday.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/20/2025

*Signed by: Scott Blackburn*
DF864F418E7946D...

Scott Blackburn