Docusign Envelope ID: 8884BCED-9BEC-4132-8B22-1ED181ABE4AA

## DECLARATION OF EVELYN AGUAYO

I, Evelyn Aguayo, declare as follows:

1. My name is Evelyn Aguayo. I am 25 years old and am competent to make this declaration. I reside in Chicago, Illinois.
2. I serve as a Legal Aid Administrator and Community Organizer with Increase The Peace in the Back of the Yards neighborhood.
3. I am submitting this declaration to provide a detailed account of what I witnessed on October 14th in the East Side of Chicago.
4. I arrived at 105th Street between 11:30 a.m. and noon, at which point it appeared that most ICE agents were dispersing. The air, however, was thick and spicy with clouds of smoke lingering throughout the streets.
5. Below is a picture of one of the massive clouds of tear gas that was deployed into the air on this residential street.



**EXHIBIT 67**

6. Community members were running, coughing, and wiping their eyes, so I ran toward them and began using the water, saline, and wipes I had brought to help clear their faces. I was able to assist six people: one pregnant woman, two young women (whose boyfriends had been detained - one being a minor), their mother, and two men. All of them were coughing heavily, their eyes bloodshot red, and they were crying and trying to get away from the tear gas.
7. As I continued to help, my own eyes began to water, my skin burned, and breathing became very difficult. Even now, three days later, I'm still experiencing chest pressure, difficulty breathing, and skin irritation.
8. Attached is a photo I took of a tear gas canister that appeared to have been thrown onto a sidewalk.



Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/19/25

Date

Signed by:

16B181C892FF474...

Evelyn Aguayo