## DECLARATION OF SARAH GARZA RESNICK

Sarah Garza Resnick declares as follows:

   1.   I have personal knowledge of the facts set forth herein and could competently testify thereto.

   2.   My name is Sarah Garza Resnick.  I am an adult resident of Chicago, Illinois.

   3.   On September 26, 2025, around 7:30 a.m., I arrived at a protest in front of the Broadview Immigration and Customs Enforcement (ICE) facility. When I arrived, there were around 100 to 150 people present.

   4.   I stood on the sidewalk and on a strip of grass near the driveway to the Broadview ICE facility's gate on Beach Street. I was not blocking the driveway or the gate to the facility.

   5.   Shortly after I arrived, it suddenly became very hard to breathe. My throat hurt, I was coughing, and my eyes were watering and burning.

   6.   I learned from other protesters that federal agents had used tear gas on the crowd. I put on an N-95 mask so I did not inhale any more chemicals.

   7.   This repeatedly happened while I was protesting outside the Broadview ICE facility. Out of the blue, breathing would become harder. I would cough and my eyes would itch and burn. When this happened, I could see a smoke-like vapor in the air.

   8.   Everyone around me was coughing and had difficulty breathing because of the amount of chemical agents in the air. I saw other protesters move away from the Broadview ICE facility because they had trouble breathing. I saw two elementary-school aged children leave home across the street from the Broadview ICE facility. I noticed they, too, had difficulty breathing because of the chemicals.

**EXHIBIT 72**

9. Local police officers who were stationed near the protesters also had difficulty breathing. I could tell from their badges that these officers were from the Broadview, Maywood, and Oak Park police departments.

10. Not once did I hear federal agents provide a warning that they were going to release a chemical agent on the people protesting outside the Broadview ICE facility. The federal agents never gave the protestors the option to leave the area before they released chemicals.

11. For the entire time I was at the Broadview ICE facility, the protest was peaceful. I saw someone playing a guitar; I also saw others singing and chanting.

12. I left the Broadview ICE facility at 9:15 a.m. I left because I am a single mother with two kids and I wanted to make sure that I stayed healthy enough to take care of my children.

13. For the 24 hours after I left the Broadview ICE facility, breathing felt much harder. My eyes were swollen and I had headaches. Even three days after the protest, my breathing continued to feel labored, and my eyes remained swollen.

14. I have protested many times before. Never have I experienced what I did at the Broadview ICE facility on September 26, 2025.

15. The tear gas will not prevent me from protesting again at the Broadview ICE facility. I believe this political moment calls on each of us to be brave.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 7, 2025

Sarah Garza Resnick