## VILLAGE OF BROADVIEW EXECUTIVE ORDER NO. 2025-01

**WHEREAS,** for several months, the U.S. Department of Homeland Security ("DHS"), through its subsidiary agency, the U.S. Immigration and Customs Enforcement ("ICE"), has engaged in an unprecedented and chaotic nationwide campaign to target, round up, detain, and deport any person suspected of unlawfully residing in the United States; and

**WHEREAS,** as a result of this surge in raids and arrests targeting immigrants, the Village of Broadview (the "Village") is now under siege because the ICE Processing Facility ("BPF") for those arrested in "Operation Midway Blitz" is located in the Village at 1930 Beach Street, Broadview, Illinois; and

**WHEREAS,** DHS and ICE's reportedly poor treatment of those processed at the BPF has, predictably, sparked protests; and

**WHEREAS,** due to the recent escalation of violence by ICE at the BPF, including, but not limited to, needlessly deploying tear gas, pepper spray, mace, and rubber bullets at individuals and reporters, thereby injuring Village residents, Village police officers, and Village firefighters (as well as damaging Village property in the process), I find that it is in the best interests of the Village and its residents to temporarily place time restrictions on protests at the BPF in order to protect the Village's well-being;

**NOW, THEREFORE,** by the powers vested in me as the President of the Village of Broadview, and pursuant to Title 1, Chapter 5 of the Village of Broadview Code of Ordinances ("the "Village Code") and any other approved ordinances or laws of the Village of Broadview and the State of Illinois, I hereby order the following:

**SECTION 1:** Effective immediately this 6th day of October, 2025, the Village is setting the hours that people can protest or gather at the ICE Processing Facility located at 1930 Beach Street, Broadview, Illinois and the designated protest area of 2000 South 25th Avenue, Broadview Illinois as 9:00 am to 6:00 pm CST; however, said order may be rescinded should I deem the restriction no longer necessary in order to protect the health, welfare, and safety of the residents of the Village.

**SECTION 2:** This Executive Order shall be in full force and effect unless otherwise superseded by further executive orders or through legislative action.

**SECTION 3:** This Executive Order shall be distributed in accordance with the Village Code.

**SECTION 4:** This Executive Order is not intended to, and does not, except as specifically set forth herein, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the Village, its departments, agencies, or entities, its officers, employees, or agents, or any other person. This Executive Order shall be deposited and kept immediately available on file for inspection in the office of the Village Clerk. Copies of this Executive Order shall be distributed to the members of the Village's Board of Trustees. All recitals

1

**EXHIBIT 75**

set forth above shall be incorporated into this Executive Order as if full restated herein.

Effective October 6, 2025

Katrina Thompson, Village President
for the Village of Broadview

Received and Filed _OcToBER_ _6_ __, 2025

Kevin McGrier, Village Clerk
for the Village of Broadview

2