IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) |
| | ) No. 25-cv-12173 |
| *Plaintiffs,* | ) |
| | ) Hon. Sara L. Ellis, |
| v. | ) District Judge |
| | ) |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

**SECOND NOTICE OF DISTRIBUTION OF**
**MODIFIED TEMPORARY RESTRAINING ORDER**

In compliance with paragraph 5 of the Modified Temporary Restraining Order (ECF No. 66), Defendants attach the directive sent to the Federal Protective Service implementing the Modified TRO.

Dated: October 21, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Deputy Director
Federal Programs Branch

*By: s/ Sean Skedzielewski*

SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General
SAMUEL S. HOLT
Trial Attorney

1

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0878
Fax: (202) 616-8470

*Counsel for Defendants*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*