Docusign Envelope ID: 2E7EEB7C-C11C-4CD0-A371-64A7CC150FB2

### Declaration of Jo-Elle Munchak

I, Jo-Elle Munchak, declare as follows:

1. My name is Jo-Elle Munchak. I am over 18 years old and competent to provide this declaration.
2. I am a licensed attorney admitted in the State of Illinois.
3. I live on Catalpa Street in the Edgewater neighborhood of Chicago.
4. I was driving home around 9:00am in the morning of October 10. I was driving north on Sheridan Road when I noticed that two unmarked SUVs were parked in front and behind a vehicle with landscaping equipment. It looked like there were federal officers (I think either ICE or CBP agents) speaking to one of the landscapers. The SUV in front was grey, and the SUV behind the landscaping vehicle was black.
5. I pulled over to videotape the encounter.
6. I parked several feet in front of the grey SUV, leaving enough room for the SUV to pull out if needed.
7. I got out of my car and began recording. I stayed by my car the whole time I recorded. I did not get close to the federal agents, and I could not hear what they were saying.
8. I filmed for about five and a half minutes until the federal officers handcuffed the landscaper they were speaking with and put him in the black SUV.
9. A true and accurate copy of my video recording is attached to my declaration as Exhibit A.
10. At that point, I got back into my car.
11. The grey SUV pulled out and began driving north on Sheridan.
12. I began to pull out as well, but the black SUV also pulled out at the same time I did. I signaled for the black SUV to go ahead and it proceeded north on Sheridan.
13. I traveled north on Sheridan too because my house was on Catalpa, the next street that was northbound on Sheridan.
14. The grey SUV had made a left on Catalpa.
15. The black SUV parked at the corner of Catalpa and Sheridan.
16. I made a left on Catalpa to go home.
17. I noticed that the grey SUV had parked in the middle of Catalpa Street, about halfway between Sheridan and Kenmore. It was parked roughly in front of 1024 West Catalpa. It was parked in a way that prevented me from going around it.
18. Suddenly the black SUV pulled up behind me and blocked me in between the two SUVs.
19. Federal agents got out of both SUVs and surrounded my car.
20. One federal agent stood in front of my front bumper and aimed some sort of long gun directly at my head.
21. Federal agents began pounding on my driver's side and passenger's side front windows, demanding that I get out of the vehicle. They were trying to physically open my car doors but they were locked.
22. I tried to explain to the officers that I lived on Catalpa Street and I was just trying to find parking. But they continued to pound on my windows and demand that I get out of the car.

**EXHIBIT 77**

23. I eventually held my driver's license up to the window to try to prove to the officers that I lived on Catalpa Street. One of the officers took a picture of my license and the VIN of my car.
24. A federal officer said, "We'll let you go this time, but next time you'll be detained."
25. The federal agents got back into their vehicles, and I drove home.
26. I am now afraid and hesitant to record law enforcement officers again. I'd like to think that I would do so, but after this experience, I am frightened of what might happen.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/21/2025
_____
Date

DocuSigned by:

*Jo-Elle Munchak*
31F8EE2733E64FE...                    _____
Jo-Elle Munchak

## Exhibit A to the Declaration of Jo-Elle Munchak

Video available at: https://spaces.hightail.com/space/ssHR759SHJ