IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, et al.,<br>*Defendants.* | No. 25-cv-12173<br><br>Hon. Sara L. Ellis,<br>District Judge |

# PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS

Plaintiffs, by and through their counsel, respectfully move this Court for leave to file oversized briefs in connection with (1) Plaintiffs' Motion for Class Certification, and (2) Plaintiffs' Motion for Preliminary Injunction. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs are filing two substantive motions that each involve complex factual records and significant legal issues.

2. The first is Plaintiffs' Motion for Class Certification, which seeks certification of a proposed class and two proposed subclasses under Federal Rule of Civil Procedure 23.

3. The second is Plaintiffs' Motion for Preliminary Injunction, which will require extensive discussion of both factual evidence and constitutional and statutory issues relevant to injunctive relief.

4. Pursuant to Northern District of Illinois Local Rule 7.1, parties cannot file briefs that exceed 15 pages without prior approval of the court. Given the significant record in this case

and the complexity of the issues involved, Plaintiffs are unable to adequately address all relevant issues within these page limits.

5. Plaintiffs therefore request leave to file a 21-page Motion for Class Certification, and further request leave to file a 45-page motion for preliminary injunction.

6. The parties conferred, and Defendants indicated that they do not oppose Plaintiffs' request for excess pages if they receive excess pages for their responses. Specifically, Defendants have requested 25 pages to respond to Plaintiffs' Motion for Class Certification and 55 pages to respond to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs do not oppose this request by Defendants.

7. Plaintiffs do not believe that additional pages will be necessary for their Reply in support of their Motion for Class Certification, and will endeavor for the same with the Reply on the Motion for Preliminary Injunction. As part of the conferral process, however, Defendants agreed not to object to a Reply brief in support of Plaintiffs' Motion for Preliminary Injunction that would be up to 25 pages (in response to their brief of up to 55 pages).

8. Plaintiffs believe that allowing them to submit briefs in excess of the page limit will assist the court in ruling on the motions.

9. For all the foregoing reasons, Plaintiffs respectfully move this Honorable Court to grant their motion for leave to file oversized briefs.

Respectfully submitted,

/s/ Scott Rauscher
*Counsel for Plaintiffs*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org