IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) |
| | ) Case No. 25-cv-12173 |
| Plaintiffs, | ) |
| | ) Hon. Sara L. Ellis |
| v. | ) District Judge |
| | ) |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>DECLARATION OF LINDSAY HAGY</u>**

I, Lindsay Hagy, declare as follows:

1. I am an attorney at Loevy & Loevy and am one of the attorneys representing Plaintiffs. I submit this declaration in conjunction with Plaintiffs' Motion for Preliminary Injunction filed October 21, 2025. The facts stated herein are based upon my review of the files that are cited.

2. On October 21, 2025, I accessed an October 1, 2025, BBC News article titled *U.S. cities should be military training grounds, Trump tells generals*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.bbc.com/news/articles/cvgq044n72po.

3. On October 21, 2025, I accessed the June 7, 2025, Karoline Leavitt Statement From the White House, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.whitehouse.gov/briefings-statements/2025/06/statement-from-the-white-house-

1

d320/#:~:text=%E2%80%9CIn%20recent%20days%2C%20violent%20mobs,are%20executed%20fully%20and%20completely.%E2%80%9D.

4. On October 21, 2025, I accessed the September 30, 2025, WBEZ Chicago article titled *Trump Floats Using Chicago, other Democrat-led Cities for Military training, Says Troops Coming 'Very Soon'* w. hich contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.wbez.org/immigration/2025/09/30/donald-trump-pete-hegseth-chicago-military-training-ground-national-guard-operation-midway-blitz.

5. On October 21, 2025, I accessed the June 18, 2025, CBS News article titled *2,000 more National Guard troops being deployed to Los Angeles, Pentagon says, CBS News,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cbsnews.com/news/2000-national-guard-troops-deployed-los-angeles-pentagon/.

6. On October 21, 2025, I accessed the *District of Columbia National Guard, D.C. National Guard Activated to Support Law Enforcement in District of Columbia,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://dc.ng.mil/Public-Affairs/News-Release/Article/4284259/dc-national-guard-activated-to-support-law-enforcement-in-district-of-columbia/.

7. On October 21, 2025, I accessed the October 2, 2025, CNN article titled *What to know about Trump's latest federal deployments in Memphis, Portland and other US cities,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cnn.com/2025/10/02/us/trump-national-guard-portland-memphis-wwk-hnk.

8. On October 21, 2025, I accessed the June 10, 2025, ABC News article titled *Trump warns that LA military deployment could be first 'of many' in response to ICE protests,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available

online at https://abcnews.go.com/Politics/trump-warns-la-military-deployment-response-ice-protests/story?id=122700315.

9. On October 21, 2025, I accessed the August 11, 2025, CNN article titled *2 Reasons Trump Calling in Troops in DC is so Extraordinary,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cnn.com/2025/08/11/politics/washington-dc-troops-trump.

10. On October 21, 2025, I accessed Donald Trump's September 27, 2025, post on Truth Social, which contains a statement from President Trump, "At the request of Secretary of Homeland Security, Kristi Noem, I am directing Secretary of War, Pete Hegseth, to provide all necessary Troops to protect War ravaged Portland, and any of our ICE Facilities under siege from attack by Antifa, and other domestic terrorists. I am also authorizing Full Force, if necessary. Thank you for your attention to this matter!" The webpage is available online at https://truthsocial.com/@realDonaldTrump/posts/115276694936263266.

11. On October 21, 2025, I accessed the September 15, 2025, The Hill article titled *Trump Floats New Orleans as Next for Federal Crime Crackdown*, The Hill, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://thehill.com/homenews/administration/5483976-trump-eyes-new-orleans-crime/.

12. On October 21, 2025, I accessed the September 15, 2025, Whitehouse Memorandum titled *Restoring Law and Order in Memphis,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.whitehouse.gov/presidential-actions/2025/09/restoring-law-and-order-in-memphis/.

13. On October 21, 2025, I accessed the October 5, 2025, NPR article titled *Trump federalizes the National Guard in Chicago, while troops arrive in Oregon,* which contains

quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.npr.org/2025/10/05/nx-s1-5563170/trump-national-guard-chicago-portland-illinois-oregon-pritzker.

