# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No. 25-cv-12173 |
| ) | |
| v. ) | |
| ) | |
| KRISTI NOEM, Secretary of U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SCOTT RAUSCHER
## IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
## AND APPOINTMENT OF CLASS COUNSEL

I, SCOTT R. RAUSCHER, declare as follows:

1. I am a member in good standing of the bar of the State of Illinois, and admitted to practice before this Court, including as a member of the Trial Bar. I am a partner at Loevy & Loevy, co-counsel for Plaintiffs and the proposed Class in the *Chicago Headline Club, et al. v. Noem*, Case No. 25-cv-12173, matter pending before this Court.

2. I make this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Loevy & Loevy has been actively involved in all aspects of this case from the outset, including working with co-counsel on the complaint, motions for preliminary relief, motion for class certification, and the various hearings that have been held in this case.

4. Loevy & Loevy will continue to devote the necessary resources to litigate this case efficiently and effectively going forward.

**EXHIBIT 1**

5. Since its founding in 1996, Loevy & Loevy has become one of the nation's largest and most successful civil rights law firms. Loevy & Loevy specializes in litigating alleged constitutional violations, including claims involving prisoners' rights, wrongful convictions, police shootings, police brutality, unlawful arrests, and unlawful search and seizure. In 2012, the Honorable Matthew Kennelly stated that Loevy & Loevy "is fairly considered one of the premier Chicago-area law firms concentrating in plaintiff's section 1983 litigation" and also noted that founding partner Jon Loevy and the firm "consistently produce written work that rivals that of any law firm in Chicago—not just those specializing in this particular field." *Jimenez v. City of Chicago*, Case No. 09-cv-8081, 2012 WL 5512266, at *2.

6. Loevy & Loevy also has substantial experience and success in litigating and trying class actions. For example, firm partners Jon Loevy and Michael Kanovitz obtained a verdict for plaintiffs in *Rogers v. BNSF Railway Company*, Case No. 19-cv-3083 (N.D. Ill.) before the case ultimately settled. Our firm has successfully litigated many other class actions, including the following examples:

   a. *Young v. County of Cook*, Case No. 06-cv-552 (N.D. Ill.) ($55 million settlement in a class action concerning the unconstitutional strip searching of inmates at the Cook County Jail, following the entry of partial summary judgment on liability for the class members and successful liability trial and multiple bellwether trial). There was a follow-up case on an assigned claim from Cook County and under the Illinois False Claims Act against Cook County's insurers in which we also represented the Plaintiffs, took the case to trial and obtained a verdict for the class.

   b. *Dobbey v. Weilding*, Case No. 13-cv-1068 (N.D. Ill.): Class counsel in an action concerning the constitutionality of the conditions of confinement at Stateville Correctional Center.

   c. *Dunn v. City of Chicago*, Case No. 04-cv-6804 (N.D. Ill.) ($16.5 million settlement in class action concerning the unconstitutional treatment of inmates held in lockup by the Chicago Police Department).

   d. *Flood v. Dominguez*, Case No. 08-cv-153 (N.D. Ind.) ($7.2 million settlement in class action concerning the unconstitutional treatment of inmates held in lockup at the Lake County Indiana Jail).

    e. *Aranda v. Caribbean Cruise Line, Inc.*, Case No. 12-cv-4069 (N.D. Ill.) (Co-class counsel in Telephone Consumer Protection Act case, securing $76 million settlement for the class. In awarding attorneys' fees following the settlement, the court recognized Loevy & "Loevy's expertise in conducting class action trials," and noted "that counsel provided exceptional representation for the class and produced high-value output." *Aranda v. Caribbean Cruise Line, Inc.*, 12 C 4069, 2017 WL 1369741, at *3 (N.D. Ill. Apr. 10, 2017).

    f. *Solis v. Hilco Redevelopment LLC*, Case No. 20-cv-2348 (N.D. Ill.) ($12.25 million settlement in case arising from demolition of smokestack causing pollution and damage to the Little Village neighborhood and its residents)

    g. *In re Clearview AI, Inc. Consumer Privacy Litig.*, Case No. 21-cv-135 (N.D. Ill.) (appointed class counsel for state and nationwide classes with millions of members, which resulted in successful settlement).

    h. *Simmons* v. Motorola Solutions Inc., 24-L-10142 (Cook County Cir.) (appointed class counsel on $47.5 million dollar settlement for over 100,000 class members)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on October 21, 2025.                      /s/ Scott Rauscher
                                                                                    Scott Rauscher