IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 25-cv-12173 |
| | ) | |
| v. | ) | |
| | ) | Hon. Sara L. Ellis |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) | District Judge |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF CRAIG B. FUTTERMAN
### IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
### CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

I, Craig B. Futterman, declare as follows:

1. I offer this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am one of the attorneys representing Plaintiffs and the proposed Class in *Chicago Headline Club, et al. v. Noem*, Case No. 25-cv-12173, pending before this Court. I have been a member of the bar of the State of Illinois since 1991, and admitted to practice before this Court, including as a member of the Trial Bar.

3. For the past 25 years, I have served as a Clinical Professor of Law at the University of Chicago Law School and as the founding director of the [Civil Rights and Police Accountability Project](#) of the Edwin F. Mandel Legal Aid Clinic of the University of Chicago Law School. The Clinic is widely recognized as one of the leading law school civil rights clinics in the nation.

4. In that capacity, I have taught law students federal civil rights litigation, directed complex civil litigation in federal and state courts, and supervised law student work in the Clinic's

**EXHIBIT 2**

cases. Examples of our work are described [here](#). A few examples of complex civil rights and class action cases that I have led in the Clinic include:

- a. *State of Illinois v. City of Chicago,* 17-cv-5462 (N.D.IL.), in which the Clinic serves as lead counsel for a coalition of community-based organizations with the power to enforce the historic civil rights federal consent decree over the Chicago Police Department;

- b. *#LetUsBreathe Collective v. City of Chicago,* 2020 CH 04654 (Cook County), in which I am appointed Special Cook County State's Attorney to represent the Cook County Public Defender and also serve as lead counsel for a coalition of legal and community-based organizations that secured an order that guarantees people in custody with prompt access to counsel and telephones;

- c. *Alvarez v. Smith*, 588 U.S. 87 (2009), 23(b)(2) civil rights class action certified on remand challenging civil forfeiture practices; at the conclusion of the case, the Honorable Magistrate Jeffrey Cole entered an order, finding that "[t]he kind of conduct and responsibility displayed by the lawyers in this case make one proud to be in the legal profession;" *Smith v. Chicago*, 06-cv-6423, ECF 227 (N.D.IL. May 23, 2012).

- d. *Ayala v. City of Chicago*, 05-cv-1967 (N.D.IL.), 23(b)(2) civil rights class action challenging unlawful detention of witnesses;

- e. *Williams v. Brown*, 01-cv-3228 (N.D.IL), 23(b)(3) civil rights class action challenging illegal police raid of a community basketball tournament.

5. Before I began teaching law at the University of Chicago and Stanford Law School, I directed complex litigation, including numerous class action lawsuits, at the law firm of Futterman & Howard, Chtd. These cases include *People Who Care v. Rockford Bd. Of Educ.*, a system-wide class action educational discrimination and desegregation lawsuit that enjoined a decades-long pattern of intentional racial discrimination which permeated the entire school system. I have received awards and public recognition for my work as an attorney, including the Abner Mikva Legal Legends Award and recognition for excellence and pro bono service from the U.S. District Court for the Northern District of Illinois. My curriculum vitae, available [here,](#) provides a true and accurate summary of my legal experience.

6. The [Mandel Legal Aid Clinic](#) has been actively involved in all aspects of this case from the outset, including working with co-counsel on the complaint, motions for preliminary relief, motion for class certification, and the various hearings that have been held in this case. Founded in 1957, the Clinic is among the oldest law school clinics in the United States. It provides free legal services to people typically denied access to justice and it has a long history of commitment to excellence in service to its clients.

7. The Clinic will continue to devote the necessary resources to litigate this case efficiently and effectively going forward.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of October, 2025.

/s/Craig B. Futterman