# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No. 25-cv-12173 |
| ) | |
| v. ) | |
| ) | |
| KRISTI NOEM, Secretary of U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF WALLACE HILKE
## IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
## AND APPOINTMENT OF CLASS COUNSEL

I, Wallace Hilke, declare as follows:

1. I am a member in good standing of the bar of the State of Illinois, and am admitted to practice before this Court. I direct the Community Justice and Civil Rights Clinic at the Bluhm Legal Clinic of Northwestern Law School, and am co-counsel for Plaintiffs and the proposed Class in the *Chicago Headline Club, et al. v. Noem*, Case No. 25-cv-12173, matter pending before this Court.

2. I make this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. The Community Justice and Civil Rights Clinic has been actively involved in all aspects of this case from the outset, including working with co-counsel on the complaint, motions for preliminary relief, motion for class certification, and the various hearings that have been held in this case.

4. The Community Justice and Civil Rights Clinic will continue to devote the necessary resources to litigate this case efficiently and effectively going forward.

**EXHIBIT 3**

**Qualifications of the Community Justice and Civil Rights Clinic, Bluhm Legal Clinic**

5. The Bluhm Legal Clinic at Northwestern Pritzker School of Law was founded in 1969. Today, more than thirty attorneys work across the Clinic's 13 centers. The Clinic provides high-quality legal services across a number of subject areas, including complex civil litigation and federal appellate litigation.

6. The Community Justice and Civil Rights Clinic of the Bluhm Legal Clinic was founded in January 2020. Since its inception, the Community Justice and Civil Rights Clinic's successes have included:

- Recovering millions of dollars for plaintiffs in complex civil rights lawsuits, including excessive force, false arrest, and First Amendment claims;
- Representing community organizations in a First Amendment injunctive relief lawsuit that resulted in a landmark settlement protecting the right of youth peacekeepers in the City of Chicago, requiring a change in CPD policy to recognize that First Amendment activity includes "encouraging adults and youth to act in ways that will contribute to peaceful and safe communities, participating in violence interruption and peer to peer mediation";
- Negotiating a settlement that led to the release of approximately 1,000 people incarcerated in Illinois state prisons during the COVID-19 pandemic in response to the unique risks posed to incarcerated people during the pandemic.

7. Today, the Community Justice and Civil Rights Clinic continues to actively litigate federal civil rights cases spanning excessive force, false arrest, equal protection, failure to protect, and other constitutional claims.

**The Community Justice and Civil Rights Clinic has and will continue to dedicate substantial resources to this case**

8. In addition to myself, the Community Justice and Civil Rights Clinic is staffed by a clinical fellow (an attorney with six years of legal experience) and a legal assistant.

9. The Community Justice and Civil Rights Clinic has dedicated the necessary resources to litigate this case to date, and it will continue to do so moving forward.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of October, 2025.  /s/ Wallace Hilke
　　　　　　　　　　　　　　　　　　　　　Wallace Hilke