**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) |
| Plaintiffs, | ) Case No. 25-cv-12173 |
| v. | ) |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| Defendants. | ) |

**DECLARATION OF KATHARINE SCHWARTZMANN
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS COUNSEL**

I, Katharine Schwartzmann, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly admitted to the practice of law in the state of Louisiana, including the United States District Courts for the Eastern, Western and Middle Districts of Louisiana. I am also admitted to practice in the Southern District of New York, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Second Circuit and the United States Supreme Court and have been admitted and practiced *pro hac vice* in federal courts across the country.

2. I make this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Protect Democracy seeks appointment as class counsel for the proposed classes in this action under Rule 23(a)(4) and 23(g) of the Federal Rules of Civil Procedure. As set forth below, Protect Democracy and its legal staff possess the class action

**EXHIBIT 4**

experience, knowledge of the relevant substantive areas of law, and resources necessary to fairly and adequately represent the interests of the proposed classes in this action.

4. Protect Democracy is a nonprofit, nonpartisan organization founded in 2017 with a mission dedicated to defeating the authoritarian threat, building more resilient democratic institutions, and protecting our freedom and liberal democracy.

5. I lead the team of Protect Democracy attorneys working on this matter. I graduated with my Juris Doctor from Tulane University School of Law in 2003.

6. I have maintained an active litigation practice for approximately 20 years. Prior to Protect Democracy, I spent the majority of my legal career at the American Civil Liberties Union of Louisiana and the Southern Poverty Law Center, where I worked exclusively on civil rights litigation, including complex class actions.

7. I have extensive experience in both class actions and representing plaintiffs in civil rights matters including freedom of speech, freedom of religion, due process of law, and police misconduct. Cases in which I have been class counsel include *Charles v. LeBlanc,* 5:18-cv-00541 (W.D. La. 2018); *Wheat v. Craig*, 17-cv-424 (W.D. La. 2017); *Little v. Fredrick*, 17-cv- 724 (W.D. La. 2017); *Caliste v. Cantrell*, 17-cv-06197 (E.D. La. 2017); *Jones v. Gusman*, 12-cv-0859 (E.D. La. 2012); *Berry v. Pastorek*, 2:10-cv-04049 (E.D. La. 2010); *Dear v. Shea*, 2:07-cv-01186 (E.D. La. 2007); and *Snow v. Lambert*, No. 3:15-cv-00567 (M.D. La. 2015).

8. I have been counsel in dozens of First Amendment cases, including *Social Aid and Pleasure Club Task Force v. City of New Orleans*, 2:06-cv-10057 (E.D. La. 2006); *Henry v. City of New Orleans*, 2:07-cv-01425 (E.D. La. 2007); *Griffith et al. v. Hughes et al.*, 2:07-cv-09738 (E.D. La. 2007); *Roe v. Tangipahoa Parish School Board*, 07-cv-2908

(E.D. La. 2007); *John P. v. Tangipahoa Parish School Board*, 07-cv-3142 (E.D. La. 2007); *Doe v. St. Tammany Parish*, 07-cv-3574 (E.D. La. 2007); *American Civil Liberties Union v. Blanco*, 07-cv-4090 (E.D. La. 2007); *Social Aid and Pleasure Club Task Force v. City of New Orleans*, 2:08-cv-09738 (E.D. La. 2008); *Duncan v. Amite*, 08-cv-4091 (E.D. La. 2008); *Morris v. City of New Orleans*, 2:18-cv-0624 (E.D. La. 2019); *Fontana v. City of New Orleans*, 2:19-cv-09120 (E.D. La. 2019); *RISE St. James v. Gramercy et al.*, 2:20-cv-03066 (E.D. La. 2020); *Okun et al. v. City of New Orleans*, 21-cv-01345 (E.D. La 2021); *Brunet v. Town of Grand Isle*, 2:23-cv-00304 (E.D. La. 2023); *Crayton v. Natchitoches*, 06-cv-1946 (W.D. La. 2006); *Weathers v. Lafayette Parish School Board*, 06-cv-1042 (W.D. La. 2006); *Simmons v. City of Mamou*, 09-cv-663 (W.D. La. 2009); *Leonard v. Louisiana*, 5:07-cv-00813 (W.D. La. 2007); *Mejia v. Lafayette Consolidated Government*, 6:23-cv-00307 (W.D. La. 2023); *Marriott v. Bossier City*, 5:23-cv-01421 (W.D. La. 2023); *Normand v. Bass*, 1:24-cv-01558 (W.D. La. 2024); *Leger v. State of Louisiana*, 3:08-cv-00820 (M.D. La. 2008); *Anderson v. State of Louisiana*, 3:09-cv-00075 (M.D. La. 2009) *Billizone v. LeBlanc*, 3:09-cv-00794 (M.D. La. 2009); *Kissinger v. LeBlanc*, 17-cv-011 (M.D. La. 2017); and *Frampton v. City of Baton Rouge*, 3:21-cv-362 (M.D. La. 2021).

9. Protect Democracy has also previously been appointed class counsel in *Denson v. Donald Trump for President*, 1:20-cv-04737 (S.D.N.Y. June 7, 2023) and is pending class counsel in *King v. Youngkin*, 3:23-cv-00408 (E.D. Va. July 18, 2025).

10. The Protect Democracy team working on this case also includes Hayden Johnson and Conor Gaffney.

11. Hayden Johnson received his Juris Doctor degree from Georgetown School of Law in 2019. He is admitted to the state bar of the District of Columbia and to the

3

following federal courts: U.S. District Court for the District of Columbia, United States Court of Appeals for the Fourth Circuit United States, Court of Appeals for the Tenth Circuit and United States Court of Appeals for the D.C. Circuit.

12. Conor Gaffney received his Juris Doctor degree from New York University School of Law in 2018. He is admitted to the Louisiana state bar as well as the following federal courts: United States Court of Appeals for the Ninth Circuit and the United States Court of Appeals for the Fifth Circuit.

13. Protect Democracy has sufficient funding available to finance the costs of this litigation.

14. Protect Democracy has devoted significant hours of attorney time into prosecuting this case and has been actively involved in all aspects of this case from the outset, including working with co-counsel on the complaint, motions for preliminary relief, motion for class certification, and the various hearings that have been held in this case. We are familiar with the laws applicable to this case and with the state and local rules. Protect Democracy is ready, willing, and able to prosecute this case on behalf of Plaintiffs and the proposed class.

15. I am aware of no conflicts of interest between myself, Protect Democracy, and any members of the classes.

I declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

Executed: October 21, 2025        /s/ Katharine Schwartzmann
                                  Katharine Schwartzmann