# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) |
| | ) |
| Plaintiffs, | ) Case No. 25-cv-12173 |
| | ) |
| v. | ) |
| | ) |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF KEVIN FEE
## IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
## AND APPOINTMENT OF CLASS COUNSEL

I, KEVIN FEE, declare as follows:

1. I am a member in good standing of the bar of the State of Illinois, and admitted to practice before this Court, including as a member of the Trial Bar. I am the Legal Director of the Roger Baldwin Foundation of ACLU, Inc. (RBF), co-counsel for Plaintiffs and the proposed Class in the *Chicago Headline Club, et al. v. Noem*, Case No. 25-cv-12173, matter pending before this Court.

2. I make this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. RBF is acting as co-counsel in this matter and will continue to devote the necessary resources to litigate this case efficiently and effectively going forward.

4. RBF is one of two entities comprising the American Civil Liberties Union of Illinois, which is an affiliate of the American Civil Liberties Union (ACLU). RBF engages in initiatives involving litigation, non-legislative policy advocacy, and communications, and has

**EXHIBIT 5**

been a leading protector of constitutional rights in the state since its founding in Illinois. The organization conducts impact litigation on a broad array of subjects, including free speech, religious liberty, LGBTQ+ rights, immigrants' rights, women's and reproductive rights, privacy, police practices, the rights of prisoners, and the rights of other institutionalized persons.

5. The organization also has substantial experience and success in litigating class actions. For example:

   a. *J.B.H. v. Knox County*, Case No. 24-4096 (C.D. Ill.) (ongoing) (Preliminary injunction prohibiting punitive solitary confinement for children housed at juvenile detention center);

   b. *Maurer v. Franklin County*, Case No. 3:23-cv-02303 (S.D. Ill.) (Class action lawsuit challenging conditions of confinement at state juvenile detention facility that caused the state to close the facility voluntarily);

   c. *Castañon Nava v. Department of Homeland Security,* Case No. 18-cv-3757 (N.D. Ill.) (Consent decree requiring immigration enforcement officials to issue and comply with a policy prohibiting warrantless arrests without probable cause that the arrestee was a flight risk);

   d. *Monroe v. Baldwin*, Case No. 3:18-cv-156 (S.D. Ill.) (ongoing) (preliminary injunctions requiring Department of Corrections to develop policies for providing appropriate medical care for transgender prisoners);

   e. *Williams v. Blagojevich*, Case No. 05 C 4673 (N.D. Ill.) (consent decree requiring state Department of Human Services to provide residents of intermediate care nursing homes for people with mental illness to provide treatment in the least restrictive setting); and

   f. *B.H. v. Johnson*, Case. No. 05 C 5599 (N.D. Ill.) (consent decree requiring fundamental reforms to state foster care system).

6. RBF currently employs eighteen attorneys and three paralegals, and has as an additional resource the expertise and experience of lawyers at the ACLU's National Office and affiliates in every state.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of October, 2025.     /s/ Kevin Fee