UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Chicago Headline Club, et al.
                            Plaintiff,

v.                                           Case No.: 1:25−cv−12173
                                               Honorable Sara L. Ellis

Kristi Noem, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 23, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court modifies the order on expedited discovery [85] as follows: the Court expands the time for the depositions of Gregory Bovino to 5 hours, Daniel Parra to 3 hours, and Russell Hott to 3 hours. The Court orders the parties to include the use of force incidents by CBP in the neighborhood of Little Village on 10/22/2025 and 10/23/2025 when the Court will address Plaintiffs' motion to enforce the TRO [57] on 11/5/2025 during the preliminary injunction hearing. The Court reminds Defendants of their obligation to preserve all body−worn camera footage of any use of force incident resulting from Operation Midway Blitz from 9/2/2025 through the resolution of this case. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.