IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary of U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al.*, ) <br> ) <br> Defendants. ) | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> District Judge |

**<u>PLAINTIFFS' NOTICE OF ALLEGED VIOLATION</u>**

Plaintiffs CHC, et al., by their attorneys, respectfully submit this notice of an alleged violation of the Court's Modified Temporary Restraining Order (TRO) in this matter, Dkt. 66, stating as follows:

1. Plaintiffs are filing this notice without completing a conferral with the government because of their significant concerns that Defendants are simply ignoring the Court's TRO.

2. This afternoon, Plaintiffs were made aware that this morning Defendant Bovino was personally present in the Little Village neighborhood of Chicago, apparently throwing tear gas into a crowd without justification.

3. A video of this incident can be accessed at the following URL: https://fb.watch/CWgVjEhREv/.

4. Here is a still frame of the video:



5. In the video, Defendant Bovino appears to throw either one or two tear gas canisters over the heads of armed federal agents in front of him and in the direction of a crowd of individuals protesting, including an individual filming the encounter.

6. This action violates multiple paragraphs of this Court's TRO.

7. Plaintiffs are currently working on providing the Court with declarations and additional evidence regarding this incident, and they will confer with the government, but they wanted to bring it to the Court's attention as soon as possible given the flagrancy of the apparent violation.

8. Plaintiffs ask the Court to conduct an inquiry into this incident and order relief that the Court deems proper.

DATED: October 22, 2025

Respectfully submitted,

/s/ Steve Art

*Counsel for Plaintiffs*

Jon Loevy
Heather Lewis Donnell
Locke Bowman
Steve Art
Tara Thompson
Theresa Kleinhaus
Scott Rauscher
Julia Rickert
Matt Topic
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612

<div style="display: flex;">

<div>

**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

</div>

<div>

(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org

</div>

</div>