# FIRST SUPPLEMENTAL DECLARATION OF ALDERMAN BYRON SIGCHO-LOPEZ

I, Byron Sigcho-Lopez, declare as follows:

1. I am the elected Alderman for the 25th Ward in the City of Chicago, which includes the Pilsen, Little Village, University Village, Marshall Square, and the Heart of Chicago neighborhoods.

2. I have repeatedly responded to federal immigration enforcement disruptions in the Chicago area to express my concerns and the concerns of my constituents, and to exercise my right to observe and record immigration enforcement agents.

3. On the morning of Wednesday, October 22, 2025, I was attending a press conference in Chicago's Little Village neighborhood when I learned that federal immigration enforcement agents were active in the area. I heard that they had caused car crashes through reckless driving and were arresting residents without warrants.

4. I subsequently traveled to 26th Street and Ogden Avenue in Cicero, Illinois, which is about 10 minutes west of Little Village. I had heard that immigration agents had caused another car crash there. When I arrived, I saw at least 15 to 20 agents in dark green uniforms who looked like Customs and Border Patrol Agents. Dozens of observers and protesters gathered and stood on the side of the street, asking the agents questions, protesting the agents' actions and presence, and filming the agents.

5. I asked the agents to identify themselves, but they refused. Several of the agents had no visible identification identifying them by name or number, as shown in the below images, which reflect what I saw:




6. A man I recognized as Greg Bovino approached the protesters. As he approached, he drew the attention of the protesters. Suddenly, he told everyone to step back, even though they were on the side of the road, and a group of agents pressed the protesters away. The protesters complied with the instructions. Bovino stood next to the crowd and a group of agents, some of whom wore no identifying number or name. I could not even tell what agencies some of the agents were from. The agents carried what looked like high-powered rifles. The below images reflect what I saw.




7. I told Bovino that he was violating the Judge's orders, but he just walked away and did not respond as other agents wearing no identifiable name or badge number took his place and confronted the protesters and observers, as shown in the below image:



8. Bovino returned later to stand in front of the assembled protesters for no apparent reason other than to provoke the crowd, who chanted: "fuera ICE! fuera ICE!", which means "out with ICE! out with ICE!" The crowd noticed that the officers were not wearing identification, and started to ask the agents where their name tags were. I continued to tell Bovino that he was violating the Judge's orders.

9. At one point, I saw a federal agent inside a vehicle using what looked like a chemical spray on protesters, firing through the window of the car. I didn't see any threatening behavior that would provoke the spray.

10. I will continue to protest and observe immigration enforcement in our communities, but I am concerned that it is not safe to do so based on how Bovino and the agents provoked the crowd for no reason and how an agent used pepper spray.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/23/2025
_____
Date

Signed by:
_____
Byron Sigcho-Lopez