**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Chicago Headline Club et al, <br><br> Plaintiff(s), <br><br> v. <br><br> Noem et al, <br><br> Defendant(s). | Case No. 25-cv-12173 <br> Judge Sara L. Ellis |

## **ORDER**

The Court sets a status hearing for 10/28/2025 at 10:00 AM. The Court orders Defendants to produce Defendant Gregory Bovino, in person, for this hearing.

Date: 10/24/2025

U.S. District Judge Sara L. Ellis