## Declaration of Yohanna Sotelo

1. I am over the age of eighteen and have personal knowledge of all matters contained in this Declaration.

2. If called to testify as to the contents of this Declaration, I would be competent to do so.

3. I am a resident of Chicago, Illinois, in the Little Village neighborhood.

4. The actions of ICE and other federal agents have spread terror throughout my community. Children are afraid to go to the park, schools are on high alert, and people are in fear. I am concerned about the impacts on my community.

5. On October 23, 2025, I was present on 27th Street between Whipple and Troy where a group of concerned residents gathered to voice their objection to federal immigration agents in the area, and their actions.

6. People were screaming as the agents treated them inhumanely while they non-violently protested. I witnessed federal agents push and shove people for no reason. Agents shoved me, and they pushed a man off of his bike.

7. A man I recognized as Gregory Bovino threw two cans of tear gas on the crowd. He did not give any verbal warnings to the crowd that I heard.

8. I took the video that the Plaintiffs filed in Court on October 23, 2025, which is available at https://spaces.hightail.com/space/BDqwV97J8x.

9. At the time Mr. Bovino used tear gas, I had not observed anyone in the crowd take any violent action or physically threaten any agent.

10. Because of this violence, I began to feel like I was not even there—dissociating. I breathed in the tear gas, which was horrible. I felt like my lungs were closing, and my eyes hurt for the entire day.

11. I intend to keep filming and documenting the actions of agents in my community, but the incident I described here made me scared to do so.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___10/24/2025___.

Docusign Envelope ID: 44B14489-D85C-4F59-A8A4-31D284DC6B0A

Yohanna Sotelo