## Declaration of John Bodett

1. I am over the age of eighteen and have personal knowledge of all matters contained in this Declaration.

2. If called to testify as to the contents of this Declaration, I would be competent to do so.

3. I am a resident of Chicago, Illinois.

4. I am concerned about the impact ICE and other federal law enforcement is having on my community.

5. On October 23, 2025, I was present on 27th Street between Whipple and Troy where a group of concerned residents gathered to voice their disapproval of federal immigration agents in the area. I observed approximately 30-40 agents in the immediate area, with more further back on Whipple street.

6. Agents were armed with rifles, non-lethal pepper ball type guns, pistols, tear gas canisters, and large pepper spray bottles. Every agent I saw except 2 wore masks covering the majority of their faces, and many had gas masks.

7. While I attempted to speak to some of the agents in an effort to de-escalate the situation, I heard a tear gas cannister thrown and saw gas in the air. I did not hear any warning or directions to people to move, disperse, or take any other action before the cannister was thrown.

8. I witnessed an agent shoot some kind of projectile into the crowd, heard someone scream "get em!", and watched a number of agents begin rushing the group of assembled people. The below image represents what I saw as the agents rushed towards the crowd.

**EXHIBIT 83**

Docusign Envelope ID: 99B1FEBF-1027-4F08-A78B-FAF6EF255B50



9. At that moment, I also saw a man I recognized as Gregory Bovino prepare to pull the pin on a second tear gas cannister. The below image reflects what I saw.



10. I turned and ran, and when I turned back around, I saw more tear gas on the ground. I did not hear any warning or directions to people to move, disperse, or take any other action. before the cannister was thrown.

11. I did not observe anyone physically threaten or use violence against any federal agent prior to the agents' use of tear gas and other munitions.

12. The above screenshots are from a 17-second video I took of the incident described in my declaration, which I am submitting in connection with my Declaration.

13. I want to keep documenting these incidents, but I am reluctant to do so because of my experiences described in this Declaration.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 10/24/2025 .

Signed by:
*John Bodett*
D795E480000148E...

John Bodett