Docusign Envelope ID: DBBC50DE-052C-470F-973A-EBEE07CE94ED

## DECLARATION OF ENRIQUE BAHENA

I, Enrique Bahena, declare as follows:

1. My name is Enrique Bahena. I am 28 years old and am competent to make this declaration. I reside in Chicago, Illinois and am a United States citizen.

2. I am submitting this declaration to provide a detailed account of what I witnessed on October 23rd in the Little Village neighborhood.

3. I was on my way to work around 9:30 a.m. and I heard whistles and saw a helicopter overhead. I rode my bicycle over to where the commotion was coming from, on 27th Street near Whipple, and when I arrived I saw a crowd and began recording with my Meta Glasses.

4. I went to the front of the crowd and encountered a group of six or seven federal officers who were holding guns and advancing towards the crowd. People in the crowd were shouting at them to leave the area.

5. I never said anything, I just standing there silently and peacefully watching. The officers told the crowd to move back.

6. Without warning, one of the officers lifted a gun and shot me from five feet away with a pepper ball. It made contact with my neck. Below is a photo of my neck from about an hour after I was shot.



**EXHIBIT 84**

7. Below is a picture of my neck 24 hours after I was shot. The welt is painful to the touch



8. At the time I was shot I was not doing anything threatening in any way. Nor was anyone around me doing anything threatening. People were just "talking shit" to the officers and standing our ground in the street.
9. I had not seen anyone in the crowd do anything violent or throw anything at the officers when they shot me.
10. Immediately after I was shot, on the other side of the federal vehicle that I was standing to the side of, federal officers threw teargas cannisters at the crowd. I later learned from a video that the federal officer who threw at least one of the cannisters was Chief Agent Bovino. I recognized Bovino from Facebook posts about Operation Midway Blitz.
11. I have attached to this declaration a link to the video I was taking when I was shot.
12. I have also attached to this declaration a link to a video taken from behind the officers who shot me, which shows that I was not doing anything violent at the time I was shot.

13. After I was shot, I cleaned off my skin and my eyes with assistance of bystanders. I then returned to the group of people who were protesting the federal officers. I was keeping more distance after what happened.

14. The vast majority of the crowd remained peaceful throughout the encounter.

15. Eventually CPD arrived and started conducting crowd control.

16. I plan to continue to go voice my opposition to federal agents kidnapping my neighbors, but I am scared that even if I am peaceful in doing so, I will again be harmed by federal agents' unprovoked use weapons.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/24/25
Date

Signed by:

166780E8828240F...

Enrique Bahena

# EXHIBIT A & B

**Available at: https://spaces.hightail.com/space/eY5Xi6D2qU**