**Declaration of Chris Gentry**

I, Chris Gentry, state as follows:

1. I write to document what I observed the morning of Thursday, October 23, 2025, in the Chicago neighborhood Little Village on 27th Street near Whipple.
2. My name is Chris Gentry. I am over 18 years of age. I am competent to make this declaration and have personal knowledge of all matters contained in it.
3. I am a military veteran and I now currently work in the school system at a variety of locations. When I heard that tear gas had been used by federal agents nearby in Little Village, I left during a break to observe and support my community.
4. I arrived between 10:30 and 10:40 a.m. I saw several men wearing all-camouflage, and I assumed these men were the federal agents. When I arrived, there was a crowd of other people. I went to the east side of the crowd near 27th St, which is when the Chicago Police started clearing out the area for egress.
5. As I was standing there, a white car pulled up. Men in camo wearing masks whom I assumed were federal agents packed into the car. The front passenger-side window was down.
6. One of the agents entering the car was holding a pepperball gun. My familiarity with weapons that I obtained from my military service helped me identify the weapon as a pepperball gun. He pointed the pepperball gun at my face through the open window of the open door. Another person captured this photo.



7. This white car was one of several vehicles filled with federal agents that was forming a caravan of sorts. CPD was helping clear out a path for the caravan of federal agents to depart the scene.
8. Officers told us to move to the side. People in the crowd and myself were complying with this order while continuing to express our opinions verbally.
9. As a later car down the caravan line pulled up, I yelled something to the effect of "I am a combat veteran who served my country, and what you're doing is the opposite!"

**EXHIBIT 85**

10. A masked man in camouflage then rolled down his window as the car he was sitting in approached. He pointed a handgun at my face through the open window of the car. Unlike the former pepperball gun, this was a real gun. While holding the gun pointed at my face, he said "bang bang," followed by words I did not hear, then something like, "you're dead," then I heard clearly the word, "liberal."
11. I was neither armed with an actual weapon nor using any object as a weapon. Nothing was being thrown at the car. The car was moving towards me as I was moving out of its wake.
12. I observed that the federal agents had several weapons, mostly less lethals.
13. I want to stand up for my community members and to criticize abuse of government power, but after experiencing a gun pointed at my face by a government official, I fear for my safety if I continue to outwardly express my support by my presence and my words for my community and the ideals I expect my government to uphold.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:
10/24/2025
_____
Date

DocuSigned by:
*Chris Gentry*
C7BA43B66B7D4C4...
Chris Gentry