IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | No. 25-cv-12173 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis, |
| | ) | District Judge |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**Plaintiffs' Motion for Entry of A Protective Order**

Plaintiffs Chicago Headline Club, et al., by their attorneys, respectfully move for entry of the model protective order for the U.S. District Court for the Northern District of Illinois, which is attached to this motion as Exhibit A, stating as follows:

1. Plaintiffs move the Court to enter this District's model protective order without modification. That protective order ensures confidentiality of all categories of sensitive information that might be produced in this case. Given the intensive public interest in this litigation, it is important that the proceedings are not subjected to undue secrecy, and that the government is not permitted to hide the proceedings from public view by over-designating materials as confidential.

2. In Court last week, the Court made rulings on Plaintiffs' proposed written discovery requests. Plaintiffs' counsel represented that Plaintiffs would agree to a protective order and would take the documents the government produced on an attorneys' eyes only basis until the protective order is entered.

3. After Court, on October 22, 2025, Plaintiffs followed up with the government, identifying the limited number of incidents for which Plaintiffs sought responsive documents, and asking about the timing of the government's document production, saying that Plaintiffs

preferred that the government to provide documents on a rolling basis, given the expedited schedule. Exhibit B (Correspondence regarding document productions). The government did not respond.

4. On Friday, October 24, 2025, Plaintiffs again followed up, asking the government to being its production. *Id.* Again, the government did not respond.

5. The government has not produced any responsive documents to date, despite that depositions are to begin on Wednesday.

6. Today, October 26, 2025, the government sent a proposed "clawback order" and a proposed protective order to Plaintiffs. Exhibit C (Defendants' proposed orders). The parties conferred shortly thereafter and are at an impasse about an appropriate protective order for this case.

7. Defendants' proposed clawback order is unnecessary, given that the Federal Rules of Evidence and Federal Rules of Civil Procedure sufficiently cover that issue. Meanwhile, Defendants' proposed protective order would permit Defendants to mark all documents relating to this litigation as confidential, which would have the effect of making all questions at depositions and many filings inaccessible to the public. Plainly there is no good cause for doing so in a case that is about the government's use of force against civilians in Chicago. This Court's model protective order already lists every category of information that might be confidential in the records the government will produce in this case, and the Court should enter that order.

8. During the parties' conference, the government made it known for the first time that it would not produce documents in this case pursuant to Plaintiffs' counsel's agreement to keep them confidential, and it requires a protective order instead. Accordingly, Plaintiffs ask

the Court to expedite the entry of the order, given the need for Plaintiffs to receive evidence in the possession of the government.

9. The government has asked Plaintiffs to include the following statement of its position in this motion:

> Defendants believe modifications to the court's model protective order are necessary to protect the law enforcement information at issue in this case and oppose entry of the model order without appropriate modifications. On Saturday, October 25, Defendants provided Plaintiffs with a proposed protective order with appropriate modifications and a Rule 502 clawback agreement for review. On Sunday, October 26, plaintiffs' counsel represented that "Plaintiffs are willing to abide by the terms of [Defendants'] proposed order on a temporary basis so that you can begin producing documents while the parties litigate the protective order."

WHEREFORE, Plaintiffs respectfully request that the Court entered the proposed model order attached as Exhibit A.

RESPECTFULLY SUBMITTED,

By: **Chicago Headline Club, et al.**

/s/ Steve Art

*Counsel for Plaintiffs*

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Locke Bowman | **MANDEL LEGAL AID CLINIC** |
| Steve Art | University of Chicago Law School |
| Heather Lewis Donnell | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Scott Rauscher | (773) 702-9611 |
| Matt Topic | futterman@uchicago.edu |
| Julia Rickert | |
| Tara Thompson | Hayden Johnson* |
| Lindsay Hagy | Katie Schwartzmann* |
| Jordan Poole | Conor Gaffney* |
| Dominique Gilbert | **PROTECT DEMOCRACY PROJECT** |
| Justin Hill | 2020 Pennsylvania Ave NW, Ste 163 |
| Aaron Tucek | Washington DC 20006 |
| **LOEVY + LOEVY** | (202) 579-4582 |

3

311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

*\* Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org