**LOEVY + LOEVY**  Steve Art <steve@loevy.com>

## CHC v. Noem, No. 1:25-cv-12173 (N.D. Ill.)

**Heather Lewis Donnell** <heather@loevy.com>  Fri, Oct 24, 2025 at 7:04 PM
To: sean.skedzielewski@usdoj.gov, samuel.holt2@usdoj.gov
Cc: Steve Art <Steve@loevy.com>, "David B. Owens" <david@loevy.com>, Locke Bowman <locke@loevy.com>, "Craig B. Futterman" <futterman@uchicago.edu>, Daniel Massoglia <daniel@first-defense.org>, Rebecca Glenberg <RGlenberg@aclu-il.org>, Wallace Bertram Hilke <wally.hilke@law.northwestern.edu>, Elizabeth Wang <elizabethw@loevy.com>, Tara Thompson <Tara@loevy.com>, Scott Rauscher <scott@loevy.com>, Julia Rickert <julia@loevy.com>, Justin Hill <hill@loevy.com>, Isaac Green <green@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Lindsay Hagy <lindsay@loevy.com>, Aaron Tucek <aaron@loevy.com>, Dominique Gilbert <gilbert@loevy.com>, Alexandra Wolfson <wolfson@loevy.com>, Hayden Johnson <hayden.johnson@protectdemocracy.org>, Katie Schwartzmann <katie.schwartzmann@protectdemocracy.org>, Hannah Marion <hannah@first-defense.org>, Jordan Poole <poole@loevy.com>, Conor Gaffney <conor.gaffney@protectdemocracy.org>, kfee@aclu-il.org, pmenon@aclu-il.org, hjoshi@aclu-il.org, Lilia Martinez <martinez@loevy.com>, Stephany Janssen <janssen@loevy.com>, Valerie Barajas <valerie@loevy.com>, Meagan Shinker <shinker@loevy.com>, Matt Topic <matt@loevy.com>

Dear Counsel

We have not yet received any documents in response to our requests to produce as ordered by the Court on October 20, 2025. Given depositions scheduled for next week, we ask that you please start producing documents immediately on a rolling basis. Please let us know by Monday morning the schedule on which you expect to produce them.

With respect to particular requests, here is what we are expecting based on the Court's rulings:

**Requests to Produce 2 and 5**: Earlier this week we sent you incidents for which we are expecting responsive documents.

Given the Court's recent order, we are adding the October 22 and 23 dates that we have conferred with you about to our list of incidents for which we are requesting responsive documents. We note that in the October 23 Little Village incident your client has taken the position that Defendant Bovino was struck with a rock. Please provide us any documentation you have of this occurring.

We want to point out that any production of Defendants' documentation regarding those incidents should include Defendants' own body camera footage and other audio/visual footage collected by Defendants in connection with those incidents (we know, for example, that Defendants are recording their own conduct at some of these incidents).

**Request to Produce 3**: The Court ordered Defendants to produce instructions or communications by Defendants to Federal Agents about tactics and procedures for interacting with observers, protesters, journalists, and religious observers in Chicago, following the operations that occurred in Los Angeles, i.e., "specific instruction on either crowd control, use of force, . . . permissible enforcement tactics essentially that are directed specifically to Operation Midway Blitz." October 20 Hearing T. 118:22-119:5.

**Request to Produce 4**: The Court ordered production documents relating to a) ICE and CBP policies and regulations relating to use of force and crowd control and b) the most recent quarterly use of force training and crowd control training for both ICE and CBP, including the mobile field force training. T: 123:3-13; 125:2-6.

**Request to Produce 8**: The Court ordered production of any reports documents--again including video--that corroborate or refute the declarations of Hott and Parra submitted by Defendants in this case. T. 130:24-25. To the extent that Defendants produce declarations in the preliminary injunction response, those documents/video, would also be responsive to this request.

As we previously stated, please produce on a rolling basis.

Sincerely,

Heather

On Wed, Oct 22, 2025 at 3:55 PM Heather Lewis Donnell <heather@loevy.com> wrote:
> Counsel
>
> Pursuant to the Court's ruling on Plaintiffs' motion for expedited discovery, Plaintiffs have identified the following dates for documents responsive to RFP Nos. 2 & 5.
>
> **Broadview Incident dates:**
> 1. September 5
> 2. September 26
> 3. October 3
>
> **In the Field:**
> 1. October 14 (East Side) - as raised in our prior conferral
> 2. October 12 (Albany Park) - as raised in our prior conferral
> 3. October 3 (Logan Square) - See https://blockclubchicago.org/2025/10/03/family-grocery-shoppers-run-as-masked-agent-throws-smoke-bomb-onto-busy-chicago-street/
>
> We will provide you the additional date for a field operation in short order.
>
> We are willing to receive documents responsive to these RFPs and Plaintiffs' other RFPs the Court ordered (Nos. 3, 4 & 8) on a rolling basis.
>
> Sincerely,
>
> Heather
>
> --
> **Heather Lewis Donnell** (She/Her)
> **LOEVY + LOEVY**
> Office: (312) 243-5900 / Direct: (312) 789-4970
> 311 N Aberdeen St, Chicago, IL 60607
> www.loevy.com

--
**Heather Lewis Donnell** (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

**EXHIBIT B**