| | |
|---|---|
| **From:** | Theresa Kleinhaus |
| **To:** | Holt, Samuel (CIV) |
| **Cc:** | Jon Loevy; Locke Bowman; Heather Lewis Donnell; Scott Rauscher; Julia Rickert; Tara Thompson; Lindsay Hagy; Jordan Poole; Aaron Tucek; Justin Hill; Dominique Gilbert; Alexandra Wolfson; Isaac Green; Elizabeth Wang; David Owens; Wallace Bertram Hilke; Craig; Hayden Johnson; Katie Schwartzmann; Conor Gaffney; Daniel Massoglia; Hannah Marion; Kevin Fee; Rebecca Glenberg; Hirsh Joshi; Priyanka Menon; Lilia Martinez; Stephany Janssen; Valerie Barajas; Meagan Shinker; Steve Art; Warden, Andrew (CIV); Giles, Richard C (CIV); Skedzielewski, Sean (CIV); Goldstone, Peter R (CIV); Newman , Jeremy S. (CIV); Lynch, Christopher M. (CIV) |
| **Subject:** | [EXTERNAL] Re: CHC v. Noem, Proposed Protective Order |
| **Date:** | Sunday, October 26, 2025 2:20:31 PM |

Counsel:

We do not agree to the terms of your proposed protective order and will be proposing our own. However, as I said in our call this afternoon, Plaintiffs are willing to abide by the terms of your proposed order on a temporary basis so that you can begin producing documents while the parties litigate the protective order. You asked that your order be entered subject to Plaintiffs' objections and I said I would not agree to that. I explained that as an officer of the court, you have my word that we will abide by these terms while we litigate and that you may produce this email to the court if any issue arises. You said you would check with your client.

Sincerely,
Tess Kleinhaus

On Sun, Oct 26, 2025 at 10:34 AM Holt, Samuel (CIV) <Samuel.Holt2@usdoj.gov> wrote:

> Good morning, Counsel,
>
> Ahead of document production, Defendants are attaching a proposed protective order and proposed clawback agreement/order. Pursuant to the local rules, the proposed protective order includes Defendants' tracked additions and edits to the Court's template protective order. Those changes address the discovery issues specific to this case. Please let us know whether you agree to either orders or have any proposed revisions. We would like to get these on file today or as soon as possible, so that we can soon begin producing documents to Plaintiffs.
>
> We are also happy to discuss these proposed orders during our meet and confer this afternoon.
>
> Thanks,
>
> Samuel Holt
>
> Trial Attorney
>
> U.S. Department of Justice
>
> Civil Division, Federal Programs Branch

> Phone: 202-674-9761

--

**Theresa Kleinhaus**  (She/Her)

Office: (312) 243-5900
311 N Aberdeen St, Chicago, IL 60607
[www.loevy.com](www.loevy.com)