UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Chicago Headline Club, et al.
            Plaintiff,

v.                                                                  Case No.: 1:25−cv−12173
                                                                    Honorable Sara L. Ellis

Kristi Noem, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 27, 2025:

    MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motion for a protective order [96] and denies, without prejudice, Plaintiffs' motion for a protective order [95]. The Court enters Defendants' proposed protective order and clawback order that covers solely the expedited discovery (written discovery, document production, and depositions) disclosed by the parties in preparation for the preliminary injunction hearing set for 11/5/2025. The Court will allow the parties to confer and further negotiate a protective order to govern discovery during the remainder of this litigation. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.