IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., <br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, et al., <br> *Defendants.* | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> District Judge |

**Plaintiffs' Notice of Violations of the Court's Temporary Restraining Order**

Plaintiffs, Chicago Headline Club et al., through their attorneys, respectfully request that the Court take notice of the below violations of the Court's Temporary Restraining Order (Dkt. 66) that occurred on October 25, 2025 in Old Irving Park.

1. On October 25, 2025, masked CBP agents entered the 3700 block of Kildare in Old Irving Park and ruined what should have been an ordinary Saturday morning. Ex. 86, Hotchkiss Decl. at ¶ 3. Children in the neighborhood were preparing for a Halloween parade. *Id*. at ¶ 2. People were in their pajamas; one woman came outside with her wet head in a towel. *Id*. at ¶ 8.

2. Federal agents unleashed violence, tackling at least three people, including one who is approximately 70 years old. Ex. 87 Kolp Decl. at ¶ 6; Ex. 86, Hotchkiss Decl. at ¶ 11. Another man was speaking with agents, did not appear to be hurting anyone or threatening anyone, and they tackled him to the ground and put him in a headlock. Ex. 86, Hotchkiss Decl. at ¶ 7.

3. Residents were very concerned to see agents acting aggressively towards their neighbors and began to yell at the agents. Ex. 87, Kolp Decl at ¶ 4, 5; Ex. 86, Hotchkiss Decl. at ¶ 6.

4. According to Brian Kolp, an attorney who "supports law enforcement and represents them," residents were not doing anything threatening or violent. *Id*. at ¶¶ 5, 9; Ex. 86, Hotchkiss Decl. at ¶ 8 (neighbors were not touching agents or threatening them).

5. While leaving the scene after making their arrests, and without any audible warning, agents deployed tear gas. *Id*. at ¶ 7; Ex. 86, Hotchkiss Decl. at ¶ 10. One of the canisters caught on fire. *Id*. See also, Ex. 88 (2025.10.25 video).

6. The federal agents were masked and did not have any identification numbers. Ex. 86, Hotchkiss Decl. at ¶ 13.

7. This experience was terrifying for residents. *Id*. at ¶ 14.

8. Federal agents violated several provisions of the Court's Temporary Restraining Order during these interactions including:

    1(d) – agents used tear gas on protesters who did not pose an immediate safety threat;

    1(e) – agents used tear gas when it was reasonably foreseeable doing so would injure protesters, and doing so was not necessary to stop an immediate and serious threat of physical harm to a person;

    1 (h)—agents used force, such as pulling or shoving a person to the ground, tackling, or body slamming an individual who poses no immediate threat of physical harm to others, and which was unnecessary to make an arrest.

    1(i) – agents used CS gas without giving two separate and audible warnings;

    2 – agents failed to wear visible identification affixed to their uniforms or helmets and prominently displayed.

9. Pursuant to the Court's order that Plaintiffs should confer at least 24 hours before filing a request for relief, Plaintiffs emailed Defendants about this incident on October 25, 2025 and conferred by phone with counsel for Defendants on October 26, 2025.

Respectfully submitted,

                                                                   /s/ Theresa Kleinhaus

                                                          *Counsel for Plaintiffs*

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Locke Bowman | **MANDEL LEGAL AID CLINIC** |
| Steve Art | University of Chicago Law School |
| Heather Lewis Donnell | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Scott Rauscher | (773) 702-9611 |
| Matt Topic | futterman@uchicago.edu |
| Julia Rickert | |
| Tara Thompson | Hayden Johnson* |
| Lindsay Hagy | Katie Schwartzmann* |
| Jordan Poole | Conor Gaffney* |
| Dominique Gilbert | **PROTECT DEMOCRACY PROJECT** |
| Justin Hill | 2020 Pennsylvania Ave NW, Ste 163 |
| Aaron Tucek | Washington DC 20006 |
| **LOEVY + LOEVY** | (202) 579-4582 |
| 311 N. Aberdeen Street | * *Admitted pro hac vice* |
| Chicago, Illinois 60647 | |
| (312) 243-5900 | Daniel Massoglia |
| steve@loevy.com | Hannah C. Marion |
| | **FIRST DEFENSE LEGAL AID** |
| Elizabeth Wang | 601 S. California Ave. |
| Isaac Green | Chicago, IL 60612 |
| **LOEVY + LOEVY** | (336) 575-6968 |
| 2060 Broadway, Ste. 460 | daniel@first-defense.org |
| Boulder, CO 80302 | hannah@first-defense.org |
| | |
| David B. Owens | Kevin M. Fee, Jr. |
| **LOEVY + LOEVY** | Rebecca Glenberg |
| ℅ Civil Rights and Justice Clinic | Hirsh Joshi |
| University of Washington Law School | Priyanka Menon |
| William H. Gates Hall, Suite 265 | **ROGER BALDWIN FOUNDATION** |
| Seattle, WA 98145-1110 | **OF ACLU, INC.** |

3

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org