Docusign Envelope ID: E108C628-4E85-4EB5-BA45-B1991C28245B

## Declaration of James Hotchkiss

I, James Hotchkiss, declare as follows:

1. My name is James Hotchkiss. I am competent to testify. I am over 18-years-old and a resident of Chicago.

2. My home is on the 3800 block of Kildare. On the morning of Saturday, October 25th, I was about to leave the house with my wife and two young kids to attend a neighborhood Halloween parade. My children were in costume.

3. My children were arguing over a toy, so I went to the garage to get a second spinny toy for them. At approximately 9:45am, I heard an unusual ruckus down the block. I told my wife to keep the kids inside, and that I was going to see what was happening.

4. I walked past the intersection of Grace and Kildare. I saw a man running with two federal agents behind him. They tackled the man to the ground on a neighbor's front yard. That neighbor came outside and said, get off my property. Several neighbors were starting to come outside. The federal agents brought the guy they had arrested over by Schurz High School.

5. I started to record a video at this point. I wanted other people to be able to see what was happening right in the middle of a residential neighborhood of Chicago on a Saturday morning.

6. Citizens were yelling at the federal agents. A woman in her 60s was walking her dog by the agents and talking to them. She was on the parkway. One of the agents walked from the street onto the parkways and started to grab her. Other neighbors took her dog and pulled her back. The agents let her go.

**EXHIBIT 86**



7. Another man dressed all in yellow, started to talk to the agents. I could not hear what the man was saying but he did not appear to present any threat physically. The agents pushed him to the ground, put him in a headlock, and then let him go.

Docusign Envelope ID: E108C628-4E85-4EB5-BA45-B1991C28245B



8. Many of the people who were outside observing and protesting did not have shoes and were in pajamas. One woman came out of her house soaking wet in a towel. All of the citizens were doing a good job of not touching the agents. I heard a lot of yelling but I never saw anyone throw anything or touch an agent.

9. Shortly after I saw the agents put the man in a headlock, I stopped recording and picked up an incoming call from my wife. I told her to definitely stay inside with the children.

10. I heard someone say, oh my god, they're putting on their gas masks. I did not hear any warning at all from the agents themselves before they threw gas canisters. Gas was pluming down the street. One canister was on fire and someone was trying to put it out.

Docusign Envelope ID: E108C628-4E85-4EB5-BA45-B1991C28245B



11. I had to remove my glasses, and I was coughing. The agents started going north up the street, and I followed on the sidewalk. I came around a landscaping truck and saw the agents were arresting a woman on a bike and another neighbor in his 60s or 70s was on the ground getting arrested.

12. A lot of people were out at that point. The agents put the two new people they had arrested in a car. Once they were in a car, the agents lingered for a little bit. People were yelling things like "Cowards!," "Get out of our neighborhood!," and "Good job, fascists." The agents drove away.

13. I never saw any identification numbers or yellow tape on the agents. They had a badge with an eagle on it and they were wearing masks.

14. I was really scared. I have two young kids. We were about to walk out of the house to go to a Halloween parade that was supposed to start 15 minutes later and walk down that street. My understanding is that the parade was canceled and activities stayed on the school grounds. My daughter was very upset for most of the morning.

15. It's really scary. I'm scared to even put my name on the record. I want to record and speak out because I want people to understand what is happening in our neighborhoods.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/27/2025

Date

*James Hotchkiss* (DocuSigned)

James Hotchkiss