Docusign Envelope ID: 78C81FD0-669E-4AB3-8458-D77BEA443967

**Declaration of Brian Kolp**

1. I am over the age of eighteen and have personal knowledge of the matters contained in this Declaration. I am an attorney and a former prosecutor.

2. If called to testify as to the contents of this Declaration, I would be competent to do so.

3. I live on the 3700 Block of North Kildare.

4. I was sitting on my couch on the morning of October 25, 2025, when I heard a whistle being blown. I looked out my window and saw men wearing full Customs and Border Patrol fatigues and facemasks tackling a man on my front lawn.

5. I came out of my house. I told the agents to get off of my property. Other neighbors came out to protest the agents and told them to get out of our neighborhood. Neighbors blew whistles. Although my neighbors protested vigorously, I never saw any of them do anything violent or threatening to the officers.

6. The agents handcuffed the man they had tackled on my lawn and pulled him into a car. The agents were extremely aggressive with my neighbors. I saw them tackle at least three people, including one of my neighbors, who is approximately 70 years old.

7. Suddenly, I noticed tear gas being used down the street. I heard no audible warning or order of any kind before the tear gas was used.

8. The agents left the scene, and my neighbors talked together to try to figure out what to do next and how to help our neighbors who had been suddenly and violently taken from our neighborhood.

9. This interaction gives me pause, to say the least, to observe federal immigration agents again. They showed no respect for the rule of law. As someone who supports law enforcement and has represented them as an attorney, I feel that the behavior of these agents is embarrassing and tragic.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 10/25/2025.

*Signed by:*
[signature]
1C713581BB0A43E...

Brian Kolp

**EXHIBIT 87**