# EXHIBIT 88

Available at: https://spaces.hightail.com/space/EVZTY9QHGw