## Declaration of Dallas Knapp

1. I am over the age of eighteen and have personal knowledge of all matters contained in this Declaration.

2. If called to testify as to the contents of this Declaration, I would be competent to do so.

3. I am a resident of Chicago, Illinois, in the Lakeview neighborhood.

4. I am concerned about the presence of federal agents from ICE and others on my community and throughout Chicago.

5. On October 24, 2025, I was present on at Lakewood and Henderson in Lakeview where a group of concerned residents gathered in dissent of the actions and presence of federal immigration agents in their community.

6. People were screaming and shouting in opposition to the agents, who were present in two vehicles.

7. No member of the assembled group that I witnessed touched an ICE/CBP vehicle, and nor were there any physical threats or physical violence against the agents.

8. Soon, I heard multiple pop sounds. Tear gas began bubbling out of cannisters agents had dropped.

9. The agents got out of the vehicle and began pushing people, then got in their cars and drove South on Lakewood.

10. Before driving away, the agents were asked why they were doing this. One replied "we are just doing our jobs." I was shocked that the agents view tear gassing residential streets when there was no threat to them as part of their jobs.

11. As they moved south, the agents threw another tear gas can out of the window of a vehicle.

12. I was tear gassed during this incident. I started crying and couldn't open my eyes.

13. I did not hear any audible warnings prior to the agents' use of tear gas.

14. I intend to keep filming and documenting the actions of agents in my community, but the incident I described here made me scared to do so.

**EXHIBIT 89**

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 10/24/2025.

*Dallas Knapp*

Dallas Knapp