**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Chicago Headline Club, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:25−cv−12173
                                                            Honorable Sara L. Ellis

Kristi Noem, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

        MINUTE entry before the Honorable Sara L. Ellis: Court hearing held. The Court
enters and continues Plaintiffs' motion to modify the TRO [142] to the date of the
preliminary injunction hearing on 11/5/2025. The Court orders Defendants to have all
Federal Agents operating in Operation Midway Blitz to place an identifier conspicuously
on their uniform where one can easily view it and the Agent's equipment does not obscure
it. Custom and Border Protection will strive to ensure that all CBP agents working in
Operation Midway Blitz have body−worn cameras. Additionally, Defendant Bovino has
agreed to have a body−worn camera assigned to him by 10/31/2025 and have completed
BWC training. The Court orders Defendants to provide to the Court, under seal, all CBP
use of force reports relating to Operation Midway Blitz from 9/2/2025 through
10/25/2025, by COB 10/31/2025. The Court further orders Defendants to provide to the
Court, under seal, all BWC video corresponding to the use of force reports from 9/2/2025
through 10/25/2025 filed with the Court by COB 10/31/2025. The Court orders
Defendants to provide to the Court, under seal, all additional CBP use of force reports and
corresponding BWC video within 24 hours of finalization of the CBP reports. The Court
orders Defendant Bovino to appear in court, in person, week days at 5:45 PM (modifying
the Court's oral order during the hearing to account for the security needs of the Dirksen
Courthouse) in courtroom 1403 to report on the use of force activities for each day.
Finally, the Court orders Defendants to provide to the Court, under seal, by COB
10/31/2025 a chart containing the names, dates of arrest or detention, charges or citations,
and resolution of the arrest or detention (e.g., released with charging, charged with
misdemeanor, charged with felony, given summons, or given citation) for all individuals
detained or arrested by CBP from 9/2/2025 through 10/29/2025 that is not directly related
to an immigration enforcement violation, such as a failure to appear for an immigration
appointment or an outstanding order of removal. The Court denies Defendants' oral
motion to stay this order. The Court denies Defendants' oral motion to stay Defendant
Bovino's deposition. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.