IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) | |
| *Plaintiffs,* | ) ) ) | No. 25-cv-12173 <br> Hon. Sara L. Ellis |
| v. | ) ) | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, et al. | ) ) ) ) | |
| *Defendants* | ) ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF ORDER ALLOWING EQUIPMENT INTO EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE FOR THE DEPOSITION OF DEFENDANT GREGORY BOVINO AND DANIEL PARRA**

NOW COMES, Plaintiffs, Chicago Headline Club, et al., by their undersigned attorneys, and respectfully requests the entry of an order allowing equipment into the Evertt McKinley Dirksen United States Courthouse for the deposition of Defendant Gregory Bovino and Daniel Parra. In support of this motion, Plaintiff states as follows:

1. Plaintiff has been granted leave by the court, Dkt. 87, and scheduled the depositions of witnesses, Gregory Bovino and Daniel Parra, to occur on October 30, 2025 and October 31, 2025 to proceed at the Evertt McKinley Dirksen United States Courthouse at the request of the United States Attorney's Office. See Notice, attached as Exhibit A.

2. A court order is required for the stenographer's and videographer's equipment to be brought into the courthouse. In compliance with this Court's standing order, a proposed order is attached as Exhibit B.

WHEREFORE, Plaintiffs, Chicago Headline Club, et al., seeks an order from this Court permitting representatives of Kentuckiana Court Reporters leave to bring certain identified

electronic devices into the Evertt McKinley Dirksen United States Courthouse to complete the depositions of Defendant Gregory Bovino and Daniel Parra.

Dated: October 29, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Steve Art
　　　　　　　　　　　　　　　　　　　　　Steve Art

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org

wally.hilke@law.northwestern.edu