**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) | |
| ) | |
| Plaintiffs, ) | No. 25-cv-12173 |
| ) | Hon. Sara L. Ellis |
| v. ) | District Judge |
| ) | |
| KRISTI NOEM, Secretary of U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that pursuant to the rules of Civil Procedure for the United States District Court for the Northern District of Illinois, Eastern Division, the undersigned required the appearance for the following person to be deposed before a Notary Public in the State of Illinois and Notary Public in the State of District of Colombia on the date and time listed below, at which you may appear if you so desire. As to counsel of record for the Deponents, this is a demand upon you to produce said deponent. This deposition will be recorded by stenography and Videographer and/or Zoom recording.

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| Russell Hott | 10/29/2025 | 10:00 am | Department of Justice 1100 L St NW Washington, DC 20005 |
| Gregory Bovino | 10/30/2025 | 10:00 am | 219 S Dearborn St, 5th Floor Chicago, IL 60604 |
| Daniel Parra | 10/31/2025 | 10:00 am | 219 S Dearborn St, 5th Floor Chicago, IL 60604 |

DATED: October 27, 2025  Respectfully submitted,

/s/ *Steve Art*
*One of Plaintiffs' Attorneys Counsel for Plaintiff*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org

## **CERTIFICATE OF SERVICE**

I, Steve Art, an attorney, certify that October 27, 2025 I caused to be served a copy of Plaintiffs' Notice of Deposition on all counsel of record via electronic mail.

*/s/ Steve Art*