# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) | |
| ) | |
| Plaintiffs, ) | No. 25-cv-12173 |
| ) | Hon. Sara L. Ellis |
| v. ) | District Judge |
| ) | |
| KRISTI NOEM, Secretary of U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION TO COMPEL
## EXPEDITED DISCOVERY OF VIDEO EVIDENCE

Defendants have collected, edited, and posted certain relevant video on social media, but they have not provided *any* video evidence to Plaintiffs in this case. Plaintiffs file this motion to compel pursuant to Local Rule 37.1 seeking an order from the Court to order Defendants to produce all video footage responsive to Plaintiffs' Requests for Production Nos. 2, 5 & 8. Dkt. 85 (Order on expedited discovery); Dkt. 75 (10/20/25 Hearing Tr.) at 114:6-118:11; 129:10-134:25. In support of their motion to compel, Plaintiffs state as follows:

1. Plaintiffs filed a renewed motion for expedited on discovery on October 16, 2025. Dkt. 54. The Court granted the motion in part at the hearing on October 20, 2025. Dkt. 85; Dkt. 75 (10/20/24 Hearing Tr.). With respect to this motion, the Court ordered that Defendants produce any responsive materials to Plaintiffs' Requests for Production Nos. 2, 5 & 8 regarding certain incidents Plaintiffs identified, which sought, among other things, videotape footage of the three Broadview and four in the field related incidents Plaintiffs identified for Defendants. Dtk. 54-1.

2. Plaintiffs identified the incidents for Defendants on October 22 and October 23 (adding the Little Village incident on October 23 where Defendant Bovino alleges he was struck with a rock). Exhibit A (1022/25-10/23/25 Email Correspondence) at 2-3.

3. On October 28, 2025, Plaintiffs learned that Assistant Secretary of the Department of Homeland Security Tricia McLaughlin has posted a video montage of edited video footage from the October 23 incident in Little Village with Defendant Bovino on her DHS social media feed on X.[1]

4. Defendant DHS also posted on their official X account, @DHSgov, at 10:00 am yesterday, a five-minute video montage of the October 23, 2025 incident.[2]

5. Defendants' social media post includes what appears to be body worn camera video footage, as well as drone footage from the October 23rd incident in Little Village. *Id.*

6. It is clear that Defendants have been able to collect, review, and edit video footage responsive to Plaintiffs' expedited discovery requests and yet have not produced any video to Plaintiffs. Plaintiffs emailed Defendants' counsel regarding their deficiency in producing the responsive video footage, but they have not received a substantive response. Exhibit A (10/27/25 Email Correspondence) at 3. While the Court has given Defendants until the end of the day on Friday to provide certain evidence, and while Plaintiffs have agreed to give Defendants until the end of the day on Friday to complete their expedited productions, Defendants should be producing documents to Plaintiffs on a rolling basis, including video footage of the incidents Plaintiffs have identified.

7. Plaintiffs are deposing Defendant Bovino tomorrow at 10am. Plaintiffs are filing this motion to obtain the video footage of the October 23 event, at a minimum, in advance of that

---

[1] Available at https://twitter.com/triciaohio/status/1983211655015043187?s=46&t=4rUXTBt_W24m-uWR74DQ5A
[2] Available at https://twitter.com/dhsgov/status/1983186057798545573?s=46&t=4rUXTBt_W24m-uWR74DQ5A

deposition. It is not reasonable for Defendants to view, edit, and post video montage on their official social media instead of producing video and the other documents that they are required to provide to Plaintiffs.

8. Plaintiffs have filed this motion to compel prior to receiving a substantive response from Defendants, so that Plaintiffs' can obtain the video footage in advance of Defendant Bovino's deposition scheduled for tomorrow.

9. Plaintiffs seek the Court to order production of any and all video footage responsive to Plaintiffs' requests for production, but at a minimum, the video footage for the October 23 incident in Little Village by 7pm CST today.

WHEREFORE, Plaintiffs respectfully seek an order from the Court ordering Defendants to produce at least the video footage from the October 23, 2025 incident in Little Village by 7pm CST today, and any other relief the Court may deem proper.

By: /s/ Heather Lewis Donnell
*One of the Attorneys for Plaintiffs*

*Counsel for Plaintiffs*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org