Loevy & Loevy Mail - CHC v. Noem, No. 1:25-cv-12173 (N.D. Ill.)    https://mail.google.com/mail/u/0/?ik=6b8850c6d2&view=pt&search=a...

**LOEVY + LOEVY**                                       **Heather Lewis Donnell** <heather@loevy.com>

## CHC v. Noem, No. 1:25-cv-12173 (N.D. Ill.)

**Heather Lewis Donnell** <heather@loevy.com>                           Wed, Oct 22, 2025 at 3:55 PM
To: sean.skedzielewski@usdoj.gov, samuel.holt2@usdoj.gov
Cc: Steve Art <Steve@loevy.com>, "David B. Owens" <david@loevy.com>, Locke Bowman <locke@loevy.com>, "Craig B. Futterman" <futterman@uchicago.edu>, Daniel Massoglia <daniel@first-defense.org>, Rebecca Glenberg <RGlenberg@aclu-il.org>, Wallace Bertram Hilke <wally.hilke@law.northwestern.edu>, Elizabeth Wang <elizabethw@loevy.com>, Tara Thompson <Tara@loevy.com>, Scott Rauscher <scott@loevy.com>, Julia Rickert <julia@loevy.com>, Justin Hill <hill@loevy.com>, Isaac Green <green@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Lindsay Hagy <lindsay@loevy.com>, Aaron Tucek <aaron@loevy.com>, Dominique Gilbert <gilbert@loevy.com>, Alexandra Wolfson <wolfson@loevy.com>, Hayden Johnson <hayden.johnson@protectdemocracy.org>, Katie Schwartzmann <katie.schwartzmann@protectdemocracy.org>, Hannah Marion <hannah@first-defense.org>, Jordan Poole <poole@loevy.com>, Conor Gaffney <conor.gaffney@protectdemocracy.org>, kfee@aclu-il.org, pmenon@aclu-il.org, hjoshi@aclu-il.org, Lilia Martinez <martinez@loevy.com>, Stephany Janssen <janssen@loevy.com>, Valerie Barajas <valerie@loevy.com>, Meagan Shinker <shinker@loevy.com>, Matt Topic <matt@loevy.com>
Bcc: Heather Lewis Donnell <heather@loevy.com>

Counsel

Pursuant to the Court's ruling on Plaintiffs' motion for expedited discovery, Plaintiffs have identified the following dates for documents responsive to RFP Nos. 2 & 5.

**Broadview Incident dates:**

1. September 5
2. September 26
3. October 3

**In the Field:**

1. October 14 (East Side) - as raised in our prior conferral
2. October 12 (Albany Park) - as raised in our prior conferral
3. October 3 (Logan Square) - See https://blockclubchicago.org/2025/10/03/family-grocery-shoppers-run-as-masked-agent-throws-smoke-bomb-onto-busy-chicago-street/

We will provide you the additional date for a field operation in short order.

We are willing to receive documents responsive to these RFPs and Plaintiffs' other RFPs the Court ordered (Nos. 3, 4 & 8) on a rolling basis.

