# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

October 29, 2025

**To:**     Locke E. Bowman III
Attorney

Thomas G. Bruton
Clerk of Court

Courtney Dixon
Attorney

Sara L. Ellis
District Court Judge

Kevin M. Fee Jr.
Attorney

Mark R. Freeman
Attorney

Craig B. Futterman
Attorney

Rebecca Kim Glenberg
Attorney

Wallace Bertram Hilke
Attorney

Jon C. Loevy
Attorney

Hannah Corinne Marion
Attorney

Daniel Massoglia
Attorney

Eric Dean McArthur
Attorney

David Peters
Attorney

Brett Shumate
Attorney

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| Appellate Case No: 25-2936 |
| --- |
| Caption:<br>IN RE:<br>    KRISTI L. NOEM, et al.,<br>        Petitioners |
| District Court No: 1:25-cv-12173<br>Clerk/Agency Rep Thomas G. Bruton<br>District Judge Sara L. Ellis |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)