# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 29, 2025

*By the Court:*

| No. 25-2936 | IN RE: <br> KRISTI L. NOEM, et al., <br> Petitioners |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 1:25-cv-12173 <br> District Judge Sara L. Ellis | |

The following are before the court:

1. **PETITION FOR A WRIT OF MANDAMUS**, filed on October 29, 2025, by counsel for the petitioners.

2. **EMERGENCY MOTION FOR A STAY PENDING A RULING ON THE GOVERNMENT'S PETITION FOR A WRIT OF MANDAMUS AND AN IMMEDIATE ADMINISTRATIVE STAY**, filed on October 29, 2025, by counsel for the petitioners.

**IT IS ORDERED** that the government's request for an administrative stay is **GRANTED**. Pending a decision on the petition for a writ of mandamus, the district court's October 28, 2025 order is temporarily **STAYED** only to the extent it required Gregory Bovino to appear in court, in person, each weekday at 5:45 PM.

**IT IS FURTHER ORDERED** that plaintiffs shall respond to the petition by 5:00 pm on October 30, 2025.

form name: **c7_Order_BTC**    (form ID: **178**)