# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | )<br>)<br>) |
| *Plaintiffs,* | ) **No. 25-cv-12173**<br>) **Hon. Sara L. Ellis** |
| v. | )<br>) |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, et al. | )<br>)<br>)<br>) |
| *Defendants* | )<br>) |

## AMENDED ORDER

Upon consideration of Plaintiffs' Motion for Entry of an Order Allowing Equipment into the Everett McKinley Dirksen U.S. Courthouse for the deposition of Defendant Gregory Bovino and Daniel Parra set to proceed at 10:00 a.m. on October 30, 2025 and October 31, 2025, the Court being fully advised and due notice having been given,

IT IS HEREBY ORDERED THAT:

1. The Motion for Entry of an Order Allowing Equipment into the Everett McKinley Dirksen U.S. Courthouse for the deposition of Defendant Gregory Bovino and Daniel Parra is GRANTED.

2. The following equipment shall be permitted into the Everett McKinley Dirksen U.S. Courthouse for the purpose of deposing Defendant Gregory Bovino on October 30, 2025 and Daniel Parra on October 31, 2025:

    a. Megan Weiner, a court reporter from Kentuckiana Court Reporters, is permitted to bring: Pelican Storm Case, Video Camera, Video Camera Power Supply, HDMI Cable (2), Laptop & charger, Audio Mixer, Mixer power adapter, Mixer

        audio cables (2), Tripod with bag, Backpack, Extension Cord & Power Strip, Headphones, XLR Cables (3), Table Mic (1), Lapel Mic (3), 2 SD Memory Cards, Backdrop, Backdrop Stand, Deposition Notice (paper), Log Sheet & Read-on sheet (paper), and Pencil / Pen / Marker.

   b. Sydney Little, a videographer from Kentuckiana Court Reporters, is permitted to bring: Reporter rolling bag, Laptop + charger (2), Reporting stand (plate and tripod), Audio mixer (mics plug into), 4 table top microphones + ethernet cords, External USB speaker, 3 backup recording devices, Earbud headphones, Extension cord, and a USB microphone & USB cord.

SO ORDERED.

October 29, 2025

ENTER

_____
Honorable Judge Sara L. Ellis