**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Chicago Headline Club, et al.
                                Plaintiff,

v.                                                           Case No.: 1:25−cv−12173
                                                                         Honorable Sara L. Ellis

Kristi Noem, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

       MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/29/2025. The Court grants Plaintiffs' motion to compel [152] as stated on the record. The Court orders Defendants to produce to Plaintiffs all video (both BWC and drone footage) of the use of force incidents on 10/23/2025 in the Little Village neighborhood by 9:00 PM on 10/29/2025. Defendants filed a petition for a writ of mandamus and the 7th Circuit granted an administrative stay pending a decision on the petition for a writ of mandamus of the portion of this Court's order [146] requiring Gregory Bovino appear in person before this Court each weekday until the preliminary injunction hearing set for 11/5/2025. Pursuant to the 7th Circuit's administrative stay [154], this Court strikes the hearing set for 10/30/2025 at 5:45 PM. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.