# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Chicago Headline Club v. Noem

Case Number: 25-cv-12173

An appearance is hereby filed by the undersigned as attorney for:
Federal Defendants

Attorney name (type or print): Andrew I. Warden

Firm: U.S. Department of Justice

Street address: 1100 L. Street, NW

City/State/Zip: Washington, DC 20005

Bar ID Number: 23840-49
(See item 3 in instructions)

Telephone Number: 202-616-5084

Email Address: andrew.warden@usdoj.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | X |
| Are you a member of the court's general bar? | ☐ | X |
| Are you a member of the court's trial bar? | ☐ | X |
| Are you appearing *pro hac vice*? | ☐ | X |
| If this case reaches trial, will you act as the trial attorney? | X | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/30/2025

Attorney signature: S/ *Andrew I. Warden*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023