IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | )<br>)<br>) |
| *Plaintiffs,* | )<br>) No. 25-cv-12173<br>) |
| v. | ) Hon. Sara L. Ellis,<br>) District Judge<br>) |
| KRISTI NOEM, et al., | )<br>)<br>) |
| *Defendants.* | |

**Plaintiffs' Notice of Non-Opposition to Motion**

Plaintiffs, by and through their attorneys, respectfully provide this Court with Notice that they do not oppose the relief sought in Defendants' motion for leave to provide access to body camera videos through cloud-based portal. Dkt. 160.

Respectfully submitted,

/s/David B. Owens
One of Plaintiffs' Attorneys

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Locke Bowman | MANDEL LEGAL AID CLINIC |
| Steve Art | University of Chicago Law School |
| Heather Lewis Donnell | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Scott Rauscher | (773) 702-9611 |
| Matt Topic | futterman@uchicago.edu |
| Julia Rickert | |
| Tara Thompson | Hayden Johnson* |
| Lindsay Hagy | Katie Schwartzmann* |
| Jordan Poole | Conor Gaffney* |
| Dominique Gilbert | PROTECT DEMOCRACY PROJECT |
| Justin Hill | 2020 Pennsylvania Ave NW, Ste 163 |

1

Aaron Tucek
LOEVY + LOEVY
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
LOEVY + LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
LOEVY + LOEVY
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
FIRST DEFENSE LEGAL AID
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org