**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Chicago Headline Club, et al.
                    Plaintiff,

v.                                               Case No.: 1:25−cv−12173
                                                               Honorable Sara L. Ellis

Kristi Noem, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 31, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: Defendants' emergency motion for leave to provide access to body camera videos through cloud−based portal [160] is granted. The Plaintiffs are directed to provide information to Defendants to allow access to the videos. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.