IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, <br> Defendants. | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis |

**CITY OF CHICAGO'S UNOPPOSED MOTION
FOR LEAVE TO FILE AMICUS BRIEF**

The City of Chicago respectfully moves for leave to file its brief as *amicus curiae* in support of plaintiffs' Motion for Preliminary Injunction. A copy of the City's proposed *amicus* brief is attached to this motion as Exhibit A. In support of this motion, the City states as follows:

1. Since "Operation Midway Blitz" began in September 2025, agents from U.S. Immigration and Customs Enforcement ("ICE") and other federal agencies have interacted with the public in highly aggressive ways. While much of this activity initially occurred in the context of protests outside a detention facility in Broadview, Illinois, it has increasingly spread throughout Chicago, interfering with the daily lives of all those who live and work here. The City of Chicago has a vital interest in ensuring that everyone within its borders going about their daily lives or exercising First Amendment activity in response to ICE activity can do so freely, without fear of being victimized by the use of tear gas, smoke grenades, and other extreme measures.

2. The City's proposed *amicus* brief will assist the court in assessing the balance of harms, which weighs heavily in favor of a preliminary injunction. With growing intensity, masked federal agents are striking fear in the community, interfering with First Amendment rights, and

1

physically harming individuals exercising those rights. Confrontations between ICE agents and members of the public have occurred in the Chicago neighborhoods of South Shore, Pilsen, East Side, Avondale, Albany Park, Brighton Park, Lakeview, Little Village, Logan Square, and Old Irving Park – just to name a few. ICE activity has included interfering with drop-off and pick-ups of school children, trips to retail stores, and even a Halloween parade. Federal agents go about in masks, concealing their identities. They have fired weapons and deployed tear gas without warning and a chance to disperse, affecting protesters, onlookers, and even children.

3. The City's proposed amicus brief shows why injunctive relief is necessary. Measures as simple as requiring proper identification of officials and use of body-worn cameras are necessary to ensure accountability. And serious restrictions on the use of firearms, as well as tear gas and other chemical agents, are necessary to keep Chicagoans safe.

4. Plaintiffs and Defendants have consented to the filing of this motion and do not oppose the City's submission of an *amicus* brief.

WHEREFORE, the City of Chicago respectfully requests that this court grant it leave to file the attached brief as *amicus curiae*.

Dated: October 31, 2025

Respectfully submitted,

Mary B. Richardson-Lowry
Corporation Counsel of the City of Chicago

By: /s/ *Chelsey Metcalf*
Chelsey Metcalf
Stephen Kane
Rebecca Hirsch
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: (313) 744-9484
stephen.kane@cityofchicago.org

chelsey.metcalf@cityofchicago.org
rebecca.hirsch2@cityofchicago.org