IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) |
| | ) No. 25-cv-12173 |
| *Plaintiffs,* | ) |
| | ) Hon. Sara L. Ellis, |
| v. | ) District Judge |
| | ) |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS SUPPORTING THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL UNDER RULE 26.2(c)**

Defendants, by their attorneys and pursuant to Local Rule 26.2(c), move for leave to file exhibits 2 and 4–45 to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction under seal. In support of this motion, Defendants state as follows:

1. This case brings various claims alleging violations of the United States Constitution, Religious Freedom Restoration Act, and Administrative Procedure Act.

2. Plaintiffs filed a motion for preliminary injunction on October 22, 2025. ECF No. 86.

3. Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction is due today. *See* ECF No. 51.

4. Defendants' exhibits 10-11, 13-15, and 31-45 consist of reports from United States Customs and Border Protection addressing incidents involving use of force in and around Chicago, and similar documents. The Court has previously directed that these materials be filed under seal.

1

*See* ECF No. 146.

5. Defendants' exhibits 2, 4–9, 12, and 16–30, are documents from United States Immigration and Customs Enforcement addressing incidents at the Broadview facility, and violent and illegal activity that poses threats to federal personnel or property. Like the similar reports from United States Customs and Border Protection that the Court has previously directed be filed under seal, *see* ECF No.146, the ICE documents contain law enforcement sensitive information and sensitive personal identifying information that could harm the law enforcement interests of the United States and the privacy and safety of the identified individuals if made public. *See, e.g.*, Declaration of Russell Hott, filed in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, ¶¶ 34, 52-53; Declaration of Daniel I. Parra filed in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, ¶ 30; *Nightingale v. U.S. Citizenship & Immigr. Servs.*, 507 F. Supp. 3d 1193, 1213 (N.D. Cal. 2020) (sealing information including "the private contact information of ICE and USCIS employees" because "disclosure. . .would cause unnecessary harm and subject them to harassment" is "compelling reason to keep personal identifying information sealed"); *United States v. Zambrano*, No. 1:20-CR-00049, 2021 WL 3709194, at *2 n.3 (N.D. Ill. Aug. 21, 2021) (concluding "sensitive law-enforcement information from the [Homeland Security Investigations] task force, should be kept under seal"); *see also* Fed. R. Civ. P. 26(c) ("the court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, [or[ oppression[.]").

7. Defendants move to seal file exhibits 2 and 4–45 to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction pursuant to Local Rule 26.2(c). Absent a court order, the records filed by Defendants will be open to the public.

9. The parties have conferred and Plaintiffs do not oppose this motion.

2

WHEREFORE, Defendants request that the Court grant Defendants leave to file exhibits 2 and 4–45 to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction under seal.

Dated: October 31, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General

*/s/ Andrew I. Warden*
ANDREW WARDEN (IN Bar 23840-49)
Assistant Director
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470

*Counsel for Defendants*