**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Chicago Headline Club v. Noem

Case Number: 25-cv-12173

An appearance is hereby filed by the undersigned as attorney for:

Federal defendants

Attorney name (type or print): Jeremy S.B. Newman

Firm: U.S. Department of Justice, Civil Division, Federal Programs Branch

Street address: 1100 L Street N.W.

City/State/Zip: Washington, DC 20005

Bar ID Number: DC Bar No. 1024112
(See item 3 in instructions)

Telephone Number: (202) 532-3114

Email Address: jeremy.s.newman@usdoj.gov

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 3, 2025

Attorney signature: S/ Jeremy S.B. Newman
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023