# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago Headline Club, et al.
                          Plaintiff,

v.                                               Case No.: 1:25−cv−12173
                                                       Honorable Sara L. Ellis

Kristi Noem, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the City of Chicago's unopposed motion for leave to file amicus brief [167]. The Court grants Plaintiffs' counsel's motion for leave to appear pro hace vice [165]. The Court grants Defendants' motion for leave to file under seal [171]. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.