IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 25-cv-12173 |
| ) | Hon. Sara L. Ellis |
| v. ) | |
| ) | |
| KRISTI NOEM, Secretary, U.S. Department of ) | |
| Homeland Security, in her official capacity, et ) | |
| al. ) | |
| ) | |
| Defendants ) | |

**Plaintiff BLOCK CLUB CHICAGO's Disclosures Pursuant to FRCP 7.1 and LR 3.2**

Plaintiff BLOCK CLUB CHICAGO has no affiliates pursuant to LR 3.2 and no parent or 10% or greater owner pursuant to FRCP 7.1.

/s/ Matt Topic
*One of the Attorneys for Plaintiffs*

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Locke Bowman | **MANDEL LEGAL AID CLINIC** |
| Steve Art | University of Chicago Law School |
| Heather Lewis Donnell | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Scott Rauscher | (773) 702-9611 |
| Matt Topic | futterman@uchicago.edu |
| Julia Rickert | |
| Tara Thompson | Hayden Johnson* |
| Lindsay Hagy | Katie Schwartzmann* |
| Jordan Poole | Conor Gaffney* |
| Alyssa Martinez | **PROTECT DEMOCRACY PROJECT** |
| Dominique Gilbert | 2020 Pennsylvania Ave NW, Ste 163 |
| Justin Hill | Washington DC 20006 |
| Aaron Tucek | (202) 579-4582 |

**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

** Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org