IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | No. 25-cv-12173 |
| ) | Hon. Sara L. Ellis |
| v. ) | |
| ) | |
| KRISTI NOEM, Secretary, U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

# EXHIBIT A

Filed Under Seal