IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | No. 25-cv-12173 |
| | ) | Hon. Sara L. Ellis |
| v. | ) ) | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) | |

# EXHIBIT C

Filed Under Seal