IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) No. 25-cv-12173 |
| | ) **Hon. Sara L. Ellis** |
| v. | ) |
| | ) |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

# EXHIBIT D

Filed Under Seal