IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) |
| *Plaintiffs,* | ) No. 25-cv-12173 |
| v. | ) Hon. Sara L. Ellis |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, et al. | ) |
| *Defendants* | ) |

**PLAINTIFFS' MOTION FOR ENTRY OF ORDER ALLOWING EQUIPMENT INTO EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE FOR THE DEPOSITION OF DEFENDANT GREGORY BOVINO**

NOW COME, Plaintiffs, Chicago Headline Club, et al., by their undersigned attorneys, and respectfully requests the entry of an order allowing equipment into the Everett McKinley Dirksen United States Courthouse for the deposition of Defendant Gregory Bovino. In support of this motion, Plaintiffs state as follows:

1. On October 23, Plaintiffs were granted leave by the Court to depose Defendant Bovino. Dkt.87.

2. The deposition was scheduled to proceed on October 30, 2025 at the Everett McKinley Dirksen United States Courthouse at the request of the United States Attorney's Office. See Notice, attached as Exhibit A.

3. On October 30, Defendant Bovino's deposition was commenced and continued to November 3, 2025.

4. On November 3, Defendant Bovino's deposition was again commenced and continued to November 4, 2025 at the Everett McKinley Dirksen United States Courthouse.

5. A court order is required for the stenographer's and videographer's equipment to be brought into the courthouse. In compliance with this Court's standing order, a proposed order is attached as Exhibit B.

WHEREFORE, Plaintiffs, Chicago Headline Club, et al., seek an order from this Court permitting representatives of Kentuckiana Court Reporters leave to bring certain identified electronic devices into the Everett McKinley Dirksen United States Courthouse to complete the deposition of Defendant Gregory Bovino.

Dated: November 3, 2025

Respectfully submitted,

/s/ Steve Art
Steve Art

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org