Docusign Envelope ID: 221B8EE7-7883-4821-8462-4D5FEF5936AF

# DECLARATION OF KERRY LITTEL

I, Kerry Littel, declare as follows:

1. My name is Kerry Littel. I am over the age of 18 and competent to testify.

2. I am a resident of Evanston, Illinois, and have lived in this community for almost twenty years.

3. I work as a librarian and as an education consultant.

4. I live near the intersection Asbury Avenue and Oakton Avenue.

5. Chute Middle School, a 6th to 8th grade school, is located near that intersection as well.

6. On Friday October 31, 2025, around 12p.m. I heard noises, including honking and whistling in my neighborhood.

7. I knew that ICE and other federal immigration agents were in Evanston that day. Earlier that morning, my neighbor informed me that landscapers had been detained and taken from the alley near our home.

8. When I heard the noises, I left my home and walked a short distance to Asbury Avenue near the intersection of Oakton Avenue.

9. I went to the area because I was a concerned community member.

10. As I approached, I observed what appeared to be more than a dozen members of the community on the road and sidewalk on Asbury Avenue.

11. There were also a number of federal immigration agents dressed in fatigues and wearing vests. I believed to be part of Customs and Border Patrol, although I am not sure.

12. I saw a red car that appeared to have collided in the rear end with one of the SUVs that was being driven by the federal immigration agents.

**EXHIBIT 136**

13. When I saw that the agents were detaining people, I decided to record what I saw happening to document and bear witness. I felt that this was something I needed to do.

14. When I first saw what was occurring, the federal agents had pulled off the young man's shoes. The young man was on all fours and the agents were on top of him appearing to wrestle him to the ground.

15. There was also a woman on the street on her back and there was a federal agent over her.

16. I walked around to the passenger side of the vehicles where I saw other federal agents arresting a woman inside of the SUV. She appeared to be bent over.

17. I then walked back around to the drivers' side of the SUV.

18. It appeared to me that the federal agents were twisting the young man's wrist and arm in a violent manner as he was lying on the street. It also appeared to me that the young man was moving in response to his wrist and arm being twisted in what appeared to be in pain. Another agent was assisting by the young man's legs.

19. One federal agent took out a can of what appeared to be some kind of chemical spray and he threatened to use it on us, ordering us to back-up or we will get sprayed.

20. I backed up.

21. I also stopped recording after the federal agents yelled.

22. A true and accurate copy of the first video I took when I arrived on the scene is attached as Exhibit A.

23. Then, I saw the federal agent who was wearing sunglasses, sitting on top of the young man grab the young man's head and bash his head on the street at least two times.

24. I was shocked by the level of violence I had just observed so I started to record again with my cellphone to document what I was witnessing.

25. Then, I saw the same federal agent strike the young man in his head with his hand or fist at least two times, which I filmed on my cell phone.

26. Next, I heard the young man state that he could not breathe.

27. I screamed and others observing were yelling for the federal officer to stop.

28. I wanted to document what was happening because I could not do anything else to stop what was happening. The violence I was witnessing was being perpetrated by federal agents with guns and chemical spray and physical force. All I could do was record what was happening.

29. A true and accurate copy of the video I took of a part of what I had observed is attached as Exhibit B.

30. I then saw the federal agents pick the young man off the road.

31. The young man looked dazed to me and also that he was in need of medical attention.

32. The federal agents put the young man in their SUV.

33. Once the Evanston Police Department Officers arrived, I stopped recording.

34. A true and accurate copy of the third video I took is attached as Exhibit C.

35. At some point during this incident, the federal agents deployed pepper spray on the crowd that was gathered.

36. I have lived in Evanston for almost 20 years and I have never felt unsafe or at risk until October 31st, 2025. I felt very unsafe of physical harm and danger because of the federal agents that came into my neighborhood with guns and other weapons and I witnessed them assault a young man in a violent and horrific manner.

37. Based on what happened on October 31st, I am now fearful for myself and for anyone else because I don't know what might happen next time. The federal agents I observed that day used a level of violence that seemed unchecked and I am fearful of what might happen the next time.

38. I am not going to seek out a situation in the future like this one because it puts me at risk of harm. At the same time, if I happen to be present at another incident, I will feel compelled to do what I did this time because it my right to do so.

39. Finally, I am now fearful in a way I have never felt before because of the level violence and disruption that these federal agents brought to my community that I have never before witnessed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/3/2025
_____
Date

*Signed by:*

*kerry littel*

9082A012DE7D458...

Kerry Littel

# EXHIBIT A

**Available at: <https://spaces.hightail.com/space/hHtrXkj6em>**

# EXHIBIT B

**Available at: <https://spaces.hightail.com/space/hHtrXkj6em>**

# EXHBIT C

**Available at: https://spaces.hightail.com/space/hHtrXkj6em**