Docusign Envelope ID: 655609B0-8905-4AD3-8D8E-484B0A1C5AE0

# **DECLARATION OF KELLY MACK**

I, Kelly Mack, declare as follows:

1. My name is Kelly Mack. I am over the age of 18 years old and competent to testify.

2. I am a resident of Evanston, Illinois, and have lived in this community for 13 years.

3. I own a bicycle shop in the community and have one child.

4. Almost every day I ride my bicycle through my neighborhood.

5. On Friday, October 31, 2025, around 11:00 am I was riding my bicycle through my neighborhood.

6. As I was biking, I heard about 15-20 minutes of helicopter noise, which is unusual for my neighborhood.

7. I then heard whistles and rode my bicycle towards the noise on Colfax and Bennett.

8. Lincolnwood Elementary School, a Kindergarten through 5th grade school, is located at this intersection.

9. I previously taught a bike safety program in the classroom whose windows looked out over the intersection where we were standing.

10. I knew, from being in that classroom previously, that it was a kindergarten classroom.

11. When I arrived on the scene, I saw my neighbor Clark talking to two federal immigration agents dressed in fatigues wearing vests and face coverings.

12. Clark lives nearby and has children that attend Lincolnwood Elementary School.

13. I started to video record on my cell phone.

14. A true and accurate copy of the video I took is attached as Exhibit A.

**EXHIBIT 137**

15. I could not hear exactly what Clark was saying, but I believe he said something about the agents' face coverings. From what I know of Clark, I do not believe he would say anything threatening or violent.

16. I witnessed immigration agents shove Clark.

17. The agents did not give a warning or otherwise tell Clark to move back before they shoved him.

18. After agents shoved Clark off the road, a black SUV drove by with federal agents leaning out the windows and yelling "out of the way."

19. The agents wore fatigues, vests, and face coverings. They stood in the crosswalk again.

20. Two more large cars full of federal agents drove by.

21. I was surprised to see so many cars full of federal agents driving through our neighborhood.

22. Clark stood behind the federal agents but did not block the path of the cars.

23. The agents again shoved Clark into the sidewalk.

24. They gave no audible warning before touching him.

25. The agents' mouths were covered by face coverings, so even if they were speaking, it would not have been possible to understand what they said.

26. A fourth car, a white SUV, stopped at the intersection.

27. A federal agent in fatigues, a vest, and a face covering, exited the vehicle from the passenger side while holding a pepperball launching system.

28. I was scared because I knew the agent was holding a weapon just feet away from a kindergarten classroom. I yelled "there are kindergarteners in that classroom right there!"

29. The white SUV turned down the street and stopped at the intersection. A fifth car drove down the street.

30. The two federal agents who had shoved Clark got into the white SUV.

31. In my neighborhood, it is common for neighbors to be out walking their dogs or jogging. Several passersby had gathered to watch the interaction.

32. My child goes to school a few blocks away. I would never bring my child to witness and protest federal agents in my community because I am afraid that agents will be violent.

33. I know that my husband and family fear for my safety when I witness and record federal agents in our community.

34. I saw videos of what federal agents did just one hour later in my neighborhood and it scares me. I am frightened about what might happen if I continue to witness and protest federal agents in my neighborhood.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/3/2025
_____
Date

*Kelly Mack*
_____
Kelly Mack

# EXHIBIT A

Available here: https://spaces.hightail.com/space/Y1GuNfhSaQ