Docusign Envelope ID: 55B91C8B-8F87-407A-9D74-B9663A8D1BDA

**Declaration of David Brooks**

I, David Brooks, declare as follows:

1. My name is David Brooks. I am above 18 years of age and am competent to make this declaration. I reside in Evanston, Illinois near Oakton and Asbury.
2. On Friday, October 31, 2025, at around 10:30 a.m., I received alerts that federal immigration agents might be present near the schools in my neighborhood.
3. I went to Oakton Elementary to sit and observe and make sure people were aware of what I believed was ICE presence.
4. After I stayed at the school for a while, I hopped on my bike and rode around the neighborhood. I then biked back home for a work meeting. I made it home and was then alerted of agent presence again. I went back outside and made it less than half a block before I saw cars stop, a bunch of people yelling, and people blowing whistles. One car had crashed into a car that appeared to be a Border Patrol agent's vehicle.
5. Around 12:15, I saw a Border Patrol agent violently shoving a woman into the car, and two or three individuals on the side of the street. I put down my bike, began to record, and began yelling at the border patrol agents.
6. As I was filming them shoving her in the car, one unmasked agent wearing sunglasses turned and looked at me and said, "step back or I'm going to shoot you." The back of the agent's vest said "Police, U.S. Border Patrol." I took a step back and said "you're gonna what?"
7. He then pulled out his pistol from his holster and pointed it directly at me. I was startled and stepped back again. He holstered the gun.
8. Below is an image of the agent pointing the gun at me from my video:

**EXHIBIT 138**

Docusign Envelope ID: 55B91C8B-8E87-407A-9D74-B9663A8D1BDA



9. I continued filming because the agents were still behaving violently. I asked for their name and badge number, and they refused to answer. They eventually got the woman in the car. I continued to follow the individual at a distance as they went around to the driver's side.
10. I kept asking for the agent's name and badge number and received no response. The crowd continued to yell things like "stop, you can't do that."
11. I then witnessed a young man on the ground with his face being pressed to the ground and an agent putting his knee on the young man's back or neck. The young man looked like he had a bad rash from being forced to the ground. His face looked beat up. I asked for a supervisor, and nobody answered.
12. I approached one masked border patrol agent and pointed out the man who had pointed a gun at me and asked for a supervisor. He just responded with "move back."
13. Additional agents attempted to keep the crowd at bay. They were wearing camouflage head to toe. Most were wearing masks. At some point, they gave a dispersal warning and proceeded to set off pepper spray or mace. Although I didn't see the pepper spray/mace, it got in my wife's eyes and a man my wife helped.
14. More agents in camouflage gear from head to toe then showed up and held rifles. Someone on my right said something and an agent slightly raised his rifle at him. The police department then showed up. I told the police that the man had pointed a gun at me. The police then told everyone to get off of the street.
15. I had trouble navigating what to tell my children and was concerned for the wellbeing of community members because of this incident. I am now hypervigilant

when I see unmarked vehicles, and I feel more concerned about my safety when observing and protesting federal immigration agents.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 11/3/2025

Signed by:

*David J. Brooks*

804CD4A6BED6468...

David Brooks

# EXHIBIT A

**Available at: https://spaces.hightail.com/space/ERClkyY4Cj**