`IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 25-cv-12173 |
| | ) | |
| v. | ) | Hon. Sara Ellis |
| | ) | |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

| Ex. No. | Name/Description |
|---|---|
| 98 | E-Star Incident Report (CBP 1-16) |
| 99 | E-Star Incident Report (CBP 17-38) |
| 100 | Oct. 30, 2025 Deposition of Gregory Bovino |
| 101 | Oct. 29, 2025 Deposition of Russell Hott |
| 102 | Oct. 23, 2025 Fox News Interview Transcript |
| 103 | Evolving Situation Report (CBP 283-286) |
| 104 | Oct. 24, 2025 Telemundo Interview Transcript |
| 105 | Little Village BWC (REL 147) |
| 106 | Little Village Helicopter Footage (REL 146) |
| 107 | Little Village BWC (REL 148) |
| 108 | Evolving Situation Report (CBP 357-359) |
| 109 | Albany Park BWC (REL 116) |
| 110 | Oct. 12, 2025 Axon BWC (D01A2669A) |
| 111 | Oct. 12, 2025 Axon BWC (X60AB340G) |
| 112 | Oct. 12, 2025 Axon BWC (X60A94550) |
| 113 | Oct. 24, 2025 Axon BWC (D01A2282F) |
| 114 | Lakeview BWC (REL 156) |

| | |
|---|---|
| 115 | Declaration of George Witchek |
| 116 | Old Irving Park BWC (REL 86) |
| 117 | E-Star Incident Report (CBP 401-420) |
| 118 | Oct. 14, 2025 Axon BWC (X60A79913) |
| 119 | Oct. 14, 2025 Axon BWC (D01A2277Q) |
| 120 | Oct. 14, 2025 Axon BWC (D01A4281B) |
| 121 | USBP Firearm Discharge Report (CBP 156-162) |
| 122 | Oct. 31, 2025 Deposition of Daniel Parra |
| 123 | Oct. 4, 2025 Axon Body Worn Camera (D01A32322) |
| 124 | Declaration of Alderwoman Julia Ramirez |
| 125 | Oct. 1, 2025 Email (ICE 335-336) |
| 126 | Oct. 23, 2025 CBS Interview Transcript |
| 127 | Oct. 23, 2025 CBS Interview Video |
| 128 | Oct. 8, 2025 CNN Interview Transcript |
| 129 | Oct. 8, 2025 CNN Interview Video |
| 130 | Gregory Bovino X Posts |
| 131 | Oct. 28, 2025 Video from bsky |
| 132 | Nov. 2, 2025 Trump 60 Minutes Interview |
| 133 | Oct. 3, 2025 Video from Reddit |
| 134 | Declaration of Kent Whitney |
| 135 | Declaration of Pastor Benjamin Squires |
| 136 | Declaration of Kerry Littel |
| 137 | Declaration of Kelly Mack |
| 138 | Declaration of David Brooks |
| 139 | Sep. 19, 2025 Broadview Security Footage |
| 140 | Nov. 2, 2025 Bovino X post re: Pastor Black's statements at Broadview |
| 141 | Gabriel Deposition from Index (excerpt) |
| 142 | ICE Use of Force Policy (ICE 14-26) |
| 143 | Arrest Chart as of Oct. 31, 2025 |
| 144 | Gov't Motion to Dismiss Complaint against Cole Sheridan |

145                        Declaration of Bruce Turner

CHICAGO HEADLINE CLUB et al.

                        By:    /s/ Elizabeth Wang
                                    *One of Plaintiffs Attorneys*

*Counsel for Plaintiff*

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Locke Bowman | **MANDEL LEGAL AID CLINIC** |
| Steve Art | University of Chicago Law School |
| Heather Lewis Donnell | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Scott Rauscher | (773) 702-9611 |
| Matt Topic | futterman@uchicago.edu |
| Julia Rickert | |
| Tara Thompson | Hayden Johnson* |
| Lindsay Hagy | Katie Schwartzmann* |
| Jordan Poole | Conor Gaffney* |
| Dominique Gilbert | **PROTECT DEMOCRACY PROJECT** |
| Justin Hill | 2020 Pennsylvania Ave NW, Ste 163 |
| Aaron Tucek | Washington DC 20006 |
| **LOEVY + LOEVY** | (202) 579-4582 |
| 311 N. Aberdeen Street | *\* Admitted pro hac vice* |
| Chicago, Illinois 60647 | |
| (312) 243-5900 | Daniel Massoglia |
| steve@loevy.com | Hannah C. Marion |
| | **FIRST DEFENSE LEGAL AID** |
| Elizabeth Wang | 601 S. California Ave. |
| Isaac Green | Chicago, IL 60612 |
| **LOEVY + LOEVY** | (336) 575-6968 |
| 2060 Broadway, Ste. 460 | daniel@first-defense.org |
| Boulder, CO 80302 | hannah@first-defense.org |
| | |
| David B. Owens | Kevin M. Fee, Jr. |
| **LOEVY + LOEVY** | Rebecca Glenberg |
| ℅ Civil Rights and Justice Clinic | Hirsh Joshi |
| University of Washington Law School | Priyanka Menon |
| William H. Gates Hall, Suite 265 | **ROGER BALDWIN FOUNDATION OF** |
| Seattle, WA 98145-1110 | **ACLU, INC.** |
| | 150 N. Michigan, Suite 600 |
| Wallace Hilke | Chicago, IL 60601 |
| **COMMUNITY JUSTICE AND CIVIL** | (312) 201-9740 |
| **RIGHTS CLINIC** | kfee@aclu-il.org |

Bluhm Legal Clinic, Northwestern Pritzker
School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

rglenberg@aclu-il.org