

# NO.: 25-CV-12173

# CHICAGO HEADLINE CLUB, ET AL.

# V.

# KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY, ET AL.

# FOX INTERVIEW - OUT OF CONTROL: BORDER PATROL CHIEF FIRES BACK AT DEM MAYOR'S CRAZY TALK



**EXHIBIT 102**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                  HON. SARA L. ELLIS
 4                   NO.: 25-CV-12173
 5
 6
 7         CHICAGO HEADLINE CLUB, ET AL.,
 8                        Plaintiffs
 9
10                           V.
11
12     KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF
13   HOMELAND SECURITY, IN HER OFFICIAL CAPACITY, ET AL.,
14                        Defendants
15
16
17   FOX INTERVIEW - OUT OF CONTROL: BORDER PATROL CHIEF
18           FIRES BACK AT DEM MAYOR'S CRAZY TALK
19
20
21
22
23
24
25
```

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



**502.589.2273** Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

FOX Interview: OUT OF CONTROL- Border Patrol Chief Fires Back at Dem Mayor's Crazy Talk
Case: 1:25-cv-12173 Document #: 190-1 Filed: 11/03/25 Page 3 of 11 PageID #:4023

2

| | | |
|---|---|---|
| 1 | INDEX | |
| 2 | | Page |
| 3 | PROCEEDINGS | 3 |



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  PROCEEDINGS
 2
 3       SANDRA SMITH:  Let's bring in Chief Patrol
 4  Agent Greg Bovino.  We just heard there that you
 5  sat down for questioning.  How did that go?
 6       GREGORY BOVINO:  Well, Sandra, hello, and
 7  thanks for having me.  I've not yet sat down.
 8  That's being scheduled now.  There were other
 9  border patrol agents that sat down with that
10  Federal judge.  My time's coming here.  It will
11  probably be -- probably be within the next week, to
12  -- to answer questions there.
13       SANDRA SMITH:  How do you anticipate that
14  going?
15       GREGORY BOVINO:  Sandra, we go by the law here
16  with the border patrol.  We've done this for 101
17  years now.  We're -- we are well-versed in
18  everything from the use of force to Title VIII
19  immigration law.  What we do is legal, ethical, and
20  moral.  So I -- I think that the -- the hearing
21  will go very well, as long as there's not an
22  extremist judge or some craziness in -- in terms of
23  that.
24       SANDRA SMITH:  Did anything about these
25  encounters that some of those protestors are taking
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  issue with, did anything about them get out of
 2  control, or get out of hand, or you -- go beyond
 3  your control, or go wrong?
 4       GREGORY BOVINO:  Sandra, no.  I was just out
 5  with agents just a couple of minutes ago on the
 6  streets of Chicago, and we had a protest there in
 7  the Little Village area of Chicago just now, and I
 8  watched our agents.  They operate with extreme
 9  professionalism. They do everything right.  I've
10  not seen one instance of something that was out of
11  control or wrong.  We're - - we're well-used to
12  this.  On the border -- remember a lot of this very
13  same thing takes place on the border and it has for
14  decades now.  So we're well -- we're well-versed in
15  it, and I think that we're on good -- good, solid
16  legal footing.
17       SANDRA SMITH:  Okay.  So this is the mayor of
18  that city on ICE in Chicago, and he is making the
19  case that his residents are feeling scared about
20  what is happening there.  Listen.
21            (Audio recording played)
22       BRANDON JOHNSON:  People are afraid.  I mean,
23  that's, you know, no question there.  What the
24  Trump administration is doing is absolutely, first
25  of all, unconstitutional.  Terrorizing working
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  people, you know, is just absolutely abhorrent.
2  I'm going to use every single tool that's available
3  to me to beat back against this occupation that
4  this administration has administered against
5  working people across the country, and Chicago's
6  going to stand firm.
7              (Audio recording stopped.)
8       SANDRA SMITH:  He says that you-all are
9  terrorizing working people, what you're doing is
10 unconstitutional.  How do you respond to the
11 Chicago mayor?
12      GREGORY BOVINO:  Mayor Johnson is so out of
13 touch with his inner city.  We talk with the inner
14 city residents on a daily basis.  They're glad
15 we're there. And as far as terrorizing, if you're a
16 criminal, illegal alien -- or an illegal alien,
17 then you're going to go to jail and be deported.
18 You have the opportunity to use the CBP Home app,
19 free plane ticket home, and $1,000.  That's not
20 terrorizing, that's giving folks a chance to do the
21 right thing.  If they don't do the right thing,
22 we'll arrest them.  And if Mayor Johnson equates
23 that to terrorizing, then that's his fault for, as
24 you say, Sandra, amping up that rhetoric, which
25 often leads to violence against law enforcement.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        SANDRA SMITH:  Well, that's the mayor equating
 2   to terrorism.  The governor of the State of
 3   Illinois is comparing the Trump administration
 4   actions to the Holocaust.  Listen here.
 5             (Audio recording played.)
 6        JB PRITZKER:  People have criticized me for
 7   talking about the Nazi regime -- on the right,
 8   people have criticized me.  It -- it's the one I
 9   know most about because I helped to build a
10   Holocaust museum. People's rights started getting
11   taken away.  People got accused of being
12   immigrants.  This is before the Holocaust really
13   took place.  What I'm saying is that this is how
14   authoritarian regimes do it.
15             (Audio recording stopped.)
16       SANDRA SMITH:  He's made this case before.  He
17   seems to be double, tripling down on that -- on
18   that rhetoric.  Your response.
19        GREGORY BOVINO:  He uses the term
20   "immigrants."  An immigrant is someone that comes
21   into -- into this country legally, someone that we
22   want to come into this country.  We are a country
23   of immigrants.  What he's not saying, and one of
24   the things he does that really appeals to the
25   weaker-minded constituents in Chicago, is he
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

FOX Interview: OUT OF CONTROL: Border Patrol Chief Fires Back at Dem Mayor's Crazy Talk
Case: 1:25-cv-12173 Document #: 190-1 Filed: 11/03/25 Page 8 of 11 PageID #:4028

7

