Certified Interpreters United

Transcription and Translation of video recording title: *"Conversamos con Gregory Bovino, jefe de la Patrulla Fronteriza en Chicago | Notícias Telemundo"* *"We spoke with Gregory Bovino, Chief of the Border Patrol in Chicago | Telemundo News"*

Total Video Length: 00:04:47

Portion of Video Transcribed and Translated: 00:01:03 - 00:04:28

| | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| **Gregory Bovino, Jefe Patrulla Fronteriza en Chicago (Bovino)** | Did Judge Ellie get hit in the head with a rock, like I did this morning? I had to apply gas this morning, against people. Was she hit in the head with a rock? Maybe she needs to see what that's like before issuing an order like that. | ¿La jueza Ellie recibió un golpe en la cabeza con una piedra, como me pasó a mí esta mañana? Esta mañana tuve que usar gas menos letal contra una multitud. A ella le dieron un golpe en la cabeza con una piedra. Tal vez necesita experimentar eso antes de emitir una orden como esa. |
| **Reporter** | But have you followed her orders? | ¿Pero han cumplido sus órdenes? |
| **Bovino** | We have always followed orders and the rule of law. We are legal, ethical, and moral in everything we do. | Siempre hemos seguido la ley. Somos legales, éticos y morales en todo lo que hacemos. |
| **Reporter** | Some of your agents are being accused of using racial profiling in their arrests. What do you say to that? | Algunos de sus agentes están siendo acusados de usar perfil racial en sus arrestos. ¿Qué dice usted a eso? |
| **Bovino** | I say that's false, negative, false. We have never done it. | Digo que eso es falso, negativo, falso. Nunca lo hemos hecho. |
| **Reporter** | But how do you know if somebody is walking down the street and they are approached by immigration, | ¿Pero cómo saben si una persona que va caminando por la calle y es abordada por |

**Interview of Gregory Bovino**

**EXHIBIT 104**

| | | |
|---|---|---|
| | should they be arrested or not? Do you look at the language they speak, the vehicle they are driving, the place where they are working? What do your agents look for? | inmigración, debería ser arrestada o no? ¿Miran el idioma que habla, el vehículo que conduce, el lugar donde trabaja? ¿Qué buscan sus agentes? |
| **Bovino** | Sure, well, you know, there are many things we can do and observe and look for. I can ask, I can simply, certainly ask someone: "Julio, what is your citizenship?" Very easy, I can ask that. So that would be one indicator. If you say "I am not a citizen," then your going to get arrested. So I would ask what their citizenship is. | Claro, claro bueno, usted sabe, hay muchas cosas que podemos observar. Puedo preguntar, puedo simplemente preguntar: "Julio, ¿cuál es tu ciudadanía?" Muy simple, puedo preguntar eso. Entonces ese sería un indicador. Si dicen "no soy ciudadano", entonces va a ser arrestado. Pues preguntaría cuál es su ciudadanía. |
| **Reporter** | Now, there are also citizens who have ended up arrested even after saying they are citizens. I have spoken to a couple of them. | Ahora, ha habido también ciudadanos arrestados incluso tras decir que lo son. He hablado con un par de ellos. |
| **Bovino** | Ok, but who, where, and when? Because a lot of times we hear this…but, when the story comes out, almost all of the time they are U.S. citizens arrested for assaulting a federal officer of the court. Remember, you have to carry your immigration documents, the required documents, at all times. If you don't have your immigration documents, how are we supposed to know if you are legal or illegal? | Ok, pero ¿quién, dónde y cuándo? Porque muchas veces escuchamos esto, pero, cuando sale la historia resulta que son ciudadanos estadounidenses que fueron arrestados por agredir a un oficial federal. Recuerde que debe llevar documentos, los documentos requeridos, en todo momento. Si no tiene sus documentos de inmigración, ¿cómo se supone que debemos saber si es legal o ilegal? |
| **Reporter** | Do all U.S. citizens have to carry their passport with them so they don't get arrested? | ¿Deben de llevar consigo todos los ciudadanos estadounidenses su pasaporte para no ser arrestados? |
| **Bovino** | No, no it is not necessary. The Immigration and | No, no es necesario. La Ley de Inmigración y |

