Docusign Envelope ID: EEB67EF6-3C32-493C-AF4F-FAAFF6EB9BB6

**Declaration of George Witchek**

I, George Witchek, declare as follows:

1. My name is George Witchek. I am above 18 years of age and am competent to make this declaration. I reside in the City of Chicago near 3700 N Kildare Ave.
2. On Saturday, October 25, 2025, at 9:45 a.m., I was with my family getting ready for the Halloween Parade. We heard whistles and a commotion outside, and when we looked outside we saw figures wearing camouflage, so I left the house in my duck costume and flip flops to find out what was going on.
3. When I came outside there were between 15 and 30 neighbors yelling, blowing whistles, filming, crying, and telling the camouflaged figures to leave. I joined in on some of the chants, telling the agents that we did not want them there and that they were scaring our children. I did not observe any neighbors threaten any of the agents in any way.
4. I asked my neighbors what was happening and who the figures were, and was told that federal agents had detained a construction worker. I noticed a number of unmarked vehicles in the narrow street and wondered why the agents were still there en masse if they had detained the person they had come for.
5. At approximately 9:55 am, a car began to back up slowly. I was standing at the back right of the car by the taillight.
6. Suddenly and without warning, I was tackled from behind by an officer and hit the ground. He had run at me and tackled me like a football player would. Immediately after, another officer piled on top of me. During one of the two tackles, I hit my head against the ground.
7. Below are images from a video my neighbor took while I was tackled:

**EXHIBIT 115**

Docusign Envelope ID: EEB67EF6-3C32-493C-AF4F-FAAFF6EB9BB6





8. After tackling me, both officers got up off of me. I asked why they had tackled me, but neither responded. I thought they might arrest me, but they let me go.
9. Later, when I went to the hospital, the doctor told me I had received a traumatic brain injury with some lingering effects.
10. Shortly after I was tackled, I saw an agent deploy a canister of tear gas. I observed some of my neighbors with teary eyes and swollen cheeks. The canister also started a small fire in the grass. I didn't see my neighbors do anything threatening that would have required tear gas to be used on our residential street.
11. The officers were wearing heavy gear with helmets and guns around their necks. The backs of their vests said 'police,' but at no point before I was tackled or when teargas was deployed did the agents identify themselves.
12. One of my young children has been asking about what happened and it has been difficult trying to maintain a sense of normalcy for them. There was a sense of unease on Halloween. My child asked me if the agents would come back on Halloween.
13. It was scary to realize these agents are aggressive and willing to cause harm without notice or warning. I am more afraid to observe agents because of what the agents did to me.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 11/2/2025

Signed by:
*[signature]*
0CA2F6444BC0403...

George Witchek

4