Docusign Envelope ID: 0C766780-C5DC-49AB-BA35-17D9BFA6A8F4

## DECLARATION OF ALDERWOMAN JULIA RAMIREZ

I, Julia Ramirez, being over 18 years of age and am competent to make this declaration, declare as follows:

1. I am the Alderwoman for the 12th Ward of Chicago, where I reside.

2. On October 4, 2025, I heard that federal officers had been involved in a car accident and that gunshots had been fired in the Brighton Park neighborhood of Chicago, which is in my District.

3. I proceeded to the scene as quickly as I could.

4. When I arrived I saw a handful of cars with federal agents around them and the Chicago Police Department (CPD) on the scene. There was one civilian in a car with a small dent in the back of it.

5. CPD was holding up traffic and investigating the accident. After about 15 minutes the federal agents took custody of the civilian in his car and moved it.

6. At this point CPD departed.

7. Federal agents began speeding down Kedzie every few minutes, racing through the crowd that had built up. This was generating a reaction from the crowd which was almost hit by the federal officers' vehicles multiple times.

8. As the civilians continued moving out of the way and shouting in response to the reckless driving of the federal agents, the agents began firing pepper balls into the crowd and directly at individuals.

9. I did not discern any threat to the agents from the individuals who were being hit with pepper balls. It seemed to me that they were attempting to generate a reaction from the crowd by driving recklessly and using pepper balls.

10. The civilians were standing apart from the federal agents. People were chanting, waving flags, shouting and engaging other acts of peaceful protest.

11. I was standing off to the side on an incline above the sidewalk.

12. Every 5 to 10 minutes the federal agents would continue to shoot pepper balls at the people protesting. At some point an armored vehicle that looked like a tank arrived with an

**EXHIBIT 124**

agent shooting a pepper ball gun from out of the roof of the vehicle.

13. Shortly after this tank-like vehicle arrived, federal agents threw gas cannisters into the crowd.

14. When I saw the tank-like vehicle arrive, I moved further back away from the scene along with some other people including families with young children.

15. When the gas was deployed I ran and grabbed other people around me because I was afraid for my safety, the safety of unborn child (as I am eight-and-a-half months pregnant), and the safety of all those present.

16. I did not inhale tear gas because I managed to move far enough back and was fortunate that the wind was not blowing in my direction. However, I saw a large number of people including children suffer from the gas, including coughing, wheezing, and crying.

17. I completely left the scene after this occurred and was not able to see the further uses of tear gas and other weapons that I learned about later.

18. This experience has made me more afraid to represent my constituents by responding to scenes like this in the future. I am not confident that I can be safe even if I follow all commands from federal officers and peacefully observe from a distance.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

10/29/2025
_____

Date

Signed by:

*[signature]*
E7EE65F84BF2447...

Julia Ramirez