

# 25-CV-12173

# CHICAGO HEADLINE CLUB, ET AL.

# V.

# KRISTI NOEM, SECRETARY, ET AL.

## CBS NEWS CHICAGO - BORDER PATROL CHIEF GREGORY BOVINO DEFENDS FEDERAL AGENTS' TACTICS IN CHICAGO



**EXHIBIT 126**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                      25-CV-12173
 4
 5
 6
 7           CHICAGO HEADLINE CLUB, ET AL.,
 8                      Plaintiffs
 9
10                         V.
11
12            KRISTI NOEM, SECRETARY, U.S.
13        DEPARTMENT OF HOMELAND SECURITY, IN HER
14               OFFICIAL CAPACITY, ET AL.,
15                     Defendants
16
17
18
19  CBS NEWS CHICAGO - BORDER PATROL CHIEF GREGORY BOVINO
20        DEFENDS FEDERAL AGENTS' TACTICS IN CHICAGO
21
22
23
24
25
```



**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

**502.589.2273** Phone
**502.584.0119** Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CBS NEWS CHICAGO

|    |           |      |
|----|-----------|------|
| 1  | INDEX     |      |
| 2  |           | Page |
| 3  | PROCEEDINGS | 3  |



**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

**502.589.2273** Phone
**502.584.0119** Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1                      PROCEEDINGS
 2
 3        NICOLE SGANGA:  There have been videos, as you
 4   know, of federal agents engaging with protestors at
 5   this facility here in Broadview.  Some show a wide
 6   range of less-than-lethal force deployment, pepper
 7   balls shot into the face of protestors, shooting
 8   from an elevation, agents putting individuals in a
 9   choke hold.  Is that proper use of force?
10        GREGORY BOVINO:  The use of force that I've
11   seen, Nicole -- and I've been here at the Broadview
12   facility during some of those riots in which
13   extremists and others did attack federal law
14   enforcement agents, and the use of force that I've
15   seen has been exemplary, and by exemplary I would
16   say the least amount of force necessary to
17   accomplish the mission.
18        NICOLE SGANGA:  You think use of force here at
19   Broadview has been exemplary?
20        GREGORY BOVINO:  I do.
21        NICOLE SGANGA:  Firing from elevation is within
22   DHS policy?
23        GREGORY BOVINO:  It doesn't matter where you
24   fire from.  An elevation is not a violation of
25   policy. That is a less-lethal device for area
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  saturation. Absolutely.  You bet.
2      NICOLE SGANGA:  Aiming above the waist is
3  within policy?
4      GREGORY BOVINO:  It can be.  If someone strays
5  into a pepper ball, then that's on them.  Don't
6  protest, and don't trespass.
7      NICOLE SGANGA:  When are you mission
8  accomplished in Chicago?
9      GREGORY BOVINO:  You know, I think that when
10 all the illegal aliens utilize the CBP Home app
11 and/or we arrest them all.
12     NICOLE SGANGA:  We also asked Bovino how many
13 agents, whether they be from CBP or ICE, were under
14 investigation for misuse of DHS's policies, their
15 tactics, here on the ground.  Bovino told us he
16 wasn't aware of any.  We asked how many agents had
17 been disciplined and he said, to his knowledge,
18 none.
19     (End of recording)

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
1              CERTIFICATE OF DIGITAL REPORTER
2                      STATE OF ILLINOIS
3
4    I do hereby certify that the said matter was reduced to
5    type written form under my direction, and constitutes a
6    true record of the recording as taken, all to the best
7    of my skill and ability. I certify that I am not a
8    relative or employee of either counsel, and that I am in
9    no way interested financially, directly or indirectly,
10   in this action.
11
12
13
14
15
16
17
18
19   [signature: Kortney J. Chase]
20
21
22   KORTNEY CHASE,
23   DIGITAL REPORTER/NOTARY
24   COMMISSION EXPIRES ON: 09/24/2029
25   SUBMITTED ON: 10/27/2025
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CBS NEWS CHICAGO

6

**A**

Absolutely 4:1
accomplish 3:17
accomplished 4:8
agents 3:4,8,14 4:13,16
Aiming 4:2
aliens 4:10
amount 3:16
and/or 4:11
app 4:10
area 3:25
arrest 4:11
attack 3:13
aware 4:16

**B**

ball 4:5
balls 3:7
bet 4:1
Bovino 3:10,20,23 4:4,9,12,15
Broadview 3:5,11,19

**C**

CBP 4:10,13
CERTIFICATE 5:1
Chicago 4:8
choke 3:9

**D**

deployment 3:6

device 3:25
DHS 3:22
DHS's 4:14
DIGITAL 5:1
disciplined 4:17

**E**

elevation 3:8,21,24
end 4:19
enforcement 3:14
engaging 3:4
exemplary 3:15,19
extremists 3:13

**F**

face 3:7
facility 3:5,12
federal 3:4,13
fire 3:24
Firing 3:21
force 3:6,9,10,14,16,18

**G**

GREGORY 3:10,20,23 4:4,9
ground 4:15

**H**

hold 3:9
Home 4:10

**I**

ICE 4:13
illegal 4:10
individuals 3:8
investigation 4:14

**K**

knowledge 4:17

**L**

law 3:13
less-lethal 3:25
less-than-lethal 3:6

**M**

matter 3:23
mission 3:17 4:7
misuse 4:14

**N**

Nicole 3:3,11,18,21 4:2,7,12

**P**

pepper 3:6 4:5
policies 4:14
policy 3:22,25 4:3
PROCEEDINGS 3:1
proper 3:9
protest 4:6

protestors 3:4,7
putting 3:8

**R**

range 3:6
recording 4:19
REPORTER 5:1
riots 3:12

**S**

saturation 4:1
SGANGA 3:3,18,21 4:2,7,12
shooting 3:7
shot 3:7
show 3:5
strays 4:4

**T**

tactics 4:15
told 4:15
trespass 4:6

**U**

utilize 4:10

**V**

videos 3:3
violation 3:24

**W**

waist 4:2
wide 3:5



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS