

# 25-CV-12173

# CHICAGO HEADLINE CLUB, ET AL.

# V.

# KRISTI NOEM, SECRETARY, ET AL.

# CNN INTERVIEW - MEET THE BORDER PATROL OFFICIAL IN CHARGE OF TRUMP'S CHICAGO CRACKDOWN



**EXHIBIT 128**

```
1        IN THE UNITED STATES DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF ILLINOIS
3                    25-CV-12173
4
5
6
7
8          CHICAGO HEADLINE CLUB, ET AL.,
9                    Plaintiffs
10
11                       V.
12
13          KRISTI NOEM, SECRETARY, U.S.
14    DEPARTMENT OF HOMELAND SECURITY, IN HER
15           OFFICIAL CAPACITY, ET AL.,
16                   Defendants
17
18
19   CNN INTERVIEW - MEET THE BORDER PATROL OFFICIAL IN
20         CHARGE OF TRUMP'S CHICAGO CRACKDOWN
21
22
23
24
25
```



**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Kentuckiana
— COURT REPORTERS —

| | | |
|---|---|---|
| 1 | INDEX | |
| 2 | | Page |
| 3 | PROCEEDINGS | 3 |



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | |
| 3 | GREGORY BOVINO:  There is no sanctuary here in |
| 4 | Chicago. |
| 5 | CNN REPORTER:  This is the man at the center of |
| 6 | Donald Trump's immigration crackdown.  Gregory |
| 7 | Bovino, a 29-year veteran of the U.S. Border Patrol |
| 8 | and sector chief has taken on a new job leading |
| 9 | federal immigration enforcement in Chicago.  He's |
| 10 | leaning on the aggressive playbook he used in the |
| 11 | administration's immigration crackdown in Los |
| 12 | Angeles.  That will now also include National Guard |
| 13 | troops.  Protestors and federal agents have |
| 14 | repeatedly clashed outside the Broadview ICE |
| 15 | facility.  Federal agents were recently boxed in |
| 16 | during routine patrols, and an individual was |
| 17 | arrested this week after allegedly placing a hit on |
| 18 | Bovino, according to the Department of Homeland |
| 19 | Security. |
| 20 | PRISCILLA ALVAREZ:  Now, you've called Chicago |
| 21 | a war zone.  The president has used the word |
| 22 | "insurrection."  Do you think the protests and the |
| 23 | threats against immigration enforcement personnel |
| 24 | are an insurrection against the United States? |
| 25 | GREGORY BOVINO:  Here in Chicago, those threats |


Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   against agents are manifesting in bounties to be
2   paid out by transnational gangs here on American
3   soil. I believe what the president says is
4   absolutely true.  I think it's chaos catastrophe.
5         CNN REPORTER:  The Illinois governor accuses
6   Bovino of inflaming tensions.
7         GOVERNOR JB PRITZKER:  Donald Trump, Kristi
8   Noem, and Gregory Bovino have brought their
9   militarized CBP and ICE agents to the streets of
10  Chicago to cause violence and chaos.
11        CNN REPORTER:  Bovino maintains he's enforcing
12  immigration law and pushed back against critics that
13  argue agents are racially profiling.
14        GREGORY BOVINO:  As per law 287 of the
15  Immigration and Nationality Act says that I can
16  question anyone, anywhere in the United States as to
17  their citizenship.  Priscilla, what's your
18  citizenship?  See, I just did it now, and I can do
19  that anywhere in the United States.  Our border
20  patrol agents are trained to do that.
21        CNN REPORTER:  A recent lawsuit argued agents
22  indiscriminately stopped individuals.  A federal
23  judge said roving patrols identifying who to stop
24  based upon apparent ethnicity alone was illegal.
25  The Supreme Court put that order on hold.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

```
 1        GREGORY BOVINO:  We need reasonable suspicion
 2   to make an immigration arrest.  You notice I did not
 3   say probable cause, nor did I say I need a warrant.
 4   Perhaps you look panicked when you see a border
 5   patrol agent. Perhaps you look scared.  Perhaps your
 6   demeanor changes. Perhaps you're gripping the
 7   steering wheel so tightly that I can see the whites
 8   of your knuckles.  There's a myriad of factors that
 9   we -- that we would look at to develop articulable
10   facts for reasonable suspicion.
11        PRISCILLA ALVAREZ:  So you deny racial
12   profiling?
13        GREGORY BOVINO:  I do.  I do deny that.
14        CNN REPORTER:  One recent flash point was a
15   large overnight raid at a Chicago apartment complex
16   where adults, including U.S. citizens and children,
17   were pulled from their homes.  DHS said it led to 37
18   arrests.
19        GREGORY BOVINO:  When you see a lot of border
20   patrol agents, or ICE agents, or CBP officers, or
21   those allied law enforcement agencies out on the
22   streets, and there are large numbers of them, that's
23   to keep our agents safe against the very real
24   threat.
25        CNN REPORTER:  Bovino's tactics are on full
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  display on social media.  Hollywood-style videos
 2  touting gun-toting patrols that have netted hundreds
 3  of arrests.
 4        GREGORY BOVINO:  Do you think it's a Hollywood
 5  video?  That's real life, so if it looks Hollywood,
 6  you know what?  Maybe they need to pay a little more
 7  attention, those who think it's a little
 8  over-stylized and think it's like that.  Maybe they
 9  should pay a -- more attention to see what's really
10  going on on our nation's borders and in our nation's
11  cities.
12        CNN REPORTER:  And he's clear on his mission,
13  regardless of the city mayor's directives.
14        GREGORY BOVINO:  If they're going to create
15  another sanctuary behind signs, then we'll go behind
16  those signs and ensure that it's not a sanctuary.
17  What a pipe dream that Mayor Johnson has filled the
18  heads of some of his constituents with.  What a pipe
19  dream that is.  We're going anywhere we need to go
20  to affect that Title 8 immigration mission.
21        PRISCILLA ALVAREZ:  Part of the criticism that
22  you've weathered with this is the aggressive tactics
23  in Los Angeles and in Chicago.  How do you respond
24  to critics that say these are -- these are
25  aggressive? There's the slamming of windows.  There
