

**EXHIBIT 130**





