**Brendan Gutenschwager** @BGOnTheScene · Nov 1

"Where are the children? Where are they? Find them, bring them home!" Reverend David Black says in front of a line of police outside the Broadview ICE facility



💬 451    🔁 784    ♡ 2.2K    📊 45K

 **Commander Op At Large CA Gregory K. Bovino** ✓
@CMDROpAtLargeCA

Yes, where are the hundreds of thousands of children the last administration ushered into the country to immediately become lost. Those r the children you're worried about, right? If not, who speaks for them? Thanks for mentioning the children. 🇺🇸🇺🇸

10:26 AM · Nov 2, 2025 · **16K** Views

**EXHIBIT 140**