# EXHIBITS 127, 129, 131, 132 & 133

Available at: https://spaces.hightail.com/space/4VxbTIA8CM