# EXHIBITS
# 98, 99, 100, 101, 103, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 116, 117, 118, 119, 120, 121, 122, 123, 125, 139, 142 & 143

Filed Under Seal