IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) | |
| *Plaintiffs,* | ) ) ) | No. 25-cv-12173 Hon. Sara L. Ellis |
| v. | ) ) | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, et al. | ) ) ) ) | |
| *Defendants* | ) ) | |

## PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiffs, by and through their attorneys, respectfully moves this Court to grant them leave to file their Reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Dkt. 173, in excess of fifteen (15) pages. In support, Plaintiff states:

1. On October 15, 2025, the parties conferred about seeking leave to file excess pages (subject to Court approval, of course), and a schedule of 45 pages for Plaintiff's motion for preliminary injunction; 55 pages for Defendants' response; and 25 pages for Plaintiff's reply.

2. Plaintiffs filed their Motion for Preliminary Injunction October 22, 2025, Dkt 86, which was 45 pages.

3. October 31, 2025, Defendants filed Defendants' Opposition to Plaintiffs Motion for Preliminary Injunction, Dkt 173, which was 55 pages.

4. At the time Plaintiffs conferred with the government about page lengths, and still at the time the motion was filed, Plaintiffs had received no discovery from Defendants.

5. The Court subsequently ordered limited, expedited discovery. Through that

1

discovery, Defendants disclosed 540 pages of ICE documents related on October 28; over 500 pages of CBP reports on October 29 and October 30; video footage from October 23, on October 29; 500 Body Worn Camera videos on October 31; and an external hard drive of videos from Broadview over the weekend on November 1.

6. Defendants also disclosed the declarations of Russell Hott on October 28, and Daniel Parra October 30, the day before their respective depositions.

7. In their response to Plaintiffs' motion for preliminary injunction, on Friday, October 31, Defendants filed 43 of these newly-disclosed documents under seal, Dkt. 172, along the two declarations and two other exhibits as part of their response. Dkt. 173.

8. Plaintiffs have worked tirelessly and around the clock trying to digest even a fraction of the information Defendants have produced, and to account for it in their reply brief. None of this information was known or available to Plaintiffs at the time they filed, and none of it could have been included in the motion for preliminary injunction.

9. As a result, Plaintiffs respectfully request that they be permitted to file up to a 41-page response to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Dkt. 173.

10. Plaintiffs conferred with the government over email and on the phone, but the parties could not reach agreement and Defendants object to this motion.

11. Plaintiffs nonetheless maintain that good cause exists to permit this filing, and that doing so serves judicial economy, as it will enable the Court more time to work through these submissions before the hearing on November 5, and before the expiration of the TRO on November 6.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully requests this

Court grant their motion for leave to file their Response in Opposition to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction in excess of 15 pages, and grant such further relief as this Court deems just and equitable

Dated November 3, 2025: November 3, 2025

    RESPECTFULLY SUBMITTED,

/s/David B. Owens
*One of Plaintiffs' Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
% Civil Rights and Justice Clinic
University of Washington Law School

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi

3

William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org