**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRISTI NOEM, Secretary of U.S. )<br>Department of Homeland Security, in her )<br>official capacity, *et al.*, )<br>)<br>Defendants. ) | No. 25-cv-12173<br>Hon. Sara L. Ellis<br>District Judge |

**PLAINTIFFS' EMERGENCY MOTION TO COMPEL**
**EXPEDITED DISCOVERY OF VIDEO EVIDENCE**

Plaintiffs file this emergency motion seeking an order from the Court compelling Defendants to produce the drone video footage responsive to Plaintiffs' expedited discovery requests. In support of their motion to compel, Plaintiffs state as follows:

1.       Plaintiffs filed a motion for expedited discovery to compel Defendants to produce all video footage responsive to Plaintiffs' requests for production Nos. 2 & 5 as ordered by the Court for the incident October 23, 2025 in Little Village, Chicago, where Defendant Bovino himself deployed tear gas munitions into a crowd. Dkt. 152.

2.       As Plaintiffs motion pointed out, Defendants have posted video montages of this incident to social media. *Id.* ¶¶3-4. Plaintiffs pointed out that Defendants social media included what appears to be body worn camera footage "as well as drone footage" from the October 23rd incident in Little Village. *Id.* The two cited DHS social media videos a relevant to this suit. One Calls the events in Little Village a "riot," *id.* n.2, while another purports to depict a rock being thrown at Bovino, *id.* n.1.

3. The court granted the motion, and required Defendants to produce "both BWC and drone footage" from the "use of force incidents on 10/30/2025 in the Little Village neighborhood" by 9pm on October 29, 2025. Dkt. 159.

4. Defendants refuse to comply with this Court's unequivocal order. Specifically, Defendants have simply refused to produce drone footage from Little Village, despite the Court ordering its production and despite the fact that the Defendants have used it in their social media to support their contentions that the violence in Little Village (and throughout this District) is justified.

5. This refusal to comply with a Court order was not due to inadvertence of the government's need for more time to produce the footage among all the other things happening in this case. Instead, as Plaintiffs have now learned, Defendants have decided not to comply with the Order and have made this decision without asking the Court for relief or reconsideration.

6. In a meet and confer yesterday morning, Defendants confirmed that they refuse to produce *any* drone footage (even the materials they have used in social media that comments on the issues in this case).

7. Because this Court has ordered production of this video, and because it is necessary and important for Plaintiffs to have, Plaintiffs respectfully seek an order from Court compelling Defendants to produce the drone footage from Little Village from October 23, 2025.

WHEREFORE, Plaintiffs respectfully seek an order from the Court ordering Defendants to produce all video footage, including any drone footage of their work in Little Village on October 23, 2025, by November 4, 2025, at 3pm.

By: /s/ David B. Owens
*One of the Attorneys for Plaintiffs*

*Counsel for Plaintiffs*

2

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
⅄ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL
RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker
School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
*Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF
ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org

3