**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) ) ) | |
| *Plaintiffs,* | ) ) | **No. 25-cv-12173** **Hon. Sara L. Ellis** |
| v. | ) ) | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, et al. | ) ) ) ) ) | |
| *Defendants* | ) | |

## PLAINTIFFS' EXHIBIT LIST FOR PRELIMANRY INJUNCTION HEARING

| No. | Name | ID ONLY | Confidentiality status |
|-----|------|---------|------------------------|
| 1 A | Declaration of David Black | | |
| 1 B | Video of David Black being Pepper Sprayed | | |
| 1 C | Videos of David Black being Shot | | |
| 1 D | Rev. Black Photos | | |
| 2 | Declaration of Father Brendan Curran | | |
| 3 | Declaration of Beth Johnson | | |
| 4 | Declaration of Quincy Worthington | | |
| 5 | Declaration of Alderman Byron Sigcho-Lopez | | |
| 6 | Declaration of William Paulson | | |
| 7 | Declaration of Madeline Sullivan | | |
| 8 | Declaration of Leigh Kunkel | | |

| 9 | Declaration of Monica Breslin | | |
|---|---|---|---|
| 10 | Declaration of Daniel Shouse | | |
| 11 | Declaration of Terrence Roche | | |
| 12 | Declaration of Autumn Reidy-Hamer | | |
| 13 | Declaration of Michele Narvaez | | |
| 14 | Declaration of Adam Gottlieb | | |
| 15 | Declaration of Scott Sakiyama | | |
| 16 | Declaration of Charles Thrush | | |
| 17 | Declaration of Raven Geary | | |
| 18 | Declaration of Stephen Held | | |
| 19 | Declaration of Colin Boyle | | |
| 20 | Declaration of Stephanie Lulay | | |
| 21 | Declaration of Paul Goyette | | |
| 22 | Declaration of Shawn Mulcahy | | |
| 23 | Declaration of Dave Decker | | |
| 24 | Declaration of Stephen Griswold | | |
| 25 | Declaration of Andrew Grimm | | |
| 26 | Declaration of Jeff Arnold | | |
| 27 | Declaration of Robert Butler-Bey | | |
| 28 | Declaration of Dimeko Harden | | |
| 29 | Declaration of Jose Juan Alvarado | | |
| 30 | Declaration of Reggie Thompson | | |

| | | | |
|---|---|---|---|
| 31 | Declaration of Brad Thomson | | |
| 32 A | Declaration of Gil Kerlikowske | | |
| 32 B | Charles Thrush Video of October 3, 2025 | | |
| 32 C | Video of October 3, 2025 | | |
| 32 D | Video of September 26, 2025 | | |
| 33 | Declaration of Dr. Rohini Haar | | |
| 34 | Declaration of Brian Orozco | | |
| 35 | William Paulson photos (IMG_1616, 1617, 1653, 1621, 1650) | | |
| 36 | Acting Fire Chief Martin Affidavit (Dkt. 10-3, No. 25-12164) | | |
| 37 | Photos of Beach Street and ICE fence (Dkt. 10-2, No. 25-12164) | | |
| 38 | DHS Memo, "Recent Anti-Law Enforcement Tactics Used in Unlawful Civil Unrest" | | |
| 39 | Supplemental Declaration of Paul Goyette | | |
| 40 | Opinion and Order Granting Motion for Temporary Restraining Order and Temporary Restraining Order, State of Oregon v. Trump, No. 3:25-cv-1756-IM (D. Or. Oct. 4, 2025) | | |
| 41 | Declaration of Enrique Espinoza | | |
| 42 | Declaration of Amanda Yarusso | | |
| 43 | Video of Rev. Black getting pepper sprayed, IMG_7636 | | |
| 44 | Video of Rev. Black getting pepper balled | | |
| 45 | Video of October 3, 2025 at Broadview (Bovino shoving and arresting a protester) | | |

| 46 | Declaration of Trevor Mack | | |
|----|----------------------------|---|---|
| 47 | Declaration of Steve Held (supp) | | |
| 48 | Declaration of Daniel Toerpe | | |
| 49 | Declaration of Farina, David | | |
| 50 | Declaration of Jessie Fuentes | | |
| 51 | Declaration of Jennifer Crespo | | |
| 52 | Declaration of Rudy Villa | | |
| 53 | Declaration of Manuel Garcia | | |
| 54 | Declaration of Juan Munoz | | |
| 55 | Declaration of David Beale | | |
| 56 | Declaration of Matthew Kaplan | | |
| 57 | Declaration of Arely Berrera | | |
| 58 | Declaration of Leslie Cortez | | |
| 59 | Declaration of Abby Holcombe | | |
| 60 | Declaration of Andrea Pedroza | | |
| 61 | Declaration of Beth Peachey | | |
| 62 | Declaration of Maya Rodriguez | | |
| 63 | Declaration of Scott Blackburn | | |
| 64 | Declaration of Walsh, Joselyn | | |
| 65 | Declaration of Vaughan, Ashley | | |
| 66 | Declaration of Ian Sampson | | |
| 67 | Declaration of Evelyn Aguayo | | |

