# EXHIBITS A, B, C & D

Filed Under Seal