**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) | |
| | ) | No. 25-cv-12173 |
| *Plaintiffs,* | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | District Judge |
| | ) | |
| | ) | |
| KRISTI NOEM, Secretary, U.S. | ) | |
| Department of Homeland Security, in her | ) | |
| official capacity, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANTS' NOTICE OF WITNESSES AND EXHIBITS IN SUPPORT OF THEIR
OPPOSITION FOR PRELIMINARY INJUNCTION**

Defendants hereby provide notice of the following exhibits and witnesses that they intend

to rely on at the preliminary injunction hearing and to further support their opposition to the

preliminary injunction motion.

Defendants provide notice that they may call the following witnesses at the preliminary

injunction hearing:

## 1. Kyle Harvick

General summary of testimony: Customs and Border Protection (CBP) use of force policy;
training in non-lethal munitions; certification for non-lethal munitions; E-Star reporting; ensuring
compliance with CBP use of force policy; Operation Midway Blitz; circumstances and resistance
officers and agents have experienced in Operation Midway Blitz.

List of E-Star Reports:  Mr. Harvick is not listed on any E-Star reports produced or filed in this
litigation.  However, Exhibits 11 and 14 to Defendants' Opposition to Plaintiffs' Motion for
Preliminary Injunction are memoranda signed by Mr. Harvick.

List of Body Camera Videos: None.

## 2. Kristopher Hewson

General summary of testimony:

1

Mr. Hewson may provide testimony on, among other related topics, (1) his role in Operation Midway Blitz; (2) September 27 at Broadview; and (3) October 23 at Little Village

List of E-STAR reports where Mr. Hewson is mentioned:
- B-25-ELCELC-20250927-AF-#25659
- B-26-DTMDTM-20251003-AF-#25688
- B-26-TCATCA-20251006-F-#25710
- B-26-SDCSDC-20251008-V-#25719
- B-26-ELCELS-20251015-A-#25765
- B-26-NLLNLL-20251016-A-#25779
- B-26-ELCELC-20251021-F-#25809
- B-26-ELCELC-20251023-AF-#25820
- B-26-ELCELC-20251024-AF-#25829
- B-26-ELCELC-20251025-AF-#25839
- B-26-ELCELC-20251025-A-#25838

List of Mr. Hewson's Body Camera:
- Axon Body 4 + Flex Video 2025-10-24 1250 D01A2898X
- Axon Body 4 + Flex Video 2025-10-24 1244 D01A2898X
- Axon Body 4 + Flex Video 2025-10-24 1230 D01A2898X
- Axon Body 4 + Flex Video 2025-10-24 1150 D01A2898X
- Axon Body 4 + Flex Video 2025-10-23 2311 D01A2898X
- Axon Body 4 + Flex Video 2025-10-23 1103 D01A2898X
- Axon Body 4 + Flex Video 2025-10-23 1053 D01A2898X
- Axon Body 4 + Flex Video 2025-10-23 1005 D01A2898X
- Axon Body 4 + Flex Video 2025-09-27 2134 D01A2898X
- Axon Body 4 + Flex Video 2025-09-27 2003 D01A2898X
- Axon Body 4 + Flex Video 2025-09-27 1520 D01A2898X
- Axon Body 4 + Flex Video 2025-09-27 1448 D01A2898X

In addition to the reports and body camera footage listed above, Defendants rely on the following documents and exhibits in support of their opposition to Plaintiffs' motion for preliminary injunction and request that the Court consider all the following materials in addressing the motion:

| Description: |
| --- |
| Opposition to Plaintiffs' Motion for Temporary Restraining Order and Exhibits (ECF 35, 35-1, 35-2, 35-3, 35-4, 35-5, 35-6, 35-7, 35-8, 35-9, 35-10, 35-11, 35-12) |

