**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 25-cv-12173 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis, |
| | ) | United States District Judge |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' ANNOTATED WITNESS LIST**

Pursuant to the Court's order on November 4, 2025, Plaintiffs identify the declarations associated with their witnesses and subject matters of witness testimony, as well as government-produced video Defendants have designated confidential or AEO that may be presented during witness testimony. Plaintiffs note that Emily Steelhammer did not submit a declaration, but Andrew Grimm's declaration (Ex. 25) demonstrates how Ms. Steelhammer will testify to how members of the Chicago News Guild have experienced uses of force and exposures to chemical munitions while covering federal immigration operations during Operation Midway Blitz.

**Will Call**

Defendant Bovino (By agreement not live. Plaintiffs will designate and play video testimony.)

**May Call**

| Witness | Incidents | Government Produced Video We May Use with Testimony | Associated Declarations |
|---|---|---|---|
| Fr. Brendan Curran | Broadview 9/12, 9/26; Brighton Park 10/4 | None | Ex. 2 |

| Witness | Incidents | Government Produced Video We May Use with Testimony | Associated Declarations |
|---|---|---|---|
| Emily Steelhammer | Broadview 9/19, 9/26, and generally; Brighton Park 10/4, Albany Park 10/12, East Side 10/14, Little Village 10/23, Albany Park 10/31, and incidents affecting journalist members throughout the District | None | Ex. 25 (Grimm Decl.) |
| Ald. Julia Ramirez | Brighton Park 10/4 | None | Ex. 124 |
| Juan Munoz | Broadview 9/23, 9/26, 10/3 | None | Ex. 54 |
| Leslie Cortez | Cicero 10/1 | None | Ex. 58 |
| John Bodett | Little Village 10/23 | None | Ex. 83A |
| Jo-Elle Munchak | Edgewater 10/10 | None | Ex. 77A |
| Rev. David Black | Broadview 9/19 | Ex. 139, Broadview security footage from 9/19/25 (AEO) Clip 11:04-14:39 | Ex. 1A |
| Autumn Reidy-Hamer | Broadview 9/26, 9/27, 11/1 | None | Ex. 12 |
| Gil Kerlikowske | Incidents described in his declarations | None | Exs. 32A, 78A |

By: /s/ Theresa Kleinhaus
*One of Plaintiffs' Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611

2

Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org