IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary of U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 25-cv-12173 |

**<u>Plaintiffs' Notice of Government Videos that Plaintiff May Seek to Show in Open Court</u>**

At tomorrow's preliminary injunction hearing, Plaintiffs will seek to play excerpts of the below videos produced by the Government in discovery. Plaintiffs have reviewed those clips carefully. They portray the public actions of Defendants' officers and agents, and Plaintiffs submit that there is absolutely nothing in the videos that could be considered secret. There is no reason to override the public interest in viewing this evidence as it is submitted to the Court.

The below exhibits have already been submitted to the Court, and Plaintiffs identified these videos and excerpts to Defendants earlier today, consistent with the Court's order. Plaintiffs will be prepared to discuss the below excerpts at 8:00 am tomorrow.

- Ex. 106 (REL 146) at 9:37-10:05 min.
- Ex. 107 (REL 148) at 11:16-12:00, 14:15-14:25 min.
- Ex. 109 (REL 116) at 1:00-2:00 min.
- Ex. 113 (Axon_Body_4_Video_2025-10-24_1258_D01A2282F) at 6:30-6:58 min.
- Ex. 114 (REL 156) at 4:00-4:15 min.
- Ex. 116 (REL 086) at 11:43-11:55 min.
- Ex. 120 (Axon_Body_4_Video_2025-10-14_1130_D01A4281B) at 2:09:50-2:11:20 min.
- Ex. 123 (Axon_Body_4_Video_2025-10-04_1332) at 1:08:00-1:09:32 min.
- Ex. 139 (Broadview security footage from 9/19/25) at 11:04-14:39

Dated: November 4, 2025

Respectfully submitted,

/s/ Wallace Hilke
Wallace Hilke

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* Admitted pro hac vice

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org