# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CHICAGO HEADLINE CLUB,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 25-cv-12173 |
| ) | |
| **KRISTI NOEM**, Secretary, U.S. ) | Hon. Judge Sara L. Ellis |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 5, 2025 at 8:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Hon. Sara L. Ellis, or any judge sitting in her stead, in Room 1403 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, and shall then present the Proposed Intervenors' Emergency Motion for Leave to Intervene and for Immediate Access to Sealed Filings, a copy of which is served upon you.

Dated: November 4, 2025

Respectfully Submitted,

**CHICAGO PUBLIC MEDIA, INC., CHICAGO SUN-TIMES MEDIA, INC., AND CHICAGO TRIBUNE COMPANY, LLC**

By: /s/ Steven P. Mandell
 One of their attorneys

Steven P. Mandell (#6183729) (smandell@mandellpc.com)
Brian D. Saucier (#6226006) (bsaucier@mandellpc.com)
MANDELL P.C.
1 N. Franklin Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 801-6337

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that a copy of the foregoing document has been served November 4, 2025 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

                       /s/ Steven P. Mandell