IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 25-cv-12173 |
| v. | ) ) | Hon. Sara L. Ellis |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' MOTION TO BAR TESTIMONY FROM KYLE HARVICK

Plaintiffs learned for the first time today, at 5:00 p.m., that at tomorrow's preliminary injunction hearing the government seeks to call Customs and Border Protection (CBP) Deputy Incident Commander Kyle Harvick. Dkt. 209. This disclosure was made at the last minute despite the fact that, just today in Court, Plaintiffs' counsel remarked that it was their understanding that no party was calling Mr. Harvick or Mr. Byers, given their previous testimony. The government did not correct that apparent misimpression, which was made in the context of Plaintiffs complaining that the government was hiding the ball about which witnesses it intended to call. Put simply, if the government intended to call Mr. Harvick at tomorrow's hearing, it certainly knew that this afternoon in Court, and it certainly could have made that disclosure.

As the Court knows, Mr. Harvick gave almost 50 pages of testimony before this Court only two weeks ago, on October 20, covering topics such as the CBP use of force policy, CBP officer training, whether various events that have occurred during Operation Midway Blitz were

1

consistent with CBP policies, and the CBP E-Star reporting system. (10/20/2025 Tr. at 5-51.) The government's disclosure appears to tread this same ground, suggesting he might provide testimony on topics such as the CBP use of force policy, training and certification on non-lethal munitions, E-star reporting, and broad topics including "Operation Midway Blitz" and "circumstances and resistance officers and agents have experienced in Operation Midway Blitz." Dkt. 209 at 1. Mr. Harvick has never provided any declaration in this case, and the government's response to Plaintiffs' motion for a preliminary injunction only disclosed 2 documents related to him, both memoranda he authored that simply passed on to Daniel Parra documentation from other officers about events at Broadview on September 19 and 26. (Dkt. 172-11 and 172-14.)

It does not appear Mr. Harvick has anything to offer at this hearing he has not already provided to the Court, and the government's responses to Plaintiffs' motions do not rely on new information from him. Nor do Plaintiffs rely on him in the reply briefing. This Court already noted, in response to the government's own request, that at the upcoming hearing the Court was "not going to hear again from somebody on topics that I already heard from." (10/20/2025 Tr. at 152.) The government itself argued at the October 20, 2025 hearing that the preliminary injunction hearing should not involve information the Court already had from prior testimony. (*Id.* at 150-51.) Because Mr. Harvick was disclosed past the eleventh hour, because he offers nothing new, and because his testimony would waste the limited time the Court has to consider additional evidence about the pending motions, this Court should bar him from testifying.

Respectfully Submitted,

*/s/* Steve Art
*One of Plaintiffs' Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION**
**OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org