IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, et al., <br> *Defendants.* | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, District Judge |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' NOTICES OF VIOLATIONS OF THE COURT'S TEMPORARY RESTRAINING ORDER**

Plaintiffs, by and through their attorneys, respectfully supplement their Notice of Violations at Dkt. 94 (pertaining to the Little Village neighborhood on October 23, 2025) and Dkt. 188 (pertaining to Evanston, Illinois on October 31, 2025), and request that the Court take notice of the below additional facts regarding apparent violations of the Court's Modified Temporary Restraining Order, Dkt. 66.

1.  First, Plaintiffs wish to bring to the Court's attention another comment by Defendant Bovino regarding his deployment of tear gas in Little Village on October 23, 2025. This time Defendant Bovino stated that he uses "the least amount of force necessary," and that "If I had more CS gas, I would have deployed it."[1]

2.  The Court should also be aware of additional evidence regarding the profligate violence deployed by federal agents in Evanston, Illinois on October 31, 2025.

---

[1] CBS News, *Border Patrol commander Bovino defends tactics in Chicago immigration crackdown as Trump cheers* (Nov. 4, 2025) available at: https://www.cbsnews.com/chicago/news/border-patrol-commander-gregory-bovino-defends-migration-crackdown-tactics/ (last accessed Nov. 4, 2025).

1

3. A video depicts a federal agent pointing his firearm at Plaintiff's declarant David Brooks and other non-violent onlookers not once, but twice, as he slams shoves a woman into his vehicle.² *See also* Dkt. 188 at ¶ 8. Then, once the woman is secure in the car, the agent comes around to the other side of the vehicle and participates in the brutalization of the young man that Plaintiffs' declarant Kerry Little describes. *See* Exhibit 136 (Littel Decl.) at ¶¶ 14–15. The same agent who pointed his gun at Mr. Brooks slams his knee into the back of a young man who is laying on the ground with his hands behind his back. Then this same agent opens the car door on this side of the vehicle and appears to kick at a detainee in the car.

4. The agent who did all this then reportedly drove around Evanston and Rogers Park for hours with the three U.S. Citizens who had been violently arrested, intermittently brake-checking other motorists and threatening to pepper spray the three arrestees.³ The three arrestees were ultimately dropped off at the Chicago FBI field office and released without charges.

5. The official Department of Homeland Security X.com account released a statement regarding Kerry Little's video (previously produced as Exhibit B to Little's Declaration⁴) depicting a federal agent repeatedly punching the young male arrestee. This statement claims that these "several defensive strikes" were "justifie[d] . . . responses" as they were necessary to free the agent's "genitals from the agitator's vise."⁵ Defendant Bovino has also adopted this explanation for the violence.⁶ However, Ms. Little's video clearly displays the

---

² @TheJFreakinC, X.com post (Oct. 31, 2025 at 6:43 pm), available at: https://x.com/TheJFreakinC/status/1984405793001640085 (last accessed Nov. 4, 2025).
³ Hope Perry, Margo Milanowski and Alex Harrison, *Community members describe confrontation with federal agents*, Evanston RoundTable (Nov. 3, 2025) available at: https://evanstonroundtable.com/2025/11/01/evanston-immigration-clash-car-crash/ (last accessed Nov. 4, 2025).
⁴ Available here: https://spaces.hightail.com/space/hHtrXkj6em/files/fi-763e3f21-b5f1-48be-84ab-0c381fc703a6/fv-f5fcace9-950b-4846-8f29-ce0196554ec6/Exhibit%20B.mp4
⁵ @DHS.gov, X.com Post, (Nov. 2, 2025 at 9:01 am) available at: https://x.com/DHSgov/status/1984999303656436070 (last accessed Nov. 4, 2025).
⁶ @CMDROpAtLargeCA, X.com Post (Nov. 1, 2025 at 2:18 pm) available at: https://x.com/CMDROpAtLargeCA/status/1984701685898625522 (last accessed Nov. 4, 2025) ("You leave out the

young man's hands handcuffed and nowhere near the agent's "genitals" at the exact moment the agent is striking him repeatedly in the head.

Respectfully Submitted,

*/s/* David B. Owens
*One of Plaintiffs' Attorneys*

| | |
|---|---|
| Jon Loevy<br>Locke Bowman<br>Steve Art<br>Heather Lewis Donnell<br>Theresa Kleinhaus<br>Scott Rauscher<br>Matt Topic<br>Julia Rickert<br>Tara Thompson<br>Lindsay Hagy<br>Jordan Poole<br>Alyssa Martinez<br>Dominique Gilbert<br>Justin Hill<br>Aaron Tucek<br>Alexandra Wolfson<br>**LOEVY + LOEVY**<br>311 N. Aberdeen Street<br>Chicago, Illinois 60647<br>(312) 243-5900<br>steve@loevy.com<br><br>Elizabeth Wang<br>Isaac Green<br>**LOEVY + LOEVY**<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br><br>David B. Owens<br>**LOEVY + LOEVY**<br>℅ Civil Rights and Justice Clinic<br>University of Washington Law School<br>William H. Gates Hall, Suite 265<br>Seattle, WA 98145-1110 | Wallace Hilke<br>**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**<br>Bluhm Legal Clinic, Northwestern Pritzker School of Law<br>375 E. Chicago Ave.<br>Chicago, IL 60611<br>(312) 503-2224<br>wally.hilke@law.northwestern.edu<br><br>Craig B. Futterman<br>**MANDEL LEGAL AID CLINIC**<br>University of Chicago Law School<br>6020 S. University<br>Chicago, IL 60637<br>(773) 702-9611<br>futterman@uchicago.edu<br><br>Hayden Johnson*<br>Katie Schwartzmann*<br>Conor Gaffney*<br>**PROTECT DEMOCRACY PROJECT**<br>2020 Pennsylvania Ave NW, Ste 163<br>Washington DC 20006<br>(202) 579-4582<br>* *Admitted pro hac vice*<br><br>Daniel Massoglia<br>Hannah C. Marion<br>**FIRST DEFENSE LEGAL AID**<br>601 S. California Ave.<br>Chicago, IL 60612<br>(336) 575-6968<br>daniel@first-defense.org<br>hannah@first-defense.org |

---

inconvenient fact that he grabbed the agent's genitals thus recieving immediate blows to the head. The BP Agent stopped a violent assault, you'd be NUTS to think otherwise. So proud of our agents. 💪 💪 🐊 🐊 🤠 🥾 ").

3

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION**
**OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org