**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) | |
| ) | |
| Plaintiffs, ) | No. 25-cv-12173 |
| ) | |
| v. ) | Hon. Sara L. Ellis, |
| ) | District Judge |
| KRISTI NOEM, Secretary of U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO SUPPLEMENT PLAINTIFFS'
REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully seek leave to supplement their Reply in Support of Motion for Preliminary Injunction as follows:

1. As this Court was apprised earlier today, the parties reached an agreement with respect to conducting additional deposition inquiry of Defendant Bovino in lieu of Plaintiffs filing a motion to compel him to testify live at the hearing tomorrow. Bovino's deposition was completed today, November 4, 2025, at the same time that this Court held a hearing in this matter. By this motion, Plaintiffs seek leave to file additional factual support for their request for a preliminary injunction based upon the deposition testimony of Mr. Bovino. As explained, Plaintiffs believe there is uncontroverted evidence that Defendant DHS and Defendant Bovino have provided false evidence in this case, providing a strong basis for this Court to doubt Defendants' credibility.

2. Plaintiffs' Reply in Support of Motion for Preliminary Injunction discusses a factual dispute related to Defendant Bovino's use of tear gas and pepper balls on October 23,

2025, in the Little Village neighborhood of Chicago. Dkt. 196 at 3. Plaintiffs contend that the evidence shows that Defendant Bovino deployed tear gas, after the Court's entry of the TRO, without any justification. *Id.*; see also Dkts. 88, 89, 94.

3. The government, Defendant DHS, and Defendant Bovino initially justified Bovino's use of tear gas in this incident—and argued they had been compliant with the Court's TRO—by asserting that Bovino deployed tear gas only after he was hit in the head by a rock thrown by protestors. Over the last 10 days, Plaintiffs have pressed the issue, asking the government to provide evidence supporting their justification. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

4. But it turned out the justification was a fabrication. Today, before and during the continued deposition of Defendant Bovino, the government admitted that the video of the Little Village incident ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5. Here are the relevant facts:

    a. Defendant Bovino deployed tear gas in Little Village on October 23, 2025. See Dkts. 88, 89, 94.

b. Shortly after the deployment of gas on October 23, 2025, the Department of Homeland Security released a public statement claiming Bovino used tear gas after being hit in the head by a rock. See Dkt. 94 ¶ 7.[1]

c. The DHS followed this up with a social media post on X, with spliced together and curated video, purporting to show a rock being thrown at Bovino (even though that video does not include Bovino deploying tear gas at all, let alone in relation a rock being thrown), at https://twitter.com/triciaohio/status/1983211655015043187?s=46&t=4rUXTBt_W24m-uWR74DQ5A.

d. On the same day, Bovino gave an interview saying he had thrown tear gas after being hit in the head by a rock. Ex. 104 (Telemundo Interview) at 1.

e. Reports produced by the government later include a narrative by Bovino ███████████████████████████████████████████████ ███████████████████████████████

f. Bovino sat for the first part of his deposition on October 30, 2025. During that examination, Bovino testified that ███████████████  ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████

---

[1] The statement is reported, among other places, at: Michelle Gallardo, et al., *Judge Orders CBP Chief Bovino to Meet with her Every Day on Immigration Operations in Chicago*, ABC7 (Oct. 28, 2025 10:18pm), available at https://abc7chicago.com/post/ice-chicago-news-border-patrol-chief-greg-bovino-appear-federal-court-immigration-operations/18079810/.

g. Bovino's deposition continued on November 3, 2025. There, Plaintiffs' counsel ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

h. The dispute about whether Bovino had any justification for using tear gas on protestors in Little Village was addressed in Plaintiff's Reply Brief. Dkt. 196 at 3, 3 n.2.

i. At the same time, Plaintiffs' counsel scoured the records produced by the government for any video showing Defendant Bovino being hit by a rock or any video showing a rock being thrown at Defendant Bovino prior to him deploying tear gas on the Little Village crowd. They could identify no such video. Plaintiff's counsel then asked the government's counsel to

identify any video that would support Defendant Bovino's contention that a rock was thrown at him before deploying tear gas on October 25, 2025. In particular, Plaintiff's counsel asked the government to identify the video that ███████████████████████████████████ ███████ Ex. A, Email from Steve Art to Andrew Warden (Nov. 3, 2025).

j. Shortly before the final part of Defendant Bovino's deposition, Defendants confirmed that the video Defendant Bovino had testified about, ████████████████████████████████████████████ was, in fact, *the same video* Plaintiffs ████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████
████████████████████████████████████
██████████████████████████████████████
████████████████████████

k. Bovino's deposition was completed on November 4. In that testimony, for the first time, Bovino ████████████████████████████
██████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████

6. Defendant DHS and Defendant Bovino have made up a false story to justify misconduct committed in violation of this Court's TRO. Defendant Bovino has lied under oath

5

about the issue. This Court should doubt Defendants' credibility as a result, and it should make findings about credibility in this case. Doubting Defendant Bovino's credibility is particularly warranted when the Court considers his other claimed justifications for use of force that are contradicted in the record. *E.g.*, Dkt. 196 at 2-3 (discussing the takedown of Scott Blackburn); *Quan Jiang v. Holder*, 545 Fed. App'x 548, 551 (7th Cir. 2013) (affirming adverse credibility finding where petitioner changed his testimony after confronted with a discrepancy).

7. Accordingly, Plaintiffs seek leave to supplement their Reply in Support of Preliminary Injunction to reflect the evidence set out above.

Respectfully submitted,

/s/ Steve Art
*One of Plaintiff's Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
*Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org