IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., <br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, et al., <br> *Defendants.* | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> District Judge |

**PLAINTIFFS' NOTICE OF SUBMISSION OF VIDEO DEPOSITION EVIDENCE IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, by and through their attorneys, respectfully provide this Notice of Submission of Video Deposition Testimony in support of their Motion for Preliminary Injunction (Dkt. 86), stating:

1. This Court ordered expedited discovery that included the depositions of Russell Hott and Daniel Parra. *See* Dkts. 85, 87.

2. At the October 20, 2025 hearing, and thereafter, this Court indicated it would consider the deposition testimony in evaluating Plaintiffs' motion for preliminary injunction.

3. Plaintiffs have asked that this Court make credibility determinations in assessing the motion and the government's evidence. *Cf.* Fed. R. Civ. P. 52(a)(2); *Lakeview Tech., Inc. v. Robinson*, 446 F.3d 655, 657-58 (7th Cir. 2006); *Lawson Prods., Inc. v. Avnet, Inc.*, 782 F.2d 1429, 1439 (7th Cir. 1986). In candor, and as argued in the Reply Brief, it is Plaintiffs position that the depositions of Mr. Hott and Mr. Parra show that

1

the government's reliance on their declarations, and them as witnesses more generally, demonstrates that the government's positions and claims are incredible.

4. The depositions are confidential information pursuant to the confidentiality order entered by the Court. Dkt. 117.

5. To assist the Court in making its credibility determinations, and in evaluating the demeanor of Mr. Hott and Mr. Parra, Plaintiffs hereby submit—under seal—the deposition transcripts of these witnesses along with video of that testimony as Exhibits 101 (Hott Transcript), 214 (Hott Video), 122 (Parra Transcript), and 274 (Parra Video). In so doing, and while this Court indicated it would review the entire record, Plaintiffs have highlighted portions of the transcripts that they believe are particularly relevant.

Respectfully Submitted,

*/s/* David B. Owens
*One of Plaintiffs' Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
Alyssa Martinez
LOEVY + LOEVY
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
LOEVY + LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
LOEVY + LOEVY
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
MANDEL LEGAL AID CLINIC
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
FIRST DEFENSE LEGAL AID
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org