# EXHIBIT 274

# FILED UNDER SEAL