IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) |
| *Plaintiffs,* | ) No. 25-cv-12173 |
| | ) Hon. Sara L. Ellis |
| v. | ) |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| *Defendants.* | ) |

**PLAINTIFFS' MEMORANDUM CONCERNING THIS COURT'S AUTHORITY TO EXTEND THE TRO OR ISSUE AN ORAL RULING IN ADVANCE OF A WRITTEN RULING**

1. The government has declined to consent to extension of this Court's TRO.

2. Pursuant to Federal Rule of Civil Procedure 65(b)(2), "28 days is the outer limit for a TRO without the consent of the enjoined party." *H-D Michigan, LLC v. Hellenic Duty Free Shops S.A.*, 694 F.3d 827, 844 (7th Cir. 2012).

3. This Court issued a TRO on October 9, 2025, Dkt. 42, and then modified that order. Dkt. 66. Plaintiff has found no authority that supports the proposition that modification of a TRO resets the 28-day limit. Plaintiffs submit that a ruling that this 28-day limit is reset would contravene the rules because at 28 days the operative order becomes a preliminary injunction as a matter of law. *H-D Michigan*, 694 F.3d at 844 ("When a TRO is extended beyond the 28-day limit without the consent of the enjoined party, it becomes in effect a preliminary injunction that is appealable, but the order remains effective.").

4. The Seventh Circuit has recognized the urgency of the circumstances involving temporary restraining orders and preliminary injunctions. *See id.* ("We recognize there

will be cases where the maximum 28–day limit does not give the parties sufficient time to prepare for a preliminary injunction hearing, let alone time for the district court to decide it. In those cases, an extension of the TRO pending a preliminary injunction hearing and decision without consent of the enjoined party is technically a preliminary injunction.").

5. The Seventh Circuit has refused to impose "an obligation on courts to immediately cast their decisions in final form or risk loss of any opportunity to do so," and sees "no good reason for such a demanding rule." *Krull v. Celotex Corp.*, 827 F.2d 80, 83 (7th Cir. 1987) (citing *Lowenschuss v. West Publishing Co.,* 542 F.2d 180, 183 (3d Cir.1976) ("a court ordinarily is given broad discretion in the writing and publication of its opinions")). In addition, and analogous to issuing an oral ruling with a written ruling to follow, courts are permitted to issue written rulings that supplement, correct, or further explain prior orders in a variety of circumstances. *See Transamerica Ins. Co. v. South*, 975 F.2d 321, 325 (7th Cir. 1992) (collecting cases).

6. In the end, should this Court issue an oral ruling granting or denying a preliminary injunction, the order is valid and in effect. While a decision granting a preliminary injunction would be appealable, this Court's written ruling would serve as the basis for the decision in the Court of Appeals, not just the oral ruling. *Id.*; *cf. Corp. v. Ruggiero*, 994 F.2d 1221, 1227–28 (7th Cir. 1993) (even written orders issued nearly six months after an oral ruling is valid).

                                                Respectfully Submitted,

                                                */s/* David B. Owens
                                                *One of Plaintiffs' Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org