IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants.* | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> District Judge |

**DEFENDANTS' NOTICE OF TIME STAMPS**

As stated on the record at the preliminary injunction hearing, Defendants believe that the Court should watch all the videos provided on Defendants' list of exhibits, all of which are part of the record (ECF 209). But to aid the Court in its review of those videos, Defendants direct the Court to the following timestamps:

| Description | Timestamp |
|---|---|
| Axon Body 3 Video 2025-09-19 2045 X60AB474J | 0:00–6:34 |
| Axon Body 3 Video 2025-09-19 2045 X60AB375H | 1:20-3:20 |
| Axon Body 4 Video 2025-09-26 1137 D01A3411W | 0:00-8:50 |
| Axon Body 4 Video 2025-10-03 1249 D01D00220 | 0:00–3:04 |
| Axon Body 3 Video 2025-10-03 1122 X60A9929K | 0:00–4:45 |
| Axon Body 3 Video 2025-10-12 1337 X60AB878H | 0:00–9:06 |
| Axon Body 4 Video 2025-10-12 1344 D01A2687M | 0–3:10 |
| Chicago Vehicle Wreck Riot | 36:00–1:27:00; 1:30:00–2:30:14 |

1

| | |
|---|---|
| Axon Body 3 Video 2025-10-22 1217 X60AB554J | 0:00–4:04 |
| Axon Body 4 Video 2025-10-23 1108 D01A45488 | 4:25–28:40 |
| Axon Body 4 Video 2025-10-23 1108 D01A45488 | 4:25–28:40 |
| Axon_Body_4_Video_2025-10-24_1302_D01A2094R | 1:41–5:12 |
| Axon Body 4 Video 2025-10-24 1256 D01A2094R | 0:00–4:07 |
| Axon Body 4 Video 2025-10-25 1045 D01A36942 | 3:04–14:38 |
| REL 148 | 11:04-11:14 |
| Axon Body 4 + Flex Video 2025-09-27 2003-D01A2898X | 2:30-4:30; 14:00-15:30; 20:12-21:30; 22:30-24:00; 26:00-27:00 |
| Axon_Body_3_Video_2025-10-12_1337_X60A94550 | 0–11:00 |
| Axon Body 4 Video 2025-10-04 1541 D01A83204 | 16:00–18:00 |

Dated: November 5, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General

/s/ Samuel S. Holt
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
 Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Telephone: (202) 674-9761
Fax: (202) 616-8470

*Counsel for Defendants*