IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) ) ) |
| *Plaintiffs,* | ) No. 25-cv-12173 |
| | ) |
| v. | ) Hon. Sara L. Ellis, ) District Judge |
| | ) |
| KRISTI NOEM, et al., | ) ) |
| *Defendants.* | ) |

**Plaintiffs' Notice of Filing of Video Evidence Shown In Open
<u>Court During the Preliminary Injunction Hearing</u>**

Plaintiffs, by and through their attorneys, respectfully provide this Court with NOTICE of filing of video evidence shown in open court during the November 5, 2025, preliminary injunction hearing, which are linked to this submission in the Court's Digital Media Submission System (operated by Box).

                                                                                   Respectfully Submitted,

                                                                                   */s/David B. Owens*
                                                                                    *One of Plaintiffs' Attorneys*

| | |
|---|---|
| Jon Loevy | Jordan Poole |
| Locke Bowman | Dominique Gilbert |
| Steve Art | Justin Hill |
| Heather Lewis Donnell | Aaron Tucek |
| Theresa Kleinhaus | Alexandra Wolfson |
| Scott Rauscher | Alyssa Martinez |
| Matt Topic | **LOEVY + LOEVY** |
| Julia Rickert | 311 N. Aberdeen Street |
| Tara Thompson | Chicago, Illinois 60647 |
| Lindsay Hagy | (312) 243-5900 |

1

steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302


David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org


Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia