IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) |
| *Plaintiffs,* | ) No. 25-cv-12173 |
| | ) |
| v. | ) Hon. Sara L. Ellis, |
| | ) District Judge |
| KRISTI NOEM, et al., | ) |
| *Defendants.* | ) |

**Plaintiffs' Notice of Filing of Closing PowerPoint**

Plaintiffs, by and through their attorneys, respectfully provide this Court with NOTICE of filing of a PDF of the PowerPoint used during the preliminary injunction hearing held on November 5, 2025. The video clips within this presentation are separately filed in connection with Plaintiff's Notice of Filing of Video Exhibits Shown in Open Court (Dkt. 233).

Respectfully Submitted,

*/s/David B. Owens*
*One of Plaintiffs' Attorneys*

| | |
|---|---|
| Jon Loevy | Justin Hill |
| Locke Bowman | Aaron Tucek |
| Steve Art | Alexandra Wolfson |
| Heather Lewis Donnell | Alyssa Martinez |
| Theresa Kleinhaus | **LOEVY + LOEVY** |
| Scott Rauscher | 311 N. Aberdeen Street |
| Matt Topic | Chicago, Illinois 60647 |
| Julia Rickert | (312) 243-5900 |
| Tara Thompson | steve@loevy.com |
| Lindsay Hagy | |
| Jordan Poole | Elizabeth Wang |
| Dominique Gilbert | Isaac Green |

1

**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302


David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern
Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu


Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612

(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org