





otesters demonstrated Friday morning outside the Broadview ICE facility. Credit: Colin Boyle/Block Club Chicago















"I think they haven't gone far enough because we've been held back by the judges, by the liberal judges that were put in by Biden and by Obama."



"We're gonna go hard. We're gonna hammer these guys...

"What they are doing is... victimizing people every day by

<u>the way that they're talking</u>,

<u>speaking</u>,

who they're <u>affiliated</u> with,

who they're <u>funded</u> with

and <u>what they're talking about…</u>"

"THE USE OF FORCE I'VE SEEN HAS BEEN EXEMPLARY—THE LEAST AMOUNT OF FORCE NECESSARY TO ACCOMPLISH THE MISSION.

"IF SOMEONE STRAYS INTO A PEPPER-BALL, THAT'S ON THEM.

"DONT PROTEST AND DON'T TRESPASS."





**CBS NEWS CHICAGO**

★ ★ ★ ★

SIT DOWN WITH BORDER PATROL CHIEF





















1   are you referring to here?

2        MR. BOWMAN:  The white one that's right there.

3        MR. KHOJASTEH:  That just single one?  Okay.

4        MR. BOWMAN:  Yeah.

5        MR. KHOJASTEH:  Just want to know -- okay.

6    Thank you.  Go ahead.

7   BY MR. BOWMAN:

8        Q.  So here's my question.  You said

9   yesterday -- or sorry, last week that you believed a

10  white rock had been thrown at you -- had not struck you,

11  but had been thrown in your direction prior to your

12  releasing the canister of of CS gas.  Do you recall that

13  testimony?

14       A.  Yes.

15       Q.  Do you have any video evidence that you can

16  point to that supports your assertion that the white

17  rock was thrown before you released the canister?

18       A.  Yes.

19       Q.  And what is that?

20       A.  It's a video.

21       Q.  What video is that?

22       A.  A video.  I don't know -- what -- what do you

23  mean what video?  A video is a video.

24       Q.  Can you identify who -- how the video was

25  taken?

---

1        A.  No.

2        Q.  Do you know who -- was it body-worn camera

3   video?

4        A.  I don't know.

5        Q.  Was it video that was produced by one of your

6   agents?

7        A.  I can't remember.

8        Q.  Was it video -- when did you see this video?

9        A.  I can't remember.

10       Q.  Is there anything that you can tell me about

11  this video to help me to identify it, or to help Judge

12  Ellis to identify it?

13       A.  Yes.  That there was a rock thrown at me in

14  the video.

15       Q.  Okay.  My question is, is there anything about

16  the video, an identification number, evidence tag, a

17  location, that would assist a person who wanted to see

18  the video that supports your account of the events?

19       A.  I don't have an evidence number memorized

20  in -- in my head here.

21       Q.  Okay.  Well, is it documented in a report

22  somewhere?

23       A.  I can't remember.

24       Q.  Can you -- okay.

25       A.  I can't remember any identification number for