IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) ) ) | |
| *Plaintiffs,* | ) | No. 25-cv-12173 |
| v. | ) ) ) ) | Hon. Sara L. Ellis, District Judge |
| KRISTI NOEM, et al., | ) ) ) ) | |
| *Defendants.* | ) | |

**PLAINTIFFS' NOTICE OF SUBMISSION OF VIDEO DEPOSITION EVIDENCE IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, by and through their attorneys, respectfully provide this Notice of Submission of Video Deposition Testimony in support of their Motion for Preliminary Injunction (Dkt. 86), stating:

1. This Court ordered expedited discovery that included the deposition of Gregory Bovino. *See* Dkts. 85, 87.

2. At the October 20, 2025 hearing, and thereafter, this Court indicated it would consider the deposition testimony in evaluating Plaintiffs' motion for preliminary injunction.

3. Plaintiffs have asked that this Court make credibility determinations in assessing the motion and the government's evidence. *Cf.* Fed. R. Civ. P. 52(a)(2); *Lakeview Tech., Inc. v. Robinson*, 446 F.3d 655, 657-58 (7th Cir. 2006); *Lawson Prods., Inc. v. Avnet, Inc.*, 782 F.2d 1429, 1439 (7th Cir. 1986). In candor, and as argued in the Reply Brief, it is Plaintiffs' position that the depositions of Mr. Bovino show that the

1

government's reliance on their declarations, and them as witnesses more generally, demonstrates that the government's positions and claims are incredible.

4. Aside from the portions played in open court earlier today, the full depositions presently remain confidential information pursuant to the confidentiality order entered by the Court. Dkt. 117.

5. To potentially assist the Court in making its, Plaintiffs hereby submit—under seal— the entire deposition transcripts of this witness along with video of that testimony as Exhibit 100 (10/30/2025 Bovino Transcript VOL I), Exhibit 232 (11/3/2025 Bovino Transcript VOL II ), Exhibit 233 (11/4/2025 Bovino Transcript VOL III), Exhibit 234 (10/30/2025 Bovino Video Deposition VOL I), Exhibit 235 (11/3/2025 Bovino Video Deposition), Exhibit 236 (11/4/2025 Bovino Video Deposition).

Respectfully Submitted,

*/s/* David B. Owens
*One of Plaintiffs' Attorneys*

2

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
Alyssa Martinez
LOEVY + LOEVY
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
LOEVY + LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302


David B. Owens
LOEVY + LOEVY
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
COMMUNITY JUSTICE AND CIVIL
RIGHTS CLINIC
Bluhm Legal Clinic, Northwestern
Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
MANDEL LEGAL AID CLINIC
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* Admitted pro hac vice

Daniel Massoglia
Hannah C. Marion
FIRST DEFENSE LEGAL AID
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org