# EXHIBIT 100

# (Bovino Deposition Transcript VOL I)

# Filed under seal