# EXHIBIT 232

# (Bovino Deposition Transcript VOL II)

# Filed under seal