# EXHIBIT 233

# (Bovino Deposition Transcript VOL III)

# Filed under seal