IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., ) ) ) *Plaintiffs*, ) ) v. ) ) ) KRISTI NOEM, et al., ) ) *Defendants*. ) | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> District Judge |

**Plaintiffs' Notice of Filing of Designated Deposition Excerpts of
Defendant Bovino That Were Played In Open Court**

Plaintiffs, by and through their attorneys, respectfully hereby submit this NOTICE of filing of the Deposition Excerpts of Defendant Bovino played in open court.

Defendant Bovino's Deposition took place in three parts. The designated portions played in open court are from Volumes I & III alone.

These items are being contemporaneously updated through the Court's Digital Media Submissions interface (via Box).

In addition to being available via the Court's portal, the portions of Defendant Bovino's deposition played in open court are available online here:

1. https://www.loevy.com/wp-content/uploads/2025/11/Bovino-10.30.25.mp4

2. https://www.loevy.com/wp-content/uploads/2025/11/Bovino-11.4.25.mp4

1

Finally, and for completeness, the designated portions of the deposition of Defendant Bovino played in open court are as follows:

**Volume I**

> 10:19-11:4
> 15:25-36:13
> 46:9-23
> 47:13-17
> 145:16-146:24
> 147:4-14
> 155:20-156:10
> 152:2-155:19
> 156:17-160:4
> 168:5-170:6
> 172:13-175:12
> 175:13-176:15
> 179:11-187:17
> 187:18-188:23
> 190:3-192:3
> 192:4-17
> 193:22-194:16

**Volume II**

> None

**Volume III**

> 59:9-62:10
> 62:25-66:1
> 81:13-89:23

<br>

      Respectfully Submitted,

      */s/David B. Owens*
      *One of Plaintiffs' Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
Alyssa Martinez
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu


Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org