**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 25-cv-12173 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis, |
| | ) | United States District Judge |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF PUBLIC FILING OF BODY CAMERA VIDEOS SHOWN DURING PRELIMINARY INJUNCTION HEARING**

Defendants provide notice to the Court that the four clips of the body camera videos that were shown in open court during the examination of Kristopher Hewson on November 5, 2025 have been submitted to the Court via the Court's Portal for Public Record Digital Media Exhibits, at https://www.ilnd.uscourts.gov/LandingPage.php?page=digital_media_submissions

Dated: November 6, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Andrew I. Warden*
ANDREW WARDEN
Assistant Director
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470