**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Chicago Headline Club, et al.
                                Plaintiff,

v.                                                                     Case No.: 1:25−cv−12173
                                                                        Honorable Sara L. Ellis

Kristi Noem, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 6, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiffs filed a Motion for a Preliminary Injunction Order [82], [86] against Defendants. Having held a hearing on November 5 and 6, 2025, the Court finds that Plaintiffs have met their burden to support the issuance of a Preliminary Injunction. The Court orally issued its ruling, containing findings of facts, conclusions of law, and stated reasons why the Court issued the injunction pursuant to Federal Rules of Civil Procedure 52(a)(2) and 65(d), on November 6, 2025, and indicated that a written opinion will follow further explaining the Court's ruling and providing supporting evidentiary and case citations within 14 days of the issuance of this Order. The Court additionally grants Plaintiffs' motion for class certification [81]. Defendants shall file a verification that Defendant Bovino received a body−worn camera by 10/31/2025, completed the requisite training, and is currently using his body−worn camera in compliance with the preliminary injunction by 11/7/2025. Defendants shall file with this Court such guidance and any directives, policies, or regulations implementing the guidance by 11/14/2025, with a continuing obligation to immediately file with this Court any subsequent changes or revisions to that guidance or implementing directives, policies, or regulations through the period of this preliminary injunction. The parties shall meet and confer and provide a joint status report by 11/12/2025 setting forth proposals for ensuring that Federal Agents present in the Northern District of Illinois while this action is pending remain informed of the limitations imposed by the preliminary injunction. The Court sets a further status hearing for 11/13/2025 at 3:00 PM. The Court allows counsel for Defendants to appear remotely at the next status hearing. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.