**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary of U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al.*, ) <br> ) <br> Defendants. ) | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> United States District Judge |

**CERTIFICATION OF COMPLIANCE WITH THE COURT'S ORDER REQUIRING DEFENDANT GREGORY BOVINO TO WEAR A BODY CAMERA**

Defendants submit the attached declaration of Gregory Bovino certifying compliance with the Court's Order dated October 28, 2025 (ECF No. 146). Chief Bovino received a body-worn camera on October 30, 2025, and completed the requisite body-worn camera training the same day. Chief Bovino is currently using his body-worn camera in compliance with the Court's preliminary injunction.

Dated: November 7, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Andrew I. Warden*
ANDREW WARDEN
Assistant Director
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Telephone: (202) 616-5084
Fax: (202) 616-8470