IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Kristi NOEM, et al. <br><br> *Defendants*. | Case No. 1:25-cv-12173 <br><br> **DECLARATION OF GREGORY K. BOVINO** |

## DECLARATION OF GREGORY K. BOVINO

I, Gregory K. Bovino, declare and affirm as follows:

1. I received a body worn camera on October 30, 2025.
2. I completed the requisite body-worn camera training on October 30, 2025.
3. I am currently using my body-worn camera in compliance with the preliminary injunction.

Executed this 7th day of November, 2025, in Chicago, Illinois.

_[signature]_

Gregory K. Bovino
Commander, Operation at Large
Chief Patrol Agent
U.S. Border Patrol
U.S Customs and Border Protection
U.S. Department of Homeland Security