# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) | |
| ) | |
| Plaintiffs, ) | No. 25-cv-12173 |
| ) | |
| v. ) | Hon. Sara L. Ellis, |
| ) | United States District Judge |
| KRISTI NOEM, Secretary of U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the Seventh Circuit this Court's preliminary injunction order, *see* ECF Nos. 250 & 256, including this Court's Opinion and Order granting class certification, *see* ECF Nos. 252 & 256, to the extent the Court's grant of a class-wide preliminary injunction depends on that decision.

.

Dated: November 9, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SARMAD KHOJASTEH
Senior Counsel to the Assistant Attorney
General, Civil Division

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

*/s/ Andrew I. Warden*
ANDREW I. WARDEN
Assistant Director
JEREMY NEWMAN

CHRISTOPHER LYNCH
SAMUEL HOLT
PETER GOLDSTONE
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470

*Attorneys for Defendants*