# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 10, 2025

**To:** Thomas G. Bruton,
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 25-3023

Caption:
CHICAGO HEADLINE CLUB, et al.,
    Plaintiffs - Appellees

v.

KRISTI L. NOEM, et al.,
    Defendants - Appellants

District Court No: 1:25-cv-12173
Court Reporter Kelly Fitzgerald
Clerk/Agency Rep Thomas G. Bruton
District Judge Sara L. Ellis

Date NOA filed in District Court: 11/09/2025

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)