IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) |
| | ) No. 25-cv-12173 |
| *Plaintiffs,* | ) |
| | ) Hon. Sara L. Ellis, |
| v. | ) District Judge |
| | ) |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

**NOTICE OF DISTRIBUTION OF PRELIMINARY INJUNCTION**

In compliance with paragraphs 5 and 6 of the preliminary injunction (ECF 250), Defendants attach the directives and guidance sent to CBP, ICE, and the Department of Justice implementing the preliminary injunction.

Dated: November 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

                                  Telephone: (202) 674-9761
                                  Fax: (202) 616-8470
                                  Samuel.Holt2@usdoj.gov

*Counsel for Defendants*