**Holt, Samuel (CIV)**

| | |
|---|---|
| **From:** | ICE Office of the Director <ICE-Office_of_the_Director@info.ice.dhs.gov> |
| **Sent:** | Thursday, November 6, 2025 5:43 PM |
| **To:** | |
| **Subject:** | Notification to ICE Employees: Effective Immediately: Preliminary Injunction Issued in Chicago Headline Club v. Noem |



**To All ICE Employees**
**November 6, 2025**

**Notification to ICE Employees: Effective Immediately: Preliminary Injunction Issued in *Chicago Headline Club v. Noem***

On November 6, 2025, the U.S. District Court for the Northern District of Illinois issued a preliminary injunction (PI) order in *Chicago Headline Club v. Noem*, No. 25-12173 (N.D. Ill. filed Oct. 6, 2025), directly impacting ICE law enforcement activity — including with regard to engagement with journalists, the press, protesters, and religious practitioners — in the jurisdiction of the ERO and HSI Chicago Areas of Responsibility (AORs), which includes Illinois, Indiana, Wisconsin, Missouri, Kansas, and Kentucky (Chicago AOR). A copy of the PI order is attached.

All ICE law enforcement officers and agents operating in or deployed to the Chicago AOR, including those holding any supervisory authority, must review and familiarize themselves with the attached PI order. The PI order takes immediate effect until further notice.

ICE personnel should consult with their respective OPLA Field Location with any other questions regarding this message.

Thank you for all you continue to do for the agency.

Todd M. Lyons
Acting Director
U.S. Immigration and Customs Enforcement

Attachment:

- Chicago Headline Club — PI Order (Nov. 6, 2025)



This email was sent to █████████@ice.dhs.gov by: U.S. Immigration and Customs Enforcement (ICE) · U.S. Department of Homeland Security · Washington, DC 20528 · 202-732-4242

