| | |
|---|---|
| **From:** | LATA, MICHAEL S |
| **To:** | PARRA, DANIEL I; BOVINO, GREGORY K; SLOSAR, WALTER N; DOMINGUEZ, ROBERTO B; BANKS, MICHAEL W; MILAM, JENNIFER N. (OCC); STUNTZ, SHELBY (OCC); SUTTON-BURKE, LAFONDA D |
| **Subject:** | Fw: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required |
| **Date:** | Thursday, November 6, 2025 6:50:55 PM |
| **Attachments:** | Chicago Headline Club Messaging (11.06.2025) - CBP OCC Final.docx<br>Chicago Headline Club - PI Order (Nov. 6 2025).pdf |

Chiefs/Director,

Attached is the Preliminary Injunction Order issued today in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*.  The Preliminary Injunction Order and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees.  All recipients are directed to review and familiarize themselves with the attached Preliminary Injunction Order.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 10:00 PM (CT) today.**  Please have your staff send confirmation of distribution to me and acting Chief Counsel Shelby Stuntz.

Please let me know if you have any questions.

Thank you,
Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████
███████  ██████████

***
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** MILAM, JENNIFER N. (OCC)
**Sent:** Friday, October 17, 2025 8:28 PM
**To:** STUNTZ, SHELBY (OCC) ██████████████████████; SCOTT, RODNEY S ███████████████████████; MODLIN, JOHN R ████████████████████; BANKS, MICHAEL W ███████████████████████; GOOD, ANTHONY S ███████████████████████████; LATA, MICHAEL S ████████████████████████; SABATINO, DIANE J ███████████████████████; ███████████████



██████████████████████ ; HOLTZER, CHRISTOPHER R
██████████████████████ ; MILLER, JONATHAN P
██████████████████████ ; JONES, KEITH M ████████████████████ ; █
██████ ██████████████ ; BLANCHARD-JR, KENNETH W ████████████████
██████████ ; BOVINO, GREGORY K ████████████████ ; PARRA, DANIEL I
██████████████ ; DANLEY, ROBERT ███████████████ ; JAMES,
MICHELE (OPR) ████████████████
**Cc:** DURST, CASEY OWEN ████████████████ ; ████████████
████████████ ; ████████████████ ; ████████████████ ; █████
████████████ ; ████████████
████████████████ ; ████████████████████ ; █
████████████ ; ████████████████ ; █
█████████████████

**Subject:** Chicago Headline Club Modified TRO - Immediate Distribution Required


Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** The Court didn't update the timeline for distribution, but we request expedience given the protests slated for tomorrow.

The team will be coordinating declarations over the weekend and working with OGC on next steps.

Please let us know if you have any questions.


Thanks,
Jen


*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ████████████████
████████████ ████████████

***

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** STUNTZ, SHELBY (OCC) ████████████
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ████████████; MODLIN, JOHN R
████████████; BANKS, MICHAEL W ████████████;
GOOD, ANTHONY S ████████████; LATA, MICHAEL S
████████████; SABATINO, DIANE J ████████████
████████████; HOLTZER, CHRISTOPHER R
████████████; MILLER, JONATHAN P
████████████; JONES, KEITH M ████████████;
████████████; BLANCHARD-JR, KENNETH W ████████████
████████████; BOVINO, GREGORY K ████████████; PARRA, DANIEL I
████████████; DANLEY, ROBERT ████████████; JAMES,
MICHELE (OPR) ████████████
**Cc:** DURST, CASEY OWEN ████████████; ████████████
████████████
████████████
████████████
████████████
████████████
**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

Shelby Stuntz
Office of Chief Counsel
US Customs and Border Protection
████████████
████████████

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

| | |
|---|---|
| **From:** | JONES, KEITH M |
| **To:** | MILAM, JENNIFER N. (OCC) |
| **Cc:** | STUNTZ, SHELBY (OCC); MILLER, JONATHAN P |
| **Subject:** | Re: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required |
| **Date:** | Thursday, November 6, 2025 8:08:06 PM |

Jennifer,

All AMO personnel deployed are in receipt.

