**Holt, Samuel (CIV)**

| | |
|---|---|
| **From:** | The AAG for Administration |
| **Sent:** | Thursday, November 6, 2025 5:46 PM |
| **To:** | The AAG for Administration |
| **Subject:** | Notice of Preliminary Injunction: Chicago Headline Club, et. al v. Kristi Noem, et. al (ND Ill.), No. 1:25-cv-12173 |
| **Attachments:** | Chicago Headline Club - PI Order (Nov. 6, 2025).pdf |

To all Department of Justice employees:

The attached Preliminary Injunction (PI) was issued against the Department of Justice on November 6, 2025, as part of the civil lawsuit *Chicago Headline Club, et. al v. Kristi Noem, et. al* (ND Ill.), No. 1:25-cv-12173. The Preliminary Injunction restrains law enforcement activities relating to the ongoing protests in the Northern District of Illinois, including restrictions on the use of riot control weapons such as CS gas and chemical irritants and the use of force. The PI also includes requirements to activate body worn cameras and wear visible personal identification on uniforms.

All Department employees with official responsibilities, including supervisory or management responsibilities, in the Northern District of Illinois (Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, McHenry, and Will Counties) now or in the future must read the PI and follow its requirements. Until such time as a subsequent court order provides otherwise, it is important that the Department comply with the terms of the Court's order as any failure to do so may result in penalty of contempt.

Regards,
Jolene

Jolene Ann Lauria
Assistant Attorney General
  for Administration

**Holt, Samuel (CIV)**

| | |
|---|---|
| **From:** | The AAG for Administration |
| **Sent:** | Friday, November 7, 2025 7:30 AM |
| **To:** | The AAG for Administration |
| **Subject:** | Notice of Preliminary Injunction: Chicago Headline Club, et. al v. Kristi Noem, et. al (ND Ill.), No. 1:25-cv-12173 (CORRECTED) |
| **Attachments:** | Chicago Headline Club - PI Order (Nov. 6, 2025).pdf |

To all Department of Justice employees:

The attached Preliminary Injunction (PI) was issued against the Department of Justice on November 6, 2025, as part of the civil lawsuit *Chicago Headline Club, et. al v. Kristi Noem, et. al* (ND Ill.), No. 1:25-cv-12173. The Preliminary Injunction restrains law enforcement activities relating to the ongoing protests in the Northern District of Illinois, including restrictions on the use of riot control weapons such as CS gas and chemical irritants and the use of force. The PI also includes requirements to activate body worn cameras and wear visible personal identification on uniforms.

All Department employees with official responsibilities, including supervisory or management responsibilities, in the Northern District of Illinois (Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, McHenry, Will, Boone, Carroll, De Kalb, Jo Daviess, Lee, McHenry, Ogle, Stephenson, Whiteside, and Winnebago Counties) now or in the future must read the PI and follow its requirements. Until such time as a subsequent court order provides otherwise, it is important that the Department comply with the terms of the Court's order as any failure to do so may result in penalty of contempt.

Regards,
Jolene

Jolene Ann Lauria
Assistant Attorney General
   for Administration