IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) | |
| | ) | No. 25-cv-12173 |
| *Plaintiffs,* | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | District Judge |
| | ) | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) ) | |
| | ) | |
| *Defendants.* | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 6, 2025 Minute Order (ECF 251) and Preliminary Injunction (ECF 250), the parties conferred over email and submit this status report setting forth proposals for ensuring that Federal Agents currently or subsequently deployed in the Northern District of Illinois as part of Operation Midway Blitz or any equivalent operation by a different name remain informed of the limitations imposed by the preliminary injunction.

**Defendants' Position:**

DHS and its component agencies, U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and the Federal Protective Service ("FPS"), and the Department of Justice disseminated the contents of the Preliminary Injunction to their required personnel by 10 p.m. on November 6, 2025. *See* ECF No. 265. In compliance with paragraph 6 of the preliminary injunction, Defendants filed the directives sent to CBP, ICE, FPS, and the Department of Justice implementing the Order. *Id.* The directives and email filed on the docket are the guidance issued to all applicable Federal Agents. CBP and ICE will distribute a copy of the preliminary injunction as part of the on-boarding process every time a new rotation of Federal

1

Officers/Agents is subsequently deployed in the Northern District of Illinois as part of Operation Midway Blitz or any equivalent operation by a different name. FPS will also distribute a copy of the preliminary injunction as part of the on-boarding process to any new Federal Officers/Agents assigned to the Northern District of Illinois.

Pursuant to paragraph 7 of the Order, DHS and its component agencies, while the preliminary injunction remains in effect, will resend the preliminary injunction every 30 days to all Federal Agents currently or subsequently deployed in the Northern District of Illinois as part of Operation Midway Blitz or any equivalent operation by a different name. This will ensure Federal Agents currently or subsequently deployed in the Northern District of Illinois as part of Operation Midway Blitz or any equivalent operation by a different name remain informed of the limitations imposed by the preliminary injunction.

With respect to the additional issues raised by Plaintiffs below that are unrelated to the Court's request for a status report about distribution of the preliminary injunction, Defendants will be prepared to discuss those topics at the status conference on November 13, 2025.

**Plaintiffs' Position:**

**Notice regarding preliminary injunction:** Plaintiffs do not object to the position that Defendants have outlined above.

**Discovery and summary judgment:** Plaintiffs have asked the Defendants for a Rule 26(f) planning conference and respectfully request that the Court set a short deadline for the parties to confer and file a proposed discovery, summary judgment, and permanent injunction briefing schedule.

**Confidentiality designations**: The Court previously entered Defendants' proposed confidentiality order for purposes of expedited discovery leading to the preliminary injunction

hearing. Plaintiffs' position is that materials relied on by the Court for its preliminary injunction ruling and submitted to the Court for consideration (either with briefing, as exhibits, or at the hearing) should be part of the public record. Plaintiffs request that the Court set a deadline for the parties to meet and confer and either jointly propose a new confidentiality order or file new cross-motions for the entry of an updated confidentiality order.

**Violations of the Preliminary Injunction Order:** Plaintiffs believe that the Preliminary Injunction Order has been violated, and they intend to file a notice of violation addressing the violations before tomorrow's status hearing. Plaintiffs are still considering their position with respect to a motion for sanctions.

**Motion to Stay Preliminary Injunction:** Defendants have asked the Seventh Circuit to stay the preliminary injunction order, and Plaintiffs' response brief to that motion is due on 11/13/2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov
*Counsel for Defendants*

3

s/ Elizabeth Wang
*One of Plaintiffs' Counsel*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org