IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) |
| | ) |
| Plaintiffs, | ) No. 25-cv-12173 |
| | ) |
| v. | ) Hon. Sara L. Ellis, |
| | ) United States District Judge |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF PUBLIC FILING OF BODY CAMERA VIDEOS AND EXHIBITS CITED IN THE COURT'S OPINION AND ORDER OF NOVEMBER 20, 2025 (ECF No. 281)**

On November 14, 2025, the Court Provided the Parties a preliminary list of sealed citations that the Court intended to rely on in its written preliminary injunction opinion. Defendants hereby provide notice to the Court that public versions of the 41 clips of the body camera videos corresponding to the Court's November 14, 2025 list (attached hereto as Exhibit A) have been submitted to the Court via the Court's Portal for Public Record Digital Media Exhibits, at https://www.ilnd.uscourts.gov/LandingPage.php?page=digital_media_submissions. Defendants make this production pursuant to the Court's order at the November 13, 2025 hearing. Defendants have attached public versions of the remaining 43 documents identified on Exhibit A to this notice.

Dated: November 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director

 */s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
Trial Attorney
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Fax: (202) 616-8470

Exhibit A

| Sealed Documents |
|---|
| Doc. 172-1 |
| Doc. 172-2 |
| Doc. 172-3 |
| Doc. 172-4 |
| Doc. 172-5 |
| Doc. 172-7 |
| Doc. 172-8 |
| Doc. 172-9 |
| Doc. 172-10 |
| Doc. 172-11 |
| Doc. 172-12 |
| Doc. 172-13 |
| Doc. 172-14 |
| Doc. 172-15 |
| Doc. 172-16 |
| Doc. 172-18 |
| Doc. 172-23 |
| Doc. 172-29 |
| Doc. 172-30 |
| Doc. 172-31 |
| Doc. 172-32 |
| Doc. 172-33 |
| Doc. 172-34 |
| Doc. 172-36 |
| Doc. 172-37 |
| Doc. 172-38 |
| Doc. 172-39 |
| Doc. 172-40 |
| Doc. 172-41 |
| Doc. 172-42 |
| Doc. 172-43 |
| Doc. 191-3 |
| Doc. 191-4 |
| Doc. 191-5 |
| Doc. 191-6 |
| Doc. 191-7 |
| Doc. 191-8 |
| Doc. 191-9 |
| Doc. 191-10 |
| Doc. 191-11 |
| Doc. 191-12 |

| |
|---|
| Doc. 237 |
| Doc. 238 |
| Axon Body 4 Video 2025-10-04 1541 D01A83204 |
| Axon Body 3 Video 2025-10-04 1612 X60AB878H |
| Axon Body 4 Video 2025-10-04 1251 D01A7881Z |
| Axon_Body_4_Video_2025-10-12_1332_D01A2669A |
| Axon_Body_3_Video_2025-10-12_1337_X60AB878H |
| Axon_Body_3_Video_2025-10-12_1337_X60AB340G |
| Axon_Body_3_Video_2025-10-12_1337_X60A94550 |
| Axon_Body_3_Video_2025-10-12_1338_X60AB561J |
| Axon_Body_4_Video_2025-10-12_1344_D01A2687M |
| Axon_Body_4_Video_2025-10-12_1345_D01A2797W |
| Axon_Body_3_Video_2025-10-22_1234_X60AB554J |
| Axon_Body_4_Video_2025-10-23_1032_D01A2737M |
| Axon_Body_4_Video_2025-10-23_1043_D01A49397 |
| Axon_Body_4_Video_2025-10-23_1050_D01A2282F |
| Axon_Body_3_Video_2025-10-23_1051_X60AB834E |
| Axon_Body_4_Video_2025-10-23_1052_D01A4063B |
| Axon_Body_4_Video_2025-10-23_1052_D01A4763A |
| Axon_Body_4_+_Flex_Video_2025-10-23_1053_D01A2898X |
| Axon_Body_4_Video_2025-10-23_1053_D01A38302 |
| Axon_Body_4_Video_2025-10-23_1056_D01A47477 |
| Axon_Body_4_Video_2025-10-23_1056_D01A4610B |
| Axon_Body_3_Video_2025-10-23_1056_X60AB787G |
| Axon_Body_4_Video_2025-10-23_1057_D01A43998 |
| Axon_Body_4_Video_2025-10-23_1058_D01A39542 |
| Axon_Body_4_+_Flex_Video_2025-10-23_1103_D01A2898X |
| Axon_Body_4_Video_2025-10-23_1106_D01A32103 |
| Axon_Body_4_Video_2025-10-23_1107_D01A31902 |
| Axon_Body_4_Video_2025-10-23_1108_D01A45488 |
| Axon_Body_4_Video_2025-10-23_1108_D01A3024X |
| Axon_Body_4_Video_2025-10-23_1112_D01A49397 |
| Axon_Body_4_Video_2025-10-23_1125_D01A2282F |
| Axon_Body_4_Video_2025-10-23_1130_D01A33312 |
| Axon_Body_4_Video_2025-10-23_1150_D01A31902 |
| Axon_Body_4_Video_2025-10-24_1249_D01A2282F |
| Axon_Body_4_+_Flex_Video_2025-10-24_1250_D01A2898X |
| Axon_Body_4_Video_2025-10-24_1256_D01A2094R |
| Axon_Body_4_Video_2025-10-24_1258_D01A2282F |
| Axon_Body_4_Video_2025-10-24_1302_D01A2094R |
| Axon_Body_4_Video_2025-10-25_1045_D01A36942 |
| Axon_Body_4_Video_2025-10-25_1045_D01A38582 |

Kilder_Ave_Op_Midway-Blitz_4_Video_2025-10-25_1045_D01A2632Y