| | |
|---|---|
| **From:** | Urbanski, Eric John |
| **To:** | #CHI ERO JOC |
| **Subject:** | FW: Potential Threat Reporting Awareness - Doxxing and Bounties |
| **Date:** | Wednesday, October 8, 2025 8:53:44 PM |

Eric J. Urbanski
Acting Assistant Field Office Director
Chicago Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell 312- **LES**

**From:** **LES** @fbi.gov < **PII, LES** @fbi.gov>
**Sent:** Wednesday, October 8, 2025 7:03 PM
**To:** Leopold, Daniel J < **PII, LES** @hsi.dhs.gov>; Urbanski, Eric John < **PII, LES** @ice.dhs.gov>; CLAUDE JR, MICHAEL < **PII, LES** @FPS.DHS.gov>; COJBASIC, ANA < **PII, LES** @cbp.dhs.gov>; KNAGA, MATT R < **PII, LES** @cbp.dhs.gov>; POST-JR., RAYMOND W < **PII, LES** @cbp.dhs.gov>; WHYTE, REYNA < **PII, LES** @cbp.dhs.gov>; JIRON, MARIA M < **PII, LES** @cbp.dhs.gov>; LARSON, MORGAN L < **PII, LES** @cbp.dhs.gov>; FONSECA, JOSE I < **PII, LES** @cbp.dhs.gov>; BLAKE, DANIEL L < **PII, LES** @cbp.dhs.gov>; TORRES, RAYMOND F < **PII, LES** @cbp.dhs.gov>; Jessica.M.Ipema < **PII, LES** @dea.gov>; Ronald.Rasey < **PII, LES** @atf.gov>; **PII, LES** @usdoj.gov; KINNEY, MICHAEL D < **PII, LES** @CBP.DHS.GOV>
**Cc:** **LES** @fbi.gov; Peter Berube < **LES** @fbi.gov>
**Subject:** Potential Threat Reporting Awareness - Doxxing and Bounties

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

All,

FBI received reporting that there are individuals that show up to areas with known ICE activity, specifically whose main purpose is to gather information at the location to dox federal agents. They take photos and videos of federal agents, often zooming in to capture faces. This information is passed along to someone that has access to facial recognition software.
Reporting identified there were juveniles on rooftops with "walkies" acting as "spotters." Their job is to spot federal agents from the roof, and yell "La Migra" to individuals on the ground that have guns.

The Jalisco New Generation Cartel (CJNG), and "El Mayo" have placed bounties on federal agents' heads involved with immigration enforcement and are giving direction to street gangs in Chicago, specifically in the Little Village and Pilsen neighborhoods. An individual that successfully kills a federal agent won't need to say anything, because the cartels will see it on the news, and they will receive payment via cash or

drugs.

FBI Chicago will draft SIRs on the above intelligence for dissemination tomorrow (Thu).

Regards,

FBI Chicago