


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:17 EDT  Page 1 of 3

**CASE NUMBER**
LES

**CASE OPENED**
9/19/2025

**CURRENT CASE TITLE**
9/19/2025 Assault of Multiple DHS Employees

**REPORT TITLE**
9/19/2025 Arrest of Hannah B CHAVEZ (Misdemeanor Citation - Assault)

**REPORTED BY**
Clay Wildt
SPECIAL AGENT

**APPROVED BY**
Edward Vigare Jr
SPECIAL AGENT

**DATE APPROVED**
9/23/2025

**SYNOPSIS**

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Special Agents responded to the Broadview Service Staging Area (BSSA) in Broadview, Illinois after reports that several Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers had been assaulted by protesters who were in attendance at a preplanned anti-immigration enforcement.

This report details the arrest of Hannah B CHAVEZ for assault (18USC111).

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000044A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:17 EDT                                          Page 2 of 3

## DETAILS OF INVESTIGATION

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Special Agents Clay Wildt and Dylan Belcher responded to the Broadview Service Staging Area (BSSA) in Broadview, Illinois after reports that several Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers had been assaulted by protesters who were in attendance at a preplanned anti-immigration enforcement.

Agents encountered Hannah CHAVEZ in a common holding area with several other detainees. CHAVEZ was escorted to an interview room; agents read CHAVEZ her Miranda warning in the English language. CHAVEZ indicated that she understood her rights and did not wish to speak to agents. CHAVEZ refused to sign the Miranda warning form.

CHAVEZ provided biographical data and was issued a misdemeanor citation for assault (8USC111); she was fingerprinted and released without further delay.

---

When asked for an account of the assault, Customs and Border Protection Officer (CBPO) Hunter Way provided the following report concerning the arrest of CHAVEZ. The following narrative was provided directly from Way and has not been altered:

> On September 19th, 2025 at approximately 1835 hours, Custom and Border Protection, Special Response Team (SRT) was requested by Immigration Customs Enforcement (ICE) to assist with Mobile Field Force (MFF) on a mass crowd that was gathered at the Broadview, Illinois ICE building.
>
> I Special Response Team Operator (SRTO) Hunter Way was assisting with crowd control due to clearing the entrance to the facility when protesters started to throw objects at officers. A subject was identified and an arrest team was sent out to apprehend the protestor. I was running towards the protestor when a female protestor stuck her leg out and tripped me making me fall to the ground. Due to being tripped, my knee was scrapped and gas mask lens's was scratched. I turned around and apprehended the female protestor and bought her inside to the facility. Myself and an ICE agent hand cuffed the female.
>
> The female was complaining of a headache and requested medical care. Due to myself being an Emergency Medical Technician (EMT), I tried to ask her medical questions but she refused to speak to a male and refused care. She was given water and was told to notify an Officer if her symptoms got worse. End of statement.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000045A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:17 EDT  Page 3 of 3

**\*\*\*Agent Note:** Prior to the collecting witness statements, agents advised officers that they were NOT representatives of the Office of Professional Responsibility (OPR); officers were further advised that they could elect to NOT make statements to agents. As these were witness statements, agents did not provide officers with employee warnings (Garrity/Kalkines) or Miranda warnings. If applicable, officers were not offered union or legal representation.

The investigation continues.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000046A




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:17 EDT                                                                                          Page 1 of 7

# 9/19/2025 Arrest of Hannah B CHAVEZ
# (Misdemeanor Citation - Assault)

## Incident Overview

| | |
|---|---|
| Topic/Title | 9/19/2025 Arrest of Hannah B CHAVEZ (Misdemeanor Citation - Assault) |
| Document Number | **LES** |
| Incident Type | AR - ARREST |
| Conveyance Type | |
| Type | N - NO TRANSPORTATION INVOLVED |
| Contributing Info Indicator | Yes |
| Contributing Info | 3 5 - ICE ENFORCEMENT & REMOVAL OFFICER |
| Contributing Info | 3 I - CBP - INSPECTOR |
| Occurence Date and Time | 09/19/2025 18:30 |

