


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:09 EDT                                                                 Page 1 of 3

**CASE NUMBER**
LES

**CASE OPENED**
9/19/2025

**CURRENT CASE TITLE**
9/19/2025 Assault of Multiple DHS Employees

**REPORT TITLE**
9/19/2025 Arrest of Hanna E MCKEEVER (Misdemeanor Citation - Assault)

**SYNOPSIS**

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Special Agents responded to the Broadview Service Staging Area (BSSA) in Broadview, Illinois after reports that several Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers had been assaulted by protesters who were in attendance at a preplanned anti-immigration enforcement.

This report details the arrest of Hanna E MCKEEVER for assault (18USC111).

**REPORTED BY**
Clay Wildt
SPECIAL AGENT

**APPROVED BY**
Edward Vigare Jr
SPECIAL AGENT

**DATE APPROVED**
9/23/2025

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000094A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:09 EDT  Page 2 of 3

## DETAILS OF INVESTIGATION

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Special Agents Clay Wildt and Dylan Belcher responded to the Broadview Service Staging Area (BSSA) in Broadview, Illinois after reports that several Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers had been assaulted by protesters who were in attendance at a preplanned anti-immigration enforcement.

Agents encountered Hanna E MCKEEVER in a common holding area with several other detainees.  MCKEEVER was escorted to an interview room; agents read MCKEEVER her Miranda warning in the English language.  MCKEEVER indicated that she understood her rights and did not wish to speak to agents.  MCKEEVER refused to sign the Miranda warning form.

MCKEEVER provided biographical data and was issued a misdemeanor citation for assault (8USC111); she was fingerprinted and released without further delay.

---

When asked for an account of the assault, Customs and Border Protection Officer (CBPO) JCLee GUZMAN provided the following report concerning the arrest of MCKEEVER. The following narrative was provided directly from GUZMAN and has not been altered:

> On Sep 19, 2025, at approximately 1830, while working with Immigration Service Enforcement (ICE), I was assigned to assist with Mobile Field Force (MFF) efforts in response to a mass crowd at the ICE Facility on Broadway, IL.
>
> When exiting the fence line, the large mob began to yell, "fuck ICE, go home ICE, & fuck you". We began to give commands to the large mob to move away from the street so that vehicles freely enter and exit from the ICE facility. Moments later, I observed people from the crowd began to push officers and throw unknown objects at us when officers began to effect an arrest on an unidentified subject. I then observed a female in a black shirt, black pants, & black shoes swing her backpack at our officers that were trying to effect the arrest of that unidentified subject. I then ran to her and placed her in handcuffs for assaulting our officers by striking them with her backpack. Female was then escorted back to facility and turned over to ICE.

**\*\*\*Agent Note: Prior to the collecting witness statements, agents advised officers that they were NOT representatives of the Office of Professional Responsibility (OPR); officers were further advised that they could elect to NOT make statements to agents.  As these were witness statements, agents did not provide officers with employee warnings (Garrity/Kalkines) or Miranda warnings.  If applicable, officers were not offered union or legal representation.**

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000095A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:09 EDT  Page 3 of 3

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000096A




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:09 EDT                                                                                                   Page 1 of 7

# 9/19/2025 Arrest of Hanna E MCKEEVER (Misdemeanor Citation - Assault)

## Incident Overview

| | |
|---|---|
| Topic/Title | 9/19/2025 Arrest of Hanna E MCKEEVER (Misdemeanor Citation - Assault) |
| Document Number | LES |
| Incident Type | AR - ARREST |
| Conveyance Type | |
| Type | N - NO TRANSPORTATION INVOLVED |
| Contributing Info Indicator | Yes |
| Contributing Info | 3 5 - ICE ENFORCEMENT & REMOVAL OFFICER |
| Contributing Info | 3 I - CBP - INSPECTOR |
| Occurence Date and Time | 09/19/2025 18:30 |

