

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

**CASE NUMBER**

LES

**CASE OPENED**
9/19/2025

**CURRENT CASE TITLE**
9/19/2025 Assault of Multiple DHS
Employees

**REPORT TITLE**
9/19/2025 Arrest of Maxwell T WOLF
(Misdemeanor Citation - Assault)

**REPORTED BY**
Clay Wildt
SPECIAL AGENT

**APPROVED BY**
Edward Vigare Jr
SPECIAL AGENT

**DATE APPROVED**
9/23/2025

## SYNOPSIS

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Special Agents responded to the Broadview Service Staging Area (BSSA) in Broadview, Illinois after reports that several Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers had been assaulted by protesters who were in attendance at a preplanned anti-immigration enforcement.

This report details the arrest of Maxwell T WOLF for assault (18USC111).

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:16 EDT                                                    Page 2 of 3

## DETAILS OF INVESTIGATION

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Special Agents Clay Wildt and Dylan Belcher responded to the Broadview Service Staging Area (BSSA) in Broadview, Illinois after reports that several Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers had been assaulted by protesters who were in attendance at a preplanned anti-immigration enforcement.

Agents encountered Maxwell WOLF in a common holding area with several other detainees. WOLF was escorted to an interview room; agents read WOLF his Miranda warning in the English language. WOLF indicated that he understood his rights and did not wish to speak to agents. WOLF refused to sign the Miranda warning form.

WOLF provided biographical data and was issued a misdemeanor citation for assault (8USC111); he was fingerprinted and released without further delay.

When asked for an account of the assault, Customs and Border Protection Officer (CBPO) Patrick Kime provided the following report concerning the arrest of WOLF. The following narrative was provided directly from Kime and has not been altered:

> On 9/19/25 at approx 1836 hours, while conducting mobile field force formations at Broadview, IL ICE facility. To allow vehicles to enter and exit the facility.
>
> U.S. Customs and Border Protection (CBP) Office of field Operations (OFO) Special Response Team (SRT) were assaulted by rocks, potato's, water bottles, and other unknown objects at myself and other officers. I observed an individual wearing a blue long sleeve shirt, dark pants and a red and white head wrap throw an unknown object at SRT. OFO SRT pursued the individual as he attempted to evade on foot. I SRTO Kime, Patrick executed a controlled takedown to the ground of the individual and placed him in zip tie hand cuffs. He was then turned over to ICE ERO agents and held for HSI agents for processing.

When asked for an account of the assault, Customs and Border Protection Officer (CBPO) Joshuah Prince provided the following report concerning the arrest of WOLF. The following narrative was provided directly from Prince and has not been altered:

> On 9/19/25 at approx 1836 hours, I U.S. Customs and Border Protection (CBP) Special Response Team Operator (SRTO) Joshua Prince and other SRTOs responded to at the Immigration and Customs Enforcement (ICE) at Broadview, IL ICE facility. SRT was asked to assist in a

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000149A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/24/2025 11:16 EDT                                                                                    Page 3 of 3

Mobile Field Force (MFF) capacity due to a large mob gathering in front of the ICE facility. The large mob was blocking the vehicular gate and was not allowing vehicles to enter and exit the facility.

The large mob was advised multiple times to clear the vehicle driver way when they refused to do so. As Officers approached the large mob, they were assaulted by rocks, potato's, water bottles, and other unknown objects that were thrown at myself and other officers. I then observed an individual wearing a blue long sleeve shirt, black pants, a red and white head wrap and a gas mass throwing an unknown object (potato size) at myself, missing and hitting the white ERO transport vehicle that was exiting the ICE facility. I then saw the subject grab another potato size object and present the object as if they were going to throw it. I pointed at the individual and the subject immediately dropped the object and tried to run. While keeping my eyes on the subject and pointing with my finger, I communicated to our arrest team to apprehend the subject and place him under arrest. SRTO Kime, Patrick and other officers were able to apprehend the individual and conducted a controlled escort to the ground. At that time the officers were able to place zip tie hand cuffs and escort the subject within the gate of the ICE facility. The subject was then turned over to ICE ERO agents and held for HSI agents for processing.

