211 West Aten Road
Imperial, CA 92251

ELC [ **LES** ]

**U.S. Customs and
Border Protection**

September 24, 2025

MEMORANDUM FOR:   Daniel I. Parra
                  Incident Commander
                  Operation Midway Blitz - Chicago

                  [ **PII; LES** ]

FROM:             Kyle C. Harvick
                  Deputy Incident Commander
                  Operation Midway Blitz - Chicago

SUBJECT:          Use of Force Incident/ Non-Lethal
                  Re: [ **LES** ]-#25620

This memorandum and supporting documentation serve to inform you of an incident involving a
non-lethal use of force on September 19, 2025, at the Immigration and Customs Enforcement
(ICE) facility, "Broadview," located at 1930 Beach Street, in Broadview, Illinois.

Several Border Patrol Agents were called upon to support ICE to control a large group of
protesters while Title 8 enforcement operations were ongoing. Agents would escort government
vehicles in and out of the Broadview facility.

During this incident, several agents deployed less lethal munitions in an effort to de-escalate
protesters that were impeding the movement of the vehicles or assaulting federal agents/officers.

All uses of force were within policy and were effective in controlling the crowd.

Refer to ESTAR event [ **LES** ]-#25620

211 West Aten Road
Imperial, CA 92251

ELC [ **LES** ]

**U.S. Customs and
Border Protection**

September 22, 2025

MEMORANDUM FOR:   Daniel I. Parra
                  Incident Commander
                  Operation Midway Blitz

THROUGH:          Kyle C. Harvick Patrol [ **PII; LES** ]
                  Deputy Incident Commander
                  Operation Midway Blitz

FROM:             Alfredo Yulo [ **PII; LES** ]
                  Border Patrol A
                  El Centro Sector

SUBJECT:          Use of Force Incident / Non-Lethal
                  RE: [ **LES** ] #25620

On September 19, 2025, I, Border Patrol Agent (BPA) Alfredo Yulo, was deployed with El Centro Sector Mobile Response Team (MRT) as part of a specialized security unit supporting Immigration and Customs Enforcement (ICE) Operation Midway Blitz in Chicago, Illinois. Our team, consisting of six skilled agents, was trained in tactical operations, medical response and handling civil unrest. We were assembled as a contingency measure to provide on-site security, ensuring that Enforcement and Removal Operations (ERO) agents could operate without interruption from activists during a scheduled protest outside the ERO detention facility.

My specific assignment was at 1930 Beach St. in Broadview, Illinois, where I was responsible for securing the sole access point of entry and exit at the ERO detention facility. I was in a standard Border Patrol uniform, complete with all necessary law enforcement identifiers as per U.S. Customs and Border Protection (CBP) standards. My call s[ **PII; LES** ]as clearly displayed on my body armor carrier.

In the course of my duties to uphold public safety and facilitate law enforcement operations, a large assembly of activists gathered near the entrance of the ERO facility. This is a tactic frequently employed by activists to obstruct access for law enforcement personnel entering or exiting government facilities. Such forms of obstruction are often intended to intimidate federal agents, resulting in incidents of assault and damage to government property.

At approximately 8:30 a.m., an ERO vehicle was in the process of exiting the facility when it was quickly approached by the crowd. The protestors obstructed the vehicles movement, with some individuals sitting on and in front of the vehicle and others hitting and pushing against the vehicle. Multiple commands and warnings were issued, instructing the crowd to step away from

Use of Force Incident / Non-Lethal
RE: [ LES ] #25620
Page 2

the vehicle and disperse, as their actions constituted an unlawful assembly. Despite these orders, the protestors failed to comply and continued to shout profanities and abusive language.

In response to the crowd's refusal to comply with dispersal orders and the absence of an alternate exit route, a fellow agent deployed a saf-smoke munition. As agents advanced towards the crowd, a protester picked up the smoke grenade and threw it back at them, prompting an attempt to apprehend that individual. Later identified as KOPECKY, Justice who was apprehended by agents.

During this incident, I noticed a pepper ball launching system (PLS) on the ground approximately 3-5 feet in front of me, which I promptly retrieve and secured. As a certified PLS operator, I quickly assessed the system and confirmed it was operational.
After stepping back to reassess my surroundings, I observed agents to my left attempting to apprehend a resisting protester. Additionally, I noticed a hand-thrown munitions (HTM) grenade on the ground to my right. I knelt to secure the grenade, ensuring it could not be picked up by anyone in the crowd. As I stood back up, I saw the crowd advancing closer, with several protesters making lunging movements towards me and the agents nearby.

I acted in accordance with CBP Use of Force Policy, by deploying the PLS as a less-than-lethal option to ensure the safety of myself, fellow agents, and public safety personnel. At approximately 8:40 a.m., I discharged one volley of approximately two to three PAVA pepper balls for area saturation from approximately 5-8 feet to disperse the hostile crowd around myself and agents nearby. Following this action, ICE Special Response Team (SRT) Agents initiated the use of chemical munitions. The coordinated use of the PLS, along with the chemical munitions, effectively disrupted the hostile activities and assisted in the dispersing of the crowd.

Each volley was executed in a controlled and targeted manner, directed at individuals actively obstructing and impeding the only egress route available for law enforcement vehicles to exit the ERO facility. The use of force was carefully assessed in relation to the imminent danger, in line with my MRT training and adhering to CBP protocols regarding escalation and de-escalation. No injuries were observed or reported because of my deployment of the PLS.

Later in the operation, another group of protestors gathered directly in front of a vehicle attempting to exit the facility. Despite repeated loud dispersal orders, the individuals refused to move and continued to obstruct the driveway, posing a significant safety hazard. At approximately 9:00 am, in accordance with CBP Use of Force Policy and after evaluating available options, I deployed a pocket tactical CS munition to disperse the obstructing crowd approximately that was approximately 5-8 feet in front of me. I deployed the pocket tactical CS munition approximately10-15 feet in front of me in order to achieve maximum effectiveness of the CS. Due to the direction of the wind at that time, the wind was blowing towards us. The munition was more effective if it was placed behind the crowd so that the wind could carry it to them. This less-than-lethal measure successfully created enough space for the vehicle to exit safely and allowed agents to regain control of the access point. No injuries were observed or reported from this deployment.

Use of Force Incident / Non-Lethal
RE: [ LES ] #25620
Page 3

LEP

why I was not wearing my body worn camera during the incident.

At the conclusion of my operational duties, when safe and feasible to do so, I provided a detailed debrief to Supervisory Border Patrol Agent Kristopher Gomez at the Tactical Operational Center via cell phone.

