


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:46 EDT | Page 1 of 3

**CASE NUMBER**
LES

**CASE OPENED**
9/23/2025

**CURRENT CASE TITLE**
Assault on ERO Deportation Officer 9/20/2025

**REPORT TITLE**
United States District Court Violation Notice (E2711388)

**SYNOPSIS**

Homeland Security Investigations (HSI) Chicago, Homeland Security Task Force initiated an investigation into the assault of a U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO) Deportation Officer (DO) on September 20, 2025.

This report documents United States District Court Violation Notice (E2711388) issued on September 20, 2025.

**REPORTED BY**
Paul McGinn
SPECIAL AGENT

**APPROVED BY**
Kenneth Popovits
TASK FORCE OFFICER

**DATE APPROVED**
10/20/2025

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Assault on ERO Deportation Officer 9/20/2025 | LES | 10/20/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000171A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 15:46 EDT                                                                                                 Page 2 of 3

## DETAILS OF INVESTIGATION

**Probable Cause Statement affixed to United States District Court Violation Notice (E2711388) for location code IN92.**

The following is a summary of surveillance videos, witness and victim statements and video of media news reports. Not all statements should be considered verbatim. On or about September 20, 2025, Enforcement and Removal Officers (ERO) with U.S. Immigration & Customs Enforcement (ICE) and other law enforcement, were conducting operational support and enhanced security at an ICE prisoner detention and processing facility, known as Broadview Service Staging Area (BSSA) located at 1930 Beach Street in Broadview, Illinois. All ERO and law enforcement on scene were wearing vests with law enforcement markings. In the direct vicinity of BSSA there were ongoing protests and multiple criminal incidents that were being investigated included but not limited to assault to federal agents/officers and criminal damage to property.

At approximately 10:30 P.M., a government rental vehicle (GOV) driven by an ERO Officer while performing his official duties was attempting to enter the locked, secured and gated BSSA facility north parking lot. The said GOV was traveling north on Beach Street and turning west into the driveway of the said lot. BSSA video surveillance recordings show a Subject approach the passenger side of the said GOV with an object in his right hand. The said Subject was later identified as Rogelio HUERTA, (DOB [PII]/1995, FBI# [PII, LES]). In the said video, HUERTA appears to make physical contact with the GOV attempting to interfere with the GOV entering the facility. ERO Officers are observed attempting to apprehend HUERTA and facilitate an arrest. The BSSA video shows HUERTA actively pushing away from the said ERO Officers and resisting the arrest.

According to ERO Officers, HUERTA was standing in front of the driveway to the said secured parking lot and obstructing, impeding and interfering with official business throughout the day on September 20, 2025. HUERTA was given multiple verbal commands by ERO Officers to stay away from the GOVs as they were entering the lot. HUERTA ignored all lawful commands. On the same day, between approximately 6:30 P.M. and 8:30 P.M., HUERTA is heard by multiple ERO Officers making direct threats stating that they were all going to die and that he was going to kill them.

At approximately 10:30 P.M., according to ERO Officers, HUERTA was observed making physical contact with the said GOV and attempting to flatten the tire with what appeared to be a knife. As ERO Officers approached HUERTA to effect an arrest he is observed retreating backwards and was observed throwing an object to the ground. ERO Officers gave verbal commands stating that HUERTA was under arrest and to stop resisting. HUERTA continued to retreat backwards in an attempt to defeat the arrest. According to the ERO Officers, HUERTA continued to resist arrest

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Assault on ERO Deportation Officer 9/20/2025 | LES | 10/20/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000172A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:46 EDT     Page 3 of 3

by flailing his elbows about and thrashing his head around striking one ERO Officer on or about the face and head causing swelling and pain. During the arrest, ERO Officers were sprayed with an unknown chemical irritant from an unknown subject. Subsequently, HUERTA was secured and taken into the BSSA parking lot where he was handcuffed. The said object/knife was not recovered.

On September 21, 2025, at approximately 12:10 A.M. HSI Chicago Special Agents were dispatched to BSSA to investigate violations relating to 18 USC 111. Upon arrival at BSSA, HSI Special Agents met with HUERTA. HUERTA refused to speak with Agents in any capacity and refused to provide Agents with his identity. HUERTA was later identified through fingerprints.

On September 22, 2025, ABC 7 Chicago broadcasted a news report with reporter Michelle Gallardo. Gallardo states that HUERTA was arrested for "knocking on the windows" of the said GOV. HUERTA was observed in the interview holding the citation from said incident and referencing the inside of the facility where he was being held after the arrest.

