

**U.S. Customs and Border Protection**

# Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES 25649
**Title:** Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street
**Shift start date/time:** 09/26/2025 06:00
**Shift end date/time:** 09/26/2025 18:00
**Type:** ☒ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ☐ No
**CBP Reporting Organizations:**
☒ U.S. Border Patrol Location: U.S. Border Patrol / Tucson Sector
☐ Air and Marine Operations
☐ Office of Field Operations

**Created by:** FICK, SHANNON M.
**Last updated by:** ARCE, JESSE A.
**Reviewer:** ARCE, JESSE A

**Creation date/time:** 09/26/2025 18:12
**Last updated date/time:** 10/06/2025 09:36
**Date reviewed:** 10/06/2025

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |
| **Other involved organizations:** | |
| Other federal agency | ICE ERO |

**Were other CBP components/external agencies involved?** ⊗ Yes ☐ No

Print Date: 2025-10-25

CHC v. Noem - CBP 000041

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 1930 Beach Street
        **City:** Broadview    **State:** ILLINOIS    **Zip:** 60155
**Incident coordinates:**
    **Latitude:** 41.86744
    **Longitude:** -87.86493
**Setting:**    Indoors    ⊗ Outdoors
    **Outdoor setting:** ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** On Harvard Street Outside of the ICE ERO Facility
**Environmental factors:**
    **Weather:** ⊠ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
    **Illumination:** ⊠ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
    **Estimated temperature (Fahrenheit):** 80

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SWOPE, BENJAMIN A | Special Operations Commander | Phone | 09/26/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 3

**Name:** COX, BENJAMIN J.
    **Gender:** Male    **Age:** 35    **Height:** 6'2"    **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/13/2018
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Mobile Response Team (MRT)
    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 7 years 4 months
        **CBP training previously received (not including basic academy training):**

        BPAIST    BORSTAR    BORTAC    DITP    DTI
        EDVPTP    ⊠ EMT    FITP    ⊠ LLITP (IFITP)    ⊠ MFF
        ⊠ MRT    PITP    SRT    TATP    ⊠ Other
        **List of other training:** ATITP

    **Wearing body armor?** ⊗ Yes    No
    **Attire:** ⊗ Uniform    Plain clothes

    **Was COX, BENJAMIN J. assaulted?** ⊗ Yes    No

    **Did COX, BENJAMIN J. use reportable force?** ⊗ Yes    No
        **Force type:** Less-lethal Device
        **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
        **Device type:** 40MM Less-lethal Munitions - Chemical

CHC v. Noem - CBP 000042

**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** 40MM Muzzle Blast CS
**Estimated use of force date/time (local):** 09/26/2025 10:35
**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
**Estimated distance:** 8 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ☐ Yes ☒ No ☐ Unknown ☐ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☒ No
**Reason(s) for this use of force:**

☒ Protect self ☒ Protect co-worker ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent ☐ Effect an arrest or detention ☐ Prevent escape
☒ Overcome resistance ☐ Stop vehicle ☐ Vessel failure to heave to
☐ Animal euthanization ☐ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Spede-Heat CS
**Device description/comments:** 40MM Spede-Heat CS
**Estimated use of force date/time (local):** 09/26/2025 10:37
**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
**Estimated distance:** 35 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ☐ Yes ☒ No ☐ Unknown ☐ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☒ No
**Reason(s) for this use of force:**

☒ Protect self ☒ Protect co-worker ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent ☐ Effect an arrest or detention ☐ Prevent escape
☒ Overcome resistance ☐ Stop vehicle ☐ Vessel failure to heave to
☐ Animal euthanization ☐ Other

---

**Was COX, BENJAMIN J. injured?** ☐ Yes ☒ No

---

**Name:** RANSOM, JOSHUA D.

**Gender:** Male **Age:** 45 **Height:** 6'1" **Weight:** 230 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/09/2006
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 22 years 0 months
**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | ☒ TATP | Other |

---

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

---

**Was RANSOM, JOSHUA D. assaulted?** ☒ Yes ☐ No

**Did RANSOM, JOSHUA D. use reportable force?** 

CHC v. Noem - CBP 000043

Yes ☒ No

| | | |
|---|---|---|
| **Was RANSOM, JOSHUA D. injured?** | Yes | ☒ No |

**Name:** BARRY, SEAN ALMOND
  **Gender:** Male    **Age:** 43    **Height:** 6'1"    **Weight:** 235 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 09/06/2010
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ☒ On duty    Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 15 years 0 months
  **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes    No
**Attire:** ☒ Uniform    Plain clothes

| | | |
|---|---|---|
| **Was BARRY, SEAN ALMOND assaulted?** | ☒ Yes | No |
| **Did BARRY, SEAN ALMOND use reportable force?** | Yes | ☒ No |
| **Was BARRY, SEAN ALMOND injured?** | Yes | ☒ No |

