211 West Aten Road
Imperial, CA 92251

ELC ⸢ **LES** ⸣

**U.S. Customs and Border Protection**

October 7, 2025

MEMORANDUM FOR:    Daniel I. Parra
                                 Incident Commander
                                 Operation Midway Blitz

FROM:                      Kyle C. Harvick
                                 Deputy Incident Commander        **PII; LES**
                                 Operation Midway Blitz

SUBJECT:             Use of Force Incident/Non-Lethal
                            Re: ⸢ **LES** ⸣#25647

This memorandum and supporting documentation serve to inform you of an incident involving a non-lethal use of force on September 26, 2025, near 3039 S. Cicero Avenue in Cicero, Illinois.

While performing immigration enforcement actions, a crowd of protesters formed around agents after they made several arrests. While agents were preparing to depart, an object was thrown by an unidentified individual in the crowd, striking the open door of the vehicle an agent was behind. At that moment, since the crowd had grown hostile, BPA Burnap deployed one Pocket Tac CS Gas munition, causing the crowd to disperse and subsequently allowing the agents to safely depart the area.

The above use of force was within policy and was effective in controlling the crowd.

Refer to ESTAR event #⸢ **LES** ⸣#25647

Attachments

CHC v. Noem - CBP 000576

ELC LES



211 West Aten Road
Imperial, CA 92251

U.S. Customs and
Border Protection

October 15, 2025

MEMORANDUM FOR:    Daniel I. Parra
                   Incident Commander
                   Operation Midway Blitz

THROUGH:           Kyle C. Harvick
                   Deputy Incide[...]
                   Operation Mid[...]

                                    PII; LES

FROM:              Shane Durost[...]
                   Border Patrol Resident Agent
                   Houlton Sector Special Operations Detachment

SUBJECT:           Use of Force Incident / Assault
                   [ LES ]#25647

On September 26, 2025, I, Border Patrol Resident Agent (BPA-RA) Shane Durost, as part of the
Border Patrol Houlton Sector Mobile Response Team, was working in support of Immigration
and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have over fifteen
years of experience enforcing federal immigration law as a Border Patrol Agent. I was on duty
and assigned to a quick reaction force "QRF" providing assistance to a strike team of Border
Patrol Agents conducting enforcement operations in the Chicago, IL area. The QRF c[ LEP ]
specialized group of[ LEP ](SOD) agents, each possessing
expertise in tactical operations, medical response and managing civil unrest. This team is
dedicated to ensuring on-site security for strike teams during targeted enforcement missions,
enabling them to operate effectively and safely in non-permissive environments. Strike Teams
are[ LEP ]bl
A[ LEP ]tifiers. The objective of Strike Team is to locate and apprehend individuals
who are present in the United States illegally.
At approximately 1415hrs the strike team had several individuals detained behind a building
complex near the southwest corner of a Food 4 Less that was located at 3039 S Cicero Ave,
Cicero, IL 6080. While the strike team was conducting operations, I was standing behind the
vehicle in full Border Patrol uniform to include my body armor and bump helmet to provide
security. A group of approximately 15 individuals had gathered in the area and had started
chanting and yelling.

At approximately 3:30 pm, as we were about to depart the scene, an object hit the vehicle and
caused damage to the passenger side front door of our vehicle. This occurred as BPA Brandon

Use of Force Incident / Non-Lethal
B-[     LES     ]#25647

Vielguth, who was going to be sitting in the front passenger seat, was entering the vehicle. I got out of the rear driver's side seat and ran around the back of vehicle. By the time I arrived around to the passenger side of the vehicle, a munition had been deployed by another agent. I was unable to identify who had thrown the rock. After the munition was deployed, the crowd backed away and we were able to leave without further incident. I did not deploy any less lethal devices or use any force during this incident. I have not received a body camera so I was not able to capture any footage of the event.

CHC v. Noem - CBP 000578



**Department of Homeland Security**
U.S. Customs and Border Protection
U.S. Border Patrol



## Notification of Right to Union Representation

Date: _10/15/2025_     Time: _1:15 p.m._

Employee's
Name: _Shane Durost_

Under Article 31, Subsection A (3)[1] of the Collective Bargaining Agreement between the National Border Patrol Council and U.S. Customs and Border Protection, you are provided with the following information:

The Civil Service Reform Act gives employees in units represented by an exclusive labor organization the right to have a union representative present at a meeting which involves an examination by a representative of the agency in connection with an investigation if the employee believes the examination may result in disciplinary action.

Section 7114 (a)(2) of the Civil Service Reform Act of the 1978 states:

"(2) An exclusive representation of an appropriate unit in an agency shall be given the opportunity to be represented at –

(B) any examination of an employee in the unit by a representative of the agency in connection with an investigation if –

(i) the employee reasonably believes that the examination may result in disciplinary action against the employee and

(ii) the employee request representation."



