


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:28 EDT | Page 1 of 3

**CASE NUMBER**
LES

**CASE OPENED**
9/28/2025

**CURRENT CASE TITLE**
Assault on a Federal Agent - BRIGGS

**REPORT TITLE**
Criminal Arrest of Dana BRIGGS

**REPORTED BY**
Joseph Merino
SPECIAL AGENT

**APPROVED BY**
Christopher Weber
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
9/29/2025

**SYNOPSIS**

Homeland Security Investigations (HSI) is prosecuting Dana BRIGGS for Assault on a Federal Agent which occurred on September 27th, 2025. HSI is conducting this investigation based on information provided by Border Patrol Agents who witnessed the assault.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Assault on a Federal Agent - BRIGGS | LES | 9/29/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000178A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 15:28 EDT — Page 2 of 3

## DETAILS OF INVESTIGATION

On September 27th, 2025, Homeland Security Investigation (HSI) Special Agent (SA) Joseph Merino and SA Edgar Del Rivero were assigned as a processing team in support of the United States Border Patrol (USBP) at 1930 Beach Street, Broadview Illinois (AGENT NOTE: This is Enforcement and Removal Operations processing center for illegal aliens who have been arrested and is known as BSSA). USBP was anticipating civil unrest and the possibility of assaults on federal agents.

At approximately 1740 hours, SA Merino and SA Del Rivero witnessed BRIGGS, who was in handcuffs, being escorted by two BP Agents to the north parking lot of BSSA. SA Merino and SA Del Rivero followed the BP Agents to the parking lot and began an investigation into why BRIGGS was in custody. SA Del Rivero took a short statement from BP Executive Officer (EO) Rachel McCaslin. The following is not verbatim and is a summary of the statement. EO McCaslin stated that Border Patrol was arriving to BSSA with one arrested individual. EO McCaslin stated that the BP vehicle had its emergency lights activated and was traveling south bound on Beach Street. BP Agents opened the anti-scale fencing on beach street and began to move the crowd of protestors, who were blocking the route into BSSA, to the side of the road. EO McCaslin stated that an impeding subject, later identified as Dana BRIGGS, did not listen to multiple commands to clear the roadway. BP Agents then physically attempted to move BRIGGS to the side of the road, at which point BRIGGS fell to the ground. While on the ground, BRIGGS struck EO McCaslin on the wrist. BRIGGS was immediately taken into custody for assault on a federal agent.

At approximately 1745 hours, SA Merino and SA Del Rivero assumed custody of BRIGGS. SA Merino conducted a search incident to arrest of BRIGGS. BRIGGS' property was put into an evidence bag for safe keeping. SA Merino asked BRIGGS if he had any medical conditions to which BRIGGS stated that he had [PII]. SA Merino asked BRIGGS if he took any medication for those conditions to which BRIGGS stated that he did. BRIGGS went on to say that he took the medication in the morning but needed to take it again at 9 pm. BRIGGS stated that he did not have the medication on him and that it was located at his residence in Rockford, Illinois. SA Merino and SA Del Rivero decided that they needed to take BRIGGS to the hospital to get those medications. BRIGGS was put into a holding cell at BSSA while investigators prepared a vehicle for transport to Loyola Medical Center located at 2160 S First Avenue, Maywood Illinois.

At approximately 1830 hours, SA Merino and SA Del Rivero transported BRIGGS via Government Owned Vehicle (GOV) to Loyola Medical Center. SA Merino called Loyola and advised them that they were enroute with an individual in custody. Loyola advised SA Merino to use the ambulance bay at the hospital. At approximately 1840 hours, SA Merino ad SA Del Rivero arrived at Loyola. Loyola

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Assault on a Federal Agent - BRIGGS | LES | 9/29/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000179A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:28 EDT                                                                 Page 3 of 3

security staff escorted BRIGGS and SA Merino to the emergency room. There, BRIGGS received treatment for abrasions on his left and right arms, pain in his lower back and he also received the medication he was prescribed for his [PII].

At approximately 0000 hours on Sunday September 28th, 2025, SA Merino and SA Del Rivero were relieved by SA Jacob Crandall, SA Kayla Galvan, and SA James Cabansag. Investigators stayed with BRIGGS until he was discharged from the hospital around 0111 hours. Investigators transported BRIGGS to HSI Chicago for processing. At approximately 0301 hours BRIGGS was transported to the Metropolitan Correctional Center (MCC) in Chicago Illinois where he was remanded into the custody of the United States Marshal Service (USMS).

