

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



# Criminal Arrest of Paul R. IVERY

## Incident Overview

| | |
|---|---|
| **Topic/Title** | Criminal Arrest of Paul R. IVERY |
| **Document Number** | LES |
| **Incident Type** | AR - ARREST |
| **Conveyance Type** | |
| Type | N - NO TRANSPORTATION INVOLVED |
| **Contributing Info Indicator** | Yes |
| **Contributing Info** | 3 O - OTHER CBP OFFICER |
| **Occurence Date and Time** | 09/27/2025 21:23 |

## Arrest Details

| | |
|---|---|
| **EAGLE Event Number** | LES |
| **Incident Date** | 09/27/2025 21:23 |
| **Arrest?** | Yes |
| **Indictment?** | No |
| **Arrest Type** | C - CRIMINAL |
| **Arrest Location** | |
| Location | N - NON-BORDER |
| Description | Broadview, IL |
| **Arrest Category** | |
| Category | O - OTHER |
| Other | Assault to FLEO |
| **DNA Swab Serial Number** | LES |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Paul R. IVERY (Assault USBP 09/2025) | LES | 9/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000200A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:34 EDT

Page 2 of 7

## Violator Information

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |
| **FBI Number** | PII, LES |
| **Suspect Name** | |
| Last | IVERY |
| First | Paul |
| Middle | R |
| **Date of Birth** | PII /1999 |
| **Sex** | |
| Gender | M - MALE |
| **Race** | B - BLACK OR AFRICAN AMERICAN |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| | |
|---|---|
| **Address Type** | |
| Type | O - OTHER |
| Other | Broadview Service Staging Area |
| **Address** | |
| Address | 1930 Beach St |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| | |
|---|---|
| **Arresting Agency** | |
| Agency/Unit/Group | HSI - Homeland Security Investigations |

| **Case Number** | **Case Title** | **EAGLE Event Number** | **Date Approved** |
|---|---|---|---|
| LES | Paul R. IVERY (Assault USBP 09/2025) | LES | 9/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000201A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:34 EDT                                                                                            Page 3 of 7

| Agent Name | |
|---|---|
| Last | Gauder |
| First | Matthew |
| **Job Title** | SPECIAL AGENT |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | BPL - BORDER PATROL |
| **Air & Marine Participation** | No |

## Violation Statistics

| Violation | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | September 27, 2025 |
| Status | Approved |
| **Final Statistic** | |
| Type | DI - DISMISSAL |
| Counts | 1 |
| Date | October 9, 2025 |
| Status | Approved |
| Disposition Description | Complaint against IVERY dismissed 10-9-2025 without prejudice (Case No. 25 CR 609). |

## Routing Information

| Supervisor | Mark Wasunyk |
|---|---|
| **Automatic Distribution Office** | OH - Chicago O'Hare Intl Airport, IL |
| **Automatic Distribution Office** | CH - Chicago, IL |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Paul R. IVERY (Assault USBP 09/2025) | LES | 9/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000202A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:34 EDT

| | |
|---|---|
| **Program Code** | 004 - ASSAULTS ON CUSTOMS EMPLOYEES |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | MDB - Midway Blitz |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| | |
|---|---|
| **Groups Visible To** | HSI Only |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Paul R. IVERY (Assault USBP 09/2025) | LES | 9/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000203A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## Narrative

