


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 17:28 EDT　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 6

# ROBLEDO,Jocelyne

## Incident Overview

| | |
|---|---|
| Topic/Title | ROBLEDO,Jocelyne |
| Document Number | LES |
| Incident Type | AR - ARREST |
| Conveyance Type | |
| Type | N - NO TRANSPORTATION INVOLVED |
| Contributing Info Indicator | No |
| Occurence Date and Time | 09/27/2025 20:30 |

## Arrest Details

| | |
|---|---|
| EAGLE Event Number | LES |
| Incident Date | 09/27/2025 20:30 |
| Arrest? | Yes |
| Indictment? | No |
| Arrest Type | C - CRIMINAL |
| Arrest Location | |
| Location | N - NON-BORDER |
| Description | Broadview Processing Facility |
| Arrest Category | |
| Category | C - COMMERCIAL/NON-NARCOTIC (NOT ALLOWED IF VIOLATOR LAST NAME IS "UNKNOWN") |

## Violator Information

| | |
|---|---|
| Violator Type | INDIVIDUAL |
| FBI Number | PII, LES |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | ROBLEDO, Jocelyne (Assault 09.27.2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000221A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 17:28 EDT　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 6

| Suspect Name | |
|---|---|
| Last | ROBLEDO |
| First | Jocelyne |
| **Date of Birth** | PII 1995 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | U - UNKNOWN |
| **Hispanic Indicator** | U - UNKNOWN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| Address Type | |
|---|---|
| Type | O - OTHER |
| Other | 1930 BEACH ST. BROADVIEW, IL |
| **Address** | |
| Address | 1930 BEACH ST |
| City | BROADVIEW |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| Arresting Agency | |
|---|---|
| Agency/Unit/Group | HSI - Homeland Security Investigations |
| **Agent Name** | |
| Last | Ryan |
| First | Andrew |
| **Job Title** | SPECIAL AGENT |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | ROBLEDO, Jocelyne (Assault 09.27.2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000222A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 17:28 EDT  Page 3 of 6

| | |
|---|---|
| **Arresting Participating Agency** | |
| Agency/Unit/Group | BPL - BORDER PATROL |
| **Air & Marine Participation** | No |

## Violation Statistics

| | |
|---|---|
| **Violation** | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | September 27, 2025 |
| Status | Approved |
| **Final Statistic** | |
| Type | AY - ARREST - TURNED OVER TO OTHER FEDERAL OFFICE/AGENCY |
| Counts | 1 |
| Date | September 27, 2025 |
| Status | Approved |
| Disposition Description | TOT ATF |

## Routing Information

| | |
|---|---|
| **Supervisor** | Mark Wasunyk |
| **Automatic Distribution Office** | OH - Chicago O'Hare Intl Airport, IL |
| **Automatic Distribution Office** | CH - Chicago, IL |
| **Program Code** | 004 - ASSAULTS ON CUSTOMS EMPLOYEES |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | MDB - Midway Blitz |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | ROBLEDO, Jocelyne (Assault 09.27.2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000223A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 17:28 EDT | Page 4 of 6

## Restrict Visibility

| Groups Visible To | HSI Only |
|---|---|

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | ROBLEDO, Jocelyne (Assault 09.27.2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000224A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 17:28 EDT | Page 5 of 6

## Narrative

Title: General Subject Narrative

Description: CIV

Date: 09/28/2025

Narrative ID: LES

At approximately 2030, on September 27, 2025, Homeland Security Investigations (HSI) Special Agent (SA) Ryan and Border Patrol Agent (BPA) Parker arrested Jocelyne ROBLEDO at the Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Broadview Processing Facility located in Broadview, IL during a protest at said facility.
ROBELDO was encountered by BPA Parker while extending the perimeter between the protest and the facility. ROBLEDO pushed BPA Parker and impeded said extension and the ensuing struggle went to the ground. SA Ryan arrived to assist BPA Parker in restraining ROBLEDO and placing handcuffs on ROBLEDO. A weapon was found on ROBLEDO during the incident, and recovered by SA Ryan, and turned over to ATF.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | ROBLEDO, Jocelyne (Assault 09.27.2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000225A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 17:28 EDT  Page 6 of 6

