

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





10/24/2025 17:51 EDT

**CASE NUMBER**

LES

**CASE OPENED**
10/6/2025

**CURRENT CASE TITLE**
Cole SHERIDAN

**REPORT TITLE**
Arrest of Cole SHERIDAN on 10/03
/2025

**REPORTED BY**
Jennifer Finerty
SUPERVISORY SPECIAL AGENT

**APPROVED BY**
Miguel Ponce
ASSISTANT SPECIAL AGENT IN
CHARGE

**DATE APPROVED**
10/8/2025

**SYNOPSIS**

On October 3, 2025, United States Customs and Border Protection (CBP) Border Patrol Agents (BPA) arrested Cole SHERIDAN ( PII /1997) in violation of 18 United States Code (USC) 111 (Assaulting, Resisting, or Impeding Certain Officers or Employees) in Broadview, Illinois.

This report serves to document the arrest of SHERIDAN during Operation Midway Blitz.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Cole SHERIDAN | LES | 10/8/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000267A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On October 3, 2025, law enforcement officers with the Illinois State Police, along with DHS law enforcement officers from Customs and Border Protection (CBP) and Immigration and Customs Enforcement (ICE), as well as law enforcement agents from the Federal Bureau of Investigation, Bureau of Alcohol Tobacco and Firearms, Bureau of Prisons, and the Drug Enforcement Administration, were conducting crowd control operations in the vicinity of Harvard Street and 25th Avenue in Broadview, Illinois. The purpose of the operation was to clear the public roadway for the ingress/egress of government vehicles from the ICE Broadview detention facility, located at 1930 Beach St, Broadview, IL.

At approximately 0920 hours, DHS officers were attempting to move a large crowd gathered along Harvard Street off the roadway in order for DHS vehicles to exit on to 25th Street. The crowd had gathered earlier that morning as part of an organized protest against the government's immigration enforcement policies. As the line of law enforcement officers moved forward to push the crowd out of the roadway, several individuals were encountered and given verbal commands to move back in order to facilitate a safe distance away from vehicles and Officers securing the area to allow operations to proceed to and from the Broadview Service Staging Area (BSSA).

One individual encountered that morning initially by Illinois State Police and then Border Patrol Agents was Cole SHERIDAN (DOB: [ PII ]/1997). SHERIDAN was encountered wearing a white bike-style helmet, and a white/multi-colored respirator. SHERIDAN was wearing black pants, a black belt, and a black long-sleeved shirt, along with black military style boots. According to Border Patrol Agents, SHERIDAN was provided with multiple verbal commands to move back, but after not obeying the verbal commands, Agents followed up with physical nudges and pushes to move SHERIDAN back. BPAs relayed to HSI Chicago Supervisory Special Agent (SSA) Jennifer Finerty that SHERIDAN pushed and assaulted Border Patrol Chief Gregory Bovino, in response to Chief Bovino physically attempting to move SHERIDAN back to a safe distance from the entry/exit roadway where the government vehicles were entering and exiting the BSSA.

CBP Officers and other DHS officers restrained SHERIDAN and detained him on suspicion of assaulting a federal employee. DHS officers turned over custody of SHERIDAN to HSI Special Agents for questioning. HSI Chicago Special Agents (SAs) provided SHERIDAN with water. SAs further provided SHERIDAN with his rights under Miranda and attempted to interview him regarding the incident, but SHERIDAN stated that he did not want to speak with Agents without a lawyer present.

SHERIDAN was allowed to make phone calls and called two attorneys along with a family member. SHERIDAN was provided with food and water while being detained at the Broadview ICE facility pending criminal investigation.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Cole SHERIDAN | LES | 10/8/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters with a copy of this document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:51 EDT

The investigation continues.

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000269A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:51 EDT

**CASE NUMBER**

LES

**CASE OPENED**
10/6/2025

**CURRENT CASE TITLE**
Cole SHERIDAN

**REPORT TITLE**
Interview of Border Patrol Jason

Epperson - 10/3/2025

**REPORTED BY**
Jennifer Finerty

SUPERVISORY SPECIAL AGENT

**APPROVED BY**
Miguel Ponce

ASSISTANT SPECIAL AGENT IN

CHARGE

**DATE APPROVED**
10/8/2025

**SYNOPSIS**

On October 3, 2025, United States Customs and Border Protection
(CBP) Border Patrol Agents (BPA) arrested Cole SHERIDAN ( PII
/1997) in violation of 18 United States Code (USC) 111
(Assaulting, Resisting, or Impeding Certain Officers or
Employees) in Broadview, Illinois.

This report serves to document the interview of Border Patrol
Agent Jason Epperson regarding the arrest of Cole SHERIDAN
during Operation Midway Blitz.

