

**U.S. Customs and Border Protection**

# Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25686
**Title:** Operation Midway Blitz: Chicago - Rock Thrown at Vehicle Albany Park
**Incident date/time:** 10/03/2025 08:02
**Type:** ☒ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / San Diego Sector
**Created by:** FICK, SHANNON M.                **Creation date/time:** 10/03/2025 15:01
**Last updated by:** HORNER, JOHN E.            **Last updated date/time:** 10/08/2025 16:13
**Reviewer:** HORNER, JOHN E                    **Date reviewed:** 10/08/2025

## RELATED SYSTEMS: 6

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 5 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
**Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
**Address:**

**Street:** 4840 N Pulaski Road
**City:** Chicago   **State:** ILLINOIS   **Zip:** 60630
**Incident coordinates:**
  **Latitude:** 41.96922
  **Longitude:** -87.72840
**Setting:**   Indoors   ⊗ Outdoors
  **Outdoor setting:** ⊗ On land   In water (standing or swimming)   On water (in vessel)   In the air
**Description of the premises/location:** In the parking lot of 4840 N Pulaski Rd in Chicago, Illinois
**Environmental factors:**
  **Weather:** ☒ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
  **Illumination:** ☒ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other
  **Estimated temperature (Fahrenheit):** 71

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| JUAREZ JR, ISAIAS | Supervisory Border Patrol Agent | In-Person | 10/03/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 6

**Name:** MOTA, RUBEN
  **Gender:** Male   **Age:** 29   **Height:** 5'11"   **Weight:** 225 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 01/07/2018
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 7 years 10 months
    **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

  **Wearing body armor?** ⊗ Yes   No
  **Attire:** ⊗ Uniform   Plain clothes

  **Was MOTA, RUBEN assaulted?**   Yes   ⊗ No

  **Was MOTA, RUBEN injured?**   Yes   ⊗ No

**Name:** ESQUERO BASSOFF, AARON
  **Gender:** Male   **Age:** 28   **Height:** 5'11"   **Weight:** 210 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 03/21/2022
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)
  **Armed law enforcement experience:**



Total law enforcement experience at the time of the incident: 3 years 6 months
CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No
**Attire:** ☒ Uniform   Plain clothes

**Was ESQUERO BASSOFF, AARON assaulted?** ☒ Yes   No
**Was ESQUERO BASSOFF, AARON injured?**   Yes ☒ No

**Name:** SMITH, JAROD L.
**Gender:** Male   **Age:** 43   **Height:** 5'6"   **Weight:** 160 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 04/23/2007
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ☒ On duty   Off duty
      **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
Total law enforcement experience at the time of the incident: 18 years 6 months
CBP training previously received (not including basic academy training):

| BPAIST | ☒ BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No
**Attire:** ☒ Uniform   Plain clothes

**Was SMITH, JAROD L. assaulted?** ☒ Yes   No
**Was SMITH, JAROD L. injured?**   Yes ☒ No

**Name:** MSTISLAVSKI, VASYA Y.
**Gender:** Male   **Age:** 40   **Height:** 5'9"   **Weight:** 165 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 07/25/2022
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ☒ On duty   Off duty
      **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
Total law enforcement experience at the time of the incident: 3 years 2 months
CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No
**Attire:** ☒ Uniform   Plain clothes

**Was MSTISLAVSKI, VASYA Y. assaulted?** ☒ Yes   No
**Was MSTISLAVSKI, VASYA Y. injured?**

CHC v. Noem - CBP 000069

Yes ⊗ No

**Name:** SUTTON, TRAVIS R.
**Gender:** Male **Age:** 29 **Height:** 6'2" **Weight:** 180 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/10/2020
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 5 years 5 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was SUTTON, TRAVIS R. assaulted?** ⊗ Yes   No

**Was SUTTON, TRAVIS R. injured?**   Yes ⊗ No

**Name:** TORABPOUR, ANDREW M.
**Gender:** Male **Age:** 31 **Height:** 5'8" **Weight:** 160 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/20/2018
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/20/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 7 years 1 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was TORABPOUR, ANDREW M. assaulted?** ⊗ Yes   No

**Was TORABPOUR, ANDREW M. injured?**   Yes ⊗ No

# SUBJECTS: 1

**Name:** ALASTRISTE OSORIO, ARMANDO
**Gender:** Male **Date of birth:** PII 1983 **Height:** 5'0" - 5'5" **Weight:** 150 - 199 lbs
**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes ⊗ No   Unknown
**Immigration status:** Deportable
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

CHC v. Noem - CBP 000070

Yes ⊗ No
**Subject's activity:**
    Illegal entry
    Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    ☒ Assault (rocks/other projectiles)
    Assault (all other types)
    Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Subject's current location and disposition if known:** Subject was arrested for 18 USC 111 and taken to ICE ERO Facility for further processing.

