

E-STAR incident LES 25682

U.S. Customs and Border Protection

# Enforcement Action Statistical Analysis and Reporting System (E-STAR) Incident Report

**Current Status:** ⊗ Completed Active Ready for review Rejected Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25682
**Title:** Operation Midway Blitz: Hit and Run OFO
**Incident date/time:** 10/03/2025 10:15
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force FTY/Vehicle pursuit by a CBP employee Unintentional firearm discharge Intentional firearm discharge
**Was this a mass encounter incident?** Yes ⊗ No
**Reporting organization:** Office of Field Operations
**Created by:** BURGESS, HOLLIE ANN
**Creation date/time:** 10/03/2025 12:32
**Last updated by:** ORNELAS, ERAZMO V.
**Last updated date/time:** 10/06/2025 09:08
**Reviewer:** ORNELAS, ERAZMO V
**Date reviewed:** 10/06/2025

## RELATED SYSTEMS: 3

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes No

| IDVRS Evidence Serial Numbers: 3 |
|---|
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | OFO |

**Were other CBP components/external agencies involved?** Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Chicago Field Operations / Chicago
**Country/international waters:** United States of America
**Address:**
**Street:** Kedzie Ave. and W 71st Street
**City:** Chicago **State:** ILLINOIS **Zip:**
**Incident coordinates:**
**Latitude:** 41.76441
**Longitude:** -87.70283
**Setting:**



Indoors ⊗ Outdoors

**Outdoor setting:** ⊗ On land In water (standing or swimming) On water (in vessel) In the air

**Description of the premises/location:** On the road in the vicinity of Kedzie Ave. and W 71st Street, Chicago, Illinois.

**Environmental factors:**

**Weather:** ☒ Dry Raining Snowing Flooding Windy Storm Haze/blowing dust Fog Other

**Illumination:** ☒ Daylight Dark Dawn Dusk Good lighting Poor lighting Night vision aided Other

**Estimated temperature (Fahrenheit):** 85

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| CHEVALIER, JOSEPH H | | Phone | 10/03/2025 |
| ORNELAS, ERAZMO V | | Phone | 10/03/2025 |

**Other authorities notified (external to CBP):** Federal Tribal State Local Foreign

## EMPLOYEES: 3

**Name:** DANDOY, BRENT E.

**Gender:** Male **Age:** 37 **Height:** 5'11" **Weight:** 200 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 10/20/2014

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Seattle Field Operations

**Duty (or detail/TDY) location EOD:** 09/17/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Special Operations

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 11 years 0 months

**CBP training previously received (not including basic academy training):**

BPAIST BORSTAR BORTAC DITP DTI
EDVPTP ☒ EMT FITP ☒ LLITP (IFITP) ☒ MFF
MRT PITP ☒ SRT TATP Other

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was DANDOY, BRENT E. assaulted?** ⊗ Yes No

**Did DANDOY, BRENT E. use reportable force?** Yes ⊗ No

**Was DANDOY, BRENT E. injured?** Yes ⊗ No

**Name:** LA COLLA, JOSEPH X.

**Gender:** Male **Age:** 37 **Height:** 5'9" **Weight:** 180 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 10/23/2008

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Buffalo Field Operations

**Duty (or detail/TDY) location EOD:** 09/17/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Special Operations

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 17 years 0 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was LA COLLA, JOSEPH X. assaulted?** ⊗ Yes No

**Did LA COLLA, JOSEPH X. use reportable force?** ⊗ Yes No

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** PAVA (area saturation)
**Posture:** Standing Kneeling Prone ☒ Other - SITTING
**Estimated distance:** 12 yards
**Approximately how many volleys did you deploy?** 3
**Approximately how many projectiles did you deploy?** 5
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☒ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☒ Prevent escape |
| ☒ Overcome resistance | ☒ Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was LA COLLA, JOSEPH X. injured?** Yes ⊗ No

