E-STAR Incident ID: #25684



## U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES -#25684
**Title:** Operation Midway Blitz: Chicago - Assault / Use of Force Little Village
**Incident date/time:** 10/03/2025 11:30
**Type:** ⊠ Assault against CBP personnel ⊠ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
  ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.                **Creation date/time:** 10/03/2025 14:18
**Last updated by:** ARCE, JESSE A.              **Last updated date/time:** 10/07/2025 10:19
**Reviewer:** ARCE, JESSE A                      **Date reviewed:** 10/07/2025

## RELATED SYSTEMS: 3

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** South Drake Street & West 25th Street
    **City:** Chicago     **State:** ILLINOIS     **Zip:** 60623
**Incident coordinates:**
  **Latitude:** 41.84634
  **Longitude:** -87.71364



CHC v. Noem - CBP 000061

**Setting:** Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** On the sidewalk near South Drake Street & West 25th Street
**Environmental factors:**
    **Weather:** ☒ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
    **Illumination:** ☒ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
    **Estimated temperature (Fahrenheit):** 80

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| PARSONS, THOMAS J | Supervisory Border Patrol Agent | In-Person | 10/03/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 2

**Name:** DONAHUE, TIMOTHY R.
    **Gender:** Male    **Age:** 38    **Height:** 5'9"    **Weight:** 170 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 04/28/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 6 years 5 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was DONAHUE, TIMOTHY R. assaulted?** ⊗ Yes    No

**Did DONAHUE, TIMOTHY R. use reportable force?** ⊗ Yes    No
    **Force type:** Other
    **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
    **Description of physical force:** Knee Strikes to Stomach Area
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self |   Protect co-worker |   Protect innocent 3rd party |
|   Protect non-CBP officer/agent |   Effect an arrest or detention |   Prevent escape |
| ☒ Overcome resistance |   Stop vehicle |   Vessel failure to heave to |
|   Animal euthanization |   Other | |

**Was DONAHUE, TIMOTHY R. injured?**    Yes    ⊗ No

**Name:** PARSONS, THOMAS J.
    **Gender:** Male    **Age:** 41    **Height:** 6'0"    **Weight:** 220 pounds
    **CBP employee series or role:** Officer/Agent



**Service EOD:** 12/13/2007
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ⊗ On duty ☐ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 17 years 10 months
    CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ⊠ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes ☐ No
**Attire:** ⊗ Uniform ☐ Plain clothes

**Was PARSONS, THOMAS J. assaulted?** ☐ Yes ⊗ No

**Did PARSONS, THOMAS J. use reportable force?** ☐ Yes ⊗ No

**Was PARSONS, THOMAS J. injured?** ☐ Yes ⊗ No

# SUBJECTS: 1

**Name:** HERNANDEZ, BRIAN
**Gender:** Male    **Date of b**[PII]**/2003**    **Height:** 6'0"    **Weight:** 170 pounds
**Attire:** ⊗ Civilian ☐ Paramilitary ☐ Police ☐ Nude ☐ Unknown
**Was the subject wearing body armor?** ☐ Yes ⊗ No ☐ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   ☐ Yes ⊗ No
**Subject's activity:**
    ☐ Illegal entry
    ⊠ Uncooperative during encounter/inspection
    ☐ Failure to yield/heave to
    ☐ Checkpoint runner
    ☐ Port runner
    ☐ Alien smuggling
    ☐ Narcotics smuggling
    ☐ Scouting
    ☐ Assault (rocks/other projectiles)
    ⊠ Assault (all other types)
    ☐ Rioting/civil disturbance
    ☐ Mass coordinated entry
    ☐ No suspected illegal activity
    ☐ Other

**Subject's current location and disposition if known:** Individual was arrested for 8 USC 111 and taken to the ICE ERO Processing Facility

**Did this subject assault a CBP employee?** ⊗ Yes ☐ No
    **Was the subject outside the US or its territories when committing the assault?** ☐ Yes ⊗ No
    **Weapon(s)/type of assault:**



CHC v. Noem - CBP 000063

**Assault method:** Physically w/o weapon
**Describe physical assault:** Attempted to punch an agent

**Was reportable force used on this subject?** ⊗ Yes   No
  **Was the subject outside the US or its territories when this force was applied?**   Yes   ⊗ No

**Was the subject an occupant of a vehicle?**   Yes   ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes   No
  **Arrested / taken into custody by:** ⊗ CBP   Other federal agency   State agency   Local agency
  **Was an administrative action initiated for this subject by CBP?**   Yes   ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes   No
    **Prosecution By:**   CBP   ⊗ Other federal agency   State agency   Local agency
**Was this subject injured or claiming to be injured?**   Yes   ⊗ No   Unknown

