

**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed   Active   Ready for review   Rejected   Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES -#25707
**Title:** Operation Midway Blitz: Chicago - Spikes Thrown at Vehicle Humbolt Park Medical Center
**Incident date/time:** 10/03/2025 15:50
**Type:** ⊠ Assault against CBP personnel   Reportable use of force   FTY/Vehicle pursuit by a CBP employee
   Unintentional firearm discharge   Intentional firearm discharge
**Was this a mass encounter incident?**   Yes   ⊗ No
**Reporting organization:** U.S. Border Patrol / Del Rio Sector
**Created by:** FICK, SHANNON M.          **Creation date/time:** 10/06/2025 12:19
**Last updated by:** HORNER, JOHN E.       **Last updated date/time:** 10/10/2025 09:39
**Reviewer:** HORNER, JOHN E              **Date reviewed:** 10/10/2025

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?**   Yes   ⊗ No

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?**   Yes   ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
   **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
   **Address:**
      **Street:** California Ave & Thomas Street
      **City:** Chicago      **State:** ILLINOIS      **Zip:** 60622
**Incident coordinates:**
   **Latitude:** 41.90112
   **Longitude:** -87.69685
**Setting:**   Indoors   ⊗ Outdoors
   **Outdoor setting:** ⊗ On land   In water (standing or swimming)   On water (in vessel)   In the air
**Description of the premises/location:** On the road at the intersection of California Avenue and Thomas Street
**Environmental factors:**
   **Weather:** ⊠ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
   **Illumination:**

CHC v. Noem - CBP 000093

☒ Daylight  Dark  Dawn  Dusk  Good lighting  Poor lighting  Night vision aided  Other
**Estimated temperature (Fahrenheit):** 89

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| BECKER III, WARREN J | Supervisory Border Patrol Agent | In-Person | 10/03/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 4

**Name:** LEWIS, GAVIN R.
**Gender:** Male   **Age:** 34   **Height:** 6'2"   **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 07/02/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/03/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   Total law enforcement experience at the time of the incident: 4 years 3 months
   CBP training previously received (not including basic academy training):

   BPAIST        BORSTAR        ☒ BORTAC        DITP        DTI
   EDVPTP        EMT            FITP            ☒ LLITP (IFITP)   MFF
   MRT           PITP           SRT             TATP        Other

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was LEWIS, GAVIN R. assaulted?** ⊗ Yes   No

**Was LEWIS, GAVIN R. injured?**   Yes   ⊗ No

**Name:** JACKSON, WAYNE R.
**Gender:** Male   **Age:** 48   **Height:** 5'10"   **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/01/1999
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/03/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   Total law enforcement experience at the time of the incident: 26 years 2 months
   CBP training previously received (not including basic academy training):

   BPAIST        BORSTAR        ☒ BORTAC        DITP        DTI
   EDVPTP        EMT            FITP            LLITP (IFITP)   ☒ MFF
   MRT           PITP           SRT             TATP        Other

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was JACKSON, WAYNE R. assaulted?**



CHC v. Noem - CBP 000094

⊗ Yes    No

**Was JACKSON, WAYNE R. injured?**    Yes   ⊗ No

**Name:** HERSCH, TANNER J.
    **Gender:** Male    **Age:** 32    **Height:** 5'9"    **Weight:** 185 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 08/06/2021
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Del Rio Sector
    **Duty (or detail/TDY) location EOD:** 09/18/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
       **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**
       **Total law enforcement experience at the time of the incident:** 4 years 2 months
       **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was HERSCH, TANNER J. assaulted?**    Yes   ⊗ No

**Was HERSCH, TANNER J. injured?**    Yes   ⊗ No

**Name:** BECKER III, WARREN J.
    **Gender:** Male    **Age:** 52    **Height:** 5'10"    **Weight:** 200 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/14/2012
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Del Rio Sector
    **Duty (or detail/TDY) location EOD:** 05/05/2019
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
       **Activity:** Special Operations

    **Armed law enforcement experience:**
       **Total law enforcement experience at the time of the incident:** 7 years 5 months
       **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was BECKER III, WARREN J. assaulted?** ⊗ Yes    No

