

U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed    Active    Ready for review    Rejected    Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25706
**Title:** Operation Midway Blitz: Chicago - Follow-on Incidents from Officer Involved Shooting (OFO)
**Shift start date/time:** 10/04/2025 15:00
**Shift end date/time:** 10/04/2025 23:59
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force    FTY/Vehicle pursuit by a CBP employee
          Unintentional firearm discharge    Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes    No
   **CBP Reporting Organizations:**
      U.S. Border Patrol
      Air and Marine Operations
      ☒ Office of Field Operations Location: Office of Field Operations
**Created by:** BURGESS, HOLLIE ANN          **Creation date/time:** 10/06/2025 10:26
**Last updated by:** ORNELAS, ERAZMO V.       **Last updated date/time:** 10/07/2025 08:40
**Reviewer:** ORNELAS, ERAZMO V               **Date reviewed:** 10/07/2025

## RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes    No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | OFO |
| Other involved organizations: | |
| CBP | USBP |
| Other federal agency | ICE ERO |

**Were other CBP components/external agencies involved?** ⊗ Yes    No

CHC v. Noem - CBP 000134

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Chicago Field Operations / Chicago
**Country/international waters:** United States of America
**Address:**
    **Street:** South Kedzie Avenue via West 39th Place
    **City:** Chicago    **State:** ILLINOIS    **Zip:**
**Incident coordinates:**
    **Latitude:** 41.74619
    **Longitude:** -87.70232
**Setting:**    Indoors   ⊗ Outdoors
**Outdoor setting:**   ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** On the road in the vicinity of South Kedzie Avenue via West 39th Place, Chicago, Illinois.
**Environmental factors:**
    **Weather:** ☒ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
    **Illumination:** ☒ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
    **Estimated temperature (Fahrenheit):** 83

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| CHEVALIER, JOSEPH H | | Phone | 10/04/2025 |
| ORNELAS, ERAZMO V | | Phone | 10/04/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 1

**Name:** SANCHEZ, HUGO C.

    **Gender:** Male    **Age:** 30    **Height:** 5'6"    **Weight:** 175 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 01/14/2018
    **Duty location or detail/TDY location during the incident:** Office of Field Operations / Houston Field Operations
    **Duty (or detail/TDY) location EOD:** 10/02/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Special Operations

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 7 years 6 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was SANCHEZ, HUGO C. assaulted?** ⊗ Yes    No

**Did SANCHEZ, HUGO C. use reportable force?** ⊗ Yes    No
    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** PAVA (area saturation)

CHC v. Noem - CBP 000135

**Reason(s) for this use of force:**

☒ Protect self ☒ Protect co-worker ☒ Protect innocent 3rd party

☒ Protect non-CBP officer/agent ☒ Effect an arrest or detention Prevent escape

☒ Overcome resistance Stop vehicle Vessel failure to heave to

Animal euthanization Other

**Usage 1**

**Estimated use of force date/time (local):** 10/04/2025 15:10

**Posture:** Standing Kneeling Prone ☒ Other - Sitting

**Estimated distance:** Unknown

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 4

**Was this force type used again within the same shift (a break-in-the-action)?** ⊗ Yes No

**Usage 2**

**Estimated use of force date/time (local):** 10/04/2025 15:11

**Posture:** Standing Kneeling Prone ☒ Other - Sitting

**Estimated distance:** Unknown

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 4

**Was this force type used again within the same shift (a break-in-the-action)?** Yes ⊗ No

**Was SANCHEZ, HUGO C. injured?** Yes ⊗ No

# SUBJECTS: 2

**Name:** MASS GROUP

**Estimated number of individuals in the group:** 50

**Group description (Composition, attire, etc.):** Approximately 50 or more individuals wearing civilian clothing.

**Was any member of this group wearing body armor?** Yes No ⊗ Unknown

**Group activity:**

Illegal entry

☒ Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

☒ Assault (rocks/other projectiles)

Assault (all other types)

Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Group's current location and disposition if known:** The individuals dispersed enough so our vehicle could safely pass.

