

# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES -#25754
**Title:** Operation Midway Blitz-Mass Encounter N. Sawyer Ave/W. Wilson Ave, Chicago
**Shift start date/time:** 10/12/2025 07:00
**Shift end date/time:** 10/12/2025 18:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ☐ No
**CBP Reporting Organizations:**
  ☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
  ☐ Air and Marine Operations
  ☐ Office of Field Operations

**Created by:** ELIZALDE, JUSTIN C.
**Last updated by:** HUGHBANKS, DANIEL L.
**Reviewer:** HUGHBANKS, DANIEL L

**Creation date/time:** 10/13/2025 12:37
**Last updated date/time:** 10/18/2025 10:17
**Date reviewed:** 10/18/2025

## RELATED SYSTEMS: 7

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 7 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |
| **Other involved organizations:** | |
| CBP | OFO |

CHC v. Noem - CBP 000360

**Were other CBP components/external agencies involved?** ⊗ Yes ☐ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
    **Landmark:** ILLINOIS
**Country/international waters:** United States of America
    **Address:**
        **Street:**
        **City:**     **State:** ILLINOIS     **Zip:**
**Incident coordinates:**
    **Latitude:** 41.96467
    **Longitude:** -87.70958
**Setting:** ☐ Indoors   ⊗ Outdoors
    **Outdoor setting:** ⊗ On land   ☐ In water (standing or swimming)   ☐ On water (in vessel)   ☐ In the air
**Description of the premises/location:** Suburban neighborhood with congested and narrow one-way streets
**Environmental factors:**
    **Weather:** ☒ Dry   ☐ Raining   ☐ Snowing   ☐ Flooding   ☐ Windy   ☐ Storm   ☐ Haze/blowing dust   ☐ Fog   ☐ Other
    **Illumination:** ☒ Daylight   ☐ Dark   ☐ Dawn   ☐ Dusk ☒ Good lighting   ☐ Poor lighting   ☐ Night vision aided   ☐ Other
    **Estimated temperature (Fahrenheit):** 70

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SANTIZO JR, GUILLERMO | Supervisory Border Patrol Agent | Phone | 10/12/2025 |

**Other authorities notified (external to CBP):** ☐ Federal   ☐ Tribal   ☒ State   ☐ Local   ☐ Foreign

## EMPLOYEES: 8

**Name:** MARTINEZ GERARDO, JESSE JAMES
    **Gender:** Male   **Age:** 28   **Height:** 5'10"   **Weight:** 220 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 01/15/2021
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/07/2025
    **Duty status at the time of the incident:** ⊗ On duty   ☐ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 4 years 0 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

    **Wearing body armor?** ⊗ Yes   ☐ No
    **Attire:** ☐ Uniform   ⊗ Plain clothes

    **Was MARTINEZ GERARDO, JESSE JAMES assaulted?** ⊗ Yes   ☐ No
    **Did MARTINEZ GERARDO, JESSE JAMES use reportable force?** ☐ Yes   ⊗ No
    **Was MARTINEZ GERARDO, JESSE JAMES injured?** ☐ Yes   ⊗ No

**Name:** COLON, LUIS M.
   **Gender:** Male    **Age:** 42    **Height:** 5'10"    **Weight:** 205 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 04/27/2008
   **Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
   **Duty (or detail/TDY) location EOD:** 10/02/2025
   **Duty status at the time of the incident:** ⊗ On duty     Off duty
      **Activity:** Patrol Interior
   **Armed law enforcement experience:**
      Total law enforcement experience at the time of the incident: 17 years 0 months
      CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

   **Wearing body armor?** ⊗ Yes    No
   **Attire:**    Uniform  ⊗ Plain clothes
   **Was COLON, LUIS M. assaulted?** ⊗ Yes    No
   **Did COLON, LUIS M. use reportable force?**    Yes  ⊗ No
   **Was COLON, LUIS M. injured?**    Yes  ⊗ No

**Name:** SANCHEZ, HUGO C.
   **Gender:** Male    **Age:** 30    **Height:** 5'6"    **Weight:** 175 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 01/14/2018
   **Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
   **Duty (or detail/TDY) location EOD:** 10/02/2025
   **Duty status at the time of the incident:** ⊗ On duty     Off duty
      **Activity:** Patrol Interior
   **Armed law enforcement experience:**
      Total law enforcement experience at the time of the incident: 7 years 8 months
      CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

