

## U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** Completed ⊗ Active    Ready for review    Rejected    Deleted

---

## INCIDENT INFORMATION

---

**E-STAR incident ID:**    LES    #25763
**Title:** Operation Midway Blitz: Chicago - Ramming / Accident (Border Patrol)
**Shift start date/time:** 10/14/2025 07:00
**Shift end date/time:** 10/14/2025 17:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☒ FTY/Vehicle pursuit by a CBP employee
     Unintentional firearm discharge    Intentional firearm discharge
**Type of incident:** ⊗ Failure to yield (FTY) without a pursuit    Vehicle pursuit
**Was this a mass encounter incident?** ⊗ Yes    No
   **CBP Reporting Organizations:**
     ☒ U.S. Border Patrol Location: U.S. Border Patrol / El Paso Sector
     Air and Marine Operations
     Office of Field Operations
**Created by:** FICK, SHANNON M.      **Creation date/time:** 10/15/2025 11:19
**Last updated by:** HORNER, JOHN E.      **Last updated date/time:** 10/24/2025 17:46
**Reviewer:** HUGHBANKS, DANIEL L      **Date reviewed:**

---

## RELATED SYSTEMS: 14

---

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes    No

| IDVRS Evidence Serial Numbers: 13 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

---

Print Date: 2025-10-25

CHC v. Noem - CBP 000204

| Related system(s): 1 | | Related document ID | |
|---|---|---|---|
| LES | | LES | |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency | Vehicle pursuit role |
|---|---|---|
| **Reporting organization:** | | |
| CBP | USBP | Initiated the pursuit |
| **Other involved organizations:** | | |
| Other federal agency | FBI | Not involved in the pursuit |
| CBP | AMO | Air assist to the pursuit |

**Were other CBP components/external agencies involved?** ⊗ Yes    No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 9945 S Commercial Ave
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60617
**Incident coordinates:** Associated with the assault, use of force events
        **Latitude:** 41.71355
        **Longitude:** -87.55075
**Vehicle pursuit coordinates:** For CBP vehicle involvement only; if gaps in the pursuit, use the earliest start point and final end point.
        **Starting latitude:** 41.70275      **Ending latitude:** 41.71203
        **Starting longitude:** -87.54011      **Ending longitude:** -87.53458
**Setting:**    Indoors   ⊗ Outdoors
    **Outdoor setting:** ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** Parking lot of Eagle Food and Liquor Market
**Environmental factors:**
    **Weather:** ☒ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
    **Illumination:** ☒ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other
    **Traffic conditions:** Heavy   Medium ☒ Light   No traffic   Other
    **Road surface:** ☒ Paved   Unpaved   Off road   Other
    **Road conditions:** Excellent ☒ Fair   Poor   Other
    **Environment/locale:** Urban ☒ Suburban   Industrial   School zone   Pedestrians present   Construction zone
        Near POE/checkpoint   Other
    **Estimated temperature (Fahrenheit):** 65

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GAMBOA, DANIEL E | Supervisory Border Patrol Agent | Phone | 10/14/2025 |
| VOLMERING, DEREK B | Supervisory Border Patrol Agent | Phone | 10/14/2025 |
| SVEUM, MICHAEL B | Supervisory Border Patrol Agent | Radio | 10/14/2025 |

CHC v. Noem - CBP 000205

| GONZALEZ JR, ALBERTO | Supervisory Border Patrol Agent | Phone | 10/14/2025 |
| TORRES, RAYMOND F | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/14/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 45

**Name:** NUNEZ, BENITO

    **Gender:** Male    **Age:** 30    **Height:** 5'10"    **Weight:** 190 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 03/12/2023

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 08/10/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 2 years 6 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes    No

    **Attire:** ⊗ Uniform    Plain clothes

    **Was NUNEZ, BENITO assaulted?** ⊗ Yes    No

    **Did NUNEZ, BENITO use reportable force?**    Yes    ⊗ No

    **Was NUNEZ, BENITO injured?** ⊗ Yes    No

    **Injury information:**

        **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)

        **Injury Comment:** Had right knee pain from the accident

        **Refused medical attention?**    Yes    ⊗ No

        **Received treatment?** ⊗ Yes    No

        **Was a form CA-1 filed?** ⊗ Yes    No

        **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| ☒ Front legs/feet | Rear legs |

    **Medical treatment information:**

        **Received EMS treatment prior to/in lieu of treatment at a facility?**    Yes    ⊗ No

        **Facility name:** Endeavor Health Northwest Community Health

        **Street address:** 800 Central Road

        **City:** Arlington Heights

        **State:** ILLINOIS    **Zip** 60005

        **Phone type:** Work    **Phone:** 847-618-1000    **Phone extension:**

CHC v. Noem - CBP 000206

**Name:** CHAVIRA JR, CARLOS

**Gender:** Male    **Age:** 35    **Height:** 5'10"    **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/06/2022
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 08/10/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 3 years 1 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was CHAVIRA JR, CARLOS assaulted?** ⊗ Yes    No

**Did CHAVIRA JR, CARLOS use reportable force?** ⊗ Yes    No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Pocket Tactical Saf-Smoke Canister
    **Device description/comments:** Hand-Thrown Pocket Tactical Smoke deployed towards crowd
    **Estimated use of force date/time (local):** 10/14/2025 12:00
    **Posture:** ☒ Standing    Kneeling    Prone    Other
    **Estimated distance:** 15 yards
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** Yes   ⊗ No   Unknown   Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** Yes   ⊗ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was CHAVIRA JR, CARLOS injured?** ⊗ Yes    No
**Injury information:**
    **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
    **Injury Comment:** Neck and back pain from the accident
    **Refused medical attention?** Yes   ⊗ No
    **Received treatment?** ⊗ Yes    No
    **Was a form CA-1 filed?** ⊗ Yes    No
    **Region(s) of the body injured:**

| | |
|---|---|
| ☒ Front head | Rear head |
| Side head | Face |
| ☒ Neck/throat | Front upper torso/chest |
| ☒ Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |

Print Date: 2025-10-25

CHC v. Noem - CBP 000207

Rear below waist/buttocks      Arms/hands

Front legs/feet      Rear legs

**Medical treatment information:**

Received EMS treatment prior to/in lieu of treatment at a facility?   Yes   ⊗ No

**Facility name:** Endeavor Health Northwest Community Health

**Street address:** 800 Central Road

**City:** Arlington Heights

**State:** ILLINOIS    **Zip** 60005

**Phone type:** Work    **Phone:** 847-618-1000    **Phone extension:**

---

**Name:** GUILLEN, JESUS

**Gender:** Male   **Age:** 35   **Height:** 6'0"   **Weight:** 210 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/16/2022

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Patrol Interior

---

**Armed law enforcement experience:**

Total law enforcement experience at the time of the incident: 3 years 4 months

CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

---

**Was GUILLEN, JESUS assaulted?** ⊗ Yes    No

---

**Did GUILLEN, JESUS use reportable force?**   Yes   ⊗ No

---

**Was GUILLEN, JESUS injured?** ⊗ Yes    No

**Injury information:**

**Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)

**Injury Comment:** minor head injury, left wrist and shoulder pain, right minor leg injury

**Refused medical attention?**   Yes   ⊗ No

**Received treatment?** ⊗ Yes    No

**Was a form CA-1 filed?** ⊗ Yes    No

**Region(s) of the body injured:**

| | |
|---|---|
| ☒ Front head | Rear head |
| Side head | Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| ☒ Front legs/feet | Rear legs |

**Medical treatment information:**

Received EMS treatment prior to/in lieu of treatment at a facility?   ⊗ Yes    No

**Provider:**

**Facility name:** Northwest Community Health Care

**Street address:** 800 W Central Rd

---

CHC v. Noem - CBP 000208



City: Arlington Heights

State: ILLINOIS    Zip 60005

**Phone type:** Main    **Phone:** 8476181000    **Phone extension:**

---

**Name:** GONZALEZ JR, ALBERTO

**Gender:** Male    **Age:** 45    **Height:** 5'11"    **Weight:** 250 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 12/15/2003

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 21 years 10 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | ☒ DITP | DTI |
|--------|---------|--------|--------|-----|
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was GONZALEZ JR, ALBERTO assaulted?** ⊗ Yes    No

**Did GONZALEZ JR, ALBERTO use reportable force?** Yes ⊗ No

**Was GONZALEZ JR, ALBERTO injured?** Yes ⊗ No

---

**Name:** TRAVIS, SHANE W.

**Gender:** Male    **Age:** 53    **Height:** 5'8"    **Weight:** 180 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 11/01/2010

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 14 years 11 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|--------|---------|--------|------|-----|
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was TRAVIS, SHANE W. assaulted?** ⊗ Yes    No

**Did TRAVIS, SHANE W. use reportable force?** Yes ⊗ No

**Was TRAVIS, SHANE W. injured?** Yes ⊗ No

---

**Name:** SVEUM, MICHAEL B.

**Gender:** Male    **Age:** 41    **Height:** 6'0"    **Weight:** 190 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 04/17/2008

CHC v. Noem - CBP 000209

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/13/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 17 years 6 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | ☒ BORTAC | DITP | DTI |
| ☒ EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was SVEUM, MICHAEL B. assaulted?** ⊗ Yes    No

**Did SVEUM, MICHAEL B. use reportable force?**    Yes ⊗ No

**Was SVEUM, MICHAEL B. injured?**    Yes ⊗ No

---

**Name:** VAZQUEZ, EDGAR E.

    **Gender:** Male    **Age:** 39    **Height:** 6'2"    **Weight:** 200 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 04/30/2007
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 18 years 5 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was VAZQUEZ, EDGAR E. assaulted?** ⊗ Yes    No

**Did VAZQUEZ, EDGAR E. use reportable force?** ⊗ Yes    No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Chemical
    **Munition type:** 40MM Muzzle Blast CS
    **Device description/comments:** Muzzle Blast
    **Estimated use of force date/time (local):** 10/14/2025 12:40
    **Posture:** ☒ Standing    Kneeling    Prone    Other
    **Estimated distance:** 5 yards
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:**    Yes ⊗ No    Unknown    Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?**    Yes ⊗ No
    **Reason(s) for this use of force:**
        ☒ Protect self    ☒ Protect co-worker    Protect innocent 3rd party

CHC v. Noem – CBP 000210

| | | |
|---|---|---|
| Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| ☒ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was VAZQUEZ, EDGAR E. injured?**   Yes   ⊗ No

---

**Name:** MEZA, OSCAR A.

**Gender:** Male   **Age:** 36   **Height:** 5'10"   **Weight:** 225 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 11/13/2008
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 16 years 11 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was MEZA, OSCAR A. assaulted?** ⊗ Yes   No

**Did MEZA, OSCAR A. use reportable force?**   Yes   ⊗ No

**Was MEZA, OSCAR A. injured?**   Yes   ⊗ No

---

**Name:** FLORES, DERRICK J.

**Gender:** Male   **Age:** 36   **Height:** 6'2"   **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 01/15/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 4 years 9 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was FLORES, DERRICK J. assaulted?** ⊗ Yes   No

**Did FLORES, DERRICK J. use reportable force?**   Yes   ⊗ No

**Was FLORES, DERRICK J. injured?**   Yes   ⊗ No

---

**Name:** LESLIE, JOHN N.

**Gender:** Male   **Age:** 42   **Height:** 5'9"   **Weight:** 200 pounds

Print Date: 2025-10-25

CHC v. Noem - CBP 000211

**CBP employee series or role:** Officer/Agent
**Service EOD:** 04/06/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty     Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 16 years 6 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes     No
**Attire:** ⊗ Uniform     Plain clothes

**Was LESLIE, JOHN N. assaulted?** ⊗ Yes     No

**Did LESLIE, JOHN N. use reportable force?**     Yes   ⊗ No

**Was LESLIE, JOHN N. injured?** ⊗ Yes     No
**Injury information:**
    **Injury type:** Superficial injuries (no treatment expected)
    **Injury Comment:** He was struck from behind in the shoulder from a piece of concrete.
    **Refused medical attention?** ⊗ Yes     No
    **Received treatment?**     Yes   ⊗ No
    **Was a form CA-1 filed?**     Yes   ⊗ No
    **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| ☒ Neck/throat | ☒ Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| Front legs/feet | Rear legs |

**Name:** HALAMA, JOSEPH M.
    **Gender:** Male     **Age:** 37     **Height:** 5'11"     **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 09/05/2011
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ⊗ On duty     Off duty
        **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 14 years 1 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes     No
**Attire:** ⊗ Uniform



Print Date: 2025-10-25

CHC v. Noem - CBP 000212

Plain clothes

**Was HALAMA, JOSEPH M. assaulted?** ⊗ Yes    No

**Did HALAMA, JOSEPH M. use reportable force?**    Yes ⊗ No

**Was HALAMA, JOSEPH M. injured?**    Yes ⊗ No

Name: BEAULIEU, PAUL M.

  **Gender:** Male   **Age:** 36   **Height:** 5'10"   **Weight:** 175 pounds

  **CBP employee series or role:** Officer/Agent

  **Service EOD:** 09/07/2015

  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

  **Duty (or detail/TDY) location EOD:** 09/15/2025

  **Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

  **Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 10 years 1 months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | ☒ LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was BEAULIEU, PAUL M. assaulted?** ⊗ Yes    No

**Did BEAULIEU, PAUL M. use reportable force?**    Yes ⊗ No

**Was BEAULIEU, PAUL M. injured?**    Yes ⊗ No

Name: DUBAR JR, DAVID R.

  **Gender:** Male   **Age:** 53   **Height:** 5'8"   **Weight:** 185 pounds

  **CBP employee series or role:** Officer/Agent

  **Service EOD:** 06/21/2010

  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

  **Duty (or detail/TDY) location EOD:** 09/14/2025

  **Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Border Patrol Tactical Unit (BORTAC)

  **Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 15 years 4 months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was DUBAR JR, DAVID R. assaulted?** ⊗ Yes    No

**Did DUBAR JR, DAVID R. use reportable force?** ⊗ Yes    No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** Hand-Thrown Munitions - Chemical

    **Munition type:** Triple Chaser CS Canister

CHC v. Noem - CBP 000213

**Device description/comments:** Tripple Chaser CS
**Estimated use of force date/time (local):** 10/14/2025 12:39
**Posture:** ☒ Standing    Kneeling    Prone    Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 4
**Collateral contamination occurred:**   Yes   ⊗ No    Unknown    Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?**   Yes   ⊗ No
**Reason(s) for this use of force:**

    ☒ Protect self         ☒ Protect co-worker        Protect innocent 3rd party
    Protect non-CBP officer/agent     Effect an arrest or detention    Prevent escape
    ☒ Overcome resistance         Stop vehicle           Vessel failure to heave to
    Animal euthanization         Other

---

**Was DUBAR JR, DAVID R. injured?**    Yes   ⊗ No

---

**Name:** WYSOCKI, GERIK E.

**Gender:** Male    **Age:** 37    **Height:** 6'2"    **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/17/2018
**Duty location or detail/TDY location during the incident:** Detroit Sector / Detroit Station
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 7 years 3 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was WYSOCKI, GERIK E. assaulted?** ⊗ Yes    No

**Did WYSOCKI, GERIK E. use reportable force?**   Yes   ⊗ No

**Was WYSOCKI, GERIK E. injured?**    Yes   ⊗ No

---

**Name:** BERLIN, PADRAIC DANIEL

**Gender:** Male    **Age:** 34    **Height:** 6'0"    **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/11/2013
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/14/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 12 years 7 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?**

CHC v. Noem - CBP 000214

⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was BERLIN, PADRAIC DANIEL assaulted?** ⊗ Yes    No

**Did BERLIN, PADRAIC DANIEL use reportable force?**    Yes  ⊗ No

**Was BERLIN, PADRAIC DANIEL injured?**    Yes  ⊗ No

**Name:** RIVAS, CARLOS A.

**Gender:** Male    **Age:** 44    **Height:** 5'11"    **Weight:** 205 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 06/26/2006

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/12/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 19 years 3 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was RIVAS, CARLOS A. assaulted?** ⊗ Yes    No

**Did RIVAS, CARLOS A. use reportable force?**    Yes  ⊗ No

**Was RIVAS, CARLOS A. injured?**    Yes  ⊗ No

**Name:** RENTERIA, JESSIE

**Gender:** Male    **Age:** 40    **Height:** 5'7"    **Weight:** 210 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 08/21/2006

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/12/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 19 years 1 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | ☒ LLITP (IFITP) | MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was RENTERIA, JESSIE assaulted?** ⊗ Yes    No

**Did RENTERIA, JESSIE use reportable force?**    Yes  ⊗ No

**Was RENTERIA, JESSIE injured?**    Yes  ⊗ No

CHC v. Noem - CBP 000215

**Name:** HEWETT, JOSHUA A.

    **Gender:** Male    **Age:** 40    **Height:** 5'9"    **Weight:** 250 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 08/22/2016

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/02/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 9 years 1 months

        **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes    No

    **Attire:** ⊗ Uniform    Plain clothes

    **Was HEWETT, JOSHUA A. assaulted?** ⊗ Yes    No

    **Did HEWETT, JOSHUA A. use reportable force?**    Yes  ⊗ No

    **Was HEWETT, JOSHUA A. injured?**    Yes  ⊗ No

**Name:** WHITE, BRIAN D.

    **Gender:** Male    **Age:** 49    **Height:** 6'1"    **Weight:** 200 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 09/04/2006

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 09/04/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 19 years 1 months

        **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes    No

    **Attire:** ⊗ Uniform    Plain clothes

    **Was WHITE, BRIAN D. assaulted?** ⊗ Yes    No

    **Did WHITE, BRIAN D. use reportable force?**    Yes  ⊗ No

    **Was WHITE, BRIAN D. injured?**    Yes  ⊗ No

**Name:** MCCALLA II, CHRISTOPHER M.

    **Gender:** Male    **Age:** 37    **Height:** 6'0"    **Weight:** 225 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 07/26/2021

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/05/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

        **Activity:** Patrol Interior



CHC v. Noem - CBP 000216

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 4 years 2 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was MCCALLA II, CHRISTOPHER M. assaulted?** ⊗ Yes    No

**Did MCCALLA II, CHRISTOPHER M. use reportable force?**    Yes  ⊗ No

**Was MCCALLA II, CHRISTOPHER M. injured?**    Yes  ⊗ No

**Name:** RODRIGUEZ GONZALE, DERECK J.

**Gender:** Male   **Age:** 30   **Height:** 5'7"   **Weight:** 175 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/08/2022
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 3 years 5 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was RODRIGUEZ GONZALE, DERECK J. assaulted?** ⊗ Yes    No

**Did RODRIGUEZ GONZALE, DERECK J. use reportable force?**    Yes  ⊗ No

**Was RODRIGUEZ GONZALE, DERECK J. injured?**    Yes  ⊗ No

**Name:** DUROST, SHANE E.

**Gender:** Male   **Age:** 45   **Height:** 5'11"   **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/08/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/22/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 15 years 8 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?**



