**U.S. Department of Homeland Security**
# U.S. Customs and Border Protection

**Evolving Situation Report**

ESR- LES 52 / Assault

October 22, 2025

## Assault

**10/22/2025 08:08 AM**

**Tags:** 18 USC 111 | LES

**Situation:**
On October 22, 2025, Border Patrol Agents were working in support of Operation Midway Blitz in Chicago, IL. at approximately 10:55 A.M., agents reported that a blue truck and grey suburban flying a "F**K ICE" flag displayed on the back of the vehicle was following them on 26th St. for approximately 3 miles and followed the agents into the Home Depot parking lot. The blue truck was driving aggressively trying to ram them and "playing chicken" with agents causing the agents to stop and the blue truck would swerve out of the way at the last second. The agents exited the parking lot area.

11:00 A.M.- Other agents observed the blue truck pulled in front of the QRF vehicle. Agents (unaware of what just transpired with the other agents) warned the driver not to impede, or he would be arrested. The truck then drove off aggressively and struck a silver vehicle and continued through the parking lot onto Ogden Ave. from the Home Depot parking lot.
11:07 A.M.- The truck drove into the intersection of 24th St and Ogden and was struck by a civilian vehicle driving southbound.
11:09 A.M. Agents responded to the accident when the air unit called it out over the radio and took the driver of the blue truck into custody.
11:15 A.M.- Agents advised that Cicero PD arrived on scene
11:21 A.M.- A crowd began to gather on scene of the vehicle accident involving the blue truck. Bystanders observing the scene produced Mexico and Anti-ICE flags and began to fly them along the curb side.
11:26 A.M.- BPAs advised that Cicero PD would hold the scene for USBP to exit the scene.
11:32 A.M.- Agents advised they were departing scene

### Updates (2)

| | Date/Time | Update | Created By |
|---|---|---|---|
| 2 | 10/24/2025 14:51 | Per FBI on 10/24/2025 - CORREA was released pending investigation and 18 USC 111 charges. | KITE, Jeremy A |
| 1 | 10/22/2025 15:59 | Subject Information:<br><br>Name: CORREA, Alexis<br>[ PII ]/1996<br>COC: United States<br>[ PII ]<br>[ PII ]<br>App time: 11:00 A.M.<br>App location: Ogden and 26th St. | KITE, Jeremy A |

ELC | ELC
ESR- LES 52 ( LES )
Page 1 | 10/25/2025 07:10




U.S. Customs and Border Protection

CHC v. Noem - CBP 000276

# U.S. Customs and Border Protection
U.S. Department of Homeland Security

**Evolving Situation Report**

ESR- LES 52 / Assault

October 22, 2025

## Emails Sent

| | Date/Time | Type | Email Distro | Created By |
|---|---|---|---|---|
| 1 | 10/24/2025 12:51 | Update | PII; LES | KITE, Jeremy A |
| 2 | 10/22/2025 13:59 | Update | PII; LES | KITE, Jeremy A |
| 3 | 10/22/2025 11:55 | Initial | PII; LES | KITE, Jeremy A |

