

U.S. Customs and Border Protection

# Enforcement Action Statistical Analysis and Reporting System (E-STAR) Incident Report

**Current Status:** Completed ⊗ Active Ready for review Rejected Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25814
**Title:** Operation Midway Blitz: Chicago- Assault / UoF (OFO) Home Depot Cicero
**Shift start date/time:** 10/22/2025 05:00
**Shift end date/time:** 10/22/2025 23:59
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force FTY/Vehicle pursuit by a CBP employee
Unintentional firearm discharge Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes No
**CBP Reporting Organizations:**
☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
Air and Marine Operations
☒ Office of Field Operations Location: Office of Field Operations
**Did this incident occur within the confines of a port of entry?** Yes ⊗ No
**Created by:** BURGESS, HOLLIE ANN **Creation date/time:** 10/22/2025 12:50
**Last updated by:** POPKE, SHANE J. **Last updated date/time:** 10/23/2025 10:54
**Reviewer:** SMITH, CALDWELL A **Date reviewed:**

## RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |
| CBP | OFO |

**Were other CBP components/external agencies involved?** ⊗ Yes No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
**Address:**
**Street:** W26th Ave and Old Rte 66 Cicero, IL 60804





**City:** Cicero **State:** ILLINOIS **Zip:** 60804

**Incident coordinates:**

**Latitude:** 41.84484

**Longitude:** -87.74409

**Setting:** Indoors ⊗ Outdoors

**Outdoor setting:** ⊗ On land In water (standing or swimming) On water (in vessel) In the air

**Description of the premises/location:** Near intersection of W26th Ave and Old Route 66 Cicero, IL 60804

**Environmental factors:**

**Weather:** ☒ Dry Raining Snowing Flooding Windy Storm Haze/blowing dust Fog Other

**Illumination:** ☒ Daylight Dark Dawn Dusk Good lighting Poor lighting Night vision aided Other

**Estimated temperature (Fahrenheit):** 48

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SMITH, CALDWELL A | Special Operations Supervisor | Phone | 10/22/2025 |

**Other authorities notified (external to CBP):** Federal Tribal State Local Foreign

## EMPLOYEES: 1

**Name:** POPKE, SHANE J.

**Gender:** Male **Age:** 36 **Height:** 6'0" **Weight:** 205 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 12/31/2012

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Laredo Field Operations

**Duty (or detail/TDY) location EOD:** 10/15/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Special Operations

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 12 years 10 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was POPKE, SHANE J. assaulted?** Yes ⊗ No

**Did POPKE, SHANE J. use reportable force?** ⊗ Yes No

**Force type:** Less-lethal Device

**Device:** OC (MK-9)

**Device type:** Foam

**Estimated use of force date/time (local):** 10/22/2025 11:33

**Posture:** ☒ Standing Kneeling Prone Other

**Estimated distance:** 3 feet

**Was this force type used again within the same shift (a break-in-the-action)?** Yes ⊗ No

**Reason(s) for this use of force:**

☒ Protect self ☒ Protect co-worker ☒ Protect innocent 3rd party





☒ Protect non-CBP officer/agent ☒ Effect an arrest or detention Prevent escape
Overcome resistance Stop vehicle Vessel failure to heave to
Animal euthanization Other

**Was POPKE, SHANE J. injured?** Yes ⊗ No

## SUBJECTS: 1

**Name:** MASS GROUP

**Estimated number of individuals in the group:** 15

**Group description (Composition, attire, etc.):** Approximately 20 or more individuals wearing civilian clothing.

**Was any member of this group wearing body armor?** Yes No ⊗ Unknown

**Group activity:**

- Illegal entry
- ☒ Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- Assault (rocks/other projectiles)
- Assault (all other types)
- ☒ Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Group's current location and disposition if known:**

**Did any member of this group not listed as an individual subject assault a CBP employee?** Yes No

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes No

**Was any member of this group outside the US or its territories when this force was applied?** Yes ⊗ No

## ASSAULTS: 0

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---|---|---|---|

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| POPKE, SHANE J. | OC (MK-9) - Foam on 10/22/2025 11:33 | **Subject:** MASS GROUP<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No
**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

In support of "Operation Midway Blitz", the Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase "at large" arrests of illegal aliens, including individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across the U.S., operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
**Current certification status:** Not certified

**Narrative of POPKE, SHANE J.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation At Large" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 23, 2025, I, Special Operations Chief (SOC), Shane Popke, as a part of the Office of Field Operations (OFO), Special Response Team (SRT), (OFO/SRT) was deployed to Chicago, IL in support of Operation Midway Blitz.

On this date, I was a passenger in an unmarked government vehicle, wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; our job was to provide security for the Strike Teams, additionally, to Border Patrol Chief G. Bovino as a VIP participant. USBP Strike Teams are working under Operation At Large in Chicago and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously

identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 11:15 a.m., I, along with other OFO SRTOs, CBP AMO officers, USBP agents, and CBP OPR agents were positioned near a 2-car vehicle accident near the Home Depot in Cicero, IL. (41.84407738887994, -87.7418472304367). A mass crowd was gathering near the crash site as BP Chief Bovino was on site. I observed multiple "Fuck ICE" signs and the crowd was extremely agitated with some yell obscenities towards the group of CBP personnel that had staged at the intersection. I observed this large group of individuals displaying aggressive and hostile behavior towards CBP personnel to include yelling in the faces of CBP personnel, middle fingers being pointed, and audible verbal threats of hurting CBP personnel.

At approximately 1132 hours, I was seating in the rear passenger seat of our unmarked government vehicle, when 3-4 rioters approached the passenger side of our vehicle and began shouting obscenities at in a threatening manner, directed at the occupants of the vehicle I was in. This continued for approximately 1-2 minutes before an unidentified male began to aggressively kick the side of the vehicle I was seated in. I then rolled down my window and delivered a short 1 second spray of MK-9 OC aimed at the rioter's face, approximately 2-3 feet away. The wind immediately took the spray to my left, and it affected the other 3 or 4 agitators near our vehicle. The unidentified male suspect, stopped kicking the vehicle after the spray was deployed.

The intent of the MK9 deployment was to deter the isolated aggressor that kicked the vehicle; not to deter the other agitators.

We continued to wait for BP Chief Bovino to clear the area; and we departed following the Chief's vehicle to continue security detail.

No injuries were observed or reported from my deployment of any less lethal devices.

I notified Special Operations Supervisor, Caldwell Smith, of the UoF deployment at 1135 hours.

The deployment of these munitions effectively disrupted the hostile actions. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved. IDVRS footage was recorded. SERIAL # LES

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|