**Use of Force**

**10/24/2025 06:07 AM**

**Tags:** [LES]

**Situation:**
On October 24, 2025, Border Patrol Agents working in support of Operation Midway Blitz in Chicago, Illinois conducted targeted enforcement near W Henderson St / N Lakewood Ave. At approximately 12:00 PM Agents were attempting to contact an individual when a group of civilians and protestors began to gather in the area. The crowd size increased to approximately 50 individuals.

As the situation escalated, agitators attempted to deflate the tires on the vehicle. Agents instructed the crowd to disperse approximately 5 to 6 times. The protestors ignored verbal commands, and agents deployed a pocket tactical CS grenade. Agitators kicked the grenade back at agents and started throwing various objects (pumpkin, soup, etc.) at agents.

In response, agents deployed a Triple-Chaser CS munition and to disperse individuals obstructing egress of the agents. As the chemical agent spread, the crowd began to disperse, allowing agents to safely clear the area.

### Emails Sent

| | Date/Time | Type | Email Distro | Created By |
|---|---|---|---|---|
| 1 | 10/24/2025 11:21 | Initial | PII; LES | KITE, Jeremy A |
| | | | PII: LES | |
| | | | PII: LES | |
| | | | PII; LES | |