

# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25829
**Title:** Operation Midway Blitz: Chicago- Assault/Chemical Munitions Deployed (N Lakewood Ave/W Henderson St)
**Shift start date/time:** 10/24/2025 07:00
**Shift end date/time:** 10/24/2025 17:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ☐ No
**CBP Reporting Organizations:**
  ☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
  ☐ Air and Marine Operations
  ☐ Office of Field Operations
**Created by:** FICK, SHANNON M.
**Last updated by:** HUGHBANKS, DANIEL L.
**Reviewer:** HUGHBANKS, DANIEL L
**Creation date/time:** 10/24/2025 19:19
**Last updated date/time:** 10/28/2025 13:47
**Date reviewed:** 10/28/2025

## RELATED SYSTEMS: 5

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 5 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
    **Landmark:** ILLINOIS
**Country/international waters:** United States of America
    **Address:**
        **Street:** North Lakewood Avenue & West Henderson Street
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60657
**Incident coordinates:**
    **Latitude:** 41.94252
    **Longitude:** -87.66145
**Setting:**    Indoors  ⊗ Outdoors
    **Outdoor setting:**  ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** Urban Neighborhood.
**Environmental factors:**
    **Weather:** ⊠ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
    **Illumination:** ⊠ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
    **Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GARCIA JR, EFRAIN | Supervisory Border Patrol Agent | In-Person | 10/24/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 3

**Name:** HEWSON, KRISTOPHER M.
    **Gender:** Male    **Age:** 42    **Height:** 6'3"    **Weight:** 225 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 09/04/2006
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Patrol Interior
    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 19 years 1 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes    No
    **Attire:** ⊗ Uniform    Plain clothes

    **Was HEWSON, KRISTOPHER M. assaulted?** ⊗ Yes    No

    **Did HEWSON, KRISTOPHER M. use reportable force?** ⊗ Yes    No
        **Force type:** Less-lethal Device
        **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
        **Device type:** Hand-Thrown Munitions - Chemical
        **Munition type:** Pocket Tactical CS Canister



**Device description/comments:** Pocket Tactical CS cannister
**Estimated use of force date/time (local):** 10/24/2025 12:00
**Posture:** Standing    Kneeling    Prone    ⊠ Other - Sitting in Vehicle
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:**    Yes    No    ⊠ Unknown    Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?**    Yes    ⊠ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ⊠ Protect self | ⊠ Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| ⊠ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple Chaser CS Canister
**Estimated use of force date/time (local):** 10/24/2025 12:00
**Posture:** Standing    Kneeling    Prone    ⊠ Other - Sitting in Vehicle
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:**    Yes    No    ⊠ Unknown    Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?**    Yes    ⊠ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ⊠ Protect self | ⊠ Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| ⊠ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was HEWSON, KRISTOPHER M. injured?**    Yes    ⊠ No

---

**Name:** MCBEE, JOSHUA A.
**Gender:** Male    **Age:** 24    **Height:** 6'0"    **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/05/2024
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 1 years 4 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was MCBEE, JOSHUA A. assaulted?**    ⊗ Yes    No

**Did MCBEE, JOSHUA A. use reportable force?**    Yes    ⊗ No



Was MCBEE, JOSHUA A. injured?   Yes   ⊗ No

**Name:** SMITH, DALTON J.
  **Gender:** Male   **Age:** 30   **Height:** 6'5"   **Weight:** 200 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 01/09/2023
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 2 years 10 months
    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was SMITH, DALTON J. assaulted?** ⊗ Yes   No

**Did SMITH, DALTON J. use reportable force?**   Yes   ⊗ No

**Was SMITH, DALTON J. injured?**   Yes   ⊗ No

## SUBJECTS: 1

**Name:** MASS GROUP
  **Estimated number of individuals in the group:** 50
  **Group description (Composition, attire, etc.):** Group was comprised of civilians in civilian attire.
  **Was any member of this group wearing body armor?**   Yes   No   ⊗ Unknown
  **Group activity:**

