ESR [LES] 71 / Assault      October 25, 2025

10/25/2025 05:59 AM

**Assault**

**Midway Blitz**

**Tags:** [LES]

**Situation:**
On October 25, 2025, Border Patrol Agents working in support of Operation Midway Blitz in Chicago, Illinois conducted targeted enforcement W Grace St / N Kildare Ave, Chicago, IL 6064. At approximately 10:00 AM, agents were attempting to contact an individual that fled on foot and was apprehended, later determined to be in the United States illegally. A crowd began to gather in the area and increased to approximately 20-30 agitators. Multiple orders were given to move for agents to leave when a car blocked agents in on one side and a bicycle blocked on the other side. Male USC, later identified as Michael BROSILOW, from the car was and a female USC, Maria Elena Bryan, was arrested from the bicycle were arrested for 18 USC 111. The crowd became more agitated and multiple warnings were given to disperse.

In response, agents deployed a Triple-Chaser CS munition and to disperse individuals obstructing the egress of agents. As the chemical agent spread, the crowd began to disperse, allowing agents to safely clear the area.

Updates expected.

Maria Elena Bryan
DO[ PII ]/2001
COC: USC
(Made contact with agent to strike him)

Michael Brosilow
D[ PII ]/1957
COC: USC

### Updates (3)

| | Date/Time | Update | Created By |
|---|---|---|---|
| 3 | 10/27/2025 13:03 | [LES] 25839 | KITE, Jeremy A |
| 2 | 10/25/2025 18:53 | Added photos<br>BRISILOW was issued CVB E2697681 for 18 USC 111 | KITE, Jeremy A |
| 1 | 10/25/2025 13:11 | photos added | KITE, Jeremy A |

### Emails Sent

| Date/Time | Type | Email Distro | Created By |
|---|---|---|---|

ELC | ELC
ESR [LES] 71 ( [LES] )
Page 1 | 10/29/2025 11:10

U.S. Customs and Border Protection

CHC v. Noem - CBP 000643

| # | Date | Type | Content | Author |
|---|---|---|---|---|
| 1 | 10/27/2025 11:03 | Update | PII; LES / PII; LES / PII; LES | KITE, Jeremy A |
| 2 | 10/25/2025 16:53 | Update | PII; LES / PII; LES | KITE, Jeremy A |
| 3 | 10/25/2025 11:11 | Update | PII; LES / PII; LES / PII; LES | KITE, Jeremy A |
| 4 | 10/25/2025 11:11 | Initial | PII; LES / PII; LES / PII; LES | KITE, Jeremy A |

CHC v. Noem - CBP 000644