LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

### NO. 25-CV-12173

## CHICAGO HEADLINE CLUB, BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL 34071, NABET-CWA LOCAL 54041, RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD, DAVID BLACK, WILLIAM PAULSON, AUTUMN REIDY-HAMER, and LEIGH KUNKEL,

### on behalf of themselves and others similarly situated

### V.

## KRISTI NOEM, Secretary, ET AL.

### DEPONENT: GREGORY BOVINO

### DATE: October 30, 2025



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

1
                    IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
2                             EASTERN DIVISION
                  HONORABLE SARA L. ELLIS, DISTRICT JUDGE
3                           NO. 25-CV-12173

4

5

        CHICAGO HEADLINE CLUB, BLOCK CLUB CHICAGO, CHICAGO
6       NEWSPAPER GUILD LOCAL 34071, NABET-CWA LOCAL 54041,
        RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD, DAVID BLACK,
7       WILLIAM PAULSON, AUTUMN REIDY-HAMER, and LEIGH KUNKEL,
        on behalf of themselves and others similarly situated,
8                             Plaintiffs

9

10                              V.

11

12      KRISTI NOEM, Secretary, U.S. Department of Homeland
            Security (DHS); TODD LYONS, Acting Director, U.S.
13          Immigration and Customs Enforcement (ICE); MARCOS
              CHARLES, Acting Executive Associate Director,
14      Enforcement and Removal Operations, ICE; RUSSELL HOTT,
          Chicago Field Office Director, ICE; RODNEY S. SCOTT,
15      Commissioner, U.S. Customs and Border Protection (CBP);
         GREGORY BOVINO, Chief Border Patrol Agent, CBP; DANIEL
16      DRISCOLL, Director of the Bureau of Alcohol, Tobacco,
        Firearms and Explosives (ATF); WILLIAM K. MARSHALL III,
17      Director of the Federal Bureau of Prisons (BOP); PAMELA
            BONDI, Attorney General of the United States; U.S.
18      DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF
            JUSTICE; UNIDENTIFIED FEDERAL OFFICER DEFENDANTS;
19      UNIDENTIFIED FEDERAL AGENCY DEFENDANTS; and DONALD J.
             TRUMP, President of the United States,
20                            Defendants

21      ██████████████████████████████████

22

23      DEPONENT:   GREGORY BOVINO

24      DATE:       OCTOBER 30, 2025

25      REPORTER:   MEGAN WEINER

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFFS, CHICAGO HEADLINE CLUB,
     BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL
 4   34071, NABET-CWA LOCAL 54041, RAVEN GEARY, CHARLES
     THRUSH, STEPHEN HELD, DAVID BLACK, WILLIAM PAULSON,
 5   AUTUMN REIDY-HAMER, and LEIGH KUNKEL, on behalf of
     themselves and others similarly situated:
 6   Locke Bowman, Esquire
     Steve Art, Esquire (Appeared via videoconference)
 7   Lindsay Hagy, Esquire
     Alyssa Martinez, Esquire
 8   Dominique Gilbert, Esquire
     David Owens, Esquire (Appeared via videoconference)
 9   Tara Thompson, Esquire (Appeared via videoconference)
     Aaron Tucek, Esquire (Appeared via videoconference)
10   Julia Rickert, Esquire (Appeared via videoconference)
     Loevy & Loevy
11   311 North Aberdeen Street
     Chicago, Illinois 60607
12   Telephone No.: (312) 243-5900
     E-mail: locke@loevy.com
13           steve@loevy.com
                lindsay@loevy.com
14              alyssa@loevy.com
                gilbert@loevy.com
15              david@loevy.com
                tara@loevy.com
16              aaron@loevy.com
                julia@loevy.com
17
     AND
18
     Conor Gaffney, Esquire
19   Hayden Johnson, Esquire (Appeared via videoconference)
     Katie Schwartzmann, Esquire
20   Protect Democracy Project
     2020 Pennsylvania Avenue NW
21   Suite 163
     Washington, D.C. 20006
22   Telephone No.: (202) 579-4582
     E-mail: conor.gaffney@protectdemocracy.org
23           hayden.johnson@protectdemocracy.org
             katie.schwartzmann@protectdemocracy.org
24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of UNKNOWN, taken on October 23, 2025

3

```
 1                   APPEARANCES (CONTINUED)

 2

 3     AND

 4     Wallace Hilke, Esquire
       Community Justice and Civil Rights Clinic
 5     375 East Chicago Avenue
       Chicago, Illinois 60611
 6     Telephone No.: (213) 503-2224
       E-mail: wally.hilke@law.northwestern.edu

 7     AND

 8
       Craig B. Futterman, Esquire
 9     Mandel Legal Aid Clinic
       6020 South University
10     Chicago, Illinois 60637
       Telephone No.: (773) 702-9611
11     E-mail: futterman@uchicago.edu
       (Appeared via videoconference)
12
       ON BEHALF OF THE DEFENDANTS, KRISTI NOEM, Secretary,
13     U.S. Department of Homeland Security (DHS); TODD LYONS,
       Acting Director, U.S. Immigration and Customs
14     Enforcement (ICE); MARCOS CHARLES, Acting Executive
       Associate Director, Enforcement and Removal Operations,
15     ICE; RUSSELL HOTT, Chicago Field Office Director, ICE;
       RODNEY S. SCOTT, Commissioner, U.S. Customs and Border
16     Protection (CBP); GREGORY BOVINO, Chief Border Patrol
       Agent, CBP; DANIEL DRISCOLL, Director of the Bureau of
17     Alcohol, Tobacco, Firearms and Explosives (ATF);
       WILLIAM K. MARSHALL III, Director of the Federal Bureau
18     of Prisons (BOP); PAMELA BONDI, Attorney General of the
       United States; U.S. DEPARTMENT OF HOMELAND SECURITY;
19     U.S. DEPARTMENT OF JUSTICE; UNIDENTIFIED FEDERAL
       OFFICER DEFENDANTS; UNIDENTIFIED FEDERAL AGENCY
20     DEFENDANTS; and DONALD J. TRUMP, President of the
       United States:
21     Sarmad M. Khojasteh, Esquire
       Elizabeth Hedges, Esquire
22     Sean Skedzielewski, Esquire (Via videoconference)
       U.S. Department of Justice
23     ████████████████████████
       ████████████████
24     █████████████████████████
       ████████████████████████████
25        ███████████████████████
          ██████████████████████
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1              APPEARANCES (CONTINUED)

2


3    AND

4    Joseph N. Mazzara, Esquire
     Brooke Danielle Jenkins, Esquire (Appeared via
5    videoconference)
     Office of the General Counsel
6    U.S. Department of Homeland Security
     ███████████████████████████████████
7    ████████████████████████

8    AND

9    Philip J. Piscopo, Esquire
     Storm & Piscopo, P.C.
10   2000 South Batavia Avenue
     Suite 410
11   Geneva, Illinois 60134
     Telephone No.: (630) 232-6170

12

13   Also Present: Sydney Little, Videographer; Valerie
     Barajas, Loevy & Loevy Paralegal; Anthony Adams, U.S.
14   Customs and Border Protection (Appeared via
     videoconference); Rachel McDonald, U.S. Customs and
15   Border Protection (Appeared via videoconference); Sarah
     F. Terman; Kaitlyn Jackson, Chief of Staff for Joseph
16   N. Mazzara

17

18

19

20

21

22

23

24

25
```



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        INDEX

 2                                         Page

 3    PROCEEDINGS                            8

 4    DIRECT EXAMINATION BY MR. BOWMAN      10

 5

 6                      EXHIBITS

 7    Exhibit                              Page

 8    1 - Telemundo Interview Clip          96

 9    2 - Department of Homeland Security

10        Press Release                     96

11    3 - Criminal Complaint               106

12    4 - Video Clip of Deponent talking to Agents 116

13    5 - Transcript: CBS News Chicago     152

14    6 - Video of David Black Getting Shot

15        in the Head                      163

16    Group Exhibit 7 - Photographs of Protesters 165

17    8 - Video Clip of Broadview on October 3rd  171

18    9 - Transcript of Speech Noem Gave on

19        October 3rd                      181

20    10 - Videotape to Accompany Exhibit 9 182

21    11 - Local CBS Affiliate Report      199

22    12 - Declaration of Charles Thrush   202

23    13 - Declaration of Leigh Kunkel     207

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
                    EXHIBITS (CONTINUED)

 Exhibit                                          Page

 14 - Photograph Still of Deponent and

      other Agents                                 220

 15 - Body cam Footage of Protest                  225
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 8 of 264 PageID #:7900

1          STIPULATION

2

3    The VIDEO deposition of GREGORY BOVINO was taken at the

4    DIRKSEN FEDERAL BUILDING, 219 SOUTH DEARBORN STREET,

5    FIFTH FLOOR, CONFERENCE ROOM 9038, CHICAGO, ILLINOIS

6    60604 on THURSDAY the 30TH day of OCTOBER, 2025 at

7    approximately 10:29 a.m. (CT); said VIDEO deposition was

8    taken pursuant to the FEDERAL Rules of Civil Procedure.

9

10   It is agreed that MEGAN WEINER, being a Notary Public

11   and Digital Reporter for the State of ILLINOIS, may

12   swear the witness.

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of GREGORY BOVINO, taken on October 30, 2025

```
1                    PROCEEDINGS
2
3          THE VIDEOGRAPHER:  We are now on the record.
4          My name is Sydney Little.  I'm the
5    videographer today, and Megan Weiner is the court
6    reporter.  Today is the 30th day of October, 2025.
7    The time is 10:29 a.m. Central.  We are at Everett
8    McKinley Dirksen U.S. Courthouse, 219 South
9    Dearborn Street, Chicago, Illinois to take the
10   deposition of Gregory Bovino in the matter of
11   Chicago Headline Club, et al. v. Kristi Noem, et
12   al., Case number 25-CV-12173, pending in the United
13   States District Court for the Northern District of
14   Illinois, Eastern Division.  Will the Counsel
15   please identify themselves for the record?
16         MR. BOWMAN:  We'll start with Plaintiffs'
17   counsel, including both those present here
18   physically and on Zoom.  My name is Locke Bowman.
19         I am one of the lawyers for the plaintiffs.
20         MR. GAFFNEY:  I'm Conor Gaffney, lawyer for
21   the plaintiffs.
22         MR. HILKE:  Wally Hilke for the plaintiffs.
23         MS. HAGY:  Lindsay Hagy for the plaintiffs.
24         MS. GILBERT:  Dominique Gilbert for the
25   plaintiffs.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        MS. MARTINEZ:  Alyssa Martinez also for the
 2   plaintiffs.
 3        MR. BOWMAN:  And now the folks on Zoom for the
 4   plaintiff.
 5        MR. ART:  Steve Art, David Owens, Tara
 6   Thompson, Aaron Tucek, Julia Rickert, Hayden
 7   Johnson, and Craig Futterman are on Zoom for the
 8   plaintiffs.
 9        MR. KHOJASTEH:  For Defendants -- Sarmad
10   Khojasteh for the defendants.
11        MS. HEDGES:  Elizabeth Hedges for the
12   defendants.
13        MR. MAZZARA:  Joseph Mazzara for the
14   defendants.
15        MS. JACKSON:  Kaitlyn Jackson for the
16   defendants.
17        MR. PISCOPO:  Philip Piscopo for the
18   defendants.
19        THE VIDEOGRAPHER:  Thank you.  And --
20        MR. BOWMAN:  And I think -- are there any are
21   defense lawyers on Zoom -- other persons on Zoom
22   listening in?
23        MR. SKEDZIELEWSKI:  Yes.  Sean Skedzielewski
24   for defendants.
25        MS. JENKINS:  Brooke Jenkins for defendants.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. ADAMS:  Anthony Adams with CBP OCC.

2          MS. MCDONALD:  Rachel McDonald with CBP OCC.

3          THE VIDEOGRAPHER:  Okay.  And with that, Mr.

4     Bovino, can you please raise your right hand for

5     the court reporter to swear you in?

6          THE REPORTER:  Do you solemnly swear, or

7     affirm, that the testimony you're about to give

8     will be the truth, the whole truth, and nothing but

9     the truth?

10          THE WITNESS:  I do.

11          THE REPORTER:  All right.  Counsel, you may

12     begin.

13          MR. BOWMAN:  In addition to the lawyers who've

14     identified themselves, we're also joined by a

15     paralegal at Loevy & Loevy, Valerie Barajas, who

16     will assist with technical matters during the dep.

17               DIRECT EXAMINATION

18 BY MR. BOWMAN:

19     Q.    **Will you state your name, sir, please?**

20     A.    My name is Gregory Bovino.

21     Q.    **And your title?**

22     A.    Chief patrol agent.

23     Q.    **Where do you work?**

24     A.    I work at U.S. Border Patrol.

25     Q.    **What is your role in Operation Midway Blitz?**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  Object to form.  Lacks
 2      foundation.
 3              THE WITNESS:  I'm the Commander of Operation
 4      Midway Blitz, Customs and Border Protection assets.
 5  BY MR. BOWMAN:
 6      Q.   Does that mean that you are in charge of the
 7  operations being conducted in the Northern District of
 8  Illinois by various federal agencies in relation to the
 9  operation?
10              MR. KHOJASTEH:  Object to form.  Lacks
11      foundation.
12              THE WITNESS:  No.
13  BY MR. BOWMAN:
14      Q.   Why not?
15      A.   I don't understand what agencies you're
16  talking about.
17      Q.   Okay.  So the answer is no because you don't
18  understand the agencies, or is it no because, in fact,
19  you are not in charge?
20              MR. KHOJASTEH:  Object to form.  Asked and
21      answered.
22              MR. BOWMAN:  Wow.  All day this is how it's
23      going to be?
24              MR. KHOJASTEH:  It's early for me to be --
25              MR. BOWMAN:  Okay.  All right.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. KHOJASTEH:  Locke -- Counsel,

2     respectfully, I'm doing my -- this is -- I'm -- you

3     have to ask sharp questions, like appropriate

4     questions.  I've looked you up.  You're an all star

5     in the Northern District of Illinois.

6          MS. BOWMAN:  Uh-huh.

7          MR. KHOJASTEH:  You know how to ask questions.

8          MR. BOWMAN:  So I trust you know how to make

9     objections.  Asked and answered is not a proper

10     objection in a deposition, and we're going to play

11     by the rules here.  I'm going to do my best to

12     frame my questions, and I know you have a

13     responsibility to make objections.  No unnecessary

14     interruptions.

15  BY MR. BOWMAN:

16     Q.    So let me re-ask the question because of the

17  distractions, sir.  I asked if you are -- maybe the best

18  way to put it is: the commanding officer of all of the

19  federal agents who are engaged in the operation of

20  Midway Blitz in the Northern District of Illinois.

21          Is that a confusing question for you?

22     A.    No.

23     Q.    Okay.  Can you answer it?

24     A.    Yes.

25     Q.    Okay.  And what is the answer to the question?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    The answer is: I am the Commander of CBP

2    assets in Operation Midway Blitz.

3      Q.    Okay.  Are others in charge of other agencies?

4          MR. KHOJASTEH:  Object to form.  Lacks

5      foundation.

6          THE WITNESS:  I don't know.

7    BY MR. BOWMAN:

8      Q.    You don't know?

9      A.    No.

10     Q.    So what are the federal agencies engaged in

11   Operation Midway Blitz?

12     A.    I don't know all the federal agencies engaged

13   in that operation.

14     Q.    Do you know some of them?

15     A.    Yes.

16     Q.    What are the ones you know?

17     A.    FBI, DEA, ATO.  That's all I can remember.

18     Q.    CBP?

19     A.    I already -- I already said that.

20     Q.    Got it.  How about ICE?

21     A.    ICE?

22     Q.    ICE.

23     A.    ICE.

24     Q.    ICE.  Okay.  Do you believe that there are

25   other federal agencies participating in Operation Blitz

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    that -- Operation Midway Blitz that are unknown to you?
2         A.   I don't know.
3              MR. KHOJASTEH:  And, Counsel, just for the
4         record, my understanding is this deposition -- and
5         the judge is pretty clear about what this
6         deposition is about.  Obviously, giving you
7         latitude about asking questions about Operation
8         Midway Blitz.  But it's supposed to be -- she
9         specifically said foundational questions as to why
10        he knows about the specific instance at -- that I
11        presume you will be asking him about later today.
12        Just give me a heads-up.  We're going to keep a
13        short leash on this.
14             MR. BOWMAN:  I -- you know, really, this is
15        getting bizarre already.  You know that these are
16        proper foundational questions, because we're going
17        to be asking about the activities of folks wearing
18        masks and not identifying themselves and behaving
19        crazy on the streets of Chicago.  Either this man
20        is in charge of that, or he is not.  It's a proper
21        foundational question.  And I don't want you to
22        play with me.
23             MR. KHOJASTEH:  I'm not playing with you.  I
24        literally just said, I'm going to give you latitude
25        to ask the questions on --
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1         MR. BOWMAN:  Great.  So do so and --
 2         MR. KHOJASTEH:  I think you should keep your
 3   composure.
 4         MR. BOWMAN:  Uh-huh.
 5         MR. KHOJASTEH:  It's a room full of people.
 6         MR. BOWMAN:  Yeah.
 7         MR. KHOJASTEH:  There's -- I'm not beating my
 8   chest trying to prove something to people on my
 9   side of the table.
10         MR. BOWMAN:  You are wasting my time.  Stop
11   it.
12         MR. KHOJASTEH:  That's rude.  Let's treat each
13   other with respect.  You deserve it, right?  I
14   deserve the same.  You didn't want to shake his
15   hand when you walked into the room.  That was
16   noted.  I get your position.  This is like the hill
17   you're going to die on here.  That's fine.  Treat
18   him with respect.  Treat me with respect.  You're a
19   professional.
20         MR. BOWMAN:  Treat the process with respect,
21   sir.
22         MR. KHOJASTEH:  We are.  We're here.
23         MR. BOWMAN:  Treat the process with respect.
24   Obey the rules.  You don't need to give speeches.
25         MR. KHOJASTEH:  If you're going to be rude,
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**KENTUCKIANA**
COURT REPORTERS

```
 1       Mr. Bowman --
 2            MR. BOWMAN:  Bowman.  Right.
 3  BY MR. BOWMAN:
 4       Q.   So I am struggling with the issue of which
 5  agencies are involved in Operation Midway Blitz.  Are
 6  there some agencies participating that are unknown to
 7  you?
 8       A.   I've told you the agencies that I know --
 9       Q.   And do you believe --
10       A.   -- that are operating in Operation Midway
11  Blitz.
12       Q.   And are there others, to your -- you -- do you
13  believe that there are others that you don't know?
14       A.   I don't know.
15       Q.   Okay.  So with respect to the agencies that
16  you've listed, would I be correct to understand that
17  certain agents -- within each agent's agency have been
18  delegated, assigned, or otherwise directed to
19  participate in the activities here in the Northern
20  District of Illinois that are known as Operation Midway
21  Blitz?
22            MR. KHOJASTEH:  Object to form.  Lacks
23       foundation.
24            THE WITNESS:  I don't know.
25  BY MR. BOWMAN:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1        Q.   Don't know.   Are you in command of the CBP
2   officers participating in Midway Blitz?
3        A.   Yes.
4        Q.   Are you in command of the ICE officers
5   participating in Midway Blitz?
6            MR. KHOJASTEH:  Object to form.
7            THE WITNESS:  Some -- some ICE officers.
8   BY MR. BOWMAN:
9        Q.   Which ones?
10       A.   I don't know who they are.
11       Q.   I didn't ask for names.  By category, which
12   ones?
13           MR. KHOJASTEH:  Object to form.  Lacks
14       foundation.
15           THE WITNESS:  ICE officers.
16   BY MR. BOWMAN:
17       Q.   ICE officers.  You are in charge of the ICE
18   officers participating in Midway Blitz?
19           MR. KHOJASTEH:  Object to form.  Asked and
20       answered.
21           THE WITNESS:  No.
22   BY MR. BOWMAN:
23       Q.   Who is?
24       A.   Already answered that.
25       Q.   You don't know?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    Is that -- is that a -- what's the next --

 2        Q.    That's a question.  Do you not --

 3        A.    That's another question.  I'm not --

 4        Q.    -- know who is in charge of the ICE officers

 5   participating in Operation Midway Blitz?

 6        A.    No.

 7        Q.    Okay.  Did you tell Judge Ellis in court on

 8   Tuesday, that you are the commanding officer of

 9   Operation Midway Blitz, in substance?

10             MR. KHOJASTEH:  Object to form.

11             THE WITNESS:  No.

12   BY MR. BOWMAN:

13        Q.    You didn't tell her that?  Was the testimony

14   that you gave under oath in front of Judge Ellis true?

15        A.    Yes.

16        Q.    Did you struggle with the answer to that

17   question?

18        A.    No.

19        Q.    So how did you prepare to participate in this

20   deposition today?

21        A.    I got a good night's sleep.

22        Q.    Did you speak with anyone about the

23   deposition?

24        A.    No.

25        Q.    Did you speak with any of your lawyers?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  I just want to make sure he's
 2         clear on this, because I think -- I just want to
 3         make sure -- he's not asking you -- when he's
 4         asking you that question, that you spoke with
 5         lawyers, for example, those are -- that is --
 6         that's -- you can -- even though that -- the
 7         substance of those conversations are privileged,
 8         that's a --
 9              THE WITNESS:  Got you.
10              MR. KHOJASTEH:  -- communication that he's
11         asking about, and you should be disclosing it.
12              THE WITNESS:  Excellent.  That was unclear
13         what you meant.  I spoke to lawyers.
14   BY MR. BOWMAN:
15         Q.   Okay.  You did talk to lawyers?
16         A.   (No verbal response.)
17         Q.   That's a yes?
18         A.   Yes.
19         Q.   Okay.  Which lawyers did you talk to?
20         A.   I can't remember all their names, but I spoke
21   to some of the lawyers in this room.
22         Q.   Okay.  Can you identify, by designating them,
23   the lawyers in this room that you spoke with to prepare
24   for your deposition?
25         A.   All the lawyers here.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    All the lawyers here?  Other than the

 2   lawyer -- was this a meeting that you had yesterday?

 3        A.    Yes.

 4        Q.    Okay.  Did the meeting take place here in this

 5   building?

 6        A.    Yes.

 7        Q.    And in addition to the lawyers in this

 8   room -- and when you say, "the lawyers in this room,"

 9   I assume you're indicating those lawyers who are

10   appearing on behalf of the government in this case,

11   right?

12        A.    You're assuming what?  Excuse me.

13              The -- the --

14        Q.    Assuming that you are referring to the lawyers

15   who are appearing on behalf of the government in this

16   case, when you say, "the lawyers in this room," right?

17        A.    I'm referring to these lawyers in the room.

18        Q.    Okay.  Other than the lawyers in this room,

19   did anyone else participate in the meeting in which you

20   prepared for your testimony today?

21        A.    I believe this was it.

22        Q.    Did any of the defendants in this case

23   participate in the meeting in which you prepared for

24   your deposition --

25              MR. KHOJASTEH:  Object to form.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   BY MR. BOWMAN:
 2        Q.   -- other than you?
 3             MR. KHOJASTEH:  Object to form.
 4             THE WITNESS:  No.
 5   BY MR. BOWMAN:
 6        Q.   When you were preparing, how long did that
 7   meeting last?
 8        A.   I can't remember.
 9        Q.   Well, can you approximate it?
10        A.   No.
11        Q.   Impossible to approximate?
12        A.   No.
13        Q.   It is impossible to approximate?
14        A.   No, I just can't remember.
15        Q.   Just can't recall.  It's been a long time?
16             I mean, do you have difficulty remembering how
17   long a meeting was yesterday?
18             MR. KHOJASTEH:  Object to form.
19             THE WITNESS:  Yes.
20   BY MR. BOWMAN:
21        Q.   Okay.  Did you review any documents in order
22   to be prepared to testify here today?
23        A.   No.
24        Q.   Have you reviewed the temporary restraining
25   order that Judge Ellis issued in this case, referring to
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    the modified one that was entered on October 17?

2    A.   The modified -- well, so there's more

3    than -- which one are you saying --

4    Q.   I'm saying there was one entered on October

5    17. I don't think anybody's going to disagree. Have

6    you read that?

7    A.   Yes.

8    Q.   Okay. When did you read it?

9    A.   I can't remember.

10    Q.   Okay. It was read to you in court on Monday,

11    yes?

12    A.   I don't know if it was read in -- in its

13    entirety.

14    Q.   Okay. Well, the contents of it were discussed

15    with you in court on Monday in detail, correct?

16    A.   Contents of that temporary restraining order

17    were discussed.

18    Q.   And my question is: Subsequent to discussing

19    the contents of the temporary restraining order with

20    Judge Ellis on Tuesday, I think it was, have you had

21    occasion to look over, in any degree, that document?

22    A.   Yes.

23    Q.   When did that happen?

24    A.   I can't remember the date.

25    Q.   Was it in the meeting yesterday?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    Not that I recall.
 2        Q.    All right.  Have you looked at any video of
 3   activities that occurred in Operation Midway Blitz?
 4             MR. KHOJASTEH:  Object to form.  Lacks
 5        foundation.  Vague.
 6             THE WITNESS:  Could you be more specific?
 7        Videos of --
 8   BY MR. BOWMAN:
 9        Q.    Sure.
10        A.    -- of -- I don't know.
11        Q.    Videos of the operations of federal agents
12   during Midway Blitz, have you looked at any such videos?
13             MR. KHOJASTEH:  Same objection.
14             THE WITNESS:  Yes.
15   BY MR. BOWMAN:
16        Q.    Would -- did you do that yesterday?
17        A.    Not that I recall.
18        Q.    Okay.  Did you look at -- have you at any time
19   looked at the body-worn camera videos that were taken
20   during an incident at Little Village in which you threw
21   a canister of tear gas?
22             MR. KHOJASTEH:  Object to form.  Lacks
23        foundation.
24             THE WITNESS:  I can't remember.
25   BY MR. BOWMAN:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Don't recall.  Have -- you said you had looked

2  at some video, you believed, unless I misunderstood you,

3  right?

4    A.   Yes.

5    Q.   What video have you looked at?

6    A.   I can't remember the video.

7    Q.   Can you describe it at all?

8        MR. KHOJASTEH:  Object to form.  Vague.  Lacks

9        foundation.

10 BY MR. BOWMAN:

11   Q.   Can you tell me anything about the video that

12 you looked at?

13   A.   No.  I can't recall the details of that video

14 that I looked at.

15   Q.   Well, can you recall anything at a higher

16 level of generality -- not detail, but just in general,

17 what the video depicted?

18        MR. KHOJASTEH:  Object to form.  Lacks

19        foundation.

20        THE WITNESS:  There were figures in the video.

21 BY MR. BOWMAN:

22   Q.   Have you looked at video from the Broadview

23 ICE Facility?

24        MR. KHOJASTEH:  Object to form.  Lacks

25        foundation.  Vague.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              THE WITNESS:  I can't remember.
 2    BY MR. BOWMAN:
 3        Q.    Okay.  Have you looked at video from Little
 4    Village?  Any video?
 5        A.    Could you be more specific?  In Little --
 6    Little Village, I --
 7        Q.    Well, do you know what -- you know Little
 8    Village is a neighborhood in Chicago?
 9        A.    I do.
10        Q.    You know that there has been some controversy
11    in court, and out of court, about your actions in the
12    Little Village neighborhood on October 23?  You're aware
13    of that, right?
14        A.    No.
15        Q.    You're unaware?
16        A.    I didn't know there was controversy.
17        Q.    Okay.  Are you aware that there have been
18    court filings related to your activities in Little
19    Village on October 23?
20              MR. KHOJASTEH:  Object to form.  Lacks
21        foundation.
22              THE WITNESS:  Yes.
23    BY MR. BOWMAN:
24        Q.    Are you aware that a video of -- that appeared
25    to be of you throwing a canister of tear gas was
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   submitted in court on October 23?

 2        A.   I didn't know it was submitted.

 3        Q.   Okay.  Have you looked at it?

 4        A.   I don't know which video you're referring to.

 5        Q.   Have you looked at a -- have -- did you throw

 6   a can of tear -- canister of tear gas in Little Village

 7   on October 23?

 8             MR. KHOJASTEH:  Object to form.

 9             THE WITNESS:  I can't remember the date, but I

10        did throw a handheld munition.

11   BY MR. BOWMAN:

12        Q.   And when you say handheld munition, can you

13   describe it more specifically?

14        A.   That was a -- a munition -- chemical munition

15   in a -- what appears to be a metal cylindrical

16   container.

17        Q.   Yes.  And you are well familiar with this

18   particular form of munition, correct?

19             MR. KHOJASTEH:  Object to form.

20             THE WITNESS:  Can you define "familiar"?  What

21        do you mean?

22   BY MR. BOWMAN:

23        Q.   You use these kinds of munitions from time to

24   time in your work, correct?

25             MR. KHOJASTEH:  Object to form.  Lacks
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        foundation.  Vague.

 2             THE WITNESS:  I have used munitions.

 3   BY MR. BOWMAN:

 4        Q.   Officers under your command use these

 5   munitions from time to time, carrying out activities

 6   that you have assigned to them; is that correct?

 7             MR. KHOJASTEH:  Object to form.

 8             THE WITNESS:  Board of patrol agents use

 9        munitions.

10   BY MR. BOWMAN:

11        Q.   Correct.  So my question is: You are familiar

12   with these munitions based on your work activities, both

13   your own and those of your subordinates.  Is that a fair

14   statement?

15        A.   No.  I've been trained in the use of

16   munitions.

17        Q.   So you have been trained in the use of this

18   particular munition that you threw in Little Village on

19   a date that you do not recall, correct?

20        A.   Yes.

21        Q.   Okay.  And recognizing that you do not

22   remember the date, you do not deny that you threw a

23   canister of chemical, as you described this particular

24   munition, correct?

25             MR. KHOJASTEH:  Object to form.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          THE WITNESS:  I deployed a handheld munition.

2    BY MR. BOWMAN:

3         Q.    Have you watched any video that showed you

4    deploying a handheld munition in the Little village

5    neighborhood on some date recently?

6         A.    Yes.

7         Q.    All right.  Have you signed any declaration

8    regarding your conduct since the filing of this lawsuit?

9          MR. KHOJASTEH:  Object to form.

10         THE WITNESS:  I don't understand the question.

11   BY MR. BOWMAN:

12        Q.    Okay.  Do you know what a declaration is?

13        A.    Yes.

14        Q.    Okay.  My question is: Have you signed a

15   declaration that relates in any way to the issues that

16   bring us here today?

17        A.    What -- what -- what issue -- what declaration

18   and issues are you talking about?  I don't -- I don't

19   understand that --

20        Q.    Well, I'm asking you, sir, if you've signed a

21   declaration about your work in Operation Midway Blitz?

22   Let's just leave it at that, at any point.

23          MR. KHOJASTEH:  That's different than what you

24       were asking.  Can you rephrase the question,

25       Counsel?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. BOWMAN:  No, I can't.
 2              THE WITNESS:  Can you be more specific on what
 3         declaration you're talking about?
 4    BY MR. BOWMAN:
 5         Q.   I am asking you if you have.  I'm not aware of
 6    it.  So since I don't know, I must ask you, have you
 7    signed a declaration?
 8         A.   Not to my knowledge.
 9         Q.   Okay.  Do you intend to submit a declaration
10    in this case?
11              MR. KHOJASTEH:  Object to form.  Lacks
12         foundation.  In addition to that, to the -- at --
13         those types of communications plainly implicate
14         attorney work product and like.  You can't get our
15         litigation strategy by asking a witness questions.
16         Move on. That's hard stop.  Move on.
17    BY MR. BOWMAN:
18         Q.   Okay.  So there is an instruction not to
19    answer the question.  Are you going to follow Counsel's
20    advice?
21         A.   Yes.
22              MR. KHOJASTEH:  Insane.
23    BY MR. BOWMAN:
24         Q.   Have you reviewed any documents of Customs and
25    Border Patrol that constitute policies, rules, or
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   procedures with respect to the use of force,

2   specifically to prepare to testify today in this

3   deposition?

4      A.   It's Customs and Border Protection, not

5   Customs and Border Patrol.

6      Q.   **Oh, sorry.  Thank you.  Appreciate that.**

7      A.   U.S. Customs and Border Protection.

8      Q.   **With that modification, could you answer my**

9   **question?**

10      A.   Could you please repeat the question?

11      Q.   **Happy to.  Have you reviewed any documents**

12   **that constitute rules, orders, procedures, policies of**

13   **any sort, of Customs and Border Protection relating to**

14   **the use of force in preparation for your testimony**

15   **today?**

16        MR. KHOJASTEH:  Object to form.  Asked and

17      answered.

18        THE WITNESS:  Not to my knowledge.

19   BY MR. BOWMAN:

20      Q.   **Have you reviewed any of the documents that**

21   **have been filed in this case in order to be prepared to**

22   **testify today?  And I mean the legal documents: the**

23   **briefs, the declarations, those sorts of things?**

24        MR. KHOJASTEH:  Object to form.  Asked and

25      answered.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1              THE WITNESS:  Can you repeat that again?

2  BY MR. BOWMAN:

3       Q.   Sure.  Have you, in order to be prepared to

4  testify today, reviewed any of the documents that have

5  been filed in the case?  And by documents, I mean the

6  legal briefs, the declarations of persons in the

7  Northern District of Illinois, video, anything at all?

8       A.   Not to my knowledge.

9       Q.   You have a college degree and graduate

10  degrees?

11       A.   Yes.

12       Q.   Before you joined Customs and Border

13  Protection, were you employed in any way?

14       A.   Yes.

15       Q.   Where did you work?

16       A.   Before I joined Customs and Border Protection,

17  I worked as a reserve police officer in a place called

18  Boone, North Carolina.  That's up in the northwest

19  section of our Southern Highlands, also known as the

20  Appalachian Mountains.  Not Appalachian.  The

21  Appalachian Mountains.  I was a reserve police officer

22  there from approximately 1993 till I joined the Border

23  Patrol in 1996.  That was a part-time position -- a

24  part-time paid position there in Boone, North Carolina.

25  Conducted all types of law enforcement duties there that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    you would normally expect of a police officer. Wide

2    spectrum of duties.  Received many hours of training on

3    many different subjects there --

4        Q.    **Mr. Bovino, my question was merely: Have you**

5    **worked anywhere else?  That just requires you to**

6    **identify an agency.**

7        A.    Yeah.  And then --

8        Q.    **I appreciate that.**

9            MR. KHOJASTEH:  Just let him answer --

10           THE WITNESS:  Yeah, I'm not done yet, though.

11   BY MR. BOWMAN:

12       Q.    **Oh, good.**

13       A.    So that was the -- I was a reserve police

14   officer there in Boone, North Carolina.  And then before

15   that -- or I'm sorry.  Concurrently with that, I worked

16   for a registered land surveyor, Green and Associates

17   Land Surveying.  Those are the folks that survey land,

18   like parcels of land, building construction projects,

19   and things like that.  So that's a land surveyor.  Then

20   before that, I was employed in - - at Western Carolina

21   University.  And that was my undergraduate degree

22   at -- at Western Carolina University.  So I was employed

23   there as a resident assistant at a dorm, for

24   approximately three years, as a residence assistant.

25   That was Harold Dorm, in particular.  All three years at

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Harold Dorm. Concurrently to that -- and then before

2  that, and concurrently with that, I owned a landscaping

3  business. And that was not just the landscaping, but

4  also the lawn care.  And then also, in conjunction with

5  the landscaping business, it was some amateur arborist

6  activities, the felling of trees.

7      Q.    I'm not interested in your --

8      A.    Oh, you -- you asked -- well, no.  No, I was

9  paid.  And you asked me the question, so I'm going to

10  answer your question.  And you asked me --

11      Q.    I think you've answered it.

12      A.    Well, I -- I haven't yet.

13      Q.    Mr. Bovino, I'm going to cut off the

14  filibuster at this point --

15      A.    But I'm not.  I'm not --

16      Q.    How old were you when you joined Customs and

17  Border Patrol?

18      A.    26.

19      Q.    Have you worked continuously at Customs and

20  Border Protection?  Excuse me.  I make that mistake, no

21  doubt, other times during our time together.  Have you

22  worked continuously at CBP since you joined the agency?

23      A.    Well, no, because it wasn't CBP when I joined

24  the -- I joined the U.S. Border Patrol.  I didn't join

25  CBP or INS or anything else.  I joined the U.S. Border

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Patrol.

2        Q.   I see.  Have you been continuously employed by

3    the United States government in immigration enforcement

4    since you embarked on that work?

5        A.   I've been employed by the U.S. Border Patrol

6    since -- since then.

7        Q.   Thank you.  You have risen through the ranks?

8            MR. KHOJASTEH:  Object to form.

9            THE WITNESS:  I've been promoted.

10   BY MR. BOWMAN:

11       Q.   So is it true that your current assignment is

12   delegated tactical commander of the agencies within the

13   Department of Homeland Security engaged in Operation

14   Midway Blitz?  Is that a true statement?

15       A.   Can you -- can you repeat that --

16       Q.   Yes, sir.

17       A.   -- please?

18       Q.   Is it true that your current assignment is

19   delegated tactical commander of all agencies within the

20   Department of Homeland and Security engaged in Operation

21   Midway Blitz?

22           MR. KHOJASTEH:  Object to form.

23           THE WITNESS:  No.

24   BY MR. BOWMAN:

25       Q.   Okay.  Do you have a different assignment?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    No.

 2        Q.    Do you have an assignment at this time?

 3              MR. KHOJASTEH:   Object to form.

 4              THE WITNESS:   Yes.

 5   BY MR. BOWMAN:

 6        Q.    Is that a yes?

 7        A.    Yes.

 8        Q.    What is your assignment?

 9        A.    My assignment is commander of CBP assets at

10   Operation Midway Blitz, and Operation At Large.

11        Q.    Could you please define CBP assets for me?

12   What are CBP assets?

13        A.    Yes, sir.  In CBP, which is Customs and Border

14   Protection, there are three main components within

15              Customs -- within CBP.  The first of those

16   components is: the U.S. Border Patrol, which is the

17   uniformed part of Customs and Border Protection.  One of

18   the uniformed agencies of Customs and Border Protection.

19   After that, we have something called OFO -- OFO stands

20   for Office of Field Operations.  Those are the

21   individuals that work at parts of entry.  The third

22   component of CBP is the Office of Air and Marine.

23   Office of Air and Marine.  And the Office of Air and

24   Marine are our pilots and our boat drivers.

25        Q.    Okay.  There are other -- you listed some
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    other agencies earlier in my questioning that you know
2    to be also involved in Operation Midway Blitz,
3    specifically the FBI, the DEA, ATF, and ICE.  And can we
4    agree that federal agents from those agencies are also
5    participating in Operation Midway Blitz?
6        A.    Yes.
7        Q.    Yes.  So do you -- with respect to the federal
8    agents from those agencies that I just listed, do you
9    have any command responsibility?
10           MR. KHOJASTEH:  Object to form.
11           THE WITNESS:  I have command responsibility of
12        all assets under me for Operation Midway Blitz that
13        are assigned to Customs and Border Protection.
14   BY MR. BOWMAN:
15       Q.    Okay.  Are agents from the FBI, the DEA, the
16   ATF, and ICE assigned to Border Protection, for purposes
17   of this operation?
18       A.    Occasionally.
19       Q.    Occasionally.  Have they been, within the
20   past -- since September 2, have federal agents from the
21   FBI, DEA, ATF, and ICE been assigned to CBP for the
22   purpose of conducting the operations of Midway Blitz?
23       A.    Yes.
24       Q.    And those agents are under your command?
25       A.    If they're assigned to me.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.  If they're assigned to you.  Got it.  Are

2 there any federal agents from the FBI, the DEA, the ATF,

3 and ICE, who are participating in Operation Midway Blitz

4 but are not assigned to you?

5      A.  Yes.

6      Q.  Who are they, by category?  I don't want

7 names.

8      A.  FBI, ICE, DEA.

9      Q.  No.  I'm going to cut you off.  You've

10 misunderstood my question.  It's my fault.

11 I sometimes --

12      A.  Oh, you want the individual agents' names?

13 I -- I don't know.

14      Q.  No.  That's what I said I don't want.

15      A.  Oh.

16      Q.  I want you to clarify for me.  You said that

17 there are indeed federal agencies of -- sorry, federal

18 agents from the agencies other than CBP, who are

19 assigned to you for the purposes of this operation.

20 We can agree about that, right?

21      A.  On occasion.

22      Q.  On occasion.  And my question was: Are there

23 agents from those agencies -- I'm not going to list them

24 all again, but the ones participating, other than CBP,

25 who are not assigned to you and yet are still

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   participating in Midway Blitz?  And I think your answer

2   was yes, there are.

3       A.   Yeah -- yeah.

4       Q.   Okay, great.  So I don't want names.  I just

5   want you to explain to me, if you can, maybe this is

6   more than you can do, by category who those federal

7   agents are, who are working on the Midway Blitz

8   Operation, but are not assigned to you?

9           MR. KHOJASTEH:  Object to form.  Lacks

10      foundation.

11          THE WITNESS:  What -- what category are you

12      talking about?  I didn't know there was a category.

13  BY MR. BOWMAN:

14      Q.   Well --

15      A.   What -- what category?  What's -- what is

16  that?

17      Q.   Okay.  Why don't we do it this way?  Can you

18  confirm for me that on occasion, agents from the FBI,

19  DEA, ATF, and ICE are assigned to your command and are

20  participating on the ground in immigration enforcement

21  activities in the Northern District of Illinois pursuant

22  to the operation?

23          MR. KHOJASTEH:  Object to form.  Asked and

24      answered.

25          THE WITNESS:  Yeah.  As I already said, on

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          occasion.
 2    BY MR. BOWMAN:
 3          Q.   Yes.  Are there any federal agents from the
 4    FBI, DEA, ATF, ICE, who are on the ground, participating
 5    in immigration enforcement activities in the Northern
 6    District of Illinois but are not assigned to your
 7    command?
 8              MR. KHOJASTEH:  Object to form.  Asked and
 9         answered.
10              THE WITNESS:  Yes.
11    BY MR. BOWMAN:
12          Q.   Okay.  Can you describe for me by however it
13    would be -- you know this.  I don't.  However it would
14    be simplest and clearest for somebody who wanted to
15    understand what your job is, can you explain to me who
16    these folks are who are working on Midway Blitz, engaged
17    in immigration enforcement activity in the Northern
18    District of Illinois, but are not assigned to CBP and
19    don't work for you?
20              MR. KHOJASTEH:  Object to form.  Lacks
21         foundation.  Vague.  Calls for speculation.
22              THE WITNESS:  Those individuals conduct Title
23         8 immigration enforcement activities.
24    BY MR. BOWMAN:
25          Q.   Well, so you, right?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A.    I -- I didn't say me.  You didn't say me.
 2  You said those people.
 3      Q.    Yeah.  Can you tell me, are they doing
 4  something different from what you do?  Why is it that
 5  they're not assigned to you, if you can tell me?
 6      A.    They're conducting Title 8 immigration
 7  enforcement.
 8      Q.    Are you conducting Title 8 immigration
 9  enforcement?
10      A.    Yes.
11      Q.    Okay.  So is there anything different about
12  the Title 8 immigration enforcement that the agents from
13  the other agencies who are not assigned to you are
14  conducting versus what you're doing?
15      A.    I don't know.
16      Q.    Don't know.  With respect to the CBP agents
17  and the outside agency agents who are assigned to you,
18  you are in full command and, bottom line, in charge of
19  their actions; is that fair?
20          MR. KHOJASTEH:  Object to form.  Lacks
21      foundation.
22          THE WITNESS:  I am in command of the agents
23      that are put under me.
24  BY MR. BOWMAN:
25      Q.    Okay.  You are responsible for ensuring that
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    they complied with law, right?
2            MR. KHOJASTEH:  Object to form.  Lacks
3        foundation.
4            THE WITNESS:  Yeah.  Can you -- can you -- I'm
5        -- I'm responsible for them to do what now?
6    BY MR. BOWMAN:
7        Q.   Does the expression "legal, moral, ethical"
8    mean anything to you?
9            MR. KHOJASTEH:  Object to form.  Lacks
10       foundation.
11           THE WITNESS:  Yes.
12   BY MR. BOWMAN:
13       Q.   Yes.  You use that expression a lot, right?
14       A.   On occasion.
15       Q.   And that's how you exhort your folks to live
16   up to the expectations of your agency and your command,
17   right?  Let's be legal, moral, ethical.
18       A.   I admonish them to do that.
19       Q.   You admonish them.
20       A.   I don't exhort them to do that.  I admonish.
21       Q.   You insist that they behave in that fashion?
22       A.   I didn't say that.
23       Q.   Okay, admonish.  Do you admonish the folks
24   under you to conform their actions to the law?
25           MR. KHOJASTEH:  Object to form.  Lacks
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            foundation.
 2                 THE WITNESS:  I tell them to follow the law on
 3            occasion.
 4     BY MR. BOWMAN:
 5         Q.    On occasion.  Meaning, on occasion, you tell
 6     them to follow the law, or you tell them to follow the
 7     law but only on occasion?
 8                 MR. KHOJASTEH:  Object to form.
 9            Mischaracterizes the testimony.
10                 THE WITNESS:  I said I tell them to follow the
11            law.
12     BY MR. BOWMAN:
13         Q.    Okay.  And my next question was: With respect
14     to those agents, who you admonish to follow the law, it
15     is your bottom line responsibility to ensure that they
16     adhere to your admonition and do follow the law, right?
17                 MR. KHOJASTEH:  Object to form.  Lacks
18            foundation.
19                 MR. BOWMAN:  Oh, really?
20                 THE WITNESS:  It's incumbent upon law
21            enforcement officers to follow the law.
22     BY MR. BOWMAN:
23         Q.    It is your responsibility, with respect to the
24     agents under your command, to ensure, to the best of
25     your ability, that they follow the law, right?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   I admonish them to follow the law.

 2        Q.   Can you not answer the question I asked?

 3        A.   I did.

 4        MR. KHOJASTEH:  He's answering it.

 5   BY MR. BOWMAN:

 6        Q.   Okay.  That's the best you can do answering

 7   the question?

 8        A.   It's what the best I can do?

 9        Q.   Your answer?  Let me ask you this.  If an

10   agent --

11             MR. KHOJASTEH:  Better question: Is that the

12        best way you can ask a question?

13             MR. BOWMAN:  Stop it.

14   BY MR. BOWMAN:

15        Q.   If an agent under your command fails to adhere

16   to the law, do you believe that it is your

17   responsibility as the commanding officer that -- that

18   has happened?

19             MR. KHOJASTEH:  Object to form.  Calls for

20        legal conclusion.  Lacks foundation.  Go ahead.

21             THE WITNESS:  I don't know what the specific

22        example you're talking about is.

23   BY MR. BOWMAN:

24        Q.   I'm not talking about an example.  I'm talking

25   about a generality, a proposition.  As the commanding
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    officer, does the buck stop with you?
2           MR. KHOJASTEH:  Object to form.  Lacks
3       foundation.  Vague.
4           THE WITNESS:  I tell my agents to follow the
5       law.
6    BY MR. BOWMAN:
7       Q.   All right.  And that is the most complete
8    answer that you can give to my question?
9       A.   Is that a question?
10      Q.   It is.
11      A.   And what -- what's that question again?  Is
12   that the most --
13      Q.   Is it true that that is the most complete
14   answer that you can give to the question I just asked
15   you?
16      A.   That is my answer.
17      Q.   All right.  Do you have a chain of command
18   that reports up to you, and could you please describe
19   it?
20          MR. KHOJASTEH:  Object to form.  Compound.
21      Lacks foundation.  Vague.
22          THE WITNESS:  I have subordinates that report
23      to me.
24   BY MR. BOWMAN:
25      Q.   And who are they, by title?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    Titles would be --
 2        Q.    And to be clear before you start your answer.
 3   I was vague in my question.  So let me specify.  I'm
 4   talking about those under your command for purposes of
 5   this operation.  We're only here to talk about that. So
 6   that's what my question is about.
 7             MR. KHOJASTEH:  I may hold you to that,
 8        Counsel.
 9             THE WITNESS:  Titles would include deputy
10        chief patrol agents, patrol agent in charge,
11        special operations supervisors, supervisory board
12        of patrol agents, deputy patrol agents in charge.
13        And that's all I can think of right now.
14   BY MR. BOWMAN:
15        Q.    Who among that group are direct reports to
16   you?
17        A.    All.
18        Q.    All direct reports to you.  How many direct
19   reports do you have in this operation?
20        A.    I -- I don't understand.  Are you talking how
21   many supervisors do I have in this operation?
22        Q.    No.  I'm talking about you said that basically
23   all the supervisors are direct reports to you.
24   They -- if they have an issue, they come to you.  They
25   don't come immediately to somebody else.  They go
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   straight to you.  That's what I'm talking about.

2          MR. KHOJASTEH:  Object to form.  Lacks

3      foundation.  Vague as to direct report.  I think if

4      you established that, you'll understand the

5      question better.

6          THE WITNESS:  I -- I didn't say that.  You

7      asked me who the people are that --

8   BY MR. BOWMAN:

9      Q.   I asked you who your direct reports are, okay?

10     A.   Yes.

11     Q.   Do you understand that question?

12     A.   Yes.

13     Q.   Can you answer it, please?

14     A.   I -- I did.

15     Q.   Okay.  So how many direct reports do you have?

16         MR. KHOJASTEH:  Same objection.  Lacks

17     foundation.

18         THE WITNESS:  There are approximately 220

19     agents in the Customs and Border Protection on this

20     operation.

21  BY MR. BOWMAN:

22     Q.   And do they all report directly to you?

23     A.   Yes.

24     Q.   Okay.  Do you anticipate, and maybe you can't

25  tell me this, but do you anticipate in the ongoing

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    operation of Midway Blitz that there will be additional
2    agents assigned?
3             MR. KHOJASTEH:  Object to form.  I instruct
4         you not to answer to the extent that doing so would
5         reveal law enforcement privileges.
6    BY MR. BOWMAN:
7         Q.    Okay.  So there has been an invocation,
8    Mr. Bovino, of a privilege called the law enforcement
9    privilege, and an instruction to you not to answer the
10   question.  Do you intend to follow your counsel's advice
11   and not answer that question?
12        A.    Yes.
13        Q.    To whom do you report in regards to Operation
14   Midway Blitz?
15        A.    Secretary Kristi Noem.
16        Q.    And you are a direct report to the Secretary?
17        A.    Yes.
18        Q.    How often do you speak with Secretary Noem
19   regarding the operations of Midway Blitz?
20            MR. KHOJASTEH:  We're going to -- I'm going to
21       instruct you not to answer.  This is beyond the
22       scope of this deposition as your way -- there's no
23       foundation -- nothing foundational about this.  You
24       want to make an argument?  Make an argument to the
25       judge about it. I'm happy to do that.  We're not
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1           doing that.  You can keep moving.

 2    BY MR. BOWMAN:

 3           Q.    So there has been an instruction not to answer

 4    the question, how often you speak with Secretary Noem,

 5    your direct report, about the operations of Midway Blitz

 6    on the basis that it is beyond the scope of the

 7    deposition.  And so I gather, Mr. Bovino, you are going

 8    to refuse to answer that question?

 9           A.    I'm not going to answer that question.

10           Q.    Okay.  How often do you speak to Steven Miller

11    regarding the operations of Midway Blitz, if at all?

12               MR. KHOJASTEH:  Same objection.  Move on,

13           Counsel.

14               MR. BOWMAN:  The objection is what?

15               MR. KHOJASTEH:  Same object -- it has nothing

16           to do with this deposition.

17               MR. BOWMAN:  It has nothing to do with the

18           deposition.  Okay.  So on the basis --

19               MR. KHOJASTEH:  You -- listen.  We have the

20           transcript.  If you want to point to me, because

21           you want to make a record here, just point to me

22           where in the judge's transcript she says you should

23           be asking questions here today about his

24           conversations with the White House, which is

25           subject to executive privilege, or the plans for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    Operation Midway in -- for the future.  Show me
 2    where in the transcript does that.  Do your job.
 3    Lay the foundation.  Great.
 4         MR. BOWMAN:  Tell you what we're going to do
 5    at this point.  We're going to take a short break.
 6    Our court reporter will indicate -- or our
 7    videographer will indicate the elapsed time, and
 8    we'll reconvene in ten minutes.
 9         MR. KHOJASTEH:  On what basis are we taking
10    the break?
11         MR. BOWMAN:  Because it's time to take a
12    break, and I need to confer with my colleagues
13    about your issue.  I didn't anticipate it.
14         MR. KHOJASTEH:  Okay.
15         THE VIDEOGRAPHER:  All right.  With that,
16    we're going to go off the record.  The time is
17    11:15.
18              (A recess was taken.)
19         THE VIDEOGRAPHER:  Okay.  We're back on the
20    record, and the time is 11:34.
21         MR. BOWMAN:  So I want to state on the record
22    that after the -- during the break, Counsel for the
23    Government indicated that I am a petulant old man.
24    And I'm sorry to hear that, and I didn't think
25    that -- that was an appropriate thing to say to me.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    And --
 2         MR. KHOJASTEH:  I'd like -- sorry, go ahead.
 3         MR. BOWMAN:  -- also indicated that they would
 4    not meet and confer with me but would meet and
 5    confer with others on our team.  So with
 6    that --
 7         MR. KHOJASTEH:  For the record, if you're
 8    going to tell a story, tell a complete story,
 9    Counsel. When we went off the record, because
10    Plaintiffs' Counsel expressed concerns regarding
11    our objections or our instructions relating to the
12    scope of this deposition.  I offered to meet and
13    confer regarding any concerns they had.  Before I
14    can complete extending that offer, Mr. Bowman,
15    which is par for the course today, disrespectfully
16    turned his back on me and interrupted me and turned
17    to his team.  And unfortunately, I don't believe he
18    and I can engage in good faith on a meeting to
19    confer because of his conduct today.
20    Happy -- we -- I'm happy to take that, renege on
21    that.  Happy to meet and confer with you on
22    anything you want to meet and confer on.  I would
23    just ask that everyone in the room understand that
24    we are all professionals.  We may have different
25    views of a legal issue.  We may have different
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   views of a public policy issue.  We may have
2   different views of politics. It does not excuse one
3   another from treating each other poorly, not
4   shaking the witness' hand when he walks into the
5   room and walks around the table to greet you,
6   Mr. Bowman.  That's less than you are.
7        MR. BOWMAN:  Sorry?
8        MR. KHOJASTEH:  That's less than you are.
9   You are better than that.
10       MR. BOWMAN:  Well, I don't know how good or
11  bad I am, but it --
12       MR. KHOJASTEH:  My understanding is you're a
13  good dude.
14       MR. BOWMAN:  I will say this.  I will say this
15  so that we're clear.  I have taken many depositions
16  of defendant witnesses over the course of the
17  career that you know, has gone on long enough for
18  me to become an old man.  And my practice is not to
19  shake the hand of a person, and Mr. Bovino, you are
20  a person, and this is not personal, despite the
21  intensity of our disagreements here.  I want you to
22  understand that, but it's not my practice to shake
23  the hands of defendants when I am sitting in the
24  role of advocate for persons who believe that they
25  have been deeply injured by the defendant.  That's
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   just a standard practice of mine. So I was startled

2   when Mr. Bovino, at the beginning of the

3   deposition, elaborately introduced himself to all

4   the folks on his side of the table and indicated

5   that he wanted to shake our hands.  It's just not

6   my practice.  No disrespect to you, sir.

7   All right.

8       MR. KHOJASTEH:  But you could appreciate

9   without knowing -- the benefit of your practice,

10  how that would have landed for Chief Bovino and how

11  I would have viewed it, right?

12      MR. BOWMAN:  Okay.

13      MR. KHOJASTEH:  Because you and I, when I

14  walked in, you shook the hands of everyone in the

15  room, and it seemed very pleasant.

16      MR. BOWMAN:  It's not personal --

17      MR. KHOJASTEH:  Right?

18      MR. BOWMAN:  -- between the lawyers.  That's

19  for sure.  And I agree with you, Sarmad, that we

20  should treat each other with respect, and I'm going

21  to do my best, and let's move forward.  If we need

22  to meet and confer as things go on, and we might

23  well, given your understanding as to scope, I'm

24  going to designate Steve Art to handle that.  He's

25  online and ready to deal with that issue if we have
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        to, but I'm going to move on for now.
 2              MR. KHOJASTEH:  Okay.  Thank you for --
 3              MR. BOWMAN:  Here comes --
 4              MR. KHOJASTEH:  Thank you for that,
 5        Mr. Bowman.
 6   BY MR. BOWMAN:
 7        Q.    -- my next question, sir.  Do you report to
 8   Secretary Noem to receive direction as to the use of
 9   force in the course of Operation Midway Blitz?
10        A.    Are you asking if -- if she gives me
11   direction --
12        Q.    Yes, sir.
13        A.    -- to use force?
14        Q.    Yes.  If she gives you direction as to how and
15   when to employ force?
16        A.    No.
17        Q.    Have you spoken with Secretary Noem about your
18   procedures, policies, and practices with respect to the
19   use of force in Operation Midway Blitz?
20        A.    No.
21        Q.    Have you spoken with her about the issue of
22   crowd control?  Again --
23        A.    Not to my knowledge.
24        Q.    Not to your -- well, you would know.
25   I mean, have you don't recall it?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    Not to my knowledge.

2    Q.    All right.  How about Mr. Miller, have you

3  spoken with Mr. Miller on the subject of the employment

4  of force and the issues of crowd control that you were

5  facing in Operation Midway Blitz?

6        MR. KHOJASTEH:  Object to form.  I'm going to

7        instruct the witness not to answer to the extent

8        that it -- doing so would implicate executive

9        privilege.

10 BY MR. BOWMAN:

11   Q.    Okay.  So there has been an invocation of

12 privilege, and you are not answering the question based

13 on that invocation, correct, sir?

14   A.    That's correct.

15   Q.    I will ask the same question generally.  Other

16 than the two individuals I have mentioned, have you

17 spoken with any of your superiors in the executive

18 branch with respect to the issue of crowd control and

19 the application of force in the course of Operation

20 Midway Blitz?

21        MR. KHOJASTEH:  Object to form.  Lacks

22        foundation.  Vague as to superiors in the executive

23        branch.

24 BY MR. BOWMAN:

25   Q.    I'll stand on the question.  Could you answer,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    please?

 2         A.    Sir, could you be more specific, please?

 3         Q.    In what respect?

 4         A.    Who in the executive branch?

 5         Q.    I'm asking anyone in the executive branch.

 6              MR. KHOJASTEH:  Then I'm -- if you're going to

 7         be that vague about it, Counsel, I'm going to

 8         instruct the witness not to answer to the -- that

 9         to the extent that doing so would reveal executive

10         communications.

11    BY MR. BOWMAN:

12         Q.    All right.  Without revealing executive

13    communications, and my question doesn't ask for the

14    revelation of communications, can you answer, please?

15         A.    Based on the advice of my lawyer, no.

16         Q.    I'm not sure -- was there an instruction not

17    to answer as to that last question that I propounded?

18              MR. KHOJASTEH:  I'm not even sure I understood

19         the last question you propounded.

20    BY MR. BOWMAN:

21         Q.    Well, so there was no instruction?

22              MR. KHOJASTEH:  Well, I think -- I thought it

23         was the same question that I had --

24    BY MR. BOWMAN:

25         Q.    Okay.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  -- given the instructions.
 2              THE WITNESS:  That's what I thought.  That's
 3         the way I thought.
 4    BY MR. BOWMAN:
 5         Q.    Okay.  All right.  So is it true, with respect
 6    to the application of force and crowd control, that you
 7    take your orders from the executive branch, whether
 8    that's President Trump or Secretary Noem?
 9              MR. KHOJASTEH:  Object to form.  Lacks
10         foundation.  Asked and answered.
11              THE WITNESS:  Can you repeat that, please?
12    BY MR. BOWMAN:
13         Q.    Yes.  Is it true, with respect to the
14    application of force and the manner of crowd control
15    during the course of Operation Midway Blitz, that you
16    take your orders from the executive branch, whether
17    that's President Trump or Secretary Noem?
18              MR. KHOJASTEH:  I'm going to instruct the
19         witness not to answer to the extent that doing so
20         would reveal communications between he and the
21         President.
22    BY MR. BOWMAN:
23         Q.    I didn't ask to reveal communications.
24    I asked if what I just read is a true statement.
25              MR. KHOJASTEH:  Yeah, but embedded in your
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        question is the substance of the communication
 2        you're asking, right?
 3   BY MR. BOWMAN:
 4        Q.   This calls for a yes or no.  Can you answer
 5   it, yes or no?
 6             MR. KHOJASTEH:  I'm going to instruct you not
 7        to answer as with -- as it relates to
 8        communications with President Trump or anyone in
 9        the White House.
10   BY MR. BOWMAN:
11        Q.   Have you said publicly on television that with
12   respect to Operation Midway Blitz, you take your orders
13   from the executive branch, whether that's President
14   Trump or Secretary Noem?
15        A.   Is -- are you asking me a -- a -- a line by
16   Line -- a -- I'm sorry, a quote?  Are you quoting what I
17   said?  I don't -- I don't understand the question here.
18        Q.   I believe that I am quoting what you said.
19   This is --
20        A.   You believe that or -- or not?  I don't -- I
21   don't understand the question, if you believe it or if
22   it is or not.  I don't know.
23        Q.   I am representing to you that during a
24   television interview with an NBC reporter, you said the
25   following, and I quote, "Well, definitely.  I mean, I
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   take my orders from the executive branch, yes, whether

2   that's President Trump or Secretary Noem," closed quote.

3   Did you say that on television?

4        MR. KHOJASTEH:  I'm going to object to form

5      insofar as it sounds like you're -- he's responding

6      to something, and I just don't know whether he has

7      the context of what he's responding to here.

8        MR. BOWMAN:  Do you have his quote?

9        MR. KHOJASTEH:  I'm not trying to be

10     difficult.  I'm actually trying to help you, like,

11     I want to move it along.  I'm with you.

12  BY MR. BOWMAN:

13    Q.   Well, are you unable to answer that question

14  without context?

15    A.   I don't know.

16    Q.   Okay.  You don't know whether you said that or

17  not?

18    A.   Yeah, I don't remember.

19    Q.   Do you have any recollection of saying

20  something to that effect?

21    A.   I just said I don't remember.

22    Q.   Okay.  All right.  So with that as the

23  foundation, I'm going to ask you the question again. Do

24  you take direction from Secretary Noem with respect to

25  the issues of crowd control and application of force



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    that arise from time to time in your duties as the
 2    commander of Operation Midway Blitz?
 3              MR. KHOJASTEH:  Object to form.  Asked and
 4         answered.
 5              THE WITNESS:  I'll let my former answer --
 6         stand on the same answer.
 7    BY MR. BOWMAN:
 8         Q.   Well, I -- my transcript will bear one of us
 9    out, but my recollection is that you have an answer to
10    that question.
11              MR. KHOJASTEH:  My recollection is he said he
12         doesn't speak to her about that.
13              MR. BOWMAN:  And I --
14              MR. KHOJASTEH:  I think you're just trying to
15         trick a witness.
16              MR. BOWMAN:  I --
17              MR. KHOJASTEH:  I think you're better than
18         that.
19              MR. BOWMAN:  That is the furthest thing from
20         my intention.
21    BY MR. BOWMAN:
22         Q.   So I want you to answer my question.  Would
23    you like the court reporter to read it back?
24         A.   Yes.
25              MR. BOWMAN:  All right.  Could you do that for
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        us?

 2              THE REPORTER:  Yes.

 3              MR. BOWMAN:  Thank you, Megan.

 4              THE REPORTER:  I have the question: "How often

 5        do you speak with Secretary Noem?"  "Regularly."

 6        Was that the proper --

 7   BY MR. BOWMAN:

 8        Q.   All right.  I'm going to ask the --

 9        A.   I said I don't even know.

10              MR. KHOJASTEH:  Yeah.

11   BY MR. BOWMAN:

12        Q.   Here comes the question again.  The court

13   reporter is having difficulty finding it.  Here it

14   comes.  Listen to my question.  Is it true that with

15   respect to the use of force and the issues of crowd

16   control that arise from time to time in executing your

17   responsibilities as the commander of Operation Midway

18   Blitz, that you take direction from Secretary Noem?

19              MR. KHOJASTEH:  Same objection.  Asked and

20        answered.

21              THE WITNESS:  Not to my knowledge.

22   BY MR. BOWMAN:

23        Q.   Not to your knowledge.  Okay.  I think we

24   found a video clip of your interview.  If you could pull

25   that up for us.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    MR. KHOJASTEH:  Is this an exhibit?  Like how

2    are we doing this?

3    MR. BOWMAN:  Well, that's a good question.  I

4    think what we'll do is we'll designate this for the

5    record as Clip 1.  And at the end of the

6    deposition, you have my word that we will sort

7    through exactly what's what, and we will provide

8    you with the videos that were played during the

9    deposition, so we're all dealing with the same

10    stuff.

11    MR. KHOJASTEH:  Yeah.  And if it's a

12    hyperlink, that's fine.  You could just share that

13    with us.

14    MR. BOWMAN:  That's what I think we'll do.

15    MR. KHOJASTEH:  Yeah.

16    (Video recording played.)

17    UNIDENTIFIED SPEAKER:  Bovino who is leading

18    immigration operations in Chicago spoke with

19    Telemundo's national anchor explaining where his

20    order came from.

21    MR. BOVINO:  Well, definitely.  I mean, I take

22    my orders from the executive branch.

23    UNIDENTIFIED SPEAKER:  Yes.

24    MR. BOVINO:  Whether that's President Trump or

25    Secretary Noem.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        THE WITNESS:  I can't see it.

 2        MR. KHOJASTEH:  He can't see it.

 3             (Video recording stopped.)

 4        MR. BOWMAN:  Hang on just a second.  We're

 5   going to --

 6        THE REPORTER:  I'm trying --

 7        MR. BOWMAN:  We're going to help you out so

 8   that you can see yourself and the reporter.  This

 9   is actually -- it turns out a Telemundo reporter

10   with whom you --

11        MR. KHOJASTEH:  Is this the full clip?  Like

12   just -- are we looking at -- again --

13        MR. BOWMAN:  I'm not going to play the whole

14   interview.  That would waste our time.

15        MR. KHOJASTEH:  I'm not asking for the

16   whole --

17        MR. BOWMAN:  Yeah.

18        MR. KHOJASTEH:  I'm just asking the run-up to

19   what she's saying, just what she just started

20   playing.

21        MR. BOWMAN:  Yes.

22        MR. KHOJASTEH:  So -- because it sounds like

23   there's something that he's responding to.

24        MR. BOWMAN:  Yes.  We're going to play the

25   question and the answer.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  Okay.  Yeah.
 2              MR. BOWMAN:  Do you have that?  All right.  So
 3         we're going to get the -- we're going to get you
 4         the context you need, Mr. Bovino.  We're going to
 5         get you the question you were asked and your
 6         response, and then we're going to go back over this
 7         again when you have that context.
 8                   (Video recording played.)
 9              UNIDENTIFIED SPEAKER:  Bovino who is leading
10         immigration operations in Chicago spoke with
11         Telemundo's national anchor explaining where his
12         order came from.
13              MR. BOVINO:  Well, definitely.  I mean, I take
14         my orders from the executive branch.
15              UNIDENTIFIED SPEAKER:  Yes.
16              MR. BOVINO:  Whether that's President Trump or
17         Secretary Noem.
18                   (Video recording stopped.)
19    BY MR. BOWMAN:
20         Q.   Okay.  Were you able to hear what we just --
21         A.   No, I was too busy looking at -- it was
22    chopped up.
23         Q.   Oh, okay.
24         A.   That on the video there.
25         Q.   Well, we're going to do our --
```



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   So I can --

 2                    (Video recording played.)

 3             UNIDENTIFIED SPEAKER:  Bovino who is leading

 4        immigration operations in Chicago spoke with

 5        Telemundo's national anchor explaining where his

 6        order came from.

 7             MR. BOVINO:  Well, definitely.  I mean, I take

 8        my orders from the executive branch.

 9             UNIDENTIFIED SPEAKER:  Yes.

10             MR. BOVINO:  Whether that's President Trump or

11        Secretary Noem.

12                    (Video recording stopped.)

13   BY MR. BOWMAN:

14        Q.   All right.  So that's the context that we

15   have.  There is not a precise question, but there is an

16   indication in the interview that you were asked about

17   where you get direction from.  So that's what we have.

18             And my question is: Did you say that?

19             MR. KHOJASTEH:  Counsel, just for the -- to

20        keep the record clean.  Do you have a date for when

21        that interview was given?  I'm sure you do, but

22        just I think it's going to be helpful.  In terms of

23        organizing transcript --

24             MR. BOWMAN:  Yes.  The date is October 23,

25        2025.  Telemundo interview.  And as we just
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      discussed, we'll make that excerpt which we played,

2      available.  So --

3            MR. KHOJASTEH:  Appreciate you.

4            MR. BOWMAN:  -- so everybody will have the

5      same record.

6  BY MR. BOWMAN:

7      Q.   You've heard it several times.  Can you

8  confirm that you stated that you take direction from the

9  executive branch, whether it's the President or

10 Secretary Noem?

11     A.   Although I don't know the question that was

12 asked to me there, it appears I said that.

13     Q.   Okay.  Is it true that you take direction,

14 with respect to the Operation of Midway Blitz, from

15 Secretary Noem?

16           MR. KHOJASTEH:  Object to form.

17           THE WITNESS:  I take orders from Secretary

18     Noem.

19 BY MR. BOWMAN:

20     Q.   With respect, in particular, to the use of

21 force and the issues of crowd control among other

22 things; is that true?

23           MR. KHOJASTEH:  Object to form.  Asked and

24     answered.

25           THE WITNESS:  As per my prior answer.  Same

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1          thing.  Not to my knowledge.
 2   BY MR. BOWMAN:
 3          Q.    So is it not to your knowledge, or yes, to
 4   your knowledge?
 5               MR. KHOJASTEH:  Not to.
 6               THE WITNESS:  I just said not.
 7   BY MR. BOWMAN:
 8          Q.    Not to your knowledge?
 9          A.    Not to my knowledge.
10          Q.    Okay.  Well, in what respect do you take
11   direction from Secretary Noem?
12               MR. KHOJASTEH:  Object to form.  I'm going to
13          give you latitude here, but, Bowman, we're bumping
14          up against that scope issue again.
15               MR. BOWMAN:  I don't want to be.  I thought
16          this would be easy, but here we are.
17               MR. KHOJASTEH:  I know.
18               THE WITNESS:  Can you repeat that?
19   BY MR. BOWMAN:
20          Q.    In what respect do you take direction from
21   Secretary Noem with regard to Operation Midway Blitz,
22   what is the direction that you received, or what
23   subjects does it cover?
24               MR. KHOJASTEH:  Object to form.  Lacks
25          foundation.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            THE WITNESS:  I can't remember the subjects
 2       that -- that I've discussed.
 3  BY MR. BOWMAN:
 4       Q.   Can you tell us how often you speak to the
 5  secretary about Midway Blitz?
 6            MR. KHOJASTEH:  Object to form.  I'm going
 7       to -- I gave this instruction before the break.
 8       We're not going to go down this path.  So I'm going
 9       to instruct him not to answer.  Outside the scope
10       of the deposition.
11            MR. BOWMAN:  Okay.  Well, I want to make a
12       record on this point.
13            MR. KHOJASTEH:  Okay.
14            MR. BOWMAN:  I think that -- and if you
15       believe that a conference, a meet and confer, would
16       be helpful to address this issue, as I indicated
17       before, we will do it.  But most likely it's
18       something we will take up directly with the judge.
19       And I do want to make my position clear.  The issue
20       of how this operation is being conducted, and
21       specifically whether there is direction of force to
22       suppress dissent, is part of this case.  With
23       respect to issues like the politics of it. And the
24       justifications that the administration has
25       politically or it's a matter of policy for
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    Operation Midway Blitz, that's off limits.  And it
 2    is not my desire or intention to stray into the off
 3    limits matter.  But I think that latitude in light
 4    of the series of answers that we've gotten,
 5    including most recently, that the witness does not
 6    recall his conversations with the secretary, does
 7    not recall, as I interpret the testimony, whether
 8    Secretary Noem talks with him about how he's using
 9    force --
10         MR. KHOJASTEH:  Mischaracterizes his
11    testimony, Counsel.
12         MR. BOWMAN:  Well, it is what it is.
13         MR. KHOJASTEH:  He says, not to my knowledge.
14         MR. BOWMAN:  I -- I'm just --
15         MR. KHOJASTEH:  He said, "not to my
16    knowledge."  Not, to my recall.
17         MR. BOWMAN:  Not to my knowledge.
18         MR. KHOJASTEH:  That's different.  You
19    understand that's different?
20         MR. BOWMAN:  Yeah.  Well he's the guy having
21    the conversation.  So whatever.  My position is, I
22    am entitled to test the veracity of the answers.
23    And the question I have asked is legitimate probing
24    of his answers.  I mean if -- and I think I'll stop
25    with that.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        MR. KHOJASTEH:  But so --
 2        MR. BOWMAN:  That's my position.  And I think
 3   therefore that the instruction is improper.
 4        MR. KHOJASTEH:  Appreciate that, Counsel. I'll
 5   just state our position.  That this is what the
 6   Court wrote -- or said, with respect to the
 7   depositions.  "Limited to the events that are
 8   identified in the Motion for Preliminary
 9   Injunction." And you can talk, you know -- you can
10   ask questions briefly about the scope of
11   responsibilities and, you know, foundationally how
12   do they know what they know?
13        But we're not getting into a long chapter and
14   verse about things that are not relevant to the
15   preliminary injunction hearing.  For example,
16   questions about the administration's goals."
17   And you can see the goals objectives.  What the
18   politics to your point, right, are of scope.
19   I think if you want -- and the benefit of the meet
20   and confer here, for example, if you want to ask
21   him as you go through the preliminary injunction
22   events that she's permitted you to ask of: Did you
23   speak to Secretary Noem about this incident?
24   That's about the use of force in this incident.
25   That would be a way to test the veracity of what
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  you believe is -- which I guess you're

2  thinking -- you're -- maybe you're thinking it'll

3  refresh his recollection or whatever.  I'm -- I

4  don't think you think he's a liar.  He's saying not

5  to my knowledge, he hasn't had conversations about

6  crowd control or use of force with the secretary.

7  Right now you're asking about how many times he

8  speaks with the secretary, how many times he talks

9  to the White House, who he takes his orders from.

10 I'm saying that's off limits.  There is a way to do

11 your work tied and tethered to what the Court

12 permitted this deposition to be about.  I hope that

13 I just gave you an avenue for being able to pursue

14 a line of inquiry that gets at what you want to get

15 at.  But I do think that is the benefit of a meet

16 and infer.  And having a -- having a mind -- a view

17 in mind that we need judicial intervention when we

18 have a bunch of smart lawyers in the room that can

19 come to a resolution here, that's amenable to

20 everyone, I think that's -- I think that's the

21 benefit of working together.

22      MR. BOWMAN:  You just need to state your

23 position.  You've done so.  Is there anything else

24 that you need to say in order to make your position

25 clear?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1              MR. KHOJASTEH:  We're good.

2              MR. BOWMAN:  Okay.  All right.  So the

3         instruction not to answer stands?

4              MR. KHOJASTEH:  Yeah.  Based on the scope.

5              MR. BOWMAN:  All right.

6    BY MR. BOWMAN:

7         Q.   So you're not going to answer the question,

8    right, sir?

9         A.   That's correct.

10        Q.   All right.  Prior to the rollout of Operation

11   Midway Blitz, did you have meetings or other

12   conversations with other individuals in the Executive

13   Branch about Operation Midway Blitz?  And that's a

14   foundational question.  I'm just asking, did you?

15             MR. KHOJASTEH:  We're not going to answer

16        those questions.  Go ahead.

17             MR. BOWMAN:  Based on the --

18             MR. KHOJASTEH:  I's an objection.  Out of the

19        scope.

20             MR. BOWMAN:  Based on scope.  All right.

21             MR. KHOJASTEH:  I don't know how conversations

22        about --

23             MR. BOWMAN:  It's -- I --

24             MR. KHOJASTEH:  If you could explain it

25        to me --
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       MR. BOWMAN:  We've stated all --

2       MR. KHOJASTEH:  -- I'm happy to give you

3    latitude.

4       MR. BOWMAN:  We've stated our positions, I'm

5    just going to ask --

6       MR. KHOJASTEH:  Well I'm just going to make

7    the record clear because I don't want to be

8    misrepresented.

9       MR. BOWMAN:  Yeah.

10      MR. KHOJASTEH:  Again, conversations that took

11   place prior to Midway Blitz, how they would be tied

12   to events that are listed in the preliminary

13   injunction hearing.  I don't know how they would be

14   because those events hadn't occurred, unless he's a

15   time traveler. But you go ahead and ask your

16   questions that are plainly outside the scope.

17 BY MR. BOWMAN:

18   Q.    Okay, there is an instruction not to answer.

19 You will not answer that question.  Correct, sir?

20   A.    That's correct.

21   Q.    Okay.  Next question: Did you, prior to the

22 rollout of Midway Blitz, meet with any representatives

23 of the City of Chicago regarding coordination of your

24 operation with the operations of the Chicago Police

25 Department?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  Same objection.  Same
 2        instruction.
 3   BY MR. BOWMAN:
 4        Q.    You will not answer that question?
 5        A.    That's correct.
 6              MR. BOWMAN:  And the objection is, scope?
 7              MR. KHOJASTEH:  Yes.
 8   BY MR. BOWMAN:
 9        Q.    Did you meet with or converse with the
10   superintendent of the Chicago Police Department on that
11   subject, prior to or during Operation Midway Blitz?
12              MR. KHOJASTEH:  Same objection.  For the same
13        reasons I stated previously.
14              MR. BOWMAN:  And same instruction?
15              MR. KHOJASTEH:  Yeah.
16   BY MR. BOWMAN:
17        Q.    Did you meet with the mayor of Chicago or
18   speak with him regarding your operation and coordination
19   with law enforcement here in Chicago?
20              MR. KHOJASTEH:  Same objection.  Same
21        instruction.
22              MR. BOWMAN:  Okay.
23   BY MR. BOWMAN:
24        Q.    Next question: Are you aware of any assessment
25   by the Trump administration, prior to the start of
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    Operation Midway Blitz, that found that there is a

 2    danger to federal employees or to federal property that

 3    required deployment of additional federal agents to the

 4    Northern District of Illinois?

 5            MR. KHOJASTEH:  Same objection.  Same

 6        instruction.

 7    BY MR. BOWMAN:

 8        Q.   You won't answer that question?

 9        A.   No.

10        Q.   What orders, if any, has anyone in the

11    Executive Branch issued to the Department of Homeland

12    Security, or any of its components, regarding the

13    objectives or permissible tactics to be used in

14    Operation Midway Blitz?

15            MR. KHOJASTEH:  I'm going to object.  I would

16        request Counsel break up that question.  There may

17        be -- I'm going to object.  And give the same

18        instruction. But I will note, Counsel, there's a

19        way for you to drill the -- there's a way to be

20        more specific with that question that I would give

21        you latitude on. Though there might be another

22        privilege asserted because of it.  But just it

23        might be -- there's a way to ask that question that

24        might be within the scope here.

25            MR. BOWMAN:  Well, let's not play a guessing
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      game.  What do you think it's permissible to ask?

2          MR. KHOJASTEH:  If you were going to ask

3      whether there was an order issued regarding the

4      permissible use of force.

5          MR. BOWMAN:  Oh, okay.  I'll ask that

6      question.

7          MR. KHOJASTEH:  As opposed to clinical tactics

8      or objectives.  Which actually by their terms are

9      prohibited by her order.  So just --

10         MR. BOWMAN:  And it's okay.  You made your

11     point.

12  BY MR. BOWMAN:

13     **Q.   Let me ask you this question.  Did you**

14  **receive -- strike that.  Let me start over.  What orders**

15  **has any Trump administration official issued to the**

16  **Department of Homeland Security or any of its components**

17  **regarding the use of force and what tactics are**

18  **permissible in Operation Midway Blitz?**

19         MR. KHOJASTEH:  I'm going to instruct the

20     witness not to answer based on executive privilege

21     to the extent that those instructions or orders

22     that would've come from the White House.

23         MR. BOWMAN:  All right.

24  BY MR. BOWMAN:

25     **Q.   Can you answer the question without intruding**



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    on the privilege that has just been inserted, sir?

 2         A.    No.

 3         Q.    Okay.  Can you tell me, based on the

 4    jurisdiction of Customs and Border Protection, what the

 5    legal basis is for CBPs operations in Chicago?

 6              MR. KHOJASTEH:  Outside the scope. Instruction

 7         not to answer.  Go for it.  You can keep moving.

 8    BY MR. BOWMAN:

 9         Q.    Does Customs and Border Patrol customarily

10    conduct interior Title 8 enforcement?

11              MR. KHOJASTEH:  Not answering it.  Beyond the

12         scope.

13    BY MR. BOWMAN:

14         Q.    Is there a particular statute that allows you

15    to conduct roving patrols in the City of Chicago?

16              MR. KHOJASTEH:  Same objection.  Same

17         instruction.

18    BY MR. BOWMAN:

19         Q.    Do you believe that Chicago is within the

20    border zone?

21              MR. KHOJASTEH:  I'm going to make the same

22         objection.  And same instruction.  And I'm also

23         going to caution Counsel, that at this point, if

24         you're going to spend the next two hours asking

25         questions that you know are plainly outside the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1        scope, that's harassing.
 2             MR. BOWMAN:  Well, I don't know that these are
 3        plainly outside the scope.  We have a disagreement.
 4        I need to make my record.
 5             MR. KHOJASTEH:  Okay.
 6   BY MR. BOWMAN:
 7        Q.    What is the external boundary that Chicago is
 8   within 100 miles of?
 9             MR. KHOJASTEH:  Object to form.  Not answering
10        it.  Outside the scope.
11   BY MR. BOWMAN:
12        Q.    What is a roving patrol?
13             MR. KHOJASTEH:  Object to form.  Outside the
14        scope.
15   BY MR. BOWMAN:
16        Q.    How does a roving patrol differ from a --
17             MR. KHOJASTEH:  Actually, you know what,
18        strike that.  I'm just going -- I'm -- you're just
19        asking what a roving patrol is?
20             MR. BOWMAN:  That's what I'm just asking.
21             MR. KHOJASTEH:  Lacks -- object to form. Lacks
22        foundation.  But go ahead if you can answer.
23             MR. BOWMAN:  Okay.
24   BY MR. BOWMAN:
25        Q.    What is a roving patrol?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1          A.    A roving patrol is a patrol in which officers

 2    or agents enforce a method to enforce Title 8

 3    immigration law.

 4          **Q.    How does a roving patrol differ from other**

 5    **kinds of enforcement missions?**

 6                MR. KHOJASTEH:  Object to form.  Lacks

 7          foundation.

 8                THE WITNESS:  I don't think it does.

 9    BY MR. BOWMAN:

10          **Q.    On a roving patrol, are you acting on specific**

11    **intelligence?**

12                MR. KHOJASTEH:  Object to form.  I'm going to

13          also instruct the witness not to answer to the

14          extent that doing so would reveal law enforcement

15          privilege in so far as I don't want the source of

16          any -- to the extent that intelligence is used or

17          informs those patrols.  I don't want the source of

18          that intelligence disclosed in your answer.

19          MR. BOWMAN:  I'm not looking for the source of

20          any information.

21                MR. KHOJASTEH:  You obviously understand this

22          is highly sensitive.  I have to give the

23          instruction to the witness.

24                MR. BOWMAN:  Okay.

25    BY MR. BOWMAN:



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q.    So without revealing any specific

2     intelligence, just yes or no.  When you conduct a roving

3     control, are you acting on specific intelligence?

4     A.    That's not a yes or no answer.

5     Q.    Okay.  Please answer the question.

6     A.    At times.

7     Q.    Okay.  And can you explain?

8           MR. KHOJASTEH:  Objective to form.

9           THE WITNESS:  At times when intelligence is

10          received, a roving patrol will act on that

11          intelligence.

12    BY MR. BOWMAN:

13    Q.    So the idea is that you may not know

14    specifically where a subject is, you have intelligence

15    about that subject, and so you survey or rove

16    neighborhoods looking for the subject; is that fair?

17          MR. KHOJASTEH:  Object to form.

18    Mischaracterizes his testimony.

19    BY MR. BOWMAN:

20    Q.    I'm asking the question; is that fair?

21    A.    No.

22    Q.    Okay.  What's wrong about what I asked?

23    A.    A roving patrol can act on intelligence and

24    apprehend individuals based on Title 8 immigration law.

25    Q.    Right.  Would you, in your work, distinguish

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    between a roving patrol and a targeted operation?

2          MR. KHOJASTEH:  Object to form.

3    BY MR. BOWMAN:

4       Q.   Meaning, an operation where you know that a

5    subject is in a particular location and you're directing

6    your officers to proceed to that location and apprehend

7    the individual?

8       A.   I would not.

9       Q.   You would not.  So a roving patrol can be

10   that?

11      A.   It can be.

12      Q.   Is a roving patrol anything -- any Title 8

13   enforcement that you do with a vehicle?

14      A.   No.

15      Q.   Okay.  What's the limits on what constitutes a

16   roving patrol?

17      A.   I don't believe there are limits --

18      Q.   All right.

19      A.   -- on -- on that.

20      Q.   Okay.  How do you select the areas where you

21   may encounter people who are in violation of the

22   immigration laws here in the Northern District of

23   Illinois?

24          MR. KHOJASTEH:  Object to form.  We're

25      not -- we're -- I'm going to instruct him not to
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

602.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        answer based on law enforcement privilege.
 2             MR. BOWMAN:  You know, we do have an issue in
 3        this case about probable cause for arrests.  You
 4        want reconsider to that instruction?
 5             MR. KHOJASTEH:  We also have an issue in this
 6        case that this deposition is for a particular
 7        purpose. So you may want to reconsider your
 8        position.
 9             MR. BOWMAN:  Okay.  So the answer is, no, you
10        don't?
11             MR. KHOJASTEH:  The instruction stands as the
12        answer.
13             MR. BOWMAN:  All right.
14   BY MR. BOWMAN:
15        Q.   How -- well --
16             MR. KHOJASTEH:  The fact that you just gave up
17        that you're trying to take a merits' deposition in
18        a -- on a deposition for the preliminary injunction
19        --
20             MR. BOWMAN:  I don't want to argue with you.
21             MR. KHOJASTEH:  -- unbelievable.
22             MR. BOWMAN:  I don't want to argue with you.
23   BY MR. BOWMAN:
24        Q.   Have the federal agents under your command,
25   whether CBP agents or agents from other agencies
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    assigned to you, had training specifically on the
2    subject of how to perform crowd control in an urban
3    setting?
4         A.   I can't speak to all agents there in
5    the -- the other agencies.
6         Q.   Okay.  So limiting yourself to the customs and
7    border protection agents, have they had specific
8    training on how to perform crowd control in an urban
9    setting?
10        A.   Yes.
11        Q.   What is that training?
12        A.   Mobile field force training.
13        Q.   Okay.  And is that the standard training that
14   all CBP agents receive?
15            MR. KHOJASTEH:  Object to form.
16   BY MR. BOWMAN:
17        Q.   If they're going to be in a mobile field
18   force?
19        A.   To my knowledge, CBP agents receive that
20   training.
21        Q.   Yes.  Is that part of their basic training,
22   orienting them to the agency?
23        A.   I don't know.
24        Q.   Okay.  Can you specify a training module
25   within the CBP training process that is directed
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    specifically on how to perform crowd control in an urban
 2    setting?
 3              MR. KHOJASTEH:  Object to form.  Asked and
 4        answered.
 5              THE WITNESS:  Mobile field force training.
 6    BY MR. BOWMAN:
 7        Q.    Okay.  Typically, when in his career or her
 8    career or their career, does an agent receive mobile
 9    force training?
10        A.    I don't know.
11        Q.    When did you receive mobile force training?
12        A.    Approximately 1998.
13        Q.    Okay.  Specifically prior to the rollout of
14    Operation Midway Blitz, did any CBP officers receive
15    training on crowd control in an urban setting?
16              MR. KHOJASTEH:  Object to form.  Lacks
17        foundation.
18              THE WITNESS:  To my knowledge, yes.
19    BY MR. BOWMAN:
20        Q.    What training was that?
21        A.    Mobile field force training.
22        Q.    Okay.  You received yours in 1998, right?
23        A.    Yes.
24        Q.    Okay.  I'm asking, was there a specific
25    designated training, relating and designed for the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   benefit of folks participating in Operation Midway
 2   Blitz, that focused on crowd control in an urban
 3   setting?
 4          MR. KHOJASTEH:  Object to form.  Asked and --
 5   BY MR. BOWMAN:
 6      Q.   Apart from the general mobile force training?
 7      A.   I'm sorry.  Apart from -- from what?
 8      Q.   Apart from the general mobile force training.
 9      A.   Could you repeat the question please?
10      Q.   Yes.  Specifically close in time, and with the
11   intention of training officers for this particular
12   operation, did the federal agents at CBP receive
13   training specifically on how to perform crowd control in
14   an urban setting?
15      A.   Yes.
16      Q.   What was that training?
17      A.   Mobile field force training.
18      Q.   When did it take place?
19      A.   I can't remember the specific date.
20      Q.   Can you state approximately?
21      A.   I would -- approximately September.
22      Q.   September of 2025?
23      A.   Yes.
24      Q.   Where did the training take place?
25      A.   I can't -- I don't know.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      Q.    Who all participated?

 2      A.    CBP agents.

 3      Q.    Those being assigned to this operation?

 4      A.    Yes.

 5      Q.    And you don't know where it took place?

 6      A.    I do not.

 7      Q.    Do you know who led that training?

 8      A.    I do not.

 9      Q.    Do you know what the subject of that training

10   was, what the curriculum was?

11      A.    I don't know the exact curriculum.

12      Q.    Okay.  Have you reviewed any curriculum on

13   that subject that's provided to CBP officers assigned to

14   Midway Blitz?

15      A.    No.

16      Q.    All right.  Have the officers assigned to

17   Operation Midway Blitz had any training on how to

18   exercise crowd control while respecting the First

19   Amendment protections for speech and protest?

20          MR. KHOJASTEH:  Object to form.  Lacks

21      foundation.

22          THE WITNESS:  Yes.

23   BY MR. BOWMAN:

24      Q.    Was that the same September training that you

25   just referred to in your prior answer?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.   Yes.

2     Q.   Did all agents under your command receive that

3 training in September?

4     A.   To my knowledge, yes.

5     Q.   Okay.  And if we were to ask, we could be

6 provided with a copy of the curriculum for the September

7 training?

8         MR. KHOJASTEH:  Object to form.  Lacks

9     foundation.

10        THE WITNESS:  I don't know.

11 BY MR. BOWMAN:

12    Q.   That's another way of -- I'm asking you, does

13 a curriculum for that training exist, to your knowledge?

14    A.   Yes.

15    Q.   Have officers working on Operation Midway

16 Blitz received any training on the use of tear gas in

17 residential areas?

18        MR. KHOJASTEH:  Object to form.  Asked and

19     answered.

20        THE WITNESS:  Agents and officers have

21     received training on less lethal devices'

22     employment.

23 BY MR. BOWMAN:

24    Q.   My question was specifically the use of tear

25 gas, the use of toxic gas in residential areas.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              Have your folks received training on that?

 2              MR. KHOJASTEH:  Object to form.  Lacks

 3         foundation.  Vague as to time.

 4              THE WITNESS:  Yes.

 5  BY MR. BOWMAN:

 6      Q.    Okay.  Was that the September training that

 7  you've been referring to?

 8      A.    I don't know.

 9      Q.    Okay.  Do you know what training it was?

10      A.    Less lethal munitions training.

11      Q.    When did it take place?

12              MR. KHOJASTEH:  Object to form.  Asked and

13         answered.

14              THE WITNESS:  Approximately August.

15  BY MR. BOWMAN:

16      Q.    August of 2025?

17      A.    Yes.

18      Q.    Okay.  Is there a curriculum for that?

19      A.    Yes.

20      Q.    Was it expected that all federal agents

21  participating in Operation Midway Blitz would have the

22  munitions training that took place in August, as well as

23  the crowd control training that took place in September?

24              MR. KHOJASTEH:  Object to form.

25         Vague to -- as to federal agents.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    BY MR. BOWMAN:

2         Q.    Federal agents under your command.  That's

3    what I'm asking about.

4         A.    If they deploy less lethal munitions, they

5    have to have the training.

6         Q.    And then same question with respect to the

7    crowd control training that took place in September of

8    this year.  Was that a required training for all agents

9    participating in Operation Midway Blitz under your

10   command?

11        A.    No.

12        Q.    Was that just training in the ordinary course

13   of CBPs operations?  Or was that training that was

14   specifically targeted to educate the agents who would be

15   coming to Chicago in the Northern District of Illinois

16   to work on this operation?

17             MR. KHOJASTEH:  Object to form.  Lacks

18        foundation.

19             THE WITNESS:  Agents were given mobile field

20        force training in September to prepare them for the

21        field.

22   BY MR. BOWMAN:

23        Q.    These are basically new recruits coming in.

24   Is that the idea?  Was this new recruits training in

25   September?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   No.
 2        Q.   Was it training generally speaking for agents
 3   working anywhere in the field for CBP?
 4        A.   It was training for Customs and Border
 5   Protection agents.
 6        Q.   Got it.  My question, I'm struggling with, and
 7   I want to be able to communicate with you.  And so here
 8   comes my question.  Was this training in September
 9   targeted for the benefit of those specific CBP agents
10   who would be coming to the Northern District of Illinois
11   for Operation Midway Blitz?
12        A.   No, it was targeting agents that were assigned
13   to Operation Midway Blitz.
14        Q.   It was?  And do you know how long this
15   training was for, was it a day, a week?
16        A.   I can't remember.
17        Q.   Okay.  You are familiar with the Los Angeles
18   Press Club case challenging the First Amendment issues
19   in the rollout of ICE and other -- ICE and CBP and other
20   agencies, to Los Angeles for immigration enforcement?
21   I am not going to quiz you on the details, but you're
22   generally familiar with that?
23        A.   If you would refresh me on -- on that.
24        Q.   You know, this is the case in Los Angeles
25   similar to this case here in Chicago.  That raises
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    issues about whether the actions of the federal agents

2    engaged in immigration enforcement in Los Angeles,

3    similar to the allegations here with respect to their

4    work in Operation Midway Blitz, whether those actions

5    are violating the First Amendment.  That's the subject

6    of the case.   Does that refresh your recollection?

7         MR. KHOJASTEH:  I'm going to let him answer

8     this yes or no as to whether he remembers this

9     case.

10        MR. BOWMAN:  Yeah.

11        MR. KHOJASTEH:  We're not going to have any

12    questions about it.

13   BY MR. BOWMAN:

14   Q.   It's just a yes or no, I'm not going to

15   belabor it.

16   A.   Yes.

17   Q.   Okay.  And you're aware that an injunction was

18   issued in that case, right?

19   A.   Yes.

20   Q.   Okay.  After the issuance of that injunction

21   in the Los Angeles Press Club case, did ICE -- sorry.

22   Did CBP provide any training to its agents who would be

23   in the field in Los Angeles, or elsewhere in urban

24   settings, conducting Title 8 enforcement, as to the

25   meaning of the injunction and how to conform their
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    actions to the injunctions' requirement?  It's just a
 2    yes or no question.
 3            MR. KHOJASTEH:  I'm just going -- I'm going to
 4        instruct him not to answer.  It's a separate case,
 5        a separate injunction.  This one's tied to this
 6        injunction.  There will be an opportunity if you
 7        want, like, about this.  Like, I'm sure you'll make
 8        an application to take his deposition in the
 9        future.  It just that's not what the Court ordered
10        here.
11    BY MR. BOWMAN:
12        Q.   Is it -- just out of curiosity, is it -- well,
13    never mind.  In your judgment is it -- has it been easy
14    and straightforward for you and the agents operating
15    under your command to continue the work of Operation
16    Midway Blitz under the temporary restraining orders that
17    Judge Ellis has issued in this case?
18            MR. KHOJASTEH:  Object to form.  Lacks
19        foundation and vague.  And vague specifically as to
20        which parts -- which portion of --
21            MR. BOWMAN:  My question is what it is.
22            MR. KHOJASTEH:  I know.  I'm just making sure
23        the record is clear.
24            THE WITNESS:  Yeah.
25            MR. KHOJASTEH:  Vague as to which portion of
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          the order to which you're referring.
 2    BY MR. BOWMAN:
 3          Q.    Is there any respect in which the
 4    injunctions -- sorry.  The temporary restraining orders
 5    issued by Judge Ellis has hindered or impaired the work
 6    of Operation Midway Blitz?
 7          A.    Yes.
 8          Q.    In what ways?
 9          A.    The -- there were some orders there to appear
10    in front of Judge Ellis.  That was -- that's a --
11    that's -- that degrades the mission, the time that I can
12    spend on mission that I would otherwise be meeting with
13    the judge.  Same thing with the other orders that take
14    people out of the field instead of doing the valuable
15    work of taking the vile criminals that we apprehend by
16    the hundreds every week.  And you know, every time that
17    we're answering a -- a question or meeting with a judge
18    is time away from that all- encompassing -- the
19    important work that's not been done before, especially
20    in light of the millions of illegal aliens that were
21    allowed to pour across the border, and many of whom have
22    ended up here in Chicago, including child rapists,
23    terrorists, murderers, aggravated felons, and those
24    types of -- of individuals, again, that we apprehend by
25    -- well, by the thousands now. We're well over 3,000
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    now.  So anything that takes away from the all-important

2    mission of apprehending individuals that are allowed to

3    roam free with impunity on the streets of Chicago on a

4    daily basis does take away from that.

5    **Q.    Are you stating the justification or need**

6    **provided for Operation Midway Blitz?**

7        MR. KHOJASTEH:  Object to form.  We're not

8        discussing that.

9        MR. BOWMAN:  Well, I know that.  And it's a

10        little frustrating to me to hear the witness engage

11        in political speeches.  Other --

12        MR. KHOJASTEH:  Move to strike it, then,

13        right?

14        MR. BOWMAN:  It's just frustrating.

15        MR. KHOJASTEH:  No, no, no.  I'm saying you

16        can move to strike -- I just think -- you said

17        earlier to me, which I respect -- "respect the

18        process." There's, like, a -- there's actually

19        something built into the process.

20    BY MR. BOWMAN:

21    **Q.    Yeah.  Okay.  So other than being called to**

22    **court and having to answer my questions today and**

23    **various other reporting requirements that have been**

24    **imposed on you, is there any other respect in which the**

25    **temporary restraining orders that the judge has issued**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    in this case are interfering with the work of Operation
2    Midway Blitz?
3            MR. KHOJASTEH:  Same objection as to
4        vagueness.
5            THE WITNESS:  I'll answer the -- the --
6        the -- it does -- as I said, affects many aspects
7        of the operation.  The encumbrances of that order
8        certainly does hurt the good conduct of the
9        operation that seeks to make our communities a
10       safer place.
11   BY MR. BOWMAN:
12       Q.   Right.  Is there any specific provision of the
13   orders that Judge Ellis has issued in this case that you
14   can specify are impeding the objective that you just
15   stated?
16       A.   I just said all -- I already answered that.
17   I already told you all of them.
18       Q.   Okay.  So you've given the most complete
19   answer that you can give to my question?
20       A.   Is that --
21           MR. KHOJASTEH:  Object to the --
22           THE WITNESS:  Was that a question?
23   BY MR. BOWMAN:
24       Q.   Yes.
25           MR. KHOJASTEH:  Same objection.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              THE WITNESS:  Oh, what's your question?
 2    BY MR. BOWMAN:
 3        Q.    My question is: Have you fully and completely,
 4    to the best of your information and ability, answered my
 5    question about the ways, if any, in which Judge Ellis's
 6    orders have interfered with the operations of Midway
 7    Blitz?
 8              MR. KHOJASTEH:  I'm going to object to form as
 9         to vagueness again.
10              THE WITNESS:  To my knowledge.
11    BY MR. BOWMAN:
12        Q.    On a Fox News show that I think is called the
13              Faulkner Report on October 29, 2025, did you
14    make the following statement in response to a question
15    that was asked of you as to whether you can still do
16    your job in spite of Judge Ellis's orders?  And I quote:
17    "First and foremost, those operations continue.  They
18    continue unabated.  The temporary restraining order and
19    the meetings with the judge and all the other
20    accoutrements that comes with what her orders are will
21    have no effect on Operation Midway Blitz, the border
22    patrol, ICE, and those allied law enforcement teams.
23    Our legal, ethical, and moral, and we have always been,
24    so we've never been in violation of any TRO, any law, or
25    regulation.  We're going to go out there and we're going
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1   to accomplish the mission."  Did you say that?
 2        A.    I believe so.
 3        Q.    Is it true?
 4        A.    What -- what I said is true?
 5        Q.    Yes.  Is it true?
 6        A.    Yes.
 7        Q.    Okay.  You have -- well, let me ask the
 8   question this way: We have received information -- the
 9   public has received information that you have a concern
10   that there is a bounty on your head; is that correct?
11            MR. KHOJASTEH:  Object to form.  Lacks
12       foundation.
13            MR. BOWMAN:  May well.
14            THE WITNESS:  I understand there are bounties
15       on my head.
16            MR. BOWMAN:  Can I have this?  Do you have
17       exhibit stickers or do --
18            THE REPORTER:  I do.
19            MR. BOWMAN:  All right.  Thanks.
20   BY MR. BOWMAN:
21        Q.    I'm going to mark the first document as
22   Exhibit 2.  Exhibit 1, for the record, will be the short
23   clip of the Telemundo interview that we played for
24   Mr. Bovino a little bit earlier.  While we're searching
25   for copies I'm going to give you that to read and pass
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   on to the witness, please.
 2                  (Exhibit 1 was marked for
 3                  identification.)
 4                  (Exhibit 2 was marked for
 5                  identification.)
 6         MR. KHOJASTEH:  Could we get a copy for
 7     ourselves?
 8         MR. BOWMAN:  Yes.
 9         MR. KHOJASTEH:  Oh, yeah.
10         MR. BOWMAN:  We're looking for it.
11         MR. KHOJASTEH:  Thanks.
12   BY MR. BOWMAN:
13     Q.   So Exhibit 2 -- we're looking for it still. My
14   best here.  Exhibit 2, for identification, is a press
15   release that was issued by the Department of Homeland
16   Security relating to bounties that have been placed on
17   the heads of various border patrol officials and agents.
18   Are you familiar with that issue?
19     A.   I'm -- I'm sorry.  I was reading this.
20   Can you --
21     Q.   Yeah.  No.  That's fine.
22     A.   Can you -- can you say that --
23     Q.   Take all the time you need.
24     A.   Yeah.  Hold on a second.  Let me finish
25   reading this.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. BOWMAN:  Looks like we have an electronic
 2        copy of it that we can e-mail to you right now.
 3        I don't seem to have --
 4              MR. KHOJASTEH:  Unless you're doing line by
 5        line with this --
 6              MR. BOWMAN:  I'm not doing the --
 7              MR. KHOJASTEH:  -- I'm okay with you
 8        proceeding --
 9              MR. BOWMAN:  Oh, here we go.  Heidi found it.
10              MR. KHOJASTEH:  Victory.
11              MR. BOWMAN:  Handing you this.
12   BY MR. BOWMAN:
13        Q.   So are you familiar -- is this a concern for
14   you?  These -- the document refers to bounties imposed
15   on you by the Mexican cartels -- the drug cartels?
16        A.   You're asking me if it's a concern?
17        Q.   I'm asking you if this is a concern for you as
18   you engage in the operations of Midway Blitz?
19        A.   Yes.
20        Q.   Okay.  What do you know about who, within the
21   Mexican cartels, has imposed a bounty on your head?
22              MR. KHOJASTEH:  Well, I'm going to object to
23        form and instruct the witness not to answer that to
24        the extent that doing so would reveal classified
25        information.  For the record, the same issue came
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     up yesterday at the deposition.  This --

2          MR. BOWMAN:  Yeah.  I understand that the same

3     issue has come up repeatedly, and my only intention

4     here is to make a record.

5   BY MR. BOWMAN:

6     **Q.   Mr. Bovino, any questions that I ask you about**

7   **the foundation for these assertions in the Department of**

8   **Homeland Security press release regarding cartel**

9   **bounties on the heads of yourself and others, you're not**

10  **going to answer based on your counsel's invocation of**

11  **the executive privilege; is that correct?**

12         MR. KHOJASTEH:  No.  I would -- it's not --

13         MR. BOWMAN:  Or should I ask the individual

14    questions?  I can --

15         MR. KHOJASTEH:  I think, number one, we should

16    lay a foundation, see whether he does know

17    something, yes or no, right?

18         MR. BOWMAN:  Well --

19         MR. KHOJASTEH:  And then number two, then I

20    will assert the privilege if you want to go --

21    because, look, if you noted, on the scope stuff,

22    I wasn't just saying, no -- no -- no.  I was

23    listening carefully and giving you avenues for

24    asking the questions.  So it's your recall whether

25    you want to do it all on --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. BOWMAN:  I want --
 2              MR. KHOJASTEH:  -- like, together or --
 3              MR. BOWMAN:  I want to have a clear record as
 4       to where --
 5              MR. KHOJASTEH:  That's okay.
 6              MR. BOWMAN:  -- can and cannot go with this.
 7              MR. KHOJASTEH:  That's okay, then -- but --
 8              MR. BOWMAN:  So what I --
 9              MR. KHOJASTEH:  -- but the -- for the record,
10       the objection was that I'm not -- I'm going to
11       instruct him not to answer to the extent that doing
12       so we reveal classified information.
13  BY MR. BOWMAN:
14       Q.   Okay.  What can you tell me, sir, about who
15  has placed a bounty on your head within the cartel or
16  within a Chicago street gang, as alleged in this
17  document?
18              MR. KHOJASTEH:  I'm going to object to form.
19       Lacks foundation.  And I'm also going to instruct
20       him not to answer it to the extent that doing so
21       would reveal classified information or law
22       enforcement privilege, meaning identities
23       of --
24  BY MR. BOWMAN:
25       Q.   Can you --
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            MR. KHOJASTEH:  -- confidential informants,
 2       the like.
 3   BY MR. BOWMAN:
 4       Q.   Can you please answer the question without
 5   revealing protected information?
 6            MR. KHOJASTEH:  If you can.
 7            THE WITNESS:  Know bounties have been placed
 8       on my head by gangs and cartels.
 9   BY MR. BOWMAN:
10       Q.   Okay.  Who are the gangs?
11            MR. KHOJASTEH:  Same objection.  Same
12       instruction.  Objection being lack of foundation.
13   BY MR. BOWMAN:
14       Q.   Who are the gangs?
15       A.   Oh, the --
16            MR. KHOJASTEH:  If you can -- if you know them
17       independent from classified information or law
18       enforcement privileges, you can answer that
19       question. But if you don't -- if it's because
20       it's -- if it's derived from there, then you can't.
21            THE WITNESS:  No.  That -- it's derived from
22       there.  I'm not going to answer it.
23   BY MR. BOWMAN:
24       Q.   Okay.  How do you know that gangs and cartels
25   have placed a bounty on your head?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 103 of 264

```
 1            MR. KHOJASTEH:  Same objection.  Same
 2       instruction.  I think we can -- oh, well,
 3       just -- the instruction is going to be: Do not
 4       answer unless you can do so independently.  I'm not
 5       going to waste your time with the same -- like, the
 6       lengthy one every time. Same objection as the
 7       previous objection with the same instruction.
 8  BY MR. BOWMAN:
 9       Q.    Would you answer my questions?
10       A.    No.
11       Q.    All right.  Based on the instruction?
12       A.    Yes.
13       Q.    Now, is there anyone in Chicago who is
14  involved in this bounty on your head that's associated
15  with the cartels?
16            MR. KHOJASTEH:  I'm going to give the same
17       objection, same instruction.  I'm also going to add
18       an objection on scope here.  Again, we are outside
19       the list of events identified in your Motion for
20       Preliminary Injunction and any foundational
21       questions regarding how he knows of what he knows
22       about those events.
23            MR. BOWMAN:  Okay.
24            MR. KHOJASTEH:  And I still haven't heard any
25       articulation from Counsel, on the record or off the
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        record, as to why these questions, which we've --
 2        candidly, in two hours on the record, have taken up
 3        90 minutes of our time -- why these questions are
 4        appropriate, given Your Honor's explicit order.
 5   BY MR. BOWMAN:
 6        Q.   You're not answering that question?
 7        A.   Can you repeat the question?
 8             MR. BOWMAN:  Could you do it?
 9             THE REPORTER:  Yeah.
10             MR. BOWMAN:  All right.
11                  (The requested question was read back.)
12             MR. KHOJASTEH:  Same objections.  I'm going to
13        instruct you not to answer.
14             THE WITNESS:  I'm not answering the question.
15   BY MR. BOWMAN:
16        Q.   Okay.  Has anyone taken any specific step to
17   endanger your life and with the intention of securing
18   compensation in the form of the bounty?
19             MR. KHOJASTEH:  Object to form.  Lacks
20        foundation, calls for speculation, and also outside
21        the scope.
22             MR. BOWMAN:  Is there an instruction?
23             MR. KHOJASTEH:  I'm going to instruct him not
24        to answer to the --
25             MR. BOWMAN:  Okay.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       MR. KHOJASTEH:  I'm going to -- I'm --

2       MR. BOWMAN:  I -- you should instruct him

3  that.  Okay.

4       MR. KHOJASTEH:  I'm going to instruct him not

5  to answer to the extent that doing so is outside

6  the scope.  However, if you want -- there's a way

7  you can formulate that question about whether

8  people have taken steps to harm him, and he can

9  answer that question, but to secure the bounty and

10  the like, that, again, outside the -- outside the

11  scope.  If it's in relation to use of force and the

12  like, like in a particular setting --

13       MR. BOWMAN:  I just --

14       MR. KHOJASTEH:  -- or one of the events --

15       MR. BOWMAN:  I'm just -- I don't need your

16  help on how to --

17       MR. KHOJASTEH:  I'm speaking.  I don't --

18  I --

19       MR. BOWMAN:  Go ahead.

20       MR. KHOJASTEH:  Guys, am -- is my voice gone,

21  because sometimes I just keep on getting

22  interrupted? And it's funny.  I don't do that to

23  people, and people that I respect don't do that to

24  me, so I don't appreciate getting interrupted

25  repeatedly today.  I assure you you're someone to a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   lot of people.  That doesn't entitle you treat me
2   poorly today.  There's a way you can ask the
3   question if you're getting at the issue of use of
4   force and whether a particular response was
5   appropriate, but if you're asking it with respect
6   to intelligence gathered in connection with Mexican
7   cartel bounties, we are far afield.  And again,
8   Counsel has failed, when given the opportunity
9   repeatedly, to articulate any basis for why this
10  fits into the contours that were clearly set forth
11  by Judge Ellis. So instruction stands, unless
12  Counsel wants to reformulate the question.
13       MR. BOWMAN:  I don't.
14       MR. KHOJASTEH:  Great.
15       MR. BOWMAN:  And --
16       MR. KHOJASTEH:  Let's move on then.
17       MR. BOWMAN:  If we could kind of move this
18  thing along.  I am assuming, based on the course of
19  the past several minutes, that any question that I
20  ask of the witness with respect to the press
21  release about cartel bounties and the specifics of
22  the information, as to what they are and so forth,
23  there's going to be a similar instruction?
24       MR. KHOJASTEH:  Yes, sir.
25       MR. BOWMAN:  Okay.  Thank you.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     MR. KHOJASTEH:  We've been going for a little

2     over an hour.  If you want to take a break right

3     now or offer to the witness, I think that would be

4     appropriate, but your call.

5     MR. BOWMAN:  I think that's a nice idea.  I

6     would love a comfort break.  So why don't we take a

7     break?  If the videographer --

8     THE VIDEOGRAPHER:  I'm going to take us off

9     the record, and the time is 12:41.

10            (A recess was taken.)

11     THE VIDEOGRAPHER:  We're back on the record

12     and the time is 1:09.

13   BY MR. BOWMAN:

14     Q.    Okay.  Mr. Bovino, I'm going to hand you next

15   what I've marked for identification as Exhibit 3 to your

16   deposition.  It's a Criminal Complaint against someone

17   named Juan Espinosa Martinez.  Was recently filed.

18                (Exhibit 3 was marked for

19                identification.)

20     MR. BOWMAN:  And here's --

21     MR. KHOJASTEH:  You take it.  I got -- he's

22     going to give me a copy.

23   BY MR. BOWMAN:

24     Q.    I'm not going to ask you to read the whole

25   thing.  I just wanted you to have this available to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  orient yourself for a couple of questions that I'm going

2  to have for you in relation to it.  You are familiar

3  with the criminal case against Mr. Martinez?

4       A.   Let me -- let me look at this here for just a

5  second here.

6       Q.   Sure.

7       A.   Yeah.  Sorry.  We -- we've apprehended so many

8  criminals.  It's hard to keep them -- keep the names

9  apart from each other, so I'm going to -- I'm going to

10  familiarize myself with this and make sure it's the

11  right criminal out of the hundreds.

12            MR. KHOJASTEH:  Just for -- so I know,

13       Counsel -- and I'm sure it's subject to

14       continuation, so I'm just -- but I'm asking for my

15       information.  No objection yet.  Is this -- is

16       Mr. Espinosa Martinez related to one of the events

17       listed in your Preliminary Injunction Motion?

18            MR. BOWMAN:  It has come up in the context of

19       Mr. Bovino's discussion of the circumstances he

20       faces and the justification for his actions.

21            MR. KHOJASTEH:  But in connection with one of

22       those events?

23            MR. BOWMAN:  In connection, I think, with more

24       than one.

25            MR. KHOJASTEH:  But one of the events inside

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    the -- I just want a straight answer.

2        MR. BOWMAN:  The -- I thought that was a

3    straight answer.

4        MR. KHOJASTEH:  Sorry.  I'm just trying --

5        MR. BOWMAN:  The matter is referred to in our

6    Motion for Preliminary Injunction, and Mr. Bovino

7    has commented publicly on this circumstance by way

8    of explanation for the tactics that he has employed

9    and his agents have employed in Chicago and

10    elsewhere in the Northern District of Illinois over

11    the past weeks, most recently on Fox News on

12    October 29th, yesterday. It does not, that said, in

13    our judgment and in our understanding, have

14    anything whatsoever to do with any specific

15    incident that is -- relates to constitutional

16    violations in the context of the Preliminary

17    Injunction.

18        MR. KHOJASTEH:  So just so you -- give you an

19    idea of where my head is at -- and I'm not making

20    any objections right now.  Subject to you

21    connecting this exhibit, the -- this Criminal

22    Complaint to a specific event or specific statement

23    he made in response to one of the events listed in

24    the Preliminary Injunction, I'm not going to be

25    instructing him not to witness.  I'm going to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    understand that, like, fairly liberally as within

2    the scope, but I -- it's just subject to that

3    connection being made and that foundation being

4    established.  Trying to be helpful.

5  BY MR. BOWMAN:

6        Q.    **Have you had an opportunity to review this?**

7        A.    Do you mean prior to this or now?

8        Q.    **No.  I just -- are you ready for me to ask you**

9  **questions about this?**

10       A.    I just reviewed this.

11       Q.    **Okay.  Thank you.  So there -- this is an**

12  **indictment of the named individual for murder-for-hire**

13  **in violation of Section 1958(a) of the United States**

14  **Criminal Code, right?**

15       A.    That appears so.

16       Q.    **Yes.  And the indictment identifies a victim**

17  **just as victim A.  Is that you?**

18            MR. KHOJASTEH:  Object to form.  To the extent

19            that that's been precluded from public filings, I'm

20            going to instruct the witness -- how do we handle

21            this? Is it attorneys' -- this is all attorneys'

22            eyes only, correct?

23            MR. BOWMAN:  No.  I don't think so.  It's a

24            publicly filed document.

25            MR. KHOJASTEH:  I was referring to the



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1     deposition, sir.
2          MR. BOWMAN:  Pardon me?
3          MR. KHOJASTEH:  I was referring to the
4     deposition.
5          MR. BOWMAN:  Oh, the deposition is attorneys'
6     eyes only.
7          MR. KHOJASTEH:  So I'm trying -- if --
8          MR. BOWMAN:  Sorry.  Go ahead.
9          MR. KHOJASTEH:  Why don't you lay a foundation
10    and ask him whether he knows who victim A is?
11         MR. BOWMAN:  I just asked him if --
12         MR. KHOJASTEH:  You asked him --
13         MR. BOWMAN:  -- if he's victim A.
14         MR. KHOJASTEH:  Then -- if you don't want to
15    ask good questions, instruction is going to be,
16    don't answer.  We haven't -- you haven't
17    established that this has anything to do with the
18    events listed in the Preliminary Injunction.  I
19    don't see even in here.  If you want to point to a
20    page, that would be great.  I'm trying to be
21    helpful and you're, again, being rude.
22  BY MR. BOWMAN:
23    Q.   Okay.  So I am a little confused about where
24  we stand now.  So my question was -- I'll just restate
25  the question so we have a clean record.  My question
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    was: Are you victim A?

 2              MR. KHOJASTEH:  Don't answer that question.

 3              MR. BOWMAN:  And what is the basis for the

 4    instruction, please?

 5              MR. KHOJASTEH:  There's a law enforcement

 6    basis for keeping that name redacted and not

 7    in a public filing.  I just asked you whether this

 8    was -- this deposition -- this portion of the

 9    deposition transcript would be attorneys' client

10    only -- attorneys' eyes only.  I'm not -- I didn't

11    get a clear answer on that.

12              MR. BOWMAN:  Of course it is.  That's what the

13    confidentiality order requires.  I thought we

14    already talked about that.

15              MR. KHOJASTEH:  With respect, I need to -- and

16    we can get you an answer to that question

17    when we're there, but I'm going to need to confer

18    with -- I'm not a criminal guy.  Like, I don't do

19    criminal law, so I don't know what the -- I don't

20    know who that is and I don't want to divulge stuff

21    I'm not supposed to, right? So I can come back to

22    you during a -- after our next break, after I

23    confer, but that -- I'm going to instruct the

24    witness not to answer until then --

25              MR. BOWMAN:  Okay.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  -- if that's okay with
 2     you --
 3              MR. BOWMAN:  I don't --
 4              MR. KHOJASTEH:  -- that approach.
 5              MR. BOWMAN:  -- get veto power over what you
 6     do.  So what I'm understanding, correct me if I'm
 7     wrong, is that there is an assertion of privilege,
 8     law enforcement privilege with respect to my
 9     question, that the assertion is provisional,
10     subject to you potentially withdrawing it after
11     inquiry with somebody in the criminal division?
12              MR. KHOJASTEH:  Yes.
13     BY MR. BOWMAN:
14       Q.   Okay.  Can you tell me --
15              MR. KHOJASTEH:  And also, the -- I need you to
16     connect this to one of the events.  Otherwise,
17     we're outside the scope and I'm going to instruct
18     him not to answer.
19              MR. BOWMAN:  Okay.
20              MR. KHOJASTEH:  So I'll give you some
21     latitude.  The next few questions, if you want to
22     connect it to a particular event, great.
23     Otherwise, until you do so, I'm going to instruct
24     him not to answer.
25     BY MR. BOWMAN:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q.  All right.  What is the source of the $10,000

2    that is allegedly put up as a reward for the murder of

3    the person identified as victim A?

4        MR. KHOJASTEH:  I'm going to instruct the

5    witness not to answer.

6        MR. BOWMAN:  On the basis of law enforcement

7    privilege?

8        MR. KHOJASTEH:  On the basis of outside the

9    scope, law enforcement privilege, and I'm also

10    going to object because the question lacks

11    foundation.

12        MR. BOWMAN:  All right.

13        MR. KHOJASTEH:  And to the extent that it

14    would reveal classified information, I would also

15    instruct him not to answer.  If he knew that based

16    on -- number one, don't know if he knows it because

17    we haven't laid foundation.  Number two, if he does

18    know and it's based on classified information, I'm

19    going to instruct him not to answer.  Number three,

20    law enforcement privilege.  Number four, outside

21    the scope.

22        MR. BOWMAN:  Okay.

23        MR. KHOJASTEH:  Subject to you connecting it

24    to one of the matters listed in the Preliminary

25    Injunction Motion.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      MR. BOWMAN:  Okay.  Can we just agree at this

 2  point that any further questions that I ask the

 3  witness with respect to the allegations in this

 4  indictment will be subject to the same objections

 5  and the same instruction so that I can please move

 6  on?

 7      MR. KHOJASTEH:  I haven't reviewed this in

 8  full.  I don't know what allegations you're going

 9  to be asking about.  If some of these allegations

10  relate to events set -- that occurred in

11  the -- in -- that you've listed in your Preliminary

12  Injunction Motion, then --

13      MR. BOWMAN:  Well, all right.  So let --

14      MR. KHOJASTEH:  -- I'm not going to object and

15  I'm not going to give that instruction.

16      MR. BOWMAN:  All right.  So --

17      MR. KHOJASTEH:  But if -- but that's -- I

18  just -- I'm -- I've asked, like, four times now,

19  like, just ask the question that connects it and

20  then we can go.

21      MR. BOWMAN:  I thought I said quite clearly

22  that this doesn't have anything to do with any of

23  the incidents that is the subject --

24      MR. KHOJASTEH:  So then --

25      MR. BOWMAN:  -- of this case.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       MR. KHOJASTEH:  So then we're going to

2  instruct them not to answer.  Outside the scope.

3       MR. BOWMAN:  Okay.

4       MR. KHOJASTEH:  Based on your representation

5  of this, this has nothing to do with the incidents

6  in your case.

7       MR. BOWMAN:  Yeah, but I mean, I -- Mr. Bovino

8  in his public statements has brought it up as I

9  said, as something that is influencing him or

10  requiring hard tactics or the like, so that's the

11  connection, so you understand.  It's the only

12  connection I can offer you. And I assume --

13       MR. KHOJASTEH:  I think you should go --

14       MR. BOWMAN:  -- that, having heard that

15  connection, you persist in your instruction;

16  is that correct?

17       MR. KHOJASTEH:  I think the way to do this is

18  to start going through the incidents and asking

19  Mr. Bovino, number one, whether he has personal

20  knowledge of them, and number two, whether these

21  things inform his view of it one way or the other,

22  but that's -- there's a way to do this that's

23  proper and tied and tethered to the Court's order.

24  Repeatedly today, I've given you avenues to do so.

25  No one is trying to obstruct your ability to get

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        information, but need -- you need to lay proper
 2        foundation.
 3             MR. BOWMAN:  Tell you what, to the extent you
 4        have a scope objection, as opposed to the other
 5        bases for your instruction, I'm going to offer you
 6        the opportunity to speak with Steve Art on break,
 7        who's prepared to confer with you about it.
 8             MR. KHOJASTEH:  That's great.  But we do have
 9        a scope of objection, so yeah, we can talk to him
10        in the next break.
11   BY MR. BOWMAN:
12        Q.   So turning to another topic, Mr. Bovino, I'm
13   going to play for you what we'll identify as Exhibit 4
14   to your deposition, which is a recording that was taken
15   from a body-worn camera in Los Angeles on June 7th of
16   this year.  And I'd like you to listen to the -- to the
17   clip, and I'm going to have some questions for you about
18   it.
19                  (Exhibit 4 was marked for
20                  identification.)
21             MR. KHOJASTEH:  We're not going to talk about
22        that.  We're going to instruct him not to answer.
23        You can move on.  I'll talk to Steve --
24             MR. BOWMAN:  He hasn't seen the clip.
25             MR. KHOJASTEH:  I know that's a clip from Los
```



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    Angeles in June.  Again, unless the body cam -- you
 2    tell me, did the guy wearing the body camera have a
 3    time machine, like a DeLorean?  Were they, like,
 4    zipping towards a clock tower and they woke up in
 5    October in Chicago?  Because if they didn't, this
 6    is again plainly outside the scope.  This is -- now
 7    we're on -- into your second hour on this -- third
 8    hour. Third hour.  Order -- the judge ordered --
 9    ordered depositions on particular issues.
10         MR. BOWMAN:  So -- all right.  We're going to
11    take a break at this point, in light of the
12    objections that have been made.  So let's go off
13    the record at this point.
14         THE VIDEOGRAPHER:  Okay.  We're going to go
15    off the record, and the time is 1:42.
16              (A recess was taken.)
17         THE VIDEOGRAPHER:  We are back on the record,
18    and the time is 1:50.
19         MR. KHOJASTEH:  Before we get going, just on
20    the issue of the criminal indictment, we're
21    prepared to allow you to ask Chief Bovino yes or no
22    whether he knows the identity of the victim
23    referenced, but prior to doing so, we just -- I
24    have the Motion for Preliminary Injunction here.
25    You had represented to me on the record that this
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    criminal indictment is referenced in this document.
 2    If you can just point me to where it is,
 3    that's -- that'll be helpful.
 4         MR. BOWMAN:  Okay.  So with respect to the
 5    scope issue, I'm going to defer to Steve Art,
 6    who's on the Zoom with us remotely.  Steve?
 7         MR. KHOJASTEH:  Hi, Steve.
 8         MR. ART:  Hey there.  So for the Latin Kings
 9    incident in particular, that is part of the defense
10    raised by the government to the Motion for
11    Injunctive Relief in this case, it's on page 8 of
12    the declarations submitted by the government in
13    support of its opposition, which is Docket 35-1.
14    And so you know, to the extent the government
15    intends to rely on that incident as part of the
16    defense of the case, we're going to ask questions
17    about it.
18         MR. KHOJASTEH:  Is --
19         MR. ART:  If the government --
20         MR. KHOJASTEH:  I apologize.  Go ahead, Steve.
21    My bad.
22         MR. ART:  I was just going to say, if the
23    government wants to disclaim that it's relying on
24    that incident in the defense of these proceedings,
25    we can take that representation and not ask about
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    it.
2         MR. KHOJASTEH:  All right.  Just two
3    questions.  So is it the case that the reference to
4    the -- when you say "Latin Kings incident," that's
5    what this criminal indictment is?
6         MR. ART:  Correct.
7         MR. KHOJASTEH:  So that's the thing we were
8    asking you to connect prior to the call.  We were
9    just asking for the connection to one of the --
10   something in our Preliminary -- in the Preliminary
11   Injunction papers.  And what you're saying is that
12   based on a representation and declaration made in
13   opposition by the government, you'd like to ask
14   questions about this indictment?
15        MR. ART:  Correct.  And so that takes care of
16   scope, but obviously you'll have your other
17   objections.
18        MR. KHOJASTEH:  Right.  And the other -- and
19   just based on that representation, and I appreciate
20   you guys making the connection for us, as we have
21   requested, I'm happy to allow Chief Bovino to --
22   for you to ask questions laying proper foundation
23   regarding the criminal complaint.
24        MR. BOWMAN:  Okay.
25        MR. KHOJASTEH:  Yeah.  We would just note that
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    that declaration is a declaration of a different

2    individual, Mr. Hott.

3         MR. BOWMAN:  Correct.

4         MR. KHOJASTEH:  Okay.  And so if we're going

5    to ask questions about -- of mister -- if we're

6    connect it, I'd ask that you put that into the

7    record so we understand the context in which it's

8    raised.  Because candidly, you represented to me

9    prior to the break that it was in -- it was

10   referenced in your motion, and it's not.  And so I

11   just want to see the Hott declaration myself to

12   confirm that this is actually what's being

13   referenced in there.  We can go off the record so

14   we don't waste your time.

15        MR. BOWMAN:  Why don't we do that?  Let's do

16   that because I'd like to get this done.

17        THE VIDEOGRAPHER:  Okay.  With that, we'll go

18   off the record the time is 1:53.

19             (A recess was taken.)

20        THE VIDEOGRAPHER:  We are back on the record.

21   The time is 1:57.

22        MR. BOWMAN:  All right.  So we were off the

23   record so that counsel for the government could

24   have the opportunity to review the Hott affidavit.

25   We took a paragraph of that affidavit that
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    describes circumstances in -- here in the Northern
 2    District of Illinois that the Midway Blitz folks
 3    take into account allegedly in order to justify
 4    their uses of force.
 5         MR. KHOJASTEH:  So I -- if you're -- are
 6    you -- can I go, Counsel?  Just to --
 7         MR. BOWMAN:  Yeah.
 8         MR. KHOJASTEH:  -- to say our position?
 9    So the -- this is a declaration written by someone
10    else, not Chief Bovino.  It does reference in the
11    last sentence of Paragraph 23, "Cartels and the
12    Latin Kings again have placed 10,000 bounties --
13    $10,000 bounties on the murder of any immigration
14    officer."  I don't know if that is -- what's
15    referenced in the declaration is the criminal
16    complaint about which you'd like to ask questions.
17    I remain -- the government -- the position of the
18    government remains that if you want to ask
19    questions about specific incidents, the ones
20    listed in your Preliminary Injunction Motion, and
21    ask whether cartels or Latin King gangs played a
22    role -- or the concern about cartels and Latin
23    Kings played a role in the use of force in a
24    particular incident, we are -- I think that's
25    completely within the confines of what the Court
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        ordered.  But I think an open-ended investigation
 2        not explicitly tethered to a particular incident
 3        would be contrary to the Court's order.  So I'm
 4        giving you a way to do it, but that's our position.
 5        That said, if you want to ask, I -- we're happy
 6        to -- I think that's the best way to handle it.
 7             MR. BOWMAN:  Well, I --
 8             MR. KHOJASTEH:  And so otherwise the
 9        instruction is going to stand.
10             MR. BOWMAN:  Okay.  Well, I think what we
11        should do is talk to Judge Ellis about this.
12             MR. KHOJASTEH:  Sure.
13             MR. BOWMAN:  All right.  So why don't we go
14        off the record and see if we can get Judge Ellis on
15        the phone?
16             THE VIDEOGRAPHER:  Okay.  We'll go off the
17        record, and the time is 1:59.
18                  (A recess was taken.)
19             THE VIDEOGRAPHER:  We're back on the record,
20        and the time is 2:01.
21   BY MR. BOWMAN:
22        Q.   Okay.  So -- okay.  So Mr. Bovino, do you have
23   concerns as you go about your business in the Northern
24   District of Illinois that the Latin Kings have a bounty
25   on your head, and is that affecting your actions here?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Kentuckiana
COURT REPORTERS

```
 1              MR. KHOJASTEH:  Object to form.  Lacks
 2         foundation.  And vague as to "actions here."
 3   BY MR. BOWMAN:
 4         Q.   Your immigration enforcement actions?
 5              MR. KHOJASTEH:  Again, same objection.
 6         Which ones?
 7   BY MR. BOWMAN:
 8         Q.   Any of the immigration enforcement actions
 9   that have been the subject of discussion in the papers
10   filed in this case, including all of the declarations,
11   all of the video, all of the papers filed by the
12   government, and all of the papers filed by us.  That's
13   my question.  Is it clear to you, sir?
14         A.   And what's the question again?
15         Q.   The question again is: Does -- do you have a
16   fear that is affecting your actions and your enforcement
17   operations in the Northern District of Illinois of a
18   bounty placed on your head by the Latin Kings or someone
19   affiliated by -- with the Latin Kings, and is that
20   affecting your judgment as to appropriate uses of force,
21   appropriate responses to the protestors that you
22   encounter?
23              MR. KHOJASTEH:  Object to form.
24         Lacks foundation.  Vague as to the actions you're
25         referring to.  He's asking about the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          specific -- I'm just helping you.  He's asking
 2          about the specific actions that are listed in the
 3          Preliminary Injunction Motion about which you have
 4          personal knowledge.  How, if at all, did the bounty
 5          placed on your head by Mexican cartels or anyone
 6          else impact your view of the use of force or
 7          dealing with protestors; is that fair?
 8               MR. BOWMAN:  That is not the question.
 9               MR. KHOJASTEH:  Okay.  So fix it.  Fix it.
10          I'm with you.  I was -- I was trying to be helpful.
11     BY MR. BOWMAN:
12          Q.   Okay.  Do you hold the view that a bounty
13     allegedly on your head by the Latin King street gangs or
14     someone affiliated with the Latin Kings is relevant and
15     requires consideration as you make judgments about your
16     enforcement response and your interactions with
17     protestors here in the Northern District of Illinois in
18     regards to those matters that we've been talking about
19     in this litigation?
20               MR. KHOJASTEH:  Object to form.  Lacks
21          foundation.  Vague as to "those matters in this
22          litigation."  You can't just say specific -- the
23          specific events listed in the Preliminary
24          Injunction Motion?  You want to have some, like,
25          broad --
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**Kentuckiana**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      MR. BOWMAN:  I --

2      MR. KHOJASTEH:  -- thing that's not going to

3  be useful?

4      MR. BOWMAN:  I think that there are other

5  events other than those listed --

6      MR. KHOJASTEH:  Yeah, but that's not what

7  the  --

8      MR. BOWMAN:  -- in the Preliminary Injunction

9  Motion before the --

10      MR. KHOJASTEH:  That's not what the order is

11  about.

12      MR. BOWMAN:  But for the sake of --

13      MR. ART:  Let's -- Locke, can I interject?

14      MR. BOWMAN:  Sure.

15      MR. ART:  I think that --

16      MR. KHOJASTEH:  Steve, please.

17      MR. ART:  I think we need to call the judge at

18  this point because the obstruction has been going

19  on all day long and there is no limitation that

20  Counsel is referencing to the scope of this

21  deposition --

22      MR. KHOJASTEH:  Except the one in the -- in

23  her order?

24      MR. BOWMAN:  I don't think that there's any

25  point in arguing further about it.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**Kentuckiana**
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          MR. KHOJASTEH:  No, but --
 2          MR. BOWMAN:  I agree with Mr. Art's
 3    suggestion.  I'm going to try and get Judge Ellis
 4    on the line.  Let's go --
 5          MR. KHOJASTEH:  We're not going off the
 6    record.
 7          MR. ART:  That's great.
 8          MR. BOWMAN:  Okay.
 9          MR. KHOJASTEH:  Both parties have to agree to
10    that.  Mr. Art, just so I understand it, correct me
11    where -- and I've asked for this, like, four or
12    five times today, someone to articulate under --
13    tell me where I'm wrong here, but my understanding
14    is that she said, "The depositions are limited to
15    the events that are identified in the Motion for
16    Preliminary Injunction.  And you can talk -- you
17    know, you can ask questions briefly about the scope
18    of the responsibilities and, you know,
19    foundationally, how do they know what they know."
20    I'm just asking, why are we -- on what basis
21    are -- is lines of examination allowed to go beyond
22    this -- what she said, which was the specific
23    events listed in the Preliminary Injunction Motion.
24    And if you can articulate that for me --
25          MR. ART:  So let me --
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**Kentuckiana**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    MR. KHOJASTEH:  -- I'm happy to work with you.

2    MR. ART:  Let me know when you're ready for a

3    response.

4    MR. KHOJASTEH:  Ready.

5    MR. ART:  Okay.  She ruled in the transcript

6    that you're reading, starting at Page 106, that

7    there would be no questions about the motivations

8    for Operation Midway Blitz at the highest levels of

9    government.  We understand that limitation.  She

10   said that all theories and issues in the First

11   Amended Complaint and in the Preliminary Injunction

12   Motion are at issue in this deposition.  We are

13   asking questions currently about the government's

14   defense to those theories and allegations.  So

15   let's call the judge and get clarification about

16   whether we can ask --

17   MR. KHOJASTEH:  Can I respond just so I

18   understand your position?  Because my reading was

19   that as to those specific events, you can ask these

20   questions about what they're doing implicating

21   First Amendment, Fourth amendment, religious

22   freedom.  Like, wouldn't that -- would -- like,

23   that's what I understand this to be.

24   MR. ART:  Okay.

25   MR. BOWMAN:  So I think that we're

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    just -- have a different view of the world,

 2    and --

 3         MR. KHOJASTEH:  Okay.

 4         MR. BOWMAN:  -- make sure that Judge Ellis can

 5    set us all straight.  So I have her number queued

 6    up on my phone.  Obviously when the judge comes on

 7    the line, we'll need to go back on the record, but

 8    the mechanics of getting her -- get -- getting the

 9    call placed to her, you don't need to record, okay?

10         THE VIDEOGRAPHER:  Okay.  So do all parties

11    agree to go off the record?

12         MR. KHOJASTEH:  Yeah, we agree to go off the

13    record.

14         THE VIDEOGRAPHER:  Okay.  We're off the

15    record.  The time is 2:07.

16              (A recess was taken.)

17         MR. BOWMAN:  One of the lawyers in the --

18         MS. HUTCHENS:  Okay.

19         MR. BOWMAN:  And we are in the deposition of

20    Mr. Bovino, and there is --

21         MS. HUTCHENS:  There is an issue.

22         MR. BOWMAN:  Yes.

23         MS. HUTCHENS:  Okay.  Let me put you on hold.

24    Judge Ellis is just walking at the door.

25         MR. BOWMAN:  Okay.  Thank you.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**Kentuckiana**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          MS. HUTCHENS:  You're welcome.

 2          MR. BOWMAN:  Steve, are you able to

 3    participate in this call?  Hello?

 4          MR. ART:  Yes.

 5          MR. BOWMAN:  Okay.  I'm going to put the phone

 6    over near where you're coming in, so.

 7          MS. HUTCHENS:  Hello?

 8          MR. BOWMAN:  Hello.

 9          MS. HUTCHENS:  One moment.

10          MR. BOWMAN:  Yes.

11          MS. HUTCHENS:  Hi.  The judge asked if you

12    could come upstairs in five minutes into the

13    courtroom.

14          MR. BOWMAN:  We can -- yes, we can come up

15    in -- upstairs in five minutes.  I need to warn you

16    that I'm not fit to be seen.  I didn't expect to be

17    in court, but I'll be there.

18          MS. HUTCHENS:  Okay.  And the other side, too,

19    obviously.

20          MR. BOWMAN:  Oh, absolutely.  Yes.

21          MS. HUTCHENS:  Okay.

22          MR. BOWMAN:  Thanks.

23          MS. HUTCHENS:  Thank you.

24          MR. BOWMAN:  Bye.

25          MS. HUTCHENS:  Bye.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                      (A recess was taken.)

 2            THE VIDEOGRAPHER:  We are back on the record.

 3       The time is 3:19.

 4            MR. KHOJASTEH:  So -- it just turned on.

 5            THE WITNESS:  Is it muted?

 6            MR. KHOJASTEH:  Go ahead.

 7            MR. BOWMAN:  We having a technical issue?

 8            MR. KHOJASTEH:  No, we're good.

 9            MR. BOWMAN:  Okay, all right.  So I want to

10       make sure I understand one thing.  Objections to my

11       questioning of Mr. Bovino regarding the Cartel

12       press release, the DHS press release that we

13       identified as Exhibit 2, I believe, for the

14       deposition.  And now that we've cleared up the

15       issue of scope, I assume it's still off limits to

16       me because of the law enforcement privilege that

17       you were also asserting; is that correct?

18            MR. KHOJASTEH:  To the extent that he knows

19       anything about that press release, and it's not

20       derived from classified information, we're not

21       going to instruct him not to answer.

22            MR. BOWMAN:  Okay.

23  BY MR. BOWMAN:

24       Q.   So Mr. Bovino, I have some questions for you

25  about what information you have regarding a bounty being
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    placed on your head by Mexican cartels.  Can you tell me

2    which Mexican cartels have a bounty on your head?

3            MR. KHOJASTEH:  Object.  And I'm going to

4        instruct you not to answer to the extent that doing

5        so would reveal classified information.

6    BY MR. BOWMAN:

7        Q.    Okay.  Please answer my question to the extent

8    you can.

9        A.    I'm not going to answer that.

10       Q.    All right.  Do you have -- what information do

11   you have that the Mexican cartels have an interest in

12   monitoring the operations of Midway Blitz in the

13   neighborhoods of Pilsen and Little Village here in

14   Chicago?

15           MR. KHOJASTEH:  Same objection.

16           MR. BOWMAN:  Okay.

17           MR. KHOJASTEH:  Same objection.  And same

18       instruction.

19   BY MR. BOWMAN:

20       Q.    And will you answer my question, sir?

21       A.    No, sir.

22       Q.    You're following your counsel's instruction,

23   correct?

24       A.    Yes.

25       Q.    All right.  There is an allegation here that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    cartels have disseminated a structured bounty program to
2    incentivize violence against federal personnel.
3    Is your information that that includes you?
4            MR. KHOJASTEH:  Object to form.  Lacks
5        foundation.
6            MR. BOWMAN:  Okay.
7    BY MR. BOWMAN:
8        Q.    Answer please.
9            THE WITNESS:  I'm sorry.  What -- what did you
10       say?
11           MR. KHOJASTEH:  I said lacks foundation.
12       You can answer.
13           THE WITNESS:  Okay.
14           MR. KHOJASTEH:  Just not the source of the
15       information, but you can answer the question he
16       asked, which is -- go ahead.
17           THE WITNESS:  Yes.
18   BY MR. BOWMAN:
19       Q.    Okay.  What information do you have?
20       A.    That there's a bounty on my head.
21       Q.    Okay.  Can you tell me how you acquired that
22   information?
23           MR. KHOJASTEH:  Object to form.  And I'm going
24       to instruct him not to answer to the extent that
25       doing so would reveal classified information.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   BY MR. BOWMAN:

 2        Q.    You'll follow that instruction and not answer?

 3        A.    I am following that instruction.

 4        Q.    Okay.  Which cartels have established this

 5   structured incentive -- sorry, let me start over.  It's

 6   been a long day.  Which cartels have placed this

 7   structured bounty on your head and the heads of others?

 8             MR. KHOJASTEH:  Object to form.  I'm going

 9        to -- asked and answered.  And I'm also going to

10        instruct him not to answer if to the extent doing

11        so reveals classified information.

12             MR. BOWMAN:  Okay.

13   BY MR. BOWMAN:

14        Q.    Will you answer the question, please?

15        A.    No.

16        Q.    What information do you have that the Mexican

17   cartels have any -- maybe I asked this question already.

18   If I did, I apologize.  What information do you have

19   that the Mexican cartels have any interest in the

20   operations of Midway Blitz in Chicago?

21             MR. KHOJASTEH:  Same objection.  Same

22        instruction.

23   BY MR. BOWMAN:

24        Q.    Will you answer that question?

25        A.    No.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      Q.   The statement here is that Antifa groups have

 2   provided logistical support for protests here in Chicago

 3   as well as in Portland.  Is that correct information?

 4           MR. KHOJASTEH:  Object to form.  Lacks

 5        foundation.  Calls for speculation.

 6           THE WITNESS:  I don't know what statement

 7        you're talking about.

 8   BY MR. BOWMAN:

 9      Q.   It says here in -- let's see.  Do you have the

10   exhibit in front of you?  I think I have your copy of it

11   here.  Let me hand you Exhibit 2 for identification.

12           It says in the third paragraph from the

13   bottom: "In Portland and Chicago, Antifa Groups have

14   provided logistical support, such as pre-staged protest

15   supplies, doxxing of agent identities, on the ground

16   interference to shield cartel-linked individuals from

17   deportation."  What information do you have, sir, to

18   support that statement?

19           MR. KHOJASTEH:  Object to form.  Lacks

20        foundation.  You can answer if you know.

21           THE WITNESS:  I understand that groups have

22        provided logistical support, such as pre-stage

23        supplies and doxxing of agents.

24   BY MR. BOWMAN:

25      Q.   Okay.  What groups are these?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    I don't know.

 2        Q.    Okay.  What individuals in these groups?

 3        A.    I don't know.

 4        Q.    What information do you have that

 5   those -- that that logistical support has in fact been

 6   provided?

 7            MR. KHOJASTEH:  Object to form.  Lacks

 8        foundation.  I'm going to instruct you not to

 9        answer to the extent that doing so would reveal law

10        enforcement privilege or classified material --

11        implicate classified materials.  But otherwise,

12        you can answer.

13   BY MR. BOWMAN:

14        Q.    Could you answer my question, please?

15        A.    No.

16        Q.    What specifically is the logistical support

17   that has been provided -- or actually strike that

18   question.  Was logistical support provided by Antifa for

19   any of the incidents that have been the subject of

20   discussion in this case?

21            MR. KHOJASTEH:  Object to form.  Lacks

22        foundation.

23            THE WITNESS:  Groups have provided support.

24   BY MR. BOWMAN:

25        Q.    Yes.  Which groups?  What support?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Kentuckiana**
COURT REPORTERS

1    A.   I don't know.

2    Q.   **What incidents?  Support from what?  What**

3  **specific events have been supported by groups?**

4         MR. KHOJASTEH:  Just which question are you

5    asking there?

6         MR. BOWMAN:  The last one.

7         MR. KHOJASTEH:  Okay.

8         THE WITNESS:  And you're asking me which

9    groups or what, I don't -- you -- you asked a

10   couple of things there.

11  BY MR. BOWMAN:

12   Q.   **Yeah.  Which groups have provided the support**

13  **that you are indicating they've provided?**

14   A.   I don't --

15   Q.   **Identified they --**

16   A.   I don't know who they are.

17   Q.   **You don't know who groups are?**

18   A.   I -- I already answered that.

19   Q.   **What is the support that they provide?**

20        MR. KHOJASTEH:  Object to form.  Lacks

21   foundation.

22        THE WITNESS:  I've seen riot shields with

23   spikes, several stacks of those.

24  BY MR. BOWMAN:

25   Q.   **Okay.  And what does --**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.    And I'm not done yet.  I'm not done yet.

2     Q.    **Go ahead.**

3     A.    I've seen riot shields with spikes driven

4  through them.  I've seen piles of bricks, piles of

5  chopped up pavements.  I've seen blocks and chains. I've

6  also seen unidentified liquids with dispersal mechanisms

7  that appear to be able to disperse some type of a

8  chemical -- some type of a chemical at a -- at a long

9  distance.

10    Q.    **Okay.  Have you seen -- where have you seen**

11 **these things?**

12    A.    I saw these at Broadview ICE Detention

13 Facility.

14    Q.    **When?**

15    A.    I don't remember the exact date.

16    Q.    **Approximately when?**

17    A.    It's approximately September of 2025.

18    Q.    **On how many occasions did you see that?**

19    A.    I saw that on -- I can't remember.

20    Q.    **Have you seen -- have you identified the**

21 **source of these materials that you've just described?**

22    A.    I have not.

23    Q.    **Okay.  Has anyone else, to your knowledge?**

24    A.    I don't know.

25    Q.    **Is that what's being referred to in this press**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   release?

2           MR. KHOJASTEH:  Object to form.  Lacks

3       foundation.  Calls for speculation.

4           THE WITNESS:  I don't know if that's what this

5       press release is referring to.

6   BY MR. BOWMAN:

7       Q.   What information do you have, if any, that

8   criminal networks are impeding the operations of

9   immigration enforcement in the course of Midway Blitz?

10      A.   Could you repeat that one please?

11      Q.   Yes.  What information do you have that

12  criminal networks are impeding the work of Operation

13  Midway Blitz?

14      A.   Can you define criminal networks?  What are

15  you --

16      Q.   No, I can't.  I'm reading from this statement

17  that Secretary Noem makes here.

18      A.   I don't know.

19      Q.   I don't either.  So you have no such

20  information?

21          MR. KHOJASTEH:  Object to form.

22      Mischaracterizes.  Lacks foundation.  You haven't

23      even established whether he had any involvement

24      creating this press release.

25          MR. BOWMAN:  Don't start.



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  Just saying.
 2              MR. BOWMAN:  Don't start.
 3              THE WITNESS:  I don't know what the press
 4        release is referring to.
 5  BY MR. BOWMAN:
 6        Q.    Okay.  Do you believe that criminal networks
 7  are impeding your enforcement responsibilities here in
 8  the Northern District of Illinois?
 9        A.    Yes.
10        Q.    What criminal networks?
11        A.    I believe that several criminal networks are
12  impeding our ability here in the Northern District. Such
13  as transnational street gangs like the Latin Kings and
14  potentially others.
15        Q.    What information do you have to support that
16  assertion?
17              MR. KHOJASTEH:  Object to form.  I'm going to
18        instruct him not to answer to the extent that it
19        reveals law enforcement privilege or implicates
20        classified information.
21  BY MR. BOWMAN:
22        Q.    Okay.  Will you answer my question, please?
23        A.    No.
24        Q.    What have the criminal networks done to impede
25  your progress in operation Midway Blitz?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    Criminal networks have utilized dangerous

2 tactics to assault border patrol agents in the

3 performance of their duties.

4    Q.    **What dangerous tactics?**

5    A.    Those dangerous tactics include the ramming,

6 or attempted ramming of border patrol vehicles, while

7 they are conducting -- while they are in the performance

8 of their duties.  Those networks include -- that -- that

9 also includes the use of spotters on rooftops and other

10 tactics.

11    Q.    **And what information do you have to connect**

12 **these events to criminal networks?**

13        MR. KHOJASTEH:  Object to form.  Going to

14     instruct him not to answer to the extent it reveals

15     law enforcement privilege or --

16 BY MR. BOWMAN:

17    Q.    **Okay.  Will you answer my question?**

18    A.    No.

19    Q.    **Okay.**

20        MR. KHOJASTEH:  -- or classified information.

21 BY MR. BOWMAN:

22    Q.    **So I want to turn next to what we marked for**

23 **identification as Exhibit 3.  This is the criminal**

24 **complaint that I hope you still have in front of you,**

25 **relating to Mr. Espinosa Martinez.**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 142 of 264 PageID #:8034

```
 1        A.    Got it.  Yeah.
 2        Q.    So I had some questions for you about this
 3   criminal complaint.  Who is Victim A referred to in the
 4   Probable Cause Affidavit?
 5        A.    I don't know.
 6        Q.    And do you have any reason to believe it's
 7   yourself?
 8        A.    I -- I don't know.
 9        Q.    Do you have any reason to believe it's anyone
10   connected to your work in Midway Blitz?
11        A.    I -- I don't know.
12        Q.    Okay.  Do you know what Mr. Espinosa
13   Martinez's connection is to the Latin King street gangs,
14   if any?
15             MR. KHOJASTEH:  Object to form.  I'm going to
16        instruct him not to answer, to the extent that
17        doing so would reveal law enforcement privilege or
18        classified information.
19   BY MR. BOWMAN:
20        Q.    Okay.  Will you answer my question, sir?
21        A.    No.
22        Q.    Okay.  What information do you have as to the
23   source, if any, for the money that is referred to in
24   Paragraph 4 of the Probable Cause Affidavit --
25             MR. KHOJASTEH:  Same --
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MR. BOWMAN:

Q.    -- the so-called $10,000 reward?

MR. KHOJASTEH:  Same objection.  Same
instruction.

BY MR. BOWMAN:

Q.    Will you answer my question?

A.    No.

Q.    What information do you have, if any, that any
single concrete step was taken in furtherance of this
murder, other than the Snapchat post that's referred to
in the affidavit?

MR. KHOJASTEH:  I'm going to object to form.
Lacks foundation.  You haven't established he has
anything to do with this investigation or anything.
So I'm just --

MR. BOWMAN:  Don't -- you --

MR. KHOJASTEH:  Okay.  I'm just telling --

MR. BOWMAN:  -- object to the form.  You
object to the foundation.  You have done your job.

MR. KHOJASTEH:  And I'll instruct you not to
answer to the extent that doing so would reveal
law -- if you have any information, doing so would
reveal law enforcement privilege or classified
information.

MR. BOWMAN:  Understood.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    BY MR. BOWMAN:

2         Q.    And will you answer my question please, sir?

3         A.    No.

4         Q.    Okay.  Thank you.  Okay.  I would like to play

5    for you next, a video tape that was captured by a

6    body-worn camera that is, I believe, recording you

7    admonishing the federal agents under your command on

8    June 7th of this year in Los Angeles.  And so we'll

9    listen to this tape, and then I'll have some questions

10   for you about it.

11        MR. KHOJASTEH:  Object to the

12        characterization, but go for it.

13             (Video recording played.)

14        MR. BOVINO:  Arrest as many people, that touch

15        you, as you want to.  Those are the general orders,

16        all the way to the top, everybody fucking gets it

17        if they touch you.  You hear what I'm saying?

18        UNIDENTIFIED SPEAKER:  Yes sir.

19        MR. BOVINO:  Less lethals, we're going to look

20        at shipping a tractor trailer release of that shit

21        in here.  So you catch what I'm -- it's all about

22        us now. It ain't about them.  Professional, legal,

23        ethical, moral.  You know what we're talking about?

24        Legal, ethical, moral.  You're on camera.  But

25        other than that, it's what we do.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**Kentuckiana**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          UNIDENTIFIED SPEAKER:  Whose city is it chief?
 2          MR. BOVINO:  Fucking ours --
 3               (Video recording stopped.)
 4          MR. KHOJASTEH:  The last part is stopping.
 5          THE WITNESS:  Mine's not working.
 6          MR. BOWMAN:  Yeah.  So --
 7          MR. KHOJASTEH:  If it's relevant to the
 8     questioning, fine.  If it's not, then don't
 9     worry --
10          MR. BOWMAN:  Yeah.  It's -- it is relevant. Is
11     there --
12          THE REPORTER:  There -- it didn't play that
13     whole time?
14          MR. KHOJASTEH:  No, just the last part
15     that --
16          MR. BOWMAN:  The last part we didn't hear.
17     It got clipped out.
18               (Video recording played.)
19          MR. BOVINO:  Arrest as many people, that touch
20     you, as you want to.  Those are the general -- it's
21     what we do.
22          UNIDENTIFIED SPEAKER:  Whose city is it chief?
23          MR. BOVINO:  Fucking ours -- it's our fucking
24     city.
25               (Video recording stopped.)
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

█████████████

```
 1              THE WITNESS:  It's all broken up here.
 2              MR. KHOJASTEH:  Was the end of it just, "it's
 3         our fucking city"?
 4              MR. BOWMAN:  Yeah.
 5              MR. KHOJASTEH:  There was nothing else -- if
 6         there's nothing else after that, then we've got it.
 7              MR. BOWMAN:  I don't -- I'm not sure that the
 8         witness has heard everything.  Let's play it one
 9         more time.  If we can -- I don't know if there's
10         another source for this that might be better?
11              MR. KHOJASTEH:  If you want to represent what
12         it says at the end, that's okay.
13              MR. BOWMAN:  Okay.  Let's do this then.  Let's
14         move on.
15    BY MR. BOWMAN:
16         Q.   So first question for you, sir, is -- is that
17    you in the video, and did you say these things to the
18    agents under your command on June 7th in Los Angeles?
19         A.   That -- that appears to be me and -- and it
20    appears to be what I said there on -- sometime.  I don't
21    know what the date of that -- of that was.
22         Q.   Do you recall saying those things?
23         A.   I don't recall everything.  I don't -- I don't
24    recall everything.  No.
25         Q.   But you have no doubt that you said that?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    I believe that I said what was on -- on the
2  video there.
3      Q.    All right.  So the instruction that you gave
4  to your officers was that they had full reign to arrest
5  anyone who so much as touched them.  That, in essence,
6  was what you said to the officers, right?
7      A.    No.
8      Q.    Well, should we interpret you as saying
9  something different?
10     A.    I don't know how you want to interpret me, but
11 that -- that's not -- not what I said.
12     Q.    Okay.  Well, is that what you meant?
13     A.    No.
14     Q.    What did you mean?
15     A.    When someone impedes, delays, obstructs, or
16 assaults a federal officer, then those Border Patrol
17 agents have a right to, and should, arrest them.
18     Q.    Okay.  If they touch the agent, right?  Those
19 were your words?
20         MR. KHOJASTEH:  Object to form as --
21 BY MR. BOWMAN:
22     Q.    If anybody touches you, you have -- you can
23 arrest them?
24     A.    Yeah, assaults an agent.
25     Q.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 286-31 Filed: 11/24/25 Page 148 of 264

```
 1        A.    Assaults an agent.

 2        Q.    Anybody who touches you, you can arrest?

 3        A.    Well, assault an agent is -- yes.

 4        Q.    Okay.  Now, does that statement, "anybody who

 5   touches you, you can arrest," does that apply in Chicago

 6   equally as it did in Los Angeles?

 7             MR. KHOJASTEH:  Object to form.

 8        Mischaracterizes the testimony.

 9             THE WITNESS:  As I said in there, touches you

10        legally, ethically, and morally, it applies

11        anywhere.

12   BY MR. BOWMAN:

13        Q.    Okay.  Including here in Chicago?

14        A.    Yeah.  Legally, ethically, and morally.  Yes.

15        Q.    Okay.  You talked about the availability of

16   munitions to your officers, and you indicated to them

17   that large quantities of munitions were going to be

18   supplied to them and -- you said that, right?

19        A.    I -- I said that more munitions would be

20   coming.

21        Q.    Be coming.  And was that encouragement in

22   effect to your officers that they should not hesitate to

23   consume their supply of munitions because more would be

24   coming?

25        A.    No.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q.   What did you mean by telling them that more

2  munitions would be coming?

3     A.  At the time that I said that, there were

4  approximately 1,000 violent protestors outside the gates

5  of that facility that were assaulting our agents to the

6  tune of several assaults an hour, and trying to get into

7  the gate to that facility.  And -- and I was letting the

8  officers know that utilizing the less lethal was

9  permitted, but we were going to get more because, at

10  that point, there had been so many assaults on federal

11  officers that we were -- our inventory was running low.

12  So I actually had to call for more due to that vast

13  amount of assaults that was occurring, actually,

14  every -- almost every minute.

15     Q.   Okay.  And has that situation also been a

16  problem here in Chicago, that so many assaults are

17  recurring and so many uses are required for the munition

18  supply, that you've had to call for more?

19     A.   No.

20     Q.   At the end of this little speech, you say

21  words to the effect of, these are our fucking streets.

22  Did you heard yourself say that, right?

23     A.   I can't remember exactly what that was.

24     Q.   Something to that effect.  Yes?

25     A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    What did you mean by that?

2    A.    As violent protestors overran the actual

3  streets in front of that ICE -- that ICE facility, that

4  government facility, as they actually overran the

5  streets by the thousands and assaulted Border Patrol

6  agents, and other federal officers as well, that those

7  streets belong to America, the public, and that is, it's

8  upon us to ensure that we open the streets legally,

9  ethically, and morally.

10    Q.    Okay.  Now, there are a number of incidents

11  that are in issue in this case that we have together

12  that occurred out at the Broadview ICE facility.  And

13  you have that in focus, right?

14    A.    Well, what -- what -- what incidents?

15    Q.    At Broadview.

16    A.    Yeah, I don't know which incidents you're

17  talking about.

18    Q.    I'm not talking about any particular one.

19  I'm saying there have been a number of incidents in

20  which munitions have been deployed at Broadview, right?

21    A.    Munitions have been --

22    Q.    Deployed at Broadview.

23    A.    -- deployed at Broadview?

24    Q.    Yes.  There are a number of incidents in which

25  take-downs have been employed at Broadview, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  Object to form.
 2              THE WITNESS:  Individuals that were assaulting
 3         Border Patrol agents and/or Allied Federal Law
 4         Enforcement Partners were arrested for assault at
 5         Broadview.
 6    BY MR. BOWMAN:
 7         Q.   Yes.  And there have been a number of
 8    incidents in which PepperBalls have been shot into
 9    crowds of protestors, right?
10         A.   I don't know.
11         Q.   You don't know about that?
12         A.   I don't know.
13         Q.   Okay.
14         A.   There's a number of events.
15         Q.   It has been a problem keeping the streets
16    clear in front of the Broadview ICE facility.  Can we
17    agree about that?
18              MR. KHOJASTEH:  Object to form.
19              THE WITNESS:  The streets in front of
20         Broadview have been occluded by large numbers of
21         violent protestors at times.
22    BY MR. BOWMAN:
23         Q.   So would the same point that you made in Los
24    Angeles apply outside of Broadview, here in
25    Chicago -- or sorry, here in the Northern District of
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Illinois, these fucking streets are ours?

 2        A.    No.

 3        Q.    And why not?

 4        A.    Each case is specific and taken upon its own

 5   merits.  And that's a different case than Los Angeles,

 6   and it's not to be confused with Los Angeles, which is a

 7   different place, a different date, a different time, and

 8   a different situation.

 9        Q.    Have you ever instructed your agents here in

10   Operation Midway Blitz that they should -- they should

11   recognize that these fucking streets are ours?

12        A.    Are you asking if I've said that to them?

13        Q.    Yes.  Have you instructed them either with

14   those words or with words to that effect?

15        A.    I have not told my agents that these fucking

16   streets are ours here at Broadview.

17        Q.    Okay.  Have you said words to that effect to

18   them?

19        A.    Yeah, I don't recall.

20        Q.    You may have, you may not.  You don't

21   remember?

22        A.    I just said I don't recall.

23              MR. BOWMAN:  Okay.  Can I have this?

24              THE REPORTER:  Uh-huh.

25              MR. BOWMAN:  Thank you.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    BY MR. BOWMAN:

 2         Q.   I'm marking next, for identification as

 3    Exhibit 5, a transcript of an interview that you gave to

 4    a local reporter here in Chicago who works for the local

 5    CBS News affiliate.  And I'll hand it to you and a copy

 6    to your Counsel.  I've got an extra one that I'd love to

 7    get rid of.

 8                   (Exhibit 5 was marked for

 9                   identification.)

10         THE REPORTER:  Thank you.

11    BY MR. BOWMAN:

12         Q.   So what we did, Mr. Bovino, is we took the

13    television recording and we employed a court reporter,

14    like Megan here, to listen to it and make a transcript.

15    So I'm hoping we can agree that this is a reliable

16    record of what you said in response to the questions you

17    were asked.  Take a minute to look at the transcript and

18    I'll have some questions for you about it.  It's quite

19    short.

20         MR. KHOJASTEH:  A quick question for you,

21         Counsel.  Is this the complete -- is this a

22         transcript of the complete interview?

23         MR. BOWMAN:  This is a transcript of the

24         portion of a news segment in which Nicole Sganga

25         interviewed --
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    THE WITNESS:  It's not the entire interview.
 2                    MR. BOWMAN:  -- Mr. Bovino.  It is the
 3          entirety of that portion that aired.
 4   BY MR. BOWMAN:
 5          Q.   So I'm sure she asked you other questions,
 6   Mr. Bovino, but this is what we were able to see on the
 7   news.
 8                    MR. KHOJASTEH:  I'm just going to -- you can
 9          use -- obviously ask your question, but I'm
10          just -- I have a standing objection to the fact
11          that this is -- on the basis that this is an
12          incomplete report.  You can answer to the extent
13          you remember any of this.
14   BY MR. BOWMAN:
15          Q.   Let me know -- just look at me when you're
16   ready for me to ask you questions.  Is that --
17          A.   I just looked at you.
18          Q.   Okay.  So one of the things that you say is
19   that you have seen a number of uses of force in the
20   Chicago land area over the course of Midway Blitz,
21   right?
22          A.   In -- in -- in -- in this I said that?
23          Q.   No.  I'm asking you --
24          A.   No, I -- I didn't say that there.
25          Q.   I'm asking you a question, sir.  It's just a
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    simple question.  You have seen a number of uses of
2    force over the course of your time here in the Chicago
3    area, correct?
4         A.   I have seen use of force here.
5         Q.   And you have participated --
6              MR. KHOJASTEH:  Let him finish, please.
7    BY MR. BOWMAN:
8         Q.   -- in uses of force, correct?
9         A.   I have what?  I have what?
10        Q.   Participated in uses of force?
11        A.   I have used force --
12        Q.   Right.
13        A.   -- here in Chicago.
14        Q.   Okay.  So I'm going to just read the entirety
15   of your answer to a question that the reporter asks you
16   about whether the uses of force have been proper. Here's
17   what you say, and I'm quoting from the exhibit, Page 3,
18   Lines 10 to 17, "The use of force that I've seen,
19   Nicole, and I've been here at the Broadview facility
20   during some of those riots in which extremists and
21   others did attack federal law enforcement agents, and
22   the use of force that I've seen has been exemplary. And
23   by exemplary, I would say the least amount of force
24   necessary to accomplish the mission."  Do you recall
25   saying that to Ms. Sganga?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 280-31 Filed: 11/24/25 Page 156 of 264

```
 1        A.    Yes.

 2        Q.    And is that true?

 3        A.    Yes.

 4        Q.    Okay.  Now we have progressed, you know, in

 5   time, several weeks past the date of this interview. If

 6   I were to ask you today, is it true that all of the uses

 7   of force that you are aware of, that you or any other

 8   federal agent has -- in -- has applied in the course of

 9   Midway Blitz, has, in your judgment, been, quote

10   unquote, "exemplary"?  Would that still be the case,

11   sir?

12             MR. KHOJASTEH:  Object to form.  Do you -- can

13        you represent a date for this?

14             MR. BOWMAN:  I cannot.  I don't know exactly

15        what date it is.  It's when stuff was hot and heavy

16        at Broadview.

17   BY MR. BOWMAN:

18        Q.    Could you answer my question, sir?

19        A.    Repeat the question, please, again?

20        Q.    Yeah.  Sure.  If I'm asking you today about

21   Operation Midway Blitz, is it still true that in your

22   judgment, every use of force that you've seen has been

23   exemplary, meaning the least amount of force necessary

24   to accomplish the mission?  Is that still true today?

25             MR. KHOJASTEH:  Object to form.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          Mischaracterizes the testimony and the report.
 2               THE WITNESS:  No.
 3  BY MR. BOWMAN:
 4      Q.    Okay.  Have there been uses of force that have
 5  been less than proper?
 6      A.    No.  All uses of force have been more than
 7  exemplary.
 8      Q.    I see.  So they have been actually -- what
 9  would be the word?
10      A.    More than exemplary.
11      Q.    Have been beyond perfect?
12               MR. KHOJASTEH:  Object to form.
13               THE WITNESS:  I -- I didn't say that.
14  BY MR. BOWMAN:
15      Q.    Well, I'm asking.  Beyond perfect?
16      A.    More than exemplary.
17      Q.    More than exemplary.  Okay.  Now, you were
18  asked a question here about whether it's okay to fire
19  less lethal munitions from an elevation.  You see at the
20  bottom of Page 3, the reporter asks you, "Firing from
21  elevation is within DH policy?"  And that's a question
22  that's posed to you.  And your answer, beginning at Line
23  23 on that page is, "It doesn't matter where you fire
24  from.  An elevation is not a violation of policy.  That
25  is a less lethal device for area saturation.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Absolutely.  You bet."  Did you say that?

2      A.    Yes.

3      Q.    And is that accurate?  Is that true under DHS

4  policy?

5      A.    That is true.

6      Q.    And do you instruct the agents under your

7  command who are firing from elevation, that firing from

8  elevation is not a violation of policy, it's absolutely

9  okay to do so?

10     A.    I have not instructed anyone.  I'm not an

11  instructor.

12     Q.    Okay.  Well, you supervise, right?

13     A.    I am a supervisor.

14     Q.    Supervisor.  Have you ever taken any agent

15  under your command aside and said, I see you firing

16  PepperBalls from a rooftop or other elevation.  That is

17  a violation of policy.  You shouldn't do that?

18     A.    I have never said that.

19     Q.    And when -- there's another question about

20  aiming PepperBalls above the waist.  You were asked if

21  aiming PepperBalls above the waist is within policy.

22  Do you see where I am now on Page 4, Line 2?

23     A.    Yes.

24     Q.    Your answer is, and I quote, "It can be.  If

25  someone strays into a PepperBall, then that's on them.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Don't protest and don't trespass."  Did you say that?

2        A.   Yes.

3        Q.   In substance, what you're saying here is, is

4    if you have a problem getting hit with a PepperBall

5    that's fired above your waist, the solution would be not

6    to protest.  Is that accurate?

7            MR. KHOJASTEH:  Object to form.

8        Mischaracterizes and argumentative.

9            MR. BOWMAN:  You know, I really would

10       appreciate it if you would adhere to the rules.

11           MR. KHOJASTEH:  Those are -- I'm not doing

12       speaking objections.  That's just --

13           MR. BOWMAN:  That is a speaking objection.

14       And if you don't know it's a speaking objection, I

15       commend to you Rule 30 of the Federal Rules of

16       Civil Procedure that you should read.

17   BY MR. BOWMAN:

18       Q.   All right.  I'm going to ask you my question

19   again.  Are you saying, in essence, that if somebody

20   doesn't want to be hit by a PepperBall fired at them

21   above their waist, the solution for that person is not

22   to protest?  Is that the message you were attempting to

23   deliver by what you said?

24           MR. KHOJASTEH:  Same objection.

25           THE WITNESS:  No.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**Kentuckiana**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MR. BOWMAN:

    Q.    **What are you trying to say?**

    A.    PepperBalls can be fired above the waist.
I said it can be.  And PepperBalls can be fired above
the waist.

    Q.    **What about if it hits a person who's lawfully
protesting?  Is that a problem for you?**

    A.    You know, I -- I'm not -- that's situationally
specific.  I don't know.

    Q.    **It could be a problem, and might not be a
problem?**

    A.    I -- I don't know.  I won't -- I'm not going
to speculate on something that I've not seen with my own
eyes.

    Q.    **Okay.  But the solution of the problem,
according to you, is just don't come out and protest,
and then you are not going to get hit by a PepperBall
that you might stray into the way of?  Isn't that what
you're saying?**

            MR. KHOJASTEH:  Object to form.

            THE WITNESS:  No.

BY MR. BOWMAN:

    Q.    **How am I misinterpreting what you're saying?**

    A.    It says, "don't protest and don't trespass."
Those are both mutually inclusive.  Protest and trespass



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    there, they're not mutually exclusive, therefore

2    protesting and trespassing places that into a category

3    where area -- area saturation with the PepperBall is

4    within policy.

5        Q.    Okay.  Now you remember there was a Protestant

6    clergyman by the name of David Black, who is actually

7    one of the plaintiffs in our case.  Do you remember the

8    man's name?

9        A.    No.

10       Q.    Do you recall being on television not so long

11   ago, and being asked -- and David Black was on the

12   program, too, and you were asked some questions about

13   Reverend Black and his experience at Broadview?

14       A.    I -- I didn't know anything about his

15   experience at Broadview.  I was asked questions.

16       Q.    Yes.  And did you say to a reporter, I am sure

17   God didn't tell that reverend to trespass on federal

18   property?  Do you remember making that observation?

19             MR. KHOJASTEH:  Object to form.

20             THE WITNESS:  I didn't say that.

21   BY MR. BOWMAN:

22       Q.    Well, something like it?

23       A.    I don't know if it was like what you're

24   saying, because it doesn't sound like what you're

25   saying, so --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 162 of 264

161

```
 1        Q.    Well, what do you remember?

 2        A.    -- those were not my exact words, and I can't

 3   remember what they are.

 4        Q.    Okay.  Well, let's forget about exact words.

 5   Did you make the point that nothing bad happened to

 6   Reverend Black because when he got hit in the head with

 7   a PepperBall, he was trespassing.  Is that your

 8   position?

 9        A.    I -- I didn't say that.

10        Q.    I'm not asking you if you said it; I'm asking

11   you, is that your position?

12        A.    What -- say that again, please?

13        Q.    Is it your position that, when Reverend Black

14   got hit in the head with a PepperBall, that was on him

15   because he was trespassing on ICE property at the time?

16        A.    I believe Reverend Black was trespassing on

17   ICE property.

18        Q.    Okay.  Do you believe that the force that was

19   applied to -- you recall the scenario, Reverend Black

20   is, you say, trespassing on ICE property, and he's also

21   praying, right?  He's got his hands outstretched?

22              MR. KHOJASTEH:  Are you referring to a picture

23        or something, Counsel?

24              MR. BOWMAN:  Pardon me?

25              MR. KHOJASTEH:  Are you referring to something
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        that's from that interview with him?

2            MR. BOWMAN:  I'm just asking a question.  Lord

3        have mercy.

4            MR. KHOJASTEH:  Then object to form.  Lacks

5        foundation.  Vague.

6            MR. BOWMAN:  There you go.

7   BY MR. BOWMAN:

8        Q.   **Do you have my question in mind or do**

9   **you know --**

10       A.   I don't know what Reverend -- if he was

11  praying.

12       Q.   **Okay.**

13       A.   I don't know what -- what -- what --

14       Q.   **Okay, well, there was --**

15       A.   -- that individual was doing.

16       Q.   **Do you remember that there was an assertion**

17  **that he was praying?  That he was saying that he was**

18  **praying?**

19       A.   I don't remember any assertion that he was

20  doing anything.

21       Q.   **Okay.  All right.  I think we need to show**

22  **Mr. Bovino the video of David Black getting shot in the**

23  **head with a PepperBall.  And we'll see if this refreshes**

24  **your recollection.**

25            THE REPORTER:  Do you want to mark this as an

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        exhibit?
 2             MR. BOWMAN:  Yes.  This will be --
 3             THE REPORTER:  6.
 4             MR. BOWMAN:  -- our next numbered of exhibit,
 5        6.  Thank you.
 6                  (Exhibit 6 was marked for
 7                  identification.)
 8                  (Video played for the record.)
 9             THE WITNESS:  It's -- it's not going here.
10                  (Video played for the record.)
11             MR. BOWMAN:  Yeah, we got to -- can we --
12        let's go off the record for a minute --
13             THE VIDEOGRAPHER:  Okay.
14             MR. BOWMAN:  And -- we need to straighten out
15        the --
16             THE VIDEOGRAPHER:  We're off the record.
17        The time is 3:58.
18                  (A recess was taken.)
19             THE VIDEOGRAPHER:  We're back on the record
20        and the time is 4:00.
21   BY MR. BOWMAN:
22        Q.   All right.  So while we were off the record
23   and sorting out the technology issues, you also had an
24   opportunity to observe the video of this man dressed in
25   the garb of a preacher get hit with a PepperBall, right?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 165 of 264

164

```
 1        A.   I saw someone in a -- that -- that was dressed
 2   in black.  I don't know what his -- I couldn't tell.
 3        Q.   Okay.
 4        A.   Don't know.
 5        Q.   All right.  And you saw that his hands were
 6   outstretched as he was saying something that none of us
 7   was able to decipher, right?
 8        A.   Well, they were above his head.  They weren't
 9   outstretched -- outstretched would be in the front.
10        Q.   Okay.
11        A.   It didn't seem like that way to me.
12        Q.   His hands were over his head and spread
13   somewhat to the side, correct?
14        A.   I saw his hands over his head.  I didn't see
15   them spread.
16        Q.   Okay.  And then you saw that he was not making
17   contact with any federal officer at any point in this
18   video, right?
19        A.   I don't know.
20        Q.   You can't tell from the video?
21        A.   I -- I don't know.
22        Q.   All right.
23        A.   I don't know what's -- what's going on there.
24        Q.   Did you see that he got hit by a PepperBall in
25   the head?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.   I didn't -- I didn't see what -- what --

2  what -- what -- what hit him in the head.

3     **Q.   Okay.**

4     A.   I don't know.

5     **Q.   Did you see that some projectile hit him in**

6  **the head?**

7     A.   No, I didn't see a projectile hit anyone.

8     **Q.   Okay.  Did you notice that there was a little**

9  **puff that hit his head?**

10     A.   I saw some white -- a white swatch.

11     **Q.   Yes.  And then did you see him fall or**

12  **collapse to the ground in pain after that happened?**

13     A.   I saw him on his knees or something on the

14  ground there.

15     **Q.   All right.  Did you see him trespassing?**

16     A.   I wasn't there, so I -- I can't tell exactly

17  where he was in position there.

18         MR. KHOJASTEH:  You're going to enter this as

19     one of the exhibits, one -- this clip, right?

20         MR. BOWMAN:  It's 6.

21         MR. KHOJASTEH:  Okay, great.  Just wanted --

22     for housekeeping.

23  BY MR. BOWMAN:

24     **Q.   I'm going to mark for identification as Group**

25  **Exhibit 7, some photographs.  Here you go.**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1              (Exhibit 7 was marked for

2              identification.)

3         MR. KHOJASTEH:  Thank you.

4    BY MR. BOWMAN:

5         Q.   I will represent to you that Group Exhibit 7

6    consists of four photographs.  Two appear to show a

7    uniformed federal agent under your command shooting a

8    spray at Reverend Black.  And the second photograph was

9    taken shortly after.  It shows the same thing.  It shows

10   the spray ejecting from some kind of device in the

11   officer's hand.  Then the third photograph in this group

12   exhibit shows -- stops right where that white puff

13   appears above Reverend Black's head.  And then the next

14   and final photograph shows Reverend Black turning and in

15   the act of falling to the ground.  You'll see in the

16   third and fourth photographs that I just described a

17   group of what I assume are your agents on top of the

18   Broadview ICE facility.  So with -- these photographs

19   all display a use of force deployed against Reverend

20   Black; is that correct?

21        MR. KHOJASTEH:  I'm going to object to

22        form -- to the description of the photographs.

23        They speak for themselves.  Go ahead.

24        THE WITNESS:  I don't believe these agents

25        were under my command.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 168 of 264

```
 1   BY MR. BOWMAN:

 2        Q.   Okay.  Well, whether they were under your

 3   command or not, is the answer to my question that these

 4   photographs display a use of force by federal agents

 5   against Reverend Black?

 6        A.   I -- I don't know what -- what's taking place

 7   here.  I have no knowledge of this.

 8        Q.   Okay.  So you can't decipher whether force is

 9   being deployed against Black or not?

10        A.   Not definitively, no.

11        Q.   Okay.  Do you see any that -- I want you to

12   look at the final two photographs that are in the group

13   exhibit.  Those are the ones showing Reverend Black

14   standing when this puff of smoke emerges above his head

15   and then falling to the ground.  Do you see in those

16   photographs any evidence that Reverend Black is

17   trespassing?

18        A.   I -- I wasn't here at this, so I can't

19   speculate if he was or not.

20        Q.   Do you see any evidence in the photograph that

21   Reverend Black was trespassing?  That is a yes or no.

22             MR. KHOJASTEH:  Object to form.  Asked and

23        answered.

24             THE WITNESS:  I don't know if he was

25        trespassing or not.  I -- I can't -- I can't --
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 280-31 Filed: 11/24/25 Page 169 of 264

```
1    BY MR. BOWMAN:

2         Q.   You can't tell from that photograph that he is

3    trespassing, right?

4         A.   Yeah.

5         Q.   Now, let's assume -- and I realize you can't

6    tell from the pictures, but let's assume,

7    hypothetically, that federal agents are striking --

8    you've seen the video, striking Reverend Black with

9    PepperBalls that are being fired from the top of the ICE

10   facility, okay?  Just assume that with me, and that

11   Reverend Black is standing where he is standing.  His

12   arms are outstretched, and he's saying something that we

13   can't hear.  Do you have my assumptions in mind?

14        A.   I understand what you're saying.

15        Q.   Okay.  In that circumstance, assuming that

16   everything I said is true, is the use of force that is

17   shown in the video and in these photographs, in terms of

18   the striking of the PepperBalls, is that exemplary?

19             MR. KHOJASTEH:  Object to form.  Calls for

20        speculation.  Call -- and a hypothetical.

21             THE WITNESS:  I won't make a -- a decision on

22        a hypothetical situation, a situation that either

23        I'm not involved in, nor do I have any direct

24        knowledge of. I don't know.

25   BY MR. BOWMAN:
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Q.   Okay.  So you are not willing to say that

2   that's an exemplary use of force?

3   A.   I -- I am unable to -- to comment on that use

4   of force.

5   Q.   Okay.  How about better than exemplary?  Is

6   that a better than exemplary --

7        MR. KHOJASTEH:  Same --

8   BY MR. BOWMAN:

9   Q.   -- use of force?

10       MR. KHOJASTEH:  Same objection.

11       THE WITNESS:  I'm -- I'm unable to comment on

12       what that use of force is or anything else.  I was

13       not there.

14  BY MR. BOWMAN:

15  Q.   Next question: As the commander of the agents

16  on the ground in Operation Midway Blitz, can you look me

17  in the eye and acknowledge that the use of force applied

18  against Reverend Black that is depicted in the video and

19  in these photographs is unacceptable and inappropriate

20  and should not have happened?

21       MR. KHOJASTEH:  Object --

22  BY MR. BOWMAN:

23  Q.   Can you tell me that?

24       MR. KHOJASTEH:  Object to form.

25       THE WITNESS:  I can tell you that --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  Object to form.  Same
 2        objections.
 3              THE WITNESS:  I can tell that I don't know
 4        what the -- the use of force was here, and I can't
 5        make a -- a judgment either way because I don't
 6        know.
 7   BY MR. BOWMAN:
 8        Q.   Can you get on national TV, sir, and say,
 9   Reverend Black got hit because he was trespassing and he
10   shouldn't have been trespassing, and that's on him, and
11   my guys didn't do anything wrong?  Can you get on TV and
12   make that statement or words to that effect; is that
13   okay?
14              MR. KHOJASTEH:  Object to form.
15              THE WITNESS:  Did you ask me if I can get on
16        TV, or if it's okay?  There's several questions in
17        there.  Which one do you want me to answer?
18   BY MR. BOWMAN:
19        Q.   I want you to answer the question that I
20   asked.  You say you can't make a decision about whether
21   that use of force is unacceptable.  You won't look me in
22   the eye and stand up and say that use of force is just
23   fine.  I get it.  How about, is it okay?  Can you go out
24   on a limb and get on TV and say that what happened to
25   Reverend Black is his problem because he was trespassing
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    and he shouldn't have strayed in front of a PepperBall?

2    Can you do that?

3            MR. KHOJASTEH:  Object to form.

4            THE WITNESS:  I didn't know it was Reverend

5        Black.  I don't know who that is.

6    BY MR. BOWMAN:

7        Q.   Well, I'm going to represent to you that that

8    is Reverend Black.  And so with that representation, can

9    you answer my question?

10           MR. KHOJASTEH:  Same objection.  This is

11       argumentative.

12           THE WITNESS:  I can't make a decision on use

13       of force because I don't know the -- the situation,

14       nor the facts associated with this or any situation

15       that I'm not that apprised of.

16   BY MR. BOWMAN:

17       Q.   All right.  I am going to play you a video

18   clip of a situation that you were involved in, and we'll

19   talk about that next.  This will be Exhibit 8 for the

20   record, and it was a video clip that relates to

21   Broadview.

22               (Exhibit 8 was marked for

23               identification.)

24           MR. BOWMAN:  Do we have a date for this?

25           MR. HILKE:  October 3rd?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. BOWMAN:  Oh, okay.  This is -- these are

2     events that happened the morning of October 3rd at

3     Broadview.

4               (Video played for the record.)

5          MR. BOWMAN:  We're going to have to go off the

6     record again.  We've got another technical issue.

7     Let's go off.

8          THE VIDEOGRAPHER:  So we're off the record and

9     the time is 4:11.

10              (A recess was taken.)

11         THE VIDEOGRAPHER:  Back on the record.  The

12    time is 4:13.

13         MR. BOWMAN:  All right.  Back on the record.

14    We've made arrangements for Mr. Bovino to see and

15    hear the 36-second video clip that is identified as

16    Exhibit 8 for the purposes of this deposition.

17    Val, if you could play that video clip at this

18    time.

19              (Video recording played.)

20         UNIDENTIFIED SPEAKER:  You do it for free

21    because you love it, don't you?  You do it because

22    you love it.  You do it because you love it.  What

23    are you going to tell -- what are you going to tell

24    your family?  What are you going to tell your family

25    ten years from now?  Are you proud of yourself for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1        what you're doing?  You answer.  He wasn't doing
2        shit.  He wasn't doing shit.
3              UNIDENTIFIED SPEAKER:  You guys are a piece of
4        shit.
5              UNIDENTIFIED SPEAKER:  You guys are fucking
6        fascists.  What the fuck.
7                    (Video recording stopped.)
8   BY MR. BOWMAN:
9        Q.    All right.  So Mr. Bovino, you've had an
10  opportunity to look at the video.  Do you see yourself?
11       A.    I did see myself.
12       Q.    Okay.  Do you recall the events that are
13  depicted in the video?
14       A.    I -- I remember the events that took place in
15  the video.
16       Q.    Okay.  There is an older gentleman who
17  exchanges words with you, right?
18       A.    It appears, yes.
19       Q.    Yes.  And in the beginning of that video clip,
20  he is expressing his disagreement with your presence in
21  Chicago, and he doesn't like the fact that you are
22  instructing him to move down, right?
23       A.    No.
24       Q.    I mean, am I right or wrong?
25       A.    You're -- you're wrong.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    Okay.  What do you think he's doing?
 2        A.    That individual is failing to follow
 3   instructions to vacate the area.
 4        Q.    I see.  Now, the area in question is behind a
 5   guardrail, right?
 6        A.    There was a cement barrier.  There's not
 7   a -- a guardrail.
 8        Q.    All right.  It is behind a barrier of some
 9   stripe or another, right?
10        A.    It appears so.
11        Q.    Yes.  He is standing behind that barrier,
12   right?
13        A.    It appears so.
14        Q.    And your decision at the time was that you did
15   not want anybody standing behind that barrier speaking
16   or being present in any way, and you instructed them all
17   to leave, right?
18             MR. KHOJASTEH:  Object to form.  Video speaks
19        for itself.
20             THE WITNESS:  No.
21   BY MR. BOWMAN:
22        Q.    Not true?  Well, did you see on the video that
23   Mr. -- I'll tell you this older gentleman is named Scott
24   Blackburn.  This gentleman turned to complying with your
25   directions, and he also expressed a vulgarity and
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   obscenity in your direction as he was compliant, right?

2         MR. KHOJASTEH:  Object to form.

3         THE WITNESS:  No.

4   BY MR. BOWMAN:

5     Q.   That didn't happen?  You didn't see that on

6   the video?

7     A.   I didn't see what you said.

8     Q.   Right.  And then you got over the barrier,

9   tackled this man to the ground, and arrested him, right?

10     A.   No.

11     Q.   Did you not tackle him?

12     A.   No.

13     Q.   Okay.  So if somebody were watching that video

14   and thought that you tackled the older gentleman whose

15   name is Scott Blackburn, you would say, don't believe

16   your lying eyes, that's not what happens on the video?

17     A.   I wouldn't say that.

18     Q.   Would you say that that is not what's depicted

19   on the video?

20     A.   I wouldn't say that, either.

21     Q.   Well, do you acknowledge that you're tackling

22   Mr. Blackburn on this video?

23     A.   No.

24     Q.   Okay.  What do you think you're doing to

25   Mr. Blackburn?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        A.    I'm imploring Mr. Blackburn, or whoever that

2    individual was, to comply with leaving the area and to

3    comply with instructions.

4        Q.    Okay.  Are you making physical contact with

5    him?

6        A.    There was physical contact.

7        Q.    Are you applying force?

8        A.    At that point, no.

9        Q.    Did you at any point in this video apply any

10   force against Mr. Blackburn?

11       A.    No.

12       Q.    Okay.  So if somebody thought that you were

13   applying force against Mr. Blackburn, they would be

14   sadly mistaken?

15       A.    Yes.

16       Q.    Okay.  There is another individual who is

17   depicted in the video, and you don't take him down, but

18   one of your fellow officer does.  He's a man named Juan

19   Munoz.  And in the video, he is wearing a light-colored

20   blue shirt with two stripes on it.  Do you recall seeing

21   that man in the video?

22       A.    I saw a couple of other people in the video.

23       Q.    Would you like to see the video again so that

24   you could focus on that individual?  I'll have some

25   questions for you about him.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.   Yes.

2         MR. BOWMAN:  Okay.  Let's play it for

3   Mr. Bovino again.  And as you watch it a second

4   time, I want you to focus your attention on the

5   younger man in the light blue shirt with two white

6   stripes who I've identified.

7         (Video recording played.)

8         UNIDENTIFIED SPEAKER:  You do it for free

9   because you love it, don't you?  You do it because

10   you love it.  You do it because you love it.  What

11   are you going to tell -- what are you going to tell

12   your family? What are you going to tell your family

13   ten years from now?  Are you proud of yourself for

14   what you're doing?  You answer.  He wasn't doing

15   shit.  He wasn't doing shit.

16         UNIDENTIFIED SPEAKER:  You guys are a piece of

17   shit.

18         UNIDENTIFIED SPEAKER:  You guys are fucking

19   fascists.  What the fuck.

20         (Video recording stopped.)

21  BY MR. BOWMAN:

22     **Q.   So did you see the man that I was asking you**

23  **to focus on?**

24     A.   I saw two people there, yes.

25     **Q.   Well, I'm asking you about a particular man**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  who has a light blue shirt on with two white stripes.

2  It's, like, a Panama-style shirt.

3      A.   I appear to -- to have seen him.

4      Q.   Yes.  And he is -- will you acknowledge that

5  one of your agents takes him down to the ground and

6  places him under arrest?

7      A.   No.

8      Q.   What would you say happened to that man as

9  shown in the video?

10      A.   I don't know what was happening with that man

11  in the video because I wasn't involved with that

12  particular scene and I don't know what happened to him.

13      Q.   Well, you were kind of involved, right?

14  I mean, you were 2 feet away, yes?

15      A.   No.

16      Q.   Would you say 10 feet away?  Would you --

17  within 10 feet?  Would you agree to that?

18      A.   I was within a few feet of that individual.

19      Q.   That's what I was trying to get at.  So you

20  were kind of involved in what happened to that

21  individual, wouldn't you say?

22      A.   No, I wouldn't say that.

23      Q.   Would you say that you were the supervisor on

24  the scene when that man was taken down by an officer?

25      A.   I was one of the many supervisors on the



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    scene.
2         Q.    Well, you were the -- you are the boss of
3    federal agents working on Operation Midway Blitz, right?
4         A.    I do supervise customs and border protection
5    agents --
6         Q.    Were you --
7         A.    -- on Operation Midway Blitz.
8         Q.    Were you supervising on October 3rd when the
9    events shown in this video occurred?
10        A.    Yes.
11        Q.    Do you acknowledge that there were any uses of
12   force that were -- that were applied against either of
13   these individuals on that morning as shown in the video?
14        A.    I've seen no reportable uses of force.
15        Q.    Pardon me?
16        A.    I've seen no reportable uses of force.
17        Q.    When you say, "reportable uses of force," what
18   do you mean?
19        A.    A use of force that would be reported.
20        Q.    Yes.  And what uses of force would be
21   reported?
22        A.    Such as a -- a PepperBall launch or a less
23   lethal or open-handed strikes, deadly force, a shooting;
24   something like that.  Anything that is a -- a reportable
25   use of force.  An arrest is not.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 181 of 264

180

```
 1        Q.   All right.  So do you acknowledge -- I mean, I
 2   just -- I don't want to play word games with you, okay?
 3   Do you acknowledge that force can be applied in the
 4   course of an arrest --
 5        A.   It's possible.
 6        Q.   -- just as a general matter?
 7        A.   It's possible.
 8        Q.   It's possible.  Sometimes there's no need to
 9   apply force and force is not applied in an arrest,
10   right?
11        A.   It's possible.
12        Q.   And sometimes it is necessary to apply force
13   to effectuate an arrest in your experience, correct?
14        A.   It can happen that way.
15        Q.   And you have been trained that that is the
16   case, right?
17        A.   Yes.
18        Q.   And you train -- when you are supervising
19   officers, that is your shared understanding, that
20   sometimes arrests will require the application of force?
21        A.   It's possible.
22        Q.   Now, these two arrests, will you agree -- skip
23   reportable.  Will you agree that physical force was
24   applied to these two individuals in the course of
25   arresting them?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1         A.    I will not agree to that.

 2         Q.    Okay.  Can you explain why you won't agree to

 3   that?

 4         A.    That's not a reportable use of force.  The use

 5   of force was against me.

 6         Q.    I see.  This is the Kristi Noem transcript.

 7   I think, actually -- oh, I've got it.  I'm all set.

 8   I'm going to mark for identification as Exhibit 9

 9   another transcript.

10                    (Exhibit 9 was marked for

11                     identification.)

12         MR. KHOJASTEH:  I'm going to -- is it -- just

13      out of care, is this stuff that you guys have been

14      producing to us or no?  In advance of today's

15      deposition, have they been produced -- like, any of

16      this stuff, produced in this action?

17         MR. BOWMAN:  I don't think that this stuff is

18      unknown.  I don't know what the --

19         MR. KHOJASTEH:  Just asking.

20         MR. BOWMAN:  I don't know that it has been

21      produced.

22         MR. KHOJASTEH:  Okay.  Well, so I just

23      haven't -- I'm not going to -- obviously, you can

24      keep asking your questions.  I have an objection

25      just standing to using materials with the witness

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   that you haven't produced to us.  Do we have a date
 2   on this?
 3        MR. BOWMAN:  Yes.  This talk was given on a
 4   date in late September, I believe.  This was on
 5   October 3rd of this year.
 6        MR. KHOJASTEH:  This is October -- and what is
 7   this?
 8        MR. BOWMAN:  This is a transcript of a
 9   video-recorded speech that Secretary Noem gave to
10   federal agents under Bovino's command in
11   presence -- in the presence of Bovino, and Bovino
12   also provided admonitions in the course of this
13   thing.  And this was all recorded by a journalist
14   by the name of Benny Johnson and posted to the
15   internet.
16        MR. KHOJASTEH:  Has this has been
17   authenticated by -- this is a certified transcript,
18   right?
19        MR. BOWMAN:  It is a transcript that
20   was -- I'll tell you what.  Let's -- why don't we
21   start here? We will identify as Exhibit 10 the
22   videotape posted to the internet that I just
23   described, and we'll play the videotape, and then
24   we'll use the transcript for the purpose of
25   questioning after everybody has had a chance to
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   listen to the videotape.  The videotape will be
 2   Exhibit 10.  The transcript is 9.
 3                    (Exhibit 10 was marked for
 4                    identification.)
 5        MR. KHOJASTEH:  Hey, I'm just running -- you
 6   guys can keep going.  She's going to take over.
 7   I'm just going to make a mad rush to the restroom.
 8                    (Video recording played.)
 9        MS. NOEM:  So today, when we leave here, we're
10   going to go hard.  We're going to hammer these guys
11   that are advocating for violence against the
12   American people.  What they are doing is advocating
13   to harm not just you and your colleagues but your
14   families, and they're doxxing your identities and
15   victimizing people every day by the way that
16   they're talking, speaking, who they're affiliated
17   with, who they're funded with, and what they're
18   talking about as far as consequences for what we're
19   doing by protecting this country.
20                    (Video recording stopped.)
21        MR. BOWMAN:  Okay.  Do we have the full
22   videotape?
23        MS. BARAJAS:  Yeah.
24        MR. BOWMAN:  Let's play the full thing.
25   Okay. So we mistakenly played a portion of the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   secretary's comments.  We're going to give you the

2   benefit of listening to the entire speech.

3              (Video recording played.)

4       MS. NOEM:  Everybody, I just want to thank you

5   for all the work that you're doing, and especially

6   what you're doing for the people of Chicago.

7   They're so grateful that you're here, but you're

8   setting an example for the rest of the country.

9   Everybody is watching how strong you are here, the

10  operations, and the professionalism in which you're

11  conducting this law enforcement and restoring some

12  safety back into this city.  And it's rippling

13  across the country.  Just know that, everywhere I

14  go, people are so grateful for the work that you're

15  doing.  And, you know, it may seem like, right

16  here, when you're in the middle of this chaos, that

17  you're not necessarily sure of it, buy boy, the

18  American people are just thrilled to have you and

19  to have you on the job and on the -- on the task of

20  restoring and making America safe again.  So today,

21  when we leave here, we're going to go hard.  We're

22  going to hammer these guys that are advocating for

23  violence against the American people.  What they

24  are doing is advocating to harm not just you and

25  your colleagues but your families, and they're

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    doxxing your identities and victimizing people
2    every day by the way that they're talking,
3    speaking, who they're affiliated with, who they're
4    funded with, and what they're talking about as far
5    as consequences for what we're doing by protecting
6    this country.  So we're going to go out there and
7    we're going to make sure that there's consequences
8    for the way that they're behaving.  And then we're
9    going to prosecute them and we're going to bring
10   them to justice.  We're not taking this anymore,
11   all right?  The president's sick of it, I'm sick of
12   it, and we're going to go out there and arrest
13   these individuals who are advocating for violence
14   against you.  Does that sound all right?
15        ALL:  Yeah.
16        MS. NOEM:  So the chief is going to give you a
17   little bit of instruction on how today's going to
18   be a little bit different, but then also, we're
19   going to partner with our other agencies.  We don't
20   just have border patrol and ICE and HIS here.  The
21   FBI's here as well, and we've always got out DOJ
22   partners that are fantastic.  And so, this is a
23   whole of government approach to restore law and
24   order.  And I'm happy about it.  And we're going to
25   try to buy that building today. So give you more
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    space, let you spread out and tell everybody --
 2    send a message that we're not just here to stay and
 3    we're expanding and we're going to make this city
 4    safe again.  Good?
 5         ALL:  Yes, ma'am.
 6         MS. NOEM:  All right.  Where's the chief?
 7         MR. BOVINO:  Right here, ma'am.
 8         MS. NOEM:  All right, sir.
 9         MR. BVINO:  All right.  All right, folks.
10    Well, you heard it.  It's -- it's roll up time
11    here. All right?  State instrument's a hard power.
12    You're going to be put into full effect.  So what's
13    going to happen is, when we do decide to roll out,
14    I'll lead the way up front.  That crowd there is an
15    unsafe crowd on either side.  They're going
16    to -- we're going to roll them all the way out of
17    here.  And when they resist, what happens?
18         ALL:  They get arrested.
19         MR. BOVINO:  They get arrested.  So it's now
20    going to be a free arrest zone, and I'll give them
21    one warning, and that'll be for safety of us and
22    the secretary to leave.  So they're it here as soon
23    as we leave.  Everybody good with that?
24         ALL:  Yes, sir.
25         MR. BOVINO:  All right.  Well --
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MS. NOEM:  We're going to do it in a way that
 2         keeps you safe with the force that can have your
 3         back, but make sure that these individuals aren't
 4         allowed to conduct this kind of activity anymore.
 5         Sound like a plan?
 6              MR. BOVINO:  Yes, ma'am.
 7              MS. NOEM:  Good.
 8              MR. BOVINO:  All right.
 9              MS. NOEM:  All right.  Let's buckle up.
10              MR. BOVINO:  All right.  Boys, get ready.
11              MS. NOEM:  All right.
12                   (Video recording stopped.)
13    BY MR. BOWMAN:
14         Q.   Okay.  So do you remember when the secretary
15    came out to give everybody some encouragement and to
16    define the scope of the mission?
17         A.   I remember when the secretary came out.
18         Q.   And you were present when she said the things
19    that are recorded in that video clip, correct?
20         A.   Yes.
21         Q.   And you agreed with them?
22         A.   In the video, did I agree with that?
23         Q.   Yes, what she said.
24         A.   I said, "Yes, ma'am."
25         Q.   Did you agree with what she said?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          A.   I agreed in the video.
 2          Q.   And do you agree today?
 3          A.   Yes.
 4          Q.   Do you agree that as part of your mission in
 5     the Northern District of Illinois, it is necessary,
 6     it is your mission, to go hard against those who are
 7     advocating for violence?
 8          A.   Yes.
 9          Q.   Do you agree that people who are advocating
10     for violence by the way that they talk and the way that
11     they speak and who they are associated with, that those
12     people need to face consequences?  Do you agree with
13     that?
14               MR. KHOJASTEH:  Object to form.
15               THE WITNESS:  I don't agree.
16     BY MR. BOWMAN:
17          Q.   What's wrong with what I just said?
18          A.   I don't agree with what you say.
19          Q.   Why not?
20          A.   I think that I don't really understand
21     who -- who you're talking about or exactly what you're
22     talking about when you say that they advocate violence
23     with other people.  That's very confusing.
24          Q.   Okay.  Well, let me read something from the
25     transcript that is Exhibit 9.  And the transcript, I
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 190 of 264

1    think, you'll -- your counsel will hopefully stipulate

2    is faithful to the video itself.  The secretary says,

3    starting on Page 3 of the transcript, at the bottom,

4    "What they," referring to the protestors at Broadview,

5    "What they are doing is advocating to harm not just you

6    and your colleagues, but your families, and they're

7    doxxing your identity."

8           A.    What number are you at here, please?

9           Q.    Page 3.

10          MR. KHOJASTEH:  Can I help him?

11          MR. BOWMAN:  Sure.

12          MR. KHOJASTEH:  Yeah.  It's the bottom of

13    Page 3.

14          THE WITNESS:  Okay.

15          MR. KHOJASTEH:  It's starting here.

16          THE WITNESS:  Number 21?

17          MR. BOWMAN:  Number --

18          MR. KHOJASTEH:  Line -- it's actually --

19          MR. BOWMAN:  Yeah.  Actually, let's start at

20    Number 21.  Let's do that.

21          MR. KHOJASTEH:  Yeah.  Where it says --

22          THE WITNESS:  Okay.

23          MR. KHOJASTEH:  -- "so today," that's

24    where --

25          THE WITNESS:  We've got numbers there.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       It makes it easier.

2   BY MR. BOWMAN:

3       Q.    Okay.  So here's what the secretary says.

4   She says, "Today, when we leave here, we're going to go

5   hard.  We're going to hammer these guys that are

6   advocating for violence against the American people.

7   What they are doing is advocating to harm not just you

8   and your colleagues, but your families, and they're

9   doxxing your identities and victimizing people every day

10  by the way that they're talking, speaking, who they're

11  affiliated with, who they're funded with, and what

12  they're talking about as far as consequences for what we

13  are doing by protecting this country."  Do you agree

14  with the sentiments that the secretary is expressing in

15  what I just read?

16      A.    Yes.

17      Q.    And do you agree that your mission is to

18  follow the secretary's instruction to go hard at people

19  who are advocating for violence against you, your

20  officers, and their families?

21      A.    Yes.

22      Q.    You agree that it is your mission to go after

23  them hard for those things that they are talking about,

24  saying, speaking, who they're affiliated and who they're

25  funded with, as the secretary says?  You agree with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
1    that?
2           MR. KHOJASTEH:  Object --
3    BY MR. BOWMAN:
4       Q.   Right?
5           MR. KHOJASTEH:  Object to form.
6       Mischaracterizes the testimony.
7       Mischaracterizes --
8           MR. BOWMAN:  Stop talking.
9           MR. KHOJASTEH:  Mischaracterizes the
10      transcript.  Lacks foundation.
11          MR. BOWMAN:  Unbelievable.
12          MR. KHOJASTEH:  What's unbelievable about it?
13      And don't yell at me --
14          MR. BOWMAN:  I have a question.
15          MR. KHOJASTEH:  Don't yell at me again.
16      That's --
17          MR. BOWMAN:  Don't obstruct my deposition.
18          MR. KHOJASTEH:  I'm not.  I read Rule 30:
19      Concise objection.  So object to form.
20      Mischaracterizes his transcript.  If you want to
21      ask --
22          MR. BOWMAN:  Now stop talking.
23          MR. KHOJASTEH:  -- him a question, ask him
24      question.
25          MR. BOWMAN:  Now stop talking.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-01234 Document #: 286-31 Filed: 11/24/25 Page 193 of 264

```
 1   BY MR. BOWMAN:

 2        Q.    Do you need my question back?

 3        A.    Yes.

 4        Q.    Okay.  Do you agree with what the secretary is

 5   saying here, that your mission as commander of Operation

 6   Midway Blitz is to go hard against people who are

 7   advocating for violence against you, your officers,

 8   their families, and so forth in what they are talking,

 9   in the way that they are speaking, in who they're

10   affiliated with, and who they're funded with and who are

11   talking about consequences for what you are doing by

12   protecting your country?  Do you agree with the

13   secretary that that is part of your mission?

14             MR. KHOJASTEH:  Same objection.

15             THE WITNESS:  I agree that -- with the

16        secretary that we're going to hammer people that

17        advocate for violence.

18   BY MR. BOWMAN:

19        Q.    Okay.  And is that -- and that's your

20   understanding of what your job is, right?

21        A.    Of what my job is, my --

22        Q.    Yes, as commander of Operation Midway Blitz?

23        A.    Well, my job is a lot more than that.

24        Q.    Oh, it's more than that, but it includes this,

25   right?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    Yes.

2    Q.    And that is your instruction to your officers

3    as well?

4    A.    This -- this is not my instruction.

5          MR. KHOJASTEH:  Object as to --

6    BY MR. BOWMAN:

7    Q.    Is that an instruction that you would give to

8    your officers, an instruction consistent with what the

9    secretary has said here?

10         MR. KHOJASTEH:  Object to form.  Lacks

11         foundation.  Vague as to --

12         MR. BOWMAN:  Stop talking.

13         MR. KHOJASTEH:  These are objections.

14    Object to form.  Lacks foundation.  Vague.

15         MR. BOWMAN:  Let's take a break.

16         THE VIDEOGRAPHER:  Okay.  We're off the record

17    and the time is 4:38 [sic].

18              (A recess was taken.)

19         THE VIDEOGRAPHER:  We're on the record and the

20    time is 4:45 [sic].

21    BY MR. BOWMAN:

22    Q.    All right, Mr. Bovino, here we go.

23    So Mr. Bovino, my question for you when I decided we

24    needed to take a break a few minutes ago, was this:

25    Have you communicated to the officers under your command

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 280-31 Filed: 11/24/25 Page 195 of 264

194

```
 1    that part of their responsibilities, not everyone, but
 2    part of their responsibilities is to hammer guys who are
 3    advocating for violence against the American people?
 4        A.   I have instructed my officers that when
 5    threats are made, which is advocacy of violent threats
 6    against law enforcement officers are made, that they
 7    are -- that is arrestable.
 8        Q.   Okay.  Have you instructed your officers that
 9    they should go hard against people for the way that
10    they're talking, speaking, who they're affiliated with,
11    and who they're funded with?
12            MR. KHOJASTEH:  Object to form.
13            THE WITNESS:  I've told my officers to go hard
14        against people that are advocating threats,
15        violence, death against those, in the form of
16        threats.
17    BY MR. BOWMAN:
18        Q.   Okay.  Did you talk with your counsel about
19    how you should answer that question just now?
20        A.   No.
21        Q.   Were you aware on October 3rd that the
22    Illinois State Police had established a free protest
23    zone on the sides of the streets in front of the ICE
24    facility at Broadview?
25        A.   I don't know which street.  There's several
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 196 of 264

```
 1   streets that go into Broadview.

 2        Q.    Broad Street.

 3        A.    I don't know what Broad Street is.

 4        Q.    You don't know Broad Street.  Harvard Street?

 5        A.    No.  Huh?

 6        Q.    Harvard Street.  Do you know that one?

 7        A.    No, I don't.

 8        Q.    Okay.  Are you -- can you name any street in

 9   front of the ICE facility?

10        A.    No.

11        Q.    Okay.  So my question is: Not worrying about

12   the names of the streets, are you aware that the

13   Illinois State Police -- were you aware on October 3

14   that the Illinois State Police had established a free

15   protest zone along the sides of those streets?

16        A.    I didn't -- don't know.

17        Q.    You don't know?

18        A.    I didn't.

19        Q.    You may have been, you may not have been?

20        A.    I don't -- I don't know.

21        Q.    You can't recall anymore?

22        A.    I didn't say that.

23        Q.    You just don't know.  Had you, in the -- in

24   the weeks since Secretary Noem spoke to you and the

25   other officers on October 3, been doing your best to put
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    her words into effect?
2              MR. KHOJASTEH:  Object to form.
3              THE WITNESS:  When individuals advocate for
4        violence --
5    BY MR. BOWMAN:
6        Q.   Mr. Bovino, it's a yes or a no.
7        A.   I'm not --
8        Q.   You can answer --
9        A.   It's not a yes or no answer.
10             MR. KHOJASTEH:  You can answer the question.
11             THE WITNESS:  Yeah, I'll answer it the way I'm
12       going to answer it.
13   BY MR. BOWMAN:
14       Q.   Okay.
15       A.   When individuals advocate for violence, as she
16   said here in -- in -- in this statement that you're
17   talking about, which is making threats or death threats
18   or threats against agents, then we will arrest them.
19       Q.   Go hard against them?
20       A.   We -- we'll arrest them.
21       Q.   Well she says, "go hard against them."
22       A.   We'll -- we'll -- we'll arrest them.
23   That -- that -- that's my -- that's what we do.
24       Q.   That's your --
25       A.   When they -- when they -- when they advocate
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   for violence and threaten agents and threaten agents'
2   lives in the weeks since this has happened, which
3   happens quite often, then we do arrest them.
4       Q.   Okay.  Are you aware of the circumstances of
5   the arrest of an alderperson in Chicago named Jessie
6   Fuentes?  Took place on October 3.
7       A.   No.
8       Q.   So we have information that on October 3, in
9   the emergency room at the Humboldt Park Health facility
10  in the Humboldt Park neighborhood of Chicago, federal
11  agents shoved, cursed at, and arrested the alderperson
12  of the 26th ward, a woman named Jessie Fuentes.  When
13  she inquired about a person with a broken leg who was
14  being detained by agents under your command.  Were you
15  present during these events?
16          MR. KHOJASTEH:  Object to form.  Lacks
17      foundation.
18          THE WITNESS:  Not to my knowledge.
19  BY MR. BOWMAN:
20      Q.   Do you have personal knowledge of what
21  happened to Alderperson Fuentes?
22      A.   No.
23      Q.   Have you reviewed any use of force report,
24  arrest report, or other report about the agent's
25  response to Alder Fuentes inquiring about this arrested

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   person?

 2        A.   I can't remember.

 3        Q.   Have you reviewed any video, photograph,

 4   or audio from this event?

 5        A.   Not to my knowledge.

 6        Q.   Do you have any opinion as to whether the

 7   arrest of Alder Fuentes was justified or not?

 8        A.   I don't know about that arrest.

 9        Q.   Do you have any opinion as to whether force

10   that was applied to Alder Fuentes was proper or not?

11        A.   I don't know.

12        Q.   Do you have any opinion as to whether the

13   interactions with Alder Fuentes was justified by DHS

14   policies?

15        A.   I don't know.

16        Q.   Do you know whether this arrest was or what

17   not justified under the Court's temporary restraining

18   order?

19        A.   No, I don't know.

20        Q.   We have received information that on October 3

21   in the neighborhood of Logan Square here in Chicago,

22   a federal agent was driving down a busy street, and he

23   dropped a canister of tear gas outside of the window of

24   his SUV without warning.  Were you present during these

25   events?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1           MR. KHOJASTEH:  Object to form.  Lacks
2      foundation.
3           THE WITNESS:  Not to my knowledge.
4  BY MR. BOWMAN:
5      Q.   Do you have personal knowledge of this
6  particular event?
7      A.   No.
8      Q.   I'm going to show you what I will mark for
9  identification as Exhibit 11 to your deposition. Exhibit
10 11 is a report from our local CBS affiliate regarding
11 the circumstance that I'm referring to.
12               (Exhibit 11 was marked for
13               identification.)
14          MR. KHOJASTEH:  Thank you.
15 BY MR. BOWMAN:
16     Q.   My only purpose for showing you Exhibit 11,
17 Mr. Bovino, is to ask you if it helps you in any way to
18 place this event.  If it jogs any memories for you,
19 either of personal participation or having reviewed the
20 circumstances of this tear gas caster?
21          MR. KHOJASTEH:  Read this and see if it
22     refreshes your recollection.
23          THE WITNESS:  Oh, okay.  I've read it.
24 BY MR. BOWMAN:
25     Q.   Does it refresh your recollection?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    No.

2    Q.    Okay.  So I'm assuming you have reviewed no

3  reports, use of force, arrest reports, or anything

4  relating to the deployment of tear gas and other

5  applications of force at this location, Logan Square, on

6  October 3?

7    A.    I don't remember any.

8    Q.    Have you looked at any video, any photograph,

9  or any audio from the Logan Square incident?

10    A.    I don't remember any.

11    Q.    Do you have any opinion as to whether the

12  federal agent at Logan Square, on October 3, was

13  justified in deploying tear gas in the manner that he

14  did?

15    A.    I don't know.

16    Q.    Okay.  Do you have an opinion as to whether

17  that deployment of tear gas and other uses of force

18  during this incident were justified by DHS policy?

19    A.    I don't know.

20    Q.    Do you have an opinion as to whether the use

21  of force in this particular instance was justified under

22  the Court's temporary restraining order?

23    A.    I don't know.

24    Q.    On September 24, 2025, there was a run-in

25  between protestors and federal agents that happened at

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Broadview.  September 24, 2025.  And an individual named

2  Daniel Shouse, S-H-O-U-S-E, was -- encountered a

3  vehicle, and in his telling, almost got run over.  Do

4  you have any information as to whether it was or was not

5  appropriate for this vehicle to touch Daniel Shouse

6  --

7          MR. KHOJASTEH:  Object to form.  Lacks

8      foundation.

9  BY MR. BOWMAN:

10     Q.    -- on this particular day?

11         MR. KHOJASTEH:  Apologies.  Object to form.

12     Lacks foundation.

13         THE WITNESS:  I don't know what you're talking

14     about.

15  BY MR. BOWMAN:

16     Q.    Okay.  On September 26 tear gas was employed

17  at the Broadview facility and a journalist by the name

18  of Charles Thrush was affected by the tear gas.  He

19  believed that it was employed directly in his direction

20  because he was filming events at that location.  Do you

21  have any information about that?

22         MR. KHOJASTEH:  Object to form.  Lacks

23     foundation.

24         THE WITNESS:  No.

25  BY MR. BOWMAN:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Have you reviewed any materials from that

 2   incident?  Any video, any reports, any audio, or the

 3   like?

 4        A.   I don't remember.

 5        Q.   Have you conducted any investigation of any

 6   officers who might have been involved in that deployment

 7   of tear gas?

 8        A.   Not to my knowledge.

 9        Q.   I'm going to show you an affidavit that

10   was -- actually not an affidavit, a declaration that was

11   executed by Mr. Thrush, which we'll mark for

12   identification as Exhibit 12 to your deposition.

13   I'm showing this to you solely for the purpose of fixing

14   your attention on the particular incident that I'm

15   talking about, and asking you if this refreshes your

16   recollection at all.  Mr. Bovino, have you completed

17   your review of the affidavit?

18                    (Exhibit 12 was marked for

19                     identification.)

20        A.   I did.

21   BY MR. BOWMAN:

22        Q.   Does it refresh your recollection at all about

23   what Mr. Thrush contends happened to him at Broadview in

24   the last few weeks?

25        A.   No.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q.   You have no opinion as to whether the actions

2  taken against him that he describes were or were not

3  justified; is that fair?

4  A.   I don't recall any actions taken against

5  anyone by that name.

6  Q.   Okay.  And you would not be in a position to

7  say whether the force that was applied against Mr.

8  Thrush was or was not compliant with DHS policy,

9  correct?

10  A.   I -- I don't know.  I don't know what the

11  situation is.

12  Q.   And you have no ability to render an opinion

13  as to whether that force was or was not compliant with

14  the judge's temporary restraining order, correct?

15  A.   I won't give an opinion on this because I

16  don't know what the situation is.

17  Q.   There was some discussion on Tuesday between

18  you and Judge Ellis on the subject of events in the Old

19  Irving Park neighborhood of Chicago, on the north side

20  of our city.  Do you remember the judge expressing her

21  concerns about the allegations as to what had happened

22  there?

23  A.   Yes.

24  Q.   Since Tuesday morning when Judge Ellis

25  expressed, I think it's fair to say, deep concern about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 205 of 264

```
 1   the impact of OC gas against children on their way to a

 2   Halloween celebration.  You remember that discussion

 3   with the judge, right?

 4        A.   Well, it wasn't a discussion.

 5        Q.   It was her expressing her concerns to you.

 6        A.   Yes, but no -- no discussion there.

 7        Q.   Right.  Do you -- are you in a position

 8   today -- asking it another way.  After you heard from

 9   the judge about the concerns that she had, did you take

10   it upon yourself to go back and investigate the

11   circumstances of the deployment of tear gas in Old

12   Irving Park on the morning of Saturday, October 25?

13        A.   No.

14        Q.   So I believe you told Judge Ellis that

15   deployment of tear gas is always situation dependent.

16   You didn't know the full circumstances.  And you

17   couldn't say whether it was justified or not, right?

18        A.   I can't remember what I told her.

19        Q.   Okay.  Well, is that a fair statement?

20   That the use of teargas is situation dependent.  And

21   knowing what you now know about the deployment of

22   teargas in the Old Irving Park neighborhood of Chicago,

23   you cannot say whether that deployment was or was not

24   justified?

25             MR. KHOJASTEH:  Object to form.  Lacks
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     foundation.

2          THE WITNESS:  I believe that less lethal

3     deployments, or the deployment of less lethal is

4     situationally dependent.

5  BY MR. BOWMAN:

6     Q.   Right.   Therefore, are you in -- you were not

7  in a position, not having studied the matter, to express

8  a view as to whether your agents were or were not

9  justified in deploying tear gas in Old Irving Park on

10  Saturday morning, right?

11     A.   I believe they were justified if that

12  happened.

13     Q.   On what basis do you form that belief?

14     A.   I've seen nothing to indicate a reason

15  otherwise.

16     Q.   Have you reviewed video of the incident?

17     A.   No.

18     Q.   Have you asked to review the body camera of

19  the involved officers?

20     A.   No.

21     Q.   Have you reviewed any reports relating to the

22  incident?

23     A.   I can't remember.

24     Q.   Have you spoken with any of the officers about

25  their actions?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   Not to my knowledge.

2    Q.   Okay.  And yet you maintain that their actions

3  were justified.  Is that just a general expression of

4  confidence in the people under your command or do you

5  have some factual basis for saying that?

6    A.   I've not seen any evidence to indicate that

7  any deployment of less lethal was not exemplary or more

8  than exemplary.

9    Q.   Okay.  So your position, not having reviewed

10 video, not having talked to the officers, not having

11 looked at body cam, not having reviewed any reports that

12 you recall, is that the use of force in that location

13 was beyond exemplary; is that correct?

14   A.   I've not -- go ahead.  Sorry.

15        MR. KHOJASTEH:  Object to form.  Asked and

16      answered.

17        THE WITNESS:  I've not seen any reason that

18      would lead me to believe that any deployment of

19      less lethal was a less than exemplary or less than

20      more than exemplary.

21 BY MR. BOWMAN:

22   Q.   Okay.  I want to ask you some questions now

23 about an incident in which a young woman, whose name is

24 Leigh Kunkel, was shot in the face with a PepperBall at

25 Broadview.  And this occurred on September 26 of this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    year.  Are you familiar with this incident?

2        A.    No.

3        Q.    We'll mark next for identification as Exhibit

4    13 to your deposition, the declaration of Ms. Kunkel.

5    I'd like you to look it over, see what she describes.

6    And my question will be whether this jogs any memories

7    for you of having any information about this particular

8    event?

9                (Exhibit 13 was marked for

10                identification.)

11        A.    I've reviewed it.

12    BY MR. BOWMAN:

13        Q.    Okay.  Does that help you remember, or in any

14    way put in focus for you, the allegations that Ms.

15    Kunkel makes regarding the force that was applied

16    against her at Broadview on September 26th?

17        A.    No.

18        Q.    Including being struck in the face by a

19    PepperBall?

20        A.    No.

21        Q.    I want to direct your attention to Paragraph

22    14.  There's a photograph of Ms. Kunkel.  This is on

23    Page 5 of 7.  Did you notice that as you were going

24    through the materials?  Yes, that one.

25        A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    Ms. Kunkel alleges in the affidavit that at

2    the time she was struck by this PepperBall she was

3    standing behind a car, essentially attempting to

4    position herself out of the way of your people who were

5    present at the scene, when she was struck in this

6    manner.  You see she's bleeding, right?

7    A.    Yes.

8    Q.    So are you in a position to say one way or

9    another whether the application of force to Ms. Kunkel,

10   that resulted in her left bleeding as depicted in the

11   photograph, was or was not justified?

12        MR. KHOJASTEH:  Object to form.  Lacks

13        foundation.

14        THE WITNESS:  I don't know what use of force

15        it says here, that it -- she claims a PepperBall.

16        But it also says she was wearing a full respirator.

17        And what I see in this photo is very inconsistent -

18        - inconsistent with the application of the

19        PepperBall. Which is further backed up by this fact

20        that here on the next couple of pages, she said

21        that windows were broken with PepperBalls.  That

22        doesn't seem consistent to me with the -- neither

23        the application nor the effects of a PepperBall

24        launching system.  It doesn't seem accurate to me.

25   BY MR. BOWMAN:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   All right.  So you question Ms. Kunkel's

2    credibility?

3    A.   That -- what's that?

4    Q.   You question Ms. Kunkel's credibility.

5    A.   I question what I see in this photograph.

6    Q.   All right.  She says that force was used

7    against her, right?

8    A.   She said a PepperBall was used against her.

9    Q.   Right.  And you doubt that that happened based

10   on the declaration that you've read?

11   A.   It doesn't seem like -- as I said before, as I

12   answered before, it seems very inconsistent with the

13   application of a PepperBall.

14   Q.   Okay.

15   A.   I've never seen that before.  So --

16   Q.   You were not --

17   A.   -- especially with a full respirator on.

18   Q.   You were not present at the scene, right?

19   A.   No.

20   Q.   You have not looked at any video, right?

21   A.   No.

22   Q.   Your only familiarity with this is from

23   looking at the declaration that I handed to you,

24   correct?

25   A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    You have not looked at any reports?

2    A.    Not to my knowledge.

3    Q.    Spoken with any officers who were involved in

4    this use of force?

5    A.    Not to my knowledge.

6    Q.    Now, are you in a position to say whether what

7    happened to Ms. Kunkel was or was not a justified

8    application of force?

9         MR. KHOJASTEH:  Object to form.  Lacks

10        foundation.

11        THE WITNESS:  All I'm saying is, it appears,

12        to me, inconsistent with a PepperBall launcher, as

13        was stated in this -- whatever this thing is an

14        affidavit, or a report, or whatever -- whatever it

15        is.  It doesn't look right to me.

16   BY MR. BOWMAN:

17   Q.    Okay.  Apart from what you've just testified

18   to, do you have any other opinions regarding this use of

19   force?

20   A.    At this time --

21        MR. KHOJASTEH:  Object to form.  Lacks

22        foundation.

23        THE WITNESS:  At this time, no.

24   BY MR. BOWMAN:

25   Q.    One of the plaintiffs in this case, a woman

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    named Autumn Hamer-Reidy [sic], I hope I'm pronouncing

2    that correctly, states in a declaration, and I'm not

3    going to take time to show you.  But what she says in

4    the declaration is that she was peacefully protesting at

5    the Broadview facility on a date in late September when

6    a federal agent threw a flash bang grenade and it landed

7    at her feet.  Do you have any knowledge about the event

8    that Autumn Hamer-Reidy is talking about?

9         MR. KHOJASTEH:  Object to form.  Lacks

10        foundation.

11        THE WITNESS:  I don't know of any event at

12        this -- that I can remember.

13   BY MR. BOWMAN:

14   Q.   Okay.  Have you at any point been shown any

15   reports relating to that?

16   A.   Not to my knowledge.

17   Q.   Have you looked at any video relating to that?

18   A.   Not that I remember.

19   Q.   Have you spoken to any federal agency --

20   agents who were involved in the response to protestors

21   in the evening of September 26th or September 27th when

22   Ms. Autumn Hamer-Reidy alleges that this occurred?

23        MR. KHOJASTEH:  Lacks -- object to form.  Lacks

24        foundation.

25        THE WITNESS:  I can't remember.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MR. BOWMAN:

Q.   Okay.  So you're not in a position to say whether what happened to Ms. Hamer-Reidy was or was not appropriate, fair?

A.   I'm saying I don't know anything about that, that I can remember.

Q.   There is a declarant named Terrance Roche, whose declaration has been filed in this case, who says that he was shot in the head with a PepperBall. Similar scenario to Ms. Kunkel in that he was not touching or threatening or in any way harming any federal agent before this happened to him.  Have you any information about what happened to Terrance Roche?

MR. KHOJASTEH:  Object to form.  Lacks foundation.

THE WITNESS:  No.

BY MR. BOWMAN:

Q.   Have you looked at any reports relating to the application of that use of force?

MR. KHOJASTEH:  Same objection.

THE WITNESS:  Not that I can remember.

BY MR. BOWMAN:

Q.   Have you not looked at it video-wise?

A.   Not that I can remember.

Q.   You are in no position to say, one way or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   another, whether what the agents under your command did

 2   in applying force that resulted in this shot to Terrance

 3   Roche's head was or was not justified; is that fair?

 4            MR. KHOJASTEH:  Object to form.  Lacks

 5        foundation.

 6            THE WITNESS:  I'm saying that I can't remember

 7        this incident, nor it ever happening.

 8   BY MR. BOWMAN:

 9        Q.   There was another declarant by the name of

10   Paul Goyette, G-O-Y-E-T-T-E, who says that he was

11   present at Broadview and observed federal agents

12   shooting OC spray at both protestor and at journalists

13   during a protest at Broadview in late September of this

14   year.  Do you have any information about that incident?

15            MR. KHOJASTEH:  Object to form.  Lacks

16        foundation.

17            THE WITNESS:  I can't remember that event, nor

18        if it even -- if it ever happened.

19   BY MR. BOWMAN:

20        Q.   You have not looked at any videos?

21        A.   Not to my knowledge.

22        Q.   Not looked at any reports?

23        A.   Not to my knowledge.

24        Q.   On September 27, 2025, were you present at the

25   Broadview ICE facility, leading other officers as they
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    responded to protestors at that scene?

2        A.    I can't remember the date.

3        Q.    Okay.  There were occasions when you were

4    present at the ICE facility at the Broadview location,

5    leading federal agents as they responded to protesters,

6    correct?

7        A.    I've been at the Broadview facility and

8    responded to violent rioters and assaultive subjects.

9        Q.    "Violent rioters" and "assaultive subjects,"

10   did you say?

11       A.    Yes.

12       Q.    Okay.  Other than violent rioters and

13   assaultive subjects, have you responded to any other

14   protesters at the Broadview ICE facility?

15            MR. KHOJASTEH:  Object to form.  Lacks

16       foundation.

17            THE WITNESS:  Same.  I have responded to the

18       Broadview facility.

19   BY MR. BOWMAN:

20       Q.    Okay.  Are the protestors at the Broadview

21   facility, in your view, just a bunch of violent rioters?

22            MR. KHOJASTEH:  Object to form.

23            THE WITNESS:  What -- what's the question

24       again?

25   BY MR. BOWMAN:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    I'll ask it again.  Are the protestors who

 2   have -- who you've observed and have interacted with at

 3   the Broadview ICE facility, categorically a bunch of

 4   violent rioters?

 5             MR. KHOJASTEH:  Object to form.

 6             THE WITNESS:  I have interacted with many

 7        violent rioters and individuals at the Broadview

 8        facility.

 9   BY MR. BOWMAN:

10        Q.    Will you acknowledge that some of those at the

11   Broadview facility who came to that location to protest

12   are not violent rioters or assaulters?

13        A.    I -- I don't know what -- what they are.

14        Q.    Okay.  So as far as you can tell, they were

15   all violent rioters and assaulters?

16             MR. KHOJASTEH:  Object to form.

17             THE WITNESS:  I've interacted with many

18        violent rioters and assaultive subjects there.

19   BY MR. BOWMAN:

20        Q.    Have you ever interacted with anybody who

21   wasn't that?

22        A.    I can't remember.

23        Q.    Okay.  There is, in the record of this case, a

24   declaration from a woman named Michelle Narvaez, N-A-R-

25   V-A-E-Z, who states under oath that when she was at the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Broadview ICE facility on September 22, 2025, she saw

2    federal agents who were stationed on the roof of the

3    facility shoot PepperBalls at a child.  Are you aware of

4    whether this occurred or not?

5            MR. KHOJASTEH:  Object to form.  Lacks

6        foundation.

7            THE WITNESS:  I don't know.

8    BY MR. BOWMAN:

9        Q.    Have you ever undertaken to investigate an

10   allegation that agents under your command shot

11   PepperBalls at children?

12       A.    I've never heard of this allegation before.

13       Q.    You haven't looked at any video relating to

14   it?

15       A.    No.

16       Q.    And you don't have any opinion on whether it

17   occurred or not, and if it did occur, whether or whether

18   or not it was justified?

19       A.    I -- I don't know anything about a situation

20   or if it even occurred.

21       Q.    Okay.  Can we agree that if PepperBalls were

22   shot from the roof of the Broadview ICE facility at a

23   child, that that is not an example of exemplary or a

24   more than exemplary use of force?

25       A.    That's a hypothetical situation.  And I'll

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    refrain -- refrain -- refrain from commenting on a
2    hypothetical situation that I have no direct knowledge
3    of.
4              MR. BOWMAN:  Okay.  Where are we time wise?
5              THE REPORTER:  4 hours, 17 minutes.
6              MR. BOWMAN:  4 hours, 17 minutes.  Okay.
7    BY MR. BOWMAN:
8         Q.    I want to ask you, Mr. Bovino, about the
9    events in the Little Village neighborhood on October 23.
10   Do you have a Twitter account?
11        A.    I've got a government Twitter account.
12        Q.    And do you manage that Twitter account
13   yourself?
14        A.    I -- I do not manage it myself.
15   What -- well -- well, I'm sorry.  Let me back up.
16        Q.    Do you --
17        A.    What do you mean by manage it?
18        Q.    Do you post to that account yourself?  Are you
19   responsible for the posts?
20        A.    Yeah, I don't -- I don't post myself.  I don't
21   know how to post on Twitter.
22        Q.    Okay.  What is your handle?  Do you
23   have -- let me ask you this: Do you have a social media
24   account in which your handle is Commander Op At Large
25   CA?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**Kentuckiana**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    Yes.
 2        Q.    Okay.  And is that a Twitter account?
 3        A.    I can't remember if it's Twitter, Facebook, or
 4   Instagram.
 5        Q.    Okay.
 6        A.    Or all three.
 7        Q.    Okay.  And --
 8        A.    If it says that on one of them, two of them,
 9   or all three of them.
10        Q.    Okay.  Is that the government account that you
11   were referring to, or is that something else?
12        A.    Government account.
13        Q.    Government account.  And it has come up
14   already that I'm an old man.  When you write something
15   out and put it up in response to somebody else, is that
16   not called posting, or is there a different word?
17        A.    Well, I don't know what you would call it, but
18   I guess you can call it whatever -- whatever suits you.
19        Q.    Okay.  Well, when you do that thing, whatever
20   you call it, do you do it yourself or does somebody else
21   do it?
22        A.    On -- on -- on Instagram or what are you
23   talking about?
24        Q.    On Twitter, Instagram, Facebook, whatever that
25   damn account is.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1        A.    Yeah.  Other people do that.

2        Q.    Other people do that for you?

3        A.    Yes.

4        Q.    Okay.  All right.  Who does that for you?

5        A.    Several individuals do that, it's Public

6   Affairs.

7        Q.    Public Affairs at the Department of Human --

8   Department of Homeland Security?

9        A.    No, sir.  Public Affairs U.S. Border Patrol.

10        Q.    Public Affairs --

11        A.    El Centro sector.

12        Q.    Who are the individuals who make those posts

13   on your behalf?

14        A.    They're Border Patrol agents.

15        Q.    Are they part of Operation Midway Blitz?

16        A.    Some -- some of those agents are and some are

17   not.

18        Q.    Okay.  So we touched on this earlier in the

19   deposition.  There's been a lot of interests in this

20   case and in the media about you throwing a canister of

21   tear gas when -- on October the 23rd in Little Village

22   around 27th, Whipple, and Troy Streets.  And you

23   acknowledged that you did do that, right?

24        A.    I -- I do not acknowledge that I did that.

25        Q.    Oh.  I think we went around this before.  I'm
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    going to mark next for identification as Exhibit 14 a

2    still photograph that is taken from a video that a

3    person made at the location we've been describing and on

4    that date.

5                    (Exhibit 14 was marked for

6                    identification.)

7         MR. KHOJASTEH:  Thank you.

8    BY MR. BOWMAN:

9         Q.    Is that you in the picture?

10        A.    That is.

11        Q.    What are you doing in that picture?

12        A.    It -- it appears that I am deploying less

13   lethal munitions.

14        Q.    Okay.  So if I were to have asked you, is it

15   true that you deployed less lethal munitions at -- on

16   27th Street between Whipple and Troy, you'd tell me yes?

17        A.    I did deploy munitions in that location.

18        Q.    Pardon me?

19        A.    I did deploy munitions in that location.

20        Q.    Okay.  That particular munition that -- you

21   see it flying through the air after having left your

22   hand, right?

23        A.    Yeah.  I guess that that's a munition.

24        Q.    What is -- it's a canister, right?

25        A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    Okay.  So what is in that canister?

 2        A.    That canister appears to be CS gas.

 3        Q.    Is CS gas commonly known as tear gas?

 4        A.    I don't know.  I -- I don't refer to it that

 5   way.

 6        Q.    Okay.  If I were to say -- to ask you a

 7   question, did you throw a canister of CS gas in this

 8   particular location on this particular day, you would

 9   tell me yes to that question too?

10        A.    I would not.

11        Q.    Okay.  Why not?

12        A.    You said canister.  I threw two.

13   That's -- that's plural.

14        Q.    I thought canister was singular.

15        A.    No.  You said, did I throw this canister?

16   Canister.  And then did you throw a canister?  And no, I

17   threw two.

18        Q.    Okay.  All right.  I'm not saying that this

19   shows you throwing any more than one canister, okay?

20        A.    You said this --

21        Q.    So let's get --

22        A.    No.

23        Q.    -- past that.

24        A.    No, you -- you asked me if I threw a canister

25   of gas.  That's -- that's inaccurate.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  It was not a canister; you threw more
2  than one canister?

3    A.   Yes.

4    Q.   Okay.  Got you.  So did you throw multiple
5  canisters of gas at this location on this day?

6    A.   I threw two.

7    Q.   Two canisters.  Thank you for clarifying.  I
8  appreciate it.  This particular photo shows you throwing
9  just one canister, right?

10   A.   Yes.

11   Q.   Okay.  You were throwing the canister in the
12 direction of protestors who were objecting to your
13 presence at -- in Little village; is that not true?

14       MR. KHOJASTEH:  Object to form.  Lacks
15       foundation.

16       THE WITNESS:  That's not true.

17 BY MR. BOWMAN:

18   Q.   Not true?

19       MR. BOWMAN:  What I'm going to do now is ask
20       you, Val, to play first -- I think first the 1:52
21       segment helicopter.  Do we have the timestamps
22       identified?

23 BY MR. BOWMAN:

24   Q.   While we're looking for that video, I got a
25 couple of more questions to ask you about this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 224 of 264

223

1    particular incident.  Were you at some point hit in the

2    head with a rock?

3         A.    Yes.

4         Q.    How -- were you hit with a -- in the head with

5    a rock before you threw the canister of gas that's

6    depicted in Exhibit 14 or afterwards?

7         A.    After.

8         Q.    At the point when you threw this canister, you

9    had not been hit in the head with a rock?

10        A.    I had received a projectile, a rock, but it

11   did not hit me in the head.  But it did almost hit me.

12        Q.    Okay.  So it did -- it missed you; it didn't

13   hit you?

14        A.    That's correct.

15        Q.    Okay.  So the answer to my question is: That's

16   correct?  At the time that this canister was thrown by

17   you -- you had not yet been hit in the head with a rock?

18        A.    I had not.

19              MR. KHOJASTEH:  Object to form.

20              MR. BOWMAN:  And --

21              MR. KHOJASTEH:  Asked and answered.

22   BY MR. BOWMAN:

23        Q.    Did you receive an injury as a result of being

24   hit in the head with a rock?

25        A.    It hurt.



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**KENTUCKIANA**
COURT REPORTERS

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 225 of 264

```
1        Q.   Did you -- did it break the skin?

2        A.   No.

3        Q.   Did you seek medical attention?

4        A.   No.

5        Q.   Did you receive a bruise?

6        A.   No.

7        Q.   Okay.  Describe the rock.

8        A.   Which one?  There were two thrown at me.

9    The -- the one before --

10       Q.   Describe the one --

11       A.   -- I threw the canister --

12       Q.   Describe the one that hit you in the head.

13       A.   Okay.  That rock was a large, black rock.

14   It looked like it might have been a piece of pavement.

15       Q.   How -- show us how big it was.  Just with

16   your --

17       A.   I would say it would be perhaps the size of

18   that, except a little wider on the sides.

19            MR. BOWMAN:  Okay.  Did you get that?

20            THE WITNESS:  Approximately.

21   BY MR. BOWMAN:

22       Q.   Okay.  And how fast was it moving when it hit

23   your head?

24            MR. KHOJASTEH:  Object to form.  Lacks

25       foundation.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              THE WITNESS:  I don't know how many miles an
 2        hour it was moving exactly.  It was moving very
 3        fast.
 4   BY MR. BOWMAN:
 5        Q.   Very fast?
 6        A.   Well, I thought it was.
 7        Q.   Okay.  All right.  So we found the video, and
 8   Val is going to come and present it to you.  And once
 9   again, I'm going to stand behind you, not to intrude on
10   your space, but because I need to see the video, too.
11   This video will be Exhibit 15 for the record.
12                   (Exhibit 15 was marked for
13                   identification.)
14        MS. BARAJAS:  Just tell me when to stop it.
15                   (Video recording played.)
16        MR. BOVINO:  Get the fuck away here.
17        UNIDENTIFIED SPEAKER 2:  Don't touch me. Don't
18        fucking touch me.
19        MR. BOVINO:  Get the -- get out of here.  Get
20        off me.  Get him up.  Pull him up.  Back up.  Back
21        up, I'm telling you.  Back up.  Back up.  Back up,
22        okay? Turn it off.  Back up.  Back up.
23        UNIDENTIFIED SPEAKER 2:  He's scared.  He's
24        scared.
25        UNIDENTIFIED SPEAKER 3:  Get the fuck out.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1              MR. BOVINO:  Back it up.  Get them back.

2                   (Video recording stopped.)

3    BY MR. BOWMAN:

4         Q.    We just looked at a video clip that we'll

5    properly describe and identify, for purposes of the

6    record its designation will be Exhibit 15.  Does that

7    video depict the situation that you faced that was in

8    front of you in the seconds before you threw the

9    canister of gas?

10        A.    No.

11        Q.    How is that not so?

12        A.    That video didn't depict many varying parts of

13   that situation that I was faced with, both in front and

14   around me.  It didn't depict the first rock -- I'm

15   sorry, go ahead.  What?

16        Q.    I'm talking to Val.

17             MR. KHOJASTEH:  Oh, well then you can wait. Go

18        ahead.

19   BY MR. BOWMAN:

20        Q.    No, go ahead.  I'm listening.

21             MR. KHOJASTEH:  But then don't talk.

22        It's -- he's talking and you're talking.

23        It's, like, tough.

24             THE WITNESS:  Clear to go?

25   BY MR. BOWMAN:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Yeah, go ahead.

2      A.   So it didn't depict many parts of the

3   situation that -- that we were facing.  The first was a

4   large, white rock that was thrown -- that was thrown

5   that almost hit me before I deployed that canister of CS

6   gas.  That was one thing.  Another item or violent

7   protestors that -- sorry, violent rioters that began

8   throwing water bottles and other objects at Border

9   Patrol agents.  Another situation that that video did

10  not depict were violent rioters that were assaulting

11  Border Patrol agents over to my left.  Another thing

12  that it did not depict was the fact that a large box

13  truck had already blocked in agents, and the blocking in

14  of agents in a coordinated attack had taken place both

15  while that was -- while that situation was taking place,

16  as well as approximately 30 minutes before that was

17  happening.  Another situation that -- that did not

18  depict, was a transport van just ahead of that video,

19  out of sight of the video, that was blocked in by a

20  coordinated effort -- by what appeared to be a

21  coordinated effort, and agents were asking for help.

22  Something else that video didn't do a good job of -- of

23  showing, you can see it a little bit, were two

24  individuals on the rooftops, which was consistent with

25  intelligence of Latin Kings being on the rooftops.  There

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  were at least two individuals on the rooftops that were

2  in maroon hoodies, or one of them was in a maroon

3  hoodie.  Which is very significant, because there's

4  another situation that that video didn't depict, and

5  that was only a couple of blocks away from there.

6  Potential gang members who had just flashed gang signs

7  and tried to block agents in were seen lifting what

8  appeared to be semi-automatic or fully automatic weapons

9  out of the trunk, bringing them into the front of the

10  car.  And then that car departing towards that area

11  that -- that -- that I was at.  So there were a lot of

12  situations going on simultaneously, and a lot of

13  situations that obviously were not depicted in the

14  narrow scope of that video that you see there.

15      Q.   **Did you put --**

16      A.   Oh, and then one more thing.  The individuals

17  in that vehicle -- the individuals in that vehicle

18  all -- approximately four of them, had maroon hoodies

19  on. And one other thing that I forgot to mention, that

20  this video didn't depict, was someone over to my left

21  and in the front, appeared with a maroon hoodie.

22      Q.   **Okay.**

23      A.   All simultaneously.

24      Q.   **Wow.  So you had a lot on your mind that was**

25  **affecting your decision to deploy that less lethal**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 230 of 264

229

```
 1   munition, right?
 2        A.   There were a lot of events, violent events,
 3   and events that had the potential for severe
 4   violence --
 5        Q.   Right.
 6        A.   -- at that time there, leading up to the
 7   deployment of that canister.
 8        Q.   And was it your belief that by deploying that
 9   canister, you would be counteracting the gang members
10   several blocks away, the situation involving the truck,
11   the gang member to your left, the other ones on the
12   roof, and all of that?  Is that all factoring into
13   deploying this less lethal munition?
14        A.   I felt that this was an emergent situation.
15   An emergency situation that reached a crescendo to the
16   point that the immediate deployment of that canister and
17   the canister after that was -- was needed.
18        Q.   Do you acknowledge that the people in whose
19   direction you deployed the canister were expressing
20   their viewpoint that they did not want you in their
21   neighborhood?  Get out of here, in effect?
22        A.   When I deployed the canister, I saw people
23   assaulting Border Patrol agents, assaulting me --
24        Q.   No.  I'm going to stop you.  That -- that's
25   not what I asked you.  I asked you a simple question.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    What's that?

2    Q.    When you -- do you acknowledge that the people

3 in front of you, shown on the video, were expressing

4 their viewpoint that they did not want you in their

5 neighborhood, get out of here, get out of our

6 neighborhood?  Do you acknowledge that that was said to

7 you before you deployed the canister?

8    A.    I don't acknowledge that.

9    Q.    Okay.  You're saying that didn't happen?

10    A.    No, I'm not saying it didn't happen.  I'm just

11 not acknowledging in the spirit that you apparently want

12 me to acknowledge that.  And now I see people violently

13 -- violently rioting, and that's not what you said.

14 That's violently rioting with the potential for a lot

15 more extreme violence.  Something I did forget to

16 mention, also, that was not depicted in your video were

17 the use of large, commercial-grade fireworks that in

18 themselves are already a deadly force situation.

19    Q.    Okay.  Just want to make sure I understand one

20 point.  Are -- there are people that are going back and

21 forth with the agents in front of you in the video we

22 just looked at, right?  People talking back and forth

23 with the agents.  You did see that in the video?

24    A.    I heard people yelling.

25    Q.    Yes.  Okay.  That's what I'm talking about,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1:25-cv-12173 Document #: 280-31 Filed: 11/24/25 Page 232 of 264

```
1    the people yelling.  Are you telling us that those

2    people yelling are the violent rioters?

3         A.   I didn't tell you that.

4         Q.   Okay.  Well, I'm asking: Are you saying that

5    those are violent rioters?  Or are there violent rioters

6    somewhere else that aren't in the video?

7         A.   Those violent rioters were -- were in front of

8    me.

9         Q.   Okay.  So the guys that --

10        A.   I -- I --

11        Q.   What we're looking at in the video is, as you

12   look at it, a bunch of violent rioters?

13        A.   I saw violent rioters in front of me, is what

14   I'm saying.

15        Q.   And I'm asking --

16        A.   I was watching --

17        Q.   -- are they depicted in the video?

18        A.   No -- no -- no -- no.  You asked me what I

19   saw.  I said I saw violent rioters in front of me.

20   That -- that is what you asked me.

21        Q.   I didn't ask you what you saw.

22        A.   Okay.

23        Q.   I asked you about the video.  And my question

24   is: Are you telling us that violent rioters are depicted

25   in the video that we just looked at?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    I don't know what those people were.

2    Q.    Okay.  So you wouldn't characterize them as

3  violent rioters, right?

4    A.    I don't know what they are.  I will --

5    Q.    Because it wouldn't --

6    A.    -- I'm not -- I'm not characterizing them.

7    Q.    It wouldn't be proper to call them violent

8  rioters, would it?

9         MR. KHOJASTEH:  Object to form. Argumentative.

10        THE WITNESS:  I don't know.

11  BY MR. BOWMAN:

12    Q.    Okay.  Don't know.  All right.  Let's look at

13  one last video.  We're going to need to wrap up here

14  pretty quickly.

15        MR. BOWMAN:  Actually, let's not.  It is

16        almost ten to 6:00.  We need to get out of here by

17        6:00.  So we're going to need to suspend the

18        deposition at this point.  I suggest we go off the

19        record now.

20        THE VIDEOGRAPHER:  Okay.

21        MR. BOWMAN:  And we can talk about when --

22        MR. KHOJASTEH:  Thank you.

23        MR. BOWMAN:  -- and how to reconvene.

24        THE VIDEOGRAPHER:  Okay.  With that, we'll go

25        off the record, and the time is 5:48.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:25-cv-12173 Document #: 284-31 Filed: 11/24/25 Page 234 of 264

233

1    (Deposition was suspended at 5:48 p.m. CT)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      CERTIFICATE OF DIGITAL REPORTER

2                STATE OF ILLINOIS

3

4    I do hereby certify that the witness in the foregoing

5    transcript was taken on the date, and at the time and

6    place set out on the Stipulation page hereof, by me

7    after first being duly sworn to testify the truth, the

8    whole truth, and nothing but the truth; and that the

9    said matter was recorded digitally by me and then

10   reduced to typewritten form under my direction, and

11   constitutes a true record of the transcript as taken,

12   all to the best of my skill and ability. I certify that

13   I am not a relative or employee of either counsel and

14   that I am in no way interested financially, directly or

15   indirectly, in this action.

16

17                          OFFICIAL SEAL
                          MEGAN MILA NOLASCO WEINER
18                         Notary Public, State of Illinois
                           Commission No. 1812738
19                      My Commission Expires June 27, 2029

20   *Megan Weiner*

21

22   MEGAN WEINER

23   DIGITAL REPORTER/NOTARY

24   MY COMMISSION EXPIRES: 06/27/2029

25   SUBMITTED ON: 11/01/2025

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

**Exhibit 2_ Bovino** 96:22 97:4,13,14 130:13 134:11

**Exhibit 3_ Bovino** 106:15,18 140:23

**Exhibit 5_ Bovino** 152:3, 8

**Group Exhibit 7_Bovino** 5:16 165:25 166:1,5

**Exhibit 9_ Bovino** 5:20 181:8,10 188:25

**Exhibit 11_ Bovino** 199:9, 10,12,16

**Exhibit 12_ Bovino** 202:12, 18

**Exhibit 13_ Bovino** 207:3, 4,9

**Exhibit 14_ Bovino** 220:1,5 223:6

**$**

**$10,000** 113:1 121:13 142:2

**1**

**1** 61:5 96:22 97:2

**1,000** 148:4

**10** 154:18 178:16,17 182:21 183:2,3

**10,000** 121:12

**100** 77:8

**106** 127:6

**10:29** 8:7

**11** 199:9,10,12, 16

**11:15** 49:17

**11:34** 49:20

**12** 202:12,18

**12:41** 106:9

**13** 207:4,9

**14** 207:22 220:1,5 223:6

**15** 225:11,12 226:6

**17** 22:1,5 154:18 217:5,6

**1958(a)** 109:13

**1993** 31:22

**1996** 31:23

**1998** 83:12,22

**1:09** 106:12

**1:42** 117:15

**1:50** 117:18

**1:52** 222:20

**1:53** 120:18

**1:57** 120:21

**1:59** 122:17

**2**

**2** 36:20 96:22 97:4,13,14 130:13 134:11 157:22 178:14 225:17,23

**2025** 8:6 64:25 84:22 87:16 95:13 137:17 200:24 201:1 213:24 216:1

**21** 189:16,20

**219** 8:8

**22** 216:1

**220** 46:18

**23** 25:12,19 26:1,7 64:24 121:11 156:23 217:9

**23rd** 219:21

**24** 200:24 201:1

**25** 204:12

**25-CV-12173** 8:12

**26** 33:18 201:16 206:25

**26th** 197:12 207:16 211:21

**27** 213:24

**27th** 211:21 219:22 220:16

**29** 95:13

**29th** 108:12

**2:01** 122:20

**2:07** 128:15

**3**

**3** 106:15,18 140:23 154:17 156:20 189:9, 13 195:13,25 197:6,8 198:20 200:6,12 225:25

**3,000** 92:25

**30** 158:15 191:18 227:16

**30th** 8:6

**35-1** 118:13

**36-second** 172:15

**3:19** 130:3

**3:58** 163:17

**3rd** 171:25 172:2 179:8 182:5 194:21

**4**

**4** 116:13,19 141:24 157:22 217:5,6

**4:00** 163:20

**4:11** 172:9

**4:13** 172:12

**4:38** 193:17

**4:45** 193:20

**5**

**5** 152:3,8 207:23

**5:48** 232:25

**6**

**6** 163:3,5,6 165:20

**6:00** 232:16,17

**7**

**7** 165:25 166:1, 5 207:23

**7th** 116:15 143:8 145:18

**8**

**8** 39:23 40:6,8, 12 76:10 78:2 79:24 80:12 90:24 118:11 171:19,22 172:16

**9**

**9** 181:8,10 183:2 188:25

**90** 103:3

**A**

**a.m.** 8:7

**Aaron** 9:6

**ability** 42:25 95:4 115:25 139:12 203:12

**absolutely** 129:20 157:1,8

**accomplish** 96:1 154:24 155:24

**account** 121:3 217:10,11,12, 18,24 218:2,10, 12,13,25

**accoutrements** 95:20

**accurate** 157:3 158:6 208:24

**acknowledge** 169:17 175:21 178:4 179:11 180:1,3 215:10 219:24 229:18 230:2,6,8,12

**acknowledged** 219:23

**acknowledging** 230:11

**acquired** 132:21

**act** 79:10,23 166:15

**acting** 78:10 79:3

**action** 181:16

**actions** 25:11 40:19 41:24



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

90:1,4 91:1
107:20 122:25
123:2,4,8,16,24
124:2 203:1,4
205:25 206:2

**activities**
14:17 16:19
23:3 25:18
27:5,12 33:6
38:21 39:5,23

**activity** 39:17
187:4

**actual** 149:2

**Adams** 10:1

**add** 102:17

**addition** 10:13
20:7 29:12

**additional**
47:1 74:3

**address** 67:16

**adhere** 42:16
43:15 158:10

**administration**
67:24 73:25
75:15

**administration
's** 69:16

**admonish**
41:18,19,20,23
42:14 43:1

**admonishing**
143:7

**admonition**
42:16

**admonitions**
182:12

**advance**
181:14

**advice** 29:20
47:10 55:15

**advocacy**
194:5

**advocate**
51:24 188:22
192:17 196:3,
15,25

**advocating**
183:11,12
184:22,24
185:13 188:7,9
189:5 190:6,7,
19 192:7 194:3,
14

**Affairs** 219:6,7,
9,10

**affected**
201:18

**affecting**
122:25 123:16,
20 228:25

**affects** 94:6

**affidavit**
120:24,25
141:4,24
142:11 202:9,
10,17 208:1
210:14

**affiliate** 152:5
199:10

**affiliated**
123:19 124:14
183:16 185:3
190:11,24
192:10 194:10

**affirm** 10:7

**afield** 105:7

**agencies** 11:8,
15,18 13:3,10,
12,25 16:5,6,8,
15 34:12,19
35:18 36:1,4,8
37:17,18,23
40:13 81:25
82:5 89:20
185:19

**agency** 16:17
32:6 33:22
40:17 41:16
82:22 211:19

**agent** 10:22
43:10,15 45:10
83:8 134:15
146:18,24
147:1,3 155:8
157:14 166:7

198:22 200:12
211:6 212:11

**agent's** 16:17
197:24

**agents** 12:19
16:17 23:11
27:8 36:4,8,15,
20,24 37:2,18,
23 38:7,18 39:3
40:12,16,17,22
42:14,24 44:4
45:10,12 46:19
47:2 74:3 78:2
81:24,25 82:4,
7,14,19 84:12
85:2 86:2,20
87:20,25 88:2,
8,14,19 89:2,5,
9,12 90:1,22
91:14 97:17
108:9 134:23
140:2 143:7
145:18 146:17
148:5 149:6
150:3 151:9,15
154:21 157:6
166:17,24
167:4 168:7
169:15 178:5
179:3,5 182:10
196:18 197:1,
11,14 200:25
205:8 211:20
213:1,11 214:5
216:2,10
219:14,16
227:9,11,13,14,
21 228:7
229:23 230:21,
23

**agents'** 37:12
197:1

**aggravated**
92:23

**agree** 36:4
37:20 52:19
114:1 126:2,9
128:11,12
150:17 152:15
178:17 180:22,
23 181:1,2
187:22,25
188:2,4,9,12,

15,18 190:13,
17,22,25 192:4,
12,15 216:21

**agreed** 187:21
188:1

**ahead** 43:20
50:2 71:16
72:15 77:22
104:19 110:8
118:20 130:6
132:16 137:2
166:23 206:14
226:15,18,20
227:1,18

**aiming** 157:20,
21

**air** 35:22,23
220:21

**aired** 153:3

**Alder** 197:25
198:7,10,13

**alderperson**
197:5,11,21

**aliens** 92:20

**all-** 92:18

**all-important**
93:1

**allegation**
131:25 216:10,
12

**allegations**
90:3 114:3,8,9
127:14 203:21
207:14

**alleged** 100:16

**allegedly**
113:2 121:3
124:13

**alleges** 208:1
211:22

**allied** 95:22
150:3

**allowed** 92:21
93:2 126:21
187:4

**Alyssa** 9:1

**amateur** 33:5

**amenable**
70:19

**Amended**
127:11

**amendment**
85:19 89:18
90:5 127:21

**America** 149:7
184:20

**American**
183:12 184:18,
23 190:6 194:3

**amount** 148:13
154:23 155:23

**anchor** 61:19
63:11 64:5

**and/or** 150:3

**Angeles** 89:17,
20,24 90:2,21,
23 116:15
117:1 143:8
145:18 147:6
150:24 151:5,6

**answering**
43:4,6 54:12
76:11 77:9
92:17 103:6,14

**answers** 68:4,
22,24

**Anthony** 10:1

**anticipate**
46:24,25 49:13

**Antifa** 134:1,13
135:18

**anybody's**
22:5

**anymore**
185:10 187:4
195:21

**Apologies**
201:11

**apologize**
118:20 133:18

**Appalachian**
31:20,21



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

apparently 230:11

appeared 25:24 227:20 228:8,21

appearing 20:10,15

appears 26:15 65:12 109:15 145:19,20 166:13 173:18 174:10,13 210:11 220:12 221:2

application 54:19 56:6,14 58:25 91:8 180:20 208:9, 18,23 209:13 210:8 212:19

applications 200:5

applied 155:8 161:19 169:17 179:12 180:3,9, 24 198:10 203:7 207:15

applies 147:10

apply 147:5 150:24 176:9 180:9,12

applying 176:7,13 213:2

apprehend 79:24 80:6 92:15,24

apprehended 107:7

apprehending 93:2

apprised 171:15

approach 112:4 185:23

approximate 21:9,11,13

approximately

31:22 32:24 46:18 83:12 84:20,21 87:14 137:16,17 148:4 224:20 227:16 228:18

arborist 33:5

area 153:20 154:3 156:25 160:3 174:3,4 176:2 228:10

areas 80:20 86:17,25

argue 81:20,22

arguing 125:25

argument 47:24

argumentative 158:8 171:11 232:9

arise 59:1 60:16

arms 168:12

arrangements 172:14

arrest 143:14 144:19 146:4, 17,23 147:2,5 178:6 179:25 180:4,9,13 185:12 186:20 196:18,20,22 197:3,5,24 198:7,8,16 200:3

arrestable 194:7

arrested 150:4 175:9 186:18, 19 197:11,25

arresting 180:25

arrests 81:3 180:20,22

Art 9:5 52:24 116:6 118:5,8, 19,22 119:6,15

125:13,15,17 126:7,10,25 127:2,5,24 129:4

Art's 126:2

articulate 105:9 126:12, 24

articulation 102:25

asks 154:15 156:20

aspects 94:6

assault 140:2 147:3 150:4

assaulted 149:5

assaulters 215:12,15

assaulting 148:5 150:2 227:10 229:23

assaultive 214:8,9,13 215:18

assaults 146:16,24 147:1 148:6,10, 13,16

assert 99:20

asserted 74:22

asserting 130:17

assertion 112:7,9 139:16 162:16,19

assertions 99:7

assessment 73:24

assets 11:4 13:2 35:9,11,12 36:12

assigned 16:18 27:6 36:13,16,21,25

37:1,4,19,25 38:8,19 39:6,18 40:5,13,17 47:2 82:1 85:3,13,16 89:12

assignment 34:11,18,25 35:2,8,9

assist 10:16

assistant 32:23,24

Associates 32:16

assume 20:9 115:12 130:15 166:17 168:5,6, 10

assuming 20:12,14 105:18 168:15 200:2

assumptions 168:13

assure 104:25

ATF 36:3,16,21 37:2 38:19 39:4

ATO 13:17

attack 154:21 227:14

attempted 140:6

attempting 158:22 208:3

attention 177:4 202:14 207:21 224:3

attorney 29:14

attorneys' 109:21 110:5 111:9,10

audio 198:4 200:9 202:2

August 87:14, 16,22

authenticated 182:17

automatic 228:8

Autumn 211:1, 8,22

availability 147:15

avenue 70:13

avenues 99:23 115:24

aware 25:12, 17,24 29:5 73:24 90:17 155:7 194:21 195:12,13 197:4 216:3

---

**B**

back 49:19 50:16 59:23 63:6 103:11 106:11 111:21 117:17 120:20 122:19 128:7 130:2 163:19 172:11,13 184:12 187:3 192:2 204:10 217:15 225:20, 21,22 226:1 230:20,22

backed 208:19

bad 51:11 118:21 161:5

bang 211:6

Barajas 10:15 183:23 225:14

barrier 174:6, 8,11,15 175:8

based 27:12 54:12 55:15 71:4,17,20 75:20 76:3 79:24 81:1 99:10 102:11 105:18 113:15, 18 115:4 119:12,19 209:9

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

bases 116:5

basic 82:21

basically
45:22 88:23

basis 48:6,18
49:9 76:5 93:4
105:9 111:3,6
113:6,8 126:20
153:11 205:13
206:5

bear 59:8

beating 15:7

began 227:7

begin 10:12

beginning
52:2 156:22
173:19

behalf 20:10,
15 219:13

behave 41:21

behaving
14:18 185:8

belabor 90:15

belief 205:13
229:8

believed 24:2
201:19

belong 149:7

benefit 52:9
69:19 70:15,21
84:1 89:9 184:2

Benny 182:14

bet 157:1

big 224:15

bit 96:24
185:17,18
227:23

bizarre 14:15

black 160:6,11,
13 161:6,13,16,
19 162:22
164:2 166:8,14,
20 167:5,9,13,
16,21 168:8,11

169:18 170:9,
25 171:5,8
224:13

Black's 166:13

Blackburn
174:24 175:15,
22,25 176:1,10,
13

bleeding
208:6,10

Blitz 10:25 11:4
12:20 13:2,11,
25 14:1,8 16:5,
11,21 17:2,5,18
18:5,9 23:3,12
28:21 34:14,21
35:10 36:2,5,
12,22 37:3
38:1,7 39:16
47:1,14,19
48:5,11 53:9,19
54:5,20 56:15
57:12 59:2
60:18 65:14
66:21 67:5 68:1
71:11,13 72:11,
22 73:11 74:1,
14 75:18 83:14
84:2 85:14,17
86:16 87:21
88:9 89:11,13
90:4 91:16 92:6
93:6 94:2 95:7,
21 98:18 121:2
127:8 131:12
133:20 138:9,
13 139:25
141:10 151:10
153:20 155:9,
21 169:16
179:3,7 192:6,
22 219:15

block 228:7

blocked
227:13,19

blocking
227:13

blocks 137:5
228:5 229:10

blue 176:20
177:5 178:1

board 27:8
45:11

boat 35:24

body 117:1,2
205:18 206:11

body-worn
23:19 116:15
143:6

Boone 31:18,
24 32:14

border 10:24
11:4 29:25
30:4,5,7,13
31:12,16,22
33:17,20,24,25
34:5 35:13,16,
17,18 36:13,16
46:19 76:4,9,20
82:7 89:4 92:21
95:21 97:17
140:2,6 146:16
149:5 150:3
179:4 185:20
219:9,14 227:8,
11 229:23

boss 179:2

bottles 227:8

bottom 40:18
42:15 134:13
156:20 189:3,
12

boundary 77:7

bounties 96:14
97:16 98:14
99:9 101:7
105:7,21
121:12,13

bounty 96:10
98:21 100:15
101:25 102:14
103:18 104:9
122:24 123:18
124:4,12
130:25 131:2
132:1,20 133:7

Bovino 8:10
10:4,20 32:4
33:13 47:8 48:7
51:19 52:2,10

61:17,21,24
63:4,9,13,16
64:3,7,10 96:24
99:6 106:14
108:6 115:7,19
116:12 117:21
119:21 121:10
122:22 128:20
130:11,24
143:14,19
144:2,19,23
152:12 153:2,6
162:22 172:14
173:9 177:3
182:11 186:7,
19,25 187:6,8,
10 193:22,23
196:6 199:17
202:16 217:8
225:16,19
226:1

Bovino's
107:19 182:10

Bowman 8:16,
18 9:3,20
10:13,18 11:5,
13,22,25 12:6,
8,15 13:7 14:14
15:1,4,6,10,20,
23 16:1,2,3,25
17:8,16,22
18:12 19:14
21:1,5,20 23:8,
15,25 24:10,21
25:2,23 26:11,
22 27:3,10
28:2,11 29:1,4,
17,23 30:19
31:2 32:11
34:10,24 35:5
36:14 38:13
39:2,11,24
40:24 41:6,12
42:4,12,19,22
43:5,13,14,23
44:6,24 45:14
46:8,21 47:6
48:2,14,17
49:4,11,21
50:3,14 51:6,7,
10,14 52:12,16,
18 53:3,5,6
54:10,24 55:11,
20,24 56:4,12,
22 57:3,10

58:8,12 59:7,
13,16,19,21,25
60:3,7,11,22
61:3,14 62:4,7,
13,17,21,24
63:2,19 64:13,
24 65:4,6,19
66:2,7,13,15,19
67:3,11,14
68:12,14,17,20
69:2 70:22
71:2,5,6,17,20,
23 72:1,4,9,17
73:3,6,8,14,16,
22,23 74:7,25
75:5,10,12,23,
24 76:8,13,18
77:2,6,11,15,
20,23,24 78:9,
19,24,25 79:12,
19 80:3 81:2,9,
13,14,20,22,23
82:16 83:6,19
84:5 85:23
86:11,23 87:5,
15 88:1,22
90:10,13 91:11,
21 92:2 93:9,
14,20 94:11,23
95:2,11 96:13,
16,19,20 97:8,
10,12 98:1,6,9,
11,12 99:2,5,
13,18 100:1,3,
6,8,13,24
101:3,9,13,23
102:8,23 103:5,
8,10,15,22,25
104:2,13,15,19
105:13,15,17,
25 106:5,13,20,
23 107:18,23
108:2,5 109:5,
23 110:2,5,8,
11,13,22 111:3,
12,25 112:3,5,
13,19,25 113:6,
12,22 114:1,13,
16,21,25 115:3,
7,14 116:3,11,
24 117:10
118:4 119:24
120:3,15,22
121:7 122:7,10,
13,21 123:3,7
124:8,11 125:1,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

4,8,12,14,24
126:2,8 127:25
128:4,17,19,22,
25 129:2,5,8,
10,14,20,22,24
130:7,9,22,23
131:6,16,19
132:6,7,18
133:1,12,13,23
134:8,24
135:13,24
136:6,11,24
138:6,25 139:2,
5,21 140:16,21
141:19 142:1,5,
16,18,25 143:1
144:6,10,16
145:4,7,13,15
146:21 147:12
150:6,22
151:23,25
152:1,11,23
153:2,4,14
154:7 155:14,
17 156:3,14
158:9,13,17
159:1,22
160:21 161:24
162:2,6,7
163:2,4,11,14,
21 165:20,23
166:4 167:1
168:1,25 169:8,
14,22 170:7,18
171:6,16,24
172:1,5,13
173:8 174:21
175:4 177:2,21
181:17,20
182:3,8,19
183:21,24
187:13 188:16
189:11,17,19
190:2 191:3,8,
11,14,17,22,25
192:1,18 193:6,
12,15,21
194:17 196:5,
13 197:19
199:4,15,24
201:9,15,25
202:21 205:5
206:21 207:12
208:25 210:16,
24 211:13
212:1,17,22

213:8,19
214:19,25
215:9,19 216:8
217:4,6,7 220:8
222:17,19,23
223:20,22
224:19,21
225:4 226:3,19,
25 232:11,15,
21,23

**box** 227:12

**boy** 184:17

**Boys** 187:10

**branch** 54:18,
23 55:4,5 56:7,
16 57:13 58:1
61:22 63:14
64:8 65:9 71:13
74:11

**break** 49:5,10,
12,22 67:7
74:16 106:2,6,7
111:22 116:6,
10 117:11
120:9 193:15,
24 224:1

**bricks** 137:4

**briefly** 69:10
126:17

**briefs** 30:23
31:6

**bring** 28:16
185:9

**bringing** 228:9

**broad** 124:25
195:2,3,4

**Broadview**
24:22 137:12
149:12,15,20,
22,23,25 150:5,
16,20,24
151:16 154:19
155:16 160:13,
15 166:18
171:21 172:3
189:4 194:24
195:1 201:1,17
202:23 206:25
207:16 211:5

213:11,13,25
214:4,7,14,18,
20 215:3,7,11
216:1,22

**broken** 145:1
197:13 208:21

**Brooke** 9:25

**brought** 115:8

**bruise** 224:5

**buck** 44:1

**buckle** 187:9

**building** 20:5
32:18 185:25

**built** 93:19

**bumping**
66:13

**bunch** 70:18
214:21 215:3
231:12

**business** 33:3,
5 122:23

**busy** 63:21
198:22

**buy** 184:17
185:25

**BVINO** 186:9

**Bye** 129:24,25

---

**C**

**CA** 217:25

**call** 106:4
119:8 125:17
127:15 128:9
129:3 148:12,
18 168:20
218:17,18,20
232:7

**called** 31:17
35:19 47:8
93:21 95:12
218:16

**calls** 39:21
43:19 57:4
103:20 134:5
138:3 168:19

**cam** 117:1
206:11

**camera** 23:19
116:15 117:2
143:6,24
205:18

**candidly** 103:2
120:8

**canister** 23:21
25:25 26:6
27:23 198:23
219:20 220:24
221:1,2,7,12,
14,15,16,19,24
222:1,2,9,11
223:5,8,16
224:11 226:9
227:5 229:7,9,
16,17,19,22
230:7

**canisters**
222:5,7

**captured**
143:5

**car** 208:3
228:10

**care** 33:4
119:15 181:13

**career** 51:17
83:7,8

**carefully** 99:23

**Carolina**
31:18,24 32:14,
20,22

**carrying** 27:5

**cartel** 99:8
100:15 105:7,
21 130:11

**cartel-linked**
134:16

**cartels** 98:15,
21 101:8,24
102:15 121:11,
21,22 124:5
131:1,2,11
132:1 133:4,6,
17,19

**cam** 117:1 *(column 5)*

**case** 8:12
20:10,16,22
21:25 29:10
30:21 31:5
67:22 81:3,6
89:18,24,25
90:6,9,18,21
91:4,17 94:1,13
107:3 114:25
115:6 118:11,
16 119:3
123:10 135:20
149:11 151:4,5
155:10 160:7
180:16 210:25
212:8 215:23
219:20

**caster** 199:20

**catch** 143:21

**categorically**
215:3

**category**
17:11 37:6
38:6,11,12,15
160:2

**caution** 76:23

**CBP** 10:1,2
13:1,18 17:1
33:22,23,25
35:9,11,12,13,
15,22 36:21
37:18,24 39:18
40:16 81:25
82:14,19,25
83:14 84:12
85:2,13 89:3,9,
19 90:22

**CBPS** 76:5
88:13

**CBS** 152:5
199:10

**celebration**
204:2

**cement** 174:6

**Central** 8:7

**Centro** 219:11

**certified**
182:17



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

chain 44:17

chains 137:5

challenging 89:18

chance 182:25

chaos 184:16

chapter 69:13

characterization 143:12

characterize 232:2

characterizing 232:6

charge 11:6,19 13:3 14:20 17:17 18:4 40:18 45:10,12

Charles 201:18

chemical 26:14 27:23 137:8

chest 15:8

Chicago 8:9, 11 14:19 25:8 61:18 63:10 64:4 72:23,24 73:10,17,19 76:5,15,19 77:7 88:15 89:25 92:22 93:3 100:16 102:13 108:9 117:5 131:14 133:20 134:2,13 147:5, 13 148:16 150:25 152:4 153:20 154:2, 13 173:21 184:6 197:5,10 198:21 203:19 204:22

chief 10:22 45:10 52:10 117:21 119:21 121:10 144:1, 22 185:16 186:6

child 92:22 216:3,23

children 204:1 216:11

chopped 63:22 137:5

circumstance 108:7 168:15 199:11

circumstances 107:19 121:1 197:4 199:20 204:11,16

city 72:23 76:15 144:1,22, 24 145:3 184:12 186:3 203:20

Civil 158:16

claims 208:15

clarification 127:15

clarify 37:16

clarifying 222:7

classified 98:24 100:12, 21 101:17 113:14,18 130:20 131:5 132:25 133:11 135:10,11 139:20 140:20 141:18 142:23

clean 64:20 110:25

clear 14:5 19:2 45:2 51:15 67:19 70:25 72:7 91:23 100:3 111:11 123:13 150:16 226:24

cleared 130:14

clearest 39:14

clergyman 160:6

client 111:9

clinical 75:7

clip 60:24 61:5 62:11 96:23 116:17,24,25 165:19 171:18, 20 172:15,17 173:19 187:19 226:4

clipped 144:17

clock 117:4

close 84:10

closed 58:2

Club 8:11 89:18 90:21

Code 109:14

collapse 165:12

colleagues 49:12 183:13 184:25 189:6 190:8

college 31:9

comfort 106:6

command 17:1,4 27:4 36:9,11,24 38:19 39:7 40:18,22 41:16 42:24 43:15 44:17 45:4 81:24 86:2 88:2,10 91:15 143:7 145:18 157:7,15 166:7, 25 167:3 182:10 193:25 197:14 206:4 213:1 216:10

commander 11:3 13:1 34:12,19 35:9 59:2 60:17 169:15 192:5, 22 217:24

commanding 12:18 18:8 43:17,25

commend 158:15

comment 169:3,11

commented 108:7

commenting 217:1

comments 184:1

commercial-grade 230:17

commonly 221:3

communicate 89:7

communicated 193:25

communication 19:10 57:1

communications 29:13 55:10, 13,14 56:20,23 57:8

communities 94:9

compensation 103:18

complaint 106:16 108:22 119:23 121:16 127:11 140:24 141:3

complete 44:7, 13 50:8,14 94:18 152:21, 22

completed 202:16

completely 95:3 121:25

compliant 175:1 203:8,13

complied 41:1

comply 176:2,

3

complying 174:24

component 35:22

components 35:14,16 74:12 75:16

composure 15:3

Compound 44:20

concern 96:9 98:13,16,17 121:22 203:25

concerns 50:10,13 122:23 203:21 204:5,9

Concise 191:19

conclusion 43:20

concrete 142:9

concurrently 32:15 33:1,2

conduct 28:8 39:22 50:19 76:10,15 79:2 94:8 187:4

conducted 11:7 31:25 67:20 202:5

conducting 36:22 40:6,8,14 90:24 140:7 184:11

confer 49:12 50:4,5,13,19, 21,22 52:22 67:15 69:20 111:17,23 116:7

conference 67:15



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

confidence
206:4

confidential
101:1

confidentiality
111:13

confines
121:25

confirm 38:18
65:8 120:12

conform 41:24
90:25

confused
110:23 151:6

confusing
12:21 188:23

conjunction
33:4

connect
112:16,22
119:8 120:6
140:11

connected
141:10

connecting
108:21 113:23

connection
105:6 107:21,
23 109:3
115:11,12,15
119:9,20
141:13

connects
114:19

Conor 8:20

consequences
183:18 185:5,7
188:12 190:12
192:11

consideration
124:15

consistent
193:8 208:22
227:24

consists 166:6

constitute
29:25 30:12

constitutes
80:15

constitutional
108:15

construction
32:18

consume
147:23

contact 164:17
176:4,6

container
26:16

contends
202:23

contents
22:14,16,19

context 58:7,
14 63:4,7 64:14
107:18 108:16
120:7

continuation
107:14

continue 91:15
95:17,18

continuously
33:19,22 34:2

contours
105:10

contrary 122:3

control 53:22
54:4,18 56:6,14
58:25 60:16
65:21 70:6 79:3
82:2,8 83:1,15
84:2,13 85:18
87:23 88:7

controversy
25:10,16

conversation
68:21

conversations
19:7 48:24 68:6
70:5 71:12,21
72:10

converse 73:9

coordinated
227:14,20,21

coordination
72:23 73:18

copies 96:25

copy 86:6 97:6
98:2 106:22
134:10 152:5

correct 16:16
22:15 26:18,24
27:6,11,19,24
54:13,14 71:9
72:19,20 73:5
96:10 99:11
109:22 112:6
115:16 119:6,
15 120:3
126:10 130:17
131:23 134:3
154:3,8 164:13
166:20 180:13
187:19 203:9,
14 206:13
209:24 214:6
223:14,16

correctly
211:2

counsel 8:14,
17 10:11 12:1
14:3 28:25 45:8
48:13 49:22
50:9,10 55:7
64:19 68:11
69:4 74:16,18
76:23 102:25
105:8,12
107:13 120:23
121:6 125:20
152:6,21
161:23 189:1
194:18

counsel's
29:19 47:10
99:10 131:22

counteracting
229:9

country 183:19
184:8,13 185:6
190:13 192:12

couple 107:1
136:10 176:22
208:20 222:25
228:5

court 8:5,13
10:5 18:7
22:10,15 25:11,
18 26:1 49:6
59:23 60:12
69:6 70:11 91:9
93:22 121:25
129:17 152:13

Court's 115:23
122:3 198:17
200:22

Courthouse
8:8

courtroom
129:13

cover 66:23

Craig 9:7

crazy 14:19

creating
138:24

credibility
209:2,4

crescendo
229:15

criminal
106:16 107:3,
11 108:21
109:14 111:18,
19 112:11
117:20 118:1
119:5,23
121:15 138:8,
12,14 139:6,10,
11,24 140:1,12,
23 141:3

criminals
92:15 107:8

crowd 53:22
54:4,18 56:6,14
58:25 60:15
65:21 70:6
82:2,8 83:1,15
84:2,13 85:18
87:23 88:7
186:14,15

crowds 150:9

CS 221:2,3,7
227:5

curiosity
91:12

current 34:11,
18

curriculum
85:10,11,12
86:6,13 87:18

cursed 197:11

customarily
76:9

customs 11:4
29:24 30:4,5,7,
13 31:12,16
33:16,19 35:13,
15,17,18 36:13
46:19 76:4,9
82:6 89:4 179:4

cut 33:13 37:9

cylindrical
26:15

___

D

daily 93:4

damn 218:25

danger 74:2

dangerous
140:1,4,5

Daniel 201:2,5

date 22:24 26:9
27:19,22 28:5
64:20,24 84:19
137:15 145:21
151:7 155:5,13,
15 171:24
182:1,4 211:5
214:2 220:4

David 9:5
160:6,11
162:22

day 8:6 11:22
89:15 125:19
133:6 183:15
185:2 190:9



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**DEA** 13:17
36:3,15,21
37:2,8 38:19
39:4

**deadly** 179:23
230:18

**deal** 52:25

**dealing** 61:9
124:7

**Dearborn** 8:9

**death** 194:15
196:17

**decide** 186:13

**decided**
193:23

**decipher**
164:7 167:8

**decision**
168:21 170:20
171:12 174:14
228:25

**declarant**
212:7 213:9

**declaration**
28:7,12,15,17,
21 29:3,7,9
119:12 120:1,
11 121:9,15
202:10 207:4
209:10,23
211:2,4 212:8
215:24

**declarations**
30:23 31:6
118:12 123:10

**deep** 203:25

**deeply** 51:25

**defendant**
51:16,25

**defendants**
9:9,10,12,14,
16,18,24,25
20:22 51:23

**defense** 9:21

118:9,16,24
127:14

**defer** 118:5

**define** 26:20
35:11 138:14
187:16

**definitively**
167:10

**degrades**
92:11

**degree** 22:21
31:9 32:21

**degrees** 31:10

**delays** 146:15

**delegated**
16:18 34:12,19

**deliver** 158:23

**Delorean**
117:3

**deny** 27:22

**dep** 10:16

**departing**
228:10

**Department**
34:13,20 72:25
73:10 74:11
75:16 97:15
99:7 219:7,8

**dependent**
204:15,20
205:4

**depict** 226:7,
12,14 227:2,10,
12,18 228:4,20

**depicted** 24:17
169:18 173:13
175:18 176:17
208:10 223:6
228:13 230:16
231:17,24

**deploy** 88:4
220:17,19
228:25

**deployed** 28:1
149:20,22,23
166:19 167:9

220:15 227:5
229:19,22
230:7

**deploying**
28:4 200:13
205:9 220:12
229:8,13

**deployment**
74:3 200:4,17
202:6 204:11,
15,21,23 205:3
206:7,18 229:7,
16

**deployments**
205:3

**deportation**
134:17

**deposition**
8:10 12:10
14:4,6 18:20,23
19:24 20:24
30:3 47:22
48:7,16,18
50:12 52:3
61:6,9 67:10
70:12 81:6,17,
18 91:8 99:1
106:16 110:1,4,
5 111:8,9
116:14 125:21
127:12 128:19
130:14 172:16
181:15 191:17
199:9 202:12
207:4 219:19
232:18

**depositions**
51:15 69:7
117:9 126:14

**deputy** 45:9,12

**derived**
101:20,21
130:20

**describe** 24:7
26:13 39:12
44:18 224:7,10,
12 226:5

**describes**
121:1 203:2
207:5

**describing**
220:3

**description**
166:22

**deserve** 15:13,
14

**designate**
52:24 61:4

**designated**
83:25

**designating**
19:22

**designation**
226:6

**designed**
83:25

**desire** 68:2

**detail** 22:15
24:16

**details** 24:13
89:21

**detained**
197:14

**Detention**
137:12

**device** 156:25
166:10

**devices'** 86:21

**DH** 156:21

**DHS** 130:12
157:3 198:13
200:18 203:8

**die** 15:17

**differ** 77:16
78:4

**difficult** 58:10

**difficulty** 21:16
60:13

**direct** 10:17
45:15,18,23
46:3,9,15 47:16
48:5 168:23
207:21 217:2

**directed** 16:18

82:25

**directing** 80:5

**direction** 53:8,
11,14 58:24
60:18 64:17
65:8,13 66:11,
20,22 67:21
175:1 201:19
222:12 229:19

**directions**
174:25

**directly** 46:22
67:18 201:19

**Dirksen** 8:8

**disagree** 22:5

**disagreement**
77:3 173:20

**disagreement
s** 51:21

**disclaim**
118:23

**disclosed**
78:18

**disclosing**
19:11

**discussed**
22:14,17 65:1
67:2

**discussing**
22:18 93:8

**discussion**
107:19 123:9
135:20 203:17
204:2,4,6

**dispersal**
137:6

**disperse** 137:7

**display** 166:19
167:4

**disrespect**
52:6

**disrespectfull
y** 50:15

**disseminated**
132:1

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

dissent 67:22

distance 137:9

distinguish 79:25

distractions 12:17

District 8:13 11:7 12:5,20 16:20 31:7 38:21 39:6,18 74:4 80:22 88:15 89:10 108:10 121:2 122:24 123:17 124:17 139:8, 12 150:25 188:5

division 8:14 112:11

divulge 111:20

Docket 118:13

document 22:21 96:21 98:14 100:17 109:24 118:1

documents 21:21 29:24 30:11,20,22 31:4,5

DOJ 185:21

Dominique 8:24

door 128:24

dorm 32:23,25 33:1

doubt 33:21 145:25 209:9

doxxing 134:15,23 183:14 185:1 189:7 190:9

dressed 163:24 164:1

drill 74:19

driven 137:3

drivers 35:24

driving 198:22

dropped 198:23

drug 98:15

dude 51:13

due 148:12

duties 31:25 32:2 59:1 140:3,8

---

**E**

e-mail 98:2

earlier 36:1 93:17 96:24 219:18

early 11:24

easier 190:1

Eastern 8:14

easy 66:16 91:13

educate 88:14

effect 58:20 95:21 147:22 148:21,24 151:14,17 170:12 186:12 196:1 229:21

effects 208:23

effectuate 180:13

effort 227:20, 21

ejecting 166:10

El 219:11

elaborately 52:3

elapsed 49:7

electronic 98:1

elevation

156:19,21,24 157:7,8,16

Elizabeth 9:11

Ellis 18:7,14 21:25 22:20 91:17 92:5,10 94:13 105:11 122:11,14 126:3 128:4,24 203:18,24 204:14

Ellis's 95:5,16

embarked 34:4

embedded 56:25

emergency 197:9 229:15

emergent 229:14

emerges 167:14

employ 53:15

employed 31:13 32:20,22 34:2,5 108:8,9 149:25 152:13 201:16,19

employees 74:2

employment 54:3 86:22

encompassin g 92:18

encounter 80:21 123:22

encountered 201:2

encourageme nt 147:15

encumbrance s 94:7

end 61:5 145:2, 12 148:20

endanger 103:17

ended 92:22

enforce 78:2

enforcement 31:25 34:3 38:20 39:5,17, 23 40:7,9,12 42:21 47:5,8 73:19 76:10 78:5,14 80:13 81:1 89:20 90:2,24 95:22 100:22 101:18 111:5 112:8 113:6,9,20 123:4,8,16 124:16 130:16 135:10 138:9 139:7,19 140:15 141:17 142:23 150:4 154:21 184:11 194:6

engage 50:18 93:10 98:18

engaged 12:19 13:10,12 34:13, 20 39:16 90:2

ensure 42:15, 24 149:8

ensuring 40:25

enter 165:18

entered 22:1,4

entire 153:1 184:2

entirety 22:13 153:3 154:14

entitle 105:1

entitled 68:22

entry 35:21

equally 147:6

Espinosa 106:17 107:16 140:25 141:12

essence 146:5 158:19

essentially 208:3

established 46:4 109:4 110:17 133:4 138:23 142:13 194:22 195:14

et al 8:11

ethical 41:7,17 95:23 143:23, 24

ethically 147:10,14 149:9

evening 211:21

event 108:22 112:22 198:4 199:6,18 207:8 211:7,11 213:17

events 69:7,22 72:12,14 102:19,22 104:14 107:16, 22,25 108:23 110:18 112:16 114:10 124:23 125:5 126:15, 23 127:19 136:3 140:12 150:14 172:2 173:12,14 179:9 197:15 198:25 201:20 203:18 217:9 229:2,3

Everett 8:7

evidence 167:16,20 206:6

exact 85:11 137:15 161:2,4

examination 10:17 126:21

Excellent 19:12

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

excerpt 65:1

exchanges 173:17

exclusive 160:1

excuse 20:12 33:20 51:2

executed 202:11

executing 60:16

executive 48:25 54:8,17, 22 55:4,5,9,12 56:7,16 57:13 58:1 61:22 63:14 64:8 65:9 71:12 74:11 75:20 99:11

exemplary 154:22,23 155:10,23 156:7,10,16,17 168:18 169:2,5, 6 206:7,8,13, 19,20 216:23, 24

exercise 85:18

exhibit 61:1 96:17,22 97:2, 4,13,14 106:15, 18 108:21 116:13,19 130:13 134:10, 11 140:23 152:3,8 154:17 163:1,4,6 165:25 166:1,5, 12 167:13 171:19,22 172:16 181:8, 10 182:21 183:2,3 188:25 199:9,12,16 202:12,18 207:3,9 220:1,5 223:6 225:11, 12 226:6

exhibits 165:19

exhort 41:15, 20

exist 86:13

expanding 186:3

expect 32:1 129:16

expectations 41:16

expected 87:20

experience 160:13,15 180:13

explain 38:5 39:15 71:24 79:7 181:2

explaining 61:19 63:11 64:5

explanation 108:8

explicit 103:4

explicitly 122:2

express 205:7

expressed 50:10 174:25 203:25

expressing 173:20 190:14 203:20 204:5 229:19 230:3

expression 41:7,13 206:3

extending 50:14

extent 47:4 54:7 55:9 56:19 75:21 78:14,16 98:24 100:11, 20 104:5 109:18 113:13 116:3 118:14 130:18 131:4,7 132:24 133:10 135:9 139:18

140:14 141:16 142:21 153:12

external 77:7

extra 152:6

extreme 230:15

extremists 154:20

eye 169:17 170:22

eyes 109:22 110:6 111:10 159:14 175:16

_____

F

face 188:12 206:24 207:18

Facebook 218:3,24

faced 226:7,13

faces 107:20

facility 24:23 137:13 148:5,7 149:3,4,12 150:16 154:19 166:18 168:10 194:24 195:9 197:9 201:17 211:5 213:25 214:4,7,14,18, 21 215:3,8,11 216:1,3,22

facing 54:5 227:3

fact 11:18 81:16 135:5 153:10 173:21 208:19 227:12

factoring 229:12

facts 171:14

factual 206:5

failed 105:8

failing 174:2

fails 43:15

fair 27:13 40:19 79:16,20 124:7 203:3,25 204:19 212:4 213:3

fairly 109:1

faith 50:18

faithful 189:2

fall 165:11

falling 166:15 167:15

familiar 26:17, 20 27:11 89:17, 22 97:18 98:13 107:2 207:1

familiarity 209:22

familiarize 107:10

families 183:14 184:25 189:6 190:8,20 192:8

family 172:24 177:12

fantastic 185:22

fascists 173:6 177:19

fashion 41:21

fast 224:22 225:3,5

Faulkner 95:13

fault 37:10

FBI 13:17 36:3, 15,21 37:2,8 38:18 39:4

FBI's 185:21

fear 123:16

federal 11:8 12:19 13:10,12, 25 23:11 36:4, 7,20 37:2,17

38:6 39:3 74:2, 3 81:24 84:12 87:20,25 88:2 90:1 132:2 143:7 146:16 148:10 149:6 150:3 154:21 155:8 158:15 160:17 164:17 166:7 167:4 168:7 179:3 182:10 197:10 198:22 200:12, 25 211:6,19 212:11 213:11 214:5 216:2

feet 178:14,16, 17,18 211:7

felling 33:6

fellow 176:18

felons 92:23

felt 229:14

field 35:20 82:12,17 83:5, 21 84:17 88:19, 21 89:3 90:23 92:14

figures 24:20

filed 30:21 31:5 106:17 109:24 123:10,11,12 212:8

filibuster 33:14

filing 28:8 111:7

filings 25:18 109:19

filming 201:20

final 166:14 167:12

finding 60:13

fine 15:17 61:12 97:21 144:8 170:23

finish 97:24 154:6

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

fire 156:18,23

fired 158:5,20
159:3,4 168:9

fireworks
230:17

firing 156:20
157:7,15

fit 129:16

fits 105:10

fix 124:9

fixing 202:13

flash 211:6

flashed 228:6

flying 220:21

focus 149:13
176:24 177:4,
23 207:14

focused 84:2

folks 9:3 14:17
32:17 39:16
41:15,23 52:4
84:1 87:1 121:2
186:9

follow 29:19
42:2,6,10,14,
16,21,25 43:1
44:4 47:10
133:2 174:2
190:18

force 30:1,14
53:9,13,15,19
54:4,19 56:6,14
58:25 60:15
65:21 67:21
68:9 69:24 70:6
75:4,17 82:12,
18 83:5,9,11,21
84:6,8,17 88:20
104:11 105:4
121:4,23
123:20 124:6
153:19 154:2,4,
8,10,11,16,18,
22,23 155:7,22,
23 156:4,6
161:18 166:19
167:4,8 168:16
169:2,4,9,12,17

170:4,21,22
171:13 176:7,
10,13 179:12,
14,16,17,19,20,
23,25 180:3,9,
12,20,23 181:4,
5 187:2 197:23
198:9 200:3,5,
17,21 203:7,13
206:12 207:15
208:9,14 209:6
210:4,8,19
212:19 213:2
216:24 230:18

foremost
95:17

forget 161:4
230:15

forgot 228:19

form 11:1,10,
20 13:4 16:22
17:6,13,19
18:10 20:25
21:3,18 23:4,22
24:8,18,24
25:20 26:8,18,
19,25 27:7,25
28:9 29:11
30:16,24 34:8,
22 35:3 36:10
38:9,23 39:8,20
40:20 41:2,9,25
42:8,17 43:19
44:2,20 46:2
47:3 54:6,21
56:9 58:4 59:3
65:16,23 66:12,
24 67:6 77:9,
13,21 78:6,12
79:8,17 80:2,24
82:15 83:3,16
84:4 85:20
86:8,18 87:2,
12,24 88:17
91:18 93:7 95:8
96:11 98:23
100:18 103:18,
19 109:18
123:1,23
124:20 132:4,
23 133:8 134:4,
19 135:7,21
136:20 138:2,
21 139:17

140:13 141:15
142:12,18
146:20 147:7
150:1,18
155:12,25
156:12 158:7
159:20 160:19
162:4 166:22
167:22 168:19
169:24 170:1,
14 171:3
174:18 175:2
188:14 191:5,
19 193:10,14
194:12,15
196:2 197:16
199:1 201:7,11,
22 204:25
205:13 206:15
208:12 210:9,
21 211:9,23
212:14 213:4,
15 214:15,22
215:5,16 216:5
222:14 223:19
224:24 232:9

formulate
104:7

forward 52:21

found 60:24
74:1 98:9 225:7

foundation
11:2,11 13:5
16:23 17:14
23:5,23 24:9,
19,25 25:21
27:1 29:12
38:10 39:21
40:21 41:3,10
42:1,18 43:20
44:3,21 46:3,17
47:23 49:3
54:22 56:10
58:23 66:25
77:22 78:7
83:17 85:21
86:9 87:3 88:18
91:19 96:12
99:7,16 100:19
101:12 103:20
109:3 110:9
113:11,17
116:2 119:22
123:2,24

124:21 132:5,
11 134:5,20
135:8,22
136:21 138:3,
22 142:13,19
162:5 191:10
193:11,14
197:17 199:2
201:8,12,23
205:1 208:13
210:10,22
211:10,24
212:15 213:5,
16 214:16
216:6 222:15
224:25

foundational
14:9,16,21
47:23 71:14
102:20

foundationally
69:11 126:19

fourth 127:21
166:16

Fox 95:12
108:11

frame 12:12

free 93:3
172:20 177:8
186:20 194:22
195:14

freedom
127:22

front 18:14
92:10 134:10
140:24 149:3
150:16,19
164:9 171:1
186:14 194:23
195:9 226:8,13
228:9,21 230:3,
21 231:7,13,19

frustrating
93:10,14

fuck 173:6
177:19 225:16,
25

fucking 143:16
144:2,23 145:3
148:21 151:1,

11,15 173:5
177:18 225:18

Fuentes 197:6,
12,21,25 198:7,
10,13

full 15:5 40:18
62:11 114:8
146:4 183:21,
24 186:12
204:16 208:16
209:17

fully 95:3 228:8

funded 183:17
185:4 190:11,
25 192:10
194:11

funny 104:22

furtherance
142:9

furthest 59:19

Futterman 9:7

future 49:1
91:9

---

G

G-O-Y-E-T-T-E
213:10

Gaffney 8:20

game 75:1

games 180:2

gang 100:16
228:6 229:9,11

gangs 101:8,
10,14,24
121:21 124:13
139:13 141:13

garb 163:25

gas 23:21
25:25 26:6
86:16,25
198:23 199:20
200:4,13,17
201:16,18
202:7 204:1,11,
15 205:9
219:21 221:2,3,

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

7,25 222:5
223:5 226:9
227:6

**gate** 148:7

**gates** 148:4

**gather** 48:7

**gathered**
105:6

**gave** 18:14
67:7 70:19
81:16 146:3
152:3 182:9

**general** 24:16
84:6,8 143:15
144:20 180:6
206:3

**generality**
24:16 43:25

**generally**
54:15 89:2,22

**gentleman**
173:16 174:23,
24 175:14

**Gilbert** 8:24

**give** 10:7
14:12,24 15:24
44:8,14 66:13
72:2 74:17,20
78:22 94:19
96:25 102:16
106:22 108:18
112:20 114:15
184:1 185:16,
25 186:20
187:15 193:7
203:15

**giving** 14:6
99:23 122:4

**goals** 69:16,17

**God** 160:17

**good** 18:21
32:12 50:18
51:10,13 61:3
71:1 94:8
110:15 130:8
186:4,23 187:7
227:22

**government**
20:10,15 34:3
49:23 118:10,
12,14,19,23
119:13 120:23
121:17,18
123:12 127:9
149:4 185:23
217:11 218:10,
12,13

**government's**
127:13

**Goyette**
213:10

**graduate** 31:9

**grateful** 184:7,
14

**great** 15:1 38:4
49:3 105:14
110:20 112:22
116:8 126:7
165:21

**Green** 32:16

**greet** 51:5

**Gregory** 8:10
10:20

**grenade** 211:6

**ground** 38:20
39:4 134:15
165:12,14
166:15 167:15
169:16 175:9
178:5

**group** 45:15
165:24 166:5,
11,17 167:12

**groups** 134:1,
13,21,25 135:2,
23,25 136:3,9,
12,17

**guardrail**
174:5,7

**guess** 70:1
218:18 220:23

**guessing**
74:25

**guy** 68:20

111:18 117:2

**guys** 104:20
119:20 170:11
173:3,5 177:16,
18 181:13
183:6,10
184:22 190:5
194:2 231:9

---

**H**

**Hagy** 8:23

**Halloween**
204:2

**Hamer-reidy**
211:1,8,22
212:3

**hammer**
183:10 184:22
190:5 192:16
194:2

**hand** 10:4
15:15 51:4,19
106:14 134:11
152:5 166:11
220:22

**handed** 209:23

**handheld**
26:10,12 28:1,4

**Handing** 98:11

**handle** 52:24
109:20 122:6
217:22,24

**hands** 51:23
52:5,14 161:21
164:5,12,14

**Hang** 62:4

**happen** 22:23
175:5 180:14
186:13 230:9,
10

**happened**
43:18 161:5
165:12 169:20
170:24 172:2
178:8,12,20
197:2,21
200:25 202:23

203:21 205:12
209:9 210:7
212:3,12,13
213:18

**happening**
178:10 213:7
227:17

**happy** 30:11
47:25 50:20,21
72:2 119:21
122:5 127:1
185:24

**harassing**
77:1

**hard** 29:16
107:8 115:10
183:10 184:21
186:11 188:6
190:5,18,23
192:6 194:9,13
196:19,21

**harm** 104:8
183:13 184:24
189:5 190:7

**harming**
212:11

**Harold** 32:25
33:1

**Harvard** 195:4,
6

**Hayden** 9:6

**head** 96:10,15
98:21 100:15
101:8,25
102:14 108:19
122:25 123:18
124:5,13 131:1,
2 132:20 133:7
161:6,14
162:23 164:8,
12,14,25 165:2,
6,9 166:13
167:14 212:9
213:3 223:2,4,
9,11,17,24
224:12,23

**Headline** 8:11

**heads** 97:17
99:9 133:7

**heads-up**
14:12

**Health** 197:9

**hear** 49:24
63:20 93:10
143:17 144:16
168:13 172:15

**heard** 65:7
102:24 115:14
145:8 148:22
186:10 204:8
216:12 230:24

**hearing** 69:15
72:13

**heavy** 155:15

**Hedges** 9:11

**Heidi** 98:9

**helicopter**
222:21

**helpful** 64:22
67:16 109:4
110:21 118:3
124:10

**helping** 124:1

**helps** 199:17

**hesitate**
147:22

**Hey** 118:8
183:5

**higher** 24:15

**highest** 127:8

**Highlands**
31:19

**highly** 78:22

**Hilke** 8:22
171:25

**hill** 15:16

**hindered** 92:5

**hit** 158:4,20
159:17 161:6,
14 163:25
164:24 165:2,5,
7,9 170:9
223:1,4,9,11,
13,17,24



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

224:12,22
227:5

**hits** 159:6

**hold** 45:7 97:24
124:12 128:23

**Homeland**
34:13,20 74:11
75:16 97:15
99:8 219:8

**Honor's** 103:4

**hoodie** 228:3,
21

**hoodies** 228:2,
18

**hope** 70:12
140:24 211:1

**hoping** 152:15

**hot** 155:15

**Hott** 120:2,11,
24

**hour** 106:2
117:7,8 148:6
225:2

**hours** 32:2
76:24 103:2
217:5,6

**House** 48:24
57:9 70:9 75:22

**housekeeping**
165:22

**Human** 219:7

**Humboldt**
197:9,10

**hundreds**
92:16 107:11

**hurt** 94:8
223:25

**HUTCHENS**
128:18,21,23
129:1,7,9,11,
18,21,23,25

**hyperlink**
61:12

**hypothetical**
168:20,22

216:25 217:2

**hypothetically**
168:7

— — —

**I**

— — —

**I's** 71:18

**ICE** 13:20,21,
22,23,24 17:4,
7,15,17 18:4
24:23 36:3,16,
21 37:3,8 38:19
39:4 89:19
90:21 95:22
137:12 149:3,
12 150:16
161:15,17,20
166:18 168:9
185:20 194:23
195:9 213:25
214:4,14 215:3
216:1,22

**idea** 79:13
88:24 106:5
108:19

**identification**
97:3,5,14
106:15,19
116:20 134:11
140:23 152:2,9
163:7 165:24
166:2 171:23
181:8,11 183:4
199:9,13
202:12,19
207:3,10 220:1,
6 225:13

**identified**
10:14 69:8
102:19 113:3
126:15 130:13
136:15 137:20
172:15 177:6
222:22

**identifies**
109:16

**identify** 8:15
19:22 32:6
116:13 182:21
226:5

**identifying**
14:18

**identities**
100:22 134:15
183:14 185:1
190:9

**identity** 117:22
189:7

**illegal** 92:20

**Illinois** 8:9,14
11:8 12:5,20
16:20 31:7
38:21 39:6,18
74:4 80:23
88:15 89:10
108:10 121:2
122:24 123:17
124:17 139:8
151:1 188:5
194:22 195:13,
14

**immediately**
45:25

**immigration**
34:3 38:20
39:5,17,23
40:6,8,12 61:18
63:10 64:4 78:3
79:24 80:22
89:20 90:2
121:13 123:4,8
138:9

**impact** 124:6
204:1

**impaired** 92:5

**impede** 139:24

**impedes**
146:15

**impeding**
94:14 138:8,12
139:7,12

**implicate**
29:13 54:8
135:11

**implicates**
139:19

**implicating**
127:20

**imploring**
176:1

**important**
92:19

**imposed** 93:24
98:14,21

**impossible**
21:11,13

**improper** 69:3

**impunity** 93:3

**inaccurate**
221:25

**inappropriate**
169:19

**incentive**
133:5

**incentivize**
132:2

**incident** 23:20
69:23,24
108:15 118:9,
15,24 119:4
121:24 122:2
200:9,18 202:2,
14 205:16,22
206:23 207:1
213:7,14 223:1

**incidents**
114:23 115:5,
18 121:19
135:19 136:2
149:10,14,16,
19,24 150:8

**include** 45:9
140:5,8

**includes** 132:3
140:9 192:24

**including** 8:17
68:5 92:22
123:10 147:13
207:18

**inclusive**
159:25

**incomplete**
153:12

**inconsistent**
208:17,18

209:12 210:12

**incumbent**
42:20

**independent**
101:17

**independently**
102:4

**indicating**
20:9 136:13

**indication**
64:16

**indictment**
109:12,16
114:4 117:20
118:1 119:5,14

**individual**
37:12 80:7
99:13 109:12
120:2 162:15
174:2 176:2,16,
24 178:18,21
201:1

**individuals**
35:21 39:22
54:16 71:12
79:24 92:24
93:2 134:16
135:2 150:2
179:13 180:24
185:13 187:3
196:3,15 215:7
219:5,12
227:24 228:1,
16,17

**infer** 70:16

**influencing**
115:9

**inform** 115:21

**informants**
101:1

**information**
78:20 95:4
96:8,9 98:25
100:12,21
101:5,17
105:22 107:15
113:14,18
116:1 130:20,
25 131:5,10



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

132:3,15,19,22,
25 133:11,16,
18 134:3,17
135:4 138:7,11,
20 139:15,20
140:11,20
141:18,22
142:8,22,24
197:8 198:20
201:4,21 207:7
212:12 213:14

**informs** 78:17

**injunction**
69:9,15,21
72:13 81:18
90:17,20,25
91:5,6 102:20
107:17 108:6,
17,24 110:18
113:25 114:12
117:24 119:11
121:20 124:3,
24 125:8
126:16,23
127:11

**injunctions**
92:4

**injunctions'**
91:1

**Injunctive**
118:11

**injured** 51:25

**injury** 223:23

**inquired**
197:13

**inquiring**
197:25

**inquiry** 70:14
112:11

**INS** 33:25

**Insane** 29:22

**inserted** 76:1

**inside** 107:25

**insist** 41:21

**Instagram**
218:4,22,24

**instance** 14:10
200:21

**instruct** 47:3,
21 54:7 55:8
56:18 57:6 67:9
75:19 78:13
80:25 91:4
98:23 100:11,
19 103:13,23
104:2,4 109:20
111:23 112:17,
23 113:4,15,19
115:2 116:22
130:21 131:4
132:24 133:10
135:8 139:18
140:14 141:16
142:20 157:6

**instructed**
151:9,13
157:10 174:16
194:4,8

**instructing**
108:25 173:22

**instruction**
29:18 47:9 48:3
55:16,21 67:7
69:3 71:3 72:18
73:2,14,21
74:6,18 76:6,
17,22 78:23
81:4,11 101:12
102:2,3,7,11,17
103:22 105:11,
23 110:15
111:4 114:5,15
115:15 116:5
122:9 131:18,
22 133:2,3,22
142:4 146:3
185:17 190:18
193:2,4,7,8

**instructions**
50:11 56:1
75:21 174:3
176:3

**instructor**
157:11

**instrument's**
186:11

**intelligence**
78:11,16,18

79:2,3,9,11,14,
23 105:6
227:25

**intend** 29:9
47:10

**intends** 118:15

**intensity** 51:21

**intention**
59:20 68:2
84:11 99:3
103:17

**interacted**
215:2,6,17,20

**interactions**
124:16 198:13

**interest** 131:11
133:19

**interested**
33:7

**interests**
219:19

**interfered** 95:6

**interference**
134:16

**interfering**
94:1

**interior** 76:10

**interject**
125:13

**internet**
182:15,22

**interpret** 68:7
146:8,10

**interrupted**
50:16 104:22,
24

**interruptions**
12:14

**intervention**
70:17

**interview**
57:24 60:24
62:14 64:16,21,
25 96:23 152:3,
22 153:1 155:5

162:1

**interviewed**
152:25

**introduced**
52:3

**intrude** 225:9

**intruding**
75:25

**inventory**
148:11

**investigate**
204:10 216:9

**investigation**
122:1 142:14
202:5

**invocation**
47:7 54:11,13
99:10

**involved** 16:5
36:2 102:14
168:23 171:18
178:11,13,20
202:6 205:19
210:3 211:20

**involvement**
138:23

**involving**
229:10

**Irving** 203:19
204:12,22
205:9

**issuance**
90:20

**issue** 16:4
28:17 45:24
49:13 50:25
51:1 52:25
53:21 54:18
66:14 67:16,19
81:2,5 97:18
98:25 99:3
105:3 117:20
118:5 127:12
128:21 130:7,
15 149:11
172:6

**issued** 21:25
74:11 75:3,15

90:18 91:17
92:5 93:25
94:13 97:15

**issues** 28:15,
18 54:4 58:25
60:15 65:21
67:23 89:18
90:1 117:9
127:10 163:23

**item** 227:6

———————

**J**

**Jackson** 9:15

**Jenkins** 9:25

**Jessie** 197:5,
12

**job** 39:15 49:2
95:16 142:19
184:19 192:20,
21,23 227:22

**jogs** 199:18
207:6

**Johnson** 9:7
182:14

**join** 33:24

**joined** 10:14
31:12,16,22
33:16,22,23,24,
25

**Joseph** 9:13

**journalist**
182:13 201:17

**journalists**
213:12

**Juan** 106:17
176:18

**judge** 14:5
18:7,14 21:25
22:20 47:25
67:18 91:17
92:5,10,13,17
93:25 94:13
95:5,16,19
105:11 117:8
122:11,14
125:17 126:3
127:15 128:4,6,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana.com
www.kentuckiana-reporters.com

24 129:11
203:18,20,24
204:3,9,14

**judge's** 48:22
203:14

**judgment**
91:13 108:13
123:20 155:9,
22 170:5

**judgments**
124:15

**judicial** 70:17

**Julia** 9:6

**June** 116:15
117:1 143:8
145:18

**jurisdiction**
76:4

**justice** 185:10

**justification**
93:5 107:20

**justifications**
67:24

**justified** 198:7,
13,17 200:13,
18,21 203:3
204:17,24
205:9,11 206:3
208:11 210:7
213:3 216:18

**justify** 121:3

---

**K**

---

**Kaitlyn** 9:15

**keeping** 111:6
150:15

**Khojasteh** 9:9,
10 11:1,10,20,
24 12:1,7 13:4
14:3,23 15:2,5,
7,12,22,25
16:22 17:6,13,
19 18:10 19:1,
10 20:25 21:3,
18 23:4,13,22
24:8,18,24
25:20 26:8,19,

25 27:7,25
28:9,23 29:11,
22 30:16,24
32:9 34:8,22
35:3 36:10
38:9,23 39:8,20
40:20 41:2,9,25
42:8,17 43:4,
11,19 44:2,20
45:7 46:2,16
47:3,20 48:12,
15,19 49:9,14
50:2,7 51:8,12
52:8,13,17
53:2,4 54:6,21
55:6,18,22
56:1,9,18,25
57:6 58:4,9
59:3,11,14,17
60:10,19 61:1,
11,15 62:2,11,
15,18,22 63:1
64:19 65:3,16,
23 66:5,12,17,
24 67:6,13
68:10,13,15,18
69:1,4 71:1,4,
15,18,21,24
72:2,6,10 73:1,
7,12,15,20
74:5,15 75:2,7,
19 76:6,11,16,
21 77:5,9,13,
17,21 78:6,12,
21 79:8,17
80:2,24 81:5,
11,16,21 82:15
83:3,16 84:4
85:20 86:8,18
87:2,12,24
88:17 90:7,11
91:3,18,22,25
93:7,12,15
94:3,21,25 95:8
96:11 97:6,9,11
98:4,7,10,22
99:12,15,19
100:2,5,7,9,18
101:1,6,11,16
102:1,16,24
103:12,19,23
104:1,4,14,17,
20 105:14,16,
24 106:1,21
107:12,21,25
108:4,18

109:18,25
110:3,7,9,12,14
111:2,5,15
112:1,4,12,15,
20 113:4,8,13,
23 114:7,14,17,
24 115:1,4,13,
17 116:8,21,25
117:19 118:7,
18,20 119:2,7,
18,25 120:4
121:5,8 122:8,
12 123:1,5,23
124:9,20 125:2,
6,10,16,22
126:1,5,9
127:1,4,17
128:3,12 130:4,
6,8,18 131:3,
15,17 132:4,11,
14,23 133:8,21
134:4,19 135:7,
21 136:4,7,20
138:2,21 139:1,
17 140:13,20
141:15,25
142:3,12,17,20
143:11 144:4,7,
14 145:2,5,11
146:20 147:7
150:1,18
152:20 153:8
154:6 155:12,
25 156:12
158:7,11,24
159:20 160:19
161:22,25
162:4 165:18,
21 166:3,21
167:22 168:19
169:7,10,21,24
170:1,14 171:3,
10 174:18
175:2 181:12,
19,22 182:6,16
183:5 188:14
189:10,12,15,
18,21,23 191:2,
5,9,12,15,18,23
192:14 193:5,
10,13 194:12
196:2,10
197:16 199:1,
14,21 201:7,11,
22 204:25
206:15 208:12

210:9,21 211:9,
23 212:14,20
213:4,15
214:15,22
215:5,16 216:5
220:7 222:14
223:19,21
224:24 226:17,
21 232:9,22

**kind** 105:17
166:10 178:13,
20 187:4

**kinds** 26:23
78:5

**King** 121:21
124:13 141:13

**Kings** 118:8
119:4 121:12,
23 122:24
123:18,19
124:14 139:13
227:25

**knees** 165:13

**knew** 113:15

**knowing** 52:9
204:21

**knowledge**
29:8 30:18 31:8
53:23 54:1
60:21,23 66:1,
3,4,8,9 68:13,
16,17 70:5
82:19 83:18
86:4,13 95:10
115:20 124:4
137:23 167:7
168:24 197:18,
20 198:5 199:3,
5 202:8 206:1
210:2,5 211:7,
16 213:21,23
217:2

**Kristi** 8:11
47:15 181:6

**Kunkel** 206:24
207:4,15,22
208:1,9 210:7
212:10

**Kunkel's**
209:1,4

---

**L**

---

**lack** 101:12

**lacks** 11:1,10
13:4 16:22
17:13 23:4,22
24:8,18,24
25:20 26:25
29:11 38:9
39:20 40:20
41:2,9,25 42:17
43:20 44:2,21
46:2,16 54:21
56:9 66:24
77:21 78:6
83:16 85:20
86:8 87:2 88:17
91:18 96:11
100:19 103:19
113:10 123:1,
24 124:20
132:4,11 134:4,
19 135:7,21
136:20 138:2,
22 142:13
162:4 191:10
193:10,14
197:16 199:1
201:7,12,22
204:25 208:12
210:9,21 211:9,
23 212:14
213:4,15
214:15 216:5
222:14 224:24

**laid** 113:17

**land** 32:16,17,
18,19 153:20

**landed** 52:10
211:6

**landscaping**
33:2,3,5

**large** 35:10
147:17 150:20
217:24 224:13
227:4,12
230:17

**late** 182:4
211:5 213:13

**Latin** 118:8

---



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

119:4 121:12, 21,22 122:24 123:18,19 124:13,14 139:13 141:13 227:25

**latitude** 14:7, 24 66:13 68:3 72:3 74:21 112:21

**launch** 179:22

**launcher** 210:12

**launching** 208:24

**law** 31:25 41:1, 24 42:2,6,7,11, 14,16,20,21,25 43:1,16 44:5 47:5,8 73:19 78:3,14 79:24 81:1 95:22,24 100:21 101:17 111:5,19 112:8 113:6,9,20 130:16 135:9 139:19 140:15 141:17 142:22, 23 150:3 154:21 184:11 185:23 194:6

**lawfully** 159:6

**lawn** 33:4

**laws** 80:22

**lawsuit** 28:8

**lawyer** 8:20 20:2 55:15

**lawyers** 8:19 9:21 10:13 18:25 19:5,13, 15,19,21,23,25 20:1,7,8,9,14, 16,17,18 52:18 70:18 128:17

**lay** 49:3 99:16 110:9 116:1

**laying** 119:22

**lead** 186:14

206:18

**leading** 61:17 63:9 64:3 213:25 214:5 229:6

**leash** 14:13

**leave** 28:22 174:17 183:9 184:21 186:22, 23 190:4

**leaving** 176:2

**led** 85:7

**left** 208:10 220:21 227:11 228:20 229:11

**leg** 197:13

**legal** 30:22 31:6 41:7,17 43:20 50:25 76:5 95:23 143:22,24

**legally** 147:10, 14 149:8

**legitimate** 68:23

**Leigh** 206:24

**lengthy** 102:6

**lethal** 86:21 87:10 88:4 148:8 156:19, 25 179:23 205:2,3 206:7, 19 220:13,15 228:25 229:13

**lethals** 143:19

**letting** 148:7

**level** 24:16

**levels** 127:8

**liar** 70:4

**liberally** 109:1

**life** 103:17

**lifting** 228:7

**light** 68:3 92:20 117:11 177:5

178:1

**light-colored** 176:19

**limb** 170:24

**limitation** 125:19 127:9

**limited** 69:7 126:14

**limiting** 82:6

**limits** 68:1,3 70:10 80:15,17 130:15

**Lindsay** 8:23

**lines** 126:21 154:18

**liquids** 137:6

**list** 37:23 102:19

**listed** 16:16 35:25 36:8 72:12 107:17 108:23 110:18 113:24 114:11 121:20 124:2, 23 125:5 126:23

**listen** 48:19 60:14 116:16 143:9 152:14 183:1

**listening** 9:22 99:23 184:2 226:20

**literally** 14:24

**litigation** 29:15 124:19,22

**live** 41:15

**lives** 197:2

**local** 152:4 199:10

**location** 80:5,6 200:5 201:20 206:12 214:4 215:11 220:3, 17,19 221:8 222:5

**Locke** 8:18 12:1 125:13

**Loevy** 10:15

**Logan** 198:21 200:5,9,12

**logistical** 134:2,14,22 135:5,16,18

**long** 21:6,15,17 51:17 69:13 89:14 125:19 133:6 137:8 160:10

**looked** 12:4 23:2,12,19 24:1,5,12,14,22 25:3 26:3,5 153:17 200:8 206:11 209:20 210:1 211:17 212:18,23 213:20,22 216:13 224:14 226:4 230:22 231:25

**Lord** 162:2

**Los** 89:17,20, 24 90:2,21,23 116:15,25 143:8 145:18 147:6 150:23 151:5,6

**lot** 41:13 105:1 192:23 219:19 228:11,12,24 229:2 230:14

**love** 106:6 152:6 172:21, 22 177:9,10

**low** 148:11

**lying** 175:16

**M**

**machine** 117:3

**mad** 183:7

**made** 75:10 108:23 109:3

117:12 119:12 150:23 172:14 194:5,6 220:3

**main** 35:14

**maintain** 206:2

**make** 12:8,13 19:1,3 33:20 47:24 48:21 65:1 67:11,19 70:24 72:6 76:21 77:4 91:7 94:9 95:14 99:4 107:10 124:15 128:4 130:10 152:14 161:5 168:21 170:5, 12,20 171:12 183:7 185:7 186:3 187:3 219:12 230:19

**makes** 138:17 190:1 207:15

**making** 91:22 108:19 119:20 160:18 164:16 176:4 184:20 196:17

**man** 14:19 49:23 51:18 163:24 175:9 176:18,21 177:5,22,25 178:8,10,24 218:14

**man's** 160:8

**manage** 217:12,14,17

**manner** 56:14 200:13 208:6

**Marine** 35:22, 23,24

**mark** 96:21 162:25 165:24 181:8 199:8 202:11 207:3 220:1

**marked** 97:2,4 106:15,18 116:19 140:22



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

152:8 163:6
166:1 171:22
181:10 183:3
199:12 202:18
207:9 220:5
225:12

**marking** 152:2

**maroon** 228:2,
18,21

**Martinez** 9:1
106:17 107:3,
16 140:25

**Martinez's**
141:13

**masks** 14:18

**material**
135:10

**materials**
135:11 137:21
181:25 202:1
207:24

**matter** 8:10
67:25 68:3
108:5 156:23
180:6 205:7

**matters** 10:16
113:24 124:18,
21

**mayor** 73:17

**Mazzara** 9:13

**Mcdonald** 10:2

**Mckinley** 8:8

**meaning** 42:5
80:4 90:25
100:22 155:23

**meant** 19:13
146:12

**mechanics**
128:8

**mechanisms**
137:6

**media** 217:23
219:20

**medical** 224:3

**meet** 50:4,12,

21,22 52:22
67:15 69:19
70:15 72:22
73:9,17

**meeting** 20:2,
4,19,23 21:7,17
22:25 50:18
92:12,17

**meetings**
71:11 95:19

**Megan** 8:5 60:3
152:14

**member**
229:11

**members**
228:6 229:9

**memories**
199:18 207:6

**mention**
228:19 230:16

**mentioned**
54:16

**mercy** 162:3

**merits** 151:5

**merits'** 81:17

**message**
158:22 186:2

**metal** 26:15

**method** 78:2

**Mexican**
98:15,21 105:6
124:5 131:1,2,
11 133:16,19

**Michelle**
215:24

**middle** 184:16

**Midway** 10:25
11:4 12:20
13:2,11 14:1,8
16:5,10,20
17:2,5,18 18:5,
9 23:3,12 28:21
34:14,21 35:10
36:2,5,12,22
37:3 38:1,7
39:16 47:1,14,

19 48:5,11 49:1
53:9,19 54:5,20
56:15 57:12
59:2 60:17
65:14 66:21
67:5 68:1
71:11,13 72:11,
22 73:11 74:1,
14 75:18 83:14
84:1 85:14,17
86:15 87:21
88:9 89:11,13
90:4 91:16 92:6
93:6 94:2 95:6,
21 98:18 121:2
127:8 131:12
133:20 138:9,
13 139:25
141:10 151:10
153:20 155:9,
21 169:16
179:3,7 192:6,
22 219:15

**miles** 77:8
225:1

**Miller** 48:10
54:2,3

**millions** 92:20

**mind** 70:16,17
91:13 162:8
168:13 228:24

**mine** 52:1

**Mine's** 144:5

**minute** 148:14
152:17 163:12

**minutes** 49:8
103:3 105:19
129:12,15
193:24 217:5,6
227:16

**Mischaracteriz
es** 42:9 68:10
79:18 138:22
147:8 156:1
158:8 191:6,7,
9,20

**misinterpretin
g** 159:23

**misrepresente
d** 72:8

**missed** 223:12

**mission** 92:11,
12 93:2 96:1
154:24 155:24
187:16 188:4,6
190:17,22
192:5,13

**missions** 78:5

**mistake** 33:20

**mistaken**
176:14

**mistakenly**
183:25

**mister** 120:5

**misunderstoo
d** 24:2 37:10

**mobile** 82:12,
17 83:5,8,11,21
84:6,8,17 88:19

**modification**
30:8

**modified** 22:1,
2

**module** 82:24

**moment** 129:9

**Monday** 22:10,
15

**money** 141:23

**monitoring**
131:12

**moral** 41:7,17
95:23 143:23,
24

**morally**
147:10,14
149:9

**morning** 172:2
179:13 203:24
204:12 205:10

**motion** 69:8
102:19 107:17
108:6 113:25
114:12 117:24

118:10 120:10
121:20 124:3,
24 125:9
126:15,23
127:12

**motivations**
127:7

**Mountains**
31:20,21

**move** 29:16
48:12 52:21
53:1 58:11
93:12,16
105:16,17
114:5 116:23
145:14 173:22

**moving** 48:1
76:7 224:22
225:2

**multiple** 222:4

**munition**
26:10,12,14,18
27:18,24 28:1,4
148:17 220:20,
23 229:1,13

**munitions**
26:23 27:2,5,9,
12,16 87:10,22
88:4 147:16,17,
19,23 148:2
149:20,21
156:19 220:13,
15,17,19

**Munoz** 176:19

**murder** 113:2
121:13 142:10

**murder-for-
hire** 109:12

**murderers**
92:23

**muted** 130:5

**mutually**
159:25 160:1

---

**N**

---

**N-A-R-** 215:24



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**named** 106:17
109:12 174:23
176:18 197:5,
12 201:1 211:1
212:7 215:24

**names** 17:11
19:20 37:7,12
38:4 107:8
195:12

**narrow** 228:14

**Narvaez**
215:24

**national** 61:19
63:11 64:5
170:8

**NBC** 57:24

**necessarily**
184:17

**needed** 193:24
229:17

**neighborhood**
25:8,12 28:5
197:10 198:21
203:19 204:22
217:9 229:21
230:5,6

**neighborhood
s** 79:16 131:13

**networks**
138:8,12,14
139:6,10,11,24
140:1,8,12

**news** 95:12
108:11 152:5,
24 153:7

**nice** 106:5

**Nicole** 152:24
154:19

**night's** 18:21

**Noem** 8:11
47:15,18 48:4
53:8,17 56:8,17
57:14 58:2,24
60:5,18 61:25
63:17 64:11
65:10,15,18
66:11,21 68:8
69:23 138:17

**north** 31:18,24
32:14 203:19

**Northern** 8:13
11:7 12:5,20
16:19 31:7
38:21 39:5,17
74:4 80:22
88:15 89:10
108:10 121:1
122:23 123:17
124:17 139:8,
12 150:25
188:5

**northwest**
31:18

**note** 74:18
119:25

**noted** 15:16
99:21

**notice** 165:8
207:23

**number** 8:12
99:15,19
113:16,17,19,
20 115:19,20
128:5 149:10,
19,24 150:7,14
153:19 154:1
189:8,16,17,20

**numbered**
163:4

**numbers**
150:20 189:25

181:6 182:9
183:9 184:4
185:16 186:6,8
187:1,7,9,11
195:24

---

**O**

**oath** 18:14
215:25

**Obey** 15:24

**object** 11:1,10,
20 13:4 16:22
17:6,13,19
18:10 20:25
21:3,18 23:4,22

24:8,18,24
25:20 26:8,19,
25 27:7,25 28:9
29:11 30:16,24
34:8,22 35:3
36:10 38:9,23
39:8,20 40:20
41:2,9,25 42:8,
17 43:19 44:2,
20 46:2 47:3
48:15 54:6,21
56:9 58:4 59:3
65:16,23 66:12,
24 67:6 74:15,
17 77:9,13,21
78:6,12 79:17
80:2,24 82:15
83:3,16 84:4
85:20 86:8,18
87:2,12,24
88:17 91:18
93:7 94:21 95:8
96:11 98:22
100:18 103:19
109:18 113:10
114:14 123:1,
23 124:20
131:3 132:4,23
133:8 134:4,19
135:7,21
136:20 138:2,
21 139:17
140:13 141:15
142:12,18,19
143:11 146:20
147:7 150:1,18
155:12,25
156:12 158:7
159:20 160:19
162:4 166:21
167:22 168:19
169:21,24
170:1,14 171:3
174:18 175:2
188:14 191:2,5,
19 193:5,10,14
194:12 196:2
197:16 199:1
201:7,11,22
204:25 206:15
208:12 210:9,
21 211:9,23
212:14 213:4,
15 214:15,22
215:5,16 216:5
222:14 223:19

224:24 232:9

**objecting**
222:12

**objection**
12:10 23:13
46:16 48:12,14
60:19 71:18
73:1,6,12,20
74:5 76:16,22
94:3,25 100:10
101:11,12
102:1,6,7,17,18
107:15 116:4,9
123:5 131:15,
17 133:21
142:3 153:10
158:13,14,24
169:10 171:10
181:24 191:19
192:14 212:20

**objections**
12:9,13 50:11
103:12 108:20
114:4 117:12
119:17 130:10
158:12 170:2
193:13

**objective** 79:8
94:14

**objectives**
69:17 74:13
75:8

**objects** 227:8

**obscenity**
175:1

**observation**
160:18

**observe**
163:24

**observed**
213:11 215:2

**obstruct**
115:25 191:17

**obstruction**
125:18

**obstructs**
146:15

**OC** 204:1

213:12

**OCC** 10:1,2

**occasion**
22:21 37:21,22
38:18 39:1
41:14 42:3,5,7

**Occasionally**
36:18,19

**occasions**
137:18 214:3

**occluded**
150:20

**occur** 216:17

**occurred** 23:3
72:14 114:10
149:12 179:9
206:25 211:22
216:4,17,20

**occurring**
148:13

**October** 8:6
22:1,4 25:12,19
26:1,7 64:24
95:13 108:12
117:5 171:25
172:2 179:8
182:5,6 194:21
195:13,25
197:6,8 198:20
200:6,12
204:12 217:9
219:21

**offer** 50:14
106:3 115:12
116:5

**offered** 50:12

**Office** 35:20,
22,23

**officer** 12:18
18:8 31:17,21
32:1,14 43:17
44:1 121:14
146:16 164:17
176:18 178:24

**officer's**
166:11

**officers** 17:2,4,
7,15,17,18 18:4



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

27:4 42:21 78:1
80:6 83:14
84:11 85:13,16
86:15,20 146:4,
6 147:16,22
148:8,11 149:6
180:19 190:20
192:7 193:2,8,
25 194:4,6,8,13
195:25 202:6
205:19,24
206:10 210:3
213:25

**official** 75:15

**officials** 97:17

**OFO** 35:19

**older** 173:16
174:23 175:14

**one's** 91:5

**ongoing** 46:25

**online** 52:25

**Op** 217:24

**open** 149:8

**open-ended**
122:1

**open-handed**
179:23

**operating**
16:10 91:14

**operation**
10:25 11:3,9
12:19 13:2,11,
13,25 14:1,7
16:5,10,20
18:5,9 23:3
28:21 34:13,20
35:10 36:2,5,
12,17 37:3,19
38:8,22 45:5,
19,21 46:20
47:1,13 49:1
53:9,19 54:5,19
56:15 57:12
59:2 60:17
65:14 66:21
67:20 68:1
71:10,13 72:24
73:11,18 74:1,
14 75:18 80:1,4

83:14 84:1,12
85:3,17 86:15
87:21 88:9,16
89:11,13 90:4
91:15 92:6 93:6
94:1,7,9 95:21
127:8 138:12
139:25 151:10
155:21 169:16
179:3,7 192:5,
22 219:15

**operations**
11:7 23:11
35:20 36:22
45:11 47:19
48:5,11 61:18
63:10 64:4
72:24 76:5
88:13 95:6,17
98:18 123:17
131:12 133:20
138:8 184:10

**opinion** 198:6,
9,12 200:11,16,
20 203:1,12,15
216:16

**opinions**
210:18

**opportunity**
91:6 105:8
109:6 116:6
120:24 163:24
173:10

**opposed** 75:7
116:4

**opposition**
118:13 119:13

**order** 21:21,25
22:16,19 30:21
31:3 61:20
63:12 64:6
70:24 75:3,9
92:1 94:7 95:18
103:4 111:13
115:23 117:8
121:3 122:3
125:10,23
185:24 198:18
200:22 203:14

**ordered** 91:9
117:8,9 122:1

**orders** 30:12
56:7,16 57:12
58:1 61:22
63:14 64:8
65:17 70:9
74:10 75:14,21
91:16 92:4,9,13
93:25 94:13
95:6,16,20
143:15

**ordinary** 88:12

**organizing**
64:23

**orient** 107:1

**orienting**
82:22

**outstretched**
161:21 164:6,9
168:12

**overran** 149:2,
4

**Owens** 9:5

**owned** 33:2

------

**P**

**pages** 208:20

**paid** 31:24 33:9

**pain** 165:12

**Panama-style**
178:2

**papers** 119:11
123:9,11,12

**par** 50:15

**paragraph**
120:25 121:11
134:12 141:24
207:21

**paralegal**
10:15

**parcels** 32:18

**Pardon** 110:2
161:24 179:15
220:18

**Park** 197:9,10
203:19 204:12,

22 205:9

**part** 35:17
67:22 82:21
118:9,15 144:4,
14,16 188:4
192:13 194:1,2
219:15

**part-time**
31:23,24

**participate**
16:19 18:19
20:19,23 129:3

**participated**
85:1 154:5,10

**participating**
13:25 16:6
17:2,5,18 18:5
36:5 37:3,24
38:1,20 39:4
84:1 87:21 88:9

**participation**
199:19

**parties** 126:9
128:10

**partner** 185:19

**partners** 150:4
185:22

**parts** 35:21
91:20 226:12
227:2

**pass** 96:25

**past** 36:20
105:19 108:11
155:5 221:23

**path** 67:8

**patrol** 10:22,24
27:8 29:25 30:5
31:23 33:17,24
34:1,5 35:16
45:10,12 76:9
77:12,16,19,25
78:1,4,10
79:10,23 80:1,
9,12,16 95:22
97:17 140:2,6
146:16 149:5
150:3 185:20
219:9,14 227:9,

11 229:23

**patrols** 76:15
78:17

**Paul** 213:10

**pavement**
224:14

**pavements**
137:5

**peacefully**
211:4

**pending** 8:12

**people** 15:5,8
40:2 46:7 80:21
92:14 104:8,23
105:1 143:14
144:19 176:22
177:24 183:12,
15 184:6,14,18,
23 185:1 188:9,
12,23 190:6,9,
18 192:6,16
194:3,9,14
206:4 208:4
219:1,2 229:18,
22 230:2,12,20,
22,24 231:1,2
232:1

**Pepperball**
157:25 158:4,
20 159:17
160:3 161:7,14
162:23 163:25
164:24 171:1
179:22 206:24
207:19 208:2,
15,19,23 209:8,
13 210:12
212:9

**Pepperballs**
150:8 157:16,
20,21 159:3,4
168:9,18
208:21 216:3,
11,21

**perfect** 156:11,
15

**perform** 82:2,8
83:1 84:13

**performance**



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

140:3,7

**permissible**
74:13 75:1,4,18

**permitted**
69:22 70:12
148:9

**persist** 115:15

**person** 51:19,
20 113:3
158:21 159:6
197:13 198:1
220:3

**personal**
51:20 52:16
115:19 124:4
197:20 199:5,
19

**personnel**
132:2

**persons** 9:21
31:6 51:24

**petulant** 49:23

**Philip** 9:17

**phone** 122:15
128:6 129:5

**photo** 208:17
222:8

**photograph**
166:8,11,14
167:20 168:2
198:3 200:8
207:22 208:11
209:5 220:2

**photographs**
165:25 166:6,
16,18,22 167:4,
12,16 168:17
169:19

**physical**
176:4,6 180:23

**physically**
8:18

**picture** 161:22
220:9,11

**pictures** 168:6

**piece** 173:3

**piles** 137:4

**pilots** 35:24

**Pilsen** 131:13

**Piscopo** 9:17

**place** 20:4
31:17 72:11
84:18,24 85:5
87:11,22,23
88:7 94:10
151:7 167:6
173:14 197:6
199:18 227:14,
15

**places** 160:2
178:6

**plainly** 29:13
72:16 76:25
77:3 117:6

**plaintiff** 9:4

**plaintiffs** 8:19,
21,22,23,25
9:2,8 160:7
210:25

**Plaintiffs'** 8:16
50:10

**plan** 187:5

**plans** 48:25

**play** 12:10
14:22 62:13,24
74:25 116:13
143:4 144:12
145:8 171:17
172:17 177:2
180:2 182:23
183:24 222:20

**played** 61:8,16
63:8 64:2 65:1
96:23 121:21,
23 143:13
144:18 163:8,
10 172:4,19
177:7 183:8,25
184:3 225:15

**playing** 14:23
62:20

**pleasant** 52:15

**plural** 221:13

**point** 28:22
33:14 48:20,21
49:5 67:12
69:18 75:11
76:23 110:19
114:2 117:11,
13 118:2
125:18,25
148:10 150:23
161:5 164:17
176:8,9 211:14
223:1,8 229:16
230:20 232:18

**police** 31:17,21
32:1,13 72:24
73:10 194:22
195:13,14

**policies** 29:25
30:12 53:18
198:14

**policy** 51:1
67:25 156:21,
24 157:4,8,17,
21 160:4
200:18 203:8

**political** 93:11

**politically**
67:25

**politics** 51:2
67:23 69:18

**poorly** 51:3
105:2

**portion** 91:20,
25 111:8
152:24 153:3
183:25

**Portland**
134:3,13

**posed** 156:22

**position** 15:16
31:23,24 67:19
68:21 69:2,5
70:23,24 81:8
121:8,17 122:4
127:18 161:8,
11,13 165:17
203:6 204:7
205:7 206:9

208:4,8 210:6
212:2,25

**positions** 72:4

**post** 142:10
217:18,20,21

**posted** 182:14,
22

**posting** 218:16

**posts** 217:19
219:12

**potential** 228:6
229:3 230:14

**potentially**
112:10 139:14

**pour** 92:21

**power** 112:5
186:11

**practice** 51:18,
22 52:1,6,9

**practices**
53:18

**praying** 161:21
162:11,17,18

**pre-stage**
134:22

**pre-staged**
134:14

**preacher**
163:25

**precise** 64:15

**precluded**
109:19

**preliminary**
69:8,15,21
72:12 81:18
102:20 107:17
108:6,16,24
110:18 113:24
114:11 117:24
119:10 121:20
124:3,23 125:8
126:16,23
127:11

**preparation**
30:14

**prepare** 18:19
19:23 30:2
88:20

**prepared**
20:20,23 21:22
30:21 31:3
116:7 117:21

**preparing** 21:6

**presence**
173:20 182:11
222:13

**present** 8:17
174:16 187:18
197:15 198:24
208:5 209:18
213:11,24
214:4 225:8

**President**
56:8,17,21
57:8,13 58:2
61:24 63:16
64:10 65:9

**president's**
185:11

**press** 89:18
90:21 97:14
99:8 105:20
130:12,19
137:25 138:5,
24 139:3

**presume**
14:11

**pretty** 14:5
232:14

**previous**
102:7

**previously**
73:13

**prior** 65:25
71:10 72:11,21
73:11,25 83:13
85:25 109:7
117:23 119:8
120:9

**privilege** 47:8,
9 48:25 54:9,12
74:22 75:20
76:1 78:15 81:1
99:11,20



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

100:22 112:7,8
113:7,9,20
130:16 135:10
139:19 140:15
141:17 142:23

**privileged**
19:7

**privileges**
47:5 101:18

**probable** 81:3
141:4,24

**probing** 68:23

**problem**
148:16 150:15
158:4 159:7,10,
11,15 170:25

**Procedure**
158:16

**procedures**
30:1,12 53:18

**proceed** 80:6

**proceeding**
98:8

**proceedings**
8:1 118:24

**process** 15:20,
23 82:25 93:18,
19

**produced**
181:15,16,21
182:1

**producing**
181:14

**product** 29:14

**professional**
15:19 143:22

**professionalis
m** 184:10

**professionals**
50:24

**program** 132:1
160:12

**progress**
139:25

**progressed**

155:4

**prohibited**
75:9

**projectile**
165:5,7 223:10

**projects** 32:18

**promoted** 34:9

**pronouncing**
211:1

**proper** 12:9
14:16,20 60:6
115:23 116:1
119:22 154:16
156:5 198:10
232:7

**properly** 226:5

**property** 74:2
160:18 161:15,
17,20

**proposition**
43:25

**propounded**
55:17,19

**prosecute**
185:9

**protected**
101:5

**protecting**
183:19 185:5
190:13 192:12

**protection**
11:4 30:4,7,13
31:13,16 33:20
35:14,17,18
36:13,16 46:19
76:4 82:7 89:5
179:4

**protections**
85:19

**protest** 85:19
134:14 158:1,6,
22 159:16,24,
25 194:22
195:15 213:13
215:11

**Protestant**
160:5

**protesters**
214:5,14

**protesting**
159:7 160:2
211:4

**protestor**
213:12

**protestors**
123:21 124:7,
17 148:4 149:2
150:9,21 189:4
200:25 211:20
214:1,20 215:1
222:12 227:7

**protests** 134:2

**proud** 172:25
177:13

**prove** 15:8

**provide** 61:7
90:22 136:19

**provided**
85:13 86:6 93:6
134:2,14,22
135:6,17,18,23
136:12,13
182:12

**provision**
94:12

**provisional**
112:9

**public** 51:1
96:9 109:19
111:7 115:8
149:7 219:5,7,
9,10

**publicly** 57:11
108:7 109:24

**puff** 165:9
166:12 167:14

**pull** 60:24
225:20

**purpose** 36:22
81:7 182:24
199:16 202:13

**purposes**
36:16 37:19
45:4 172:16

226:5

**pursuant**
38:21

**pursue** 70:13

**put** 12:18 40:23
113:2 120:6
128:23 129:5
186:12 195:25
207:14 218:15
228:15

_____

**Q**

**quantities**
147:17

**question**
12:16,21,25
14:21 18:2,3,17
19:4 22:18
27:11 28:10,14,
24 29:19 30:9,
10 32:4 33:9,10
37:10,22 42:13
43:2,7,11,12
44:8,9,11,14
45:3,6 46:5,11
47:10,11 48:4,
8,9 53:7 54:12,
15,25 55:13,17,
19,23 57:1,17,
21 58:13,23
59:10,22 60:4,
12,14 61:3
62:25 63:5
64:15,18 65:11
68:23 71:7,14
72:19,21 73:4,
24 74:8,16,20,
23 75:6,13,25
79:5,20 84:9
86:24 88:6
89:6,8 91:2,21
92:17 94:19,22
95:1,3,5,14
96:8 101:4,19
103:6,7,11,14
104:7,9 105:3,
12,19 110:24,
25 111:2,16
112:9 113:10
114:19 123:13,
14,15 124:8
131:7,20

132:15 133:14,
17,24 135:14,
18 136:4
139:22 140:17
141:20 142:6
143:2 145:16
152:20 153:9,
25 154:1,15
155:18,19
156:18,21
157:19 158:18
162:2,8 167:3
169:15 170:19
171:9 174:4
191:14,23,24
192:2 193:23
194:19 195:11
196:10 207:6
209:1,4,5
214:23 221:7,9
223:15 229:25
231:23

**questioning**
36:1 130:11
144:8 182:25

**questions**
12:3,4,7,12
14:7,9,16,25
29:15 48:23
69:10,16 71:16
72:16 76:25
90:12 93:22
99:6,14,24
102:9,21 103:1,
3 107:1 109:9
110:15 112:21
114:2 116:17
118:16 119:3,
14,22 120:5
121:16,19
126:17 127:7,
13,20 130:24
141:2 143:9
152:16,18
153:5,16
160:12,15
170:16 176:25
181:24 206:22
222:25

**queued** 128:5

**quick** 152:20

**quickly** 232:14

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

quiz 89:21

quote 57:16,25
58:2,8 95:16
155:9 157:24

quoting 57:16,
18 154:17

---

**R**

Rachel 10:2

raise 10:4

raised 118:10
120:8

raises 89:25

ramming
140:5,6

ranks 34:7

rapists 92:22

re-ask 12:16

reached
229:15

read 22:6,8,10,
12 56:24 59:23
96:25 103:11
106:24 154:14
158:16 188:24
190:15 191:18
199:21,23
209:10

reading 97:19,
25 127:6,18
138:16

ready 52:25
109:8 127:2,4
153:16 187:10

realize 168:5

reason 141:6,9
205:14 206:17

reasons 73:13

recall 21:15
23:1,17 24:1,
13,15 27:19
53:25 68:6,7,16
99:24 145:22,
23,24 151:19,
22 154:24

160:10 161:19
173:12 176:20
195:21 203:4
206:12

receive 53:8
75:14 82:14,19
83:8,11,14
84:12 86:2
223:23 224:5

received 32:2
66:22 79:10
83:22 86:16,21
87:1 96:8,9
198:20 223:10

recently 28:5
68:5 106:17
108:11

recess 49:18
106:10 117:16
120:19 122:18
128:16 130:1
163:18 172:10
193:18

recognize
151:11

recognizing
27:21

recollection
58:19 59:9,11
70:3 90:6
162:24 199:22,
25 202:16,22

reconsider
81:4,7

reconvene
49:8 232:23

record 8:3,15
14:4 48:21
49:16,20,21
50:7,9 61:5
64:20 65:5
67:12 72:7 77:4
91:23 96:22
98:25 99:4
100:3,9 102:25
103:1,2 106:9,
11 110:25
117:13,15,17,
25 120:7,13,18,
20,23 122:14,

17,19 126:6
128:7,9,11,13,
15 130:2
152:16 163:8,
10,12,16,19,22
171:20 172:4,6,
8,11,13 193:16,
19 215:23
225:11 226:6
232:19,25

recorded
182:13 187:19

recording
61:16 62:3
63:8,18 64:2,12
116:14 143:6,
13 144:3,18,25
152:13 172:19
173:7 177:7,20
183:8,20 184:3
187:12 225:15
226:2

recruits 88:23,
24

recurring
148:17

redacted
111:6

refer 221:4

reference
119:3 121:10

referenced
117:23 118:1
120:10,13
121:15

referencing
125:20

referred 85:25
108:5 137:25
141:3,23
142:10

referring
20:14,17 21:25
26:4 87:7 92:1
109:25 110:3
123:25 138:5
139:4 161:22,
25 189:4
199:11 218:11

refers 98:14

reformulate
105:12

refrain 217:1

refresh 70:3
89:23 90:6
199:25 202:22

refreshes
162:23 199:22
202:15

refuse 48:8

regard 66:21

registered
32:16

Regularly 60:5

regulation
95:25

reign 146:4

relate 114:10

related 25:18
107:16

relates 28:15
57:7 108:15
171:20

relating 30:13
50:11 83:25
97:16 140:25
200:4 205:21
211:15,17
212:18 216:13

relation 11:8
104:11 107:2

release 97:15
99:8 105:21
130:12,19
138:1,5,24
139:4 143:20

relevant 69:14
124:14 144:7,
10

reliable 152:15

Relief 118:11

religious
127:21

refers 98:14

rely 118:15

relying 118:23

remain 121:17

remains
121:18

remember
13:17 19:20
21:8,14 22:9,24
23:24 24:6 25:1
26:9 27:22
58:18,21 67:1
84:19 89:16
137:15,19
148:23 151:21
153:13 160:5,7,
18 161:1,3
162:16,19
173:14 187:14,
17 198:2 200:7,
10 202:4
203:20 204:2,
18 205:23
207:13 211:12,
18,25 212:6,21,
24 213:6,17
214:2 215:22
218:3

remembering
21:16

remembers
90:8

remotely
118:6

render 203:12

renege 50:20

repeat 30:10
31:1 34:15
56:11 66:18
84:9 103:7
138:10 155:19

repeatedly
99:3 104:25
105:9 115:24

rephrase
28:24

report 44:22
46:3,22 47:13,
16 48:5 53:7
95:13 153:12



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

156:1 197:23,
24 199:10
210:14

reportable
179:14,16,17,
24 180:23
181:4

reported
179:19,21

reporter 8:6
10:5,6,11 49:6
57:24 59:23
60:2,4,13 62:6,
8,9 96:18 103:9
144:12 151:24
152:4,10,13
154:15 156:20
160:16 162:25
163:3 217:5

reporting
93:23

reports 44:18
45:15,18,19,23
46:9,15 200:3
202:2 205:21
206:11 210:1
211:15 212:18
213:22

represent
145:11 155:13
166:5 171:7

representation
115:4 118:25
119:12,19
171:8

representatives 72:22

represented
117:25 120:8

representing
57:23

request 74:16

requested
103:11 119:21

require 180:20

required 74:3
88:8 148:17

requirement
91:1

requirements
93:23

requires 32:5
111:13 124:15

requiring
115:10

reserve 31:17,
21 32:13

residence
32:24

resident 32:23

residential
86:17,25

resist 186:17

resolution
70:19

respect 15:13,
18,20,23 16:15
30:1 36:7 40:16
42:13,23 52:20
53:18 54:18
55:3 56:5,13
57:12 58:24
60:15 65:14,20
66:10,20 67:23
69:6 88:6 90:3
92:3 93:17,24
104:23 105:5,
20 111:15
112:8 114:3
118:4

respectfully
12:2

respecting
85:18

respirator
208:16 209:17

respond
127:17

responded
214:1,5,8,13,17

responding
58:5,7 62:23

response
19:16 63:6

95:14 105:4
108:23 124:16
127:3 152:16
197:25 211:20
218:15

responses
123:21

responsibilities 60:17 69:11
126:18 139:7
194:1,2

responsibility
12:13 36:9,11
42:15,23 43:17

responsible
40:25 41:5
217:19

rest 184:8

restate 110:24

restore 185:23

restoring
184:11,20

restraining
21:24 22:16,19
91:16 92:4
93:25 95:18
198:17 200:22
203:14

restroom
183:7

result 223:23

resulted
208:10 213:2

reveal 47:5
55:9 56:20,23
78:14 98:24
100:12,21
113:14 131:5
132:25 135:9
141:17 142:21,
23

revealing
55:12 79:1
101:5

reveals 133:11
139:19 140:14

revelation

55:14

reverend
160:13,17
161:6,13,16,19
162:10 166:8,
13,14,19 167:5,
13,16,21 168:8,
11 169:18
170:9,25 171:4,
8

review 21:21
109:6 120:24
202:17 205:18

reviewed
21:24 29:24
30:11,20 31:4
85:12 109:10
114:7 197:23
198:3 199:19
200:2 202:1
205:16,21
206:9,11
207:11

reward 113:2
142:2

Rickert 9:6

rid 152:7

riot 136:22
137:3

rioters 214:8,9,
12,21 215:4,7,
12,15,18 227:7,
10 231:2,5,7,
12,13,19,24
232:3,8

rioting 230:13,
14

riots 154:20

rippling 184:12

risen 34:7

roam 93:3

Roche 212:7,
13

Roche's 213:3

rock 223:2,5,9,
10,17,24 224:7,
13 226:14

227:4

role 10:25
51:24 121:22,
23

roll 186:10,13,
16

rollout 71:10
72:22 83:13
89:19

roof 216:2,22
229:12

rooftop 157:16

rooftops 140:9
227:24,25
228:1

room 15:5,15
19:21,23 20:8,
16,17,18 50:23
51:5 52:15
70:18 197:9

rove 79:15

roving 76:15
77:12,16,19,25
78:1,4,10 79:2,
10,23 80:1,9,
12,16

rude 15:12,25
110:21

Rule 158:15
191:18

ruled 127:5

rules 12:11
15:24 29:25
30:12 158:10,
15

run 201:3

run-in 200:24

run-up 62:18

running
148:11 183:5

rush 183:7

___

**S**

___

S-H-O-U-S-E
201:2



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**sadly** 176:14

**safe** 184:20 186:4 187:2

**safer** 94:10

**safety** 184:12 186:21

**sake** 125:12

**Sarmad** 9:9 52:19

**saturation** 156:25 160:3

**Saturday** 204:12 205:10

**scared** 225:23, 24

**scenario** 161:19 212:10

**scene** 178:12, 24 179:1 208:5 209:18 214:1

**scope** 47:22 48:6 50:12 52:23 66:14 67:9 69:10,18 71:4,19,20 72:16 73:6 74:24 76:6,12 77:1,3,10,14 99:21 102:18 103:21 104:6, 11 109:2 112:17 113:9, 21 115:2 116:4, 9 117:6 118:5 119:16 125:20 126:17 130:15 187:16 228:14

**Scott** 174:23 175:15

**Sean** 9:23

**searching** 96:24

**seconds** 226:8

**secretary** 47:15,16,18 48:4 53:8,17 56:8,17 57:14

58:2,24 60:5,18 61:25 63:17 64:11 65:10,15, 17 66:11,21 67:5 68:6,8 69:23 70:6,8 138:17 182:9 186:22 187:14, 17 189:2 190:3, 14,25 192:4,13, 16 193:9 195:24

**secretary's** 184:1 190:18

**section** 31:19 109:13

**sector** 219:11

**secure** 104:9

**securing** 103:17

**Security** 34:13,20 74:12 75:16 97:16 99:8 219:8

**seek** 224:3

**seeks** 94:9

**segment** 152:24 222:21

**select** 80:20

**semi-automatic** 228:8

**send** 186:2

**sensitive** 78:22

**sentence** 121:11

**sentiments** 190:14

**separate** 91:4, 5

**September** 36:20 84:21,22 85:24 86:3,6 87:6,23 88:7, 20,25 89:8 137:17 182:4

200:24 201:1, 16 206:25 207:16 211:5, 21 213:13,24 216:1

**series** 68:4

**set** 105:10 114:10 128:5 181:7

**setting** 82:3,9 83:2,15 84:3,14 104:12 184:8

**settings** 90:24

**severe** 229:3

**Sganga** 152:24 154:25

**shake** 15:14 51:19,22 52:5

**shaking** 51:4

**share** 61:12

**shared** 180:19

**sharp** 12:3

**shield** 134:16

**shields** 136:22 137:3

**shipping** 143:20

**shirt** 176:20 177:5 178:1,2

**shit** 143:20 173:2,4 177:15, 17

**shook** 52:14

**shoot** 216:3

**shooting** 166:7 179:23 213:12

**short** 14:13 49:5 96:22 152:19

**shortly** 166:9

**shot** 150:8 162:22 206:24 212:9 213:2

216:10,22

**Shouse** 201:2, 5

**shoved** 197:11

**show** 49:1 95:12 162:21 166:6 199:8 202:9 211:3 224:15

**showed** 28:3

**showing** 167:13 199:16 202:13 227:23

**shown** 168:17 178:9 179:9,13 211:14 230:3

**shows** 166:9, 12,14 221:19 222:8

**sic** 193:17,20 211:1

**sick** 185:11

**side** 15:9 52:4 129:18 164:13 186:15 203:19

**sides** 194:23 195:15 224:18

**sight** 227:19

**signed** 28:7, 14,20 29:7

**significant** 228:3

**signs** 228:6

**similar** 89:25 90:3 105:23 212:9

**simple** 154:1 229:25

**simplest** 39:14

**simultaneously** 228:12,23

**single** 142:9

**singular** 221:14

**sir** 10:19 12:17 15:21 28:20 34:16 35:13 52:6 53:7,12 54:13 55:2 71:8 72:19 76:1 100:14 105:24 110:1 123:13 131:20,21 134:17 141:20 143:2,18 145:16 153:25 155:11,18 170:8 186:8,24 219:9

**sitting** 51:23

**situation** 148:15 151:8 168:22 171:13, 14,18 203:11, 16 204:15,20 216:19,25 217:2 226:7,13 227:3,9,15,17 228:4 229:10, 14,15 230:18

**situationally** 159:8 205:4

**situations** 228:12,13

**size** 224:17

**Skedzielewski** 9:23

**skin** 224:1

**skip** 180:22

**sleep** 18:21

**smart** 70:18

**smoke** 167:14

**Snapchat** 142:10

**so-called** 142:2

**social** 217:23

**solely** 202:13

**solemnly** 10:6

**solution** 158:5, 21 159:15



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

sort 30:13 61:6

sorting 163:23

sorts 30:23

sound 160:24 185:14 187:5

sounds 58:5 62:22

source 78:15, 17,19 113:1 132:14 137:21 141:23 145:10

South 8:8

Southern 31:19

space 186:1 225:10

speak 18:22,25 47:18 48:4,10 59:12 60:5 67:4 69:23 73:18 82:4 116:6 166:23 188:11

SPEAKER 61:17,23 63:9, 15 64:3,9 143:18 144:1, 22 172:20 173:3,5 177:8, 16,18 225:17, 23,25

speaking 89:2 104:17 158:12, 13,14 174:15 183:16 185:3 190:10,24 192:9 194:10

speaks 70:8 174:18

special 45:11

specific 14:10 23:6 25:5 29:2 43:21 55:2 74:20 78:10 79:1,3 82:7 83:24 84:19 89:9 94:12 103:16 108:14, 22 121:19

124:1,2,22,23 126:22 127:19 136:3 151:4 159:9

specifically 14:9 26:13 30:2 36:3 67:21 79:14 82:1 83:1,13 84:10, 13 86:24 88:14 91:19 135:16

specifics 105:21

spectrum 32:2

speculate 159:13 167:19

speculation 39:21 103:20 134:5 138:3 168:20

speech 85:19 148:20 182:9 184:2

speeches 15:24 93:11

spend 76:24 92:12

spikes 136:23 137:3

spirit 230:11

spite 95:16

spoke 19:4,13, 20,23 61:18 63:10 64:4 195:24

spoken 53:17, 21 54:3,17 205:24 210:3 211:19

spotters 140:9

spray 166:8,10 213:12

spread 164:12, 15 186:1

Square 198:21 200:5,9,12

stacks 136:23

stand 54:25 59:6 110:24 122:9 170:22 225:9

standard 52:1 82:13

standing 153:10 167:14 168:11 174:11, 15 181:25 208:3

stands 35:19 71:3 81:11 105:11

star 12:4

start 8:16 45:2 73:25 75:14 115:18 133:5 138:25 139:2 182:21 189:19

started 62:19

starting 127:6 189:3,15

startled 52:1

state 10:19 49:21 69:5 70:22 84:20 186:11 194:22 195:13,14

stated 65:8 72:1,4 73:13 94:15 210:13

statement 27:14 34:14 56:24 95:14 108:22 134:1,6, 18 138:16 147:4 170:12 196:16 204:19

statements 115:8

states 8:13 34:3 109:13 211:2 215:25

stating 93:5

stationed

216:2

statute 76:14

stay 186:2

step 103:16 142:9

steps 104:8

Steve 9:5 52:24 116:6,23 118:5,6,7,20 125:16 129:2

Steven 48:10

stickers 96:17

stipulate 189:1

stop 15:10 29:16 43:13 44:1 68:24 191:8,22,25 193:12 225:14 229:24

stopped 62:3 63:18 64:12 144:3,25 173:7 177:20 183:20 187:12 226:2

stopping 144:4

stops 166:12

story 50:8

straight 46:1 108:1,3 128:5

straighten 163:14

straightforward 91:14

strategy 29:15

stray 68:2 159:18

strayed 171:1

strays 157:25

street 8:9 100:16 124:13 139:13 141:13 194:25 195:2,3, 4,6,8 198:22 220:16

streets 14:19 93:3 148:21 149:3,5,7,8 150:15,19 151:1,11,16 194:23 195:1, 12,15 219:22

strike 75:14 77:18 93:12,16 135:17

strikes 179:23

striking 168:7, 8,18

stripe 174:9

stripes 176:20 177:6 178:1

strong 184:9

struck 207:18 208:2,5

structured 132:1 133:5,7

struggle 18:16

struggling 16:4 89:6

studied 205:7

stuff 61:10 99:21 111:20 155:15 181:13, 16,17

subject 48:25 54:3 73:11 79:14,15,16 80:5 82:2 85:9, 13 90:5 107:13 108:20 109:2 112:10 113:23 114:4,23 123:9 135:19 203:18

subjects 32:3 66:23 67:1 214:8,9,13 215:18

submit 29:9

submitted 26:1,2 118:12

subordinates 27:13 44:22



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Subsequent** 22:18

**substance** 18:9 19:7 57:1 158:3

**suggest** 232:18

**suggestion** 126:3

**suits** 218:18

**superintenden t** 73:10

**superiors** 54:17,22

**supervise** 157:12 179:4

**supervising** 179:8 180:18

**supervisor** 157:13,14 178:23

**supervisors** 45:11,21,23 178:25

**supervisory** 45:11

**supplied** 147:18

**supplies** 134:15,23

**supply** 147:23 148:18

**support** 118:13 134:2, 14,18,22 135:5, 16,18,23,25 136:2,12,19 139:15

**supported** 136:3

**supposed** 14:8 111:21

**suppress** 67:22

**survey** 32:17 79:15

**Surveying** 32:17

**surveyor** 32:16,19

**suspend** 232:17

**SUV** 198:24

**swatch** 165:10

**swear** 10:5,6

**Sydney** 8:4

**system** 208:24

---

**T**

**table** 15:9 51:5 52:4

**tackle** 175:11

**tackled** 175:9, 14

**tackling** 175:21

**tactical** 34:12, 19

**tactics** 74:13 75:7,17 108:8 115:10 140:2,4, 5,10

**take-downs** 149:25

**takes** 70:9 93:1 119:15 178:5

**taking** 49:9 92:15 167:6 185:10 227:15

**talk** 19:15,19 45:5 69:9 116:9,21,23 122:11 126:16 171:19 182:3 188:10 194:18 226:21 232:21

**talked** 111:14 147:15 206:10

**talking** 11:16 28:18 29:3 38:12 43:22,24

45:4,20,22 46:1 124:18 134:7 143:23 149:17, 18 183:16,18 185:2,4 188:21, 22 190:10,12, 23 191:8,22,25 192:8,11 193:12 194:10 196:17 201:13 202:15 211:8 218:23 226:16, 22 230:22,25

**talks** 68:8 70:8

**tape** 143:5,9

**Tara** 9:5

**targeted** 80:1 88:14 89:9

**targeting** 89:12

**task** 184:19

**team** 50:5,17

**teams** 95:22

**tear** 23:21 25:25 26:6 86:16,24 198:23 199:20 200:4,13,17 201:16,18 202:7 204:11, 15 205:9 219:21 221:3

**teargas** 204:20,22

**technical** 10:16 130:7 172:6

**technology** 163:23

**Telemundo** 62:9 64:25 96:23

**Telemundo's** 61:19 63:11 64:5

**television** 57:11,24 58:3 152:13 160:10

**telling** 142:17 148:1 201:3 225:21 231:1, 24

**temporary** 21:24 22:16,19 91:16 92:4 93:25 95:18 198:17 200:22 203:14

**ten** 49:8 172:25 177:13 232:16

**terms** 64:22 75:8 168:17

**Terrance** 212:7,13 213:2

**terrorists** 92:23

**test** 68:22 69:25

**testified** 210:17

**testify** 21:22 30:2,22 31:4

**testimony** 10:7 18:13 20:20 30:14 42:9 68:7,11 79:18 147:8 156:1 191:6

**tethered** 70:11 115:23 122:2

**that'll** 118:3 186:21

**theories** 127:10,14

**thing** 49:25 59:19 66:1 92:13 105:18 106:25 119:7 125:2 130:10 166:9 182:13 183:24 210:13 218:19 227:6, 11 228:16,19

**things** 30:23 32:19 52:22 65:22 69:14

115:21 136:10 137:11 145:17, 22 153:18 187:18 190:23

**thinking** 70:2

**Thompson** 9:6

**thought** 55:22 56:2,3 66:15 108:2 111:13 114:21 175:14 176:12 221:14 225:6

**thousands** 92:25 149:5

**threaten** 197:1

**threatening** 212:11

**threats** 194:5, 14,16 196:17, 18

**threw** 23:20 27:18,22 211:6 221:12,17,24 222:1,6 223:5,8 224:11 226:8

**thrilled** 184:18

**throw** 26:5,10 221:7,15,16 222:4

**throwing** 25:25 219:20 221:19 222:8, 11 227:8

**thrown** 223:16 224:8 227:4

**Thrush** 201:18 202:11,23 203:8

**tied** 70:11 72:11 91:5 115:23

**till** 31:22

**time** 8:7 15:10 21:15 23:18 26:23,24 27:5 33:21 35:2 49:7,11,16,20



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

59:1 60:16
62:14 72:15
84:10 87:3
92:11,16,18
97:23 102:5,6
103:3 106:9,12
117:3,15,18
120:14,18,21
122:17,20
128:15 130:3
144:13 145:9
148:3 151:7
154:2 155:5
161:15 163:17,
20 172:9,12,18
174:14 177:4
186:10 193:17,
20 208:2
210:20,23
211:3 217:4
223:16 229:6
232:25

**times** 33:21
65:7 70:7,8
79:6,9 114:18
126:12 150:21

**timestamps**
222:21

**title** 10:21
39:22 40:6,8,12
44:25 76:10
78:2 79:24
80:12 90:24

**Titles** 45:1,9

**today** 8:5,6
14:11 18:20
20:20 21:22
28:16 30:2,15,
22 31:4 48:23
50:15,19 93:22
104:25 105:2
115:24 126:12
155:6,20,24
183:9 184:20
185:25 188:2
189:23 190:4
204:8

**today's** 181:14
185:17

**told** 16:8 94:17
151:15 194:13
204:14,18

**top** 143:16
166:17 168:9

**topic** 116:12

**touch** 143:14,
17 144:19
146:18 201:5
225:17,18

**touched** 146:5
219:18

**touches**
146:22 147:2,5,
9

**touching**
212:10

**tough** 226:23

**tower** 117:4

**toxic** 86:25

**tractor** 143:20

**trailer** 143:20

**train** 180:18

**trained** 27:15,
17 180:15

**training** 32:2
82:1,8,11,12,
13,20,21,24,25
83:5,9,11,15,
20,21,25 84:6,
8,11,13,16,17,
24 85:7,9,17,24
86:3,7,13,16,21
87:1,6,9,10,22,
23 88:5,7,8,12,
13,20,24 89:2,
4,8,15 90:22

**transcript**
48:20,22 49:2
59:8 64:23
111:9 127:5
152:3,14,17,22,
23 181:6,9
182:8,17,19,24
183:2 188:25
189:3 191:10,
20

**transnational**
139:13

**transport**

227:18

**traveler** 72:15

**treat** 15:12,17,
18,20,23 52:20
105:1

**treating** 51:3

**trees** 33:6

**trespass** 158:1
159:24,25
160:17

**trespassing**
160:2 161:7,15,
16,20 165:15
167:17,21,25
168:3 170:9,10,
25

**trick** 59:15

**TRO** 95:24

**Troy** 219:22
220:16

**truck** 227:13
229:10

**true** 18:14
34:11,14,18
44:13 56:5,13,
24 60:14 65:13,
22 96:3,4,5
155:2,6,21,24
157:3,5 168:16
174:22 220:15
222:13,16,18

**Trump** 56:8,17
57:8,14 58:2
61:24 63:16
64:10 73:25
75:15

**trunk** 228:9

**trust** 12:8

**truth** 10:8,9

**Tucek** 9:6

**Tuesday** 18:8
22:20 203:17,
24

**tune** 148:6

**turn** 140:22
225:22

**turned** 50:16
130:4 174:24

**turning** 116:12
166:14

**turns** 62:9

**TV** 170:8,11,16,
24

**Twitter** 217:10,
11,12,21 218:2,
3,24

**type** 137:7,8

**types** 29:13
31:25 92:24

**Typically** 83:7

_____

**U**

**U.S.** 8:8 10:24
30:7 33:24,25
34:5 35:16
219:9

**Uh-huh** 12:6
15:4 151:24

**unabated**
95:18

**unable** 58:13
169:3,11

**unacceptable**
169:19 170:21

**unaware** 25:15

**unbelievable**
81:21 191:11,
12

**unclear** 19:12

**undergraduat
e** 32:21

**understand**
11:15,18 16:16
28:10,19 39:15
45:20 46:4,11
50:23 51:22
57:17,21 68:19
78:21 96:14
99:2 109:1
115:11 120:7
126:10 127:9,

18,23 130:10
134:21 168:14
188:20 230:19

**understanding**
14:4 51:12
52:23 108:13
112:6 126:13
180:19 192:20

**understood**
55:18 142:25

**undertaken**
216:9

**unidentified**
61:17,23 63:9,
15 64:3,9 137:6
143:18 144:1,
22 172:20
173:3,5 177:8,
16,18 225:17,
23,25

**uniformed**
35:17,18 166:7

**United** 8:12
34:3 109:13

**University**
32:21,22

**unknown** 14:1
16:6 181:18

**unnecessary**
12:13

**unquote**
155:10

**unsafe** 186:15

**upstairs**
129:12,15

**urban** 82:2,8
83:1,15 84:2,14
90:23

**utilized** 140:1

**utilizing** 148:8

_____

**V**

**V-A-E-Z** 215:25

**vacate** 174:3

**vague** 23:5



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

24:8,25 27:1
39:21 44:3,21
45:3 46:3 54:22
55:7 87:3,25
91:19,25 123:2,
24 124:21
162:5 193:11,
14

**vagueness**
94:4 95:9

**Val** 172:17
222:20 225:8
226:16

**Valerie** 10:15

**valuable** 92:14

**van** 227:18

**varying** 226:12

**vast** 148:12

**vehicle** 80:13
201:3,5 228:17

**vehicles** 140:6

**veracity** 68:22
69:25

**verbal** 19:16

**verse** 69:14

**versus** 40:14

**veto** 112:5

**victim** 109:16,
17 110:10,13
111:1 113:3
117:22 141:3

**victimizing**
183:15 185:1
190:9

**Victory** 98:10

**video** 23:2
24:2,5,6,11,13,
17,20,22 25:3,
4,24 26:4 28:3
31:7 60:24
61:16 62:3
63:8,18,24
64:2,12 123:11
143:5,13 144:3,
18,25 145:17
146:2 162:22

163:8,10,24
164:18,20
168:8,17
169:18 171:17,
20 172:4,15,17,
19 173:7,10,13,
15,19 174:18,
22 175:6,13,16,
19,22 176:9,17,
19,21,22,23
177:7,20 178:9,
11 179:9,13
183:8,20 184:3
187:12,19,22
188:1 189:2
198:3 200:8
202:2 205:16
206:10 209:20
211:17 216:13
220:2 222:24
225:7,10,11,15
226:2,4,7,12
227:9,18,19,22
228:4,14,20
230:3,16,21,23
231:6,11,17,23,
25 232:13

**video-
recorded**
182:9

**video-wise**
212:23

**videos** 23:7,
11,12,19 61:8
213:20

**videotape**
182:22,23
183:1,22

**view** 70:16
115:21 124:6,
12 128:1 205:8
214:21

**viewed** 52:11

**viewpoint**
229:20 230:4

**views** 50:25
51:1,2

**vile** 92:15

**village** 23:20
25:4,6,8,12,19

26:6 27:18 28:4
131:13 217:9
219:21 222:13

**violating** 90:5

**violation** 80:21
95:24 109:13
156:24 157:8,
17

**violations**
108:16

**violence** 132:2
183:11 184:23
185:13 188:7,
10,22 190:6,19
192:7,17 194:3,
15 196:4,15
197:1 229:4
230:15

**violent** 148:4
149:2 150:21
194:5 214:8,9,
12,21 215:4,7,
12,15,18 227:6,
7,10 229:2
231:2,5,7,12,
13,19,24 232:3,
7

**violently**
230:12,13,14

**voice** 104:20

**vulgarity**
174:25

---

**W**

---

**waist** 157:20,
21 158:5,21
159:3,5

**wait** 226:17

**walked** 15:15
52:14

**walking**
128:24

**walks** 51:4,5

**Wally** 8:22

**wanted** 39:14
52:5 106:25
165:21

**ward** 197:12

**warn** 129:15

**warning**
186:21 198:24

**waste** 62:14
102:5 120:14

**wasting** 15:10

**watch** 177:3

**watched** 28:3

**watching**
175:13 184:9
231:16

**water** 227:8

**ways** 92:8 95:5

**weapons**
228:8

**wearing** 14:17
117:2 176:19
208:16

**week** 89:15
92:16

**weeks** 108:11
155:5 195:24
197:2 202:24

**Weiner** 8:5

**Western**
32:20,22

**whatsoever**
108:14

**Whipple**
219:22 220:16

**white** 48:24
57:9 70:9 75:22
165:10 166:12
177:5 178:1
227:4

**who've** 10:13

**Wide** 32:1

**wider** 224:18

**window** 198:23

**windows**
208:21

**wise** 217:4

**withdrawing**
112:10

**witness'** 51:4

**witnesses**
51:16

**woke** 117:4

**woman** 197:12
206:23 210:25
215:24

**word** 61:6
156:9 180:2
218:16

**words** 146:19
148:21 151:14,
17 161:2,4
170:12 173:17
196:1

**work** 10:23,24
26:24 27:12
28:21 29:14
31:15 34:4
35:21 39:19
70:11 79:25
88:16 90:4
91:15 92:5,15,
19 94:1 127:1
138:12 141:10
184:5,14

**worked** 31:17
32:5,15 33:19,
22

**working** 38:7
39:16 70:21
86:15 89:3
144:5 179:3

**works** 152:4

**world** 128:1

**worry** 144:9

**worrying**
195:11

**would've**
75:22

**Wow** 11:22
228:24

**wrap** 232:13

**write** 218:14



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

■■■■■■■■

**written** 121:9

**wrong** 79:22
112:7 126:13
170:11 173:24,
25 188:17

**wrote** 69:6

---

Y

---

**year** 88:8
116:16 143:8
182:5 207:1
213:14

**years** 32:24,25
172:25 177:13

**yell** 191:13,15

**yelling** 230:24
231:1,2

**yesterday**
20:2 21:17
22:25 23:16
99:1 108:12

**young** 206:23

**younger** 177:5

---

Z

---

**zipping** 117:4

**zone** 76:20
186:20 194:23
195:15

**Zoom** 8:18 9:3,
7,21 118:6

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com