U.S. Department of Homeland Security
**U.S. Customs and Border Protection**

**Evolving Situation Report**

ESR-[LES] 60 / Assault

October 23, 2025

**Assault**

**10/23/2025 05:13 AM**

**Tags:** 18 USC 111 | [LES]

**Situation:**
On October 23, 2025, Border Patrol Agents were working in support of Operation Midway Blitz in Chicago, IL. At approximately 9:50 A.M., agents reported a big box truck attempted to Ram into agents at W 27th St and S Sacramento Ave. At approximately 9:54 hrs. agents arrested the two USCs from the box truck. At the same time agents reported that they were blocked in at the next intersection located at W 27th St / S Whipple St, Chicago, IL 60623. A crowd began to group in the area and agents reported fireworks and pandemonium. Agents deployed gas in the area to disperse the crowd that was ineffective.

The crowd in the area began to surround a transport van that was responding to the area. Agents deployed more gas, and the transport unit was able to depart the area with several USCs and IAs. Agents reported that a crowd of civilians and media was in the area. More QRF units arrived on scene.

At approximately 10:15 A.M., an unknown male threw a rock directly at an agent and struck him in the head. The agent was wearing his ballistic helmet and did not sustain any injuries.

Chicago Police Department (CPD) responded to the area. Agents attempted to depart from the area but were surrounded by the crowd. Agents exited their vehicles and decided to assist in walking the vehicles out. CPD assisted in holding back the crowd while agents attempted to get in their vehicles and exfil. Simultaneously, several subjects began to throw rocks and other objects.

Agents reported that their back window had been broken near the intersection of W 26th St and S Sacramento Ave. At the same time agents advised that they were blocked in at the intersection of W 26th St / S Avers Ave, Chicago, IL 60623. Agents advised that additional cars were called in to assist and gas was deployed. Agents reported that a tire was punctured and required a tire change. Tire was changed out at the Chicago PD building.
All agents were called clear with no injuries reported.
OPR was notified.

Name: Pedro Tapia
DOB [PII] 1992
COC: USC
App Location: W 27th St / S Whipple St, Chicago, IL 60623
App time: 10:02 AM
Subject threw a gas canister back at agents
Evidence S/N: [LES]

Name: Claritza Dominguez
DO[PII] /2000
COC: USC

ELC | ELC
ESR-[LES] 60 [LES]
Page 1 | 10/24/2025 02:10



U.S. Customs and Border Protection

CHC v. Noem - CBP 000283

**Situation:**
App time: 10:50 AM
App location: W 27th St / S Whipple St, Chicago, IL 60623
Impeding and assault   Trying to break drivers` side rear seat window with her keys when attempting to exfil

Name: Maria Gardener
DO[ PII ]1983
COC: USC
App Time: 10:26 AM
App Location: 27th West of Kedzie
Assault   Kicked gas cannister back at agents
Evidence S/N: [ LES ]

Name: Lorenzo Valdemar
DOB[ PII ]/1992
COC: USC
App Time: 10:02 AM
App Location: W 27th St / S Whipple St, Chicago, IL 60623
Assault   Kicked gas cannister back at agents

Name: [ D.S. ]
DOE[ PII ]2009
COC: USC
App Time: 10:01 AM
App Location: W 27th St / S Whipple St, Chicago, IL 60623
Assault   Threw a bottle with unknown liquid at agents

Name: GOMEZ, Favio
D[ PII ]/1984
COC: ECU - Ecuador
[ PII; LES ]
App time: 0945 A.M.
App location: W 27th St / S Whipple St, Chicago, IL 60623

0950 Big Box Truck tried to Ram Agents
0951 27th and Sacramento
0952 runner up the street two subjects on the roof watching
0954 [ LES ] 2 USCs
0957 blocked in right next to Whipple (Green and white building)
1000 Called out fireworks and pandemonium
1001 27th Street and Whipple St Crowd is growing
1001 gas deployed
1002 Transport van is under attack. Reported at Troy and 27th
1005 advised of gas deployment (2nd deployment) [ LES ]

**U.S. Department of Homeland Security**
# U.S. Customs and Border Protection
**Evolving Situation Report**

ESR [LES] 60 / Assault      October 23, 2025

**Situation:**
1005 several IAs and USCs [LES]
1010 Cook County Sheriff response
1012 Runner Apprehended [LES]
1012 Gas deployed (3rd deployment)
1016 Transport is rolling out with USC and IAs in tow
1017 Media and Civilians on scene
[LES] ed he is heading out

1021 Chicago PD response to Trot and 27th
1024 retrieved subject [LES] from [LES]
1025 The vehicles are trying to depart BUT are surrounded by the crowd
1029 BPAs decide to walk vehicles out of intersection
1031 CPD responding to hold the line to keep the crowds back
1033 crowd throwing rocks as the convoy attempts exit from area REACT/QRF
1034 [LES] vehicle at FBI building all QRF rolling out of scene
1035 Agents advised last vehicle [LES] A few vehicles are noticed to be trailing at 26th and Kedzie. At 26th and Sacramento - Back window broke by rock. Multiple objects thrown at vehicles (rocks, glass bottles, etc.) rear passenger side window was broken and the rear hatch window of RPT QRF Vehicle was broken.
1038 26th and Sacramento. Agents report the back window being broken out -Strike Team
1040 QR [LES] locked in. Avers and 26th
1043 26th and Avers
1050 vehicles need tire change
SRT OFO changing it at Chicago PD

## Updates (3)

| | Date/Time | Update | Created By |
|---|---|---|---|
| 3 | 10/24/2025 16:55 | Body of ESR updated | KITE, Jeremy A |
| 2 | 10/24/2025 15:40 | DOMINGUEZ, Claritza was issued CVB E2697676 for 18 USC 111 [D.S.] (juvenile) was released<br>GOMEZ, Favio was turned over to ERO<br>VALDEMAR, Lorenzo was released pending charges<br>GARDENER, Maria was released pending charges<br>TAPIA, Pedro was released pending charges | KITE, Jeremy A |
| 1 | 10/23/2025 17:36 | Updated ESR and pictures | KITE, Jeremy A |

## Emails Sent

| | Date/Time | Type | Email Distro | Created By |
|---|---|---|---|---|
| 1 | 10/24/2025 | Update | PII; LES | KITE, Jeremy A |

ELC | ELC
ESR [LES] 60 [LES]
Page 3 | 10/24/2025 02:10

**U.S. Customs and Border Protection**

CHC v. Noem - CBP 000285

| # | Date | Type | Content | Author |
|---|---|---|---|---|
| 2 | 14:55 10/24/2025 LES | Update | PII; LES | KITE, Jeremy A |
| 3 | 10/23/2025 LES | Update | PII; LES | KITE, Jeremy A |
| 4 | 10/23/2025 LES | Initial | PII; LES | KITE, Jeremy A |

