

**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25757
**Title:** Operation Midway Blitz: Chicago - Follow-on Incident from BP Ramming/Vehicle Accident (OFO)
**Shift start date/time:** 10/14/2025 07:00
**Shift end date/time:** 10/14/2025 17:00
**Type:** ☒ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes  ☐ No
**CBP Reporting Organizations:**
☐ U.S. Border Patrol
☐ Air and Marine Operations
☒ Office of Field Operations  Location: Office of Field Operations

**Created by:** BURGESS, HOLLIE ANN
**Last updated by:** ORNELAS, ERAZMO V.
**Reviewer:** ORNELAS, ERAZMO V
**Creation date/time:** 10/14/2025 14:00
**Last updated date/time:** 10/16/2025 15:01
**Date reviewed:** 10/16/2025

## RELATED SYSTEMS: 6

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ☐ No

| IDVRS Evidence Serial Numbers: 6 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|
| | |

## INVOLVED ORGANIZATIONS

Print Date: 2025-10-17
CHC v. Noem - CBP 000401

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | OFO |
| Other involved organizations: | |
| Other federal agency | FBI |
| Local agency | Chicago Police Department |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ⊗ Yes   No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
   **Address:**
      **Street:** Intersection of 105th Street and South Avenue North
      **City:** Chicago   **State:** ILLINOIS   **Zip:** 60617
**Incident coordinates:**
   **Latitude:** 41.70458
   **Longitude:** -87.53890
**Setting:**   Indoors  ⊗ Outdoors
   **Outdoor setting:** ⊗ On land   In water (standing or swimming)   On water (in vessel)   In the air
**Description of the premises/location:** On the roadway in the vicinity of 105th Street and South Avenue North, Chicago, Illinois 60617.

**Environmental factors:**
   **Weather:** ☒ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
   **Illumination:** ☒ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other
   **Estimated temperature (Fahrenheit):** 68

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SMITH, CALDWELL A | | Phone | 10/14/2025 |
| ORNELAS, ERAZMO V | | Phone | 10/14/2025 |
| CHEVALIER, JOSEPH H | | Radio | 10/14/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 6

**Name:** KIME, PATRICK R.
   **Gender:** Male   **Age:** 28   **Height:** 6'1"   **Weight:** 210 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 12/04/2022
   **Duty location or detail/TDY location during the incident:** Office of Field Operations
   **Duty (or detail/TDY) location EOD:** 10/02/2025
   **Duty status at the time of the incident:** ⊗ On duty   Off duty
      **Activity:** Special Operations
      **Armed law enforcement experience:**

Total law enforcement experience at the time of the incident: 7 years 9 months
CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No
**Attire:** ☒ Uniform    Plain clothes

**Was KIME, PATRICK R. assaulted?** ☒ Yes   No

**Did KIME, PATRICK R. use reportable force?**   Yes  ☒ No

**Was KIME, PATRICK R. injured?** ☒ Yes   No
**Injury information:**
　**Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
　**Injury Comment:** Pulled Hamstring
　**Refused medical attention?**  Yes  ☒ No
　**Received treatment?** ☒ Yes   No
　**Was a form CA-1 filed?** ☒ Yes   No
　**Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | Arms/hands |
| ☒ Front legs/feet | Rear legs |

**Medical treatment information:**
　**Received EMS treatment prior to/in lieu of treatment at a facility?**  Yes  ☒ No
　**Facility name:** Endeavor Health Northwest Community Hospital
　**Street address:** 800 W. Central Rd.
　**City:** Arlington Heights
　**State:** ILLINOIS    **Zip** 60005

　**Phone type:**     **Phone:**     **Phone extension:**

**Name:** BUSTAMANTE, JOSE A.
　**Gender:** Male    **Age:** 32    **Height:** 5'11"    **Weight:** 205 pounds
　**CBP employee series or role:** Officer/Agent
　**Service EOD:** 03/29/2020
　**Duty location or detail/TDY location during the incident:** Office of Field Operations
　**Duty (or detail/TDY) location EOD:** 09/05/2025
　**Duty status at the time of the incident:** ☒ On duty   Off duty
　　**Activity:** Special Operations

**Armed law enforcement experience:**
　**Total law enforcement experience at the time of the incident:** 5 years 0 months
　**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No
**Attire:**

☒ Uniform     Plain clothes

**Was BUSTAMANTE, JOSE A. assaulted?**    Yes   ☒ No

**Did BUSTAMANTE, JOSE A. use reportable force?**    Yes   ☒ No

**Was BUSTAMANTE, JOSE A. injured?** ☒ Yes     No
**Injury information:**
    **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
    **Injury Comment:** Heavy Knee Bruise
    **Refused medical attention?**   Yes   ☒ No
    **Received treatment?** ☒ Yes    No
    **Was a form CA-1 filed?** ☒ Yes    No
    **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | Arms/hands |
| ☒ Front legs/feet | Rear legs |

**Medical treatment information:**
    **Received EMS treatment prior to/in lieu of treatment at a facility?**    Yes   ☒ No
    **Facility name:** Endeavor Arlington Heights Hospital
    **Street address:** 800 W. Central Rd.
    **City:** Arlington Heights
    **State:** ILLINOIS    **Zip** 60005

