## BACKGROUND:
**Employee Issues - Intentional/Unintentional Firearm Discharge / Use of Force / Shots Fired / Shooting**

On 10/04/2025 10:30: On October 4, 2025, Border Patrol Agents in support of Operation Midway Blitz in Chicago, Illinois were conducting targeted enforcement in the Brighton Park neighborhood of Chicago, Illinois. At approximately 10:30 A.M., near the intersection of W. 39th Place and S. Kedzie Avenue, agents with the Mobile Response Team (MRT) were in their government vehicle when they became surrounded and boxed in by approximately ten civilian vehicles. Soon after finding themselves surrounded, a black 2002 GMC Envoy ( PII ) being driven by SANTOS-Ruiz, Anthony Ian (USC, I PII /2004) began to ram the government vehicle, preventing it from being able to move. Agents exited their vehicle to get the civilians to disperse and to prevent any additional assault from taking place. After exiting, a grey 2013 Nissan Rogue ( PII ) being driven by MARTINEZ, Marimar (USC, PII 4/1994), accelerated forward in an attempt to run over agents on foot. To defend himself and fellow agents, an agent drew his service issued Glock 47 and fired a total of five rounds through the windshield, striking the driver of the Nissan Rogue. After the shots were fired, MARTINEZ fled the scene in her vehicle and at 10:36 A.M., agents called Chicago Police Department (CPD) for assistance. At approximately 1 LEP , officers with CPD found the GMC Envoy near a Clark gas station located at 3947 S. Kedzie Avenue and took the driver, SANTOS into custody. Via a phone call made by CPD on site, it was discovered that MARTINEZ fled in her Nissan Rogue to the Big Rig Oil Pros located at 2756 W. 35th Street where she was then transported via ambulance to Mount Sinai Hospital located at 1500 S. Fairfield Avenue. A subsequent search of MARTINEZ' purse by CPD revealed a handgun in her purse. Agents began to secure the scene of the shooting as well as the scene where the GMC Envoy was discovered by CPD. At approximately LES , special agents with the Federal Bureau of Investigation (FBI) reported that they were responding to W. 39th Place and S. Kedzie Avenue to begin their investigation of the shooting and to help secure the scene. Additionally, agents were dispatched to Mount Sinai Hospital where they confirmed the identity of the driver as MARTINEZ and were informed by medical staff that she was struck by gunfire once in her right lower leg, twice in her upper right thigh, once in her right forearm, and a grazing wound in her right breast. At approximately LES , agents on the ground were advised by CPD that they were being ordered to depart from both the Mount Sinai Hospital as well as the location where the GMC Envoy and Nissan Rouge were recovered. This led LEP e CBP personnel being dispatched to respond to LEP enes to assist in providing security. Calls made via telephone by agents on the ground to CPD for additional assistance were met with resistance and disinterest. Over the course of the next four hours, multiple incidents of assaults on agents and impeding their lawful authority took place. This included vehicular assault, the throwing of objects (glass bottles, road cones, deployed chemical munitions), and physically pushing agents. Agents responded with force to include deployment of chemical munitions against violent protesters. It was reported by agents on the ground and supported by air support assets that the number of protesters showing up to the scenes along S. Kedzie avenue was at least 200. Upon her release from the hospital at approximately 2:42 P.M., MARTINEZ was taken into custody by FBI and charged with violation of 18 USC 111. CPD also turned over custody of SANTOS to FBI and charged with the same. Upon completion of their investigation, additional charges are possible. At approximately 3:03 P.M., CPD assumed control of all scenes and all CBP personnel began their exfil from the area. Agents were informed over LEP LEP At 3:40 P.M., all CBP personnel were confirmed safe and accounted for.

