# Chart of arrests by CBP from 9/2/2025 through 10/29/2025 that are not directly related to an immigration enforcement violation

| Date of Arrest | Crime Charged | Name of Individual Arrest | Disposition | Person Currently In Custody? |
|---|---|---|---|---|
| 9/19/2025 | 18 USC 111 | Antonio Reyes | Violation Notice | N |
| 9/19/2025 | 18 USC 111 | Hanna McKeever | Violation Notice | N |
| 9/19/2025 | 18 USC 111 | Hannah Chavez | Violation Notice | N |
| 9/19/2025 | 18 USC 111 | Marcos Rios | Violation Notice | N |
| 9/19/2025 | 18 USC 111 | Maxwell Wolf | Violation Notice | N |
| 9/19/2025 | 18 USC 111 | Nataniel Buchie | Violation Notice | N |
| 9/27/2025 | 18 USC 111 | HOLLATZ, Aaron | Investigation Pending | N |
| 9/27/2025 | 18 USC 111 | BLOWERS, Ben | Declined | N |
| 9/27/2025 | 18 USC 111(a)(1) | BRIGGS, Dana | Criminal Information Pending (18 USC 111 - misdemeanor) | N |
| 9/27/2025 | 18 USC 111(a)(1) | MAZUR, Hubert | Criminal Complaint Filed and Dimissed (18 USC 111 - misdemeanor) | N |
| 9/27/2025 | 18 USC 111 | SAMPSON, Ian Albert | Declined | N |
| 9/27/2025 | 18 USC 111 | HAMMOND, Jerry | Declined | N |
| 9/27/2025 | 18 USC 111 | ROBLEDO, Jocelyne | Criminal Complaint Filed and Dimissed (18 USC 111 - felony) / Grand Jury No Bill | N |
| 9/27/2025 | 18 USC 111 | BORJA, Michael Lucas | Declined | N |
| 9/27/2025 | 18 USC 111(a)(1) | IVERY, Paul | Criminal Complaint Filed and Dimissed (18 USC 111 - felony) | N |
| 9/27/2025 | 18 USC 111 | COLLINS, Ray | Criminal Complaint Filed and Dimissed (18 USC 111 - felony) / Grand Jury No Bill | N |
| 9/27/2025 | 18 USC 111 | HELD, Robert | Declined | N |
| 9/27/2025 | 18 USC 111 | HELD, Stephen | Declined | N |
| 10/2/2025 | 18 USC 111(a)(1) | GONZALEZ, Joel Eliseo | Criminal Information Pending (18 USC 111 - misdemeanor) | N |
| 10/3/2025 | 18 USC 111 | Grace Cooper | Investigation Pending | N |
| 10/3/2025 | 18 USC 111 | Elise Knaub | Declined | N |
| 10/3/2025 | 18 USC 111 | GARCIA, Erik | Declined | N |
| 10/3/2025 | 18 USC 111 | William Frederick Dyer III | Declined | N |
| 10/3/2025 | 18 USC 111 | Anthony Alvarez Gonzalez | Criminal Indictment Pending (18 USC 111 - felony) | N |
| 10/3/2025 | 18 USC 111 | Brian Hernandez | Investigation Pending | N |
| 10/3/2025 | 18 USC 111 | Cole Sheridan | Criminal Complaint Pending (18 USC 111 - misdemeanor) | N |
| 10/3/2025 | 18 USC 111 | Ella Edelstein | Investigation Pending | N |
| 10/3/2025 | 18 USC 111 | Jacqueline Guataquira | Criminal Information Pending (18 USC 111 - misdemeanor) | N |
| 10/3/2025 | 18 USC 111 | Maureen Foody | Declined | N |
| 10/4/2025 | 18 USC 111 | MONTESINOS, Dario Urbano, URBANO-Montesinos, Dario | Violation Notice | N |
| 10/4/2025 | 18 USC 111- Impeding | PAGLIUCA-Julian, Santino | Declined | N |
| 10/4/2025 | 18 USC 111 | HERNANDEZ, Jaime | Criminal Complaint Pending (18 USC 111 - felony) | N |
| 10/4/2025 | 18 USC 111 | MAGASTER, Michael | Declined | N |
| 10/4/2025 | 18 USC 111- Impeding | KALOPISIS, John | Declined | N |
| 10/4/2025 | 18 USC 111- Impeding | REINOSO, Lillian | Declined | N |
| 10/4/2025 | 18 USC 111 | MENDOZA, Jacqueline | Investigation Pending | N |
| 10/4/2025 | 18 USC 111(a) and 18 111 (b) | MARTINEZ, Marimar | Criminal Indictment Pending (18 USC 111 - felony) | N |
| 10/4/2025 | 18 USC 111(a) and 18 111 (b) | SANTOS-Ruiz, Anthony Ian | Criminal Indictment Pending (18 USC 111 - felony) | N |
| 10/4/2025 | 18 USC 111(a)(1) | CABALLERO, Cristal | Criminal Complaint Pending (18 USC 111 - felony) | N |
| 10/4/2025 | 18 USC 111 | CHERNESKY, Novak Kairo Sabet | Investigation Pending | N |
| 10/4/2025 | 18 USC 111 | CANADA Jr., Fermin | Declined | N |
| 10/4/2025 | 18 USC 111(a) | MEIER, Erik E. | Criminal Information Pending (18 USC 111 - misdemeanor) | N |
| 10/6/2025 | 18 USC 111- Impeding | FERRIS Jr., Raymond Lee | Investigation Pending | N |
| 10/6/2025 | 18 USC 111- Impeding | FAJARDO, Dariana | Investigation Pending | N |
| 10/8/2025 | 18 USC 111(a) | REYES-Rojas, Betsy Veronica | Violation Notice | N |
| 10/8/2025 | 18 USC 111(a) | REYES-Rojas, Joselyn | Violation Notice | N |
| 10/8/2025 | 18 USC 111(a) | CRUZ-Granados, Ruben Antonio | Violation Notice | N |
| 10/9/2025 | 18 USC 111- Impeding | SUASTE-Rodriguez, Gresia Graciela | Declined | N |
| 10/10/2025 | 18 USC 111 | FIGUEROA, Dayanna Melissa | Declined | N |
| 10/10/2025 | 18 USC 111 | Brockman, Deborah M | Investigation Pending | N |

