LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
### — COURT REPORTERS —

## NO. 25-CV-12173

**CHICAGO HEADLINE CLUB, BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL 34071, NABET-CWA LOCAL 54041, RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD, DAVID BLACK, WILLIAM PAULSON, AUTUMN REIDY-HAMER, AND LEIGH KUNKEL, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED**

**V.**

**KRISTI NOEM, SECRETARY, ET AL.**

**DEPONENT:**

**GREGORY BOVINO, VOL II**

**DATE:**

**November 03, 2025**



schedule@kentuckianareporters.com

877.808.5856  |  502.589.2273

www.kentuckianareporters.com

1
           IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
2
                EASTERN DIVISION
      HONORABLE SARA L. ELLIS, DISTRICT JUDGE
3
              NO. 25-CV-12173

4

5

6
   CHICAGO HEADLINE CLUB, BLOCK CLUB CHICAGO, CHICAGO
   NEWSPAPER GUILD LOCAL 34071, NABET-CWA LOCAL 54041,
7
   RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD, DAVID BLACK,
   WILLIAM PAULSON, AUTUMN REIDY-HAMER, AND LEIGH KUNKEL,
  ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,
8
                 Plaintiffs

9
                  V.
10

11
   KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND
     SECURITY (DHS); TODD LYONS, ACTING DIRECTOR, U.S.
12
     IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); MARCOS
     CHARLES, ACTING EXECUTIVE ASSOCIATE DIRECTOR,
13
  ENFORCEMENT AND REMOVAL OPERATIONS, ICE; RUSSELL HOTT,
    CHICAGO FIELD OFFICE DIRECTOR, ICE; RODNEY S. SCOTT,
14
  COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION (CBP);
   GREGORY BOVINO, CHIEF BORDER PATROL AGENT, CBP; DANIEL
15
    DRISCOLL, DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO,
   FIREARMS AND EXPLOSIVES (ATF); WILLIAM K. MARSHALL III,
16
  DIRECTOR OF THE FEDERAL BUREAU OF PRISONS (BOP); PAMELA
    BONDI, ATTORNEY GENERAL OF THE UNITED STATES; U.S.
17
   DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF
    JUSTICE; UNIDENTIFIED FEDERAL OFFICER DEFENDANTS;
18
  UNIDENTIFIED FEDERAL AGENCY DEFENDANTS; AND DONALD J.
     TRUMP, PRESIDENT OF THE UNITED STATES,
19
               Defendants

20

21

22

23
DEPONENT:  GREGORY BOVINO, VOL II

24
DATE:     NOVEMBER 3, 2025

25
REPORTER:  MEGAN WEINER

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFFS, CHICAGO HEADLINE CLUB,
     BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL
 4   34071, NABET-CWA LOCAL 54041, RAVEN GEARY, CHARLES
     THRUSH, STEPHEN HELD, DAVID BLACK, WILLIAM PAULSON,
 5   AUTUMN REIDY-HAMER, and LEIGH KUNKEL, on behalf of
     themselves and others similarly situated:
 6   Locke Bowman, Esquire
     Lindsay Hagy, Esquire
 7   Steve Art, Esquire
     Justin Hill, Esquire
 8   Tara Thompson, Esquire
     Dominique Gilbert, Esquire
 9   Loevy & Loevy
     311 North Aberdeen Street
10   Third Floor
     Chicago, Illinois 60607
11   Telephone No.: (312) 243-5900
     E-mail: locke@loevy.com
12           lindsay@loevy.com
             steve@loevy.com
13           hill@loevy.com
             tara@loevy.com
14           gilbert@loevy.com
     (Appeared via videoconference)
15
     ON BEHALF OF THE PLAINTIFFS, CHICAGO HEADLINE CLUB,
16   BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL
     34071, NABET-CWA LOCAL 54041, RAVEN GEARY, CHARLES
17   THRUSH, STEPHEN HELD, DAVID BLACK, WILLIAM PAULSON,
     AUTUMN REIDY-HAMER, AND LEIGH KUNKEL, ON BEHALF OF
18   THEMSELVES AND OTHERS SIMILARLY SITUATED:
     Conor Gaffney, Esquire
19   Protect Democracy Project
     2020 Pennsylvania Avenue Northwest
20   Suite 163
     Washington, DC 20006
21   Telephone No.: (202) 579-4582
     E-mail: conor.gaffney@protectdemocracy.org
22   (Appeared via videoconference)

23

24

25
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1                    APPEARANCES (CONTINUED)

2

3    ON BEHALF OF THE PLAINTIFFS, CHICAGO HEADLINE CLUB,
     BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL
4    34071, NABET-CWA LOCAL 54041, RAVEN GEARY, CHARLES
     THRUSH, STEPHEN HELD, DAVID BLACK, WILLIAM PAULSON,
5    AUTUMN REIDY-HAMER, AND LEIGH KUNKEL, ON BEHALF OF
     THEMSELVES AND OTHERS SIMILARLY SITUATED:
6    Craig B. Futterman, Esquire
     Mandel Legal Aid Clinic
7    6020 South University Avenue
     Chicago, Illinois 60637
8    Telephone No.: (773) 702-9611
     E-mail: futterman@uchicago.edu
9    (Appeared via videoconference)

10   ON BEHALF OF THE DEFENDANTS, KRISTI NOEM, SECRETARY,
     U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); TODD LYONS,
11   ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS
     ENFORCEMENT (ICE); MARCOS CHARLES, ACTING EXECUTIVE
12   ASSOCIATE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS,
     ICE; RUSSELL HOTT, CHICAGO FIELD OFFICE DIRECTOR, ICE;
13   RODNEY S. SCOTT, COMMISSIONER, U.S. CUSTOMS AND BORDER
     PROTECTION (CBP); GREGORY BOVINO, CHIEF BORDER PATROL
14   AGENT, CBP; DANIEL DRISCOLL, DIRECTOR OF THE BUREAU OF
     ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF);
15   WILLIAM K. MARSHALL III, DIRECTOR OF THE FEDERAL BUREAU
     OF PRISONS (BOP); PAMELA BONDI, ATTORNEY GENERAL OF THE
16   UNITED STATES; U.S. DEPARTMENT OF HOMELAND SECURITY;
     U.S. DEPARTMENT OF JUSTICE; UNIDENTIFIED FEDERAL
17   OFFICER DEFENDANTS; UNIDENTIFIED FEDERAL AGENCY
     DEFENDANTS; AND DONALD J. TRUMP, PRESIDENT OF THE
18   UNITED STATES:
     Sarmad Khojasteh, Esquire
19   Elizabeth Hedges, Esquire
     Philip Hiscock, Esquire
20   U.S. Department of Justice

