LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

### NO. 25-CV-12173

**CHICAGO HEADLINE CLUB, BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL 34071, NABET-CWA LOCAL 54041, RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD, DAVID BLACK, WILLIAM PAULSON, AUTUMN REIDY-HAMER, and LEIGH KUNKEL,**

on behalf of themselves and others similarly situated

V.

**KRISTI NOEM, Secretary, ET AL.**

### DEPONENT: GREGORY BOVINO, VOL. III

### DATE: November 04, 2025



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com
☎ 877.808.5856 | 502.589.2273

1     IN THE UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF ILLINOIS
2             EASTERN DIVISION
      HONORABLE SARA L. ELLIS, DISTRICT JUDGE
3             NO. 25-CV-12173

4

5    CHICAGO HEADLINE CLUB, BLOCK CLUB CHICAGO, CHICAGO
     NEWSPAPER GUILD LOCAL 34071, NABET-CWA LOCAL 54041,
6       RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD,
           DAVID BLACK, WILLIAM PAULSON,
7    AUTUMN REIDY-HAMER, and LEIGH KUNKEL, on behalf of
         themselves and others similarly situated,
8                   Plaintiffs

9
                         V.
10

11   KRISTI NOEM, Secretary, U.S. Department of Homeland
       Security (DHS); TODD LYONS, Acting Director, U.S.
12     Immigration and Customs Enforcement (ICE); MARCOS
         CHARLES, Acting Executive Associate Director,
13    Enforcement and Removal Operations, ICE; RUSSELL HOTT,
       Chicago Field Office Director, ICE; RODNEY S. SCOTT,
14   Commissioner, U.S. Customs and Border Protection (CBP);
     GREGORY BOVINO, Chief Border Patrol Agent, CBP; DANIEL
15    DRISCOLL, Director of the Bureau of Alcohol, Tobacco,
     Firearms and Explosives (ATF); WILLIAM K. MARSHALL III,
16   Director of the Federal Bureau of Prisons (BOP); PAMELA
       BONDI, Attorney General of the United States; U.S.
17    DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF
        JUSTICE; UNIDENTIFIED FEDERAL OFFICER DEFENDANTS;
18    UNIDENTIFIED FEDERAL AGENCY DEFENDANTS; and DONALD J.
          TRUMP, President of the United States,
19                   Defendants

20

21                   ██████████████

22

23   DEPONENT: GREGORY BOVINO, VOL. III

24   DATE:    NOVEMBER 4, 2025

25   REPORTER: KORTNEY CHASE

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        APPEARANCES

 2

 3  ON BEHALF OF THE PLAINTIFFS, CHICAGO HEADLINE CLUB,
    BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL
 4  34071, NABET-CWA LOCAL 54041, ILLINOIS PRESS
    ASSOCIATION, RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD,
 5  DAVID BLACK, WILLIAM PAULSON, AUTUMN REIDY-HAMER, and
    LEIGH KUNKEL, on behalf of themselves and others
 6  similarly situated:
    Locke Bowman, Esquire
 7  Lindsay Hagy, Esquire
    Justin Hill, Esquire
 8  Tara Thompson, Esquire
    Loevy & Loevy
 9  311 North Aberdeen Street
    Chicago, Illinois 60607
10  Telephone No.: (312) 243-5900
    E-mail: locke@loevy.com, tara@loevy.com,
11  lindsay@loevy.com, hill@loevy.com,

12  ON BEHALF OF THE PLAINTIFFS, CHICAGO HEADLINE CLUB,
    BLOCK CLUB CHICAGO, CHICAGO NEWSPAPER GUILD LOCAL
13  34071, NABET-CWA LOCAL 54041, ILLINOIS PRESS
    ASSOCIATION, RAVEN GEARY, CHARLES THRUSH, STEPHEN HELD,
14  DAVID BLACK, WILLIAM PAULSON, AUTUMN REIDY-HAMER, and
    LEIGH KUNKEL, on behalf of themselves and others
15  similarly situated:
    Craig B. Futterman, Esquire
16  Mandel Legal Aid Clinic
    6020 South University
17  Chicago, Illinois 60637
    Telephone No.: (773) 702-9611
18  E-mail: futterman@uchicago.edu

19

20

21

22

23

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                  APPEARANCES (CONTINUED)

 2

    ON BEHALF OF THE DEFENDANTS, KRISTI NOEM, Secretary,
 3  U.S. Department of Homeland Security (DHS); TODD LYONS,
    Acting Director, U.S. Immigration and Customs
 4  Enforcement (ICE); MARCOS CHARLES, Acting Executive
    Associate Director, Enforcement and Removal Operations,
 5  ICE; RUSSELL HOTT, Chicago Field Office Director, ICE;
    RODNEY S. SCOTT, Commissioner, U.S. Customs and Border
 6  Protection (CBP); GREGORY BOVINO, Chief Border Patrol
    Agent, CBP; DANIEL DRISCOLL, Director of the Bureau of
 7  Alcohol, Tobacco, Firearms and Explosives (ATF);
    WILLIAM K. MARSHALL III, Director of the Federal Bureau
 8  of Prisons (BOP); PAMELA BONDI, Attorney General of the
    United States; U.S. DEPARTMENT OF HOMELAND SECURITY;
 9  U.S. DEPARTMENT OF JUSTICE; UNIDENTIFIED FEDERAL
    OFFICER DEFENDANTS; UNIDENTIFIED FEDERAL AGENCY
10  DEFENDANTS; and DONALD J. TRUMP, President of the
    United States:
11  Sarmad Khojasteh, Esquire
    Sean Skedzielewski, Esquire
12  Patrick Hopple, Esquire
    U.S. Department of Justice
13

14

15

    Also Present: Sydney Little, Videographer; Valerie
16  Barajas, Loevy & Loevy Paralegal

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Transcription of Proceedings taken on November 14, 2025

4

```
 1                         INDEX
 2                                            Page
 3    PROCEEDINGS                               6
 4    DIRECT EXAMINATION BY MR. BOWMAN          7
 5    CROSS-EXAMINATION BY MR. KHOJASTEH        81
 6    REDIRECT EXAMINATION BY MR. BOWMAN        90
 7
 8                        EXHIBITS
 9    Exhibit                                  Page
10    25 - Deposition transcript               27
11    26 - Video from Evanston                 68
12    27 - Tweet from Andrew Branca Show       76
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        STIPULATION

 2

 3   The VIDEO deposition of GREGORY BOVINO, VOLUME III was

 4   taken at the ████████████████████████████

 5   ████████████████████████████████████████

 6   CHICAGO, ILLINOIS, 60604 on TUESDAY the 4th day of

 7   NOVEMBER, 2025 at 10:16 a.m. (CT); said deposition was

 8   taken pursuant to the FEDERAL Rules of Civil Procedure.

 9

10   It is agreed that KORTNEY CHASE, being a Notary Public

11   and Digital Reporter for the State of ILLINOIS, may

12   swear the witness.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1              PROCEEDINGS

2

3        THE VIDEOGRAPHER:  We are now on the record.

4        My name is Sydney Little.  I'm the

5    videographer today, and Kortney Chase is the court

6    reporter.  Today is the 4th day of November 2025,

7    and the time is 10:16 a.m. Central.  We're at the

8    ████████████████████████████████████████████

9    █████████ Chicago, Illinois to take the deposition of

10   Gregory Bovino, Volume III, in the matter of

11   Chicago Headline Club, et al. v. Kristi Noem, et

12   al., Case number 25-CV-12173, pending in the United

13   States District Court, Northern District of

14   Illinois, Eastern Division.  Will the Counsel

15   please identify themselves for the record?

16       MR. BOWMAN:  My name is Locke Bowman,

17   appearing on behalf of Plaintiffs.

18       MR. FUTTERMAN:  Also, Craig Futterman on

19   behalf of Plaintiffs.

20       MR. KHOJASTEH:  Sarmad Khojasteh on behalf of

21   Defendants.

22       MR. HOPPLE:  Patrick Hopple, Department of

23   Homeland Security on behalf of Defendants.

24       MR. HITCHCOCK:  Phil Hitchcock on behalf of

25   Defendants.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              THE VIDEOGRAPHER:  Great.  And will you
 2         stipulate to the Counsel on Zoom?
 3              MR. BOWMAN:  Yes.
 4              MR. KHOJASTEH:  Yes.
 5              THE VIDEOGRAPHER:  Okay.  All right.  And sir,
 6         can you please raise your right hand for the court
 7         reporter to swear you in?
 8              THE REPORTER:  Do you solemnly swear or affirm
 9         that the testimony you're about to give will be the
10         truth, the whole truth, and nothing but the truth?
11              THE WITNESS:  I do.
12              THE VIDEOGRAPHER:  Thank you.  You may begin,
13         Counsel.
14              MR. BOWMAN:  Thank you.
15                   DIRECT EXAMINATION
16    BY MR. BOWMAN:
17         Q.   Good morning again, Mr. Bovino.
18         A.   Good morning.
19         Q.   I wanted to start by returning to a discussion
20    that we had yesterday regarding video of the incident in
21    which you employed a canister with CS gas in it.
22    We were talking yesterday, sir, about a video from a
23    body- worn camera that depicts that incident.  Do you
24    remember looking at that video yesterday?
25         A.   Yes.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    You recall that in the video you can see a

2    canister deployed at one point?

3        A.    Yes.

4    Q.    Yes.    And you recall that toward the end of

5    the video clip it is possible to see you in the lower

6    right corner of the image, right?

7        A.    From the video or the picture?  I'm -- I'm

8    confused now.  I don't think I was in the lower right

9    corner of a video -- lower left, I don't know.

10   **Q.    Yeah.  I think it was the lower left.**

11       A.    When you said lower right?

12   **Q.    I did.  I was wrong.**

13       A.    Okay.  I'm -- I'm -- yeah.

14   **Q.    Lower left.**

15       A.    You might want to explain that a little bit

16   more because now I'm -- I'm a little confused --

17   **Q.    I got you confused.**

18       A.    -- on what you're going here?

19   **Q.    Well, Mr. Bovino, at the end of the videotape,**

20   **you see yourself in the lower left corner of the screen**

21   **in the vicinity of a white object that may or may not be**

22   **a rock.  Do you remember that now?**

23       A.    I do.

24   **Q.    All right.  So we talked about that videotape**

25   **yesterday and you told me that -- unless I'm**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    misunderstanding you, and I want to clarify this.  You

2    told me that that particular video does not provide

3    information for you as to the order in which two things

4    happened.  You threw the canister.  The white rock came

5    to land in your vicinity, right?  You can't tell from

6    the video which comes first?

7            A.    Yeah.  That -- that's true.  But I would like

8    to correct something from yesterday's testimony that has

9    to do with that -- what you're talking about.  You said

10   the white rock?

11           Q.    Yes.

12           A.    The white rock there.  I'd like to take a

13   moment to correct some prior testimony.  I believe that

14   white -- I was mistaken.  That white rock was -- was

15   thrown at me, but that was after -- that was after I

16   deployed less lethal means in chemical munitions.  I was

17   mixed up with several other objects in a very chaotic

18   environment and other objects that were thrown at me.

19   And I confused that white rock with other objects like

20   water bottles, and fireworks, and many other things that

21   were happening at the time.  So I want to correct that.

22           Q.    All right.  So to clarify and make sure we're

23   on the same page.  The first thing that happens -- when

24   we're talking about rocks and canisters, the first thing

25   that happens is you deployed a canister, that's -- that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   happened before the rocks?

2       A.   I -- I deployed the canister before the white

3   rock.  I didn't say -- I said the white rock.

4       Q.   **Yes.  Before the white rock?**

5       A.   Yes.

6       Q.   **That we see in the video that we looked at**

7   **yesterday?**

8       A.   Yes.

9            MR. KHOJASTEH:  Object to form.  Asked and

10           answered.

11  BY MR. BOWMAN:

12      Q.   **You deployed the canister before the black**

13  **rock was thrown, that you described hitting you in the**

14  **head?**

15      A.   Well, that -- that -- that's not correct.

16  There were canisters.  There was -- there was more than

17  one.

18      Q.   **Okay.**

19      A.   So that -- that's not --

20      Q.   **You -- you deployed the canisters, plural,**

21  **before that black rock came along and you say hit you in**

22  **the head, correct?**

23      A.   Yes.  Before the rock hit me in the head, yes.

24      Q.   **All right.  So it would not be correct to say**

25  **that you deployed the canisters because those two rocks**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   were thrown at you?  I know you've got other reasons why

2   you say you threw the canisters, but it didn't have to

3   do with those two rocks?

4       A.   I deployed both canisters because I felt this

5   was a very violent and chaotic situation.  This was a

6   situation that I and many other Border Patrol agents

7   were faced with that included the throwing of objects

8   that could hurt -- hurt or main Border Patrol agents or

9   kill Border Patrol agents, including fireworks.  So I

10  deployed those -- both those canisters, in plural -- as

11  you say, those canisters, in plural, because of a very

12  wide-ranging, very chaotic, very violent situation that

13  was unfolding both in the minutes before and the minutes

14  after I deployed those -- those two handheld less lethal

15  devices.

16      Q.   Got all that.  That doesn't answer my

17  question.  My question was: Will you confirm that you

18  did not deploy the canisters specifically because either

19  the white or the black rock was thrown at you? That's a

20  yes or no, if you can do it.  If you can't do it, I'll

21  move on.

22      A.   Well, it's -- it's not a yes or no answer.

23      Q.   All right.  Then --

24      A.   Because --

25      Q.   -- let's move on.  So my next question is: You

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  did not give a warning to the mob of violent rioters in

2  front of you before you deployed the canisters, right?

3      A.    I did not give a warning.

4      Q.    Okay.  Your report does not say you gave a

5  warning.  There was no warning whatsoever given?

6          MR. KHOJASTEH:  Object to form.  Asked and

7      answered.

8          THE WITNESS:  My report says that because that

9      wasn't an emergent circumstance, that I didn't have

10     time nor the ability to give a warning because, as

11     I outlined in my use of force report, there were

12     many situations taking place there that both

13     prevented and precluded me from giving a warning

14     due, again, to the - - the violent situation, the

15     violent rioters, and a violent mob that was

16     actively assaulting Border Patrol agents with

17     things like objects thrown.  What I -- what

18     appeared to be commercial grade fireworks, which

19     are extremely dangerous by the way.  Individuals on

20     rooftops in an area, that intelligence for at least

21     a week and a half had said individuals on rooftops

22     are something that is a -- a very critical piece

23     for a law enforcement officer to look at.  Due to

24     the fact there's bounties on law enforcement's

25     heads.  And they will try to get on rooftops, and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        perhaps conduct violence against law enforcement,

 2        and many other factors including the boxing in of

 3        law enforcement officers.  A whole litany

 4        that -- that we've already been over here.  A whole

 5        litany of -- of very violent and emergent

 6        circumstances were taking place simultaneously,

 7        which caused me to deploy those canisters in an

 8        emergent situation as per the TRO.  And that's why

 9        that was done.  And also, I'd like to add that

10        there were many warnings given by a multitude of

11        Border Patrol agents for this violent mob to get

12        back. To clear the streets so that law -- law

13        enforcement officers could move freely about to

14        conduct their lawful business.  And that was not

15        heeded for several minutes.

16   BY MR. BOWMAN:

17        Q.   Looking again at Exhibit 23 to your deposition

18   from yesterday.  You told us this is the violent mob of

19   rioters that you saw in front of you seconds before you

20   deployed the first of the two canisters; am I correct?

21        A.   Well, this is -- you know, I -- I can't tell

22   exactly what's happening from -- from a picture.  This

23   is -- this -- this -- this picture here that you've

24   given me is -- this is a snapshot in time.

25   This doesn't depict -- this does -- that's my answer.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  This does not depict everything, or even a minute part

2  of what's -- what was going on in this situation.  There

3  was a violent crowd of individuals that was violently

4  attacking Border Patrol agents both in front, to the

5  side, and behind me in many other areas.  So when you

6  show a picture like this, it does not depict anything

7  like what -- what I or my agents were faced with.  So

8  definitely a violent crowd -- sorry, a violent crowd of

9  rioters in this situation.

10      Q.   So the violence that you saw was to the left

11 of the image, to the right of the image, behind the

12 image, and all around the image, right?

13      A.   It was all --

14      Q.   Is that right?

15      A.   Not the image, no.  It was around me and --

16      Q.   Around you and around what is depicted

17 in the --

18      A.   Now, hold on a second.

19           MR. KHOJASTEH:  Mr. Bowman.  Mr. Bowman,

20      please don't interrupt him.

21 BY MR. BOWMAN:

22      Q.   Around you and what is depicted in the image,

23 right?

24      A.   No, sir.  No, that's not right either.

25      Q.   Not correct.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1        A.   The violent --

2        Q.   Let me ask you this --

3             MR. KHOJASTEH:  Mr. Bowman --

4             MR. BOWMAN:  He's answered the question.

5             THE WITNESS:  No, I have not.

6             MR. KHOJASTEH:  You -- you're not being

7        respectful, Mr. Bowman.

8             MR. BOWMAN:  I'm not being respected.  I don't

9        appreciate this.

10            MR. KHOJASTEH:  No, no.  No one's not

11       being -- if you have an -- we could go off the

12       record.  You could tell me what the problem is.  I

13       will talk to the witness about it.  No one's trying

14       to disrespect you.

15            MR. BOWMAN:  Okay.

16            MR. KHOJASTEH:  So just let -- let's --

17  BY MR. BOWMAN:

18       Q.   So I just want an answer to my question.  You

19  told me that's not correct.  You've answered my

20  question.  My question is: Does that picture depict

21  anything, any little tiny aspect of the mob of violent

22  rioters around you, behind you, to the side of you,

23  impeding you allegedly as you threw those canisters?

24  Does it depict even a tiny bit of it?

25       A.   It depicts -- it --
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    That's a yes or no.  Does it or does it not?

 2             MR. KHOJASTEH:  No.  No.  Mr. Bowman.  Mr.

 3     Bowman.

 4             THE WITNESS:  No.  No.

 5  BY MR. BOWMAN:

 6        Q.    It does not.  All right.

 7     A.    No, I -- sir -- no --

 8             MR. KHOJASTEH:  Stop answering his question.

 9     Stop answering.  Mr. Bowman, you're -- I've asked

10     like three times now.  You're badgering him and

11     you're not letting him answer the questions.

12     This is --

13             MR. BOWMAN:  Stop.

14             MR. KHOJASTEH:  No.  Mr. Bowman.

15     With respect  --

16             MR. BOWMAN:  We're going to go to Judge Ellis

17     again.  I'm not going to have this -- and not --

18     this is my last 90 minutes.

19             MR. KHOJASTEH:  Explain -- no, I got it.  So

20     I'm happy to go off the record so we don't waste

21     your time.

22             MR. BOWMAN:  I don't want to go off the

23     record.  I'm going to do your nonsense on the

24     record. He needs --

25             MR. KHOJASTEH:  It's not --
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**KENTUCKIANA**
COURT REPORTERS

     1      MR. BOWMAN:  -- to answer my question --

     2      MR. KHOJASTEH:  That not -- if he --

     3      MR. BOWMAN:  After he answers my question,

     4  I'm going to ask him another question.  You are not

     5  going to get in the middle of this.

     6      MR. KHOJASTEH:  But you're not --

     7      MR. BOWMAN:  Stop it.

     8      MR. KHOJASTEH:  -- allowed -- you're not

     9  allowed to -- if he's answering the question,

    10  you're not allowed to start yelling at him and

    11  saying it's a yes or no question.  If he's

    12  answering the question --

    13      MR. BOWMAN:  Nobody's yelling --

    14      MR. KHOJASTEH:  -- let him answer the

    15  question.

    16      MR. BOWMAN:  -- at anybody.

    17      MR. KHOJASTEH:  He's -- the record --

    18      MR. BOWMAN:  He's not yelling and I'm not

    19  yelling.  Stop talking.

    20      MR. KHOJASTEH:  That --

    21      MR. BOWMAN:  Stop it.

    22      MR. KHOJASTEH:  Still rude.  Still rude.

    23      MR. BOWMAN:  I'm not here to be polite.  I'm

    24  here to do my job and so are you.

    25      MR. KHOJASTEH:  Just could --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    BY MR. BOWMAN:
 2         Q.   Your job involves not talking.  Stop it right
 3    now.
 4              MR. KHOJASTEH:  Mr. Bowman.  I -- I --
 5    BY MR. BOWMAN:
 6         Q.   So my question was, sir: Does that picture
 7    show even a tiny bit of what was in front of you when
 8    you decided to deploy the canister of tear gas?  That is
 9    a yes or no question.  Can you answer it yes or no?
10         A.   No, I cannot answer it yes or no.
11         Q.   Okay.  You cannot answer that yes or no?
12         A.   Not yes or no, but I can answer it.
13         Q.   Did you correctly tell me yesterday that that
14    particular picture showed the mob of violent rioters
15    before you?  Did you testify truthfully on that subject
16    yesterday?  That also is a yes or no question.
17              MR. KHOJASTEH:  Object to form.
18              Mischaracterizes the testimony.  You could answer
19              the question to the best of your ability.
20              THE WITNESS:  I say that -- I say that this
21              picture does show a violent mob of rioters, and
22              many of the other -- some of the other aspects, not
23              all by any means, aspects that I talked about, such
24              as this individual here on the roof.  And I don't
25              see the individual on the other roof with the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        interlocking fields of fire there, but it does show
 2        some aspects of --
 3   BY MR. BOWMAN:
 4        Q.    Some of what caused you to deploy that
 5   canister?
 6        A.    But not all.
 7        Q.    Not all of it.  Is there a photograph that you
 8   can point me to or a camera image that you can point me
 9   to that shows the remainder of all that mob violence
10   that caused you to deploy the canister?
11        A.    I don't know.
12        Q.    Okay.  Have you seen such a thing?
13        A.    As such, a 360 view of everything that
14   happened all at the same time simultaneously?
15        Q.    Have you seen --
16        A.    No.
17        Q.    -- such a thing?
18        A.    It would -- there would have to be a hundred
19   cameras pointing completely around in a circle also
20   within, oh, I don't know a mile's radius, to capture
21   even a modicum of the threats that were -- that were
22   presented to Border Patrol agents.  You know, again,
23   we're -- we're talking about --
24        Q.    You know, Mr. Bovino --
25        A.    I -- I'd like to -- this is important --
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1              MR. KHOJASTEH:  Please let him answer the

2       question.

3              THE WITNESS:  -- this is important.

4    BY MR. BOWMAN:

5       Q.   Mr. Bovino --

6              MR. KHOJASTEH:  You're asking these questions

7    --

8    BY MR. BOWMAN:

9       Q.   Mr. Bovino --

10      A.   Yes, sir.  Yes, sir.

11             MR. KHOJASTEH:  -- you're asking these

12      questions.  Let him answer.

13   BY MR. BOWMAN:

14      Q.   Mr. Bovino --

15      A.   Yes, sir.

16      Q.   -- the question was: Have you seen such a

17   thing?  That's the question.  Your answer is either you

18   have or you haven't.  And then we move on and I ask

19   another question.  That's the way this game is played.

20   You have a lawyer who can ask you questions and then you

21   can make your speeches, but not in response to my

22   questions when you go off-topic.  And I believe your

23   answer was, you have not seen any images that show all

24   that stuff that you have just described other than

25   Exhibit 23, which we have been looking at; is that
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   correct?
 2        A.   No.  I said I couldn't remember.
 3        Q.   Couldn't remember.
 4        A.   I didn't say I hadn't seen.  I said I couldn't
 5   remember.
 6        Q.   Couldn't recall.  Very good, sir.  So you
 7   fired this canister of tear gas because you and your
 8   fellow officers were trapped in place, among other
 9   things; is that correct?
10        A.   No.  I didn't fire it.  I deployed it.
11        Q.   Deployed it.
12        A.   It's not something that's fired.
13        Q.   With that correction, is it accurate, you
14   deployed the canister in part because you and your
15   fellow officers were trapped?
16        A.   No, sir.
17        Q.   Okay.
18        A.   That's -- that's -- that's not --
19        Q.   That's not a reason?
20        A.   That's -- no, that's not --
21             MR. KHOJASTEH:  Object to form.  Lacks --
22        mischaracterizes testimony.
23             THE WITNESS:  -- that's not what -- that's not
24        the reason I deployed it.
25   BY MR. BOWMAN:
```



