| | |
|---|---|
| **From:** | Hott, Russell |
| **To:** | #ERO Field Ops Leadership |
| **Cc:** | CHI-ERO-Chief of Staff; Marich, Tammy; Byers, Shawn L; Scarpino, Matthew; Strauss, Jeffrey; Law, Hoi Yan |
| **Subject:** | RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA |
| **Date:** | Saturday, September 27, 2025 9:43:12 PM |
| **Attachments:** | image001.png |

Good evening.

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 27, 2025

**Notification Time:** 09/27/2025 8:39 PM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / FBI / ATF

**Details:** On September 27, 2025, as of 2039 hours, 75-100 protesters are onsite at ERO Chicago's Broadview Service and Staging Areas (BSSA). The crowd has recently deployed fireworks towards federal law enforcement. Seven arrests have been made, and the arrestees are being interview by HSI and FBI. ERO has deployed its bearcat armored vehicle in response to the aggression, and the utilization of chemical weapons are underway.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell
**Sent:** Friday, September 26, 2025 5:27 PM
**To:** #ERO Field Ops Leadership <[LES]@ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <[LES]@ice.dhs.gov>; Marich, Tammy <[PII, LES]@ice.dhs.gov>; Byers, Shawn L <[PII, LES]@ice.dhs.gov>; Scarpino, Matthew <[PII, LES]@hsi.dhs.gov>; Strauss, Jeffrey <[PII, LES]@hsi.dhs.gov>; Law, Hoi Yan <[PII, LES]@ice.dhs.gov>
**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good evening.

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 26, 2025

**Notification Time:** 09/26/2025 5:01 PM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / FPS / Broadview Police Department

**Details:** On September 26, 2025, as of 1700 hours, most of the protesters on Harvard Street have evacuated. However, a contingent of roughly 30 protesters remain on Beach Street.

Although the violence has mostly subsided at this moment, ERO Chicago expects to experience a second surge of violence beginning at 1800 hours.



**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell
**Sent:** Friday, September 26, 2025 11:21 AM
**To:** #ERO Field Ops Leadership <​LES​@ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <​LES​@ice.dhs.gov>; Marich, Tammy <​PII, LES​@ice.dhs.gov>; Byers, Shawn L <​PII, LES​@ice.dhs.gov>; Scarpino, Matthew <​PII, LES​@hsi.dhs.gov>; Strauss, Jeffrey <​PII, LES​@hsi.dhs.gov>
**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good morning.

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 26, 2025

**Notification Time:** 09/26/2025 11:21 AM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / FPS / Broadview Police Department

**Details:** On September 26, 2025, as 1055 hours, ERO Chicago assembled a large contingent of law enforcement to push protesters back on both Harvard Street and Beach Street in order to execute a large removal mission. During the push, law enforcement was obligated to deploy non-lethal munitions to gain control of the crowd. SRT arrested two violent agitators for assault. One of the arrestees was carrying a concealed handgun.

Following the push, the large crowd has diminished somewhat. The peaceful protesters appear to have mostly departed the area, but the remaining group of agitators are violent and extremely aggressive, contrary to local media spin.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell
**Sent:** Friday, September 26, 2025 9:48 AM
**To:** #ERO Field Ops Leadership <[LES]@ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <[LES]@ice.dhs.gov>; Marich, Tammy <[PII, LES]@ice.dhs.gov>; Byers, Shawn L <[PII, LES]@ice.dhs.gov>; Scarpino, Matthew <[PII, LES]@hsi.dhs.gov>; Strauss, Jeffrey <[PII, LES]@hsi.dhs.gov>
**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good morning.

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 26, 2025

**Notification Time:** 09/26/2025 9:27 AM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / FPS / Broadview Police Department

**Details:** On September 26, 2025, as 0927 hours, a group of approximately 200-250 protesters assembled at ERO Chicago's Broadview Service Staging Area (BSSA) and are using the growing size of the protest to block ingress and egress at both Beach Street (BSSA's entrance) and Harvard Street (ERO's main access point since installing a fence). ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.

Demonstrators arrived with boxes of fireworks, N-95 masks, gas masks, goggles, knee and elbow protection, and large supplies of food and water.

