

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton   312-435-5670
Clerk

Date: 11/24/2025         Case Number:   Sara L. Ellis

Case Title: Chicago Headline Club et al v. Noem et al      Judge: 1:25-cv-12173

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party: Kristi Noem et al by Christopher Marisak Lynch

Exhibit is linked to entry: Body camera videos referenced in Judge's order: Document 281

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.

Thomas G. Bruton, Clerk

By: /s/ T. Grammer
    Deputy Clerk

Rev. 1/8/2021