**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary of U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al.*, ) <br> ) <br> Defendants. ) | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> United States District Judge |

## UNOPPOSED MOTION FOR EXTENSION OF TIME AND CERTIFICATION OF SUBSTANTIAL COMPLIANCE

Pursuant to this Court's order at the hearing on November 20, 2025, as further explained in the Declaration of Patrick W. Berry (filed contemporaneously with this notice), Defendant CPB hereby certifies that, with one exception, it has produced to Plaintiffs and the Court all E-STAR reports relating to Operation Midway Blitz between September 2, 2025 to November 19, 2025, and all BWC footage listed and linked in the E-STAR reports, pursuant to the Court's Orders of October 28, 2025 and November 20, 2025.

There is one single E-STAR report relating to Operation Midway Blitz between September 2, 2025 to November 19, 2025 that Defendant CPB has not produced. That report, E-STAR Incident #25696, relates to events on October 4, 2025. CBP has advised that because a significant number of agents and officers were present for the events described, it is taking longer to complete data entry and conduct the reviews necessary for the Agency to complete the report.

Although E-STAR report #25696 itself is not complete, CPB has provided the BWC video corresponding to this report to the Court and counsel for Plaintiffs today. *See* ECF No.

287. In light of the upcoming holiday, CBP respectfully requests one additional week, until December 2, to complete, file, and serve E-STAR Incident report #25696. The parties have conferred and Plaintiffs do not oppose this requested extension.

Dated: November 25, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　　 */s/ Andrew I. Warden*
　　　　　　　　　　　　　　　　　　　　　　ANDREW I. WARDEN
　　　　　　　　　　　　　　　　　　　　　　Assistant Director
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER M. LYNCH
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-5084
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470