IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants.* | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> District Judge |

## DECLARATION OF PATRICK W. BERRY

I, Patrick Berry, declare and affirm as follows:

1. I am employed by U.S. Customs and Border Protection (CBP), within the Department of Homeland Security (DHS). I am the E-STAR Program Manager for the Policy, Force Review, and Compliance Branch of the Law Enforcement Safety and Compliance Directorate of CBP. I have been employed with CBP since June 15, 2003 and have served as the E-STAR Program Manager since around December 2018. As the E-STAR Program Manager, I am responsible for overseeing and administering the nationwide platform used to record, track and manage use-of-force incidents, assaults, vehicle pursuits/ failure-to-yield, and firearm discharge activities. In this role, I oversee system functionality, user access, data integrity, and compliance with CBP reporting requirements across multiple operational components. I coordinate with CBP headquarters, system developers, contracting teams, and the Office of Information Technology (OIT) to resolve issues, implement enhancements, and maintain continuity of operations. I also provide guidance

1

and technical support to thousands of field and supervisory users to promote compliance with CBP policy.

2. The statements contained in this declaration are based upon my personal knowledge and information made available to me in the course of my official duties.

3. On October 28, 2025, the Court issued an order requiring CBP "to provide to the Court, under seal, all CBP use of force reports relating to Operation Midway Blitz from 9/2/2025 through 10/25/2025, by COB 10/31/2025." ECF No. 146. The Court further ordered CBP "to provide to the Court, under seal, all [body-worn camera] video corresponding to the use of force reports from 9/2/2025 through 10/25/2025" by COB 10/31/2025.

4. CBP use of force reports are generated in the Enforcement Action Statistical Analysis and Reporting System (E-STAR), a digital platform that captures certain data sets relevant to law enforcement operations and the commonly used identifier of CBP's use of force reports. In accordance with and responsive to the Court's order, CBP identified within E-STAR, 57 use of force reports relating to Operation Midway Blitz from 9/2/2025 through 10/25/2025. CBP filed these 57 E-STAR use of force reports under seal without redaction by close of business on October 31, 2025. ECF 169.

5. Each E-STAR report contains a field to designate whether there is IDVRS (Incident Driven Video Record System) footage associated with the reported incident. If there is footage, the IDVRS Evidence Serial Numbers for the associated videos are listed directly in the report. The IDVRS Evidence Serial Number is the internal code and identifier for body-worn camera (BWC) videos that correlate to the report. CBP produced to Plaintiffs and the Court the BWC footage that corresponds to the E-STAR reports described in paragraph 4.

2

6. Also, on October 28, 2025, the Court issued an order requiring CBP to produce "all additional CBP use of force reports and corresponding BWC video within 24 hours of finalization of the CBP reports."

7. In compliance with the Court's order, CBP has made a series of rolling productions of additional E-STAR reports and BWC corresponding to the reports to the Court and Plaintiffs.

8. CBP certifies that it has produced to Plaintiffs and the Court all E-STAR Reports relating to Operation Midway Blitz between September 2, 2025 and November 19, 2025, except for E-STAR Report B-26-ELCELC-20251004-AF-#25696. This report will be produced as soon as it is finalized.

9. CBP also certifies that it has produced to Plaintiffs and the Court all BWC footage corresponding to the E-STAR reports described in paragraph 6. Specifically, CBP has produced all BWC footage listed and linked in the completed E-STAR reports. CBP has also compiled and produced the BWC footage that is linked to the pending report.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 25th day of November, 2025.

_____
Patrick W. Berry
E-STAR Program Manager
Policy, Force Review, and Compliance Branch
Law Enforcement Safety and Compliance Directorate
U.S. Customs and Border Protection
U.S Department of Homeland Security