IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) | |
| ) | |
| Plaintiffs, ) | No. 25-cv-12173 |
| ) | |
| v. ) | Hon. Sara L. Ellis, |
| ) | United States District Judge |
| KRISTI NOEM, Secretary of U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF PUBLIC FILING OF ADDITIONAL BODY CAMERA VIDEOS CITED IN THE COURT'S OPINION AND ORDER OF NOVEMBER 20, 2025 (ECF No. 281)**

On November 20, 2025, the Court Provided the Parties a supplemental list of sealed citations that the Court intended to rely on in its written preliminary injunction opinion. Defendants hereby provide notice to the Court that public versions of the 47 clips of the body camera videos corresponding to the Court's November 20, 2025 list (attached hereto as Exhibit A) have been submitted to the Court via the Court's Portal for Public Record Digital Media Exhibits, at https://www.ilnd.uscourts.gov/LandingPage.php?page=digital_media_submissions. Defendants make this production pursuant to the Court's order at the November 13, 2025 hearing.

Dated: November 25, 2025                Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General
                                                    Civil Division

                                                    */s/ Andrew I. Warden*
                                                    ANDREW I. WARDEN
                                                    Assistant Director

CHRISTOPHER M. LYNCH
Trial Attorney
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470