# Exhibit A

**Additional Sealed Documents**

| |
|---|
| Axon_Body_3_Video_2025-09-12_1116_X60AB375H |
| Axon_Body_3_Video_2025-09-12_1254_X60AB375H |
| Axon_Body_3_Video_2025-09-12_1923_X60AB375H |
| Axon_Body_4_Video_2025-09-19_0713_D01A2734X |
| Axon_Body_4_Video_2025-09-19_0935_D01A0012X |
| Axon_Body_4_Video_2025-09-19_1946_D01A2232X |
| Axon_Body_3_Video_2025-09-19_1947_X60AB824E |
| Axon_Body_3_Video_2025-09-19_1952_X60AB824E |
| Axon Body 3 Video 2025-09-19 2045 X60AB474J |
| Axon Body 3 Video 2025-09-19 2045 X60AB375H |
| Axon Body 4 Video 2025-09-26 1137 D01A3411W |
| Axon_Body_4_Video_2025-09-26_1604_D01A31643 |
| Axon_Body_4_Video_2025-09-26_1609_D01A37572 |
| Axon_Body_4_Video_2025-09-27_1831_D01A33732 |
| Axon_Body_4_Video_2025-09-27_1831_D01A38432 |
| Axon_Body_4_Video_2025-09-27_1955_D01A2165X |
| Axon_Body_3_Video_2025-09-27_2003_X60A9676K |
| Axon_Body_4_Video_2025-09-27_2134_D01AE5321 |
| Axon_Body_4_Video_2025-09-27_2134_D01A2142X |
| Axon_Body_4_Video_2025-09-27_2135_D01A37583 |
| Axon_Body_4_Video_2025-09-27_2135_D01A2737M |
| Axon_Body_4_Video_2025-09-27_2137_D01A3459W |
| Axon_Body_4_Video_2025-10-03_0949_D01A2556T |
| Axon Body 3 Video 2025-10-03 1122 X60A9929K |
| Axon_Body_4_Video_2025-10-03_1242_D01A3257U |
| Axon_Body_4_Video_2025-10-03_1242_D01A2556T |
| Axon_Body_4_Video_2025-10-03_1249_D01D00220 |
| Axon_Body_4_Video_2025-10-03_1855_D01A3449X |
| Axon_Body_4_Video_2025-10-12_1106_D01A2669A |
| Axon_Body_3_Video_2025-10-14_1119_X60A79913 |
| Axon Body 4 Video 2025-10-14 1130 D01A41408 |
| Axon Body 4 Video 2025-10-14 1130 D01A4281B |
| Axon_Body_4_Video_2025-10-14_1139_D01A2115V |
| Axon_Body_4_Video_2025-10-14_1143_D01A4986A |
| Axon_Body_4_Video_2025-10-14_1150_D01A4257B |
| Axon Body 4 Video 2025-10-14 1151 D01A49557 |
| Axon_Body_4_Video_2025-10-14_1156_D01A2797W |
| Axon_Body_3_Video_2025-10-14_1242_X60A76624 |
| Axon_Body_4_Video_2025-10-14_1251_D01A30574 |
| Chicago Vehicle Wreck Riot |
| Axon_Body_4_Video_2025-10-22_1009_D01A33862 |

| |
|---|
| Axon_Body_4_Video_2025-10-23_1011_D01A31902 |
| Axon_Body_4_Video_2025-10-23_1012_D01A45488 |
| Axon_Body_4_Video_2025-10-23_1034_D01A39542 |
| Axon_Body_4_Video_2025-10-23_1046_D01A2282 |
| Axon_Body_4_Video_2025-10-23_1100_D01D03740 |
| REL147 |