IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) | |
| ) | |
| Plaintiffs, ) | No. 25-cv-12173 |
| ) | |
| v. ) | The Hon. Sara L. Ellis |
| ) | United States District Judge |
| KRISTI NOEM, Secretary of U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO DISMISS**

Plaintiffs respectfully move this Court to dismiss this case with prejudice pursuant to Rule 23 and Rule 41. In support, Plaintiffs state:

1. As the Court is aware, this case has involved extensive, time-consuming litigation in a compressed time period.

2. Recently, however, the situation that precipitated the relief sought in this litigation has changed in a material way. Specifically, it appears that Operation Midway Blitz, has ended. The roughly 200-225 DHS agents led by Defendant Bovino who traveled from Los Angeles to the Chicagoland area are no longer operating in the Northern District of Illinois.

3. Moreover, since Defendant Bovino and his agents left the Northern District, Plaintiffs' counsel has not received a single report of unconstitutional behavior that necessitated this case since November 8, 2025.

4. All individual plaintiffs – the Class Representatives and the other individual named plaintiffs – agree to dismissal with prejudice.

5.        Defendants have agreed that they consent to Plaintiffs' forthcoming motion to move to stay the pending appeal while this Court considers the motion to dismiss. Defendants have indicated that they will move to dismiss the appeal if this Court dismisses the case with prejudice, and Plaintiffs have indicated that they will consent to that motion when it is filed.

6.        Class Counsel agree that a dismissal with prejudice at this stage is fair and reasonable. With the Defendants no longer participating in Operation Midway Blitz, or other similar conduct under any moniker or other mission title in this District, this case is no longer needed to protect Class Members' interests.

7.        Therefore, Plaintiffs respectfully request that the Court dismiss the case with prejudice after holding the type of hearing required by Federal Rule of Civil Procedure 23(e).

8.        Plaintiffs respectfully request a status conference to discuss the logistics of the required hearing under Rule 23(e).

                                                                      Respectfully submitted,

                                                                      /s/Steve Art

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Locke Bowman | **MANDEL LEGAL AID CLINIC** |
| Steve Art | University of Chicago Law School |
| Heather Lewis Donnell | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Scott Rauscher | (773) 702-9611 |
| Matt Topic | futterman@uchicago.edu |
| Julia Rickert | |
| Tara Thompson | Hayden Johnson* |
| Lindsay Hagy | Katie Schwartzmann* |
| Jordan Poole | Conor Gaffney |
| Alyssa Martinez | Shalini Goel Agarwal |
| Dominique Gilbert | **PROTECT DEMOCRACY PROJECT** |
| Justin Hill | 2020 Pennsylvania Ave NW, Ste 163 |
| Aaron Tucek | Washington DC 20006 |
| **LOEVY + LOEVY** | (202) 579-4582 |
| 311 N. Aberdeen Street | |

Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org