**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 25-cv-12173 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis, |
| | ) | United States District Judge |
| KRISTI NOEM, Secretary of U.S. | ) | |
| Department of Homeland Security, in her | ) | |
| official capacity, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DISMISS

After months of litigation, and just weeks after securing a sweeping preliminary injunction and a 233-page opinion justifying it—but after the Seventh Circuit unanimously put that injunction on hold and cast doubt on the legitimacy of this suit—Plaintiffs are seeking to throw in the towel. This is transparent procedural gamesmanship. To be sure, if Plaintiffs want to stop litigating and this Court grants their motion for dismissal with prejudice, that is beyond Defendants' control. But this gambit should be seen for what it is.

Notably, Plaintiffs are wrong to allege that Operation Midway Blitz has ended or that Defendants have ceased immigration enforcement activity in the Chicago area. It is standard for particular agents and teams to move around the country as operational needs change, but DHS's enforcement activity in Chicago has not ended, and Defendants intend to continue their lawful activities in this jurisdiction. To the extent that the Court approves a dismissal with prejudice, the consequence will be that no named Plaintiff or member of the certified class will be permitted to bring substantially similar claims in the future. *See, e.g., Lawlor v. Nat'l Screen Serv. Corp.*, 349 U.S. 322, 327 (1955) (stating that dismissal "'with prejudice' bars a later suit on

the same cause of action"); *MAO-MSO Recovery II, LLC v. State Farm Mut. Auto. Ins. Co.*, 935

F.3d 573, 581 (7th Cir. 2019) ("A dismissal with prejudice is a ruling on the merits, because it

carries with it a preclusive effect that prevents the plaintiffs from relitigating—in any court, ever

again—any claim encompassed by the suit."); *Phillips v. Shannon*, 445 F.2d 460, 462 (7th Cir.

1971) ("A dismissal with prejudice is as conclusive of the rights of the parties as an adverse

judgment after trial, being res judicata of all questions which might have been litigated in the

suit[.]") (internal quotations omitted).  This includes those members of the certified class[1] who

"*will in the future* non-violently demonstrate, protest, observe, document, or record at

Department of Homeland Security immigration enforcement and removal operations in the

Northern District of Illinois."  ECF No. 252 at 16 (emphasis added).


Dated: December 4, 2025                          Respectfully submitted,

                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General
                                                 Civil Division

                                                 SARMAD KHOJASTEH
                                                 Senior Counsel to the Assistant Attorney
                                                 General, Civil Division

                                                 ELIZABETH HEDGES
                                                 Counsel to the Assistant Attorney General
                                                 Civil Division

                                                  */S/*
                                                 ANDREW I. WARDEN
                                                 Assistant Director
                                                 JEREMY NEWMAN
                                                 CHRISTOPHER LYNCH

---

[1] The Religious Exercise and Press Subclasses include all persons who "will *in the future*"
engage in religious expression and news gathering, respectively, at DHS immigration
enforcement and removal operations in the Northern District of Illinois.  ECF No. 252 at 16
(emphasis added).

SAMUEL HOLT
PETER GOLDSTONE
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470

*Attorneys for Defendants*