**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**


Chicago Headline Club, et al.
                              Plaintiff,

v.                                                    Case No.: 1:25−cv−12173
                                                      Honorable Sara L. Ellis

Kristi Noem, et al.
                              Defendant.

_____


**NOTIFICATION OF DOCKET ENTRY**



This docket entry was made by the Clerk on Thursday, December 4, 2025:


        MINUTE entry before the Honorable Sara L. Ellis: Members of the public and
media will be able to call in to listen to this hearing and must keep their phone on mute.
The call−in number is (650) 479−3207, and the access code is 2314 361 1508. Counsel of
record who intend to appear remotely will receive an email with instructions to join the
call. Please be sure to keep your phone on mute when you are not speaking. Throughout
the hearing, each speaker will be expected to identify themselves for the record before
speaking. Persons granted remote access to proceedings are reminded of the general
prohibition against photographing, recording, and rebroadcasting court proceedings.
Violation of these prohibitions may result in sanctions, including removal of court−issued
media credentials, restricted entry to future hearings, denial of entry to future hearings, or
any other sanctions deemed necessary by the Court. Emailed notice(rj, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.