# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 4, 2025

*Before*

MICHAEL B. BRENNAN, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 25-3023 | CHICAGO HEADLINE CLUB, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> KRISTI L. NOEM, et al., <br> Defendants - Appellants |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-12173 |
| Northern District of Illinois, Eastern Division |
| District Judge Sara L. Ellis |

Upon consideration of the **PLAINTIFFS-APPELLEES' AGREED MOTION TO STAY THIS APPEAL**, filed on December 2, 2025, by counsel for the appellees,

**IT IS ORDERED** that the motion to stay this appeal is **GRANTED**. Proceedings in this appeal are **SUSPENDED** pending the district court's resolution of dismissal proceedings pursuant to Rules 23 and 41 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that oral argument, scheduled for December 17, 2025, and the briefing schedule in this appeal are **VACATED**.

**IT IS FINALLY ORDERED** that the parties shall file a status report within 7 days of a ruling by the district court.

form name: **c7_Order_3J**    (form ID: **177**)