**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Chicago Headline Club, et al.
         Plaintiff,

v.                Case No.: 1:25−cv−12173
                Honorable Sara L. Ellis

Kristi Noem, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 10, 2025:

  MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 12/10/2025 regarding motion to voluntary dismiss [295]. Status hearing set for 1/8/2026 at 2:30 PM. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.