**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRISTI NOEM, Secretary of U.S. )<br>Department of Homeland Security, in her )<br>official capacity, *et al.*, )<br>)<br>Defendants. ) | No. 25-cv-12173<br><br>Hon. Sara L. Ellis,<br>United States District Judge |

**NOTICE OF PUBLIC FILING OF SEALED EXHIBTS CITED IN PLAINTIFFS' AND DEFENDANTS' EXHIBITS LISTS FOR THE PRELIMINARY INJUNCTION HEARING**

Defendants hereby submit public versions of sealed documents and body-worn camera videos cited in Plaintiffs' and Defendants' exhibit lists for the preliminary injunction hearing held in this case on November 5, 2025. *See* ECF Nos. 206, 209. Many of the documents and videos cited in the parties' exhibit lists were also cited in the Court's preliminary injunction opinion. Defendants have previously filed public versions of the sealed documents and body-worn camera videos cited in the Court's opinion, *see* ECF Nos. 284, 290, thus Defendants have not re-filed duplicate versions of the same documents again here. Accordingly, the 27 documents attached to this notice represent the documents that were cited in the parties' exhibit lists, but not cited in the Court's opinion. Defendants are separately submitting 34 videos cited in the parties' exhibit lists, but not cited in the Court's opinion, to the Court via the Court's Portal for Public Record Digital Media Exhibits, at

https://www.ilnd.uscourts.gov/LandingPage.php?page=digital_media_submissions.

Dated: December 19, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　SEAN SKEDZIELEWSKI
　　　　　　　　　　　　　　　　　　　　　Counsel to the Assistant
　　　　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew I. Warden*
　　　　　　　　　　　　　　　　　　　　　ANDREW WARDEN
　　　　　　　　　　　　　　　　　　　　　Assistant Director
　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-5084
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　Andrew.Warden@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*