


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

09/24/2025 11:13 EDT                                                                 Page 1 of 3

**CASE NUMBER**
LES

**CASE OPENED**
9/19/2025

**CURRENT CASE TITLE**
9/19/2025 Assault of Multiple DHS Employees

**REPORT TITLE**
9/19/2025 Arrest of Marcos R RIOS (Misdemeanor Citation - Assault)

**REPORTED BY**
Clay Wildt
SPECIAL AGENT

**APPROVED BY**
Edward Vigare Jr
SPECIAL AGENT

**DATE APPROVED**
9/23/2025

**SYNOPSIS**

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Special Agents responded to the Broadview Service Staging Area (BSSA) in Broadview, Illinois after reports that several Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers had been assaulted by protesters who were in attendance at a preplanned anti-immigration enforcement.

This report details the arrest of Marcos R RIOS for assault (18USC111).

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000130A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:13 EDT Page 2 of 3

## DETAILS OF INVESTIGATION

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Special Agents Clay Wildt and Dylan Belcher responded to the Broadview Service Staging Area (BSSA) in Broadview, Illinois after reports that several Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers had been assaulted by protesters who were in attendance at a preplanned anti-immigration enforcement.

Agents encountered Marcos RIOS in a common holding area with several other detainees. RIOS was escorted to an interview room; agents read RIOS his Miranda warning in the English language. RIOS indicated that he understood his rights and did not wish to speak to agents. RIOS refused to sign the Miranda warning form.

RIOS provided biographical data and was issued a misdemeanor citation for assault (8USC111); he was fingerprinted and released without further delay.

---

When asked for an account of the assault, Customs and Border Protection Officer (CBPO) Eduardo Forte provided the following report concerning the arrest of RIOS. The following narrative was provided directly from Forte and has not been altered with the exception of identifiers added in brackets to differentiate the arrest of two separate subjects:

> On 9/19/2025 While supporting ERO secure the federal building, I was assisting with crowd control when the TL for my team announced "arrest team get ready". I noticed my fellow officers pointing at a male with a maroon hat [RIOS] that was trying to be sneaky as he moved to the left of the crowd and was quickly trying to get away. I relayed the info to my teammates to the left of me and did a short sprint to stop him. The subject [RIOS] saw me and tried to run over me. We ran into each other and he began resisting. As other officers began to assist me, the subject [RIOS] was brought down and continued to resist and fight as I said commands to stop resisting. Eventually we controlled his hands and he was carried into the ERO facility.
>
> After that subject [RIOS] was carried into the ERO facility, I went back to assist with crowd control. I scanned the area and noticed a group of officers struggling to detain a subject. I rushed over there and helped with keeping the perimeter organized. As that group looked good, I went over to help another group when a tall subject [REYES] kicked me. As he [REYES] kicked me, it made me trip and run into my teammates. I turned around and tackled the subject [REYES]. As other officers assisted, this subject [REYES] was resisting and attempting to grab tools from officers vests and belts. We struggled to control him [REYES] so the decision to carry him inside was made by each officer grabbing a limb and carrying

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000131A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

him inside the ERO facility.  I stayed back and we formed a line to keep the crowd from moving towards the gate.

**\*\*\*Agent Note: Prior to the collecting witness statements, agents advised officers that they were NOT representatives of the Office of Professional Responsibility (OPR); officers were further advised that they could elect to NOT make statements to agents.  As these were witness statements, agents did not provide officers with employee warnings (Garrity/Kalkines) or Miranda warnings.  If applicable, officers were not offered union or legal representation.**

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 9/19/2025 Assault of Multiple DHS Employees | LES | 9/23/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000132A




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

09/24/2025 11:12 EDT  Page 1 of 7

# 9/19/2025 Arrest of Marcos R RIOS (Misdemeanor Citation - Assault)

## Incident Overview

| | |
|---|---|
| Topic/Title | 9/19/2025 Arrest of Marcos R RIOS (Misdemeanor Citation - Assault) |
| Document Number | LES |
| Incident Type | AR - ARREST |
| Conveyance Type | |
| Type | N - NO TRANSPORTATION INVOLVED |
| Contributing Info Indicator | Yes |
| Contributing Info | 3 5 - ICE ENFORCEMENT & REMOVAL OFFICER |
| Contributing Info | 3 I - CBP - INSPECTOR |
| Occurence Date and Time | 09/19/2025 18:30 |

