# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:31 EDT  Page 1 of 3

**CASE NUMBER**
LES

**CASE OPENED**
9/27/2025

**CURRENT CASE TITLE**
HSI Chicago Support to BP & ERO Enforcement Operations

**REPORT TITLE**
Federal Criminal Arrests at Broadview Service Staging Area on September 27, 2025

**REPORTED BY**
John Kim
SPECIAL AGENT

**APPROVED BY**
William Engel
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
10/2/2025

**SYNOPSIS**

On or about September 27, 2025, at or near the Broadview Service Staging Area located in Broadview, IL, approximately 12 individuals were arrested by the U.S. Border Patrol and criminally charged by Homeland Security Investigations (HSI) with 18 U.S. Code § 111 (assaulting, resisting, or impeding certain officers or employees).

The following documents the individuals who were criminally charged by the HSI Chicago office.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/2/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000191A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:31 EDT                                                                 Page 2 of 3

## DETAILS OF INVESTIGATION

On or about September 27, 2025, approximately 12 individuals were arrested by the U.S. Border Patrol at or near the Broadview Service Staging Area located at 1930 Beach Street, Broadview, IL 60155. The approximately 12 individuals were then charged by Homeland Security Investigations (HSI) Chicago with 18 U.S. Code § 111 (assaulting, resisting, or impeding certain officers or employees). Approximately two of the 12 individuals were charged by Special Agents (SA) from the Homeland Security Investigations O'Hare office which was documented separately. All the arrested individuals were referred to the U.S. Attorney's Office for the Northern District of Illinois for prosecution.

The following individuals were charged by HSI Chicago:

Jeremy HAMMOND (DOB: PII 1985)

Benjamin BLOWERS (DOB: PII 2001)

Lukas BORJA (DOB: PII 2003)

Stephen HELD (DOB: PII 1972)

Robert HELD ( PII 1957)

Hubert MAZUR   PII 2003)

Ian SAMPSON ( PII 1998)

Ray COLLINS ( PII 1993)

Aaron HOLLATZ ( PII 1997)

Dana BRIGGS ( PII 1954)

The following individuals were charged by HSI O'Hare and were documented separately:

Paul IVERY ( PII 1999)

Jocelyne ROBLEDO ( PII 1995)

Please reference the individual's event in EAGLE for specific details concerning their arrest.

The investigation continues.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/2/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000192A

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:31 EDT | Page 3 of 3

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/2/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000193A




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 15:31 EDT                                                                                                     Page 1 of 6

# CBP Arrest of Ray COLLINS - Operation Midway Blitz

## Incident Overview

| Topic/Title | CBP Arrest of Ray COLLINS - Operation Midway Blitz |
|---|---|
| Document Number | LES |
| Incident Type | AR - ARREST |
| Conveyance Type | |
| Type | N - NO TRANSPORTATION INVOLVED |
| Contributing Info Indicator | No |
| Occurence Date and Time | 09/27/2025 20:45 |

## Arrest Details

| EAGLE Event Number | LES |
|---|---|
| Incident Date | 09/27/2025 20:45 |
| Arrest? | Yes |
| Indictment? | No |
| Arrest Type | C - CRIMINAL |
| Arrest Location | |
| Location | N - NON-BORDER |
| Description | Near the Broadview Service Staging Area |
| Arrest Category | |
| Category | O - OTHER |
| Other | 05P |

## Violator Information

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/3/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000194A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:31 EDT                                                                  Page 2 of 6

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |
| **FBI Number** | PII, LES |
| **Suspect Name** | |
| Last | COLLINS |
| First | Ray |
| Middle | Jamal |
| **Date of Birth** | PII  1993 |
| **Sex** | |
| Gender | M - MALE |
| **Race** | B - BLACK OR AFRICAN AMERICAN |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| | |
|---|---|
| **Address Type** | |
| Type | W - WORK/BUSINESS |
| **Address** | |
| Address | 1930 Beach Street |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| | |
|---|---|
| **Arresting Agency** | |
| Agency/Unit/Group | CSI - CBP, OFFICER |
| **Is HSI the arresting agency responsible for prosecution?** | No |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/3/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000195A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 15:31 EDT                                                                 Page 3 of 6

| Agent Name | |
|---|---|
| Last | MASLANKA |
| First | D. PII, LES |
| **Job Title** | Special Agent |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | ATF - BUREAU OF ALCOHOL, TOBACCO, & FIREARMS |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | HSI - Homeland Security Investigations |
| **Air & Marine Participation** | No |

## Violation Statistics

| Violation | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | September 27, 2025 |
| Status | Approved |

## Routing Information

| Supervisor | William Engel |
|---|---|
| **Automatic Distribution Office** | CH - Chicago, IL |
| **Program Code** | 6B1 - CRIMINAL ALIEN INVESTIGATIONS |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | MDB - Midway Blitz |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/3/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_000000196A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 15:31 EDT                                                                                       Page 4 of 6

| **Groups Visible To** | HSI Only |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/3/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000197A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:31 EDT  Page 5 of 6

## Narrative

Title: General Subject Narrative

Description: CIV

Date: 09/28/2025

Narrative ID: **LES**

Subject was arrested by CBP SRT Officers Warren Brooks and Chadwick McElroy

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| **LES** | HSI Chicago Support to BP & ERO Enforcement Operations | **LES** | 10/3/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000198A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:31 EDT  Page 6 of 6

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 10/2/2025 |
| **Last Updated** | 10/3/2025 |
| **Author** | John Kim<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | John Kim<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>630 PII, LES |
| **Approved** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>Supervisor Approval<br>10/3/2025 |

## Case Metadata

| | |
|---|---|
| **Case Title** | HSI Chicago Support to BP & ERO Enforcement Operations |
| **Case Number** | LES |
| **Case Opened** | 9/27/2025 |
| **Case Last Updated** | 10/14/2025 |
| **Approved** | Michael Larson<br>1002 - ASSISTANT SPECIAL AGENT IN CHARGE<br>9/27/2025 |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/3/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_000000199A