

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

# Arrest of Ella EDELSTEIN on October 3, 2025

## Incident Overview

| | |
|---|---|
| **Topic/Title** | Arrest of Ella EDELSTEIN on October 3, 2025 |
| **Document Number** | LES |
| **Incident Type** | AR - ARREST |
| **Conveyance Type** | |
| Type | N - NO TRANSPORTATION INVOLVED |
| **Contributing Info Indicator** | No |
| **Occurence Date and Time** | 10/03/2025 09:30 |

## Arrest Details

| | |
|---|---|
| **EAGLE Event Number** | LES |
| **Incident Date** | 10/03/2025 09:30 |
| **Arrest?** | Yes |
| **Indictment?** | No |
| **Arrest Type** | C - CRIMINAL |
| **Arrest Location** | |
| Location | N - NON-BORDER |
| Description | Broadview, IL |
| **Arrest Category** | |
| Category | O - OTHER |
| Other | Assault on Federal Officer |

## Violator Information

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |

| **Case Number** | **Case Title** | **EAGLE Event Number** | **Date Approved** |
|---|---|---|---|
| LES | Arrest of Ella EDELSTEIN (Operation Midway Blitz) | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.
ICE_00000234A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

| Suspect Name | |
|---|---|
| Last | EDELSTEIN |
| First | Ella |
| **Date of Birth** | PII 2001 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| Address | |
|---|---|
| Address | 1930 beach Street |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| Arresting Agency | |
|---|---|
| Agency/Unit/Group | BPL - BORDER PATROL |
| **Is HSI the arresting agency responsible for prosecution?** | Yes |
| **Agent Name** | |
| Last | Cheek |
| First | Gerome |
| **Job Title** | SPECIAL AGENT |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | HSI - Homeland Security Investigations |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Arrest of Ella EDELSTEIN (Operation Midway Blitz) | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000235A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

10/24/2025 15:57 EDT

| Air & Marine Participation | No |
|---|---|

## Violation Statistics

| Violation | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | October 3, 2025 |
| Status | Approved |

## Routing Information

| Supervisor | Jennifer Finerty |
|---|---|
| **Automatic Distribution Office** | CH - Chicago, IL |
| **Program Code** | HST - Homeland Security TF |
| **Program Code** | MDB - Midway Blitz |
| **Program Code** | YD0 - CRIMINAL, ALL OTHER |
| **Document Notification Level** | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | HSI Only |
|---|---|

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| **LES** | Arrest of Ella EDELSTEIN (Operation Midway Blitz) | **LES** | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000236A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:57 EDT

## Narrative

On October 3, 2025 United States (U.S) Border Patrol Agents arrested Ella Edelstein (DOB: PII 2001) in violation of 18 United States Code 111 (Assaulting, resisting, or impeding certain officers or employees) at Broadview, Illinois. The arrest was turned over to Homeland Security Investigations Special Agents for processing and booking. Case was presented and charges are being reviewed by an Assistant U. S. Attorney.

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Arrest of Ella EDELSTEIN (Operation Midway Blitz) | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000237A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 10/4/2025 |
| **Last Updated** | 10/6/2025 |
| **Author** | Gerome Cheek<br>1038 - SPECIAL AGENT<br>213 PII, LES |
| **Owner(s)** | Gerome Cheek<br>1038 - SPECIAL AGENT<br>213 PII, LES |
| **Supervisor** | Jennifer Finerty<br>1043 - SUPERVISORY SPECIAL AGENT<br>630 PII, LES |
| **Approved** | Jennifer Finerty<br>1043 - SUPERVISORY SPECIAL AGENT<br>Supervisor Approval<br>10/6/2025 |

## Case Metadata

| | |
|---|---|
| **Case Title** | Arrest of Ella EDELSTEIN (Operation Midway Blitz) |
| **Case Number** | LES |
| **Case Opened** | 10/4/2025 |
| **Case Last Updated** | 10/4/2025 |
| **Approved** | Jennifer Finerty<br>1043 - SUPERVISORY SPECIAL AGENT<br>10/4/2025 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | Arrest of Ella EDELSTEIN (Operation Midway Blitz) | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000238A