

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE





**CASE NUMBER**

| LES |
|---|

**CASE OPENED**
9/27/2025

**CURRENT CASE TITLE**
HSI Chicago Support to BP & ERO
Enforcement Operations

**REPORT TITLE**
USBP Arrests of Grace COOPER
and Elise KNAUB - Operation
Midway Blitz

**REPORTED BY**
Nico DiTuri
SPECIAL AGENT

**APPROVED BY**
William Engel
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
10/8/2025

**SYNOPSIS**

This case will be used to document HSI Chicago's support to the U.S. Border Patrol and Enforcement and Removal Operations during Operation Midway Blitz.

This report will document the October 3, 2025, United States Border Patrol criminal arrests of Grace COOPER and Elise KNAUB.

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000239A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 15:55 EDT

## DETAILS OF INVESTIGATION

On October 3, 2025, at around 9:00 AM, United States Border Patrol (USBP) Officers arrested Grace COOPER and Elise KNAUB for impeding Federal law enforcement operations in Broadview, IL. USBP turned custody of COOPER and KNAUB over to Homeland Security Investigations Chicago, who then booked and processed them pending a criminal investigation. The United States Attorney's Office Northern District of Illinois declined to prosecute, subjects released from custody the same day.

This investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/8/2025 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000240A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



# USBP Arrest of Elise KNAUB - Operation Midway Blitz

## Incident Overview

| | |
|---|---|
| **Topic/Title** | USBP Arrest of Elise KNAUB - Operation Midway Blitz |
| **Document Number** | LES |
| **Incident Type** | AR - ARREST |
| **Conveyance Type** | |
| Type | N - NO TRANSPORTATION INVOLVED |
| **Contributing Info Indicator** | No |
| **Occurence Date and Time** | 10/03/2025 09:00 |

## Arrest Details

| | |
|---|---|
| **EAGLE Event Number** | LES |
| **Incident Date** | 10/03/2025 09:00 |
| **Arrest?** | Yes |
| **Indictment?** | No |
| **Arrest Type** | C - CRIMINAL |
| **Arrest Location** | |
| Location | O - OTHER |
| Description | Outside ICE processing facility BSSA |
| **Arrest Category** | |
| Category | O - OTHER |
| Other | USBP Arrest |
| **DNA Swab Serial Number** | LES |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000241A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:56 EDT

Page 2 of 6

## Violator Information

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |
| **FBI Number** | PII, LES |
| **Suspect Name** | |
| Last | KNAUB |
| First | ELISE |
| Middle | DANAE |
| **Date of Birth** | PII 1989 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| | |
|---|---|
| **Address Type** | |
| Type | O - OTHER |
| Other | Broadview Service and Staging Area |
| **Address** | |
| Address | 1930 Beach St. |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| | |
|---|---|
| **Arresting Agency** | |
| Agency/Unit/Group | BPL - BORDER PATROL |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000242A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

| | |
|---|---|
| **Is HSI the arresting agency responsible for prosecution?** | Yes |
| **Agent Name** | |
| Last | DITURI |
| First | NICO |
| **Job Title** | Special Agent |
| **Arresting Participating Agency** | |
| Agency/Unit/Group | HSI - Homeland Security Investigations |
| **Air & Marine Participation** | No |

## Violation Statistics

| | |
|---|---|
| **Violation** | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | October 3, 2025 |
| Status | Approved |
| **Final Statistic** | |
| Type | NP - NOLLE PROS |
| Counts | 1 |
| Date | October 3, 2025 |
| Status | Approved |
| Disposition Description | Northern District of Illinois declined to prosecute, subject released from custody on 10/3/2025. |

## Routing Information

| | |
|---|---|
| **Supervisor** | William Engel |
| **Automatic Distribution Office** | CH - Chicago, IL |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000243A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE




