


# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 16:55 EDT                                                                 Page 1 of 6

# USBP Arrest of Leanna Quartuccio on October 3, 2025

## Incident Overview

| Topic/Title | USBP Arrest of Leanna Quartuccio on October 3,2025 |
|---|---|
| Document Number | LES |
| Incident Type | AR - ARREST |
| Conveyance Type | |
| Type | N - NO TRANSPORTATION INVOLVED |
| Contributing Info Indicator | No |
| Occurence Date and Time | 10/03/2025 09:30 |

## Arrest Details

| EAGLE Event Number | LES |
|---|---|
| Incident Date | 10/03/2025 09:30 |
| Arrest? | Yes |
| Indictment? | No |
| Arrest Type | C - CRIMINAL |
| Arrest Location | |
| Location | N - NON-BORDER |
| Description | Broadview, IL |
| Arrest Category | |
| Category | O - OTHER |
| Other | Assault |

## Violator Information

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000261A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 16:55 EDT                                                                                                 Page 2 of 6

| | |
|---|---|
| **Violator Type** | INDIVIDUAL |
| **FBI Number** | PII, LES |
| **Suspect Name** | |
| Last | QUARTUCCIO |
| First | Leanna |
| **Date of Birth** | PII  1983 |
| **Sex** | |
| Gender | F - FEMALE |
| **Race** | W - WHITE |
| **Hispanic Indicator** | N - NOT OF HISPANIC OR LATINO ORIGIN |
| **Citizenship** | |
| Country | USA - United States |

## Incident Address

| | |
|---|---|
| **Address** | |
| Address | 1930 Beach Street |
| City | Broadview |
| State | IL - ILLINOIS |
| Postal Code | 60155 |
| Country | USA - United States |

## Arresting Agent

| | |
|---|---|
| **Arresting Agency** | |
| Agency/Unit/Group | BPL - BORDER PATROL |
| **Is HSI the arresting agency responsible for prosecution?** | Yes |
| **Agent Name** | |
| Last | Cheek |
| First | Gerome |
| **Job Title** | SPECIAL AGENT |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000262A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/24/2025 16:55 EDT      Page 3 of 6

| Arresting Participating Agency | |
|---|---|
| Agency/Unit/Group | HSI - Homeland Security Investigations |
| **Air & Marine Participation** | No |

## Violation Statistics

| Violation | 18USC111 - ASSAULTING, RESISTING AN OFFICER |
|---|---|
| **Arrest Statistic** | |
| Type | AR - ARREST |
| Counts | 1 |
| Date | October 3, 2025 |
| Status | Approved |
| **Final Statistic** | |
| Type | PX - PROSECUTION DECLINED |
| Counts | 1 |
| Date | October 3, 2025 |
| Status | Approved |
| Disposition Description | Case declined for federal prosecution |

## Routing Information

| Supervisor | William Engel |
|---|---|
| Automatic Distribution Office | CH - Chicago, IL |
| Program Code | 6B1 - CRIMINAL ALIEN INVESTIGATIONS |
| Program Code | HST - Homeland Security TF |
| Program Code | MDB - Midway Blitz |
| Program Code | YD0 - CRIMINAL, ALL OTHER |
| Document Notification Level | 1 - TO RECORD OWNER |

## Restrict Visibility

---

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000263A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 16:55 EDT  Page 4 of 6

| **Groups Visible To** | HSI Only |
|---|---|

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000264A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 16:55 EDT | Page 5 of 6

## Narrative

On October 3, 2025, United States Border Patrol Agents arrested Leanna QUARTUCCIO (DOB: [PII] 1983) in violation of 18 USC 111 ( Assault, Resisting, or Impeding certain officers or employees) near the area of 1930 beach Street, Broadview, Illinois 60155. QUARTUCCIO was turned over to Homeland Security Investigations Special Agents for booking and processing. Case was presented and declined for federal prosecution and QUARTUCCIO was released without further incident.

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000265A




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### INCIDENT REPORT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/24/2025 16:55 EDT — Page 6 of 6

## Metadata

| | |
|---|---|
| **Document Number** | LES |
| **Document Status** | Approved |
| **Opened** | 10/4/2025 |
| **Last Updated** | 10/6/2025 |
| **Author** | Gerome Cheek<br>1038 - SPECIAL AGENT<br>213 PII, LES |
| **Owner(s)** | John Kim<br>1038 - SPECIAL AGENT<br>224 PII, LES |
| **Supervisor** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>630 PII, LES |
| **Approved** | William Engel<br>1043 - SUPERVISORY SPECIAL AGENT<br>Supervisor Approval<br>10/6/2025 |

## Case Metadata

| | |
|---|---|
| **Case Title** | HSI Chicago Support to BP & ERO Enforcement Operations |
| **Case Number** | LES |
| **Case Opened** | 9/27/2025 |
| **Case Last Updated** | 10/14/2025 |
| **Approved** | Michael Larson<br>1002 - ASSISTANT SPECIAL AGENT IN CHARGE<br>9/27/2025 |

| Case Number | Case Title | EAGLE Event Number | Date Approved |
|---|---|---|---|
| LES | HSI Chicago Support to BP & ERO Enforcement Operations | LES | 10/6/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

ICE_00000266A