## SITUATIONAL REPORT (SITREP)

Subject: ICE/ERO SRT Operation "Midway Blitz"Deployment & Civil Disturbance Response – Chicago, IL

Location: Chicago, IL and Broadview ICE Facility – 1930 Beach St. Broadview, IL

Date: October 10, 2025

Prepared By: Ivan Wilson, Mission Commander

_____

### 1. Executive Summary

On October 10, 2025, ICE/ERO SRT maintained tactical readiness as Quick Response Force (QRF)in support of operation "Midway Blitz". Duties assigned are QRF for enforcement teams in the field as well as civil disturbance for the Broadview ICE facility.

### 2. Operational Timeline

0609 hrs. – MIA SRT, CHI SRT, PHO SRT on shift for QRF

0700 hrs. - notified National Guard would not be assisting due to federal injunction

0800 hrs. – Received intel that Cook County Sheriffs Office would be assisting with policing outside the fence line of Broadview facility.

0930 hrs. - BUF SRT, NEW SRT, NYC SRT, DEN SRT of shift as QRF

0951 hrs. - Notified by OFO SRT that the temporary fence line north of the facility was going to be taken down today. ERO SRT coordinated with other tactical teams on order of responsibility and plan of action. CBP/OFO are primary response for disturbances at the facility, with assistance from BOP SORT and ERO SRT . ERO SRT primary role is as QRF for field enforcement teams.

0958 hrs. - Received intel over enforcement teams signal chat that Latin Kings street gang has put a bounty on ICE officers/agents via social media.

1200 hrs. - No status change in activities.

1215 hrs. - State and Local officers (approximately 50) staged in adjacent parking for civil disturbance if needed.

1300 hrs. - Possible criminal warrant service for ERO SRT on subject who rammed vehicle and fled yesterday, waiting on warrant from HSI.

1530 hrs. - No word on warrant. Will be pushed back to next week. USBP MRT on evening shift for facility security along with BOP SORT.

1600 hrs. - CHI SRT clear for the day

1636 hrs - NEW SRT clear

1730 hrs. - ALL ERO SRT clear for the day. Protesters still at Broadview location, no issues up to this point. USBP MRT and BOP SORT maintain control of facility security.

Nothing further to report.

### 3. Law Enforcement Coordination

ICE/ERO SRT working in conjunction with USBP MRT, OFO SRT, BOP SORT, and Illinois State Patrol for overall security of the Broadview Facility. USBP MRT, OFO SRT, BOP SORT, and ISP will continue to provide 24 hr protection.

### 4. Equipment / Facility Status

The facility sustained no damage during todays operational period. All surveillance systems, lighting arrays, and access control infrastructure remained fully operational. ICE/ERO SRT operators inspected all equipment, finding no issues, and prepped for the next days assignments.

### 5. Injuries

There were no injuries to SRT personnel on todays date.

### 6. Intelligence Summary

Scheduled March to Broadview facility tomorrow, October 11, 2025.

### 7. Actions Planned

ICE/ERO SRT will continue to monitor for any increased number of protesters or planned events to ensure the ICE facility in Chicago does not continue to receive damage or injuries to officers.

### 8. Arrests

No arrests made at the Broadview facility on todays date.

### Appendix A – Operator Rosters

- Chicago SRT
    - J. Geuther
    - E. Guardiola
    - L. Philips
    - A. Dwyer
    - B. Kubiszewski

- Phoenix SRT
    - M. Ruiz

- Miami SRT
    - C. Ng
    - Z. Bryant
    - V. Sequeira
    - L. Debs (GT)
    - A. Sanchez (GT)

- Buffalo SRT
    - B. Stenzel
    - J. Kladke
    - G. Conwall
    - M. White
    - P. Notte
    - R. Edwards

- New York SRT
    - C. Schultz
    - P. Hassell
    - T. Goriah
    - W. Birdsell
    - J. Tucciarone (GT)