## SITUATIONAL REPORT (SITREP)

Subject: ICE/ERO SRT Operation "Midway Blitz" Deployment & Civil Disturbance Response – Chicago, IL
Location: Chicago, IL and Broadview ICE Facility – 1930 Beach St. Broadview, IL Date: October 11, 2025
Prepared By: Ivan Wilson, Mission Commander

### 1.Executive Summary

On October 11, 2025, ICE/ERO SRT maintained tactical readiness as Quick Response Force (QRF)in support of operation "Midway Blitz". Duties assigned are QRF for enforcement teams in the field as well as civil disturbance for the Broadview ICE facility.

### 2.Operational Timeline

0554 hrs. – MIA SRT, NEW SRT on shift for QRF0

632 hrs. - CHI SRT, PHO SRT on shift for QRF and prepping for tomorrow (Chicago Marathon).

0930 hrs. - BUF SRT, NEW SRT, NYC SRT, DEN SRT of shift as QRF 1030 hrs. - MIA SRT staging LEP

1045 - 1400 hrs. - Large group of protesters (200 – 300) in Broadview area. No issues noted during this time frame. Smaller groups (15 – 20) still in the area.

1430 hrs. – MIA SRT clear for the day

1645 hrs. – CHI SRT clear for the day

1800 hrs. - ALL ERO SRT clear for the day. Protesters cleared by ISP and Cook County SO per 6pm noise ordinance that is currently in effect. Bortac and BOP SORT maintain control of facility security. Nothing further to report.

### 3. Law Enforcement Coordination

ICE/ERO SRT working in conjunction with USBP MRT, BORTAC, OFO SRT, BOP SORT, Illinois State Patrol, and Cook County Sheriff's Office for overall security of the Broadview Facility. USBP MRT, OFO SRT, BOP SORT, and ISP will continue to provide 24 hr. protection.

### 4. Equipment / Facility Status

The facility sustained no damage during today's operational period. All surveillance systems, lighting arrays, and access control infrastructure remained fully operational. ICE/ERO SRT operators inspected all equipment, finding no issues, and prepped for the next day's assignments.

### 5. Injuries

There were no injuries to SRT personnel on today's date.

### 6. Intelligence Summary
No Scheduled protest known of for tomorrow, October 12, 2025.

### 7. Actions Planned
ERO CHI SRT and NEW SRT are assigned to work the Chicago Marathon on Sunday, October 12, 2025, per the Chicago FOD. Remaining ERO SRT will continue operations as QRF for enforcement actions and security of Broadview ICE facility.

### 8. Arrests
No arrests were made at the Broadview facility on today's date.

## Appendix A – Operator Rosters
➢ Chicago SRT
- J. Geuther
- E. Guardiola
- L. Philips
- A. Dwyer
- B. Kubiszewski

➢ Phoenix SRT
- M. Ruiz

➢ Miami SRT
- C. Ng
- Z. Bryant
- V. Sequeira
- L. Debs (GT)
- Sanchez (GT)

➢ Buffalo SRT
- B. Stenzel
- J. Kladke
- G. Conwall
- M. White
- P. Notte
- R. Edwards

➢ New York SRT
- C. Schultz
- W. Birdsell

➢ DEN SRT
- D. Kawabata

➢ Newark SRT
- J. Stewart
- E. Rivera
- M. Pierre
- T. Arciszewski