## SITUATIONAL REPORT (SITREP)

Subject: ICE/ERO SRT Operation "Midway Blitz" Deployment & Civil Disturbance Response – Chicago, IL
Location: Chicago, IL and Broadview ICE Facility – 1930 Beach St. Broadview, IL Date: October 12, 2025
Prepared By: Ivan Wilson, Mission Commander

### 1.Executive Summary

On October 12, 2025, ICE/ERO SRT maintained tactical readiness as Quick Response Force (QRF)in support of operation "Midway Blitz". Duties assigned are QRF for enforcement teams in the field as well as civil disturbance for the Broadview ICE facility.

### 2.Operational Timeline

0400 hrs. – CHI SRT, NEW SRT on shift, assigned to Chicago marathon

600 hrs. - MIA SRT, PHO SRT, CHI SRT on shift as QRF

0930 hrs. - BUF SRT, NYC SRT, DEN SRT of shift as QRF

1030 hrs. - MIA SRT staging **LEP**

1530 hrs. – MIA SRT clear for the day

1615 hrs. – SRT assigned to Marathon clear for the day

1730 hrs. - ALL ERO SRT clear for the day.

-Protester count throughout the day was minimal (20-30), with no issues near the facility. ISP and Cook County SO are still managing protesters offsite.

### 3. Law Enforcement Coordination

ICE/ERO SRT working in conjunction with USBP MRT, BORTAC, OFO SRT, BOP SORT, Illinois State Patrol, and Cook County Sheriff's Office for overall security of the Broadview Facility. USBP MRT, OFO SRT, BOP SORT, and ISP will continue to provide 24 hr. protection.

### 4. Equipment / Facility Status

The facility sustained no damage during today's operational period. All surveillance systems, lighting arrays, and access control infrastructure remained fully operational. ICE/ERO SRT operators inspected all equipment, finding no issues, and prepped for the next day's assignments.

### 5. Injuries

There were no injuries to SRT personnel on today's date.

### 6. Intelligence Summary

No Scheduled protest known of for tomorrow, October 13, 2025.

## 7. Actions Planned

All ERO SRT will continue operations as QRF for enforcement actions and security of Broadview ICE facility.

## 8. Arrests

No arrests were made at the Broadview facility on today's date.

# Appendix A – Operator Rosters

➢ Chicago SRT
- J. Geuther
- E. Guardiola
- L. Philips
- A. Dwyer
- B. Kubiszewski

➢ Phoenix SRT
- M. Ruiz

➢ Miami SRT
- C. Ng
- Z. Bryant
- V. Sequeira
- Martin Mendez
- L. Debs (GT)
- A. Sanchez (GT)

➢ Buffalo SRT
- B. Stenzel
- J. Kladke
- J. Kennedy
- M. White
- P. Notte
- R. Edwards

➢ New York SRT
- C. Schultz
- W. Birdsell
- J. Tucciarone (GT)

➢ DEN SRT
- D. Kawabata

➢ Newark SRT
- J. Stewart
- E. Rivera
- M. Pierre
- T. Arciszewski