## SITUATIONAL REPORT (SITREP)

Subject: ICE/ERO SRT Operation "Midway Blitz" Deployment & Civil Disturbance Response – Chicago, IL
Location: Chicago, IL and Broadview ICE Facility – 1930 Beach St. Broadview, IL Date: October 13, 2025
Prepared By: Ivan Wilson, Mission Commander

### 1. Executive Summary

On October 13, 2025, ICE/ERO SRT maintained tactical readiness as Quick Response Force (QRF)in support of operation "Midway Blitz". Duties assigned are QRF for enforcement teams in the field as well as civil disturbance for the Broadview ICE facility.

### 2. Operational Timeline

0600 hrs. – MIA SRT, NEW SRT on shift as QRF

615 hrs. – PHO SRT Ruiz advised JOC that his vehicle had been vandalized at his hotel (Hilton Garden Inn-Oakbrook, IL). Local PD advised and were on scene investigating.

0630 hrs. – CHI SRT, PHO SRT on shift as QRF

0830 hrs. – MIA SRT staging **LEP**

0930 hrs. - BUF SRT, NYC SRT, DEN SRT of shift as QRF

1530 hrs. – MIA SRT clear for the day

1545 hrs. – CHI SRT, NEW SRT clear for the day

1630 hrs. - ALL ERO SRT clear for the day.

-Protester count throughout the day was minimal (20-30), with no issues near the facility. ISP and Cook County SO managing any protesters remaining.

-NOTE – Local city ordinance now only allows protests to be conducted off Beach St., north of the facility, between the hours of 0900 – 1800.

### 3. Law Enforcement Coordination

ICE/ERO SRT working in conjunction with USBP MRT, BORTAC, OFO SRT, BOP SORT, Illinois State Patrol, and Cook County Sheriff's Office for overall security of the Broadview Facility. BOP SORT, and ISP/CCSO will continue to provide 24 hr. protection.

### 4. Equipment / Facility Status

The facility sustained no damage during today's operational period. All surveillance systems, lighting arrays, and access control infrastructure remained fully operational. ICE/ERO SRT operators inspected all equipment, finding no issues, and prepped for the next day's assignments.

### 5. Injuries
There were no injuries to SRT personnel on today's date.

### 6. Intelligence Summary
No Scheduled protest known for tomorrow, October 14, 2025.

### 7. Actions Planned
All ERO SRT will continue operations as QRF for enforcement actions and security of Broadview ICE facility.

### 8. Arrests
No arrests were made at the Broadview facility on today's date.

## Appendix A – Operator Rosters
➢Chicago SRT
- M. Post
- E. Guardiola
- B. Kubiszewski

➢Phoenix SRT
- M. Ruiz

➢Miami SRT
- C. Ng
- Z. Bryant
- V. Sequeira
- Martin Mendez
- L. Debs (GT)
- A. Sanchez (GT)

➢Buffalo SRT
- B. Stenzel
- J. Kladke
- J. Kennedy
- M. White
- P. Notte
- R. Edwards

➢New York SRT
- C. Schultz
- W. Birdsell
- J. Tucciarone (GT)

➢DEN SRT
- D. Kawabata

➢Newark SRT

- J. Stewart
- E. Rivera
- M. Pierre
- T. Arciszewski

ICE_00000373A