## SITUATIONAL REPORT (SITREP)

Subject: ICE/ERO SRT Operation "Midway Blitz" Deployment & Civil Disturbance Response – Chicago, IL
Location: Chicago, IL and Broadview ICE Facility – 1930 Beach St. Broadview, IL Date: October 21, 2025
Prepared By: Jimmy Bahena, Chicago SRT Commander

### 1. Executive Summary

On October 21, 2025, ICE/ERO SRT maintained tactical readiness as Quick Response Force (QRF) in support of operation "Midway Blitz". Duties assigned are QRF for enforcement teams in the field as well as civil disturbance for the Broadview ICE facility.

### 2. Operational Timeline

0445 – DEN SRT, HLG SRT on shift as QRF headed to Bolingbrook.

0545 – CHI SRT, PHO SRT, BUF SRT, NEW SRT, and 3 MIA SRT on shift as QRF and working in Bolingbrook assisting Team 14 and Team 19.

0740 – HLG SRT heading to Joliet.

0905 – Protestors began to gather at BSSA.

0900 – Teams conducting surveillance on different targets.

0930 – Protestors and news crews at BSSA.

0950 – DET SRT, PHL SRT, and ELP SRT on shift as QRF.

1130 – ERO SRTs arrest high-risk admin target in Joliet.

1200 – ERO SRTs continue to monitor demonstration at BSSA.

1300 – ERO SRTs conducting surveillance for high-risk admin targets and crim warrants.

1500 – Crowd still gathered at BSSA, no issues.

1628 – All field teams cleared from the field.

1800 – ISP issues order to disperse and clears crowd from the area.

1805 – ERO SRTs cleared from the field and prepping for tomorrow's target.

### 3. Law Enforcement Coordination

ICE/ERO SRT working in conjunction with USBP MRT, BORTAC, OFO SRT, BOP SORT, Illinois State Police (ISP), and Cook County Sheriff's Office (CCSO) for overall security of the Broadview Facility. BOP SORT, and ISP/CCSO will continue to provide 24 hr. protection.

### 4. Equipment / Facility Status
The facility sustained no damage during today's operational period. All surveillance systems, lighting arrays, and access control infrastructure remained fully operational. ICE/ERO SRT operators inspected all equipment, finding no issues, and prepped for the next day's assignments.

### 5. Injuries
There were no injuries to SRT personnel on today's date.

### 6. Intelligence Summary
Protests continue daily at BSSA. FOTs continue to experience assaults and individuals interfering with arrests.

### 7. Actions Planned
All ERO SRT will continue operations as QRF for enforcement actions and security of Broadview ICE facility. ERO SRT plans on conducting surveillance for upcoming criminal warrants.

### 8. Arrests
ERO SRT made no arrests at BSSA on today's date.

## Appendix A – Operator Rosters

➢Chicago SRT
- J. Bahena
- M. Post
- J. Guenther
- E. Guardiola

➢Phoenix SRT
- M. Ruiz

➢Buffalo SRT
- P. Notte

➢Newark SRT
- P. Marshall

➢DEN SRT
- D. Kawabata
- J. Jenkins

➢Miami SRT
- C. Ng
- B. Zedrick
- V. Sequeira

➤ Harlingen SRT
- J. Escamilla
- A. Santa Cruz

➤ Detroit SRT
- M. Sauer
- B. Ceckiewicz
- K. Klein
- R. Winters
- J. Ottjepka
- C. Smith
- M. Stewart

➤ Philadelphia SRT
- J. Gigliott
- D. Kyle
- K. Desher

➤ El Paso SRT
- G. Diesel
- R. Herrera