# U.S. Customs and Border Protection
U.S. Department of Homeland Security

**Evolving Situation Report**

ESR- [LES] 079 / Use of Force     October 12, 2025

## Use of Force
**10/12/2025 02:34 PM**

**Tags:** Injured | [LES]

**Situation:**
On October 12, 2025, Border Patrol Agents were working in support of Operation Midway Blitz in Chicago, Illinois. At approximately 12:45 P.M., agents were attempting to contact an individual when a group of civilians and protestors began to gather in the area. Quick Reaction Force (QRF) personnel arrived on scene and instructed the crowd to disperse. The protestors ignored verbal commands, and the crowd size increased to approximately 40 individuals, including some who arrived on bicycles.

As the situation escalated, several agents were able to drive out of the area. However, protesters linked arms to block additional vehicles from leaving. QRF issued multiple warnings, advising the protestors to clear the area or chemical agents would be deployed. The crowd continued to ignore commands and actively impeded agent movement.

In response, an agent deployed a Triple-Chaser CS munition to disperse individuals obstructing egress. An unidentified person wearing a red shirt attempted to pick up the munition but quickly dropped it after realizing it was hot. The same individual then kicked the munition toward agents, picked it up again, and threw it, striking an agent's vehicle. Another subject subsequently threw a bicycle toward the agent who deployed the munition.

Throughout the incident, protestors continued throwing various objects toward agents. As the chemical agent spread, the crowd began to disperse, allowing agents to safely clear the area.

Updates Expected.

### Updates (6)

| # | Date/Time | Update | Created By |
|---|---|---|---|
| 6 | 10/14/2025 07:49 | While attempting to clear a path for Agents and their vehicles to leave the area of a mass encounter of protestors, the agent was moving subjects and objects out of the way and felt a sharp pain in their right elbow. Not struck. | KITE, Jeremy A |
| 5 | 10/13/2025 14:37 | Employee went to the Urgent Care and was diagnosed with a ligament sprain of the right elbow. Employee w[PII; LES] | KITE, Jeremy A |
| 4 | 10/13/2025 13:43 | An employee that was involved in the incident on October 12, 2025, was struck on the right elbow during the commotion. The employee rested it overnight, but it didn't get any better. On October 13, 2025, the employee is seeking treatment for the injury.<br><br>A Form CA1 and CA 16 have been generated. | KITE, Jeremy A |
| 3 | 10/12/2025 18:24 | On October 12, 2025, Border Patrol Agents were working in support of Operation Midway Blitz in Chicago, Illinois. At approximately 12:45 P.M., agents were attempting to contact an individual when a group of | KITE, Jeremy A |



civilians and protestors began to gather in the area. Quick Reaction Force (QRF) personnel arrived on scene and instructed the crowd to disperse. The protestors ignored verbal commands, and the crowd size increased to approximately 40 individuals, including some who arrived on bicycles.

As the situation escalated, several agents were able to drive out of the area. However, protesters linked arms to block additional vehicles from leaving. QRF issued multiple warnings, advising the protestors to clear the area or chemical agents would be deployed. The crowd continued to ignore commands and actively impeded agent movement.

In response, an agent deployed a Triple-Chaser CS munition to disperse individuals obstructing egress. An unidentified person wearing a red shirt attempted to pick up the munition but quickly dropped it after realizing it was hot. The same individual then kicked the munition toward agents, picked it up again, and threw it, striking an agent's vehicle. Another subject subsequently threw a bicycle toward the agent who deployed the munition.

Throughout the incident, protestors continued throwing various objects toward agents. As the chemical agent spread, the crowd began to disperse, allowing agents to safely clear the area.

No agents were injured.

| | | | |
|---|---|---|---|
| 2 | 10/12/2025 18:21 | Updated the body of the ESR. | KITE, Jeremy A |
| 1 | 10/12/2025 17:57 | COORDINATES Updated 41.965088, -87.709514 | KITE, Jeremy A |

## Emails Sent

| | Date/Time | Type | Email Distro | Created By |
|---|---|---|---|---|
| 1 | 10/14/2025 05:49 | Update | PII; LES | KITE, Jeremy A |
| 2 | 10/13/2025 14:37 | Update | PII; LES | KITE, Jeremy A |
| 3 | 10/13/2025 11:44 | Update | PII; LES | KITE, Jeremy A |
| 4 | 10/12/2025 18:24 | Update | PII; LES | KITE, Jeremy A |
| 5 | 10/12/2025 18:21 | Update | PII; LES | KITE, Jeremy A |
| 6 | 10/12/2025 15:57 | Update | PII; LES | KITE, Jeremy A |
| 7 | 10/12/2025 | Initial | PII; LES | KITE, Jeremy A |

Case: 1:25-cv-12173 Document #: 308-13 Filed: 12/19/25 Page 3 of 3 PageID #:9065

U.S. Department of Homeland Security
**U.S. Customs and Border Protection**

**Evolving Situation Report**

ESR- LES 79 / Use of Force

October 12, 2025

13:24  PII; LES

