E-STAR Incident ID: LES #25697



# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25697
**Title:** Operation Midway Blitz - Agent-Involved Shooting in Chicago, IL
**Incident date/time:** 10/04/2025 10:30
**Type:** ⊠ Assault against CBP personnel  ⊠ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** ELIZALDE, JUSTIN C.
**Creation date/time:** 10/05/2025 14:31
**Last updated by:** HORNER, JOHN E.
**Last updated date/time:** 10/10/2025 13:29
**Reviewer:** HORNER, JOHN E
**Date reviewed:** 10/10/2025

## RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ☐ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|
| | |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes  ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
**Landmark:** ILLINOIS
**Country/international waters:** United States of America
**Address:**
**Street:**
**City:**  **State:** ILLINOIS  **Zip:**
**Incident coordinates:**
**Latitude:** 41.82111
**Longitude:** -87.70455
**Setting:** ☐ Indoors  ⊗ Outdoors
**Outdoor setting:** ⊗ On land

In water (standing or swimming)  On water (in vessel)  In the air
**Description of the premises/location:** On a hard-paved two-way main road near a residential area
**Environmental factors:**
**Weather:** ☒ Dry  Raining  Snowing  Flooding  Windy  Storm  Haze/blowing dust  Fog  Other
**Illumination:** ☒ Daylight  Dark  Dawn  Dusk ☒ Good lighting  Poor lighting  Night vision aided  Other
**Estimated temperature (Fahrenheit):** 75

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ELIZALDE, JUSTIN C | | Radio | 10/04/2025 |

**Other authorities notified (external to CBP):**  Federal  Tribal  State ☒ Local  Foreign

## EMPLOYEES: 3

**Name:** EXUM JR, CHARLES T.
  **Gender:** Male  **Age:** 59  **Height:** 6'0"  **Weight:** 185 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 06/06/2005
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/07/2025
  **Duty status at the time of the incident:** ⊗ On duty  Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 25 years 1 months
  **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes  No
**Attire:** ⊗ Uniform  Plain clothes

**Was EXUM JR, CHARLES T. assaulted?** ⊗ Yes  No

**Did EXUM JR, CHARLES T. use reportable force?** ⊗ Yes  No
  **Force type:** Firearm
    **Ownership:** CBP owned  **Service weapon:** Glock 47  **Serial number:** LES
    **Type:** Pistol  **Manufacturer:** Glock  **Model:** 47  **Caliber:** 9 mm
    **Ammunition description (grain, round type, etc.):**
    **Ammunition manufacturer:**
    **Estimated number of rounds fired:** 5
    **Posture:** ☒ Standing  Kneeling  Prone  Other
    **Estimated distance:** 5 yards
    **Has employee qualified for this firearm make/model:** ⊗ Yes  No
  **Most recent qualification: Date:** 08/29/2025  **Score:** 49
  **Reason(s) for this use of force:**
    ☒ Protect self  ☒ Protect co-worker  Protect innocent 3rd party
    Protect non-CBP officer/agent ☒ Effect an arrest or detention ☒ Prevent escape

Page 2 of 9  Print Date: 2025-10-27

CHC v. Noem - CBP 000117

| | | |
|---|---|---|
| ☒ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was EXUM JR, CHARLES T. injured?**    Yes    ☒ No

**Name:** CORDERO, LORENZO

**Gender:** Male    **Age:** 36    **Height:** 6'0"    **Weight:** 225 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 06/21/2020

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/07/2025

**Duty status at the time of the incident:** ☒ On duty    Off duty

    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 5 years 4 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes    No

**Attire:** ☒ Uniform    Plain clothes

**Was CORDERO, LORENZO assaulted?** ☒ Yes    No

**Did CORDERO, LORENZO use reportable force?**    Yes    ☒ No

**Was CORDERO, LORENZO injured?**    Yes    ☒ No

**Name:** PERKINS, ADAM J.

**Gender:** Male    **Age:** 46    **Height:** 6'0"    **Weight:** 185 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 03/24/2008

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/07/2025

**Duty status at the time of the incident:** ☒ On duty    Off duty

    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 17 years 7 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes    No

