Message

| | |
|---|---|
| From: | SWIATEK, RADOSLAW [LES] |
| Sent: | 10/14/2025 10:19:02 PM |
| To: | OFO-FIELD LIAISON LES; CBP WATCH LES; SRTHQ LES |
| CC: | Chicago FO Reporting LES; CHICAGO FO BORDER SECURITY MANAGERS LES; OpMidwayBlitzEOC LES; OP MIDWAY BLITZ LOGS LES; OpMidwayBlitzOps LES; OPMIDWAYBLITZPLANS LES; OpMidwayBlitzINTEL LES; PARRA, DANIEL LES; HARVICK, KYLE LES; ORNELAS, ERAZMO LES; CHEVALIER, JOSEPH LES |
| Subject: | Chicago, IL: Operation Midway Blitz / On-Duty Special Response Team Operators Sustained Minor Injuries |
| Flag: | Follow up |

**U.S. Customs and Border Protection**
**Office of Field Operations**
**Chicago Field Office**
**October 14, 2025**

Situational Awareness

## Chicago, IL : Operation Midway Blitz / On-Duty Special Response Team Operators Sustained Minor Injures

### Summary:
On Tuesday, October 14, 2025, Special Response Team Operators (SRTOs) were deployed as part of a Quick Reaction Force (QRF) to assist with a vehicle accident involving U.S. Border Patrol Agents (USBPAs) near South Avenue N and 105th Street in Chicago, IL. During the response, two SRTOs sustained minor injuries while attempting to apprehend assaultive protestors at the scene.

### Details of Incident:
- At approximately 1031 hours (CDT), USBPAs were involved in a vehicle accident after being rammed by another vehicle at the intersection of South Avenue N and 105th Street, Chicago, IL.
- At approximately 1055 hours (CDT), a QRF comprising of SRTOs, including SRTO Jose Bustamante and SRTO Patrick Kime, arrived on the scene.
- SRTOs and USBPAs established a security perimeter as a crowd of protestors began to gather.
- At approximately 1230 hours (CDT), as SRTOs and USBPAs attempted to leave the scene, protestors began throwing objects at personnel and vehicles. Chicago Police Officers attempted to control the crowd.
- SRTO Patrick Kime observed protestors throwing objects and pursued one individual. During the successful apprehension, he experienced pain in the back of his left leg, later identified as a pulled hamstring.
    - Assailant apprehended and released later in the evening per AUSA: WILLIAMS, Josiah Lee, DOB: PII 2009, COC: USA.
- SRTO Jose Bustamante pursued another protestor involved in throwing objects. During the chase, he tripped, injuring his right knee. The assaultive protestor fled the scene and was not apprehended. Medical evaluation of SRTO Bustamante later confirmed a severe bone bruise.
- At approximately 1245 hours (CDT), all SRTOs and USBPAs successfully departed the area.
- CBP Workforce Care was notified and transported SRTOs Bustamante and Kime to Endeavor Health Northwest Community Hospital, located at 800 Central Road, Arlington Heights, IL.

- o At approximately 1520 hours (CDT), SRTO Bustamante was treated and released with no fractures or breaks diagnosed, but with a heavy bone bruise.
- o At approximately 1600 hours (CDT), SRTO Kime was treated for a pulled hamstring and released.
- Workforce Care transported both Operators to [LES] Rosemont, IL. Both SRTOs were offered sick leave to recover from minor injuries.

**End of Report**: No further updates will be provided.

**Employees Information:**

| Name: | Jose BUSTAMANTE |
|---|---|
| DOB: | [LES] 1993 |
| EOD: | 03/29/2020 |
| Series: | 1895 |
| Grade: | [PII] |
| Duty Station: | Chicago Field Office / Border Security Division |

| Name: | Patrick KIME |
|---|---|
| DOB: | [LES] 1997 |
| EOD: | 12/05/2022 |
| Series: | 1895 |
| Grade: | [PII] |
| Duty Station: | Boston Field Office / Derby Line, VT |

**Radoslaw "Randy" Swiatek**
Border Security Coordinator
Chicago Field Office
U.S. Customs and Border Protection
[LES]

CHC v. Noem - CBP 000400