E-STAR Incident: **LES** #25659



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ○ Completed  ⊗ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** B[ **LES** ]#25659
**Title:** Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street (Border Patrol)
**Shift start date/time:** 09/27/2025 17:00
**Shift end date/time:** 09/27/2025 23:59
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
    ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ○ No
   **CBP Reporting Organizations:**
   ☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
   ☐ Air and Marine Operations
   ☐ Office of Field Operations
**Created by:** FICK, SHANNON M.       **Creation date/time:** 09/28/2025 17:44
**Last updated by:** MYERS, COREY P.       **Last updated date/time:** 10/22/2025 11:27
**Reviewer:**       **Date reviewed:**

## RELATED SYSTEMS: 18

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

**IDVRS Evidence Serial Numbers: 17**

| LES | |
|---|---|
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |

CHC v. Noem CBP 000739

E-STAR incident ID: **LES** #25659

| LES |
| --- |

| Related system(s): 1 | Related document ID |
| --- | --- |
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| Reporting organization: | |
| CBP | USBP |
| Other involved organizations: | |
| Other federal agency | ICE ERO |

Were other CBP components/external agencies involved? ⊗ Yes ○ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 1930 Beach Street
        **City:** Broadview   **State:** ILLINOIS   **Zip:** 60155
**Incident coordinates:**
    **Latitude:** 41.86742
    **Longitude:** -87.86499
**Setting:** ○ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land ○ In water (standing or swimming) ○ On water (in vessel) ○ In the air
**Description of the premises/location:** Outside of the ICE ERO Facility
**Environmental factors:**
    **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:** ☒ Daylight ☒ Dark ☐ Dawn ☒ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    **Estimated temperature (Fahrenheit):** 88

## NOTIFICATIONS

CBP personnel notified:

| Name | Affiliation/job title | Notification manner | Notification date |
| --- | --- | --- | --- |
| VELEZ, CHRISTOPHER S | (A) Supervisory Border Patrol Agent | In-Person | 09/27/2025 |
| GARCIA JR, EFRAIN | Supervisory Border Patrol Agent | Phone | 09/27/2025 |
| MYERS, COREY P | Supervisory Border Patrol Agent | In-Person | 09/27/2025 |

Other authorities notified (external to CBP): ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 46

**Name:** HEWSON, KRISTOPHER M.
    **Gender:** Male   **Age:** 42   **Height:** 6'3"   **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 09/04/2006

Print Date: 2025-10-28

CHC v. Noem CBP 000740

E-STAR incident ID: **LES** -#25659

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 9 years 0 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was HEWSON, KRISTOPHER M. assaulted?** ⊗ Yes ○ No

**Did HEWSON, KRISTOPHER M. use reportable force?** ⊗ Yes ○ No
    **Force type:** Other
    **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
    **Description of physical force:** Compliance Strikes to Meaty portions of arms and legs.
    **Estimated use of force date/time (local):** 09/27/2025 20:34
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was HEWSON, KRISTOPHER M. injured?** ○ Yes ⊗ No

**Name:** ELKHOURY, ALEX J.
    **Gender:** Male    **Age:** 28    **Height:** 5'8"    **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 01/09/2023
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 1 years 2 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ❑ BORSTAR | ☒ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was ELKHOURY, ALEX J. assaulted?** ⊗ Yes ○ No

**Did ELKHOURY, ALEX J. use reportable force?** ⊗ Yes ○ No
    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** PAVA (area saturation)
    **Reason(s) for this use of force:**

CHC v. Noem CBP 000741

E-STAR incident ID: **LES** -#25659

☒ Protect self  ☒ Protect co-worker  ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent  ☒ Effect an arrest or detention  ☐ Prevent escape
☒ Overcome resistance  ☐ Stop vehicle  ☐ Vessel failure to heave to
☐ Animal euthanization  ☐ Other

**Usage 1**
**Estimated use of force date/time (local):** 09/27/2025 19:05
**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
**Estimated distance:** 3 feet
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 10
**Was this force type used again within the same shift (a break-in-the-action)?** ⊗ Yes  ○ No

**Usage 2**
**Estimated use of force date/time (local):** 09/27/2025 19:10
**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
**Estimated distance:** 3 feet
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 20
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ⊗ No

**Was ELKHOURY, ALEX J. injured?** ○ Yes  ⊗ No

**Name:** COX, BENJAMIN J.

**Gender:** Male  **Age:** 35  **Height:** 6'2"  **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/13/2018
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 7 years 4 months
**CBP training previously received (not including basic academy training):**

☐ BPAIST  ☐ BORSTAR  ☐ BORTAC  ☐ DITP  ☐ DTI
☐ EDVPTP  ☒ EMT  ☐ FITP  ☒ LLITP (IFITP)  ☒ MFF
☒ MRT  ☐ PITP  ☐ SRT  ☐ TATP  ☒ Other

**List of other training:** ATITP

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was COX, BENJAMIN J. assaulted?** ⊗ Yes  ○ No

**Did COX, BENJAMIN J. use reportable force?** ⊗ Yes  ○ No
**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Kinetic
**Munition type:** Other
**Device description/comments:** Aerial Dispersal 100m Round
**Estimated use of force date/time (local):** 09/27/2025 21:30
**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
**Estimated distance:** 80 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes  ⊗ No  ○ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?**



CHC v. Noem CBP 000742

E-STAR incid[ ] LES 25659

○ Yes ⊗ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was COX, BENJAMIN J. injured?** ○ Yes ⊗ No

**Name:** RAMOS, BRANDON E.

**Gender:** Male **Age:** 30 **Height:** 5'9" **Weight:** 215 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/23/2016

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/04/2025

**Duty status at the time of the incident:** ⊗ On duty ○ Off duty

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 9 years 4 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was RAMOS, BRANDON E. assaulted?** ⊗ Yes ○ No

**Did RAMOS, BRANDON E. use reportable force?** ⊗ Yes ○ No

**Force type:** Less-lethal Device

**Device:** PLS (PepperBall Launching System)

**Device type:** PAVA (area saturation)

**Estimated use of force date/time (local):** 09/27/2025 21:15

**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ○ Other

**Estimated distance:** Unknown

**Approximately how many volleys did you deploy?** 2

**Approximately how many projectiles did you deploy?** 10

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was RAMOS, BRANDON E. injured?** ○ Yes ⊗ No

**Name:** DUBAR JR, DAVID R.

**Gender:** Male **Age:** 53 **Height:** 5'8" **Weight:** 185 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 06/21/2010

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/14/2025

**Duty status at the time of the incident:** ⊗ On duty ○ Off duty

CHC v. Noem CBP 000743

E-STAR incident I [ **LES** ] #25659

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 15 years 4 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No

**Attire:** ☒ Uniform ☐ Plain clothes

**Was DUBAR JR, DAVID R. assaulted?** ☒ Yes ☐ No

**Did DUBAR JR, DAVID R. use reportable force?** ☒ Yes ☐ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** Tripple Chaser CS
    **Estimated use of force date/time (local):** 09/27/2025 21:00
    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** Unknown
    **Approximately how many munitions did you deploy?** 3
    **Collateral contamination occurred:** ☐ Yes ☒ No ☐ Unknown ☐ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☒ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was DUBAR JR, DAVID R. injured?** ☐ Yes ☒ No

**Name:** GANNINGER, GRESHAM B.

    **Gender:** Male     **Age:** 28     **Height:**     **Weight:** pounds
    **CBP employee series or role:**
    **Service EOD:** 09/14/2021
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Laredo Sector
    **Duty (or detail/TDY) location EOD:**
    **Duty status at the time of the incident:** ☐ On duty ☐ Off duty

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** years months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☐ Yes ☐ No

**Attire:** ☐ Uniform ☐ Plain clothes

**Was GANNINGER, GRESHAM B. assaulted?** ☒ Yes ☐ No

**Did GANNINGER, GRESHAM B. use reportable force?** ☐ Yes ☒ No

**Was GANNINGER, GRESHAM B. injured?**

Print Date: 2025-10-28

CHC v. Noem CBP 000744

E-STAR incident ID: | LES | #25659

○ Yes ⊗ No

**Name:** RANSOM, JOSHUA D.

**Gender:** Male **Age:** 45 **Height:** 6'1" **Weight:** 230 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 10/09/2006

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty ○ Off duty

**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 19 years 0 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☒ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was RANSOM, JOSHUA D. assaulted?** ⊗ Yes ○ No

**Did RANSOM, JOSHUA D. use reportable force?** ⊗ Yes ○ No

**Force type:** Less-lethal Device

**Device:** FN303

**Device type:** PAVA (area saturation)

**Projectile type:** Orange projectiles

**Estimated use of force date/time (local):** 09/27/2025 21:00

**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other

**Estimated distance:** Unknown

**Approximately how many volleys did you deploy?** 2

**Approximately how many projectiles did you deploy?** 6

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was RANSOM, JOSHUA D. injured?** ○ Yes ⊗ No

**Name:** CORDOVA, RICARDO

**Gender:** Male **Age:** 43 **Height:** 5'6" **Weight:** 150 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 06/09/2008

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/20/2025

**Duty status at the time of the incident:** ⊗ On duty ○ Off duty

**Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 17 years 4 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |

Print Date: 2025-10-28

CHC v. Noem CBP 000745

E-STAR incident [ **LES** ] #25659

☐ MRT ☐ PITP ☐ SRT ☐ TATP ☐ Other

**Wearing body armor?** ⊗ Yes ◯ No

**Attire:** ⊗ Uniform ◯ Plain clothes

**Was CORDOVA, RICARDO assaulted?** ⊗ Yes ◯ No

**Did CORDOVA, RICARDO use reportable force?** ◯ Yes ⊗ No

**Was CORDOVA, RICARDO injured?** ◯ Yes ⊗ No

**Name:** HARDIN JR, WILLIAM A.

    **Gender:** Male    **Age:** 35    **Height:** 6'0"    **Weight:** 185 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 01/08/2024

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 09/05/2025

    **Duty status at the time of the incident:** ⊗ On duty ◯ Off duty

       **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

    **Armed law enforcement experience:**

       **Total law enforcement experience at the time of the incident:** 1 years 9 months

       **CBP training previously received (not including basic academy training):**

         ☐ BPAIST ☒ BORSTAR ☐ BORTAC ☐ DITP ☐ DTI

         ☐ EDVPTP ☒ EMT ☐ FITP ☐ LLITP (IFITP) ☐ MFF

         ☐ MRT ☐ PITP ☐ SRT ☐ TATP ☐ Other

**Wearing body armor?** ⊗ Yes ◯ No

**Attire:** ⊗ Uniform ◯ Plain clothes

**Was HARDIN JR, WILLIAM A. assaulted?** ⊗ Yes ◯ No

**Did HARDIN JR, WILLIAM A. use reportable force?** ⊗ Yes ◯ No

    **Force type:** Less-lethal Device

    **Device:** PLS (PepperBall Launching System)

    **Device type:** PAVA (area saturation)

    **Estimated use of force date/time (local):** 09/27/2025 18:00

    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other

    **Estimated distance:** 10 feet

    **Approximately how many volleys did you deploy?** 1

    **Approximately how many projectiles did you deploy?** 6

    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ⊗ No

    **Reason(s) for this use of force:**

      ☒ Protect self ☒ Protect co-worker ☐ Protect innocent 3rd party

      ☐ Protect non-CBP officer/agent ☐ Effect an arrest or detention ☐ Prevent escape

      ☒ Overcome resistance ☐ Stop vehicle ☐ Vessel failure to heave to

      ☐ Animal euthanization ☐ Other

**Force type:** Less-lethal Device

**Device:** PLS (PepperBall Launching System)

**Device type:** Kinetic impact

**Estimated use of force date/time (local):** 09/27/2025 21:00

**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other

**Estimated distance:** 15 feet

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 6

**Was this force type used again within the same shift (a break-in-the-action)?**



CHC v. Noem CBP 000746

E-STAR incident | **LES** | F-#25659

○ Yes  ⊗ No
**Reason(s) for this use of force:**

☒ Protect self  ☒ Protect co-worker  ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☐ Prevent escape
☒ Overcome resistance  ☐ Stop vehicle  ☐ Vessel failure to heave to
☐ Animal euthanization  ☐ Other

**Was HARDIN JR, WILLIAM A. injured?** ○ Yes  ⊗ No

**Name:** MCCASLIN, RACHEL M.

**Gender:** Female  **Age:** 40  **Height:**  **Weight:** pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/05/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:**
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 16 years 7 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was MCCASLIN, RACHEL M. assaulted?** ⊗ Yes  ○ No

**Did MCCASLIN, RACHEL M. use reportable force?** ○ Yes  ⊗ No

**Was MCCASLIN, RACHEL M. injured?** ○ Yes  ⊗ No

**Name:** URBANO, VICTOR F.

**Gender:** Male  **Age:** 41  **Height:** 5'10"  **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/16/2013
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 12 years 0 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was URBANO, VICTOR F. assaulted?** ⊗ Yes  ○ No