14. On October 21, 2025, I accessed a October 1, 2025, YouTube video posted by PBS titled *Trump Suggests Using U.S. Cities as 'Training Grounds for Our Military'* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.youtube.com/watch?v=-m2n-gSFbtU&t=167s.

15. On October 21, 2025, I accessed the September 16, 2025, NBC Chicago article titled *Trump Signals He Will Send National Guard to Chicago 'Against Pritzker'"* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.nbcchicago.com/news/local/chicago-politics/trump-signals-he-will-send-national-guard-to-chicago-against-pritzker-after-memphis/3824883/.

16. On October 21, 2025, I accessed the October 19, 2018, CNN article titled *Trump's Demonization of the Media can have Deadly Consequences,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cnn.com/2018/10/19/opinions/trump-rally-gianforte-attacks-on-press-khashoggi-freedman.

17. On October 21, 2025, I accessed the September 19, 2025, Politico article titled *Trump: "It's no longer free speech.,"* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.politico.com/news/2025/09/19/trump-no-longer-free-speech-00574219.

18. On October 21, 2025, I accessed the October 3, 2025, X.com post by Benny Johnson stating "Left-wing extremists surrounded this ICE facility in Chicago. Federal agents

crushed the threat immediately. This is the pep talk from [Secretary Noem] that stopped the threat dead in its tracks. Listen…," which contains quotes, videos, or descriptions of Defendants' actions at the Broadview Detention Facility. The webpage is available online at https://x.com/bennyjohnson/status/1974174065985470970 (last visited Oct. 5, 2025).

19. On October 21, 2025, I accessed the August 10, 2016, NY Times article titled *Donald Trump's 'Second Amendment' Comment Was Part of a Patter,* which contains quotes, videos, or descriptions of Defendants' action. The webpage is available online at https://archive.nytimes.com/takingnote.blogs.nytimes.com/2016/08/10/donald-trumps-second-amendment-comment-was-part-of-a-pattern/.

20. On October 21, 2025, I accessed the June 10, 2025, Youtube video posted by TIME, *Titled Trump Warns, Military Parade Protests Will Face 'Very Big Force,'* which contains quotes, videos, or descriptions of Defendants' action. *The webpage is available online at* https://www.youtube.com/watch?v=kuKjAIBP8go&t=52s.

21. On October 21, 2025, I accessed the June 8, 2025, Truth Social post by Donald J. Trump, which said, "Great job by the National Guard in Los Angeles after two days of violence, clashes and unrest. We have an incompetent Governor (Newscum) and Mayor (Bass) who were, as usual (just look at how they handled the fires, and now their VERY SLOW PERMITTING disaster. Federal permitting is complete!), unable to to [sic] handle the task. These Radical Left protests, by instigators and often paid troublemakers, will NOT BE TOLERATED. Also, from now on, MASKS WILL NOT BE ALLOWED to be worn at protests. What do these people have to hide, and why??? Again, thank you to the National Guard for a job well done!" The webpage is available online at https://truthsocial.com/@realDonaldTrump/posts/114646378582957392.

22. On October 21, 2025, I accessed the YouTube video posted by Forbes Breaking News, on July 15, 2025, titled *Kristi Noem Claims Videotaping ICE Agents Is 'Violence' Follow Camarillo, California Farm Raids*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.youtube.com/watch?v=uDFX4q6huH8.

23. On October 21, 2025, I accessed the September 25, 2025, Whitehouse Memorandum titled *Countering Domestic Terrorism and Organized Political Violence,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.whitehouse.gov/presidential-actions/2025/09/countering-domestic-terrorism-and-organized-political-violence/.

24. On October 21, 2025, I accessed the October 3, 2025, Washington Examiner article titled *DOJ orders investigation into 'wrongful arrest' of conservative influencer Nick Sortor in Portland*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.washingtonexaminer.com/news/justice/3835788/doj-investigation-wrongful-arrest-conservative-influencer-nick-sortor-portland/.