Sincerely,

Heather

--

**Heather Lewis Donnell**  (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

**EXHIBIT A**



**Heather Lewis Donnell <heather@loevy.com>**

---

## CHC v. Noem, No. 1:25-cv-12173 (N.D. Ill.)

**Heather Lewis Donnell** <heather@loevy.com>  Fri, Oct 24, 2025 at 7:04 PM
To: sean.skedzielewski@usdoj.gov, samuel.holt2@usdoj.gov
Cc: Steve Art <Steve@loevy.com>, "David B. Owens" <david@loevy.com>, Locke Bowman <locke@loevy.com>, "Craig B. Futterman" <futterman@uchicago.edu>, Daniel Massoglia <daniel@first-defense.org>, Rebecca Glenberg <RGlenberg@aclu-il.org>, Wallace Bertram Hilke <wally.hilke@law.northwestern.edu>, Elizabeth Wang <elizabethw@loevy.com>, Tara Thompson <Tara@loevy.com>, Scott Rauscher <scott@loevy.com>, Julia Rickert <julia@loevy.com>, Justin Hill <hill@loevy.com>, Isaac Green <green@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Lindsay Hagy <lindsay@loevy.com>, Aaron Tucek <aaron@loevy.com>, Dominique Gilbert <gilbert@loevy.com>, Alexandra Wolfson <wolfson@loevy.com>, Hayden Johnson <hayden.johnson@protectdemocracy.org>, Katie Schwartzmann <katie.schwartzmann@protectdemocracy.org>, Hannah Marion <hannah@first-defense.org>, Jordan Poole <poole@loevy.com>, Conor Gaffney <conor.gaffney@protectdemocracy.org>, kfee@aclu-il.org, pmenon@aclu-il.org, hjoshi@aclu-il.org, Lilia Martinez <martinez@loevy.com>, Stephany Janssen <janssen@loevy.com>, Valerie Barajas <valerie@loevy.com>, Meagan Shinker <shinker@loevy.com>, Matt Topic <matt@loevy.com>

Dear Counsel

We have not yet received any documents in response to our requests to produce as ordered by the Court on October 20, 2025. Given depositions scheduled for next week, we ask that you please start producing documents immediately on a rolling basis. Please let us know by Monday morning the schedule on which you expect to produce them.

With respect to particular requests, here is what we are expecting based on the Court's rulings:

**Requests to Produce 2 and 5**: Earlier this week we sent you incidents for which we are expecting responsive documents.

Given the Court's recent order, we are adding the October 22 and 23 dates that we have conferred with you about to our list of incidents for which we are requesting responsive documents. We note that in the October 23 Little Village incident your client has taken the position that Defendant Bovino was struck with a rock. Please provide us any documentation you have of this occurring.

We want to point out that any production of Defendants' documentation regarding those incidents should include Defendants' own body camera footage and other audio/visual footage collected by Defendants in connection with those incidents (we know, for example, that Defendants are recording their own conduct at some of these incidents).

**Request to Produce 3:** The Court ordered Defendants to produce instructions or communications by Defendants to Federal Agents about tactics and procedures for interacting with observers, protesters, journalists, and religious observers in Chicago, following the operations that occurred in Los Angeles, i.e., "specific instruction on either crowd control, use of force, . . . permissible enforcement tactics essentially that are directed specifically to Operation Midway Blitz." October 20 Hearing T. 118:22-119:5.

**Request to Produce 4:** The Court ordered production documents relating to a) ICE and CBP policies and regulations relating to use of force and crowd control and b) the most recent quarterly use of force training and crowd control training for both ICE and CBP, including the mobile field force training. T: 123:3-13; 125:2-6.

**Request to Produce 8:** The Court ordered production of any reports documents--again including video--that corroborate or refute the declarations of Hott and Parra submitted by Defendants in this case. T. 130:24-25. To the extent that Defendants produce declarations in the preliminary injunction response, those documents/video, would also be responsive to this request.

As we previously stated, please produce on a rolling basis.

Sincerely,

Heather

[Quoted text hidden]



Heather Lewis Donnell <heather@loevy.com>

## CHC v. Noem, No. 1:25-cv-12173 (N.D. Ill.)

**Skedzielewski, Sean (CIV)** <Sean.Skedzielewski@usdoj.gov>    Mon, Oct 27, 2025 at 5:33 PM
To: Steve Art <Steve@loevy.com>, Heather Lewis Donnell <heather@loevy.com>
Cc: "Holt, Samuel (CIV)" <Samuel.Holt2@usdoj.gov>, "David B. Owens" <david@loevy.com>, Locke Bowman <locke@loevy.com>, "Craig B. Futterman" <futterman@uchicago.edu>, Daniel Massoglia <daniel@first-defense.org>, Rebecca Glenberg <RGlenberg@aclu-il.org>, Wallace Bertram Hilke <wally.hilke@law.northwestern.edu>, Elizabeth Wang <elizabethw@loevy.com>, Tara Thompson <Tara@loevy.com>, Scott Rauscher <scott@loevy.com>, Julia Rickert <julia@loevy.com>, Justin Hill <hill@loevy.com>, Isaac Green <green@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Lindsay Hagy <lindsay@loevy.com>, Aaron Tucek <aaron@loevy.com>, Dominique Gilbert <gilbert@loevy.com>, Alexandra Wolfson <wolfson@loevy.com>, Hayden Johnson <hayden.johnson@protectdemocracy.org>, Katie Schwartzmann <katie.schwartzmann@protectdemocracy.org>, Hannah Marion <hannah@first-defense.org>, Jordan Poole <poole@loevy.com>, Conor Gaffney <conor.gaffney@protectdemocracy.org>, "kfee@aclu-il.org" <kfee@aclu-il.org>, "pmenon@aclu-il.org" <pmenon@aclu-il.org>, "hjoshi@aclu-il.org" <hjoshi@aclu-il.org>, Lilia Martinez <martinez@loevy.com>, Stephany Janssen <janssen@loevy.com>, Valerie Barajas <valerie@loevy.com>, Meagan Shinker <shinker@loevy.com>, Matt Topic <matt@loevy.com>