```
 1   equates illegal aliens and criminal illegal aliens
 2   with those immigrants.  And when he does that, it's
 3   -- it's very disingenuous.  And again, it causes
 4   violence against law enforcement.
 5          There's a vast distinction between an
 6   immigrant and an illegal alien.  Here in the border
 7   patrol, ICE, and with our Federal -- our allied law
 8   enforcement partners, we go after those criminal
 9   illegal aliens and illegal aliens.  And if he's --
10   if he calls that a Holocaust, then he's wildly out
11   of control.  And sadly, he never seems to cease
12   surprising me with some of that crazy talk.
13          SANDRA SMITH:  Greg, appreciate you and thanks
14   for being here today.
15          GREGORY BOVINO:  Thank you.
16          SANDRA SMITH:  We'll have you back soon.  All
17   right.
18                 (End of recording)
19
20
21
22
23
24
25
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            CERTIFICATE OF DIGITAL REPORTER
 2                  STATE OF ILLINOIS
 3
 4   I do hereby certify that the said matter was reduced to
 5   type written form under my direction, and constitutes a
 6   true record of the recording as taken, all to the best
 7   of my skill and ability. I certify that I am not a
 8   relative or employee of either counsel, and that I am in
 9   no way interested financially, directly or indirectly,
10   in this action.
11
12
13
14
15
16
17
18
19
20
21
22   KORTNEY CHASE,
23   DIGITAL REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 09/24/2029
25   SUBMITTED ON:  10/28/2025
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

**$**

**$1,000** 5:19

**1**

**101** 3:16

**A**

**abhorrent** 5:1
**absolutely** 4:24 5:1
**accused** 6:11
**actions** 6:4
**administered** 5:4
**administration** 4:24 5:4 6:3
**afraid** 4:22
**Agent** 3:4
**agents** 3:9 4:5, 8
**alien** 5:16 7:6
**aliens** 7:1,9
**allied** 7:7
**amping** 5:24
**anticipate** 3:13
**app** 5:18
**appeals** 6:24
**area** 4:7
**arrest** 5:22
**audio** 4:21 5:7 6:5,15
**authoritarian** 6:14

**B**

**back** 5:3 7:16
**basis** 5:14
**beat** 5:3
**border** 3:9,16 4:12,13 7:6
**Bovino** 3:4,6, 15 4:4 5:12 6:19 7:15
**BRANDON** 4:22
**bring** 3:3
**build** 6:9