**Interview of Gregory Bovino**

|  | | |
|---|---|---|
|  | Nationality Act states by Federal Law that you must carry immigration documents, that's under the Immigration and Nationality Act but American citizens are not subject to that law. It is completely different. An American citizen does not have to carry a passport. | Nacionalidad exige, por Ley Federal, que debe portar documentos de inmigración, eso es acorde con La Ley de Inmigración y Nacionalidad, pero ciudadanos americanos no están sujetos a esa Ley. Es completamente diferente. Un ciudadano estadounidense no tiene que llevar pasaporte. |
| **Reporter** | But then, why would an American citizen carry their passport with them if they are an American citizen? | Entonces, ¿por qué llevaría un ciudadano estadounidense su pasaporte si son ciudadanos americanos? |
| **Bovino** | It's up to them I they want to, they don't have to. We're going to determine the immigration status of illegals, illegal aliens. Julio we are very good at that. Again, we have been doing it for 101 years now, we are very good at that. | Es como ellos prefieran. Si quieren, pero no tienen que. Nosotros determinamos el estatus migratorio de ilegales. Somos muy buenos en eso. De nuevo, llevamos 101 años haciéndolo, somos muy buenos en eso. |
| **Reporter** | According to some reports, more than 170 U.S. citizens have been arrested by these ICE operations in the last nine months. So I'm sure you know what you are doing, but there have been some American citizens being detained. | Según algunos reportes, más de 170 ciudadanos estadounidenses han sido arrestados por "ICE" en operaciones en los últimos 9 meses. Entonces, estoy seguro que ustedes saben lo que hacen, pero ha habido algunos ciudadanos estadounidenses que han sido detenidos. |
| **Bovino** | That uhh, excuse me but the media does not do a very good job, and I mean you are doing a good job by asking that question. | Los medios no hacen muy buen trabajo, y me refiero, usted esta haciendo un buen trabajo al preguntarme esa pregunta. Telemundo siempre hace un buen trabajo… |
| **Reporter** | That's what we are doing here… | Eso es lo que estamos haciendo aquí… |
| **Bovino** | Telemundo always does a good job.. by asking | Esta es la primera vez que me preguntan esta |

```
Interview of Gregory Bovino
```

|  | | |
|---|---|---|
|  | questions. This is the first time I've ever been asked that question. Is by Julio, at Telemundo, the very first time I've been asked that question. About the 170 U.S. citizens you mentioned. | pregunta. Es Julio, en Telemundo, la primera vez que me han preguntado esa pregunta… sobre los 170 ciudadanos que usted menciona. |
| **Reporter** | Which question? | ¿Qué pregunta? |
| **Bovino** | About the 170 American citizens…you asked me that… | Sobre los 170 ciudadanos americanos… usted me pregunto eso… |
| **Reporter** | Oh…yeah… | Oh…si… |
| **Reporter** | And, by the way, more than 30 citizens have been arrested not because… or for having offending an officer, but by mistake, and they were held for several days, some of them, and then they were released, yes, but I mean, it has happened… So my question is..you are saying that the use of racial profiling is not happening but most of the arrests are of Latinos and some are American citizens who are Latinos that don't have their documents on them because they are American citizens…so they are being detained. | Y, por cierto, más de 30 ciudadanos han sido arrestados no por haber ofendido a un agente, sino por error, y algunos de ellos permanecieron detenidos durante varios días, alguno de ellos… y luego fueron puestos en libertad, sí, pero quiero decir, que ha ocurrido… Entonces mi pregunta es… usted dice que no se está utilizando el perfil racial, pero la mayoría de los arrestos son de latinos y algunos son ciudadanos estadounidenses de origen latino que no llevan consigo sus documentos porque son ciudadanos estadounidenses... por lo |

```
Interview of Gregory Bovino
```

|  |  | que están siendo detenidos. |
|---|---|---|
| **Bovino** | No, that is not correct. We have arrested citizens, we have arrested citizens that are from 30 countries, not just from Latin America. | No, eso no es correcto. Hemos detenido a ciudadanos... hemos detenido a ciudadanos de 30 países, no solo de América Latina. |

Translator's Jurat Statement:

I, Roxane King, certified by the Administrative Office of the United States Courts for English to Spanish and Spanish to English, MA in written translation and interpreting. Court interpreting and translation from the Ohio Supreme Court Certified Spanish Court Interpreter # 501591, do hereby declare that I have translated: *video recording title: "Conversamos con Gregory Bovino, jefe de la Patrulla Fronteriza en Chicago | Notícias Telemundo" 00:01:03 - 00:04:28* from the English language to the Spanish and Spanish to English language and that were sent to me only. I do not guarantee that the originals are the genuine files or that the information contained in the original files is true. Further I assume no liability for the way the documents are used by the client and any other party including end users of the translation. I hereby certify and attest that this is a true and correct translation to the best of my professional knowledge and ability.
*Translator's Printed name: Roxane King*
*Date: 10/27/25*

**Certified Interpreters United**
 Tel. 216.765.3700
*Fax. 216.765.3702*
*Email: info@courtcertifiediu.com*
*URL www.courtcertifiediu.com*

```
Interview of Gregory Bovino
```