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   are U.S.
 2        citizens that are getting caught up in these
 3   immigration enforcement actions.  What do you say to
 4   that?
 5        GREGORY BOVINO:  You know, folks are free to
 6   criticize.  They're free to armchair quarterback.
 7   When they don't walk a mile in the shoes of law
 8   enforcement, they might want to think a second
 9   before full-blown criticism.  I've heard a lot of
10   that.  Our officers act legally, ethically, and
11   morally in all law enforcement actions, whether it's
12   Los Angeles or Chicago.  So when those -- when those
13   United States citizens are often arrested, whether
14   that's for 18 U.S.C. 111, assault on an federal
15   officer -- there have been dozens and dozens and
16   dozens of those individuals that have assaulted our
17   officers.  You assault an officer, and you're going
18   to jail.  If you try to resist going to jail, then,
19   you know, bad things can happen.  You decide not to
20   roll your window down after you've assaulted a law
21   enforcement officer, you're not going to drive off,
22   Priscilla.  That's not the way that works.  If we
23   need to shatter that window and effect the arrest,
24   then we'll do that.  And that's another thing.
25   We're going to carry out that mission, Priscilla.
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   And that's paramount, or else we shouldn't be here.
 2   We're going to carry that mission out.  So when
 3   someone steps in the way, then that may not --
 4   again, that may not work out well for them.  And if
 5   we need to effect an arrest of a U.S. citizen or
 6   anyone else, then we'll do that.
 7           (End of recording)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

| | |
|---|---|
| 1 | CERTIFICATE OF DIGITAL REPORTER |
| 2 | STATE OF ILLINOIS |
| 3 | |
| 4 | I do hereby certify that the said matter was reduced to |
| 5 | type written form under my direction, and constitutes a |
| 6 | true record of the recording as taken, all to the best |
| 7 | of my skill and ability. I certify that I am not a |
| 8 | relative or employee of either counsel, and that I am in |
| 9 | no way interested financially, directly or indirectly, |
| 10 | in this action. |
| 22 | KORTNEY CHASE, |
| 23 | DIGITAL REPORTER/NOTARY |
| 24 | COMMISSION EXPIRES ON: 09/24/2029 |
| 25 | SUBMITTED ON: 10/27/2025 |

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CNN INTERVIEW

10

**1**

**111** 7:14
**18** 7:14

**2**

**287** 4:14
**29-year** 3:7

**3**

**37** 5:17

**8**

**8** 6:20

**A**

**absolutely** 4:4
**accuses** 4:5
**act** 4:15 7:10
**actions** 7:3,11
**administration's** 3:11
**adults** 5:16
**affect** 6:20
**agencies** 5:21
**agent** 5:5
**agents** 3:13,15 4:1,9,13,20,21 5:20,23
**aggressive** 3:10 6:22,25
**allegedly** 3:17
**allied** 5:21
**ALVAREZ** 3:20 5:11 6:21
**American** 4:2
**Angeles** 3:12 6:23 7:12

**apartment** 5:15
**apparent** 4:24
**argue** 4:13
**argued** 4:21
**armchair** 7:6
**arrest** 5:2 7:23 8:5
**arrested** 3:17 7:13
**arrests** 5:18 6:3
**articulable** 5:9
**assault** 7:14,17
**assaulted** 7:16,20
**attention** 6:7,9

**B**

**back** 4:12
**bad** 7:19
**based** 4:24
**border** 3:7 4:19 5:4,19
**borders** 6:10
**bounties** 4:1
**Bovino** 3:3,7, 18,25 4:6,8,11, 14 5:1,13,19 6:4,14 7:5
**Bovino's** 5:25
**boxed** 3:15
**Broadview** 3:14
**brought** 4:8

**C**

**called** 3:20
**carry** 7:25 8:2

**catastrophe** 4:4
**caught** 7:2
**CBP** 4:9 5:20
**center** 3:5
**CERTIFICATE** 9:1
**chaos** 4:4,10
**Chicago** 3:4,9, 20,25 4:10 5:15 6:23 7:12
**chief** 3:8
**children** 5:16
**cities** 6:11
**citizen** 8:5
**citizens** 5:16 7:2,13
**citizenship** 4:17,18
**city** 6:13
**clashed** 3:14
**clear** 6:12
**CNN** 3:5 4:5,11, 21 5:14,25 6:12
**complex** 5:15
**constituents** 6:18
**Court** 4:25
**crackdown** 3:6,11
**create** 6:14
**criticism** 