| 68 | Declaration of Raad, Jaymi | | |
|----|----|----|----|
| 69 | Declaration of Robert Held | | |
| 70 | Declaration of Joanna Klonsky | | |
| 71 | Declaration of Alexandria Onion | | |
| 72 | Declaration of Sarah Garza Resnick | | |
| 73 | Declaration of Julie Sampson | | |
| 74 | Declaration of Ellen Toobin | | |
| 75 | Village of Broadview EO | | |
| 76 | Broadview v. DHS memorandum opinion and order | | |
| 77 A | Declaration of Jo-Elle Munchak | | |
| 77 B | Video of Jo-Elle Munchak from October 10, 2025 (Exhibit A) | | |
| 78 A | First Supp. Declaration of Gil Kerlikowske | | |
| 78 B | Video of October 4, 2025 (Brighton Park) | | |
| 79 | Chicago trib: Editorial: Turn on the cameras, Editorial: Turn on the cameras, ICE. What's taking you so long? | | |
| 80 | Chicago trib: Upset neighbors interrupt federal immigration manhunt in Mount Prospect | | |
| 81 | First Supp. Declaration of Ald. Byron Sigcho-Lopez | | |
| 82 A | Declaration of Yohanna Sotelo | | |
| 82 B | Video from Little Village from Otober 23, 2025 from X | | |
| 82 C | Video from Little Village from Otober 23, 2025 from Facebook | | |

| | | | |
|---|---|---|---|
| 83 A | Declaration of John Bodett | | |
| 83 B | Video of John Bodett from October 24, 2025 | | |
| 84 | Declaration of Enrique Bahena | | |
| 85 | Declaration of Chris Gentry | | |
| 86 | Declaration of James Hotchkiss | | |
| 87 | Declaration of Brian Kolp | | |
| 88 | 2025.10.25 video | | |
| 89 | Declaration of Dallas Knapp final | | |
| 90 | Lakeview video | | |
| 91 | Lakeview video | | |
| 92 | Lakeview video | | |
| 93 | Lakeview video | | |
| 94 A | Tara Goodarzi Declaration | | |
| 94 B | Video from Tara Goodarzi 1 from October 10, 2025 | | |
| 94 C | Video from Tara Goodarzi 2 from October 24, 2025 | | |
| 94 D | Video from Tara Goodarzi 3 from October 24, 2025 | | |
| 95 | Lakeview photograph | | |
| 96 | Lakeview video | | |
| 97 | Chicago Trib (aurora) | | |
| 98 | E-Star Incident Report (CBP 1-16) | yes | AEO |
| 99 | E-Star Incident Report (CBP 17-38) | yes | AEO |
| 100 | Deposition of Gregory Bovino of Oct. 30, 2025 | | AEO |

| 101 | Deposition of Russell Hott of Oct. 29, 2025 | | AEO |
|---|---|---|---|
| 102 | Transcript of 10/23/25 Fox News Interview | | |
| 103 | Evolving Situation Report (CBP 283-286) | yes | AEO |
| 104 | Transcript of Telemundo Interview | | |
| 105 | REL 147 (BWC video) - Little Village | | AEO |
| 106 | REL 146 (helicopter video) - Little Village | | AEO |
| 107 | REL 148 (BWC video) - Little Village | | AEO |
| 108 | Evolving Situation Report (CBP 357-359) | yes | AEO |
| 109 | REL 116 (BWC video) - Albany Park | | AEO |
| 110 | Axon_Body_4_Video_2025-10-12_1332_D01A2669A | | AEO |
| 111 | Axon_Body_3_Video_2025-10-12_1337_X60AB340G | | AEO |
| 112 | Axon_Body_3_Video_2025-10-12_1337_X60A94550 | | AEO |
| 113 | Axon_Body_4_Video_2025-10-24_1258_D01A2282F | | AEO |
| 114 | REL 156 (BWC video) - Lakeview | | AEO |
| 115 | Declaration of George Witchek | | |
| 116 | REL 86 (BWC video) - Old Irving Park | | AEO |
| 117 | E-Star Incident Report (CBP 401-420) | yes | AEO |
| 118 | Axon_Body_3_Video_2025-10-14_1119_X60A79913 | | AEO |
| 119 | Axon_Body_4_Video_2025-10-14_1206_D01A2277Q | | AEO |
| 120 | Axon_Body_4_Video_2025-10-14_1130_D01A4281B | | AEO |
| 121 | USBP Firearm Discharge Report (CBP 156-162) | yes | AEO |
| 122 | Deposition of Daniel Parra | | AEO |