| |
|---|
| All Hearing Transcripts in this case, including from October 6 (ECF 26), October 8 (ECF 34, 34), October 9 (ECF 45), October 16 (ECF 52), October 28 (ECF 144), October 29 (ECF 158), October 30 (ECF 175), and any further hearings on or before November 4, 2025. |
| Hearing Transcript of October 20 (ECF 75) |
| ECF 169, 169-1, 169-2, 169-3, 169-4, 169-5, 169-6, 169-7 |
| ECF 172, 172-1 through 172-45 |
| ECF 173, 173-1, 173-2, 173-3, 173-4 |
| Deposition of Russell Hott[1] |
| Deposition of Gregory Bovino |
| Deposition of Daniel Parra |
| Axon Body 4 Video 2025-10-14 1151 D01A49557 |
| Axon Body 4 Video 2025-10-14 1130 D01A41408 |
| Axon Body 4 Video 2025-10-14 1130 D01A4281B |
| Axon Body 4 Video 2025-10-14 1128 D01A83325 |
| Axon Body 3 Video 2025-10-14 1121 X60A76624 |
| Axon Body 4 Video 2025-10-14 1119 D01D08980 |
| Axon Body 3 Video 2025-10-14 1119 X60A79913 |
| Axon Body 4 Video 2025-10-12 1345 D01A2797W |
| Axon Body 4 Video 2025-10-12 1344 D01A2687M |
| Axon Body 3 Video 2025-10-12 1338 X60AB561J |
| Axon Body 3 Video 2025-10-12 1337 X60AB340G |
| Axon Body 3 Video 2025-10-12 1337 X60AB878H |
| Axon Body 3 Video 2025-10-12 1337 X60A94550 |
| Axon Body 3 Video 2025-10-04 1612 X60AB878H |
| Axon Body 4 Video 2025-10-04 1251 D01A7881Z |
| Axon Body 4 Video 2025-10-03 1855 D01A3449X |
| Axon Body 4 Video 2025-10-03 1854 D01A4257B |
| Axon Body 4 Video 2025-10-03 1249 D01D00220 |
| Axon Body 4 Video 2025-10-03 1242 D01A2556T |
| Axon Body 4 Video 2025-10-03 1242 D01A3257U |
| Axon Body 3 Video 2025-10-03 1124 X60AD023N |
| Axon Body 3 Video 2025-10-03 1122 X60A9929K |
| Axon Body 3 Video 2025-10-03 0946 X60A9929K |
| Axon Body 3 Video 2025-09-27 2133 X60A9929K |
| Axon Body 4 Video 2025-09-26 1150 D01A3263V |
| Axon Body 4 Video 2025-09-26 1137 D01A3411W |
| Axon Body 3 Video 2025-09-19 2341 X60AB787G |
| Axon Body 3 Video 2025-09-19 2251 X60AB787G |
| Axon Body 4 Video 2025-09-19 2048 D01A2232X |
| Axon Body 3 Video 2025-09-19 2045 X60AB474J |
| Axon Body 3 Video 2025-09-19 2045 X60AB375H |

[1] Defendants reserve the right to, and plan to, submit counter-designations for all deposition testimony after reviewing plaintiffs' designations.

| |
|---|
| Axon Body 3 Video 2025-09-19 1955 X60AB787G |
| Axon Body 4 Video 2025-09-19 1946 D01A2232X |
| Axon Body 3 Video 2025-09-19 2341 X60AB787G |
| Axon Body 3 Video 2025-09-19 2251 X60AB787G |
| Axon Body 4 Video 2025-09-19 2048 D01A2232X |
| Axon Body 3 Video 2025-09-19 2045 X60AB474J |
| Axon Body 3 Video 2025-09-19 2045 X60AB375H |
| Axon Body 3 Video 2025-09-19 1955 X60AB787G |
| Axon Body 4 Video 2025-09-19 1946 D01A2232X |
| Axon Body 4 + Flex Video 2025-10-24 1250 D01A2898X |
| Axon Body 3 Video 2025-10-22 1234 X60AB554J |
| Axon Body 4 Video 2025-10-14 1318 D01A2688G |
| Axon Body 4 Video 2025-10-14 1159 D01A49397 |
| Chicago Vehicle Wreck Riot |
| Axon Body 4 Video 2025-10-14 1156 D01A2797W |
| Axon Body 4 Video 2025-10-14 1156 D01A3247W |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

Dated: November 4, 2025                    Respectfully submitted,

                                           BRETT A. SHUMATE

Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
 Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470


*Counsel for Defendants*