KJ

Keith M. Jones

Deputy Executive Assistant Commissioner

Air and Marine Operations

U.S. Customs and Border Protection

███████████████

---

**From:** MILAM, JENNIFER N. (OCC) ████████████████████

**Sent:** Thursday, November 6, 2025 6:36 PM

**To:** STUNTZ, SHELBY (OCC) ███████████████████; SCOTT, RODNEY S ████████████████████; MODLIN, JOHN R ██████████████████████>; BANKS, MICHAEL W ███████████████; GOOD, ANTHONY S ████████████████████; LATA, MICHAEL S ████████████████; SABATINO, DIANE J ██████████████ ██████████████; HOLTZER, CHRISTOPHER R ███████████████; MILLER, JONATHAN P ████████████████; JONES, KEITH M ████████████████████; BLANCHARD-JR, KENNETH W ██████████; BOVINO, GREGORY K ███████████████; PARRA, DANIEL I █████████████████; JAMES, MICHELE (OPR) ██████████████; BLANCHARD-JR, KENNETH W ████████████

**Cc:** DURST, CASEY OWEN ████████████████████; ████████████ ██████████████████████████; ████████████████████; ██████████████████; ████████████████

**Subject:** Chicago Headline Club Preliminary Injunction - Immediate Distribution Required

Good Evening All-

We've attached the Preliminary Injunction Order issued today in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*.  The Preliminary Injunction Order and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees.  All recipients are directed to review and familiarize themselves with the attached Preliminary Injunction Order.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 10:00 PM (CT) today.**  Please have your staff send confirmation of distribution to me and acting Chief Counsel Shelby Stuntz.

Please let me know if you have any questions.

Thank you,
Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████████
██████████
████████████████

*** 
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

---

**From:** MILAM, JENNIFER N. (OCC)
**Sent:** Friday, October 17, 2025 8:28 PM
**To:** STUNTZ, SHELBY (OCC) ███████████████████; SCOTT, RODNEY S ██████████████████; MODLIN, JOHN R ████████████████████████; BANKS, MICHAEL W ████████████████; GOOD, ANTHONY S ████████████████████████; LATA, MICHAEL S ████████████████████████; SABATINO, DIANE J ████████████████████; HOLTZER, CHRISTOPHER R ████████████████████; MILLER, JONATHAN P ████████████████; JONES, KEITH M ████████████████████; ██████████████████>; BLANCHARD-JR, KENNETH W ██████████████; BOVINO, GREGORY K ██████████████████████; PARRA, DANIEL I ██████████████; DANLEY, ROBERT ████████████████████; JAMES, MICHELE (OPR) ████████████████

**Cc:** DURST, CASEY OWEN ███████████████████████ ███████████████████████████████████████████ HILTON ██████████████████████████ ████████████████████████████████████████████; ██████████████████████████████████████████

**Subject:** Chicago Headline Club Modified TRO - Immediate Distribution Required

Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** The Court didn't update the timeline for distribution, but we request expedience given the protests slated for tomorrow.

The team will be coordinating declarations over the weekend and working with OGC on next steps.

Please let us know if you have any questions.

Thanks,
Jen

Jennifer N. Milam
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ██████████████
██████████████████

***

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** STUNTZ, SHELBY (OCC) ████████████████████████
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ███████████████████████; MODLIN, JOHN R ██████████████; BANKS, MICHAEL W ████████████████████████;



GOOD, ANTHONY S ████████████████; LATA, MICHAEL S ████████████████████; SABATINO, DIANE J ████████████████████████████ ████ ██████████████; HOLTZER, CHRISTOPHER R ████████████████; MILLER, JONATHAN P ███████████████████; JONES, KEITH M ███████████████████; FLUTY, LARRY D ████████████; BLANCHARD-JR, KENNETH W ████████████ ██████████████; BOVINO, GREGORY K ████████████████████; PARRA, DANIEL I ██████████████████; DANLEY, ROBERT █████████████████; JAMES, MICHELE (OPR) ██████████████

**Cc:** DURST, CASEY OWEN ████████████████████████ ██████████████████ ████████████████████, ████████ ███████████████████████; ████████████████████████; MILAM, JENNIFER N. (OCC) █████████████████████) ████████████████; ████████████████████████

**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

Shelby Stuntz
Office of Chief Counsel
US Customs and Border Protection
████████████████████████
████████████████

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only. This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice. The contents of this electronic communication and its attachment(s) are solely intended for the use by the

addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

| | |
|---|---|
| **From:** | SCOTT, RODNEY S |
| **To:** | MILAM, JENNIFER N. (OCC); STUNTZ, SHELBY (OCC); MODLIN, JOHN R; BANKS, MICHAEL W; GOOD, ANTHONY S; LATA, MICHAEL S; SABATINO, DIANE J; ███████████ HOLTZER, CHRISTOPHER R; MILLER, JONATHAN P; JONES, KEITH M; ███████ BLANCHARD-JR, KENNETH W; BOVINO, GREGORY K; PARRA, DANIEL I; JAMES, MICHELE (OPR) |
| **Cc:** | DURST, CASEY OWEN; ███████████████████████ |
| **Subject:** | Re: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required |
| **Date:** | Friday, November 7, 2025 5:28:07 AM |