## Arrest Details

| | |
|---|---|
| EAGLE Event Number | **LES** |
| Incident Date | 09/19/2025 18:30 |
| Arrest? | Yes |
| Indictment? | No |
| Arrest Type | C - CRIMINAL |
| Arrest Location | |
| Location | N - NON-BORDER |
| Description | BSSA |
| Arrest Category | |
| Category | O - OTHER |
| Other | Assault on ICE/CBP Employee |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| **LES** | 9/19/2025 Assault of Multiple DHS Employees | **LES** | 9/22/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000047A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:17 EDT                                                                                                    Page 2 of 7

## Violator Information

| Violator Type | INDIVIDUAL |
|---|---|
| **Suspect Name** | |
| Last | CHAVEZ |
| First | Hannah |
| Middle | B |
| **Date of Birth** | PII 1990 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | U - UNKNOWN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| Address Type | |
|---|---|
| Type | O - OTHER |
| Other | BSSA |
| **Address** | |
| Address | 1930 Beach Street |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| Arresting Agency | |
|---|---|
| Agency/Unit/Group | HSI - Homeland Security Investigations |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_000000048A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:17 EDT                                                                 Page 3 of 7

| Agent Name | |
|---|---|
| Last | Wildt |
| First | Clay |
| **Job Title** | SPECIAL AGENT |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | CSI - CBP, OFFICER |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | DAR - ICE, ENFORCEMENT AND REMOVAL OFFICER (ERO) |
| **Air & Marine Participation** | No |

## Violation Statistics

| Violation | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | September 19, 2025 |
| Status | Approved |

## Routing Information

| Supervisor | Edward Vigare Jr |
|---|---|
| **Automatic Distribution Office** | CH - Chicago, IL |
| **Program Code** | 004 - ASSAULTS ON CUSTOMS EMPLOYEES |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | RESTRICTED |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000049A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:17 EDT | Page 4 of 7

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000050A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:17 EDT | Page 5 of 7

## Narrative

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Homeland Security Task Force (HSTF) Special Agents responded to a report of assaults on several Immigration and Customs Enforcement (ICE) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers at the Broadview Service Staging Area (BSSA) in Broadview, IL. Hannah CHAVEZ reportedly assaulted officers during planned protest activities. CHAVEZ was served a misdemeanor citation for assault (18USC111) and released. See report of investigation on same date for additional information. A copy of the misdemeanor citation has been uploaded to the electronic case file, for reference.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000051A

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 9/22/2025 |
| **Last Updated** | 9/22/2025 |
| **Author** | Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | Dylan Belcher<br>1038 - SPECIAL AGENT<br>630 PII, LES<br><br>Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>562 PII, LES |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>Supervisor Approval<br>9/22/2025 |

## Case Metadata

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | PII, LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000052A

 

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:17 EDT                                                                                                             Page 7 of 7

| Case Title | 9/19/2025 Assault of Multiple DHS Employees |
|---|---|
| Case Number | LES |
| Case Opened | 9/19/2025 |
| Case Last Updated | 9/22/2025 |
| Approved | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>9/19/2025 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000053A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:17 EDT  DRM Page 1 of 1

**Title**

Crim_Citation_CHAVEZ.pdf

**Upload Date**

09/22/2025 11:48 EDT

**Media Type**

pdf

File attached on the following page

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000054A

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ISN921 | E [PII, LES] | Wildt | [PII, LES] |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/19/2025 1945
Offense Charged: ☐ CFR ☒ USC ☐ State Code — 18 USC 111

Place of Offense: 1930 Beach St. Broadview, IL

Offense Description: Factual Basis for Charge — Assault on officers

HAZMAT ☐

### DEFENDANT INFORMATION

Phone: (503) [PII]

| Last Name | First Name | M.I. |
|---|---|---|
| Chavez | Hannah | B |

Street Address: [PII]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Chicago | IL | 60624 | [PII] 1990 |

Drivers License No.: [PII] — CDL ☐ — D.L. State: IL — Social Security No.: [PII] 6067

☒ Adult ☐ Juvenile — Sex: ☐ Male ☒ Female — Hair: Red — Eyes: BRN — 508 — Weight: 115