## Arrest Details

| | |
|---|---|
| EAGLE Event Number | LES |
| Incident Date | 09/19/2025 18:30 |
| Arrest? | Yes |
| Indictment? | No |
| Arrest Type | C - CRIMINAL |
| Arrest Location | |
| Location | N - NON-BORDER |
| Description | BSSA |
| Arrest Category | |
| Category | O - OTHER |
| Other | Assault on ICE/CBP Employee |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000097A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:09 EDT                                                                 Page 2 of 7

## Violator Information

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |
| **Suspect Name** | |
|    Last | MCKEEVER |
|    First | Hanna |
|    Middle | E |
| **Date of Birth** | [PII] /2002 |
| **Sex** | |
|    Gender | F - FEMALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
|    Country | USA - United States |

## Incident Address

| | |
|---|---|
| **Address Type** | |
|    Type | O - OTHER |
|    Other | BSSA |
| **Address** | |
|    Address | 1930 Beach Street |
|    City | Broadview |
|    State | IL - ILLINOIS |
|    Postal Code | 60155 |
|    Country | USA - United States |

## Arresting Agent

| | |
|---|---|
| **Arresting Agency** | |
|    Agency/Unit/Group | HSI - Homeland Security Investigations |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_000000098A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:09 EDT                                                                                   Page 3 of 7

| | |
|---|---|
| **Agent Name** | |
| Last | Wildt |
| First | Clay |
| **Job Title** | SPECIAL AGENT |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | CSI - CBP, OFFICER |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | DAR - ICE, ENFORCEMENT AND REMOVAL OFFICER (ERO) |
| **Air & Marine Participation** | No |

## Violation Statistics

| | |
|---|---|
| **Violation** | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | September 19, 2025 |
| Status | Approved |

## Routing Information

| | |
|---|---|
| **Supervisor** | Edward Vigare Jr |
| **Automatic Distribution Office** | CH - Chicago, IL |
| **Program Code** | 004 - ASSAULTS ON CUSTOMS EMPLOYEES |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| | |
|---|---|
| **Groups Visible To** | RESTRICTED |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000099A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000100A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:09 EDT | Page 5 of 7

## Narrative

| |
|---|
| On September 19, 2025, Homeland Security Investigations (HSI) Chicago Homeland Security Task Force (HSTF) Special Agents responded to a report of assaults on several Immigration and Customs Enforcement (ICE) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers at the Broadview Service Staging Area (BSSA) in Broadview, IL.  Hanna MCKEEVER reportedly assaulted officers during planned protest activities.  MCKEEVER was served a misdemeanor citation for assault (18USC111) and released.  See report of investigation on same date for additional information.  The misdemeanor citation has been uploaded to the electronic case file, for reference. |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000101A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:09 EDT                                              Page 6 of 7

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 9/22/2025 |
| **Last Updated** | 9/22/2025 |
| **Author** | Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | Dylan Belcher<br>1038 - SPECIAL AGENT<br>630 PII, LES<br><br>Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>562 PII, LES |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>Supervisor Approval<br>9/22/2025 |

## Case Metadata

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | PII, LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000102A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:09 EDT      Page 7 of 7

| Case Title | 9/19/2025 Assault of Multiple DHS Employees |
|---|---|
| Case Number | LES |
| Case Opened | 9/19/2025 |
| Case Last Updated | 9/22/2025 |
| Approved | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>9/19/2025 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000103A




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT
OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:09 EDT DRM Page 1 of 1

**Title**
Crim_Citation_MCKEEVER.pdf

**Upload Date**
09/22/2025 11:48 EDT

**Media Type**
pdf

File attached on the following page

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000104A

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| IR03I | E [LES] | Schidt | [PII, LES] |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/19/2025 1945
Offense Charged: ☐ CFR ☒ USC ☐ State Code
18 USC 111

Place of Offense: 1930 Beach St. Broadview, IL

Offense Description: Factual Basis for Charge — HAZMAT ☐

Assault on Officers

### DEFENDANT INFORMATION
Phone: (331) [PII]

| Last Name | First Name | M.I. |
|---|---|---|
| McKeever | Hanna | E |

Street Address: [PII]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Montgomery | IL | 60538 | [PII]/2002 |

Drivers License No: [PII]  CDL ☐  D.L. State: IL  Social Security No.: -C049

☐ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: BRO  Eyes: BLU  505  Weight: 15

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
[PII, LES]

COURT DATE (you will be notified of your appearance date by mail.)