**\*\*\*Agent Note: Prior to the collecting witness statements, agents advised officers that they were NOT representatives of the Office of Professional Responsibility (OPR); officers were further advised that they could elect to NOT make statements to agents.  As these were witness statements, agents did not provide officers with employee warnings (Garrity/Kalkines) or Miranda warnings.  If applicable, officers were not offered union or legal representation.**

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000150A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



# 9/19/2025 Arrest of Maxwell T WOLF
# (Misdemeanor Citation - Assault)

## Incident Overview

| | |
|---|---|
| **Topic/Title** | 9/19/2025 Arrest of Maxwell T WOLF (Misdemeanor Citation - Assault) |
| **Document Number** | LES |
| **Incident Type** | AR - ARREST |
| **Conveyance Type** | |
| Type | N - NO TRANSPORTATION INVOLVED |
| **Contributing Info Indicator** | Yes |
| **Contributing Info** | 3 5 - ICE ENFORCEMENT & REMOVAL OFFICER |
| **Contributing Info** | 3 I - CBP - INSPECTOR |
| **Occurence Date and Time** | 09/19/2025 18:30 |

## Arrest Details

| | |
|---|---|
| **EAGLE Event Number** | LES |
| **Incident Date** | 09/19/2025 18:30 |
| **Arrest?** | Yes |
| **Indictment?** | No |
| **Arrest Type** | C - CRIMINAL |
| **Arrest Location** | |
| Location | N - NON-BORDER |
| Description | BSSA |
| **Arrest Category** | |
| Category | O - OTHER |
| Other | Assault on ICE/CBP Employee |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000151A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/24/2025 11:15 EDT                                                                Page 2 of 7

## Violator Information

| Violator Type | INDIVIDUAL |
|---|---|
| **Suspect Name** | |
| Last | WOLF |
| First | Maxwell |
| Middle | T |
| **Date of Birth** | PII 2001 |
| **Sex** | |
| Gender | M - MALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| Address Type | |
|---|---|
| Type | O - OTHER |
| Other | BSSA |
| **Address** | |
| Address | 1930 Beach Street |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| Arresting Agency | |
|---|---|
| Agency/Unit/Group | HSI - Homeland Security Investigations |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000152A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:15 EDT                                                                 Page 3 of 7

| Agent Name | |
|---|---|
| Last | Wildt |
| First | Clay |
| **Job Title** | SPECIAL AGENT |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | CSI - CBP, OFFICER |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | DAR - ICE, ENFORCEMENT AND REMOVAL OFFICER (ERO) |
| **Air & Marine Participation** | No |

## Violation Statistics

| Violation | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | September 19, 2025 |
| Status | Approved |

## Routing Information

| Supervisor | Edward Vigare Jr |
|---|---|
| **Automatic Distribution Office** | CH - Chicago, IL |
| **Program Code** | 004 - ASSAULTS ON CUSTOMS EMPLOYEES |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | RESTRICTED |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000153A





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000154A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## Narrative

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Homeland Security Task Force (HSTF) Special Agents responded to a report of assaults on several Immigration and Customs Enforcement (ICE) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers at the Broadview Service Staging Area (BSSA) in Broadview, IL. Maxwell T WOLF reportedly assaulted officers during planned protest activities. WOLF was served a misdemeanor citation for assault (18USC111) and released. See report of investigation on same date for additional information. A copy of the misdemeanor citation was uploaded to the electronic case file, for reference.

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/24/2025 11:15 EDT

Page 6 of 7

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 9/22/2025 |
| **Last Updated** | 9/22/2025 |
| **Author** | Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, |
| **Owner(s)** | Dylan Belcher<br>1038 - SPECIAL AGENT<br>630 PII, LES<br><br>Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>562 PII, LES |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>Supervisor Approval<br>9/22/2025 |

## Case Metadata

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | PII, LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000156A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:15 EDT                                                                                    Page 7 of 7

| | |
|---|---|
| **Case Title** | 9/19/2025 Assault of Multiple DHS Employees |
| **Case Number** | LES |
| **Case Opened** | 9/19/2025 |
| **Case Last Updated** | 9/22/2025 |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>9/19/2025 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document