CHC v. Noem - CBP 000549

## <u>RIGHT TO UNION REPRESENTATION</u>

Under Article 31, Subsection A (3) of the collective Bargaining Agreement between the National Border Patrol Council and the U.S. Customs and Border Protection, you are provided with the following information:

The Civil Service Reform Act gives employees in units represented by an exclusive labor organization the right to have a union representative present at a meeting that involves an examination by a representative of the agency in connection with an investigation if the employee believes the examination may result in disciplinary action.

Section 7114(a) (2) of the Civil Service Report Act of 1978 states:

"(2) An exclusive representative of an appropriate unit in an agency shall be given the opportunity to be represented at-

(B) Any examination of an employee in the unit by a representative of the agency in connection with an investigation if--

(i) The employee reasonably believes that the examination may result in disciplinary action against the employee; and

(ii) The employee requests representation."

Employee's Signature: PII; LES

Date received by employee: 9/22/25

Time received by employee: 0941

Supervisor supplying notice: PII; LES

211 West Aten Road
Imperial, CA 92251

**U.S. Customs and
Border Protection**

ELC [ **LES** ]

September 22, 2025

MEMORANDUM FOR:   Daniel I. Parra
Incident Commander
Operation Midway Blitz

THROUGH:   Kyle C. Harvick   [ **PII; LES** ]
Deputy Incident Commander
Operation Midway Blitz

FROM:   Anthony M. Melendez  [ **PII; LES** ]
Border Patrol Agent
Special Operations Group

SUBJECT:   Use of Force Incident / Non-Lethal
[ **LES** ] #25620

On September 19, 2025, I, Border Patrol Agent Anthony Melendez out of the Special Operations Group at Ft Bliss, TX was deployed to Chicago, IL as part of a multi-agency operation. I was specifically assigned at 1930 Beach St, Broadview IL Enforcement Removal Operations (ERO) Facility for a planned protest at the facility. My shift started at 4:00 am and my uniform was my Border Patrol issued SOG Multicam uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 8:30 am, a large group had gathered of over 50 protestors outside the ERO facility. The crowd was agitated with some using bullhorns to yell obscenities towards the group of agents. At approximately this time, an Immigration and Customs Enforcement (ICE)/ERO vehicle was trying to exit the facility. There is only one way in and out of this facility. A large group of protestors had blocked the exit by sitting on the ground and locking arms to prevent the vehicle from exiting. The group was yelling obscenities and giving agents the middle finger. Several attempts were made to get the group to move so the vehicle could exit safely. Commands were given by yelling "Get Back, Make Room" and "Please move to your left so our vehicles can depart." I utilized a Saf-Smoke canister from a distance of approximately ten (10) feet to encourage the protesters to clear the area before the potential use of agitating chemical agents would be used. When this encouragement had no effect, I utilized an Instantaneous Blast Powder CS grenade from a distance of approximately ten (10) feet to more effectively disperse the crowd. As I, and other agents/officers, deployed less lethal munitions, we encountered assaultive behavior from the crowd as they began to throw and kick our deployed less lethal

Page 2

munitions back at the officers and agents in the Broadview ICE Detention Center secured parking lot. One individual who threw a cannister back toward the officers and agents was arrested by ICE Special Response Team (SRT), along with his father who physically assaulted the SRT officers arresting his son by grabbing and pushing them. Both arrests were made by ICE SRT. The other individuals displaying assaultive behavior retreated into the crowd as we continued to protect the facility. The situation began to de-escalate approximately 0850 as the vehicles were clear of the hazards presented by the crowd. At this point, all agents and officers pulled back into the parking lot and secured the facility.

I was advised by the agency taking lead of the operation, ERO/ICE SRT, that this type of crowd would likely attempt to grab items off of my person and it would be wise to leave the bodycam in a safe area with any extra magazines, knives, or other loose items, so I was not wearing one during the incident. Commander Benjamin Swope was notified by phone at approximately 9:00am. No injuries were observed or reported from my deployment of any less lethal devices.

## <u>RIGHT TO UNION REPRESENTATION</u>

Under Article 31, Subsection A (3) of the collective Bargaining Agreement between the National Border Patrol Council and the U.S. Customs and Border Protection, you are provided with the following information:

The Civil Service Reform Act gives employees in units represented by an exclusive labor organization the right to have a union representative present at a meeting that involves an examination by a representative of the agency in connection with an investigation if the employee believes the examination may result in disciplinary action.

Section 7114(a) (2) of the Civil Service Report Act of 1978 states:

"(2) An exclusive representative of an appropriate unit in an agency shall be given the opportunity to be represented at-

(B) Any examination of an employee in the unit by a representative of the agency in connection with an investigation if--

(i) The employee reasonably believes that the examination may result in disciplinary action against the employee; and

(ii) The employee requests representation."

Employee's Signature: _____ PII; LES _____

Date received by employee: ___09/23/2025___

Time received by employee: ___1456___

Supervisor supplying notice: _____ PII; LES _____

211 West Aten Road
Imperial, CA 92251

ELC | **LES** |



U.S. Customs and
Border Protection

September 22, 2025

MEMORANDUM FOR:    Daniel I. Parra
                   Incident Commander
                   Operation Midway Blitz

THROUGH:           Kyle C. Harvick     | **PII; LES** |
                   Deputy Incident C⌐⌐⌐⌐⌐⌐
                   Operation Midway Blitz

FROM:              Daniel A. Diaz      | **PII; LES** |
                   Border Patrol Agent
                   El Centro Sector

SUBJECT:           Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street

On 09/19/2025 I Border Patrol Agent Daniel A. Diaz, was working my assigned duties as an El
Centro Sector Mobile Response Unit assisting ICE/ERO on Operation Midway Blitz in Chicago,
Illinois. I was wearing a full Border Patrol Agent uniform with Border Patrol and Department of
Homeland Security patches. I was also wearing a Border Patrol issued plate carrier and plates
with full Border Patrol Insignia and my | **PII; LES** |

On today's date I was assisting ICE/ERO Agents during a planned mass protest at the ICE
Facility located on 1930 Beach St., Broadview, Illinois. At approximately 8:30 a.m. An ICE
Agent needed to transport a prisoner in a white minivan out of the facility and the protestors
started mass gathering in order to block the vehicle from movement.

A few of the protestors sat on the front bumper of the vehicle preventing the vehicle's
movement. The protestors started yelling profanities at the Agents. They also started hitting the
vehicle and pushing against the front bumper. The protestors were told multiple times to get
away from vehicle.

At approximately 8:36 a.m., I saturated the area in front of the induvial feet with about two to
three PAVA pepper balls from approximately 15 feet away to attempt to get the individuals to
quit preventing the movement of the vehicle. ICE Special Response Team (SRT) Agents
attempted to disperse the protestors and deployed chemical gas to the ground in front of the
minivan.