HUERTA has multiple criminal arrests and contacts with law enforcement including a 2021 conviction for Child Pornography from Cook County, Illinois. HUERTA is a registered sex offender.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Assault on ERO Deportation Officer 9/20/2025 | LES | 10/20/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000173A

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| IN92 | E LES | MCGINN | PII, LES |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 9/20/2025 2230 | 18 USC 111 |

Place of Offense: 1930 Beach St, Broadview, IL

Offense Description: Factual Basis for Charge — HAZMAT ☐

Assault on Officers

### DEFENDANT INFORMATION
Phone: (708) PII

| Last Name | First Name | M.I. |
|---|---|---|
| HUERTA | Rogelio | |

Street Address: PII

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Cicero | IL | 60804 | PII -1995 |

Drivers License No. | CDL ☐ | D.L. State | Social Security No.

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BR | Eyes: BRN | Height: 5'06" | Weight: 230

### VEHICLE
VIN: | CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date: TBD | Time: TBD

My signature signifies that I ... promise to appear for the h... collateral due.

X Defendant Signature: PII

Original - CVB Copy

ICE_00000174A

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **9-21**, 20**25** while exercising my duties as a law enforcement officer in the **Northern** District of **ILLINOIS**

| FBI# | PII | SID#IL | PII |

See Supplemental PC Statement

The foregoing statement is based upon:

☐ my personal observation  ☐ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to

Executed on: **9/21/2025**  **PII, LES**
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

ICE_00000175A

**Violation Notice: E2711388** **Location: IN92**

The following is a summary of surveillance videos, witness and victim statements and video of media news reports. Not all statements should be considered verbatim. On or about September 20, 2025, Enforcement and Removal Officers (ERO) with U.S. Immigration & Customs Enforcement (ICE) and other law enforcement, were conducting operational support and enhanced security at an ICE prisoner detention and processing facility, known as Broadview Service Staging Area (BSSA) located at 1930 Beach Street in Broadview, Illinois. All ERO and law enforcement on scene were wearing vests with law enforcement markings. In the direct vicinity of BSSA there were ongoing protests and multiple criminal incidents that were being investigated included but not limited to assault to federal agents/officers and criminal damage to property.

At approximately 10:30 P.M., a government rental vehicle (GOV) driven by an ERO Officer while performing his official duties was attempting to enter the locked, secured and gated BSSA facility north parking lot. The said GOV was traveling north on Beach Street and turning west into the driveway of the said lot. BSSA video surveillance recordings show a Subject approach the passenger side of the said GOV with an object in his right hand. The said Subject was later identified as Rogelio HUERTA, (DOB PII 1995, FBI# PII, LES ). In the said video, HUERTA appears to make physical contact with the GOV attempting to interfere with the GOV entering the facility. ERO Officers are observed attempting to apprehend HUERTA and facilitate an arrest. The BSSA video shows HUERTA actively pushing away from the said ERO Officers and resisting the arrest.

According to ERO Officers, HUERTA was standing in front of the driveway to the said secured parking lot and obstructing, impeding and interfering with official business throughout the day on September 20, 2025. HUERTA was given multiple verbal commands by ERO Officers to stay away from the GOVs as they were entering the lot. HUERTA ignored all lawful commands. On the same day, between approximately 6:30 P.M. and 8:30 P.M., HUERTA is heard by multiple ERO Officers making direct threats stating that they were all going to die and that he was going to kill them.

At approximately 10:30 P.M., according to ERO Officers, HUERTA was observed making physical contact with the said GOV and attempting to flatten the tire with what appeared to be a knife. As ERO Officers approached HUERTA to effect an arrest he is observed retreating backwards and was observed throwing an object to the ground. ERO Officers gave verbal commands stating that HUERTA was under arrest and to stop resisting. HUERTA continued to retreat backwards in an attempt to defeat the arrest. According to the ERO Officers, HUERTA continued to resist arrest by flailing his elbows about and thrashing his head around striking one ERO Officer on or about the face and head causing swelling and pain. During the arrest, ERO Officers were sprayed

with an unknown chemical irritant from an unknown subject. Subsequently, HUERTA was secured and taken into the BSSA parking lot where he was handcuffed. The said object/knife was not recovered.

On September 21, 2025, at approximately 12:10 A.M. HSI Chicago Special Agents were dispatched to BSSA to investigate violations relating to 18 USC 111. Upon arrival at BSSA, HSI Special Agents met with HUERTA. HUERTA refused to speak with Agents in any capacity and refused to provide Agents with his identity. HUERTA was later identified through fingerprints.

On September 22, 2025, ABC 7 Chicago broadcasted a news report with reporter Michelle Gallardo. Gallardo states that HUERTA was arrested for "knocking on the windows" of the said GOV. HUERTA was observed in the interview holding the citation from said incident and referencing the inside of the facility where he was being held after the arrest.

HUERTA has multiple criminal arrests and contacts with law enforcement including a 2021 conviction for Child Pornography from Cook County, Illinois. HUERTA is a registered sex offender.