## SUBJECTS: 2

**Name:** MASS GROUP
  **Estimated number of individuals in the group:** 70
  **Group description (Composition, attire, etc.):** Approximately 70 individuals or more who were wearing plain clothes / costumes protesting ICE operations. Some were wearing face coverings and masks. Some were also wearing gloves that were used to pick up actively emitting munitions. They were carrying signs and flags as well.
  **Was any member of this group wearing body armor?**    Yes   ☒ No    Unknown
  **Group activity:**

  Illegal entry
  ☒ Uncooperative during encounter/inspection
  Failure to yield/heave to
  Checkpoint runner
  Port runner
  Alien smuggling
  Narcotics smuggling
  Scouting
  ☒ Assault (rocks/other projectiles)
  Assault (all other types)
  ☒ Rioting/civil disturbance
  Mass coordinated entry
  No suspected illegal activity
  Other

**Group's current location and disposition if known:** Most of the crowd eventually dispersed when chemical munitions were deployed.

CHC v. Noem - CBP 000044

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes　　No
　　**Was any member of the group outside the US or its territories when committing the assault?** Yes　⊗ No

**Weapon(s)/type of assault:**
　　　**Assault method:** Projectile (other than rock)
　　　　　**Projectile description:** Spent/Actively Emitting Chemical Munitions
　　　**Estimated assault date/time (local):** 09/26/2025 10:00

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes　　No
　　**Was any member of this group outside the US or its territories when this force was applied?** Yes　⊗ No

**Name:** CEPEDA, ROBERTO ELIAS
　**Gender:** Male　　**Date of birth:** PII /1983　　**Height:** 6'0" - 6'5"　　**Weight:** 200 lbs or over
　**Attire:** ⊗ Civilian　　Paramilitary　　Police　　Nude　　Unknown
　**Was the subject wearing body armor?**　Yes　⊗ No　　Unknown
　**Immigration status:** U.S. Citizen
　**Country of citizenship:** United States of America
　**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
　　Yes　⊗ No
　**Subject's activity:**
　　　Illegal entry
　　☒ Uncooperative during encounter/inspection
　　　Failure to yield/heave to
　　　Checkpoint runner
　　　Port runner
　　　Alien smuggling
　　　Narcotics smuggling
　　　Scouting
　　　Assault (rocks/other projectiles)
　　　Assault (all other types)
　　　Rioting/civil disturbance
　　　Mass coordinated entry
　　　No suspected illegal activity
　　　Other
　**Subject's current location and disposition if known:** Subject was taken into custody by ICE ERO. Unknown disposition after he was taken into custody.

**Did this subject assault a CBP employee?**　Yes　⊗ No

**Was reportable force used on this subject?** ⊗ Yes　　No
　　**Was the subject outside the US or its territories when this force was applied?**　Yes　⊗ No

**Was the subject an occupant of a vehicle?**　Yes　⊗ No
**Was this subject injured or claiming to be injured?**　Yes　⊗ No　　Unknown

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| MASS GROUP | Projectile (other than rock) - Spent/Actively Emitting | COX, BENJAMIN J. | ⊗ Yes | No | Not injured in this incident |

Not injured in this

CHC v. Noem - CBP 000045

| | Chemical Munitions on 09/26/2025 10:00 | RANSOM, JOSHUA D. | ⊗ Yes | No | incident |
| | | BARRY, SEAN ALMOND | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| COX, BENJAMIN J. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 40MM Muzzle Blast CS on 09/26/2025 10:35 | **Subject:** CEPEDA, ROBERTO ELIAS<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| COX, BENJAMIN J. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Spede-Heat CS - 40MM Spede-Heat CS on 09/26/2025 10:37 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>    Projectile (other than rock) - Spent/Actively Emitting Chemical Munitions on 09/26/2025 10:00 - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**    Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?**    Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
**Current certification status:** Certified
**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| PII; LES | FICK, SHANNON M. | 09/26/2025 17:35 |

**Narrative of RANSOM, JOSHUA D.**

On September 26, 2025, at approximately 10:30 AM, I, BPA Joshua Ransom, assigned to the Tucson Sector Mobile Response Team (MRT), was deployed to the Broadview ICE Facility located at 1930 Beach Street, Broadview, IL, to assist with crowd control and security during a violent protest. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible. In accordance with U.S. Customs and Border Protection (CBP) policies. Upon arrival, I observed that chemical hand-thrown munitions, including CS gas canisters, were being deployed by law enforcement personnel in response to the aggressive actions of approximately 70 protestors.