PII; LES

PII; LES

_Supervis_ PII; LES

---

[1] The Agency agrees prior to taking a written or sworn statement from an employee, or when an employee is going to be interrogated before witnesses which may lead to disciplinary action against the employee, he or she will be advised in writing of his or her right to be represented by the Union.

211 West Aten Road
Imperial, CA 92251

ELC LES

**U.S. Customs and**
**Border Protection**

October 15, 2025

MEMORANDUM FOR:    Daniel I. Parra
                            Incident Commander
                            Operation Midway Blitz

THROUGH:            Kyle C. Harvick
                            Deputy Incident Commander
                            Operation Midwa[...]

FROM:                  Brandon Vielgut[...]        **PII; LES**
                            Border Patrol Ag[...]
                            San Diego Sector[...]

SUBJECT:            Use of Force Incident / Assault
                            LES    #25647

On September 26, 2025, I, Border Patrol Agent (BPA) Brandon Vielguth, as part of the Border Patrol Tactical Team (BORTAC), Special Operations Detachment San Diego Sector (SDC/BTC), was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have over 17 years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations. I was on duty and assigned to a quick reaction force "QRF" providing assistance to a strike team of Border Patrol Agents conducting enforcement operations in the Chicago, IL area. I was wearing my multicam rough duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) standards. At approximately 1415hrs this strike team detained several individuals behind a building complex near the south east corner of a Food 4 Less at 3039 S Cicero Ave, Cicero, IL 60804. The vehicle I was assigned to was parked facing north on the western most of two access roads traveling north/south. Our objective was to prevent protesters, particularly the violent ones from interfering with the other agents conducting immigration checks and processes approximately 50 yards to our east. Almost immediately a small crowd began to form to our west. Members of the crowd approached and began yelling at us from approximately 20 yards to our west. I gave several commands to not approach any closer, and besides a few attempts on the groups part to move closer, they were generally compliant. On numerous occasions during the past few weeks and during my deployment in Los Angeles conducting similar operations, hostile crowds would form while we were making arrests. These crowds have harassed and assaulted agents as well as

Use of Force Incident / Assault

| LES | -#25647

damaged agent's vehicles by throwing items, or slashing tires. The crowd began small but grew quickly numbering at least 15 individuals that were visible, and approximately five separate vehicles with unknown number of occupants within. At approximately 1529hrs the strike team agents completed their investigation and we began to leave. I was climbing into the passenger side front seat of my rented vehicle when an object hit and caused damage to the passenger side front door, which prevented me from being struck. I did not see who threw the object, but based on the location the object struck us, I could determine it came from the passenger side of the vehicle. This is our most vulnerable moment, the moment we enter the vehicle to leave the area. I advised agents over my service radio that we had just been "rocked". I wasn't able to determine what struck the vehicle or who threw the item. I asked Agent Burnap who had possessions of the chemical munitions, to deploy in that area. This was for the goal of dispersing the now violent crowd far enough away from our position to be out of throwing range of us. Agent Burnap deployed the chemical munitions and the violent crowd dispersed as intended. I attempted to identify the subject that may have thrown the object but I could not make this determination. I then took a quick look for the object that was thrown but could not find it in the moment. Shortly after the chemical munition deployment we left the area without any further incident.
My Body Worn Camera (BWC) did capture this event. The evidence number is [ LES ]

211 West Aten Road
Imperial, CA 92251

**U.S. Customs and
Border Protection**

ELC ⬚ LES ⬚

October 15, 2025

MEMORANDUM FOR:     Daniel I. Parra
                    Incident Commander
                    Operation Midway Blitz

THROUGH:            Kyle C. Harvick
                    Deputy Incident Commander
                    Operation Midway Blitz

FROM:               Robert Burnap
                    Border Patrol Age⬚        **PII; LES**
                    San Diego Sector Special Operations Detachment

SUBJECT:            Use of Force Incident / Assault
                    ⬚ **LES** ⬚ #25647

On September 26, 2025, I, Border Patrol Agent (BPA) Robert Burnap, as part of the Border Patrol Search Trauma and Rescue team (BORSTAR), Special Special Operations Detachment San Diego Sector (SDC/BST), was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have over six years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations.

I was on duty and assigned to a quick reaction force "QRF" providing assistance to a strike team of Border Patrol Agents conducting enforcement operations in the Chicago, IL area. The QRF consists of ⬚ **LEP** ⬚ Special Operations Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for strike teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments. Strike Teams are composed of ⬚ **LEP** ⬚ d B ⬚ **LEP** ⬚ identifiers. The objective of Strike Team is to locate and apprehend individuals who are present in the United States illegally.