The Investigation Continues.

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Assault on a Federal Agent - BRIGGS | LES | 9/29/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000180A





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:29 EDT　　　　　　　　　　　　　　　　　　　　　　　　　　　DRM Page 1 of 4

**Title**

BRIGGS_Hospital_Discharge_Form.pdf

**Upload Date**

09/29/2025 10:45 EDT

**Media Type**

pdf

　　　　　　　　　　　File attached on the following page

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000181A

# AFTER VISIT SUMMARY


LOYOLA MEDICINE
A Member of Trinity Health

**Dana Briggs** MRN: PII     📅 9/27/2025   📍 Emergency Department 708-216-8705

## Instructions

Dear Dana Briggs,

It was our pleasure taking care of you in our Emergency Department today.

-- Please follow up with your primary care doctor within a week. Call our scheduling line if you need a new doctor.
-- Return to the ED for new symptoms, chest pain, shortness of breath, or any other urgent health concerns.
-- If you experience a medical emergency, call 911.
-- **You are to return in the morning for a vitals check and for medications in the evening evening (we gave you PII extended release)**

Take care and be well,
**Carin Statt, MD**
Resident Physician
Emergency Medicine

## Today's Visit

You were seen by Dr. G Lew

### Reason for Visit
- Clearance Medical
- PII

### Diagnoses
- PII

### 🧪 Lab Tests Completed
BASIC METABOLIC PANEL
CBC W/ DIFF
PII

### 🖼 Imaging Tests
CT HEAD WO IV CONTRAST
XR CHEST 1 VIEW

## Today's Visit (continued)

### Medications Given

**PII**

**PII**

## What's Next
You currently have no upcoming appointments scheduled.

## You were seen by
1. Lew, George H, MD
2. Barbas, Brian, MD

**Patient Access Center**
After your appointment, please visit the front desk service representative to schedule a follow-up, referral, or imaging appointment.

You may also use myLoyola, https://myloyola.luhs.org/, our online patient access tool to schedule an appointment.

Alternatively, speak with a Patient Access Center representative to schedule a follow-up, referral, or imaging appointment at 1-888-584-7888

**Suicide Prevention-Information:**
Help for anyone with thoughts of suicide or harming themselves.
Suicide Prevention Lifeline http://www.suicidepreventionlifeline.org
24 Hour National Suicide Hotline:
Dial **9-8-8** or call **1-800-273-TALK** (1-800-273-8255)

These discharge instructions and/or attachments have been reviewed with the patient and/or responsible party. The patient and/or responsible party received a copy and have verbalized understanding of the instructions.

A COVID-19 vaccine will help protect you from getting COVID-19, especially severe illness and death. Widespread vaccination is a critical tool to help stop the pandemic and get back to the things we love with the people we love.

Everyone in the United States 12 years and older is eligible for a COVID-19 vaccine. Getting vaccinated is fast, easy, and free. The best COVID-19 vaccine is the one that's available to you. Don't wait for a specific brand. All three currently authorized and approved COVID-19 vaccines are safe and effective.

To get a COVID-19 vaccine, visit MyLoyola.org.

Visit vaccines.gov for more information.

## Changes to Your Medication List

You have not been prescribed any medications.

---

## myLoyola

MyLoyola is Loyola Medicine's free online patient portal that enables you to securely manage and receive your health information online.

To create your myLoyola account, visit **loyolamedicine.org/myLoyola** and click the *Sign Up Now* button.

Your activation code is B5TN9-FH2TJ
Expires: 11/12/2025  1:00 AM.

With your myLoyola account you will be able to:

- Schedule and manage your appointments online
- eCheck-in before your next scheduled appointment

With myLoyola, you can also self-schedule your next appointment on-the-go without having to log into your patient portal by visiting loyolamedicine.org/schedulenow

Activate your myLoyola account today!



---




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:29 EDT  DRM Page 2 of 4

**Title**

BRIGGS_Statement_of_Rights.pdf

**Upload Date**

09/29/2025 10:47 EDT

**Media Type**

pdf

File attached on the following page

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000185A



DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights:

You have the right to remain silent.