On September 27, 2025, HSI O'Hare Special Agents responded to a duty call out to the ERO Broadview Service Staging Area (BSSA) located in Broadview, IL. Paul R IVERY (DOB: PII /1999) a United States citizen, was encountered during a civil unrest/protest outside of BSSA when he threatened to kill multiple United States Border Patrol (USBP) agents. During a post Miranda interview, IVERY admitted to making threats to kill agents along with attempting to flee. The case was presented to the Northern District of Illinois and approved for prosecution. IVERY was provided an opportunity to speak with a public defender. IVERY was transported to the Metropolitan Correction Center (MCC) and will remain in federal custody pending his initial appearance and detention hearing.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Paul R. IVERY (Assault USBP 09/2025) | LES | 9/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000204A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 9/28/2025 |
| **Last Updated** | 10/14/2025 |
| **Author** | Ana Brinson<br>1038 - SPECIAL AGENT<br>331 PII, LES |
| **Owner(s)** | Matthew Gauder<br>1038 - SPECIAL AGENT<br>630 PII, LES<br><br>Ana Brinson<br>1038 - SPECIAL AGENT<br>331 PII, LES |
| **Supervisor** | Mark Wasunyk<br>1038 - SPECIAL AGENT<br>630 PII, LES |
| **Approved** | Mark Wasunyk<br>1038 - SPECIAL AGENT<br>Supervisor Approval<br>9/28/2025 |

## Case Metadata

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Paul R. IVERY (Assault USBP 09/2025) | LES | 9/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

| | |
|---|---|
| **Case Title** | Paul R. IVERY (Assault USBP 09/2025) |
| **Case Number** | LES |
| **Case Opened** | 9/28/2025 |
| **Case Last Updated** | 10/15/2025 |
| **Approved** | Mark Wasunyk<br>1038 - SPECIAL AGENT<br>9/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000206A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:34 EDT

**CASE NUMBER**

LES

**CASE OPENED**
9/28/2025

**CURRENT CASE TITLE**
Paul R. IVERY (Assault USBP 09/2025)

**REPORT TITLE**
Interviews of Arresting Border Patrol Agents

**REPORTED BY**
Matthew Gauder
SPECIAL AGENT

**APPROVED BY**
Mark Wasunyk
SPECIAL AGENT

**DATE APPROVED**
10/14/2025

**SYNOPSIS**

On September 27, 2025, HSI O'Hare Special Agents responded to protests at the ICE Broadview Service Staging Area (BSSA) in Broadview, IL. On the same date, Paul R. IVERY, a United States citizen, was encountered and arrested by United States Border Patrol (USBP) agents in Chicago following an assault on the arresting agent. IVERY was charged in the Northern District of Illinois with felony assault.

This Report of Investigation documents interviews of U.S. Border Patrol Agents involved in IVERY's arrest.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | LES | 10/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000207A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:34 EDT                                                                 Page 2 of 5

## DETAILS OF INVESTIGATION

On September 27, 2025, HSI O'Hare Special Agents Ana Brinson and Matthew Gauder conducted a post-*Miranda* interview with Paul IVERY at the ICE Broadview Service Staging Area (BSSA) in Broadview, Illinois, following IVERY's arrest by United States Border Patrol (USBP) agents around 1830 hours the same day.  Sometime mid-interview, SAs Brinson and Gauder learned from Acting HSI O'Hare Supervisory Special Agent Mark Wasunyk the identities of the USBP agents reportedly involved in the apprehension and arrest of IVERY.

Names and badge *or* credential numbers of USBP personnel follow below:

- Supervisory Border Patrol Agent Ricardo Cordova / PII, LES / Laredo Sector
- Supervisory Border Patrol Agent Rachel McCaslin / PII, LES / El Centro Sector (*\*took post-arrest photos of vehicle damage caused by IVERY*).
- Border Patrol Agent Gresham Ganninger / PII, LES / Laredo Sector
- Border Patrol Agent Gonzalo Olivarez / PII, LES / Laredo Sector
- Border Patrol Agent Alfredo Yulo / PII, LES / El Centro Sector

Shortly following the interview with IVERY, at approximately 2030 hours, SA Gauder spoke via telephone with Supervisory Border Patrol Agent (SBPA) Cordova.  SBPA Cordova relayed that he and his team departed the BSSA following the arrest of IVERY and were off duty.  SBPA Cordova confirmed to SA Gauder that his body worn camera footage had been preserved and downloaded, as well as the footage from his shift partners, BPAs Ganninger and Olivarez.