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 9/30/2025 |
| **Last Updated** | 9/30/2025 |
| **Author** | Andrew Ryan<br>1038 - SPECIAL AGENT |
| **Owner(s)** | Andrew Ryan<br>1038 - SPECIAL AGENT |
| **Supervisor** | Mark Wasunyk<br>1038 - SPECIAL AGENT<br>630 PII, LES |
| **Approved** | Mark Wasunyk<br>1038 - SPECIAL AGENT<br>Supervisor Approval<br>9/30/2025 |

## Case Metadata

| | |
|---|---|
| **Case Title** | ROBLEDO, Jocelyne (Assault 09.27.2025) |
| **Case Number** | LES |
| **Case Opened** | 9/29/2025 |
| **Case Last Updated** | 9/30/2025 |
| **Approved** | Mark Wasunyk<br>1038 - SPECIAL AGENT<br>9/29/2025 |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | ROBLEDO, Jocelyne (Assault 09.27.2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000226A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 17:26 EDT · Page 1 of 2

**CASE NUMBER**
LES

**CASE OPENED**
9/29/2025

**CURRENT CASE TITLE**
ROBLEDO, Jocelyne (Assault 09.27.2025)

**REPORT TITLE**
Initial and Closing ROI

**REPORTED BY**
Andrew Ryan
SPECIAL AGENT

**APPROVED BY**
Mark Wasunyk
SPECIAL AGENT

**DATE APPROVED**
9/30/2025

**SYNOPSIS**

At approximately 2030, on September 27, 2025, Homeland Security Investigations (HSI) Special Agent (SA) Ryan and Border Patrol Agent (BPA) Parker detained Jocelyne ROBLEDO at the Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Broadview Processing Facility located in Broadview, IL during a protest at said facility.

This report documents the encounter with ROBLEDO.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| ROBLEDO, Jocelyne (Assault 09.27.2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000227A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 17:26 EDT  Page 2 of 2

## DETAILS OF INVESTIGATION

At approximately 2030, on September 27, 2025, Homeland Security Investigations (HSI) Special Agent (SA) Ryan was assisting personnel with Immigrations and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security investigations (HSI) and the Customs and Border Protection (CBP) Office of Border Patrol (OBP) in extending the protest perimeter around the ICE ERO Broadview Processing Facility.

While extending the perimeter, I was able to hear indications of a struggle to my right, but my view was obstructed by an ERO vehicle.  I crossed behind the vehicle and was then able to see two separate groups of law enforcement agents with subjects on the ground, attempting to take the subjects into custody.  I identified a lone officer with a single subject and arrived to assist that agent in placing handcuffs on the subject, later identified to be Jocelyne ROBLEDO (DOB PII /1995).  While attempting to gain control of ROBLEDO and position her arms behind her back, ROBLEDO's shirt was slightly lifted, exposing the muzzle of a pistol.  I alerted the other agents to the presence of a firearm by announcing "gun" and proceeded to remove the weapon from the belly band type holster that it was secured in.  Once removed, I passed it to a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) SA that arrived when I announced the presence of the weapon.  Once the weapon was passed off, I continued to place ROBLEDO in handcuffs.  ROBLEDO was then assisted to her feet, and a hasty search was performed.  A pocket knife was found folded inside ROBLEDO's left front pants pocket.  ROBLEDO was then escorted into the processing facility.  ROBLEDO continued to resist the escort the entire way into the facility.

ROBLEDO was processed into EAGLE under event number  LES  and turned over to ATF for further investigation.

THIS CASE IS CLOSED

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| ROBLEDO, Jocelyne (Assault 09.27.2025) | LES | 9/30/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000228A