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000270A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





10/24/2025 17:51 EDT | Page 2 of 2

## DETAILS OF INVESTIGATION

On October 3, 2025, SSA Jennifer Finerty conducted an interview of Border Patrol Agent Jason Epperson who is stationed in Eerie, Pennsylvania but was temporarily assigned to Chicago in support of Operation Midway Blitz. BPA Epperson provided the following information to SSA Finerty and noted that he had a body worn camera that had footage from the multiple arrests made that morning, to include SHERIDAN.

BPA Epperson provided his government contact phone number as (716) PII, LES . BPA Epperson stated that he encountered SHERIDAN standing closer to the entry/exit way in the vicinity of Harvard Street and 25th Avenue leading to the Broadview ICE facility. BPA Epperson stated that he provided verbal commands to SHERIDAN to move back several times. BPA Epperson stated that when SHERIDAN refused to obey and follow commands to move back, he proceeded to attempt to physically move SHERIDAN and other individuals next to SHERIDAN back. BPA Epperson stated that he used his hands to attempt to move and push SHERIDAN back. BPA Epperson stated that during this time Chief Gregory Bovino also verbally instructed SHERIDAN to move back and that the Agents began to push SHERIDAN and those next to him back as it seemed that SHERIDAN and those next to him were attempting to lock up next to each other. BPA Epperson stated that he saw in his peripheral vision that SHERIDAN had pushed and attempted to swing at Chief Bovino and that is when he assisted with attempting to restrain and arrest SHERIDAN along with other Agents. BPA Epperson stated that he saw Chief Bovino fall forward after SHERIDAN's push. BPA Epperson said that while Agents were attempting to restrain and handcuff SHERIDAN, he witnessed a female, later identified as Ella EDELSTEIN attempt to pull SHERIDAN away from Agent's custody. BPA Epperson stated that at that point he broke off of SHERIDAN and grabbed EDELSTEIN by her ankle in order to restrain and place her under arrest for interfering with the arrest of SHERIDAN.

SSA Finerty asked BPA Epperson if he knew the names of Agents assisting with the arrest of SHERIDAN. BPA Epperson stated that he did not know who was next to him as most officers were wearing masks. SSA Finerty asked BPA Epperson if he had heard SHERIDAN saying anything to him during the encounter. BPA Epperson stated that he could not recall anything specific that SHERIDAN had said to him.

SSA Finerty later spoke with HSI Chicago SA Will Racke who stated that he assisted with restraining SHERIDAN when he saw BPAs attempting to handcuff him. SA Racke escorted SHERIDAN to the holding area where other individuals who had been placed under arrest were standing.

The Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Cole SHERIDAN | LES | 10/8/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000271A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





**CASE NUMBER**

LES

**CASE OPENED**
10/6/2025

**CURRENT CASE TITLE**
Cole SHERIDAN

**REPORT TITLE**
Interview of Border Patrol Chief

Gregory Bovino - 10/03/2025

**REPORTED BY**
Jennifer Finerty
SUPERVISORY SPECIAL AGENT

**APPROVED BY**
Miguel Ponce
ASSISTANT SPECIAL AGENT IN
CHARGE

**DATE APPROVED**
10/8/2025

**SYNOPSIS**

On October 3, 2025, United States Customs and Border Protection (CBP) Border Patrol Agents (BPA) arrested Cole SHERIDAN ( PII /1997) in violation of 18 United States Code (USC) 111 (Assaulting, Resisting, or Impeding Certain Officers or Employees) in Broadview, Illinois.

This report serves to document the interview of Border Patrol Chief Gregory Bovino regarding the arrest of Cole SHERIDAN during Operation Midway Blitz.

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000272A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:52 EDT                                                                                    Page 2 of 3



## DETAILS OF INVESTIGATION

At approximately 1:50pm on October 3, 2025, SSA Finerty received a call from Border Patrol Chief Cheatwood who stated that he was currently with Chief Gregory Bovino at the hospital. Chief Cheatwood stated that Chief Bovino was about to go in for an MRI due to injuries he had suffered that morning as a result of the encounters with protestors, including SHERIDAN.

Chief Cheatwood provided the phone to Chief Gregory Bovino. Chief Bovino provided the following information to SSA Finerty:

Chief Bovino stated that he had sustained injuries when he was moving the crowd back near the ICE Broadview Detention Facility, to include his encounter with SHERIDAN. Chief Bovino stated that he specifically recalled SHERIDAN as a tall white male with red hair. Chief Bovino stated that he encountered SHERIDAN around 9:30-10:00am on October 3, 2025 near a grassy area right off of the road in the vicinity of Harvard Street and 25th Ave. Chief Bovino stated that SHERIDAN was obstructing operations that day when Chief Bovino and other law enforcement officers were attempting to move the crowd back to secure a safe environment with government vehicles moving into and out of the Broadview facility. Chief Bovino stated that SHERIDAN was resisting him and not following repeated commands to move back. Chief Bovino told SSA Finerty that SHERIDAN continued to actively resist him and refused to move back. Chief Bovino stated that SHEIRDAN had pushed him back while he was physically attempting to move SHERIDAN back. Chief Bovino stated that he had fallen and that at that point SHERIDAN was taken into custody.