**Did this subject assault a CBP employee?** ⊗ Yes    No
    **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No
    **Weapon(s)/type of assault:**
        **Assault method:** Rocking (rocks only)

    **Assault method:** Threat
        **Threat description:** Various Threats to Agents - Documented in Narratives

    **Assault method:** Physically w/o weapon
        **Describe physical assault:** Kicking and Lunging at Agents

    **Assault method:** Biting

**Was this subject arrested / taken into custody?** ⊗ Yes    No
    **Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency
        **Was an administrative action initiated for this subject by CBP?** ⊗ Yes    No
    **Was prosecution sought against this subject?** ⊗ Yes    No
        **Prosecution By:**    CBP  ⊗ Other federal agency    State agency    Local agency
**Was this subject injured or claiming to be injured?**    Yes  ⊗ No    Unknown

# ASSAULTS: 15

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| ALASTRISTE OSORIO, ARMANDO | Rocking (rocks only) | ESQUERO BASSOFF, AARON | ⊗ Yes | No | Not injured in this incident |
| | | SMITH, JAROD L. | ⊗ Yes | No | Not injured in this incident |
| | | MSTISLAVSKI, VASYA Y. | ⊗ Yes | No | Not injured in this incident |
| | | SUTTON, TRAVIS R. | ⊗ Yes | No | Not injured in this incident |

CHC v. Noem - CBP 000071

| | | | | |
|---|---|---|---|---|
| | | TORABPOUR, ANDREW M. | Yes ⊗ No | Not injured in this incident |
| ALASTRISTE OSORIO, ARMANDO | Threat - Various Threats to Agents - Documented in Narratives | ESQUERO BASSOFF, AARON | ⊗ Yes  No | Not injured in this incident |
| | | SMITH, JAROD L. | ⊗ Yes  No | Not injured in this incident |
| | | MSTISLAVSKI, VASYA Y. | ⊗ Yes  No | Not injured in this incident |
| | | SUTTON, TRAVIS R. | ⊗ Yes  No | Not injured in this incident |
| | | TORABPOUR, ANDREW M. | ⊗ Yes  No | Not injured in this incident |
| ALASTRISTE OSORIO, ARMANDO | Physically w/o weapon - Kicking and Lunging at Agents | ESQUERO BASSOFF, AARON | ⊗ Yes  No | Not injured in this incident |
| | | SMITH, JAROD L. | ⊗ Yes  No | Not injured in this incident |
| | | MSTISLAVSKI, VASYA Y. | ⊗ Yes  No | Not injured in this incident |
| | | SUTTON, TRAVIS R. | ⊗ Yes  No | Not injured in this incident |
| | | TORABPOUR, ANDREW M. | ⊗ Yes  No | Not injured in this incident |
| ALASTRISTE OSORIO, ARMANDO | Biting | ESQUERO BASSOFF, AARON | Yes ⊗ No | Not injured in this incident |
| | | SMITH, JAROD L. | Yes ⊗ No | Not injured in this incident |
| | | MSTISLAVSKI, VASYA Y. | ⊗ Yes  No | Not injured in this incident |
| | | SUTTON, TRAVIS R. | Yes ⊗ No | Not injured in this incident |
| | | TORABPOUR, ANDREW M. | Yes ⊗ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No
**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of SUTTON, TRAVIS R.**
On October 3, 2025, I, Border Patrol Agent Travis Sutton, as part of the Border Search Trauma and Rescue Team (BST), was deployed to Chicago, Illinois, to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty multi-camouflage Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.
On October 3, 2025, I was assigned to assist other Border Patrol Agents in a planned operation in the proximity of 4010 West

CHC v. Noem - CBP 000072

Lawrence Ave, Chicago, IL 60630. At approximately 8:02 a.m., while providing security for other agents, I was parked in a vehicle observing an agent attempting to arrest an individual who was resisting. At this time, pedestrians and motorists began honking and yelling over the encounter. I moved my vehicle to block and protect the agent and the person being encountered, placing them on the right side of the vehicle. While I was driving, I observed an individual, later identified as Gustavo Alatriste OSORIO, with a red shirt and black pants across the street yelling and making gestures with his hands. These gestures included raising his middle finger and waving his arms while grabbing his crotch.