**Name:** HARFOUCHE, JUSTIN P.

**Gender:** Male **Age:** 30 **Height:** 6'2" **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/04/2018
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Buffalo Field Operations
**Duty (or detail/TDY) location EOD:** 09/17/2025
**Duty status at the time of the incident:** ⊗ On duty Off duty
**Activity:** Special Operations

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 7 years 0 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was HARFOUCHE, JUSTIN P. assaulted?** ⊗ Yes No

**Did HARFOUCHE, JUSTIN P. use reportable force?** Yes ⊗ No

**Was HARFOUCHE, JUSTIN P. injured?** Yes ⊗ No

## SUBJECTS: 1

**Name:** ALVAREZ GONZALEZ, ANTHONY

**Gender:** Male **Date of bi** PII **/1998** **Height:** 5'5" **Weight:** 180 pounds
**Attire:** ⊗ Civilian Paramilitary Police Nude Unknown
**Was the subject wearing body armor?**

Yes No ⊗ Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No

**Subject's activity:**

- Illegal entry
- Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Subject's current location and disposition if known:** In federal custody for assault on a federal officer.

**Did this subject assault a CBP employee?** ⊗ Yes No

**Was the subject outside the US or its territories when committing the assault?** Yes ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Vehicle

**Was reportable force used on this subject?** ⊗ Yes No

**Was the subject outside the US or its territories when this force was applied?** Yes ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes No

**Did CBP deploy a VID against a vehicle when this subject was driving it?** Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes No

**Arrested / taken into custody by:** CBP ⊗ Other federal agency State agency Local agency

**Was prosecution sought against this subject?** ⊗ Yes No

**Prosecution By:** CBP ⊗ Other federal agency State agency Local agency

**Was this subject injured or claiming to be injured?** Yes ⊗ No Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** FORD
**Vehicle model:** F350
**Vehicle year:** 2006
**Vehicle type:** Pickup
**Total damage to the vehicle (not including tire damage):** Minimal/cosmetic
**Final disposition of the vehicle:** Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | ALVAREZ GONZALEZ, ANTHONY | Driver |

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| ALVAREZ GONZALEZ, ANTHONY | Vehicle | DANDOY, BRENT E. | ⊗ Yes | No | Not injured in this incident |
| | | LA COLLA, JOSEPH X. | ⊗ Yes | No | Not injured in this incident |
| | | HARFOUCHE, JUSTIN P. | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| LA COLLA, JOSEPH X. | PLS (PepperBall Launching System) - PAVA (area saturation) | **Subject:** ALVAREZ GONZALEZ, ANTHONY<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Vehicle** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No

**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of HARFOUCHE, JUSTIN P.**

Introduction

I, Justin Harfouche, am a Customs and Border Protection Special Response Team (SRT) Operator as part of U.S. Customs and Border Protection Special Operations Division (SOD). I have served in this position since 2021 as well as a Customs and Border Protection Officer from 2018 to present. I am an SRT Operator and successfully completed the SRT Basic Selection Course and Critical Skills Course in 2021. I have received numerous and continuous on the job training in law enforcement operations involving use of force applications, both less than lethal and deadly force, as well as other enforcement tactics and procedures. I have a current Less Lethal Instructor certification, which I obtained in 2023.

On October 3rd, 2025, I was deployed to Chicago, Illinois, as part of a multi-agency response for Operation Midway Blitz. I was specifically assigned to patrolling with U.S. Border Patrol as a Quick Reaction Force (QRF) while they perform consensual encounters in attempts to identify and arrest illegal aliens in the United States. I was in a rough duty Special Response Team uniform with law enforcement identifiers, clearly visible, in accordance with U.S. Customs and Border Protection, Special

Response Team standards.

Environmental Conditions

At the time of the incident, the temperature was forecasted to be 88 degrees, with partly cloudy skies. Humidity was approximately 34 percent, and wind at 9 MPH. The terrain consisted of an urban environment.