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| HERNANDEZ, BRIAN | Physically w/o weapon - Attempted to punch an agent | DONAHUE, TIMOTHY R. | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| DONAHUE, TIMOTHY R. | Physical Force w/o Weapon - Knee Strikes to Stomach Area | **Subject:** HERNANDEZ, BRIAN<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>Physically w/o weapon - Attempted to punch an agent - Yes<br>**Was this use of force effective against what prompted its use?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**   Yes   ⊗ No
**Did this incident result in collateral injury to a bystander?**   Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of DONAHUE, TIMOTHY R.**
  From: Border Patrol Agent Timothy Donahue
  Date: October 3, 2025
  Subject: Arrests – Brian Hernandez and Jesus Hernandez-Garcia
  Reference: E-STAR  -25684, Operation Midway Blitz – Chicago (Assault/Use of Force, Little Village)

On October 3, 2025, I was assigned to patrol the Little Village neighborhood in Chicago, Illinois, as part of Operation Midway Blitz, along with Supervisory Border Patrol Agent (SBPA) Parsons. I was wearing my standard Border Patrol operational uniform with clearly visible agency identifiers. I was also equipped with my issued body armor, which displayed the word "POLICE" across the front and back at the time of the incident. At approximately 1130 A.M., we initiated a consensual encounter with two individuals near the intersection of West 25th Street and South Drake Avenue.

The primary subject was later identified as Jesus Hernandez-Garcia (DO PII 1979, COC: Mexico). During the consensual contact, we attempted to interview Hernandez-Garcia regarding his immigration status. At that time, his son, later identified as Brian Hernandez (DO PII /2003, USC), deliberately interfered by positioning himself directly in front of his father with his arms spread outward, blocking our ability to speak with Hernandez-Garcia.

Hernandez, Brian ignored verbal instructions and refused to step aside. When I attempted to move him out of the way, he threw a closed-fist punch toward my face. I avoided the strike and immediately responded to his assaultive behavior by delivering a knee strike to his midsection. I then executed a controlled takedown of Hernandez, Brian. SBPA Parsons assisted in restraining Hernandez, Brian, who was placed under arrest for assault on a federal officer and for interfering/impeding with the investigation.

Once Hernandez, Brian was secured, we continued the encounter with Hernandez-Garcia, Jesus, who was determined to be unlawfully present in the United States. Hernandez-Garcia was taken into custody without incident as a collateral arrest.

During the altercation, I was not injured. the subject sustained minor abrasions and redness to left side of his face, and I assessed the individual for any signs of medical distress. The subject was evaluated en route to the ICE-ERO staging area for possible injuries. As I am a certified paramedic, I conducted a medical assessment during transport and determined the subject had no injuries or complaints requiring further medical attention.

I had my AXON 4 body-worn camera, serial number D01A2556T, activated for the duration of this incident, and video footage was captured in its entirety. The evidence associated with this case is logged under evidence serial number LES.

The force used during the encounter was necessary, reasonable, and consistent with policy to defend against an assaultive subject and ensure officer safety. Both subjects were transported to the Broadview Immigration and Customs Enforcement facility for processing in accordance with established procedures.

**Narrative of PARSONS, THOMAS J.**
On October 3, 2025, I was assigned to patrol the Little Village neighborhood in Chicago, Illinois, as part of Operation Midway Blitz, along with Border Patrol Agent (BPA) Timothy Donahue. At approximately 11:30a.m., we initiated a consensual encounter with two individuals near the intersection of West 25th Street and South Drake Avenue.
The primary subject was later identified as Jesus Hernandez-Garcia (D PII 1979, COC: Mexico). During the consensual contact, we attempted to interview Hernandez-Garcia regarding his immigration status. At that time, his son, later identified as Brian Hernandez (D PII 2/2003, USC), deliberately interfered by positioning himself directly in front of his father with his arms spread outward, blocking our ability to speak with Hernandez-Garcia.
Hernandez, Brian ignored verbal instructions and refused to step aside. When I moved him out of the way, I observed Hernandez, Brian proceeds to fight and wrestle with BPA Donahue. I immediately responded to assist BPA Donahue and was able to control Hernandez, Brian and place my handcuffs on him. Hernandez, Brian was placed under arrest for assault on a federal officer and for interfering with the investigation.
Once Hernandez, Brian was secured, we continued the encounter with Hernandez-Garcia, Jesus, who was determined to be unlawfully present in the United States. Hernandez-Garcia, Jesus was taken into custody without incident as a collateral arrest. An Illinois identification card and $40 in U.S. currency were seized from him as property under evidence serial number LES.

I had my AXON 4 body-worn camera activated for the duration of this incident, and video footage was captured in its entirety. The evidence associated with this case is logged under evidence serial number LES.

The force used during the encounter was necessary, reasonable, and consistent with policy to overcome assaultive resistance and ensure officer safety. Both subjects were transported to the Broadview Immigration and Customs Enforcement facility for processing in accordance with established procedures.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/06/2025 23:11 | |
| Rejected | ARCE, JESSE A. | 10/07/2025 08:58 | Suspect's actions labeled as active resistance rather than assaultive in both narratives |
| Submitted | FICK, SHANNON M. | 10/07/2025 09:48 | |
| Approved | ARCE, JESSE A. | 10/07/2025 10:19 | |