**Was BECKER III, WARREN J. injured?**    Yes   ⊗ No

## SUBJECTS: 1

**Name:** UNKNOWN-1
    **Gender:** Male    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown
    **Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown
    **Was the subject wearing body armor?**    Yes   ⊗ No    Unknown
    **Immigration status:** Unknown



CHC v. Noem - CBP 000095

**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  Yes   ☒ No

**Subject's activity:**
    Illegal entry
    Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    Assault (rocks/other projectiles)
☒ Assault (all other types)
    Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Subject's current location and disposition if known:** Individual was driving a vehicle that threw spikes out in front of agents

**Did this subject assault a CBP employee?** ☒ Yes    No
  **Was the subject outside the US or its territories when committing the assault?**   Yes   ☒ No

**Weapon(s)/type of assault:**
  **Assault method:** Projectile (other than rock)
    **Projectile description:** Spikes that were thrown in front of agents vehicle

**Was this subject injured or claiming to be injured?**   Yes   ☒ No   Unknown

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| UNKNOWN-1 | Projectile (other than rock) - Spikes that were thrown in front of agents vehicle | LEWIS, GAVIN R. | ☒ Yes | No | Not injured in this incident |
| | | JACKSON, WAYNE R. | ☒ Yes | No | Not injured in this incident |
| | | BECKER III, WARREN J. | ☒ Yes | No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**   Yes   ☒ No
**Did this incident result in collateral injury to a bystander?**   Yes   ☒ No

## WITNESSES: 0

# NARRATIVE

**Narrative of HERSCH, TANNER J.**

On October 3, 2025, I, Border Patrol Agent Tanner Hersch, as part of the Del Rio Sector Border Patrol Tactical Unit (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in my rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the above date, I was assisting Border Patrol Agents who were monitoring an illegal alien in custody at the Humboldt Park Health Medical Facility located at 1044 N Francisco Ave, Chicago, IL 60622.

At approximately 1535 hours, I was parked at the intersection of California Ave and Thomas Street near Humboldt Park Health facility along with SBPA Warren Becker, BPA Gavin Lewis, and BPA Wayne Jackson, providing security to Border Patrol Agents inside. At this time, a large group of protestors began gathering around my vehicle. Approximately 20-30 people had gathered, taking cell phone video of my vehicle and screaming profanities.

At this point a red Toyota Camry, bearing IL License Plate ET 29307, pulled up along the driver side of my vehicle and the driver threw several caltrops (small homemade metal spikes) out the window that hit my driver door and fell onto the street next to my tire. Caltrops are made and used to immobilize vehicles by deflating the tires when they are run over.

I exited my vehicle to retrieve the caltrops off the street. As I did this, the driver made a U-turn and threw several more caltrops out the window, landing underneath my vehicle. The driver of the vehicle sped off and fled the area before being able to be taken into custody.

I was not injured, nor did I use any force against the driver or vehicle. My body camera was not active as my attention was focused on the subject's vehicle approaching my driver side door and throwing projectiles. I quickly had to exit my vehicle and address the possible danger to all agents inside during this rapidly evolving situation.

Once the subject was no longer in sight, I returned to my vehicle and cleared the area to avoid any further altercations with agitators.

**Narrative of BECKER III, WARREN J.**

On October 3, 2025, I, Supervisory Border Patrol Agent (SBPA) Warren Becker, assigned as part of the Del Rio Sector Border Patrol Tactical Unit (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in my rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the above date, I was assisting Border Patrol Agents who were monitoring an illegal alien in custody at the Humboldt Park Health Medical Facility located at 1044 N Francisco Ave, Chicago, IL 60622.

On October 3, 2025, Border Patrol Agents (BPA) Tanner Hersch, Gavin Lewis, and Wayne Jackson, and myself, Supervisory Border Patrol Agent (SBPA) Warren Becker, were assigned as a quick reaction force (QRF) providing security for Strike Teams 1 and 5 during their patrols in Cicero and Humboldt Park area. At around 1535 hours, the QRF had parked on Thomas Street near Adams & Son & Daughter Gardens. Approximately five minutes later, a crowd amassed near our vehicle and began chanting and yelling. A red sedan drove near our vehicle and threw caltrop spikes at the QRF vehicle. The red sedan, a Toyota Camry, with Illinois license plate bearing ET 29307, pulled in front of our vehicle and began to back up in an attempt to box the QRF vehicle in. I exited our vehicle to make contact with the driver. The Toyota Camry quickly turned around and sped off while throwing additional caltrop spikes at our vehicle. The QRF picked up a few spikes to clear the tires and then left the area without incident.