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes No

**Was any member of the group outside the US or its territories when committing the assault?** Yes ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Rocking (rocks only)

**Estimated assault date/time (local):** 10/04/2025 15:10



CHC v. Noem – CBP 000136

**Assault method:** Projectile (other than rock)
        **Projectile description:** glass bottles, rocks, eggs, and water bottles
        **Estimated assault date/time (local):** 10/04/2025 15:10

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes    No

    **Was any member of this group outside the US or its territories when this force was applied?**   Yes  ⊗ No

---

**Name:** UNKNOWN-1

**Gender:** Unknown    **Age:** 18-25 years old    **Height:** 5'0" - 5'5"    **Weight:** 100 - 149 lbs

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**   Yes    No  ⊗ Unknown

**Immigration status:**

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes  ⊗ No

**Subject's activity:**

    ☐ Illegal entry
    ☒ Uncooperative during encounter/inspection
    ☐ Failure to yield/heave to
    ☐ Checkpoint runner
    ☐ Port runner
    ☐ Alien smuggling
    ☐ Narcotics smuggling
    ☐ Scouting
    ☒ Assault (rocks/other projectiles)
    ☐ Assault (all other types)
    ☐ Rioting/civil disturbance
    ☐ Mass coordinated entry
    ☐ No suspected illegal activity
    ☐ Other

**Subject's current location and disposition if known:** Unknown female attempted to throw a can of CS, then the subject fled the scene on foot into the crowd and absconded.

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**   Yes  ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Projectile (other than rock)
        **Projectile description:** Eggs and glass bottles
        **Estimated assault date/time (local):** 10/04/2025 15:11

**Was reportable force used on this subject?** ⊗ Yes    No

    **Was the subject outside the US or its territories when this force was applied?**   Yes  ⊗ No

**Was the subject an occupant of a vehicle?**   Yes  ⊗ No

**Was this subject injured or claiming to be injured?**   Yes  No  ⊗ Unknown

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MASS GROUP | Rocking (rocks only) on 10/04/2025 15:10 | SANCHEZ, HUGO C. | ⊗ Yes  No | Not injured in this incident |

CHC v. Noem - CBP 000137

| MASS GROUP | Projectile (other than rock) - glass bottles, rocks, eggs, and water bottles on 10/04/2025 15:10 | SANCHEZ, HUGO C. | ⊗ Yes  No | Not injured in this incident |
| UNKNOWN-1 | Projectile (other than rock) - Eggs and glass bottles on 10/04/2025 15:11 | SANCHEZ, HUGO C. | ⊗ Yes  No | Not injured in this incident |

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| SANCHEZ, HUGO C. | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/04/2025 15:10 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 10/04/2025 15:10** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - glass bottles, rocks, eggs, and water bottles on 10/04/2025 15:10** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| SANCHEZ, HUGO C. | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/04/2025 15:11 | **Subject:** UNKNOWN-1<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Eggs and glass bottles on 10/04/2025 15:11** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage?     Yes  ⊗ No

Did this incident result in collateral injury to a bystander?     Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

 **LES** #25696

**Narrative of SANCHEZ, HUGO C.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

In support of "Operation Midway Blitz", the Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase "at large" arrests of illegal aliens, including individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this

Print Date: 2025-10-27

CHC v. Noem - CBP 000138

operation commenced by deploying 1,000 interagency teams daily across the U.S., operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Customs and Border Protection (CBP), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area includes the following:

- U.S. Census Bureau data from 2019 indicates an estimated 257,000 illegal aliens live in Cook County, IL with approximately 183,000 living in Chicago.
o  Profile of the Unauthorized Population - IL | migrationpolicy.org
- 2016 U.S. Census Bureau data shows:
o  There are an estimated 829,000 non-citizens residing in Chicago that are potentially at risk of deportation
o  There are an estimated 900,000 non-citizens residing in Illinois that are potentially at risk of deportation
o  profile-foreign-born-population-chicago.pdf
- How many immigrants are in Illinois? | USAFacts
o  2024 Census Burau's American Community Survey data The number of foreign-born residents in Illinois grew from 1.81M in 2013 to 1.88M in 2024.
o  The Department of Homeland Security estimates approximately 420,000 immigrants in Illinois do not have lawful immigration status to reside in the U.S.
- Chicago Mayor Brandon Johnson defends spending on migrant crisis during sanctuary city hearings in Washington DC - ABC7 Chicago
o  More than 50,000 migrants arrived in Chicago since 2022.