   **Wearing body armor?** ⊗ Yes    No
   **Attire:**    Uniform  ⊗ Plain clothes
   **Was SANCHEZ, HUGO C. assaulted?** ⊗ Yes    No
   **Did SANCHEZ, HUGO C. use reportable force?**    Yes  ⊗ No
   **Was SANCHEZ, HUGO C. injured?**    Yes  ⊗ No

**Name:** RUIZ, TIMOTHY J.
   **Gender:** Male    **Age:** 27    **Height:** 5'10"    **Weight:** 200 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 06/19/2017
   **Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
   **Duty (or detail/TDY) location EOD:** 09/07/2025
   **Duty status at the time of the incident:** ⊗ On duty     Off duty
      **Activity:** Patrol Interior

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 8 years 4 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ☒ Yes    No
**Attire:**    Uniform    ☒ Plain clothes

**Was RUIZ, TIMOTHY J. assaulted?** ☒ Yes    No

**Did RUIZ, TIMOTHY J. use reportable force?**    Yes    ☒ No

**Was RUIZ, TIMOTHY J. injured?**    Yes    ☒ No

**Name:** RENTERIA, ABRAHAM D.
**Gender:** Male    **Age:** 37    **Height:** 5'8"    **Weight:** 193 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 12/19/2011
**Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
**Duty (or detail/TDY) location EOD:** 09/07/2025
**Duty status at the time of the incident:** ☒ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 13 years 11 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ☒ Yes    No
**Attire:**    Uniform    ☒ Plain clothes

**Was RENTERIA, ABRAHAM D. assaulted?** ☒ Yes    No

**Did RENTERIA, ABRAHAM D. use reportable force?**    Yes    ☒ No

**Was RENTERIA, ABRAHAM D. injured?**    Yes    ☒ No

**Name:** DURAN III, JUAN
**Gender:** Male    **Age:** 24    **Height:** 6'0"    **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/04/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/10/2025
**Duty status at the time of the incident:** ☒ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 4 years 4 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?**

CHC v. Noem - CBP 000363

☒ Yes ☐ No

**Attire:** ☐ Uniform ☒ Plain clothes

**Was DURAN III, JUAN assaulted?** ☒ Yes ☐ No

**Did DURAN III, JUAN use reportable force?** ☐ Yes ☒ No

**Was DURAN III, JUAN injured?** ☐ Yes ☒ No

**Name:** DUARTE LEON, FRANCISCO JA
**Gender:** Male **Age:** 38 **Height:** 6'0" **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 01/29/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 4 years 9 months
  **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☐ Uniform ☒ Plain clothes

**Was DUARTE LEON, FRANCISCO JA assaulted?** ☒ Yes ☐ No

**Did DUARTE LEON, FRANCISCO JA use reportable force?** ☐ Yes ☒ No

**Was DUARTE LEON, FRANCISCO JA injured?** ☐ Yes ☒ No

**Name:** ELIZALDE, JUSTIN C.
**Gender:** Male **Age:** 50 **Height:** 6'0" **Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/03/2005
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 20 years 1 months
  **CBP training previously received (not including basic academy training):**

| ☒ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☒ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☐ Uniform ☒ Plain clothes

**Was ELIZALDE, JUSTIN C. assaulted?** ☒ Yes ☐ No

**Did ELIZALDE, JUSTIN C. use reportable force?** ☒ Yes ☐ No
  **Force type:** Less-lethal Device
  **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
  **Device type:** Hand-Thrown Munitions - Chemical

CHC v. Noem - CBP 000364

**Munition type:** Flameless Tri-Chamber CS Canister
**Device description/comments:** Tri-Chamber CS Canister
**Estimated use of force date/time (local):** 10/12/2025 12:45
**Posture:** ☒ Standing    ☐ Kneeling    ☐ Prone    ☐ Other
**Estimated distance:** 5 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ☒ Yes    ☐ No    ☐ Unknown    ☐ Not applicable
**Time needed for decontamination (in minutes):** ☒ 0 to 10    ☐ 11 to 20    ☐ More than 20
**Was this force type used again within the same shift (a break-in-the-action)?**    ☐ Yes    ☒ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was ELIZALDE, JUSTIN C. injured?** ☒ Yes    ☐ No
**Injury information:**
**Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
**Injury Comment:** Injury to right elbow, likely due to strain/excursion of use during incident.
**Refused medical attention?** ☒ Yes    ☐ No
**Received treatment?**    ☐ Yes    ☒ No
**Was a form CA-1 filed?** ☒ Yes    ☐ No
**Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ☐ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☒ Arms/hands |
| ☐ Front legs/feet | ☐ Rear legs |