CHC v. Noem – CBP 000217

⊗ Yes      No

**Attire:** ⊗ Uniform      Plain clothes

**Was DUROST, SHANE E. assaulted?** ⊗ Yes      No

**Did DUROST, SHANE E. use reportable force?**      Yes   ⊗ No

**Was DUROST, SHANE E. injured?**      Yes   ⊗ No

**Name:** VOLMERING, DEREK B.

**Gender:** Male      **Age:** 39      **Height:** 6'0"      **Weight:** 197 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 08/17/2009

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty      Off duty

　　**Activity:** Patrol Interior

**Armed law enforcement experience:**

　　**Total law enforcement experience at the time of the incident:** 16 years 1 months
　　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes      No

**Attire:** ⊗ Uniform      Plain clothes

**Was VOLMERING, DEREK B. assaulted?** ⊗ Yes      No

**Did VOLMERING, DEREK B. use reportable force?**      Yes   ⊗ No

**Was VOLMERING, DEREK B. injured?**      Yes   ⊗ No

**Name:** BOCKSTANZ, JOHN N.

**Gender:** Male      **Age:** 43      **Height:** 5'9"      **Weight:** 191 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 09/10/2007

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty      Off duty

　　**Activity:** Patrol Interior

**Armed law enforcement experience:**

　　**Total law enforcement experience at the time of the incident:** 18 years 1 months
　　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes      No

**Attire:** ⊗ Uniform      Plain clothes

**Was BOCKSTANZ, JOHN N. assaulted?** ⊗ Yes      No

**Did BOCKSTANZ, JOHN N. use reportable force?** ⊗ Yes      No

　　**Force type:** Less-lethal Device
　　**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
　　**Device type:** Hand-Thrown Munitions - Chemical

CHC v. Noem - CBP 000218

**Munition type:** Riot Control CS Canister
**Device description/comments:** Riot Control CS
**Estimated use of force date/time (local):** 10/14/2025 12:39
**Posture:** ☒ Standing      Kneeling      Prone      Other
**Estimated distance:** 20 feet
**Approximately how many munitions did you deploy?** 3
**Collateral contamination occurred:**   Yes  ⊗ No      Unknown      Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?**      Yes  ⊗ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| ☒ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was BOCKSTANZ, JOHN N. injured?**   Yes  ⊗ No

---

**Name:** BECKER III, WARREN J.

**Gender:** Male   **Age:** 52   **Height:** 5'10"   **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/14/2012
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/19/2025
**Duty status at the time of the incident:** ⊗ On duty      Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 13 years 5 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | LLTIP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes      No

**Attire:** ⊗ Uniform      Plain clothes

**Was BECKER III, WARREN J. assaulted?** ⊗ Yes      No

**Did BECKER III, WARREN J. use reportable force?**   Yes  ⊗ No

**Was BECKER III, WARREN J. injured?**   Yes  ⊗ No

---

**Name:** HERSCH, TANNER J.

**Gender:** Male   **Age:** 32   **Height:** 5'9"   **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/06/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ⊗ On duty      Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 4 years 2 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLTIP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

Print Date: 2025-10-25

CHC v. Noem - CBP 000219

Wearing body armor? ⊗ Yes    No

Attire: ⊗ Uniform    Plain clothes

Was HERSCH, TANNER J. assaulted? ⊗ Yes    No

Did HERSCH, TANNER J. use reportable force?    Yes ⊗ No

Was HERSCH, TANNER J. injured?    Yes ⊗ No

**Name:** MARQUEZ, ABEL

**Gender:** Male    **Age:** 30    **Height:** 5'8"    **Weight:** 195 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 09/27/2020

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 5 years 1 months

**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor? ⊗ Yes    No

Attire: ⊗ Uniform    Plain clothes

Was MARQUEZ, ABEL assaulted? ⊗ Yes    No

Did MARQUEZ, ABEL use reportable force?    Yes ⊗ No

Was MARQUEZ, ABEL injured?    Yes ⊗ No

**Name:** LEWIS, GAVIN R.

**Gender:** Male    **Age:** 34    **Height:** 6'2"    **Weight:** 220 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 07/02/2021

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/04/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 4 years 3 months

**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor? ⊗ Yes    No

Attire: ⊗ Uniform    Plain clothes

Was LEWIS, GAVIN R. assaulted? ⊗ Yes    No

Did LEWIS, GAVIN R. use reportable force?    Yes ⊗ No

Was LEWIS, GAVIN R. injured?    Yes ⊗ No

CHC v. Noem - CBP 000220

**Name:** HEADY, KEVIN R.

    **Gender:** Male    **Age:** 42    **Height:** 6'0"    **Weight:** 235 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 05/24/2007

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/08/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 18 years 4 months

        **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
|---|---|---|---|---|
| ☒ EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes    No

    **Attire:** ⊗ Uniform    Plain clothes

    **Was HEADY, KEVIN R. assaulted?** ⊗ Yes    No

    **Did HEADY, KEVIN R. use reportable force?**    Yes  ⊗ No

    **Was HEADY, KEVIN R. injured?**    Yes  ⊗ No

**Name:** MCNEAL, RHET

    **Gender:** Male    **Age:** 34    **Height:** 6'0"    **Weight:** 180 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 03/10/2019

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/05/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 6 years 7 months

        **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
|---|---|---|---|---|
| ☒ EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes    No

    **Attire:** ⊗ Uniform    Plain clothes

    **Was MCNEAL, RHET assaulted?** ⊗ Yes    No

    **Did MCNEAL, RHET use reportable force?**    Yes  ⊗ No

    **Was MCNEAL, RHET injured?**    Yes  ⊗ No

**Name:** POWER, ANDREW L.

    **Gender:** Male    **Age:** 32    **Height:** 5'11"    **Weight:** 205 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 07/30/2021

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/05/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

        **Activity:** Patrol Interior



CHC v. Noem – CBP 000221

**Armed law enforcement experience:**
  Total law enforcement experience at the time of the incident: 4 years 2 months
  CBP training previously received (not including basic academy training):

| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was POWER, ANDREW L. assaulted?** ⊗ Yes   No

**Did POWER, ANDREW L. use reportable force?**   Yes ⊗ No

**Was POWER, ANDREW L. injured?**   Yes ⊗ No

---

**Name:** TURNER, MICHAEL J.

**Gender:** Male   **Age:** 39   **Height:** 5'7"   **Weight:** 180 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 12/02/2019
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  Total law enforcement experience at the time of the incident: 5 years 10 months
  CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
|---|---|---|---|---|
| ☒ EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was TURNER, MICHAEL J. assaulted?** ⊗ Yes   No

**Did TURNER, MICHAEL J. use reportable force?**   Yes ⊗ No

**Was TURNER, MICHAEL J. injured?**   Yes ⊗ No

---

**Name:** DOVIAK, ADAM E.

**Gender:** Male   **Age:** 30   **Height:** 5'11"   **Weight:** 185 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/14/2018
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/09/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  Total law enforcement experience at the time of the incident: 7 years 4 months
  CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?**



Print Date: 2025-10-25

CHC v. Noem - CBP 000222

⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was DOVIAK, ADAM E. assaulted?** ⊗ Yes    No

**Did DOVIAK, ADAM E. use reportable force?**    Yes  ⊗ No

**Was DOVIAK, ADAM E. injured?**    Yes  ⊗ No

**Name:** MORALES, CHRISTIAN M.

**Gender:** Male    **Age:** 31    **Height:** 6'0"    **Weight:** 215 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 08/18/2019

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/06/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 6 years 2 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was MORALES, CHRISTIAN M. assaulted?** ⊗ Yes    No

**Did MORALES, CHRISTIAN M. use reportable force?**    Yes  ⊗ No

**Was MORALES, CHRISTIAN M. injured?**    Yes  ⊗ No

**Name:** SULEK, MATTHEW P.

**Gender:** Male    **Age:** 35    **Height:** 7'0"    **Weight:** 180 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 04/12/2020

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 5 years 6 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was SULEK, MATTHEW P. assaulted?** ⊗ Yes    No

**Did SULEK, MATTHEW P. use reportable force?**    Yes  ⊗ No

**Was SULEK, MATTHEW P. injured?**    Yes  ⊗ No

Print Date: 2025-10-25

CHC v. Noem - CBP 000223

**Name:** ACEVEDO, JOE L.

    **Gender:** Male   **Age:** 38   **Height:** 5'5"   **Weight:** 165 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 04/18/2022

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/05/2025

    **Duty status at the time of the incident:** ⊗ On duty   Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 3 years 6 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes   No

    **Attire:** ⊗ Uniform   Plain clothes

    **Was ACEVEDO, JOE L. assaulted?**   Yes   ⊗ No

    **Did ACEVEDO, JOE L. use reportable force?**   Yes   ⊗ No

    **Was ACEVEDO, JOE L. injured?**   Yes   ⊗ No

**Name:** GARZA, VICTOR R.

    **Gender:** Male   **Age:** 43   **Height:** 5'5"   **Weight:** 170 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 02/26/2007

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/11/2025

    **Duty status at the time of the incident:** ⊗ On duty   Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 18 years 7 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes   No

    **Attire:** ⊗ Uniform   Plain clothes

    **Was GARZA, VICTOR R. assaulted?** ⊗ Yes   No

    **Did GARZA, VICTOR R. use reportable force?**   Yes   ⊗ No

    **Was GARZA, VICTOR R. injured?**   Yes   ⊗ No

**Name:** REYES, CARLOS M.

    **Gender:** Male   **Age:** 42   **Height:** 5'6"   **Weight:** 180 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 08/29/2011

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 09/30/2025

    **Duty status at the time of the incident:** ⊗ On duty   Off duty

        **Activity:** Patrol Interior



CHC v. Noem - CBP 000224

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 14 years 1 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was REYES, CARLOS M. assaulted?** ⊗ Yes    No

**Did REYES, CARLOS M. use reportable force?**    Yes   ⊗ No

**Was REYES, CARLOS M. injured?**    Yes   ⊗ No

**Name:** ELIZALDE, JUSTIN C.

**Gender:** Male    **Age:** 50    **Height:** 6'0"    **Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/03/2005
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 20 years 0 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | ☒ FITP | ☒ LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was ELIZALDE, JUSTIN C. assaulted?** ⊗ Yes    No

**Did ELIZALDE, JUSTIN C. use reportable force?**    Yes   ⊗ No

**Was ELIZALDE, JUSTIN C. injured?**    Yes   ⊗ No

**Name:** DE LA MORA, STEVE R.

**Gender:** Male    **Age:** 35    **Height:** 5'11"    **Weight:** 201 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 12/13/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/09/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 3 years 10 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?**



CHC v. Noem – CBP 000225



⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was DE LA MORA, STEVE R. assaulted?** ⊗ Yes    No

**Did DE LA MORA, STEVE R. use reportable force?**    Yes  ⊗ No

**Was DE LA MORA, STEVE R. injured?**    Yes  ⊗ No

**Name:** DUARTE LEON, FRANCISCO JA

**Gender:** Male    **Age:** 38    **Height:** 6'0"    **Weight:** 225 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 01/29/2021

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

　　　**Activity:** Patrol Interior

**Armed law enforcement experience:**

　　　**Total law enforcement experience at the time of the incident:** 4 years 8 months
　　　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was DUARTE LEON, FRANCISCO JA assaulted?** ⊗ Yes    No

**Did DUARTE LEON, FRANCISCO JA use reportable force?**    Yes  ⊗ No

**Was DUARTE LEON, FRANCISCO JA injured?**    Yes  ⊗ No

**Name:** YULO JR, ALFREDO

**Gender:** Male    **Age:** 38    **Height:** 5'9"    **Weight:** 230 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 03/18/2013

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

　　　**Activity:** Patrol Interior

**Armed law enforcement experience:**

　　　**Total law enforcement experience at the time of the incident:** 12 years 7 months
　　　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was YULO JR, ALFREDO assaulted?** ⊗ Yes    No

**Did YULO JR, ALFREDO use reportable force?**    Yes  ⊗ No

**Was YULO JR, ALFREDO injured?**    Yes  ⊗ No

Print Date: 2025-10-25

CHC v. Noem - CBP 000226

**Name:** FONSECA CRUZ, PEDRO C.

**Gender:** Male   **Age:** 36   **Height:** 5'6"   **Weight:** 198 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 06/05/2022

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/08/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 3 years 4 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was FONSECA CRUZ, PEDRO C. assaulted?** ⊗ Yes    No

**Did FONSECA CRUZ, PEDRO C. use reportable force?** Yes   ⊗ No

**Was FONSECA CRUZ, PEDRO C. injured?** Yes   ⊗ No

**Name:** LEIGH, BRADLEY R.

**Gender:** Male   **Age:** 47   **Height:** 6'1"   **Weight:** 225 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 09/17/2007

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 18 years 1 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was LEIGH, BRADLEY R. assaulted?** ⊗ Yes    No

**Did LEIGH, BRADLEY R. use reportable force?** Yes   ⊗ No

**Was LEIGH, BRADLEY R. injured?** Yes   ⊗ No

**Name:** MARTINEZ GERARDO, JESSE JAMES

**Gender:** Male   **Age:** 28   **Height:** 5'10"   **Weight:** 235 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 01/15/2021

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/07/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Patrol Interior

CHC v. Noem - CBP 000227

Armed law enforcement experience:
    Total law enforcement experience at the time of the incident:  4 years 9 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was MARTINEZ GERARDO, JESSE JAMES assaulted?** ⊗ Yes    No

**Did MARTINEZ GERARDO, JESSE JAMES use reportable force?**    Yes  ⊗ No

**Was MARTINEZ GERARDO, JESSE JAMES injured?**    Yes  ⊗ No

## SUBJECTS: 7

**Name:**  MASS GROUP
    **Estimated number of individuals in the group:**  150
    **Group description (Composition, attire, etc.):**
    **Was any member of this group wearing body armor?**    Yes  ⊗ No    Unknown
    **Group activity:**

        Illegal entry

        Uncooperative during encounter/inspection

        Failure to yield/heave to

        Checkpoint runner

        Port runner

        Alien smuggling

        Narcotics smuggling

        Scouting

        Assault (rocks/other projectiles)

        Assault (all other types)

        ☒ Rioting/civil disturbance

        Mass coordinated entry

        No suspected illegal activity

        Other

    **Group's current location and disposition if known:**  Group dispersed after chemical munitions were deployed and agents left the area.

    **Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes    No
        **Was any member of the group outside the US or its territories when committing the assault?**    Yes  ⊗ No

        **Weapon(s)/type of assault:**
            **Assault method:**  Threat
                **Threat description:**  Various verbal threats towards agents
            **Estimated assault date/time (local):**  10/14/2025 12:00

            **Assault method:**  Rocking (rocks only)
            **Estimated assault date/time (local):**  10/14/2025 13:25

            **Assault method:**  Physically w/o weapon
                **Describe physical assault:**  Pushing agents
            **Estimated assault date/time (local):**  10/14/2025 11:45

            **Assault method:**  Projectile (other than rock)



CHC v. Noem - CBP 000228

**Projectile description:** Bottles with unknown liquid, deployed munitions, eggs, concrete, etc.
**Estimated assault date/time (local):** 10/14/2025 13:25

---

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes   No

**Was any member of this group outside the US or its territories when this force was applied?**   Yes   ⊗ No

---

**Name:** ROGEL-ESPINOZA, JOSE

**Gender:** Male   **Date of birth:** [PII] 1979   **Height:** 5'8"   **Weight:** 180 pounds

**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown

**Was the subject wearing body armor?**   Yes   ⊗ No   Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes   ⊗ No

**Subject's activity:**

Illegal entry

Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

Assault (rocks/other projectiles)

☒ Assault (all other types)

☒ Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:** Subject was apprehended and taken to the FBI facility for further processing

---

**Did this subject assault a CBP employee?** ⊗ Yes   No

**Was the subject outside the US or its territories when committing the assault?**   Yes   ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Projectile (other than rock)

**Projectile description:** Threw a deployed hand thrown munition back at agents

**Estimated assault date/time (local):** 10/14/2025 11:45

---

**Was reportable force used on this subject?**   Yes   ⊗ No

**Was this subject in the Failure to yield (FTY) incident?**   Yes   ⊗ No

**Was the subject an occupant of a vehicle?**   Yes   No

---

**Was this subject arrested / taken into custody?** ⊗ Yes   No

**Arrested / taken into custody by:** ⊗ CBP   Other federal agency   State agency   Local agency

**Was an administrative action initiated for this subject by CBP?**   Yes   ⊗ No

**Was prosecution sought against this subject?** ⊗ Yes   No

**Prosecution By:**   CBP   ⊗ Other federal agency   State agency   Local agency

**Was this subject injured or claiming to be injured?**   Yes   ⊗ No   Unknown

---

**Name:** PIERLA-RAMIEZ, LUIS GERARDO

**Gender:** Male   **Date of birth:** [PII] 1998   **Height:** 5'6" - 5'11"   **Weight:** 150 - 199 lbs
**Attire:**

CHC v. Noem - CBP 000229

⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    ⊗ No    Unknown

**Immigration status:** Deportable

**Country of citizenship:** VENEZUELA

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

Yes    ⊗ No

**Subject's activity:**

Illegal entry

Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

Assault (rocks/other projectiles)

⊠ Assault (all other types)

Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:** Subject was taken to the FBI Facility for further processing

**Did this subject assault a CBP employee?** ⊗ Yes    No

**Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Vehicle

**Estimated assault date/time (local):** 10/14/2025 10:25

**Was reportable force used on this subject?**    Yes    ⊗ No

**Was this subject in the Failure to yield (FTY) incident?** ⊗ Yes    No

**Was the subject an occupant of a vehicle?** ⊗ Yes    No

**Was this subject arrested / taken into custody?**    Yes    ⊗ No

**Was this subject injured or claiming to be injured?** ⊗ Yes    No    Unknown

**Did the injury / alleged injury occur during the vehicle pursuit?**    Yes    ⊗ No    Unknown

**Injury information:**

**Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)

**Injury Comment:** Complaining of neck and back pain

**Refused medical attention?** ⊗ Yes    No

**Received treatment?** ⊗ Yes    No

**Region(s) of the body injured:**

Front head                         Rear head

Side head                          Face

⊠ Neck/throat                      Front upper torso/chest

⊠ Rear upper torso/back            Front lower torso/abdomen

Rear lower torso/back              Front below waist/groin area

Rear below waist/buttocks          Arms/hands

Front legs/feet                    Rear legs

**Medical treatment information:**

**Received EMS treatment prior to/in lieu of treatment at a facility?**

CHC v. Noem - CBP 000230

Yes    No

**Facility name:** Advocate Trinity Hospital
**Street address:** 2320 E 93rd Street
**City:** Chicago

**State:** ILLINOIS    **Zip** 60617

**Phone type:**      **Phone:** +7739672000      **Phone extension:**

---

**Name:** TENEFE PEREZ, YONDER ENRIQUE

**Gender:** Male    **Date of birth:** [ PII ] 2004    **Height:** 6'4"    **Weight:** 154 pounds

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes   ⊗ No    Unknown

**Immigration status:** Deportable

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes   ⊗ No

**Subject's activity:**

Illegal entry

Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

Assault (rocks/other projectiles)

☒ Assault (all other types)

Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:** Subject was taken to the FBI Facility for further processing

---

**Did this subject assault a CBP employee?**    Yes   ⊗ No

---

**Was reportable force used on this subject?**    Yes   ⊗ No

**Was this subject in the Failure to yield (FTY) incident?**   ⊗ Yes    No

**Was the subject an occupant of a vehicle?** ⊗ Yes    No

---

**Was this subject arrested / taken into custody?** ⊗ Yes    No

**Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency

**Was an administrative action initiated for this subject by CBP?**    Yes   ⊗ No

**Was prosecution sought against this subject?** ⊗ Yes    No

**Prosecution By:**    CBP   ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes   ⊗ No    Unknown

---

**Name:** GARNICA, ARMANDO

**Gender:** Male    **Date of birth:** [ PII ] 2006    **Height:** 5'6" - 5'11"    **Weight:** 150 - 199 lbs

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes   ⊗ No    Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

CHC v. Noem - CBP 000231

Yes ⊗ No
**Subject's activity:**

    Illegal entry

    Uncooperative during encounter/inspection

    Failure to yield/heave to

    Checkpoint runner

    Port runner

    Alien smuggling

    Narcotics smuggling

    Scouting

    Assault (rocks/other projectiles)

    ☒ Assault (all other types)

    ☒ Rioting/civil disturbance

    Mass coordinated entry

    No suspected illegal activity

    Other

**Subject's current location and disposition if known:** Subject was transported to the FBI Facility for further processing

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No

    **Weapon(s)/type of assault:**

        **Assault method:** Physically w/o weapon

        **Describe physical assault:** Pushing agents

        **Estimated assault date/time (local):** 10/14/2025 11:50

**Was reportable force used on this subject?**    Yes  ⊗ No

**Was this subject in the Failure to yield (FTY) incident?**    Yes  ⊗ No

**Was the subject an occupant of a vehicle?**    Yes    No

**Was this subject arrested / taken into custody?** ⊗ Yes    No

    **Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency

    **Was an administrative action initiated for this subject by CBP?**    Yes  ⊗ No

    **Was prosecution sought against this subject?** ⊗ Yes    No

    **Prosecution By:**    CBP  ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes  ⊗ No    Unknown

---

**Name:** UNKNOWN-1

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes  ⊗ No    Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

Yes ⊗ No

**Subject's activity:**

    Illegal entry

    Uncooperative during encounter/inspection

    Failure to yield/heave to

    Checkpoint runner

    Port runner

CHC v. Noem - CBP 000232

       Alien smuggling

       Narcotics smuggling

       Scouting

       Assault (rocks/other projectiles)

☒    Assault (all other types)

☒    Rioting/civil disturbance

       Mass coordinated entry

       No suspected illegal activity

       Other

**Subject's current location and disposition if known:** Was not apprehended

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No

    **Weapon(s)/type of assault:**

        **Assault method:** Other

        **Other method description:** Tire Punctured by Unknown Person

        **Estimated assault date/time (local):** 10/14/2025 13:49

**Was reportable force used on this subject?**    Yes  ⊗ No

**Was this subject in the Failure to yield (FTY) incident?**    Yes  ⊗ No

**Was the subject an occupant of a vehicle?**    Yes    No

**Was this subject injured or claiming to be injured?**    Yes  ⊗ No    Unknown

**Name:** UNKNOWN-2

**Gender:** Male    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes  ⊗ No    Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

    Yes  ⊗ No

**Subject's activity:**

       Illegal entry

       Uncooperative during encounter/inspection

       Failure to yield/heave to

       Checkpoint runner

       Port runner

       Alien smuggling

       Narcotics smuggling

       Scouting

       Assault (rocks/other projectiles)

☒    Assault (all other types)

☒    Rioting/civil disturbance

       Mass coordinated entry

       No suspected illegal activity

       Other

**Subject's current location and disposition if known:** Subject ran back into crowd and was not arrested

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No

    **Weapon(s)/type of assault:**



CHC v. Noem - CBP 000233

**Assault method:** Projectile (other than rock)
**Projectile description:** Kicking Deployed Chemical Munition
**Estimated assault date/time (local):** 10/14/2025 13:40

Was reportable force used on this subject? ⊗ Yes    No

    Was the subject outside the US or its territories when this force was applied?    Yes  ⊗ No

Was this subject in the Failure to yield (FTY) incident?    Yes  ⊗ No

Was the subject an occupant of a vehicle?    Yes  ⊗ No

Was this subject injured or claiming to be injured?    Yes  ⊗ No    Unknown

## FAILURE TO YIELD (FTY)/VEHICLE PURSUIT

**Vehicle pursuit reporting organization:** U.S. Border Patrol / El Paso Sector
**Reason for attempted vehicle stop:** Felony involving physical force/violence
**CBP pursuit supervisor:** None
**Communications center and frequencies used:** Midway Blitz TOC via DTAC 8
**Was contraband seized by CBP?**    Yes  ⊗ No
**Is this a known or suspected smuggling operation?**    Yes  ⊗ No
**Are there any audio/video files for this pursuit?**    Yes  ⊗ No
**CBP vehicle markings:**    Marked  ⊗ Unmarked

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 2
**Vehicle make:** Ford
**Vehicle model:** Flex
**Vehicle year:** 2012
**Vehicle type:** Automobile
**Total damage to the vehicle (not including tire damage):** Moderate
**Final disposition of the vehicle:** Seized by OA

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | PIERLA-RAMIEZ, LUIS GERARDO | Driver |
| Yes | TENEFE PEREZ, YONDER ENRIQUE | Passenger |

## ASSAULTS: 270

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MASS GROUP | Threat - Various verbal threats towards agents on 10/14/2025 12:00 | NUNEZ, BENITO | ⊗ Yes    No | Yes  ⊗ No |
| | | CHAVIRA JR, CARLOS | ⊗ Yes    No | Yes  ⊗ No |
| | | GUILLEN, JESUS | ⊗ Yes    No | Yes  ⊗ No |
| | | GONZALEZ JR, ALBERTO | ⊗ Yes    No | Not injured in this incident |
| | | TRAVIS, SHANE W. | ⊗ Yes    No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | ⊗ Yes    No | Not injured in this incident |

CHC v. Noem - CBP 000234

| | | VAZQUEZ, EDGAR E. | ⊗ Yes    No | Not injured in this incident |
|---|---|---|---|---|
| | | MEZA, OSCAR A. | ⊗ Yes    No | Not injured in this incident |
| | | FLORES, DERRICK J. | ⊗ Yes    No | Not injured in this incident |
| | | LESLIE, JOHN N. | ⊗ Yes    No | Yes   ⊗ No |
| | | HALAMA, JOSEPH M. | ⊗ Yes    No | Not injured in this incident |
| | | BEAULIEU, PAUL M. | ⊗ Yes    No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes    No | Not injured in this incident |
| | | WYSOCKI, GERIK E. | ⊗ Yes    No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes    No | Not injured in this incident |
| | | RIVAS, CARLOS A. | ⊗ Yes    No | Not injured in this incident |
| | | RENTERIA, JESSIE | ⊗ Yes    No | Not injured in this incident |
| | | HEWETT, JOSHUA A. | ⊗ Yes    No | Not injured in this incident |
| | | WHITE, BRIAN D. | ⊗ Yes    No | Not injured in this incident |
| | | MCCALLA II, CHRISTOPHER M. | ⊗ Yes    No | Not injured in this incident |
| | | RODRIGUEZ GONZALE, DERECK J. | ⊗ Yes    No | Not injured in this incident |
| | | DUROST, SHANE E. | ⊗ Yes    No | Not injured in this incident |
| | | VOLMERING, DEREK B. | ⊗ Yes    No | Not injured in this incident |
| | | BOCKSTANZ, JOHN N. | ⊗ Yes    No | Not injured in this incident |
| | | BECKER III, WARREN J. | ⊗ Yes    No | Not injured in this incident |
| | | HERSCH, TANNER J. | ⊗ Yes    No | Not injured in this incident |
| | | MARQUEZ, ABEL | ⊗ Yes    No | Not injured in this incident |
| | | LEWIS, GAVIN R. | ⊗ Yes    No | Not injured in this incident |
| | | HEADY, KEVIN R. | ⊗ Yes    No | Not injured in this incident |
| | | MCNEAL, RHET | ⊗ Yes    No | Not injured in this incident |



CHC v. Noem - CBP 000235

| | | | | |
|---|---|---|---|---|
| | | POWER, ANDREW L. | ⊗ Yes    No | incident |
| | | TURNER, MICHAEL J. | ⊗ Yes    No | Not injured in this incident |
| | | DOVIAK, ADAM E. | ⊗ Yes    No | Not injured in this incident |
| | | MORALES, CHRISTIAN M. | ⊗ Yes    No | Not injured in this incident |
| | | SULEK, MATTHEW P. | ⊗ Yes    No | Not injured in this incident |
| | | GARZA, VICTOR R. | ⊗ Yes    No | Not injured in this incident |
| | | REYES, CARLOS M. | ⊗ Yes    No | Not injured in this incident |
| | | ELIZALDE, JUSTIN C. | ⊗ Yes    No | Not injured in this incident |
| | | DE LA MORA, STEVE R. | ⊗ Yes    No | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes    No | Not injured in this incident |
| | | FONSECA CRUZ, PEDRO C. | ⊗ Yes    No | Not injured in this incident |
| | | LEIGH, BRADLEY R. | ⊗ Yes    No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes    No | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | ⊗ Yes    No | Not injured in this incident |
| MASS GROUP | Rocking (rocks only) on 10/14/2025 13:25 | NUNEZ, BENITO | ⊗ Yes    No | Yes   ⊗ No |
| | | CHAVIRA JR, CARLOS | ⊗ Yes    No | Yes   ⊗ No |
| | | GUILLEN, JESUS | ⊗ Yes    No | Yes   ⊗ No |
| | | GONZALEZ JR, ALBERTO | ⊗ Yes    No | Not injured in this incident |
| | | TRAVIS, SHANE W. | ⊗ Yes    No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | ⊗ Yes    No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ⊗ Yes    No | Not injured in this incident |
| | | MEZA, OSCAR A. | ⊗ Yes    No | Not injured in this incident |
| | | FLORES, DERRICK J. | ⊗ Yes    No | Not injured in this incident |
| | | LESLIE, JOHN N. | ⊗ Yes    No | Yes   ⊗ No |
| | | HALAMA, JOSEPH M. | ⊗ Yes    No | Not injured in this incident |
| | | | | Not injured in this |



Print Date: 2025-10-25

CHC v. Noem - CBP 000236

| | | | | | |
|---|---|---|---|---|---|
| | | BEAULIEU, PAUL M. | ⊗ Yes | No | incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes | No | Not injured in this incident |
| | | WYSOCKI, GERIK E. | ⊗ Yes | No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes | No | Not injured in this incident |
| | | RIVAS, CARLOS A. | ⊗ Yes | No | Not injured in this incident |
| | | RENTERIA, JESSIE | ⊗ Yes | No | Not injured in this incident |
| | | HEWETT, JOSHUA A. | ⊗ Yes | No | Not injured in this incident |
| | | WHITE, BRIAN D. | ⊗ Yes | No | Not injured in this incident |
| | | MCCALLA II, CHRISTOPHER M. | ⊗ Yes | No | Not injured in this incident |
| | | RODRIGUEZ GONZALE, DERECK J. | ⊗ Yes | No | Not injured in this incident |
| | | DUROST, SHANE E. | ⊗ Yes | No | Not injured in this incident |
| | | VOLMERING, DEREK B. | ⊗ Yes | No | Not injured in this incident |
| | | BOCKSTANZ, JOHN N. | ⊗ Yes | No | Not injured in this incident |
| | | BECKER III, WARREN J. | ⊗ Yes | No | Not injured in this incident |
| | | HERSCH, TANNER J. | ⊗ Yes | No | Not injured in this incident |
| | | MARQUEZ, ABEL | ⊗ Yes | No | Not injured in this incident |
| | | LEWIS, GAVIN R. | ⊗ Yes | No | Not injured in this incident |
| | | HEADY, KEVIN R. | ⊗ Yes | No | Not injured in this incident |
| | | MCNEAL, RHET | ⊗ Yes | No | Not injured in this incident |
| | | POWER, ANDREW L. | ⊗ Yes | No | Not injured in this incident |
| | | TURNER, MICHAEL J. | ⊗ Yes | No | Not injured in this incident |
| | | DOVIAK, ADAM E. | ⊗ Yes | No | Not injured in this incident |
| | | MORALES, CHRISTIAN M. | ⊗ Yes | No | Not injured in this incident |
| | | SULEK, MATTHEW P. | ⊗ Yes | No | Not injured in this incident |
| | | | | | Not injured in this |



Print Date: 2025-10-25

CHC v. Noem - CBP 000237

| | | | | |
|---|---|---|---|---|
| | | GARZA, VICTOR R. | ⊗ Yes   No | incident |
| | | REYES, CARLOS M. | ⊗ Yes   No | Not injured in this incident |
| | | ELIZALDE, JUSTIN C. | ⊗ Yes   No | Not injured in this incident |
| | | DE LA MORA, STEVE R. | ⊗ Yes   No | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes   No | Not injured in this incident |
| | | FONSECA CRUZ, PEDRO C. | ⊗ Yes   No | Not injured in this incident |
| | | LEIGH, BRADLEY R. | ⊗ Yes   No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes   No | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | ⊗ Yes   No | Not injured in this incident |
| MASS GROUP | Physically w/o weapon - Pushing agents on 10/14/2025 11:45 | NUNEZ, BENITO | ⊗ Yes   No | Yes  ⊗ No |
| | | CHAVIRA JR, CARLOS | ⊗ Yes   No | Yes  ⊗ No |
| | | GUILLEN, JESUS | ⊗ Yes   No | Yes  ⊗ No |
| | | GONZALEZ JR, ALBERTO | ⊗ Yes   No | Not injured in this incident |
| | | TRAVIS, SHANE W. | ⊗ Yes   No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | ⊗ Yes   No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ⊗ Yes   No | Not injured in this incident |
| | | MEZA, OSCAR A. | ⊗ Yes   No | Not injured in this incident |
| | | FLORES, DERRICK J. | ⊗ Yes   No | Not injured in this incident |
| | | LESLIE, JOHN N. | ⊗ Yes   No | Yes  ⊗ No |
| | | HALAMA, JOSEPH M. | ⊗ Yes   No | Not injured in this incident |
| | | BEAULIEU, PAUL M. | ⊗ Yes   No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes   No | Not injured in this incident |
| | | WYSOCKI, GERIK E. | ⊗ Yes   No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes   No | Not injured in this incident |
| | | RIVAS, CARLOS A. | ⊗ Yes   No | Not injured in this incident |



CHC v. Noem - CBP 000238

| | | RENTERIA, JESSIE | ⊗ Yes No | incident |
|---|---|---|---|---|
| | | HEWETT, JOSHUA A. | ⊗ Yes No | Not injured in this incident |
| | | WHITE, BRIAN D. | ⊗ Yes No | Not injured in this incident |
| | | MCCALLA II, CHRISTOPHER M. | ⊗ Yes No | Not injured in this incident |
| | | RODRIGUEZ GONZALE, DERECK J. | ⊗ Yes No | Not injured in this incident |
| | | DUROST, SHANE E. | ⊗ Yes No | Not injured in this incident |
| | | VOLMERING, DEREK B. | ⊗ Yes No | Not injured in this incident |
| | | BOCKSTANZ, JOHN N. | ⊗ Yes No | Not injured in this incident |
| | | BECKER III, WARREN J. | ⊗ Yes No | Not injured in this incident |
| | | HERSCH, TANNER J. | ⊗ Yes No | Not injured in this incident |
| | | MARQUEZ, ABEL | ⊗ Yes No | Not injured in this incident |
| | | LEWIS, GAVIN R. | ⊗ Yes No | Not injured in this incident |
| | | HEADY, KEVIN R. | ⊗ Yes No | Not injured in this incident |
| | | MCNEAL, RHET | ⊗ Yes No | Not injured in this incident |
| | | POWER, ANDREW L. | ⊗ Yes No | Not injured in this incident |
| | | TURNER, MICHAEL J. | ⊗ Yes No | Not injured in this incident |
| | | DOVIAK, ADAM E. | ⊗ Yes No | Not injured in this incident |
| | | MORALES, CHRISTIAN M. | ⊗ Yes No | Not injured in this incident |
| | | SULEK, MATTHEW P. | ⊗ Yes No | Not injured in this incident |
| | | GARZA, VICTOR R. | ⊗ Yes No | Not injured in this incident |
| | | REYES, CARLOS M. | ⊗ Yes No | Not injured in this incident |
| | | ELIZALDE, JUSTIN C. | ⊗ Yes No | Not injured in this incident |
| | | DE LA MORA, STEVE R. | ⊗ Yes No | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | ⊗ Yes No | Not injured in this incident |

Not injured in this



CHC v. Noem - CBP 000239

| | | | | |
|---|---|---|---|---|
| | | YULO JR, ALFREDO | ⊗ Yes    No | incident |
| | | FONSECA CRUZ, PEDRO C. | ⊗ Yes    No | Not injured in this incident |
| | | LEIGH, BRADLEY R. | ⊗ Yes    No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes    No | Not injured in this incident |
| MASS GROUP | Projectile (other than rock) - Bottles with unknown liquid, deployed munitions. eggs, concrete, etc. on 10/14/2025 13:25 | NUNEZ, BENITO | ⊗ Yes    No | Yes  ⊗ No |
| | | CHAVIRA JR, CARLOS | ⊗ Yes    No | Yes  ⊗ No |
| | | GUILLEN, JESUS | ⊗ Yes    No | Yes  ⊗ No |
| | | GONZALEZ JR, ALBERTO | ⊗ Yes    No | Not injured in this incident |
| | | TRAVIS, SHANE W. | ⊗ Yes    No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | ⊗ Yes    No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ⊗ Yes    No | Not injured in this incident |
| | | MEZA, OSCAR A. | ⊗ Yes    No | Not injured in this incident |
| | | FLORES, DERRICK J. | ⊗ Yes    No | Not injured in this incident |
| | | LESLIE, JOHN N. | ⊗ Yes    No | ⊗ Yes     No |
| | | HALAMA, JOSEPH M. | ⊗ Yes    No | Not injured in this incident |
| | | BEAULIEU, PAUL M. | ⊗ Yes    No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes    No | Not injured in this incident |
| | | WYSOCKI, GERIK E. | ⊗ Yes    No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes    No | Not injured in this incident |
| | | RIVAS, CARLOS A. | ⊗ Yes    No | Not injured in this incident |
| | | RENTERIA, JESSIE | ⊗ Yes    No | Not injured in this incident |
| | | HEWETT, JOSHUA A. | ⊗ Yes    No | Not injured in this incident |
| | | WHITE, BRIAN D. | ⊗ Yes    No | Not injured in this incident |
| | | MCCALLA II, CHRISTOPHER M. | ⊗ Yes    No | Not injured in this incident |
| | | RODRIGUEZ GONZALE, DERECK J. | ⊗ Yes    No | Not injured in this incident |