    Illegal entry
    Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    ☒ Assault (rocks/other projectiles)
    Assault (all other types)
    ☒ Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

  **Group's current location and disposition if known:** Group disbanded after incident

  **Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes   No
    **Was any member of the group outside the US or its territories when committing the assault?**   Yes   ⊗ No
    **Weapon(s)/type of assault:**
      **Assault method:** Projectile (other than rock)

Projectile description: Pumpkin and other various items
Estimated assault date/time (local): 10/24/2025 12:03

**Assault method:** Projectile (other than rock)
Projectile description: Deployed handheld munition
Estimated assault date/time (local): 10/24/2025 12:04

Was reportable force used on any member of this group not listed as an individual subject?  ⊗ Yes    No
Was any member of this group outside the US or its territories when this force was applied?    Yes   ⊗ No

## ASSAULTS: 6

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| MASS GROUP | Projectile (other than rock) - Pumpkin and other various items on 10/24/2025 12:03 | HEWSON, KRISTOPHER M. | ⊗ Yes | No | Not injured in this incident |
| | | MCBEE, JOSHUA A. | ⊗ Yes | No | Not injured in this incident |
| | | SMITH, DALTON J. | ⊗ Yes | No | Not injured in this incident |
| MASS GROUP | Projectile (other than rock) - Deployed handheld munition on 10/24/2025 12:04 | HEWSON, KRISTOPHER M. | ⊗ Yes | No | Not injured in this incident |
| | | MCBEE, JOSHUA A. | ⊗ Yes | No | Not injured in this incident |
| | | SMITH, DALTON J. | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| HEWSON, KRISTOPHER M. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS cannister on 10/24/2025 12:00 | **Subject:** MASS GROUP<br>Was this use of force in response to the following assault by this subject?<br>Projectile (other than rock) - Deployed handheld munition on 10/24/2025 12:04 - No<br>Projectile (other than rock) - Pumpkin and other various items on 10/24/2025 12:03 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| HEWSON, KRISTOPHER M. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS Canister on 10/24/2025 12:00 | **Subject:** MASS GROUP<br>Was this use of force in response to the following assault by this subject?<br>Projectile (other than rock) - Deployed handheld munition on 10/24/2025 12:04 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes<br>Projectile (other than rock) - Pumpkin and other various items on 10/24/2025 12:03 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |



## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No
**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of HEWSON, KRISTOPHER M.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 24, 2025, I, Supervisory Border Patrol Agent Kristopher Hewson, out of Calexico Station/El Centro Station, was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 19 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens.

During these interviews, many illegal aliens have told me that their final destination was the Chicago, Il area or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities. Additionally, during the migrant surge of 2020-2022.

At approximately 12:00 p.m., I was working in the Old Town Triangle neighborhood of Chicago, Illinois. Alongside me were my partners, Border Patrol Agent Dalton Smith, and Border Patrol Agent Joshua Mcbee. We were patrolling near Henderson Street and Lakewood Ave in an unmarked government rental vehicle. Before we arrived at this location we had been working in the area for a couple of hours. We encountered a handful of subjects following us on bicycles and in vehicles blowing whistles and honking their horns. Their goal was to alert subjects who are illegally present to the presence of immigration officials. We continued performing our duties even with the subjects following us. When we arrived at Henderson and Lakewood Ave, we observed several individuals sitting on the sidewalk/and on vehicles parked on the road eating lunch. They were outside of a house being worked on for some sort of construction. We got out of our unmarked government rental vehicle. We were dressed in full Border Patrol rough duty uniform. I also was wearing a ballistic vest displaying identifiers that stated "Federal Agent/U.S. Border Patrol. I was clearly identifiable as a U.S. Border Patrol Agent. I verbally identified myself as a United States Border Patrol Agent. A subject fled into the backyard and slammed the front gate of the property on me. I ran after the subject around the to the back of the house where the subject had squeezed himself into a small crawlspace.