    **Phone type:**      **Phone:**      **Phone extension:**

**Name:** SMITH, CALDWELL A.
    **Gender:** Male    **Age:** 37    **Height:** 6'2"    **Weight:** 218 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 09/26/2011
    **Duty location or detail/TDY location during the incident:** Office of Field Operations
    **Duty (or detail/TDY) location EOD:** 10/02/2025
    **Duty status at the time of the incident:** ☒ On duty    Off duty
        **Activity:** Special Operations

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 14 years 0 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ☒ Yes    No
**Attire:** ☒ Uniform    Plain clothes

**Was SMITH, CALDWELL A. assaulted?** ☒ Yes    No

**Did SMITH, CALDWELL A. use reportable force?** ☒ Yes    No
    **Force type:** Other
    **Type of force:** Other force
    **Device description/comments:** Pocket TAC Saf Smoke
    **Reason(s) for this use of force:**

|   |   |   |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☒ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other |  |

**Usage 1**
  **Estimated use of force date/time (local):** 10/14/2025 11:50
  **Posture:** ☒ Standing   Kneeling   Prone   Other
  **Estimated distance:** 3 feet
  Was this force type used again within the same shift (a break-in-the-action)? ⊗ Yes   No
**Usage 2**
  **Estimated use of force date/time (local):** 10/14/2025 12:40
  **Posture:** ☒ Standing   Kneeling   Prone   Other
  **Estimated distance:** 1 feet
  Was this force type used again within the same shift (a break-in-the-action)?   Yes  ⊗ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Kinetic
**Munition type:** 40MM Direct Impact Sponge Cartridge
**Device description/comments:** 40 MM Direct Impact Sponge Cartridge
**Estimated use of force date/time (local):** 10/14/2025 12:25
**Posture:** ☒ Standing   Kneeling   Prone   Other
**Estimated distance:** 25 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:**   Yes   No   Unknown  ⊗ Not applicable
Was this force type used again within the same shift (a break-in-the-action)?   Yes  ⊗ No
**Reason(s) for this use of force:**

|   |   |   |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☒ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other |  |

---

**Was SMITH, CALDWELL A. injured?**   Yes  ⊗ No

---

**Name:** MACHUCA, ROBERTO
  **Gender:** Male   **Age:** 41   **Height:** 5'11"   **Weight:** 185 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 09/25/2006
  **Duty location or detail/TDY location during the incident:** Office of Field Operations
  **Duty (or detail/TDY) location EOD:** 10/02/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Special Operations

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 19 years 1 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was MACHUCA, ROBERTO assaulted?**

☒ Yes   No

**Did MACHUCA, ROBERTO use reportable force?** ☒ Yes  No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Kinetic
    **Munition type:** 40MM Direct Impact Sponge Cartridge
    **Device description/comments:** 40 MM Direct Impact Sponge Cartridge
    **Estimated use of force date/time (local):** 10/14/2025 12:26
    **Posture:** ☒ Standing   Kneeling   Prone   Other
    **Estimated distance:** 25 yards
    **Approximately how many munitions did you deploy?** 2
    **Collateral contamination occurred:**  Yes  No  Unknown  ☒ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?**  Yes  ☒ No
    **Reason(s) for this use of force:**
      ☒ Protect self    ☒ Protect co-worker    ☒ Protect innocent 3rd party
      ☒ Protect non-CBP officer/agent  ☒ Effect an arrest or detention  Prevent escape
      Overcome resistance    Stop vehicle    Vessel failure to heave to
      Animal euthanization    Other

**Was MACHUCA, ROBERTO injured?**  Yes  ☒ No

**Name:** WILLETTE, KAELAN C.
    **Gender:** Male    **Age:** 31    **Height:** 5'9"    **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 06/09/2019
    **Duty location or detail/TDY location during the incident:** Office of Field Operations
    **Duty (or detail/TDY) location EOD:** 10/02/2025
    **Duty status at the time of the incident:** ☒ On duty   Off duty
      **Activity:** Special Operations
    **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 6 years 0 months
      **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

    **Wearing body armor?** ☒ Yes  No
    **Attire:** ☒ Uniform   Plain clothes

**Was WILLETTE, KAELAN C. assaulted?** ☒ Yes  No

**Did WILLETTE, KAELAN C. use reportable force?**  Yes  ☒ No

**Was WILLETTE, KAELAN C. injured?**  Yes  ☒ No

**Name:** CREHAN, ANDREW W.
    **Gender:** Male    **Age:** 33    **Height:** 5'10"    **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 10/19/2015
    **Duty location or detail/TDY location during the incident:** Office of Field Operations
    **Duty (or detail/TDY) location EOD:** 10/02/2025
    **Duty status at the time of the incident:** ☒ On duty   Off duty
      **Activity:** Special Operations
    **Armed law enforcement experience:**

CHC v. Noem - CBP 000406

Total law enforcement experience at the time of the incident: 10 years 0 months
CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No
**Attire:** ☒ Uniform   Plain clothes