**Details:**

- Was this incident part of a special operation? Yes



- Special Ops Operation At Large
- The use of force/firearm discharge occurred on duty
- The following tools/actions were used during the incident CBP issued Firearm
- The discharge was intentional
- Circumstance causing use of force/discharge: Self defense and defense of fellow agents in response to an assault by vehicle
- The firearm discharge resulted in injury or death
- The use of force/firearm discharge injured the subject
- The incident was reported to OPR

### Firearms (1)
1. Make: Glock, Model: 47, Gauge/Caliber: 9mm

### Employee Information (1)
1. Last Name: Exum Jr
   First Name: Charles
   Hash ID: [PII; LES]
   [PII] 3/1966
   Gender: Male
   Grade [PII; LES]
   EOD: 06/06/2005
   Shift: Days
   EMT: N/A

### Subject Information (1)
1. Last Name: MARTINEZ
   First Name: Marimar
   Gender: Female
   DOB: [PII] 1994
   Citizenship: United States
   Country of Birth: United States
   Prior arrest information: None
   #### Documents (1)
   1. Document Type: Passport
      Passpor[PII]
      Issuing Country: United States
      Expiration Date: 01/04/2034
   #### Record IDs (1)
   1. Record Type: [PII]

### Non-Employee Injury/Illness

On 10/04/2025 10:30: On October 4, 2025, Border Patrol Agents in support of Operation Midway Blitz in Chicago, Illinois were conducting targeted enforcement in the Brighton Park neighborhood of Chicago, Illinois. At approximately 10:30 A.M., near the intersection of W. 39th Place and S. Kedzie Avenue, agents with the Mobile

Response Team (MRT) were in their government vehicle when they became surrounded and boxed in by approximately ten civilian vehicles.Soon after finding themselves surrounded, a black 2002 GMC Envoy [PII] being driven by SANTOS-Ruiz, Anthony Ian (USC, D[PII]/2004) began to ram the government vehicle, preventing it from being able to move. Agents exited their vehicle to get the civilians to disperse and to prevent any additional assault from taking place. After exiting, a grey 2013 Nissan Rogue ([PII]) being driven by MARTINEZ, Marimar (USC, [PII] 1994), accelerated forward in an attempt to run over agents on foot. To defend himself and fellow agents, an agent drew his service issued Glock 47 and fired a total of five rounds through the windshield, striking the driver of the Nissan Rogue.After the shots were fired, MARTINEZ fled the scene in her vehicle and at 10:36 A.M., agents called Chicago Police Department (CPD) for assistance. At approximately [LES], officers with CPD found the GMC Envoy near a Clark gas station located at 3947 S. Kedzie Avenue and took the driver, SANTOS into custody. Via a phone call made by CPD on site, it was discovered that MARTINEZ fled in her Nissan Rogue to the Big Rig Oil Pros located at 2756 W. 35th Street where she was then transported via ambulance to Mount Sinai Hospital located at 1500 S. Fairfield Avenue. A subsequent search of MARTINEZ' purse by CPD revealed a handgun in her purse.Agents began to secure the scene of the shooting as well as the scene where the GMC Envoy was discovered by CPD. At approximately [LES] M., special agents with the Federal Bureau of Investigation (FBI) reported that they were responding to W. 39th Place and S. Kedzie Avenue to begin their investigation of the shooting and to help secure the scene. Additionally, agents were dispatched to Mount Sinai Hospital where they confirmed the identity of the driver as MARTINEZ and were informed by medical staff that she was struck by gunfire once in her right lower leg, twice in her upper right thigh, once in her right forearm, and a grazing wound in her right breast. At approximately [LES]., agents on the ground were advised by CPD that they were being ordered to depart from both the Mount Sinai Hospital as well as the location where the GMC Envoy and Nissan Rouge were recovered. This led to [LEP] le CBP personnel being dispatched to respond to [LEP] enes to assist in providing security. Calls made via telephone by agents on the ground to CPD for additional assistance were met with resistance and disinterest.Over the course of the next four hours, multiple incidents of assaults on agents and impeding their lawful authority took place. This included vehicular assault, the throwing of objects (glass bottles, road cones, deployed chemical munitions), and physically pushing agents. Agents responded with force to include deployment of chemical munitions against violent protesters. It was reported by agents on the ground and supported by air support assets that the number of protesters showing up to the scenes along S. Kedzie avenue was at least 200.Upon her release from the hospital at approximately 2:42 P.M., MARTINEZ was taken into custody by FBI and charged with violation of 18 USC 111. CPD also turned over custody of SANTOS to FBI and charged with the same.Upon completion of their investigation, additional charges are possible.At approximately 3:03 P.M., CPD assumed control of all scenes and all CBP personnel began their exfil from the area. Agents were informed over service radio to use all means necessary to ensure their safe exit, to include the use of deadly force.At 3:40 P.M., all CBP personnel were confirmed safe and accounted for.