# Chart of arrests by CBP from 9/2/2025 through 10/29/2025 that are not directly related to an immigration enforcement violation

| 10/10/2025 | 18 USC 111 | RUAN, Chi | Declined | N |
|---|---|---|---|---|
| 10/11/2025 | 18 USC 111 | RABAH-Yazan, Zaki | Violation Notice | N |
| 10/12/2025 | 18 USC 111- Impeding | TIENOU-Gustafson, Darrell Raymond | Violation Notice | N |
| 10/14/2025 | 18 USC 111 | PIRELA-Ramirez, Luis Gerardo | Investigation Pending | Y (Immigration) |
| 10/14/2025 | 18 USC 111 | WILLIAMS, Josiah Lee | Juvenile - No Charges | N |
| 10/14/2025 | 18 USC 111 | ROGEL-Espinoza, Jose Luis | Investigation Pending | N |
| 10/14/2025 | 18 USC 111 | GARNICA, Armando Miguel | Investigation Pending | N |
| 10/14/2025 | 18 USC 111 | King, Warren | Not Presented | N |
| 10/15/2025 | 18 USC 111- Impeding | ALVAREZ, David | Declined | N |
| 10/15/2025 | 18 USC 111 | ALFONZO-Valenzuela, Maicol Rual | Investigation Pending | Y (Immigration) |
| 10/16/2025 | 18 USC 111 | GOMES, Jeffery James | Investigation Pending | N |
| 10/16/2025 | 18 USC 111 | JIMENEZ, Jennifer | Juvenile - No Charges | N |
| 10/16/2025 | 18 USC 111 | Davidson, Zoey | Investigation Pending | N |
| 10/16/2025 | 18 USC 111 | Hernandez, Marcos | Violation Notice | N |
| 10/16/2025 | 18 USC 111 | Tamayo, Juanita | Violation Notice | N |
| 10/20/2025 | 18 USC 111(a) | SAKIYAMA, Scott Tadashi | Violation Notice | N |
| 10/20/2025 | 18 USC 111(a) | RUIZ-Gonzalez, Yair | Violation Notice | N |
| 10/21/2025 | 18 USC 111(a) | TUPPER, Sophia | Violation Notice | N |
| 10/22/2025 | 18 USC 111 | CORREA, Alexis | Declined | N |
| 10/22/2025 | 18 USC 111 | ROSAS-Hernandez, Jose Mauricio | Investigation Pending | N |
| 10/22/2025 | 18 USC 111 | Bahena, Elianne | Investigation Pending | N |
| 10/22/2025 | 18 USC 111 | Lopez, Jacqueline | Investigation Pending | N |
| 10/22/2025 | 18 USC 111 | Mata, Isabel | Investigation Pending | N |
| 10/22/2025 | 18 USC 111 | Torres, Alexander | Violation Notice | N |
| 10/22/2025 | 18 USC 111 | Uribe, Jonathan | Investigation Pending | N |
| 10/23/2025 | 18 USC 111 | TAPIA, Pedro | Investigation Pending | N |
| 10/23/2025 | 18 USC 111 | GARDENER, Maria | Investigation Pending | N |
| 10/23/2025 | 18 USC 111 | Dominguez, Claritza | Violation Notice | N |
| 10/23/2025 | 18 USC 111 | Richter, Gaudencio | Violation Notice | N |
| 10/23/2025 | 18 USC 111 | Rico, Jr., Fidel | Investigation Pending | N |
| 10/23/2025 | 18 USC 111 | Rico, Oscar | Juvenile - No Charges | N |
| 10/23/2025 | 18 USC 111 | Soto, Devin | Juvenile - No Charges | N |
| 10/23/2025 | 18 USC 111 | Lorenzo, Valdemar | Investigation Pending | N |
| 10/24/2025 | 18 USC 111 | Griffin, Nathan | Criminal Complaint Pending (18 USC 111 - felony) | N |
| 10/25/2025 | 18 USC 111 | BRYAN, Maria Elena | Investigation Pending | N |
| 10/25/2025 | 18 USC 111 | MORALES, Ruben | Investigation Pending | N |
| 10/25/2025 | 18 USC 111 | Gaytan, Jamie | Violation Notice | N |
| 10/25/2025 | 18 USC 111 | Gehring, Tom | Violation Notice | N |
| 10/25/2025 | 18 USC 111 | Michael Brosilow | Violation Notice | N |
| 10/25/2025 | 18 USC 111 | Olazaba, Jessie | Violation Notice | N |
| 10/27/2025 | 18 USC 111(a) | GARCIA, Ramon E. | Violation Notice | N |
| 10/28/2025 | 18 USC 111 | Figueroa, Angelica | Violation Notice | N |