21

22

23

24   Also Present: Sydney Little, Videographer; Valerie
     Barajas, Loevy & Loevy Paralegal
25
```



**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                          INDEX

 2                                              Page

 3   PROCEEDINGS                                  6

 4   CONTINUED DIRECT EXAMINATION BY MR. BOWMAN   7

 5

 6                        EXHIBITS

 7   Exhibit                                    Page

 8   16 - Screenshot of Video with

 9        Person Circled in Red                  9

10   17 - Video Clip of the Body Worn

11        Camera: REL148                        11

12   18 - Still Image from 10-23-2025 at

13        11:01:38                              12

14   19 - Still Image from 10-23-2025 at

15        11:01:48                              13

16   20 - Second Still Image from 10-23-2025

17        at 11:01:48                           14

18   21 - Excerpt from Enforcement Action

19        Statistical Analysis and Reporting

20        System Report with Bovino's Narrative 19

21   22 - Aerial Images                         21

22   23 - Still Image from 10-23-2025 at 11:01:20  23

23

24

25
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1              STIPULATION

2

3    The VIDEO deposition of GREGORY BOVINO, VOL II was taken

4    at the ███████████████████████████████

5    ████████████ CHICAGO, ILLINOIS ██████ on MONDAY the

6    3rd day of NOVEMBER 2025 at 3:24 p.m. (CT); said

7    deposition was taken pursuant to the FEDERAL Rules of

8    Civil Procedure.

9    It is agreed that MEGAN WEINER, being a Notary Public

10   and Digital Reporter for the State of ILLINOIS,

11   may swear the witness.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                   PROCEEDINGS

 2

 3         THE VIDEOGRAPHER:  We are now on the record.

 4    My name is Sydney Little.  I'm the videographer

 5    today, and Megan Weiner is the court reporter.

 6    Today is the 3rd day of November 2025, and the time

 7    is 3:24 p.m. Central.  We're at the ████████████

 8    ███████████████████████ Chicago, Illinois, to take the

 9    deposition of Gregory Bovino, volume II, in the

10    matter of Chicago Headline Club, et al. v. Kristi

11    Noem, et al., case number 25-CV-12173, pending in

12    the United States District Court, Northern District

13    of Illinois, Eastern Division.  Will the counsel

14    please identify themselves for the record?

15         MR. BOWMAN:  Locke Bowman for Plaintiffs.

16         MS. HAGY:  Lindsay Hagy for Plaintiffs.

17         MR. KHOJASTEH:  Sarmad Khojasteh for

18    Defendants.

19         MS. HEDGES:  Elizabeth Hedges for Defendants.

20         MR. HISCOCK:  Philip Hiscock for the

21    defendants.

22         MR. BOWMAN:  And there are other lawyers on

23    behalf of Plaintiffs for Zoom.  I don't think

24    there's any need to identify them.

25         MR. KHOJASTEH:  We're good.
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. BOWMAN:  Okay.

2          THE VIDEOGRAPHER:  Sorry.  One second.

3     Mr. Bovino, can you please raise your right hand for

4     the court reporter to swear you in?

5          THE REPORTER:  Do you solemnly swear or affirm

6     that the testimony you're about to give will be the

7     truth, the whole truth, and nothing but the truth?

8          THE WITNESS:  Yes.

9          THE REPORTER:  All right.  Counsel, you may

10    begin.

11         MR. BOWMAN:  Thank you.

12              CONTINUED DIRECT EXAMINATION

13    BY MR. BOWMAN:

14        Q.   Good afternoon, Mr. Bovino.  The president of

15    the United States gave an interview on 60 Minutes last

16    night.  He was asked if, in light of some videos that

17    have been shared widely, he believed that agents in

18    Chicago under your command had gone too far, and here

19    was his response.  "No.  I think they haven't gone far

20    enough because we've been held back by judges -- by the

21    liberal judges that were put in by Biden and by Obama."

22    Closed quote on the president.  Did you have the

23    opportunity to listen in as the president was

24    interviewed?

25        A.   No.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Has anyone communicated to you from the Trump

2   administration this proposition that you've not gone far

3   enough and you need to go further?

4           MR. KHOJASTEH:   I'm going to object to form,

5       and I'm going to instruct the witness not to answer

6       to the extent that doing so would reveal

7       communications between you and any White House

8       officials, on the basis of executive privilege.

9   BY MR. BOWMAN:

10     Q.   Can you --

11     A.   No.

12     Q.   I -- I'm sorry.   I didn't understand your

13  answer.

14     A.   No.

15     Q.   And what are you signifying by no?   No, you

16  won't answer, or no, there have been no such

17  communications?

18     A.   No, I won't answer.

19     Q.   No, you won't answer.   Okay.   Very good.   Has

20  anyone from the White House or elsewhere in the Trump

21  administration communicated to you that you should keep

22  going hard at protestors, journalists, observers, and

23  clergy who are advocating for violence?

24          MR. KHOJASTEH:   Same objection.   To the extent

25      that doing so -- answering the question -- to the

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    extent that answering the question would reveal

2    communications with anyone at the White House,

3    I'm going to instruct you not to answer based on

4    executive privilege.

5  BY MR. BOWMAN:

6        Q.   **Are you refusing to answer?**

7        A.   Yes.

8        Q.   **Has anyone communicated the opposite to you,**

9    **that you should tone things down going forward and rein**

10   **your officers in?  And it's the same issue, those within**

11   **the Trump administration or the White House.**

12             MR. KHOJASTEH:  Same instruction as to

13        the -- any -- as to any communications with anyone

14        in the White House.

15  BY MR. BOWMAN:

16       Q.   **Will you refuse to answer the question?**

17       A.   I do refuse to answer the question.

18       Q.   **I'm going to hand you next -- I'm changing**

19   **subjects and turning to the topic of Little Village,**

20   **which we were discussing at the conclusion of your**

21   **deposition session that we had last week.**

22            I'm going to hand you what I am marking for

23   identification as Bovino deposition Exhibit number 16.

24   Exhibit 16 is a still video from a woman whose last name

25   is Sotelo that she took in Little Village on October 23

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    of this year.  Do you recognize yourself in the exhibit?

2          (Exhibit 16 was marked for identification.)

3        MR. KHOJASTEH:  Object to form.  Lacks

4    foundation.  Are you making those representations to

5    the witness concerning who took it and when it was

6    taken, Mr. Bowman?

7        MR. BOWMAN:  I am.

8        MR. KHOJASTEH:  Same objection.  Lacks

9    foundation.  You can answer the question.

10        THE WITNESS:  I see myself in the -- in

11    the -- in this picture.

12  BY MR. BOWMAN:

13    Q.    All right.  There is an officer standing to

14  your right who has his arm across his chest covering a

15  pouch of some kind.  Do you see -- and we have him

16  circled in red.  Do you see him?

17    A.    I see this, yes.

18    Q.    Does it appear to you that he is wearing a

19  body-worn camera?

20    A.    I can't tell.

21    Q.    Okay.  I showed you some video at the

22  conclusion of our last session and asked you some

23  questions about it.  In general, do you recall being

24  shown that video?

25    A.    I was shown a lot of videos.  Which -- which

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    one in particular?  You'll have to dial that in for me.

2        Q.    Sure.  The one that I showed you toward the

3    end of the deposition relating to Little Village, your

4    throwing of a canister.  Do you recall that video?

5        A.    No.  I mean, not all of it.  Not in its

6    entirety, no.

7        Q.    I was just asking you in general, do you

8    recall being shown that video?

9        A.    No.

10       Q.    Let's play at this time now, if we could, what

11   I'll designate for identification as Exhibit 17 to your

12   deposition.  It is a video clip of the body-worn camera

13   video that was produced to us as video REL 148.  And

14   this clip runs, according to the timestamps on it, from

15   11:01:20 a.m. on October 23 until 11:01:48.  And my

16   question of you, sir, is if you could please look at the

17   video.  And I'm going to come around behind you so that

18   I can see it simultaneously.  Again, no invasion of your

19   personal space is intended.

20            (Exhibit 17 was marked for identification.)

21            MR. KHOJASTEH:  It's going to show here,

22       Mr. Bowman, or is she going to show --

23            MR. BOWMAN:  No.

24            MR. KHOJASTEH:  Oh, got you.

25            (Video recording played.)

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              UNIDENTIFIED MALE OFFICER:  Get back to the
 2      vehicle.
 3              UNIDENTIFIED FEMALE SPEAKER:  Get the fuck up.
 4              UNIDENTIFIED MALE OFFICER:  Back it up.
 5      Get them back.
 6              (Video recording stopped.)
 7      BY MR. BOWMAN:
 8          Q.   My representation to you, sir, is that that
 9      is body-worn camera video from Little Village on October
10      23, shortly after 11:00 that morning.  Do you
11      acknowledge that the video shows a perspective of you
12      tossing a munitions canister?
13          A.   I didn't see myself in the video tossing a
14      canister.
15          Q.   Did you see the canister fly?
16          A.   I -- I did not.  Not in the video.
17          Q.   Okay.  Let me mark for identification now, as
18      Exhibit 18 to your deposition, a still image from the
19      video.  This image is timestamped 11:01:38 a.m., and it
20      is from that video that I just showed you.  Do you see
21      it?
22              (Exhibit 18 was marked for identification.)
23              MR. KHOJASTEH:  Thank you.
24              THE WITNESS:  I see the image.
25      BY MR. BOWMAN:
```

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   And do you see the munitions canister in the
2    air?
3    A.   I -- I see what appears to be a munitions
4    canister in the air.
5    Q.   All right.  And then I'm going to show you
6    next what we will mark for identification as Exhibit 19
7    to your deposition.  Exhibit 19 is also an image
8    of -- is a still image from the same video that I showed
9    you a few minutes ago.  This one bears a timestamp
10   11:01:48 a.m.  So this is just about ten seconds
11   subsequent to the image of the canister flying in the
12   air that you just looked at, correct?
13          (Exhibit 19 was marked for identification.)
14        MR. KHOJASTEH:  Object to form.
15        THE WITNESS:  Yeah.  I don't -- I don't know if
16      it -- if it's -- what it is.  I don't know.
17   BY MR. BOWMAN:
18   Q.   Do you agree with me that 11:01:48 is ten
19   seconds after 11:01:38?  That was my question.
20   A.   Yeah.  11:01:48 is ten seconds past 11:01:38.
21   Q.   Okay.  And do you see in this still image two
22   pieces of apparent white rock on the pavement in the
23   lower left-hand corner?
24   A.   I see what appear to be two white images
25   there.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    Okay.  Can you identify them as white rocks

2  that were thrown in your direction?