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1       Q.      It's one of the reasons?

2       A.      I didn't say that.

3       Q.      I'm asking you: Isn't it one of the reasons?

4       A.      No.  That's -- there -- there are many reasons

5    I deployed it that have to be taken --

6       Q.      I'm only asking you if that is one of the

7    reasons.

8       A.      They have to be taken in compendium, as I've

9    said before.

10      Q.      I appreciate that.  And I am asking you, sir,

11   if that was one of the compendium of reasons that caused

12   you to fire the tear gas.

13      A.      And -- and -- what was that again?  That we

14   were what?  The officers were what?

15      Q.      That you were trapped, sir?

16      A.      The -- we were prevented from leaving the

17   area.

18      Q.      Prevented from leaving the area.  All right.

19   So I want to play a piece of dialogue that is captured

20   on a body-worn camera.  And I believe this is you

21   talking and one of your officers talking.

22              MR. BOWMAN:  Val, can you identify this clip

23      for us for the record?

24              MS. BARAJAS:  It's deploying the tear gas?

25              MR. BOWMAN:  Huh?
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1              MS. BARAJAS:  Deploying the gas?
2              MR. BOWMAN:  "Fucking gas," yes.
3              MS. BARAJAS:  Yeah.  Yeah.  So this is REL
4       148.
5              MR. BOWMAN:  Timestamp?
6              MS. BARAJAS:  11:04.
7              MR. BOWMAN:  Okay.
8              MS. BARAJAS:  It starts at 11:04-ish -- 11:04.
9    BY MR. BOWMAN:
10         Q.   Okay.  So the video clip that we're about to
11   play is from the same body-worn camera that we have been
12   looking at, REL 148.  The timestamp here is 11:04. And I
13   want you to listen to what's said.
14                  (Video recording played.)
15                  (Video recording stopped.)
16             MR. BOWMAN:  We don't -- that's the wrong one.
17             MR. KHOJASTEH:  I know.  We're fast forwarding
18       the video now.
19             MR. BOWMAN:  Yeah.  We're looking for the
20       correct content.  Why don't we go off the record
21       and --
22             MS. BARAJAS:  Yeah, it -- it's here.  It's
23       here.
24             MR. KHOJASTEH:  No, we're here.  We're good.
25       We'll keep on the record.  I understand why you
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   don't want to show him, but that's unbelievable.
 2        MR. BOWMAN:  We're going to move to another
 3   exhibit.  We're going to move to another exhibit.
 4        MS. BARAJAS:  Yeah.  I'm going to find the
 5   right stamp.  This is not the video that was
 6   clipped correctly, so --
 7        MR. BOWMAN:  Yeah.  Okay.  All right.
 8   So we'll pass -- so we'll pass that question.
 9        MR. KHOJASTEH:  Just so I know, what was the
10   section you were just showing, 11:04 what?
11        MS. BARAJAS:  11:04.
12        MR. KHOJASTEH:  Oh, what -- that -- so it
13   started at 11 and four minutes.  No seconds number?
14   Or is that just the -- is that what it was?
15        MS. BARAJAS:  That was just starting at 11:04.
16        MR. KHOJASTEH:  All right.  Thank you.
17        THE WITNESS:  Yeah.  It looked like it was
18   11:14 there when -- when it got fast forwarded.  Is
19   that 11:14 as well?  It looked like it went quite a
20   bit to the future.  I thought I saw 11:14 as well.
21        MR. KHOJASTEH:  And you were marking that
22   as -- that -- this is the same exhibit from
23   yesterday, Mr. Bowman?
24        MR. BOWMAN:  That is the same body-worn camera
25   that we --
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  Okay.
 2              MR. BOWMAN:  -- were asking about just now.
 3   BY MR. BOWMAN:
 4       Q.   So, Mr. Bovino, did you tell your agents at
 5   some point in this situation at Little Village, "If you
 6   need to deploy gas, deploy fucking gas."  Did you say
 7   that?
 8       A.   I don't recall.
 9       Q.   When you said that, did an agent respond to
10   you, "No.  We're good.  We're good.  We're ready to move
11   out whenever you are."
12              MR. KHOJASTEH:  Object to form.
13   BY MR. BOWMAN:
14       Q.   Was that the response that you received?
15              MR. KHOJASTEH:  Object to form.  Lacks
16       foundation.
17              THE WITNESS:  I don't recall.
18   BY MR. BOWMAN:
19       Q.   Don't recall.  Did any agent other than you
20   deploy gas at Little Village on October 23rd?
21       A.   Yes.
22       Q.   So -- all right.  I want to change subjects
23   and talk with you again about a -- about your
24   relationship with Secretary of the Department of
25   Homeland Security, Kristi Noem.  You told us in the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    first session of your deposition that you take your

 2    orders from Secretary Noem.  And that was truthful

 3    testimony, right?

 4        A.    I don't remember my exact words there.

 5        Q.    Well, let me see if I can help you.

 6        A.    Okay.

 7        Q.    This is on Page 65 of the transcript that was

 8    taken of your deposition on October 30th.  At Lines 13

 9    to 18, I asked you this question: "Okay.  Is it true

10    that you take direction with respect to the operation of

11    Midway Blitz from Secretary Noem?"  Mr. Khojasteh,

12    "Object to form."  And then you answered as follows, "I

13    take orders from Secretary Noem."  Did I read that

14    correctly?

15        A.    Yes.

16        Q.    When you said that, was it true?

17        A.    I do take orders from Secretary Noem.

18        Q.    And we talked at the first session of your

19    deposition about a speech that Secretary Noem gave to

20    you and other federal agents at the Broadview ICE

21    facility one October 3rd, 2025.  Do you remember our

22    discussion about that?

23        A.    Somewhat.

24        Q.    Somewhat.  The -- I'm going to refresh your

25    recollection with some of your earlier testimony so that
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:25-cv-12173 Document #: 284-42 Filed: 11/24/25 Page 28 of 114 PageID #:8514