The Broadview Police Department has deployed two marked units, but the units have focused on keeping demonstrators off South 25th Street, a main thoroughfare. The demonstrators continue to block ICE vehicles attempting to enter Harvard Street from South 25th Street, and SRT has deployed less than lethal munitions this morning to create passage for vehicles. At 0725 hours, HSI SRT, FBI SWAT, OFO SRT, and ATF SRT gave warning orders to their teams for possible deployment. At 0840 hours, FPS deployed marked units to assist with crowd control. BORTAC has deployed 10 operators from Naval Base Great Lakes with an ETA of 1000 hours.

The demonstrators have displayed increasingly more aggressive behavior as the crowd grows in size.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell
**Sent:** Monday, September 22, 2025 12:21 PM
**To:** #ERO Field Ops Leadership <**LES** @ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <**LES** @ice.dhs.gov>; Marich, Tammy <**PII, LES** @ice.dhs.gov>; Byers, Shawn L <**PII, LES** @ice.dhs.gov>; Scarpino, Matthew <**PII, LES** @hsi.dhs.gov>; Strauss, Jeffrey <**PII, LES** @hsi.dhs.gov>
**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good afternoon.

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 22, 2025

**Notification Time:** 09/22/2025 12:05 PM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / Broadview Police Department

**Details:** On September 22, 2025, as of 1200 hours, a group of approximately 10-15 protesters remain at ERO Chicago's Broadview Service Staging Area (BSSA). (ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.)

ERO Chicago confirmed that protesters slashed the tires of 11 separate ICE vehicles (including one ERO employee's personal vehicle and the tires of an ICE vehicle as it was entering BSSA). ERO Chicago also noted an extremely well-organized counter surveillance effort on vehicles entering/exiting the facility. Protesters are staging "chase" vehicles away from the facility and receiving real time updates from onsite protesters on the make, model, and plate number of the vehicles as they depart. The chase vehicles are then following the ICE vehicles in an attempt to identify the hotels and other resources being utilized by ICE and CBP. Reports also reflect protesters are using airtags and other GPS identifiers to track and monitor ICE operations.

Yesterday ERO Chicago reengaged the Broadview Police Department and Fire Department. The Police Department advised they were directed by the city manager to not respond to any ICE requests for support (emergency or not), to not respond to any vandalism claims stemming from the ICE-owned/civilian-owned/local business-owned vehicles damaged by violent protesters, and not to patrol Beech Street in front of BSSA.

The FPS Regional Director contacted ERO Chicago and traveled to BSSA around 0900 hours this morning to reassess the security perimeter of the building and offer security suggestions. ERO Chicago identified all its Title 13 cross-designated officers and will have them available to respond to any emergencies.

As of 0600 hours, ERO Chicago maintains SRT assets onsite at BSSA in preparation for the large-scale protest scheduled for September 23, 2025, at 0500 hours. Intelligence on the protest reflects that it is expected to begin at 0500 hours and run through 1500 hours. The same intelligence reflects that protesters are organizing gas masks, shields, body bad protection and counter training on ICE tactics and ways to assault officers.

Protesters remain mostly peaceful at this time.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell
**Sent:** Sunday, September 21, 2025 2:27 PM
**To:** #ERO Field Ops Leadership < **LES** @ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff < **LES** @ice.dhs.gov>; Marich, Tammy < **PII, LES** @ice.dhs.gov>; Byers, Shawn L < **PII, LES** @ice.dhs.gov>; Scarpino, Matthew < **PII, LES** @hsi.dhs.gov>; Strauss, Jeffrey < **PII, LES** @hsi.dhs.gov>
**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good afternoon.

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 21, 2025

**Notification Time:** 09/21/2025 2:18 PM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / Broadview Police Department

**Details:** On September 21, 2025, as of 1419 hours, a group of approximately 20-40 protesters remain at ERO Chicago's Broadview Service Staging Area (BSSA). (ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.) The group has maintained a steady presence, but as of 1245 hours they have grown increasingly more aggressive. Protesters are well organized and are traveling in groups to BSSA and being dropped off and picked up in groups.