## Arrest Details

| | |
|---|---|
| EAGLE Event Number | LES |
| Incident Date | 09/19/2025 18:30 |
| Arrest? | Yes |
| Indictment? | No |
| Arrest Type | C - CRIMINAL |
| Arrest Location | |
| Location | N - NON-BORDER |
| Description | BSSA |
| Arrest Category | |
| Category | O - OTHER |
| Other | Assault on ICE/CBP Employee |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000133A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:12 EDT | Page 2 of 7

## Violator Information

| Violator Type | INDIVIDUAL |
|---|---|
| **Suspect Name** | |
| Last | RIOS |
| First | Marcos |
| Middle | R |
| **Date of Birth** | PII 1989 |
| **Sex** | |
| Gender | M - MALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | Y - HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| Address Type | |
|---|---|
| Type | O - OTHER |
| Other | BSSA |
| **Address** | |
| Address | 1930 Beach Street |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| Arresting Agency | |
|---|---|
| Agency/Unit/Group | HSI - Homeland Security Investigations |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000134A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:12 EDT Page 3 of 7

| Agent Name | |
|---|---|
| Last | Wildt |
| First | Clay |
| **Job Title** | SPECIAL AGENT |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | CSI - CBP, OFFICER |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | DAR - ICE, ENFORCEMENT AND REMOVAL OFFICER (ERO) |
| **Air & Marine Participation** | No |

## Violation Statistics

| Violation | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | September 19, 2025 |
| Status | Approved |

## Routing Information

| Supervisor | Edward Vigare Jr |
|---|---|
| **Automatic Distribution Office** | CH - Chicago, IL |
| **Program Code** | 004 - ASSAULTS ON CUSTOMS EMPLOYEES |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | RESTRICTED |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000135A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:12 EDT | Page 4 of 7

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000136A

 

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:12 EDT | Page 5 of 7

## Narrative

On September 19, 2025, Homeland Security Investigations (HSI) Chicago Homeland Security Task Force (HSTF) Special Agents responded to a report of assaults on several Immigration and Customs Enforcement (ICE) Deportation Officers (DO) and Customs and Border Protection (CBP) Officers at the Broadview Service Staging Area (BSSA) in Broadview, IL. Marcos RIOS reportedly assaulted officers during planned protest activities. RIOS was served a misdemeanor citation for assault (18USC111) and released. See report of investigation on same date for additional information. A copy of the misdemeanor citation has been uploaded to the electronic case file, for reference.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000137A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 9/22/2025 |
| **Last Updated** | 9/22/2025 |
| **Author** | Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | Dylan Belcher<br>1038 - SPECIAL AGENT<br>630 PII, LES<br><br>Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>562 PII, LES |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>Supervisor Approval<br>9/22/2025 |

## Case Metadata

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_000000138A

 

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/24/2025 11:12 EDT  Page 7 of 7

| | |
|---|---|
| Case Title | 9/19/2025 Assault of Multiple DHS Employees |
| Case Number | LES |
| Case Opened | 9/19/2025 |
| Case Last Updated | 9/22/2025 |
| Approved | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>9/19/2025 |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | 9/19/2025 Assault of Multiple DHS Employees | LES | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000139A

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/24/2025 11:12 EDT         DRM Page 1 of 1

**Title**
Crim_Citation_RIOS.pdf

**Upload Date**
09/22/2025 11:47 EDT

**Media Type**
pdf

File attached on the following page

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| IN92 | E **LES** | Wildt | **PII, LES** |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 09/19/2025 1945 | 18 USC 111 |

Place of Offense: 1930 Beach St. Broadview, IL

Offense Description: Factual Basis for Charge — HAZMAT ☐

Assault on Officers.