10/24/2025 15:56 EDT                                                                                               Page 4 of 6

| Program Code | 6B1 - CRIMINAL ALIEN INVESTIGATIONS |
|---|---|
| Program Code | HST - Homeland Security TF |
| Program Code | MDB - Midway Blitz |
| Program Code | YD0 - CRIMINAL, ALL OTHER |
| Document Notification Level | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | HSI Only |
|---|---|

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000244A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:56 EDT

## Narrative

On October 3, 2025, United States Border Patrol (USBP) Officers arrested KNAUB for impeding Federal law enforcement operations in Broadview, IL. USBP turned custody of KNAUB over to Homeland Security Investigations Chicago, who then booked and processed her pending a criminal investigation. The United States Attorney's Office Northern District of Illinois declined to prosecute, subject released from custody the same day.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000245A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:56 EDT

Page 6 of 6

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 10/3/2025 |
| **Last Updated** | 10/6/2025 |
| **Author** | Nico DiTuri<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | John Kim<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>630 PII, LES |
| **Approved** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>Supervisor Approval<br>10/6/2025 |

## Case Metadata

| | |
|---|---|
| **Case Title** | HSI Chicago Support to BP & ERO Enforcement Operations |
| **Case Number** | LES |
| **Case Opened** | 9/27/2025 |
| **Case Last Updated** | 10/14/2025 |
| **Approved** | Michael Larson<br>1002 - ASSISTANT SPECIAL AGENT IN CHARGE<br>9/27/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000246A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

# KNAUB, ELISE DANAE

## Biographics

| Name | |
|---|---|
| Last | KNAUB |
| First | ELISE |
| Middle | DANAE |
| Name Flip | Yes |
| **Date of Birth** | PII 1989 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Height (ft/in)** | |
| Min Height | 503 |
| **Weight (lbs)** | |
| Min Weight | 175 |
| **Eye Color** | UK - UNKNOWN |

## Identification

| | |
|---|---|
| **FBI Number** | PII, LES |
| **FIN Number** | LES |

## Addresses

| Address Type | |
|---|---|
| Type | H - HOME/RESIDENCE |

---

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000247A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

| Address | |
|---|---|
| Address | **PII** |
| Apt./Suite | |
| City | Chicago |
| State | IL - ILLINOIS |
| Postal Code | 60609 |
| Country | USA - United States |

## Subject Record Information

| | |
|---|---|
| **ICM Record ID** | **LES** |
| **CBP Record ID** | **LES** |
| **Subject Record Status** | |
| Status | SO - SUSPECT, OTHER |
| **Subject Record Category** | |
| Category | OT - OTHER |
| Other | Impeding Federal LE |
| **Primary Action Code** | |
| Primary Action Code | 0 - NOT ON PRIMARY |
| **Worksite Involvement** | NO - NO WORKSITE INVOLVEMENT |
| **Nominate to Watchlist** | No |

## Criminal Affiliations

| | |
|---|---|
| **Position or Title** | NGI - NO GANG INVOLVEMENT |

## Citizenship and Status

| | |
|---|---|
| **Citizenship** | |
| Country | USA - United States |
| **Birthplace** | |
| Country | USA - United States |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000248A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

# Employment

## Employment Details

| Job Title | UNR-Unemployed or Retired |
|---|---|

## Remarks

| Remarks | Arrested by US Border Patrol on 10.3.25 in Broadview, IL for impeding Federal LE operations. |
|---|---|

## Routing Information

| Subject Record Owner | John Kim |
|---|---|
| Subject Record Supervisor | William Engel |
| Office Code | CH - Chicago, IL |
| Query Notification Level | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | DHS |
|---|---|

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000249A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Published |
| **Opened** | 10/3/2025 |
| **Last Updated** | 10/6/2025 |
| **Author** | Nico DiTuri<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | John Kim<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>630 PII, LES |