**Attire:** ☒ Uniform    Plain clothes

**Was PERKINS, ADAM J. assaulted?** ☒ Yes    No

**Did PERKINS, ADAM J. use reportable force?**    Yes    ☒ No

**Was PERKINS, ADAM J. injured?**    Yes    ☒ No



CHC v. Noem - CBP 000118

## SUBJECTS: 2

**Name:** SANTOS-RUIZ, ANTHONY IAN

**Gender:** Male  **Date of birth:** PII 2004  **Height:** 6'0"  **Weight:** 200 pounds

**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown

**Was the subject wearing body armor?**   Yes   ⊗ No   Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  Yes   ⊗ No

**Subject's activity:**

   Illegal entry
   Uncooperative during encounter/inspection
   Failure to yield/heave to
   Checkpoint runner
   Port runner
   Alien smuggling
   Narcotics smuggling
   Scouting
   Assault (rocks/other projectiles)
⊠ Assault (all other types)
   Rioting/civil disturbance
   Mass coordinated entry
   No suspected illegal activity
   Other

**Subject's current location and disposition if known:** SANTOS-Ruiz in currently in custody of the Federal Bureau of Investigation Chicago Office

**Did this subject assault a CBP employee?** ⊗ Yes   No

  **Was the subject outside the US or its territories when committing the assault?**   Yes   ⊗ No

  **Weapon(s)/type of assault:**
    **Assault method:** Vehicle

**Was reportable force used on this subject?**   Yes   ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes   No

  **Arrested / taken into custody by:**   CBP   ⊗ Other federal agency   State agency   Local agency

  **Was prosecution sought against this subject?** ⊗ Yes   No

    **Prosecution By:**   CBP   ⊗ Other federal agency   State agency   Local agency

**Was this subject injured or claiming to be injured?**   Yes   ⊗ No   Unknown

---

**Name:** MARTINEZ, MARIMAR

**Gender:** Female  **Date of birth:** PII 1994  **Height:** 5'5"  **Weight:** 185 pounds

**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown

**Was the subject wearing body armor?**   Yes   ⊗ No   Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  Yes   ⊗ No

**Subject's activity:**

   Illegal entry



Uncooperative during encounter/inspection
Failure to yield/heave to
Checkpoint runner
Port runner
Alien smuggling
Narcotics smuggling
Scouting
Assault (rocks/other projectiles)
☒ Assault (all other types)
Rioting/civil disturbance
Mass coordinated entry
No suspected illegal activity
Other

**Subject's current location and disposition if known:** Subject is currently in the custody of the Federal Bureau of Investigation, Chicago Office

**Did this subject assault a CBP employee?** ☒ Yes    No
   **Was the subject outside the US or its territories when committing the assault?**    Yes    ☒ No
   **Weapon(s)/type of assault:**
      **Assault method:** Vehicle

**Was reportable force used on this subject?** ☒ Yes    No
   **Was the subject outside the US or its territories when this force was applied?**    Yes    ☒ No

**Was the subject an occupant of a vehicle?** ☒ Yes    No
**Did CBP deploy a VID against a vehicle when this subject was driving it?**    Yes    ☒ No

**Was this subject arrested / taken into custody?** ☒ Yes    No
   **Arrested / taken into custody by:**    CBP    ☒ Other federal agency    State agency    Local agency
   **Was prosecution sought against this subject?** ☒ Yes    No
      **Prosecution By:**    CBP    ☒ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?** ☒ Yes    No    Unknown
**Injury information:**
   **Injury type:** Serious injuries (admitted to the hospital)
   **Injury Comment:** Subject was shot five times by USBP Agent
   **Refused medical attention?**    Yes    ☒ No
   **Received treatment?** ☒ Yes    No
   **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | ☒ Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| ☒ Front legs/feet | Rear legs |

**Medical treatment information:**
   **Received EMS treatment prior to/in lieu of treatment at a facility?**    Yes    ☒ No
   **Facility name:** Mt Sinai Medical Center, Chicago, IL
   **Street address:** 1500 S. Fairfield Ave
   **City:** Chicago

CHC v. Noem - CBP 000120

**State:** ILLINOIS   **Zip** 60608

**Phone type:** Main   **Phone:** 7735422000   **Phone extension:**

## VEHICLE INFORMATION

### SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** GMC
**Vehicle model:** Envoy
**Vehicle year:** 2002
**Vehicle type:** Automobile
**Total damage to the vehicle (not including tire damage):** Moderate
**Final disposition of the vehicle:** Seized by OA

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | SANTOS-RUIZ, ANTHONY IAN | Driver |

### SUBJECT VEHICLE - 2

**How many individuals were in this subject vehicle?** 1

**Vehicle make:** Nissan

**Vehicle model:** Roque

**Vehicle year:** 2013

**Vehicle type:** Automobile

**Total damage to the vehicle (not including tire damage):** Moderate

**Final disposition of the vehicle:** Seized by OA

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | MARTINEZ, MARIMAR | Driver |