**Did URBANO, VICTOR F. use reportable force?** ○ Yes  ⊗ No

**Was URBANO, VICTOR F. injured?**

Print Date: 2025-10-28

CHC v. Noem CBP 000747

E-STAR incident # [ **LES** ] F-#25659

○ Yes ⊗ No

**Name:** DONAHUE, TIMOTHY R.

    **Gender:** Male    **Age:** 38    **Height:** 5'9"    **Weight:** 170 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 04/28/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 6 years 5 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

    **Wearing body armor?** ⊗ Yes  ○ No
    **Attire:** ⊗ Uniform  ○ Plain clothes

    **Was DONAHUE, TIMOTHY R. assaulted?** ⊗ Yes  ○ No

    **Did DONAHUE, TIMOTHY R. use reportable force?** ○ Yes  ⊗ No

    **Was DONAHUE, TIMOTHY R. injured?** ○ Yes  ⊗ No

**Name:** REYNOLDS, JEREMY A.

    **Gender:** Male    **Age:** 36    **Height:** 5'8"    **Weight:** 192 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/28/2009
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/04/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 16 years 4 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ☒ DITP | ❑ DTI |
| ☒ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ☒ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

    **Wearing body armor?** ⊗ Yes  ○ No
    **Attire:** ⊗ Uniform  ○ Plain clothes

    **Was REYNOLDS, JEREMY A. assaulted?** ⊗ Yes  ○ No

    **Did REYNOLDS, JEREMY A. use reportable force?** ○ Yes  ⊗ No

    **Was REYNOLDS, JEREMY A. injured?** ○ Yes  ⊗ No

**Name:** CRENSHAW, AARON G.

    **Gender:** Male    **Age:** 46    **Height:** 6'6"    **Weight:** 300 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 08/03/2009
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/04/2025
    **Duty status at the time of the incident:**

CHC v. Noem CBP 000748

E-STAR incident ID: [ **LES** F-#25659 ]

⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 16 years 2 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No

**Attire:** ⊗ Uniform  ○ Plain clothes

**Was CRENSHAW, AARON G. assaulted?** ⊗ Yes  ○ No

**Did CRENSHAW, AARON G. use reportable force?** ○ Yes  ⊗ No

**Was CRENSHAW, AARON G. injured?** ○ Yes  ⊗ No

**Name:** BASTEDO, JORDAN J.

**Gender:** Male     **Age:** 38     **Height:** 6'2"     **Weight:** 260 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/13/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 15 years 1 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No

**Attire:** ⊗ Uniform  ○ Plain clothes

**Was BASTEDO, JORDAN J. assaulted?** ⊗ Yes  ○ No

**Did BASTEDO, JORDAN J. use reportable force?** ○ Yes  ⊗ No

**Was BASTEDO, JORDAN J. injured?** ○ Yes  ⊗ No

**Name:** VELEZ, CHRISTOPHER S.

**Gender:** Male     **Age:** 36     **Height:** 6'2"     **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/15/2020
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 5 years 3 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |

⊠

CHC v. Noem CBP 000749

E-STAR incident ID **LES** #25659

❏ MRT　　❏ PITP　　❏ SRT　　❏ TATP　　❏ Other

**Wearing body armor?** ⊗ Yes　○ No

**Attire:** ⊗ Uniform　○ Plain clothes

**Was VELEZ, CHRISTOPHER S. assaulted?** ⊗ Yes　○ No

**Did VELEZ, CHRISTOPHER S. use reportable force?** ○ Yes　⊗ No

**Was VELEZ, CHRISTOPHER S. injured?** ○ Yes　⊗ No

**Name:** GARCIA, LORIE L.

**Gender:** Female　**Age:** 38　**Height:** 5'2"　**Weight:** 135 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 01/02/2022

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty　○ Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 3 years 9 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⊗ Yes　○ No

**Attire:** ⊗ Uniform　○ Plain clothes

**Was GARCIA, LORIE L. assaulted?** ⊗ Yes　○ No

**Did GARCIA, LORIE L. use reportable force?** ○ Yes　⊗ No

**Was GARCIA, LORIE L. injured?** ○ Yes　⊗ No

**Name:** GOINGS, DENISE M.

**Gender:** Female　**Age:** 38　**Height:** 5'8"　**Weight:** 140 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/24/2010

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/23/2025

**Duty status at the time of the incident:** ⊗ On duty　○ Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 15 years 4 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ⊠ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⊗ Yes　○ No

**Attire:** ⊗ Uniform　○ Plain clothes

**Was GOINGS, DENISE M. assaulted?** ⊗ Yes　○ No

**Did GOINGS, DENISE M. use reportable force?** ○ Yes　⊗ No

⊠

⊠

CHC v. Noem CBP 000750

E-STAR incident ID [ **LES** ] #25659

**Was GOINGS, DENISE M. injured?** ○ Yes ⊗ No

**Name:** SANCHEZ, VICTOR A.

**Gender:** Male     **Age:** 35     **Height:** 6'5"     **Weight:** 345 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/25/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   ○ Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 14 years 11 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☒ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No

**Attire:** ⊗ Uniform  ○ Plain clothes

**Was SANCHEZ, VICTOR A. assaulted?** ⊗ Yes  ○ No

**Did SANCHEZ, VICTOR A. use reportable force?** ○ Yes  ⊗ No

**Was SANCHEZ, VICTOR A. injured?** ○ Yes  ⊗ No

**Name:** FRENCH, JAYME W.

**Gender:** Male     **Age:** 53     **Height:** 5'6"     **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/08/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ⊗ On duty   ○ Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 15 years 8 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No

**Attire:** ⊗ Uniform  ○ Plain clothes

**Was FRENCH, JAYME W. assaulted?** ⊗ Yes  ○ No

**Did FRENCH, JAYME W. use reportable force?** ○ Yes  ⊗ No

**Was FRENCH, JAYME W. injured?** ○ Yes  ⊗ No

**Name:** GALINDO, KEVIN A.

**Gender:** Male     **Age:** 32     **Height:** 5'8"     **Weight:** 188 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 04/15/2024
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:**

Print Date: 2025-10-28

CHC v. Noem CBP 000751

E-STAR Incident ID [ **LES** ] #25659

⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 1 years 6 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was GALINDO, KEVIN A. assaulted?** ⊗ Yes  ○ No

**Did GALINDO, KEVIN A. use reportable force?** ○ Yes  ⊗ No

**Was GALINDO, KEVIN A. injured?** ○ Yes  ⊗ No

**Name:** GARCIA, MARTIN

**Gender:** Male  **Age:** 43  **Height:** 5'9"  **Weight:** 235 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/18/2008
**Duty location or detail/TDY location during the incident:** Detroit Sector / Detroit Station
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 17 years 7 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ☒ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ☒ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was GARCIA, MARTIN assaulted?** ⊗ Yes  ○ No

**Did GARCIA, MARTIN use reportable force?** ○ Yes  ⊗ No

**Was GARCIA, MARTIN injured?** ○ Yes  ⊗ No

**Name:** PARKER, JAMES P.

**Gender:** Male  **Age:** 23  **Height:** 5'11"  **Weight:** 180 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/18/2023
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 2 years 1 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |

⬚

CHC v. Noem CBP 000752

E-STAR Incident ID: **LES** #25659

☐ MRT     ☐ PITP     ☐ SRT     ☐ TATP     ☐ Other

**Wearing body armor?** ⊗ Yes ◯ No

**Attire:** ⊗ Uniform ◯ Plain clothes

**Was PARKER, JAMES P. assaulted?** ⊗ Yes ◯ No

**Did PARKER, JAMES P. use reportable force?** ◯ Yes ⊗ No

**Was PARKER, JAMES P. injured?** ◯ Yes ⊗ No

**Name:** VELASCO, ROGELIO D.

   **Gender:** Male     **Age:** 40     **Height:** 5'9"     **Weight:** 205 pounds

   **CBP employee series or role:** Officer/Agent

   **Service EOD:** 03/09/2009

   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

   **Duty (or detail/TDY) location EOD:** 09/04/2025

   **Duty status at the time of the incident:** ⊗ On duty ◯ Off duty

      **Activity:** Patrol Interior

   **Armed law enforcement experience:**

      **Total law enforcement experience at the time of the incident:** 16 years 7 months

      **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ⊠ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ◯ No

**Attire:** ⊗ Uniform ◯ Plain clothes

**Was VELASCO, ROGELIO D. assaulted?** ⊗ Yes ◯ No

**Did VELASCO, ROGELIO D. use reportable force?** ◯ Yes ⊗ No

**Was VELASCO, ROGELIO D. injured?** ◯ Yes ⊗ No

**Name:** WILLIAMS, JEAN-DALE O.

   **Gender:** Male     **Age:** 27     **Height:** 6'0"     **Weight:** 270 pounds

   **CBP employee series or role:** Officer/Agent

   **Service EOD:** 03/23/2020

   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

   **Duty (or detail/TDY) location EOD:** 09/05/2025

   **Duty status at the time of the incident:** ⊗ On duty ◯ Off duty

      **Activity:** Patrol Interior

   **Armed law enforcement experience:**

      **Total law enforcement experience at the time of the incident:** 5 years 6 months

      **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ◯ No

**Attire:** ⊗ Uniform ◯ Plain clothes

**Was WILLIAMS, JEAN-DALE O. assaulted?** ⊗ Yes ◯ No

**Did WILLIAMS, JEAN-DALE O. use reportable force?** ◯ Yes ⊗ No

CHC v. Noem CBP 000753

E-STAR incident ID: ⌐LES¬ #25659

**Was WILLIAMS, JEAN-DALE O. injured?** ○ Yes ⊗ No

**Name:** RIVAS HAU, SAUL E.

**Gender:** Male **Age:** 24 **Height:** 5'9" **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 07/16/2023
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 07/17/2023
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 2 years 2 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was RIVAS HAU, SAUL E. assaulted?** ⊗ Yes ○ No

**Did RIVAS HAU, SAUL E. use reportable force?** ○ Yes ⊗ No

**Was RIVAS HAU, SAUL E. injured?** ○ Yes ⊗ No

**Name:** CURRAN, JOSEPH P.

**Gender:** Male **Age:** 35 **Height:** 5'10" **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/19/2011
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 14 years 1 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was CURRAN, JOSEPH P. assaulted?** ⊗ Yes ○ No

**Did CURRAN, JOSEPH P. use reportable force?** ○ Yes ⊗ No

**Was CURRAN, JOSEPH P. injured?** ○ Yes ⊗ No

**Name:** ESPINO, DOMINIC J.

**Gender:** Male **Age:** 23 **Height:** 6'0" **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/28/2024
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:**

Print Date: 2025-10-28

CHC v. Noem CBP 000754

E-STAR incident ID **LES** #25659

⊗ On duty   ○ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 1 years 4 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was ESPINO, DOMINIC J. assaulted?** ⊗ Yes ○ No

**Did ESPINO, DOMINIC J. use reportable force?** ○ Yes ⊗ No

**Was ESPINO, DOMINIC J. injured?** ○ Yes ⊗ No

**Name:** GAGNON, KEVIN D.

   **Gender:** Male    **Age:** 32    **Height:** 5'10"    **Weight:** 185 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 10/30/2017
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 10/07/2025
   **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 7 years 11 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ⊠ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was GAGNON, KEVIN D. assaulted?** ⊗ Yes ○ No

**Did GAGNON, KEVIN D. use reportable force?** ○ Yes ⊗ No

**Was GAGNON, KEVIN D. injured?** ○ Yes ⊗ No

**Name:** TABAREZ, ISAAC

   **Gender:** Male    **Age:** 44    **Height:** 5'8"    **Weight:** 205 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 10/23/2006
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 09/05/2025
   **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 18 years 11 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ⊠ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |

⊠

⊠

CHC v. Noem CBP 000755

E-STAR Incident ID: **LES** 25659

☐ MRT          ☐ PITP          ☐ SRT          ☐ TATP          ☐ Other

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was TABAREZ, ISAAC assaulted?** ⊗ Yes  ○ No

**Did TABAREZ, ISAAC use reportable force?** ○ Yes  ⊗ No

**Was TABAREZ, ISAAC injured?** ○ Yes  ⊗ No

**Name:** MYERS, COREY P.

    **Gender:** Male   **Age:** 37   **Height:** 5'11"   **Weight:** 200 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 04/21/2014
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 11 years 5 months
        **CBP training previously received (not including basic academy training):**

        ☐ BPAIST          ☐ BORSTAR          ☒ BORTAC          ☐ DITP          ☐ DTI
        ☐ EDVPTP          ☐ EMT          ☐ FITP          ☐ LLITP (IFITP)          ☒ MFF
        ☐ MRT          ☐ PITP          ☐ SRT          ☐ TATP          ☐ Other

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was MYERS, COREY P. assaulted?** ⊗ Yes  ○ No

**Did MYERS, COREY P. use reportable force?** ⊗ Yes  ○ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Pocket Tactical CS Canister
    **Device description/comments:** Pocket Tactical CS
    **Estimated use of force date/time (local):** 09/27/2025 21:30
    **Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
    **Estimated distance:** Unknown
    **Approximately how many munitions did you deploy?** 2
    **Collateral contamination occurred:** ○ Yes  ⊗ No  ○ Unknown  ○ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ⊗ No
    **Reason(s) for this use of force:**