25. On October 21, 2025, I accessed the August 26, 2025, NY Times article titled *Deploy National Guard to Chicago? Trump Says He Has 'The Right to Do Anything I Want to Do'* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.nytimes.com/2025/08/26/us/politics/trump-national-guard-chicago-dictator.html.

26. On October 21, 2025, I accessed the October 4, 2025, BBC article titled *Trump authorizes deployment of 300 National Guard troops to Chicago*, which contains quotes, videos,

or descriptions of Defendants' actions. The webpage is available online at

https://www.bbc.com/news/articles/c2dnk0ee6pyo.

27. On October 21, 2025, I accessed a September 8, 2025, article from the DHS website, titled *ICE Launches Operation Midway Blitz in Honor of Katie Abraham to Target Criminal Illegal Aliens Terrorizing Americans in Sanctuary Illinois*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.dhs.gov/news/2025/09/08/ice-launches-operation-midway-blitz-honor-katie-abraham-target-criminal-illegal.

28. On October 21, 2025, I accessed the September 6, 2025, NPR article titled *Trump threatens 'Apocalypse-Now'-style action against Chicago to boost deportations*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.npr.org/2025/09/06/nx-s1-5532148/national-guard-chicago-baltimore-new-orleans.

29. On October 21, 2025, I accessed the October 3, 2025, CBS News article titled *Federal agent throws tear gas canister from SUV on busy Chicago street*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cbsnews.com/chicago/news/federal-immigration-agent-throws-tear-gas-canister-logan-square-street/.

30. On October 21, 2025, I accessed the October 4, 2025, WBEZ Chicago article titled *Border Patrol shoots woman on Southwest Side; agents, protesters, battle for hours*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.wbez.org/immigration/2025/10/04/federal-agents-shoot-woman-they-say-boxed-in-authorities-in-brighton-park.

31. On October 21, 2025, I accessed the October 3, 2025, News Week article titled *ICE Agents Dragged Naked Children Out of Homes in Chicago Raid: Neighbors*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.newsweek.com/ice-agents-dragged-naked-children-out-homes-chicago-raid-10823150.

32. On October 21, 2025, I accessed the Reuters September 24, 2025, article titled *Footage of deadly ICE shooting in Chicago suburb challenges official narrative*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.reuters.com/world/us/police-records-witness-accounts-complicate-dhs-narrative-fatal-chicago-area-ice-2025-09-24/.

33. On October 21, 2025, I accessed the October 3, 2025, USA Today article titled *800 arrests amid Chicago immigration 'blitz' of helicopters and midnight raids*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.usatoday.com/story/news/nation/2025/10/03/chicago-area-immigration-raids-dhs/86497161007/.

34. On October 21, 2025, I accessed the October 1, 2025, WBEZ Chicago article titled *ICE's Broadview facility has become a de facto detention center, minus the rules and oversight*, which contains quotes, videos, or descriptions of Defendants' actions.. The webpage is available online at https://www.wbez.org/immigration/2025/10/01/broadview-immigration-processing-center-detention-ice-dhs.

35. On October 21, 2025, I accessed the October 4, 2024, WGN Chicago titled *Protesters rally at ICE facility in Broadview amid growing tensions*, which contains quotes,

videos, or descriptions of Defendants' actions. The webpage is available online at

https://wgntv.com/news/operation-midway-blitz/protesters-rally-at-ice-facility-in-broadview-amid-growing-tensions/amp/.

36. On October 21, 2025, I accessed the June 10, 2025, Reuters article titled *Trump administration deploys Marines to Los Angeles, vows to intensify migrant raids* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at

https://www.reuters.com/world/us/los-angeles-police-order-immigration-protesters-downtown-go-home-2025-06-09/.

37. On October 21, 2025, I accessed the June 11, 2025, ABC News article titled *White House tries to clarify Trump's threat to use 'heavy force' on 'any' military parade protesters*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://abcnews.go.com/Politics/white-house-clarify-trumps-threat-heavy-force-military/story?id=122746297.