Counsel:

Attached is a production of documents responsive to the Court's discovery order from the Bureau of Prisons ("BOP"). As noted in Mr. Byers's testimony on October 20, BOP has assigned some of its officers to help protect the Broadview facility. Of the three dates you requested in requests for production ("RFP") # 2 & 5 regarding Broadview, BOP officers were not present at Broadview on September 5 and 26.

BOP officers were present on October 3 and BOP has advised that they did not prepare any arrest reports, after-action reports, or internal memoranda about the events that occurred on that day. BOP officers assigned to Broadview are not equipped with body-worn cameras, thus BOP has no body camera footage from October 3.

With respect to RFP #3, BOP has not issued any specific instructions or communications for interacting with observers, protesters, journalists, and religious observers in Chicago, following the operations that occurred in Lost Angeles, or that are specifically directed to Operation Midway Blitz.

In response to RFP #4, we have attached DOJ and BOP's policies addressing use of force and less-than-lethal devices.

RFP #8 pertains to the basis for the assertions in the Hott and Parra declarations and is therefore not applicable to BOP.

Regards,

**Sean Skedzielewski**

Counsel to the Assistant Attorney General

U.S. Department of Justice, Civil Division

Office: (202) 307-1697

Cell: (202) 860-9960

Sean.Skedzielewski@usdoj.gov

**From:** Steve Art <Steve@loevy.com>
**Sent:** Monday, October 27, 2025 1:14 PM
**To:** Heather Lewis Donnell <heather@loevy.com>
**Cc:** Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Holt, Samuel (CIV) <Samuel.Holt2@usdoj.gov>; David B. Owens <david@loevy.com>; Locke Bowman <locke@loevy.com>; Craig B. Futterman <futterman@uchicago.edu>; Daniel Massoglia <daniel@first-defense.org>; Rebecca Glenberg <RGlenberg@aclu-il.org>; Wallace Bertram Hilke <wally.hilke@law.northwestern.edu>; Elizabeth Wang <elizabethw@loevy.com>; Tara Thompson <Tara@loevy.com>; Scott Rauscher <scott@loevy.com>; Julia Rickert <julia@loevy.com>; Justin Hill <hill@loevy.com>; Isaac Green <green@loevy.com>; Theresa Kleinhaus <tess@loevy.com>; Lindsay Hagy <lindsay@loevy.com>; Aaron Tucek <aaron@loevy.com>; Dominique Gilbert <gilbert@loevy.com>; Alexandra Wolfson <wolfson@loevy.com>; Hayden Johnson <hayden.johnson@protectdemocracy.org>; Katie Schwartzmann <katie.schwartzmann@protectdemocracy.org>; Hannah Marion <hannah@first-defense.org>; Jordan Poole <poole@loevy.com>; Conor Gaffney <conor.gaffney@protectdemocracy.org>; kfee@aclu-il.org; pmenon@aclu-il.org; hjoshi@aclu-il.org; Lilia Martinez <martinez@loevy.com>; Stephany Janssen <janssen@loevy.com>; Valerie Barajas <valerie@loevy.com>; Meagan Shinker <shinker@loevy.com>; Matt Topic <matt@loevy.com>
**Subject:** [EXTERNAL] Re: CHC v. Noem, No. 1:25-cv-12173 (N.D. Ill.)