**C**

**calls** 7:10
**case** 4:19 6:16
**CBP** 5:18
**cease** 7:11
**chance** 5:20
**Chicago** 4:6,7, 18 5:11 6:25
**Chicago's** 5:5
**Chief** 3:3
**city** 4:18 5:13, 14
**comparing** 6:3
**constituents** 6:25
**control** 4:2,3, 11 7:11
**country** 5:5 6:21,22
**couple** 4:5
**craziness** 3:22
**crazy** 7:12
**criminal** 5:16 7:1,8
**criticized** 6:6,8

**D**

**daily** 5:14
**decades** 4:14

**deported** 5:17
**disingenuous** 7:3
**distinction** 7:5
**double** 6:17

**E**

**encounters** 3:25
**end** 7:18
**enforcement** 5:25 7:4,8
**equates** 5:22 7:1
**equating** 6:1
**ethical** 3:19
**extreme** 4:8
**extremist** 3:22

**F**

**fault** 5:23
**Federal** 3:10 7:7
**feeling** 4:19
**firm** 5:6
**folks** 5:20
**footing** 4:16
**force** 3:18
**free** 5:19

**G**

**giving** 5:20
**glad** 5:14
**good** 4:15
**governor** 6:2
**Greg** 3:4 7:13
**GREGORY** 3:6,15 4:4 5:12 6:19 7:15

**H**

**hand** 4:2
**happening** 4:20
**heard** 3:4
**hearing** 3:20
**helped** 6:9
**Holocaust** 6:4, 10,12 7:10
**home** 5:18,19

**I**

**ICE** 4:18 7:7
**illegal** 5:16 7:1, 6,9
**Illinois** 6:3
**immigrant** 6:20 7:6
**immigrants** 6:12,20,23 7:2
**immigration** 3:19
**instance** 4:10
**issue** 4:1

**J**

**jail** 5:17
**JB** 6:6
**Johnson** 4:22 5:12,22
**judge** 3:10,22

**L**

**law** 3:15,19 5:25 7:4,7
**leads** 5:25
**legal** 3:19 4:16
**legally** 6:21

**Listen** 4:20 6:4
**long** 3:21
**lot** 4:12

**M**

**made** 6:16
**making** 4:18
**mayor** 4:17 5:11,12,22 6:1
**minutes** 4:5
**moral** 3:20
**museum** 6:10

**N**

**Nazi** 6:7

**O**

**occupation** 5:3
**operate** 4:8
**opportunity** 5:18

**P**

**partners** 7:8
**patrol** 3:3,9,16 7:7
**people** 4:22 5:1,5,9 6:6,8,11
**People's** 6:10
**place** 4:13 6:13
**plane** 5:19
**played** 4:21 6:5
**PRITZKER** 6:6
**PROCEEDINGS** 3:1
**professionalism** 4:9

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**protest** 4:6
**protestors** 3:25

**Q**

**question** 4:23
**questioning** 3:5
**questions** 3:12

**R**

**recording** 4:21 5:7 6:5,15 7:18
**regime** 6:7
**regimes** 6:14
**remember** 4:12
**residents** 4:19 5:14
**respond** 5:10
**response** 6:18
**rhetoric** 5:24 6:18
**rights** 6:10

**S**

**sadly** 7:11
**Sandra** 3:3,6, 13,15,24 4:4,17 5:8,24 6:1,16 7:13,16
**sat** 3:5,7,9
**scared** 4:19
**scheduled** 3:8
**single** 5:2
**SMITH** 3:3,13, 24 4:17 5:8 6:1, 16 7:13,16
**solid** 4:15

**stand** 5:6
**started** 6:10
**State** 6:2
**stopped** 5:7 6:15
**streets** 4:6
**surprising** 7:12

**T**

**takes** 4:13
**taking** 3:25
**talk** 5:13 7:12
**talking** 6:7
**term** 6:19
**terms** 3:22
**terrorism** 6:2
**terrorizing** 4:25 5:9,15,20, 23
**thing** 4:13 5:21
**things** 6:24
**ticket** 5:19
**time's** 3:10
**Title** 3:18
**today** 7:14
**tool** 5:2
**touch** 5:13
**tripling** 6:17
**Trump** 4:24 6:3

**U**

**unconstitutional** 4:25 5:10

**V**

**vast** 7:5
**VIII** 3:18

**Village** 4:7
**violence** 5:25 7:4

**W**

**watched** 4:8
**weaker-minded** 6:25
**week** 3:11
**well-used** 4:11
**well-versed** 3:17 4:14
**wildly** 7:10
**working** 4:25 5:5,9
**wrong** 4:3,11

**Y**

**years** 3:17
**you-all** 5:8



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com