6:21 7:9
**criticize** 7:6
**critics** 4:12 6:24

**D**

**decide** 7:19
**demeanor** 5:6

**deny** 5:11,13
**Department** 3:18
**develop** 5:9
**DHS** 5:17
**DIGITAL** 9:1
**directives** 6:13
**display** 6:1
**Donald** 3:6 4:7
**dozens** 7:15, 16
**dream** 6:17,19
**drive** 7:21

**E**

**effect** 7:23 8:5
**end** 8:7
**enforcement** 3:9,23 5:21 7:3, 8,11,21
**enforcing** 4:11
**ensure** 6:16
**ethically** 7:10
**ethnicity** 4:24

**F**

**facility** 3:15
**factors** 5:8
**facts** 5:10
**federal** 3:9,13, 15 4:22 7:14
**filled** 6:17
**flash** 5:14
**folks** 7:5
**free** 7:5,6
**full** 5:25
**full-blown** 7:9

**G**

**gangs** 4:2
**governor** 4:5,7
**Gregory** 3:3,6, 25 4:8,14 5:1, 13,19 6:4,14 7:5
**gripping** 5:6
**Guard** 3:12
**gun-toting** 6:2

**H**

**happen** 7:19
**heads** 6:18
**heard** 7:9
**hit** 3:17
**hold** 4:25
**Hollywood** 6:4,5
**Hollywood-style** 6:1
**Homeland** 3:18
**homes** 5:17
**hundreds** 6:2

**I**

**ICE** 3:14 4:9 5:20
**identifying** 4:23
**illegal** 4:24
**Illinois** 4:5
**immigration** 3:6,9,11,23 4:12,15 5:2 6:20 7:3
**include** 3:12
**including** 5:16

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**indiscriminately** 4:22
**individual** 3:16
**individuals** 4:22 7:16
**inflaming** 4:6
**insurrection** 3:22,24

**J**

**jail** 7:18
**JB** 4:7
**job** 3:8
**Johnson** 6:17
**judge** 4:23

**K**

**knuckles** 5:8
**Kristi** 4:7

**L**

**large** 5:15,22
**law** 4:12,14 5:21 7:7,11,20
**lawsuit** 4:21
**leading** 3:8
**leaning** 3:10
**led** 5:17
**legally** 7:10
**life** 6:5
**Los** 3:11 6:23 7:12
**lot** 5:19 7:9

**M**

**maintains** 4:11
**make** 5:2
**man** 3:5

**manifesting** 4:1
**Mayor** 6:17
**mayor's** 6:13
**media** 6:1
**mile** 7:7
**militarized** 4:9
**mission** 6:12, 20 7:25 8:2
**morally** 7:11
**myriad** 5:8

**N**

**nation's** 6:10
**National** 3:12
**Nationality** 4:15
**netted** 6:2
**Noem** 4:8
**notice** 5:2
**numbers** 5:22

**O**

**officer** 7:15,17, 21
**officers** 5:20 7:10,17
**order** 4:25
**over-stylized** 6:8
**overnight** 5:15

**P**

**paid** 4:2
**panicked** 5:4
**paramount** 8:1
**Part** 6:21
**patrol** 3:7 4:20 5:5,20

**patrols** 3:16 4:23 6:2
**pay** 6:6,9
**personnel** 3:23
**pipe** 6:17,18
**placing** 3:17
**playbook** 3:10
**point** 5:14
**president** 3:21 4:3
**Priscilla** 3:20 4:17 5:11 6:21 7:22,25
**PRITZKER** 4:7
**probable** 5:3
**PROCEEDINGS** 3:1
**profiling** 4:13 5:12
**Protestors** 3:13
**protests** 3:22
**pulled** 5:17
**pushed** 4:12
**put** 4:25

**Q**

**quarterback** 7:6
**question** 4:16

**R**

**racial** 5:11
**racially** 4:13
**raid** 5:15
**real** 5:23 6:5
**reasonable** 5:1,10
**recent** 4:21

5:14
**recently** 3:15
**recording** 8:7
**repeatedly** 3:14
**REPORTER** 3:5 4:5,11,21 5:14,25 6:12 9:1
**resist** 7:18
**respond** 6:23
**roll** 7:20
**routine** 3:16
**roving** 4:23

**S**

**safe** 5:23
**sanctuary** 3:3 6:15,16
**scared** 5:5
**sector** 3:8
**Security** 3:19
**shatter** 7:23
**shoes** 7:7
**signs** 6:15,16
**slamming** 6:25
**social** 6:1
**soil** 4:3
**States** 3:24 4:16,19 7:13
**steering** 5:7
**steps** 8:3
**stop** 4:23
**stopped** 4:22
**streets** 4:9 5:22
**Supreme** 4:25
**suspicion** 5:1, 10

**T**

**tactics** 5:25 6:22
**tensions** 4:6
**thing** 7:24
**things** 7:19
**threat** 5:24
**threats** 3:23,25
**tightly** 5:7
**Title** 6:20
**touting** 6:2
**trained** 4:20
**transnational** 4:2
**troops** 3:13
**true** 4:4
**Trump** 4:7
**Trump's** 3:6

**U**

**U.S.** 3:7 5:16 7:1 8:5
**U.S.C.** 7:14
**United** 3:24 4:16,19 7:13

**V**

**veteran** 3:7
**video** 6:5
**videos** 6:1
**violence** 4:10

**W**

**walk** 7:7
**war** 3:21
**warrant** 5:3



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**weathered**  6:22

**week**  3:17

**wheel**  5:7

**whites**  5:7

**window**  7:20, 23

**windows**  6:25

**word**  3:21

**work**  8:4

**works**  7:22

### Z

**zone**  3:21



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com