| 123 | Axon_Body_4_Video_2025-10-04_1332_D01A32322 | | AEO |
|---|---|---|---|
| 124 | Declaration of Julia Ramirez (alderwoman) | | |
| 125 | 10/1/25 Email (ICE 335-336) | | AEO |
| 126 | Transcript of CBS Interview | | |
| 127 | Video of CBS Interview | | |
| 128 | Transcript of CNN Interview | | |
| 129 | Video of CNN Interview | | |
| 130 | Bovino Tweets | | |
| 131 | Video - yourstorymatters_bsky_social_2025.10.28 at 1.13pm | | |
| 132 | Trump 60 Minutes Interview, 11/2/25 | | |
| 133 | 10/3/25 video from Reddit | | |
| 134 | Declaration of Kent Whitney | | |
| 135 | Declaration of Pastor Benjamin Squires | | |
| 136 A | Declaration of Kerry Littel | | |
| 136 B | Video of Kerry Littel | | |
| 137 A | Declaration of Kelly Mack | | |
| 137 B | Video of Kelly Mack | | |
| 138 A | Declaration of David Brooks | | |
| 138 B | Video of David Brooks | | |
| 139 | Broadview security footage from 9/19/25 | | AEO |
| 140 | Bovino X post, 11/2/25, re: Pastor Black's statements at Broadview | | |

| 141 | Gabriel Deposition from Index (excerpt) | | |
|---|---|---|---|
| 142 | ICE Use of Force Policy (ICE 14-26) | Yes | AEO |
| 143 | Arrest Chart (10/31/25) | | AEO |
| 144 | Gov't Motion to Dismiss Complaint against Cole Sheridan | | |
| 145 | Declaration of Bruce Turner | | |
| 146 | NBC Clip of Bovino "I take my orders" from October 23, 2025 | | |
| 147 | ICE BWC Policy | | |
| 148 | Exhibit 02 ICE_00000338.pdf | Yes | AEO |
| 149 | Exhibit 04 ICE_00000027.pdf | Yes | AEO |
| 150 | Exhibit 05 ICE_00000044.pdf | Yes | AEO |
| 151 | Exhibit 06 ICE_00000094.pdf | Yes | AEO |
| 152 | Exhibit 07 ICE_00000112.pdf | Yes | AEO |
| 153 | Exhibit 08 ICE_00000130.pdf | Yes | AEO |
| 154 | Exhibit 09 ICE_00000148.pdf | Yes | AEO |
| 155 | Exhibit 10 CBP_000017.pdf | Yes | AEO |
| 156 | Exhibit 11 CBP_000546.pdf | Yes | AEO |
| 157 | Exhibit 12 ICE_00000171.pdf | Yes | AEO |
| 158 | Exhibit 13 CBP_000041.pdf | Yes | AEO |
| 159 | Exhibit 14 CBP_000576.pdf | Yes | AEO |
| 160 | Exhibit 15 CBP_000448.pdf | Yes | AEO |
| 161 | Exhibit 16 ICE_00000178.pdf | Yes | AEO |

| 162 | Exhibit 17 ICE_00000200.pdf | Yes | AEO |
|-----|------------------------------|-----|-----|
| 163 | Exhibit 18 ICE_00000221.pdf | Yes | AEO |
| 164 | Exhibit 19 ICE_00000191.pdf | Yes | AEO |
| 165 | Exhibit 20 ICE_00000291.pdf | Yes | AEO |
| 166 | Exhibit 21 ICE_00000229.pdf | Yes | AEO |
| 167 | Exhibit 22 ICE_00000234.pdf | Yes | AEO |
| 168 | Exhibit 23 ICE_00000239.pdf | Yes | AEO |
| 169 | Exhibit 24 ICE_00000261.pdf | Yes | AEO |
| 170 | Exhibit 25 ICE_00000267.pdf | Yes | AEO |
| 171 | Exhibit 26 ICE_00000364.pdf | Yes | AEO |
| 172 | Exhibit 27 ICE_00000367.pdf | Yes | AEO |
| 173 | Exhibit 28 ICE_00000369.pdf | Yes | AEO |
| 174 | Exhibit 29 ICE_00000371.pdf | Yes | AEO |
| 175 | Exhibit 30 ICE_00000355.pdf | Yes | AEO |
| 176 | Exhibit 31 CBP_000067.pdf | Yes | AEO |
| 177 | Exhibit 32 CBP_000615.pdf | Yes | AEO |
| 178 | Exhibit 33 CBP_000061.pdf | Yes | AEO |
| 179 | Exhibit 34 CBP_000108.pdf | Yes | AEO |
| 180 | Exhibit 35 CBP_000093.pdf | Yes | AEO |
| 181 | Exhibit 36 CBP_000078.pdf | Yes | AEO |
| 182 | Exhibit 37 CBP_000116.pdf | Yes | AEO |
| 183 | Exhibit 38 CBP_000134.pdf | Yes | AEO |