Received

Get Outlook for iOS

---

**From:** MILAM, JENNIFER N. (OCC) ███████████████
**Sent:** Thursday, November 6, 2025 6:36:07 PM
**To:** STUNTZ, SHELBY (OCC) ████████████████; SCOTT, RODNEY S ████████████████████████████; MODLIN, JOHN R ███████████████████; BANKS, MICHAEL W ██████████████████████████; GOOD, ANTHONY S ████████████████████; LATA, MICHAEL S ██████████████████████████; SABATINO, DIANE J ████████████; HOLTZER, CHRISTOPHER R ███████████████████████; MILLER, JONATHAN P █████████████████████; JONES, KEITH M ██████████████████████████; BLANCHARD-JR, KENNETH W ██████████████; BOVINO, GREGORY K ████████████████████████; PARRA, DANIEL I █████████; JAMES, MICHELE (OPR) ██████████ BLANCHARD-JR, KENNETH W ████████████████████████
**Cc:** DURST, CASEY OWEN ████████████████████████; ██████████████████████████████████; ████████████████████████████; ████████████████████; ██████████████████████

**Subject:** Chicago Headline Club Preliminary Injunction - Immediate Distribution Required

Good Evening All-

We've attached the Preliminary Injunction Order issued today in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. The Preliminary Injunction Order and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. All recipients are directed to review and familiarize themselves with the attached Preliminary Injunction Order.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 10:00 PM (CT) today.** Please have your staff send confirmation of distribution to me

and acting Chief Counsel Shelby Stuntz.

Please let me know if you have any questions.

Thank you,
Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████

███████████
███████████

***
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** MILAM, JENNIFER N. (OCC)
**Sent:** Friday, October 17, 2025 8:28 PM
**To:** STUNTZ, SHELBY (OCC) ██████████████; SCOTT, RODNEY S ███████████████; MODLIN, JOHN R ████████████████; BANKS, MICHAEL W ███████████████; GOOD, ANTHONY S ███████████████; LATA, MICHAEL S ███████████████; SABATINO, DIANE J ████████████; ████████████ HOLTZER, CHRISTOPHER R ███████████████; MILLER, JONATHAN P ███████████████; JONES, KEITH M ████████████████; ████████████ BLANCHARD-JR, KENNETH W ███████████; BOVINO, GREGORY K ███████████████; PARRA, DANIEL I ███████████████; DANLEY, ROBERT ███████████████; JAMES, MICHELE (OPR) ████████████
**Cc:** DURST, CASEY OWEN ████████████████; ████████████ ████████████; ████████████ ████████████ ████████████; ████████████ ████████████; ████████████ ████████████; ████████████ ████████████ ████████████
**Subject:** Chicago Headline Club Modified TRO - Immediate Distribution Required

Sirs-
We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago*

*Headline Club, et al. v. Noem.* We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** The Court didn't update the timeline for distribution, but we request expedience given the protests slated for tomorrow.

The team will be coordinating declarations over the weekend and working with OGC on next steps.

Please let us know if you have any questions.

Thanks,
Jen

Jennifer N. Milam
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████████

███████████████████

***
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

---

**From:** STUNTZ, SHELBY (OCC) ███████████████████
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ███████████████████; MODLIN, JOHN R ███████████████████; BANKS, MICHAEL W ███████████████████; GOOD, ANTHONY S ███████████████; LATA, MICHAEL S ███████████████; SABATINO, DIANE J ███████████████; ███████████████; HOLTZER, CHRISTOPHER R ███████████████; MILLER, JONATHAN P ███████████████; JONES, KEITH M ███████████████; ███████; BLANCHARD-JR, KENNETH W ███████████████; ███████████; BOVINO, GREGORY K ███████████████; PARRA, DANIEL I ███████████████; DANLEY, ROBERT ███████████████ JAMES, MICHELE (OPR) ███████████████
**Cc:** DURST, CASEY OWEN ███████████████; ███████████████; ███████; ███████████████; ███████



MILAM, JENNIFER N. (OCC)

**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

Shelby Stuntz
Office of Chief Counsel
US Customs and Border Protection

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only. This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice. The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel. Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

| From: | SUTTON-BURKE, LAFONDA D |
|---|---|
| To: | LATA, MICHAEL S; PARRA, DANIEL I; BOVINO, GREGORY K; SLOSAR, WALTER N; DOMINGUEZ, ROBERTO B; BANKS, MICHAEL W; MILAM, JENNIFER N. (OCC); STUNTZ, SHELBY (OCC) |
| Subject: | Re: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required |
| Date: | Thursday, November 6, 2025 6:58:48 PM |

Received.  We will disseminate to staff.