### VEHICLE VIN:

CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

[PII, LES] COURT DATE

(If no court date shown, you will be notified of your appearance date by mail.)

| Court Address | Date | TBD |
|---|---|---|
|  | Time (hh:mm) | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [PII]

Officer's Copy (Pink)

ICE_00000055A

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Sept. 19**, 20 **25** while exercising my duties as a law enforcement officer in the **Northern** District of **Illinois**

See attached PC Statement

The foregoing statement is based upon:

☐ my personal observation  ☐ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best

Executed on: **09/19/2025**  Officer's: **PII, LES**
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

ICE_00000056A




**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:16 EDT  Page 1 of 4

# CHAVEZ, Hannah B

## Biographics

| Name | |
|---|---|
| Last | CHAVEZ |
| First | Hannah |
| Middle | B |
| Name Flip | Yes |
| **Date of Birth** | PII /1990 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | U - UNKNOWN |
| **Height (ft/in)** | |
| Min Height | 508 |
| **Weight (lbs)** | |
| Min Weight | 145 |
| **Hair Color** | RD - RED |
| **Eye Color** | BR - BROWN |

## Identification

| Social Security Number | PII 6067 |
|---|---|

## Addresses

| Address Type | |
|---|---|
| Type | M - MAILING |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000057A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:16 EDT                                                                                              Page 2 of 4

| Address | |
|---|---|
| Address | PII |
| Apt./Suite | |
| City | Chicago |
| State | IL - ILLINOIS |
| Postal Code | 60624 |
| Country | USA - United States |

## Subject Record Information

| | |
|---|---|
| **ICM Record ID** | LES |
| **CBP Record ID** | LES |
| **Subject Record Status** | |
| Status | SO - SUSPECT, OTHER |
| **Subject Record Category** | |
| Category | OT - OTHER |
| Other | Assault on CBP/ERO Staff |
| **Primary Action Code** | |
| Primary Action Code | 0 - NOT ON PRIMARY |
| **Worksite Involvement** | NO - NO WORKSITE INVOLVEMENT |
| **Nominate to Watchlist** | No |

## Criminal Affiliations

| | |
|---|---|
| **Position or Title** | NGI - NO GANG INVOLVEMENT |

## Citizenship and Status

| | |
|---|---|
| **Citizenship** | |
| Country | USA - United States |

## Associated Phones
**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000058A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:16 EDT    Page 3 of 4

## Phone Type

| | |
|---|---|
| Type | C - CELLULAR (HAND-HELD PORTABLE) |
| International Prefix | 1 |
| Phone Number | 503 PII |

## Driver's License

| | |
|---|---|
| License Number | PII |
| State | IL - ILLINOIS |
| Country | USA - United States |

## Remarks

| | |
|---|---|
| Remarks | Subject served misdemeanor citation for assault on ERO/CBP staff at BSSA on 9/19/25 during immigration-related protest. |

## Routing Information

| | |
|---|---|
| Subject Record Owner | Dylan Belcher |
| Subject Record Owner | Clay Wildt |
| Subject Record Supervisor | Edward Vigare Jr |
| Office Code | CH - Chicago, IL |
| Query Notification Level | 1 - TO RECORD OWNER |

## Restrict Visibility

| | |
|---|---|
| Groups Visible To | DHS |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000059A




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:16 EDT                                                                                   Page 4 of 4

## Metadata

| | |
|---|---|
| **Document Number** | PII, LES |
| **Document Status** | Published |
| **Opened** | 9/22/2025 |
| **Last Updated** | 9/22/2025 |
| **Author** | Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | Dylan Belcher<br>1038 - SPECIAL AGENT<br>630 PII, LES<br><br>Clay Wildt<br>1038 - SPECIAL AGENT<br>224 LES |
| **Supervisor** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>562 PII, LES |

## Case Metadata

| | |
|---|---|
| **Case Title** | 9/19/2025 Assault of Multiple DHS Employees |
| **Case Number** | LES |
| **Case Opened** | 9/19/2025 |
| **Case Last Updated** | 9/22/2025 |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>9/19/2025 |
**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000060A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### SUBJECT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:16 EDT  DRM Page 1 of 1

**Title**

CHAVEZ_Mug.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000061A