Court Address: Date: TBD  Time (hh:mm): TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [PII]

Officer's Copy (Pink)

ICE_00000105A

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Sept. 19**, 20 **25** while exercising my duties as a law enforcement officer in the **Northern** District of **Illinois**
See attached PC Statement

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the

Executed on: **09/19/2025**    PII, LES
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

ICE_00000106A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

---

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

09/24/2025 11:08 EDT                                                                                  Page 1 of 4

# MCKEEVER, Hanna E

## Biographics

| Name | |
|---|---|
| Last | MCKEEVER |
| First | Hanna |
| Middle | E |
| Name Flip | Yes |
| **Date of Birth** | PII /2002 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height (ft/in)** | |
| Min Height | 505 |
| **Weight (lbs)** | |
| Min Weight | 115 |
| **Hair Color** | BR - BROWN |
| **Eye Color** | BL - BLUE |

## Addresses

| Address Type | |
|---|---|
| Type | M - MAILING |
| **Address** | |
| Address | PII |
| City | Montgomery |
| State | IL - ILLINOIS |
| Postal Code | 60538 |
| Country | USA - United States |

---

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000107A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:08 EDT                                                                              Page 2 of 4

## Subject Record Information

| | |
|---|---|
| ICM Record ID | LES |
| CBP Record ID | LES |
| **Subject Record Status** | |
| Status | SO - SUSPECT, OTHER |
| **Subject Record Category** | |
| Category | OT - OTHER |
| Other | Assault on ERO Staff |
| **Primary Action Code** | |
| Primary Action Code | 0 - NOT ON PRIMARY |
| **Worksite Involvement** | NO - NO WORKSITE INVOLVEMENT |
| **Nominate to Watchlist** | No |

## Criminal Affiliations

| | |
|---|---|
| Position or Title | NGI - NO GANG INVOLVEMENT |

## Citizenship and Status

| | |
|---|---|
| **Citizenship** | |
| Country | USA - United States |

## Associated Phones

| | |
|---|---|
| **Phone Type** | |
| Type | C - CELLULAR (HAND-HELD PORTABLE) |
| International Prefix | 1 |
| Phone Number | 331 PII |

## Driver's License

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000108A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:08 EDT                                                                                      Page 3 of 4

| License Number | PII |
|---|---|

# Remarks

| Remarks | Subject served misdemeanor citation for assault on ERO/CBP staff at BSSA on 9/19/25 during immigration-related protest. |
|---|---|

# Routing Information

| Subject Record Owner | Dylan Belcher |
|---|---|
| Subject Record Owner | Clay Wildt |
| Subject Record Supervisor | Edward Vigare Jr |
| Office Code | CH - Chicago, IL |
| Query Notification Level | 1 - TO RECORD OWNER |

# Restrict Visibility

| Groups Visible To | DHS |
|---|---|

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000109A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:08 EDT | Page 4 of 4

## Metadata

| | |
|---|---|
| **Document Number** | PII, LES |
| **Document Status** | Published |
| **Opened** | 9/22/2025 |
| **Last Updated** | 9/22/2025 |
| **Author** | Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | Dylan Belcher<br>1038 - SPECIAL AGENT<br>630 LES<br><br>Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>562 PII, LES |

## Case Metadata

| | |
|---|---|
| **Case Title** | 9/19/2025 Assault of Multiple DHS Employees |
| **Case Number** | LES |
| **Case Opened** | 9/19/2025 |
| **Case Last Updated** | 9/22/2025 |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>9/19/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000110A

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### SUBJECT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/24/2025 11:08 EDT    DRM Page 1 of 1

**Title**

McKeever_Mug.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000111A