ICE_00000157A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/24/2025 11:15 EDT                                                                                    DRM Page 1 of 1

## Title

Crim_Citation_WOLF.pdf

## Upload Date

09/22/2025 11:47 EDT

## Media Type

pdf

File attached on the following page

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000158A

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| IN... | E **PII, LES** | ... | **LES** |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 09/A/2025 1945 | 18 USC 111 |

**Place of Offense**
1930 Beach St. Broadview, IL

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Assault on Officers

## DEFENDANT INFORMATION

Phone: ( 219 ) **PII**

| Last Name | First Name | M.I. |
|---|---|---|
| Wolf | Maxwell | T |

**PII**

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Chicago | IL | 60643 | **PII** 2001 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| **PII** | | IL | **PII** 6060 |

| ☐ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair BRO | Eyes BRO | 601 | Weight 125 |

## VEHICLE

VIN: — CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www **PII, LES**

$ _____ Total Collateral Due

(If no cour...... R COURT DATE ...... you will be notified of your appearance date by mail.)

| Court Address | Date TBD |
|---|---|
| | Time (hh:mm) TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature **PII**

Officer's Copy (Pink)

ICE_00000159A

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Sept. 19**, 20 **25** while exercising my duties as a law enforcement officer in the **Northern** District of **Illinois**

_See attached PC Statement_

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the be

Executed on: **09/19/2025**
Date (mm/dd/yyyy)     Officer'

**PII, LES**

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

# WOLF, Maxwell T

## Biographics

| Name | |
|---|---|
| Last | WOLF |
| First | Maxwell |
| Middle | T |
| Name Flip | Yes |
| **Date of Birth** | PII 2001 |
| **Sex** | |
| Gender | M - MALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height (ft/in)** | |
| Min Height | 601 |
| **Weight (lbs)** | |
| Min Weight | 125 |
| **Hair Color** | BR - BROWN |
| **Eye Color** | BR - BROWN |

## Identification

| Social Security Number | PII 6060 |
|---|---|

## Addresses

| Address Type | |
|---|---|
| Type | M - MAILING |

---

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000161A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:15 EDT                                                                 Page 2 of 4

| Address | |
|---|---|
| Address | PII |
| City | Chicago |
| State | IL - ILLINOIS |
| Postal Code | 60643 |
| Country | USA - United States |

## Subject Record Information

| | |
|---|---|
| **ICM Record ID** | LES |
| **CBP Record ID** | LES |
| **Subject Record Status** | |
| Status | SO - SUSPECT, OTHER |
| **Subject Record Category** | |
| Category | OT - OTHER |
| Other | Assault on CBP/ERO Staff |
| **Primary Action Code** | |
| Primary Action Code | 0 - NOT ON PRIMARY |
| **Worksite Involvement** | NO - NO WORKSITE INVOLVEMENT |
| **Nominate to Watchlist** | No |

## Criminal Affiliations

| | |
|---|---|
| **Position or Title** | NGI - NO GANG INVOLVEMENT |

## Citizenship and Status

| | |
|---|---|
| **Citizenship** | |
| Country | USA - United States |

## Associated Phones

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000162A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

| Phone Type | |
|---|---|
| Type | C - CELLULAR (HAND-HELD PORTABLE) |
| International Prefix | 1 |
| Phone Number | 219 PII |

## Driver's License

| License Number | PII |
|---|---|

## Remarks

| Remarks | Subject served misdemeanor citation for assault on ERO/CBP staff at BSSA on 9/19/25 during immigration-related protest. |
|---|---|

## Routing Information

| Subject Record Owner | Dylan Belcher |
|---|---|
| Subject Record Owner | Clay Wildt |
| Subject Record Supervisor | Edward Vigare Jr |
| Office Code | CH - Chicago, IL |
| Query Notification Level | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | DHS |
|---|---|

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:15 EDT

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Published |
| **Opened** | 9/22/2025 |
| **Last Updated** | 9/22/2025 |
| **Author** | Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | Dylan Belcher<br>1038 - SPECIAL AGENT<br>630 PII, LES<br><br>Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>562 PII, LES |