A few seconds later, an individual carrying a flag started kicking the gas device back towards the
agents. After an unsuccessful attempt, the individual bent over and motioned as if he or she was
going to pick up the device and throw it back at agents. Individuals were commanded multiple

Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street
Page 2

times to stop messing with the device but refused to listen.

At approximately 8:37 a.m., I deployed approximately four PAVA projectiles from my Pepperball Launching System (PLS) from approximately 15 feet away towards the individual`s feet to saturate the area with powder and prevent the individual from grabbing the device and potentially throwing it back to the Agents.

PLS was successful in dispersing the individuals in both instances.

When scene became safe, I was able to notify Supervisor Border Patrol Agent Kristopher Gomez at approximately 9:00 a.m. via cellphone.

Event was recorded on AXON Body Worn Camera serial number LES

## RIGHT TO UNION REPRESENTATION

Under Article 31, Subsection A (3) of the collective Bargaining Agreement between the National Border Patrol Council and the U.S. Customs and Border Protection, you are provided with the following information:

The Civil Service Reform Act gives employees in units represented by an exclusive labor organization the right to have a union representative present at a meeting that involves an examination by a representative of the agency in connection with an investigation if the employee believes the examination may result in disciplinary action.

Section 7114(a) (2) of the Civil Service Report Act of 1978 states:

"(2) An exclusive representative of an appropriate unit in an agency shall be given the opportunity to be represented at-

(B) Any examination of an employee in the unit by a representative of the agency in connection with an investigation if--

(i) The employee reasonably believes that the examination may result in disciplinary action against the employee; and

(ii) The employee requests representation."

Employee's Signature: ___PII; LES_____

Date received by employee: __9|22|25_____

Time received by employee: __12:30 P.M._____

Supervisor supplying notice: ___PII; LES_____



211 West Aten Road
Imperial, CA 92251

U.S. Customs and
Border Protection

ELC [ **LES** ]

September 22, 2025

MEMORANDUM FOR:    Daniel I. Parra
Incident Commander
Operation Midway Blitz

                                              **PII; LES**

THROUGH:    Kyle C. Harvick
Deputy Incident Commander
Operation Midway Blitz

FROM:    Gregory Candela    **PII; LES**
Border Patrol Agent
Detroit Sector SOD

SUBJECT:    Use of Force Incident / Non-Lethal
[ **LES** ]-#25620

September 9, 2025, I, Border Patrol Agent Greg Candela out of the Detroit Sector Special
Operations Detachment BORSTAR was deployed to Chicago, IL as part of a multi-agency
operation. I was specifically assigned at 1930 Beach St, Broadview IL (ERO) for a planned
protest at the facility. My shift started at 4:00 am and my uniform was my Border Patrol issued
SOD multi-cam uniform with all law enforcement identifiers clearly visible, in accordance with
U.S. Customs and Border Protection (CBP) standards.

At approximately 8:30 am, a large group of over 50 protestors had gathered outside the ERO
facility. The crowd was agitated. Some individuals were using bullhorns to yell obscenities
towards the group of agents. At approximately this time, an ICE/ERO vehicle was trying to exit
the facility. There is only one way in and out of this facility. A large group of protesters had
blocked the exit by sitting on the ground and locking arms with each other. This prevented the
vehicle from exiting. The group was yelling obscenities and giving agents the middle finger.
Several attempts were made to get the group to move so the vehicle could exit safely. Commands
were given by yelling "Get Back, Make Room". The commands were ineffective and the group
refused to move. I was on the roof of the ERO building approximately 30-35 feet in the air to
provide cover and observe the crowd. As the gate opened for the vehicle to exit, I used a
Pepperball Launching System (PLS) to saturate the area in front of the group of protestors. I
launched approximately 3 volleys of 4-6 projectiles from approximately 60 feet. The area
saturation was unsuccessful and the group of protestors quickly surrounded the vehicle. The

Page 2

agents on the ground that pushed out with the vehicle controlled the group of protestors while I provided security from the roof, I did not engage the PLS after the initial area saturation.

I am not assigned a body camera and was not wearing one. Special Operations Deputy Commander Kristopher Gomez was notified by phone at approximately 9:00am. No injuries were observed or reported from my deployment of the PLS.

After this incident was over, the group of agents went inside and no vehicles entered or exited the facility for a few hours. At approximately 12:00 pm, an ERO vehicle needed to exit the facility. Once again, there was a crowd of agitated protestors outside of the gate. At this time, there were approximately 25 or more protestors. As the vehicle was preparing to exit, the group of agents decided to exit first to attempt to create room for the vehicle. 2-3 protestors were standing in front of the gate, on the ERO property to prevent the vehicle from leaving. After being told to move back to create space, I saturated the area in front of the 2 to 3 individuals with my PLS. I deployed approximately 2 volleys of approximately 4-6 projectiles from approximately 60 feet. This area saturation, along with the group of agents creating room for the vehicle was successful in moving the individuals.

Special Operations Deputy Commander Kristopher Gomez was standing near me and was aware of the deployment. No injuries were observed or reported from my deployment of the PLS.

## <u>RIGHT TO UNION REPRESENTATION</u>

Under Article 31, Subsection A (3) of the collective Bargaining Agreement between the National Border Patrol Council and the U.S. Customs and Border Protection, you are provided with the following information:

The Civil Service Reform Act gives employees in units represented by an exclusive labor organization the right to have a union representative present at a meeting that involves an examination by a representative of the agency in connection with an investigation if the employee believes the examination may result in disciplinary action.

Section 7114(a) (2) of the Civil Service Report Act of 1978 states:

"(2) An exclusive representative of an appropriate unit in an agency shall be given the opportunity to be represented at-

(B) Any examination of an employee in the unit by a representative of the agency in connection with an investigation if--

(i) The employee reasonably believes that the examination may result in disciplinary action against the employee; and

(ii) The employee requests representation."