I observed several protestors in the crowd wearing welding gloves, which they were using to pick up and throw the deployed chemical munitions back at law enforcement personnel. This created a hazardous environment for both law enforcement officers and bystanders. Law enforcement agents, including myself, were actively working to clear the street to allow law enforcement vehicles to safely exit the facility. During this operation, I observed one protestor pick up a deployed CS gas canister and throw it through the glass window of an adjacent building located at 2000 S 25th Avenue, Suite A, Broadview, IL. The building was occupied by workers at the time, and the thrown canister posed a significant safety risk to the occupants.

As the situation escalated, I observed two unidentified individuals aggressively approach law enforcement personnel while yelling in a loud and confrontational manner. Both individuals ignored multiple verbal commands to move away from the street and continued advancing toward law enforcement officers in an aggressive manner.

Agents attempted to place both individuals under arrest. The first individual actively resisted arrest by tensing their body, pulling their arms away, and refusing to comply with commands to give agents his hands. The second individual became physically combative, striking at Federal Protective Service (FPS) and Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) agents and attempting to push them away.
Both individuals were subdued and restrained by myself and other agents. They were handcuffed and searched incident to arrest. During the pat-down of the first individual, agents discovered a handgun concealed on their person. The firearm was immediately secured, unloaded, and logged as evidence. No additional weapons or contraband were found on either individual. ICE/ ERO Agents took the two individuals into custody, and I had no further contact with the two individuals and I do not know their Personal Information Details (PID) for completing this report.

My Incident Driven Body Worn Camera was on and activated late for this event. When I arrived on location, the situation was tense and rapidly evolving and I activated my camera as soon as I was able to.
Axon Body 4 Video 2025-09-26 1148 D01A3515X
Evidence Serial Number: LES

### Narrative of COX, BENJAMIN J.
On September 26th, 2025, I Border Patrol Agent (BPA) Benjamin Cox, was deployed with the Tucson Sector Mobile Response Team (MRT) to Chicago, Il to for operation Midway Blitz. I was assigned to assist with daily operations for a strike team. Strike Teams are composed LEP ents with clear identifiers. The objective of Strike Team is to locate and apprehend individuals who are present in the United States illegally. The location of today's operation was in Chicago IL. I was wearing my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. My body armor also had clear wording stating that I am a federal agent with the United States Border Patrol.

There was a protest at the Immigration and Customs Enforcement (ICE) building at 1930 Beach Street, Broadview, Il. The protest had grown and was becoming violent. The law enforcement personnel there requested assistance. The location has two roads that run East/West off 25th Ave toward Beach Street. The northern road is Lexington Street, and the southern road is Harvard Street. Both intersections had crowds of protesters present. Harvard street was being used by emergency and law enforcement vehicles for access to the facility.

While en-route to the ICE facility, I was informed that the crowds were becoming increasingly hostile. They were blocking roads and impeding movement of law enforcement. Several instances of assaults had already taken place.

At approximately 10:30 A.M. I arrived at the ICE facility with two other agents from Tucson Sector MRT. As I was grabbing my



equipment from the vehicle, I could hear officers/agents attempting to clear the road of protesters near the Harvard Street entrance I arrived on foot and observed a crowd of approximately 70 people protesting while law enforcement officers were actively attempting to disperse the crowd. Law enforcement agents were working to clear the road to allow law enforcement and emergency vehicles to safely enter and exit the facility. Several protesters were seen donning gloves and throwing chemical munitions back at Law Enforcement Officers. At least one protestor was observed picking up a deployed CS gas canister and throwing it through the glass window of an adjacent building located at 2000 S 25th Ave Suite A, Broadview, IL. The building was occupied by workers at the time, and the chemical munition posed a significant safety risk to the occupants inside the structure. I then assisted the other law enforcement officers who were attempting to direct all of the protesters back to the intersection of Harvard Street and 25th Ave.