At approximately 1415hrs this strike team detained several individuals and was holding them behind a building complex near the south west corner of a Food 4 Less at 3039 S Cicero Ave, Cicero, IL 60804. I was wearing my multicam rough duty Border Patrol uniform with all law

Use of Force Incident / Assault



LES #25647

enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

The vehicle I was riding in parked facing west on the southern most access road of two access roads traveling east/west LEP a LEP n. Almost immediately a small crowd began to form to the west and northwest. Members of the crowd approached and began yelling at us. On numerous occasions during the past few weeks and during my deployment in Los Angeles conducting similar operations, hostile crowds would form while we were making arrests. These crowds have harassed and assaulted agents as well as damaged agent's vehicles. This crowd began small but grew quickly to at least 15 individuals.

At approximately 1529hrs, the strike team agents completed their investigation and we began to leave. I was climbing into the passenger side back seat of my vehicle when an object hit, and caused damage, to the passenger side front door as BPA Brandon Vielguth, who was sitting in that seat, was entering the vehicle. I did not see who threw the object at us but, due to the angle it was thrown, I knew that it was thrown by a member of the crowd that was gathered to our northwest. The individuals were partially obscured by a row of bushes separating the two access roads. The crowd saw that we were attempting to leave and began approaching our position. I was concerned that more people in the crowd would throw objects, or attempt to attack us in other ways. I was also concerned that the crowd would hurt an agent, detainee, myself or cause further damage to our vehicles. I yelled "Less lethal!" and threw one Pocket Tac CS hand thrown munition towards this crowd who was approximately 30 feet away from me. I did this to get the crowd to disperse without further harm to anyone or our vehicles. After the munition went off the crowd backed away to the north which allowed us to leave without any further incidents.

My Body Worn Camera (BWC) did not capture this event. I turned it on shortly after arriving and turned it off as I was entering the vehicle to leave. My camera was off before the object was thrown at us. I did not have time to reactivate my BWC as I needed to immediately respond to the threat against myself and other Border Patrol Agents.

At approximately 1451 I notified SBPA Jared Smith SDC/BTC over the phone, who is my direct supervisor during this operation. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order. No injuries were observed or reported from my deployment of any less lethal devices.

211 West Aten Road
Imperial, CA 92251

**U.S. Customs and
Border Protection**

ELC[ **LES** ]

October 15, 2025

MEMORANDUM FOR:    Daniel I. Parra
                              Incident Commander
                              Operation Midway Blitz

THROUGH:              Kyle C. Harvick
                              Deputy Incident Commander
                              Operation M[ **PII; LES** ]

FROM:                   Daniel Clark
                              Border Patro[...]
                              Houlton Sector Special Operations Detachment

SUBJECT:            Use of Force Incident / Assault
                              [ **LES** ]#25647

On September 26, 2025, I, Border Patrol Agent Daniel Clark, as part of the Houlton Sector
Mobile Response Team (MRT), was working in support of Immigration and Customs
Enforcement Operation Midway Blitz in the Chicago area. I have over 17 years on duty and was
assigned to a Quick Reaction Force (QRF) providing protection to Border Patrol Agents working
in the Chicago, IL area. The QRF consists of a specialized [ **LEP** ] pecial Operations
Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and
managing civil unrest. This team is dedicated to ensuring on-site security for strike teams during
targeted enforcement missions, enabling them to operate effectively and safely in non-permissive
environments. Strike Teams are composed of s[ **LEP** ]ents with clear identifiers. The objective of Strike Team is to
locate and apprehend individuals who are present in the United States illegally.

At approximately 1415 hours our Strike team encountered several aliens at the southeast corner
of the Food 4 Less, which is located at 3039 South Cicero Ave, Cicero, IL 60804. I was wearing
my rough duty Border Patrol Uniform and a cover jacket. I was assigned as the driver of our
vehicle, and I remained in the vehicle during the entire encounter. Our vehicle was facing west
on an east west road on the south side of the Food 4 Less. My intent was to create cover for
agents working behind the vehicle and to face toward anyone trying to approach us from the
front.

Use of Force Incident / Assault

| LES | –#25647

A hostile crowd began to form to the west and northwest of our location. In the past, crowds like this have been known to create chaos and assault agents and vehicles if allowed to get too close. The crowd grew to an approximate size of 15 people. During this time there was an agent standing to the right of my position telling the crowd of agitators to "stop interfering". He probably gave this order 10 to 15 times. At approximately 1529 the decision was made to leave the area. We began to enter the vehicle that I was sitting in. Our vehicle was immediately struck by something hard. Agent Vielguth, who was sitting to my right in the front passenger seat, exited the vehicle to respond. Agents Burnap and Durost also exited the vehicle to respond to the "rocking". I did not see who threw the object and I did not see it strike the vehicle, but heard the object strike the vehicle. One of the agents yelled, "less lethal" and deployed one gas grenade. The crowd quickly dispersed to the west and the agents from my vehicle loaded back into the vehicle. We drove to the north and were the last vehicle to leave the area.