Anything you say can be used against you in a court of law or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

**PII**

## WAIVER

I have read, or someone has read to me, this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

INVOKED
_____
Print Name


_____                              _____
Signature                                        Date

DANIEL SCHUTZ                                    09/28/25
_____        **PII**               _____
Witness                                          Date

Matthew Stochelski                               09/28/25
_____                              _____
Witness                                          Date

ICE Form 73-025 (7/13)                                          Page 1 of 1

ICE_00000186A

Result:




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:29 EDT                                                                 DRM Page 3 of 4

**Title**
HSI_Initial_arrest_Intake_form.pdf

**Upload Date**
09/29/2025 10:47 EDT

**Media Type**
pdf

File attached on the following page

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000187A

# Arrest Intake Form

Subject's Name: Dana ^Lebaron Briggs  DOB: | PII | 1954

Date of Arrest: 9/27/25   Time of Arrest: 1740   am / pm (circle one)

Arresting Officer: Ransom, Joshua

Phone: 520- | PII, LES |   Body Worn Camera (BWC) Recording: Yes  No (circle one) [Yes circled]

Photos Taken of Weapons/Items of Evidentiary Value? Yes  No (circle one) [No circled]   Items Seized? Yes  No (circle one)

Items Seized: _____

| Other Officers Present / Participating | | |
|---|---|---|
| Name | Phone | BWC? (circle one) |
| Rachel Mccaslin | 207- PII, LES | Yes No [No circled] |
| Joshua Ransom | 520- | Yes No |
|  |  | Yes No |
|  |  | Yes No |
|  |  | Yes No |

**Statement of Facts Leading to Arrest:**

BP was coming to BSSA w/one Arrest. BP told people to move. Subject wouldn't clear roadway. Gave multiple commands to move. Didn't move. M~~o~~t unmarked vehicle w/lights was moving through. Impeding. Subject was ~~pieced~~ physically moved and fell down to the ground. Subject was on the ground and struck XO Mccaslin on the wrist. Subject was taken into custody.

| Assigned Agent(s) | |
|---|---|
| Del Rivero |  |
| Merino |  |




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:29 EDT                                                                                          DRM Page 4 of 4

**Title**

USMS_Prisoner_Remand.pdf

**Upload Date**

09/29/2025 10:47 EDT

**Media Type**

pdf

File attached on the following page

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000189A

BP-A377.058  
MAY 1995

**PRISONER REMAND**

**U.S. DEPARTMENT OF JUSTICE**  
**FEDERAL BUREAU OF PRISONS**

| ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs. | Register Number: | PICTURE |
|---|---|---|
| Name: Last **BRIGGS** | First **DANA** | Middle **Lebaron** |
| AKAs: | | |

| Race (Circle) White | Sex (Circle) Male | Ethnic Origin (Circle) Other | D.O.B. PII /54 | SSN: PII -5355 | FBI: PII, LES  INS:  Other: |

**CHARGES**  
CHECK CATEGORY OF CHARGE(S): ____ FELONY ✓ ____ MISDEMEANOR ____ CIVIL CONTEMPT ____ MATERIAL WITNESS  
NARRATIVE:  
Title: ____ USC: ____  
NARRATIVE: 18 USC 111 Assault  
Title: ____ USC: ____

Date of Offense: 09/27/25    Date of Arrest: 09/27/25    Place of Arrest: Broadview, Illinois

| State of Birth | Country of Birth USA | Citizenship USA | Current Address PII | Zip Code 61103 |
| Height Ft: 6 In: 1 | Weight 275 | Hair GRY | Eyes BLU | Scars / Marks / Tattoos Beard |

| Injuries / Medication PII | Emergency Contact: (Name, Address, Phone Number) None |

| Arraigned? Y ___ N ✓ | Sentenced? Y ___ N ✓ | Special Handling?: Y ___ N ✓  Remarks: |

**IN**

| Remanding Official (Name) Sign Print: | Agency / District | Phone / 24 Hour Number |

**OUT**

| Removing Official (Name) Sign Print: | Agency / District | Phone / 24 Hour Number ( ) |

**FOR BOP USE ONLY**

| Receiving Official (Name) Sign Print: | Date / Time | Releasing Official (Name) Sign Print: | Date / Time |

Sentry Load Data: (Must Initial)  
Name Search Completed by:  
Clearance / Separate Checked by:

(OPTIONAL USE)  
ARS Code         Staff Init.  
Add AKA's        _____  
Create Cash      _____  
Deposit Cash     _____  
Detainers        _____  
Court            _____  
Clothing Bag #   _____

RIGHT THUMBPRINT

(This form replaces BP-S377(58) of MAY 1994 and BP-377(58) of JUL 1991.)

ICE_00000190A