SBPA Cordova confirmed his involvement in the apprehension of IVERY on September 27, 2025.  Sometime prior to the arrest, SBPA Cordova recalled identifying IVERY as an "agitator" (not knowing IVERY then by name) by the words he was saying -- as opposed to a "protester."  SBPA thought IVERY may have said words to the effect of "come and get me, bitch," but he was unsure because there were a lot of people saying a lot of things; SBPA Cordova was also masked and there was significant commotion in the area he was assigned to patrol.  Immediately prior to the arrest, SBPA Cordova saw IVERY approach him in his periphery, causing SBPA Cordova to turn his focus away from someone else to engage.  IVERY ran from SBPA Cordova, jumped on an occupied civilian's car causing the windshield to break and was brought to the ground/street with SBPA Cordova.  Once lying on the street, SBPA Cordova stated that IVERY grabbed the back of his Kevlar helmet causing the front of the helmet to obstruct his eyes during which time other USBP agents, including BPA Ganninger, moved-in to restrain and arrest IVERY.

SBPA Cordova and SA Gauder agreed to meet the next day, September 28, 2025, to review body worn

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | LES | 10/14/2025 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters with a copy of the document.

ICE_00000208A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:34 EDT

camera footage and discuss the incident further.

On September 28, 2025, beginning at approximately 0900 hours, SA Gauder met in-person with SBPA Cordova and BPA Granniger at the U.S. Customs and Border Protection (CBP) port office in Rosemont, Illinois. Following introductory remarks and housekeeping matters regarding collecting body camera footage, etc., SBPA Cordova and BPA Granniger were interviewed separately. Assistant United States Attorney Caitlin Walgamuth participated remotely, via telephone, in interviews with SBPA Cordova and BPA Ganninger.

**September 28, 2025, In-Person Interview of SBPA Cordova**

Some items discussed on September 27, 2025, via telephone, were expounded upon during the in-person interview on September 28, 2025.

SBPA Cordova explained that on September 27, 2025, most of his shift was spent looking for and arresting illegal aliens. At approximately 1700 hours, SBPA Cordova arrived at the BSSA with an arrestee and was re-assigned afterwards to a Quick Response Force (QRF) because of ongoing protest activity on Beech Street near the BSSA involving an estimated 50-100 protesters. As part of the QRF, SBPA Cordova worked both sides of a fence that spanned Beech Street separating protesters from the BSSA. The QRF was primarily responsible for performing various crowd control functions and serving as security to ensure that unauthorized people and vehicles did not breach the Beech Street fence. SBPA Cordova's responsibilities on QRF included "pushing the line" to move protesters away from the Beech Street fence and from the roadway onto sidewalks.

SBPA Cordova explained that he first noticed IVERY some time before IVERY was arrested because of his actions that SBPA Cordova observed through the fence from the non-public side closest to the BSSA. As a result of what he saw, SBPA Cordova warned other USBP colleagues about IVERY (at this point still not knowing IVERY's name) telling them to be mindful of IVERY. SBPA Cordova categorized IVERY as an agitator -- not a protester -- based on things that he was saying. SBPA recalled IVERY aggressively yelling things like "do something" or "do something, bitch" to USBP agents. SBPA Cordova opined that an agitator yells things to incite unrest or provoke trouble, whereas a protester voices opposition to something. According to SBPA Cordova, IVERY did not fall into the latter category.

SBPA Cordova stated that while on foot patrol on the public side of the fence, IVERY quickly approached him, shouting angerly, as SBPA Cordova and another USPB agent's attention was focused on someone else. SBPA Cordova broke away to deal with IVERY; his intentions were not to follow IVERY, but instead to herd him back to the sidewalk. Instead, however, IVERY ran away from SBPA Cordova, jumped on the hood and windshield of an occupied vehicle on Beech Street, causing damage to its windshield. As SBPA Cordova attempted to arrest IVERY, IVERY grabbed the back of

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | **LES** | 10/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000209A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

SBPA Cordova's Kevlar helmet, which pulled SBPA Cordova's head down restricting SBPA Cordova's ability to see anything, including IVERY, who SBPA Cordova was trying to control.  Additionally, the force from IVERY pulling on SBPA Cordova's helmet pushed SBPA Cordova's chin into his body and created a gap in the seal of SBPA Cordova's mask that exposed SBPA Cordova into pepper spray.  Other USB agents immediately rushed to SBPA Cordova's aid to control and handcuff IVERY.