SSA Finerty asked Chief Bovino if SHERIDAN had taken a swing at him, to which Chief Bovino stated that he did not recall SHERIDAN taking a swing at him, but that SHERIDAN actively resisted him when attempting to move him back and that SHERIDAN pushed him.

SSA Finerty asked Chief Bovino if he recalled SHERIDAN saying anything to him during the encounter, to which Chief Bovino stated that he recalled SHERIDAN saying something to him but that he could not hear what he was saying as the noise had gotten louder.

Chief Bovino told SSA Finerty that he would have to enter the MRI but that SSA Finerty could contact Chief Cheatwood if she had follow-up questions.

SSA Finerty contacted Assistant United States Attorney Chris Veatch regarding the incident with SHERIDAN and potential criminal charges.

Criminal charges were preliminarily approved by the U.S. Attorney's Office – Northern District of Illinois.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Cole SHERIDAN | LES | 10/8/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters with a copy of the document.

ICE_00000273A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



The Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Cole SHERIDAN | **LES** | 10/8/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000274A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:53 EDT

Page 1 of 2

**CASE NUMBER**

LES

**CASE OPENED**
10/6/2025

**CURRENT CASE TITLE**
Cole SHERIDAN

**REPORT TITLE**
Review of Body Worn Camera

Footage - 10/03/2025 - BPA J.E.

**REPORTED BY**
Jennifer Finerty
SUPERVISORY SPECIAL AGENT

**APPROVED BY**
Miguel Ponce
ASSISTANT SPECIAL AGENT IN
CHARGE

**DATE APPROVED**
10/8/2025

**SYNOPSIS**

On October 3, 2025, United States Customs and Border Protection (CBP) Border Patrol Agents (BPA) arrested Cole SHERIDAN ( PII /1997) in violation of 18 United States Code (USC) 111 (Assaulting, Resisting, or Impeding Certain Officers or Employees) in Broadview, Illinois.

This report serves to document the review of body worn camera footage of Border Patrol Agent Jason Epperson during the arrest of Cole SHERIDAN on October 3, 2025.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Cole SHERIDAN | LES | 10/8/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000275A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:53 EDT                                                                          Page 2 of 2

## DETAILS OF INVESTIGATION

On the evening of October 3, 2025, Supervisory Special Agent reviewed body worn camera footage of Border Patrol Agent Jason Epperson from earlier that day. At approximately 09:22:48 CST (10:22:48 EST) – 16:04 minute marker – Cole SHERIDAN along with other individuals that were protesting near Harvard Street and 25th Avenue in Broadview, Illinois earlier that day, appear in BPA Epperson's video. BPA Epperson is seen nudging SHERIDAN on the elbow (SHERIDAN's arms are crossed in front of him) with his hand and tells him several times to move back. SHERIDAN is seen shaking his head and also lifting his hand in a shrugging manor. Border Patrol Chief Gregory Bovino then appears in the camera footage in front of BPA Epperson pointing at SHERIDAN and again telling SHERIDAN and those next to him to move back. Chief Bovino is heard saying, "Move back or you're under arrest". Chief Bovino is clearly marked with the words Police and U. S. Border Patrol on the front and back of his uniform. There is also a patch of a badge visible on the front of his uniform near the chest area. Chief Bovino is seen nudging SHERIDAN's right shoulder with his left hand. Chief Bovino then addresses the individuals next to SHERIDAN to get them to move back. BPA Epperson is then seen re-engaging SHERIDAN, this time attempting to use his hand to push SHERIDAN in the chest area attempting to move SHERIDAN back, but SHERIDAN doesn't move and is heard saying, "There's people behind me you fucking idiot". BPA EPPERSON is then seen engaging individuals on the other side of SHERIDAN with SHERIDAN very briefly out of BPA Epperson's camera view. SHERIDAN is next seen going to the ground with several Officers attempting to restrain and handcuff him. At this point a female is seen near SHERIDAN and BPA Epperson moves to address the female (later identified as Ella EDELSTEIN) and restrain her. BPA Epperson is heard telling EDELSTEIN that she is under arrest and directing her to put her hands behind her back. After BPA Epperson handcuffs EDELSTEIN he brings her to her feet with another Border Patrol Agent and escorts her to where the other individuals that were placed under arrest that day were standing. While escorting EDELSTEIN, BPA Epperson is heard saying to EDELSTEIN, "the moment you put your hands on a federal officer..yes you did, I watched you. That's a felony." EDELSTEIN is placed next to SHERIDAN on the rail. At approximately 09:25:38 (CST), BPA Epperson begins to walk to the area near the majority of the protestors.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Cole SHERIDAN | **LES** | 10/8/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