When I parked the vehicle, the agents in my vehicle exited and went to help the agent with the individual resisting arrest. I then looked back over towards the individual previously mentioned on the left side of the vehicle. He had since crossed the road and continued to film, yell, and make gestures. I then looked back at the agents on my right as the person being encountered was arrested. At this time, I could hear loud thuds of something hitting the left side of the vehicle. I then looked back to the left to see OSORIO reaching down for more rocks. I then exited the vehicle, and OSORIO started to run away. I then notified the other agents in the area of what happened. The agents then procced on foot to apprehend OSORIO.

OSORIO was then transported to a local Homeland Security Investigations center for further processing and removal. Enroute to the facility, OSORIO was attempting to kick, bite and urinate on agents as well as damage the interior of the vehicle. While in the facility, he flooded and attempted to damage the holding cell.

I was not injured and did not use any less-lethal devices during the incident. I was not part of the arrest, so I did not activate my body-worn camera.

**Narrative of ESQUERO BASSOFF, AARON**
On October 5th, 2025, I, border Patrol Agent Aaron Esquero Bassoff was conducting immigration enforcement operations in the city of Chicago, IL, in support of Operation Midway Blitz. Chicago has been identified as a city where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

At approximately 8:02AM on Friday October 03, 2025, BORTAC operators helped Border Patrol Agents detained Armando ALASTRISTE-Osorio at intersection near address 4840 N Pulaski Rd. Chicago IL 60630. Armando ALASTRISTE-Osorio was throwing rocks at the vehicle BORTAC operators were driving. At this time, I was wearing rough duty Camouflage BORTAC uniform with all law enforcement identification patches visible. At this time, I was on the passenger side of the vehicle, assisting another Border Patrol Agent conduct his immigration enforcement by providing an overall security posture to cover him. At this time I heard several loud thumps on the driver's side of the vehicle. Armando ALASTRISTE-Osorio had been yelling obscenities making aggressive hand gestures as if he wanted to fight. Border Patrol Agents observed him throw rocks at the vehicle and run towards the intersection. Agents engaged in a quick foot pursuit and tackled Armando ALASTRISTE-Osorio to the ground across the street. During this time I ran towards the pursuing Border Patrol agent to assist in making the arrest or at least provide him cover while conducting the arrest.

Armando ALASTRISTE-Osorio refused to answer any immigrations questions and was taken to a processing facility that revealed he was advised that he was in the United States without the proper immigration documents allowing them to legally enter, remain, or work in the United States. My body worn camera was not at the time of the arrest because of the rapidly evolving situation.

**Narrative of MSTISLAVSKI, VASYA Y.**
On October 3, 2025, I, Border Patrol Agent Vasya Mstislavski, as part of the BORTAC QRF Team, was deployed to Chicago Illinois to assist Immigration and Customs Enforcement/Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On October 3, 2025, I was assisting BP Strike Team Agents during a planned immigration enforcement operation in the proximity of 4010 West Lawrence Ave, Chicago, IL 60630. At approximately 0802 am I heard an object hit the driver side of our vehicle (white GMC Yukon Denali), which I later found out was the suspect, later identified as Gustavo Alatriste OSORIO, throwing a rock at my partner, BORSTAR Agent Travis Sutton, that impacted our vehicle next to where BPA Sutton was standing. Agent Mota pointed to OSORIO and stated that he was the individual who rocked us. Agent Mota engaged in a foot pursuit of the suspect and I ran behind him to assist. The suspect attempted to run into a local business at which point I stopped him by

CHC v. Noem - CBP 000073

attempting to grab OSORIO which made him lose his balance and fall to the ground. Agent Mota and BORTAC Agent Aaron Bassoff enacted the arrest and handcuffed OSORIO while I provided overwatch for the arrest.

During the transport of the suspect to the ERO facility on Broadview he made numerous threats stating that he will kill my wife, children and myself. He also made numerous references to Satan and that he will be visiting me in 2 weeks. He stated that in 3 weeks Satan will visit Agent Bassoff and in 3 months Satan will visit Agent Sutton. He chanted numerous chants to Satan in the vehicle and continued making threats and other vulgar insults. The suspect attempted to bite Agents numerous times and I restrained him with the seat belt to keep him from lunging at Agents. The suspect kicked at the interior of the vehicle leaving numerous gouges in the center console, which led to Agents having to restrain his legs with zip cuffs. Suspect stated that he will urinate in the car and then did so by urinating in his seat as he laughed. Once he was transported to the HSI Facility he continued making threats, urinated on the cell floor, attempted to flood the cell by plugging the toilet and flushing it, covering the cell camera with wet toilet paper and covering himself with water as if he was preparing to fight us. He continued making threats and made hand gestures to me indicating that he will remember my forearms tattoos and then pointing at me in threatening gestures.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was not active during the time of the incident due to me not being able to get access to it in the morning. It was on charge in the TOC at Great Lakes Navy Base and the building was secure and locked during 3am when we started this morning.