First Observations

At approximately 10:00 a.m., I along with CBP/SRTO LaColla and SCBPO/SOS Dandoy were driving in an unmarked mini-van in the vicinity of W 55th St and S Pulaski Rd in Chicago, Illinois. I was traveling in the rear passenger seat while SOS Dandoy was driving the vehicle and SRTO LaColla was in the front passenger seat. At that approximate time, we were being followed by four to five different vehicles being driven by civilians. Each vehicle was honking their horns, recording with their phones and shouting to the public of our presence.

At approximately 10:15 a.m., a black Ford pickup truck bearing Illinois li PII ) joined the vehicles following us. The truck was being driven by a male, appeared to be in his mid to late 20s, and was the sole occupant of the truck. The truck began to drive erratically and veered in and out of lanes attempting to catch up to us. At that time, we attempted to drive away from the truck for officer and public safety. At approximately 10:21 a.m. the truck hit our passenger side rear panel on purpose causing damage to our vehicle. The contact made with his truck caused me to be thrown from my seat causing pain in my lower right back.

After the first contact between our vehicles, the truck still followed behind us at a high rate of speed as well as attempting to get in front of us to possibly cause a motor vehicle accident. Shortly after, the truck hit our vehicle again on the driver's side rear bumper causing damage.

Force Used

We believed that this truck was not going to stop following our vehicle and would cause significant damage to our vehicle as well as injury to myself and my fellow SRTOs. As we continued to flee from the truck, still driving erratically and aggressively, I handed SRTO LaColla a Pepperball Launching System (PLS) used for less than lethal force. The PLS contained projectiles with PAVA powder used as an irritant. In an attempt to get the truck away from our vehicle for our safety, the PLS was used to launch projectiles at the truck's windshield. After the PLS was used the truck had stopped and we had kept driving. We lost visual of the vehicle in the vicinity of Marquette Park, Chicago, Illinois. Afterwards, we went to the nearest police station, Chicago Police Department, 6th Precinct at 7808 S Halstead St. Chicago, Illinois where we filed an accident report.

Post-Incident

Due to the two contacts between our vehicle and the Ford pickup we believed that we were not only going to sustain vehicle damage, but also in immediate danger and prone to serious bodily injury or possibly death therefore, less lethal force was applied via PLS with positive results.

My Body Worn Camera (BWC) captured approximately 7 minutes of the encounter with the Ford pickup truck. The BWC captured the vehicle to vehicle contact while driving as well as the PLS deployment. Evidence ID LES

**Narrative of DANDOY, BRENT E.**

Introduction

I, Brent Dandoy, am a Customs and Border Protection Special Response Team (SRT) Operator as part of U.S. Customs and Border Protection Special Operations Division (SOD). I have served in this position since 2017 as well as a Customs and Border Protection Officer from 2014 to present. I am an SRT Supervisor and successfully completed the SRT Basic Selection Course and Critical Skills Course in 2017. I have received numerous and continuous on the job training in law enforcement operations involving use of force applications, both less than lethal and deadly force, as well as other enforcement tactics and procedures. I have a current Less Lethal Instructor certification, which I obtained in 2024.

On October 3rd, 2025, I was deployed to Chicago, Illinois, as part of a multi-agency response for Operation Midway Blitz. I was specifically assigned to patrolling with U.S. Border Patrol as a Quick Reaction Force (QRF) while they perform consensual encounters in attempts to identify and arrest illegal aliens in the United States. I was in a rough duty Special Response Team uniform with law enforcement identifiers, clearly visible, in accordance with U.S. Customs and Border Protection, Special Response Team standards.

Environmental Conditions

At the time of the incident, the temperature was forecasted to be 88 degrees, with partly cloudy skies. Humidity was approximately 34 percent, and wind at 9 MPH. The terrain consisted of an urban environment.

First Observations

At approximately 10:00 a.m., I along with CBP/SRTO LaColla and CBP/SRTO Harfouche were driving in an unmarked mini-van

in the vicinity of W 55th St and S Pulaski Rd in Chicago, Illinois. I was driving while SRTO LaColla was in the front passenger seat and SRTO Harfouche was in the back passenger side seat. At that approximate time, we were being followed by four to five different vehicles being driven by civilians. Each vehicle was honking their horns, recording with their phones and shouting to the public of our presence.