I was not injured, nor did I use any force against the driver or vehicle. My body camera was not active as my attention was focused on the subject's vehicle approaching and accelerating while throwing projectiles. I quickly had to exit my vehicle and

CHC v. Noem - CBP 000097

address the possible danger to all agents inside during this rapidly evolving situation.

Once the subject was no longer in sight, all members of the QRF returned to our vehicle and cleared the area to avoid any further altercations with agitators.

### Narrative of LEWIS, GAVIN R.

On October 3, 2025, I, Border Patrol Agent Gavin Lewis, as part of the Del Rio Sector Border Patrol Tactical Unit (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement/Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the above date I was assisting Border Patrol Agents who were monitoring an illegal alien in custody at Humboldt Park Health Medical Center at 1044 N Francisco Ave. Chicago, IL 60622. Supervisory Border Patrol Agent Warren Becker and Border Patrol Agents (BPA) Tanner Hersch, Wayne Jackson and myself were in BPA Hersch's vehicle parked nearby on California Avenue and Thomas Street intersection when 20 to 30 people gathered around the vehicle and began yelling and screaming profanities while recording with cell phones and cameras.

At approximately 1535 hours, a red Toyota Camry pulled up next to the driver side of BPA Hersch's vehicle and threw spikes out the window. The driver then quickly made a U-Turn and threw more spikes out of the window and left the area. I exited the vehicle to ensure that there were no spikes underneath our vehicle that would deflate the tires. I then returned to BPA Hersch's vehicle and we cleared the area to avoid further escalating the situation.

I was not injured and did not use any less lethal devices on the subject or vehicle during the incident; my body worn camera was not active as I was focused on getting pictures of the vehicle for further law enforcement action.

### Narrative of JACKSON, WAYNE R.

On October 3, 2025 I, Border Patrol Agent Wayne Jackson, as a member of the Del Rio Sector Border Patrol Sector Tactical Unit (BORTAC), was detailed to Chicago, Illinois with Operation Midway Blitz. I was wearing my BORTAC rough duty uniform, with all law enforcement identifiers clearly visible.

I was assigned as a Quick Reaction Force (QRF), for Border Patrol Agents who were guarding a injured subject in custody at Humboldt Park Health Medical Center. Supervisory Border Patrol Agent Warren Becker and Border Patrol Agents Tanner Hersh, Gavin Lewis, and myself were in Hersh's assigned service vehicle parked near the intersection California Avenue and Thomas Street, when 20-30 people gathered around the vehicle and began screaming and yelling at us, while recording. A vehicle was parked close behind us honking constantly with the driver yelling obscenities. At approximately 1535 hours, a red Toyota Camry pulled along the driver's side of our vehicle and the driver threw out a small handful of caltrops. Some of the caltrops hit the side of our vehicle and some went under the vehicle. It was obvious the subject was attempting to place the caltrops near the tires to disable our vehicle. I dismounted the vehicle and began moving toward the Camry as it was conducting a U-turn, as the vehicle passed me the driver again threw a handful of caltrops under our service ride as she sped away.

All Agents picked up the caltrops, then got back into our service unit and left the area searching for the red Camry. I was not injured and did not use any form of force in the incident. My body worn camera was not activated due to the scene changing rapidly and not allowing time to activate it.

## FILE ATTACHMENTS

**File names:**
  Media (10).jpg
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/09/2025 08:57 | |
| Rejected | ARCE, JESSE A. | 10/09/2025 16:22 | link estars |
| Submitted | FICK, SHANNON M. | 10/09/2025 17:04 | |
| Approved | HORNER, JOHN E. | 10/10/2025 09:39 | |

Page 7 of 7

Print Date: 2025-10-25

CHC v. Noem - CBP 000099