I, Hugo Sanchez, am a Customs and Border Protection Special Response Team (SRT) Operator as part of U.S. Customs and Border Protection Special Operations Division (SOD). I have served in this position since 2020 as well as a Customs and Border Protection Officer from 2018 to present. I am an SRT Operator and successfully completed the SRT Basic Selection Course and Critical Skills Course in 2020. I have received numerous and continuous on the job training in law enforcement operations involving use of force applications, both less than lethal and deadly force, as well as other enforcement tactics and procedures. I have a current Less Lethal Instructor certification, which I obtained in 2021 and still active. I have been certified as an Emergency Medical Technician since September of 2025.

On October 4th, 2025; I, Hugo Sanchez with the Office of Field Operations (OFO), Special Response Team (SRT), was assigned to serve as a quick reaction force (QRF) for Operation Midway Blitz in Chicago, Illinois protecting Border Patrol as they conducted enforcement operations. My shift started at 0500 hours and my uniform for the day was multicam arid uniform with "police" identifiers on it.

At approximately 1303 my team and I, arrived at South Kedzie Avenue in Chicago Illinois to assist Border Patrol (BP), Immigration and Customs Enforcement (ICE) and other federal partners as a large mob began to draw protesting a recent enforcement action involving BP. The situation was highly volatile with subjects throwing rocks and glass bottles as law enforcement vehicles were attempting to exfil from the area.

At approximately 1510, CBP personnel began to leave the area from South Kedzie Avenue via West 39th Place. Chicago Police had arrived and were going to hold the mob near West Pershing Rd and S Kedzie Avenue. The crowd of protestors who were further North on W Pershing Rd broke through the officer line Chicago Police established and began rushing towards the egress route that CBP personnel were using and began to throw objects such as glass bottles, rocks, eggs, and water bottles at CBP personnel. The mob was also blocking the egress road. Border Patrol (BP) Bortac operators were in the vehicle in front of the one that I was riding in. I was in a white Toyota 4Runner as the front seat passenger, SRTO Luis Colon was driving and SRTO Arturo Rivera was in the back seat. BP Bortac began to deploy CS gas in the area where the mob blocked the road. The mob

CHC v. Noem - CBP 000139

and agitators were throwing objects such as glass bottles and rocks at the officers/agents. The deployment of CS aided in dispersing the crowd; however, not all fled the area. About 50 people remained, most were still blocking the road and throwing rocks and glass bottles at the federal law enforcement officers. As we attempted to depart the location, they continued to assault the officers/agents and attempt to throw and kick back the chemical munitions canisters back onto the road, which were actively releasing chemical agents.

I deployed a volley of 3-4 Pepperball Pava projectiles for area saturation near the subjects who were throwing objects and attempting to kick back the CS gas canisters back toward the officers/agents that were actively deploying chemical munitions. The deployment of the pava dispersed the crowd enough so our vehicle could pass safely through the mob.
As we continued driving down the road the agitators continued to throw objects at the vehicles. Further down the street at the intersection of W 39th place and South Albany Avenue another agitator, a female dressed in black clothing was throwing objects such as eggs and glass bottles at the convoy as well.

I assessed the situation and deployed a volley of 3-4 pave projectiles towards the female for area saturation which made her stop throwing objects at us. One Border Patrol Agent's got out of his vehicle and attempted to apprehend the female, but she fled the scene into the crowd and absconded.

CBP personnel were able to exit the area at approximately 1512. I was not injured during the incident. My body worn camera was on and recorded incident "Evidence serial number: LES My assigned Team Leader SRT Operator Loizos was notified of the Use of Force and reported that to the SRT Chief of Operations SRTO Chevalier who notified SOS Ornelas at approximately 1521.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | CHEVALIER, JOSEPH H. | 10/06/2025 16:44 | |
| Approved | ORNELAS, ERAZMO V. | 10/07/2025 08:40 | |

CHC v. Noem - CBP 000140