## SUBJECTS: 2

**Name:** MASS GROUP
**Estimated number of individuals in the group:** 50
**Group description (Composition, attire, etc.):** Group size of approximately 50 subjects in an assortment of civilian attire. There were a few subjects with bicycles and helmets at the scene using the bicycles as impediments to Agents exfiltration from the scene. Some subjects in the crowd appeared to be residents of the neighborhood. Other subjects appeared to be professional agitators based on their style of dress, possession and used of "alert whistles" and using bicycles to follow and alert the community of Agent presents using bicycles.
**Was any member of this group wearing body armor?**    ☐ Yes    ☐ No    ☒ Unknown
**Group activity:**

☐ Illegal entry
☒ Uncooperative during encounter/inspection
☒ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting

CHC v. Noem - CBP 000365

☒ Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
   Mass coordinated entry
   No suspected illegal activity
   Other

**Group's current location and disposition if known:** Group disbanded

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes   No

**Was any member of the group outside the US or its territories when committing the assault?**   Yes   ⊗ No

**Weapon(s)/type of assault:**
   **Assault method:** Projectile (other than rock)
      **Projectile description:** Throwing various objects such as coffee cups and other various items toward agents
   **Estimated assault date/time (local):** 10/12/2025 12:40

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes   No

**Was any member of this group outside the US or its territories when this force was applied?**   Yes   ⊗ No

---

**Name:** GHEEWALA, SAMAY

**Gender:** Male   **Age:** 51-60 years old   **Height:** 5'6" - 5'11"   **Weight:** 200 lbs or over

**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown

**Was the subject wearing body armor?**   Yes   ⊗ No   Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**   Yes   ⊗ No

**Subject's activity:**
   Illegal entry
☒ Uncooperative during encounter/inspection
   Failure to yield/heave to
   Checkpoint runner
   Port runner
   Alien smuggling
   Narcotics smuggling
   Scouting
☒ Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
   Mass coordinated entry
   No suspected illegal activity
   Other

**Subject's current location and disposition if known:** During mass encounter, subject was not able to be apprehended due to exigent circumstance to leave area for officer safety purposes. Body camera footage was obtained of subject and he self-identified himself in a newspaper article by the Chicago Sun-Times.

**Did this subject assault a CBP employee?** ⊗ Yes   No

**Was the subject outside the US or its territories when committing the assault?**   Yes   ⊗ No

**Weapon(s)/type of assault:**
   **Assault method:** Chemical device
      **Device description:** CS Tri-Chamber Canister
      **Acquisition type:** Seized from arresting officer

CHC v. Noem - CBP 000366

**Concealment type:** Carried at ready
**Estimated assault date/time (local):** 10/12/2025 12:45

**Assault method:** Physically w/o weapon
  **Describe physical assault:** Pushing and kicking agents as they made contact with him
**Estimated assault date/time (local):** 10/12/2025 12:45

**Was reportable force used on this subject?**   Yes   ⊗ No

**Was this subject arrested / taken into custody?**   Yes   ⊗ No

**Was this subject injured or claiming to be injured?** ⊗ Yes   No   Unknown
**Injury information:**
  **Injury type:** Superficial injuries (no treatment expected)
  **Injury Comment:** Subject claimed in Chicago Sun-Times that he injured his hand during incident.
  **Refused medical attention?** ⊗ Yes   No
  **Received treatment?**   Yes   ⊗ No
  **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| Front legs/feet | Rear legs |

## ASSAULTS: 19

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| MASS GROUP | Projectile (other than rock) - Throwing various objects such as coffee cups and other various items toward agents on 10/12/2025 12:40 | ELIZALDE, JUSTIN C. | ⊗ Yes | No | Yes ⊗ No |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes | No | Not injured in this incident |
| | | COLON, LUIS M. | ⊗ Yes | No | Not injured in this incident |
| | | SANCHEZ, HUGO C. | ⊗ Yes | No | Not injured in this incident |
| | | RUIZ, TIMOTHY J. | ⊗ Yes | No | Not injured in this incident |
| | | RENTERIA, ABRAHAM D. | ⊗ Yes | No | Not injured in this incident |
| | | DURAN III, JUAN | ⊗ Yes | No | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | ⊗ Yes | No | Not injured in this incident |
| GHEEWALA, SAMAY | Chemical device - CS Tri-Chamber Canister on 10/12/2025 12:45 | ELIZALDE, JUSTIN C. | ⊗ Yes | No | ⊗ Yes   No |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes | No | Not injured in this incident |
| | | COLON, LUIS M. | ⊗ Yes | No | Not injured in this incident |