Not injured in this

CHC v. Noem - CBP 000240

| | | | | | |
|---|---|---|---|---|---|
| | | DUROST, SHANE E. | ⊗ Yes No | | incident |
| | | VOLMERING, DEREK B. | ⊗ Yes No | | Not injured in this incident |
| | | BOCKSTANZ, JOHN N. | ⊗ Yes No | | Not injured in this incident |
| | | BECKER III, WARREN J. | ⊗ Yes No | | Not injured in this incident |
| | | HERSCH, TANNER J. | ⊗ Yes No | | Not injured in this incident |
| | | MARQUEZ, ABEL | ⊗ Yes No | | Not injured in this incident |
| | | LEWIS, GAVIN R. | ⊗ Yes No | | Not injured in this incident |
| | | HEADY, KEVIN R. | ⊗ Yes No | | Not injured in this incident |
| | | MCNEAL, RHET | ⊗ Yes No | | Not injured in this incident |
| | | POWER, ANDREW L. | ⊗ Yes No | | Not injured in this incident |
| | | TURNER, MICHAEL J. | ⊗ Yes No | | Not injured in this incident |
| | | DOVIAK, ADAM E. | ⊗ Yes No | | Not injured in this incident |
| | | MORALES, CHRISTIAN M. | ⊗ Yes No | | Not injured in this incident |
| | | SULEK, MATTHEW P. | ⊗ Yes No | | Not injured in this incident |
| | | GARZA, VICTOR R. | ⊗ Yes No | | Not injured in this incident |
| | | REYES, CARLOS M. | ⊗ Yes No | | Not injured in this incident |
| | | ELIZALDE, JUSTIN C. | ⊗ Yes No | | Not injured in this incident |
| | | DE LA MORA, STEVE R. | ⊗ Yes No | | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | ⊗ Yes No | | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes No | | Not injured in this incident |
| | | FONSECA CRUZ, PEDRO C. | ⊗ Yes No | | Not injured in this incident |
| | | LEIGH, BRADLEY R. | ⊗ Yes No | | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes No | | Not injured in this incident |
| ROGEL-ESPINOZA, JOSE | Projectile (other than rock) - Threw a deployed hand thrown munition back at agents on | NUNEZ, BENITO | ⊗ Yes No | | Yes ⊗ No |
| | | CHAVIRA JR, CARLOS | ⊗ Yes No | | Yes ⊗ No |

⊠

⊠

| 10/14/2025 11:45 | GUILLEN, JESUS | ⊗ Yes    No | Yes  ⊗ No |
| | GONZALEZ JR, ALBERTO | ⊗ Yes    No | Not injured in this incident |
| | TRAVIS, SHANE W. | ⊗ Yes    No | Not injured in this incident |
| | SVEUM, MICHAEL B. | ⊗ Yes    No | Not injured in this incident |
| | VAZQUEZ, EDGAR E. | ⊗ Yes    No | Not injured in this incident |
| | MEZA, OSCAR A. | ⊗ Yes    No | Not injured in this incident |
| | FLORES, DERRICK J. | ⊗ Yes    No | Not injured in this incident |
| | LESLIE, JOHN N. | ⊗ Yes    No | Yes  ⊗ No |
| | HALAMA, JOSEPH M. | ⊗ Yes    No | Not injured in this incident |
| | BEAULIEU, PAUL M. | ⊗ Yes    No | Not injured in this incident |
| | DUBAR JR, DAVID R. | ⊗ Yes    No | Not injured in this incident |
| | WYSOCKI, GERIK E. | ⊗ Yes    No | Not injured in this incident |
| | BERLIN, PADRAIC DANIEL | ⊗ Yes    No | Not injured in this incident |
| | RIVAS, CARLOS A. | ⊗ Yes    No | Not injured in this incident |
| | RENTERIA, JESSIE | ⊗ Yes    No | Not injured in this incident |
| | HEWETT, JOSHUA A. | ⊗ Yes    No | Not injured in this incident |
| | WHITE, BRIAN D. | ⊗ Yes    No | Not injured in this incident |
| | MCCALLA II, CHRISTOPHER M. | ⊗ Yes    No | Not injured in this incident |
| | RODRIGUEZ GONZALE, DERECK J. | ⊗ Yes    No | Not injured in this incident |
| | DUROST, SHANE E. | ⊗ Yes    No | Not injured in this incident |
| | VOLMERING, DEREK B. | ⊗ Yes    No | Not injured in this incident |
| | BOCKSTANZ, JOHN N. | ⊗ Yes    No | Not injured in this incident |
| | BECKER III, WARREN J. | ⊗ Yes    No | Not injured in this incident |
| | HERSCH, TANNER J. | ⊗ Yes    No | Not injured in this incident |
| | MARQUEZ, ABEL | ⊗ Yes    No | Not injured in this incident |

Print Date: 2025-10-25

CHC v. Noem - CBP 000242

| | | | | | |
|---|---|---|---|---|---|
| | | LEWIS, GAVIN R. | ⊗ Yes     No | Not injured in this incident | |
| | | HEADY, KEVIN R. | ⊗ Yes     No | Not injured in this incident | |
| | | MCNEAL, RHET | ⊗ Yes     No | Not injured in this incident | |
| | | POWER, ANDREW L. | ⊗ Yes     No | Not injured in this incident | |
| | | TURNER, MICHAEL J. | ⊗ Yes     No | Not injured in this incident | |
| | | DOVIAK, ADAM E. | ⊗ Yes     No | Not injured in this incident | |
| | | MORALES, CHRISTIAN M. | ⊗ Yes     No | Not injured in this incident | |
| | | SULEK, MATTHEW P. | ⊗ Yes     No | Not injured in this incident | |
| | | GARZA, VICTOR R. | ⊗ Yes     No | Not injured in this incident | |
| | | REYES, CARLOS M. | ⊗ Yes     No | Not injured in this incident | |
| | | ELIZALDE, JUSTIN C. | ⊗ Yes     No | Not injured in this incident | |
| | | DE LA MORA, STEVE R. | ⊗ Yes     No | Not injured in this incident | |
| | | DUARTE LEON, FRANCISCO JA | ⊗ Yes     No | Not injured in this incident | |
| | | YULO JR, ALFREDO | ⊗ Yes     No | Not injured in this incident | |
| | | FONSECA CRUZ, PEDRO C. | ⊗ Yes     No | Not injured in this incident | |
| | | LEIGH, BRADLEY R. | ⊗ Yes     No | Not injured in this incident | |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes     No | Not injured in this incident | |
| PIERLA-RAMIEZ, LUIS GERARDO | Vehicle on 10/14/2025 10:25 | NUNEZ, BENITO | ⊗ Yes     No | ⊗ Yes     No | |
| | | CHAVIRA JR, CARLOS | ⊗ Yes     No | ⊗ Yes     No | |
| | | GUILLEN, JESUS | ⊗ Yes     No | ⊗ Yes     No | |
| | | GONZALEZ JR, ALBERTO | Yes ⊗ No | Not injured in this incident | |
| | | TRAVIS, SHANE W. | Yes ⊗ No | Not injured in this incident | |
| | | SVEUM, MICHAEL B. | Yes ⊗ No | Not injured in this incident | |
| | | VAZQUEZ, EDGAR E. | Yes ⊗ No | Not injured in this incident | |
| | | MEZA, OSCAR A. | Yes ⊗ No | Not injured in this incident | |

Print Date: 2025-10-25

CHC v. Noem - CBP 000243

| FLORES, DERRICK J. | Yes ⊗ No | Not injured in this incident |
| LESLIE, JOHN N. | Yes ⊗ No | Not applicable |
| HALAMA, JOSEPH M. | Yes ⊗ No | Not injured in this incident |
| BEAULIEU, PAUL M. | Yes ⊗ No | Not injured in this incident |
| DUBAR JR, DAVID R. | Yes ⊗ No | Not injured in this incident |
| WYSOCKI, GERIK E. | Yes ⊗ No | Not injured in this incident |
| BERLIN, PADRAIC DANIEL | Yes ⊗ No | Not injured in this incident |
| RIVAS, CARLOS A. | Yes ⊗ No | Not injured in this incident |
| RENTERIA, JESSIE | Yes ⊗ No | Not injured in this incident |
| HEWETT, JOSHUA A. | Yes ⊗ No | Not injured in this incident |
| WHITE, BRIAN D. | Yes ⊗ No | Not injured in this incident |
| MCCALLA II, CHRISTOPHER M. | Yes ⊗ No | Not injured in this incident |
| RODRIGUEZ GONZALE, DERECK J. | Yes ⊗ No | Not injured in this incident |
| DUROST, SHANE E. | Yes ⊗ No | Not injured in this incident |
| VOLMERING, DEREK B. | Yes ⊗ No | Not injured in this incident |
| BOCKSTANZ, JOHN N. | Yes ⊗ No | Not injured in this incident |
| BECKER III, WARREN J. | Yes ⊗ No | Not injured in this incident |
| HERSCH, TANNER J. | Yes ⊗ No | Not injured in this incident |
| MARQUEZ, ABEL | Yes ⊗ No | Not injured in this incident |
| LEWIS, GAVIN R. | Yes ⊗ No | Not injured in this incident |
| HEADY, KEVIN R. | Yes ⊗ No | Not injured in this incident |
| MCNEAL, RHET | Yes ⊗ No | Not injured in this incident |
| POWER, ANDREW L. | Yes ⊗ No | Not injured in this incident |
| TURNER, MICHAEL J. | Yes ⊗ No | Not injured in this incident |
| | | Not injured in this |



Print Date: 2025-10-25

CHC v. Noem - CBP 000244

| | | | | |
|---|---|---|---|---|
| | | DOVIAK, ADAM E. | Yes ⊗ No | incident |
| | | MORALES, CHRISTIAN M. | Yes ⊗ No | Not injured in this incident |
| | | SULEK, MATTHEW P. | Yes ⊗ No | Not injured in this incident |
| | | GARZA, VICTOR R. | Yes ⊗ No | Not injured in this incident |
| | | REYES, CARLOS M. | Yes ⊗ No | Not injured in this incident |
| | | ELIZALDE, JUSTIN C. | Yes ⊗ No | Not injured in this incident |
| | | DE LA MORA, STEVE R. | Yes ⊗ No | Not injured in this incident |
| | | YULO JR, ALFREDO | Yes ⊗ No | Not injured in this incident |
| | | FONSECA CRUZ, PEDRO C. | Yes ⊗ No | Not injured in this incident |
| | | LEIGH, BRADLEY R. | Yes ⊗ No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | Yes ⊗ No | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | Yes ⊗ No | Not injured in this incident |
| GARNICA, ARMANDO | Physically w/o weapon - Pushing agents on 10/14/2025 11:50 | NUNEZ, BENITO | Yes ⊗ No | Not applicable |
| | | CHAVIRA JR, CARLOS | ⊗ Yes   No | Yes ⊗ No |
| | | GUILLEN, JESUS | Yes ⊗ No | Not applicable |
| | | GONZALEZ JR, ALBERTO | Yes ⊗ No | Not injured in this incident |
| | | TRAVIS, SHANE W. | Yes ⊗ No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | Yes ⊗ No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | Yes ⊗ No | Not injured in this incident |
| | | MEZA, OSCAR A. | Yes ⊗ No | Not injured in this incident |
| | | FLORES, DERRICK J. | Yes ⊗ No | Not injured in this incident |
| | | LESLIE, JOHN N. | Yes ⊗ No | Not applicable |
| | | HALAMA, JOSEPH M. | Yes ⊗ No | Not injured in this incident |
| | | BEAULIEU, PAUL M. | Yes ⊗ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | Yes ⊗ No | Not injured in this incident |
| | | | | Not injured in this |

Print Date: 2025-10-25

CHC v. Noem - CBP 000245

| | | WYSOCKI, GERIK E. | Yes ⊗ No | incident |
|---|---|---|---|---|
| | | BERLIN, PADRAIC DANIEL | Yes ⊗ No | Not injured in this incident |
| | | RIVAS, CARLOS A. | Yes ⊗ No | Not injured in this incident |
| | | RENTERIA, JESSIE | Yes ⊗ No | Not injured in this incident |
| | | HEWETT, JOSHUA A. | Yes ⊗ No | Not injured in this incident |
| | | WHITE, BRIAN D. | Yes ⊗ No | Not injured in this incident |
| | | MCCALLA II, CHRISTOPHER M. | Yes ⊗ No | Not injured in this incident |
| | | RODRIGUEZ GONZALE, DERECK J. | Yes ⊗ No | Not injured in this incident |
| | | DUROST, SHANE E. | Yes ⊗ No | Not injured in this incident |
| | | VOLMERING, DEREK B. | Yes ⊗ No | Not injured in this incident |
| | | BOCKSTANZ, JOHN N. | Yes ⊗ No | Not injured in this incident |
| | | BECKER III, WARREN J. | Yes ⊗ No | Not injured in this incident |
| | | HERSCH, TANNER J. | Yes ⊗ No | Not injured in this incident |
| | | MARQUEZ, ABEL | Yes ⊗ No | Not injured in this incident |
| | | LEWIS, GAVIN R. | Yes ⊗ No | Not injured in this incident |
| | | HEADY, KEVIN R. | Yes ⊗ No | Not injured in this incident |
| | | MCNEAL, RHET | Yes ⊗ No | Not injured in this incident |
| | | POWER, ANDREW L. | Yes ⊗ No | Not injured in this incident |
| | | TURNER, MICHAEL J. | Yes ⊗ No | Not injured in this incident |
| | | DOVIAK, ADAM E. | Yes ⊗ No | Not injured in this incident |
| | | MORALES, CHRISTIAN M. | Yes ⊗ No | Not injured in this incident |
| | | SULEK, MATTHEW P. | Yes ⊗ No | Not injured in this incident |
| | | GARZA, VICTOR R. | Yes ⊗ No | Not injured in this incident |
| | | REYES, CARLOS M. | Yes ⊗ No | Not injured in this incident |
| | | | | Not injured in this |



Print Date: 2025-10-25

CHC v. Noem - CBP 000246

| | | | | |
|---|---|---|---|---|
| | | ELIZALDE, JUSTIN C. | Yes ⊗ No | incident |
| | | DE LA MORA, STEVE R. | Yes ⊗ No | Not injured in this incident |
| | | DUARTE LEON, FRANCISCO JA | Yes ⊗ No | Not injured in this incident |
| | | YULO JR, ALFREDO | Yes ⊗ No | Not injured in this incident |
| | | FONSECA CRUZ, PEDRO C. | Yes ⊗ No | Not injured in this incident |
| | | LEIGH, BRADLEY R. | Yes ⊗ No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | Yes ⊗ No | Not injured in this incident |
| UNKNOWN-1 | Other assault method - Tire Punctured by Unknown Person on 10/14/2025 13:49 | NUNEZ, BENITO | Yes ⊗ No | Not applicable |
| | | CHAVIRA JR, CARLOS | Yes ⊗ No | Not applicable |
| | | GUILLEN, JESUS | Yes ⊗ No | Not applicable |
| | | GONZALEZ JR, ALBERTO | Yes ⊗ No | Not injured in this incident |
| | | TRAVIS, SHANE W. | Yes ⊗ No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | Yes ⊗ No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | Yes ⊗ No | Not injured in this incident |
| | | MEZA, OSCAR A. | Yes ⊗ No | Not injured in this incident |
| | | FLORES, DERRICK J. | Yes ⊗ No | Not injured in this incident |
| | | LESLIE, JOHN N. | Yes ⊗ No | Not applicable |
| | | HALAMA, JOSEPH M. | Yes ⊗ No | Not injured in this incident |
| | | BEAULIEU, PAUL M. | Yes ⊗ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | Yes ⊗ No | Not injured in this incident |
| | | WYSOCKI, GERIK E. | Yes ⊗ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | Yes ⊗ No | Not injured in this incident |
| | | RIVAS, CARLOS A. | Yes ⊗ No | Not injured in this incident |
| | | RENTERIA, JESSIE | Yes ⊗ No | Not injured in this incident |
| | | HEWETT, JOSHUA A. | Yes ⊗ No | Not injured in this incident |
| | | | | Not injured in this |

Print Date: 2025-10-25

CHC v. Noem - CBP 000247

| WHITE, BRIAN D. | Yes ⊗ No | incident |
| MCCALLA II, CHRISTOPHER M. | Yes ⊗ No | Not injured in this incident |
| RODRIGUEZ GONZALE, DERECK J. | Yes ⊗ No | Not injured in this incident |
| DUROST, SHANE E. | Yes ⊗ No | Not injured in this incident |
| VOLMERING, DEREK B. | Yes ⊗ No | Not injured in this incident |
| BOCKSTANZ, JOHN N. | Yes ⊗ No | Not injured in this incident |
| BECKER III, WARREN J. | Yes ⊗ No | Not injured in this incident |
| HERSCH, TANNER J. | Yes ⊗ No | Not injured in this incident |
| MARQUEZ, ABEL | Yes ⊗ No | Not injured in this incident |
| LEWIS, GAVIN R. | Yes ⊗ No | Not injured in this incident |
| HEADY, KEVIN R. | Yes ⊗ No | Not injured in this incident |
| MCNEAL, RHET | Yes ⊗ No | Not injured in this incident |
| POWER, ANDREW L. | Yes ⊗ No | Not injured in this incident |
| TURNER, MICHAEL J. | Yes ⊗ No | Not injured in this incident |
| DOVIAK, ADAM E. | Yes ⊗ No | Not injured in this incident |
| MORALES, CHRISTIAN M. | Yes ⊗ No | Not injured in this incident |
| SULEK, MATTHEW P. | Yes ⊗ No | Not injured in this incident |
| GARZA, VICTOR R. | Yes ⊗ No | Not injured in this incident |
| REYES, CARLOS M. | ⊗ Yes    No | Not injured in this incident |
| ELIZALDE, JUSTIN C. | Yes ⊗ No | Not injured in this incident |
| DE LA MORA, STEVE R. | Yes ⊗ No | Not injured in this incident |
| DUARTE LEON, FRANCISCO JA | Yes ⊗ No | Not injured in this incident |
| YULO JR, ALFREDO | ⊗ Yes    No | Not injured in this incident |
| FONSECA CRUZ, PEDRO C. | Yes ⊗ No | Not injured in this incident |
|  |  | Not injured in this |