BPA Smith apprehended one subject in the yard. Upon trying to return to our vehicle the gates were locked and we were unable to have the subject climb the fence to get out of the yard. Approximately 50 subjects were now surrounding our vehicles and

standing on the other side of the fence. Eventually the owner exited the house and opened the gate for us to leave. We exited the yard and approached our vehicle to place the subject inside. Numerous commands were issued for the protestors to clear the area of the vehicle so that we could leave. One of the subjects attempted to deflate the tire using car keys to push the valve stem in on the driver side of the vehicle. This subject who was attempting to deflate the tire was removed from the area of the vehicle and agents got into the vehicle to attempt to leave. Special Operations Detachment (SOD) Agents and regular agents had to escort the vehicle to attempt to prevent damage to the vehicle and injury to the subjects inside the vehicle. Being in Los Angeles and Chicago for the past 5 months, I have seen crowds damage vehicles as they are leaving since it emboldens them. They use their fists/rocks/and other objects to damage the vehicle. The crowd also had bicycles which have been thrown at vehicles in the past. Numerous commands were issued for the crowd to stop advancing so that we can turn our vehicles around. The crowd continued to collapse on our vehicle. When we tried to make a turn, another vehicle slowly inched its way towards us on our passenger side preventing us from making a turn. We ordered the vehicle to stop, and it continued attempting to impede preventing us from turning and leaving the area. As we continued to attempt a turn the crowd kept encroaching around us despite repeated orders to stay back. I ordered the crowd to stay back or gas will be deployed. The crowd kept on attempting to encroach on our vehicle and prevent us from turning. I gave another warning for the crowd to get back or gas will be deployed. Again the crowd kept encroaching and preventing us from leaving the area. At approximately 12:03 P.M. I gave one last warning and the crowd still did not abide by the warning. I deployed one pocket CS gas cannister into the crowd to disperse them so that we could leave the area safely. I threw the pocket CS gas cannister approximately 15 feet in front of our vehicle. After this deployment subjects started to throw objects, one such object was a pumpkin that struck the front driver side of the vehicle. A expended CS gas cannister was also thrown at the vehicle as well. At this time, I deployed a triple chaser CS gas cannister approximately 20 feet in front of our vehicle in order to further disperse the crowd. This deployment was effective as most of the protestors vacated the area.

We were able to safely turn our vehicles around and exit the area. No damage was done to the vehicles. While the deployment of CS happened the wind carried the smoke into my unmarked government rental vehicle which contained two arrested illegal alien subjects. They were exposed to the CS. I sat in the vehicle with them to keep them secured and reassure them they were ok. The two subjects suffered normal exposure effects such as watering of the eyes, mucous running from the nose and coughing. After the CS gas dissipated and we left the area I asked if they required any medical attention, they stated they did not.

I also could not determine if any of the crowd needed medical attention since people affected by CS ran further back into the crowd. Also, due to the hostility of the crowd and to protect myself, fellow agents, and detainees we had to rapidly leave the area.

I reported my use of force to Supervisory Border Patrol Agent Efrain Garcia of Rio Grande Valley BORTAC Team in person at time of deployment.

I ordered my team to report to ICE/ERO at 1930 Beach Street to regroup and drop off the subjects that we had in custody.

My body worn camera was activated during the entirety of the incident. Evidence ID: LES

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | HEWSON, KRISTOPHER M. | 10/26/2025 23:06 | |
| Rejected | HUGHBANKS, DANIEL L. | 10/27/2025 10:48 | Need update to narrative |
| Submitted | HEWSON, | 10/27/2025 17:52 | |

| | | | |
|---|---|---|---|
| | KRISTOPHER M. | | |
| Rejected | HUGHBANKS, DANIEL L. | 10/28/2025 11:23 | Need changes |
| Submitted | FICK, SHANNON M. | 10/28/2025 12:04 | |
| Approved | HUGHBANKS, DANIEL L. | 10/28/2025 13:47 | |