**Was CREHAN, ANDREW W. assaulted?** ☒ Yes   No

**Did CREHAN, ANDREW W. use reportable force?** ☒ Yes   No
   **Force type:** Other
   **Type of force:** Other force
   **Device description/comments:** Pocket TAC CS
   **Estimated use of force date/time (local):** 10/14/2025 12:40
   **Posture:** ☒ Standing   Kneeling   Prone   Other
   **Estimated distance:** 10 feet
   Was this force type used again within the same shift (a break-in-the-action)?   Yes  ☒ No
   Reason(s) for this use of force:
      ☒ Protect self          ☒ Protect co-worker          ☒ Protect innocent 3rd party
      ☒ Protect non-CBP officer/agent  ☒ Effect an arrest or detention   Prevent escape
      ☒ Overcome resistance    Stop vehicle           Vessel failure to heave to
        Animal euthanization   Other

   **Force type:** Other
   **Type of force:** Other force
   **Device description/comments:** SAF Smoke
   **Estimated use of force date/time (local):** 10/14/2025 12:25
   **Posture:** ☒ Standing   Kneeling   Prone   Other
   **Estimated distance:** 15 feet
   Was this force type used again within the same shift (a break-in-the-action)?   Yes  ☒ No
   Reason(s) for this use of force:
      ☒ Protect self          ☒ Protect co-worker          ☒ Protect innocent 3rd party
      ☒ Protect non-CBP officer/agent  ☒ Effect an arrest or detention   Prevent escape
        Overcome resistance    Stop vehicle           Vessel failure to heave to
        Animal euthanization   Other

**Was CREHAN, ANDREW W. injured?**   Yes  ☒ No

## SUBJECTS: 5

**Name:** MASS GROUP
   **Estimated number of individuals in the group:** 100
   **Group description (Composition, attire, etc.):** Approximately 100 or more individuals wearing civilian clothing.
   **Was any member of this group wearing body armor?**   Yes   No  ☒ Unknown
   **Group activity:**
         Illegal entry
      ☒ Uncooperative during encounter/inspection
         Failure to yield/heave to
         Checkpoint runner
         Port runner

CHC v. Noem - CBP 000407

      Alien smuggling
      Narcotics smuggling
      Scouting
      ☒ Assault (rocks/other projectiles)
      ☒ Assault (all other types)
      ☒ Rioting/civil disturbance
      Mass coordinated entry
      No suspected illegal activity
      Other

**Group's current location and disposition if known:** The individuals dispersed enough so our vehicle could safely pass.

**Did any member of this group not listed as an individual subject assault a CBP employee?** ☒ Yes    No
    **Was any member of the group outside the US or its territories when committing the assault?** Yes    ☒ No

**Weapon(s)/type of assault:**
    **Assault method:** Rocking (rocks only)
    **Estimated assault date/time (local):** 10/14/2025 12:25

    **Assault method:** Projectile (other than rock)
        **Projectile description:** Bricks, Pieces of Concrete, Eggs
    **Estimated assault date/time (local):** 10/14/2025 12:25

**Was reportable force used on any member of this group not listed as an individual subject?** ☒ Yes    No
    **Was any member of this group outside the US or its territories when this force was applied?** Yes    ☒ No

**Name:** UNKNOWN-1
**Gender:** Male    **Age:** 18-25 years old    **Height:** 5'6" - 5'11"    **Weight:** 150 - 199 lbs
**Attire:** ☒ Civilian    Paramilitary    Police    Nude    Unknown
**Was the subject wearing body armor?** Yes    ☒ No    Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes    ☒ No
**Subject's activity:**
      Illegal entry
      ☒ Uncooperative during encounter/inspection
      Failure to yield/heave to
      Checkpoint runner
      Port runner
      Alien smuggling
      Narcotics smuggling
      Scouting
      ☒ Assault (rocks/other projectiles)
      ☒ Assault (all other types)
      ☒ Rioting/civil disturbance
      Mass coordinated entry
      No suspected illegal activity
      Other

**Subject's current location and disposition if known:** Unknown subject threw projectiles at the officers/agents then fled into the crowd.

**Did this subject assault a CBP employee?** ☒ Yes    No
    **Was the subject outside the US or its territories when committing the assault?** Yes    ☒ No

CHC v. Noem - CBP 000408

**Weapon(s)/type of assault:**
    **Assault method:** Projectile (other than rock)
        **Projectile description:** Bricks, Pieces of Concrete, Eggs
    **Estimated assault date/time (local):** 10/14/2025 12:25

**Was reportable force used on this subject?** ⊗ Yes   No
    **Was the subject outside the US or its territories when this force was applied?**   Yes   ⊗ No

**Was the subject an occupant of a vehicle?**   Yes   ⊗ No
**Was this subject injured or claiming to be injured?**   Yes   No   ⊗ Unknown

**Name:** UNKNOWN-2
  **Gender:** Male   **Age:** 31-40 years old   **Height:** 5'6" - 5'11"   **Weight:** 150 - 199 lbs
  **Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
  **Was the subject wearing body armor?**   Yes   ⊗ No   Unknown
  **Immigration status:**
  **Country of citizenship:** Unknown
  **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes   ⊗ No
  **Subject's activity:**
        Illegal entry
    ☒ Uncooperative during encounter/inspection
        Failure to yield/heave to
        Checkpoint runner
        Port runner
        Alien smuggling
        Narcotics smuggling
        Scouting
    ☒ Assault (rocks/other projectiles)
    ☒ Assault (all other types)
    ☒ Rioting/civil disturbance
        Mass coordinated entry
        No suspected illegal activity
        Other
  **Subject's current location and disposition if known:** Unknown subject threw projectiles at the officers/agents then fled into the crowd.