**Details:**

- Was this incident part of a special operation? Yes
- Special Ops Operation At Large
- The subject was seriously injured
- The injury incident occurred in the United States

    State: Illinois
    City: Chicago

- The injury occurred due to use of force

- Description of the injury/illness: The suspect was struck five times by gunfire. Once in her lower right leg, twice in her upper right thigh, once in her right forearm, and a grazing wound on her right breast.
- The subject was taken to a local hospital
- The name of the medical facility is Mount Sinai Hospital
- The injured was transported to the hospital by local emergency medical services

**Employee Information**
Last Name: Exum Jr
First Name: Charles
Has [PII; LES]
DOB [PII] 1966
Gender: Male
Grade/Step: [PII; LES]
EOD: 06/06/2005
Shift: Days
EMT: N/A

**Biographical Information of Subject (1)**

1. Last Name: MARTINEZ
   First Name: Marimar
   Gender: Female
   DOB [PII] 1994
   Citizenship: United States
   Country of Birth: United States
   Prior arrest information: None
   The subject is a: United States Citizen
   The subject will be: Other
       Other Disposition: In FBI custody
   **Documents (1)**
   1. Document Type: Passport
      Passport Number [PII]
      Issuing Country: United States
      Expiration Date: 01/04/2034
   **Record IDs (1)**
   1. Record Type: SS [PII]

## LOCATION:
Chicago, Illinois, United States (Latitude: 41.82179 / Longitude: -87.70452)
[LEP]

## TIMELINE:
10/04/2025 11:34 - Shots Fired at 39th and Kedzie - 3939 S. Kedzie near Marion's Tire Shop.

| | |
|---|---|
| 10/04/2025 1 [LES] l agents are [LES] Chicago PD on scene. Reports that MRT agents shot at the driver after vehicle rammed agent's vehicle. Suspect vehicle is a Nissan Lic: [PII] See attached picture. RO is Joel Martinez Rojas [PII] | |
| 10/04/2025 11:46 - Suspect in vehicle shot. Pistol located in subjects' purse One female at the Mt Sinai hospital. CPD has vehicle and subject | |
| 10/04/2025 11:59 - Second vehicle involved in the ramming in custody. | |
| 10/04/2025 [LES] FBI Responding to 39th and Kedzie | |
| 10/04/2025 1[LES] CPD ordered to depart both locations | |
| 10/04/2025 1[LES] All Available CBP assets responding for scene security | |
| 10/04/2025 [LES] CBP personnel is securing the scene | |
| 10/04/2025 12:49 - FBI Arrived at Mt Sinai hospital | |
| 10/04/2025 13:17 - ERO responding team rammed while responding to the scene. | |
| 10/04/2025 13:20 - Talked to [LES] bout [LEP] [LEP] CBP Watch requesting [LES] updates | |
| 10/04/2025 [LES] USBP Reports of Less Lethal deployed. | |
| 10/04/2025 [LES] back on station | |
| 10/04/2025 13:36 - [LEP] that they will be processing the scene | |
| 10/04/2025 13:38 - Subject arrested for impeding. Subject and agent requiring medical attention. En route to the hospital. Julian Santiago Pagliuca DO [PII] 1996 [PII] | |
| 10/04/2025 13:38 - Scene 1 – Shooting - 39th Place and Kedzie - Initial shooting location is the middle point. 39th Place and S. Kedzie. Scene 2 – Vehicle Arrest 39th and Kedzie (Clark Gas Station) 3947 S. Kedzie. Scene 3 – ICE Vehicle Ramming 37th Place and S. Kedzie. | |
| 10/04/2025 13:38 - Suspect shot: Marimar Martinez DO [PII] 1994 [PII] | |
| 10/04/2025 13:55 - CPD Responding to the shooting scene to maintain perimeter | |
| 10/04/2025 14:16 - News media helicopter | |
| 10/04/2025 14:21 - Scene 3 collapsed and has moved to scene 1 | |
| 10/04/2025 14:25 - CPD stated that they will assume command of the shooting scene. Currently in route with 50 officers to control the crowd | |
| 10/04/2025 14:26 - Update on shot female - Currently in stable condition, might be released in a few hours. All hits on her right side. Here is the breakdown: 1-shot - lower leg, 2 shots - upper thigh, 1 shot - forearm, 1 shot - brazed breast. | |
| 10/04/2025 14:27 - 1 subject that was arrested previously at scene 3 for 111 was transported to John H Stroger Hospital with head injuries. | |
| 10/04/2025 14:27 - 1 BP agent was evaluated for a shoulder injury and will be admitted for a shoulder dislocation. 1 SBPA and 1 BPA is at the hospital [LEP] are outside and are reporting that a crowd of protester are forming outside. | |
| 10/04/2025 14:27 - CPD advised that they will shut the streets down. The hospital is John H. Stroger Hospital of Cook County 1969 W Ogden Ave, Chicago, IL 60612 | |