3      A.    Not from -- not from this.

4      Q.    Showing you next a second image from this same

5  moment in time, also from the body-worn camera that

6  we've been looking at and that we saw an excerpt from.

7  This will be for designate -- this will be designated

8  for the record as Exhibit 20.  Do you see yourself in

9  the still image that I just shared with you?

10            (Exhibit 20 was marked for identification.)

11      A.    I -- yes.

12  BY MR. BOWMAN:

13      Q.    And do you see that white rock in this image?

14        MR. KHOJASTEH:  Object to form.  Lacks

15      foundation.

16        THE WITNESS:  I see a -- a white -- something

17      white there.

18  BY MR. BOWMAN:

19      Q.    Okay.  And do you note that the timestamp is

20  identical to the timestamp on the prior exhibit,

21  11:01:48?

22      A.    Seems to be the same timestamp.

23      Q.    I'm showing you -- let me --

24        MR. KHOJASTEH:  Just to -- just -- I apologize,

25      Mr. Bowman.  Which white are you -- which white one

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1         are you referring to here?
 2               MR. BOWMAN:  The white one that's right there.
 3               MR. KHOJASTEH:  That just single one?  Okay.
 4               MR. BOWMAN:  Yeah.
 5               MR. KHOJASTEH:  Just want to know -- okay.
 6         Thank you.  Go ahead.
 7    BY MR. BOWMAN:
 8         Q.    So here's my question.  You said
 9    yesterday -- or sorry, last week that you believed a
10    white rock had been thrown at you -- had not struck you,
11    but had been thrown in your direction prior to your
12    releasing the canister of of CS gas.  Do you recall that
13    testimony?
14         A.    Yes.
15         Q.    Do you have any video evidence that you can
16    point to that supports your assertion that the white
17    rock was thrown before you released the canister?
18         A.    Yes.
19         Q.    And what is that?
20         A.    It's a video.
21         Q.    What video is that?
22         A.    A video.  I don't know -- what -- what do you
23    mean what video?  A video is a video.
24         Q.    Can you identify who -- how the video was
25    taken?
```

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    No.
 2        Q.    Do you know who -- was it body-worn camera
 3   video?
 4        A.    I don't know.
 5        Q.    Was it video that was produced by one of your
 6   agents?
 7        A.    I can't remember.
 8        Q.    Was it video -- when did you see this video?
 9        A.    I can't remember.
10        Q.    Is there anything that you can tell me about
11   this video to help me to identify it, or to help Judge
12   Ellis to identify it?
13        A.    Yes.  That there was a rock thrown at me in
14   the video.
15        Q.    Okay.  My question is, is there anything about
16   the video, an identification number, evidence tag, a
17   location, that would assist a person who wanted to see
18   the video that supports your account of the events?
19        A.    I don't have an evidence number memorized
20   in -- in my head here.
21        Q.    Okay.  Well, is it documented in a report
22   somewhere?
23        A.    I can't remember.
24        Q.    Can you -- okay.
25        A.    I can't remember any identification number for
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    the video.

2        Q.   All right.  Anything that I would ask you

3    about how to identify this video, you would tell me you

4    can't -- you can't help me out; is that fair?

5        A.   No, that's not fair.

6        Q.   Okay.

7        A.   I would tell you.

8        Q.   All right.  So what would help me out?  You

9    tell me.

10       A.   There's a video there that shows a white rock

11   thrown at me.

12       Q.   Okay.  Is there anything else you can tell me

13   about this video?

14       A.   No.

15       Q.   Okay.  I wanted to ask you about maroon

16   hoodies.  You made mention in our last session of the

17   fact that maroon is a color associated with the Latin

18   Kings street gang?

19       A.   No.

20       Q.   So if I got the impression that you believe

21   maroon to be associated with the Latin Kings street

22   gang, I would misunderstand your testimony?

23       A.   I'm not sure what you would think about it.

24   I -- I don't know what you were thinking.

25       Q.   Okay.  But you didn't testify to that effect



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    last time?

2        A.   To -- to what effect?

3        Q.   **To the effect that maroon is associated with**

4    **the Latin Kings street gang?**

5        A.   I testified to the fact that there were

6    several individuals that were potentially associated

7    with the Latin Kings street gang that were taking

8    weapons out of the back of a car.  All of them had

9    maroon hoodies, and that -- to that effect, that they

10   had maroon hoodies.

11       Q.   **Okay.  So it was just coincidence that they**

12   **had maroon hoodies?**

13            MR. KHOJASTEH:  Object to form.

14   BY MR. BOWMAN:

15       Q.   **There's a question.**

16       A.   What was that again?  It was what?

17       Q.   **Just coincidence that they were wearing maroon**

18   **hoodies?**

19       A.   No -- no, definitely not coincidence.

20   Certainly in keeping with the fact that gang members

21   often dress alike.

22       Q.   **Okay.  So what do you believe the color maroon**

23   **signifies, if not association with the Latin Kings**

24   **street gang?**

25       A.   I think the -- the color -- the maroon hoodies



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   in the maroon color would -- would signify a potential

2   assailant or street gang member that was making their

3   way to the location that I was present, and given the

4   violence, that one had already taken place there, and

5   also due to the prior intelligence that violent street

6   gang -- street gangs, such as the Latin Kings, would

7   place themselves on rooftops to try to collect bounties

8   and things like that on federal agents' heads.  So there

9   did begin to appear, in that crowd, maroon hoodies, both

10  on top of buildings and in the crowd.

11      Q.   Okay.  Is -- can you identify a street gang

12  that is associated with maroon -- the color of maroon?

13      A.   Not that I can -- no.

14      Q.   You have prepared a report in this case

15  relating to your actions in Little Village, yes, sir?

16      A.   Yes.

17      Q.   Okay.  I'm marking an excerpt from that report

18  for identification as Exhibit 21 to your deposition.

19  This is just an excerpt.  It's the first page of a

20  44-page report, as well as the portion of the report

21  that includes your narrative.  I've marked it for

22  identification as Exhibit 21.  The report that I just

23  handed you describes, among other things, the situation

24  that you were facing in Little Village on October 23,

25  does it not?

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    (Exhibit 21 was marked for identification.)
 2          A.    Yes.
 3    BY MR. BOWMAN:
 4          Q.    It says, among other things, that you were
 5    faced with violent crowds, correct?
 6          A.    I don't -- you'll have to show me where I said
 7    that.  I can't just see that here.
 8          Q.    The end of the first paragraph of your
 9    narrative, "Violent crowds throwing rocks, bottles, and
10    commercial artillery shell fireworks at federal agents"?
11          A.    Hold on a second here.  I'm not seeing that.
12    The end of the first paragraph says, "Additionally, a
13    transport van carrying detainees was surrounded and
14    attacked before making secure with a protected
15    perimeter."  Yes.
16          MR. KHOJASTEH:  I believe it was the sentence
17       before he's referring to.
18          THE WITNESS:  Hold on a second.
19    BY MR. BOWMAN:
20          Q.    Here comes another --
21          A.    I didn't see that.
22          Q.    Here comes another question, since you're
23    struggling with that one.  Did you describe the people
24    who were facing you as a violent crowd, yes or no?
25          A.    Hold on a second.  I'm looking now to see if
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    there -- it says violent crowd.  Oh, I see it there.

2    Violent crowds.  Yes, I did -- I did do that.

3        Q.    Did you describe those people as rioters?

4        A.    Yes.

5        Q.    Mobs?

6        A.    I can't -- I don't see -- I'll have to read

7    through this thing to see if I said that.

8        Q.    Third paragraph, second line.  "We were met

9    with a violent crowd who began approaching aggressively

10   at agents.  Supervisory Border Patrol Agent Christian

11   Velez gave the mob a warning to get back"?

12       A.    It says "mob."  You said "violent mob."  It

13   says "mob" here.  I said "mob."

14       Q.    Okay.  Well, how about the very last

15   paragraph?  Did you use the expression "violent mob"?

16            First sentence of the last paragraph reads as

17   follows: "I deployed the first chemical munition, and it

18   landed approximately 50 feet away in the middle of the

19   violent mob"?

20       A.    Yes.

21       Q.    Your language.  I'm going to show you

22   now -- show you now a group exhibit, which we'll mark

23   for identification as Exhibit 22 to your deposition.