27

```
 1   we're talking about the same thing.
 2         MR. KHOJASTEH:  Do you have copies of the
 3   transcript, Mr. Bowman?
 4         MR. BOWMAN:  Yes, I do.
 5         MS. BARAJAS:  Just give one to you.
 6         MR. KHOJASTEH:  We should enter this as an
 7   exhibit, right?
 8         MR. BOWMAN:  It's up to you.  You want --
 9   yeah.
10         MR. KHOJASTEH:  No.  I mean, if you're going
11   to -- if you're referring to it and showing it to
12   him, I just feel like that's probably right way to
13   go.
14         MR. BOWMAN:  Tell you what, we'll put a copy
15   in front of you so you can follow along with me and
16   we'll identify it as an exhibit.  I'm going to
17   throw an exhibit sticker on there in a minute, sir,
18   so --
19         MR. KHOJASTEH:  Thank you, Mr. Bowman.
20         MR. BOWMAN:  You're welcome.  This will be
21   Exhibit 25 for our record.
22              (Exhibit 25 was marked for
23              identification.)
24         THE VIDEOGRAPHER:  Mr. Bowman, can you put
25   your mic back on?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. BOWMAN:  Oh, it's right here.

 2              THE VIDEOGRAPHER:  Thank you.

 3    BY MR. BOWMAN:

 4        Q.    I want you to turn with me to Page 192 of

 5    Exhibit 25.

 6              MR. KHOJASTEH:  I advise the -- the witness to

 7         review the scope -- the entirety of the deposition

 8         discussions with Mr. Bowman.

 9              MR. BOWMAN:  We're not going to sit here and

10         review the entirety of the deposition.

11              MR. KHOJASTEH:  No, no, I'm not -- of course

12         not.

13    BY MR. BOWMAN:

14        Q.    So do you have Page --

15              MR. KHOJASTEH:  I just meant about the section

16         you're asking about, Mr. Bowman.  I just --

17    BY MR. BOWMAN:

18        Q.    Do you have --

19              MR. KHOJASTEH:  That's not what I meant.

20    BY MR. BOWMAN:

21        Q.    Do you have do you have Page 192 in front of

22    you, sir?

23        A.    Yes.

24        Q.    I'm going to read beginning at Line 4 through

25    Line 17.  I asked you this question, referring to
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   Secretary Noem's speech to you and the federal agents on
2   October 3rd.  My question, "Okay.  Do you agree with
3   what the secretary is saying here, that your mission as
4   commander of Operation Midway Blitz is to go hard
5   against people who are advocating for violence against
6   you, your officers, their families, and so forth in the
7   way they are talking, in the way that they are speaking,
8   in who they're affiliated with, and who they're funded
9   with, and who are talking about consequences for what
10  you are doing by protecting your country?  Do you agree
11  with the secretary that that is part of your mission?"
12  Mr. Khojasteh objects, "Same objection."  And then you
13  answer, "I agree that -- with the secretary that we're
14  going to hammer people that advocate for violence."  Did
15  I correctly read that, sir?
16      A.   Yes.
17      Q.   And when you said you agree with Secretary
18  Noem that it is your job to hammer people that advocate
19  for violence, were you telling us the truth?
20      A.   I -- what --
21      Q.   That's a yes or no, sir.  Were you telling is
22  the truth?
23           MR. KHOJASTEH:  Let him answer the question,
24      Mr. Bowman.  Let him answer the question.
25  BY MR. BOWMAN:
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       Q.   Were you telling us the truth?  That's the

2  question.

3       A.   There --

4       Q.   Can you answer that yes or no?

5       MR. KHOJASTEH:  Mr. Bowman --

6       THE WITNESS:  Not in yes or no, I can't.

7  BY MR. BOWMAN:

8       Q.   Okay.  So we'll skip that question.

9       MR. KHOJASTEH:  Regarding -- Mr. Bowman --

10  BY MR. BOWMAN:

11       Q.   Moving to the next point.  You would agree

12  with me, would you not, that the woman you take orders

13  from, the Secretary of the Department of Homeland

14  Security, had everything right -- was right about

15  everything that she said on October 3rd at the Broadview

16  ICE facility?  Would you agree with me about that?

17       MR. KHOJASTEH:  Where is this, Mr. Bowman?

18  BY MR. BOWMAN:

19       Q.   That's my question.

20       MR. KHOJASTEH:  Is this on -- is this in the

21     transcript, Mr. Bowman?

22       MR. BOWMAN:  I'm asking a question.

23  BY MR. BOWMAN:

24       Q.   Do you agree with me that the secretary had

25  everything right when she gave that little speech in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    front of the Broadview ICE facility on October 3rd?

2           MR. KHOJASTEH:  Object to form.  Lacks

3       foundation.  Vague as to "everything right,"

4       whatever she's referring to.

5           THE WITNESS:  I agree that the secretary is

6       correct in that we're going after individuals, as I

7       said in my prior testimony, that threaten law

8       enforcement officers, that actively threaten

9       officers, and that perpetrate violence against

10      Border Patrol agents, ICE officers, allied law

11      enforcement officers, as we've seen time and again,

12      and I believe that's what she is -- was referring

13      to in the speech, that we'll arrest individuals

14      that -- that threaten and perpetrate violence

15      against law enforcement officers.

16  BY MR. BOWMAN:

17      Q.    My question was: Did you agree with the things

18  that Secretary Noem said in her speech?  That calls for

19  a yes or no if you can -- if you can manage it.  If you

20  can't, I'll ask you another question.

21          MR. KHOJASTEH:  Object to form.  Asked and

22      answered.

23          THE WITNESS:  I answered -- that -- that was

24      my answer.

25  BY MR. BOWMAN:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    All right.  I want to direct you to Page 187

2    of Exhibit 25, beginning at Line 14.  Let me know when

3    you're there.  We'll read it together.

4    A.    Yes, I'm there.

5    Q.    My question, "So do you remember when the

6    secretary came out to give everybody some encouragement

7    and to define the scope of the mission?"  Your answer,

8    "I remember when the secretary came out."  This is

9    referring to October 23rd at the Broadview ICE facility,

10   right?

11   A.    Yes.

12   Q.    And my next question, "And were you present

13   when she said the things that are recorded in that video

14   clip?  You were present, correct?"  Your answer is,

15   "Yes."  And that video clip was a video clip that we had

16   played for you at the time, right?  And you had it in

17   mind when you answered that question, yes?

18   A.    I said yes.

19   Q.    "And you agreed with them, referring to the

20   things that she said?"  Is my next question.  Your

21   answer, "In the video, did I agree with that? Question,

22   "Yes, what she said."  Answer, "I said, yes, ma'am."

23   Question, "Did you agree with what she said?" Moving on

24   to the next page.  Answer, "I agreed in the video."

25   Question, "And do you agree today?"  Answer, "Yes."

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Question, "Do you agree that, as part of your mission in

2    the Northern District of Illinois, it is necessary, it

3    is your mission, to go hard against those who are

4    advocating for violence?"  And your answer was, "Yes."

5    Did I read that correctly?

6        A.   Yes.

7        Q.   Here comes another question.  It calls for a

8    yes or no.  If you can't answer it yes or no, I'm going

9    to move on.  Did you testify truthfully in that passage

10   that we just read?  Yes or no?

11        MR. KHOJASTEH:  Answer it the best way you see

12        fit.

13        THE WITNESS:  I answered that question with

14        the belief that Secretary Noem was talking about

15        threats and perpetrating violence against federal

16        officers, Border Patrol agents, and ICE officers,

17        and with that in mind, my testimony was truthful.

18   BY MR. BOWMAN:

19        Q.   Okay.  Does your job in Midway Blitz include

20   hammering people who advocate for violence?

21        A.   I don't understand.  Can you -- can you say

22   that again?

23   I didn't -- I didn't catch all that.

24        Q.   Did your job in Midway Blitz incur -- include

25   hammering people and telling your officers to hammer

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 people who, "advocate for violence?"

2   A. My job in Midway Blitz can include arresting

3 individuals that perpetrate violence or threaten

4 violence against law enforcement officers, Border Patrol

5 agents, other civilians, or anyone else

6 that -- that -- that violence is threatened or

7 perpetrated against.

8   Q. Yes. You see violence threatened and you have

9 the -- and your job is to react and to hammer, right?

10    MR. KHOJASTEH: Object to form.

11    THE WITNESS: When violence is threatened,

12   that's a case by case decision --

13 BY MR. BOWMAN:

14   Q. Sure.

15   A. Based on the -- the -- the -- the context, the

16 -- what's happening in this situation. Again, each --

17 each situation is based on its own merits, based on what

18 the officer sees and that type of thing, but threatening

19 a law enforcement officer is -- is illegal.

20   Q. Okay. And advocating violence requires you to

21 respond by hammering, right?

22   A. I didn't --

23    MR. KHOJASTEH: Object to form.

24    THE WITNESS: I didn't say that.

25 BY MR. BOWMAN:

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1       Q.    I'm asking you: Is that true?

 2       A.    What -- say that again?

 3       Q.    Is it true that responding to advocacy of

 4  violence requires you to hammer?

 5       A.    If there's threatening language in there, or

 6  if they threaten law enforcement -- law enforcement

 7  officers or perpetrate violence, then it's possible

 8  those individuals could or might be arrested.

 9       Q.    Okay.  So let me ask you to look with me at

10  Page 192 to 193 of your transcript.  Exhibit 25.

11  Beginning again at Line 15, you said, "I agree that --

12  with the secretary that we're going to hammer people

13  that advocate for violence."  That's you talking, right?

14            MR. KHOJASTEH:  Read the whole --

15  BY MR. BOWMAN:

16       Q.    Last week.

17            MR. KHOJASTEH:  -- question in response, Mr.

18       Bovino.

19  BY MR. BOWMAN:

20       Q.    That's you talking last week.  Are you with

21  me?  Line 15 on Page 192.

22       A.    Line 15 is me.

23       Q.    Yes.  What you said is you talking, and what

24  you said is your truthful testimony, right?

25       A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    Yes.  Beginning at Line 19, here comes the

2    next question: "Okay.  And is that -- and that's your

3    understanding of what your job is, right?  To hammer

4    people that advocate for violence?"

5    Your answer --

6             MR. KHOJASTEH:  Object to form.

7    BY MR. BOWMAN:

8    Q.    -- "of what my job is, my."  Next question.

9             MR. KHOJASTEH:  Object to form.  You've just -

10            -

11   BY MR. BOWMAN:

12   Q.    Next question.

13            MR. KHOJASTEH:  Object to form.  You just

14        misread the question, Mr. Bowman.

15            MR. BOWMAN:  I'll read it again.

16            MR. KHOJASTEH:  Just read it the way it is.

17   BY MR. BOWMAN:

18   Q.    Question, "And is that referring to your prior

19   answer, and that's your understanding of what your job

20   is, right?"  Your answer, "Of what my job is, my,"

21   right?  We're with -- are you with me so far?

22   A.    I'm on Line 21.

23   Q.    Line 21.  Line 22 comes the next question,

24   "Yes, as commander of Operation Midway Blitz."  Answer,

25   "Well, my job is a lot more than that."  And when you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  say "that," we're talking about hammering people that

2  advocate for violence, right?

3           MR. KHOJASTEH:  Objected to form.

4  BY MR. BOWMAN:

5      Q.    That's the context for these questions.

6           MR. KHOJASTEH:  Object to form.

7           THE WITNESS:  No.

8           MR. KHOJASTEH:  Mischaracterizes the

9      testimony.

10 BY MR. BOWMAN:

11     Q.    It's not?  You had some different context in

12 mind?  Were you confused by the questions?

13          MR. KHOJASTEH:  Let's just ask one question at

14     a time.  You asked --

15 BY MR. BOWMAN:

16     Q.    Were you confused by the questions?

17     A.    No.

18     Q.    Okay.  Next question, "Oh, it's more than

19 that, but it includes this, right?"  You understood that

20 question, yes?

21     A.    I understood that it was, as I said,

22 threatening law enforcement agents and/or perpetrating

23 violence.  That's what this whole thing revolves around,

24 is threatening law enforcement officers and perpetrating

25 violence.  That's what I believed you were asking me.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    Okay.  So you had a private, secret

2  understanding of what that discussion was really about,

3  something other than what's in the transcript; is that

4  what you're telling us?

5          MR. KHOJASTEH:  Object to form.

6      Mischaracterizes testimony.  Mischaracterizes the

7      transcript.  It's in there, the transcript.  You're

8      just choosing not to read it, Mr. Bowman.

9          THE WITNESS:  No, that's not correct.

10 BY MR. BOWMAN:

11   Q.    In any event, if you look on the next page,

12 Line 1, your answer to the question that I just read is

13 "yes," is it not?

14   A.    Where's this again now?  194?  Question 1?

15   Q.    193, top of the page.  You say "yes."  193,

16 top of the page, you say "yes."

17   A.    It does say yes.

18   Q.    Yes.  And that was true, right?  You're

19 saying, yes, that was true?

20   A.    That -- yes, I'm saying that what's true is in

21 relation to the question you're -- that it was in

22 response to that my job is much more than that but does

23 include that threatening of Border Patrol agents, the

24 threatening of law enforcement officers and the

25 perpetration of violence, which is what we were all

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   talking about here.

2      Q.   Okay.  Well, actually, what we were talking

3  about, as reflected on Page 192 at Lines 15 through 18,

4  was hammering people who advocate for violence.  That's

5  what the transcript says we were talking about --

6      MR. KHOJASTEH:  Object --

7  BY MR. BOWMAN:

8      Q.   -- isn't it?

9      MR. KHOJASTEH:  Object to form. Argumentative.

10     He's explained what he understood the terms to

11     mean.  Don't badger him.

12     THE WITNESS:  I understood those terms to be

13     threatening law enforcement officers and

14     perpetrating violence against law enforcement

15     officers, and that's what I was responding to in

16     that section of this testimony.

17  BY MR. BOWMAN:

18      Q.   Do you have Exhibit 23 in front of you?  Let

19  me put it in front of you again.  These people here

20  shown in Exhibit 23, they have their -- some of them

21  have their cell phones raised; do they not?

22      A.   I see cell phones in there what appear to be

23  cell phones.

24      Q.   And they are speaking in loud and angry tones,

25  aren't they?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    This picture does not -- wouldn't depict to

 2   that.

 3        Q.    Would not depict that.  But you have a memory

 4   of this event.  You were there, right?

 5        A.    I was there.

 6        Q.    And you heard what they said?

 7        A.    I -- I did hear people talking.

 8        Q.    And people were saying not very pleasant

 9   things to you, right?

10        A.    Yes.

11        Q.    They were directing expletives in your

12   direction; were they not?

13        A.    Yes.

14        Q.    They were insisting that they did not want you

15   in their neighborhood; were they not?

16        A.    Some did.

17        Q.    Some said, using -- throwing in an obscenity,

18   they said, "Get out of our neighborhood,"  right?

19        A.    I -- I can't remember if they said that.

20        Q.    Okay.  Now they were definitely raising their

21   voices?

22        A.    Some did.

23        Q.    Some did.  And you have said that these folks,

24   and the folks around them, were a mob, right?

25        A.    Rioters and a violent mob.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Rioters and a violent mob.  These folks here

2  in Exhibit 23, among others, yes?

3    A.   The individuals that were all around this

4  area, we're not just talking about this exhibit, but

5  what was happening, again, as I explained in --

6    Q.   All --

7         MR. KHOJASTEH:  Just let him answer.

8         THE WITNESS:  As I explained, all around both

9     myself and those other Border Patrol agents, for a

10    -- a period of several blocks --

11  BY MR. BOWMAN:

12    Q.   Does this picture show part of that violent

13  mob that you're describing?

14    A.   Both forward --

15    Q.   Does this picture show part of that violent

16  mob?

17    A.   Say again?  This picture shows --

18    Q.   Does this picture show just a part of that

19  violent mob?

20    A.   It does --

21    Q.   Yes or no, if you can.

22    A.   That's not a yes or no answer.

23    Q.   Okay.  Can't answer that yes or no.  Do -- did

24  you consider these folks to be advocating for violence?

25    A.   Which folks?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Those folks, right there in Exhibit 23?

2    A.   I -- I considered this violent mob to be at --

3  to at -- not advocating, but perpetrating violence at

4  that point.

5    Q.   Perpetrating violence as we see in Exhibit 23,

6  correct?

7         MR. KHOJASTEH:  Object to the form --

8         THE WITNESS:  I didn't say that.

9         MR. KHOJASTEH:  -- and mischaracterizing the

10      testimony.

11  BY MR. BOWMAN:

12   Q.   And as --

13        MR. KHOJASTEH:  Mr. Bowman, stop.  This case

14      isn't going to be decided by got-you testimony.

15      Answer some -- ask substantive questions and get

16      serious answers.  Conduct the examination with some

17      modicum of professionalism.

18  BY MR. BOWMAN:

19   Q.   And did you decide, adhering to the

20  secretary's instruction, to hammer those who advocate

21  for violence, that it would be a good idea to throw a

22  canister in their direction because they were advocating

23  for violence?

24        MR. KHOJASTEH:  Object to form. Argumentative.

25      Lacks foundation.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    BY MR. BOWMAN:

2         Q.    **That calls for a yes or a no.**

3              MR. KHOJASTEH:  Answer the question the best

4         way you see fit, Mr. Bovino.

5              THE WITNESS:  Sure.  In -- this situation, in

6         which there was a violent mob assaulting Border

7         Patrol agents, I deployed a less lethal.  It was

8         the least amount of force necessary that I knew to

9         help control an emergent and potentially violent --

10        or I'm sorry, an emergent, violent, and potentially

11        lethal situation. Again, there were many factors

12        going on in -- in this scenario over a several

13        block and mile radius that was contributing to --

14        that was contributing to my deployment of less

15        lethal as the least amount of force necessary to

16        safely allow anyone that wanted to -- to - - to

17        conduct their First Amendment rights, while taking

18        care of the widespread violent aspects of this

19        violent mob, and also to mitigate severe threats

20        that appeared to be descending upon this location

21        because several members of this violent squad -- or

22        violent -- violent mob had boxed in and prevented

23        Border Patrol agents and law enforcement officers

24        from leaving a location, which, in itself, is an

25        extremely serious and emergent situation all of its

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        own.
 2   BY MR. BOWMAN:
 3        Q.    Let me ask you this: Can you look me in the
 4   eye, Mr. Bovino, and answer the question that I just
 5   asked you with a yes or with a no?
 6             MR. KHOJASTEH:  He just answered the question.
 7        Object to form.  Asked and answered.
 8             THE WITNESS:  I -- I just answered that.  And
 9        that's certainly not a yes or no --
10   BY MR. BOWMAN:
11        Q.    Not a --
12        A.    That's certainly not -- not a yes or no.
13   There's so many factors going on in there that -- that,
14   you know, I could go on for minutes.
15        Q.    You could indeed.  And you can't tell me no in
16   response to that question, can you?  You can't look me
17   in the eye and say no?
18             MR. KHOJASTEH:  Mr. Bowman, you -- he's asked
19        -- you've asked the question three or four times,
20        three or
21        different -- four different ways.  He's answered
22        each time.  You don't like his answer, but he's
23        asked. I'd suggest you move on.
24             THE WITNESS:  And again, I can't answer that
25        question yes or no because it's not a yes or no
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        question.

 2   BY MR. BOWMAN:

 3        Q.    Very good.  Thank you for the -- your

 4   testimony.  I want to turn next to the situation that

 5   you were involved in, in the Broadview ICE facility. You

 6   have testified that at the Broadview ICE facility, this

 7   just as at Little Village, you encountered many violent

 8   rioters and assaultive subjects, right?

 9        A.    I -- I can't remember the exact testimony.

10   What -- what I don't know what you're referring to.

11        Q.    Why don't we look at Page 214, pages -- Lines

12   3 to 8 of Exhibit 25?

13        A.    Is that on the one you gave me here?

14        Q.    Same one.

15        A.    All right.  214?

16        Q.    214.  Were you asked this question and did you

17   give this answer, beginning at Line 3?  "Okay.  There

18   were occasions when you were present at the ICE facility

19   at the Broadview location, leading federal agents as

20   they responded to protestors, correct?"  Your answer,

21   "I've been at the Broadview facility and responded to

22   violent rioters and assaulted subjects." Did you give

23   that answer to that question?

24        A.    Yes.

25        Q.    And does that help you remember that you have
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  testified that, at the Broadview ICE facility, just like

2  in Little Village, you were confronted by violent

3  rioters and assaultive subjects?

4          MR. KHOJASTEH:  Object to form.

5      Mischaracterizes his testimony.  Lacks foundation.

6          THE WITNESS:  Yeah.  I didn't say in here that

7      Broadview --

8  BY MR. BOWMAN:

9      Q.    I asked you a question.

10     A.    Well, no, but it didn't do that.  You --

11 you're asking me if I testified with Broadview and

12 Little Village, there's no co-joined testimony here.

13     Q.    Correct.

14     A.    I -- I didn't say that here.

15     Q.    I am asking you a new question.

16     A.    Well, you said this --

17     Q.    The question is: Is it true that at the

18 Broadview ICE facility, just like in Little Village, you

19 were confronted with violent protestors and assaultive

20 subjects?

21     A.    Both situations were different and judged on

22 the merits of each situation.  Each situation is

23 different.  They -- those were not the same situation or

24 a situation that I would consider -- that I would

25 consider the same as each situation with violent

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    protestors and violent mobs should be taken on its own

2    merits.

3         Q.    Two separate, violent mobs, very different.

4    But both of them, you'd be happy to characterize as

5    violent mobs, right?

6         A.    I said violent rioters and assaultive

7    subjects.

8         Q.    You just talked about violent mobs.  And that

9    was the basis for the question I asked you.  Can you

10   answer my question?

11        A.    And what was that again?

12        Q.    You won't find the answer in the transcript.

13   I'm asking you a new question.

14        A.    Yeah.  And what was your question?

15             MR. KHOJASTEH:  Just ask the question.

16   BY MR. BOWMAN:

17        Q.    The question is --

18        A.    Trying to get your question.

19        Q.    -- both at Broadview and at Little Village,

20   though the situation was different, you confronted

21   people that you would characterize as being part of a

22   violent mob, right?

23        A.    Yes.

24        Q.    Yes.  There wasn't anybody you encountered at

25   Broadview who you can remember who wasn't a violent

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    individual or a -- an assaultive subject, right?
2            MR. KHOJASTEH:  Object to form.
3        Mischaracterizes testimony.
4            THE WITNESS:  I -- I did encounter violent
5        individuals at the Broadview facility.
6    BY MR. BOWMAN:
7        Q.    You encountered individuals who were shouting,
8    right?
9        A.    There were individuals shouting, yes.
10       Q.    You encountered individuals who were using
11   epithets?
12       A.    Yes.
13       Q.    Along the lines of get the F out of here,
14   right?
15       A.    I can't remember exactly what they said.  It's
16   possible they said that.
17       Q.    Along those lines, right?
18       A.    Yes.
19       Q.    Making the point that they did not appreciate
20   your presence in the Northern District of Illinois and
21   the way you were conducting immigration enforcement.
22   That's what they were communicating, right?
23       A.    Yes.  I can't remember the exact communication
24   they had,
25   but -- yep.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.  So would you say that those people, those

2  violent and assaultive individuals who were making those

3  points were advocating for violence?

4        MR. KHOJASTEH:  Object to form.  Lacks

5        foundation.  Mischaracterizes the testimony.  Go

6        ahead.

7        THE WITNESS:  I did not characterize

8        individuals exercising their First Amendment right

9        to free speech, right to assembly, you know?  In --

10       in the Border Patrol, whether it's training or my

11       30 years of experience, one thing I've noted

12       whether it's Broadview or Little Village, both

13       days, or anywhere's else in the Chicago or Los

14       Angeles areas, anywhere in those areas that we are

15       confronted by -- by protestors that are exercising

16       their First Amendment speech to -- to -- to speak

17       and -- and -- and the symbol, we recognize, and I

18       recognize that right as important to the

19       Constitution, as an important belief that

20       I -- that I hold both -- both personally and

21       professionally.

22       So I did not characterize everyone there at the

23       Broadview facility as a violent mob or protest --

24       or a violent rioter. There were individuals there,

25       as you say, that were exercising their right to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        free speech and they did, and were allowed to
 2        exercise their right to free speech because I did
 3        swear an oath to uphold and defend that First
 4        Amendment to the Constitution as well as all
 5        amendments to the Constitution.
 6   BY MR. BOWMAN:
 7        Q.   So you did.  And --
 8        A.   Yes, I did --
 9        Q.   -- let me ask you an example.
10        A.   -- I did uphold that, yes.
11        Q.   Let's talk about a concrete example.  A fellow
12   by the name of Scott Blackburn.  He's a fellow who you
13   encountered at the Broadview ICE facility, right?
14             MR. KHOJASTEH:  Object to form.  Lacks
15        foundation.
16             THE WITNESS:  I -- I don't recall anybody.
17   BY MR. BOWMAN:
18        Q.   Do you recall looking at a video last time of
19   an older guy with shaggy white hair who made comments to
20   you that had some obscenities thrown in but conveyed the
21   point that he didn't appreciate what you were doing and
22   you should be ashamed of yourself?  You remember that
23   guy?
24             MR. KHOJASTEH:  Object to form.  Lacks
25        foundation.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1             THE WITNESS:  I -- I recall a video you

2    showed.

3  BY MR. BOWMAN:

4       **Q.**   **Yes.  Do you remember him saying words to that**

5  **effect?**

6       A.   I don't remember what -- what -- what words he

7  said.

8       **Q.**   **You remember, he said words?**

9       A.   He talked.

10      **Q.**   **He talked.  And do you remember you tackled**

11  **him?**

12      A.   No, that's not what I remember.  What I

13  remember was, that individual was not following lawful

14  law enforcement directions.  He was allowed to exercise

15  his First Amendment rights and certainly had the right

16  to do that.  A right that I would die for.  But he was

17  not exercising First Amendment rights.  When I tackled

18  him, he was failing my instructions, which were to go in

19  the opposite direction, towards the street so I could

20  clear a -- so that I could conduct a lawful, safe law

21  enforcement mission.  He did the opposite of that and

22  physically impeded, obstructed, and pushed against me,

23  which can be considered 18 U.S.C. 111, assault on a

24  federal officer, did exactly what I asked him, after

25  several admonishments to do so, to clear the area.  That

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  individual would not clear the area, and so he was
 2  removed from the area.
 3       Q.   All right.  So let's look at the video again.
 4            And my question for you will be: Does this
 5  video show the narrative that you have just provided for
 6  us, okay? So that's my question.  Let's watch the video.
 7                   (Video recording played.)
 8  BY MR. BOWMAN:
 9       Q.   All right.  So my question is -- yes or no is
10  all I need for an answer.  Maybe you can't answer it yes
11  or no.  My question is: Does that video depict the
12  narrative that you just described for us with respect to
13  Mr. Blackburn?
14            MR. KHOJASTEH:  Object to form.  Asked and --
15       answer the question any way you see fit.
16            THE WITNESS:  That -- that video depicts
17       exactly what I told you.  That individual was
18       obstructing --
19  BY MR. BOWMAN:
20       Q.   That's it.  You've answered it.
21       A.   -- not following directions.
22       Q.   I asked you --
23            MR. KHOJASTEH:  Don't interrupt him, Mr. --
24       Mr. Bowman --
25  BY MR. BOWMAN:
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    Does the video depict what you described --

2          MR. KHOJASTEH:  Mr. Bowman, this -- Mr.

3    Bowman, he's a public --

4  BY MR. BOWMAN:

5    Q.    -- and you have answered the question.  I'm

6  going to

7  ask you --

8          MR. KHOJASTEH:  Mr. Bowman, he's a public

9    servant, and he --

10  BY MR. BOWMAN:

11   Q.    I am going to ask you a new question.

12         MR. KHOJASTEH:  You know, the record's going

13   to reflect all of this, the lack of respect you

14   have.

15         MR. BOWMAN:  Indeed, it will reflect

16   everything, so you can just stand down and rest

17   comfortable that this video will reflect

18   everything.

19         MR. KHOJASTEH:  This is how you want to -- you

20   -- honestly, this is how you want to proceed with a

21   public servant, Mr. Bowman?

22         MR. BOWMAN:  Stop talking.  Stop talking.

23         MR. KHOJASTEH:  Just stop interrupting him.

24  BY MR. BOWMAN:

25   Q.    My next --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1          MR. KHOJASTEH:  Just stop interrupting him.

2      Just stop interrupting him.  You got it?

3  BY MR. BOWMAN:

4      Q.   My next question for you, sir, is: Whether in

5  -- you remember, as we were watching that video the last

6  time, we also talked about a fellow by the name of Juan

7  Munoz, who is wearing a light blue shirt that has two

8  white stripes on it.  You remember seeing him in the

9  video then, and as you watched it again just now?

10     A.   I saw someone in a blue shirt.  I was not --

11  not -- not looking at that.

12     Q.   Okay.  Do you need to see the video again to

13  focus on the fellow in the blue shirt?

14     A.   Yes.

15     Q.   Okay.  Let's play it again.

16          THE VIDEOGRAPHER:  Was it Juan Munoz?

17          MR. BOWMAN:  Same one.

18          MR. FUTTERMAN:  Do you want to identify that

19     for the record?

20          MR. BOWMAN:  That's a good idea.  This video

21     is -- has an exhibit number.  Do we know what it

22     is?

23          Okay.  This is Exhibit number 8.  It was

24     marked at the October 30th session of Mr. Bovino's

25     deposition.  We'll play it for you again.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    (Video recording played.)
 2   BY MR. BOWMAN:
 3        Q.    All right, sir.  You watched it again.  You
 4   focused your attention on that man with the cell phone
 5   in the light blue shirt and the two white stripes,
 6   correct?
 7        A.    I saw that.
 8        Q.    You saw that.  Let's call him Juan Munoz,
 9   because that's his name.  So Mr. Munoz happens to be an
10   elected official in the village of Oak Park.  Would that
11   surprise you?
12        A.    I -- I don't know.
13        Q.    Did you notice, as you watched the video, that
14   Mr. Munoz was holding a cell phone, right?
15        A.    I didn't know what he was holding.
16        Q.    Did you notice that he was videotaping with a
17   cell phone the officers who were standing in front of
18   him engaging in their interactions with the folks that
19   you refer to as the violent mob of assaultive
20   individuals?
21             MR. KHOJASTEH:  Object to form.
22        Mischaracterizes testimony.  Lacks foundation.
23             THE WITNESS:  Yeah, I didn't know if she was
24        videotaping or what he was doing.  I didn't notice.
25   BY MR. BOWMAN:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Did you notice that he was tackled to the

2  ground?

3      A.   I did not notice that, no.

4      Q.   Didn't see that on the video?  All right.  Do

5  you recall that you snatched Mr. Munoz's cell phone from

6  him?

7      A.   I don't recall that.

8      Q.   Do you remember that Mr. Munoz was detained?

9      A.   I don't -- I didn't detain him.  I don't know.

10     Q.   Detained for eight hours.  Did you know that?

11     A.   I didn't know.

12     Q.   There were no charges that could be brought

13  against Mr. Munoz because he hadn't done anything wrong.

14  Do you concede that --

15        MR. KHOJASTEH:  Object to form.

16  BY MR. BOWMAN:

17     Q.   -- watching that video?

18        MR. KHOJASTEH:  Object to form.  Lacks

19    foundation.  Argumentative.

20        THE WITNESS:  I don't concede that, no.

21  BY MR. BOWMAN:

22     Q.   Do you think he did something wrong in that

23  video that we just looked at?

24     A.   I -- I didn't arrest --

25     Q.   That's not my question.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    Mr. Munoz, so I wouldn't --
 2        Q.    Whether you arrested him or not --
 3              MR. KHOJASTEH:  You should let him --
 4   BY MR. BOWMAN:
 5        Q.    -- do you think he did something wrong in that
 6   video?
 7              MR. KHOJASTEH:  You should let him answer the
 8        question,
 9        Mr. Bowman.
10   BY MR. BOWMAN:
11        Q.    Do you think --
12              MR. KHOJASTEH:  Be a person.
13   BY MR. BOWMAN:
14        Q.    Do you --
15              MR. KHOJASTEH:  Act like a person, please.
16   BY MR. BOWMAN:
17        Q.    Do you think he did something wrong in that
18   video?
19        A.    I don't know what -- what -- if he did
20   something wrong or not.
21        Q.    Okay.  Well, how about whether he did
22   something wrong or not, can we agree that what's shown
23   in the video does not depict him doing anything wrong?
24        A.    I don't agree with that, no.
25        Q.    Okay.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

58

```
1        A.   That would be each individual officer's

2   assessment, and I did not arrest that individual, so

3   whatever another officer or individual saw, heard, felt,

4   which -- I believe that is not the entire video. It's

5   just a snapshot that starts at a certain period of time.