At 1245 hours on September 21, 2025, ERO Chicago arrested one protester for disorderly conduct after he jumped on top of an ICE vehicle. ERO Chicago has confirmed that protesters slashed the tires of 10 separate vehicles in the GSA-leased lot that FPS will not patrol and in front of BSSA. FBI has responded with four agents to investigate the vehicle damage.

ERO Chicago met with CBP leadership at 1100 hours to discuss a forced lay-down protection plan, and ERO Chicago met with FPS to raise the ask for assistance once again. FPS advised they would need S1 to direct them to provide support at BSSA. ERO Chicago fervently requests that DHS be engaged to discuss FPS deployments in advance of Tuesday's expected violent protest. ERO Chicago is working to contract jersey barriers and fencing as quickly as possible.

As of 1420 hours, ERO Chicago maintains SRT assets on warm ready, but not deployed.

Protesters continue to trespass beyond the public area, violently shake gates and bang on windows, and ICE continues to warn protesters to back away from the property and to protest peacefully away from the operation.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell <[PII, LES]@ice.dhs.gov>
**Date:** Saturday, Sep 20, 2025 at 9:36 PM
**To:** #ERO Field Ops Leadership <[LES]@ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <[LES]@ice.dhs.gov>, Marich, Tammy <[PII, LES]@ice.dhs.gov>, Byers, Shawn L <[PII, LES]@ice.dhs.gov>, Scarpino, Matthew <[PII, LES]@hsi.dhs.gov>, Strauss, Jeffrey <[PII, LES]@hsi.dhs.gov>

**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good evening.

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 20, 2025

**Notification Time:** 09/20/2025 9:22 PM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / Broadview Police Department

**Details:** On September 20, 2025, as of 2130 hours, a group of approximately 40 protesters remain at ERO Chicago's Broadview Service Staging Area (BSSA). (ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.) The group has maintained a steady presence, but as of 1900 hours they have grown increasingly more aggressive. They have attempted to block the entranceway and directly block vehicles upon exiting the facility, they are throwing rocks, and one protester elbowed an officer in the jaw after the officer directed the protester to move. Additionally, ERO Chicago has identified that protesters slashed the tires of three separate vehicles in the GSA-leased lot that FPS will not patrol. Protesters are well organized and are traveling in groups to BSSA and being dropped off and picked up in groups.

As of 2130 hours, ERO Chicago maintains SRT assets on warm ready, but not deployed. However, ERO Chicago learned that the organizers of yesterday's protests are working for a massive 800+ person protest to shut down BSSA via volume. BSSA is located near the end of a dead end cul de sac. ERO Chicago has not received any protection/support from FPS though it engaged with FPS on multiple occasions. ERO Chicago has also requested police support on multiple occasions, but local police have taken a hands-off approach. In preparation for future interactions, intelligence indicates protesters are being trained on physical techniques to assault law enforcement in preparation for the large protest.

Effective midnight on September 21, 2025, ERO Chicago is suspending all intake to BSSA. ERO Chicago is working on emergency plans to relocate processing for the operation and will immediately empty all personnel and detainees from BSSA by 1200 hours on Monday, September 22, 2025. ERO Chicago is currently relocating its armory inventory and other sensitive items from BSSA in advance of September 23, 2025. Additionally, HSI Chicago is placing a pole camera in the vicinity of BSSA between September 20 and September 21, 2025.

Protesters continue to trespass beyond the public area, violently shake gates and bang on windows, and ICE continues to warn protesters to back away from the property and to protest peacefully away from the operation.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell
**Sent:** Saturday, September 20, 2025 3:59 PM
**To:** #ERO Field Ops Leadership <[LES]@ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <[LES]@ice.dhs.gov>; Marich, Tammy <[PII, LES]@ice.dhs.gov>; Byers, Shawn L <[PII, LES]@ice.dhs.gov>
**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good afternoon.

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 20, 2025

**Notification Time:** 09/20/2025 3:54 PM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / Broadview Police Department

**Details:** On September 20, 2025, at 0830 hours, a small but mostly peaceful group of approximately 15 protesters began to form at ERO Chicago's Broadview Service Staging Area (BSSA). (ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.) The group has maintained a steady presence of the same volume.