### DEFENDANT INFORMATION
Phone: (312) **PII**

| Last Name | First Name | M.I. |
|---|---|---|
| RIOS | Marcos | R |

Street Address: **PII**

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Chicago | IL | 60647 | **PII** /1989 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| **PII** | | IL | **PII** 3566 |

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair: BRO   Eyes: BRO   507   Weight: 185

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

**PII, LES** YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| **PII** | TBD |
| | Time (hh:mm): TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature **PII**

Officer's Copy (Pink)

ICE_00000141A

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Sept. 19, 20 25 while exercising my duties as a law enforcement officer in the Northern District of Illinois

See attached PC statement

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/19/2025
Date (mm/dd/yyyy)  Officer **PII, LES**

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

ICE_00000142A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:11 EDT    Page 1 of 4

# RIOS, Marcos R

## Biographics

| Name | |
|---|---|
| Last | RIOS |
| First | Marcos |
| Middle | R |
| Name Flip | Yes |
| **Date of Birth** | PII /1989 |
| **Sex** | |
| Gender | M - MALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | Y - HISPANIC OR LATINO ORIGIN |
| **Height (ft/in)** | |
| Min Height | 507 |
| **Weight (lbs)** | |
| Min Weight | 135 |
| **Hair Color** | BR - BROWN |
| **Eye Color** | BR - BROWN |

## Identification

| Social Security Number | PII  3566 |
|---|---|

## Addresses

| Address Type | |
|---|---|
| Type | M - MAILING |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000143A




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:11 EDT                                           Page 2 of 4

| Address | |
|---|---|
| Address | PII |
| Apt./Suite | |
| City | Chicago |
| State | IL - ILLINOIS |
| Postal Code | 60647 |
| Country | USA - United States |

## Subject Record Information

| ICM Record ID | LES |
|---|---|
| CBP Record ID | LES |
| **Subject Record Status** | |
| Status | SO - SUSPECT, OTHER |
| **Subject Record Category** | |
| Category | OT - OTHER |
| Other | Assault on CBP/ERO Staff |
| **Primary Action Code** | |
| Primary Action Code | 0 - NOT ON PRIMARY |
| **Worksite Involvement** | NO - NO WORKSITE INVOLVEMENT |
| **Nominate to Watchlist** | No |

## Criminal Affiliations

| Position or Title | NGI - NO GANG INVOLVEMENT |
|---|---|

## Citizenship and Status

| **Citizenship** | |
|---|---|
| Country | USA - United States |

## Associated Phones

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000144A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/24/2025 11:11 EDT                                                                 Page 3 of 4

| Phone Type | |
|---|---|
| Type | C - CELLULAR (HAND-HELD PORTABLE) |
| International Prefix | 1 |
| Phone Number | 312 PII |

## Driver's License

| License Number | PII |
|---|---|
| State | IL - ILLINOIS |
| Country | USA - United States |

## Remarks

| Remarks | Subject served misdemeanor citation for assault on ERO/CBP staff at BSSA on 9/19/25 during immigration-related protest. |
|---|---|

## Routing Information

| Subject Record Owner | Dylan Belcher |
|---|---|
| Subject Record Owner | Clay Wildt |
| Subject Record Supervisor | Edward Vigare Jr |
| Office Code | CH - Chicago, IL |
| Query Notification Level | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | DHS |
|---|---|

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000145A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:11 EDT  Page 4 of 4

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Published |
| **Opened** | 9/22/2025 |
| **Last Updated** | 9/22/2025 |
| **Author** | Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | Dylan Belcher<br>1038 - SPECIAL AGENT<br>630 PII, LES<br><br>Clay Wildt<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>562 PII, LES |

## Case Metadata

| | |
|---|---|
| **Case Title** | 9/19/2025 Assault of Multiple DHS Employees |
| **Case Number** | LES |
| **Case Opened** | 9/19/2025 |
| **Case Last Updated** | 9/22/2025 |
| **Approved** | Edward Vigare Jr<br>1038 - SPECIAL AGENT<br>9/19/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000146A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### SUBJECT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/24/2025 11:12 EDT								DRM Page 1 of 1

**Title**

RIOS_Mug.jpg



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000147A