## Case Metadata

| | |
|---|---|
| **Case Title** | HSI Chicago Support to BP & ERO Enforcement Operations |
| **Case Number** | LES |
| **Case Opened** | 9/27/2025 |
| **Case Last Updated** | 10/14/2025 |
| **Approved** | Michael Larson<br>1002 - ASSISTANT SPECIAL AGENT IN CHARGE<br>9/27/2025 |

### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



# USBP Arrest of Grace COOPER - Operation Midway Blitz

## Incident Overview

| | |
|---|---|
| **Topic/Title** | USBP Arrest of Grace COOPER - Operation Midway Blitz |
| **Document Number** | LES |
| **Incident Type** | AR - ARREST |
| **Conveyance Type** | |
| Type | N - NO TRANSPORTATION INVOLVED |
| **Contributing Info Indicator** | No |
| **Occurence Date and Time** | 10/03/2025 09:00 |

## Arrest Details

| | |
|---|---|
| **EAGLE Event Number** | LES |
| **Incident Date** | 10/03/2025 09:00 |
| **Arrest?** | Yes |
| **Indictment?** | No |
| **Arrest Type** | C - CRIMINAL |
| **Arrest Location** | |
| Location | O - OTHER |
| Description | Outside ICE processing facility BSSA |
| **Arrest Category** | |
| Category | O - OTHER |
| Other | USBP Arrest |
| **DNA Swab Serial Number** | LES |

| **Case Number** | **Case Title** | **EAGLE Event Number** | **Date Approved** |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000251A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 15:57 EDT                                                                 Page 2 of 6

## Violator Information

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |
| **FBI Number** | PII, LES |
| **Suspect Name** | |
| Last | COOPER |
| First | GRACE |
| **Date of Birth** | PII 1995 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | U - UNKNOWN |
| **Hispanic Indicator** | U - UNKNOWN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| | |
|---|---|
| **Address Type** | |
| Type | O - OTHER |
| Other | Broadview Service and Staging Area |
| **Address** | |
| Address | 1930 Beach St. |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| | |
|---|---|
| **Arresting Agency** | |
| Agency/Unit/Group | BPL - BORDER PATROL |

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000252A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:57 EDT

Page 3 of 6

| | |
|---|---|
| **Is HSI the arresting agency responsible for prosecution?** | Yes |
| **Agent Name** | |
|     Last | DITURI |
|     First | NICO |
| **Job Title** | SPECIAL AGENT |
| **Arresting Participating Agency** | |
|     Agency/Unit/Group | HSI - Homeland Security Investigations |
| **Air & Marine Participation** | No |

## Violation Statistics

| | |
|---|---|
| **Violation** | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
| **Arrest Statistic** | |
|     Type | AR - ARREST |
|     Counts | 1 |
|     Date | October 3, 2025 |
|     Status | Approved |
| **Final Statistic** | |
|     Type | NP - NOLLE PROS |
|     Counts | 1 |
|     Date | October 3, 2025 |
|     Status | Approved |
|     Disposition Description | Northern District of Illinois declined to prosecute, subject released from custody on 10/3/2025. |

## Routing Information

| | |
|---|---|
| **Supervisor** | William Engel |
| **Automatic Distribution Office** | CH - Chicago, IL |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000253A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:57 EDT

Page 4 of 6

| Program Code | 6B1 - CRIMINAL ALIEN INVESTIGATIONS |
|---|---|
| Program Code | HST - Homeland Security TF |
| Program Code | MDB - Midway Blitz |
| Program Code | YD0 - CRIMINAL, ALL OTHER |
| Document Notification Level | 1 - TO RECORD OWNER |

## Restrict Visibility

| Groups Visible To | HSI Only |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| **LES** | HSI Chicago Support to BP & ERO Enforcement Operations | **LES** | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000254A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:57 EDT