### ASSAULTS: 6

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| SANTOS-RUIZ, ANTHONY IAN | Vehicle | EXUM JR, CHARLES T. | ⊗ Yes | No | Not injured in this incident |
| | | CORDERO, LORENZO | ⊗ Yes | No | Not injured in this incident |
| | | PERKINS, ADAM J. | ⊗ Yes | No | Not injured in this incident |
| MARTINEZ, MARIMAR | Vehicle | EXUM JR, CHARLES T. | ⊗ Yes | No | Not injured in this incident |
| | | CORDERO, LORENZO | ⊗ Yes | No | Not injured in this incident |
| | | PERKINS, ADAM J. | ⊗ Yes | No | Not injured in this incident |



CHC v. Noem - CBP 000121

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| EXUM JR, CHARLES T. | CBP owned Glock 47 pistol S/N LES | **Subject:** MARTINEZ, MARIMAR<br>**Was this subject injured or claiming to be injured by this use of force?** Yes<br>**Was this use of force in response to the following assault by this subject?**<br>Vehicle - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Was a sighting system other than iron sights used in aiming the weapon?** Yes<br>**Was it a handgun optic or a long-arm sighting system?** Handgun optic<br>**Select the handgun optic:** LES |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

**Did this incident result in collateral property damage?** ⊗ Yes    No

| Property type | Property sub type | Estimated damage | Description |
|---|---|---|---|
| Private | Vehicle<br><br>Make: GMC<br>Model: 2500<br>Year: 2010<br>Type: Truck | Moderate | Dented front driver side quarter panel. |

**Did this incident result in collateral injury to a bystander?**    Yes    ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of PERKINS, ADAM J.**

    On Saturday, October 4, 2025, I, Border Patrol Agent (BPA) Adam Perkins, was part of the Quick Reaction Force (QRF) for Strike Team 7, during Operation Midway Blitz in Chicago, IL. There were three agents in my assigned vehicle. SBPA Charles Exum was driving and BPA Lorenzo Cordero and I were passengers. Our job as QRF was to protect our Strike Team members from subjects intending to interfere or injure them while in the course of their duties. Early that morning, someone recognized the Strike Team vehicle as a law enforcement vehicle and began to follow them. The vehicle was a maroon-colored GMC pickup that other agents in our Strike Team had encountered earlier that morning. We maneuvered our vehicle to draw the tail away from our Strike Team and onto us. I then noticed that multiple vehicles began to fall in line behind us; as many as ten in total. I noticed the drivers were honking their horns and yelling, most were recording on their cell phones. We activated our emergency equipment, drove through red lights and took U-turns in an attempt to lose our tail. Two vehicles were very aggressive, following us through red lights and following us as we made U-turns, almost colliding with our vehicle multiple times, often driving just inches away. These vehicles were a silver Nissan Rogue with one female occupant and a black GMC Envoy with a Mexican flag on the hood with what appeared to be a single male driver.

    As a team, we decided to continue north in order to draw all the aggressive vehicles away from our strike team. The goal was to get to Highway 55 and evade them there. We were northbound on South Kedzie Avenue when multiple vehicles including the

CHC v. Noem - CBP 000122

silver Nissan Rogue and the black GMC Envoy, began to surround us, boxing our vehicle in. At approximately 10:30 AM, the silver Nissan Rogue struck the left side of our vehicle and at the same time the black GMC Envoy with a Mexican flag on the hood, struck our right side near the bumper spinning us out momentarily. SBPA Exum regained control of our vehicle and came to a stop. We exited our vehicle as a team and I took a position near the driver's side rear quarter panel where I held my patrol rifle on the subject in the black GMC Envoy, anticipating another attack. The silver Nissan Rogue drove towards SBPA Exum and he fired rounds from his pistol to stop the immediate threat of the vehicle hitting him. The silver Nissan sped north and drove away. I didn't know if the rounds struck the vehicle.

The black GMC Envoy reversed, and crashing into a parked car on the side of the road. The GMC Envoy then turned and parked at a gas station on the corner within line of sight facing our vehicle. I observed the driver open his door and stand up, shouting in our direction. Chicago Police Department (CPB) officers arrived on scene shortly after. I informed CPD that the black GMC was involved in the incident. I observed CPD officers walk to the suspect truck and began talking with the driver. Once other Border Patrol Agents arrived, I relayed the same information to them. Border Patrol Agents then took the driver of the black GMC Envoy into custody.