    ☒ Protect self          ☒ Protect co-worker          ☐ Protect innocent 3rd party
    ☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☐ Prevent escape
    ☒ Overcome resistance          ☐ Stop vehicle          ☐ Vessel failure to heave to
    ☐ Animal euthanization          ☐ Other

**Was MYERS, COREY P. injured?** ○ Yes  ⊗ No

**Name:** DAVIS, RYAN M.

    **Gender:** Male   **Age:** 35   **Height:** 6'0"   **Weight:** 235 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 07/16/2012
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

Print Date: 2025-10-28

CHC v. Noem CBP 000756

E-STAR Incident [ LES ] #25659

Duty (or detail/TDY) location EOD: 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 13 years 2 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ☒ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ☒ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was DAVIS, RYAN M. assaulted?** ⊗ Yes ○ No

**Did DAVIS, RYAN M. use reportable force?** ○ Yes ⊗ No

**Was DAVIS, RYAN M. injured?** ○ Yes ⊗ No

**Name:** BERLIN, PADRAIC DANIEL
**Gender:** Male **Age:** 34 **Height:** 6'0" **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/11/2013
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/15/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 12 years 6 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ☒ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was BERLIN, PADRAIC DANIEL assaulted?** ⊗ Yes ○ No

**Did BERLIN, PADRAIC DANIEL use reportable force?** ○ Yes ⊗ No

**Was BERLIN, PADRAIC DANIEL injured?** ○ Yes ⊗ No

**Name:** VALENTIN, JAVIER A.
**Gender:** Male **Age:** 43 **Height:** 5'9" **Weight:** 210 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/27/2006
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
**Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 19 years 7 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ☒ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |

⊠

CHC v. Noem CBP 000757

E-STAR incident # **LES** #25659

☐ EDVPTP　　☒ EMT　　　☐ FITP　　　☐ LLITP (iFITP)　　☐ MFF
☐ MRT　　　　☐ PITP　　　☐ SRT　　　☐ TATP　　　　　☐ Other

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was VALENTIN, JAVIER A. assaulted?** ⊗ Yes ○ No

**Did VALENTIN, JAVIER A. use reportable force?** ○ Yes ⊗ No

**Was VALENTIN, JAVIER A. injured?** ○ Yes ⊗ No

**Name:** BARRY, SEAN ALMOND
　　**Gender:** Male　　**Age:** 43　　**Height:** 6'1"　　**Weight:** 235 pounds
　　**CBP employee series or role:** Officer/Agent
　　**Service EOD:** 09/06/2010
　　**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
　　**Duty (or detail/TDY) location EOD:** 09/05/2025
　　**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
　　　　**Activity:** Mobile Response Team (MRT)

　　**Armed law enforcement experience:**
　　　　**Total law enforcement experience at the time of the incident:** 15 years 1 months
　　　　**CBP training previously received (not including basic academy training):**
　　　　☐ BPAIST　　☐ BORSTAR　　☐ BORTAC　　☐ DITP　　　☐ DTI
　　　　☐ EDVPTP　　☐ EMT　　　　☐ FITP　　　☐ LLITP (iFITP)　☒ MFF
　　　　☒ MRT　　　　☐ PITP　　　☐ SRT　　　☐ TATP　　　☐ Other

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was BARRY, SEAN ALMOND assaulted?** ⊗ Yes ○ No

**Did BARRY, SEAN ALMOND use reportable force?** ⊗ Yes ○ No
　　**Force type:** Less-lethal Device
　　**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
　　**Device type:** Hand-Thrown Munitions - Chemical
　　**Munition type:** Pocket Tactical CS Canister
　　**Device description/comments:** Pocket Tactical CS
　　**Estimated use of force date/time (local):** 09/27/2025 20:50
　　**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ○ Other
　　**Estimated distance:** 20 feet
　　**Approximately how many munitions did you deploy?** 1
　　**Collateral contamination occurred:** ○ Yes ⊗ No ○ Unknown ○ Not applicable
　　**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No
　　**Reason(s) for this use of force:**
　　☒ Protect self　　　　　　　☒ Protect co-worker　　　　☐ Protect innocent 3rd party
　　☐ Protect non-CBP officer/agent ☐ Effect an arrest or detention ☐ Prevent escape
　　☒ Overcome resistance　　　☐ Stop vehicle　　　　　　☐ Vessel failure to heave to
　　☐ Animal euthanization　　　☐ Other

　　**Force type:** Less-lethal Device
　　**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
　　**Device type:** Hand-Thrown Munitions - Chemical
　　**Munition type:** Pocket Tactical Saf-Smoke Canister
　　**Device description/comments:** Pocket Tactical Saf-Smoke
　　**Estimated use of force date/time (local):** 09/27/2025 20:50

Print Date: 2025-10-28



CHC v. Noem CBP 000758

E-STAR incident: **LES** #25659

**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
**Estimated distance:** 20 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ☐ Yes ☒ No ☐ Unknown ☐ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☒ No
**Reason(s) for this use of force:**

☒ Protect self                          ☒ Protect co-worker                     ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention     ☐ Prevent escape
☒ Overcome resistance             ☐ Stop vehicle                             ☐ Vessel failure to heave to
☐ Animal euthanization              ☐ Other

**Was BARRY, SEAN ALMOND injured?** ☐ Yes ☒ No

**Name:** SEDLMEIER, TYLER E.

**Gender:** Male    **Age:** 38    **Height:** 6'0"    **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/07/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 16 years 1 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was SEDLMEIER, TYLER E. assaulted?** ☒ Yes ☐ No

**Did SEDLMEIER, TYLER E. use reportable force?** ☐ Yes ☒ No

**Was SEDLMEIER, TYLER E. injured?** ☐ Yes ☒ No

**Name:** ORR, JOHN MICHAEL

**Gender:** Male    **Age:** 40    **Height:**    **Weight:** pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 01/11/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:**
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 15 years 8 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform

Print Date: 2025-10-28

CHC v. Noem CBP 000759

E-STAR incident **LES** #25659

○ Plain clothes

**Was ORR, JOHN MICHAEL assaulted?** ⊗ Yes ○ No

**Did ORR, JOHN MICHAEL use reportable force?** ○ Yes ⊗ No

**Was ORR, JOHN MICHAEL injured?** ○ Yes ⊗ No

**Name:** STRAUS, STEPHEN

**Gender:** Male   **Age:** 45   **Height:** 6'0"   **Weight:** 198 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 07/30/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 16 years 2 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was STRAUS, STEPHEN assaulted?** ⊗ Yes ○ No

**Did STRAUS, STEPHEN use reportable force?** ○ Yes ⊗ No

**Was STRAUS, STEPHEN injured?** ○ Yes ⊗ No

**Name:** HUILLCA, MARIO

**Gender:** Male   **Age:** 55   **Height:** 5'5"   **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/01/2015
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 10 years 4 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was HUILLCA, MARIO assaulted?** ⊗ Yes ○ No

**Did HUILLCA, MARIO use reportable force?** ○ Yes ⊗ No

**Was HUILLCA, MARIO injured?** ○ Yes ⊗ No

**Name:** VALENCIANO, NICHOLAS C.



Print Date: 2025-10-28

CHC v. Noem CBP 000760

E-STAR incident #    **LES**    #25659

**Gender:** Male    **Age:** 30    **Height:** 5'10"    **Weight:** 175 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/19/2016
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/18/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 9 years 0 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was VALENCIANO, NICHOLAS C. assaulted?** ⊗ Yes  ○ No

**Did VALENCIANO, NICHOLAS C. use reportable force?** ○ Yes  ⊗ No

**Was VALENCIANO, NICHOLAS C. injured?** ○ Yes  ⊗ No

**Name:** CAMACHO, ENRIQUE
    **Gender:** Male    **Age:** 34    **Height:**    **Weight:** pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/05/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:**
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 6 years 5 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was CAMACHO, ENRIQUE assaulted?** ⊗ Yes  ○ No

**Did CAMACHO, ENRIQUE use reportable force?** ○ Yes  ⊗ No

**Was CAMACHO, ENRIQUE injured?** ○ Yes  ⊗ No

**Name:** NIEVES, ANGEL L.
    **Gender:** Male    **Age:** 46    **Height:** 5'10"    **Weight:** 175 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 04/26/2009
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/04/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

CHC v. Noem CBP 000761

E-STAR incident ID [ **LES** ] #25659

**Total law enforcement experience at the time of the incident:** 16 years 5 months
**CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was NIEVES, ANGEL L. assaulted?** ⊗ Yes  ○ No

**Did NIEVES, ANGEL L. use reportable force?** ○ Yes  ⊗ No

**Was NIEVES, ANGEL L. injured?** ○ Yes  ⊗ No

**Name:** MORENO-CASTORENA, RICARDO
**Gender:** Male  **Age:** 42  **Height:** 5'7"  **Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/19/2019
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/04/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 6 years 4 months
**CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was MORENO-CASTORENA, RICARDO assaulted?** ⊗ Yes  ○ No

**Did MORENO-CASTORENA, RICARDO use reportable force?** ○ Yes  ⊗ No

**Was MORENO-CASTORENA, RICARDO injured?** ○ Yes  ⊗ No

**Name:** BOVINO, GREGORY K.
**Gender:** Male  **Age:** 55  **Height:**  **Weight:**  pounds
**CBP employee series or role:**
**Service EOD:**
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
**Duty (or detail/TDY) location EOD:**
**Duty status at the time of the incident:** ○ On duty  ○ Off duty
**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** years months
**CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ○ Yes  ○ No
**Attire:** ○ Uniform  ○ Plain clothes

⊠

⊠

CHC v. Noem CBP 000762

E-STAR incident ID: [ LES ]-#25659

Was BOVINO, GREGORY K. assaulted? ○ Yes ○ No

Did BOVINO, GREGORY K. use reportable force? ○ Yes ○ No

Was BOVINO, GREGORY K. injured? ○ Yes ○ No

Name: SANCHEZ, JOSE R.

    Gender: Male    Age: 40    Height: 6'2"    Weight: 210 pounds

    CBP employee series or role: Officer/Agent

    Service EOD: 06/04/2007

    Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector

    Duty (or detail/TDY) location EOD:

    Duty status at the time of the incident: ⊗ On duty  ○ Off duty

        Activity: Patrol Interior

    Armed law enforcement experience:

        Total law enforcement experience at the time of the incident: 18 years 4 months

        CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

    Wearing body armor? ⊗ Yes ○ No

    Attire: ⊗ Uniform  ○ Plain clothes

    Was SANCHEZ, JOSE R. assaulted? ⊗ Yes ○ No

    Did SANCHEZ, JOSE R. use reportable force? ○ Yes ⊗ No

    Was SANCHEZ, JOSE R. injured? ○ Yes ⊗ No

Name: IEZZI, STEPHEN J.

    Gender: Male    Age: 34    Height:    Weight:  pounds

    CBP employee series or role: Officer/Agent

    Service EOD: 05/05/2019

    Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector

    Duty (or detail/TDY) location EOD:

    Duty status at the time of the incident: ⊗ On duty  ○ Off duty

        Activity: Patrol Interior

    Armed law enforcement experience:

        Total law enforcement experience at the time of the incident: 6 years 5 months

        CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

    Wearing body armor? ⊗ Yes ○ No

    Attire: ⊗ Uniform  ○ Plain clothes

    Was IEZZI, STEPHEN J. assaulted? ⊗ Yes ○ No

    Did IEZZI, STEPHEN J. use reportable force? ○ Yes ⊗ No

    Was IEZZI, STEPHEN J. injured? ○ Yes ⊗ No

Print Date: 2025-10-28

CHC v. Noem CBP 000763



E-STAR Incident ID: **LES** 25659

## SUBJECTS: 6

**Name:** MASS GROUP

**Estimated number of individuals in the group:** 200

**Group description (Composition, attire, etc.):** Mass group was compiled of anywhere from approximately 30 to 50 individuals to over 200 by the end of the day. The mass group was dressed in civilian clothes carrying Mexican flags and signs protesting ICE. They utilized blow horns and speakers to add to the chaos. Several of the protesters were open carrying knives on their waist. Numerous individuals were also equipped with helmets, gas masks, knee pads, gloves, and other protective gear, indicating the potential for violence.

**Was any member of this group wearing body armor?** ○ Yes ⊗ No ○ Unknown

**Group activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Group's current location and disposition if known:** Crowd eventually dispersed back down to a smaller number once the crowd was moved away from the ICE ERO facility.

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes ○ No

**Was any member of the group outside the US or its territories when committing the assault?** ○ Yes ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Projectile (other than rock)

**Projectile description:** Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.

**Estimated assault date/time (local):** 09/27/2025 21:30

**Assault method:** Fireworks

**Description:** Commercial Grade Fireworks

**Acquisition type:** Unknown

**Concealment type:** Concealed on person

**Estimated assault date/time (local):** 09/27/2025 21:30

**Assault method:** Physically w/o weapon

**Describe physical assault:** Pushing and shoving agents to prevent them from making arrests or complete their tasks

**Estimated assault date/time (local):** 09/27/2025 19:30

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes ○ No

**Was any member of this group outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Name:** MAZUR, HUBERT

**Gender:** Male  **Date of birth:** PII 2003  **Height:** 6'2"  **Weight:** 200 pounds

**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown

**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

⬒

Print Date: 2025-10-28

CHC v. Noem CBP 000764

E-STAR incide [ LES ] 25659

**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes ⊗ No
**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- ❏ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☒ Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** Subject is in Custody pending arraignment by FBI for prosecution.