38. On October 21, 2025, I accessed the September 30, 2025, CNN article titled *Trump says 'it's anarchy' in Portland*. Here's why locals say that's far from reality, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cnn.com/2025/09/30/us/portland-residents-trump-troops.

39. On October 21, 2025, I accessed the July 5, 2024, The Guardian article titled *Trump is waging war against the media—and winning,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at

https://www.theguardian.com/us-news/ng-interactive/2025/jul/05/trump-attack-us-media.

40. On October 21, 2025, I accessed the September 29, 2025, Department of Justice press release titled *Attorney General Bondi Issues Memo on Ending Political Violence Against ICE,* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.justice.gov/opa/pr/attorney-general-bondi-issues-memo-ending-political-violence-against-ice.

41. On October 21, 2025, I accessed the October 2, 2025, CBS News article titled *Officials set up designated protest zone outside ICE facility in Broadview, Illinois*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cbsnews.com/chicago/news/broadview-ice-facility-designated-protest-zone-concrete-barriers/.

42. On October 21, 2025, I accessed the October 1, 2025, CBS News article titled *Broadview ICE Facility, Agents at Center of Criminal Investigations, Village Officials Say*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cbsnews.com/chicago/news/broadview-criminal-investigations-ice-activity-facility-fence/.

43. On October 21, 2025, I accessed the October 1, 2025, YouTube video posted by CBS Chicago, titled *Broadview Police Chief Says ICE Facility is "Creating a Dangerous Situation for the Community"* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.youtube.com/watch?v=h_Jp1hgHm2s.

44. On October 21, 2025, I accessed the October 3, 2025, CBS News article titled *Federal agent throws tear gas canister from SUV on busy Chicago street* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at

https://www.cbsnews.com/chicago/news/federal-immigration-agent-throws-tear-gas-canister-logan-square-street/.

45. On October 21, 2025, I accessed the September 25, 2025, Whitehouse memorandum titled *Countering Domestic Terrorism and Organized Political Violence*. which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.whitehouse.gov/presidential-actions/2025/09/countering-domestic-terrorism-and-organized-political-violence/.

46. On October 21, 2025, I accessed the September 30, 2025, video titled *President Trump Delivers Remarks to the Department of War* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.whitehouse.gov/videos/president-trump-delivers-remarks-to-the-department-of-war/.

47. On October 21, 2025, I accessed the YouTube video posted by Status Coup News on September 27, 2025, titled *BREAKING: ICE ATTACKS Protesters at Chicago Detention Center* which contains quotes, videos, or descriptions of Defendants' actions at the Broadview Detention Center. The webpage is available online at https://www.youtube.com/watch?v=QoobmuQoKWM.

48. On October 21, 2025, I accessed a video post by Status Coup News on X.com on September 26, 2025, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://x.com/StatusCoup/status/1971720063922429984.

11

49. On October 21, 2025, I accessed the YouTube video posted by WGN on September 26, 2025, titled *ICE Agents Clash with Protesters in Broadview* which contains quotes, videos, or descriptions of Defendants' actions at the Broadview Detention Center. The webpage is available online at https://www.youtube.com/watch?v=kyFTG3ucU9M.

50. On October 21, 2025, I accessed a post by Amanda Moore on X.com on September 27, 2025, stating "A man was just arrested outside of the Broadview ICE facility in Chicago. When legal observers from the National Lawyers Guild asked why, an agent threatened to arrest them too". This post contains quotes, videos, or descriptions of Defendants' actions at the Broadview Detention Center. The webpage is available online at https://x.com/noturtlesoup17/status/1972073776339952042.

51. On October 21, 2025, I accessed the September 25, 2025, CBS News video titled *Video shows protester being hit by pickup truck outside Broadview, Illinois ICE facility* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at https://www.cbsnews.com/chicago/news/video-shows-protester-hit-pickup-truck-broadview-ice-facility/?intcid=CNM-00-10abd1h.