Dear Counsel,

Now that the Court has entered Defendants' proposed protective order in the case, please produce the documents discussed below, including any documents on the Little Village incident discussed in my colleague's October 24 email below. If Defendants do not intend to produce responsive documents today, please let us know today when to expect a production, so that we can discuss the issue in Court tomorrow.

Sincerely,

Steve

_____
**Steve Art** (He/Him)

[Quoted text hidden]

[Quoted text hidden]

   [Quoted text hidden]
   [Quoted text hidden]

      [Quoted text hidden]
      **Heather Lewis Donnell** (She/Her)

Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

**Heather Lewis Donnell** (She/Her)

[Quoted text hidden]

📄 **Chicago Headline Club-Bureau of Prison Production 10.27.2025.pdf**
2527K



**Heather Lewis Donnell <heather@loevy.com>**

## CHC v. Noem, No. 1:25-cv-12173 (N.D. Ill.)

**Heather Lewis Donnell** <heather@loevy.com>                                    Tue, Oct 28, 2025 at 2:40 PM
To: "Skedzielewski, Sean (CIV)" <Sean.Skedzielewski@usdoj.gov>
Cc: Steve Art <Steve@loevy.com>, "Holt, Samuel (CIV)" <Samuel.Holt2@usdoj.gov>, "David B. Owens" <david@loevy.com>, Locke Bowman <locke@loevy.com>, "Craig B. Futterman" <futterman@uchicago.edu>, Daniel Massoglia <daniel@first-defense.org>, Rebecca Glenberg <RGlenberg@aclu-il.org>, Wallace Bertram Hilke <wally.hilke@law.northwestern.edu>, Elizabeth Wang <elizabethw@loevy.com>, Tara Thompson <Tara@loevy.com>, Scott Rauscher <scott@loevy.com>, Julia Rickert <julia@loevy.com>, Justin Hill <hill@loevy.com>, Isaac Green <green@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Lindsay Hagy <lindsay@loevy.com>, Aaron Tucek <aaron@loevy.com>, Dominique Gilbert <gilbert@loevy.com>, Alexandra Wolfson <wolfson@loevy.com>, Hayden Johnson <hayden.johnson@protectdemocracy.org>, Katie Schwartzmann <katie.schwartzmann@protectdemocracy.org>, Hannah Marion <hannah@first-defense.org>, Jordan Poole <poole@loevy.com>, Conor Gaffney <conor.gaffney@protectdemocracy.org>, "kfee@aclu-il.org" <kfee@aclu-il.org>, "pmenon@aclu-il.org" <pmenon@aclu-il.org>, "hjoshi@aclu-il.org" <hjoshi@aclu-il.org>, Lilia Martinez <martinez@loevy.com>, Stephany Janssen <janssen@loevy.com>, Valerie Barajas <valerie@loevy.com>, Meagan Shinker <shinker@loevy.com>, Matt Topic <matt@loevy.com>
Bcc: Heather Lewis Donnell <heather@loevy.com>

Counsel

We are writing to address deficiencies with Defendants production of materials that the Court ordered them to produce on October 20th.

We are particularly concerned given that we have not received any video footage from the incidents we identified and provided to counsel last week, when Assistant Secretary of the Department of Homeland Security Tricia McLaughlin has posted a video montage of edited video footage from the October 23 incident in Little Village with Defendant Bovino on her social media feed on X. The social media post includes what appears to be body worn camera video as well as drone footage. It is clear that Defendants have access to video footage responsive to Plaintiffs' discovery requests and yet have not produced it to Plaintiffs. We do not see a legitimate basis for the failure to produce to Plaintiffs *any* video evidence when Defendants were able to collect, edit, and post video on social media.

In addition, we have not yet received any incident reports, summary reports, E-star system reports, and/or use of force reports. We are willing to receive on a rolling basis and ask that you start producing those to us today with completion no later than Friday. For any incidents prior to October 19th, please produce those by close of business today in advance of Mr. Hott's deposition tomorrow. We will need all responsive documents in advance of Defendant Bovino's deposion on Thursday.