| 184 | Exhibit 39 CBP_000360.pdf | Yes | AEO |
|---|---|---|---|
| 185 | Exhibit 40 CBP_000204.pdf | Yes | AEO |
| 186 | Exhibit 41 CBP_000276.pdf | Yes | AEO |
| 187 | Exhibit 42 CBP_000278.pdf | Yes | AEO |
| 188 | Exhibit 43 CBP_000321.pdf | Yes | AEO |
| 189 | Exhibit 44 CBP_000633.pdf | Yes | AEO |
| 190 | Exhibit 45 CBP_000643.pdf | Yes | AEO |
| 191 | Declaration of Russell Hott from 25-cv-12164 | Yes | |
| 192 | Declaration of Eddy Wang and DHS Policy on the Use of Force (Feb. 6, 2023) FROM LA | Yes | |
| 193 | DHS Memo re: Information Regarding First Amendment Protected Activities (May 17, 2019) | Yes | |
| 194 | Declaration of Matthew S. Harvey FROM LA | Yes | |
| 195 | Supplemental Declaration of Brian Szemes FROM LA | Yes | |
| 196 | Declaration of Manuel Molina Jr FROM LA | Yes | |
| 197 | Supplemental Declaration of Roger Scharmen with Use of Force Report FROM LA | Yes | |
| 198 | Declaration of Brian Szemes FROM LA | Yes | |
| 199 | Declaration of Daniel I. Parra from 25-cv-12164 | Yes | |
| 200 | CBP Use of Force Policy ("CBP Policy") | Yes | |
| 201 | Declaration of Kyle C. Harvick FROM LA | Yes | |
| 202 | U.S. Customs and Border Protection Directive: Incident-Driven Video Recording Systems | Yes | |
| 203 | FPS TRO Distribution Email | Yes | |

| 204 | ICE TRO Distribution Email | Yes | |
| 205 | CBP TRO Distribution Letter | Yes | |
| 206 | DOJ TRO Distribution Email | Yes | |
| 207 | Daniel Parra Email re TRO | Yes | |
| 208 | Samuel Olson and Jeff Strauss Email re TRO | Yes | |
| 209 | Jolene Ann Lauria Email re TRO | Yes | |
| 210 | Declaration of Russell Hott (Oct. 28, 2025) | Yes | |
| 211 | Declaration of Parra (Oct. 30, 2025) | Yes | |
| 212 | Update to the Department Policy on the Use of Force | Yes | |
| 213 | DHS use of force (2021) | Yes | |
| 214 | Video of Deposition of Russell Hott (Oct. 29, 2025) | | |
| 215 | Broadview Hott Declaration | Yes | |
| 216 | USA Today Article: Chicago Protestors Push Back (10.3.25) | | |
| 217 | Scudder Declaration | | |
| 218 | Bondi Memo | | |
| 219 | TRO | | |
| 220 | Modified TRO | | |
| 221 | Broadview Maps | | |
| 222 | 9.26 Photos of Broadview | | |
| 223 | ICE Use of Force Policy | | |
| 224 | ICE List Website | | |
| 225 | WGN TV Segment (YouTube) | | |

| 226 | Leadership Advisory Emails | | |
|---|---|---|---|
| 227 | Social Media Threats | | |
| 228 | Death Whistle | | |
| 229 | Bounties | | |
| 230 | Operations Interference | | |
| 231 | Training List (IL 2025) | | |
| 232 | Deposition of Gregory Bovino (Nov. 3, 2025) | | AEO |
| 233 | Deposition of Gregory Bovino (Nov. 4, 2025) | | AEO |
| 234 | Video of Deposition of Gregory Bovino (Oct. 30, 2025) | | AEO |
| 235 | Video of Deposition of Gregory Bovino (Nov. 3, 2025) | | AEO |
| 236 | Video of Deposition of Gregory Bovino (Nov. 4, 2025) | | AEO |
| 237 | DHS Statement: Bounties Originating From Mexico Offered to Shoot ICE and CBP Officers in Chicago (Oct. 14, 2025) | | |
| 238 | Juan Espinoza Martinez Complaint and Christopher Perugini Affidavit (Oct. 5, 2025) | | |
| 239 | BWC Footage from LA | | |
| 240 | CBS Transcript: Border Patrol Chief Gregory Bovino Defends Federal Agents' Tactics in Chicago | | |
| 241 | Benny Johnson X Video Transcript | | |
| 242 | Video from X Post from Benny Johnson on October 3, 2025 | | |
| 243 | CBS Article: Federal agent throws tear gas canister from SUV on busy Chicago street | | |
| 244 | Photo of Bovino Throwing Canister (Oct. 23, 2025) | | |