LaFonda D. Sutton-Burke

Director, Chicago Field Office

Office of Field Operations

U.S. Customs and Border Protection

██████████████████████████████████

██████████████████


Get Outlook for iOS

---

**From:** LATA, MICHAEL S ████████████████████████

**Sent:** Thursday, November 6, 2025 6:50:48 PM

**To:** PARRA, DANIEL I ████████████████████████; BOVINO, GREGORY K ████████████████████████████; SLOSAR, WALTER N ██████████████████████>; DOMINGUEZ, ROBERTO B ████████████████; BANKS, MICHAEL W ████████████████████████; MILAM, JENNIFER N. (OCC) ████████████████████████; STUNTZ, SHELBY (OCC) ██████████████████████; SUTTON-BURKE, LAFONDA D ████████████████████████

**Subject:** Fw: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required

Chiefs/Director,

Attached is the Preliminary Injunction Order issued today in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*.  The Preliminary Injunction Order and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees.  All recipients are directed to review and familiarize themselves with the attached Preliminary Injunction Order.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 10:00 PM (CT) today.**  Please have your staff send confirmation of distribution to me and acting Chief Counsel Shelby Stuntz.

Please let me know if you have any questions.

Thank you,

Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████████

███████████

███████████████████

\*\*\*
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

---

**From:** MILAM, JENNIFER N. (OCC)
**Sent:** Friday, October 17, 2025 8:28 PM
**To:** STUNTZ, SHELBY (OCC) ███████████████████; SCOTT, RODNEY S ███████████████████████; MODLIN, JOHN R ████████████████████████; BANKS, MICHAEL W ████████████████████; GOOD, ANTHONY S ████████████████████; LATA, MICHAEL S ████████████████████; SABATINO, DIANE J ████████████████; HOLTZER, CHRISTOPHER R ██████████████████████>; MILLER, JONATHAN P ███████████████████; JONES, KEITH M ██████████████████; ████████████████; BLANCHARD-JR, KENNETH W █████████████████; BOVINO, GREGORY K ████████████████████; PARRA, DANIEL I ████████████████; DANLEY, ROBERT ██████████████████; JAMES, MICHELE (OPR) ████████████████
**Cc:** DURST, CASEY OWEN ██████████████████████; ██████████████████████████████████; ████████████████████████████████; ███████████████████████████████; █████████████████████
**Subject:** Chicago Headline Club Modified TRO - Immediate Distribution Required

Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** The Court didn't update the timeline for distribution, but we request expedience given the protests slated for tomorrow.

The team will be coordinating declarations over the weekend and working with OGC on next steps.

Please let us know if you have any questions.

Thanks,
Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████████

███████████ ████████████

\*\*\*

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** STUNTZ, SHELBY (OCC) ████████████████████████
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ███████████████████████; MODLIN, JOHN R ██████████████████████████; BANKS, MICHAEL W ██████████████████
GOOD, ANTHONY S ██████████████████; LATA, MICHAEL S ██████████████████████████; SABATINO, DIANE J ████████████████████████████; ██████ ████████████████████████; HOLTZER, CHRISTOPHER R ██████████████████████; MILLER, JONATHAN P ██████████████████; JONES, KEITH M ████████████████████████; ██████ ██████████████████; BLANCHARD-JR, KENNETH W █████████ ██████████ BOVINO, GREGORY K ████████████████████████; PARRA, DANIEL I ████████████████████████; DANLEY, ROBERT ████████████████; JAMES, MICHELE (OPR) ████████████
**Cc:** DURST, CASEY OWEN ████████████████████; █████ █████ ██████; ███████████████████████; █████ █ ██████████████████; ████████████████████████; █████ █████████████████████████████; MILAM, JENNIFER N. (OCC) ████████████████████████; ████ ████████████; █████████████
**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*.  We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today.  The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees.  And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

Shelby Stuntz
Office of Chief Counsel
US Customs and Border Protection
██████████████████████
████████████████

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only.  This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice.  The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

| | |
|---|---|
| **From:** | LEE, BYRON M (OPR) |
| **To:** | MILAM, JENNIFER N. (OCC); STUNTZ, SHELBY (OCC) |
| **Cc:** | JAMES, MICHELE (OPR) |
| **Subject:** | RE: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required |
| **Date:** | Friday, November 7, 2025 3:36:06 PM |
| **Attachments:** | (Thursday, Nov 11 2025) Chicago Headline Club Preliminary Injunction (OPR).pdf |

Good afternoon –

Please see attached confirmation of sent PIO notification from OPR.