## Case Metadata

| | |
|---|---|
| **Case Title** | 9/19/2025 Assault of Multiple DHS Employees |
| **Case Number** | PII, LES |
| **Case Opened** | 9/19/2025 |
| **Case Last Updated** | 9/22/2025 |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>9/19/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000164A

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### SUBJECT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE




**Title**

WOLF_Mug.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000165A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### DOCUMENT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 12:00 EDT

# HDR/2L01HEADER -- ATN/ PII, LES @ICE-DHS-GOV -- ******************** CRIMINAL HISTORY RECORD ********************* -- ************************ Introduction *************************

## Properties

| Description | HDR/2L01HEADER -- ATN/ PII, LES @ICE-DHS-GOV -- ********************* CRIMINAL HISTORY RECORD ********************* -- **************************** Introduction **************************** |
|---|---|
| Source Ori | LES |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000166A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## Related Media

## Title

writeup

## Time added

12/31/1969 19:00

## Media type

text/plain

```
HDR/2L01HEADER
ATN/ [ PII, LES ] @ICE-DHS-GOV
********************** CRIMINAL HISTORY RECORD ***********************

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

Subject Name(s)
State Id Number        IN [ PII ]   (IN)
Purpose Code           C
Attention              [ PII, LES ] @ICE-DHS-GOV

The information in this rap sheet is subject to the following caveats:

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME A NEW COPY
SHOULD BE REQUESTED FOR SUBSEQUENT USE. INDIANA STATE POLICE - CRIMINAL
HISTORY RECORDS CRIMINAL HISTORY TRANSCRIPTS THE FOLLOWING IS A
TRANSCRIPT OF THE RECORD, INCLUDING THE MOST RECENTLY REPORTED DATA, AS
SHOWN IN THE INDIANA STATE POLICE FILES. THE DATA LISTED ON THE
TRANSCRIPT MAY NOT BE AN EXACT REPLICATION OF THE DATA SUPPLIED BY THE
ARRESTING AGENCY. TO RECEIVE THE EXACT CHARGE INFORMATION, A CERTIFIED
TRANSCRIPT MUST BE REQUESTED. THE TRANSCRIPTS CONTAINS ONLY INFORMATION
SUPPORTED BY FINGERPRINTS IN THIS BUREAU.


**************************** IDENTIFICATION ****************************

Subject Name(s)

WOLF, MAXWELL T

Subject Description
```

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000167A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/24/2025 12:00 EDT                                                                                  Page 3 of 4

```
FBI Number                State Id Number
   LES                       PII   (IN)

Social Security Number
  PII   6060


Sex                       Race
Male                      White

Height                    Weight              Date of Birth
5'07"                     102                 2001-  PII

Hair Color                Eye Color
Brown                     Brown


Place of Birth
IN
Employment
Occupation
Employer                  UNKNOWN
Residence
Residence as of
                          2024-04-30



**************************  CRIMINAL HISTORY  **************************

=============================== Cycle 001 ===============================
Tracking Number             LES
Earliest Event Date       2024-04-25
------------------------------------------------------------------------
Arrest Date               2024-04-25
Arrest Case Number        40742
Arresting Agency          IN0490400 IN/PURDUE UNIV PD 01
Charge                    0
        Charge Literal    001 CRIMINAL TRESPASS
              Statute     (35-43-2-2 )
              Severity    MISDEMEANOR
------------------------------------------------------------------------
Court Disposition         (Cycle 001)
Final Disposition Date    0001-01-01
Court Agency              INISP3300 STATE POLICE BLOOMINGTON
Charge                    1
        Charge Literal    35-43-2-2(b)(2)/MA: Criminal Trespass
              Statute     (354322(b)(2 )
              Counts      1
```

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

```
             Severity  MISDEMEANOR
             Disposition ( 0001-01-01; NOLLE PROS.; AGENCY: STATE POLICE
                          BLOOMINGTON)
************************  INDEX OF AGENCIES  **************************

Agency                  IN/PURDUE UNIV PD 01; IN0490400;

----------------------------------------------------------------------
Agency                  STATE POLICE BLOOMINGTON; INISP3300;


                     * * * END OF RECORD * * *
```

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000169A