Employee's Signature: ___PII; LES___

Date received by employee: ___9-22-25___

Time received by employee: ___1:01 pm___

Supervisor supplying notice: ___PII; LES___

CHC v. Noem - CBP 000559

E-STAR incident ID: **LES** #25620



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25620
**Title:** Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street
**Shift start date/time:** 09/19/2025 05:30
**Shift end date/time:** 09/19/2025 13:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ❏ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ○ No
   **CBP Reporting Organizations:**
   ☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
   ❏ Air and Marine Operations
   ❏ Office of Field Operations
**Created by:** FICK, SHANNON M.      **Creation date/time:** 09/19/2025 16:56
**Last updated by:** TREBS, ARTHUR A.      **Last updated date/time:** 09/23/2025 15:39
**Reviewer:** ARCE, JESSE A      **Date reviewed:** 09/22/2025

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| **LES** |
| **LES** |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |
| Other involved organizations: | |
| Other federal agency | ICE ERO SRT |

**Were other CBP components/external agencies involved?** ⊗ Yes ○ No



CHC v. Noem - CBP 000560



E-STAR incident ID [ LES ] #25620

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
   **Street:** 1930 Beach Street
   **City:** Broadview  **State:** ILLINOIS  **Zip:** 60155
**Incident coordinates:**
  **Latitude:** 41.86817
  **Longitude:** -87.86566
**Setting:** ○ Indoors ⊗ Outdoors
  **Outdoor setting:** ⊗ On land ○ In water (standing or swimming) ○ On water (in vessel) ○ In the air
**Description of the premises/location:** Outside of the ICE ERO Facility Entrance Gate
**Environmental factors:**
  **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):** 80

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GOMEZ, KRISTOPHER L | Special Operations Deputy Commander | Phone | 09/19/2025 |
| SWOPE, BENJAMIN A | Special Operations Commander Benjamin Swope | Phone | 09/19/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 6

**Name:** DIAZ MEZA, DANIEL A.

 **Gender:** Male  **Age:** 36  **Height:** 5'9"  **Weight:** 235 pounds
 **CBP employee series or role:** Officer/Agent
 **Service EOD:** 09/03/2009
 **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
 **Duty (or detail/TDY) location EOD:** 09/04/2025
 **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
  **Activity:** Mobile Response Team (MRT)
 **Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 16 years 0 months
  **CBP training previously received (not including basic academy training):**

| | | | |
|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was DIAZ MEZA, DANIEL A. assaulted?** ⊗ Yes ○ No

**Did DIAZ MEZA, DANIEL A. use reportable force?** ⊗ Yes ○ No
 **Force type:** Less-lethal Device

Print Date: 2025-09-24

CHC v. Noem - CBP 000561

E-STAR Incident ID [ **LES** ] F-#25620

**Device:** PLS (PepperBall Launching System)
**Device type:** PAVA (area saturation)
**Reason(s) for this use of force:**

☒ Protect self                    ☒ Protect co-worker            ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent   ☒ Effect an arrest or detention ☐ Prevent escape
☒ Overcome resistance             ☐ Stop vehicle                 ☐ Vessel failure to heave to
☐ Animal euthanization            ☐ Other

**Usage 1**
**Estimated use of force date/time (local):** 09/19/2025 08:36
**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
**Estimated distance:** 15 feet
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 3
**Was this force type used again within the same shift (a break-in-the-action)?** ☒ Yes  ○ No

**Usage 2**
**Estimated use of force date/time (local):** 09/19/2025 08:37
**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
**Estimated distance:** 15 feet
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 4
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ☒ No

**Was DIAZ MEZA, DANIEL A. injured?** ○ Yes  ☒ No

**Name:** ORTIZ, VICTOR

**Gender:** Male  **Age:** 39  **Height:** 5'8"  **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/27/2008
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ☒ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 16 years 11 months
    **CBP training previously received (not including basic academy training):**

☐ BPAIST      ☐ BORSTAR     ☐ BORTAC      ☐ DITP        ☐ DTI
☐ EDVPTP      ☒ EMT         ☐ FITP        ☐ LLITP (IFITP) ☒ MFF
☒ MRT         ☐ PITP        ☐ SRT         ☐ TATP        ☐ Other

**Wearing body armor?** ☒ Yes  ○ No
**Attire:** ☒ Uniform  ○ Plain clothes

**Was ORTIZ, VICTOR assaulted?** ☒ Yes  ○ No

**Did ORTIZ, VICTOR use reportable force?** ○ Yes  ☒ No

**Was ORTIZ, VICTOR injured?** ○ Yes  ☒ No

**Name:** HACEGABA, HECTOR R.

**Gender:** Male  **Age:** 54  **Height:** 5'7"  **Weight:** 175 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/25/1995
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ☒ On duty

CHC v. Noem - CBP 000562

E-STAR incident: **LES** #25620

○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 30 years 3 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☒ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was HACEGABA, HECTOR R. assaulted?** ⊗ Yes ○ No

**Did HACEGABA, HECTOR R. use reportable force?** ○ Yes ⊗ No

**Was HACEGABA, HECTOR R. injured?** ○ Yes ⊗ No

**Name:** MELENDEZ, ANTHONY M.

    **Gender:** Male    **Age:** 39    **Height:** 5'8"    **Weight:** 195 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 01/15/2021
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/16/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 4 years 9 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was MELENDEZ, ANTHONY M. assaulted?** ⊗ Yes ○ No

**Did MELENDEZ, ANTHONY M. use reportable force?** ⊗ Yes ○ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Saf-Smoke Canister
    **Device description/comments:** Continous Discharge Saf-Smoke Canister
    **Estimated use of force date/time (local):** 09/19/2025 08:30
    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes ⊗ No ○ Unknown ○ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |

Print Date: 2025-09-24

CHC v. Noem - CBP 000563

E-STAR incident ID    **LES**    -#25620

☐ Animal euthanization     ☐ Other

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Instant Blast Powder Grenade CS
**Device description/comments:** Instantaneous Blast CS
**Estimated use of force date/time (local):** 09/19/2025 08:32
**Posture:** ☒ Standing   ☐ Kneeling   ☐ Prone   ☐ Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes   ⊗ No   ○ Unknown   ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes   ⊗ No
**Reason(s) for this use of force:**

☒ Protect self       ☒ Protect co-worker       ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent   ☐ Effect an arrest or detention    ☐ Prevent escape
☒ Overcome resistance       ☐ Stop vehicle       ☐ Vessel failure to heave to
☐ Animal euthanization       ☐ Other

**Was MELENDEZ, ANTHONY M. injured?** ○ Yes   ⊗ No

Name: CANDELA, GREGORY A.

**Gender:** Male     **Age:** 42     **Height:** 5'10"     **Weight:** 175 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/02/2007
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/14/2025
**Duty status at the time of the incident:** ⊗ On duty   ○ Off duty
     **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

**Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** 18 years 1 months
     **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes   ○ No
**Attire:** ⊗ Uniform   ○ Plain clothes

**Was CANDELA, GREGORY A. assaulted?** ○ Yes   ⊗ No

**Did CANDELA, GREGORY A. use reportable force?** ⊗ Yes   ○ No
     **Force type:** Less-lethal Device
     **Device:** PLS (PepperBall Launching System)
     **Device type:** PAVA (area saturation)
     **Reason(s) for this use of force:**

☒ Protect self       ☒ Protect co-worker       ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent   ☐ Effect an arrest or detention    ☐ Prevent escape
☒ Overcome resistance       ☐ Stop vehicle       ☐ Vessel failure to heave to
☐ Animal euthanization       ☐ Other