At approximately 10:35 a.m., I observed a male who was approximately six feet tall and who was wearing a T-Shirt, jeans, and a baseball style hat. He was wearing a respirator on his face. From my training and experience, respirators are often worn by protesters who want to agitate the protesting crowds. The individual also had a backpack that was being worn on his chest. This is a common rudimentary, but effective, form of armor used to decrease the effectiveness of law enforcement less lethal device projectiles. He was given law enforcement commands to leave the area and move back. The individual refused to move back. Several more law enforcement commands were given. The individual still refused to move. The individual was clearly being actively resistant by refusing to follow law enforcement commands.

At this time, I launched one 40mm Muzzle Blast canister from my 40mm launcher from approximately 8-10 feet away. The deployed chemical munition was effective, and other law enforcement officers began to attempt to arrest the individual. The individual was later identified as CEPEDA, Roberto Elias. During their approach to the previously mentioned individual, a second subject approached from the crowd and attempted to help the first individual escape. The crowd continued to become more aggressive. At approximately 10:37 A.M., I launched a Spede-Heat CS canister from my 40 MM launcher towards the crowd which was approximately 30-40 feet away. This deployment helped keep the rest of the agitated crowd back in order for law enforcement personnel to safely make the necessary arrests.

Both subjects were placed under arrest, the second subject was actively resisting throughout the duration of the arrest. A search incident to arrest was conducted of the first individual, CEPEDA, Roberto Elias, person and belongings. A loaded firearm was found concealed in his waistband. The firearm was unloaded and secured by agents. Both subjects were subsequently moved into the ICE facility for processing and detainment.

I remained on scene, and held the crowd back, at the intersection of Harvard Road and 25th street. The crowd was moved peacefully several times to allow the arrival and departure of vehicles to and from the ICE facility. During my time on scene, I scanned the area for any adverse reactions to the chemical munitions used but observed none. No medical requests were received, however, due to the risk of officer safety no law enforcement personnel were able to enter the crowd to seek out individuals who may have benefited medical assistance. No other uses of force were observed while I was on scene.

At approximately 1:40 P.M., once the crowd had dispersed and I was able to return to the ICE facility to access a phone, my Use of Force incidents were reported via phone to SBPA Benjamin Swope. This was as early as it was safe and feasible to do so due to officer safety concerns.

My Incident Driven Body Worn Camera was on and active for this event.
Axon Body 4 Video 2025-09-26 1137 D01A3411W
Evidence Serial Number: LES

**Narrative of BARRY, SEAN ALMOND**

On September 26, 2025, I, Border Patrol Agent Sean BARRY, as part of the Tucson Mobile Response Team (MRT), was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

I was assisting ICE/ERO officers during a planned mass protest at the ICE/ERO Facility located on 1930 Beach St., Broadview, Illinois. At approximately 8:30 a.m., while securing safe departure of government vehicles leaving the ICE/ERO facility, ICE/ERO officers deployed a CS gas canister to disperse a group of individuals that were blocking the vehicles and ignoring commands to move back and clear the way for the vehicles leaving the ICE/ERO facility. The individuals were impeding the movement of the vehicles by standing in front of the vehicles and refusing to move from the path of the vehicles preventing them from departing the ICE/ERO facility. During this time, I and approximately 20 other Agents from ICE/ ERO and Federal Protection Services (FPS), formed a line along Havard Street just east of the ICE facility to move protestors back to 25th street. ICE/ ERO and FPS agents deployed CS gas canisters as well as pepper ball projectiles near those individuals who were refusing to listen to our commands to clear the area and move back to 25th street. These commands were repeated the entire time agents were on the line moving the crowd. Two individuals were arrested for refusing to obey these commands. During the arrest of one individual, agents recovered a handgun from his waistband.

I maintained my position and continued holding the line for about an hour. Agents then announced to the crowd that the line of agents were going to back up towards the facility and not to follow us. The crowd of about 50 or so protestors listen to our commands and agents eventually made it back to the parking lot of the ICE facility parking lot on Beach Street.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was active during the time of the incident but is block for the most part by my pepper ball launcher that was slung over my body. Evidence Serial Number: LES

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 09/30/2025 18:17 | |
| Approved | ARCE, JESSE A. | 10/01/2025 09:02 | |
| Reopened | FICK, SHANNON M. | 10/02/2025 08:37 | Need to make changes / add an individual to subject list |
| Submitted | FICK, SHANNON M. | 10/06/2025 08:27 | |
| Approved | ARCE, JESSE A. | 10/06/2025 09:36 | |