I did not deploy any less lethal devices or use any force during this incident. I did not activate my body worn camera as I was sitting in the drivers' seat of our vehicle to facilitate a quick retreat when possible.





**Department of Homeland Security**
U.S. Customs and Border Protection
U.S. Border Patrol

## Notification of Right to Union Representation

Date: 10/15/2025                Time: 1:15 p.m.

Employee's
Name:          Daniel Clark

Under Article 31, Subsection A (3)[1] of the Collective Bargaining Agreement between the National Border Patrol Council and U.S. Customs and Border Protection, you are provided with the following information:

The Civil Service Reform Act gives employees in units represented by an exclusive labor organization the right to have a union representative present at a meeting which involves an examination by a representative of the agency in connection with an investigation if the employee believes the examination may result in disciplinary action.

Section 7114 (a)(2) of the Civil Service Reform Act of the 1978 states:

"(2) An exclusive representation of an appropriate unit in an agency shall be given the opportunity to be represented at –

(B) any examination of an employee in the unit by a representative of the agency in connection with an investigation if –

(i)      the employee reasonably believes that the examination may result in disciplinary action against the employee and

t representation."

PII; LES

Rece

PII; LES

Supe

---

[1] The Agency agrees prior to taking a written or sworn statement from an employee, or when an employee is going to be interrogated before witnesses which may lead to disciplinary action against the employee, he or she will be advised in writing of his or her right to be represented by the Union.

CHC v. Noem - CBP 000586

E-STAR incident ID: **LES** #25647



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25647
**Title:** Operation Midway Blitz: Chicago - Assault / Gas Deployment 3039 Cicero Avenue
**Incident date/time:** 09/26/2025 15:29
**Type:** ⊠ Assault against CBP personnel  ⊠ Reportable use of force  ❑ FTY/Vehicle pursuit by a CBP employee
⠀⠀⠀⠀❑ Unintentional firearm discharge  ❑ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / San Diego Sector
**Created by:** FICK, SHANNON M.⠀⠀⠀⠀⠀**Creation date/time:** 09/26/2025 17:13
**Last updated by:** TREBS, ARTHUR A.⠀⠀⠀⠀**Last updated date/time:** 10/01/2025 15:23
**Reviewer:** DELGARDO, ALISON A⠀⠀⠀⠀⠀**Date reviewed:** 09/30/2025

## RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
| --- |
| **LES** |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
⠀⠀⠀⠀**Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
⠀⠀⠀⠀**Address:**
⠀⠀⠀⠀⠀⠀**Street:** 3039 South Cicero Ave
⠀⠀⠀⠀⠀⠀**City:** Cicero⠀**State:** ILLINOIS⠀**Zip:** 60804
**Incident coordinates:**
⠀⠀⠀⠀**Latitude:** 41.83706
⠀⠀⠀⠀**Longitude:** -87.74094
**Setting:** ○ Indoors  ⊗ Outdoors
⠀⠀⠀⠀**Outdoor setting:** ⊗ On land



Print Date: 2025-10-15

CHC v. Noem - CBP 000587

E-STAR Incident ID: | **LES** | #26647

◯ In water (standing or swimming)  ◯ On water (in vessel)  ◯ In the air

**Description of the premises/location:** Parking lot of Food For Less

**Environmental factors:**

**Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other

**Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other

**Estimated temperature (Fahrenheit):** 85

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|
| SMITH, JAROD L | Supervisory Border Patrol Agent | Phone | 09/26/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 4

**Name:** BURNAP, ROBERT D.

**Gender:** Male  **Age:** 37  **Height:** 5'10"  **Weight:** 170 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 06/09/2019

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/04/2025

**Duty status at the time of the incident:** ⊗ On duty  ◯ Off duty

**Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 6 years 3 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ◯ No

**Attire:** ◯ Uniform  ◯ Plain clothes

**Was BURNAP, ROBERT D. assaulted?** ⊗ Yes  ◯ No

**Did BURNAP, ROBERT D. use reportable force?** ⊗ Yes  ◯ No

**Force type:** Less-lethal Device

**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

**Device type:** Hand-Thrown Munitions - Chemical

**Munition type:** Pocket Tactical CS Canister

**Device description/comments:** Pocket Tactical CS

**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other

**Estimated distance:** Unknown

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred?** ◯ Yes ◯ No ◯ Unknown ◯ Not applicable

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

CHC v. Noem - CBP 000588

E-STAR incident ID: [ LES ] #25647

Was BURNAP, ROBERT D. injured? ○ Yes ⊗ No

**Name:** VIELGUTH, BRANDON

**Gender:** Male **Age:** 44 **Height:** 6'2" **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/29/2008
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/14/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
**Activity:** Border Patrol Tactical Unit (BORTAC)
**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 17 years 1 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☒ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was VIELGUTH, BRANDON assaulted?** ⊗ Yes ○ No