Prior to the interview, SBPA Cordova saw footage on the internet posted in X of the incident; he recognized himself, IVERY, his USBP partners, and other events from the arrest (*e.g.,* the vehicle that IVERY climbed on) in the video.

SBPA Cordova's body worn camera footage was provided to SA Gauder and AUSA Walgamuth; it was independently reviewed prior to making charging decisions.

### September 28, 2025, In-Person Interview of BPA Ganninger

BPA Ganninger confirmed he was on duty on September 27, 2025, and was assigned to work a QRF.  While clearing Beach Street to allow for the passage of vehicles, BPA Ganninger observed who he now knows as IVERY climb over a vehicle, followed by SBPA Cordova.  BPA Ganninger heard IVERY yelling, generally; he didn't recall hearing any specific threats by IVERY towards law enforcement.  At the time of this incident, BPA Ganninger was on the opposite side of Beach Street from SBPA Cordova, when he ran to assist SBPA Cordova who, by then, was on the ground attempting to subdue IVERY.  BPA Ganninger was the second BPA to reach IVERY, behind SBPA Cordova.  Prior to the interview, BPA Ganninger saw footage on the internet posted in X of the incident; he recognized himself coming to SBPA Cordova's aid to subdue IVERY.  BPA Ganninger recognized himself in the video; he wore a tan helmet and black face mask.

BPA Ganninger observed IVERY "latch on" to SBPA Cordova's helmet; BPA Ganninger immediately, loudly and forcefully issued multiple verbal commands to IVERY to "get your hands off him" and "give us your hands," or similar words.  BPA Ganninger observed IVERY spit, which hit the ground; he was unsure whether IVERY was intending to spit at or on an agent.

BPA Ganninger's body worn camera footage was provided to SA Gauder and AUSA Walgamuth; it was independently reviewed prior to making charging decisions.

### Additional Body Worn Camera Footage

On September 28,2025, BPA Gonzalo Olivarez's body worn camera footage was provided to SA Gauder and AUSA Walgamuth; it was independently reviewed prior to making charging decisions.

On September 30, 2025, SA Gauder spoke with BPA Alfredo Yulo who was present for the arrest of

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | **LES** | 10/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



IVERY.  BPA Yulo was not wearing a body worn camera during the arrest of IVERY.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | **LES** | 10/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000211A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:34 EDT

Page 1 of 2

**CASE NUMBER**

LES

**CASE OPENED**

9/28/2025

**CURRENT CASE TITLE**

Paul R. IVERY (Assault USBP 09/2025)

**REPORT TITLE**

Return of Personal Effects

**REPORTED BY**

Matthew Gauder

SPECIAL AGENT

**APPROVED BY**

Mark Wasunyk

SPECIAL AGENT

**DATE APPROVED**

10/14/2025

**SYNOPSIS**

On September 27, 2025, HSI O'Hare Special Agents responded to protests at the ICE Broadview Service Staging Area (BSSA) in Broadview, IL. On the same date, Paul R. IVERY, a United States citizen, was encountered and arrested by United States Border Patrol (USBP) agents in Chicago following an assault on the arresting agent. IVERY was charged in the Northern District of Illinois with felony assault.