# Arrest of Cole SHERIDAN

## Incident Overview

| | |
|---|---|
| **Topic/Title** | Arrest of Cole SHERIDAN |
| **Document Number** | LES |
| **Incident Type** | AR - ARREST |
| **Conveyance Type** | |
|     Type | N - NO TRANSPORTATION INVOLVED |
| **Contributing Info Indicator** | No |
| **Occurence Date and Time** | 10/03/2025 09:30 |

## Arrest Details

| | |
|---|---|
| **EAGLE Event Number** | LES |
| **Incident Date** | 10/03/2025 09:30 |
| **Arrest?** | Yes |
| **Indictment?** | No |
| **Arrest Type** | C - CRIMINAL |
| **Arrest Location** | |
|     Location | N - NON-BORDER |
|     Description | BSSA - Broadview, IL |
| **Arrest Category** | |
|     Category | O - OTHER |
|     Other | 05B |

## Violator Information

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Cole SHERIDAN | LES | 10/15/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000277A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:54 EDT

| FBI Number | PII, LES |
|---|---|
| **Suspect Name** | |
| Last | SHERIDAN |
| First | Cole |
| Middle | Alexander |
| **Date of Birth** | PII 1997 |
| **Sex** | |
| Gender | M - MALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| Address Type | |
|---|---|
| Type | O - OTHER |
| Other | BSSA - Broadview, IL |
| **Address** | |
| Address | 1930 Beach St |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| Arresting Agency | |
|---|---|
| Agency/Unit/Group | BPL - BORDER PATROL |
| **Is HSI the arresting agency responsible for prosecution?** | Yes |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Cole SHERIDAN | LES | 10/15/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000278A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:54 EDT                                                                 Page 3 of 6

| Agent Name | |
|---|---|
| Last | Finerty |
| First | Jennifer |
| **Job Title** | SUPERVISORY SPECIAL AGENT |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | HSI - Homeland Security Investigations |
| **Air & Marine Participation** | No |

## Violation Statistics

| Violation | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | October 3, 2025 |
| Status | Approved |

## Routing Information

| Supervisor | Miguel Ponce |
|---|---|
| **Automatic Distribution Office** | CH - Chicago, IL |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | HSI Only |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Cole SHERIDAN | LES | 10/15/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000279A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:54 EDT

## Narrative

On October 3, 2025, at approximately 0930 hours, Cole SHERIDAN was arrested by U.S. Border Patrol (USBP) agents on suspicion of assaulting a federal officer in the vicinity of the ICE Broadview Service and Staging Area (BSSA), located at 1930 Beach St, Broadview, IL 60155.

(AGENT's NOTE: See ROI 001 - "Arrest of Cole SHERIDAN on 10/03/2025" for details of the arrest.)

USBP agents turned over custody of SHERIDAN to HSI Chicago special agents for further investigation. SHERIDAN declined to speak with HSI agents and requested an attorney.

Later that day, SHERIDAN was charged by criminal complaint with 18 USC 111 - Assaulting, Resisting, or Impeding Certain Officers or Employees. SHERIDAN was transported to the Metropolitan Correctional Center (MCC) in Chicago, Illinois to be held pending his initial appearance.

INVESTIGATION CONTINUES.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Cole SHERIDAN | LES | 10/15/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000280A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 17:54 EDT

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 10/14/2025 |
| **Last Updated** | 10/15/2025 |
| **Author** | Henry Racke<br>1038 - SPECIAL AGENT<br>630 PII, LES |
| **Owner(s)** | Henry Racke<br>1038 - SPECIAL AGENT<br>630 PII,<br><br>Jennifer Finerty<br>1043 - SUPERVISORY SPECIAL AGENT<br>630 PII, LES |
| **Supervisor** | Miguel Ponce<br>1002 - ASSISTANT SPECIAL AGENT IN CHARGE<br>310 PII, LES |
| **Approved** | Miguel Ponce<br>1002 - ASSISTANT SPECIAL AGENT IN CHARGE<br>Supervisor Approval<br>10/15/2025 |

## Case Metadata

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Cole SHERIDAN | LES | 10/15/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000281A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| Case Title | Cole SHERIDAN |
|---|---|
| Case Number | LES |
| Case Opened | 10/6/2025 |
| Case Last Updated | 10/8/2025 |
| Approved | Jennifer Finerty<br>1043 - SUPERVISORY SPECIAL AGENT<br>10/6/2025 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Cole SHERIDAN | LES | 10/15/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000282A