**Narrative of SMITH, JAROD L.**
On October 3, 2025, I, Supervisory Border Patrol Agent Jarod L. Smith was conducting immigration enforcement operations in the city of Chicago, IL, in support of Operation Midway Blitz. Chicago has been identified as a city where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.
At approximately 8:02AM on Friday October 03, 2025, BORTAC operators helped Border Patrol Agents detain OSORIO, Gustavo, Alatriste at intersection near address 4840 N Pulaski Rd. Chicago IL 60630. OSORIO, Gustavo, Alatriste was throwing rocks at the vehicle BORTAC operators were driving. At this time, I was wearing rough duty Camouflage BORTAC uniform with all law enforcement identification patches visible. I was on the passenger side of the vehicle at the time of the incident. I heard several loud thumps on the driver's side of the vehicle. OSORIO, Gustavo, Alatriste had been yelling obscenities and making aggressive hand gestures as if he wanted to fight. I lost sight of him as he walked to the driver's side of the vehicle. Border Patrol Agents observed him throw rocks at the vehicle and run towards the intersection. Agents engaged in a quick foot pursuit and tackled OSORIO, Gustavo, Alatriste to the ground, putting him in restraints.
OSORIO, Gustavo, Alatriste refused to answer any immigrations questions and was taken to a processing facility that revealed he was in the United States without the proper immigration documents allowing him to legally enter, remain, or work in the United States. My body worn camera was not at the time of the arrest because I was not the arresting agent.

**Narrative of TORABPOUR, ANDREW M.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 3, 2025, I, Border Patrol Agent Andrew Torabpour was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I, Border Patrol Agent Andrew Torabpour, have been employed as a Border Patrol Agent for over 7 years. I have been employed at the Calexico Border Patrol Station since graduating the United States Border Patrol Academy. The Calexico Border Patrol

CHC v. Noem - CBP 000074

Station's area of responsibility consists of an urban city in Calexico, CA that opens up to irrigation canals and agriculture fields to the east of the city. In the Calexico area of responsibility, the area we patrol surrounding the city and agriculture fields is open desert with sparse brush that meets with the Imperial Sand Dunes on the easternmost zone. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several hundred smuggling events and arrested and interviewed hundreds of illegal aliens.

At about 08:00 AM, I was conducting immigration operations near Lawrence Ave and Kedzie Ave in Chicago, IL, along with my teammates who were also conducting immigration operation along with me. I was wearing a full rough duty Border Patrol uniform with issued body armor and utility belt. I had all agency identifiers that were clearly visible identifying me as a United States Border Patrol Agent.

At about 8:00 AM, I chased a man through the Walgreens parking lot located at the corner of Lawrence Ave and Kedzie Ave who I was attempting to detain for potentially being in the

United States illegally. After chasing the man, and catching him, I conducted an immigration inspection and found that he was in the United States illegally. I then placed him under arrest and placed him into the back of an unmarked Service vehicle belonging to one of my partners. After I placed him into the vehicle, I heard that some of my partners were chasing another man eastbound on Lawrence Ave who had thrown rocks at my fellow agents who were inside of their vehicle. I jumped into an unmarked Service vehicle that belonged to our QRF team that was providing security for us while we made the arrest. The QRF consists of a spe[LEP]ns Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments. We exited the Walgreens parking lot and drove to the northeast corner of Lawrence Ave and Kedzie Ave.

As we arrived at that northeast corner, I saw two of my partners had arrested a man, later identified as Armando ALASTRISTE-Osorio, who was wearing a red shirt and dark pants. They escorted him to the Service vehicle that I was inside of, and I assisted them in getting ALASTRISTE inside of the vehicle. I noticed as my teammates were escorting ALASTRISTE, he was continuously pushing against the agents and not freely walking with them. ALASTRISTE was also yelling and screaming in an excited manner towards all the agents.

ALASTRISTE's hands were cuffed behind his back, and I placed him into a seat and secured him with a seatbelt. After I secured ALASTRISTE, Border Patrol Agents Aaron Bassoff, Jarod Smith, Vasya Mstislavski, and Travis Sutton entered the vehicle with me. We began transporting ALASTRISTE to the ERO Processing facility at 1930 Beach St. The drive was estimated to take 40 minutes.