At approximately 10:15 a.m., a black Ford pickup truck bearing Illinois license p PII joined the vehicles following us. The vehicle was being driven by a male, appeared to be in his mid to late 20s, and was the sole occupant of the vehicle. The truck began to drive erratically and veered in and out of lanes attempting to catch up to us. At that time, we attempted to drive away from the truck for officer and public safety. At approximately 10:21 a.m. the truck hit our passenger side rear panel on purpose causing damage to our vehicle. The contact made with his truck caused SRTO Harfouche to be thrown from his seat.

After the first contact between our vehicles, the truck still followed behind us at a high rate of speed as well as attempting to get in front of us to possibly cause a motor vehicle accident. Shortly after the truck hit our vehicle again on the driver side rear bumper causing damage.

Force Used

We believed that this truck was not going to stop following our vehicle and would cause significant damage to our vehicle as well as injury to myself and my fellow SRTOs. As we continued to flee from the truck, still driving erratically and aggressively, SRTO Harfouche handed SRTO LaColla a Pepperball Launching System (PLS) used for less than lethal force. The PLS contained projectiles with PAVA powder used as an irritant. In an attempt to get the truck away from our vehicle for our safety, the PLS was used to launch projectiles at the truck's windshield. After the PLS was used the truck stopped and we kept driving. We lost visual of the vehicle in the vicinity of Marquette Park, Chicago, Illinois. Afterwards, we went to the nearest police station, Chicago Police Department, 6th Precinct at 7808 S Halstead St. Chicago, Illinois where we filed an accident report.

Due to the two contacts between our vehicle and the Ford pickup we believed that we were not only going to sustain vehicle damage, but also in immediate danger and prone to serious bodily injury or possibly death therefore less lethal force was applied via PLS with positive results. My Body Worn Camera (BWC) was activated after the PLS deployment. The BWC captured the moments right after the PLS deployment and our vehicle making its way to the police station.

Post-Incident

Due to the positive results of the Pepperball Launching System we were able to break contact with the subject vehicle and make our way to the Chicago Police station where we made an official police report and got interviewed by FBI about the incident. All notifications were sent up the chain of command and we were ordered to return to base to upload BWC videos and start narrative.

**Narrative of LA COLLA, JOSEPH X.**

Introduction

I am Customs and Border Protection Special Response Team Operator Joseph LaColla. I have served in this position since 2016. My prior law enforcement experience includes working as a United States Border Patrol Agent from 2008 to 2014, and as a Customs and Border Protection Officer from 2014 to the present. I am an SRT Operator and successfully completed the SRT selection course in 2016. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures. I previously held an LLI certification, which I obtained in 2017 and which has since expired. I have participated in hundreds of search warrants assigned to various entry teams throughout my SRT career.

On September 17th, 2025, I was deployed to Chicago IL for Operation Midway Blitz. Operation Midway Blitz is focused on targeting immigration violators throughout the Illinois. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

On October 3, 2025, at approximately 6:00 a.m., I was assigned to a Quick Reaction Force Team (QRF) to a United States Border Patrol Agent Strike Team. My primary responsibility is the safety and protection of Border Patrol Agents operating in the area. My role required maintaining readiness to respond immediately to any escalation, ensuring agent safety and preserving operational integrity in a volatile and hostile environment. I was in a rough duty Special Response Team uniform with law enforcement identifiers, clearly visible, in accordance with U.S. Customs and Border Protection, Special Response Team standards.

Environmental Conditions

At the time of the operation, the temperature was forecasted to reach 82 degrees, with clear skies and sunshine present in the early morning hours. Humidity was approximately 47 percent, and the sun had risen at 6:50 a.m., providing natural daylight to the area. The terrain consisted of urban property.

Intelligence

Throughout Operation Midway Blitz there has been several documented assaults on various members working under the Department of Homeland Security (DHS).