| | | | | | |
|---|---|---|---|---|---|
| | | SANCHEZ, HUGO C. | ⊗ Yes  No | | Not injured in this incident |
| | | RUIZ, TIMOTHY J. | ⊗ Yes  No | | Not injured in this incident |
| | | RENTERIA, ABRAHAM D. | ⊗ Yes  No | | Not injured in this incident |
| | | DURAN III, JUAN | ⊗ Yes  No | | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | ⊗ Yes  No | | Not injured in this incident |
| GHEEWALA, SAMAY | Physically w/o weapon - Pushing and kicking agents as they made contact with him on 10/12/2025 12:45 | ELIZALDE, JUSTIN C. | ⊗ Yes  No | ⊗ Yes  No | |
| | | MARTINEZ GERARDO, JESSE JAMES | Yes ⊗ No | | Not injured in this incident |
| | | COLON, LUIS M. | ⊗ Yes  No | | Not injured in this incident |
| | | SANCHEZ, HUGO C. | Yes ⊗ No | | Not injured in this incident |
| | | RUIZ, TIMOTHY J. | Yes ⊗ No | | Not injured in this incident |
| | | RENTERIA, ABRAHAM D. | Yes ⊗ No | | Not injured in this incident |
| | | DURAN III, JUAN | Yes ⊗ No | | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | ⊗ Yes  No | | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ELIZALDE, JUSTIN C. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Flameless Tri-Chamber CS Canister - Tri-Chamber CS Canister on 10/12/2025 12:45 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing various objects such as coffee cups and other various items toward agents on 10/12/2025 12:40** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No
**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

### Shared incident narrative

**Narrative of MARTINEZ GERARDO, JESSE JAMES**
On October 12, 2025, at approximately 12:30 PM, while conducting immigration enforcement operations during Operation Midway Blitz in the vicinity of N. Sawyer Avenue and W. Wilson Avenue in Chicago, IL, I, Border Patrol Agent (BPA) Jesse Martinez, was operating a government rental unmarked Nissan Rogue with SBPA M. Gorritz and BPA J. Duran. Our assigned Quick Reaction Force (QRF) was also present in the area. We were wearing plain clothes with Border Patrol issued Body armor with clearly marked Law Enforcement markings on the front and back.

While traveling on a one-way street, our vehicle and QRF units became boxed in by multiple individuals, impeding our movement within minutes of making an arrest of a subject. Our movement was blocked by approximately 40-50 subjects with vehicles, bicycles, and subjects linking their arms together in front of our vehicle. This has happened numerous times to myself and other teams during Operation Midway Blitz. Oftentimes, the crowds grow and become violent by ramming our vehicles, throwing objects at Agents and their vehicles, and physically assaulting Agents. I exited the Nissan Rogue and issued verbal commands requesting that the individuals move away from our vehicle to allow us to continue forward. The crowd became increasingly loud and aggressive, with some individuals physically striking our vehicle and throwing coffee mugs and other objects.

In response to the escalating hostility, I physically pushed several individuals away from the vehicle to clear a path. Multiple Agents attempted to clear the path of our vehicles so we can safely leave the area with the arrested subject but we were unsuccessful. At that point, SBPA Justin Elizalde advised the crowd that they were in violation of the law and obstructing our duties. He informed the crowd that if they did not allow us to leave the area, they would be subject to arrest and he may deploy chemical munitions to disperse the crowd. The subjects refused to move and SBPA Elizalde deployed a CS canister to in an attempt to clear the path for our vehicles. Once the CS canister was deployed, some subjects moved out of the way, but there were still subjects blocking our path. Multiple Agents had to physically move subjects from in front of our vehicles in order for us to leave the area. Once the crowd was clear of my vehicle's path, I was able to re-enter the vehicle, and we departed the area safely.

Incident\Video Recording device, evidence tag  LES

**Narrative of SANCHEZ, HUGO C.**
I, Hugo Sanchez, am a Customs and Border Protection Special Response Team (SRT) Operator as part of U.S. Customs and Border Protection Special Operations Division (SOD). I have served in this position since 2020 as well as a Customs and Border Protection Officer from 2018 to present. I am an SRT Operator and successfully completed the SRT Basic Selection Course and Critical Skills Course in 2020. I have received numerous and continuous on the job training in law enforcement operations involving use of force applications, both less than lethal and deadly force, as well as other enforcement tactics and procedures. I have a current Less Lethal Instructor certification, which I obtained in 2021 and is still active. I have been certified as an Emergency Medical Technician since September of 2025.