Print Date: 2025-10-25

CHC v. Noem - CBP 000248

|  |  | LEIGH, BRADLEY R. | Yes ⊗ No | incident |
|---|---|---|---|---|
|  |  | MARTINEZ GERARDO, JESSE JAMES | Yes ⊗ No | Not injured in this incident |
| UNKNOWN-2 | Projectile (other than rock) - Kicking Deployed Chemical Munition on 10/14/2025 13:40 | NUNEZ, BENITO | ⊗ Yes No | Yes ⊗ No |
|  |  | CHAVIRA JR, CARLOS | ⊗ Yes No | Yes ⊗ No |
|  |  | GUILLEN, JESUS | ⊗ Yes No | Yes ⊗ No |
|  |  | GONZALEZ JR, ALBERTO | ⊗ Yes No | Not injured in this incident |
|  |  | TRAVIS, SHANE W. | ⊗ Yes No | Not injured in this incident |
|  |  | SVEUM, MICHAEL B. | ⊗ Yes No | Not injured in this incident |
|  |  | VAZQUEZ, EDGAR E. | ⊗ Yes No | Not injured in this incident |
|  |  | MEZA, OSCAR A. | ⊗ Yes No | Not injured in this incident |
|  |  | FLORES, DERRICK J. | ⊗ Yes No | Not injured in this incident |
|  |  | LESLIE, JOHN N. | ⊗ Yes No | Yes ⊗ No |
|  |  | HALAMA, JOSEPH M. | ⊗ Yes No | Not injured in this incident |
|  |  | BEAULIEU, PAUL M. | ⊗ Yes No | Not injured in this incident |
|  |  | DUBAR JR, DAVID R. | ⊗ Yes No | Not injured in this incident |
|  |  | WYSOCKI, GERIK E. | ⊗ Yes No | Not injured in this incident |
|  |  | BERLIN, PADRAIC DANIEL | ⊗ Yes No | Not injured in this incident |
|  |  | RIVAS, CARLOS A. | ⊗ Yes No | Not injured in this incident |
|  |  | RENTERIA, JESSIE | ⊗ Yes No | Not injured in this incident |
|  |  | HEWETT, JOSHUA A. | ⊗ Yes No | Not injured in this incident |
|  |  | WHITE, BRIAN D. | ⊗ Yes No | Not injured in this incident |
|  |  | MCCALLA II, CHRISTOPHER M. | ⊗ Yes No | Not injured in this incident |
|  |  | RODRIGUEZ GONZALE, DERECK J. | ⊗ Yes No | Not injured in this incident |
|  |  | DUROST, SHANE E. | ⊗ Yes No | Not injured in this incident |
|  |  | VOLMERING, DEREK B. | ⊗ Yes No | Not injured in this incident |
|  |  |  |  | Not injured in this |

Print Date: 2025-10-25

CHC v. Noem - CBP 000249

| | | | | |
|---|---|---|---|---|
| BOCKSTANZ, JOHN N. | ⊗ Yes | No | incident |
| BECKER III, WARREN J. | ⊗ Yes | No | Not injured in this incident |
| HERSCH, TANNER J. | ⊗ Yes | No | Not injured in this incident |
| MARQUEZ, ABEL | ⊗ Yes | No | Not injured in this incident |
| LEWIS, GAVIN R. | ⊗ Yes | No | Not injured in this incident |
| HEADY, KEVIN R. | ⊗ Yes | No | Not injured in this incident |
| MCNEAL, RHET | ⊗ Yes | No | Not injured in this incident |
| POWER, ANDREW L. | ⊗ Yes | No | Not injured in this incident |
| TURNER, MICHAEL J. | ⊗ Yes | No | Not injured in this incident |
| DOVIAK, ADAM E. | ⊗ Yes | No | Not injured in this incident |
| MORALES, CHRISTIAN M. | ⊗ Yes | No | Not injured in this incident |
| SULEK, MATTHEW P. | ⊗ Yes | No | Not injured in this incident |
| GARZA, VICTOR R. | ⊗ Yes | No | Not injured in this incident |
| REYES, CARLOS M. | ⊗ Yes | No | Not injured in this incident |
| ELIZALDE, JUSTIN C. | ⊗ Yes | No | Not injured in this incident |
| DE LA MORA, STEVE R. | ⊗ Yes | No | Not injured in this incident |
| DUARTE LEON, FRANCISCO JA | ⊗ Yes | No | Not injured in this incident |
| YULO JR, ALFREDO | ⊗ Yes | No | Not injured in this incident |
| FONSECA CRUZ, PEDRO C. | ⊗ Yes | No | Not injured in this incident |
| LEIGH, BRADLEY R. | ⊗ Yes | No | Not injured in this incident |
| MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 4

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| CHAVIRA JR, | LLSI-CM (Less- | **Subject:** MASS GROUP |

⊠

CHC v. Noem - CBP 000250

| | | |
|---|---|---|
| CARLOS | lethal Specialty Impact-Chemical Munitions) - Pocket Tactical Saf-Smoke Canister - Hand-Thrown Pocket Tactical Smoke deployed towards crowd on 10/14/2025 12:00 | **Was this use of force in response to the following assault by this subject?**<br>**Threat - Various verbal threats towards agents on 10/14/2025 12:00  - Yes**<br>    **Was this use of force effective against what prompted its use?**  Yes<br>    **Did the UOF device function as designed?**  Yes<br>**Rocking (rocks only) on 10/14/2025 13:25  - Yes**<br>    **Was this use of force effective against what prompted its use?**  Yes<br>    **Did the UOF device function as designed?**  Yes<br>**Physically w/o weapon - Pushing agents on 10/14/2025 11:45  - Yes**<br>    **Was this use of force effective against what prompted its use?**  Yes<br>    **Did the UOF device function as designed?**  Yes<br>**Projectile (other than rock) - Bottles with unknown liquid, deployed munitions, eggs, concrete, etc. on 10/14/2025 13:25  - Yes**<br>    **Was this use of force effective against what prompted its use?**  Yes<br>    **Did the UOF device function as designed?**  Yes |
| VAZQUEZ, EDGAR E. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - Muzzle Blast on 10/14/2025 12:40 | **Subject:**  UNKNOWN-2<br>    **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident<br>    **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Kicking Deployed Chemical Munition on 10/14/2025 13:40 - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes |
| DUBAR JR, DAVID R. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Tripple Chaser CS on 10/14/2025 12:39 | **Subject:**  MASS GROUP<br>    **Was this use of force in response to the following assault by this subject?**<br>    **Threat - Various verbal threats towards agents on 10/14/2025 12:00  - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes<br>    **Rocking (rocks only) on 10/14/2025 13:25  - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes<br>    **Physically w/o weapon - Pushing agents on 10/14/2025 11:45  - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes<br>    **Projectile (other than rock) - Bottles with unknown liquid, deployed munitions, eggs, concrete, etc. on 10/14/2025 13:25  - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes |
| BOCKSTANZ, JOHN N. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Riot Control CS on 10/14/2025 12:39 | **Subject:**  MASS GROUP<br>    **Was this use of force in response to the following assault by this subject?**<br>    **Threat - Various verbal threats towards agents on 10/14/2025 12:00  - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes<br>    **Rocking (rocks only) on 10/14/2025 13:25  - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes<br>    **Physically w/o weapon - Pushing agents on 10/14/2025 11:45  - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes<br>    **Projectile (other than rock) - Bottles with unknown liquid, deployed munitions, eggs, concrete, etc. on 10/14/2025 13:25  - Yes**<br>        **Was this use of force effective against what prompted its use?**  Yes<br>        **Did the UOF device function as designed?**  Yes |

CHC v. Noem - CBP 000251

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

**Did this incident result in collateral property damage?** ⊗ Yes    No

| Property type | Property sub type | Estimated damage | Occurred during vehicle pursuit? | Description |
|---|---|---|---|---|
| Private | Vehicle<br><br>Make: Toyota<br>Model: Rav4<br>Year: 2021<br>Type: Automobile | Moderate | No | Vehicle was hit by the suspect vehicle after the accident occurred |

**Did this incident result in collateral injury to a bystander?**    Yes    ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

LES #25757

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

On October 14, 2025, Border Patrol Agents were conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live, and work without having any legal documentation in the United States.

At approximately 10:30 a.m., Border Patrol Agents were conducting immigration enforcement near 3004 E 100th St, Chicago, IL 60617 in an unmarked rental vehicle. BPAS observed two individuals, later identified as Luis Gerardo PIERLA-Ramirez and Yonder Enrique TENEFE-Perez, sitting in the front seat of a red Ford Escape at the address listed above. When BPAs attempted to make contact with PIERLA and TENEFE, PIERLA and TENEFE shut the doors of their vehicle, quickly turned it on, and drove straight into BPAs unmarked rental vehicle. The red Ford Escape struck the unmarked rental vehicle, pinning two agents between their door and the vehicle. The third agent was able to retreat and avoided getting struck by the Ford Escape.

The BPAs proceeded to follow the red Ford Escape with assistance from air support, LES They followed the vehicle for approximately a mile and a half. As they were following the red Ford Escape, the driver, PIERLA, had no regard for any traffic laws and traffic signs that were posted. PIERLA was driving aggressively, constantly pressing on the brakes and trying to make BPAs lose control of their vehicle. The passenger, TENEFE, was trying to give signals to bystanders in the neighborhoods that they were being followed by Immigration Customs Enforcement (ICE) "La Migra".

As BPAs approached the intersection of East 105th Street and South Avenue N., PIERLA slammed on his breaks. BPAs attempted to avoid hitting the red Ford Escape. They were unable to avoid a collision and struck the red Ford Escape in the driver side rear bumper. The collision caused the airbags to go off in the government rental vehicle. It also caused the red Ford

CHC v. Noem - CBP 000252

Escape to collide with a white Toyota Rav 4 that was parked in the street near where the collision occurred.

After the collision, both PIERLA and TENEFE exited their vehicle and fled on foot. BPAs pursued the individuals on foot. PIERLA was apprehended near 10517 South Avenue O. TENEFE was apprehended inside of a Walgreens located 3611 E 106th St. Both PIERLA and TENEFE were arrested for assault on Federal Agents, 18 USC 111.

Once PIERLA and TENEFE were secure, BPAs returned to the scene of the accident. PIERLA requested medical attention. Emergency Medical Services (EMS) responded to the scene. At approximately 11:00 a.m., PIERELA was transported to Advocate Trinity Hospital for medical care. Chicago Police Department (CPD) was contacted and responded to the scene to conduct an accident investigation. Due to the assault on Federal Agents, the Federal Bureau of Investigations (FBI) requested both vehicles be towed to their location for further investigation. BPAs secured the scene for the safety of all BPAs and other law enforcement officers. A small crowd of approximately 20 to 50 subjects had begun to gather. Many of the subjects were yelling and screaming expletives and chanting "Ice Go Home", "Racists", and "Nazis".  Within a short time, the small crowd developed into a large crowd of approximately 150 protesters completely surrounding BPAs on all four sides.

The protesters began to get increasingly agitated and hostile. Some of the protesters were dressed in all black, wore black face masks, and had matching backpacks. Some of the individuals were also opening their backpacks and taking out matching gasmasks, boxes of facemasks, goggles, and bottles containing unknown liquid. These subjects began handing out these items to other members in the crowd. Individuals in the crowd continued to yell obscenities. Some of the obscenities that were being yelled referred to burning BPA service vehicles, killing BPAs, finding and killing families of BPAs, raping BPAs wives, watching BPAs burn in hell, stating they would call their local gangs to violence against BPAs, and countless other threatening remarks.

At approximately 11:50 a.m., vehicles belonging to the BPAs on scene needed to be brought into the perimeter of the scene in order to safeguard them from vandalism and the growing crowd of agitated subjects.  BPAs on scene told the crowd they needed to move out of the street so we could get the vehicles into the perimeter.  Multiple BPAs advised them that they needed to clear the street, or they would be hindering us from our duties and breaking the law. Many subjects in the crowd did not listen to the commands. BPAs began to move subjects from the road. Multiple unknown subjects in the crowd began throwing rocks, eggs, and other unidentified objects at BPAs.

These thrown objects presented a serious and immediate threat to law enforcement personnel. Items such as rocks can cause blunt force trauma, or other significant bodily injuries, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.

A smoke canister was deployed by an Officer from the Office of Field Operations (OFO) Special Response Team (SRT) member to assist in moving the crowd from the road and deterring them from throwing objects at BPAs. When the smoke canister was deployed, a subject wearing a hat and blue shirt picked up and the deployed smoke canister and threw the canister back towards BPAs. The subject was apprehended and placed under arrest for assaulting law enforcement agents. He was secured in a government vehicle. This subject was later identified as Jose Luis ROGEL-Espinoza ( PII /1979 COC: USC).

During this time, the hostile crowd continued to shout obscenities to all agents. Some were standing mere inches away from agents while shouting.
At approximately 1212 p.m., the tow trucks arrived on scene to retrieve both vehicles involved in the accident. The crowd continued their aggressive behavior towards BPAs. An individual, was observed throwing an object from the crowd striking a BPA in the top of the head. Another individual was observed attempting to push through the perimeter by pushing and shoving agents.

At approximately 12:25 p.m., an individual was witnessed throwing an egg at and striking a BPA in the head. Several BPAs responded by running after the person that threw the egg. The individual was arrested and identified as, Josiah Lee WILLIAMS. Members of the crowd began to shove and obstruct agents involved in the arrest. Smoke cannisters were used by OFO SRT member to disperse the crowd.



CHC v. Noem - CBP 000253

Once both vehicles involved were loaded onto tow trucks, BPAs began to prepare all agents to exit the scene. BPAs continued to hold security for the scene as BPAs were preparing to leave the area. At approximately 12:35 p.m., the first group of BPAs and vehicles began to leave the scene. Other vehicles that were waiting to exit, were approached by numerous subjects. The subjects were attempting to prevent BPAs from safely driving away. The crowd began throwing objects at vehicles.

In an attempt to calm the hostile crowd, so BPAs could leave the scene, CPD Officers responded to the eastern perimeter along South Avenue N and East 105th Street. The crowd became enraged towards CPD. They began throwing objects including what appeared to be bottles, rocks, eggs, and pieces of concrete at BPAs and other law enforcement officers. One BPA was struck by an 8–10-inch piece of concrete that was thrown from the crowd. The concrete struck the BPA in the left shoulder. The impact of this object was mere inches away from striking him in the head, face, and neck areas.

At approximately 12:48 p.m., another BPA was struck in the head by a rock quickly followed by multiple objects simultaneously being thrown at BPAs by the crowd. While the crowd was throwing multiple objects, another BPA was struck by a bottle filled with unknown liquid. The violent crowd began pushing and shoving CPD Officers towards BPAs and BPA vehicles as they were attempting to leave the scene. This all occurred within a close quarters environment.

At this time, BPAs deployed chemical munitions in order to stop the threat while minimizing risk to bystanders. The use of force was executed due to the violent crowd advancing past officers and BPAs, the tense uncertain, rapidly evolving situation, the damage and injuries already sustained to agents and vehicles, and there was an extremely limited amount of time to safely leave the scene. The deployment of these munitions effectively disrupted the hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a short period of time.

All BPAs cleared the scene and the crowd dispersed.

Several BPAs were struck by various items being thrown by individuals in the crowd during this incident. Multiple vehicles were also damaged by various items being thrown by individuals in the crowd while BPAs were attempting to leave the area.

Each BPA that was directly assaulted, used reportable use of force, or had pertinent information for this incident have also created their own narrative.

A separate ESTAR report was created to document the OFO Use of Force and Assaults during this same incident. Please refer to [ LES ] #25757 - Operation Midway Blitz: Chicago - Follow-on Incident from BP Ramming/Vehicle Accident (OFO) for full report.

**Current certification status:** Certified
**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---------|----------|----------------|
| PII; LES | FICK, SHANNON M. | 10/20/2025 09:25 |

**Narrative of SVEUM, MICHAEL B.**
On October 14, 2025, I, Supervisory Border Patrol Agent Michael Sveum as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities. I was riding in a Black Ford Expedition rented by the US Border Patrol along with fellow BORTAC Agents Edgar Vazques, Derrick Flores and Oscar Meza.

At approximately 10:45 A.M., Special Operations Supervisor Swope notified QRF Agents of a vehicle wreck where a crowd was forming. I was approximately 8 minutes away from the crash scene at E105th street and S avenue N, and responded to assist.

At approximately 11:45 A.M, an Office of Field Operations Special Response Team Officer deployed a pocket smoke cannister in

CHC v. Noem - CBP 000254

response to the large crowd starting to shove and push agents in the street. Once deployed, a subject in a blue hoody grabbed the pocket smoke and threw it back in the direction of the Agents/Officers.

Myself and multiple other agents went into the crowd and grabbed the subject who threw the smoke cannister, and after a brief struggle, were able to put him into handcuffs and tell him he was being arrested for assault. The subject later identified as Jose Rojel-Espinoza was walked to a Government Owned Vehicle (GOV) to be transported to the Federal Bureau of Investigations Office to be interviewed.

Later in the event multiple other subjects threw eggs and rocks striking multiple Agents/Officers and GOV.

I was not injured and did not use any less lethal devices during the incident.

Once all inoperable vehicles were towed from the scene, all Agents/Officers left the scene while being pelted with projectiles like bricks and rocks.
My vehicle had a subject who was also detained for assault and had to transport him to the FBI building. His name was Armando Garnica and he was arrested for assault after shoving agents who were making the arrest of another subject for throwing eggs.

All five subjects detained during the incident were released by the FBI and are not currently being charged with assault.

My body worn camera was active during the entire time of the incident.
BWC Video SN# LES

**Narrative of NUNEZ, BENITO**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.
On October 14, 2025, I Border Patrol Agent Benito Nunez was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live, and work without having any legal documentation in the United States.
I have been employed as a Border Patrol Agent for over 2 years and 6 months. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share experiences and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed hundreds of illegal aliens.
I was working in a rental vehicle without any law enforcement markings, in order to blend in with the public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding with me was Border Patrol Agent Carlos Chavira and Border Patrol Agent Jesus Guillen, who were both dressed in full rough duty uniform with U.S. Border Patrol insignia.
At approximately 1030 am, I was driving east bound on Commercial Ave, Chicago IL. Agent Chavira and I observed 2 male subjects sitting in a vehicle in front of a building located at 3004 E 100th St, Chicago, IL 60617. We found this to be suspicious because they were just parked there next to a stand that was empty and a store that was not open for business. I then positioned my vehicle in front of the driver side front corner of the subject's vehicle. As I got out of my vehicle to try and conduct a consensual encounter, the two subjects saw me and my partners exiting our vehicles, they immediately noticed our uniforms and identifiers labeled United States Border Patrol. The driver of the vehicle then turned on the vehicle and aggressively drove directly into my driver door, pinning me between the vehicle door and vehicle door frame causing pain to my right leg. At that moment I felt an immense amount of pain and pressure on my right leg and knee, and I remember thinking I am going to be seriously injured, or this situation is going to be very bad for me and my partners. The driver proceeded to drive forward in an aggressive manner, pinning my rear passenger, BPA Jesus Guillen, who was completely out of the vehicle standing between the

CHC v. Noem - CBP 000255

vehicle door and vehicle door frame, causing pain to his head and right leg. I can hear the metal and plastic bending and scraping along the driver side of my vehicle as the subject was intentionally using his vehicle to hurt myself and my partner and damage my vehicle. My partners and I immediately got back into our vehicle and then proceeded to follow the subject vehicle through the East side neighborhood of Chicago IL. As we were following the subject vehicle, I informed my partners that my knee was hurting, and I was in pain. My partner BPA Jesus Guillen also informed us that he was in pain as well and that he was struck in the head. My partner BPA Carlos Chavira then relayed via service radio of the assault that just occurred and requested additional units for help and for the air unit to get eyes on the subject vehicle. I made the decision to follow the subject vehicle because of the assault that had just occurred and did not want the same thing to happen to other agents that were also working in the area. It has been spread throughout social media and news outlets that constant threats and bounties to hurt or kill agents have been made and a few attempts to hurt agents have been made as well. Due to the way the subject was driving and the route he was taking through alleyways and back streets, the subject seemed to be familiar with the area. The subject driving had no regard for any traffic laws or traffic signs that were posted. The subject continued to drive around the east side neighborhood circling the block near the intersections of east 105th Street and Avenue N.