  **Did this subject assault a CBP employee?** ⊗ Yes   No
    **Was the subject outside the US or its territories when committing the assault?**   Yes   ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Projectile (other than rock)
            **Projectile description:** Bricks, Pieces of Concrete, Eggs
        **Estimated assault date/time (local):** 10/14/2025 12:26

  **Was reportable force used on this subject?** ⊗ Yes   No
    **Was the subject outside the US or its territories when this force was applied?**   Yes   ⊗ No

  **Was the subject an occupant of a vehicle?**   Yes   ⊗ No
  **Was this subject injured or claiming to be injured?**   Yes   No   ⊗ Unknown

**Name:** GARZA, RYAN ANTHONY
  **Gender:** Male   **Date of bi** PII 4/1989   **Height:** 6'2"   **Weight:** 219 pounds
  **Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
  **Was the subject wearing body armor?**

CHC v. Noem - CBP 000409

Yes ⊗ No Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No

**Subject's activity:**

    Illegal entry
☒ Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
☒ Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Subject's current location and disposition if known:** Unknown subject threw projectiles at the officers/agents. Unknown subject struck officer in the face as they were leaving the area.

**Did this subject assault a CBP employee?** ⊗ Yes    No
    **Was the subject outside the US or its territories when committing the assault?** Yes ⊗ No

**Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
        **Describe physical assault:** Stricking officer in the face
    **Estimated assault date/time (local):** 10/14/2025 12:40

    **Assault method:** Projectile (other than rock)
        **Projectile description:** Bricks, Pieces of Concrete, Eggs
    **Estimated assault date/time (local):** 10/14/2025 12:25

**Was reportable force used on this subject?** ⊗ Yes    No
    **Was the subject outside the US or its territories when this force was applied?** Yes ⊗ No

**Was the subject an occupant of a vehicle?** Yes ⊗ No

**Was this subject arrested / taken into custody?** Yes ⊗ No
**Was this subject injured or claiming to be injured?** Yes   No ⊗ Unknown

**Name:** COLEMAN, JOHN ISAAC
**Gender:** Male    **Date of b**[ PII ]/1987    **Height:** 5'5"    **Weight:** 130 pounds
**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown
**Was the subject wearing body armor?** Yes ⊗ No    Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No

**Subject's activity:**

    Illegal entry
    Uncooperative during encounter/inspection

CHC v. Noem - CBP 000410

    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Subject's current location and disposition if known:** Unknown subject struck officer multiple times with a closed fist.

**Did this subject assault a CBP employee?** ☒ Yes   No

    **Was the subject outside the US or its territories when committing the assault?**   Yes   ☒ No

**Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
        **Describe physical assault:** Struck officer multiple times with a closed fist
    **Estimated assault date/time (local):** 10/14/2025 12:25

**Was reportable force used on this subject?**   Yes   ☒ No

**Was this subject arrested / taken into custody?**   Yes   ☒ No

**Was this subject injured or claiming to be injured?**   Yes   No   ☒ Unknown

## ASSAULTS: 27

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MASS GROUP | Rocking (rocks only) on 10/14/2025 12:25 | KIME, PATRICK R. | ☒ Yes   No | Yes   ☒ No |
| | | SMITH, CALDWELL A. | ☒ Yes   No | Not injured in this incident |
| | | MACHUCA, ROBERTO | ☒ Yes   No | Not injured in this incident |
| | | WILLETTE, KAELAN C. | ☒ Yes   No | Not injured in this incident |
| | | CREHAN, ANDREW W. | ☒ Yes   No | Not injured in this incident |
| MASS GROUP | Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 | KIME, PATRICK R. | ☒ Yes   No | Yes   ☒ No |
| | | SMITH, CALDWELL A. | ☒ Yes   No | Not injured in this incident |
| | | MACHUCA, ROBERTO | ☒ Yes   No | Not injured in this incident |
| | | WILLETTE, KAELAN C. | ☒ Yes   No | Not injured in this incident |
| | | CREHAN, ANDREW W. | ☒ Yes   No | Not injured in this incident |