| | |
|---|---|
| 10/04/2025 | [LES] BI arrived at scene 2 – shooting vehicle location |
| 10/04/2025 14:35 - DHS Press Secretary put out preliminary messaging via X account (Tricia McLaughlin) and retweeted by Homeland Security account and CmdrOpAtLargeCA (Chief Bovino). ||
| 10/04/2025 [LES] - USBP Workforce Care is deploying 2 agents to John H. Stroger Hospital ||
| 10/04/2025 14:39 - CPD deploying officers at Mt Sinai Hospital ||
| 10/04/2025 14:41 - CPD is starting to show up at Scene 2 ||
| 10/04/2025 14:41 - USBP Workforce Care has been notified of QRF/Protest activity at Stroger ||
| 10/04/2025 14:44 - ERO reporting crowd is full of gang members. Reports of protestors deploying gas on the northern side of the scene ||
| 10/04/2025 14:57 - Requested assistance from CPD and other agencies with crowds at John H. Stroger Hospital of Cook County 1969 W Ogden Ave, Chicago, IL 6061 Approximately 200 protestors at Stroger Hospital ||
| 10/04/2025 15:07 - Female was discharged and is in FBI custody and will be transporting to the FBI office. ||
| 10/04/2025 15:16 - gas deployed at scene 2 by USBP. HSI elements trying to exfil the scene were being followed and blocked ||
| 10/04/2025 15:28 - Stroger Hospital (Cook County) is clear of protestors. Wrong location reported ||
| 10/04/2025 1[LEP]ion at Mt Sinai hospital ||
| 10/04/2025 15[LEP] There[LEP]ll assisting FBI. FBI is stating that it will be another 15-20 minutes before everyone begins to exfil. ||
| 10/04/2025 15:42 - CPD advises they will hold the shooting scene until FBI is done processing the scene. ||
| 10/04/2025 15:42 [LEP] to scene 1 ||
| 10/04/2025 15:57 - Gas deployed by BP at scene 2 ||
| 10/04/2025 16:00 - Social Media report is advising protesters being advised to go to Rosemont. ||
| 10/04/2025 16:02 - FBI begin to exfil scene1 ||
| 10/04/2025 16:03 - All USBP personnel to return to their vehicles. CPD will assume control of all scenes. ||
| 10/04/2025 16:13 - Agents attempting to exfil have been blocked and surrounded at 39th and Kedzie. Gas deployed, [LES] enroute. ||
| 10/04/2025 16:25 - Agents deployed gas and exfilled the area ||
| 10/04/2025 16:25 - Please note that ground units were directed from DCPA Parra that agents u[LEP] e[LEP] ||
| 10/04/2025 16:25 - Rosemont Public Safety Department was contacted and notified of social media advising protestors to got to CBP Rosemont ||
| 10/04/2025 16:33 - All USBP clear of the scene and [LEP] ||
| 10/04/2025 | [LEP] |
| 10/04/2025 ||
| 10/04/2025 16:40 - All CBP personnel is safe and accounted for ||

**INCIDENT IMAGES:**