24   This is aerial footage of the scene at Little Village in

25   the street where you threw the canister.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              (Exhibit 22 was marked for identification.)

 2         MR. KHOJASTEH:  Mr. Bowman, can I just have a

 3    copy, please?

 4         MR. BOWMAN:  Oh, sure.  I'm sorry.

 5         MR. KHOJASTEH:  No worries.  Thank you so much.

 6         MR. BOWMAN:  You're welcome.

 7 BY MR. BOWMAN:

 8    Q.   And it shows you -- if you look at the third

 9 page of the group exhibit, we've put a circle around you

10 throwing your canister.  Do you see -- do you see

11 yourself throwing the canister in this?

12    A.   Well, it looks like me.

13    Q.   Yes.  Does this photograph show the violent

14 mob that you were facing when you threw your canister?

15    A.   Yes.

16    Q.   And next --

17         MR. KHOJASTEH:  Mr. Bowman, I -- I'm just going

18    to ask you, are you representing that this is

19    the -- that these still frames are taken from the

20    same time as the --

21         MR. BOWMAN:  I am, yes.

22         MR. KHOJASTEH:  Because the timestamps on them

23    are different.

24         MR. BOWMAN:  Yeah, that can happen.

25         MR. KHOJASTEH:  I'm just asking.  So I'm just
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      saying -- so your representation holds?

2           MR. BOWMAN:  You're interrupting me.

3           MR. KHOJASTEH:  Okay.  Then I'll ask

4      afterwards, but the objection stands on that.

5      I'll note that the -- the -- the timestamp appears

6      to be four hours after the video that you showed us

7      earlier.

8           MR. BOWMAN:  I'll mark for identification now

9      as Exhibit 23 a still image from the body-worn

10     camera --

11          (Exhibit 23 was marked for identification.)

12          MR. KHOJASTEH:  Can you just do a time check,

13     please?

14          MR. BOWMAN:  That reads 21 minutes and

15     counting.

16          THE REPORTER:  So I started it right when we

17     went on record.  He started his a little bit later.

18     I have 23 minutes.  I don't know what you have for

19     yours.

20          MR. KHOJASTEH:  We'll let this be the last

21     question here.

22     BY MR. BOWMAN:

23     Q.    I am going to show you Exhibit 23.

24     My question is, this is from that same video camera that

25     we were looking at at the beginning of this segment of

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  your deposition.  My question is, does this also show

2  the violent mob you were facing when you discharged your

3  canister?

4        MR. KHOJASTEH:  Last question here.  Go ahead,

5  Mr. Bovino.

6        THE WITNESS:  Yes.

7        MR. BOWMAN:  All right.  We have gotten to the

8  point of 23 minutes having expired.  I am going to

9  state for the record at this time that I have a

10  number of additional questions to ask Commander

11  Bovino, and we have come to the end of the allotted

12  time, and I am unable to ask them.  In my view, the

13  reason for this circumstance is the extraordinary

14  acts of obstruction that the counsel defending this

15  deposition engaged in through a wide chunk of the

16  time that we had available to us last week.  I

17  object to all of that, again, and state for the

18  record that I am unable to complete the deposition

19  because I have been impeded.

20        MR. KHOJASTEH:  And, Counsel, I would note that

21  to the extent you want to -- if you want to give me

22  an -- I understand that your co-counsel earlier this

23  morning let us know that you intend to call

24  Mr. Bovino to testify at the preliminary injunction

25  hearing based on insufficiencies with the deposition

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   today.  If you could articulate for me what areas of
2   examination you'd like to continue with, I can work
3   with you to allot you an additional amount of time
4   right now, but you have the opportunity to do so.
5   Go ahead.  Let me know what you'd like to -- and
6   I'll consider it.
7        MR. BOWMAN:  Oh, if there -- I'll take
8   additional time if I can have it, sure.
9        MR. KHOJASTEH:  Yeah, but what's -- what are
10  the -- what are the areas of exam -- you just said
11  that there's other areas of examination you'd like
12  to ask questions about.
13       MR. BOWMAN:  I have --
14       MR. KHOJASTEH:  I'm asking you on the record to
15  articulate those for me so I can take them under
16  advisement.
17       MR. BOWMAN:  I have more questions about this
18  Little Village incident.
19       MR. KHOJASTEH:  About the Little Village
20  incident?
21       MR. BOWMAN:  Yes.  And I have questions about
22  some tweets.
23       MR. KHOJASTEH:  So how much time do you think
24  you -- what -- you would like?
25       MR. BOWMAN:  I -- I -- I don't know.
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   A reasonable period of time to cover these things.

2       MR. KHOJASTEH:  But could you --

3       MR. BOWMAN:  15, 20 minutes, something like

4   that.

5       MR. KHOJASTEH:  Okay.

6       MR. BOWMAN:  Maybe not that long.

7       MR. KHOJASTEH:  Could we take a quick break,

8   and then --

9       MR. BOWMAN:  Sure.

10       MR. KHOJASTEH:  -- I'll come back to you and

11  advise you on our position?

12      MR. BOWMAN:  Sure.

13      MR. KHOJASTEH:  Sure.

14      THE VIDEOGRAPHER:  Okay.  With that, we'll go

15  off the record, and the time is 3:50 p.m.

16       (A recess was taken.)

17      THE VIDEOGRAPHER:  Okay.  We're back on the

18  record.  The time is 3:51.

19      MR. KHOJASTEH:  Mr. Bowman, to the extent that

20  we are able to grant you an additional 20, 25

21  minutes as you requested, would that obviate the

22  need for motion practice regarding your request to

23  bring back Mr. Bovino to testify at the preliminary

24  injunction hearing on Wednesday?

25      MR. BOWMAN:  It would not.  The -- I indicated

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  a moment ago that what I had specifically prepared

2  for today includes some additional questioning of

3  Mr. Bovino with respect to the Little Village

4  matter, as well as some questioning regarding some

5  tweets on an account that is apparently managed by

6  others on Mr. Bovino's behalf.

7       What I didn't indicate is that there were many

8  areas that were obstructed during the original

9  session of the deposition that I'm not prepared to

10  cover today because I went into this session with

11  only 22 minutes available to me and no suggestion

12  that there might be an offer of additional time.

13       So as a practical matter, to go back and

14  resurrect those issues and go over them again,

15  presumably in -- in -- in a non-obstructive

16  environment, as a practical matter, I can't do that.

17  As a practical matter, the -- our review of the

18  transcript indicates that a very significant

19  fraction of the total deposition transcript reflects

20  the commentary of counsel on me and my questions and

21  instructions not to answer stuff, to the point where

22  to correct that would require, assuming I could do

23  it as a practical matter, not just the 15 to 20

24  minutes that I just mentioned with respect to what

25  I've prepared for today, but, you know, an

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   additional hour to recover what was lost to me last
 2   week.
 3         MR. KHOJASTEH:  So just so I'm clear, two
 4   questions, Mr. Bowman.  Are you able to articulate
 5   for me the other areas of examination you feel --
 6   without conceding that -- your characterization of
 7   the transcript and the deposition, are you able to
 8   identify for me, so I can take them -- take it under
 9   advisement right now, the additional areas of
10   examination you'd like to cover today in order to
11   avoid having to bring Mr. Bovino to testify on
12   Wednesday?
13         And can -- are you able -- is it -- am I
14   correct in understanding that in addition to the 20
15   to 25 minutes you'd need today to cover the Little
16   Village incident and the tweets regarding -- the
17   tweets that you've referred to, there are -- you'd
18   need an additional hour to cover the -- to -- I
19   think you used the language "resurrect" the other
20   areas of your examination.  So in total, you'd like
21   another hour and 20 minutes on the record this
22   afternoon?
23         MR. BOWMAN:  To answer your question, and as a
24   practical matter, I can't do it for the reasons that
25   I stated, but --
```

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   MR. KHOJASTEH:  I note that Mr. Bowman is

2 reading from a phone right now.  Go ahead.

3   MR. BOWMAN:  Those areas include a number

4 of --

5   THE REPORTER:  Mr. Bowman, can you clip your

6 lapel mic?  I'm sorry.

7   MR. BOWMAN:  Oh, sorry.  Those areas include a

8 number of incidents that I had prepared to cover

9 with Mr. Bovino that are the subject of declarations

10 and filings in Court that I had to skip over.  There

11 were a number of opportunities to -- that I wished

12 to pursue and had to skip over to discuss with

13 Mr. Bovino the issue of statements that he has made

14 and how they relate to what we view as viewpoint

15 discrimination.  I skipped over -- I had the Hott

16 declaration identified as an exhibit, had questions

17 for him about that.