6   There could be more circumstances there that -- that I

7   don't know about because I didn't arrest him.

8        Q.   Okay.  Would it surprise you to learn that the

9   interaction between you and Scott Blackburn and the

10  events involving Mr. Munoz that are captured on the

11  video that's marked for identification as Exhibit 8

12  occurred shortly after Secretary Noem admonished you and

13  your fellow officers to go hard and hammer those who

14  advocate for violence?

15            MR. KHOJASTEH:  Object to form.  Lacks

16       foundation.

17            THE WITNESS:  I'm neither surprised nor not

18       surprised.

19  BY MR. BOWMAN:

20       Q.   All right.  You don't deny it?  It was the

21  same day, right after the secretary gave her speech;

22  isn't that true?

23            MR. KHOJASTEH:  Object to form.  Lacks

24       foundation.

25            THE WITNESS:  Those events took place on that
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     day.

2           MR. BOWMAN: All right. Off the record.

3           THE VIDEOGRAPHER: Okay. One moment. All

4     right. Going off the record. The time is 11:16.

5              (A recess was taken.)

6           THE VIDEOGRAPHER: Okay. We're back on the

7     record, and the time is 11:37.

8 BY MR. BOWMAN:

9     Q. Mr. Bovino, I want to talk with you next about

10 another comment that you have made. You said on October

11 30 that, from what you have seen, all of the uses of

12 force by yourself and the men under your command have

13 been more than exemplary, your words. Do you still

14 stand by that?

15     A. Yes.

16     Q. So when you tackled Scott Blackburn, as shown

17 in the video marked for identification as Exhibit 8,

18 that use of force on your part was more than exemplary?

19           MR. KHOJASTEH: Object to form. Lacks

20     foundation.

21           THE WITNESS: As we talked earlier, that was

22     not a use -- a reportable use of force.

23 BY MR. BOWMAN:

24     Q. Not a use of force?

25     A. I placed him in -- under arrest. I didn't

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  tackle him.

2      Q.    Got you.

3      A.    I placed him under arrest.

4      Q.    Got you.  When your men tackled Juan Munoz in

5  your presence on October 3, as shown in that same video,

6  that use of force was more than exemplary?

7         MR. KHOJASTEH:  Object to form.  Lacks

8      foundation.

9         THE WITNESS:  I haven't re -- there was no use

10      of force reportable --

11  BY MR. BOWMAN:

12      Q.    No use of force?

13      A.    There -- there was no use of force reportable,

14  to my knowledge, in that situation.

15      Q.    You have looked at the video?  We just looked

16  at it right now, right?

17      A.    Yes.

18      Q.    Okay.  When your men deployed CS gas in the

19  Old Irving Park neighborhood and exposed children on

20  their way to a holiday party to CS gas, that use of

21  force was more than exemplary, sir?

22         MR. KHOJASTEH:  Object to form.  Lacks

23      foundation.

24         THE WITNESS:  I've not -- I was not at the

25      Irving Park neighborhood -- neighborhood that day,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       and did not witness any event that you may be

2       describing.

3   BY MR. BOWMAN:

4       Q.   I think we -- I asked you this before, but let

5   me ask you again.  Have you taken any steps since your

6   conversation with Judge Ellis about that event on

7   October 28 -- since October 28, when you talked to the

8   judge, have you undertaken any investigation of that

9   deployment of CS Gas in Old Irving Park to ascertain

10  whether it was or was not more than exemplary?

11          MR. KHOJASTEH:  Object to form.  Lacks

12      foundation.

13          THE WITNESS:  I reviewed documents, as I said,

14      to look at deployment of less lethal devices that

15      included that date, and I found all deployments of

16      less lethal and uses of force to be more than

17      exemplary.

18  BY MR. BOWMAN:

19      Q.   All right.  So if the answer to my question is

20  that use of force there in Old Irving Park that you

21  talked with Judge Ellis about was more than exemplary?

22      A.   In reviewing documents, I found that -- that

23  to be a more than exemplary use of force by our agents

24  to keep themselves safe from assaultive subjects, and I

25  did find no evidence that any children were in the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    vicinity there.

2        Q.   Okay.  Assaultive subjects and violent rioters

3    in Old Irving Park that morning, that Saturday morning,

4    is that what you saw?

5            MR. KHOJASTEH:  Object to form.

6            THE WITNESS:  I said assaultive subjects.

7    BY MR. BOWMAN:

8        Q.   Violent rioters, did you see that, too?

9        A.   I didn't -- I didn't -- I didn't -- I wasn't

10   there.

11       Q.   Okay.  How about in the video that you

12   reviewed, did you see violent rioters in Old Irving

13   Park?

14           MR. KHOJASTEH:  Object to form.  Lacks

15       foundation.

16           THE WITNESS:  I don't remember a -- a video.

17   BY MR. BOWMAN:

18       Q.   Okay.  I thought you just said you looked at

19   one.

20           MR. KHOJASTEH:  Object to form.

21       Mischaracterizes his testimony.

22           THE WITNESS:  Yeah.  I didn't say that.  I

23       said I looked at reports.

24   BY MR. BOWMAN:

25       Q.   All right.  Having looked at the reports, did

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   you see any evidence that your men were confronted by

2   violent rioters in Old Irving Park?

3          A.    Yes.

4          Q.    You did?  All of the uses -- you -- you --

5   you've been at the Broadway ICE facility on several

6   occasions since you've arrived in Chicago for Operation

7   Midway Blitz, right?

8              MR. KHOJASTEH:  Object to form.  Lacks

9         foundation.

10  BY MR. BOWMAN:

11         Q.    Sorry.  I'll restate the question.

12             You have been at the Broadview ICE facility in

13  Broadview, Illinois on a number of occasions since you

14  arrived in Chicago for Operation Midway Blitz; have you

15  not?

16         A.    I have been to that location, yes.  Many

17  times.

18         Q.    And you have seen uses of force?

19         A.    Yes.

20         Q.    You've seen PepperBalls being discharged at

21  protestors?

22             MR. KHOJASTEH:  Object to form.  Lacks

23        foundation.

24             THE WITNESS:  I don't remember specific

25        PepperBalls being launched at demonstrators or

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1         protestors or whatever the word is that you just
 2         used.
 3    BY MR. BOWMAN:
 4         Q.   If I was to substitute the word violent mobs
 5    and assaultive individuals, would you acknowledge then
 6    that you've seen PepperBalls discharged at folks at the
 7    Broadview ICE facility?
 8         A.   I have seen less lethal devices discharged at
 9    violent rioters and/or assaultive individuals.
10         Q.   You have seen CS gas deployed at protestors at
11    the Broadview ICE facility; have you not?
12              MR. KHOJASTEH:  Object to form.
13              THE WITNESS:  No.
14    BY MR. BOWMAN:
15         Q.   If I were to substitute the words violent --
16    violent mobs and assaultive individuals, would you
17    acknowledge that you have seen CS gas deployed at the
18    Broadview ICE facility?
19         A.   I would say that I've seen CS gas deployed at
20    violent rioters and assaultive subjects.
21         Q.   Correct.  And you have, as well, observed as
22    your men have deployed physical force against protestors
23    at the Broadview ICE facility; have you not?
24              MR. KHOJASTEH:  Object to form.
25              THE WITNESS:  I've not seen our men or women
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        deploy force against protestors.
 2  BY MR. BOWMAN:
 3        Q.    Have you seen your men and women deploy force
 4  against individuals like Scott Blackburn and Juan Munoz,
 5  who you would characterize as violent individuals and
 6  assaultive individuals?
 7             MR. KHOJASTEH:  Object to form.  Lacks
 8        foundation.  Mischaracterizes his testimony.
 9             THE WITNESS:  There has been -- those
10        individuals were taken into custody as they
11        impeded, obstructed, and/or assaulted federal
12        agents and/or law enforcement officers at the
13        Broadview -- at or near the Broadview facility.
14  BY MR. BOWMAN:
15        Q.    And have you reached the conclusion that all
16  of the tear
17  gas -- sorry, all of the CS gas that you saw deployed at
18  the Broadview ICE facility, all of the less lethal
19  munitions that you saw deployed at the Broadview ICE
20  facility, all of the shoving and the takedowns that you
21  saw your men and women engage in at the Broadview ICE
22  facility, all of that was more than exemplary?  Have you
23  reached that conclusion?
24        A.    I believe that all uses of force that I've
25  seen and all arrests that I've seen have been more than
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   exemplary.

2        Q.   Are you aware that on Halloween your men and

3   women continued their immigration enforcement here in

4   Chicago and elsewhere in the Northern District of

5   Illinois?

6        A.   Border Patrol, CBP, and allied law enforcement

7   officers conducted Title 8 Immigration enforcement on

8   Halloween.

9        Q.   Were you aware -- I mean, you were aware that

10  Judge Ellis had implored you to stand down on Halloween.

11  You were aware of that, right?

12       MR. KHOJASTEH:  Object to form.

13       Mischaracterizes the Court's directive, badly.  Go

14       ahead, and you can answer the question if you want,

15       Mr. Bovino.

16       THE WITNESS:  I don't believe those were the

17       words of Judge Ellis.

18  BY MR. BOWMAN:

19       Q.   Did you get a message that she thought it

20  would be a good idea for you not to engage in

21  immigration enforcement in the Chicago area on Halloween

22  because there would be children out celebrating on that

23  particular day?

24       MR. KHOJASTEH:  I'm going to object to form.

25       I'm going to instruct the witness not to answer to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      the extent that doing so would disclose

2      communications he had with Counsel.

3           THE WITNESS:  I am not going to answer that on

4      -- on advice of Counsel.

5  BY MR. BOWMAN:

6      Q.   Not going to answer that?  Okay.

7           Did you learn that Governor Pritzker, the

8  governor of our State of Illinois, had extended the

9  message publicly that he hoped that, in the State of

10  Illinois, there would be no Title 8 Immigration

11  enforcement in the character and manner that you conduct

12  such enforcement on Halloween?

13           MR. KHOJASTEH:  I'm going to object to form. I

14      have no idea whether these communications occurred

15      or not.  But to the extent that you learned that

16      from communication with Counsel, I'm going to

17      instruct you not to answer.

18           THE WITNESS:  On advice of Counsel, I'm not

19      going to answer that.

20  BY MR. BOWMAN:

21      Q.   Not going to answer that question?

22           Did you consider at any point that it might be

23  a good idea, on Halloween of all days, not to conduct

24  Title 8 Immigration enforcement here in the Northern

25  District of Illinois, in light of what Judge Ellis had

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   said to you in open court and other information

2   regarding the views of Illinois public officials that

3   had come to your attention?

4           MR. KHOJASTEH:  Same objection.  Same

5       instruction.

6   BY MR. BOWMAN:

7       Q.   You're not going to answer that question?

8       A.   I'm not going to answer that on advice of

9   Counsel.

10      Q.   All right.  Are you aware that in the City of

11  Evanston on October 31, Halloween day, one of your men

12  pointed a firearm at a person?

13          MR. KHOJASTEH:  Object to form.  Lacks

14      foundation.

15          THE WITNESS:  I understand that a Border

16      Patrol agent was being assaulted and pointed a

17      weapon at an assaultive subject that was impeding

18      and assaulting a federal agent.

19          MR. BOWMAN:  All right.  So we have a video

20      that we're going to mark for identification as

21      Exhibit 26 to your deposition.

22              (Exhibit 26 was marked for

23              identification.)

24  BY MR. BOWMAN:

25      Q.   This is a video that shows events occurring in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    the vicinity of Oakton and Asbury in the City of

 2    Evanston on October 31.

 3                    (Exhibit 26 was played for the record.)

 4    BY MR. BOWMAN:

 5        Q.    So we've listened to and watched a video that

 6    consumes, I believe, two hours and -- sorry, two minutes

 7    and 41 seconds of time.  And in the course of that

 8    video, language is used, right?

 9        A.    Yes.

10        Q.    It -- there is a woman who appears to be

11    dominating the airwaves, and she's saying that she

12    dislikes what your agents are doing, right, in

13    substance?

14        A.    Yes.

15        Q.    Yes.  And using colorful language to make that

16    point, to put it mildly, right?

17        A.    Foul language, yes.

18        Q.    Foul language.  She is also expressing that

19    your agents should leave, right?

20        A.    She said that.

21        Q.    And, again, she uses sometimes colorful

22    language to make that point, right?

23        A.    Yes, foul language.

24        Q.    Now, you saw in the video an agent wearing

25    sunglasses with a beard, who is depicted drawing his
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    sidearm and pointing it at a person, right?

2        A.    No.  I can't see that from -- from the video

3    there.

4        Q.    Did you see your agent draw a gun?

5        A.    I did.

6        Q.    Did you see your agent point a gun?

7        A.    Yes.

8        Q.    You do not have the ability to say that the

9    person at whom your agent pointed his sidearm was an

10   assaultive individual, do you?

11       A.    I can't see that -- that person or persons

12   from that video.  It doesn't give the -- the context

13   there.

14       Q.    All right.  Would it surprise you to learn

15   that the individual at whom your agent was pointing his

16   sidearm was a person by the name of David Brooks, who

17   was holding his cell phone and filming your officer as

18   your officer engaged in enforcement of the immigration

19   laws as you folks see it?

20            MR. KHOJASTEH:  Object to form.  Lacks

21       foundation.

22            THE WITNESS:  I didn't see anyone in the -- in

23       the video.

24   BY MR. BOWMAN:

25       Q.    Right.  And certainly, you're not in a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    position -- perhaps I asked you this already.  Forgive

2    me if I'm repeating myself.  You're in no position to

3    describe any assaultive behavior that justified that

4    drawing of the weapon, right?

5         A.    I couldn't see anything that was out of that

6    film's range there, so I couldn't describe that

7    assaultive behavior.

8         Q.    Does the fact that your officer drew a weapon

9    in a residential area, just as a general matter, strike

10   you as something that you should be concerned about?

11             MR. KHOJASTEH:  Object to form.  Lacks

12        foundation.

13             THE WITNESS:  I'm concerned that when our

14        agents are surrounded and there are felonies in

15        progress taking place, which is what was happening

16        there, whether it was an individual that had

17        assaulted our agents by obstructing them and rear

18        ending the agents or an individual -- well, that's

19        18 U.S.C. 111 - - or an individual that tried to

20        aid and abet the escape of that individual from a

21        government vehicle that's 18 U.S.C., I believe

22        751(a) aiding and abetting, which is a felony, a

23        felony in progress.

24             Simultaneously, while another subject came in,

25        tried to kick an agent, and then grabbed that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    agent's testicles and violently assaulted an agent.

2    So it does concern me, yes, sir, that there's that

3    much violence in that short of period of time by

4    that many people against a very few Border Patrol

5    agents,

6    as -- as -- as I see that, especially in light of

7    things like the Graham factors and things like

8    that, that talk about the number of individuals,

9    the number of suspects facing police officers, the

10   nature of the crime, the overall situation, the

11   direness of a situation, that does definitely

12   concern me because I see this type of violence

13   towards law enforcement officers, not just Border

14   Patrol agents, but all -- all law enforcement

15   officers on a daily basis.

16        And that does definitely -- definitely concern

17   me, all the while that we are protecting someone's

18   First Amendment rights, to utilize, as you say,

19   colorful languages, I say foul language, as we

20   protect that individual's rights to perpetrate that

21   type of foul language as that type of a difficult

22   and dangerous situation is taking place.

23 BY MR. BOWMAN:

24        Q.   **Do you characterize the Evanston residents**

25 **that you see on the videotape we just watched as a**



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    violent mob?

2              MR. KHOJASTEH:  Object to form.

3              THE WITNESS:  You said the Evanston residence?

4       I don't see --

5    BY MR. BOWMAN:

6       Q.    **The Evanston residents that you see on the**

7    **video that you just looked at, do you characterize those**

8    **folks as a violent mob?**

9              MR. KHOJASTEH:  Object to form.

10             THE WITNESS:  Sir -- oh.

11             MR. KHOJASTEH:  Lacks foundation.

12             THE WITNESS:  I -- I don't understand. There's

13        not a residence there.  That was a street and

14        violent assaultive individuals in the street, but I

15        didn't see a residence there.  I saw a -- street.

16   BY MR. BOWMAN:

17      Q.    **Okay.  About how about --**

18      A.    -- a -- a street.

19      Q.    **How about this?  Do you characterize the**

20   **people who you saw in that video as a violent mob?**

21      A.    I characterize many of those individuals there

22   through their actions and what they did to agents as

23   assaultive sub -- assaultive subjects.

24      Q.    **Okay.  So they're not a violent mob, but these**

25   **are assaultive subjects, gathered around the agents in**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
1    the City of Evanston on Halloween morning; is that
2    right?
3              MR. KHOJASTEH:  Object to form.  Lacks
4         foundation.  Vague.
5              THE WITNESS:  No, sir.  I wouldn't
6         characterize it as gathering around agents.  They
7         were -- they weren't gathering around agents.  I
8         would more characterize that as forming a perimeter
9         or some type of an action-oriented perimeter around
10        agents that led -- that led to violence -- that had
11        the potential to lead for violence -- to violence.
12   BY MR. BOWMAN:
13        Q.   It -- it -- it led one officer to point his
14   gun, right?
15        A.   One officer pointed his weapon.
16        Q.   Right.
17        A.   But I can't see what he was pointing.  I can't
18   see --
19        Q.   Did you --
20        A.   -- that specific threat.
21        Q.   Did you see the portion of the video where
22   your agent repeatedly hits a young man in his face as
23   the officer is pinning him to the ground?  Did you see
24   that?  And that's just a yes or no, for now.
25             MR. KHOJASTEH:  Object to form.  Lacks
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        foundation.

 2             THE WITNESS:  I saw an agent -- an agent

 3        strike a suspect.

 4   BY MR. BOWMAN:

 5        Q.    Okay.  Did you believe -- do you believe that

 6   that agent striking that suspect as shown in that video

 7   was a more than exemplary use of force?

 8             MR. KHOJASTEH:  Object to form.  Lacks

 9        foundation.  Calls for speculation.

10             THE WITNESS:  I believe, based on my knowledge

11        of those facts, that that was a more than exemplary

12        use of force.  That individual had both assaulted

13        our agent and then grabbed that agent's testicles

14        when that happened, so yes.

15             MR. BOWMAN:  I don't seem to have that tweet

16        about Evanston.  Do you have a copy of that?  I

17        don't think it's there.

18             THE VIDEOGRAPHER:  Can you put your mic back

19        on?

20             MR. KHOJASTEH:  Oh, yeah.  Sorry.

21             MR. BOWMAN:  Wait a second.  I think I may -

22        it's not there.  Yeah.  Let's go off the record for

23        just a minute.

24             THE VIDEOGRAPHER:  Okay.  We're off the

25        record, and the time is 12:00.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    (A recess was taken.)

 2              THE VIDEOGRAPHER:  We're back on the record,

 3         and the time is 12:02.

 4              MR. BOWMAN:  Mr. Bovino, we had a little gap

 5         in our paper exhibits.  So the document that I will

 6         mark for identification as Exhibit 27 is one page.

 7                    (Exhibit 27 was marked for

 8                     identification.)

 9    BY MR. BOWMAN:

10         Q.   It is a screenshot of a tweet, and I'm going

11    to show it to you on the computer screen, which I'm

12    placing in front of you.  We'll substitute in a hard

13    copy paper exhibit in due course.

14              So my question initially, sir, is we -- we

15    talked briefly about your Twitter account, and you told

16    us that the account is -- is not -- you -- you don't

17    write the -- the tweets on your account, somebody else

18    does it?

19         A.   No.  I said that I don't know how to post on

20    the account.  They post -- generally somebody posts onto

21    the account.