As of 1555 hours, ERO Chicago maintains SRT assets on warm ready, but have not deployed. However, ERO Chicago learned that the organizers of yesterday's protests are working for a massive 800+ person protest to shut down BSSA via volume. BSSA is located near the end of a dead end cul de sac. ERO Chicago has not received any protection/support from FPS though it engaged with FPS on multiple occasions. ERO Chicago is working on emergency plans to relocate processing for the operations and immediately empty all personnel and detainees from BSSA. (Please see attached alerts from social media.)

Protesters continue to trespass beyond the public area and ICE continues to warn protesters to back away from the property and to protest peacefully away from the operation.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell <[PII, LES]@ice.dhs.gov>

ICE_00000298A

**Date:** Saturday, Sep 20, 2025 at 9:54 AM
**To:** Byers, Shawn L <[PII, LES]@ice.dhs.gov>, #ERO Field Ops Leadership <[LES]@ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <[LES]@ice.dhs.gov>, Marich, Tammy <[PII, LES]@ice.dhs.gov>
**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good morning

Please see ERO Chicago Leadership Advisory below:


**A#:** N/A

**Date:** September 20, 2025

**Notification Time:** 09/20/2025 9:48 AM CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / Broadview Police Department

**Details:** On September 20, 2025, at 0830 hours, a small but mostly peaceful group of approximately 15 protesters began to form at ERO Chicago's Broadview Service Staging Area (BSSA). (ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.

As of 0952 hours, ERO Chicago maintains SRT assets on warm ready, but have not deployed.

Protesters continue to trespass beyond the public area and ICE continues to warn protesters to back away from the property and to protest peacefully away from the operation.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Byers, Shawn L <[PII, LES]@ice.dhs.gov>
**Date:** Friday, Sep 19, 2025 at 7:43 PM
**To:** #ERO Field Ops Leadership <[LES]@ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <[LES]@ice.dhs.gov>, Hott, Russell <[PII, LES]@ice.dhs.gov>, Marich, Tammy <[PII, LES]@ice.dhs.gov>
**Subject:** FW: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good evening,

Please see ERO Chicago Leadership Advisory below:


**A#:** N/A

**Date:** September 19, 2025

**Notification Time:** 09/19/2025 7:43 pm CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / Broadview Police Department

**Details:** On September 19, 2025, at 0600 hours, a large crowd of protesters began to form at ERO Chicago's Broadview Service Staging Area (BSSA). (ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.) Within minutes of the crowd forming, protesters began to lay down in front of the entry and exit points of BSSA in an effort to obstruct daily operations. By 0650 hours, ICE arrested one protester for obstruction and trespassing following multiple warnings to the protester.

The crowd continued to grow in size and aggression. At 0840 hours, ICE was obligated to arrest two additional protesters for assault, obstruction, and trespassing. During the encounter, SRT operators were obligated to utilize hard techniques to control the arrestees as they continued to fight with the operators. At 0848 hours, ICE deployed a tactical medic to treat some superficial injuries sustained by one of the arrestees. However, the crowd continued its aggression, and ICE was obligated to deploy CS gas to deescalate the aggression of the crowd and protect life and property. At 0858 hours, HSI SRT and BORTAC assets were also deployed to assist with crowd control and operations.

At 1614 hours, an additional protester was arrested. The arrestees will be transported to the local magistrate's office to present them on the criminal charges.

==At 1852 hours, 5 additional protesters were arrested.== The arrestees will be reviewed by HSI Special Agents for the criminal charges for pepper spraying and throwing bottles along with other objects at officers.

Protesters continue to trespass beyond the public area and ICE continues to warn protesters to back away from the property and to protest peacefully away from the operation.