Page 5 of 6

## Narrative

On October 3, 2025, United States Border Patrol (USBP) Officers arrested COOPER for impeding Federal law enforcement operations in Broadview, IL. USBP turned custody of COOPER over to Homeland Security Investigations Chicago, who then booked and processed her pending a criminal investigation. The United States Attorney's Office Northern District of Illinois declined to prosecute, subject released from custody the same day.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000255A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/24/2025 15:57 EDT                                                                 Page 6 of 6

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 10/3/2025 |
| **Last Updated** | 10/6/2025 |
| **Author** | Nico DiTuri<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | John Kim<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>630 PII, LES |
| **Approved** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>Supervisor Approval<br>10/6/2025 |

## Case Metadata

| | |
|---|---|
| **Case Title** | HSI Chicago Support to BP & ERO Enforcement Operations |
| **Case Number** | LES |
| **Case Opened** | 9/27/2025 |
| **Case Last Updated** | 10/14/2025 |
| **Approved** | Michael Larson<br>1002 - ASSISTANT SPECIAL AGENT IN CHARGE<br>9/27/2025 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000256A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

# COOPER, GRACE

## Biographics

| Name | |
|---|---|
| Last | COOPER |
| First | GRACE |
| Name Flip | Yes |
| **Date of Birth** | PII 1995 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | U - UNKNOWN |
| **Hispanic Indicator** | U - UNKNOWN |
| **Height (ft/in)** | |
| Min Height | 504 |
| **Weight (lbs)** | |
| Min Weight | 130 |
| **Eye Color** | BR - BROWN |

## Identification

| FBI Number | PII, LES |
|---|---|
| FIN Number | LES |

## Addresses

| Address Type | |
|---|---|
| Type | H - HOME/RESIDENCE |

---

### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000257A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 15:58 EDT                                                                  Page 2 of 4

| Address | |
|---|---|
| Address | **PII** |
| Apt./Suite | |
| City | Chicago |
| State | IL - ILLINOIS |
| Postal Code | 60647 |
| Country | USA - United States |

## Subject Record Information

| ICM Record ID | **LES** |
|---|---|
| CBP Record ID | **LES** |
| **Subject Record Status** | |
| Status | SO - SUSPECT, OTHER |
| **Subject Record Category** | |
| Category | OT - OTHER |
| Other | Impeding Federal LE |
| **Primary Action Code** | |
| Primary Action Code | 0 - NOT ON PRIMARY |
| **Worksite Involvement** | NO - NO WORKSITE INVOLVEMENT |
| **Nominate to Watchlist** | No |

## Criminal Affiliations

| Position or Title | NGI - NO GANG INVOLVEMENT |
|---|---|

## Citizenship and Status

| **Citizenship** | |
|---|---|
| Country | USA - United States |
| **Birthplace** | |
| Country | USA - United States |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000258A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

# Employment
## Employment Details

| Job Title | UNR-Unemployed or Retired |
|---|---|

# Remarks

| Remarks | Arrested by US Border Patrol on 10.3.25 in Broadview, IL for impeding Federal LE operations. |
|---|---|

# Routing Information

| Subject Record Owner | John Kim |
|---|---|
| Subject Record Supervisor | William Engel |
| Office Code | CH - Chicago, IL |
| Query Notification Level | 1 - TO RECORD OWNER |

# Restrict Visibility

| Groups Visible To | DHS |
|---|---|

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000259A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS



### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Published |
| **Opened** | 10/3/2025 |
| **Last Updated** | 10/6/2025 |
| **Author** | Nico DiTuri<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Owner(s)** | John Kim<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>630 PII, LES |

## Case Metadata

| | |
|---|---|
| **Case Title** | HSI Chicago Support to BP & ERO Enforcement Operations |
| **Case Number** | LES |
| **Case Opened** | 9/27/2025 |
| **Case Last Updated** | 10/14/2025 |
| **Approved** | Michael Larson<br>1002 - ASSISTANT SPECIAL AGENT IN CHARGE<br>9/27/2025 |

### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.