**Narrative of CORDERO, LORENZO**
On Saturday, October 4, 2025, while assigned to Operation Midway Blitz in Chicago, IL, I Border Patrol Agent (BPA) Lorenzo Cordero was attached to Strike Team 7 (ST7) as one of their Quick Reaction Force (QRF) Agents. I was the rear passenger in a [LES]. The vehicle was driven by SBPA Charles Exum and the other Agent in the vehicle was BPA Adam Perkins. As we arrived in our area of operations, the investigative unit conducted their tasks with my unit on overwatch.

While providing protection for ST7 Agents as they were speaking with a subject, we observed and monitored subjects on foot and in vehicles for aggressive behavior (agitative yelling, physical actions, threats of harm) towards the unit. At roughly 09:15 AM, I observed an older model, maroon colored GMC pickup aggressively drive toward the Agents and the driver began, yelling curses and threats towards us and recording video via the subject's phone. The sole occupant was a female driver. This vehicle and occupant were specifically described and relayed over radio and telephone communications as a subject responsible for harassing another strike team unit earlier in the morning.

As a team, we made the decision to draw the vehicle away from ST7 Agents who had an arrestee in the vehicle with them. Shortly after breaking contact with ST7 Agents and leading the aggressive driver away from the area, multiple vehicles began to follow us, taking pictures, honking their horns and yelling obscenities at us. As none had explicitly displayed aggressive behavior, our unit continued to drive through the area leading the agitators away from the operational area. A short time later, we observed increased agitated behavior from the vehicles following us, specifically in two vehicles (a silver Nissan Rogue with a single female driver and one black GMC Envoy with a Mexican flag covering the hood with a male driver. These two subjects began to harass us, by blocking roadways, driving into oncoming traffic lanes to block our egress from the area, and following us through red lights as we used our emergency lights and sirens to safely pass through intersections. At multiple points, the subjects disregard for traffic almost caused accidents from following us and they themselves drove recklessly to try to get in front of our unit to stop us. There were approximately 10 vehicles following us and at this point, after repeatedly trying to contact local law enforcement via calling 911 and receiving no answer, it was decided that at our earliest and safest convenience we will completely exit the area as safely and fast as possible. While driving northbound at the intersection of S Kedzie Ave and W 40th St, before we could make it to Highway 55 and evade the convoy, the aggressors began to try to box our vehicle in on the roadway. After crossing the intersection, the silver Nissan Rogue drove into oncoming traffic on our driver side and attempted to strike our vehicle, at the same time the black GMC Envoy did the same on our passenger side. Ahead of our vehicle was construction and vehicles slowed down from traffic. At this point, the silver Nissan Rogue struck the driver side of our vehicle purposefully as the black GMC Envoy struck our passenger side rear bumper causing our unit to go into an angular, driver side slide, until our driver was able to correct the vehicle into a straight line. After the vehicle contacts, it was decided that we were unable to avoid the traffic, we were boxed in and exiting the vehicle for a more defensible location was the best course of action, due to the number of aggressors behind our unit. During the entire engagement, I attempted to contact 911 with no response and I continually provided communications to other units as feasible. Upon exiting the vehicle, I was armed with my duty issued patrol rifle, which I leveled at the black GMC Envoy's driver as a stopgap measure if the driver attempted to continue forward to strike myself or one of my partners as we were now temporarily exposed while moving to cover. I observed the black GMC [PII] at had purposefully struck us, reverse course and strike a parked tan GMC pickup truck that was next to the sidewalk

CHC v. Noem - CBP 000123

prior to our arrival. The black GMC Envoy went southbound and made a left on W 40th St, before making an immediate left into Clark Gas Station, located on the corner of S Kedzie Ave and W 40th St. The subject parked the black GMC Envoy at a gas pump where he remained until I was able to wave down a passing Chicago Police Officer and alert him of the evolving situation. The Officers detained the subject until further Border Patrol units arrived on scene and were able to take him into custody. It should be noted that the silver Nissan Rogue drove toward SBPA Exum and he fired his pistol at the driver of the vehicle to stop her from running him over. She fled the scene after the shots were fired. Due to the evolving and erratic situation, I was unable to positively annotate the time of the events, so the rough estimate was that the initial instances occurred between 0930am to 10:30 AM.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | ELIZALDE, JUSTIN C. | 10/08/2025 22:25 | |
| Approved | HORNER, JOHN E. | 10/09/2025 10:32 | |
| Reopened | ELIZALDE, JUSTIN C. | 10/10/2025 12:07 | Corrections needed |
| Submitted | ELIZALDE, JUSTIN C. | 10/10/2025 12:15 | |
| Approved | HORNER, JOHN E. | 10/10/2025 13:29 | |



CHC v. Noem - CBP 000124