**Did this subject assault a CBP employee?** ⊗ Yes ◯ No
    **Was the subject outside the US or its territories when committing the assault?** ◯ Yes ⊗ No
    **Weapon(s)/type of assault:**
        **Assault method:** Physically w/o weapon
            **Describe physical assault:** Grabbed Agent
        **Estimated assault date/time (local):** 09/27/2025 20:34

**Was reportable force used on this subject?** ⊗ Yes ◯ No
    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ◯ Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes ◯ No
    **Arrested / taken into custody by:** ⊗ CBP ◯ Other federal agency ◯ State agency ◯ Local agency
        **Was an administrative action initiated for this subject by CBP?** ◯ Yes ⊗ No
    **Was prosecution sought against this subject?** ⊗ Yes ◯ No
        **Prosecution By:** ◯ CBP ⊗ Other federal agency ◯ State agency ◯ Local agency
**Was this subject injured or claiming to be injured?** ◯ Yes ⊗ No ◯ Unknown

**Name:** BRIGGS, DANA

    **Gender:** Male    **Date of birth** [ PII ] 954    **Height:** Unknown    **Weight:** Unknown
    **Attire:** ⊗ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown
    **Was the subject wearing body armor?** ◯ Yes ⊗ No ◯ Unknown
    **Immigration status:** U.S. Citizen
    **Country of citizenship:** United States of America
    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    ◯ Yes ⊗ No
    **Subject's activity:**

- ❏ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to



CHC v. Noem CBP 000765

E-STAR incident ID ┊ **LES** ┊#25659

☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☐ Assault (rocks/other projectiles)
☒ Assault (all other types)
☐ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** Subject was arrested and charged with 18 USC 111. He was taken into ICE ERO Facility for further processing.

**Did this subject assault a CBP employee?** ☒ Yes  ☐ No

    **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ☒ No

    **Weapon(s)/type of assault:**
        **Assault method:** Physically w/o weapon
            **Describe physical assault:** Punched an agent in the chest with his fist
        **Estimated assault date/time (local):** 09/27/2025 17:45

**Was reportable force used on this subject?** ○ Yes  ☒ No

**Was this subject arrested / taken into custody?** ☒ Yes  ○ No
    **Arrested / taken into custody by:** ☒ CBP  ○ Other federal agency  ○ State agency  ○ Local agency
        **Was an administrative action initiated for this subject by CBP?** ○ Yes  ☒ No
    **Was prosecution sought against this subject?** ☒ Yes  ○ No
        **Prosecution By:** ○ CBP  ☒ Other federal agency  ○ State agency  ○ Local agency
**Was this subject injured or claiming to be injured?** ○ Yes  ☒ No  ○ Unknown

**Name:** IVORY, PAUL

    **Gender:** Male  **Age:** Unknown  **Height:** Unknown  **Weight:** Unknown
    **Attire:** ☒ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
    **Was the subject wearing body armor?** ○ Yes  ☒ No  ○ Unknown
    **Immigration status:** Unknown
    **Country of citizenship:** Unknown
    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    ○ Yes  ☒ No
    **Subject's activity:**

        ☐ Illegal entry
        ☐ Uncooperative during encounter/inspection
        ☐ Failure to yield/heave to
        ☐ Checkpoint runner
        ☐ Port runner
        ☐ Alien smuggling
        ☐ Narcotics smuggling
        ☐ Scouting
        ☐ Assault (rocks/other projectiles)
        ☒ Assault (all other types)
        ☐ Rioting/civil disturbance



CHC v. Noem CBP 000766

E-STAR incident ID ⌐ **LES** ¬ -#25659

- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Ivory was taken into custody and taken to the ICE ERO Facility for further processing.

**Did this subject assault a CBP employee?** ⊗ Yes ◯ No

  **Was the subject outside the US or its territories when committing the assault?** ◯ Yes ⊗ No

  **Weapon(s)/type of assault:**
  **Assault method:** Threat
    **Threat description:** Making terroristic threats
  **Estimated assault date/time (local):** 09/27/2025 18:32

  **Assault method:** Physically w/o weapon
    **Describe physical assault:** Grabbing helmet and pulling down causing agent to not be able to breath
  **Estimated assault date/time (local):** 09/27/2025 18:32

**Was reportable force used on this subject?** ◯ Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes ◯ No
  **Arrested / taken into custody by:** ⊗ CBP ◯ Other federal agency ◯ State agency ◯ Local agency
    **Was an administrative action initiated for this subject by CBP?** ◯ Yes ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes ◯ No
    **Prosecution By:** ◯ CBP ⊗ Other federal agency ◯ State agency ◯ Local agency
**Was this subject injured or claiming to be injured?** ⊗ Yes ◯ No ◯ Unknown
**Injury information:**
  **Injury type:** Superficial injuries (no treatment expected)
  **Injury Comment:** Fell on windshield. Minor injury to left elbow from broken glass.
  **Refused medical attention?** ◯ Yes ⊗ No
  **Received treatment?** ◯ Yes ⊗ No
  **Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ☐ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☒ Arms/hands |
| ☐ Front legs/feet | ☐ Rear legs |

**Name:** UNKNOWN-1
  **Gender:** Male   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown
  **Attire:** ⊗ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown
  **Was the subject wearing body armor?** ◯ Yes ⊗ No ◯ Unknown
  **Immigration status:** Unknown
  **Country of citizenship:** Unknown
  **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  ◯ Yes ⊗ No
  **Subject's activity:**
  - ☐ Illegal entry
  - ☒ Uncooperative during encounter/inspection
  - ☐ Failure to yield/heave to
  - ☐ Checkpoint runner

⊠

⊠

CHC v. Noem CBP 000767

E-STAR incident | **LES** | #25659

- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was taken into custody and further processed by FBI at the ICE ERO facility

**Did this subject assault a CBP employee?** ☒ Yes  ☐ No

  **Was the subject outside the US or its territories when committing the assault?** ☐ Yes  ☒ No

  Weapon(s)/type of assault:
  **Assault method:** Threat
      **Threat description:** Yelling "I want to kill you", and "I'm going to kill you.", and "you're all going to die", etc
  **Estimated assault date/time (local):** 09/27/2025 17:00

  **Assault method:** Threat
      **Threat description:** Continued yelling threats
  **Estimated assault date/time (local):** 09/27/2025 19:30

**Was reportable force used on this subject?** ☐ Yes  ☒ No

**Was this subject injured or claiming to be injured?** ☐ Yes  ☒ No  ☐ Unknown

**Name:** UNKNOWN-2

**Gender:** Male   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown

**Attire:** ☒ Civilian  ☐ Paramilitary  ☐ Police  ☐ Nude  ☐ Unknown

**Was the subject wearing body armor?** ☐ Yes  ☒ No  ☐ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
☐ Yes  ☒ No

**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject ran back into crowd and was not located again

**Did this subject assault a CBP employee?**

Print Date: 2025-10-28

CHC v. Noem CBP 000768

E-STAR Incident ID: [ **LES** ]-#25659

☒ Yes ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes ☒ No

**Weapon(s)/type of assault:**
  **Assault method:** Projectile (other than rock)
    **Projectile description:** Kicking a deployed handheld munition back at agents
  **Estimated assault date/time (local):** 09/27/2025 21:00

**Was reportable force used on this subject?** ☒ Yes ○ No
  **Was the subject outside the US or its territories when this force was applied?** ○ Yes ☒ No

**Was the subject an occupant of a vehicle?** ○ Yes ☒ No

**Was this subject injured or claiming to be injured?** ○ Yes ☒ No ○ Unknown

## ASSAULTS: 318

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MASS GROUP | Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items. on 09/27/2025 21:30 | HEWSON, KRISTOPHER M. | ☒ Yes ○ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ☒ Yes ○ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ☒ Yes ○ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ☒ Yes ○ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ☒ Yes ○ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ☒ Yes ○ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ☒ Yes ○ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ☒ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ☒ Yes ○ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ☒ Yes ○ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ☒ Yes ○ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ☒ Yes ○ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ☒ Yes ○ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ☒ Yes ○ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ☒ Yes ○ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ☒ Yes ○ No | Not injured in this incident |



CHC v. Noem CBP 000769

E-STAR incident ID: **LES** #25659

| | | | | |
|---|---|---|---|---|
| | | GARCIA, LORIE L. | ⊗ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ⊗ Yes ○ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ⊗ Yes ○ No | Not injured in this incident |
| | | GALINDO, KEVIN A. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, MARTIN | ⊗ Yes ○ No | Not injured in this incident |
| | | PARKER, JAMES P. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELASCO, ROGELIO D. | ⊗ Yes ○ No | Not injured in this incident |
| | | WILLIAMS, JEAN-DALE O. | ⊗ Yes ○ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ⊗ Yes ○ No | Not injured in this incident |
| | | CURRAN. JOSEPH P. | ⊗ Yes ○ No | Not injured in this incident |
| | | ESPINO, DOMINIC J. | ⊗ Yes ○ No | Not injured in this incident |
| | | GAGNON, KEVIN D. | ⊗ Yes ○ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ⊗ Yes ○ No | Not injured in this incident |
| | | MYERS, COREY P. | ⊗ Yes ○ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ⊗ Yes ○ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ⊗ Yes ○ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ⊗ Yes ○ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ⊗ Yes ○ No | Not injured in this incident |
| | | ORR, JOHN MICHAEL | ⊗ Yes ○ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ⊗ Yes ○ No | Not injured in this incident |
| | | HUILLCA, MARIO | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ⊗ Yes ○ No | Not injured in this incident |

Not injured in this

Print Date: 2025-10-28

CHC v. Noem CBP 000770

E-STAR incident # [ **LES** ] AF-#25659

| | | | | |
|---|---|---|---|---|
| | | CAMACHO, ENRIQUE | ⊗ Yes ○ No | incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ⊗ Yes ○ No | Not injured in this incident |
| | | IEZZI, STEPHEN J. | ⊗ Yes ○ No | Not injured in this incident |
| MASS GROUP | Fireworks - Commercial Grade Fireworks on 09/27/2025 21:30 | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ⊗ Yes ○ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes ○ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes ○ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ⊗ Yes ○ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ⊗ Yes ○ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ⊗ Yes ○ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ⊗ Yes ○ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ⊗ Yes ○ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ⊗ Yes ○ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ⊗ Yes ○ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, LORIE L. | ⊗ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ⊗ Yes ○ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ⊗ Yes ○ No | Not injured in this incident |

Print Date: 2025-10-28

CHC v. Noem CBP 000771

E-STAR incident ID [ LES ] -#25659

| | | | | |
|---|---|---|---|---|
| | | GALINDO, KEVIN A. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, MARTIN | ⊗ Yes ○ No | Not injured in this incident |
| | | PARKER, JAMES P. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELASCO, ROGELIO D. | ⊗ Yes ○ No | Not injured in this incident |
| | | WILLIAMS, JEAN-DALE O. | ⊗ Yes ○ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ⊗ Yes ○ No | Not injured in this incident |
| | | CURRAN, JOSEPH P. | ⊗ Yes ○ No | Not injured in this incident |
| | | ESPINO, DOMINIC J. | ⊗ Yes ○ No | Not injured in this incident |
| | | GAGNON, KEVIN D. | ⊗ Yes ○ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ⊗ Yes ○ No | Not injured in this incident |
| | | MYERS, COREY P. | ⊗ Yes ○ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ⊗ Yes ○ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ⊗ Yes ○ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ⊗ Yes ○ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ⊗ Yes ○ No | Not injured in this incident |
| | | ORR, JOHN MICHAEL | ⊗ Yes ○ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ⊗ Yes ○ No | Not injured in this incident |
| | | HUILLCA, MARIO | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ⊗ Yes ○ No | Not injured in this incident |
| | | CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ⊗ Yes ○ No | Not injured in this incident |

Not injured in this

Print Date: 2025-10-28

CHC v. Noem CBP 000772

E-STAR incident | **LES** | #25659

| MASS GROUP | Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks on 09/27/2025 19:30 | IEZZI, STEPHEN J. | ⊗ Yes ○ No | incident |
|---|---|---|---|---|
| | | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ⊗ Yes ○ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes ○ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes ○ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ⊗ Yes ○ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ⊗ Yes ○ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ⊗ Yes ○ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ⊗ Yes ○ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ⊗ Yes ○ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ⊗ Yes ○ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ⊗ Yes ○ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, LORIE L. | ⊗ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ⊗ Yes ○ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ⊗ Yes ○ No | Not injured in this incident |
| | | GALINDO, KEVIN A. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, MARTIN | ⊗ Yes ○ No | Not injured in this incident |
| | | PARKER, JAMES P. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELASCO, ROGELIO D. | ⊗ Yes ○ No | Not injured in this incident |