52. On October 21, 2025, I accessed the X.com post by Kat Abugezalah on September 19, 2025, stating "This is what it looks like when ICE violates our First Amendment Rights." This post contains quotes, videos, or descriptions of Defendants' actions at the Broadview Detention Center. The webpage is available online at https://x.com/KatAbughazaleh/status/1969013628398411810.

53. On October 21, 2025, I accessed the X.com post by Ron Smith on October 3, 2025, stating "Sad scenes outside Broadview ICE facility. These are not ICE agents. These are

Nazi Gestapo." This post contains quotes, videos, or descriptions of Defendants' actions at the Broadview Detention Center. The webpage is available online at

https://x.com/ronxyz00/status/1974150663195275464?s=46&t=kwXzoKXCNt-ZYuqA5Nrezw.

54. On October 21, 2025, I accessed the Chicago Sun Times October 12, 2025, article titled *Feds deploy tear gas in another Chicago neighborhood* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available online at

https://chicago.suntimes.com/immigration/2025/10/12/ice-chicago-albany-park-tear-gas.

55. On October 21, 2025, I accessed the Chicago Sun Times October 14, 2025, article titled *Feds ram SUV after chase down residential street in Chicago, then tear-gas crowd* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at

https://chicago.suntimes.com/immigration/2025/10/14/crash-involving-immigration-agents-in-east-side-leads-to-tear-gas-detentions.

56. On October 21, 2025, I accessed the X.com post by Commander Op At Large CA Gregory K. Bovino on October 13, 2025, stating "Interfering with our agents or operations will lead to consequences. We support the right to protest, but public and agent safety is non-negotiable. Zero tolerance. The mission continues." This post contains video of Defendants' actions at the Broadview Detention Facility. The webpage is available at

https://x.com/CMDROpAtLargeCA/status/1977778019046674796.

57. On October 21, 2025, I accessed the X.com post by Benny Johnson on October 3, 2025, stating "Immediately after arresting and taking dozens of left-wing extremists off Chicago streets, DHS Secretary Kristi Noem issues a scorching message to every Democrat-run city and agitator nationwide: 'Leave the country. We don't want you. We'll put you in jail. There's

consequences for breaking the law and jeopardizing law enforcement.'" The webpage is available at https://x.com/bennyjohnson/status/1974181657327644851.

58. On October 21, 2025, I accessed the X.com post by DHS on October 7, 2025, which is a video of among other things, DHS agents, including Commander Bovino, detaining people, and standing near detained protestors at the Broadview Detention Facility. The webpage is available at https://x.com/DHSgov/status/1975629857775341895

59. On October 21, 2025, I accessed the bsky.app video-post by The Sidewalk School on October 12, 2025, which contains quotes, video, and descriptions of Defendants' actions in the Albany Park neighborhood of Chicago. The webpage is available at https://bsky.app/profile/thesidewalkschool.bsky.social/post/3m2zcizy5g22l

60. On October 21, 2025, I accessed a YouTube video posted by Chicago Sun Times on October 14, 2025, which contains videos of Defendants' actions in the East Side neighborhood of Chicago. The webpage is available at https://youtube.com/shorts/a2uS4NY4WBE?si=5B8iVug5OpEQ_WKV

61. On October 21, 2025, I accessed the bsky.app video-post by Pritzker Posting on October 14, 2025, which contains video of Defendants' actions in the East Side neighborhood of Chicago. The webpage is available at https://bsky.app/profile/pritzkerposting.bsky.social/post/3m375skills25

62. On October 21, 2025, I accessed the YouTube video posted by Block Club Chicago on October 3, 2025, which contains videos of Defendants' actions in the Logan Square

neighborhood of Chicago. The webpage is available at

https://www.youtube.com/shorts/ek3eXgETkdg

63. On October 21, 2025, I accessed a Reddit post by DREWBICE from October 3, 2025, which contains quotes, videos, or descriptions of Defendants' actionsin the Logan Square neighborhood of Chicago. The webpage is available at

https://www.reddit.com/r/LoganSquare/comments/1nx5b6z/ice_incident_at_rico_fresh/?utm_source=embedv2&utm_medium=post_embed&utm_content=post_body&embed_host_url=https://blockclubchicago.org/2025/10/03/family-grocery-shoppers-run-as-masked-agent-throws-smoke-bomb-onto-busy-chicago-street/