To date, we have only received BOP and DOJ materials responsive to RFP No. 4. Please produce any agency specific policies and procedures responsive to RFP 8 (ie use of force, crowd control policies and procedure ) for CBP and ICE, if any such responsive documents exist. If not, please confirm that no specific responsive materials exist.

We also have not yet received any documents that Para or Hott relied on for their declarations submitted in opposition to the TRO motion. Mr. Hott will be deposed tomorrow. Please produce any such responsive documents to us by the close of business today or let us know that no such documents exist. We ask that you provide any responsive information that exists for Mr. Para by close of business tomorrow or state that no such documents exist.

Finally, Assistant Secretary McLaughlin posted that the video of the incident in Hoffman Estates on October 10th, regarding the arrest of a female teenager was not in Hoffman Estates, but a burglary arrest recorded by the Chicago Police Department. Please provide the basis for DHS's representation that the video is not from Hoffman Estates on October 10th.

Sincerely,

Heatherr

[Quoted text hidden]

**Heather Lewis Donnell**  (She/Her)



[Quoted text hidden]

## CHC v. Noem - link to documents from Andrew Warden

**Skedzielewski, Sean (CIV)** <Sean.Skedzielewski@usdoj.gov>     Tue, Oct 28, 2025 at 5:41 PM
To: Elizabeth Wang <elizabethw@loevy.com>, "David B. Owens" <david@loevy.com>
Cc: Steve Art <Steve@loevy.com>, "Goldstone, Peter R (CIV)" <Peter.R.Goldstone@usdoj.gov>, Jon Loevy <jon@loevy.com>, Locke Bowman <locke@loevy.com>, Heather Lewis Donnell <heather@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Scott Rauscher <scott@loevy.com>, Matt Topic <matt@loevy.com>, Julia Rickert <julia@loevy.com>, Tara Thompson <tara@loevy.com>, Lindsay Hagy <lindsay@loevy.com>, Jordan Poole <poole@loevy.com>, Aaron Tucek <aaron@loevy.com>, Justin Hill <hill@loevy.com>, Dominique Gilbert <gilbert@loevy.com>, "green@loevy.cm" <green@loevy.cm>, Alexandra Wolfson <wolfson@loevy.com>, Wallace Bertram Hilke <wally.hilke@law.northwestern.edu>, "Futterman, Craig" <futterman@uchicago.edu>, Hayden Johnson <hayden.johnson@protectdemocracy.org>, Katie Schwartzmann <katie.schwartzmann@protectdemocracy.org>, Conor Gaffney <conor.gaffney@protectdemocracy.org>, Daniel Massoglia <daniel@first-defense.org>, Hannah Marion <hannah@first-defense.org>, Kevin Fee <kfee@aclu-il.org>, Rebecca Glenberg <rglenberg@aclu-il.org>, Hirsh Joshi <hjoshi@aclu-il.org>, Priyanka Menon <pmenon@aclu-il.org>, "Holt, Samuel (CIV)" <Samuel.Holt2@usdoj.gov>, Lilia Martinez <martinez@loevy.com>, Stephany Janssen <janssen@loevy.com>, Valerie Barajas <valerie@loevy.com>, Meagan Shinker <shinker@loevy.com>, "Lynch, Christopher M. (CIV)" <Christopher.M.Lynch@usdoj.gov>, "Hedges, Elizabeth T (CIV)" <Elizabeth.T.Hedges@usdoj.gov>

Counsel:

My colleague Andrew Warden just sent you a production from ICE via a Box link. That production does not yet include video footage, but we expect to produce that by the end of the week. I will follow up with Mr. Hott's declaration that we intend we rely upon in our opposition to your preliminary injunction motion.

Regarding the remainder of your 3:41 p.m. email, we'll respond in due course.

Regards,

**Sean Skedzielewski**

Counsel to the Assistant Attorney General

U.S. Department of Justice, Civil Division

Office: (202) 307-1697

Cell: (202) 860-9960

Sean.Skedzielewski@usdoj.gov