| 245 | Video of Little Village CLIP | | |
|-----|------------------------------|---|---|
| 246 | REL 152 | | AEO |
| 247 | Enforcement Action Statistical Analysis and Reporting System (E-STAR) Incident Report (CBP 1194-11237) | | AEO |
| 248 | 2025.10.28 Bovino Hearing Transcript .pdf | | |
| 249 | BOVINO ON NBC - TRANSCRIPT - 10.23.25.pdf | | |
| 250 | Chicago Sun-Times Article: Feds deploy tear gas in another Chicago neighborhood_ 'We chased federal agents out of Albany Park today' | | |
| 251 | Chicago Sun-Times Article: Feds ram SUV after chase down residential street in Chicago, then tear-gas crowd | | |
| 252 | Pictures from Albany Park.pdf | | |
| 253 | The Faulkner Report - Fox 10.29.2025 Video | | |
| 254 | The Faulkner Report - Fox 10.29.2025.pdf | | |
| 255 | Tweets Picked.pdf | | |
| 256 | Video of Bovino After Court | | |
| 257 | CNN Transcript: Meet The Border Patrol Official in Charge of Trump's Chicago Crackdown | | |
| 258 | Axon_Body_4_Video_2025-06-07_1255_D01A2048X From 25-cr-5101 | | |
| 259 | Axon_Body_4_Video_2025-06-07_1255_D01A2348U From 25-cr-5101 | | |
| 260 | Axon_Body_4_Video_2025-06-07_1327_D01D07933 From 25-cr-5101 | | |
| 261 | Bovino Tweets | | |
| 262 | DHS X Video "All Night Revival" (Oct. 7, 2025) | | |

| 263 | Bovino X Video "Zero Tolerance" (Oct. 13, 2025) | | |
|---|---|---|---|
| 264 | Fox Interview:Out of Control: Border Patrol chief fires back at Dem mayor's 'crazy talk' (Oct. 2025) | | |
| 265 | [BLANK] | | |
| 266 | Telemundo Interview Video: Conversamos con Gregory Bovino, jefe de la Patrulla Fronteriza en Chicago | | |
| 267 | Gregory Bovino Trial Testimony in 25-00501: U.S v, Brayan Ramos-Brito (Sept. 17, 2025) | | |
| 268 | X Video by @dhs : Join ICE (Oct. 23, 2025) | | |
| 269 | Transcript of October 20, 2025 | | |
| 270 | Chicago Sun-Times Article: Feds deploy tear gas in another Chicago neighborhood: 'We chased federal agents out of Albany Park today' | | |
| 271 | Chicago Sun-Times Article: Feds ram SUV after chase down residential street in Chicago, then tear-gas crowd | | |
| 272 | Instagram Reel by @dhs Propoganda Video of Bovino (Oct. 28, 2025) | | |
| 273 | Instagram Reel by @dhs: Video Evidence (Oct. 28, 2025) | | |
| 274 | Video of Deposition of Daniel Parra(Oct. 31, 2025) | | |
| 275 | Declaration of Daniel Parra (LA Press Club) | | |
| 276 | Declaration of Daniel Parra (IL v. Trump) | | |
| 277 | El Centro Sector overview | | |
| 278 | DHS Press release -Latin Kings Gang Member Arrested | | |
| 279 | Tweet about Brighton Park from Tricia Mclaughlin | | |
| 280 | Tweet about Brighton Park from DHS | | |

| 281 | CST: Photos of Brighton park incident | | |
|-----|----------------------------------------|--|--|
| 282 | CBP 624 - emails re broadview demonstration | | |
| 283 | CBP 349 - Brighton Park shooting report | | AEO |
| 284 | CBP 399 - 10/14 east side email injuries | | AEO |
| 285 | FB Video Downloaded (10/22, LV, Home depot) | | |
| 286 | BBC Article: Trump says US cities should be military training grounds | | |
| 287 | Statement from The White House by Karoline Leavitt (June 7, 2025) | | |
| 288 | WBEZ Article: Trump Floats Using Chicago, other Democrat-led Cities for Military training, Says Troops Coming 'Very Soon' | | |
| 289 | CBS Article: 2,000 more National Guard troops being deployed to Los Angeles, Pentagon says | | |
| 290 | District of Columbia National Guard, D.C. National Guard Activated to Support Law Enforcement in District of Columbia | | |
| 291 | CNN Article: What to know about Trump's latest federal deployments in Memphis, Portland and other US cities | | |
| 292 | ABC News Article: Trump warns that LA military deployment could be first 'of many' in response to ICE protests | | |
| 293 | CNN Article: 2 Reasons Trump Calling in Troops in DC is so Extraordinary | | |
| 294 | TruthSocial Post by Donald J. Trump (@realDonaldTrump) (Sept. 27, 2025) | | |
| 295 | The Hill Article: Trump Floats New Orleans as Next for Federal Crime Crackdown | | |