V/r

Byron M. Lee
Deputy Chief of Staff
Office of Professional Responsibility (OPR)
U.S. Customs and Border Protection
███████████████

**From:** JAMES, MICHELE (OPR) ██████████████████
**Sent:** Friday, November 7, 2025 4:15 PM
**To:** MILAM, JENNIFER N. (OCC) ████████████████
**Cc:** STUNTZ, SHELBY (OCC) ███████████████ LEE, BYRON M (OPR) ██████████████
**Subject:** RE: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required

Yes, DCOS Lee will provide you with OPR's confirmation shortly.

Michele

Michele M. James
Deputy Assistant Commissioner
Office of Professional Responsibility
Washington, DC
██████████████
██████████████

**From:** MILAM, JENNIFER N. (OCC) ██████████████████
**Sent:** Friday, November 7, 2025 4:11 PM
**To:** JAMES, MICHELE (OPR) ████████████████
**Cc:** STUNTZ, SHELBY (OCC) ████████████████
**Subject:** FW: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required

DAC James:

Can you provide confirmation of distro to your teams please?  We must confirm distribution to the Court.

Thank you,

Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel
███████████████████
████████████████

***Attorney/Client Privileged***

---

**From:** MILAM, JENNIFER N. (OCC)
**Sent:** Thursday, November 6, 2025 6:36 PM
**To:** STUNTZ, SHELBY (OCC) ██████████████████; SCOTT, RODNEY S ██████████████████████; MODLIN, JOHN R ████████████████████████; BANKS, MICHAEL W ████████████████; GOOD, ANTHONY S ████████████████████; LATA, MICHAEL S ████████████████████████; SABATINO, DIANE J ████████████████; ████████████; HOLTZER, CHRISTOPHER R ██████████████████; MILLER, JONATHAN P ████████████████; JONES, KEITH M ██████████████████████; ██ BLANCHARD-JR, KENNETH W; BOVINO, GREGORY K ████████████████████; PARRA, DANIEL I ██████████████; JAMES, MICHELE (OPR) ██████████████ BLANCHARD-JR, KENNETH W ████████████████████
**Cc:** DURST, CASEY OWEN ██████████████████████
██████████████████████████
██████████████████████████
████████████████████
████████████████████
██████████████
**Subject:** Chicago Headline Club Preliminary Injunction - Immediate Distribution Required

Good Evening All-

We've attached the Preliminary Injunction Order issued today in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*.  The Preliminary Injunction Order and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees.  All recipients are directed to review and familiarize themselves with the attached Preliminary Injunction Order.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 10:00 PM (CT) today.** Please have your staff send confirmation of distribution to me and acting Chief Counsel Shelby Stuntz.

Please let me know if you have any questions.

Thank you,
Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████

███████████ ███████████

\*\*\*

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** MILAM, JENNIFER N. (OCC)
**Sent:** Friday, October 17, 2025 8:28 PM
**To:** STUNTZ, SHELBY (OCC) ███████████; SCOTT, RODNEY S ███████████; MODLIN, JOHN R ███████████; BANKS, MICHAEL W ███████████ GOOD, ANTHONY S ███████████; LATA, MICHAEL S ███████████; SABATINO, DIANE J ███████████; ███████████ ███████████; HOLTZER, CHRISTOPHER R ███████████; MILLER, JONATHAN P ███████████; JONES, KEITH M ███████████; ███████████ ███████████; BLANCHARD-JR, KENNETH W ███████████; BOVINO, GREGORY K ███████████ PARRA, DANIEL I ███████████; DANLEY, ROBERT ███████████; JAMES, MICHELE (OPR) ███████████
**Cc:** DURST, CASEY OWEN ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████ ███████████
**Subject:** Chicago Headline Club Modified TRO - Immediate Distribution Required

Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** The Court didn't update the timeline for distribution, but we request expedience given the protests slated for tomorrow.

The team will be coordinating declarations over the weekend and working with OGC on next steps.

Please let us know if you have any questions.