     **Usage 1**
         **Estimated use of force date/time (local):** 09/19/2025 08:30
         **Posture:** ☒ Standing   ☐ Kneeling   ☐ Prone   ☐ Other
         **Estimated distance:** 60 feet

     Print Date: 2025-09-24

CHC v. Noem - CBP 000564

E-STAR incident ID     **LES**    #25620

Approximately how many volleys did you deploy? 3
Approximately how many projectiles did you deploy? 15
Was this force type used again within the same shift (a break-in-the-action)? ⊗ Yes ○ No

Usage 2
Estimated use of force date/time (local): 09/19/2025 12:00
Posture: ☒ Standing ❏ Kneeling ❏ Prone ❏ Other
Estimated distance: 60 feet
Approximately how many volleys did you deploy? 2
Approximately how many projectiles did you deploy? 10
Was this force type used again within the same shift (a break-in-the-action)? ○ Yes ⊗ No

---

**Was CANDELA, GREGORY A. injured?** ○ Yes ⊗ No

---

Name: YULO JR, ALFREDO

Gender: Male    Age: 38    Height: 5'10"    Weight: 230 pounds
CBP employee series or role: Officer/Agent
Service EOD: 03/18/2013
Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
Duty (or detail/TDY) location EOD: 09/05/2025
Duty status at the time of the incident: ⊗ On duty ○ Off duty
    Activity: Mobile Response Team (MRT)

Armed law enforcement experience:
    Total law enforcement experience at the time of the incident: 12 years 6 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ☒ EMT | ❏ FITP | ❏ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

---

**Was YULO JR, ALFREDO assaulted?** ⊗ Yes ○ No

---

**Did YULO JR, ALFREDO use reportable force?** ⊗ Yes ○ No
    Force type: Less-lethal Device
    Device: PLS (PepperBall Launching System)
    Device type: PAVA (area saturation)
    Estimated use of force date/time (local): 09/19/2025 08:40
    Posture: ☒ Standing ❏ Kneeling ❏ Prone ❏ Other
    Estimated distance: 8 feet
    Approximately how many volleys did you deploy? 1
    Approximately how many projectiles did you deploy? 3
    Was this force type used again within the same shift (a break-in-the-action)? ○ Yes ⊗ No
    Reason(s) for this use of force:

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ☒ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

Force type: Less-lethal Device
Device: LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
Device type: Hand-Thrown Munitions - Chemical
Munition type: Pocket Tactical CS Canister
Device description/comments: Pocket Tactical CS
Estimated use of force date/time (local): 09/19/2025 09:00

Print Date: 2025-09-24



CHC v. Noem - CBP 000565

E-STAR Incident ID: **LES** #25620

**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes ⊗ No ○ Unknown ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No
**Reason(s) for this use of force:**

☒ Protect self     ☒ Protect co-worker     ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent     ☐ Effect an arrest or detention     ☐ Prevent escape
☒ Overcome resistance     ☐ Stop vehicle     ☐ Vessel failure to heave to
☐ Animal euthanization     ☐ Other

**Was YULO JR, ALFREDO injured?** ○ Yes ⊗ No

## SUBJECTS: 3

**Name:** MASS GROUP
    **Estimated number of individuals in the group:** 50
    **Group description (Composition, attire, etc.):** Approximately 50 or more individuals wearing civilian clothes / costumes. Individuals were carrying flags and signs in protest of ICE Activities in Chicago.
    **Was any member of this group wearing body armor?** ○ Yes ⊗ No ○ Unknown
    **Group activity:**

        ☐ Illegal entry
        ☒ Uncooperative during encounter/inspection
        ☐ Failure to yield/heave to
        ☐ Checkpoint runner
        ☐ Port runner
        ☐ Alien smuggling
        ☐ Narcotics smuggling
        ☐ Scouting
        ☒ Assault (rocks/other projectiles)
        ☐ Assault (all other types)
        ☐ Rioting/civil disturbance
        ☐ Mass coordinated entry
        ☐ No suspected illegal activity
        ☐ Other

    **Group's current location and disposition if known:** The group was still at the ICE ERO Facility when agents left.

    **Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes ○ No
        **Was any member of the group outside the US or its territories when committing the assault?** ○ Yes ⊗ No

        **Weapon(s)/type of assault:**
            **Assault method:** Projectile (other than rock)
                **Projectile description:** Throwing and Kicking Used Munitions
            **Estimated assault date/time (local):** 09/19/2025 08:30

    **Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes ○ No
        **Was any member of the group outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Name:** UNKNOWN-1
    **Gender:** Unknown    **Age:** Unknown    **Height:** 5'6" - 5'11"    **Weight:** 100 - 149 lbs
    **Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
    **Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown



CHC v. Noem - CBP 000566

E-STAR Incident ID: `LES` F-#25620

**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☒ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** This individual fled back into the crowd

**Did this subject assault a CBP employee?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when committing the assault?** ○ Yes ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Projectile (other than rock)
        **Projectile description:** Used Munition
        **Estimated assault date/time (local):** 09/19/2025 09:36

**Was reportable force used on this subject?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** KOPECKY, JUSTICE

**Gender:** Male **Date of birth** `PII` /2000 **Height:** 5'9" **Weight:** 220 pounds
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting



CHC v. Noem - CBP 000567

E-STAR Incident ID: ☐ LES ☐#25620

☒ Assault (rocks/other projectiles)
☐ Assault (all other types)
☐ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** Arrested by ICE ERO SRT

**Did this subject assault a CBP employee?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when committing the assault?** ○ Yes ⊗ No

**Weapon(s)/type of assault:**
    **Assault method:** Projectile (other than rock)
    **Projectile description:** Used Munition
    **Estimated assault date/time (local):** 09/19/2025 06:30

**Was reportable force used on this subject?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes ○ No

    **Arrested / taken into custody by:** ○ CBP ⊗ Other federal agency ○ State agency ○ Local agency

    **Was prosecution sought against this subject?** ⊗ Yes ○ No

    **Prosecution By:** ○ CBP ⊗ Other federal agency ○ State agency ○ Local agency

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

## ASSAULTS: 12

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---------|------------------------|---------------------------------------------------|---|------------------------------------------|
| MASS GROUP | Projectile (other than rock) - Throwing and Kicking Used Munitions on 09/19/2025 08:30 | DIAZ MEZA, DANIEL A. | ⊗ Yes ○ No | Not injured in this incident |
| | | ORTIZ, VICTOR | ⊗ Yes ○ No | Not injured in this incident |
| | | HACEGABA, HECTOR R. | ⊗ Yes ○ No | Not injured in this incident |
| | | MELENDEZ, ANTHONY M. | ⊗ Yes ○ No | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes ○ No | Not injured in this incident |
| UNKNOWN-1 | Projectile (other than rock) - Used Munition on 09/19/2025 09:36 | DIAZ MEZA, DANIEL A. | ⊗ Yes ○ No | Not injured in this incident |
| | | HACEGABA, HECTOR R. | ○ Yes ⊗ No | Not injured in this incident |
| | | ORTIZ, VICTOR | ○ Yes ⊗ No | Not injured in this incident |
| | | MELENDEZ, ANTHONY M. | ⊗ Yes ○ No | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes ○ No | Not injured in this incident |