**Did VIELGUTH, BRANDON use reportable force?** ○ Yes ⊗ No

**Was VIELGUTH, BRANDON injured?** ○ Yes ⊗ No

**Name:** DUROST, SHANE E.

**Gender:** Male **Age:** 45 **Height:** 5'11" **Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/08/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
**Activity:** Mobile Response Team (MRT)
**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 15 years 7 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was DUROST, SHANE E. assaulted?** ⊗ Yes ○ No

**Did DUROST, SHANE E. use reportable force?** ○ Yes ⊗ No

**Was DUROST, SHANE E. injured?** ○ Yes ⊗ No

**Name:** CLARK, DANIEL

**Gender:** Male **Age:** 53 **Height:** 5'10" **Weight:** 164 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/15/2004
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:**



CHC v. Noem - CBP 000589

E-STAR incident ID | **LES** | #25647

⊗ On duty  ◯ Off duty

**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 21 years 6 months

**CBP training previously received (not including basic academy training):**

❑ BPAIST ❑ BORSTAR ❑ BORTAC ❑ DITP ❑ DTI
❑ EDVPTP ❑ EMT ❑ FITP ❑ LLITP (IFITP) ⊗ MFF
⊗ MRT ❑ PITP ❑ SRT ❑ TATP ❑ Other

**Wearing body armor?** ⊗ Yes  ◯ No

**Attire:** ⊗ Uniform  ◯ Plain clothes

**Was CLARK, DANIEL assaulted?** ⊗ Yes  ◯ No

**Did CLARK, DANIEL use reportable force?** ◯ Yes  ⊗ No

**Was CLARK, DANIEL injured?** ◯ Yes  ⊗ No

## SUBJECTS: 15

**Name:** UNKNOWN-1

**Gender:** Unknown  **Age:** Unknown  **Height:** Unknown  **Weight:** Unknown

**Attire:** ⊗ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ⊗ No  ◯ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ⊗ No

**Subject's activity:**

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

⊗ Assault (rocks/other projectiles)

❑ Assault (all other types)

⊗ Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject threw rock at vehicle that Border Patrol Agents were driving as they were attempting to leave the Food for Less Parking Lot. A crowd was beginning to gather. It was not safe to return and apprehend the individual who threw the rock. The individual's current location is unknown.

**Did this subject assault a CBP employee?** ⊗ Yes  ◯ No

**Was the subject outside the US or its territories when committing the assault?** ◯ Yes  ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Projectile (other than rock)

**Projectile description:** unknown

CHC v. Noem - CBP 000590

E-STAR Incident ID: LES #25647

**Was reportable force used on this subject?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** UNKNOWN-2

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown

**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

    ❏ Illegal entry

    ❏ Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

    ❏ Port runner

    ❏ Alien smuggling

    ❏ Narcotics smuggling

    ❏ Scouting

    ❏ Assault (rocks/other projectiles)

    ❏ Assault (all other types)

    ⊠ Rioting/civil disturbance

    ❏ Mass coordinated entry

    ❏ No suspected illegal activity

    ❏ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** UNKNOWN-3

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown

**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

    ❏ Illegal entry

    ❏ Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

Print Date: 2025-10-15

CHC v. Noem - CBP 000591

E-STAR Incident ID | **LES** | F-#25647

- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ◌ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ◌ No

   **Was the subject outside the US or its territories when this force was applied?** ◌ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ◌ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ◌ Yes ⊗ No ◌ Unknown

**Name:** UNKNOWN-4

**Gender:** Unknown   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown

**Attire:** ⊗ Civilian ◌ Paramilitary ◌ Police ◌ Nude ◌ Unknown

**Was the subject wearing body armor?** ◌ Yes ⊗ No ◌ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◌ Yes ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ◌ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ◌ No

   **Was the subject outside the US or its territories when this force was applied?** ◌ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ◌ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ◌ Yes ⊗ No ◌ Unknown

CHC v. Noem - CBP 000592

E-STAR incident ⬚ LES ⬚-#25647

**Name:** UNKNOWN-5

**Gender:** Unknown **Age:** Unknown **Height:** Unknown **Weight:** Unknown

**Attire:** ⊗ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes ⊗ No ◯ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes ⊗ No

**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ❑ Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ☒ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ◯ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ◯ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ◯ Yes ⊗ No ◯ Unknown

**Name:** UNKNOWN-6

**Gender:** Unknown **Age:** Unknown **Height:** Unknown **Weight:** Unknown

**Attire:** ⊗ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes ⊗ No ◯ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes ⊗ No

**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ❑ Assault (rocks/other projectiles)



Print Date: 2025-10-15

CHC v. Noem - CBP 000593

E-STAR incident ID: **LES** NF-#25647

- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** UNKNOWN-7

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** UNKNOWN-8

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

**Immigration status:** Unknown



CHC v. Noem - CBP 000594

E-STAR incident I[ ] **LES** [ ]-#25647

**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ❑ Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ☒ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** UNKNOWN-9