This Report of Investigation documents the return of IVERY's personal effects.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | LES | 10/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000212A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 15:34 EDT                                                                 Page 2 of 2

## DETAILS OF INVESTIGATION

On October 1, 2025, immediately following a detention hearing for Paul IVERY in U.S. District Court in Chicago, HSI O'Hare Special Agent Matthew Gauder remitted to IVERY's neighbor, PII , PII , various personal effects found on IVERY during his arrest by U.S. Border Patrol agents on September 27, 2025. The personal effects were receipted by Ms. PII on a CBP Form 6051R, Receipt for Property *(note: signed form uploaded to DRM)*. Ms. PII was authorized to receive IVERY's property per IVERY's attorney, Johanathan Brooks, Assistant Federal Public Defender, for the Northern District Of Illinois.

PII 's address is PII , Oak Park, IL / (773) PII .

Case pending.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | LES | 10/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000213A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

10/24/2025 15:34 EDT

**CASE NUMBER**
LES

**CASE OPENED**
9/28/2025

**CURRENT CASE TITLE**
Paul R. IVERY (Assault USBP 09 /2025)

**REPORT TITLE**
Interview and Arrest of Paul R. IVERY

**REPORTED BY**
Matthew Gauder
SPECIAL AGENT

**APPROVED BY**
Mark Wasunyk
SPECIAL AGENT

**DATE APPROVED**
9/30/2025

## SYNOPSIS

On September 27, 2025, HSI O'Hare Special Agents responded to protests at the ICE Broadview Service Staging Area (BSSA) in Broadview, IL. On the same date, Paul R. IVERY, a United States citizen, was encountered and arrested by United States Border Patrol (USBP) agents in Chicago following an assault on the arresting agent. IVERY was charged in the Northern District of Illinois with felony assault.

This Report of Investigation documents a post-Miranda interview with IVERY at BSSA.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | LES | 9/30/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000214A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:34 EDT                                                                 Page 2 of 5

## DETAILS OF INVESTIGATION

On September 27, 2025, HSI O'Hare Special Agents Ana Brinson and Matthew Gauder were assigned to the U.S. Immigration and Customs Enforcement's (ICE) Broadview Staging Service Area (BSSA) in Broadview, Illinois, as part of a multi-agency team to interview individuals arrested by U.S. Border Patrol (USBP) agents for crimes including assault (*e.g.,* 18 USC 111).  On the above date, a planned protest took place in Broadview, Illinois, near the BSSA, reportedly in opposition to Operation Midway Blitz.

Beginning at approximately 1840 hours, SAs Brinson and Gauder were randomly assigned to interview who was later identified as Paul R. IVERY (IVERY) of Oak Park, Illinois.  When IVERY was initially removed by ICE Detention Officers from a holding cell for his interview with HSI agents, IVERY only identified himself to SAs Brinson and Gauder -- and to other law enforcement officers -- as "Paul."  IVERY instead offered to law enforcement agents that his name and other biographical information were in his wallet, which was not immediately available to SAs Brinson and Gauder.

SAs Brinson and Gauder escorted IVERY to a private interview area to talk; he was not handcuffed.

SAs Brinson and Gauder introduced themselves as Special Agents with HSI and provided official identification.

IVERY had visible lacerations and abrasions on his arms and back, and some blood stains on his shirt.  SAs Brinson and Gauder quickly summoned water, towels, and bandages for IVERY to dress his wounds.  IVERY declined further medical attention.  IVERY was also provided with a new shirt to wear, bottled water to drink, and a Subway sandwich.

The interview room was wired for recording.  Video footage of the interview was *not* reviewed by agents prior to authoring this report.

A primarily chronological account of non-verbatim statements made by IVERY to investigators follows below.

Agents sought to learn basic information about IVERY; initially, IVERY's answers were short and guarded.  IVERY identified himself simply as "Paul" from "Illinois" who lived here for "20 years" with "family;" he "makes food" for work.  Initially, IVERY was unwilling to provide his family name, place of residence, place of employment, and the identities of any other co-inhabitants.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | **LES** | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000215A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

10/24/2025 15:34 EDT                                                                 Page 3 of 5

To elicit conversation from IVERY, agents discussed various off-topics including pizza restaurants, sports teams, weather, and food that IVERY enjoyed making.  IVERY volunteered his love for eating and making sandwiches; he identified paninis as his favorite kind.