As we started driving, ALASTRISTE continuously yelled profanities such as calling all of us agents, "Bitches", "Gay", "Fuck You" and many other things. ALASTRISTE was also praying to Satan that he would come and kill us. ALASTRISTE told Agents that Satan was coming for us and our families. ALASTRISTE even referred to himself as Satan at times. During the 40-minute drive to the ERO facility, ALASTRISTE was trying to pull away from his seatbelt and throw his body hysterically towards the agents in the vehicle. As Agent Mstislavski tried to restrain ALASTRISTE, I saw ALASTRISTE try to bite Agent Mstislavski.

As we neared the ERO facility, ALASTRISTE began to repeatedly kick the door and other various parts of our Service vehicle. ALASTRISTE was kicking the vehicle hard enough to cause significant and noticeable damage to the interior all while continuing to yell and



CHC v. Noem - CBP 000075

scream hysterically. ALASTRISTE even tried to call for help and entice action from innocent bystanders as we were parked outside of the ERO facility waiting to enter. I informed ALASTRISTE that he was going to get those people in trouble if they tried to help him.

At the ERO facility, we received instruction that, due to operations that were taking place that day, we had to take ALASTRISTE to a different facility about 15 minutes away. Once we started driving to the new facility, located at 747 East 22nd St, Lombard, IL, ALASTRISTE intentionally peed his pants and onto the seat and floor of our Service vehicle.

As we arrived at the Lombard facility, ALASTRISTE was taken inside and secured. ALASTRISTE was presented for prosecution of 18 USC 111. I reported the events that unfolded to Supervisory Border Patrol Agent Jarod Smith verbally and in person at about 12:00 PM.

Body Cam Footage: LES / LES / LES / LES / LES

### Narrative of MOTA, RUBEN

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 3, 2025, I, BPA Mota was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I also understand that the U.S. Border Patrol has arrested hundreds of illegal aliens at car washes, Home Depot stores, and other locations in recent weeks. Many of these aliens further elaborated that they had earned a living by selling food/flowers/household goods on street corners, worked day labor jobs which were solicited at locations such as Home Depot, or worked for cash at places like car washes, construction sites, or restaurant kitchens. Furthermore, recent intelligence briefings I've received confirm this information remains current today.

I Border Patrol Agent R. Mota (BPA) along with Border Patrol Agents were driving around and pulled into a public access area near West Lawrence Avenue and North Pulaski Rd, Chicago, IL 60630. We arrived at our destination to conduct surveillance and parked for several minutes. Shortly after at approximately 0800 we were advised via radio communications that Border Patrol Agents near my exact location were on foot pursuit with a subject. I immediately exited the vehicle in attempt to help my partners out. I noticed that Border Patrol Agents apprehended the subject about 2 parking spots behind our unmarked unit. I began to perform perimeter security meanwhile my partners secured the scene. In while doing so, I noticed a male subject (later identified as ALASTRISTE-Osorio, Armando DOB: PII 1983 COC: Mexico) along the fence line sidewalk. The subject was reaching towards the ground and grabbing what appeared to be rocks. He then attempted to throw several rocks at my partners but missed and hit the side of the other unmarked unit. I immediately identified the threat and advised all partners in the area. I proceeded to then attempt to make contact with the subject and chased him across the street. Once I made contact, I placed the subject under arrest for 18 US Code 111 for assaulting Federal Agents. Supervisory Border Patrol Agent (SBPA) I. Juarez then advised the Tactical

Operations command center (TOC) of incident that occurred. The TOC advised us that Homeland Security Investigations was going to further investigate the case and present it to the AUSA. ALASTRISTE-Osorio was transported to the Homeland Security Investigations office in Illinois. Special Agent C. Lau ( PII; LES ) was notified of all the information from the assault, and he stated the investigation would further continue.

DHS database was utilized for subject ALASTRISTE-Osorio and information showed that he was present in the United States illegally with no documents to remain.

Subject ALASTRISTE-Osorio and property were turned over to HSI.

AXON 4 body-worn camera: D01A86814 was not activated for this event.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/06/2025 19:43 | |
| Rejected | GILL, JOHNNY R. | 10/07/2025 10:25 | Missing a narrative |
| Submitted | FICK, SHANNON M. | 10/08/2025 15:56 | |
| Approved | HORNER, JOHN E. | 10/08/2025 16:13 | |