Throughout the course of the detail our team encountered numerous anti-immigration protestors who actively attempted to block vehicle movements and, on occasions, attacked vehicles transporting personnel.

Initial Encounter

At approximately 10:00 a.m. we were working in the area S Pulaski Rd and W 55th St in Chicago, IL, 60629. Our Border Patrol Strike Team observed a convoy of four civilian vehicles traveling in a coordinated manner near our area of operations. The vehicles were honking their horns and shouting anti-immigration rhetoric from their windows.

Actions

Our QRF intercepted the convoy to ensure the safe movement and continued operations of the Border Patrol agents in the vicinity. During this time, a Ford F-250 bearing Illinois registrat PII registered to Anthony ALVAREZ GONZALEZ, joined the convoy.

The vehicle briefly attempted to block our intersection before repositioning to the rear of the vehicle line. The vehicles actions were disruptive but did not result in physical confrontation or vehicle damage.

As our element continued repositioning away from the Border Patrol agents, Anthony ALVAREZ GONZALEZ began escalating his behavior by attempting to pull alongside our vehicle in an aggressive manor. While travelling eastbound on West 61st St near the intersection of St Louis Ave, I requested an additional QRF team to our location to assist with maintaining security.

Force Used

While traveling south on S Kadzie Avenue Anthony ALVAREZ GONZALEZ continued to escalate his aggressive and violent behavior. At approximately 10:21 a.m. the vehicle intentionally struck our unmarked mini van on the passenger-side rear wheel area in what appeared to be an attempt to conduct a Pursuit Intervention Technique (PIT) maneuver against our vehicle. While continuing southbound on S Kadzie Ave. the Ford F-250 again struck our unmarked minivan, this time contacting the diver side rear bumper. Both impacts were intentional, and the vehicles deliberate, and repeated ramming actions placed federal officers inside our vehicle in immediate danger of serious bodily injury or death. All SRT officers inside the vehicle were injured during this incident. Anthony ALVAREZ GONZALEZ intentional use of his vehicle in this manner constitutes an assault on federal officers.

I requested immediate backup from all available units in order to attempt to arrest the driver, Anthony ALVAREZ GONZALEZ, for assault on a federal officer, in violation of title 18 USC 111.

Immediately after contact was made, our vehicle turned eastbound from S Kadzie Avenue onto W Marquette Rd. At this time, I requested SRTO Justin Harfouche to hand me the PepperBall Launching System (PLS). While SRTO Dandoy continued driving east on W Marquette Rd. I deployed approximately twenty-five (25) PAVA projectiles toward the suspect vehicle, including multiple direct impacts to the hood, windshield and into the driver window. I deployed the PAVA projectiles from inside of our vehicle through the front passenger side window while SRTO Dandoy maintained control of the vehicle and continued driving eastbound. The positioning provided a clear and safe line of sight toward the suspect vehicle allowing me to deliver accurate and

controlled projectiles. My intent deploying the PAVA projectiles was to deter furtherance of assaultive behavior and create distance between our vehicle and the suspect vehicle to prevent additional collisions.

Post-Incident

Due to the positive results of the PepperBall Launching System we were able to break contact with the subject vehicle. The vehicle stopped at the intersection of W Marquette Rd and S Sacramento Ave. and ceased ramming our vehicle. We then made our way to the Chicago Police station where we made an official police report and got interviewed by FBI about the incident. All notifications were sent up the chain of command and we were ordered to return to base to upload BWC videos and start narrative.

The vehicle ramming caused injury to all 3 SRTOs in the vehicle. CA-1s will be filed.

My BWC was not active during the deployment.

**Addenda/Comments**

-- HOLLIE ANN BURGESS, 10-04-2025 19:30

## FILE ATTACHMENTS

**File names:**

LES peg
LES PG
LES JPG

LEADS- ALVAREZ.pdf
ID PHOTO- ALVAREZ.pdf

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | BURGESS, HOLLIE ANN | 10/06/2025 08:26 | |
| Approved | ORNELAS, ERAZMO V. | 10/06/2025 09:08 | |