On October 12th, 2025 I was assigned to serve as a quick reaction force (QRF) for Operation Midway Blitz in Chicago, Illinois assisting Border Patrol Strike Team 7 as they conducted enforcement operations. My shift started at 0500 hours and my uniform for the day was plain clothes with "police" identifiers on it.

At approximately 12:40 PM, my team and I, arrived at N Sawyer Avenue intersection with W Wilson Avenue in Chicago Illinois. I was driving a Black Toyota 4Runner and serving as QRF for a Black Nissan Rouge where there were 3 Border Patrol agents. Border Patrol Strike Team 7 identified two subjects (one male & one female) on N Sawyer Avenue and attempted to conduct a consensual encounter with the two subjects. Both subjects began to flee running south through N Sawyer Avenue. Two Border Patrol agents from the Nissan Rouge began to run after the subjects, my partner that was in the passenger seat, Special Response Team Operator Luis Colon got out of the vehicle and ran to assist the Border Patrol agents.

At this time, two subjects (one male and one female) began to approach from the north of Sawyer Avenue and made contact with

the Nissan Rogue. The subjects began to blow a whistle and scream, alerting the neighborhood of the presence of immigration agents on the street. As the Border Patrol Agents and SRTO Colon returned to the vehicles, another subject was following them screaming and alerting the neighborhood of our presence. More subjects began to approach the vehicles and attempt to block our vehicles on N Sawyer Avenue. I notified the other QRF and strike team that we were beginning to be blocked in.

I exited the vehicle and began to assist Border Patrol and SRTO Colon in clearing the road so the Nissan Rogue could move forward because they had one subject arrested in the vehicle. I gave numerous commands to the crowd that began to form around the vehicles. I repeatedly stated, "Out of the road, get out of the road". The crowd continued to grow and prevented the vehicles from moving forward. Secondary QRF composed of SRTO Abraham Renteria, Arturo Rivera, and Timothy Ruiz arrived in a Grey Silverado and began to assist in moving the crowd.
I returned to the black 4Runner as QRF and Border Patrol Agents moved the crowd out of the road. During this, the black Nissan Rogue was given enough space to begin to move forward and exit on the intersection of Sawyer and Wilson Avenue. As the crowd was dispersed from the Rogue with verbal commands, they would collapse on the 4Runner preventing me from moving forward. When I finally was given enough space to drive forward, I arrived at the intersection of Sawyer Avenue and Wilson Avenue.

The crowd had grown further to approximately 40-50 individuals. At this point we had been on Sawyer Avenue for approximately 7 minutes; I called 911 and advised that I was with U.S. Customs and Border Protection and that we were on the intersection of Sawyer and Wilson and that we were being blocked in by a crowd and required Chicago Police Department assistance. The crowd began to lock arms at the intersection; I noticed that there was a vehicle blocking the intersection and I got out of the vehicle and advised them to move, the woman in the vehicle nodded her head no that she wouldn't move her vehicle. I got back inside the black 4runner, at this time Supervisory Border Patrol Agent Justin Elizalde arrived, and made contact with SRTO Ruiz and Colon. The crowd was still locking arms at the intersection, shouting and refusing to move. They were warned several times they were breaking the law and subject to arrest if they did not allow us to leave the area. SBPA Elizalde held a CS canister above his head in plain view and advised the crowd that if they did not disperse and clear the path he would deploy the canister. The crowd continued to bock our path and SBPA Elizalde deployed one canister of CS gas to disperse the crowd. I was inside the black 4 Runner and observed a male subject in a red shirt pick up the canister and throw it back at the agent, the canister hit the side of the 4Runner. Eventually, the crowd dispersed and left sufficient room for the 4Runner and Grey Silverado to exit East on Wilson Avenue.

The incident was captured on my BWC with Evidence Serial Number **LES**

### Narrative of COLON, LUIS M.
On October 12th, 2025, at 12:40 PM, I, Luis M. Colón, U.S. Customs and Border Protection, Special Response Team (SRT) operator working under Operation Midway Blitz was part of the Quick Reaction Force (QRF) for Border Patrol's Strike Team 7 (ST-7). I was conducting immigration enforcement operations in the city of Chicago, IL. Chicago, IL has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.
I have been employed as a U.S. Customs and Border Protection (CBP) officer for over 15 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with CBP Officers, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted many smuggling events and arrested and interviewed many illegal aliens. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.
While patrolling North Sawyer Ave. in Chicago, IL, ST-7 stopped around 4541 N. Sawyer to conduct a consensual encounter with two subjects walking on the sidewalk. When ST-7 stepped out of their vehicle, the two individuals ran away from them. At that point, two ST-7 Agent and I started to give chase, subsequently apprehending one individual and the second individual getting away. When we came back to our vehicles, there was a group of people (10-15 individuals) protesting and blocking our vehicles (Black, Nissan Rogue and black, Toyota 4Runner) by getting in front of our vehicles. At that point, we started to make way by moving the people out of the way from our vehicles to leave the area with the arrested subject. The black, Nissan Rogue was able to leave the scene. At that point, a second QRF vehicle (grey Chevrolet Silverado) showed up with three OFO SRT