After each rotation around the block, the passenger of the subject vehicle was trying to give signals to bystanders in the neighborhood that we were following them and that we were with immigration enforcement. The bystanders would yell "La Migra" to alert to others that we were in the area. The driver proceeded to circle the block again and then turned onto South Indianapolis Ave towards a set of train tracks. As he proceeded to drive northeast on South Indianapolis Ave, an unmarked Border Patrol vehicle took over, following the subject vehicle with emergency lights and sirens activated. The subject disregarded the emergency equipment that had been activated and continued to drive and not stop. The subject vehicle then did a U-turn and headed back westbound on South Indianapolis Ave towards the east side neighborhood. The subject again continued to do circles around the block of East 105th Street. The subject vehicle would continuously swerve towards my vehicle in attempts to make me lose control. The subject vehicle continued to drive aggressively, constantly brake checking me and trying to deceive me by making sharp turns in opposite directions. As we made a left turn onto South Avenue N off E 104th street, I hit a curb with my front driver's side tire causing the tire to lose air. I immediately informed my partners of the situation knowing it could cause a potential hazard.

As we approached the intersection of East 105th street and Avenue N, the subject vehicle instantly applied the brakes causing me to immediately engage my brakes and swerve. As a result, I collided with the driver side rear bumper of the subject's vehicle, disabling my vehicle. The airbags deployed in my vehicle causing pain to my right arm as I tried to block the airbag. Both subjects then exited the vehicle and fled the scene on foot. I began chasing the driver of the vehicle on foot northbound on East 105th street towards South Avenue O. The driver ran through the property of 10517 South Avenue O trying to jump over a fence at the side of the house. I then drew my electronic control weapon (ECW) and gave the driver commands to get on the ground. The driver did not comply with my commands. Without deploying my ECW, BPA Jesus Guillen and I then assisted the subject to the ground to place him in handcuffs. We apprehended the subject with some resistance. During the entire time I was following the subject I found the subject's behavior to be suspicious because Border Patrol's and ICE's presence in Chicago, IL, has been highly publicized. Illegal aliens in the greater Chicago area have been on high alert, looking for Immigration Agents in attempts to avoid detection, detention, and deportation. Based on my training and experience, I suspected that the subject had noticed my Border Patrol identifiers and was attempting to avoid an encounter with me due to fear of detention and deportation. I determined the man was likely to escape before a warrant could be obtained for his arrest because he engaged in evasive behavior by abruptly changing his path of travel once becoming aware of me, indicating he would seek to evade law enforcement in the future. In my experience as a BPA, aliens who have engaged in evasive behavior and fail to provide basic details about their living or work circumstances will seek to abscond rather than face apprehension and possible deportation.

I then ran back to the scene of the crash to locate my partner BPA Chavira who was asking for assistance because a group of angry bystanders were surrounding him while he was trying to apprehend the subject passenger. BPA Chavira was not at the scene of the crash; he had chased the subject passenger on foot down the street to a nearby Walgreens. A few moments later an agent relayed via radio that he had just arrived at the Walgreens to assist BPA Chavira. As I was at the scene of the crash a small group of bystanders started to walk towards my disabled vehicle yelling and screaming to get out and to leave their people alone. I then asked for assistance at my location when simultaneously the quick reaction force for my team arrived at my location to assist with securing the scene. The subject driver was then taken back to the scene of the crash and placed in an unmarked Border Patrol vehicle. A Border patrol agent that is a certified emergency medical technician (EMT), was standing by to render aid to the subjects and agents. I then went to my vehicle and retrieved my phone to call 911. As I picked up my phone, emergency services (911) were on the phone already asking for information due to the Ford SYNC 911 Assist system being contacted automatically after the collision. I informed 911 of what had just happened and requested emergency services

CHC v. Noem - CBP 000256

and additional law enforcement units to respond to our location.

After more agents had arrived and I saw the subjects were being treated for injuries, I then assisted my fellow agents with securing the scene and making it safe for emergency services to arrive. While we were waiting for emergency services and a tow truck to arrive a massive crowd started to form and shout obscenities and throw objects such as eggs, rocks and bottles at agents. This resulted in hand thrown devices to be used by the quick reaction force units such as smoke and CS canisters to disperse the crowd and regain control of the scene. After the vehicles were towed away, I was told by my team leader SBPA Alberto Gonzalez that I needed to leave the scene and to make my way to the FBI building for a statement.

It was later determined using DHS databases that the subjects name is Luis Gerardo PIRELA-Ramirez and he is a Venezuelan national and is present in the United States illegally and has prior immigration history.

Luis Gerardo PIRELA-Ramirez was then taken to the hospital under FBI custody for further medical treatment. Luis Gerardo PIRELA-Ramirez is currently under FBI custody.

Evidence Serial LES enito Nunez)

## Narrative of CHAVIRA JR, CARLOS

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz", targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

On October 14, 2025, I, Border Patrol Agent (BPA) Carlos Chavira was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 3 years and 1 month. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations, and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share experience and knowledge of illicit activity, thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed hundreds of illegal aliens.

On October 14, 2025, Border Patrol Agent Carlos Chavira was conducting immigration enforcement operation in the city of Chicago, IL. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding with me was Border Patrol Agent Benito Nunez (driver), Border Patrol Agent Jesus Guillen (passenger) who were both dressed in full rough duty uniform with U.S. Border Patrol insignia. We were all working in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly searching for criminal activity.

At approximately 1030 am, BPA Nunez was driving east bound on Commercial Avenue Chicago, IL. BPA Nunez and I observed 1 male subject and 1 female subject inside of a stationary red Ford Escape ( PII ) near a building on 3004 E 100th Chicago, IL 60617. We approached the red Ford Escape from the front of their vehicle, coming to a complete stop approximately 5 yards from their vehicle. I got out of the unmarked vehicle and walked towards the red Escape to conduct a consensual encounter. Once the subjects noticed our uniforms, the driver quickly closed the driver's door, turned on the vehicle, and drove directly into our unmarked vehicle. Striking the front driver's door towards the back of our unmarked vehicle. I then proceeded to get in our unmarked vehicle (front passenger) and was advised by BPA Nunez and BPA Guillen that they were hit by the subject's vehicle. At this moment we followed the subject's vehicle, due to his assaulting two federal agents, with a vehicle through the East side neighborhood of Chicago, IL. The subject knew where he was at and where he was going due to the way he was driving and the route he was taking through alleyways and back streets. The subject had no regard for any traffic laws and traffic signs that were posted. The subject continued to drive around the east side neighborhood, circling the block near the intersections of east 105th Street and Avenue N. After each rotation around the block, the passenger of the subject vehicle was

CHC v. Noem - CBP 000257

trying to give signals to bystanders in the neighborhood that we were following them and that we were immigration enforcement "La Migra". While following this vehicle the traffic conditions in the neighborhood with light traffic, clear skies and view of what was in front of us. Additionally, there were no people on the streets.

The driver proceeded to circle the block again and then took another route on South Indianapolis Ave towards the train tracks. As he proceeded to drive northeast on South Indianapolis Ave, an unmarked Border Patrol vehicle took over and followed the subject vehicle, while activating his emergency lights and sirens. At this time the subjects in the vehicle showed no regard or any sign of stopping or caring for any traffic laws. The subject vehicle then did a U-turn and headed back westbound on South Indianapolis Ave towards the eastside neighborhood. The subject again continued to do circles around the block of East 105th Street. The subject continued to drive aggressively, constantly pressing on the brakes and trying to make us lose control of our vehicle. As we made a left turn onto South Avenue N of E 104th street our right front tire hit the curb causing the tire to lose air. As we approached the intersection of 105th and South Avenue the subject suddenly pressed on his brakes. BPA Nunez swerved and pressed on the brakes in an attempt to avoid the subject's vehicle, but our vehicle skidded, and we still made contact with the subject's vehicle on the driver side rear bumper. At this moment, our unmarked vehicle became disabled and airbags were deployed. I quickly got out my unmarked vehicle and proceeded to draw my duty service weapon, aiming towards the subject's vehicle. Once I noticed the subjects fleeing their disabled vehicle, I secured my duty weapon and proceeded on a foot chase heading west bound on South Avenue N after the passenger of the red Ford Escape. I was able to identify the female subject wearing a pink fluffy jacket with blue jeans carrying a black bag. The subject then turned south bound on E 106th St and continued to run away from me. While chasing the subject, a group of approximately 6 to 8 male individuals near 3544 E 106th ST started yelling "FUCK ICE" multiple times and started chasing after me. I immediately requested additional units to my location. I noticed the subject enter 3611 E 160th St (Walgreens). As I was entering Walgreens, an employee questioned me about what happened. I immediately advised him I was after a subject that assaulted a federal agent. He quickly advised me that the subject went to the back of the store. I started searching each aisle and wasn't able to find the subject. As I started heading towards the front of the store, I noticed the group of male subjects charging at me. I immediately drew my duty weapon and gave multiple commands to stay back. The group immediately complied. At this moment, several Border Patrol Agents came in to assist. I continued searching the store and noticed the subject hiding behind the register. I right away started giving verbal commands to show me her hands and to turn around. The subject kept refusing to comply. I then proceeded to turn the subject facing away from me securing the subject in handcuffs. Once the subject was secured, she was escorted to an unmarked unit where she was secured.

The subject was later identified as TENEFE- Perez, Yonder L. Enrique. TENEFE was taken into custody and transported to 2111 W Roosevelt Chicago, IL for further investigation by the Federal Bureau of Investigations (FBI).

After the incident at Walgreens was cleared, I returned to the location of the initial accident at 105th Street and South Avenue. Upon arrival, I observed a large crowd gathered around the accident scene. I remained on site until tow trucks arrived to remove the vehicles and transport them to the FBI facility for further examination.

During this time, large groups of individuals assembled near the scene, protesting both the accident and the presence of Immigration and Customs Enforcement (ICE) and U.S. Border Patrol (USBP) agents in Chicago. One agent instructed others to don their helmets as members of the crowd began picking up rocks, bricks, and unknown objects.

As the situation escalated, individuals in the crowd started throwing various objects, including rocks, unknown objects, and eggs, at agents. In response to the increasingly hostile behavior. At approximately 12: 00 pm, I deployed one Pocket Tactical Saf-smoke (Defense Technology) towards the crowd to disperse the crowd. The deployment of the smoke was affective and pushed the crowd back. Several individuals then picked up and threw smoke canisters back toward the agents. I notified SBPA Gonzalez of the deployment. No injuries were reported, nor medical services were needed.

During the course of this incident, I observed a male subject wearing a black hoodie and brown pants attempting to make his way through by pushing and shoving agents while another subject was being arrested. I proceeded to move toward the area and established a perimeter as agents secured the individual in custody.

At that time, the subject wearing the black hoodie moved around a stationary vehicle and forcefully attempted to push through the perimeter, making physical contact with myself and other agents. The subject continued to resist lawful orders and was subsequently taken to the ground and placed under arrest for impeding a federal operation.

CHC v. Noem - CBP 000258

The subject was later identified as GARNICA, Armando. Also, he was advised of the reason for the arrest. GARNICA was escorted to an unmarked vehicle and transported for further investigation by the FBI.

I was advised by SBPA Gonzalez that BPA Nunez, BPA Guillen and I need to report to the FBI building for a statement.

Evidence Serials             LES      Carlos Chavira)

## Narrative of GUILLEN, JESUS

Jesus Guillen

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz," targeting immigration violators throughout the city of Chicago, Illinois. The operation focuses on law enforcement activities in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control in confined, civilian-heavy environments. Publicly available information regarding the Chicago, Illinois metropolitan area estimates that approximately 257,000 undocumented immigrants reside in and around Chicago. Records also indicate that approximately 50,000 illegal aliens have been transferred to Chicago from other countries.

On October 14, 2025, I, Border Patrol Agent, Jesus Guillen, was conducting immigration enforcement operations in the city of Chicago, IL, in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to reside, work, and live without legal documentation in the United States.

I have been employed as a Border Patrol Agent for over three years. I regularly receive intelligence briefings on emerging trends related to smuggling, illegal alien activity, and other related situations. Additionally, I collaborate closely with fellow Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who possess extensive experience and share their knowledge of illicit activities. This collaboration fosters a continuous learning environment focused on combating crime.

Throughout my career, I have interdicted numerous smuggling events and arrested and interviewed hundreds of illegal aliens through failed smuggling attempts.

On October 14, 2025, I was riding in an unmarked Border Patrol service vehicle to blend in with the public and covertly observe criminal activity. I was dressed in full rough-duty uniform, including my agency-issued ballistic body armor, which prominently displayed my badge, agency insignia, and clear police markings on both the front and back. I was readily identifiable as a United States Border Patrol Agent. Accompanying me were Border Patrol Agent (BPA) Carlos Chavira and (BPA) Benito Nunez.

At approximately 10:00 a.m., we were driving along E 100th St in Chicago, IL. Another unmarked Border Patrol service unit was conducting consensual encounters leading to immigration checks with several individuals in the immediate vicinity. BPA Chavira noticed two individuals sitting in a red Ford Escape that was parked near a taco stand on the corner of E 100th st and S Commercial Ave. Taco stand appeared to be closed. We decided to initiate a consensual encounter with the two individuals. We made a U turn on S Commercial Ave as we pulled up, I could see the passenger and the driver's eyes widen as if they recognized who we were.

We parked our unmarked Border Patrol service vehicle in front of the red Ford Escape, so the driver side of our vehicle was aligned with the driver side of the red Ford Escape, with approximately five yards between the two vehicles. I exited our vehicle on the rear driver side. Once exiting the vehicle, the red Ford Escape accelerated, steering towards our service vehicle where we were standing with the doors ajar. Upon noticing the intent of the driver of the red Ford Escape to hit our service vehicle with their vehicle, I attempted to retreat into our vehicle.

Realizing I did not have the time to completely enter our service vehicle, I rotated my body, so my back was parallel with the body of our service vehicle with the intention of minimizing injury upon impact I used the door as a shield. The Red Ford Escape impacted the front driver side door of our service vehicle and continued accelerating all the way from the front of the service vehicle to the rear. In the process of the collision, I was pinned while standing between the opened rear driver side door and the frame of the service vehicle. My mind prepared itself for the impact. I remember thinking at the very least I was going to lose a limb. I felt the impact on the top left of my forehead and pain on my right leg (shin area) from when I was being pinned. I heard the bang and metal clinging of the vehicle as it scraped along the doors. The suspect then turned the wheel right and the vehicle turned away from us. I ran back out to try and get the license plate, but they drove off behind the taco stand and around a store and onto E 100th st.   Due to the violent actions of the suspect and him posing a deadly threat to law enforcement and the public, we did not want the driver to get away.

I heard Benny say we need to follow them.  We all entered the service vehicle to follow the Ford Escape.  The Ford Escape turned southbound onto South Avenue M. We followed the Ford Escape as it looped around the blocks of E 105th St. and

CHC v. Noem - CBP 000259

Avenue N. The suspect vehicle was observed driving in a reckless manor, running red lights, stop signs, and disobeying traffic laws. While following the suspect vehicle, a black Tahoe with fully visible emergency lights and sirens attempted to pull the vehicle over by getting between our service vehicle and the fleeing vehicle. The Tahoe that had started pursuing the suspect vehicle lost visual contact with the suspect vehicle and the Ford Escape absconded.

As part of our opera[ LES ] was deployed and began to search the area in which the vehicle absconded. [ LES ] is able to locate the vehicle and advised as to its location. We responded to the area on S Indianapolis Avenue where [ LES ] We regained visual of the vehicle and resumed following through the streets of E 105th St and Avenue N blocks. After multiple turns the Ford Escape made a left hand turn from E 104th St onto south Avenue N, heading south. While following the suspect's vehicle, the front driver side tire of our service vehicle became disabled.

At the end of the next block, which was at the intersection of E 105th St. and S Avenue N, the Ford Escape applied their brakes rapidly. The driver of our vehicle attempted to break expeditiously, but the vehicle began to skid and was unable to stop before colliding with the rear end of the Ford Escape. The collision caused the airbags of our vehicle to deploy. The Ford Escape rotated 180 degrees and collided with a parked vehicle along the curb of the street, before stopping. The occupants of the Ford Escape exited the vehicle and began fleeing. The driver of the vehicle, later identified as Luis GERARDO DOB[ PII ]1998, began running west onto E 105th St. Agent Nunez and I began to run after GERARDO, pursuing him South onto S Avenue O. GERARDO entered the driveway to the residence located at 10517, S. Avenue O. GERARDO ran down the driveway, and through the small alleyway between the house and the fence, towards the back of the property. At the end of this alleyway there was another fence with a closed gate. GERARDO attempted to climb the back fence to further abscond. GERARDO could not jump the fence. Agent Nunez drew his taser and told him not to move. At this point I assisted GERARDO to the ground and Agent Nunez, and I placed GERARDO in handcuffs. I assisted Gerardo to his feet and began escorting him back to the scene of the crash. To maintain control while escorting GERARDO, I employed a C-clamp escort hold. Despite the escort hold, GERARDO kept resisting and pushing backwards as I commanded him to walk. As we walked towards the crash scene, people from the neighborhood started gathering and honking their vehicle horns. They kept saying "Let him go, pussies!", "You all are racist!", "Let him go!". GERARDO also continued to resist, so I utilized a pain compliance technique and applied slight pressure to his wrist to get him to continue moving forward. Upon reaching the accident scene, I noticed an unmarked black SUV parked behind our immobilized white expedition. I opened the door to the black SUV to secure GERARDO in that vehicle and Gerardo tried to walk away towards the crowd. I pulled him back and, due to some service equipment located on the seat, I placed him at the edge of the vehicle, between the door and the seat. I asked in Spanish what country he was from to which he responded, "Venezuela". More crowds started to gather and make more noise. Gerardo started to complain of his ribs hurting.

The crowds started to yell and became rowdier. I was still trying to catch my breath from the foot pursuit and the return walk to the accident scene. I then attempted to utilize my government phone to enter GERARDO's information and photo into the DHS database, but GERARDO was being uncompliant. I had to ask him several times to look at the camera, but he kept trying to look away. I asked for his full name to which he replied, "Luis GERARDO". I asked in Spanish for his date of birth to which he replied, "tres de Junio mil noventiocho". I put the information into our DHS database and immigration checks came back that GERARDO had an order of removal dated Aug 2024.

Shortly thereafter, Emergency Medical Services (EMS) arrived on scene. GERARDO was examined by the EMS personnel and was taken for further medical care.