CHC v. Noem - CBP 000411

| | | | | | |
|---|---|---|---|---|---|
| UNKNOWN-1 | Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 | KIME, PATRICK R. | ⊗ Yes    No | Yes    ⊗ No | |
| | | SMITH, CALDWELL A. | ⊗ Yes    No | Not injured in this incident | |
| | | MACHUCA, ROBERTO | ⊗ Yes    No | Not injured in this incident | |
| | | WILLETTE, KAELAN C. | ⊗ Yes    No | Not injured in this incident | |
| | | CREHAN, ANDREW W. | ⊗ Yes    No | Not injured in this incident | |
| UNKNOWN-2 | Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:26 | KIME, PATRICK R. | ⊗ Yes    No | Yes    ⊗ No | |
| | | SMITH, CALDWELL A. | ⊗ Yes    No | Not injured in this incident | |
| | | MACHUCA, ROBERTO | ⊗ Yes    No | Not injured in this incident | |
| | | WILLETTE, KAELAN C. | ⊗ Yes    No | Not injured in this incident | |
| | | CREHAN, ANDREW W. | ⊗ Yes    No | Not injured in this incident | |
| GARZA, RYAN ANTHONY | Physically w/o weapon - Stricking officer in the face on 10/14/2025 12:40 | KIME, PATRICK R. | Yes    ⊗ No | Not applicable | |
| | | SMITH, CALDWELL A. | Yes    ⊗ No | Not injured in this incident | |
| | | MACHUCA, ROBERTO | Yes    ⊗ No | Not injured in this incident | |
| | | WILLETTE, KAELAN C. | ⊗ Yes    No | Not injured in this incident | |
| | | CREHAN, ANDREW W. | Yes    ⊗ No | Not injured in this incident | |
| GARZA, RYAN ANTHONY | Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 | KIME, PATRICK R. | ⊗ Yes    No | Yes    ⊗ No | |
| | | SMITH, CALDWELL A. | ⊗ Yes    No | Not injured in this incident | |
| | | MACHUCA, ROBERTO | ⊗ Yes    No | Not injured in this incident | |
| | | WILLETTE, KAELAN C. | ⊗ Yes    No | Not injured in this incident | |
| | | CREHAN, ANDREW W. | ⊗ Yes    No | Not injured in this incident | |
| COLEMAN, JOHN ISAAC | Physically w/o weapon - Struck officer multiple times with a closed fist on 10/14/2025 12:25 | KIME, PATRICK R. | ⊗ Yes    No | Yes    ⊗ No | |
| | | SMITH, CALDWELL A. | Yes    ⊗ No | Not injured in this incident | |
| | | MACHUCA, ROBERTO | Yes    ⊗ No | Not injured in this incident | |
| | | WILLETTE, KAELAN C. | Yes    ⊗ No | Not injured in this incident | |
| | | CREHAN, ANDREW W. | Yes    ⊗ No | Not injured in this incident | |

## USES OF FORCE: 18

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| SMITH, CALDWELL A. | Other force - Pocket TAC Saf Smoke on 10/14/2025 11:50 | **Subject:** MASS GROUP<br>Was this use of force in response to the following assault by this subject?<br>Rocking (rocks only) on 10/14/2025 12:25 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>Was this use of force effective against what prompted its use? Yes<br><br>**Subject:** UNKNOWN-2<br>Was this subject injured or claiming to be injured by this use of force? Unknown<br>Was this use of force in response to the following assault by this subject?<br>Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:26 - Yes<br>Was this use of force effective against what prompted its use? Yes<br><br>**Subject:** GARZA, RYAN ANTHONY<br>Was this subject injured or claiming to be injured by this use of force? Unknown<br>Was this use of force in response to the following assault by this subject?<br>Physically w/o weapon - Stricking officer in the face on 10/14/2025 12:40 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>Was this use of force effective against what prompted its use? Yes<br><br>**Subject:** UNKNOWN-1<br>Was this subject injured or claiming to be injured by this use of force? Unknown<br>Was this use of force in response to the following assault by this subject?<br>Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>Was this use of force effective against what prompted its use? Yes |
| SMITH, CALDWELL A. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Sponge Cartridge - 40 MM Direct Impact Sponge Cartridge on 10/14/2025 12:25 | **Subject:** UNKNOWN-1<br>Was this subject injured or claiming to be injured by this use of force? Unknown<br>Was this use of force in response to the following assault by this subject?<br>Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| SMITH, CALDWELL A. | Other force - Pocket TAC Saf Smoke on 10/14/2025 12:40 | **Subject:** MASS GROUP<br>Was this use of force in response to the following assault by this subject?<br>Rocking (rocks only) on 10/14/2025 12:25 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>Was this use of force effective against what prompted its use? Yes<br><br>**Subject:** UNKNOWN-2<br>Was this subject injured or claiming to be injured by this use of force? Unknown<br>Was this use of force in response to the following assault by this subject?<br>Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:26 - Yes<br>Was this use of force effective against what prompted its use? Yes |