18   I had a number of questions regarding the chain

19 of command, specifically communications between Mr.

20 Bovino and Secretary Noem and others in the White

21 House.  That was altogether shut down.  I had a

22 number of questions about general tactics, including

23 the use of roving patrols that I had to curtail and

24 shorten, and I have additional questions about that.

25   My opportunity to question Mr. Bovino about

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    training was limited, again, because I was
 2    struggling with the press of time in the light of
 3    Mr. Bovino's approach to answering questions, as
 4    well as the commentary of counsel.  And, you know,
 5    that's where I am.
 6         MR. KHOJASTEH:  So I would note that at last
 7    Thursday's deposition when the issue of Mr. Hott's
 8    declaration came in, neither you nor anyone at your
 9    table had a copy of it.  We actually had to look
10    through it on our phone.  You had no intention of
11    using it as a declaration.  If you had, there
12    would've been a hard copy there.  Number two --
13         MR. BOWMAN:  No, there was a --
14         MR. KHOJASTEH:  Number two, the transcript --
15         MR. BOWMAN:  No, that's not true.
16         MR. KHOJASTEH:  Number two, the transcript
17    speaks for itself.  The questions that you were
18    asked -- that you were asked regarding the chain of
19    command were permitted, set aside for executive --
20    the issue of executive privilege with respect to
21    communications with the White House.  They were
22    permitted to the extent that they related to the use
23    of force or specific incidents.  Number -- and
24    again -- look, this is -- we're all making our
25    record here.  I'm just correcting it, right?
```

**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1     Number three, the other areas that you're
 2  referring to right now, I'm assuming whatever you
 3  want to ask him about is sometime between the first
 4  minute of the deposition and minute 2:20.  You
 5  attempted to cover in your position that because I
 6  refused to permit you to answer those questions or
 7  instructed him otherwise you are not -- you are
 8  going to need to take that time on Wednesday to ask
 9  him questions.  There's not going to be new areas of
10  examination.
11     For example, you didn't ask him anything about
12  viewpoint discrimination last week.  You're now
13  introducing that as an area of examination that you
14  would've liked to -- you would've liked to ask him
15  for, but for time constraints.  And I'm saying
16  you -- I'm asking you right now whether you --
17  you're prepared to do so today.  We've never heard
18  anything about it from you.  I don't know how it
19  relates to preliminary injunction -- injunctive
20  relief.
21     But I just want to understand, what are the
22  areas of examination that you'd like to probe with
23  Mr. Bovino on Wednesday for the benefit of the
24  Court?  Are the areas of examination that you had
25  the -- that you covered during the first

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    two-and-a-half hours of the deposition last

 2    week -- and I -- and your position is that I

 3    instructed him not to answer?

 4         MR. BOWMAN:  I -- I've just listed the areas

 5    that I did not have the opportunity to cover or did

 6    not have the opportunity to cover sufficiently or

 7    was literally blocked from going into.

 8         MR. KHOJASTEH:  I'm noting for the record that

 9    we are willing to have Mr. Bovino sit additional

10    time today.  You're refusing to take that time.

11    That's okay.

12         MR. BOWMAN:  Well, that --

13         MR. KHOJASTEH:  We can come -- let's take under

14    advisement -- we'll talk about -- you want to do the

15    20, 25 minutes.  Let me go talk to -- talk to him

16    and see whether we're going to do that.  I was happy

17    to make a compromise.  Last week, you insinuated

18    you'd be asking us for more time.  I expected to

19    receive an e- mail from you all weekend saying that

20    you were going to ask for more time.  You never did.

21    I was surprised.

22         Candidly, I thought you would've asked for more

23    time because you said you were going to ask for more

24    time.  You never did.  Yeah -- no one refused it.

25    I'm -- actually came here with the idea that
```



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    we -- there's no way you brought us here just sit

2    for 22 minutes.  But that said, let me -- we'll talk

3    to the client.  Your position's you don't want

4    to -- you don't want to go any further than 20

5    minutes today?

6        MR. BOWMAN:  No.  I'll consider -- if you'll

7    offer me 90 minutes, I'll consider it, but...

8        MR. KHOJASTEH:  And then he doesn't go on

9    Wednesday?

10        MR. BOWMAN:  No.

11        MR. KHOJASTEH:  Okay.  Well, then let --

12    let's -- because you can't articulate for me what

13    you're going call him about on Wednesday, then.  If

14    I'm giving you the extra time, I'm asking you what

15    you're going to ask him about on Wednesday that

16    wasn't covered in the deposition?

17        MR. BOWMAN:  I just listed those things.

18        MR. KHOJASTEH:  The only -- so you pointed

19    to the deposition as the reason why you're not going

20    to -- that you need to take him on Wednesday.  I'm

21    saying, if I give you extra time -- Mr. Bowman, I'm

22    not trying to be contentious with you.  I don't want

23    us to be speaking past one another.  If I'm giving

24    you extra time to cover the things you believe that

25    my objections prevented you from asking him or

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  examining, I'm asking you what, in addition to that,

2  are you planning on asking him on Wednesday?

3        MR. BOWMAN:  I just gave you my list.

4        MR. KHOJASTEH:  The viewpoint discrimination is

5  the only thing I heard that you didn't cover last

6  week, which wasn't -- you didn't cover it at all,

7  but just, is that the -- is that the position, that

8  viewpoint -- the questions regarding viewpoint

9  discrimination?

10        MR. BOWMAN:  I gave you my list.

11        MR. KHOJASTEH:  Do you mind just identifying

12  them for me again, separate from -- separate and

13  apart from what you wanted to spend the next 90

14  minutes on?

15        MR. BOWMAN:  It -- it's -- I mean --

16        MR. KHOJASTEH:  It's like the same, right?

17        MR. BOWMAN:  It's like the same.  Yeah.

18        MR. KHOJASTEH:  Okay.  So you just want to

19  cover the same ground again with him that -- if we

20  give you another 90 --

21        MR. BOWMAN:  If that's how you choose to

22  characterize it, that's fine.  I'm not --

23        MR. KHOJASTEH:  I was trying to understand it.

24  I want to know the overlap.

25        MR. BOWMAN:  You interrupt me.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      MR. KHOJASTEH:  I apologize.

2      MR. BOWMAN:  I am not here to argue with you.

3  I have made my record.  I have told you those things

4  that I believe I was unable to pursue sufficiently

5  for the benefit of everyone, and that's my position.

6  I think what should happen now is we should go off

7  the record, each of us, and go to our separate

8  corners and decide what we're going to do.

9      MR. KHOJASTEH:  All right.  Just want to know.

10  I've asked Mr. Bowman to identify for me what --

11  what - - what areas of examination he'd like to

12  continue today's deposition for to take an

13  additional 90 minutes to cover.  I've also asked him

14  to identify what areas of examination he would like

15  to take -- he would like to pursue at the hearing

16  Wednesday.

17      He's unable to identify for me which are going

18  to be at the deposition today and which are going to

19  be at the hearing on Wednesday.  In fact, he

20  concedes it's likely the same.  We're all happy to

21  go off the record. We'll come back and decide

22  whether we're going to do the additional 25 minutes

23  or 90 minutes, and we'll take it from there.

24      MR. BOWMAN:  Okay.  We're off the record?

25      THE VIDEOGRAPHER:  Okay.  We're off the record.

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    The time is 4:02.
 2            (A recess was taken.)
 3        THE VIDEOGRAPHER:  We're back on the record and
 4    the time is 4:26.
 5        MR. KHOJASTEH:  Good afternoon.  We are happy
 6    to report that the parties have reached an agreement
 7    whereby Defendants have agreed to produce Mr. Bovino
 8    for an additional 90 minutes of deposition testimony
 9    to be held tomorrow morning on November 4th.
10    In exchange, Plaintiffs have agreed to not call
11    Mr. -- not call, not make any application to call
12    Mr. Bovino as a witness at the preliminary
13    injunction hearing to be held on Wednesday.
14        MR. BOWMAN:  All right, that's correct.  And
15    this probably goes without saying, but as a live
16    witness, we will obviously make what use is
17    appropriate of the deposition itself.
18        MR. KHOJASTEH:  Of course.
19        MR. BOWMAN:  And --
20        MR. KHOJASTEH:  As your -- as -- as your -- as
21    a -- as permitted by the very relevant Rules and the
22    like.
23        MR. BOWMAN:  And before we go off the record,
24    I don't want to forget to formally request that, at
25    the outset of the deposition tomorrow morning, we be
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   provided with the video that Mr. Bovino referred to

2   in his testimony, but couldn't --

3        MR. KHOJASTEH:  Identify.

4        MR. BOWMAN:  -- identify that he said shows the

5   rock being thrown at him before he deployed the

6   canister of CS gas.