22         Q.   Okay.  So you author the -- the statement and

23    give that to somebody who knows how to put it up on the

24    -- on the social media screen, and it's -- it's your

25    words even though you're not the person most of the
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   time?

 2       A.   At -- at times, or I'll oversee the -- the

 3   words if they are written.

 4       Q.   This particular tweet of yours that I want to

 5   talk with you about is a -- a short one.  You say, "Well

 6   said, Andrew" -- and I'm going to just take the exhibit

 7   so I can read this accurately.  You say, "Well said,

 8   Andrew.  They are learning the hard way, little by

 9   little."  Those -- whether you posted it or not, those

10   are your words, right?

11       A.   I did, yes.

12       Q.   Okay.  I'm handing you a paper copy of the

13   exhibit, so you can -- we can all have it in front of

14   us.  The tweet that you are responding to, is it -- is a

15   -- a tweet authored by somebody named Andrew, right?

16       A.   Yes.

17       Q.   And the subject of the tweet is a still image

18   of your agent with his firearm drawn, pointing his gun

19   at David Brooks in that -- on holiday -- on Halloween

20   morning, right?

21           MR. KHOJASTEH:  Object to form.  Lacks

22       foundation.

23           THE WITNESS:  Not to me it was not -- that was

24       not the subject of the tweet -- of my tweet.  My --

25       the subject of my tweet was Andrew Branca, his --



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     his words.

2  BY MR. BOWMAN:

3     Q.   Right.  Mr. Branca, in turn is responding to

4  somebody who has posted the image of your agent, right?

5     A.   I believe -- I don't -- I -- I -- I'm not

6  going to speculate who he was talking to because I don't

7  know.

8     Q.   Well, what he says is, "These officers had

9  just been attacked moments before with a 3,000-pound

10  lethal weapon and were immediately being surrounded and

11  closed in on by an angry threatening mob."  Those are

12  the people that we saw in the video that we just looked

13  at together, right?

14     A.   Yes.

15     Q.   The members -- Mr. Branca show goes on and

16  says, "The members of a mob are never unarmed because

17  the mob is the weapon," right?

18     A.   He said that.

19     Q.   He said that.  And you responded to that,

20  right?

21     A.   I -- I responded, yes.

22     Q.   And you said, "Well said, Andrew.  They are

23  learning the hard way, little by little."  Those are

24  your words, right?

25     A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1        Q.    And your point is that when a mob, as you
2   characterize the people in that video, gets in the
3   vicinity of your officers, they become a weapon, right?
4             MR. KHOJASTEH:   Object to form.
5        Mischaracterizes the testimony.
6             THE WITNESS:   I didn't say that.
7   BY MR. BOWMAN:
8        Q.    You said that to say that is "well said"?
9             MR. KHOJASTEH:   Object to form.
10        Mischaracterizes the document.
11             THE WITNESS:   I didn't -- I didn't say that.
12   BY MR. BOWMAN:
13        Q.    Did you say "The Andrew Branca Show" when he
14   said, "The members of a mob are never unarmed because
15   the mob is the weapon", that Mr. Branca's Show had
16   spoken truth?
17        A.    I indicated that he made good points.
18        Q.    And you said, "They are learning the hard way,
19   little by little," right?
20        A.    I did say that.
21        Q.    And when you said, "They are learning the hard
22   way little by little," you meant those folks, those
23   angry mobs that are surrounding us in and around the
24   City of Chicago, those folks are learning the hard way
25   that they should not be there, and they should not be
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  saying what they're saying, and they should not be

2  gathering in the way that they are, right?

3          MR. KHOJASTEH:  Object to form.  Lacks

4      foundation.  Mischaracterizes a document.

5      Mischaracterizes a testimony.

6          THE WITNESS:  I did not say that.

7  BY MR. BOWMAN:

8      Q.  Did you mean that?

9      A.  What I meant -- what I was saying here is that

10  the they are those assaultive -- assaultive suspects who

11  assault federal officers, police officers, and

12  potentially even other members of the public, it's those

13  individuals that assault, impede, obstruct, delay,

14  commit felonies in progress, grab testicles, and all the

15  things that we've seen in that video that you showed me

16  and otherwise, that they learn the hard way, meaning

17  there are consequences for assaulting a federal officer,

18  18 U.S.C. 111, or aiding/abetting the escape of a

19  prisoner, which is a felony, that's 18 U.S.C., as I

20  said, I believe 751(a).  And they learn hard way little

21  by little, meaning when they're arrested and charged

22  with crimes, they learn -- little by little, they learn

23  that there are consequences for those assaultive and

24  violent actions that took place.