**Media Involvement:** This event has attracted significant, national media attention.

Thank you,

Shawn L. Byers
Deputy Field Office Director
DHS | ICE | ERO
Chicago Field Office
Office: (872) [PII, LES]
Cell: (502) [PII, LES]

**Warning:** THIS DOCUMENT IS UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 522). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in

accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** Hott, Russell <[PII, LES]@ice.dhs.gov>
**Sent:** Friday, September 19, 2025 5:36 PM
**To:** #ERO Field Ops Leadership <[LES]@ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <[LES]@ice.dhs.gov>; Byers, Shawn L <[PII, LES]@ice.dhs.gov>; Marich, Tammy <[PII, LES]@ice.dhs.gov>
**Subject:** RE: Leadership Advisory (CHI): Update - Violent Protest at BSSA

Good evening,

Please see ERO Chicago Leadership Advisory below:


**A#:** N/A

**Date:** September 19, 2025

**Notification Time:** 09/19/2025 5:33 pm CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / Broadview Police Department

**Details:** On September 19, 2025, at 0600 hours, a large crowd of protesters began to form at ERO Chicago's Broadview Service Staging Area (BSSA). (ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.) Within minutes of the crowd forming, protesters began to lay down in front of the entry and exit points of BSSA in an effort to obstruct daily operations. By 0650 hours, ICE arrested one protester for obstruction and trespassing following multiple warnings to the protester.

The crowd continued to grow in size and aggression. At 0840 hours, ICE was obligated to arrest two additional protesters for assault, obstruction, and trespassing. During the encounter, SRT operators were obligated to utilize hard techniques to control the arrestees as they continued to fight with the operators. At 0848 hours, ICE deployed a tactical medic to treat some superficial injuries sustained by one of the arrestees. However, the crowd continued its aggression, and ICE was obligated to deploy CS gas to deescalate the aggression of the crowd and protect life and property. At 0858 hours, HSI SRT and BORTAC assets were also deployed to assist with crowd control and operations.

At 1614 hours, an additional protester was arrested. The arrestees will be transported to the local magistrate's office to present them on the criminal charges.

Protesters continue to trespass beyond the public, area and ICE continues to warn protesters to back away from the property and to protest peacefully away from the operation.

**Media Involvement:** This event has attracted significant, national media attention.

---

**From:** Hott, Russell
**Sent:** Friday, September 19, 2025 10:14 AM
**To:** #ERO Field Ops Leadership <​LES​ @ice.dhs.gov>
**Cc:** CHI-ERO-Chief of Staff <​LES​ @ice.dhs.gov>; Byers, Shawn L <​PII, LES​ @ice.dhs.gov>; Marich, Tammy <​PII, LES​ @ice.dhs.gov>
**Subject:** Leadership Advisory (CHI): Initial - Violent Protest at BSSA

Good morning,

Please see ERO Chicago Leadership Advisory below:

**A#:** N/A

**Date:** September 19, 2025

**Notification Time:** 09/19/2025 9:48 am. CDT

**AOR:** ERO Chicago

**Agencies Involved:** ERO / HSI / CBP / Broadview Police Department

**Details:** On September 19, 2025, at 0600 hours, a large crowd of protesters began to form at ERO Chicago's Broadview Service Staging Area (BSSA). (ERO Chicago is utilizing BSSA as the central intake and processing center for Operation Midway Blitz.) Within minutes of the crowd forming, protesters began to lay down in front of the entry and exit points of BSSA in an effort to obstruct daily operations. By 0650 hours, ICE arrested one protester for obstruction and trespassing following multiple warnings to the protester.

The crowd continued to grow in size and aggression. At 0840 hours, ICE was obligated to arrest two additional protesters for assault, obstruction, and trespassing. During the encounter, SRT operators were obligated to utilize hard techniques to control the arrestees as they continued to fight with the operators. At 0848 hours, ICE deployed a tactical medic to treat some superficial injuries sustained by one of the arrestees. However, the crowd continued its aggression, and ICE was obligated to deploy CS gas to deescalate the aggression of the crowd and protect life and property. At 0858 hours, HSI SRT and BORTAC assets were also deployed to assist with crowd control and operations. The arrestees will be transported to the local magistrate's office to present them on the criminal charges.

Protesters continue to trespass beyond the public, area and ICE continues to warn protesters to back away from the property and to protest peacefully away from the operation.

**Media Involvement:** This event has attracted significant, national media attention.

ICE_00000303A