Print Date: 2025-10-28

CHC v. Noem CBP 000773

E-STAR Incident ID | **LES** | #25659

| | | | | |
|---|---|---|---|---|
| | | WILLIAMS, JEAN-DALE O. | ⊗ Yes ○ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ⊗ Yes ○ No | Not injured in this incident |
| | | CURRAN, JOSEPH P. | ⊗ Yes ○ No | Not injured in this incident |
| | | ESPINO, DOMINIC J. | ⊗ Yes ○ No | Not injured in this incident |
| | | GAGNON, KEVIN D. | ⊗ Yes ○ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ⊗ Yes ○ No | Not injured in this incident |
| | | MYERS, COREY P. | ⊗ Yes ○ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ⊗ Yes ○ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ⊗ Yes ○ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ⊗ Yes ○ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ⊗ Yes ○ No | Not injured in this incident |
| | | ORR, JOHN MICHAEL | ⊗ Yes ○ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ⊗ Yes ○ No | Not injured in this incident |
| | | HUILLCA, MARIO | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ⊗ Yes ○ No | Not injured in this incident |
| | | CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ⊗ Yes ○ No | Not injured in this incident |
| | | IEZZI, STEPHEN J. | ⊗ Yes ○ No | Not injured in this incident |
| MAZUR, HUBERT | Physically w/o weapon - Grabbed Agent on 09/27/2025 20:34 | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ○ Yes ⊗ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ○ Yes ⊗ No | Not injured in this incident |

Not injured in this



Print Date: 2025-10-28

CHC v. Noem CBP 000774

E-STAR incident ID [ **LES** ] #25659

| | | RAMOS, BRANDON E. | ○ Yes ⊗ No | incident |
| --- | --- | --- | --- | --- |
| | | DUBAR JR, DAVID R. | ○ Yes ⊗ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ○ Yes ⊗ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ○ Yes ⊗ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | Not injured in this incident |
| | | WILLIAMS, JEAN-DALE O. | ○ Yes ⊗ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ○ Yes ⊗ No | Not injured in this incident |
| | | CURRAN, JOSEPH P. | ○ Yes ⊗ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ○ Yes ⊗ No | Not injured in this incident |
| | | MYERS, COREY P. | ○ Yes ⊗ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ○ Yes ⊗ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ○ Yes ⊗ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ○ Yes ⊗ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ○ Yes ⊗ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ○ Yes ⊗ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ○ Yes ⊗ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ○ Yes ⊗ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ○ Yes ⊗ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ○ Yes ⊗ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ○ Yes ⊗ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ○ Yes ⊗ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ○ Yes ⊗ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ○ Yes ⊗ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ○ Yes ⊗ No | Not injured in this incident |

Print Date: 2025-10-28

CHC v. Noem CBP 000775

E-STAR incident **LES** #25659

| | | | | |
|---|---|---|---|---|
| | | GARCIA, LORIE L. | ○ Yes ⊗ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ○ Yes ⊗ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ○ Yes ⊗ No | Not injured in this incident |
| | | GALINDO, KEVIN A. | ○ Yes ⊗ No | Not injured in this incident |
| | | GARCIA, MARTIN | ○ Yes ⊗ No | Not injured in this incident |
| | | PARKER, JAMES P. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELASCO, ROGELIO D. | ○ Yes ⊗ No | Not injured in this incident |
| | | ESPINO, DOMINIC J. | ○ Yes ⊗ No | Not injured in this incident |
| | | GAGNON, KEVIN D. | ○ Yes ⊗ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ○ Yes ⊗ No | Not injured in this incident |
| | | ORR, JOHN MICHAEL | ○ Yes ⊗ No | Not injured in this incident |
| | | HUILLCA, MARIO | ○ Yes ⊗ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ○ Yes ⊗ No | Not injured in this incident |
| | | CAMACHO, ENRIQUE | ○ Yes ⊗ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ○ Yes ⊗ No | Not injured in this incident |
| | | IEZZI, STEPHEN J. | ○ Yes ⊗ No | Not injured in this incident |
| BRIGGS, DANA | Physically w/o weapon - Punched an agent in the chest with his fist on 09/27/2025 17:45 | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ○ Yes ⊗ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ○ Yes ⊗ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ○ Yes ⊗ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ○ Yes ⊗ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ○ Yes ⊗ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ○ Yes ⊗ No | Not injured in this incident |

Not injured in this



Print Date: 2025-10-28

CHC v. Noem CBP 000776

E-STAR incident ID: **LES** -#25659

| | | | |
|---|---|---|---|
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | incident |
| | | WILLIAMS, JEAN-DALE O. | ○ Yes ⊗ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ○ Yes ⊗ No | Not injured in this incident |
| | | CURRAN, JOSEPH P. | ○ Yes ⊗ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ○ Yes ⊗ No | Not injured in this incident |
| | | MYERS, COREY P. | ○ Yes ⊗ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ○ Yes ⊗ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ○ Yes ⊗ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ○ Yes ⊗ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ○ Yes ⊗ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ○ Yes ⊗ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ○ Yes ⊗ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ○ Yes ⊗ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ○ Yes ⊗ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ○ Yes ⊗ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ○ Yes ⊗ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ⊗ Yes ○ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ○ Yes ⊗ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ○ Yes ⊗ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ○ Yes ⊗ No | Not injured in this incident |
| | | GARCIA, LORIE L. | ○ Yes ⊗ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ○ Yes ⊗ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ○ Yes ⊗ No | Not injured in this incident |

Print Date: 2025-10-28

CHC v. Noem CBP 000777

E-STAR Incident ID **LES** NF:#25659

| | | GALINDO, KEVIN A. | ○ Yes ⊗ No | Not injured in this incident |
| | | GARCIA, MARTIN | ○ Yes ⊗ No | Not injured in this incident |
| | | PARKER, JAMES P. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELASCO, ROGELIO D. | ○ Yes ⊗ No | Not injured in this incident |
| | | ESPINO, DOMINIC J. | ○ Yes ⊗ No | Not injured in this incident |
| | | GAGNON, KEVIN D. | ○ Yes ⊗ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ○ Yes ⊗ No | Not injured in this incident |
| | | ORR, JOHN MICHAEL | ○ Yes ⊗ No | Not injured in this incident |
| | | HUILLCA, MARIO | ○ Yes ⊗ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ○ Yes ⊗ No | Not injured in this incident |
| | | CAMACHO, ENRIQUE | ○ Yes ⊗ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ○ Yes ⊗ No | Not injured in this incident |
| | | IEZZI, STEPHEN J. | ○ Yes ⊗ No | Not injured in this incident |
| IVORY, PAUL | Threat - Making terroristic threats on 09/27/2025 18:32 | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ⊗ Yes ○ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes ○ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes ○ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ⊗ Yes ○ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ⊗ Yes ○ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ⊗ Yes ○ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ⊗ Yes ○ No | Not injured in this incident |

Not injured in this

Print Date: 2025-10-28

CHC v. Noem CBP 000778

E-STAR Incident ID | **LES** | N25659

| | | | |
|---|---|---|---|
| | | DONAHUE, TIMOTHY R. | ⊗ Yes ◯ No | incident |
| | | REYNOLDS, JEREMY A. | ⊗ Yes ◯ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ⊗ Yes ◯ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ⊗ Yes ◯ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ⊗ Yes ◯ No | Not injured in this incident |
| | | GARCIA, LORIE L. | ⊗ Yes ◯ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ◯ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ⊗ Yes ◯ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ⊗ Yes ◯ No | Not injured in this incident |
| | | GALINDO, KEVIN A. | ⊗ Yes ◯ No | Not injured in this incident |
| | | GARCIA, MARTIN | ⊗ Yes ◯ No | Not injured in this incident |
| | | PARKER, JAMES P. | ⊗ Yes ◯ No | Not injured in this incident |
| | | VELASCO, ROGELIO D. | ⊗ Yes ◯ No | Not injured in this incident |
| | | WILLIAMS, JEAN-DALE O. | ⊗ Yes ◯ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ⊗ Yes ◯ No | Not injured in this incident |
| | | CURRAN, JOSEPH P. | ⊗ Yes ◯ No | Not injured in this incident |
| | | ESPINO, DOMINIC J. | ⊗ Yes ◯ No | Not injured in this incident |
| | | GAGNON, KEVIN D. | ⊗ Yes ◯ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ⊗ Yes ◯ No | Not injured in this incident |
| | | MYERS, COREY P. | ⊗ Yes ◯ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ⊗ Yes ◯ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes ◯ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ⊗ Yes ◯ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ⊗ Yes ◯ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ⊗ Yes ◯ No | Not injured in this incident |

Print Date: 2025-10-28

CHC v. Noem CBP 000779

E-STAR incident | **LES** | AF-#25659

| | | | | |
|---|---|---|---|---|
| | | ORR, JOHN MICHAEL | ⊗ Yes ○ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ⊗ Yes ○ No | Not injured in this incident |
| | | HUILLCA, MARIO | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ⊗ Yes ○ No | Not injured in this incident |
| | | CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ⊗ Yes ○ No | Not injured in this incident |
| | | IEZZI, STEPHEN J. | ⊗ Yes ○ No | Not injured in this incident |
| IVORY, PAUL | Physically w/o weapon - Grabbing helmet and pulling down causing agent to not be able to breath on 09/27/2025 18:32 | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ○ Yes ⊗ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ○ Yes ⊗ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ○ Yes ⊗ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ○ Yes ⊗ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ○ Yes ⊗ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ○ Yes ⊗ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ○ Yes ⊗ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ○ Yes ⊗ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ○ Yes ⊗ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ○ Yes ⊗ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ○ Yes ⊗ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ○ Yes ⊗ No | Not injured in this incident |

Not injured in this

Print Date: 2025-10-28

CHC v. Noem CBP 000780

E-STAR incident ID: | **LES** | -#25659

| | | VELEZ, CHRISTOPHER S. | ○ Yes ⊗ No | incident |
| | | GARCIA, LORIE L. | ○ Yes ⊗ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ○ Yes ⊗ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ○ Yes ⊗ No | Not injured in this incident |
| | | GALINDO, KEVIN A. | ○ Yes ⊗ No | Not injured in this incident |
| | | GARCIA, MARTIN | ○ Yes ⊗ No | Not injured in this incident |
| | | PARKER, JAMES P. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELASCO, ROGELIO D. | ○ Yes ⊗ No | Not injured in this incident |
| | | WILLIAMS, JEAN-DALE O. | ○ Yes ⊗ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ○ Yes ⊗ No | Not injured in this incident |
| | | CURRAN, JOSEPH P. | ○ Yes ⊗ No | Not injured in this incident |
| | | ESPINO, DOMINIC J. | ○ Yes ⊗ No | Not injured in this incident |
| | | GAGNON, KEVIN D. | ○ Yes ⊗ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ○ Yes ⊗ No | Not injured in this incident |
| | | MYERS, COREY P. | ○ Yes ⊗ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ○ Yes ⊗ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ○ Yes ⊗ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ○ Yes ⊗ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ○ Yes ⊗ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ○ Yes ⊗ No | Not injured in this incident |
| | | ORR, JOHN MICHAEL | ○ Yes ⊗ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ○ Yes ⊗ No | Not injured in this incident |
| | | HUILLCA, MARIO | ○ Yes ⊗ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ○ Yes ⊗ No | Not injured in this incident |

Print Date: 2025-10-28

CHC v. Noem CBP 000781

E-STAR Incident ID | **LES** | #25659

| | | | | |
|---|---|---|---|---|
| | | CAMACHO, ENRIQUE | ○ Yes ⊗ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ○ Yes ⊗ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ○ Yes ⊗ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ○ Yes ⊗ No | Not injured in this incident |
| | | IEZZI, STEPHEN J. | ○ Yes ⊗ No | Not injured in this incident |
| UNKNOWN-1 | Threat - Yelling "I want to kill you", and "I'm going to kill you,", and "you're all going to die", etc on 09/27/2025 17:00 | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ⊗ Yes ○ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes ○ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes ○ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ⊗ Yes ○ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ⊗ Yes ○ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ⊗ Yes ○ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ⊗ Yes ○ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ⊗ Yes ○ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ⊗ Yes ○ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ⊗ Yes ○ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, LORIE L. | ⊗ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ⊗ Yes ○ No | Not injured in this incident |

Not injured in this



Print Date: 2025-10-28

CHC v. Noem CBP 000782

E-STAR Incident ID | LES | #25659

| FRENCH, JAYME W. | ⊗ Yes ○ No | incident |
|---|---|---|
| GALINDO, KEVIN A. | ⊗ Yes ○ No | Not injured in this incident |
| GARCIA, MARTIN | ⊗ Yes ○ No | Not injured in this incident |
| PARKER, JAMES P. | ⊗ Yes ○ No | Not injured in this incident |
| VELASCO, ROGELIO D. | ⊗ Yes ○ No | Not injured in this incident |
| WILLIAMS, JEAN-DALE O. | ⊗ Yes ○ No | Not injured in this incident |
| RIVAS HAU, SAUL E. | ⊗ Yes ○ No | Not injured in this incident |
| CURRAN, JOSEPH P. | ⊗ Yes ○ No | Not injured in this incident |
| ESPINO, DOMINIC J. | ⊗ Yes ○ No | Not injured in this incident |
| GAGNON, KEVIN D. | ⊗ Yes ○ No | Not injured in this incident |
| TABAREZ, ISAAC | ⊗ Yes ○ No | Not injured in this incident |
| MYERS, COREY P. | ⊗ Yes ○ No | Not injured in this incident |
| DAVIS, RYAN M. | ⊗ Yes ○ No | Not injured in this incident |
| BERLIN, PADRAIC DANIEL | ⊗ Yes ○ No | Not injured in this incident |
| VALENTIN, JAVIER A. | ⊗ Yes ○ No | Not injured in this incident |
| BARRY, SEAN ALMOND | ⊗ Yes ○ No | Not injured in this incident |
| SEDLMEIER, TYLER E. | ⊗ Yes ○ No | Not injured in this incident |
| ORR, JOHN MICHAEL | ⊗ Yes ○ No | Not injured in this incident |
| STRAUS, STEPHEN | ⊗ Yes ○ No | Not injured in this incident |
| HUILLCA, MARIO | ⊗ Yes ○ No | Not injured in this incident |
| VALENCIANO, NICHOLAS C. | ⊗ Yes ○ No | Not injured in this incident |
| CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| SANCHEZ, JOSE R. | ⊗ Yes ○ No | Not injured in this incident |