64. On October 21, 2025, I accessed the X.com post by Acyn on October 6, 2025, which contains video of Defendant Miller on CNN. The webpage is available at

https://x.com/Acyn/status/1975276582362354159

65. On October 21, 2025, I accessed an article from The American Presidency Project, published July 1, 2025, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at thttps://www.presidency.ucsb.edu/documents/remarks-roundtable-discussion-the-alligator-alcatraz-migrant-detention-facility-and.

66. On October 21, 2025, I accessed an X.com post by Stephen Miller on October 9, 2025, which contains quotes by Defendant Miller. The webpage is available at

https://x.com/StephenM/status/1976398515703075323

67. On October 21, 2025, I accessed an X.com video-post by Stephen Miller on October 14, 2025, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://x.com/StephenM/status/1978259615335805369

68. On October 21, 2025, I accessed an X.com post by Stephen Miller on October 18, 2023 which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://x.com/StephenM/status/1714630628577038727

69. On October 21, 2025, I accessed an Associated Press article titled *What to know about National Guard Deployments in Memphis, Tennessee, and other cities* published on October 11, 2025, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://apnews.com/article/national-guard-troops-memphis-cities-0554c0428e23cf336404fc8a21d632bf

70. On October 21, 2025, I accessed a Project on Government Oversight article titled *Stephen Miller's Financial Stake in ICE Contractor Palantir* published on June 24, 2025, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://www.pogo.org/investigations/stephen-miller-conflicts-of-interest

71. On October 21, 2025, I accessed a Forbes article published on June 9, 2025, titled *Stephen Miller's Order Likely Sparked Immigration Arrests And Protests* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://www.forbes.com/sites/stuartanderson/2025/06/09/stephen-millers-order-likely-sparked-immigration-arrests-and-protests/

72. On October 21, 2025, I accessed a Chicago Tribune article Published on October 19, 2025, titled *'Devil's Ideology': President Donald Trump's darkening rhetoric escalates attacks and often targets Illinois* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://www.chicagotribune.com/2025/10/19/trump-language-opponents-illinois/

73. On October 21, 2025, I accessed a CNN article Published on October 11, 2025, titled *Stephen Miller's Order Likely Sparked Immigration Arrests And Protests* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://www.cnn.com/2025/10/11/politics/stephen-miller-role-trump-crime-military-crackdown

74. On October 21, 2025, I accessed the New Yorker article published on October 16, 2025, titled *The Conflict on the Streets of Chicago* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://www.newyorker.com/news/the-lede/the-conflict-on-the-streets-of-chicago

75. On October 21, 2025, I accessed the New Yorker article published on October 15, 2025, titled *Federal Agents Deploy Tear Gas In Albany Park As Neighbors Block Immigration Arrest* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://blockclubchicago.org/2025/10/13/federal-agents-deploy-tear-gas-in-albany-park-as-neighbors-block-immigration-arrest/.

76. On October 21, 2025, I accessed a Facebook video-post by Lino Villafana which contains quotes, videos, or descriptions of Defendants' actions in the Albany Park neighborhood of Chicago. The webpage is available at https://www.facebook.com/reel/665080789983900.

77. On October 21, 2025, I accessed a Chicago Tribune article published on October 21, 2025, titled *Turn on the cameras, ICE. What's taking you so long?* which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://www.chicagotribune.com/2025/10/21/editorial-turn-on-the-cameras-ice-whats-taking-you-so-long/.

78. On October 21, 2025, I accessed a Chicago Tribune article published on October 21, 2025, titled *Upset neighbors interrupt federal immigration manhunt in Mount Prospect*, which contains quotes, videos, or descriptions of Defendants' actions. The webpage is available at https://www.chicagotribune.com/2025/10/19/immigration-raid-mount-prospect-neighbors/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2025, in Chicago, Illinois.

_____
Lindsay Hagy
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900
lindsay@loevy.com