| | | | |
|---|---|---|---|
| 296 | Statement from The White House, Restoring Law and Order in Memphis (Sep. 15, 2025) | | |
| 297 | NPR Article: Trump federalizes the National Guard in Chicago, while troops arrive in Oregon | | |
| 298 | PBS Youtube Video: Trump Suggests Using U.S. Cities as 'Training Grounds for Our Military' | | |
| 299 | NBC Article: Trump Signals He Will Send National Guard to Chicago 'Against Pritzker | | |
| 300 | CNN Article: Trump's Demonization of the Media can have Deadly Consequences | | |
| 301 | POLITICO Article: Trump: "It's no longer free speech." | | |
| 302 | | | |
| 303 | | | |
| 304 | New York Times Article: Donald Trump's 'Second Amendment' Comment Was Part of a Patter | | |
| 305 | TIME Youtube Video: Trump Warns, Military Parade Protests Will Face 'Very Big Force' (June 10, 2025), | | |
| 306 | TruthSocial Post by Donald J. Trump (@realDonaldTrump) (June 8, 2025) | | |
| 307 | Forbes Youtube Video: Kristi Noem Claims Videotaping ICE Agents Is 'Violence' Follow Camarillo, California Farm Raids (July 14, 2025) | | |
| 308 | Statement from The White House Countering Domestic Terrorism and Organized Political Violence (Oct. 5, 2025) | | |
| 309 | Washington Examiner Article: DOJ orders investigation into 'wrongful arrest' of conservative influencer Nick Sortor in Portland | | |
| 310 | New York Times Article: Deploy National Guard to Chicago? Trump Says He Has 'The Right to Do Anything I Want to Do | | |

| | | | |
|---|---|---|---|
| 311 | BBC Article: Trump authorizes deployment of 300 National Guard troops to Chicago | | |
| 312 | Department of Homeland Security: ICE Launches Operation Midway Blitz in Honor of Katie Abraham to Target Criminal Illegal Aliens Terrorizing Americans in Sanctuary Illinois (Sept. 8, 2025) | | |
| 313 | NPR Article: Trump threatens 'Apocalypse-Now'-style action against Chicago to boost deportations | | |
| 314 | CBS Article: Federal agent throws tear gas canister from SUV on busy Chicago street | | |
| 315 | WBEZ Article: Border Patrol shoots woman on Southwest Side; agents, protesters, battle for hours | | |
| 316 | Status Coup News Youtube video: BREAKING: ICE ATTACKS Protesters at Chicago Detention Center (Sept. 27, 2025) | | |
| 317 | USA Today Article: 800 arrests amid Chicago immigration 'blitz' of helicopters and midnight raids | | |
| 318 | WBEZ: ICE's Broadview facility has become a de facto detention center, minus the rules and oversight | | |
| 319 | WGN Chicago: Protesters rally at ICE facility in Broadview amid growing tensions | | |
| 320 | Reuters: Trump administration deploys Marines to Los Angeles, vows to intensify migrant raids | | |
| 321 | ABC: White House tries to clarify Trump's threat to use 'heavy force' on 'any' military parade protesters | | |
| 322 | CNN: Trump says 'it's anarchy' in Portland. Here's why locals say that's far from reality, | | |
| 323 | The Guardian: Trump is waging war against the media—and winning | | |
| 324 | Memo for FBI etc. from AG: Ending Political Violence Against ICE | | |