Thanks,
Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████████

███████████    ████████

***

PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** STUNTZ, SHELBY (OCC) █████████████████
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ██████████████████; MODLIN, JOHN R
████████████████████; BANKS, MICHAEL W ████████████████████
GOOD, ANTHONY S ████████████████    LATA, MICHAEL S
████████████████; SABATINO, DIANE J ████████████████████    ████
████████    █████████████; HOLTZER, CHRISTOPHER R
████████████████████; MILLER, JONATHAN P
█████████████████; JONES, KEITH M ███████████████    ; █████
████████████    BLANCHARD-JR, KENNETH W ███████████
████████████; BOVINO, GREGORY K ████████████████████    PARRA, DANIEL I
████████████; DANLEY, ROBERT █████████████; JAMES,
MICHELE (OPR) ████████████████
**Cc:** DURST, CASEY OWEN ████████████████████



**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

Shelby Stuntz
Office of Chief Counsel
US Customs and Border Protection

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only. This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice. The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel. Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

| | |
|---|---|
| **From:** | BANKS, MICHAEL W |
| **To:** | MILAM, JENNIFER N. (OCC); STUNTZ, SHELBY (OCC); SCOTT, RODNEY S; MODLIN, JOHN R; GOOD, ANTHONY S; LATA, MICHAEL S; SABATINO, DIANE J; ⬛⬛⬛⬛ HOLTZER, CHRISTOPHER R; MILLER, JONATHAN P; JONES, KEITH M; ⬛⬛⬛; BLANCHARD-JR, KENNETH W; BOVINO, GREGORY K; PARRA, DANIEL I; JAMES, MICHELE (OPR) |
| **Cc:** | DURST, CASEY OWEN; ⬛⬛⬛⬛⬛; ⬛⬛⬛⬛; ⬛⬛⬛⬛ |
| **Subject:** | Re: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required |
| **Date:** | Friday, November 7, 2025 6:31:27 AM |

received and pushed out as advised below.

Thank you.

Michael W. Banks
Chief
U.S. Border Patrol

Get Outlook for iOS



**From:** MILAM, JENNIFER N. (OCC) ⬛⬛⬛⬛⬛⬛
**Sent:** Thursday, November 6, 2025 6:36:07 PM
**To:** STUNTZ, SHELBY (OCC) ⬛⬛⬛⬛⬛ SCOTT, RODNEY S ⬛⬛⬛⬛⬛⬛⬛; MODLIN, JOHN R ⬛⬛⬛⬛⬛⬛; BANKS, MICHAEL W ⬛⬛⬛⬛; GOOD, ANTHONY S ⬛⬛⬛⬛⬛⬛; LATA, MICHAEL S ⬛⬛⬛⬛⬛⬛; SABATINO, DIANE J ⬛⬛⬛⬛⬛⬛⬛; HOLTZER, CHRISTOPHER R ⬛⬛⬛⬛⬛⬛⬛⬛; MILLER, JONATHAN P ⬛⬛⬛⬛⬛⬛⬛; JONES, KEITH M ⬛⬛⬛⬛⬛⬛⬛⬛; ⬛⬛; BLANCHARD-JR, KENNETH W ⬛⬛⬛⬛⬛; BOVINO, GREGORY K ⬛⬛⬛⬛⬛⬛; PARRA, DANIEL I ⬛⬛⬛⬛⬛⬛⬛; JAMES, MICHELE (OPR) ⬛⬛⬛⬛⬛; BLANCHARD-JR, KENNETH W ⬛⬛⬛⬛⬛⬛
**Cc:** DURST, CASEY OWEN ⬛⬛⬛⬛⬛⬛⬛; ⬛⬛⬛⬛⬛⬛⬛⬛; ⬛⬛⬛⬛⬛⬛⬛⬛⬛; ⬛⬛⬛⬛⬛⬛⬛; ⬛⬛⬛⬛⬛⬛⬛; ⬛⬛⬛⬛⬛⬛
**Subject:** Chicago Headline Club Preliminary Injunction - Immediate Distribution Required

Good Evening All-

We've attached the Preliminary Injunction Order issued today in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem.* The Preliminary Injunction Order and attached Messaging

must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees.  All recipients are directed to review and familiarize themselves with the attached Preliminary Injunction Order.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 10:00 PM (CT) today.**  Please have your staff send confirmation of distribution to me and acting Chief Counsel Shelby Stuntz.

Please let me know if you have any questions.

Thank you,
Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████

███████████     ███████

\*\*\*
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** MILAM, JENNIFER N. (OCC)
**Sent:** Friday, October 17, 2025 8:28 PM
**To:** STUNTZ, SHELBY (OCC) ████████████████; SCOTT, RODNEY S ███████████████████; MODLIN, JOHN R ████████████████████; BANKS, MICHAEL W █████████████████; GOOD, ANTHONY S ████████████████████; LATA, MICHAEL S ████████████████████; SABATINO, DIANE J █████████████████████; ████████████████████; HOLTZER, CHRISTOPHER R ████████████████████; MILLER, JONATHAN P ████████████████; JONES, KEITH M ████████████████████; ██████████████; BLANCHARD-JR, KENNETH W ████████████; BOVINO, GREGORY K ████████████████████; PARRA, DANIEL I ████████████████; DANLEY, ROBERT ████████████████; JAMES, MICHELE (OPR) ████████████
**Cc:** DURST, CASEY OWEN ██████████████████; ████████████; ████████████████; ████████████████████████; ███████; ████████; ████████████████; ████████████



**Subject:** Chicago Headline Club Modified TRO - Immediate Distribution Required

Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** The Court didn't update the timeline for distribution, but we request expedience given the protests slated for tomorrow.