Print Date: 2025-09-24

CHC v. Noem - CBP 000568

E-STAR Incident ID: | LES | #25620

| KOPECKY, JUSTICE | Projectile (other than rock) - Used Munition on 09/19/2025 06:30 | DIAZ MEZA, DANIEL A. | ○ Yes ⊗ No | Not injured in this incident |
| | | HACEGABA, HECTOR R. | ⊗ Yes ○ No | Not injured in this incident |
| | | ORTIZ, VICTOR | ⊗ Yes ○ No | Not injured in this incident |
| | | MELENDEZ, ANTHONY M. | ⊗ Yes ○ No | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes ○ No | Not injured in this incident |

## USES OF FORCE: 12

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| DIAZ MEZA, DANIEL A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 08:36 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing and Kicking Used Munitions on 09/19/2025 08:30** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| DIAZ MEZA, DANIEL A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 08:37 | **Subject:** UNKNOWN-1<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Used Munition on 09/19/2025 09:36** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| MELENDEZ, ANTHONY M. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Saf-Smoke Canister - Continous Discharge Saf-Smoke Canister on 09/19/2025 08:30 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing and Kicking Used Munitions on 09/19/2025 08:30** - Yes<br>**Was this use of force effective against what prompted its use?** No, Not Effective<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** UNKNOWN-1<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Used Munition on 09/19/2025 09:36** - Yes<br>**Was this use of force effective against what prompted its use?** No, Not Effective<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** KOPECKY, JUSTICE<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Used Munition on 09/19/2025 06:30** - Yes<br>**Was this use of force effective against what prompted its use?** No, Not Effective<br>**Did the UOF device function as designed?** Yes |
| MELENDEZ, | LLSI-CM (Less- | **Subject:** MASS GROUP |

Print Date: 2025-09-24

CHC v. Noem - CBP 000569

E-STAR Incident ID **LES** 325620

| ANTHONY M. | lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - Instantaneous Blast CS on 09/19/2025 08:32 | Was this use of force in response to the following assault by this subject? Projectile (other than rock) - Throwing and Kicking Used Munitions on 09/19/2025 08:30 - Yes<br>    Was this use of force effective against what prompted its use? Yes<br>    Did the UOF device function as designed? Yes |
|---|---|---|
| | | Subject: UNKNOWN-1<br>    Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force in response to the following assault by this subject? Projectile (other than rock) - Used Munition on 09/19/2025 09:36 - Yes<br>    Was this use of force effective against what prompted its use? Yes<br>    Did the UOF device function as designed? Yes |
| | | Subject: KOPECKY, JUSTICE<br>    Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force in response to the following assault by this subject? Projectile (other than rock) - Used Munition on 09/19/2025 06:30 - Yes<br>    Was this use of force effective against what prompted its use? Yes<br>    Did the UOF device function as designed? Yes |
| CANDELA, GREGORY A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 08:30 | Subject: MASS GROUP<br>    Was this use of force in response to the following assault by this subject? Projectile (other than rock) - Throwing and Kicking Used Munitions on 09/19/2025 08:30 - Yes<br>Was this use of force effective against what prompted its use? No, Was Unsucessfull<br>    Did the UOF device function as designed? Yes |
| CANDELA, GREGORY A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 12:00 | Subject: MASS GROUP<br>    Was this use of force in response to the following assault by this subject? Projectile (other than rock) - Throwing and Kicking Used Munitions on 09/19/2025 08:30 - No<br>Was this use of force effective against what prompted its use? Yes<br>    Did the UOF device function as designed? Yes |
| YULO JR, ALFREDO | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 08:40 | Subject: MASS GROUP<br>    Was this use of force in response to the following assault by this subject? Projectile (other than rock) - Throwing and Kicking Used Munitions on 09/19/2025 08:30 - No<br>Was this use of force effective against what prompted its use? Yes<br>    Did the UOF device function as designed? Yes |
| YULO JR, ALFREDO | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS on 09/19/2025 09:00 | Subject: MASS GROUP<br>    Was this use of force in response to the following assault by this subject? Projectile (other than rock) - Throwing and Kicking Used Munitions on 09/19/2025 08:30 - No<br>Was this use of force effective against what prompted its use? Yes<br>    Did the UOF device function as designed? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes ⊗ No

**Did this incident result in collateral injury to a bystander?** ○ Yes ⊗ No



CHC v. Noem - CBP 000570

E-STAR Incident I☐ **LES** ☐#25620

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

In support of "Operation Midway Blitz", the Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase "at large" arrests of illegal aliens, including individuals with

executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across the U.S., operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

**Current certification status:** Certified

**Shared incident narrative certification history**

| Header In | Employee | Certified Date |
|---|---|---|
| PII; LES | FICK, SHANNON M. | 09/20/2025 14:41 |

**Narrative of CANDELA, GREGORY A.**

On September 9, 2025, I, Border Patrol Agent Greg Candela out of the Detroit Sector Special Operations Detachment BORSTAR was deployed to Chicago, IL as part of a multi-agency operation. I was specifically assigned at 1930 Beach St, Broadview IL (ERO) for a planned protest at the facility. My shift started at 4:00 am and my uniform was my Border Patrol issued SOD multi-cam uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 8:30 am, a large group of over 50 protestors had gathered outside the ERO facility. The crowd was agitated. Some individuals were using bullhorns to yell obscenities towards the group of agents. At approximately this time, an ICE/ERO vehicle was trying to exit the facility. There is only one way in and out of this facility. A large group of protesters had blocked the exit by sitting on the ground and locking arms with each other. This prevented the vehicle from exiting. The group was yelling obscenities and giving agents the middle finger. Several attempts were made to get the group to move so the vehicle could exit safely. Commands were given by yelling "Get Back, Make Room". The commands were ineffective and the group refused to move. I was on the roof of the ERO building approximately 30-35 feet in the air to provide cover and observe the crowd. As the gate opened for the vehicle to exit, I used a Pepperball Launching System (PLS) to saturate the area in front of the group of protestors. I launched approximately 3 volleys of 4-6 projectiles from approximately 60 feet. The area saturation was unsuccessful and the group of protestors quickly surrounded the vehicle. The agents on the ground that pushed out with the vehicle controlled the group of protestors while I provided security from the roof, I did not engage the PLS after the initial area saturation.