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ❑ Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ☒ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

CHC v. Noem - CBP 000595

E-STAR Incident I      **LES**      #25647

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

Name: UNKNOWN-10

**Gender:** Unknown   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown

**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown

**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

Immigration status: Unknown

Country of citizenship: Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- ❏ Assault (rocks/other projectiles)
- ❏ Assault (all other types)
- ⊗ Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

Name: UNKNOWN-11

**Gender:** Unknown   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown

**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown

**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

Immigration status: Unknown

Country of citizenship: Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

- ❏ Illegal entry

CHC v. Noem - CBP 000596

E-STAR incident ID [ LES ] IF-#25647

- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No

　　**Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** UNKNOWN-12

**Gender:** Unknown **Age:** Unknown **Height:** Unknown **Weight:** Unknown
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No
　　**Was the subject outside the US or its territories when this force was applied?**



CHC v. Noem - CBP 000597

E-STAR Incident I‎ | **LES** | ‎#25647

○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

**Name:** UNKNOWN-13

**Gender:** Unknown   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No

**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ❑ Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ☒ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ○ Yes  ⊗ No

**Was reportable force used on this subject?** ⊗ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

**Name:** UNKNOWN-14

**Gender:** Unknown   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No

**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner

CHC v. Noem - CBP 000598

E-STAR incident ID | LES | #25647

- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ◯ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ◯ No

   **Was the subject outside the US or its territories when this force was applied?** ◯ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ◯ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ◯ Yes ⊗ No ◯ Unknown

---

**Name:** UNKNOWN-15

**Gender:** Unknown     **Age:** Unknown     **Height:** Unknown     **Weight:** Unknown

**Attire:** ⊗ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes ⊗ No ◯ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ◯ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ◯ No

   **Was the subject outside the US or its territories when this force was applied?** ◯ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ◯ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ◯ Yes ⊗ No ◯ Unknown



Print Date: 2025-10-15

CHC v. Noem - CBP 000599

E-STAR incident ☐ **LES** ☐ 025647

## ASSAULTS: 4

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---------|------------------------|---------------------------------------------------|---|------------------------------------------|
| UNKNOWN-1 | Projectile (other than rock) - unknown | BURNAP, ROBERT D. | ⊗ Yes ○ No | Not injured in this incident |
| | | VIELGUTH, BRANDON | ⊗ Yes ○ No | Not injured in this incident |
| | | DUROST, SHANE E. | ⊗ Yes ○ No | Not injured in this incident |
| | | CLARK, DANIEL | ⊗ Yes ○ No | Not injured in this incident |

## USES OF FORCE: 15

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|----------|-------------------------------|------------------------------|
| BURNAP, ROBERT D. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS | **Subject: UNKNOWN-1**<br>Was this subject injured or claiming to be injured by this use of force?  Not injured in this incident<br>Was this use of force in response to the following assault by this subject?<br>Projectile (other than rock) - unknown  - Yes<br>Was this use of force effective against what prompted its use?  Yes<br>Did the UOF device function as designed?  Yes |
| | | **Subject: UNKNOWN-2**<br>Was this subject injured or claiming to be injured by this use of force?  Not injured in this incident<br>Was this use of force effective against what prompted its use?  Yes<br>Did the UOF device function as designed?  Yes |
| | | **Subject: UNKNOWN-3**<br>Was this subject injured or claiming to be injured by this use of force?  Not injured in this incident<br>Was this use of force effective against what prompted its use?  Yes<br>Did the UOF device function as designed?  Yes |
| | | **Subject: UNKNOWN-4**<br>Was this subject injured or claiming to be injured by this use of force?  Not injured in this incident<br>Was this use of force effective against what prompted its use?  Yes<br>Did the UOF device function as designed?  Yes |
| | | **Subject: UNKNOWN-5**<br>Was this subject injured or claiming to be injured by this use of force?  Not injured in this incident<br>Was this use of force effective against what prompted its use?  Yes<br>Did the UOF device function as designed?  Yes |
| | | **Subject: UNKNOWN-6**<br>Was this subject injured or claiming to be injured by this use of force?  Not injured in this incident<br>Was this use of force effective against what prompted its use?  Yes<br>Did the UOF device function as designed?  Yes |
| | | **Subject: UNKNOWN-7** |

⊠

Print Date: 2025-10-15

CHC v. Noem - CBP 000600

E-STAR incident | **LES** | F-#25647

| | | Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-8**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-9**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-10**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-11**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-12**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-13**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-14**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-15**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes ⊗ No