HSI agents explained to IVERY their role as "factfinders" for an incident that allegedly took place a short while earlier outside BSSA between IVERY and USPB agents.  It was further explained to IVERY that SAs Brinson and Gauder are not USBP agents; they did not witness what allegedly happened leading to his arrest; and that they had not yet had the opportunity to debrief the arresting USBP agents.  At one point of the interview when discussing their role as non-USBP factfinders, IVERY asked to re-verify SA Brinson and Gauder's credentials -- which were re-shown.

IVERY expressed knowledge of the Department of Homeland Security and it's sub-component agencies; he understood there were differences between U.S. Customs and Border Protection, ICE, and other agencies.

IVERY volunteered that he has great respect for military personnel; he inquired whether SA Brinson and SA Gauder were members of a military organization.

IVERY expressed concern that some ICE agents didn't respect rights afforded by the First Amendment to the U.S. Constitution.  SAs Brinson and Gauder pledged to treat IVERY with dignity and respect and asked the same from him in return.  IVERY agreed and showed appreciation.

It was explained to IVERY that for agents to "fact find" the events that took place leading to his arrest -- relative to USBP agents' version (which was not yet known by HSI agents) -- that it was necessary to present IVERY with a *Miranda* warning *(Agent's Note: before this point of the interview, the only questioning that took place was non-substantive in nature for the primary purpose of establishing rapport).*

IVERY expressed familiarity with *Miranda* rights; he even repeated some sentences nearly verbatim back to agents prompting a collective laugh that he watches a lot of police shows.  The rights were read out loud to IVERY by SA Brinson, who reiterated to IVERY that he can stop answering questions altogether, or refuse to answer a particular question.  IVERY waived his *Miranda* rights at approximately 1910 hours by signing a "Statement of Rights" form as "Paul Ivery" *(Agent's Note:  This was the first time that SA Brinson and SA Gauder were able to identity "Paul" as "Paul IVERY").*

IVERY made SA Gauder and SA Brinson guess his age -- 26 -- by playing a game of "hot and cold," *i.e.,* IVERY would say warm or hot as agents' got close or very close, respectively, to guessing

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000216A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



his age.

IVERY arrived in Broadview on foot at 1403 hours. IVERY came to Broadview because of protests, which he learned about on the same date from mainstream news reporting (*i.e.,* ABC and WGN) accessible on his phone. The basis of IVERY's desire to protest was to support the Chief of Police of Broadview, who IVERY felt was disrespected by ICE, and veterans.

IVERY estimated that he attended one or two other protests before involving other matters.

When IVERY arrived at the Broadview protest, he observed people in the crowd "acting stupid." Asked whether he did anything that he deemed stupid, IVERY admitted to giving the middle finger to uniformed police and saying "I'll fucking kill you right now -- do something."

IVERY and SAs Gauder and Brinson "roleplayed" IVERY's version of events. SA Gauder and SA Brinson played IVERY and the USPB, respectively. SA Gauder asked IVERY to tell HSI agents if they were doing anything wrong and to correct it. IVERY described how he quickly approached a USPB agent's personal space while yelling the above threat. When "roleplaying," he told SA Gauder (still posing as IVERY) that he needed to yell the threat louder in a distance of about six inches from SA Brinson's (still playing the USBP agent) face. As the USBP agent attempted to engage IVERY, IVERY turned, ran, and jumped on an occupied vehicle to escape from the pursuing USBP agent. IVERY identified the USBP agent as having a rifle that was pointed downwards. Some of IVERY's fresh wounds were from breaking the windshield on the vehicle as he was attempting to flee, and others were from falling to the street below. IVERY thought the USBP agent approached IVERY because of the verbal threats he made to the USBP agent.