members to assist with the situation. The crowd grew larger to approximately 40-50 subjects and proceeded to block our way out. ST-7 and SRT tried multiple times to disperse the crowd by verbally explaining to them that they were breaking the law by obstructing us from our duties and not allowing us to leave the area but were unsuccessful. The crowd used bicycles and locked arms to prevent us from leaving the area. Then, ST-7 Team Lead, SBPA Justin Elizalde showed up to the scene and warned the crowd multiple times that they were breaking the law and impeding our way from leaving. SBPA Elizalde told the crowd, if they did not clear our path they would be subject to arrest and he would deploy a CS canister to clear the way. After a considerable amount of time, SBPA Elizalde deployed the Triple Chaser CS gas canister to disperse the crowd and to allow our team to leave the scene. After the deployment, an individual dressed in a red long sleeve shirt and blue jeans picked up the CS gas canister and threw it towards us, striking our 4Runner vehicle. At that point, me and a few other teammates moved toward said individual. The individual started to resist by kicking and pushing us. The deployment of CS gas had opened a good window for our vehicles to escape, so said individual was moved to the sidewalk, I got in the black 4Runner and was able to depart with my team. The incident was captured on my BWC with Evidence ID Number [LES].

### Narrative of DUARTE LEON, FRANCISCO JA

On Sunday October 12, 2025, I, Border Patrol Agent (BPA) Francisco J. Duarte Leon was conducting roving patrol duties for operation Midway Blitz. Along with me was Supervisory Border Patrol Agent (SBPA) Justin Elizalde and BPA Steve De La Mora. We were operating in an unmarked rental vehicle, a Ford Expedition SUV, to blend in with the public and covertly search for criminal activity. I was dressed in plain civilian clothes with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent.

At around 12: 35 PM SBPA Manuel Gorritz requested additional units to the intersection of N. Sawyer Ave and W. Wilson Ave, due to a crowd impeding him, BPA Jesse Martinez and BPA Juan Duran after they made an arrest of a subject. Our vehicle arrived at around 12:45 PM at the intersection of Sawyer and Sunnyside. Upon arrival, we observed a large crowd of approximately 40-50 adult individuals forming a human blockade in the intersection north of our location. SBPA Elizalde and I, got out of the Expedition and walked north to the intersection of Sawyer and Wilson. When we arrived at the intersection, we met BPA Martinez and four SRT officers that were part of our Quick Response Force (QRF) assigned to our team for daily operations. The crowd was blocking and impeding two of the vehicles assigned to our QRF, a black Toyota 4Runner and a silver Chevrolet Silverado. They were blocking our path to leave the area with bicycles and interlocking their arms, while screaming and yelling expletives and various names such as "Nazis", and "Gestapo".

SBPA Elizalde gave commands to the crowd numerous times to stop impeding and warned them that if they didn't clear the road allowing our team to continue with our operations, they would be arrested for impeding federal officers. The crowd continued to insult us and scream and make loud noises with whistles. SBPA Elizalde gave them a second warning and commanded them to move if not we will have to deploy CS gas to clear them from the road. The crowd continued to scream "fuck ICE" and ignored all of the warnings. I was 10 feet south from SBPA Elizalde when he deployed a canister of CS gas to the northeast corner were most of the crowd was interlocking arms to block our path. As soon as the gas was deployed a subject about 6 ft tall and about 170 pounds that was wearing a red long sleeve shirt reached out for the gas canister and threw it toward SBPA Elizalde. The canister flew pass SBPA Elizalde and hit the black Toyota 4Runner assigned to the QRF Officers. I, SBPA Elizalde and one of the SRT officers approached the subject and assisted him to the ground, due to the crowd still blocking our path and to prevent more people gathering, we started to push the crowd away from the road.