GERARDO was taken into custody by Federal Bureau of Investigations at the hospital. GERARDO was arrested in a public space. Based on GERARDO's assault on federal agents, his illegal presence in the United States, his willful disregard for the United States immigration laws, ability to disappear into the millions of people living in the Chicago, the facts outlined above, and my belief (based on training and experience) that GERARDO would abscond if released, I determined that GERARDO is a flight risk.

SBPA Gonzalez then informed me that the three of us that were involved in the accident needed to report to the Federal Bureau of Investigations (FBI) building. We waited to coordinate a vehicle to get out of the area with a Quick Reaction Force (QRF) team.

I stayed at the accident scene to assist other agents in securing the scene while Chicago Police Department (CPD) responded to complete an accident report and until tow trucks could respond to clear the vehicles from the scene and transport them to the FBI building. large groups of people gathered near the accident scene, protesting the accident as well as Immigration and Customs Enforcement (ICE) and USBPs presence in Chicago. One agent went around telling others to put on their bump helmets as the crowd was seen picking up rocks and bricks. Throughout the time we were on scene, the large mass of people started throwing various items such as rocks and eggs at agents. Some agents deployed smoke and other chemical munitions in response to the individual's behavior. Individuals in the crowd also picked up and threw back canisters of the smoke that was deployed by agents, back towards agents.

Print Date: 2025-10-25

CHC v. Noem - CBP 000260

At approximately 12:40, after the tow trucks had removed the vehicles from the roadway, all agents left the area.
AXON Camera Evidence Serial#: A9CLL (Jesus Guillen)

**Narrative of MEZA, OSCAR A.**
On October 14, 2025, I, Border Patrol Agent Oscar A. Meza as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.  I was riding in a Black Ford Expedition rented by the US Border Patrol along with fellow BORTAC Agents Edgar Vazquez, Derrick Flores and Supervisory Border Patrol Agent (SBPA) Michael Svuem.

At approximately 10:45 A.M., Special Operations Supervisor Swope notified QRF Agents of a vehicle wreck where a crowd was forming.  I was approximately 8 minutes away from the crash scene at E105th street and S avenue N and responded to assist.

At approximately 11:45 A.M, an Office of Field Operations Special Response Team Officer deployed a pocket smoke cannister in response to the large crowd starting to shove and push agents in the street.  Once deployed, a subject in a blue hoody grabbed the pocket smoke and threw it back in the direction of the Agents/Officers.

Later in the event multiple other subjects threw eggs and rocks striking multiple Agents/Officers and GOV.

I was not injured and did not use any less lethal devices during the incident.

Once all inoperable vehicles were towed from the scene, all Agents/Officers left the scene while being pelted with projectiles like bricks and rocks.

My vehicle had a subject who was also detained for assault and had to transport him to the FBI building.  His name was Armando Garnica and he was arrested for assault after shoving agents who were making the arrest of another subject for throwing eggs.

All five subjects detained during the incident were released by the FBI and are not currently being charged with assault.

My body worn camera was active during the entire time of the incident.
BWC Video SN# LES

**Narrative of FLORES, DERRICK J.**
On October 14, 2025, I, Border Patrol Agent Derrick J. Flores as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.  I was riding in a Black Ford Expedition rented by the US Border Patrol along with fellow BORTAC Agents Edgar Vazquez, Oscar Meza and Supervisory Border Patrol Agent (SBPA) Michael Svuem.

At approximately 10:45 A.M., Special Operations Supervisor Swope notified QRF Agents of a vehicle wreck where a crowd was forming.  I was approximately 8 minutes away from the crash scene at E105th street and S avenue N and responded to assist.

At approximately 11:45 A.M, an Office of Field Operations Special Response Team Officer deployed a pocket smoke cannister in response to the large crowd starting to shove and push agents in the street.  Once deployed, a subject in a blue hoody grabbed

CHC v. Noem - CBP 000261

the pocket smoke and threw it back in the direction of the Agents/Officers.

Later in the event multiple other subjects threw eggs and rocks striking multiple Agents/Officers and GOV.

I was not injured and did not use any less lethal devices during the incident.

Once all inoperable vehicles were towed from the scene, all Agents/Officers left the scene while being pelted with projectiles like bricks and rocks.

My vehicle had a subject who was also detained for assault and had to transport him to the FBI building. His name was Armando Garnica and he was arrested for assault after shoving agents who were making the arrest of another subject for throwing eggs. I was the driver of the vehicle that transported subject Armando Garnica to the FBI facility.

All five subjects detained during the incident were released by the FBI and are not currently being charged with assault.

My body worn camera was active during the entire time of the incident.

BWC ID# LES

### Narrative of VAZQUEZ, EDGAR E.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 14, 2025, I, Border Patrol Agent Edgar Vazquez as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.

At approximately 10:45 A.M., Special Operations Supervisor Swope notified QRF Agents of a vehicle wreck where a crowd was forming. I was approximately 8 minutes away from the crash scene at E105th street and S avenue N and responded to assist. When we arrived on scene, the intersection was surrounded by multiple protestors on all sides of the intersection. Agents on scene were advised to assist by posting up as security for the scene. Protestors were yelling for agents to go home.

At approximately 11:45 A.M, after multiple commands by all agents for protesters to get off the street to make room for a government vehicle, an Office of Field Operations Special Response Team Officer deployed a pocket smoke cannister in response to the large crowd starting to shove and push agents in the street. Once deployed, a subject in a blue hoody grabbed the pocket smoke and threw it back in the direction of the Agents/Officers. This subject was later identified as Jose ROGEL-Espinoza.

While multiple other agents went into the crowd to arrest the subject who threw the smoke cannister back at us, I placed myself between the agents and the crowd to provide security for them. After a brief struggle, agents were able to put ROGEL into handcuffs and tell him he was being arrested for assault. The subject was walked to a government rental vehicle to be transported to the Federal Bureau of Investigations Office to be interviewed regarding the assault.

Later in the event multiple other subjects began throwing objects striking multiple Agents/Officers and vehicles operated by Agents. I was hit with a ping pong sized rock in the back of the helmet by an unknown protestor. I moved up to where the crowd was to set a security line to prevent protesters from moving towards Agents/officers who were attempting a tactical exit. I advised the remaining crowd to get back. At approximately 12:40 P.M., I saw an individual in all black run towards my position and attempt to kick a CS triple chaser canister towards Agents/Officers. To prevent him from kicking the canister, I deployed a CS muzzle blast 40mm munition at him from a distance of five yards. The subject retreated into the crowd before kicking the munition. No arrest was able to be made on this individual.

At approximately 12:43 P.M., I returned to my vehicle to prepare to leave the area. All Agents/Officers left the scene while being

CHC v. Noem - CBP 000262

pelted with projectiles. One of the projectiles that was thrown shattered the rear right-side window of our rental vehicle. Border Patrol Agents (BPA) Flores, Meza, and Sveum were also inside of the vehicle when it was struck by the unknown projectile. My vehicle also had contained a subject, Jose Luis ROGEL Espinoza, who was being detained for assault. Once we were clear of the scene, we transported Jose Luis ROGEL Espinoza to the FBI building to be interviewed regarding the assault.

All five subjects detained during the incident were released by the FBI and are not currently being charged with assault.

At approximately 12:50 P.M., when it was safe and feasible to do so, I notified Supervisory Border Patrol Agent (SBPA) Sveum of my use of force.

No injuries were observed or reported from my use of force.

My body worn camera was active during the entire time of the incident.

BWC ID# **LES**

### Narrative of REYES, CARLOS M.

On October 14, 2025, I, Border Patrol Agent (BPA) Carlos M. Reyes, of El Centro Station, El Centro Sector, as part of Operation Midway Blitz in Chicago was conducting roving patrol/Strategic Communication (Stratcomm) duties in Chicago, Illinois. I was working in an unmarked vehicle accompanied by BPA Alfredo Yulo. My partner and I were wearing the full rough-duty Border Patrol uniform with clearly visible insignia and identifiers.


On October 14th, 2025, at approximately 11:30 a.m., my partner and I responded to a vehicle incident involving another agent at the intersection of E 105th St and S Ave N in Chicago, IL. When we arrived at the incident location, there was a large and growing crowd estimated at approximately 100 individuals. Upon arrival, the crowd appeared increasingly agitated and was displaying hostile behavior toward law enforcement and government personnel on scene. The environment rapidly escalated, with verbal aggression and threatening behavior directed toward agents and other law enforcement officers. My partner and I parked in an alleyway near other agents' vehicles in close proximity to where the incident had occurred. We walked approximately 50 yards towards the vehicle incident. As the crowd's hostility increased and started surrounding vehicles and personnel in the area, my partner and I decided to evacuate for our safety. Upon entering our vehicle, my partner was driving the vehicle and determined to exit down an alleyway to avoid the crowd. As we maneuvered out of the alley and entered the roadway, a loud bang was heard consistent with an object striking the vehicle. Given the ongoing threat, we did not stop to assess the damage and continued driving to a predetermined rally point approximately 40 minutes away to ensure safety. Upon arrival at the rally point, we inspected the vehicle for damage. The inspection revealed the rear passenger-side tire was partially deflated and had a puncture consistent with an icepick or screwdriver on the sidewall of the tire.

### Narrative of GONZALEZ JR, ALBERTO

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On 10/14/2025, I, Supervisory Border Patrol Agent Alberto Gonzalez (Laredo West Station / Laredo Sector) was deployed to Chicago Illinois in support of Operation Midway Blitz in Chicago, Illinois. I was riding in an unmarked Border Patrol service vehicle to blend in with the public and covertly observe criminal activity. I was dressed in full rough-duty uniform, including my agency-issued ballistic body armor, which prominently displayed my badge, agency insignia, and clear police markings on both the front and back. I was readily identifiable as a United States Border Patrol Agent. Accompanying me in this unit was Border Patrol Agent (BPA) Shane Travis (driver).


At approximately 10:30 a.m., a call for backup was relayed via radio by Border Patrol Agent (BPA) Chavira. He informed agents that he and other agents in his vehicle had been assaulted by a maroon SUV containing a driver and a passenger. The maroon SUV fled the scene after striking the agents' vehicle. My team and I immediately began responding to BPA Chavira's location to assist. BPA Chavira, and the other agents in his vehicle, were unable to pursue the maroon SUV as they were operating an

CHC v. Noem - CBP 000263

unmarked government rental vehicle that was not equipped with any lights or sirens. BPA Chavira and the other agents in the vehicle followed the maroon SUV while updating others with their location.

At approximately 10:35 a.m., BPA Chavira relayed that they were in an accident with the maroon SUV at the intersection of E 105th Street and S Avenue N. The passengers in the vehicle bailed out of the vehicle and fled from the scene. It was further relayed that one of the individuals who fled, ran inside a Walgreens pharmacy that was on 106th Street near the scene of the accident. The address of this Walgreens was later identified as 3611 E 106th Street, Chicago, IL.

After getting agents location, I was near this location and saw BPA Chavira run inside the Walgreens with additional subjects running inside the store behind him. I followed to assist if needed.

As I entered Walgreens, I heard BPA Chavira screaming at someone to get down and to stop resisting. I then ran towards him and helped him arrest that subject without incident by providing cover and giving verbal commands to other pedestrians impeding on safely affecting the arrest. I later asked him why he was arresting that subject and he told me the individual was the passenger of the vehicle that had assaulted him and the other agents. This individual was later identified as Yonder Enrique TENEFE-Perez. We walked him out of the Walgreens and placed him into a United States Border Patrol (USBP) unmarked rental vehicle.

Once TENEFE was secured, I proceeded to the accident scene to assist other agents in securing the scene while Chicago Police Department (CPD) responded to complete an accident report and until tow trucks could respond to clear the vehicles from the scene and transport them to the Federal Bureau of Investigations (FBI) building. There was already a large group of people gathered, near the accident scene, protesting the accident as well as Immigration and Customs Enforcement (ICE) and USBPs presence in Chicago. Throughout the time we were on scene, the large mass of people threw various items such as rocks and eggs towards agents. Some agents deployed smoke and other chemical munitions in response to the individual's behavior. Individuals in the crowd also picked up and threw back canisters of the smoke that was deployed by agents, back towards agents.

At approximately 12:40, after the tow trucks had removed the vehicles from the roadway, all agents left the area.

I did not use any less lethal force, nor was I injured, during this incident.

AXON Camera Evidence Serial# [ LES ] (Alberto Gonzalez)

**Narrative of ELIZALDE, JUSTIN C.**
On October 14th, 2025, I, Supervisory Border Patrol Agent (SBPA) Justin Elizalde, was assigned as the Team Leader for Strike Team (ST7), working under Operation Midway Blitz in Chicago, IL. A Quick Reaction Force (QRF) consisting of OFO Special Response Team (SRT) Officers, was assisting us. We were wearing clearly marked uniforms and our government-issued body armor with clear Police markings on the front and back that identify us as Law Enforcement Agents. I was conducting immigration enforcement operations in the city of Chicago, IL. Chicago, IL has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a U.S. Border Patrol Agent for approximately 20 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents (BPA), as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted many smuggling events and arrested and interviewed hundreds of illegal aliens. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

At approximately 10:30 AM, ST6 requested assistance via radio from Agents in the area of 105th St and N Ave in Chicago, IL for crowd control. ST6 advised that their vehicle was intentionally struck by another vehicle while they were attempting to arrest two subjects. I instructed my team to respond to the area for assistance. When I arrived to the area, I observed a large crowd of

CHC v. Noem - CBP 000264

approximately 50-75 subjects surrounding the Agents. Many of the subjects were yelling and screaming expletives and chanting "Ice Go Home", "Racists", and "Nazis". Our assisted with maintaining a perimeter of the scene, which consisted of the intersection of 105th St and N Ave in a suburban neighborhood with narrow streets. We were notified by the Tactical Operations Center (TOC) that we needed to contain the intersection and preserve the crime scene until tow trucks arrived to retrieve the two vehicles that were involved in the incident.

The crowd continued to grow to approximately 100-125 subjects. At approximately 11:50 AM, vehicles belonging to the Agents on scene needed to be brought into the perimeter of the crime scene in order to safeguard them from vandalism and the growing crowd of agitated subjects. Agents on scene told the crowd they needed to move out of the street so we could get the vehicles into the perimeter. Multiple Agents, including myself advised them that they needed to clear the street or they would be hindering us from our duties and breaking the law. Agents, including myself, began to move subjects from the road when multiple unknown subjects began throwing rocks, eggs, and other unidentified objects at Agents. While I was assisting with moving subjects out of the way of vehicles on the road, I observed an Agent deploying a smoke canister to assist in moving the crowd from the road and deterring them from throwing objects at the Agents. When the smoke canister was deployed, I observed a subject wearing a hat and blue shirt pick it up and throw the canister at Agents. I ran toward the subject in an attempt to arrest him for assaulting the Agents in the area. As I ran toward him, he was facing me and did not retreat. I grabbed him, drove him back and took him to the ground to make the arrest. He continued to resist arrest by not complying with my commands to get on the ground and give me his hands. Myself and two other Agents had to take him to the ground to subdue him and place him in handcuff. Once placed in handcuffs, I informed him that he was under arrest for assaulting law enforcement agents. I secured the subject in a government vehicle and found his identification in his wallet during a search after his arrest. He was identified as Jose Luis ROGEL-Espinoza (DOB [PII] 1979 COC: USC).

Approximately 30 minutes after the arrest of ROGEL, the tow trucks arrived on scene and a plan was formulated to get the tow trucks and Agents out of the area safely. Officers from the Chicago Police Department arrived to assist with crowd control while Agents attempted to leave the area in their vehicles. While this process was occurring, multiple unknow subjects began throwing eggs, rocks, and other unknow items at Agents and their vehicles. After multiple Agents giving multiple warnings to the crowd that we were trying to leave and preventing us from doing so was against the law, unknown subjects continued to throw objects and impede our travel from the area. A warning was given by multiple Agents to the crowd, if they did not allow us to leave and continued to throw objects, chemical munitions would be deployed. The crowd continued to conduct their assaultive and impeding activity and I observed chemical munitions being deployed in order to disperse the crowd and allow Agents to leave the area.

I got into my vehicle and left the area and during the exit multiple unknow subjects threw objects at my vehicle striking it.

The incident was captured on my BWC with Evidence ID Numb[ LES ] The arrest incident with ROGEL was captured on my BWC at approximately the 56:45 timeframe.


**Narrative of YULO JR, ALFREDO**
On October 14th, 2025, at approximately 11:30 a.m. Border Patrol Agent (BPA) Reyes and I responded to an active vehicle accident involving a government vehicle at the intersection of E 105th St, and S Ave N in Chicago, Illinois. Upon arrival, we encountered a large crowd, estimated at around 100 people, who were becoming increasingly agitated and displaying hostile behavior toward the law enforcement personnel present at the scene. I immediately parked my government vehicle in an alley near the incident location to assist with crowd control, while also video recording the scene for the Public Affairs Office. Subsequently, I joined the line formation of agents securing the perimeter around the incident.

The environment rapidly escalated, with verbal aggression and threatening behavior such as clinching fist gestures, taunting lunging advancements, protester vehicles directly on the skirmish line revving vehicles in a taunting manner, directed toward agents and official vehicles.

The environment was extremely loud, filled with revving vehicle engines, loud music, and people shouting obscenities, coupled

CHC v. Noem - CBP 000265

with honking cars and the noise of [LES]ter providing aerial situational awareness at a low altitude. All of these combined made it difficult to communicate with fellow agents and also making it difficult to maintain situational awareness. As the crowd's aggression intensified, surrounding all involved personnel and government vehicles, we determined it was necessary to evacuate the area for our safety. Considering the escalating conditions and the risk of confrontation, I chose to exit via the alley instead of trying to navigate through the congested street.

At approximately 12:30pm we exited the alley and merged onto the roadway, a loud bang echoed, indicating that something had struck our vehicle. Given the ongoing threat, we did not stop to assess the damage and continued to our designated rally point, approximately 40 minutes away, for safety. BPA Reyes and I departed the scene with no further incident. We were not involved in any use of force or deployment of any chemical munitions.

Upon our arrival at the rally point, I conducted a thorough inspection of my assigned vehicle. I found that the rear passenger-side tire was partially deflated and had a puncture consistent with a narrow object, such as an ice pick or screwdriver, on the sidewall. Additionally, a baseball-sized dent was noted on the rear passenger-side quarter panel, suggesting impact during the departure from the hostile crowd. I documented the damage with photos and reported the incident to Supervisory Border Patrol Agent Gamboa. My body cam was on and recording S/N D01A2688G.

### Narrative of LESLIE, JOHN N.

On 10/14/2025, I, Border Patrol Agent (BPA) John Leslie was performing my duties as Border Patrol Agent Tactical Unit (BORTAC) operator assigned to the Detroit Sector Border Patrol (DTM) Special Operations Detachment (SOD).