CHC v. Noem - CBP 000413

| | | |
|---|---|---|
| | | **Subject:** GARZA, RYAN ANTHONY<br>   Was this subject injured or claiming to be injured by this use of force? Unknown<br>   Was this use of force in response to the following assault by this subject?<br>      Physically w/o weapon - Stricking officer in the face on 10/14/2025 12:40 - Yes<br>         Was this use of force effective against what prompted its use? Yes<br>      Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>         Was this use of force effective against what prompted its use? Yes |
| | | **Subject:** UNKNOWN-1<br>   Was this subject injured or claiming to be injured by this use of force? Unknown<br>   Was this use of force in response to the following assault by this subject?<br>      Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>         Was this use of force effective against what prompted its use? Yes |
| MACHUCA, ROBERTO | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Sponge Cartridge - 40 MM Direct Impact Sponge Cartridge on 10/14/2025 12:26 | **Subject:** UNKNOWN-2<br>   Was this subject injured or claiming to be injured by this use of force? Unknown<br>   Was this use of force in response to the following assault by this subject?<br>      Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:26 - Yes<br>         Was this use of force effective against what prompted its use? Yes<br>         Did the UOF device function as designed? Yes |
| CREHAN, ANDREW W. | Other force - Pocket TAC CS on 10/14/2025 12:40 | **Subject:** MASS GROUP<br>   Was this use of force in response to the following assault by this subject?<br>      Rocking (rocks only) on 10/14/2025 12:25 - No<br>      Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>         Was this use of force effective against what prompted its use? Yes |
| | | **Subject:** UNKNOWN-2<br>   Was this subject injured or claiming to be injured by this use of force? Unknown<br>   Was this use of force in response to the following assault by this subject?<br>      Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:26 - Yes<br>         Was this use of force effective against what prompted its use? Yes |
| | | **Subject:** GARZA, RYAN ANTHONY<br>   Was this subject injured or claiming to be injured by this use of force? Unknown<br>   Was this use of force in response to the following assault by this subject?<br>      Physically w/o weapon - Stricking officer in the face on 10/14/2025 12:40 - Yes<br>         Was this use of force effective against what prompted its use? Yes<br>      Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>         Was this use of force effective against what prompted its use? Yes |
| | | **Subject:** UNKNOWN-1<br>   Was this subject injured or claiming to be injured by this use of force? Unknown<br>   Was this use of force in response to the following assault by this subject?<br>      Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 12:25 - Yes<br>         Was this use of force effective against what prompted its use? Yes |
| CREHAN, ANDREW W. | Other force - SAF Smoke on 10/14/2025 12:25 | **Subject:** MASS GROUP<br>   Was this use of force in response to the following assault by this subject?<br>      Rocking (rocks only) on 10/14/2025 12:25 - Yes<br>         Was this use of force effective against what prompted its use? Yes<br>      Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025 |

CHC v. Noem - CBP 000414

E-STAR incident # 25757

| | | |
|---|---|---|
| | | 12:25 - No |
| | | **Subject: UNKNOWN-2**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>　　Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025<br>　　12:26 - Yes<br>　　　　**Was this use of force effective against what prompted its use?** Yes |
| | | **Subject: GARZA, RYAN ANTHONY**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>　　Physically w/o weapon - Stricking officer in the face on 10/14/2025 12:40 - Yes<br>　　　　**Was this use of force effective against what prompted its use?** Yes<br>　　Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025<br>　　12:25 - Yes<br>　　　　**Was this use of force effective against what prompted its use?** Yes |
| | | **Subject: UNKNOWN-1**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>　　Projectile (other than rock) - Bricks, Pieces of Concrete, Eggs on 10/14/2025<br>　　12:25 - Yes<br>　　　　**Was this use of force effective against what prompted its use?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**　　Yes　⊗ No
**Did this incident result in collateral injury to a bystander?**　　Yes　⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

　　This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

　　　　LES #25763

　　Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

　　In support of "Operation Midway Blitz", the Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase "at large" arrests of illegal aliens, including individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across the U.S., operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue

CHC v. Noem - CBP 000415

Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

**Current certification status:** Certified
**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| LES; PII | BURGESS, HOLLIE ANN | 10/15/2025 11:18 |

**Narrative of WILLETTE, KAELAN C.**
On October 14, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.
Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.
I am Customs and Border Protection Special Response Team Operator Kaelan Willette. I have 6 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.
On October 14th of 2025 I was responding to a car accident involving US Border Patrol Agents. Intelligence received was that the BP vehicle was completely disabled and a crowd was beginning to form.
On October 14, 2025, at approximately 1055, I was assisting Immigration Customs Enforcement SRT during a mass gathering at the site of the accident located on the intersection of E 105th Street and S Avenue North.
As OFO SRT Operators moved forward to verbally instruct the crowd to clear a path for Tow truck and safety reasons, the crowd responded with verbal hostility and refused to comply. Without provocation, individuals within the crowd began throwing dangerous objects including rocks, eggs, bricks, and other unknown hard projectiles directly at officers.
At approximately 1224 hours, a crowd of approximately 100 individuals were surrounding the intersection of the accident. While officers attempted to effect arrests of individuals directly observed assaulting officers or throwing rocks, and eggs continued to be launched from the crowd. As Officers were arresting one individual, at approximately 1225 I was assaulted by another individual.