7        MR. KHOJASTEH:  I -- we are taking that request

8   under advisement, and obviously, we'll work

9   with -- we'll do everything we can to have that

10  produced to you.

11       MR. BOWMAN:  Thank you.  I -- we -- to be

12  clear, we'd like it so we can ask him about it.

13       MR. KHOJASTEH:  Of course.  Of course.  Okay,

14  man.

15       MR. BOWMAN:  And we'll go off --

16       THE VIDEOGRAPHER:  And with that, we'll go off

17  the record.  The time is 4:28.

18          (Deposition suspended at 4:28 p.m. CT)

19

20

21

22

23

24

25
```

Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            CERTIFICATE OF DIGITAL REPORTER

 2                  STATE OF ILLINOIS

 3

 4   I do hereby certify that the witness in the foregoing

 5   transcript was taken on the date, and at the time and

 6   place set out on the Title page hereof, by me after

 7   first being duly sworn to testify the truth, the whole

 8   truth, and nothing but the truth; and that the said

 9   matter was recorded digitally by me and then reduced to

10   typewritten form under my direction, and constitutes a

11   true record of the transcript as taken, all to the best

12   of my skill and ability. I certify that I am not a

13   relative or employee of either counsel and that I am in

14   no way interested financially, directly or indirectly,

15   in this action.

16

17

18

19

20

21

22   MEGAN WEINER,

23   DIGITAL REPORTER/NOTARY

24   MY COMMISSION EXPIRES ON: 06/27/2029

25   SUBMITTED ON: 11/04/2025
```

OFFICIAL SEAL
MEGAN MILA NOLASCO WEINER
Notary Public, State of Illinois
Commission No. 1012738
My Commission Expires June 27, 2029



**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

**Exhibit 16_**
**Bovino** 9:23,24
10:2

**Exhibit 18_**
**Bovino** 12:18,
22

**Exhibit 19_**
**Bovino** 13:6,7,
13

**Exhibit 20_**
**Bovino** 14:8,10

**Exhibit 21_**
**Bovino** 19:18,
22 20:1

**Exhibit 22_**
**Bovino** 21:23
22:1

**Exhibit 23_**
**Bovino** 23:9,
11,23

**1**

**11:00** 12:10

**11:01:20** 11:15

**11:01:38** 12:19
13:19,20

**11:01:48** 11:15
13:10,18,20
14:21

**148** 11:13

**15** 26:3 27:23

**16** 9:23,24 10:2

**17** 11:11,20

**18** 12:18,22

**19** 13:6,7,13

**2**

**20** 14:8,10 26:3,
20 27:23 28:14,
21 32:15 33:4

**2025** 6:6

**21** 19:18,22
20:1 23:14

**2111** 6:8

**22** 21:23 22:1
27:11 33:2

**23** 9:25 11:15
12:10 19:24
23:9,11,18,23
24:8

**25** 26:20 28:15
32:15 35:22

**25-CV-12173**
6:11

**2:20** 31:4

**3**

**3:24** 6:7

**3:50** 26:15

**3:51** 26:18

**3rd** 6:6

**4**

**44-page** 19:20

**4:02** 36:1

**4:26** 36:4

**4:28** 37:17,18

**4th** 36:9

**5**

**50** 21:18

**6**

**60** 7:15

**9**

**90** 33:7 34:13,
20 35:13,23
36:8

**A**

**a.m.** 11:15
12:19 13:10

**account** 16:18
27:5

**acknowledge**
12:11

**actions** 19:15

**acts** 24:14

**addition** 28:14
34:1

**additional**
24:10 25:3,8
26:20 27:2,12
28:1,9,18 29:24
32:9 35:13,22
36:8

**Additionally**
20:12

**administration**
8:2,21 9:11

**advise** 26:11

**advisement**
25:16 28:9
32:14 37:8

**advocating**
8:23

**aerial** 21:24

**affirm** 7:5

**afternoon** 7:14
28:22 36:5

**Agent** 21:10

**agents** 7:17
16:6 20:10
21:10

**agents'** 19:8

**aggressively**
21:9

**agree** 13:18

**agreed** 36:7,10

**agreement**
36:6

**ahead** 15:6
24:4 25:5 29:2

**air** 13:2,4,12

**alike** 18:21

**allot** 25:3

**allotted** 24:11

**altogether**
29:21

**amount** 25:3

**answering**
8:25 9:1 30:3

**apologize**
14:24 35:1

**apparent**
13:22

**apparently**
27:5

**appears** 13:3
23:5

**application**
36:11

**approach** 30:3

**approaching**
21:9

**approximately**
21:18

**area** 31:13

**areas** 25:1,10,
11 27:8 28:5,9,
20 29:3,7 31:1,
9,22,24 32:4
35:11,14

**argue** 35:2

**arm** 10:14

**articulate**
25:1,15 28:4
33:12

**artillery** 20:10

**assailant** 19:2

**assertion**
15:16

**assist** 16:17

**association**
18:23

**assuming**
27:22 31:2

**attacked** 20:14

**attempted**
31:5

**avoid** 28:11

**B**

**back** 7:20 12:1,
4,5 18:8 21:11
26:10,17,23
27:13 35:21
36:3

**based** 9:3
24:25

**basis** 8:8

**bears** 13:9

**began** 21:9

**begin** 7:10
19:9

**beginning**
23:25

**behalf** 6:23
27:6

**believed** 7:17
15:9

**benefit** 31:23
35:5

**Biden** 7:21

**bit** 23:17

**blocked** 32:7

**body-worn**
10:19 11:12
12:9 14:5 16:2
23:9

**Border** 21:10

**bottles** 20:9

**bounties** 19:7

**Bovino** 6:9 7:3,
14 9:23 24:5,
11,24 26:23



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

27:3 28:11
29:9,13,20,25
31:23 32:9
36:7,12 37:1

**Bovino's** 27:6
30:3

**Bowman** 6:15,
22 7:1,11,13
8:9 9:5,15 10:6,
7,12 11:22,23
12:7,25 13:17
14:12,18,25
15:2,4,7 18:14
20:3,19 22:2,4,
6,7,17,21,24
23:2,8,14,22
24:7 25:7,13,
17,21,25 26:3,
6,9,12,19,25
28:4,23 29:1,3,
5,7 30:13,15
32:4,12 33:6,
10,17,21 34:3,
10,15,17,21,25
35:2,10,24
36:14,19,23
37:4,11,15

**break** 26:7

**bring** 26:23
28:11

**brought** 33:1

**building** 6:7

**buildings**
19:10

---

**C**

**call** 24:23
33:13 36:10,11

**camera** 10:19
11:12 12:9 14:5
16:2 23:10,24

**Candidly**
32:22

**canister** 11:4
12:12,14,15
13:1,4,11
15:12,17 21:25
22:10,11,14
24:3 37:6

**car** 18:8

**carrying** 20:13

**case** 6:11
19:14

**Central** 6:7

**chain** 29:18
30:18

**changing** 9:18

**characterizati
on** 28:6

**characterize**
34:22

**check** 23:12

**chemical**
21:17

**chest** 10:14

**Chicago** 6:8,
10 7:18

**choose** 34:21

**Christian**
21:10

**chunk** 24:15

**circle** 22:9

**circled** 10:16

**circumstance**
24:13

**clear** 28:3
37:12

**clergy** 8:23

**client** 33:3

**clip** 11:12,14
29:5

**Closed** 7:22

**Club** 6:10

**co-counsel**
24:22

**coincidence**
18:11,17,19

**collect** 19:7

**color** 17:17
18:22,25 19:1,

12

**command**
7:18 29:19
30:19

**Commander**
24:10

**commentary**
27:20 30:4

**commercial**
20:10

**communicate
d** 8:1,21 9:8

**communicatio
ns** 8:7,17 9:2,
13 29:19 30:21

**complete**
24:18

**compromise**
32:17

**concedes**
35:20

**conceding**
28:6

**conclusion**
9:20 10:22

**constraints**
31:15

**contentious**
33:22

**continue** 25:2
35:12

**CONTINUED**
7:12

**copy** 22:3 30:9,
12

**corner** 13:23

**corners** 35:8

**correct** 13:12
20:5 27:22
28:14 36:14

**correcting**
30:25

**counsel** 6:13
7:9 24:14,20
27:20 30:4

**counting**
23:15

**court** 6:5,12
7:4 29:10 31:24

**cover** 26:1
27:10 28:10,15,
18 29:8 31:5
32:5,6 33:24
34:5,6,19 35:13

**covered** 31:25
33:16

**covering**
10:14

**crowd** 19:9,10
20:24 21:1,9

**crowds** 20:5,9
21:2

**CS** 15:12 37:6

**CT** 37:18

**curtail** 29:23

---

**D**

**day** 6:6

**decide** 35:8,21

**declaration**
29:16 30:8,11

**declarations**
29:9

**defendants**
6:18,19,21 36:7

**defending**
24:14

**deployed**
21:17 37:5

**deposition** 6:9
9:21,23 11:3,12
12:18 13:7
19:18 21:23
24:1,15,18,25
27:9,19 28:7
30:7 31:4 32:1
33:16,19 35:12,
18 36:8,17,25
37:18