25      Q.  Right.  Now --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. KHOJASTEH:  Can we just get a time check?
 2              THE REPORTER:  One hour and 31 minutes.
 3              MR. KHOJASTEH:  All right.  We're done.  I
 4         have -- I have a few questions, but if -- I think
 5         we're done.
 6              MR. BOWMAN:  If you ask questions, you will
 7         open the door to redirect.
 8              MR. KHOJASTEH:  Understood.  To the extent
 9         it's tethered to my questions, right?  Not, like,
10         anything-you-want questions.
11                   CROSS-EXAMINATION
12    BY MR. KHOJASTEH:
13         Q.   Mr. Bovino --
14         A.   Yes, sir.
15         Q.   -- I'm just going to ask you a few questions.
16    That -- first starting with Exhibit 26, which was the
17    video that Mr. Bowman showed you a moment ago, where he
18    -- as he described the woman that was using the colorful
19    language and taping you -- taping your agents, do you
20    remember that?
21         A.   Yes.  The one here just at -- in Evanston
22    there.
23         Q.   Right.  Did you observe anything in that video
24    whereby your agents used force in any manner against the
25    woman who was using, as you had said, the foul language
```

1   directed towards them?

2       A.   I did not.  Did not notice any -- any type of

3   use of force towards that woman or any other individuals

4   exercising their First Amendment rights.

5       Q.   Okay.  Thank you.  In terms -- do you remember

6   there was a video earlier today -- I think it was

7   Exhibit 15, this is REL 148.  They started at minute --

8   I guess it was hour 11, minute 4.  They showed it kind

9   of start and stop through 11 -- hour 11 minute 14, and

10  then they took it down.  It was images from Little

11  Village.  Do you remember that?

12      A.   I do remember that, sir.

13      Q.   Okay.  And how do you -- what do you remember

14  about the nature of the images you were -- you -- that

15  the -- that were depicted in the video?

16      A.   What I saw there, and I remember that well

17  because that's very indicative of what was happening, it

18  was a -- it was what was happening real time when a

19  Border Patrol van full -- full of detainees that was

20  trying to get into the area was surrounded.  We were

21  trying to get to that -- that beleaguered van, and we

22  were met with a very, very violent and angry mob of

23  individuals that did not want to allow us to, at that

24  point, rescue those beleaguered agents that were

25  surrounded by a very -- a very threatening and violent

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    mob.

2        Q.    So what about the -- you -- you've said

3    repeatedly today and during the testimony the last few

4    days, you referred to threatening, you referred to --

5    and you've drawn distinctions between protesters and

6    assaultive subjects.

7            What about that -- that -- the individuals

8    depicted in that video leads you to conclude that they

9    were -- they -- that leads you to describe them as a mob

10   or as threatening?  What about their conduct?

11       MR. BOWMAN:  Object to the form of the

12       question.

13       THE WITNESS:  Sure.  That -- those individuals

14       were advancing on Border Patrol agents.  They were

15       advancing on Border Patrol agents while behind and

16       -- and amongst them there was a van that was

17       obviously beleaguered.  And then those individuals

18       conducted activities, like slashing tires with

19       knives.  In other words, bringing weapons out.  The

20       same thing that I was worried about when we talked

21       about that -- that less lethal deployment.  They

22       were bringing weapons out, smashing car windows,

23       throwing rocks, becoming ever more angry and

24       violent.  It was not a -- this was formed -- this

25       was several minutes after I had deployed that --
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        the -- that less lethal, and they were becoming

2        even more aggressive, violent, and trying to

3        surround agents over and above the van they had

4        already surrounded.

5           And one more thing is I had noticed they had

6        utilized a white van and some other vehicles to

7        block a key intersection, a route of egress out of

8        the area, and I watched that happen, which was

9        indicative of a threatening violent mob that was

10       starting to amass against Border Patrol agents.

11  BY MR. KHOJASTEH:

12        Q.  And that -- and that mob that you're refer --

13  I'm going to refer you to, and I don't remember the

14  exhibit number, but this was a photo that Mr. Bowman --

15  I guess it's Exhibit 23 -- Mr. Bowman showed you today.

16        To what extent, if at all, was the -- the --

17  the -- the -- were the -- the nature of the individ --

18  the -- the mob that you're referring to from the video

19  that Mr. Bowman showed you, where in

20  this -- where relative to what's depicted in this photo

21  in Exhibit 23, would that mob or those individuals have

22  been amassed?

23        A.  Sure.  And most of these individuals after

24  deployment

25  of -- of less lethal move down the street. So I'm going

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  to draw an arrow there.  There's another intersection

2  down here, sir.  This intersection is where that van was

3  surrounded, and they called for help on the radio.  So

4  as we move down towards that intersection, all of these

5  individuals, plus the individuals already at the

6  intersection coalesced into one -- one -- one large --

7  one large mob of individuals that -- that, as I said,

8  were getting threatening and doing things, like slashing

9  tires, throwing rocks through vehicle windows, and that

10 type of thing.  So it was about another block down here

11 at this next intersection.  We call that the plaza.

12 That -- that's what that was referred to as the plaza.

13     Q.   Okay.  And just taking one last -- one step

14 back.  And you could set -- put that aside.  You've

15 drawn distinction today in your answers to -- answers to

16 Mr. Bowman's questions between protestors and what you

17 would describe as assaultive subjects, violent rioters,

18 or a mob.  Could you just educate the Court as to what

19 you understand protestors to mean?  And secondarily what

20 you would then -- well,

21 just -- let's just start with, what do you understand

22 protestors to mean in -- when you're drawing that

23 distinction?

24     A.   Yes, sir.  I would think a protestor is an

25 individual that is exercising their constitutional

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  rights to speak.  To speak their opinion, to speak their

2  mind in a peaceful fashion, in a fashion in accordance

3  with law's rules and with the Constitution. In other

4  words, somebody voicing an opinion that could be both

5  sides of the issue.

6  We get protestors on both sides of the issue.  Sometimes

7  they protest against, say a Title 8 immigration

8  enforcement mission, tell us they don't like it, we

9  shouldn't be there, we need to go home.  Use very foul

10  language, oftentimes.  And then there's also protestors

11  on the other side of the issue that say, hey, you should

12  be there.  We're glad you're here.  Continue to be here.

13  So I look at those as peaceful individuals exercising

14  their right to, one, be there and, two, to speak their

15  mind.  It's freedom of assembly, freedom of speech.

16      Q.   And so let's then turn to -- oh -- like -- do

17  you understand this, when you were -- today, were using

18  the phrases assaultive subjects or violent mob or

19  violent rioters, do you understand those three phrases

20  to mean the same thing?  Are you referring to them kind

21  of synonymously?

22      A.   I am, sir.  Yes, sir.

23      Q.   Okay.  So what do you understand those phrases

24  to mean generally?

25      A.   Sure.  Those phrases, to me, mean an

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   individual that wishes to perpetrate violence or threats

2   or some overt violent action towards another individual.

3   In this case, it would be us in law enforcement.  That

4   could be anything from striking an agent, removing a

5   mask from an agent.  I'm drawing from things that I see

6   every day on the streets or that my agents see every day

7   on the streets.  Removing masks, kicking agents,

8   grabbing agents' groins, assisting and abetting

9   prisoners from escaping, shooting fireworks, knifing and

10  slashing tires with weapons, throwing rocks through

11  windows of vehicles to hurt agents and/or detainees.

12  It's the whole -- it's a whole myriad of violent actions

13  that I see against law -- law enforcement officers

14  conducting a lawful law enforcement mission.

15       Q.   How, if at all, does refusing to -- how, if at

16  all, does refusing an -- a direction from an ICE agent

17  impact your view of whether a peaceful protestor is then

18  in turn becoming an assaultive subject or mob or violent

19  rioter?

20            Like, what -- what, if any, impact does a

21  peaceful protester's refusal to follow an order from a

22  law enforcement -- law enforcement officer impact your

23  view of whether they're properly exercising their First

24  Amendment rights?

25            MR. BOWMAN:  Object to the form of the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        question.  Lack of foundation.
 2             THE WITNESS:  Yes, sir.  When someone refuses
 3        a lawful order from a law enforcement officer,
 4        especially in the situations that we've described,
 5        that's, in my view, in my opinion as a career law
 6        enforcement officer, a -- that's an indicatory
 7        element that that individual is, potentially, on
 8        that road to not following instructions,
 9        potentially obstructing, and it's something that's
10        going to cause me to take a - - potentially take a
11        -- a closer look at that individual, because not
12        following instructions is certainly one indication
13        of someone that -- that's -- that's already ready
14        to that break the law, be where they're not
15        supposed to be, and/or, more importantly, obstruct
16        and/or impede that law enforcement mission.
17   BY MR. KHOJASTEH:
18        Q.    Right.  And just can you give me an example of
19   what you would consider a lawful order?  That -- look -
20   - that -- that you're describing that would impede a law
21   enforcement mission?
22        A.    Sure.
23             MR. BOWMAN:  Objection.  Form and foundation.
24   BY MR. KHOJASTEH:
25        Q.    You can go ahead.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   Sure.  For instance, we could go back to the -
2   - the --
3   the -- the violent crowd that we just looked at at the
4   plaza there in the -- the -- the -- the picture that --
5   that -- that we looked at.  Asking someone to clear the
6   road, clear the roadway so we can depart the area, which
7   is what we were trying to do in that situation, and then
8   those individuals saying, no, I'm not going to depart
9   the area.  Let's trap them in here.  Let's -- let's get
10  them trapped in here and then calling for other people
11  to come in and say trap us or calling for vehicles to
12  block our exits.  Things like - - it is that type of
13  language that I believe that we're -- that we're talking
14  about here, that certainly does raise my suspicion and
15  certainly amps up
16  the -- the level of threat by their language and then
17  resulting actions, if there's resulting actions, that
18  would that -- that -- that would concern me.
19          A vast gulf of difference between those
20  individuals doing that and an individual exercising
21  their First Amendment rights by telling me they hate me
22  or they want me to get out of the area or F you.  A vast
23  gulf of difference there.
24          MR. KHOJASTEH:  All right.  Thank you, Mr.
25  Bovino.  I have no further questions.  I'll turn it

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        over to Mr. Bowman to -- for any, I guess,

 2        redirect, re -- re-redirect.

 3                    REDIRECT EXAMINATION

 4   BY MR. BOWMAN:

 5        Q.   So Mr. Bovino, one question.  Looking again at

 6   Exhibit 23 -- and I -- I'd really appreciate it if you

 7   could do me a solid and just answer my questions.

 8            Do you see anybody in Exhibit 23 who you might

 9   characterize as a person exercising their First

10   Amendment rights to record what you're doing or express

11   their opposition to what you're doing?

12                    MR. KHOJASTEH:  Object to form.  If you can

13        tell.

14   BY MR. BOWMAN:

15        Q.   It just calls for a yes or no.

16        A.   I can't -- I can't answer that based on -- on

17   just the picture.  There's much more happening here than

18   this snapshot in time will tell.

19        Q.   Okay.  I understand.

20        A.   So much more happening.

21        Q.   I get it.

22        A.   And I'm trying to work with you there.

23        Q.   You can't -- you can't answer it.  I get it.

24   Okay.

25                    MR. KHOJASTEH:  Well, he did answer it.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    BY MR. BOWMAN:

 2         Q.   Do you see anybody in this photograph who you

 3    would acknowledge might, just possibly, might be

 4    exercising their lawful First Amendment right to record

 5    your activities and to express their disagreement with

 6    what you're doing?

 7              MR. KHOJASTEH:  Object to form and --

 8    BY MR. BOWMAN:

 9         Q.   Again, I'm just looking for a yes, if you can,

10    or you can't say, or no.

11              MR. KHOJASTEH:  Object to form.  Asked and

12         answered.

13              THE WITNESS:  I'm -- I'm unable to -- to

14         answer that based on this one snapshot in time with

15         what's happening all around the area simultaneously

16         up to and including a half a mile away with -- with

17         -- with other threatening -- very threatening and

18         concerning things taking place, as well as

19         assaults, that may or may not be captured by this

20         photo.

21    BY MR. BOWMAN:

22         Q.   Okay.  Let me hand you again what was marked

23    for identification as Exhibit 22 to your deposition

24    yesterday.  This is an aerial photograph.  And you

25    testified yesterday that it appears to depict you
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    deploying the canister.  See, we see the canister, which

2    is circled, and we see yourself.

3              In Exhibit 22 --

4              MR. KHOJASTEH:  Same objection as yesterday

5         regarding the timestamp.

6              MR. BOWMAN:  I have not finished the question.

7              MR. KHOJASTEH:  It's in the use of this.

8              MR. BOWMAN:  So I'm going to have to start

9         over.

10             MR. KHOJASTEH:  Go ahead.

11   BY MR. BOWMAN:

12        Q.   The document that is in front of you is a

13   couple of photographs.  It was marked for identification

14   yesterday as Exhibit 22.  It has two red circles.  They

15   appear to be around you and around a canister of CS gas

16   that you have deployed.

17             You testified yesterday that that appeared to

18   show that event, correct?

19             MR. KHOJASTEH:  Object to form.  Same

20        objection as yesterday regarding the timestamp and

21        the representations being made concerning it.

22             THE WITNESS:  Yeah.  I can't tell exactly

23        which time this is.

24   BY MR. BOWMAN:

25        Q.   Sure.  I understand that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    So I don't -- I don't know what -- what time

 2    that is.

 3        Q.    But I -- I think you said yesterday it seems

 4    to depict you deploying the canister?

 5        A.    A canister.

 6        Q.    A canister.  Yes, you agree?

 7             MR. KHOJASTEH:  I think he agreed with your

 8        representation yesterday, Mr. Bowman.

 9             MR. BOWMAN:  I am so interested in the

10        witness' testimony, not yours.

11             MR. KHOJASTEH:  I'm interested in you not

12        mischaracterizing the testimony and trying to trick

13        someone, but go for it.

14             MR. BOWMAN:  I really would appreciate it if

15        you'd stop it.  It's just beyond unacceptable.

16             MR. KHOJASTEH:  So was yelling at someone,

17        putting your hand up like a 5-year-old, and saying

18        stop repeatedly and interrupting me all day, which

19        everyone in the room, including the record,

20        reflects.  You ask any -- take a poll in this room

21        of who's -- who's acted professionally during the

22        course of this deposition, it'll be a --

23             MR. BOWMAN:  Can you stop yourself?

24             MR. KHOJASTEH:  -- landslide.

25             MR. BOWMAN:  Can you stop yourself?  Please.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

BY MR. BOWMAN:

    Q.    **Here comes the question again.  Can you confirm that yesterday, you indicated that it appeared to be you deploying a munition, as represented in that exhibit?**

        MR. KHOJASTEH:  Same objection.

        THE WITNESS:  It appears so.

BY MR. BOWMAN:

    Q.    **So you see the -- in Exhibit 22, you see in front of you, the people amongst whom your munition can be expected to land, given the direction in which you have deployed it, correct?**

        MR. KHOJASTEH:  Object to form.  Foundation.

        THE WITNESS:  I don't know what's happening

    with the munition, whether it's static, moving.  I

    -- I can't tell from the picture.

BY MR. BOWMAN:

    Q.    **You can't tell.  Do you see anyone in this photograph who is more representative of the violent mob that you have testified about than the group of individuals depicted in Exhibit 23 that we were talking about a minute ago?**

        MR. KHOJASTEH:  Same objection.  Lacks

    foundation.  Mischaracterizes the testimony

    regarding Exhibit 23.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              THE WITNESS:  There are individuals that I
 2        would characterize as assaultive or a violent mob
 3        in this photo.
 4   BY MR. BOWMAN:
 5        Q.    Okay.  Where are they?
 6        A.    I don't know which individuals they are
 7   because I can't tell from the photo.  But this -- this
 8   smoke here was the first canister that I deployed.  I
 9   deployed it over here and several -- or it looked to me
10   like one, two, or possibly three people had kicked that
11   canister back at Border -- back at Border Patrol agents,
12   which is why the smoke is right here.
13              And one of the reasons why I deployed the
14   second canister is because there was active assaults on
15   federal officers with this canister, in which we did
16   make an arrest for.
17        Q.    Does Exhibit 22 depict the active assaults on
18   federal officers?
19        A.    It -- there's nothing active here because it's
20   a still shot in time.
21        Q.    Understood.  Does it show in -- in -- in a
22   moment in time a person assaulting a federal officer?
23        A.    It shows me deploying a canister.
24        Q.    We got that.  My question was different.
25              Does it show anywhere in Exhibit 22, this
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  business of someone assaulting an officer?

2  　　A.　I'm unable to -- to tell because it's a

3  snapshot in time, and I can't make that judgment from

4  that -- that photograph.

5  　　Q.　All right.  You said in your testimony that

6  you have been confronted over the course of your work in

7  Operation Midway Blitz, both by protesters who oppose

8  your presence here, as well as by protestors coming out

9  to support your work, because you testified to that?

10 　　　　MR. KHOJASTEH:  Object to form.

11 　　Mischaracterizes testimony.

12 　　　　THE WITNESS:  I can't remember my exact words.

13 BY MR. BOWMAN:

14 　　Q.　Well, did you testify to that point generally

15 speaking, that you have interacted with protesters who

16 favor your activities, as well as persons exercising

17 their First Amendment right in opposing your activities?

18 　　　　MR. KHOJASTEH:  Object to form.  Vague as to

19 　　"activities."  Lacks foundation.  Mischaracterizes

20 　　testimony.

21 　　　　THE WITNESS:  I didn't say that I'd interacted

22 　　with anyone.  I said that there were those types of

23 　　protestors.

24 BY MR. BOWMAN:

25 　　Q.　Okay.  And have your officers, under your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  command, actually interacted with persons exercising

2  their First Amendment rights to support what you're

3  doing?

4       MR. KHOJASTEH:  Object to --

5  BY MR. BOWMAN:

6     Q.    Saying, bravo, well done, glad you're here --

7       MR. KHOJASTEH:  Object to --