Print Date: 2025-10-28

CHC v. Noem CBP 000783

E-STAR Incident ID | **LES** | #25659

| | | | | |
|---|---|---|---|---|
| | | IEZZI, STEPHEN J. | ⊗ Yes ○ No | Not injured in this incident |
| UNKNOWN-1 | Threat - Continued yelling threats on 09/27/2025 19:30 | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ⊗ Yes ○ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes ○ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes ○ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ⊗ Yes ○ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ⊗ Yes ○ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ⊗ Yes ○ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ⊗ Yes ○ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ⊗ Yes ○ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ⊗ Yes ○ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ⊗ Yes ○ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, LORIE L. | ⊗ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ⊗ Yes ○ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ⊗ Yes ○ No | Not injured in this incident |
| | | GALINDO, KEVIN A. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, MARTIN | ⊗ Yes ○ No | Not injured in this incident |
| | | PARKER, JAMES P. | ⊗ Yes ○ No | Not injured in this incident |

Not injured in this

Print Date: 2025-10-28

CHC v. Noem CBP 000784

E-STAR incident ID [ **LES** ]#25659

| | | | | |
|---|---|---|---|---|
| | | VELASCO, ROGELIO D. | ⊗ Yes ○ No | incident |
| | | WILLIAMS, JEAN-DALE O. | ⊗ Yes ○ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ⊗ Yes ○ No | Not injured in this incident |
| | | CURRAN, JOSEPH P. | ⊗ Yes ○ No | Not injured in this incident |
| | | ESPINO. DOMINIC J. | ⊗ Yes ○ No | Not injured in this incident |
| | | GAGNON, KEVIN D. | ⊗ Yes ○ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ⊗ Yes ○ No | Not injured in this incident |
| | | MYERS, COREY P. | ⊗ Yes ○ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ⊗ Yes ○ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ⊗ Yes ○ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ⊗ Yes ○ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ⊗ Yes ○ No | Not injured in this incident |
| | | ORR, JOHN MICHAEL | ⊗ Yes ○ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ⊗ Yes ○ No | Not injured in this incident |
| | | HUILLCA, MARIO | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ⊗ Yes ○ No | Not injured in this incident |
| | | CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ⊗ Yes ○ No | Not injured in this incident |
| | | IEZZI, STEPHEN J. | ⊗ Yes ○ No | Not injured in this incident |
| UNKNOWN-2 | Projectile (other than rock) - Kicking a deployed handheld munition back at agents on 09/27/2025 21:00 | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ELKHOURY, ALEX J. | ⊗ Yes ○ No | Not injured in this incident |
| | | COX, BENJAMIN J. | ⊗ Yes ○ No | Not injured in this incident |

Print Date: 2025-10-28

CHC v. Noem CBP 000785

E-STAR incident [ ____ ] **LES** [ ] #25659

| | | | | |
|---|---|---|---|---|
| | | RAMOS, BRANDON E. | ⊗ Yes ○ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes ○ No | Not injured in this incident |
| | | GANNINGER, GRESHAM B. | ⊗ Yes ○ No | Not injured in this incident |
| | | RANSOM, JOSHUA D. | ⊗ Yes ○ No | Not injured in this incident |
| | | CORDOVA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ⊗ Yes ○ No | Not injured in this incident |
| | | URBANO, VICTOR F. | ⊗ Yes ○ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ⊗ Yes ○ No | Not injured in this incident |
| | | REYNOLDS, JEREMY A. | ⊗ Yes ○ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ⊗ Yes ○ No | Not injured in this incident |
| | | BASTEDO, JORDAN J. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, LORIE L. | ⊗ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, VICTOR A. | ⊗ Yes ○ No | Not injured in this incident |
| | | FRENCH, JAYME W. | ⊗ Yes ○ No | Not injured in this incident |
| | | GALINDO, KEVIN A. | ⊗ Yes ○ No | Not injured in this incident |
| | | GARCIA, MARTIN | ⊗ Yes ○ No | Not injured in this incident |
| | | PARKER, JAMES P. | ⊗ Yes ○ No | Not injured in this incident |
| | | VELASCO, ROGELIO D. | ⊗ Yes ○ No | Not injured in this incident |
| | | WILLIAMS, JEAN-DALE O. | ⊗ Yes ○ No | Not injured in this incident |
| | | RIVAS HAU, SAUL E. | ⊗ Yes ○ No | Not injured in this incident |
| | | CURRAN, JOSEPH P. | ⊗ Yes ○ No | Not injured in this incident |

Not injured in this

Print Date: 2025-10-28

CHC v. Noem CBP 000786

E-STAR incident ID | **LES** | #25659

| | | | | |
|---|---|---|---|---|
| | | ESPINO, DOMINIC J. | ⊗ Yes ○ No | incident |
| | | GAGNON, KEVIN D. | ⊗ Yes ○ No | Not injured in this incident |
| | | TABAREZ, ISAAC | ⊗ Yes ○ No | Not injured in this incident |
| | | MYERS, COREY P. | ⊗ Yes ○ No | Not injured in this incident |
| | | DAVIS, RYAN M. | ⊗ Yes ○ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ⊗ Yes ○ No | Not injured in this incident |
| | | BARRY, SEAN ALMOND | ⊗ Yes ○ No | Not injured in this incident |
| | | SEDLMEIER, TYLER E. | ⊗ Yes ○ No | Not injured in this incident |
| | | ORR, JOHN MICHAEL | ⊗ Yes ○ No | Not injured in this incident |
| | | STRAUS, STEPHEN | ⊗ Yes ○ No | Not injured in this incident |
| | | HUILLCA, MARIO | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENCIANO, NICHOLAS C. | ⊗ Yes ○ No | Not injured in this incident |
| | | CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ⊗ Yes ○ No | Not injured in this incident |
| | | IEZZI, STEPHEN J. | ⊗ Yes ○ No | Not injured in this incident |

## USES OF FORCE: 12

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| HEWSON, KRISTOPHER M. | Physical Force w/o Weapon - Compliance Strikes to Meaty portions of arms and legs. on 09/27/2025 20:34 | Subject: MAZUR, HUBERT<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Physically w/o weapon - Grabbed Agent on 09/27/2025 20:34** - Yes<br>**Was this use of force effective against what prompted its use?** No, Compliance strikes were ineffective. Took multiple agents to pry arms in order to handcuff. |



Print Date: 2025-10-28

CHC v. Noem CBP 000787

E-STAR Incident ID **LES** #25659

| | | |
|---|---|---|
| ELKHOURY, ALEX J. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/27/2025 19:05 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.** on 09/27/2025 21:30 - No<br>**Fireworks - Commercial Grade Fireworks** on 09/27/2025 21:30 - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks** on 09/27/2025 19:30 - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ELKHOURY, ALEX J. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/27/2025 19:10 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.** on 09/27/2025 21:30 - No<br>**Fireworks - Commercial Grade Fireworks** on 09/27/2025 21:30 - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks** on 09/27/2025 19:30 - No<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| COX, BENJAMIN J. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Other - Aerial Dispersal 100m Round on 09/27/2025 21:30 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.** on 09/27/2025 21:30 - No<br>**Fireworks - Commercial Grade Fireworks** on 09/27/2025 21:30 - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks** on 09/27/2025 19:30 - No<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| RAMOS, BRANDON E. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/27/2025 21:15 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.** on 09/27/2025 21:30 - No<br>**Fireworks - Commercial Grade Fireworks** on 09/27/2025 21:30 - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks** on 09/27/2025 19:30 - No<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| DUBAR JR, DAVID R. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Tripple Chaser CS on 09/27/2025 21:00 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.** on 09/27/2025 21:30 - No<br>**Fireworks - Commercial Grade Fireworks** on 09/27/2025 21:30 - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks** on 09/27/2025 19:30 - No<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| RANSOM, JOSHUA D. | FN303 - PAVA (area saturation) - Orange projectiles on 09/27/2025 21:00 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.** on 09/27/2025 21:30 - Yes<br>**Was this use of force effective against what prompted its use?** Yes |



Print Date: 2025-10-28

CHC v. Noem CBP 000788

E-STAR incident ID | **LES** | #25659

| | | |
|---|---|---|
| | | Did the UOF device function as designed? Yes<br>**Fireworks - Commercial Grade Fireworks on 09/27/2025 21:30** - Yes<br>   **Was this use of force effective against what prompted its use?** Yes<br>   Did the UOF device function as designed? Yes<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks on 09/27/2025 19:30** - Yes<br>   **Was this use of force effective against what prompted its use?** Yes<br>   Did the UOF device function as designed? Yes |
| HARDIN JR, WILLIAM A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/27/2025 18:00 | Subject: MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>   **Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.  on 09/27/2025 21:30** - No<br>**Fireworks - Commercial Grade Fireworks on 09/27/2025 21:30** - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks on 09/27/2025 19:30** - No<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| HARDIN JR, WILLIAM A. | PLS (PepperBall Launching System) - Kinetic impact on 09/27/2025 21:00 | Subject: UNKNOWN-2<br>   **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>   **Projectile (other than rock) - Kicking a deployed handheld munition back at agents on 09/27/2025 21:00** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     Did the UOF device function as designed? Yes |
| MYERS, COREY P. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS on 09/27/2025 21:30 | Subject: MASS GROUP<br>   **Was this use of force in response to the following assault by this subject?**<br>   **Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.  on 09/27/2025 21:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     Did the UOF device function as designed? Yes<br>**Fireworks - Commercial Grade Fireworks on 09/27/2025 21:30** - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks on 09/27/2025 19:30** - Yes<br>   **Was this use of force effective against what prompted its use?** Yes<br>   Did the UOF device function as designed? Yes |
| BARRY, SEAN ALMOND | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS on 09/27/2025 20:50 | Subject: MASS GROUP<br>   **Was this use of force in response to the following assault by this subject?**<br>   **Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.  on 09/27/2025 21:30** - No<br>**Fireworks - Commercial Grade Fireworks on 09/27/2025 21:30** - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks on 09/27/2025 19:30** - No<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| BARRY, SEAN ALMOND | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical Saf-Smoke Canister - Pocket Tactical Saf- | Subject: MASS GROUP<br>   **Was this use of force in response to the following assault by this subject?**<br>   **Projectile (other than rock) - Various objects such as water bottles, deployed hand thrown munition and other miscellaneous items.  on 09/27/2025 21:30** - No<br>**Fireworks - Commercial Grade Fireworks on 09/27/2025 21:30** - No<br>**Physically w/o weapon - Pushing and shoving agents to prevent them from making arrests or complete their tasks on 09/27/2025 19:30** - No |



CHC v. Noem CBP 000789

E-STAR inc [ LES ]-#25659

| | Smoke on 09/27/2025 20:50 | Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
|---|---|---|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes ⊗ No

**Did this incident result in collateral injury to a bystander?** ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

This incident was split into three separate ESTAR events due to known issues with ESTAR and the number of agents and subjects involved. Below is a list of all the ESTAR events.

[ LES ] #25659: Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street (Border Patrol)
[ LES ] AF-#25658: Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street
**Current certification status:** Not certified

**Narrative of HEWSON, KRISTOPHER M.**

On September 27th, 2025, I, Supervisory Border Patrol Agent Kristopher Hewson was assigned roving patrol duties in the Chicago, Illinois area. My normal duty location is Calexico, California. My team and I started our shift at 0600 hours. During our tour of duty, we had apprehended 15 individuals for being in the country illegally. I assisted in transporting these 15 subjects to the ERO facility located at 1930 Beach Street, Broadview, IL. When we arrived, there was a group of approximately 30-50 protestors outside the gate on Beach Street. I assisted in intaking the 15 subjects at the Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO) facility.

After I was done assisting with the intake duties the protestors had become increasingly agitated. At approximately 1900 hours They had people bring makeshift shields with nails sticking out of it and started to bang on the fence on Beach Street. We exited the gate on Beach Street to retrieve the shields that had nails protruding from them for the safety of the Agents and the crowd.

At approximately 2030 hours the crowd had grown to approximately 100 people and they started to push on the fence to breach it. ERO SRT announced, utilizing a speaker on their armored truck [ LES ] that the crowd had grown too violent and needed to retreat to the intersection of Lexington Road and Beach Street for their safety and the safety of the facility. It was announced that if they did not do so they would be subject to arrest.

The crowd refused to retreat to the intersection as lawfully ordered. Agents exited the gate to start to walk the crowd back to the intersection as ordered. As we exited the ICE ERO Facility, me and other Agents, who were on the right side of the fence line, encountered individuals who refused to move. We ordered them to retreat to the intersection. The subjects stated that the area they were in was public property. They further stated that they did not have to move. Agents then started to gently nudge the protestors back. The protestors started to lunge toward the Agents and resist. Agents engaged by grabbing the subjects and attempting to place them under arrest for impeding. This was when a subject lunged at the Agents while attempting to grab them.