| | | | |
|---|---|---|---|
| 325 | CBS Chicago: Officials set up designated protest zone outside ICE facility in Broadview, Illinois | | |
| 326 | CBS: Broadview ICE Facility, Agents at Center of Criminal Investigations, Village Officials Say | | |
| 327 | CBS Chicago Youtube Video: Creating a Dangerous Situation for the Community | | |
| 328 | CBS Chicago: Federal agent throws tear gas canister from SUV on busy Chicago street | | |
| 329 | White house statement: Countering Domestic Terrorism and Organized Political Violence (sept. 25, 2025) | | |
| 330 | Reuters: Trump Administration Deploys Marines to Los Angeles, Vows to Intensify Migrant Raids | | |
| 331 | DHS memo: Attorney General Bondi Issues Memo on Ending Political Violence Against ICE (sep. 29, 2025) | | |
| 332 | White house: President Trump Delivers Remarks to the Department of War (sept 30, 2025) | | |
| 333 | Status Coup News Youtube Video: BREAKING: ICE ATTACKS Protesters at Chicago Detention Center | | |
| 334 | WGN: ICE Agents Clash with Protesters in Broadview | | |
| 335 | Status Coup News X vid: agents fired pepper balls where press was taking pictures of a protester being arrested | | |
| 336 | X video: @noturtlesoup17 "A man was just arrested outside of the Broadview ICE facility in Chicago." (Sept. 27, 2025) | | |
| 337 | CBS News: Video shows protester being hit by pickup truck outside Broadview, Illinois ICE facility | | |
| 338 | X video: @KatAbughazaleh ""This is what it looks like when ICE violates our First Amendment Rights." (Sept. 19, 2025) | | |

| | | | |
|---|---|---|---|
| 339 | X video: @ronxyz000 "Sad scenes outside Broadview ICE facility. These are not ICE agents. These are Nazi Gestapo." (Oct. 3, 2025) | | |
| 340 | Google doc: "Jesus is Being Tear Gassed at Broadview," An Open Letter from Chicago Clergy. | | |
| 341 | Block Club Chicago Article: Federal Agents Deploy Tear Gas In Albany Park As Neighbors Block Immigration Arrest | | |
| 342 | Block Club Chicago Youtube Vid: Federal Agents Deploy Tear Gas In Albany Park As Neighbors Block Immigration Arrest | | |
| 343 | CST: Feds ram SUV after chase down residential street in Chicago, then tear-gas crowd | | |
| 344 | Facebook video: @ismael cordova, ICE EN LITTLE VILLAGE | | |
| 345 | X: @dhs.gov LAW AND ORDER WILL TRIUMPH IN CHICAGO | | |
| 346 | CPD Policy: Chicago Police Department Use of Force Dashboard (updated Oct. 2. 2025) | | |
| 347 | Independent Monitor's Report: The City of Chicago's and the Chicago Police Department's Resposes to Protests and Unrest under the Consent Decree | | |
| 348 | Major Chiefs Association: See Report on the 2010 Protests & Civil Unrest | | |
| 349 | INCLO: Lethal in Disguise 2. How Crowd Control Weapons Impact Health and Human rights | | |
| 350 | X video: @thejfreakinc "Yet another video of ICE illegally tear-gassing Lakeview. No threat, no warning" | | |
| 351 | NBC article: U.S. Citizens From Aurora Arrested by Federal Agents Recount the Experience | | |
| 352 | ABC Chicago Youtube Video: US citizens Detained by Feds Speak Out after Protesters Confront Agents at Aurora | | |

| | | | |
|---|---|---|---|
| | School, Hospital | | |
| 353 | The News Herald Article: Chicago-Area Protesters Recount Detention by Federal Agents: 'I'm beat up' | | |
| 354 | CBS Youtube video: Chicago, Demonstrators Face Off with Federal Agents at Hospital | | |
| 355 | X video: @thejfreakinc "Yet another video of ICE illegally tear-gassing Lakeview. No threat, no warning" | | |
| 356 | X Video: @oswaldosrm "ICE kidnapped and disappeared multiple people..." | | |
| 357 | Instagram Video: @nickvalencianews, "A reported ICE operation was conducted in the parking lot of a hospital..." | | |
| 358 | X Video: @RpsAgainstTrump "In Aurora, Illinois, ICE agents shoot into the windshield of a mother..." | | |
| 359 | Facebook video: @elena perez Live Stream | | |
| 360 | ABC: Court Pauses Order Requiring CPB Chief Bovino to Meet with Judge on Daily Immigration Operations | | |
| 361 | X Video: @TheJfreakinC "Today in Aurora..." | | |
| 362 | Facebook video: @frankito qiolor "Video de ICE" | | |
| 363 | News Week Article: ICE Agents Dragged Naked Children Out of Homes in Chicago Raid: Neighbors | | |
| 364 | Reuters Article: Footage of deadly ICE shooting in Chicago suburb challenges official narrative | | |
| 365 | X Post and Video by @CMDROpAtLargeCA (Oct. 13, 2025) | | |
| 366 | X Post and Video from Benny Johnson (@bennyjohnson) showing Arrested Protesters (Oct. 3, 2025) | | |
| 367 | BlueSky Video from @thesidewalkschool (Oct.12, 2025) | | |