The team will be coordinating declarations over the weekend and working with OGC on next steps.

Please let us know if you have any questions.

Thanks,
Jen


*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, ███████████████

█████████████████

\*\*\*
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** STUNTZ, SHELBY (OCC) ██████████████████
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ████████████████████; MODLIN, JOHN R ████████████████████; BANKS, MICHAEL W ████████████████████; GOOD, ANTHONY S ████████████████; LATA, MICHAEL S ████████████████████; SABATINO, DIANE J ████████████████████; HOLTZER, CHRISTOPHER R



; MILLER, JONATHAN P
; JONES, KEITH M ;
; BLANCHARD-JR, KENNETH W
; BOVINO, GREGORY K ; PARRA, DANIEL I
; DANLEY, ROBERT ; JAMES,
MICHELE (OPR)
**Cc:** DURST, CASEY OWEN ;
;
;
;
MILAM, JENNIFER N. (OCC) ;
;

**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

Shelby Stuntz
Office of Chief Counsel
US Customs and Border Protection

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only. This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice. The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.

| | |
|---|---|
| **From:** | PARRA, DANIEL I |
| **To:** | MILAM, JENNIFER N. (OCC); STUNTZ, SHELBY (OCC) |
| **Cc:** | BOVINO, GREGORY K; SUTTON-BURKE, LAFONDA D; ▮ |
| **Subject:** | RE: Chicago Headline Club Preliminary Injunction - Immediate Distribution Required |
| **Date:** | Thursday, November 6, 2025 6:18:20 PM |
| **Attachments:** | Chicago Headline Club Preliminary Injunction - Immediate Distribution Required.pdf |

Good evening,

Attached is the compliance email sent to personnel assigned to OMB.

Respectfully,

Daniel I. Parra

Incident Commander - Operation Midway Blitz / Chicago

U.S. Border Patrol

▮▮▮▮

▮▮▮▮

**From:** MILAM, JENNIFER N. (OCC)▮▮▮
**Sent:** Thursday, November 6, 2025 5:36 PM
**To:** STUNTZ, SHELBY (OCC)▮▮▮; SCOTT, RODNEY S
▮▮▮; MODLIN, JOHN R
▮▮▮; BANKS, MICHAEL W▮▮▮; GOOD, ANTHONY S
▮▮▮; LATA, MICHAEL S▮▮▮; SABATINO, DIANE J▮▮▮;
▮▮▮; HOLTZER, CHRISTOPHER R
▮▮▮; MILLER, JONATHAN P
▮▮▮; JONES, KEITH M▮▮▮; ▮
▮▮▮; BLANCHARD-JR, KENNETH W
▮▮▮; BOVINO, GREGORY K▮▮▮; PARRA, DANIEL I
▮▮▮; JAMES, MICHELE (OPR)▮▮▮;
BLANCHARD-JR, KENNETH W
**Cc:** DURST, CASEY OWEN▮▮▮;
▮▮▮; ▮
▮▮▮ >▮
▮▮▮;
▮▮▮;

**Subject:** Chicago Headline Club Preliminary Injunction - Immediate Distribution Required

Good Evening All-

We've attached the Preliminary Injunction Order issued today in the Northern District of Illinois in

*Chicago Headline Club, et al. v. Noem.* The Preliminary Injunction Order and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. All recipients are directed to review and familiarize themselves with the attached Preliminary Injunction Order.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 10:00 PM (CT) today.** Please have your staff send confirmation of distribution to me and acting Chief Counsel Shelby Stuntz.

Please let me know if you have any questions.