CHC v. Noem - CBP 000571

E-STAR Incident ID: [ LES ] #25620

I am not assigned a body camera and was not wearing one. Supervisory Border Patrol Agent (SBPA) Chris Gomez was notified by phone at approximately 9:00am. No injuries were observed or reported from my deployment of the PLS.

After this incident was over, the group of agents went inside and no vehicles entered or exited the facility for a few hours. At approximately 12:00 pm, an ERO vehicle needed to exit the facility. Once again, there was a crowd of agitated protestors outside of the gate. At this time, there were approximately 25 or more protestors. As the vehicle was preparing to exit, the group of agents decided to exit first to attempt to create room for the vehicle. 2-3 protestors were standing in front of the gate, on the ERO property to prevent the vehicle from leaving. After being told to move back to create space, I saturated the area in front of the 2 to 3 individuals with my PLS. I deployed approximately 2 volleys of approximately 4-6 projectiles from approximately 60 feet. This area saturation, along with the group of agents creating room for the vehicle was successful in moving the individuals.

SBPA Kristopher Gomez was standing near me and was aware of the deployment. No injuries were observed or reported from my deployment of the PLS.

**Narrative of DIAZ MEZA, DANIEL A.**
On 09/19/2025 I Border Patrol Agent Daniel A. Diaz, was working my assigned duties as an El Centro Sector Mobile Response Unit assisting ICE/ERO on Operation Midway Blitz in Chicago, Illinois. I was wearing a full Border Patrol Agent uniform with Border Patrol and Department of Homeland Security patches. I was also wearing a Border Patrol issued plate carrier and plates with full Border Patrol Insignia and [ LES ] Border Patrol Star number.

On today's date I was assisting ICE/ERO Agents during a planned mass protest at the ICE Facility located on 1930 Beach St., Broadview, Illinois. At approximately 8:30 a.m. An ICE Agent needed to transport a prisoner in a white minivan out of the facility and the protestors started mass gathering in order to block the vehicle from movement.

A few of the protestors sat on the front bumper of the vehicle preventing the vehicle's movement. The protestors started yelling profanities at the Agents. They also started hitting the vehicle and pushing against the front bumper. The protestors were told multiple times to get away from vehicle.

At approximately 8:36 a.m., I saturated the area in front of the induvial feet with about two to three PAVA pepper balls from approximately 15 feet away to attempt to get the individuals to quit preventing the movement of the vehicle. ICE Special Response Team (SRT) Agents attempted to disperse the protestors and deployed chemical gas to the ground in front of the minivan.

A few seconds later, an individual carrying a flag started kicking the gas device back towards the agents. After an unsuccessful attempt, the individual bent over and motioned as if he or she was going to pick up the device and throw it back at agents. Individuals were commanded multiple times to stop messing with the device but refused to listen.

At approximately 8:37 a.m., I deployed approximately four PAVA projectiles from my Pepperball Launching System (PLS) from approximately 15 feet away towards the individual's feet to saturate the area with powder and prevent the individual from grabbing the device and potentially throwing it back to the Agents.

PLS was successful in dispersing the individuals in both instances.

When scene became safe, I was able to notify Supervisor Border Patrol Agent Kristopher Gomez at approximately 9:00 a.m. via cellphone.

Event was recorded on AXON Body Worn Camera serial number [ LES ]

**Narrative of MELENDEZ, ANTHONY M.**
On September 19, 2025, I, Border Patrol Agent Anthony Melendez out of the Special Operations Group at Ft Bliss, TX was deployed to Chicago, IL as part of a multi-agency operation. I was specifically assigned at 1930 Beach St, Broadview IL

CHC v. Noem - CBP 000572

E-STAR incident | **LES** | #25620

Enforcement Removal Operations (ERO) Facility for a planned protest at the facility. My shift started at 4:00 am and my uniform was my Border Patrol issued SOG Multicam uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 8:30 am, a large group had gathered of over 50 protestors outside the ERO facility. The crowd was agitated with some using bullhorns to yell obscenities towards the group of agents. At approximately this time, an Immigration and Customs Enforcement (ICE)/ERO vehicle was trying to exit the facility. There is only one way in and out of this facility. A large group of protestors had blocked the exit by sitting on the ground and locking arms to prevent the vehicle from exiting. The group was yelling obscenities and giving agents the middle finger. Several attempts were made to get the group to move so the vehicle could exit safely. Commands were given by yelling "Get Back, Make Room" and "Please move to your left so our vehicles can depart." I utilized a Saf-Smoke canister from a distance of approximately ten (10) feet to encourage the protesters to clear the area before the potential use of agitating chemical agents would be used. When this encouragement had no effect, I utilized an Instantaneous Blast Powder CS grenade from a distance of approximately ten (10) feet to more effectively disperse the crowd. As I, and other agents/officers, deployed less lethal munitions, we encountered assaultive behavior from the crowd as they began to throw and kick our deployed less lethal munitions back at the officers and agents in the Broadview ICE Detention Center secured parking lot. One individual who threw a cannister back toward the officers and agents was arrested by ICE Special Response Team (SRT), along with his father who physically assaulted the SRT officers arresting his son by grabbing and pushing them. Both arrests were made by ICE SRT. The other individuals displaying assaultive behavior retreated into the crowd as we continued to protect the facility. The situation began to de-escalate approximately 0850 as the vehicles were clear of the hazards presented by the crowd. At this point, all agents and officers pulled back into the parking lot and secured the facility.

I was advised by the agency taking lead of the operation, ERO/ICE SRT, that this type of crowd would likely attempt to grab items off of my person and it would be wise to leave the bodycam in a safe area with any extra magazines, knives, or other loose items, so I was not wearing one during the incident. Commander Benjamin Swope was notified by phone at approximately 9:00am. No injuries were observed or reported from my deployment of any less lethal devices.

### Narrative of HACEGABA, HECTOR R.

On September 19, 2025, I, Border Patrol Agent Hector Hacegaba, as part of the El Centro Sector Mobile Response Team (MRT), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting ICE/ERO officers during a planned mass protest at the ICE/ERO Facility located on 1930 Beach St., Broadview, Illinois. At approximately 8:30 a.m., while securing safe departure of government vehicles leaving the ICE/ERO facility, ICE/ERO officers deployed a CS gas canister to disperse a group of individuals that were blocking the vehicles and ignoring commands to move back and clear the way for the vehicles leaving the ICE/ERO facility. The individuals were impeding the movement of the vehicles by standing in front of the vehicles and refusing to move from the path of the vehicles preventing them from departing the ICE/ERO facility. During this time, I observed one individual later identified Justice KOPOCKY approach an active CS cannister on the ground. KOPOCKY picked up the cannister and threw it back in the direction of the ICE/ERO facility parking lot. The cannister landed a short distance from our position continuing to emit CS gas.