**Did this incident result in collateral injury to a bystander?** ◯ Yes ⊗ No

Print Date: 2025-10-15

CHC v. Noem - CBP 000601

E-STAR Incident [ LES ] F-#25647

## WITNESSES: 0

## NARRATIVE

**Narrative of VIELGUTH, BRANDON**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022-2024.

On September 26, 2025, I, Border Patrol Agent (BPA) Brandon Vielguth, as part of the Border Patrol Tactical Team (BORTAC), Special Operations Detachment San Diego Sector (SDC/BTC), was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have over 17 years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations. I was on duty and assigned to a quick reaction force "QRF" providing assistance to a strike team of Border Patrol Agents conducting enforcement operations in the Chicago, IL area. I was wearing my multicam rough duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) standards. At approximately 1415hrs this strike team detained several individuals behind a building complex near the south east corner of a Food 4 Less at 3039 S Cicero Ave, Cicero, IL 60804. The vehicle I was assigned to was parked facing north on the western most of two access roads traveling north/south. Our objective was to prevent protesters, particularly the violent ones from interfering with the other agents conducting immigration checks and processes approximately 50 yards to our east. Almost immediately a small crowd began to form to our west. Members of the crowd approached and began yelling at us from approximately 20 yards to our west. I gave several commands to not approach any closer, and besides a few attempts on the groups part to move closer, they were generally compliant. On numerous occasions during the past few weeks and during my deployment in Los Angeles conducting similar operations, hostile crowds would form while we were making arrests. These crowds have harassed and assaulted agents as well as damaged agent's vehicles by throwing items, or slashing tires. The crowd began small but grew quickly numbering at least 15 individuals that were visible, and approximately five separate vehicles with unknown number of occupants within. At approximately 1529hrs the strike team agents completed their investigation and we began to leave. I was climbing into the passenger side front seat of my rented vehicle when an object hit and caused damage to the passenger side front door, which prevented me from being struck. I did not see who threw the object, but based on the location the object struck us, I could determine it came from the passenger side of the vehicle. This is our most vulnerable moment, the moment we enter the vehicle to leave the area. I advised agents over my service radio that we had just been "rocked". I wasn't able to determine what struck the vehicle or who threw the item. I asked Agent Burnap who had possessions of the chemical munitions, to deploy in that area. This was for the goal of dispersing the now violent crowd far enough away from our position to be out of throwing range of us. Agent Burnap deployed the chemical munitions and the violent crowd dispersed as intended. I attempted to identify the subject that may have thrown the object but I could not make this determination. I then took a quick look for the object that was thrown but could not find it in the moment. Shortly after the chemical munition deployment we left the area without any further incident.

My Body Worn Camera (BWC) did capture this event. The evidence number [ LES ]

**Narrative of BURNAP, ROBERT D.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022-2024.

On September 26, 2025, I, Border Patrol Agent (BPA) Robert Burnap, as part of the Border Patrol Search Trauma and Rescue team (BORSTAR), Special Special Operations Detachment San Diego Sector (SDC/BST), was working in support of Immigration

CHC v. Noem - CBP 000602

E-STAR incident ID: [ LES ] #25647

and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have over six years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations.

I was on duty and assigned to a quick reaction force "QRF" providing assistance to a strike team of Border Patrol Agents conducting enforcement operations in the Chicago, IL area. The QRF consists of a [ LEP ] al Operations Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for strike teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments. Strike Teams are composed of [ LEP ] with clear identifiers. The objective of Strike Team is to locate and apprehend individuals who are present in the United States illegally.

At approximately 1415hrs this strike team detained several individuals and was holding them behind a building complex near the south west corner of a Food 4 Less at 3039 S Cicero Ave, Cicero, IL 60804. I was wearing my multicam rough duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

The vehicle I was riding in parked facing west on the southern most access road of two access roads traveling east/west, in an a [ LEP ] Almost immediately a small crowd began to form to the west and northwest. Members of the crowd approached and began yelling at us. On numerous occasions during the past few weeks and during my deployment in Los Angeles conducting similar operations, hostile crowds would form while we were making arrests. These crowds have harassed and assaulted agents as well as damaged agent's vehicles. This crowd began small but grew quickly to at least 15 individuals.

At approximately 1529hrs, the strike team agents completed their investigation and we began to leave. I was climbing into the passenger side back seat of my vehicle when an object hit, and caused damage, to the passenger side front door as BPA Brandon Vielguth, who was sitting in that seat, was entering the vehicle. I did not see who threw the object at us but, due to the angle it was thrown, I knew that it was thrown by a member of the crowd that was gathered to our northwest. The individuals were partially obscured by a row of bushes separating the two access roads. The crowd saw that we were attempting to leave and began approaching our position. I was concerned that more people in the crowd would throw objects, or attempt to attack us in other ways. I was also concerned that the crowd would hurt an agent, detainee, myself or cause further damage to our vehicles. I yelled "Less lethal!" and threw one Pocket Tac CS hand thrown munition towards this crowd who was approximately 30 feet away from me. I did this to get the crowd to disperse without further harm to anyone or our vehicles. After the munition went off the crowd backed away to the north which allowed us to leave without any further incidents.