IVERY provided a phone number of (708) [ PII ] and a home address of [ PII ], Oak Park, IL, 60304. IVERY requested that agents do not show up at his house unscheduled.

IVERY described himself as a high school graduate who started -- but never finished -- college.

IVERY works in food service at the [ PII ] for 3 hours per shift, and as school security for 2 hours per shift. IVERY's duties as a school security officer involve wearing a uniform *(Agent's Note: during the interview, a photograph depicting IVERY was found on the school's internet website).*

IVERY inquired about working for CBP or HSI; he already knew that a college degree or prior military service was a pre-requisite for some positions. IVERY also inquired about what firearms agents carry; he expressed familiarity with the Sig P320 handgun.

Agents terminated their interview with IVERY around 2000 hours. IVERY explained that he didn't

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | **LES** | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000217A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

10/24/2025 15:34 EDT                                                                                    Page 5 of 5

wish to stay in custody any longer. When told that HSI agents needed to first speak with USBP agents to get their version of events, IVERY understood. IVERY and SA Gauder spoke about how "everyone has a job to do." As he was being walked back to a holding cell, IVERY thanked SA Gauder for his professionalism and acknowledged SA Brinson's courteousness, too *(Agent's Note: SA Brinson stepped out of the room to attend to a duty call)*.

After synopsizing the results of the interview for the U.S. Attorney's Office for the Northern District of Illinois (AUSA Veatch and later AUSA Wolgamuth), IVERY was provided the name, phone number, and free access to a telephone to speak with attorney Jonathan Brooks of the Federal Defender Program for the Northern District of Illinois. IVERY spoke with the attorney away from SAs Brinson and Gauder beginning around 2140 hours.

IVERY was afforded the opportunity to make additional phone calls, which he politely declined.

Following IVERY's call with attorney Brooks, IVERY was processed for arrest. IVERY expressed concern whether his arrest would be made public.

IVERY was transported to the Metropolitan Correctional Center in Chicago by agents with the Bureau of Alcohol, Tobacco and Firearms, who were also at BSSA assisting with interviews of USBP arrestees.

On September 28, 2025, the Honorable Gabriel A. Fuentes of the Northern District of Illinois authorized a criminal complaint against IVERY for violation of one count of Title 18, United States Code, Section 111(a)(1). IVERY made his initial appearance before Judge Fuentes on September 29, 2025, in Chicago and was represented by attorney Johnathan Brooks.

Investigation continues.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | **LES** | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000218A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**

LES

**CASE OPENED**

9/28/2025

**CURRENT CASE TITLE**

Paul R. IVERY (Assault USBP 09/2025)

**REPORT TITLE**

Case Closing: Complaint Dismissed

**REPORTED BY**

Matthew Gauder

SPECIAL AGENT

**APPROVED BY**

Mark Wasunyk

SPECIAL AGENT

**DATE APPROVED**

10/15/2025

**SYNOPSIS**

On September 27, 2025, HSI O'Hare Special Agents responded to protests at the ICE Broadview Service Staging Area (BSSA) in Broadview, IL. On the same date, Paul R. IVERY, a United States citizen, was encountered and arrested by United States Border Patrol (USBP) agents in Chicago following an assault on the arresting agent. IVERY was charged in the Northern District of Illinois with felony assault.

This Report of Investigation serves as the closing report.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | LES | 10/15/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000219A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## DETAILS OF INVESTIGATION

On October 10, 2025, the criminal complaint filed against Paul R. IVERY (Case No. 25 CR 609) was dismissed without prejudice.  The dismissal came following an attorney proffer where it was disclosed that IVERY suffers from an intellectual disability diagnosis and a very low Intelligence Quotient (PII   ).  The attorney proffer was corroborated with supporting medical records that were reviewed by AUSA Caitlyn Walgamuth.

Case closed.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Paul R. IVERY (Assault USBP 09/2025) | LES | 10/15/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000220A