We returned to our assigned vehicles and drove north while the gas cloud kept the crowd away from the intersection. The event was recorded on my body worn camera. Evidence Serial Number: [LES]

### Narrative of ELIZALDE, JUSTIN C.

On October 12th, 2025, I, Supervisory Border Patrol Agent (SBPA) Justin Elizalde, was assigned as the Team Leader for Strike Team (ST7), working under Operation Midway Blitz in Chicago, IL. A Quick Reaction Force (QRF) consisting of OFO Special Response Team (SRT) Officers, was assisting us. We were wearing plain-clothes to blend in with the general public but don our government-issued body armor with clear Police markings on the front and back that identify us as Law Enforcement Agents, when we make contact with subjects. I was conducting immigration enforcement operations in the city of Chicago, IL. Chicago, IL has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without

CHC v. Noem - CBP 000371

having any legal documentation in the United States.

I have been employed as a U.S. Border Patrol Agent for approximately 20 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents (BPA), as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted many smuggling events and arrested and interviewed hundreds of illegal aliens. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

While patrolling North Sawyer Ave. in Chicago, IL, Agents assigned to ST-7 stopped around 4541 N. Sawyer to conduct a consensual encounter with two subjects walking on the sidewalk. When the Agents stepped out of their vehicle, the two individuals ran away from them. At that point, two Agents gave chase, subsequently apprehending one individual and the second individual getting away. When they returned to their vehicles, there was a group of people (10-15 individuals) protesting and blocking their vehicles (Black, Nissan Rogue and black, Toyota 4Runner) by getting in front of the vehicles and blocking their exit path. The Agents informed them to clear the path, or they would be subject to arrest. The subjects refused to move so the Agents began moving the people out of the way from their vehicles to leave the area with the arrested subject. The black Nissan Rogue was able to leave the scene, but the crowd re-consolidated and blocked the path of the 4Runner.

I arrived on scene, in a white Ford Expedition, an unmarked rental vehicle. A second QRF vehicle (grey Chevrolet Silverado) also showed up with three OFO SRT members to assist with the situation. The crowd grew larger to approximately 40-50 subjects and proceeded to block the way out. ST-7 and SRT Agents tried multiple times to disperse the crowd by verbally explaining to them that they were breaking the law by obstructing us from our duties and not allowing us to leave the area, but we were unsuccessful. The crowd used bicycles and locked arms to prevent us from leaving the area. I warned the crowd multiple times that they were breaking the law and impeding our way from leaving. I instructed the crowd that if they did not clear our path, they would be subject to arrest, and I would deploy a CS canister to clear the way. After multiple warnings, holding the CS canister over my head to show the crowd, they continued to block our exit path, and I deployed one Triple Chaser CS gas canister to disperse the crowd and to allow our team to leave the scene. After the deployment, an individual dressed in a red long sleeve shirt and blue jeans attempted to pick up the CS gas canister, but dropped it, likely due to it being hot. He attempted to pick it up a second time and threw it towards us, striking our 4Runner vehicle. At that point, myself, and a few other teammates moved toward the subject. The individual started to resist by kicking and pushing us. The subject said multiple times that he was an attorney. I cleared the subject out of the way of our vehicles and physically moved the remaining subjects and bicycles from our path. The deployment of CS gas had opened a window for our vehicles to escape. All Agents that were on-scene entered their vehicles and drove away from the crowd.

I was unable to apprehend the subject in the red shirt due to the large crowd and the need to leave the area for safety purposes. The subject in the red shirt, later identified himself in a Chicago Sun-Times article as Samay Gheewala. In the article he stated that he was an attorney and injured his hand during the incident.

Link to the News Story: Feds deploy tear gas in another Chicago neighborhood: 'We chased federal agents out of Albany Park today' - Chicago Sun-Times

The incident was captured on my BWC with Evidence ID Number | LES |

**Narrative of RUIZ, TIMOTHY J.**
On September 6, 2025, the U.S. Customs and Border Protection Special Response Team (SRT), started working in support of Immigration and Customs Enforcement's Midway Blitz in Chicago, IL. On October 2, 2025, I, SRT Operator Timothy Ruiz joined Midway Blitz Operation in Chicago, IL. I have eight years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations.
On October 12, 2025, all SRTOs were operating in unmarked government vehicles and rental vehicles, wearing rough duty uniform, along with a full service issued ballistic body armor with visible call sign, U.S. Customs and Border Protection and "Police" insignia. We were readily identifiable as a United States Customs and Border Protection officer.