On this date, we were assigned to the south eastside of Chicago, IL for enforcement duties during Operation Midway Blitz. I was in a rough-duty Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards. I was wearing an issued chest rig, ballistic helmet, gas mask and service issued body worn camera (see bottom of narrative for bodycam info). At approximately 10:25am we received a call over the radio that agents needed assistance in the East Side area of Chicago. The Agents had been struck by a red Ford Escape and now the vehicle was absconding. Air support call sign [LES] provided real time updates on the location of the Ford Escape. Once we got into the area, we witnessed the Ford Escape driving erratically and moving at a high rate of speed. We tried to follow the vehicle but was unable to keep up due to its erratic driving. We then pulled over on the side of the road and continued to listen to air support provide updates on the vehicle's location. A few moments later, [LES] ed said the vehicle crashed at the intersection of E 105th St and S Avenue N. We then drove to that area with all available Agents and began securing the scene and clearing the intersection of any persons and vehicles. Upon our arrival, individuals in the area began yelling obscenities at us, then a large crowd started to form around the intersection. Moments later several other Agents arrived on scene to help set up a perimeter to provide security and support for the crash site.

As we waited for Chicago Police and tow trucks to arrive, the crowd began to grow around us. Chicago PD arrived on scene and began their investigation as we held the perimeter. All during this time more people started to show up and became increasingly agitated and hostile. Members of the crowd were yelling obscenities and threatening remarks. This went on for at least an hour while we waited for the tow trucks to arrive. Even when the tow trucks arrived the crowd continued their aggressive behavior towards us. Young men dressed in mostly black, including face coverings, began to show up and amped up the crowd and tried to provoke agents.

At approximately 12:25pm, I witnessed an egg thrown and striking an agent in the head. Several agents and I responded by running after the person that threw the egg and arrested Josiah Lee WILLIAMS. Members of the crowd began to shove and obstruct agents involved in the arrest. Smoke cans were used to disperse the crowd and we proceeded back to the intersection with the subject.

Later, after the vehicles were towed from the area, several of the Agents on the perimeter began their exfiltration. I was tasked to secure the west side of the intersection, opposite side of the aggressors. Moments later, I was struck from behind in the shoulder from a piece of concrete that was thrown in my direction. At approximately 12:39PM, I maintained security in my sector until all Agents were in their service vehicles we departed from the intersection. As I was driving south on S Avenue N leaving the hostile intersection, people threw rocks and struck the driver side door of the service vehicle. We made a left onto E 106th Street and several vehicles began aggressively following us through the streets. They followed us until we made our way onto east Interstate 90, at that time the vehicles turned away and stopped following us.

It wasn't until after we arrived at the FBI building did I assess my injuries. My injuries included an abrasion, swelling, redness, pain and immobility to my left shoulder/clavicle area. The following day there was some bruising that became visible. I declined

CHC v. Noem - CBP 000266

medical attention at the time of incident.

Body Cam Video Evidence for this event:
Axon Body 4 Video 2025-10-14 1130 D01A41408
Evidence Serial Number LES

**Narrative of DUBAR JR, DAVID R.**
On October 14, 2025, I Border Patrol Agent (BPA) David Dubar was assigned to the Detroit Sector Special Operations Detachment, Border Patrol Tactical Unit (DTM SOD BORTAC). During this timeframe, I was deployed to Chicago Illinois for Operation Midway Blitz. Our mission was to support Border Patrol Immigration Enforcement Operations around the Southeast Chicago Area. We supported the BPAs as part of a Quick Reaction Force (QRF). The QRF con LEP LEP ch possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments. In accordance with U.S. Customs and Border Protection (CBP) standards, I was dressed in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible during this operation.

To become a certified BORTAC operator, one must undergo a strenuous selection and training process. This process consists of multiple physical fitness tests, firearms qualifications, and a selection course to assess candidate's ability to operate in the most stressful and uncomfortable situations. Once selected, candidates must undertake approximately 3 months of follow on training, in which a candidate must achieve near perfect standards in the following proficiencies: firearms qualifications, close quarters combat, breaching, urban and rural high risk interdiction operations, surveillance, less lethal specialty impact and chemical munitions deployment, mobile field force operations, riot control, and numerous other tactics, techniques and procedures that a BORTAC operator may encounter on a regular basis while conducting their regularly assigned duties. Due to the difficulty in achieving the certification of a BORTAC operator, our unit is widely renowned as being one of the highest-caliber tactical teams within the federal service.

Prior to becoming a BORTAC operator, I was member of the United States Border Patrol (USBP) Mobile Response Team (MRT). The Mobile Response Team was created to provide the USBP with a rapidly deployable asset capable of addressing problematic areas across the United States. Furthermore, the MRT is available to respond to regional and national incidents in support of CBP operations. Agents who volunteer to join MRT are required to complete a two-week certification course. The training program is arduous and reflects the necessary mission capabilities needed to prepare agents for extended and physically tasking operations in harsh and often austere environments. MRT candidates receive training in the following areas: medical practical skills, tactical carbine and pistol, listening post/observation post, patrolling and small unit tactics, tactical interdictions, pepper-ball launching system, hand deployed chemical munitions, and protective masks. Furthermore, specializing in mobile field force operations for crowd control situations.

Since the beginning of Operation Midway Blitz, we have seen an exponential increase in assaults against agents. Subjects have thrown objects and utilized their own bodies to block and impede law enforcement operations. This includes subjects utilizing their vehicles as weapons by intentionally ramming agents' vehicles. Subjects are conducting this behavior to disable, disrupt, and harm agents during their official duties. In just the few days prior, there were multiple instances of this exact behavior. Countless government and rental vehicles utilized by agents have been deemed a total loss after subjects rammed their vehicles into agents conducting enforcement operations.

During a similar operation on October 3, 2025, while extracting two BPAs from hospital watch duties in the Humbolt Park area. Driving to the extraction point of the main emergency room doors, our vehicle was struck by 8–10-inch diameter piece of concrete. The concrete struck our vehicle on the passenger side B pillar. Both vehicle windows were open and if this projectile would have hit just a few inches forward or backward would have struck either BPA Javier Valetin or me directly in the face, head, or neck areas. We attempted to locate the perpetrator but were unsuccessful. See E-STAR # LES 25688 for the full incident.

Yet again, on October 4, 2025, during a similar operation, a call for support was issued for an Agent involved shooting near the intersection of 39th place and South Kedzie Avenue Chicago, Illinois 60632. After the shooting, our mission was to secure the scene for the safety of the investigators and other law enforcement. Crowds upwards of 200 protesters began to gather and the

Print Date: 2025-10-25

CHC v. Noem – CBP 000267

situation became increasingly hostile. Protesters were throwing numerous items at law enforcement ranging from rocks, eggs, bottles and later construction barrels and bicycles. At times, refused to move back and allow law enforcement vehicles to enter and exit the scene. Upon disregard of multiple warnings, for the safety of law enforcement personnel and others, I deployed chemical munitions to disperse the crowd which allowed for our safe exit. See E-STAR [LES] #25696 for full incident.

On October 14, 2025, at approximately 1110 hours, we received a call over the Service radio that BPAs needed assistance in the Southeast Side of Chicago. While conducting Immigration enforcement, the BPAs had been struck by a red Ford Escape. Air support call sign [LES] was calling out real time updates on the location of the Ford Escape. My QRF government vehicle driven by BPA Padraic Berlin began to drive towards the area. While responding [LES] nformed ground agents that both the red Ford Escape and grey Ford Expedition driven by BPAs were disabled at the intersection of E 105th St and S Avenue N. [LES] so advised both driver and passenger exited the Ford Escape and fled from law enforcement on foot. BPAs in the area quickly apprehended both subjects.

At approximately 1145 hours BPA Berlin and myself arrived at the accident scene at the intersection stated above. Our mission was to secure the scene of the accident for the safety of our agents and other law enforcement. Upon my arrival, there was a small crowd of approximately 20 nearby residents. The perimeter of our crime scene extended to the small area in the intersection. Within a matter of minutes, the small crowd developed into a large crowd of approximately 150 protesters completely surrounding us on all four sides. A total of only approximately 30 agents were responsible for securing the scene.

While providing security, Chicago Police Department (CPD) arrived on scene and began their investigation as we held the perimeter. During this time more people started to show up and became increasingly agitated and hostile. As time went on, some people arriving at the protest area were dressed in all black, wore black facemasks, and had matching backpacks. BPA Berlin observed these individuals opening their backpacks and taking out matching gasmasks, boxes of facemasks, goggles, and bottles containing unknown liquid. These subjects began handing out these items to other members in the crowd.

During this time, the hostile crowd continued to shout obscenities to all agents. Some were standing merely inches away from agents while shouting. Some of the obscenities referred to burning our vehicles, killing us, finding us and killing our families, raping our wives, watching us burn in hell, calling their local gangs to violence against us, and countless other threatening remarks.

At approximately 1212 hours, the tow trucks arrived on scene to retrieve both vehicles involved in the accident. Even when the tow trucks arrived, the crowd continued their aggressive behavior towards us. I observed an object thrown from the crowd striking an agent near me on the top of the head. Agents nearby positively identified the subject that struck the agent. A foot pursuit ensued, and multiple individuals were detained by other agents for assaultive actions.

Once both vehicles involved were loaded onto tow trucks, BPA Berlin and Supervisory Border Patrol Agent (SBPA) Derek Volmering began to prepare all agents to exit the scene. At approximately 1234 hours BPA Berlin's vehicle lead the first group of agents away from the scene. While waiting to exit, BPA Berlin's vehicle had numerous subjects' approach in an attempt to prevent agents from safely driving away. At this time, his vehicle began to be hit by objects thrown from the crowd. Once subjects cleared the front of his vehicle, BPA Berlin drove away from the scene with other agents following close behind.

At this point, BPA John Bockstanz, BPA John Leslie, and myself were tasked to hold the perimeter until all but two service vehicles containing a total of six BPA's were left on scene. At this time objects were starting to be thrown towards us. In an attempt to calm the hostile crowd so we could leave the scene, a number CPD Officers came over to the east perimeter along S Avenue N and East 105th Street. The crowd became enraged towards CPD and that is when objects including what appeared to be bottles, rocks, eggs, fireworks, and pieces of concrete started being thrown in my direction. To my right, I observed an 8–10-inch piece of concrete thrown from the crowd, striking BPA Leslie in the left shoulder. The impact of this object was merely inches away from striking him in his head, face, and neck areas. At approximately 1239 hours, I was struck in the head by a rock quickly followed by multiple objects simultaneously being thrown by the crowd. I was then struck by a bottle filled with unknown liquid. The violent crowd began pushing and shoving CPD Officers towards BPAs and our vehicles as we were attempting to leave the scene. This all occurred within a close quarters environment. At this time, I deployed chemical munitions. Each munition was deployed, hand thrown at a distance ranging approximately 15-30 feet in a controlled and targeted manner,

CHC v. Noem - CBP 000268

directed at individuals actively throwing projectiles in order to stop the threat while minimizing risk to bystanders. The use of force was executed due to the violent crowd advancing past officers and agents, the tense uncertain, rapidly evolving situation, the damage and injuries already sustained to agents and vehicles, and in an extremely limited amount of time to safely leave the scene. It was not tactically feasible to issue warnings prior to the deployment of chemical munitions.

As an experienced BORTAC Operator, I am responsible for deciding when a situation warrants the deployment of chemical munitions.  This decision is always made by weighing the totality of the circumstances, my agency's Use of Force Policy, and in accordance with my BORTAC/less lethal training. The "three-part test" established by the Supreme Court case of Graham vs. Conner which considers; "the severity of the crime, whether the subject was actively resisting arrest and whether the subject poses a reasonably apparent threat of harm to law enforcement personnel or others. Due to objects being thrown, injuries sustained by agents, damage to government vehicles, further advancement of the crowd past officers and agents, and the imminent danger posed by the hostile crowd I deployed four hand thrown triple chaser CS gas cannisters. The deployment of these munitions effectively disrupted the hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a short period of time. While conducting the final exit of all officers and agents from the scene, members of the crowd picked up and threw back the deployed munitions cannisters at law enforcement. Once all chemical munitions were all deployed, we began to drive away from the scene. Our vehicle was then hit on the driver's side door just below the window with rocks. An additional vehicle of BPAs was struck with a piece of cinder block breaking a rear passenger side window. The successful deployment of these munitions allowed us a short window to mitigate further damage, injuries to law enforcement and others, and elevated use of force. No injuries were observed or reported from my deployment of any less lethal munitions.

At approximately 1242 hours, I exited the scene with BPA Bockstanz and BPA Leslie. Additional subject vehicles began aggressively following us through the streets. They followed us honking horns and drove erratically. They pursued us until we made our way onto east Interstate 90. At that time the vehicles turned away and stopped following us.

We were then directed to report to the FBI building at 2111 W Roosevelt Rd. Chicago. IL 60608 for interviews with FBI agents. That is where I provided a detailed debrief to SBPA Volmering who is assigned to DTM/SOD and is my direct supervisor. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

E-STAR# **LES** #25763
IDVRS Evidence Serial Number **LES**

### Narrative of BOCKSTANZ, JOHN N.

On 10/14/2025, I, Border Patrol Agent (BPA) John Bockstanz was performing my duties as Border Patrol Agent Tactical Unit (BORTAC) operator assigned to the Detroit Sector Border Patrol (DTM) Special Operations Detachment (SOD). To become a certified BORTAC operator, one must undergo a strenuous selection and training process. This process consists of multiple physical fitness tests, firearms qualifications, and a selection course to assess candidate's ability to operate in the most stressful and uncomfortable situations. Once selected, candidates must undertake approximately three months of follow on training, in which a candidate must achieve near perfect standards in the following proficiencies: firearms qualifications, close quarters combat, breaching, urban and rural high risk interdiction operations, surveillance, less lethal specialty impact and chemical munitions deployment and numerous other Tactics, Techniques and Procedures that a BORTAC operator may encounter on a regular basis while conducting their regularly assigned duties. Due to the difficulty in achieving the certification of a BORTAC operator, the unit is widely renowned as being one of the highest-caliber tactical teams within the federal service.

On this date, I was assigned to the south eastside of Chicago, IL for enforcement duties during Operation Midway Blitz. I was in a rough-duty Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards. I was wearing my service issued body armor and service issued body worn camera. At approximately 10:25AM we received a call over the radio that agents needed assistance in the East Side area of Chicago. The Agents had been struck by a red Ford Escape and now the vehicle was absconding. Air support call sign **LES** provided real time updates on the location of the Ford Escape. Once we got into the area, we witnessed the Ford Escape driving erratically and moving at a high rate of speed at the intersection of S Avenue O and E 106th St. The vehicle then turned east on to E106th Street. That is when, while operating a black unmarked Chevy Tahoe government vehicle, I got behind the Ford Escape. I

CHC v. Noem - CBP 000269

activated my lights and sirens. The vehicle failed to yield. I followed the vehicle for approximately two minutes, maintaining a safe distanc[LES]s calling out the Ford Escapes location. I was unable to keep up with the vehicle because of its unsafe driving. I evaluated the situation, deactivated my lights and sirens, and pulled over to the side of the road. I did not pursue the Ford Escape. I continued to listen to [LES] vide updates on the vehicle's location.

A few moments later [LES]ad said the vehicle crashed at the intersection of E 105th St and S Avenue N. I then drove to that area with all available Agents and began securing the scene. I exited my vehicle at the intersection, approximately a dozen individuals started yelling "get the fuck out, you racists" and other obscenities. Within ten minutes the crowd grew to several dozen individuals that formed around the intersection. Moments later several other Agents arrived on scene to help set up a perimeter to provide security and support for the crash site.

As I waited for Chicago Police and tow trucks to arrive, the crowd began to grow around us. Chicago PD arrived on scene and began their investigation as I held the perimeter. All during this time more people started to show up and became increasingly agitated and hostile. This went on for at least an hour while I waited for the tow trucks to arrive. Even when the tow trucks arrived, the crowd continued their aggressive behavior towards us, throwing eggs at agents and blocking a service vehicle from getting through the intersection. At that time two individuals had been detained by other Agents for assaultive actions.

After the vehicles were towed, several of the Agents on the perimeter started to exfiltrate from the area. At this point, I was tasked to hold the perimeter until all but two service vehicles containing a total of six Agents were left on scene. This is when I started to notice several individuals in the crowd wearing gas masks that I didn't see before. Moments later, at approximately 12:38pm, I heard a hard object hit one of our vehicles, which I believed to be a rock. I went over to talk to Chicago PD and let them know the crowd is starting to throw rocks. In an attempt to calm the hostile crowd so we could leave the scene, a number Chicago Police Officers came over to the east perimeter along S Avenue N to talk to the crowd. The crowd became enraged and that is when large objects, including what appeared to be rocks and pieces of concrete, started being thrown in my direction. At this point at approximately 12:39PM (according to footage on my body worn camera Evidence Serial Number A9C6W), fearing for officer safety, in response to these threats, and in compliance with CBP Use of Force Policy, I deployed chemical munitions towards the vicinity where the objects were being thrown. I deployed a total of three CS Riot Control Defense Technology munitions. I deployed chemical munitions towards the vicinity where the objects were being thrown. Each munition was deployed, hand thrown at a distance ranging approximately 15-20 feet. Each munition was deployed in a controlled and targeted manner, directed at individuals actively throwing projectiles in order to stop the threat while minimizing risk to bystanders. The use of force was executed only after assessing the imminent danger and in accordance with my BORTAC/Less Lethal training and CBP protocols for escalation and de-escalation. All munitions were deployed in response to objects such as, rocks, concrete, etc. being thrown at agents. The deployment of these munitions effectively disrupted the hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a period of time. No injuries were observed or reported from my deployment of any less lethal devices, and no medical assessment was needed.

In between deployments of chemical munitions, I ran over to the remaining vehicles and waved them through the intersection south to 106th street. I then grabbed the remaining Agents on scene and directed them towards our service vehicles. Once all Agents were in their service vehicles we departed from the intersection. As I was driving south on S Avenue N leaving the hostile intersection, people threw rocks, and one struck the driver side door of my service vehicle. I made a left onto E 106th Street and several vehicles began aggressively following us through the streets. They followed us until we made our way onto east Interstate 90, at that time the vehicles turned away and stopped following us.

We were then directed to report to the FBI building at 2111 W Roosevelt Rd. Chicago, IL 60608 for interviews with FBI agents. That is where I provided a detailed debrief to Supervisor Border Patrol Agent Derek Volmering who is assigned to DTM/SOD and is my direct supervisor. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

AXON Camera Evidence Serial#: [LES]

Estar # [LES] #25763

CHC v. Noem - CBP 000270

## FILE ATTACHMENTS

**File names:**

El Paso Vehicle Damage Dent on Hood.jpg

El Paso Vehicle Damage from the Outside.jpg

El Paso Vehicle Damage from the Inside.jpg



To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|-----|------|----------|
| Submitted | FICK, SHANNON M. | 10/20/2025 11:03 | |
| Rejected | HORNER, JOHN E. | 10/20/2025 11:25 | Pending narrative attachments |
| Submitted | FICK, SHANNON M. | 10/20/2025 11:36 | |
| Approved | HORNER, JOHN E. | 10/20/2025 12:19 | |
| Reopened | CHAVIRA JR, CARLOS | 10/24/2025 16:51 | I need to update that I used force by deploying hand thrown smoke |



CHC v. Noem - CBP 000271