These thrown objects presented a serious and immediate threat to law enforcement personnel. Items such as rocks can cause blunt force trauma, or other significant bodily injuries, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.
The Crowd of individuals were observed piling rocks and other hand thrown objects commonly used as weapons in prior incidents against law enforcement. Members of the crowd were shouting obscenities and making threating statements towards OFO SRT Operators and agents including verbal expressions wishing death upon personal. I assisted with several arrests of individuals throwing objects at OFO SRT.
I did not sustain any injuries during this event. My body worn camera was activated during this operation containing evidence of serial number LES My body worn camera was activated on several occasions depicting these events.

**Narrative of MACHUCA, ROBERTO**





On October 14, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.
Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.
I am Customs and Border Protection Special Response Team Operator Roberto Machuca. I have 19 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.
On October 14th of 2025, a call for all units to respond was made at approximately 10:40. I was responding to a car accident with other officers involved in assisting US Border Patrol Agents on Operation Midway Blitz.
At approximately 1055 hrs, I arrived at the site of the vehicle accident located at the intersection of E. 105th Street and S Avenue North. Upon arriving on scene, I encountered a large group of approximately 100 people yelling, cursing and very agitated. The crowd was harassing and taunting the officers/agents as well as threatening violence. I assisted in crowd control by creating a physical barrier between the vehicle accident and the crowd. The vehicles involved were inoperable and were continuously being surrounded by the angry crowd.
As OFO SRT Operators and US Border Patrol Agents moved forward to verbally instruct the crowd to clear a path for Tow truck and safety reasons, the crowd responded with verbal hostility and refused to comply. Without provocation, individuals within the crowd began throwing dangerous objects including rocks, eggs, broken bricks, and other unknown hard projectiles directly at officers impacting officers/agents and vehicles on scene.
At approximately 1226 hrs, the crowd swelled in size to an undetermined number, irate and aggressively surrounded the intersection of the accident. While officers attempted to effect arrests of individuals directly observed assaulting officers or rocks, eggs, broken bricks , additional objects continued to be launched from the crowd. As Officers were arresting one individual, I saw an unknown male subject throw what appeared as several rocks towards myself and the officers/agents conducting the arrest. The subject appeared to be approximately 25-30 yards away. I responded by deploying two direct impact 40 millimeter projectiles at the subject. The subject appeared to not be impacted by the projectiles; the subject stopped throwing rocks and cleared the area via an alley. No other use of force was utilized after the event.
I did not sustain any injuries, and my body cam was operational and recorded during the event. Body Cam evidence number
LES

### Narrative of CREHAN, ANDREW W.

On October 14, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team Operator Andrew Crehan. I have 10 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.

On October 14th of 2025 I was responding to a car accident involving US Border Patrol Agents. Intelligence received was that BP's vehicle was disabled and inoperable. At approximately 1055 hours, I arrived at the intersection of E 105th Street and S

Avenue North where a mass gathering was beginning to form at the site of the accident. Once on scene, I staged myself on perimeter for crowd control.

At approximately 1225 hours, a crowd of 100+ agitators were surrounding other officers and myself at the intersection of the accident. As we were trying to leave, individuals in the crowd began throwing eggs, rocks, and bricks at officers, including myself, who were set on perimeter. As a result, along with fellow officers, I ran into the crowd to effect an arrest of subject who was observed throwing projectiles. After the arrest was made, a group of agitators began to surround us, at which point I deployed one (1) SAF Smoke approximately 15 feet to disperse the crowd that was forming. The deployment of SAF Smoke successfully resulted in the crowd dispersing the area.

At approximately 1240 hours, as we again tried to leave, the mob began to throw bricks and pieces of concrete, nearly hitting an officer. Given the rapidly evolving situation, I deployed one (1) Pocket TAC CS approximately 10 feet to disperse them once again and allow us to exfiltrate the scene. Due to the exigent circumstances of bricks and pieces of concrete being thrown at us, and not knowing where these objects would be thrown from next, I deployed the Pocket TAC CS without giving notification to the surrounding mob. The deployment allowed for the protection of the lives of not only myself, but also my fellow officers, because if one of those blunt objects hit us in the head, it could have caused serious bodily injury or death. Additionally, the Pocket TAC CS caused the mob to scatter and allowed us to successfully exit the area.

These thrown objects presented a serious and immediate threat to law enforcement personnel. Items such as rocks can cause blunt force trauma, hearing damage, or other significant bodily injuries, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.

The Crowd of individuals were observed piling rocks and other hand thrown objects commonly used as weapons in prior incidents against law enforcement. Members of the crowd were shouting obscenities and making threating statements that included wishing death upon our personnel.

I did not sustain any injuries during this event. My body worn camera was activated during this operation containing evidence serial number LES

### Narrative of SMITH, CALDWELL A.

On September 5th, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.
Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.
I am Customs and Border Protection (CBP) Special Response Team Operator (SRTO) Special Operations Supervisor (SOS) Caldwell Smith. I have 14 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.
On October 14th of 2025 I was responding to a car accident involving US Border Patrol (BP) Agents. Intelligence received was that the BP vehicle was completely disabled and a large crowd was beginning to form- there were approximately 70 people at this time- and the crowd was growing. At approximately 1055, I arrived at the intersection of E 105th Street and S Avenue North where a mass gathering began to form at the site of the vehicle accident, there were approximately over 100 people at this time. At approximately 1150 while officers and agents were attempting to clear a path in the street to bring a GOV/Rental into the established perimeter the mob began to shove officers and agents. I deployed one (1) Pocket Tac Saf Smoke about 3 feet from where I was standing to conceal the movements of my team while deescalating the violent mob. Additionally, we needed to conceal the movement of the BP vehicle so it could enter the established perimeter. The deployment of the smoke worked as it

was intended, the mob in the street moved and the vehicle was able to enter the perimeter.