**describe** 20:23

**describes**
19:23

**designate**
11:11 14:7

**designated**
14:7

**detainees**
20:13

**dial** 11:1

**DIRECT** 7:12

**direction** 14:2
15:11

**discharged**
24:2

**discrimination**
29:15 31:12
34:4,9

**discuss** 29:12

**discussing**
9:20

**District** 6:12

**Division** 6:13

**documented**
16:21

**dress** 18:21

**due** 19:5

---

**E**

**e-** 32:19

**earlier** 23:7
24:22

**Eastern** 6:13

**effect** 17:25
18:2,3,9

**Elizabeth** 6:19

**Ellis** 16:12

**end** 11:3 20:8,
12 24:11

**engaged** 24:15

**entirety** 11:6

21:3



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

environment 27:16

et al 6:10,11

events 16:18

evidence 15:15 16:16,19

exam 25:10

examination 7:12 25:2,11 28:5,10,20 31:10,13,22,24 35:11,14

examining 34:1

excerpt 14:6 19:17,19

exchange 36:10

executive 8:8 9:4 30:19,20

exhibit 9:23,24 10:1,2 11:11,20 12:18,22 13:6, 7,13 14:8,10,20 19:18,22 20:1 21:22,23 22:1,9 23:9,11,23 29:16

expected 32:18

expired 24:8

expression 21:15

extent 8:6,24 9:1 24:21 26:19 30:22

extra 33:14,21, 24

extraordinary 24:13

---

**F**

faced 20:5

facing 19:24 20:24 22:14

---

24:2

fact 17:17 18:5, 20 35:19

fair 17:4,5

FBI 6:7

federal 19:8 20:10

feel 28:5

feet 21:18

FEMALE 12:3

filings 29:10

fine 34:22

fireworks 20:10

fly 12:15

flying 13:11

footage 21:24

force 30:23

forget 36:24

form 8:4 10:3 13:14 14:14 18:13

formally 36:24

forward 9:9

foundation 10:4,9 14:15

fraction 27:19

frames 22:19

fuck 12:3

---

**G**

gang 17:18,22 18:4,7,20,24 19:2,6,11

gangs 19:6

gas 15:12 37:6

gave 7:15 21:11 34:3,10

general 10:23 11:7 29:22

---

give 7:6 24:21 33:21 34:20

giving 33:14, 23

good 6:25 7:14 8:19 36:5

grant 26:20

Gregory 6:9

ground 34:19

group 21:22 22:9

---

**H**

Hagy 6:16

hand 7:3 9:18, 22

handed 19:23

happen 22:24 35:6

happy 32:16 35:20 36:5

hard 8:22 30:12

head 16:20

Headline 6:10

heads 19:8

heard 31:17 34:5

hearing 24:25 26:24 35:15,19 36:13

Hedges 6:19

held 7:20 36:9, 13

Hiscock 6:20

Hold 20:11,18, 25

holds 23:1

hoodies 17:16 18:9,10,12,18, 25 19:9

---

Hott 29:15

Hott's 30:7

hour 28:1,18, 21

hours 23:6 32:1

House 8:7,20 9:2,11,14 29:21 30:21

---

**I**

idea 32:25

identical 14:20

identification 9:23 10:2 11:11,20 12:17, 22 13:6,13 14:10 16:16,25 19:18,22 20:1 21:23 22:1 23:8,11

identified 29:16

identify 6:14, 24 14:1 15:24 16:11,12 17:3 19:11 28:8 35:10,14,17 37:3,4

identifying 34:11

II 6:9

Illinois 6:8,13

image 12:18, 19,24 13:7,8, 11,21 14:4,9,13 23:9

images 13:24

impeded 24:19

impression 17:20

incident 25:18, 20 28:16

incidents 29:8 30:23

---

include 29:3,7

includes 19:21 27:2

including 29:22

individuals 18:6

injunction 24:24 26:24 31:19 36:13

injunctive 31:19

insinuated 32:17

instruct 8:5 9:3

instructed 31:7 32:3

instruction 9:12

instructions 27:21

insufficiencies 24:25

intelligence 19:5

intend 24:23

intended 11:19

intention 30:10

interrupt 34:25

interrupting 23:2

interview 7:15

interviewed 7:24

introducing 31:13

invasion 11:18

issue 9:10 29:13 30:7,20

issues 27:14



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**J**

journalists 8:22

Judge 16:11

judges 7:20,21

**K**

keeping 18:20

Khojasteh 6:17,25 8:4,24 9:12 10:3,8 11:21,24 12:23 13:14 14:14,24 15:3,5 18:13 20:16 22:2,5, 17,22,25 23:3, 12,20 24:4,20 25:9,14,19,23 26:2,5,7,10,13, 19 28:3 29:1 30:6,14,16 32:8,13 33:8, 11,18 34:4,11, 16,18,23 35:1,9 36:5,18,20 37:3,7,13

kind 10:15

Kings 17:18,21 18:4,7,23 19:6

Kristi 6:10

**L**

Lacks 10:3,8 14:14

landed 21:18

language 21:21 28:19

lapel 29:6

Latin 17:17,21 18:4,7,23 19:6

lawyers 6:22

left-hand 13:23

liberal 7:21

light 7:16 30:2

limited 30:1

Lindsay 6:16

list 34:3,10

listed 32:4 33:17

listen 7:23

literally 32:7

live 36:15

location 16:17 19:3

Locke 6:15

long 26:6

looked 13:12

lost 28:1

lot 10:25

lower 13:23

**M**

made 17:16 29:13 35:3

mail 32:19

make 32:17 36:11,16

making 10:4 19:2 20:14 30:24

MALE 12:1,4

man 37:14

managed 27:5

mark 12:17 13:6 21:22 23:8

marked 10:2 11:20 12:22 13:13 14:10 19:21 20:1 22:1 23:11

marking 9:22 19:17

maroon 17:15, 17,21 18:3,9, 10,12,17,22,25 19:1,9,12

matter 6:10 27:4,13,16,17, 23 28:24

Megan 6:5

member 19:2

members 18:20

memorized 16:19

mention 17:16

mentioned 27:24

met 21:8

mic 29:6

middle 21:18

mind 34:11

minute 31:4

minutes 7:15 13:9 23:14,18 24:8 26:3,21 27:11,24 28:15, 21 32:15 33:2, 5,7 34:14 35:13,22,23 36:8