8  BY MR. BOWMAN:

9     Q.    -- words to that effect?

10      MR. KHOJASTEH:  Object to form.  Vague as to

11      whether you're referring to activities related to

12      Operation Midway Blitz.

13      MR. BOWMAN:  Yes, it has to do with Midway

14      Blitz.  That's what we're here about.

15      MR. KHOJASTEH:  I know.  I'm just -- I'm

16      helping you.  Object to form.

17      THE WITNESS:  I don't know if they have or

18      not.  I wasn't with the officers all the time, so I

19      couldn't tell you if they said that.

20  BY MR. BOWMAN:

21     Q.    How about you?  Well, I'm not talking about

22  those exact words.  Expressing those sentiments, either

23  with those words or words to that effect?

24      A.    Sentiments, again, what type of sentiments?  I

25  -- I don't know.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q.    The sentiment of supporting your position

2  here, the work that Midway Blitz is doing?

3     A.    There have been protestors that -- that

4  supported our position here and opposed it.

5     Q.    Right.

6     A.    Yes.

7     Q.    So I want you to focus on those, you know, who

8  have supported your position here.  And my question for

9  you is, can you identify any occasion on which you or

10  any member of your enforcement team, any federal agent

11  under your command, has engaged in any force, deployment

12  of munitions, deployment of PepperBalls, tackling, any

13  of these activities that we have been talking about,

14  against those First Amendment protestors who have come

15  to support your work?

16       MR. KHOJASTEH:  Hold on.  Object to form.

17       Lacks foundation.  Are you asking him whether they

18       -- he deployed --

19       MR. BOWMAN:  You can stop.

20       MR. KHOJASTEH:  I'm -- you're -- you're

21       missing a point in your logic.  I would just look

22       at the question again.  You're missing something in

23       your question.

24       MR. BOWMAN:  You are unbelievable.  Stop what

25       you're doing.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     MR. KHOJASTEH:  Okay.

2     THE WITNESS:  I don't understand the question.

3  Could you reformulate the question?

4  BY MR. BOWMAN:

5     Q.   **All right.  Here it comes --**

6     A.   Or ask it again.

7     Q.   **Here it comes again.  As your team, your**

8  **officers, or yourself, if it's the case, have**

9  **encountered during Midway Blitz, protestors, folks**

10 **exercising their First Amendment rights to support your**

11 **activities, have you or any person operating under your**

12 **command deployed any of the kinds of force that we have**

13 **been talking about in your deposition so far, such as**

14 **deployment of munitions, use of PepperBalls, tackling,**

15 **shoving, any force, pulling guns on them, has that**

16 **happened in relation to those protestors that I've**

17 **identified in this question?**

18    A.   I'm not aware of any use of force against

19 anyone exercising their First Amendment rights.

20    MR. BOWMAN:  All right.  Thank you.

21    MR. KHOJASTEH:  No further questions here.

22    THE VIDEOGRAPHER:  All right.  With that,

23 we'll go off the record.  The time is 12:32.

24        (Deposition concluded at 12:32 p.m. CT)

25

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1                 CERTIFICATE OF DIGITAL REPORTER
2                        STATE OF ILLINOIS
3
4     I do hereby certify that the witness in the foregoing
5     transcript was taken on the date, and at the time and
6     place set out on the Stipulation page hereof, by me
7     after first being duly sworn to testify the truth, the
8     whole truth, and nothing but the truth; and that the
9     said matter was recorded digitally by me and then
10    reduced to typewritten form under my direction, and
11    constitutes a true record of the transcript as taken,
12    all to the best of my skill and ability. I certify that
13    I am not a relative or employee of either counsel and
14    that I am in no way interested financially, directly or
15    indirectly, in this action.
16
17
18
19
20
21
22    KORTNEY CHASE
23    DIGITAL REPORTER/NOTARY
24    MY COMMISSION EXPIRES: 09/24/2029
25    SUBMITTED ON: 11/04/2025
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**1**

**1** 38:12,14

**10:16** 6:7

**11** 24:13 82:8,9

**111** 51:23 71:19 80:18

**11:04** 23:6,8,12 24:10,11,15

**11:04-ish** 23:8

**11:14** 24:18,19, 20

**11:16** 59:4

**11:37** 59:7

**12:00** 75:25

**12:02** 76:3

**12:32** 99:23,24

**13** 26:8

**14** 32:2 82:9

**148** 23:4,12 82:7

**15** 35:11,21,22 39:3 82:7

**17** 28:25

**18** 26:9 39:3 51:23 71:19,21 80:18,19

**187** 32:1

**19** 36:1

**192** 28:4,21 35:10,21 39:3

**193** 35:10 38:15

**194** 38:14

**2**

**2025** 6:6 26:21

**21** 36:22,23

**214** 45:11,15, 16

**219** 6:8

**22** 36:23 91:23 92:3,14 94:9 95:17,25

**23** 13:17 20:25 39:18,20 41:2 42:1,5 84:15,21 90:6,8 94:21,25

**23rd** 25:20 32:9

**25** 27:21,22 28:5 32:2 35:10 45:12

**25-CV-12173** 6:12

**26** 68:21,22 69:3 81:16

**27** 76:6,7

**28** 61:7

**3**

**3** 45:12,17 60:5

**3,000-pound** 78:9

**30** 49:11 59:11

**30th** 26:8 54:24

**31** 68:11 69:2 81:2

**360** 19:13

**3rd** 26:21 29:2 30:15 31:1

**4**

**4** 28:24 82:8

**41** 69:7

**4th** 6:6

**5**

**5-year-old** 93:17

**6**

**65** 26:7

**7**

**751(a)** 71:22 80:20

**8**

**8** 45:12 54:23 58:11 59:17 66:7 67:10,24 86:7

**9**

**90** 16:18

**A**

**a.m.** 6:7

**abet** 71:20

**abetting** 71:22 87:8

**ability** 12:10 18:19 70:8

**accordance** 86:2

**account** 76:15, 16,17,20,21

**accurate** 21:13

**accurately** 77:7

**acknowledge** 64:5,17 91:3

**Act** 57:15

**acted** 93:21

**action** 87:2

**action-oriented** 74:9

**actions** 73:22 80:24 87:12 89:17

**active** 95:14, 17,19

**actively** 12:16 31:8

**activities** 83:18 91:5 96:16,17,19 97:11 98:13 99:11

**add** 13:9

**adhering** 42:19

**admonished** 58:12

**admonishments** 51:25

**advancing** 83:14,15

**advice** 67:4,18 68:8

**advise** 28:6

**advocacy** 35:3

**advocate** 29:14,18 33:20 34:1 35:13 36:4 37:2 39:4 42:20 58:14

**advocating** 29:5 33:4 34:20 41:24 42:3,22 49:3

**aerial** 91:24

**affiliated** 29:8

**affirm** 7:8

**agent** 25:9,19 68:16,18 69:24 70:4,6,9,15 71:25 72:1 74:22 75:2,6,13 77:18 78:4 87:4,5,16 98:10

**agent's** 72:1 75:13

**agents** 11:6,8, 9 12:16 13:11 14:4,7 19:22

**25:4 26:20 29:1 31:10 33:16 34:5 37:22 38:23 41:9 43:7,23 45:19 61:23 65:12 69:12,19 71:14, 17,18 72:5,14 73:22,25 74:6, 7,10 81:19,24 82:24 83:14,15 84:3,10 87:6,7, 11 95:11**

**agents'** 87:8

**aggressive** 84:2

**agree** 29:2,10, 13,17 30:11,16, 24 31:5,17 32:21,23,25 33:1 35:11 57:22,24 93:6

**agreed** 32:19, 24 93:7

**ahead** 49:6 66:14 88:25 92:10

**aid** 71:20

**aiding** 71:22

**aiding/abetting** 80:18

**airwaves** 69:11

**allegedly** 15:23

**allied** 31:10 66:6

**allowed** 17:8, 9,10 50:1 51:14

**amass** 84:10

**amassed** 84:22

**Amendment** 43:17 49:8,16 50:4 51:15,17 72:18 82:4 87:24 89:21 90:10 91:4



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

96:17 97:2
98:14 99:10,19

**amendments**
50:5

**amount** 43:8,
15

**amps** 89:15

**and/or** 37:22
64:9 65:11,12
87:11 88:15,16

**Andrew** 77:6,8,
15,25 78:22
79:13

**Angeles** 49:14

**angry** 39:24
78:11 79:23
82:22 83:23

**answering**
16:8,9 17:9,12

**answers** 17:3
42:16 85:15

**anything-you-
want** 81:10

**anywhere's**
49:13

**appeared**
12:18 43:20
92:17 94:3

**appearing**
6:17

**appears** 69:10
91:25 94:7

**area** 12:20
22:17,18 41:4
51:25 52:1,2
66:21 71:9
82:20 84:8
89:6,9,22 91:15

**areas** 14:5
49:14

**Argumentativ
e** 39:9 42:24
56:19

**arrest** 31:13
56:24 58:2,7
59:25 60:3

95:16

**arrested** 35:8
57:2 80:21

**arresting** 34:2

**arrests** 65:25

**arrived** 63:6,14

**arrow** 85:1

**Asbury** 69:1

**ascertain** 61:9

**ashamed**
50:22

**aspect** 15:21

**aspects** 18:22,
23 19:2 43:18

**assault** 51:23
80:11,13

**assaulted**
45:22 65:11
68:16 71:17
72:1 75:12

**assaulting**
12:16 43:6
68:18 80:17
95:22 96:1

**assaultive**
45:8 46:3,19
47:6 48:1 49:2
55:19 61:24
62:2,6 64:5,9,
16,20 65:6
68:17 70:10
71:3,7 73:14,
23,25 80:10,23
83:6 85:17
86:18 87:18
95:2

**assaults** 91:19
95:14,17

**assembly** 49:9
86:15

**assessment**
58:2

**assisting** 87:8

**attacked** 78:9

**attacking** 14:4

**attention** 55:4
68:3

**author** 76:22

**authored**
77:15

**aware** 66:2,9,
11 68:10 99:18

─────────

**B**

**back** 13:12
27:25 59:6
75:18 76:2
85:14 89:1
95:11

**badger** 39:11

**badgering**
16:10

**badly** 66:13

**BARAJAS**
22:24 23:1,3,6,
8,22 24:4,11,15
27:5

**based** 34:15,17
75:10 90:16
91:14

**basis** 47:9
72:15

**beard** 69:25

**begin** 7:12

**beginning**
28:24 32:2
35:11 36:1
45:17

**behalf** 6:17,19,
20,23,24

**behavior** 71:3,
7

**beleaguered**
82:21,24 83:17

**belief** 33:14
49:19

**believed** 37:25

**bit** 8:15 15:24
18:7 24:20

**black** 10:12,21
11:19

**Blackburn**
50:12 52:13
58:9 59:16 65:4

**Blitz** 26:11 29:4
33:19,24 34:2
36:24 63:7,14
96:7 97:12,14
98:2 99:9

**block** 83:13
84:7 85:10
89:12

**blocks** 41:10

**blue** 54:7,10,13
55:5

**body-** 7:23

**body-worn**
22:20 23:11
24:24

**Border** 11:6,8,
9 12:16 13:11
14:4 19:22
31:10 33:16
34:4 38:23 41:9
43:6,23 49:10
66:6 68:15
72:4,13 82:19
83:14,15 84:10
95:11

**bottles** 9:20

**bounties** 12:24

**Bovino** 6:10
7:17 8:19 19:24
20:5,9,14 25:4
35:18 43:4 44:4
59:9 66:15 76:4
81:13 89:25
90:5

**Bovino's**
54:24

**Bowman** 6:16
7:3,14,16 10:11
13:16 14:19,21
15:3,4,7,8,15,
17 16:2,3,5,9,
13,14,16,22
17:1,3,7,13,16,
18,21,23 18:1,

4,5 19:3 20:4,8,
13 21:25 22:22,
25 23:2,5,7,9,
16,19 24:2,7,
23,24 25:2,3,
13,18 27:3,4,8,
14,19,20,24
28:1,3,8,9,13,
16,17,20 29:24,
25 30:5,7,9,10,
17,18,21,22,23
31:16,25 33:18
34:13,25 35:15,
19 36:7,11,14,
15,17 37:4,10,
15 38:8,10
39:7,17 41:11
42:11,13,18
43:1 44:2,10,18
45:2 46:8 47:16
48:6 50:6,17
51:3 52:8,19,
24,25 53:2,3,4,
8,10,15,21,22,
24 54:3,17,20
55:2,25 56:16,
21 57:4,9,10,
13,16 58:19
59:2,8,23 60:11
61:3,18 62:7,
17,24 63:10
64:3,14 65:2,14
66:18 67:5,20
68:6,19,24 69:4
70:24 72:23
73:5,16 74:12
75:4,15,21
76:4,9 78:2
79:7,12 80:7
81:6,17 83:11
84:14,15,19
87:25 88:23
90:1,4,14 91:1,
8,21 92:6,8,11,
24 93:8,9,14,
23,25 94:1,8,17
95:4 96:13,24
97:5,8,13,20
98:19,24 99:4,
20

**Bowman's**
85:16

**boxed** 43:22

**boxing** 13:2



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Branca** 77:25
78:3,15 79:13

**Branca's**
79:15

**bravo** 97:6

**break** 88:14

**briefly** 76:15

**bringing**
83:19,22

**Broadview**
26:20 30:15
31:1 32:9 45:5,
6,19,21 46:1,7,
11,18 47:19,25
48:5 49:12,23
50:13 63:12,13
64:7,11,18,23
65:13,18,19,21

**Broadway**
63:5

**Brooks** 70:16
77:19

**brought** 56:12

**Building** 6:8

**business**
13:14 96:1

———————

**C**

**call** 55:8 85:11

**called** 85:3

**calling** 89:10,
11

**calls** 31:18
33:7 43:2 75:9
90:15

**camera** 7:23
19:8 22:20
23:11 24:24

**cameras** 19:19

**canister** 7:21
8:2 9:4,25 10:2,
12 18:8 19:5,10
21:7,14 42:22
92:1,15 93:4,5,
6 95:8,11,14,

15,23

**canisters** 9:24
10:16,20,25
11:2,4,10,11,18
12:2 13:7,20
15:23

**capture** 19:20

**captured**
22:19 58:10
91:19

**car** 83:22

**care** 43:18

**career** 88:5

**case** 6:12
34:12 42:13
87:3 99:8

**catch** 33:23

**caused** 13:7
19:4,10 22:11

**CBP** 66:6

**celebrating**
66:22

**cell** 39:21,22,
23 55:4,14,17
56:5 70:17

**Central** 6:7

**change** 25:22

**chaotic** 9:17
11:5,12

**character**
67:11

**characterize**
47:4,21 49:7,22
65:5 72:24
73:7,19,21
74:6,8 79:2
90:9 95:2

**charged** 80:21

**charges** 56:12

**Chase** 6:5

**check** 81:1

**chemical** 9:16

**Chicago** 6:9,
11 49:13 63:6,

14 66:4,21
79:24

**children** 60:19
61:25 66:22

**choosing** 38:8

**circle** 19:19

**circled** 92:2

**circles** 92:14

**circumstance**
12:9

**circumstance
s** 13:6 58:6

**City** 68:10 69:1
74:1 79:24

**civilians** 34:5

**clarify** 9:1,22

**clear** 13:12
51:20,25 52:1
89:5,6

**clip** 8:5 22:22
23:10 32:14,15

**clipped** 24:6

**closed** 78:11

**closer** 88:11

**Club** 6:11

**co-joined**
46:12

**coalesced**
85:6

**colorful** 69:15,
21 72:19 81:18

**comfortable**
53:17

**command**
59:12 97:1
98:11 99:12

**commander**
29:4 36:24

**comment**
59:10

**comments**
50:19

**commercial**
12:18

**commit** 80:14

**communicatin
g** 48:22

**communicatio
n** 48:23 67:16

**communicatio
ns** 67:2,14

**compendium**
22:8,11

**completely**
19:19

**computer**
76:11

**concede**
56:14,20

**concern** 72:2,
12,16 89:18

**concerned**
71:10,13

**conclude** 83:8

**concluded**
99:24

**conclusion**
65:15,23

**concrete**
50:11

**conduct** 13:1,
14 42:16 43:17
51:20 67:11,23
83:10

**conducted**
66:7 83:18

**conducting**
48:21 87:14

**confirm** 11:17
94:3

**confronted**
46:2,19 47:20
49:15 63:1 96:6

**confused** 8:8,
16,17 9:19
37:12,16

**consequences**
29:9 80:17,23

**considered**
42:2 51:23

**Constitution**
49:19 50:4,5
86:3

**constitutional**
85:25

**consumes**
69:6

**content** 23:20

**context** 34:15
37:5,11 70:12

**Continue**
86:12

**continued**
66:3

**contributing**
43:13,14

**control** 43:9

**conversation**
61:6

**conveyed**
50:20

**copies** 27:2

**copy** 27:14
75:16 76:13
77:12

**corner** 8:6,9,20

**correct** 9:8,13,
21 10:15,22,24
13:20 14:25
15:19 21:1,9
23:20 31:6
32:14 38:9 42:6
45:20 46:13
55:6 64:21
92:18 94:12

**correction**
21:13

**correctly**
18:13 24:6
26:14 29:15
33:5



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Counsel** 6:14
7:2,13 67:2,4,
16,18 68:9

**country** 29:10

**couple** 92:13

**court** 6:5,13
7:6 68:1 85:18

**Court's** 66:13

**Craig** 6:18

**crime** 72:10

**crimes** 80:22

**critical** 12:22

**CROSS-
EXAMINATIO
N** 81:11

**crowd** 14:3,8
89:3

**CS** 7:21 60:18,
20 61:9 64:10,
17,19 65:17
92:15

**CT** 99:24

**custody** 65:10

—————

**D**

—————

**daily** 72:15

**dangerous**
12:19 72:22

**date** 61:15

**David** 70:16
77:19

**day** 6:6 58:21
59:1 60:25
66:23 68:11
87:6 93:18

**days** 49:13
67:23 83:4

**Dearborn** 6:8

**decide** 42:19

**decided** 18:8
42:14

**decision** 34:12

**defend** 50:3

**Defendants**
6:21,23,25

**define** 32:7

**delay** 80:13

**demonstrator
s** 63:25

**deny** 58:20

**depart** 89:6,8

**Department**
6:22 25:24
30:13

**depict** 13:25
14:1,6 15:20,24
40:1,3 52:11
53:1 57:23
91:25 93:4
95:17

**depicted**
14:16,22 69:25
82:15 83:8
84:20 94:21

**depicts** 7:23
15:25 52:16

**deploy** 11:18
13:7 18:8 19:4,
10 25:6,20
65:1,3

**deployed** 8:2
9:16,25 10:2,
12,20,25 11:4,
10,14 12:2
13:20 21:10,11,
14,24 22:5 43:7
60:18 64:10,17,
19,22 65:17,19
83:25 92:16
94:12 95:8,9,13
98:18 99:12

**deploying**
22:24 23:1 92:1
93:4 94:4 95:23

**deployment**
43:14 61:9,14
83:21 84:24
98:11,12 99:14

**deployments**
61:15

**deposition** 6:9
13:17 26:1,8,19
28:7,10 54:25
68:21 91:23
93:22 99:13,24

**descending**
43:20

**describe** 71:3,
6 83:9 85:17

**describing**
41:13 61:2
88:20

**detain** 56:9

**detained** 56:8,
10

**detainees**
82:19 87:11

**devices** 11:15
61:14 64:8

**dialogue** 22:19

**die** 51:16

**difference**
89:19,23

**difficult** 72:21

**direct** 7:15
32:1

**directed** 82:1

**directing**
40:11

**direction**
26:10 40:12
42:22 51:19
87:16 94:11

**directions**
51:14 52:21

**directive** 66:13

**direness** 72:11

**Dirksen** 6:8

**disagreement**
91:5

**discharged**
63:20 64:6,8

**disclose** 67:1

**discussion**
7:19 26:22 38:2

**discussions**
28:8

**dislikes** 69:12

**disrespect**
15:14

**distinction**
85:15,23

**distinctions**
83:5

**District** 6:13
33:2 48:20 66:4
67:25

**Division** 6:14

**document**
76:5 79:10 80:4
92:12

**documents**
61:13,22

**dominating**
69:11

**door** 81:7

**draw** 70:4 85:1

**drawing** 69:25
71:4 85:22 87:5

**drawn** 77:18
83:5 85:15

**drew** 71:8

**due** 12:14,23
76:13

—————

**E**

—————

**earlier** 26:25
59:21 82:6

**Eastern** 6:14

**educate** 85:18

**effect** 51:5
97:9,23

**egress** 84:7

**elected** 55:10

**element** 88:7

**Ellis** 16:16
61:6,21 66:10,
17 67:25

**emergent** 12:9
13:5,8 43:9,10,
25

**employed** 7:21

**encounter**
48:4

**encountered**
45:7 47:24
48:7,10 50:13
99:9

**encourageme
nt** 32:6

**end** 8:4,19

**ending** 71:18

**enforcement**
12:23 13:1,3,13
31:8,11,15
34:4,19 35:6
37:22,24 38:24
39:13,14 43:23
48:21 51:14,21
65:12 66:3,6,7,
21 67:11,12,24
70:18 72:13,14
86:8 87:3,13,
14,22 88:3,6,
16,21 98:10

**enforcement's**
12:24

**engage** 65:21
66:20

**engaged** 70:18
98:11

**engaging**
55:18

**enter** 27:6

**entire** 58:4

**entirety** 28:7,
10

**environment**
9:18

**epithets** 48:11

**escape** 71:20



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

80:18

**escaping** 87:9

**et al** 6:11

**Evanston**
68:11 69:2
72:24 73:3,6
74:1 75:16
81:21

**event** 38:11
40:4 61:1,6
92:18

**events** 58:10,
25 68:25

**evidence**
61:25 63:1

**exact** 26:4 45:9
48:23 96:12
97:22

**examination**
7:15 42:16 90:3

**exemplary**
59:13,18 60:6,
21 61:10,17,21,
23 65:22 66:1
75:7,11

**exercise** 50:2
51:14

**exercising**
49:8,15,25
51:17 82:4
85:25 86:13
87:23 89:20
90:9 91:4 96:16
97:1 99:10,19

**exhibit** 13:17
20:25 24:3,22
27:7,16,17,21,
22 28:5 32:2
35:10 39:18,20
41:2,4 42:1,5
45:12 54:21,23
58:11 59:17
68:21,22 69:3
76:6,7,13 77:6,
13 81:16 82:7
84:14,15,21
90:6,8 91:23
92:3,14 94:5,9,
21,25 95:17,25

**exhibits** 76:5

**exits** 89:12

**expected**
94:11

**experience**
49:11

**explain** 8:15
16:19

**explained**
39:10 41:5,8

**expletives**
40:11

**exposed** 60:19

**express** 90:10
91:5

**expressing**
69:18 97:22

**extended** 67:8

**extent** 67:1,15
81:8 84:16

**extremely**
12:19 43:25

**eye** 44:4,17

---

**F**

---

**face** 74:22

**faced** 11:7 14:7

**facility** 26:21
30:16 31:1 32:9
45:5,6,18,21
46:1,18 48:5
49:23 50:13
63:5,12 64:7,
11,18,23 65:13,
18,20,22

**facing** 72:9

**fact** 12:24 71:8

**factors** 13:2
43:11 44:13
72:7

**facts** 75:11

**failing** 51:18

**families** 29:6

**fashion** 86:2

**fast** 23:17
24:18

**favor** 96:16

**federal** 6:8
26:20 29:1
33:15 45:19
51:24 65:11
68:18 80:11,17
95:15,18,22
98:10

**feel** 27:12

**fellow** 21:8,15
50:11,12 54:6,
13 58:13

**felonies** 71:14
80:14

**felony** 71:22,
23 80:19

**felt** 11:4 58:3

**fields** 19:1

**film's** 71:6

**filming** 70:17

**find** 24:4 47:12
61:25

**finished** 92:6

**fire** 19:1 21:10
22:12

**firearm** 68:12
77:18

**fired** 21:7,12

**fireworks** 9:20
11:9 12:18 87:9

**fit** 33:12 43:4
52:15

**focus** 54:13
98:7

**focused** 55:4

**folks** 40:23,24
41:1,24,25 42:1
55:18 64:6
70:19 73:8
79:22,24 99:9

**follow** 27:15
87:21

**force** 12:11
43:8,15 59:12,
18,22,24 60:6,
10,12,13,21
61:16,20,23
63:18 64:22
65:1,3,24 75:7,
12 81:24 82:3
98:11 99:12,15,
18

**Forgive** 71:1

**form** 10:9 12:6
18:17 21:21
25:12,15 26:12
31:2,21 34:10,
23 36:6,9,13
37:3,6 38:5
39:9 42:7,24
44:7 46:4 48:2
49:4 50:14,24
52:14 55:21
56:15,18 58:15,
23 59:19 60:7,
22 61:11 62:5,
14,20 63:8,22
64:12,24 65:7
66:12,24 67:13
68:13 70:20
71:11 73:2,9
74:3,25 75:8
77:21 79:4,9
80:3 83:11
87:25 88:23
90:12 91:7,11
92:19 94:13
96:10,18 97:10,
16 98:16

**formed** 83:24

**forming** 74:8

**forward** 41:14

**forwarded**
24:18

**forwarding**
23:17

**foul** 69:17,18,
23 72:19,21
81:25 86:9

**found** 61:15,22

**foundation**
25:16 31:3
42:25 46:5 49:5
50:15,25 55:22
56:19 58:16,24
59:20 60:8,23
61:12 62:15
63:9,23 65:8
68:14 70:21
71:12 73:11
74:4 75:1,9
77:22 80:4
88:1,23 94:13,
24 96:19 98:17

**free** 49:9 50:1,2

**freedom** 86:15

**freely** 13:13

**front** 12:2
13:19 14:4 18:7
27:15 28:21
31:1 39:18,19
55:17 76:12
77:13 92:12
94:10

**fucking** 23:2
25:6

**full** 82:19

**funded** 29:8

**Futterman**
6:18 54:18

**future** 24:20

---

**G**

---

**game** 20:19

**gap** 76:4

**gas** 7:21 18:8
21:7 22:12,24
23:1,2 25:6,20
60:18,20 61:9
64:10,17,19
65:17 92:15

**gathered**
73:25

**gathering**
74:6,7 80:2

**gave** 12:4
26:19 30:25



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

45:13 58:21

**general** 71:9

**generally**
76:20 86:24
96:14

**give** 7:9 12:1,3,
10 27:5 32:6
45:17,22 70:12
76:23 88:18

**giving** 12:13

**glad** 86:12 97:6

**good** 7:17,18
21:6 23:24
25:10 42:21
45:3 54:20
66:20 67:23
79:17

**got-you** 42:14

**government**
71:21

**governor** 67:7,
8

**grab** 80:14

**grabbed** 71:25
75:13

**grabbing** 87:8

**grade** 12:18

**Graham** 72:7

**Great** 7:1

**Gregory** 6:10

**groins** 87:8

**ground** 56:2
74:23

**group** 94:20

**guess** 82:8
84:15 90:1

**gulf** 89:19,23

**gun** 70:4,6
74:14 77:18

**guns** 99:15

**guy** 50:19,23

**H**

**hair** 50:19

**half** 12:21
91:16

**Halloween**
66:2,8,10,21
67:12,23 68:11
74:1 77:19

**hammer** 29:14,
18 33:25 34:9
35:4,12 36:3
42:20 58:13

**hammering**
33:20,25 34:21
37:1 39:4

**hand** 7:6 91:22
93:17

**handheld**
11:14

**handing** 77:12

**happen** 84:8

**happened** 9:4
10:1 19:14
75:14 99:16

**happening**
9:21 13:22
34:16 41:5
71:15 82:17,18
90:17,20 91:15
94:14

**happy** 16:20
47:4

**hard** 29:4 33:3
58:13 76:12
77:8 78:23
79:18,21,24
80:16,20

**hate** 89:21

**head** 10:14,22,
23

**Headline** 6:11

**heads** 12:25

**hear** 40:7

**heard** 40:6

58:3

**heeded** 13:15

**helping** 97:16

**hey** 86:11

**hit** 10:21,23

**Hitchcock**
6:24

**hits** 74:22

**hitting** 10:13

**hold** 14:18
49:20 98:16

**holding** 55:14,
15 70:17

**holiday** 60:20
77:19

**home** 86:9

**Homeland**
6:23 25:25
30:13

**honestly** 53:20

**hoped** 67:9

**Hopple** 6:22

**hour** 81:2 82:8,
9

**hours** 56:10
69:6

**hundred** 19:18

**hurt** 11:8 87:11

**I**

**ICE** 26:20
30:16 31:1,10
32:9 33:16
45:5,6,18 46:1,
18 50:13 63:5,
12 64:7,11,18,
23 65:18,19,21
87:16

**idea** 42:21
54:20 66:20
67:14,23

**identification**
27:23 58:11

59:17 68:20,23
76:6,8 91:23
92:13

**identified**
99:17

**identify** 6:15
22:22 27:16
54:18 98:9

**III** 6:10

**illegal** 34:19

**Illinois** 6:9,14
33:2 48:20
63:13 66:5
67:8,10,25 68:2

**image** 8:6
14:11,12,15,22
19:8 77:17 78:4

**images** 20:23
82:10,14

**immediately**
78:10

**immigration**
48:21 66:3,7,21
67:10,24 70:18
86:7

**impact** 87:17,
20,22

**impede** 80:13
88:16,20

**impeded** 51:22
65:11

**impeding**
15:23 68:17

**implored**
66:10

**important**
19:25 20:3
49:18,19

**importantly**
88:15

**incident** 7:20,
23

**include** 33:19,
24 34:2 38:23

**included** 11:7
61:15

**includes** 37:19

**including** 11:9
13:2 91:16
93:19

**incur** 33:24

**indication**
88:12

**indicative**
82:17 84:9

**indicatory**
88:6

**individ** 84:17

**individual**
18:24,25 48:1
51:13 52:1,17
58:1,2,3 70:10,
15 71:16,18,19,
20 75:12 85:25
87:1,2 88:7,11
89:20

**individual's**
72:20

**individuals**
12:19,21 14:3
31:6,13 34:3
35:8 41:3 48:5,
7,9,10 49:2,8,
24 55:20 64:5,
9,16 65:4,5,6,
10 72:8 73:14,
21 80:13 82:3,
23 83:7,13,17
84:21,23 85:5,7
86:13 89:8,20
94:21 95:1,6

**information**
9:3 68:1

**initially** 76:14

**insisting** 40:14

**instance** 89:1

**instruct** 66:25
67:17

**instruction**
42:20 68:5

**instructions**
51:18 88:8,12

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**intelligence** 12:20

**interacted** 96:15,21 97:1

**interaction** 58:9

**interactions** 55:18

**interested** 93:9,11

**interlocking** 19:1

**interrupt** 14:20 52:23

**interrupting** 53:23 54:1,2 93:18

**intersection** 84:7 85:1,2,4,6, 11

**investigation** 61:8

**involved** 45:5

**involves** 18:2

**involving** 58:10

**Irving** 60:19,25 61:9,20 62:3,12 63:2

**issue** 86:5,6,11

---

**J**

**job** 17:24 18:2 29:18 33:19,24 34:2,9 36:3,8, 19,20,25 38:22

**Juan** 54:6,16 55:8 60:4 65:4

**judge** 16:16 61:6,8,21 66:10,17 67:25

**judged** 46:21

**judgment** 96:3

**justified** 71:3

---

**K**

**key** 84:7

**Khojasteh** 6:20 7:4 10:9 12:6 14:19 15:3,6,10,16 16:2,8,14,19,25 17:2,6,8,14,17, 20,22,25 18:4, 17 20:1,6,11 21:21 23:17,24 24:9,12,16,21 25:1,12,15 26:11 27:2,6, 10,19 28:6,11, 15,19 29:12,23 30:5,9,17,20 31:2,21 33:11 34:10,23 35:14, 17 36:6,9,13,16 37:3,6,8,13 38:5 39:6,9 41:7 42:7,9,13, 24 43:3 44:6,18 46:4 47:15 48:2 49:4 50:14,24 52:14,23 53:2, 8,12,19,23 54:1 55:21 56:15,18 57:3,7,12,15 58:15,23 59:19 60:7,22 61:11 62:5,14,20 63:8,22 64:12, 24 65:7 66:12, 24 67:13 68:4, 13 70:20 71:11 73:2,9,11 74:3, 25 75:8,20 77:21 79:4,9 80:3 81:1,3,8, 12 84:11 88:17, 24 89:24 90:12, 25 91:7,11 92:4,7,10,19 93:7,11,16,24 94:6,13,23 96:10,18 97:4, 7,10,15 98:16, 20 99:1,21

**kick** 71:25

---

**kicked** 95:10

**kicking** 87:7

**kill** 11:9

**kind** 82:8 86:20

**kinds** 99:12

**knew** 43:8

**knifing** 87:9

**knives** 83:19

**knowledge** 60:14 75:10

**Kortney** 6:5

**Kristi** 6:11 25:25

---

**L**

**lack** 53:13 88:1

**Lacks** 21:21 25:15 31:2 42:25 46:5 49:4 50:14,24 55:22 56:18 58:15,23 59:19 60:7,22 61:11 62:14 63:8,22 65:7 68:13 70:20 71:11 73:11 74:3,25 75:8 77:21 80:3 94:23 96:19 98:17

**land** 9:5 94:11

**landslide** 93:24

**language** 35:5 69:8,15,17,18, 22,23 72:19,21 81:19,25 86:10 89:13,16

**languages** 72:19

**large** 85:6,7

**launched** 63:25

**law** 12:23,24 13:1,3,12 31:7,

---

10,15 34:4,19 35:6 37:22,24 38:24 39:13,14 43:23 51:14,20 65:12 66:6 72:13,14 87:3, 13,14,22 88:3, 5,14,16,20

**law's** 86:3

**lawful** 13:14 51:13,20 87:14 88:3,19 91:4

**laws** 70:19

**lawyer** 20:20

**lead** 74:11

**leading** 45:19

**leads** 83:8,9

**learn** 58:8 67:7 70:14 80:16,20, 22

**learned** 67:15

**learning** 77:8 78:23 79:18,21, 24

**leave** 69:19

**leaving** 22:16, 18 43:24

**led** 74:10,13

**left** 8:9,10,14, 20 14:10

**lethal** 9:16 11:14 43:7,11, 15 61:14,16 64:8 65:18 78:10 83:21 84:1,25

**letting** 16:11

**level** 89:16

**light** 54:7 55:5 67:25 72:6

**lines** 26:8 39:3 45:11 48:13,17

**listen** 23:13

**listened** 69:5

---

**litany** 13:3,5

**location** 43:20, 24 45:19 63:16

**Locke** 6:16

**logic** 98:21

**looked** 10:6 24:17,19 56:23 60:15 62:18,23, 25 73:7 78:12 89:3,5 95:9

**Los** 49:13

**lot** 36:25

**loud** 39:24

**lower** 8:5,8,9, 10,11,14,20

---

**M**

**made** 50:19 59:10 79:17 92:21

**main** 11:8

**make** 9:22 20:21 69:15,22 95:16 96:3

**making** 48:19 49:2

**man** 55:4 74:22

**manage** 31:19

**manner** 67:11 81:24

**mark** 68:20 76:6

**marked** 27:22 54:24 58:11 59:17 68:22 76:7 91:22 92:13

**marking** 24:21

**mask** 87:5

**masks** 87:7

**matter** 6:10 71:9



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

meaning 80:16,21

means 9:16 18:23

meant 28:15, 19 79:22 80:9

media 76:24

member 98:10

members 43:21 78:15,16 79:14 80:12

memory 40:3

men 59:12 60:4,18 63:1 64:22,25 65:3, 21 66:2 68:11

merits 34:17 46:22 47:2

message 66:19 67:9

met 82:22

mic 27:25 75:18

middle 17:5

Midway 26:11 29:4 33:19,24 34:2 36:24 63:7,14 96:7 97:12,13 98:2 99:9

mildly 69:16

mile 43:13 91:16

mile's 19:20

mind 32:17 33:17 37:12 86:2,15

minute 14:1 27:17 75:23 82:7,8,9 94:22

minutes 11:13 13:15 16:18 24:13 44:14 69:6 81:2 83:25

mischaracterizes 18:18 21:22 37:8 38:6 46:5 48:3 49:5 55:22 62:21 65:8 66:13 79:5,10 80:4,5 94:24 96:11,19

mischaracterizing 42:9 93:12

misread 36:14

missing 98:21, 22

mission 29:3, 11 32:7 33:1,3 51:21 86:8 87:14 88:16,21

mistaken 9:14

misunderstanding 9:1

mitigate 43:19

mixed 9:17

mob 12:1,15 13:11,18 15:21 18:14,21 19:9 40:24,25 41:1, 13,16,19 42:2 43:6,19,22 47:22 49:23 55:19 73:1,8, 20,24 78:11,16, 17 79:1,14,15 82:22 83:1,9 84:9,12,18,21 85:7,18 86:18 87:18 94:19 95:2

mobs 47:1,3,5, 8 64:4,16 79:23

modicum 19:21 42:17

moment 9:13 59:3 81:17 95:22

moments 78:9

morning 7:17, 18 62:3 74:1 77:20

move 11:21,25 13:13 20:18 24:2,3 25:10 33:9 44:23 84:25 85:4

moving 30:11 32:23 94:15

multitude 13:10

munition 94:4, 10,15

munitions 9:16 65:19 98:12 99:14

Munoz 54:7,16 55:8,9,14 56:8, 13 57:1 58:10 60:4 65:4

Munoz's 56:5

myriad 87:12

**N**

named 77:15

narrative 52:5, 12

nature 72:10 82:14 84:17

neighborhood 40:15,18 60:19, 25

Nobody's 17:13

Noem 6:11 25:25 26:2,11, 13,17,19 29:18 31:18 33:14 58:12

Noem's 29:1

nonsense 16:23

Northern 6:13 33:2 48:20 66:4 67:24

noted 49:11

notice 55:13,

16,24 56:1,3 82:2

noticed 84:5

November 6:6

number 6:12 24:13 54:21,23 63:13 72:8,9 84:14

**O**

Oak 55:10

Oakton 69:1

oath 50:3

object 8:21 10:9 12:6 18:17 21:21 25:12,15 26:12 31:2,21 34:10,23 36:6, 9,13 37:6 38:5 39:6,9 42:7,24 44:7 46:4 48:2 49:4 50:14,24 52:14 55:21 56:15,18 58:15, 23 59:19 60:7, 22 61:11 62:5, 14,20 63:8,22 64:12,24 65:7 66:12,24 67:13 68:13 70:20 71:11 73:2,9 74:3,25 75:8 77:21 79:4,9 80:3 83:11 87:25 90:12 91:7,11 92:19 94:13 96:10,18 97:4,7,10,16 98:16

Objected 37:3

objection 29:12 68:4 88:23 92:4,20 94:6,23

objects 9:17, 18,19 11:7 12:17 29:12

obscenities 50:20

obscenity 40:17

observe 81:23

observed 64:21

obstruct 80:13 88:15

obstructed 51:22 65:11

obstructing 52:18 71:17 88:9

occasion 98:9

occasions 45:18 63:6,13

occurred 58:12 67:14

occurring 68:25

October 25:20 26:8,21 29:2 30:15 31:1 32:9 54:24 59:10 60:5 61:7 68:11 69:2

off-topic 20:22

officer 12:23 34:18,19 51:24 58:3 70:17,18 71:8 74:13,15, 23 80:17 87:22 88:3,6 95:22 96:1

officer's 58:1

officers 13:3, 13 21:8,15 22:14,21 29:6 31:8,9,10,11,15 33:16,25 34:4 35:7 37:24 38:24 39:13,15 43:23 55:17 58:13 65:12 66:7 72:9,13,15 78:8 79:3 80:11 87:13 95:15,18 96:25 97:18 99:8

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

official 55:10

officials 68:2

oftentimes 86:10

older 50:19

one's 15:10,13

open 68:1 81:7

operating 99:11

operation 26:10 29:4 36:24 63:6,14 96:7 97:12

opinion 86:1,4 88:5

oppose 96:7

opposed 98:4

opposing 96:17

opposite 51:19,21

opposition 90:11

order 9:3 87:21 88:3,19

orders 26:2,13, 17 30:12

outlined 12:11

oversee 77:2

overt 87:2

P

p.m. 99:24

pages 45:11

paper 76:5,13 77:12

Park 55:10 60:19,25 61:9, 20 62:3,13 63:2

part 14:1 21:14 29:11 33:1 41:12,15,18

47:21 59:18

party 60:20

pass 24:8

passage 33:9

Patrick 6:22

Patrol 11:6,8,9 12:16 13:11 14:4 19:22 31:10 33:16 34:4 38:23 41:9 43:7,23 49:10 66:6 68:16 72:4,14 82:19 83:14,15 84:10 95:11

peaceful 86:2, 13 87:17,21

pending 6:12

people 29:5, 14,18 33:20,25 34:1 35:12 36:4 37:1 39:4,19 40:7,8 47:21 49:1 72:4 73:20 78:12 79:2 89:10 94:10 95:10

Pepperballs 63:20,25 64:6 98:12 99:14

perimeter 74:8,9

period 41:10 58:5 72:3

perpetrate 31:9,14 34:3 35:7 72:20 87:1

perpetrated 34:7

perpetrating 33:15 37:22,24 39:14 42:3,5

perpetration 38:25

person 57:12, 15 68:12 70:1, 9,11,16 76:25

90:9 95:22 99:11

personally 49:20

persons 70:11 96:16 97:1

Phil 6:24

phone 55:4,14, 17 56:5 70:17

phones 39:21, 22,23

photo 84:14,20 91:20 95:3,7

photograph 19:7 91:2,24 94:19 96:4

photographs 92:13

phrases 86:18, 19,23,25

physical 64:22

physically 51:22

picture 8:7 13:22,23 14:6 15:20 18:6,14, 21 40:1 41:12, 15,17,18 89:4 90:17 94:16

piece 12:22 22:19

pinning 74:23

place 12:12 13:6 21:8 58:25 71:15 72:22 80:24 91:18

placing 76:12

Plaintiffs 6:17, 19

play 22:19 23:11 54:15,25

played 20:19 23:14 32:16 52:7 55:1 69:3

plaza 85:11,12

89:4

pleasant 40:8

plural 10:20 11:10,11

point 8:2 19:8 25:5 30:11 42:4 48:19 50:21 67:22 69:16,22 70:6 74:13 79:1 82:24 96:14 98:21

pointed 68:12, 16 70:9 74:15

pointing 19:19 70:1,15 74:17 77:18

points 49:3 79:17

police 72:9 80:11

polite 17:23

poll 93:20

portion 74:21

position 71:1,2 98:1,4,8

possibly 91:3 95:10

post 76:19,20

posted 77:9 78:4

posts 76:20

potential 74:11

potentially 43:9,10 80:12 88:7,9,10

precluded 12:13

presence 48:20 60:5 96:8

present 32:12, 14 45:18

presented 19:22

prevented

12:13 22:16,18 43:22

prior 9:13 31:7 36:18

prisoner 80:19

prisoners 87:9

Pritzker 67:7

private 38:1

problem 15:12

proceed 53:20

PROCEEDINGS 6:1

professionalism 42:17

professionally 49:21 93:21

progress 71:15,23 80:14

properly 87:23

protect 72:20

protecting 29:10 72:17

protest 49:23 86:7

protester's 87:21

protesters 83:5 96:7,15

protestor 85:24 87:17

protestors 45:20 46:19 47:1 49:15 63:21 64:1,10, 22 65:1 85:16, 19,22 86:6,10 96:8,23 98:3,14 99:9,16

provide 9:2

provided 52:5

public 53:3,8, 21 68:2 80:12

publicly 67:9



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

pulling 99:15

pushed 51:22

put 27:14,24
39:19 69:16
75:18 76:23
85:14

putting 93:17

**Q**

question
11:17,25 15:4,
18,20 16:8
17:1,3,4,9,11,
12,15 18:6,9,
16,19 20:2,16,
17,19 24:8 26:9
28:25 29:2,23,
24 30:2,8,19,22
31:17,20 32:5,
12,17,20,21,23,
25 33:1,7,13
35:17 36:2,8,
12,14,18,23
37:13,18,20
38:12,14,21
43:3 44:4,6,16,
19,25 45:1,16,
23 46:9,15,17
47:9,10,13,14,
15,17,18 52:4,
6,9,11,15 53:5,
11 54:4 56:25
57:8 61:19
63:11 66:14
67:21 68:7
76:14 83:12
88:1 90:5 92:6
94:2 95:24
98:8,22,23
99:2,3,17

questions
16:11 20:6,12,
20,22 37:5,12,
16 42:15 81:4,
6,9,10,15 85:16
89:25 90:7
99:21

**R**

radio 85:3

radius 19:20
43:13

raise 7:6 89:14

raised 39:21

raising 40:20

range 71:6

re-redirect
90:2

reached 65:15,
23

react 34:9

read 26:13
28:24 29:15
32:3 33:5,10
35:14 36:15,16
38:8,12 77:7

ready 25:10
88:13

real 82:18

rear 71:17

reason 21:19,
24

reasons 11:1
22:1,3,4,7,11
95:13

recall 8:1,4
21:6 25:8,17,19
50:16,18 51:1
56:5,7

received 25:14

recess 59:5
76:1

recognize
49:17,18

recollection
26:25

record 6:3,15
15:12 16:20,23,
24 17:17 22:23
23:20,25 27:21
54:19 59:2,4,7
69:3 75:22,25
76:2 90:10 91:4
93:19 99:23

record's 53:12

recorded
32:13

recording
23:14,15 52:7
55:1

red 92:14

redirect 81:7
90:2,3

refer 55:19
84:12,13

referred 83:4
85:12

referring 27:11
28:25 31:4,12
32:9,19 36:18
45:10 84:18
86:20 97:11

reflect 53:13,
15,17

reflected 39:3

reflects 93:20

reformulate
99:3

refresh 26:24

refusal 87:21

refuses 88:2

refusing
87:15,16

REL 23:3,12
82:7

related 97:11

relation 38:21
99:16

relationship
25:24

relative 84:20

remainder
19:9

remember
7:24 8:22 21:2,
3,5 26:4,21
32:5,8 40:19
45:9,25 47:25
48:15,23 50:22
51:4,6,8,10,12,

13 54:5,8 56:8
62:16 63:24
81:20 82:5,11,
12,13,16 84:13
96:12

removed 52:2

removing
87:4,7

repeatedly
74:22 83:3
93:18

repeating 71:2

report 12:4,8,
11

reportable
59:22 60:10,13

reporter 6:6
7:7,8 81:2

reports 62:23,
25

representation
93:8

representation
s 92:21

representative
94:19

represented
94:4

requires 34:20
35:4

rescue 82:24

residence
73:3,13,15

residential
71:9

residents
72:24 73:6

respect 16:15
26:10 52:12
53:13

respected
15:8

respectful
15:7

respond 25:9
34:21

responded
45:20,21 78:19,
21

responding
35:3 39:15
77:14 78:3

response
20:21 25:14
35:17 38:22
44:16

rest 53:16

restate 63:11

resulting
89:17

returning 7:19

review 28:7,10

reviewed
61:13 62:12

reviewing
61:22

revolves 37:23

rights 43:17
51:15,17 72:18,
20 82:4 86:1
87:24 89:21
90:10 97:2
99:10,19

rioter 49:24
87:19

rioters 12:1,15
13:19 14:9
15:22 18:14,21
40:25 41:1
45:8,22 46:3
47:6 62:2,8,12
63:2 64:9,20
85:17 86:19

road 88:8 89:6

roadway 89:6

rock 8:22 9:4,
10,12,14,19
10:3,4,13,21,23
11:19

rocks 9:24

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

10:1,25 11:3
83:23 85:9
87:10

**roof** 18:24,25

**rooftops**
12:20,21,25

**room** 93:19,20

**route** 84:7

**rude** 17:22

**rules** 86:3

**S**

**safe** 51:20
61:24

**safely** 43:16

**Sarmad** 6:20

**Saturday** 62:3

**scenario** 43:12

**scope** 28:7
32:7

**Scott** 50:12
58:9 59:16 65:4

**screen** 8:20
76:11,24

**screenshot**
76:10

**secondarily**
85:19

**seconds** 13:19
24:13 69:7

**secret** 38:1

**secretary**
25:24 26:2,11,
13,17,19 29:1,
3,11,13,17
30:13,24 31:5,
18 32:6,8 33:14
35:12 58:12,21

**secretary's**
42:20

**section** 24:10
28:15 39:16

**Security** 6:23
25:25 30:14

**sees** 34:18

**sentiment**
98:1

**sentiments**
97:22,24

**separate** 47:3

**servant** 53:9,
21

**session** 26:1,
18 54:24

**set** 85:14

**severe** 43:19

**shaggy** 50:19

**shirt** 54:7,10,
13 55:5

**shooting** 87:9

**short** 72:3 77:5

**shortly** 58:12

**shot** 95:20

**shouting** 48:7,
9

**shoving** 65:20
99:15

**show** 14:6
18:7,21 19:1
20:23 24:1
41:12,15,18
52:5 76:11
78:15 79:13,15
92:18 95:21,25

**showed** 18:14
51:2 80:15
81:17 82:8
84:15,19

**showing** 24:10
27:11

**shown** 39:20
57:22 59:16
60:5 75:6

**shows** 19:9
41:17 68:25
95:23

**side** 14:5 15:22
86:11

**sidearm** 70:1,
9,16

**sides** 86:5,6

**simultaneousl
y** 13:6 19:14
71:24 91:15

**sir** 7:5,22 14:24
16:7 18:6
20:10,15 21:6,
16 22:10,15
27:17 28:22
29:15,21 54:4
55:3 60:21 72:2
73:10 74:5
76:14 81:14
82:12 85:2,24
86:22 88:2

**sit** 28:9

**situation** 11:5,
6,12 12:14 13:8
14:2,9 25:5
34:16,17 43:5,
11,25 45:4
46:22,23,24,25
47:20 60:14
72:10,11,22
89:7

**situations**
12:12 46:21
88:4

**skip** 30:8

**slashing** 83:18
85:8 87:10

**smashing**
83:22

**smoke** 95:8,12

**snapshot**
13:24 58:5
90:18 91:14
96:3

**snatched** 56:5

**social** 76:24

**solemnly** 7:8

**solid** 90:7

**someone's**
72:17

**South** 6:8

**speak** 49:16
86:1,14

**speaking** 29:7
39:24 96:15

**specific** 63:24
74:20

**specifically**
11:18

**speculate** 78:6

**speculation**
75:9

**speech** 26:19
29:1 30:25
31:13,18 49:9,
16 50:1,2 58:21
86:15

**speeches**
20:21

**spoken** 79:16

**squad** 43:21

**stamp** 24:5

**stand** 53:16
59:14 66:10

**standing** 55:17

**start** 7:19
17:10 82:9
85:21 92:8

**started** 24:13
82:7

**starting** 24:15
81:16 84:10

**starts** 23:8
58:5

**State** 67:8,9

**statement**
76:22

**States** 6:13

**static** 94:15

**step** 85:13

**steps** 61:5

**sticker** 27:17

**stipulate** 7:2

**stop** 16:8,9,13
17:7,19,21 18:2
42:13 53:22,23
54:1,2 82:9
93:15,18,23,25
98:19,24

**stopped** 23:15

**street** 6:9
51:19 73:13,14,
15,18 84:25

**streets** 13:12
87:6,7

**strike** 71:9
75:3

**striking** 75:6
87:4

**stripes** 54:8
55:5

**stuff** 20:24

**subject** 18:15
48:1 68:17
71:24 77:17,24,
25 87:18

**subjects** 25:22
45:8,22 46:3,20
47:7 61:24
62:2,6 64:20
73:23,25 83:6
85:17 86:18

**substance**
69:13

**substantive**
42:15

**substitute**
64:4,15 76:12

**suggest** 44:23

**sunglasses**
69:25

**support** 96:9
97:2 98:15
99:10

**supported**
98:4,8



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

supporting 98:1

supposed 88:15

surprise 55:11 58:8 70:14

surprised 58:17,18

surround 84:3

surrounded 71:14 78:10 82:20,25 84:4 85:3

surrounding 79:23

suspect 75:3,6

suspects 72:9 80:10

suspicion 89:14

swear 7:7,8 50:3

Sydney 6:4

symbol 49:17

synonymousl y 86:21

---
**T**

tackle 60:1

tackled 51:10, 17 56:1 59:16 60:4

tackling 98:12 99:14

takedowns 65:20

taking 12:12 13:6 43:17 71:15 72:22 85:13 91:18

talk 15:13 25:23 50:11 59:9 72:8 77:5

talked 8:24 18:23 26:18 47:8 51:9,10 54:6 59:21 61:7,21 76:15 83:20

talking 7:22 9:9,24 17:19 18:2 19:23 22:21 27:1 29:7,9 33:14 35:13,20,23 37:1 39:1,2,5 40:7 41:4 53:22 78:6 89:13 94:21 97:21 98:13 99:13

taping 81:19

team 98:10 99:7

tear 18:8 21:7 22:12,24 65:16

telling 29:19, 21 30:1 33:25 38:4 89:21

terms 39:10,12 82:5

testicles 72:1 75:13 80:14

testified 45:6 46:1,11 91:25 92:17 94:20 96:9

testify 18:15 33:9 96:14

testimony 7:9 9:8,13 18:18 21:22 26:3,25 31:7 33:17 35:24 37:9 38:6 39:16 42:10,14 45:4,9 46:5,12 48:3 49:5 55:22 62:21 65:8 79:5 80:5 83:3 93:10,12 94:24 96:5,11,20

tethered 81:9

thing 9:23,24

19:12,17 20:17 27:1 34:18 37:23 49:11 83:20 84:5 85:10 86:20

things 9:3,20 12:17 21:9 31:17 32:13,20 40:9 72:7 80:15 85:8 87:5 89:12 91:18

thought 24:20 62:18 66:19

threat 74:20 89:16

threaten 31:7, 8,14 34:3 35:6

threatened 34:6,8,11

threatening 34:18 35:5 37:22,24 38:23, 24 39:13 78:11 82:25 83:4,10 84:9 85:8 91:17

threats 19:21 33:15 43:19 87:1

threw 9:4 11:2 15:23

throw 27:17 42:21

throwing 11:7 40:17 83:23 85:9 87:10

thrown 9:15,18 10:13 11:1,19 12:17 50:20

time 6:7 9:21 12:10 13:24 16:21 19:14 31:11 32:16 37:14 44:22 50:18 54:6 58:5 59:4,7 69:7 72:3 75:25 76:3 77:1 81:1 82:18 90:18 91:14 92:23 93:1

95:20,22 96:3 97:18 99:23

times 16:10 44:19 63:17 77:2

timestamp 23:5,12 92:5,20

tiny 15:21,24 18:7

tires 83:18 85:9 87:10

Title 66:7 67:10,24 86:7

today 6:5,6 32:25 82:6 83:3 84:15 85:15 86:17

told 8:25 9:2 13:18 15:19 25:25 52:17 76:15

tones 39:24

top 38:15,16

training 49:10

transcript 26:7 27:3 30:21 35:10 38:3,7 39:5 47:12

trap 89:9,11

trapped 21:8, 15 22:15 89:10

trick 93:12

TRO 13:8

true 9:7 26:9,16 35:1,3 38:18, 19,20 46:17 58:22

truth 7:10 29:19,22 30:1 79:16

truthful 26:2 33:17 35:24

truthfully 18:15 33:9

turn 28:4 45:4

78:3 86:16 87:18 89:25

tweet 75:15 76:10 77:4,14, 15,17,24,25

tweets 76:17

Twitter 76:15

type 34:18 72:12,21 74:9 82:2 85:10 89:12 97:24

types 96:22

---
**U**

U.S.C. 51:23 71:19,21 80:18, 19

unable 91:13 96:2

unacceptable 93:15

unarmed 78:16 79:14

unbelievable 24:1 98:24

understand 23:25 33:21 68:15 73:12 85:19,21 86:17, 19,23 90:19 92:25 99:2

understanding 36:3,19 38:2

understood 37:19,21 39:10, 12 81:8 95:21

undertaken 61:8

unfolding 11:13

United 6:12

uphold 50:3,10

utilize 72:18

utilized 84:6

---


**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

## V

**Vague** 31:3 74:4 96:18 97:10

**Val** 22:22

**van** 82:19,21 83:16 84:3,6 85:2

**vast** 89:19,22

**vehicle** 71:21 85:9

**vehicles** 84:6 87:11 89:11

**vicinity** 8:21 9:5 62:1 69:1 79:3

**VIDEGRAPHER** 76:2

**video** 7:20,22, 24 8:1,5,7,9 9:2,6 10:6 23:10,14,15,18 24:5 32:13,15, 21,24 50:18 51:1 52:3,5,6,7, 11,16 53:1,17 54:5,9,12,20 55:1,13 56:4, 17,23 57:6,18, 23 58:4,11 59:17 60:5,15 62:11,16 68:19, 25 69:5,8,24 70:2,12,23 73:7,20 74:21 75:6 78:12 79:2 80:15 81:17,23 82:6,15 83:8 84:18

**videotape** 8:19,24 72:25

**view** 19:13 87:17,23 88:5

**views** 68:2

**village** 25:5,20 45:7 46:2,12,18 47:19 49:12

55:10 82:11

**violence** 13:1 14:10 19:9 29:5,14,19 31:9,14 33:4, 15,20 34:1,3,4, 6,8,11,20 35:4, 7,13 36:4 37:2, 23,25 38:25 39:4,14 41:24 42:3,5,21,23 49:3 58:14 72:3,12 74:10, 11 87:1

**violent** 11:5,12 12:1,14,15 13:5,11,18 14:3,8 15:1,21 18:14,21 40:25 41:1,12,15,19 42:2 43:6,9,10, 18,19,21,22 45:7,22 46:2, 19,25 47:1,3,5, 6,8,22,25 48:4 49:2,23,24 55:19 62:2,8,12 63:2 64:4,9,15, 16,20 65:5 73:1,8,14,20,24 80:24 82:22,25 83:24 84:2,9 85:17 86:18,19 87:2,12,18 89:3 94:19 95:2

**violently** 14:3 72:1

**voices** 40:21

**voicing** 86:4

**Volume** 6:10

## W

**Wait** 75:21

**wanted** 7:19 43:16

**warning** 12:1, 3,5,10,13

**warnings** 13:10

**waste** 16:20

**watch** 52:6

**watched** 54:9 55:3,13 69:5 72:25 84:8

**watching** 54:5 56:17

**water** 9:20

**ways** 44:21

**weapon** 68:17 71:4,8 74:15 78:10,17 79:3, 15

**weapons** 83:19,22 87:10

**wearing** 54:7 69:24

**week** 12:21 35:16,20

**whatsoever** 12:5

**white** 8:21 9:4, 10,12,14,19 10:2,3,4 11:19 50:19 54:8 55:5 84:6

**wide-ranging** 11:12

**widespread** 43:18

**windows** 83:22 85:9 87:11

**wishes** 87:1

**witness'** 93:10

**woman** 30:12 69:10 81:18,25 82:3

**women** 64:25 65:3,21 66:3

**word** 64:1,4

**words** 26:4 51:4,6,8 59:13 64:15 66:17 76:25 77:3,10

78:1,24 83:19 86:4 96:12 97:9,22,23

**work** 90:22 96:6,9 98:2,15

**worn** 7:23

**worried** 83:20

**write** 76:17

**written** 77:3

**wrong** 8:12 23:16 56:13,22 57:5,17,20,22, 23

## Y

**years** 49:11

**yelling** 17:10, 13,18,19 93:16

**yesterday** 7:20,22,24 8:25 10:7 13:18 18:13,16 24:23 91:24,25 92:4, 14,17,20 93:3,8 94:3

**yesterday's** 9:8

**young** 74:22

## Z

**Zoom** 7:2



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com