CHC v. Noem CBP 000790

E-STAR incident I[LES]#25659

I intervened and told the person, later identified as Hubert MAZUR; to step back and head to the intersection or he would be arrested for impeding. MAZUR explained he and the other protestors didn't have to leave. I again ordered MAZUR to retreat to the designated intersection while gently nudging him backwards. MAZUR grabbed my arm as I was nudging him backward. I advanced on MAZUR, after being grabbed by him, and took MAZUR to the ground. I ordered MAZUR to give me his hands as he was under arrest for assault. MAZUR refused and resisted arrest by squirming on the ground, attempting to get up and flee, and holding his arms beneath him. I utilized pressure point strikes to MAZUR's meaty parts of his arms and legs to gain control of his hands. The pressure point strikes were not effective and took multiple Agents to eventually place MAZUR in handcuffs. MAZUR had to have his arms pried from underneath him to be placed in hand cuffs in the rear.

While placing MAZUR in handcuffs, a subject from the crowd picked up an active CS gas cannister and threw it in the middle of the Agents near my location. The seal on my gas mask broke during the struggle with MAZUR. Both MAZUR and I were affected by the CS gas that was thrown by the subject in the crowd. After I had placed MAZUR in handcuffs, I escorted them inside the ERO facility to be processed. I was unable to see who threw the cannister from the crowd. I do not know if anyone was apprehended regarding this action.

I met with Federal Bureau of Investigations (FBI) Special Agent Steven Mallon who was responsible for processing MAZUR. I provided Agent Mallon with my verbal statement and showed him, on my TAK phone. my body camera footage of the incident. I then left MAZUR with Agent Mallon to return outside the gate and continue to provide more assistance to the other agents who were protecting the ICE ERO Facility.
Agent Mallon informed me that MAZUR would be presented for prosecution for 18 USC 111.

Neither MAZURE nor I were injured during the incident. Due to the exposure of CS gas, I asked MAZUR if he was suffering any adverse effects. MAZUR stated he was not and further stated that he did not need further medical attention.

I notified (A)SBPA Christopher Velez of the compliance strikes that I utilized.

My body cam was activated during the whole incident. See body cam evidence #[LES]

**Narrative of RIVAS HAU, SAUL E.**
On October 10, 2025, at approximately 0830 hours, I, Border Patrol Agent (BPA) S. Rivas, out of El Centro Station, El Centro Sector, as part of Operation Midway Blitz in Chicago, was conducting consensual field interviews in the vicinity of 5441 N. Lincoln Avenue, Chicago, Illinois. I was operating an unmarked silver minivan accompanied by BPAs J. Parker, A. Castillo, and R. Inglet. All agents were wearing the full rough-duty Border Patrol uniform with clearly visible insignia and identifiers.

During operations, BPAs Parker, Castillo, and Inglet encountered two subjects (Vincente Julian MAURICIO DOB: [PII]001 and Mario ESQUIVEL Blancas DOB: [PII]1963) who were determined to be present in the United States illegally. Both subjects were placed under arrest without incident. Once the arrests were completed, we began preparing to transport both subjects to the 1930 Beach St, Broadview, IL 60155.

As I began to pull away from the curb, a female later identified as Deborah BROCKMAN (DO[PII]976) stepped in front of our vehicle, blocking our path. BROCKMAN then threw a cup containing an unknown brown liquid substance at the windshield, striking the vehicle and splashing across the hood. I immediately brought the vehicle to a stop to avoid striking her and to assess the situation.

BPAs Parker, Castillo, and Inglet exited the vehicle to detain BROCKMAN. BROCKMAN was resisting and not complying to commands. After a short struggle, BROCKMAN was placed in handcuffs and placed under arrest for assault. While still on scene, and preparing to depart. a black Chevrolet Blazer intentionally positioned itself in front of our vehicle. This prevented us from leaving the area due to having the crowd of people and vehicles behind. We also had incoming traffic on the other lane. The driver appeared to be attempting to interfere with our operations by impeding us from leaving the immediate area. This became a safety concern due to the increasingly agitated crowd, which, based on my experience have escalated to crowds becoming aggressive and violent towards agents in similar situations in Chicago and Los Angeles. As I identified a brief opening between



CHC v. Noem CBP 000791

E-STAR incident I[ **LES** ]#25659

the back end of the black vehicle blocking us and the curb, I attempted to maneuver the minivan to a safe location. The black SUV noticed what I was attempting to do and purposely reversed striking the left side of our vehicle, causing significant damage to the driver side.

Due to the escalating and unsafe nature of the situation, I determined it was not safe to remain in the area. Damage to the black SUV is not known. I departed to a secure location and immediately notified Team Leader Victor Sanchez at approximately 0840 hours regarding the incident. The driver of the black SUV was not arrested due to the facts mentioned above. Our vehicle sustained damage from the front driver side to the back driver side. This whole side is now scraped and dented in.

No agents sustained injuries, and no medical treatment was required. My body-worn camera and BPA J. Parker's were not activated due to the sudden nature of the assault and rapidly unfolding events. However, BPA A. Castillo and BPA R. Inglet had their body-worn cameras active during the incident serial numbers:[ **LES** ]

Following the incident, Brockman was transported to the HSI facility located at 747 E. 22nd Street, Lombard, Chicago, IL, for prosecution

**Narrative of COX, BENJAMIN J.**
On September 27th ,2025, I Border Patrol Agent (BPA) Benjamin Cox, was deployed with the Tucson Sector Mobile Response Team (MRT) to Chicago, Il for operation Midway Blitz. I was assigned to assist with protection of the Immigration and Customs Enforcement (ICE) building at 1930 Beach Street, Broadview, Il. The location of today's operation was in Broadview, IL. I was wearing my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. My body armor also had clear wording stating that I am a federal agent with the United States Border Patrol.

There was a protest at the Immigration and Customs Enforcement (ICE) building at 1930 Beach Street, Broadview, Il. The protests had grown in size to approximately 150-200 people who were becoming violent, creating an increased risk for officers and detainee safety. The location has two roads that run East/West off 25th Ave toward Beach Street. The northern road is Lexington Street, and the southern road is Harvard Street. The crowd of protesters gathered outside of a makeshift fence on Beach Street. The crowds of protesters on the street were not allowing emergency and law enforcement vehicles to access the facility.

Multiple times during the day law enforcement personnel pushed North down beach street in order to clear the street for vehicle traffic. They also made arrests of violent agitators and secured various items such as makeshift shields, fireworks, and other objects intended to be used to attempt to cause harm and/ or interfere with law enforcement personnel.

At approximately 9:30 P.M. The potential danger the crowd posed towards law enforcement officers and detainees had reached a level that it was deemed pertinent to move the crowds back to the intersection of Lexington and Beach Street. Announcements were given to the crowd to disperse and move to the designated location. The crowd refused to move. At this point law enforcement personnel opened the gates and started to push the crowd back to the designated safe distance away from the ICE facility. During this push from approximately 9:30 P.M. to 10:00 P.M. I launched two 40mm 100m Airel Controlled Noise and Light Distraction Devices (CNLDDs) via my 40mm launcher. I was approximately 80 feet from the largest portion of the crowd when I deployed the munitions. The munitions effects were successful, and the crowd of protesters moved back to the designated safe distance from the ICE facility.

I remained on stage, and held the crowd back, at the intersection of Lexington Street and Beach Street. The crowd was moved peacefully several times to allow the arrival and departure of vehicles to and from the ICE facility. During my time on scene, I scanned the area for any adverse reactions to my deployment of CNLDDs used but observed none. No medical requests were received, however, due to the risk of officer safety no law enforcement personnel were able to enter the crowd to seek out individuals who may have benefited medical assistance. No other uses of force were necessary for me while I was on scene.

At approximately 10: 00P.M., my Use of Force incidents were reported verbally to SBPA Corey Meyers, and via text when it was safe to do so.





CHC v. Noem CBP 000792

| LES | #25859 |

My Incident Driven Body Worn Camera was on and active for this event.
Axon Body 4 Video 2025-09-27 2134 D01A3411W
Evidence Serial Number | LES |

### Narrative of CORDOVA, RICARDO

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On September 27, 2005, at approximately 6:30 P.M., I Supervisory Border Patrol Agent (SBPA) Ricardo Cordova, as part of the Laredo Sector Border Patrol Search, Trauma, and Rescue (BORSTAR) Team, and accompanied by multiple Border Patrol Agents, was assigned to be security for the Immigration, Customs, and Enforcement (ICE) Facility near Beach and Lexington Street. I was in a rough-duty multi-cam special operation Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

As we positioned ourselves in a formation that covered the width of the street, we began clearing way on Beach Street in Broadview, Illinois to establish a clear path for vehicles transporting apprehended illegal migrants and give access to the Broadview Immigration and Customs Enforcement (ICE) facility. The ordered action from Border Patrol Chief of El Centro Sector, Gregory Bovino, was to disperse a crowd of approximately 50 people that had gathered outside the compound. Some of the people were expressing hatred and frustration toward the agent's presence by showing aggressive postures and yelling obscenities.

As we began our forward movement, most of the people present obeyed our commands and remained clear from Beach Street. However, at approximately 6:32 P.M., an agent began chasing one individual who stood in the way of the agent's path. This then prompted me to run with him to provide additional assistance to effectively make an arrest. As I ran in the direction of the agent and absconder, a subject, later identified as IVERY, Paul, came into my line of sight from the left side and continued making terroristic threats towards nearby agents and me. I then shifted my attention and focused on arresting Paul Ivery. In a previous event, Paul IVERY, was identified as an agitator who at one point yelled that he would cause harm to us and challenged us to "do something".

As I sprinted towards Paul IVERY, he jumped on the hood of a white in color occupied parked vehicle, slipped, and fell on the windshield, breaking the glass and causing an injury to his left elbow. He stood up and continued his attempt to avoid apprehension. I was able to meet him on the rear side of the vehicle where I attempted to grab him making us both fall to the ground. Once on the ground, in an attempt to escape, Paul IVERY grabbed the back of my Kevlar helmet and was pulling down. This pressed my chin and airway down into the top edge of my front ballistic plate and chin strap. At that moment, my objective was to break his grip and create space so that I could regain my ability to breathe effectively. I was able to achieve it due to BPA Gresham Ganninger and another agent who quickly reacted to the situation and achieved full control of Paul IVERY by forcefully removing his hands from my Kevlar helmet and placing him in handcuffs. Paul IVERY suffered a minor cut to his left elbow due to the broken windshield he caused. BORSTAR medics on scene evaluated the injury and determined it was not significant. Paul IVERY was placed under arrest and was transported into the ICE facility for charging and investigative purposes from Homeland Security Investigations (HSI). BPA Ganninger and I then drove to the CBP Office of Field Operations Chicago to download any evidence footage. Soon after, our shift ended. Event can be referenced to my Axon evidence videos (AXON

| LES |

CHC v. Noem CBP 000793

E-STAR Incident | LES |-#25659

**Narrative of BARRY, SEAN ALMOND**

On September 27, 2025, I, Border Patrol Agent Sean BARRY, as part of the Mobile Response Team (MRT), Special Operations Detachment out of Tucson, Arizona (SOD/MRT/TCA), was deployed to Chicago, Illinois, as part of "Midway Blitz," a multi-agency response to civil unrest. I was assigned to provide security at the Immigration and Customs Enforcement (ICE) facility located at 1930 Beach Street, Broadview, Illinois. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 5:15 a.m., I, along with other Border Patrol Agents from TCA/SOD/MRT, arrived at the ICE facility. The building is located directly west of Beach Street, between Harvard Street and Lexington Street, with a single west-east access road intersecting Beach Street. The area surrounding the facility consists of other businesses and commercial buildings. Upon arrival, I observed no protestors in the vicinity, and the area remained quiet.

At approximately 1:00 p.m., the number of protestors began to increase, with approximately 20 to 30 individuals gathering along the anti-climb fence on Beach Street just north of the ICE facility. The protestors were carrying signs and using bullhorns while chanting and cursing. The situation remained volatile as the crowd continued to grow.

By approximately 8:30 p.m., the protest had grown to several hundred individuals. Many protestors carried shields made from plywood and metal bars. Several protestors visibly displayed knives on their bodies. Additionally, numerous protestors were equipped with helmets, gas masks, knee pads, gloves, and other protective gear, indicating the potential for violence. The situation remained tense as the protestors continued their activities near the ICE facility.

For the safety of the detainees, the facility, agents, and members of the crowd, the determination was made to have the protestors move back to the intersection of Beach Street and Lexington Street. Efforts were coordinated to ensure the crowd was moved in an orderly and controlled manner.

When some protestors refused to comply with commands to move back to the intersection, at approximately 8:50 p.m., I deployed one pocket smoke canister and one pocket CS gas canister in the direction of the non-compliant individuals. The individuals were approximately 20 feet from me at this time. This deployment was successful in dispersing the protestors, and I did not feel the need to deploy any additional gas canisters at this time.

Following the deployment, many protestors made the decision to leave the area. However, approximately 30 to 40 individuals continued to protest at the corner of Lexington and Beach. In response, agents formed a line along Beach Street to ensure no protestors attempted to move closer to the facility. The situation remained under control as agents maintained their positions.

At approximately 9:45 p.m., I was informed by my team leader that I could leave for the night, as the crowd had become mostly peaceful and the situation had calmed down. At the same time, I informed my Team leader, Supervisory Border Patrol Agent (SBPA) Corey Meyers, that I had deployed one pocket smoke canister and one pocket CS gas canister. My body worn camera was active during the time of the incident. Evidence Serial Number: | LES |
No injuries were observed or reported due to my use of force.

**Narrative of BERLIN, PADRAIC DANIEL**

On September 27, 2025, I Border Patrol Agent (BPA) Padraic Berlin was assigned to the Detroit Sector Special Operations Detachment, Border Patrol Tactical Unit (DTM SOD BORTAC). During this timeframe I was deployed to Chicago Illinois for Operation Midway Blitz. Our mission was protection of the Immigration and Customs Enforcement (ICE) Detention facility located at 1930 Beach St. Broadview Illinois. At approximately 2200 hours CS gas was deployed to push back protesters away from the ICE facility. I observed an active CS gas canister that was deployed into the crowd of protesters thrown back towards officers, agents, and the ICE Facility. We successfully instructed the violent protesters to move back to the intersection of Lexington and Beach Street where we remained for the rest of the shift.

IDVRS Evidence Serial Number | LES |

E-STAR B-| LES |#25659

**Narrative of RANSOM, JOSHUA D.**

On September 27, 2025, at approximately 5:15 AM, I, BPA Ransom, assigned to the Tucson Sector Mobile Response Team (MRT), was deployed to Chicago Illinois in support of Operation Midway Blitz. I was specifically assigned to the Broadview Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO) located at 1930 Beach St, Broadview, Il 60155 to assist with crowd control and security for a protest that was occurring. Individuals were engaging in disruptive and dangerous behavior, including blocking traffic, shouting at law enforcement officers, and throwing objects.

Print Date: 2025-10-28

CHC v. Noem CBP 000794

E-STAR Incident ID | **LES** | 25859

I was wearing my green rough duty Border Patrol uniform and an external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) policies.

Throughout the day, the size of the crowd grew steadily until the evening, when hundreds of protestors were present. Earlier in the day, the protestors were largely compliant with law enforcement commands to leave the street to allow law enforcement vehicles to pass. However, later in the evening, the protestors began resisting commands and escalated their behavior, eventually turning violent.

At approximately 3:30 PM UTC, 10:30 AM CDT, I, in coordination with other law enforcement personnel, had successfully cleared the street to allow law enforcement vehicles to safely exit the ICE facility. As we were walking backward toward the facility to maintain a secure perimeter, I observed an individual, later identified as Dana Briggs, step off the sidewalk and aggressively approach law enforcement personnel while yelling in a loud and confrontational manner.

I, along with other agents, repeatedly ordered Briggs to return to the sidewalk. Despite multiple commands, Briggs refused to comply and continued to approach in an aggressive manner, shouting unintelligibly. Briggs's actions posed a safety risk to law enforcement personnel and disrupted ongoing operations to secure the facility.

At approximately 3:35 PM UTC, after Briggs ignored repeated lawful orders, I attempted to guide him back to the sidewalk by placing my hand on his arm and applying light pressure to direct him away from the street. During this interaction, Briggs's feet became tangled, and he fell backward onto the ground. As I and other agents attempted to place Briggs under arrest, Briggs struck Deputy Chief Patrol Agent Rachel McCaslin with his right hand.

Briggs was immediately restrained by me and other agents. He was handcuffed and searched incident to arrest. No weapons or contraband were found. Briggs did not physically resist further.

The area remained under heightened security due to the ongoing protest activity.

At approximately 9:00 PM, due to the escalating violence shown by the crowd, including the open display of weapons and multiple protestors yelling threats such as "We're going to fucking kill you," the order was given to extend the secure perimeter of the facility. Law enforcement commands were issued through the public address (PA) system on the Bearcat, instructing the protestors to clear the street back to the next intersection (Beach Street and Lexington Street). The crowd refused to comply with these commands and continued to block the street.

I observed the protestors displaying highly assaultive behavior, including throwing deployed chemical munitions back at law enforcement personnel and launching commercial-grade fireworks.

These actions posed a significant threat to the safety of law enforcement agents and bystanders. I also observed many of the protestors wearing protective gear and equipment, including fixed-blade knives openly carried on their persons, body armor or MX-style chest protectors, goggles, helmets, and commercially available respirators. The gear appeared to be intended to mitigate the effects of chemical munitions and enhance their ability to resist law enforcement efforts.

Protestors continued to escalate their behavior, advancing toward law enforcement personnel while shouting aggressively and throwing objects. There were multiple arrests were made of individuals, by other agents, who were actively resisting or physically combative. Several protestors ignored repeated verbal commands to cease their actions and move away from the street.

As the situation escalated, agents began deploying CS gas and conducting area saturation with pepper ball live PAVA OC powder to disperse the crowd. As we advanced, at approximately 9:20 PM, I personally deployed two volleys of three projectiles of pepper ball live PAVA OC powder from my FN 303 Less Lethal Launcher near two protestors for area saturation. These protestors were picking up deployed CS canisters and throwing them back at law enforcement personnel. I was approximately 20 feet away from the protestors at the time I deployed the projectiles.

The area remained under heightened security due to the ongoing protest activity. At approximately 10:00 PM, after ensuring the facility and surrounding area were largely secure, I departed the Broadview ICE Facility along with other Tucson Sector MRT agents.

No injuries were reported or observed due to my use of less lethal force.



CHC v. Noem CBP 000795

E-STAR Incident LES 5659

I reported my use of force to SBPA Corey Myers at approximately 10:00PM. My Incident Driven Body Worn Camera was on and active for this day except the last push when we cleared the protestors back to the intersection. The camera battery had died. Axon Body 4 D01A3515X

**Narrative of MYERS, COREY P.**

On September 27, 2025, I, Supervisory Border Patrol Agent C. Myers Team Leader for Border Patrol Tactical, Special Operations Detachment Tucson, (SOD/BORTAC) was deployed to Chicago, Illinois, as part of a multi-agency response to protest at Immigration Custom Enforcement (ICE) Facility. I was specifically at 1930 Beach St Broadview, Illinois in protection of the Immigration Customs Enforcement (ICE) building. I was in a rough-duty multi-cam special operation Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

To become a certified BORTAC operator, one must undergo a strenuous selection and training process. This process consists of multiple physical fitness tests, firearms qualifications, and a selection course to assess candidate's ability to operate in the most stressful and uncomfortable situations. Once selected, candidates must undertake approximately 3 months of follow on training, in which a candidate must achieve near perfect standards in the following proficiencies: firearms qualifications, close quarters combat, breaching, urban and rural high risk interdiction operations, surveillance, less lethal specialty impact and chemical munitions deployment and numerous other Tactics, Techniques and Procedures that a BORTAC operator may encounter on a regular basis while conducting their regularly assigned duties. Due to the difficulty in achieving the certification of a BORTAC operator, the unit is widely renowned as being one of the highest-caliber tactical teams within the federal service.

At approximately 5:00 p.m., I, along with other Border Patrol Agents from Tucson SOD, Detroit, and Del Rio SODs arrived at the ICE building in Broadview, Illinois. The ICE building's main entrance point is located off Beach Street, surrounded by other businesses and commercial buildings. As we approached the ICE facility, I observed a large crowd of approximately 200 plus protestors at the control access gate on Beach Street. These fence gates were established within the past week to protect officers and detainees from violent protestors. I observed multiple Mexican flags, and multiple signs that read, "No ICE" "Fuck ICE." The crowd, which was located directly in front of the Beach Street gate and approximately 15 yards from ICE building, was extremely agitated. Some individuals in the crowd were using loudspeakers to yell obscenities towards the group of Law Enforcement Officers that had been assigned to control gate access.

At approximately 7:20 p.m., we were made aware that service vehicles were going to leave the facility. We began to prepare to clear protestors from the gate to allow the vehicle to leave the facility. As I joined the line of other BPAs, I observed multiple subjects that came into proximity to the line. They began to yell and make aggressive statements, attempting to incite and agitate my fellow BPAs and me. At one point, I heard a subject yell, "You are all going to die" and "You should Kill Yourself". As the BORTAC team leader I was tasked with preventing the protesters from entering the detention facility and to protect our fellow agents from the protestors who were exhibiting violent behavior and failing to follow law enforcement's legal orders to depart the scene.

On multiple occasions, as government vehicles needed to exit the facility safely, we made attempts to disperse the crowd. Before every attempt, El Centro Sector Chief Patrol Agent Gregory Bovino announced to the crowd that they needed to move back. He further told them that this was a legal warning and if they did not follow the order they would be arrested for impeding law enforcement action. Every time we attempted to disperse the crowd, the protestors would become more aggressive and resistant. Some of the protestors did not comply with the commands from agents which led to arrest.

At approximately 5:45 p.m. one individual, later identified as Dana Briggs, did not comply with command from a fellow agent. He progressed forward into our formation. The agent pushed the induvial back to create space and the protestor fell. As another agent (female) attempted to help him up, the protestor struck the female agent with a punch to the chest. This resulted in his arrest. Following this incident a 30 -06 Winchester round was found near the line where protestors were located. The round was turned over to the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

At approximately 6:15 p.m., several protestors began to arrive with riot gear and supplies. The equipment consisted of gas masks, respirators, googles, helmets, shoulder pads and knee pads. Some protestors had knives located on their hips and ankles. Some of the protesters with riot gear also displayed shields. Some of the shields had nails and other sharp objects sticking out of them.





CHC v. Noem CBP 000796

LES

725659

At approximately 7:00 p.m. I was told that more protestors had shields and that they were starting to conspire together. Due to the elevated risk to the safety of agents. I made the decision to coordinate a movement to confiscate the shields. I instructed agents that we would conduct a push movement to grab the shields and throw them in a pickup truck that would follow behind agents. During this movement, protestors resisted and several PLS 10x Pava projectiles were deployed by other agents. Several arrests were also made during this time.

At approximately 8:45 p.m. CPA Bovino addressed me. He stated that the protest had become a security risk to Agent's, detainees and the facility. He requested I generate a plan to extend the security perimeter to move the protest to the intersection of Beach Street and Lexington Street. The plan was for **LEP** orcement personnel to get into a Mobile Field Force (MFF) line. Once in a lin **LEP** orcement personnel would move forward commanding all protesters to move back to the intersection. Many protesters had parked their vehicles on the street, and many people were still in the driver's seat of some of their vehicles. I made the decision to have ICE Special Response Team (SRT) team utilize their armored personnel carrier Bear Cat to follow behind the MFF line to protect agents.

At approximately 9:30 p.m. The gates were opened and Officers from ICE Special Response Team (SRT) advised the crowd that we are extending the perimeter and that they needed to move back. As we were attempting to move protestors back, I witnessed several Agents getting pushed by the crowd. Several subjects dressed in riot gear also locked arms together and resisted law enforcement movement. Several subjects threw various objects, such as water bottles and other items, at law enforcement.

Due to the numerous assaults that were occurring and the resistance from the crowd, several uses of force were used on the crowd. CS triple chaser canister was deployed into the crowd by another BORTAC Agent. Shortly after, I observed a large amount of CS gas coming towards my direction from an area where no agents were located. It is common for protestors to pick up or kick the deployed chemical munitions back towards agents.

At approximately 7:20 p.m. as we continued to attempt to move the protestors to the designated intersection, I observed several subjects resisting agents, pushing agents, linking arms refusing to move. I deployed two pocket tactical CS to move the resistant crowd away from the Agents. I was approximately 15 feet from the crowd at this time. When I later reviewed my body worn camera footage observed a crowd throwing and kicking the CS canisters back at law enforcement. This is what caused CS gas to be at the MFF line.

Two of the subjects that were arrested during this time were found to be armed with concealed handguns. Several arrests were made by agents and ICE ERO SRT members for assault and impeding.

After we were done moving the crowd to the intersection of Beach Street and Lexington Street, a pile of dug up bricks were located. It appeared as if the protesters were attempting to dig the bricks out of the ground.

I se **LEP** FF lines at the intersection and maintained those security lines until approximately 11:40 p.m. The crowd started to diminish around that time. **LEP** aw Enforcement Personnel moved back behind the ICE facility gate.

My Body Worn Camera (BWC) captured approximately 57 minutes of protest at Broadview ICE facility and law enforcement Mobile Field Force Action. My Use of two pocket tactical CS is observed on 2025-09-27 2137 D01. The evidence serial number for this video is D013459W

No injuries were reported or observed from my deployment of less lethal munitions.

I notified incident command of all uses of force via government email that took place.

CHC v. Noem CBP 000797

E-STAR inckler | **LES** | #25859

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|----|----|----------|

Print Date: 2025-10-28

CHC v. Noem CBP 000798