| 368 | Chicago Sun-Times Youtube Short: Feds crash into moving car during high-speed chase down residential street in Chicago (Oct. 14, 2025) | | |
|---|---|---|---|
| 369 | BlueSky Video from @pritzkerposting (Oct.14, 2025) | | |
| 370 | Block Club Chicago Youtube Short: Family, Grocery Shoppers Run As Masked Agent Throws Smoke Bomb Onto Busy Chicago Street (Oct. 3, 2025) | | |
| 371 | Reddit Post Video by @DRREWBICE (Oct. 3, 2025) | | |
| 372 | X Post and Video by @Acyn (Oct. 6, 2025) | | |
| 373 | X Post by @StephenM (Oct. 9, 2025) | | |
| 374 | X Post and Video by @StephenM (Oct. 14, 2025) | | |
| 375 | X Post and Video by @StephenM (Oct. 18, 2025) | | |
| 376 | AP Article: What to know about National Guard Deployments in Memphis, Tennessee, amd other cities | | |
| 377 | Project on Overnment Oversight article: Stephen Miller's Financial Stake in ICE Contractor Palantir | | |
| 378 | Forbes article: Stephen Miller's Order Likely Sparked Immigration Arrests And Protests | | |
| 379 | Chicago Trib Article: 'Devil's Ideology': President Donald Trump's darkening rhetoric escalates attacks and often targets Illinois | | |
| 380 | CNN article: Stephen Miller's Order Likely Sparked Immigration Arrests And Protests | | |
| 381 | New Yorker Article: The Conflict on the Streets of Chicago | | |
| 382 | New Yorker Article: Federal Agents Deploy Tear Gas In Albany Park As Neighbors Block Immigration Arrest | | |
| 383 | Facebook video: @lino villafana, albany park | | |

| | | | |
|---|---|---|---|
| 384 | Chicago trib article: Turn on the cameras, ICE. What's taking you so long? | | |
| 385 | Chicago trib article: Upset neighbors interrupt federal immigration manhunt in Mount Prospect | | |
| 386 | X post and video: @dhsgov (Oct. 17, 2025) | | |
| 387 | X post and video: @dhsgov (Oct. 31, 2025) | | |
| 388 | DHS Article: Bounties Originating From Mexico Offered to Shoot ICE and CBP Officers in Chicago | | |
| 389 | Fox Youtube video: Chicago on Edge: DHS Responds After Violence Erupts at ICE Protest | | |
| 390 | Fox Youtube video: Judge Orders Border Patrol Commander to Wear Bodycam | | |
| 391 | Fox article and video: DHS Warns of 'Unprecedent Violence' as Death Threats Against ICE Officers Soar 8,000%, | | |
| 392 | Just Security: The "Presumption of Regularity" in Trump Administration Litigation | | |
| 393 | Washington Post: We Checked DHS's Videos of Chaos and Protests. Here's What They Leave Out | | |
| 394 | X post and vid: @TriciaOhio (Oct. 12, 2025) | | |
| 395 | DHS Statement: Despite 1,000% Increase in Assaults on ICE Officers, Governor Newsom Signs Unconstitutional Law to Ban Law Enforcement Officer Protections | | |
| 396 | DHS Statement: DHS Issues Statement on Targeted Attack on Dallas ICE Facility | | |
| 397 | DHS Statement: DHS Condemns Dangerous Doxxing and Escalating Threats Against Federal Law Enforcement Officers | | |
| 398 | DHS Statement: DHS Releases Statement on Violent Rioters Assaulting ICE Officers in Los Angeles, CA and Calls on | | |

| | | | |
|---|---|---|---|
| | Democrat Politicians to Tone Down Dangerous Rhetoric About ICE | | |
| 399 | DHS Statement: Sanctuary Politicians' Obstruction of Law Enforcement and Bomb Threat at 26 Federal Plaza in New York City | | |
| 400 | ICE Statement: ICE Reports Second Death from Dallas Sniper Attack After Detainee Succumbs to Injuries | | |
| 401 | Press Release from DOJ:Justice Department Publishes List of Sanctuary Jurisdictions | | |
| 402 | DHS Statement: Law Enforcement Arrests Suspect Who Made Bomb Threat on ICE Dallas Facility | | |
| 403 | DHS Statement: Secretary Noem Travels to Chicago as Operation Midway Blitz Reaches More Than 1,000 Illegal Aliens Arrested | | |
| 404 | The Independent Youtube Video: ICE agent appears to put woman in chokehold during protester clashes | | |
| 405 | Map of Edgewater Area | | |
| 406 | Map of 27th and Whipple | | |
| 407 | Tear Gas Canister | | |
| | Other demonstrative exhibits | | |
| | Evidence referenced in any filed or forthcoming notices of TRO violation | | |
| | Other declarations, videos, or other exhibits filed or to be filed by the parties | | |

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL
RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker
School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION
OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org