Thank you,
Jen

*Jennifer N. Milam*
(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel, █████████████

█████████████████

\*\*\*
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

---

**From:** MILAM, JENNIFER N. (OCC)
**Sent:** Friday, October 17, 2025 8:28 PM
**To:** STUNTZ, SHELBY (OCC)███████████████████; SCOTT, RODNEY S
███████████████████████; MODLIN, JOHN R ███████████████>; BANKS, MICHAEL W███████████████; GOOD, ANTHONY S
███████████████████; LATA, MICHAEL S ███████████████; SABATINO, DIANE J█████████████████;█████████████
███████████████; HOLTZER, CHRISTOPHER R
███████████████████; MILLER, JONATHAN P
██████████████████ JONES, KEITH M ████████████████████
█████████████; BLANCHARD-JR, KENNETH W████████████
████████ BOVINO, GREGORY K███████████████ PARRA, DANIEL I
███████████████; DANLEY, ROBERT ████████████; JAMES, MICHELE (OPR)████████████████
**Cc:** DURST, CASEY OWEN ███████████████;█████████████
███████████████████████████████████████
████████████████████████



**Subject:** Chicago Headline Club Modified TRO - Immediate Distribution Required

Sirs-

We've attached the modified TRO issued this evening in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We will provide the TRO this evening to CBP's Operation Midway Blitz tactical operations center and EOC with a request that they facilitate distribution to individuals that are scheduled to work at the Broadview ICE Facility tomorrow. The TRO must also be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel.** The Court didn't update the timeline for distribution, but we request expedience given the protests slated for tomorrow.

The team will be coordinating declarations over the weekend and working with OGC on next steps.

Please let us know if you have any questions.

Thanks,
Jen

*Jennifer N. Milam*

(A) Deputy Chief Counsel
U.S. Customs and Border Protection
Office of Chief Counsel

***
PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED

**From:** STUNTZ, SHELBY (OCC)
**Sent:** Friday, October 10, 2025 4:09 PM
**To:** SCOTT, RODNEY S ; MODLIN, JOHN R ; BANKS, MICHAEL W GOOD, ANTHONY S ; LATA, MICHAEL S ; SABATINO, DIANE J ; HOLTZER, CHRISTOPHER R ; MILLER, JONATHAN P



JONES, KEITH M ▮▮▮▮▮▮▮▮▮▮ ;▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ ; BLANCHARD-JR, KENNETH W ▮▮▮▮▮▮
▮▮▮▮▮ BOVINO, GREGORY K ▮▮▮▮▮▮▮▮ ; PARRA, DANIEL I
▮▮▮▮▮▮ ; DANLEY, ROBERT ▮▮▮▮▮▮▮ ; JAMES,
MICHELE (OPR)▮▮▮▮▮▮▮▮▮
**Cc:** DURST, CASEY OWEN ▮▮▮▮▮▮▮▮ ;▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ ;
MILAM, JENNIFER N. (OCC) ▮▮▮▮▮▮ ;
▮▮▮▮▮▮▮▮▮▮ ;▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

**Subject:** Chicago Headline Club TRO - Immediate Distribution Required
**Importance:** High

Sirs, We've attached the TRO issued yesterday in the Northern District of Illinois in *Chicago Headline Club, et al. v. Noem*. We provided the TRO yesterday to CBP's Operation Midway Blitz tactical operations center and EOC and we understand that they facilitated distribution to individuals that were scheduled to work at the Broadview ICE Facility today. The TRO and attached Messaging must now be distributed to **all CBP law enforcement personnel, officers and agents currently or subsequently deployed in the Northern District of Illinois, including those holding any supervisory authority over any currently or subsequently deployed employees. And, all recipients are directed to review and familiarize themselves with the attached TRO.**

Component and OAL leadership, **the attached must distributed to the above-described CBP personnel by 11:59 PM (CT) today.**

Please let us know if you have any questions.

Shelby Stuntz
Office of Chief Counsel
US Customs and Border Protection
▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

**PRIVILEGED AND CONFIDENTIAL- CIRCULATION RESTRICTED**

This electronic communication, along with any attachment(s), contains confidential U.S. Government information intended for internal government use only. This electronic communication and its attachment(s) also contain information that is privileged as well as exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. §552, including attorney work product, material that is part of the agency's deliberative process, and communications between attorney and client concerning legal matters for which the client has sought professional advice. The contents of this electronic communication and its attachment(s) are solely intended for the use by the addressee(s) designated herein, and must be controlled, stored, handled, transmitted, distributed, and disposed of in a manner that restricts access to only the designated addressee(s) and to those within U.S. Customs and Border Protection (CBP) who have an official "need-to-know."

If you are not a designated addressee of the electronic communication or a CBP official with a "need-to-know," you

are prohibited from reviewing, using, copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the communication or its attachments within or outside CBP without prior, written approval from the Commissioner of CBP and the Chief Counsel.  Please notify the sender immediately and permanently delete this electronic communication, and any copies or printouts of the communication and its attachments.