I maintained my position and continued securing the facility while ICE officers took KOPOCKY into custody. KOPOCKY was taken into the ICE facility for processing.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was not active during the time of the incident due to the scene quickly becoming hazardous and prevented me from turning on my body worn camera.

### Narrative of ORTIZ, VICTOR

On September 19, 2025, I Border Patrol Agent Victor Ortiz was assigned to assist with Immigration and Customs Enforcement

CHC v. Noem - CBP 000573

operations taking place in Chicago Illinois. I was sent with El Centro Sector's Mobile Response Teams (MRT) to assist with Mobile Field Force if needed. I was specifically at 1930 Beach St, Broadview, Illinois in protection of the Immigration Customs Enforcement, Enforcement Removal Operations (ICE ERO) building. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 8:30 AM, an ICE vehicle was trying to leave the facility but was met with a large crowd of approximately 50 protesters or more. The protesters were not letting the vehicle drive away as they were crowding up in front of the vehicle. Other MRT Agents, ICE officers, and I verbally instructed the crowd to back away. The crowd was instructed to do so several times. The crowd did not disperse. At this time an ICE ERO officer deployed CS gas canisters into the crowd. An individual, that was later identified as Justice Kopocky, grabbed the canister from the ground and threw it towards us. Kopocky was arrested by ICE agents. I held my position during the incident attempting to control the large crowd.

No Agents or Officers were injured from Kopocky actions.

I did not use any force during this incident.

Event was recorded on AXON Body Worn Camera serial number [LES]

### Narrative of YULO JR, ALFREDO

On September 19, 2025, I, Border Patrol Agent (BPA) Alfredo Yulo, was deployed with El Centro Sector Mobile Response Team (MRT) as part of a specialized security unit supporting Immigration and Customs Enforcement (ICE) Operation Midway Blitz in Chicago, Illinois. Our team, consisting of six skilled agents, was trained in tactical operations, medical response and handling civil unrest. We were assembled as a contingency measure to provide on-site security, ensuring that Enforcement and Removal Operations (ERO) agents could operate without interruption from activists during a scheduled protest outside the ERO detention facility.

My specific assignment was at 1930 Beach St. in Broadview, Illinois, where I was responsible for securing the sole access point of entry and exit at the ERO detention facility. I was in a standard Border Patrol uniform, complete with all necessary law enforcement identifiers as per U.S. Customs and Border Protection (CBP) standards. My call sign, [LES] as clearly displayed on my body armor carrier.

In the course of my duties to uphold public safety and facilitate law enforcement operations, a large assembly of activists gathered near the entrance of the ERO facility. This is a tactic frequently employed by activists to obstruct access for law enforcement personnel entering or exiting government facilities. Such forms of obstruction are often intended to intimidate federal agents, resulting in incidents of assault and damage to government property.

At approximately 8:30 a.m., an ERO vehicle was in the process of exiting the facility when it was quickly approached by the crowd. The protestors obstructed the vehicles movement, with some individuals sitting on and in front of the vehicle and others hitting and pushing against the vehicle. Multiple commands and warnings were issued, instructing the crowd to step away from the vehicle and disperse, as their actions constituted an unlawful assembly. Despite these orders, the protestors failed to comply and continued to shout profanities and abusive language.

In response to the crowd's refusal to comply with dispersal orders and the absence of an alternate exit route, a fellow agent deployed a saf-smoke munition. As agents advanced towards the crowd, a protester picked up the smoke grenade and threw it back at them, prompting an attempt to apprehend that individual. Later identified as KOPECKY, Justice who was apprehended by agents.

During this incident, I noticed a pepper ball launching system (PLS) on the ground approximately 3-5 feet in front of me, which I promptly retrieve and secured. As a certified PLS operator, I quickly assessed the system and confirmed it was operational. After stepping back to reassess my surroundings, I observed agents to my left attempting to apprehend a resisting protester. Additionally, I noticed a hand-thrown munitions (HTM) grenade on the ground to my right. I knelt to secure the grenade, ensuring it could not be picked up by anyone in the crowd. As I stood back up, I saw the crowd advancing closer, with several protesters making lunging movements towards me and the agents nearby.

E-STAR Incident ID: **LES** 25620

I acted in accordance with CBP Use of Force Policy, by deploying the PLS as a less-than-lethal option to ensure the safety of myself, fellow agents, and public safety personnel. At approximately 8:40 a.m., I discharged one volley of approximately two to three PAVA pepper balls for area saturation from approximately 5-8 feet to disperse the hostile crowd around myself and agents nearby. Following this action, ICE Special Response Team (SRT) Agents initiated the use of chemical munitions. The coordinated use of the PLS, along with the chemical munitions, effectively disrupted the hostile activities and assisted in the dispersing of the crowd.

Each volley was executed in a controlled and targeted manner, directed at individuals actively obstructing and impeding the only egress route available for law enforcement vehicles to exit the ERO facility. The use of force was carefully assessed in relation to the imminent danger, in line with my MRT training and adhering to CBP protocols regarding escalation and de-escalation. No injuries were observed or reported because of my deployment of the PLS.

Later in the operation, another group of protestors gathered directly in front of a vehicle attempting to exit the facility. Despite repeated loud dispersal orders, the individuals refused to move and continued to obstruct the driveway, posing a significant safety hazard. At approximately 9:00 am, in accordance with CBP Use of Force Policy and after evaluating available options, I deployed a pocket tactical CS munition to disperse the obstructing crowd approximately that was approximately 5-8 feet in front of me. I deployed the pocket tactical CS munition approximately10-15 feet in front of me in order to achieve maximum effectiveness of the CS. Due to the direction of the wind at that time, the wind was blowing towards us. The munition was more effective if it was placed behind the crowd so that the wind could carry it to them. This less-than-lethal measure successfully created enough space for the vehicle to exit safely and allowed agents to regain control of the access point. No injuries were observed or reported from this deployment.

| **LEP** |
| --- |

secure location, which is why I was not wearing my body worn camera during the incident.

At the conclusion of my operational duties, when safe and feasible to do so, I provided a detailed debrief to Supervisory Border Patrol Agent Kristopher Gomez at the Tactical Operational Center via cell phone.

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
| --- | --- | --- | --- |
| Submitted | YULO JR, ALFREDO | 09/21/2025 17:16 | |
| Rejected | DELGARDO, ALISON A. | 09/22/2025 08:59 | Needs edits |
| Submitted | FICK, SHANNON M. | 09/22/2025 14:28 | |
| Approved | ARCE, JESSE A. | 09/22/2025 15:08 | |



Print Date: 2025-09-24

CHC v. Noem - CBP 000575