My Body Worn Camera (BWC) did not capture this event. I turned it on shortly after arriving and turned it off as I was entering the vehicle to leave. My camera was off before the object was thrown at us. I did not have time to reactivate my BWC as I needed to immediately respond to the threat against myself and other Border Patrol Agents.

At approximately 1451 I notified SBPA Jared Smith SDC/BTC over the phone, who is my direct supervisor during this operation. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order. No injuries were observed or reported from my deployment of any less lethal devices.

**Narrative of DUROST, SHANE E.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022-2024.
On September 26, 2025, I, Border Patrol Resident Agent (BPA-RA) Shane Durost, as part of the Border Patrol Houlton Sector Mobile Response Team, was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have over fifteen years of experience enforcing federal immigration law as a Border Patrol Agent. I was on duty and assigned to a quick reaction force "QRF" providing assistance to a strike team of Border Patrol Agents conducting

CHC v. Noem - CBP 000603

E-STAR incident     **LES**     #25647

enforcement operations in the Chicago, IL area. The QRF consists of a spec [ **LEP** ]
Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for strike teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments. Strike Teams are compos [ **LEP** ] h
[ **LEP** ] gents with clear identifiers. The objective of Strike Team is to locate and apprehend individuals who are present in the United States illegally.

At approximately 1415hrs the strike team had several individuals detained behind a building complex near the southwest corner of a Food 4 Less that was located at 3039 S Cicero Ave, Cicero, IL 6080. While the strike team was conducting it's operation, I was standing behind the vehicle in full Border Patrol uniform to include my body armor and bump helmet to provide security. A group of approximately 15 individuals had gathered in the area and had started chanting and yelling.

At approximately 1529, as we were about to depart the scene, an object hit and caused damage to the passenger side front door of our vehicle. This occurred as BPA Brandon Vielguth, who was going to be sitting in the front passenger seat, was entering the vehicle. I got out of the rear driver's side seat and ran around the back of vehicle. By the time I arrived around to the passenger side of the vehicle, a munition had been deployed by another agent. I was unable to identify who had thrown the rock. After the munition was deployed, the crowd backed away and we were able to leave without further incident. I did not deploy any less lethal devices or use any force during this incident.

I have not received a body camera so I was not able to capture any footage of the event.

**Narrative of CLARK, DANIEL**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022-2024.

On September 26, 2025, I, Border Patrol Agent Daniel Clark, as part of the Main Mobile Response Team (MRT), was working in support of Immigration and Customs Enforcement Operation Midway Blitz in the Chicago area. I have over 17 years on duty and was assigned to a Quick Reaction Force (QRF) providing protection to Border Patrol Agents working in the Chicago, IL area. The QRF consists of a spec [ **LEP** ] rations Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for strike teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments. Strike Teams are com [ **LEP** ] ; with clear identifiers. The objective of Strike Team is to locate and apprehend individuals who are present in the United States illegally.

At approximately 1415 hours our Strike team encountered several aliens at the southeast corner of the Food 4 Less, which is located at 3039 South Cicero Ave, Cicero, IL 60804. I was wearing my rough duty Border Patrol Uniform and a cover jacket. I was assigned as the driver of our vehicle, and I remained in the vehicle during the entire encounter. Our vehicle was facing west on an east west road on the south side of the Food 4 Less. [ **LEP** ] a [ **LEP** ] ont.

A hostile crowd began to form to the west and northwest of our location. In the past, crowds like this have been known to create chaos and assault agents and vehicles if allowed to get too close. The crowd grew to an approximate size of 15 people. During this time there was an agent standing to the right of my position telling the crowd of agitators to "stop interfering". He probably gave this order 10 to 15 times. At approximately 1529 the decision was made to leave the area. We began to enter the vehicle that I was sitting in. Our vehicle was immediately struck by something hard. Agent Vielguth, who was sitting to my right in the front passenger seat, exited the vehicle to respond. Agents Burnap and Durost also exited the vehicle to respond to the "rocking". I did not see who threw the object and I did not see it strike the vehicle, but heard the object strike the vehicle. One of the agents yelled, "less lethal" and deployed one gas grenade. The crowd quickly dispersed to the west and the agents from my vehicle loaded back into the vehicle. We drove to the north and were the last vehicle to leave the area.

I did not deploy any less lethal devices or use any force during this incident.

CHC v. Noem - CBP 000604

E-STAR Incident ID: **LES** #25647

I did not activate my body worn camera as I was sitting in the drivers' seat of our vehicle to facilitate a quick retreat when possible.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|-----|------|----------|
| Submitted | FICK, SHANNON M. | 09/29/2025 23:01 | |
| Approved | DELGARDO, ALISON A. | 09/30/2025 02:06 | |

Print Date: 2025-10-15

CHC v. Noem - CBP 000605