Teams working under Midway Blitz in Chicago and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

On this date, at approximately 12:40 PM, my SRT team I was assigned to provide a Quick Reaction Force (QRF) for Border Patrol Agents (BPA) on Strike Team 7 (ST7). My team responded to a distress call by an SRT operator that was corralled and surrounded by a hostile crowd at the intersection of W. Wilson Ave and N. Sawyer Ave in Chicago, IL. Upon my arrival, I saw approximately 40-50 individuals corralling the SRT Team and Border Patrol unit we intended to assist. All CBP units on scene were surrounded without an exit point.. The crowd was physically blocking our path by interlocking arms and using bicycles. I repeatedly advised the crowd to stop blocking our convoy. SBPA Justin Elizalde held a CS canister above his head, in plain view, and advised that crowd that they needed to allow us to pass and they were breaking the law if they didn't. SBPA Elizalde told the crowd he would deploy the CS canister if they continued to block our route of travel. They continued to block us and SBPA Elizalde deployed one CS canister in response to an assaultive crowd with the intention of dispersing individuals to allow convoy to leave the area. Immediately after the deployment of the CS gas, one unknown individual wearing a red shirt and blue jeans grabbed the canister of CS gas and struck the 4Runner belonging to the 4Runner of the QRF unit (see bodycam footage 9:04 / SN: A8T5I). We immediately departed at the earliest window of opportunity. After the gas deployment, Agents on scene had to physically move subjects out of the way of our vehicles in order to leave the area.

BWC was activated during the mass encounter (Evidence **LES** )

### Narrative of RENTERIA, ABRAHAM D.

I, Abraham Renteria, am a Customs and Border Protection Special Response Team (SRT) Operator as part of U.S. Customs and Border Protection Special Operations Division (SOD). I have served in this position since 2018 as well as a Customs and Border Protection Officer from 2011 to present. I am an SRT Operator and successfully completed the SRT Basic Selection Course and Critical Skills Course in 2018. I have received numerous and continuous on the job training in law enforcement operations involving use of force applications, both less than lethal and deadly force, as well as other enforcement tactics and procedures. I have a current Firearms Instructor certification, which I obtained in 2019 and is still active.

On October 12th, 2025, I was assigned to serve as a quick reaction force (QRF) for Operation Midway Blitz in Chicago, Illinois assisting Border Patrol Strike Team 7 (ST7) as they conducted enforcement operations. My shift started at 0500 hours and my uniform for the day was multi-cam arid uniform with "police" identifiers on it.

At approximately 12:40 PM, I heard my teammate SRTO Sanchez ove **LES** that they needed assistance due to being blocked in by a large crowd of people after ST7 Agents conducted an arrest of a subject. QRF Team 2 (SRTO Rivera and Ruiz and myself), arrived at the intersection of N Sawyer Avenue and W Wilson Avenue in Chicago, IL. I was driving a Grey Chevy Silverado. We all dismounted from the vehicle to assist QRF team 1 (SRTO Sanchez, and SRTO Colon) with attempting to move the crowd back off of the street to allow the Border Patrol Strike team 7 to leave the area. There were approximately 40-50 subjects blocking the road with bicycles and linking arms, preventing the team from leaving the area with the arrested subject. We cleared a small path for the unmarked Nissan Rogue assigned to ST7 leave the area with the arrested subject, however, both QRF teams attempted to get back into the vehicle and the crowd began to line up in front of our vehicles to block us back in. Numerous verbal warnings were given by both QRF teams and ST7 Agents to make a path for us to leave and that they were breaking the law if they didn't clear the way.

Supervisory Border Patrol Agent (SBPA) Justin Elizalde then began to give verbal warnings to the crowd to disperse, or else chemical munitions were going to get deployed. He advised the crowd that they were breaking the law and had the CS canister held above his head in clear view of the subjects. After several verbal warnings, the crowd still did not move, and SBPA Elizalde deployed CS gas canister.

As soon as the gas was deployed, some of the subjects moved but others continued to block our path. Agents physically moved the subjects out of the way which allowed all QRF Teams and the Border Patrol Strike Team 7 to leave the area.
The incident was recorded on my BWC (Evidence Serial ID **LES** )

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | ELIZALDE, JUSTIN C. | 10/17/2025 16:30 | |
| Approved | HUGHBANKS, DANIEL L. | 10/17/2025 17:48 | |
| Reopened | FICK, SHANNON M. | 10/18/2025 09:48 | Changes need to be made |
| Submitted | FICK, SHANNON M. | 10/18/2025 10:07 | |
| Approved | HUGHBANKS, DANIEL L. | 10/18/2025 10:17 | |

CHC v. Noem - CBP 000374