At approximately 1200 the majority of officers and agents on scene donned gas masks in the event CS gas would need to be deployed since the crowd became more hostile and started throwing objects at the officers/agents on site.

At approximately 1225 hours, a mob of approximately 100+ people surrounded nearly all of the officers and agents on scene. I was hit on the forehead with an egg that was forcefully thrown, but I was unable to see where it came from or who threw it. Other officers and agents saw the person who threw it. At that time, the officers and agents rapidly pushed forward the width of the street and sidewalk to maintain the perimeter and keep the scene safe. Multiple officers/agents moved through the perimeter in order to apprehend the person who was throwing objects, and I provided security. I pushed up with them and saw a white male with a beard and sunglasses wearing jeans and a grey shirt run at full speed and purposely collide into SRT Willette knocking him to the ground. The subject hopped onto and over the hood of a car in the direction of additional officers and agents. As he went over the car he took a fighting stance. I moved around a tree and deployed a 40mm direct impact green marking projectile from 25-30ft expecting him to assault another officer or agent who likely had a restricted field of vision and was focused on the mob in front of them instead of their side or slightly behind them, I do not believe the projectile made contact with the white male. His body language did not appear that he was impacted by the 40mm projectile. I expected the subject to blind side another officer or agent and he ran throughout the crowd. BP Agents near the subject when he was struck attempted to apprehend him but were unable to effect an arrest.

At approximately 1240, the crowd of protestors began to throw rocks, bricks and what appeared to be chunks of concrete or cinder blocks. One of these objects almost hit me in the head. As a result, I deployed one (1) Pocket TAC Saf Smoke at my feet as I continued to make my way to my vehicle in order to mask our withdrawal from the intersection.

Heavy, hard objects, like what was being thrown at us (bricks, rocks, and concrete) can cause serious bodily injury or death, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.

Members of the mob were shouting obscenities such as, "faggot, pussy, bitch ass, mother fucker" to list a few.

I did not sustain any injuries during this event. My body worn camera was activated during this operation containing evidence serial number **LES**

### Narrative of KIME, PATRICK R.

On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team Operator Patrick Kime. I have served in this position since 2023. My prior law enforcement experience includes working as a Military Police Officer from 2016 to 2020, Obtaining a Criminal Justice Bachelor's Degree in 2021, as a Corrections Officer with Suffolk County Sheriff's Office 2021 to 2022 and as a Customs and Border Protection Officer from 2022 to the present. I am an SRT Operator and successfully completed the SRT selection course in 2023. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.

On October 14th of 2025 I was responding to a car accident involving US Border Patrol Agents. Intelligence received was that BP's vehicle was disabled and inoperable. At approximately 1055 hours, I arrived at the intersection of E 105th Street and S Avenue North where a mass gathering was beginning to form at the site of the accident. Once on scene, I staged myself on perimeter for crowd control.

At approximately 1151 hours myself and other officers and agents instructed protestors to move back to allow a government vehicle and tow trucks through. At which point individuals began pushing back against myself and other agents. A safe smoke can was deployed. At which point a male individual in a blue sweatshirt, threw the safe smoke can back at officers and agents. The individual in the blue sweatshirt and other protestors assaulted officers and agents by pushing and striking officers. The male in the blue sweatshirt tried to take off running. I then pursued the individual and assisted in the arrest.

At approximately 1225 hours, a crowd of 100+ agitators were surrounding other officers and myself at the intersection of the



CHC v. Noem - CBP 000419

accident. As we were trying to leave, individuals in the crowd began throwing eggs, rocks, and bricks at officers, including myself, who were set on perimeter. As a result, along with fellow officers, I ran into the crowd to effect an arrest of subject who was observed throwing projectiles. I conducted a takedown of the suspect and placed him in zip tie hand cuffs. After the arrest was made, a group of agitators began to surround us.

These thrown objects presented a serious and immediate threat to law enforcement personnel. Items such as rocks can cause blunt force trauma, or other significant bodily injuries, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.

The Crowd of individuals were observed piling rocks and other hand thrown objects commonly used as weapons in prior incidents against law enforcement. Members of the crowd were shouting obscenities and making threatening statements that included wishing death upon our personnel.

I did sustain an injury to my left hamstring during this event. My body worn camera was activated during this operation containing evidence serial number **LES**

## FILE ATTACHMENTS

**File names:**
Sc _____ **LES** _____
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | BURGESS, HOLLIE ANN | 10/16/2025 14:01 | |
| Approved | ORNELAS, ERAZMO V. | 10/16/2025 15:01 | |



CHC v. Noem - CBP 000420