misunderstan d 17:22

mob 21:11,12, 13,15,19 22:14 24:2

Mobs 21:5

moment 14:5 27:1

morning 12:10 24:23 36:9,25

motion 26:22

munition 21:17

munitions 12:12 13:1,3

**N**

narrative 19:21 20:9

night 7:16

Noem 6:11 29:20

non-obstructive 27:15

Northern 6:12

note 14:19 23:5 24:20 29:1 30:6

noting 32:8

November 6:6 36:9

number 6:11 9:23 16:16,19, 25 24:10 29:3, 8,11,18,22 30:12,14,16,23 31:1

**O**

Obama 7:21

object 8:4 10:3 13:14 14:14 18:13 24:17

objection 8:24 10:8 23:4

objections 33:25

observers 8:22

obstructed 27:8

obstruction 24:14

obviate 26:21

October 9:25 11:15 12:9 19:24

offer 27:12 33:7

officer 10:13 12:1,4

officers 9:10

officials 8:8

opportunities 29:11

opportunity 7:23 25:4 29:25 32:5,6

opposite 9:8

order 28:10

original 27:8

outset 36:25

overlap 34:24

**P**

p.m. 6:7 26:15 37:18

paragraph 20:8,12 21:8, 15,16

parties 36:6

past 13:20 33:23

Patrol 21:10

patrols 29:23

pavement 13:22

pending 6:11

people 20:23 21:3

perimeter 20:15

period 26:1

permit 31:6

permitted 30:19,22 36:21

person 16:17

personal 11:19

perspective



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

12:11

**Philip** 6:20

**phone** 29:2
30:10

**photograph**
22:13

**picture** 10:11

**pieces** 13:22

**place** 19:4,7

**Plaintiffs** 6:15,
16,23 36:10

**planning** 34:2

**play** 11:10

**played** 11:25

**point** 15:16
24:8 27:21

**pointed** 33:18

**portion** 19:20

**position** 26:11
31:5 32:2 34:7
35:5

**position's**
33:3

**potential** 19:1

**potentially**
18:6

**pouch** 10:15

**practical**
27:13,16,17,23
28:24

**practice** 26:22

**preliminary**
24:24 26:23
31:19 36:12

**prepared**
19:14 27:1,9,25
29:8 31:17

**present** 19:3

**president**
7:14,22,23

**press** 30:2

**prevented**

33:25

**prior** 14:20
15:11 19:5

**privilege** 8:8
9:4 30:20

**probe** 31:22

**PROCEEDING
S** 6:1

**produce** 36:7

**produced**
11:13 16:5
37:10

**proposition**
8:2

**protected**
20:14

**protestors**
8:22

**provided** 37:1

**pursue** 29:12
35:4,15

**put** 7:21 22:9

---

**Q**

**question** 8:25
9:1,16,17 10:9
11:16 13:19
15:8 16:15
18:15 20:22
23:21,24 24:1,4
28:23 29:25

**questioning**
27:2,4

**questions**
10:23 24:10
25:12,17,21
27:20 28:4
29:16,18,22,24
30:3,17 31:6,9
34:8

**quick** 26:7

**quote** 7:22

---

**R**

**raise** 7:3

**reached** 36:6

**read** 21:6

**reading** 29:2

**reads** 21:16
23:14

**reason** 24:13
33:19

**reasonable**
26:1

**reasons** 28:24

**recall** 10:23
11:4,8 15:12

**receive** 32:19

**recess** 26:16
36:2

**recognize** 10:1

**record** 6:3,14
14:8 23:17
24:9,18 25:14
26:15,18 28:21
30:25 32:8
35:3,7,21,24,25
36:3,23 37:17

**recording**
11:25 12:6

**recover** 28:1

**red** 10:16

**referred** 28:17
37:1

**referring** 15:1
20:17 31:2

**reflects** 27:19

**refuse** 9:16,17

**refused** 31:6
32:24

**refusing** 9:6
32:10

**rein** 9:9

**REL** 11:13

**relate** 29:14

**related** 30:22

**relates** 31:19

**relating** 11:3
19:15

**released** 15:17

**releasing**
15:12

**relevant** 36:21

**relief** 31:20

**remember**
16:7,9,23,25

**report** 16:21
19:14,17,20,22
36:6

**reporter** 6:5
7:4,5,9 23:16
29:5

**representation**
12:8 23:1

**representation
s** 10:4

**representing**
22:18

**request** 26:22
36:24 37:7

**requested**
26:21

**require** 27:22

**respect** 27:3,
24 30:20

**response** 7:19

**resurrect**
27:14 28:19

**reveal** 8:6 9:1

**review** 27:17

**rioters** 21:3

**rock** 13:22
14:13 15:10,17
16:13 17:10
37:5

**rocks** 14:1
20:9

**rooftops** 19:7

**Roosevelt** 6:8

**roving** 29:23

**Rules** 36:21

**runs** 11:14

---

**S**

**Sarmad** 6:17

**scene** 21:24

**seconds**
13:10,19,20

**Secretary**
29:20

**secure** 20:14

**segment** 23:25

**sentence**
20:16 21:16

**separate** 34:12
35:7

**session** 9:21
10:22 17:16
27:9,10

**set** 30:19

**shared** 7:17
14:9

**shell** 20:10

**shorten** 29:24

**shortly** 12:10

**show** 11:21,22
13:5 20:6
21:21,22 22:13
23:23 24:1

**showed** 10:21
11:2 12:20 13:8
23:6

**showing** 14:4,
23

**shown** 10:24,
25 11:8

**shows** 12:11
17:10 22:8 37:4



**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

shut 29:21

significant 27:18

signifies 18:23

signify 19:1

signifying 8:15

simultaneously 11:18

single 15:3

sir 11:16 12:8 19:15

sit 32:9 33:1

situation 19:23

skip 29:10,12

skipped 29:15

solemnly 7:5

Sotelo 9:25

space 11:19

SPEAKER 12:3

speaking 33:23

speaks 30:17

specific 30:23

specifically 27:1 29:19

spend 34:13

standing 10:13

stands 23:4

started 23:16, 17

state 24:9,17

stated 28:25

statements 29:13

States 6:12 7:15

stopped 12:6

street 17:18,21

18:4,7,24 19:2, 5,6,11 21:25

struck 15:10

struggling 20:23 30:2

stuff 27:21

subject 29:9

subjects 9:19

subsequent 13:11

sufficiently 32:6 35:4

suggestion 27:11

Supervisory 21:10

supports 15:16 16:18

surprised 32:21

surrounded 20:13

suspended 37:18

swear 7:4,5

Sydney 6:4

T

table 30:9

tactics 29:22

tag 16:16

taking 18:7 37:7

talk 32:14,15 33:2

ten 13:10,18,20

testified 18:5

testify 17:25 24:24 26:23 28:11

testimony 7:6 15:13 17:22

36:8 37:2

thing 21:7 34:5

things 9:9 19:8,23 20:4 26:1 33:17,24 35:3

thinking 17:24

thought 32:22

threw 21:25 22:14

throwing 11:4 20:9 22:10,11

thrown 14:2 15:10,11,17 16:13 17:11 37:5

Thursday's 30:7

time 6:6 11:10 14:5 18:1 22:20 23:12 24:9,12, 16 25:3,8,23 26:1,15,18 27:12 30:2 31:8,15 32:10, 18,20,23,24 33:14,21,24 36:1,4 37:17

timestamp 13:9 14:19,20, 22 23:5

timestamped 12:19

timestamps 11:14 22:22

today 6:5,6 25:1 27:2,10,25 28:10,15 31:17 32:10 33:5 35:18

today's 35:12

told 35:3

tomorrow 36:9,25

tone 9:9

top 19:10

topic 9:19

tossing 12:12, 13

total 27:19 28:20

training 30:1

transcript 27:18,19 28:7 30:14,16

transport 20:13

true 30:15

Trump 8:1,20 9:11

truth 7:7

turning 9:19

tweets 25:22 27:5 28:16,17

two-and-a-half 32:1

U

unable 24:12, 18 35:4,17

understand 8:12 24:22 31:21 34:23

understanding 28:14

UNIDENTIFIE D 12:1,3,4

United 6:12 7:15

V

van 20:13

vehicle 12:2

Velez 21:11

video 9:24 10:21,24 11:4, 8,12,13,17,25 12:6,9,11,13, 16,19,20 13:8

15:15,20,21,22, 23,24 16:3,5,8, 11,14,16,18 17:1,3,10,13 23:6,24 37:1

videos 7:16 10:25

view 24:12 29:14

viewpoint 29:14 31:12 34:4,8

Village 9:19,25 11:3 12:9 19:15,24 21:24 25:18,19 27:3 28:16

violence 8:23 19:4

violent 19:5 20:5,9,24 21:1, 2,9,12,15,19 22:13 24:2

volume 6:9

W

wanted 16:17 17:15 34:13

warning 21:11

weapons 18:8

wearing 10:18 18:17

Wednesday 26:24 28:12 31:8,23 33:9, 13,15,20 34:2 35:16,19 36:13

week 9:21 15:9 24:16 28:2 31:12 32:2,17 34:6

weekend 32:19

Weiner 6:5

West 6:8



Kentuckiana Reporters
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**white**  8:7,20
9:2,11,14
13:22,24  14:1,
13,16,17,25
15:2,10,16
17:10  29:20
30:21

**wide**  24:15

**widely**  7:17

**wished**  29:11

**woman**  9:24

**work**  25:2  37:8

**worries**  22:5

**would've**
30:12  31:14
32:22

---

**Y**

---

**year**  10:1

**yesterday**
15:9

---

**Z**

---

**Zoom**  6:23



**Kentuckiana Reporters**
110 North Wacker Drive, Suite 2500
Chicago, IL 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS