E-STAR incident ID **LES** #25688



## U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** B-2 **LES** #25688
**Title:** Operation Midway Blitz: Chicago - CS Deployment Humbolt Park Medical Center
**Shift start date/time:** 10/03/2025 04:30
**Shift end date/time:** 10/03/2025 20:30
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ○ No
**CBP Reporting Organizations:**
☒ U.S. Border Patrol Location: U.S. Border Patrol / Detroit Sector
☐ Air and Marine Operations
☐ Office of Field Operations
**Created by:** FICK, SHANNON M.       **Creation date/time:** 10/03/2025 19:13
**Last updated by:** HORNER, JOHN E.     **Last updated date/time:** 10/10/2025 10:18
**Reviewer:** HORNER, JOHN E            **Date reviewed:** 10/10/2025

## RELATED SYSTEMS: 3

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
   **Address:**

CHC v. Noem CBP 000822

E-STAR incident [ LES ] #25688

**Street:** 1044 N Francisco Ave
**City:** Chicago  **State:** ILLINOIS  **Zip:** 60622
**Incident coordinates:**
  **Latitude:** 41.90048
  **Longitude:** -87.70049
**Setting:** ○ Indoors  ⊗ Outdoors
  **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Near the intersection of Richmond Street and Cortez Street leaving Humboldt Park Health Center
**Environmental factors:**
  **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):** 81

# NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| TORRES, RAYMOND F | Operations Commander Midway Blitz | Phone | 10/03/2025 |
| DAVIS, RYAN M | Supervisory Border Patrol Agent | Phone | 10/03/2025 |

**Other authorities notified (external to CBP):** ☐ Federal  ☐ Tribal  ☐ State  ☐ Local  ☐ Foreign

# EMPLOYEES: 8

**Name:** TUCKER, JACOB G.
  **Gender:** Male  **Age:** 29  **Height:** 6'4"  **Weight:** 210 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 03/03/2019
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 6 years 7 months
    **CBP training previously received (not including basic academy training):**
      ☐ BPAIST     ☐ BORSTAR    ☐ BORTAC    ☐ DITP        ☐ DTI
      ☐ EDVPTP     ☐ EMT        ☐ FITP      ☐ LLITP (IFITP) ☐ MFF
      ☐ MRT        ☐ PITP       ☐ SRT       ☐ TATP        ☐ Other

  **Wearing body armor?** ⊗ Yes  ○ No
  **Attire:** ⊗ Uniform  ○ Plain clothes

  **Was TUCKER, JACOB G. assaulted?** ○ Yes  ⊗ No

  **Did TUCKER, JACOB G. use reportable force?** ○ Yes  ⊗ No

  **Was TUCKER, JACOB G. injured?** ○ Yes  ⊗ No

**Name:** ALVILLAR, ALFREDO
  **Gender:** Male  **Age:** 50  **Height:** 6'3"  **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 04/11/2005
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

CHC v. Noem CBP 000823

E-STAR incident ID: LES #25688

Duty (or detail/TDY) location EOD: 09/05/2025
Duty status at the time of the incident: ☒ On duty  ○ Off duty
    Activity: Mobile Response Team (MRT)

Armed law enforcement experience:
    Total law enforcement experience at the time of the incident: 20 years 6 months
    CBP training previously received (not including basic academy training):

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
|---|---|---|---|---|
| ☐ EDVPTP | ☒ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

Wearing body armor? ☒ Yes  ○ No
Attire: ☒ Uniform  ○ Plain clothes

Was ALVILLAR, ALFREDO assaulted? ☒ Yes  ○ No

Did ALVILLAR, ALFREDO use reportable force? ○ Yes  ☒ No

Was ALVILLAR, ALFREDO injured? ○ Yes  ☒ No

Name: BARTLETT, JUSTIN M.
    Gender: Male  Age: 51  Height: 5'6"  Weight: 210 pounds
    CBP employee series or role: Officer/Agent
    Service EOD: 06/01/2009
    Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
    Duty (or detail/TDY) location EOD: 09/05/2025
    Duty status at the time of the incident: ☒ On duty  ○ Off duty
        Activity: Patrol Interior

Armed law enforcement experience:
    Total law enforcement experience at the time of the incident: 16 years 4 months
    CBP training previously received (not including basic academy training):

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
|---|---|---|---|---|
| ☐ EDVPTP | ☐ EMT | ☒ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

Wearing body armor? ☒ Yes  ○ No
Attire: ○ Uniform  ☒ Plain clothes

Was BARTLETT, JUSTIN M. assaulted? ☒ Yes  ○ No

Did BARTLETT, JUSTIN M. use reportable force? ○ Yes  ☒ No

Was BARTLETT, JUSTIN M. injured? ○ Yes  ☒ No

Name: HEWSON, KRISTOPHER M.
    Gender: Male  Age: 42  Height: 6'3"  Weight: 215 pounds
    CBP employee series or role: Officer/Agent
    Service EOD: 09/04/2006
    Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
    Duty (or detail/TDY) location EOD: 10/03/2025
    Duty status at the time of the incident: ☒ On duty  ○ Off duty
        Activity: Patrol Interior

Armed law enforcement experience:
    Total law enforcement experience at the time of the incident: 19 years 1 months
    CBP training previously received (not including basic academy training):

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
|---|---|---|---|---|

CHC v. Noem CBP 000824

E-STAR incident LES F-#25688

- ☐ EDVPTP
- ☐ EMT
- ☐ FITP
- ☐ LLITP (IFITP)
- ☐ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was HEWSON, KRISTOPHER M. assaulted?** ☒ Yes ☐ No

**Did HEWSON, KRISTOPHER M. use reportable force?** ☒ Yes ☐ No
 **Force type:** Less-lethal Device
 **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
 **Device type:** Hand-Thrown Munitions - Chemical
 **Munition type:** Triple Chaser CS Canister
 **Device description/comments:** Tripple Chaser CS
 **Estimated use of force date/time (local):** 10/03/2025 17:59
 **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
 **Estimated distance:** 10 feet
 **Approximately how many munitions did you deploy?** 1
 **Collateral contamination occurred:** ☐ Yes ☒ No ☐ Unknown ☐ Not applicable
 **Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☒ No
 **Reason(s) for this use of force:**

 - ☒ Protect self
 - ☒ Protect co-worker
 - ☐ Protect innocent 3rd party
 - ☐ Protect non-CBP officer/agent
 - ☐ Effect an arrest or detention
 - ☐ Prevent escape
 - ☒ Overcome resistance
 - ☐ Stop vehicle
 - ☐ Vessel failure to heave to
 - ☐ Animal euthanization
 - ☐ Other

**Was HEWSON, KRISTOPHER M. injured?** ☐ Yes ☒ No

**Name:** VALENTIN, JAVIER A.
 **Gender:** Male **Age:** 43 **Height:** 5'9" **Weight:** 210 pounds
 **CBP employee series or role:** Officer/Agent
 **Service EOD:** 02/27/2006
 **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
 **Duty (or detail/TDY) location EOD:** 09/05/2025
 **Duty status at the time of the incident:** ☒ On duty ☐ Off duty
  **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

 **Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 19 years 7 months
  **CBP training previously received (not including basic academy training):**

  - ☐ BPAIST
  - ☒ BORSTAR
  - ☐ BORTAC
  - ☐ DITP
  - ☐ DTI
  - ☐ EDVPTP
  - ☒ EMT
  - ☐ FITP
  - ☐ LLITP (IFITP)
  - ☐ MFF
  - ☐ MRT
  - ☐ PITP
  - ☐ SRT
  - ☐ TATP
  - ☐ Other

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was VALENTIN, JAVIER A. assaulted?** ☒ Yes ☐ No

**Did VALENTIN, JAVIER A. use reportable force?** ☐ Yes ☒ No

**Was VALENTIN, JAVIER A. injured?** ☐ Yes ☒ No

**Name:** HARDIN JR, WILLIAM A.
 **Gender:** Male **Age:** 35 **Height:** 6'0" **Weight:** 185 pounds
 **CBP employee series or role:** Officer/Agent

CHC v. Noem CBP 000825

E-STAR incident  LES  #25688

**Service EOD:** 01/08/2024
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
  **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 1 years 10 months
  **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was HARDIN JR, WILLIAM A. assaulted?** ⊗ Yes  ○ No

**Did HARDIN JR, WILLIAM A. use reportable force?** ⊗ Yes  ○ No
  **Force type:** Less-lethal Device
  **Device:** PLS (PepperBall Launching System)
  **Device type:** PAVA (area saturation)
  **Estimated use of force date/time (local):** 10/03/2025 17:00
  **Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
  **Estimated distance:** 20 feet
  **Approximately how many volleys did you deploy?** 1
  **Approximately how many projectiles did you deploy?** 6
  **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ⊗ No
  **Reason(s) for this use of force:**

| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was HARDIN JR, WILLIAM A. injured?** ○ Yes  ⊗ No

**Name:** BERLIN, PADRAIC DANIEL
  **Gender:** Male  **Age:** 34  **Height:** 6'0"  **Weight:** 220 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 03/11/2013
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 12 years 6 months
    **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was BERLIN, PADRAIC DANIEL assaulted?** ⊗ Yes  ○ No

CHC v. Noem CBP 000826

E-STAR incident LES #25688

Did BERLIN, PADRAIC DANIEL use reportable force? ◯ Yes ⊗ No

Was BERLIN, PADRAIC DANIEL injured? ◯ Yes ⊗ No

**Name:** DUBAR JR, DAVID R.
    **Gender:** Male    **Age:** 53    **Height:** 5'8"    **Weight:** 185 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 06/21/2010
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/14/2025
    **Duty status at the time of the incident:** ⊗ On duty    ◯ Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 15 years 4 months
        **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes    ◯ No
**Attire:** ⊗ Uniform    ◯ Plain clothes

Was DUBAR JR, DAVID R. assaulted? ⊗ Yes    ◯ No

Did DUBAR JR, DAVID R. use reportable force? ◯ Yes    ⊗ No

Was DUBAR JR, DAVID R. injured? ◯ Yes    ⊗ No

## SUBJECTS: 2

**Name:** MASS GROUP
    **Estimated number of individuals in the group:** 50
    **Group description (Composition, attire, etc.):** Approximately 50 individuals who were attempting to block in Border Patrol Agent vehicles as they were attempting to exit.
    **Was any member of this group wearing body armor?** ◯ Yes    ⊗ No    ◯ Unknown
    **Group activity:**
        ☐ Illegal entry
        ☐ Uncooperative during encounter/inspection
        ☐ Failure to yield/heave to
        ☐ Checkpoint runner
        ☐ Port runner
        ☐ Alien smuggling
        ☐ Narcotics smuggling
        ☐ Scouting
        ☐ Assault (rocks/other projectiles)
        ☒ Assault (all other types)
        ☒ Rioting/civil disturbance
        ☐ Mass coordinated entry
        ☐ No suspected illegal activity
        ☐ Other
    **Group's current location and disposition if known:** Disbursed after CS Gas was deployed and vehicles left the area.

    **Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes    ◯ No
        **Was any member of the group outside the US or its territories when committing the assault?**

E-STAR incident ID: **LES** 25688

○ Yes ⊗ No

**Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
        **Describe physical assault:** Several individuals in the crowd were pushing and kicking Agents as they were attempting to leave
    **Estimated assault date/time (local):** 10/03/2025 17:55

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes ○ No
    **Was any member of this group outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Name:** UNKNOWN-1
**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown
**Attire:** ⊗ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**
    ☐ Illegal entry
    ☐ Uncooperative during encounter/inspection
    ☐ Failure to yield/heave to
    ☐ Checkpoint runner
    ☐ Port runner
    ☐ Alien smuggling
    ☐ Narcotics smuggling
    ☐ Scouting
    ☒ Assault (rocks/other projectiles)
    ☐ Assault (all other types)
    ☐ Rioting/civil disturbance
    ☐ Mass coordinated entry
    ☐ No suspected illegal activity
    ☐ Other

**Subject's current location and disposition if known:** Individual fled the scene after throwing the rock. They were unable to be found.

**Did this subject assault a CBP employee?** ⊗ Yes ○ No
    **Was the subject outside the US or its territories when committing the assault?** ○ Yes ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Rocking (rocks only)
        **Estimated assault date/time (local):** 10/03/2025 17:30

**Was reportable force used on this subject?** ⊗ Yes ○ No
    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

## ASSAULTS: 7

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---|---|---|---|

CHC v. Noem CBP 000828

E-STAR incident ID **LES** #25688

| | | | | |
|---|---|---|---|---|
| MASS GROUP | Physically w/o weapon - Several individuals in the crowd were pushing and kicking Agents as they were attempting to leave on 10/03/2025 17:55 | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ALVILLAR, ALFREDO | ⊗ Yes ○ No | Not injured in this incident |
| | | BARTLETT, JUSTIN M. | ⊗ Yes ○ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ○ Yes ⊗ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ○ Yes ⊗ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ○ Yes ⊗ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ○ Yes ⊗ No | Not injured in this incident |
| UNKNOWN-1 | Rocking (rocks only) on 10/03/2025 17:30 | ALVILLAR, ALFREDO | ○ Yes ⊗ No | Not injured in this incident |
| | | BARTLETT, JUSTIN M. | ○ Yes ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |
| | | VALENTIN, JAVIER A. | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ⊗ Yes ○ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes ○ No | Not injured in this incident |
| | | DUBAR JR, DAVID R. | ⊗ Yes ○ No | Not injured in this incident |

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF Information |
|---|---|---|
| HEWSON, KRISTOPHER M. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Tripple Chaser CS on 10/03/2025 17:59 | Subject: MASS GROUP<br>Was this use of force in response to the following assault by this subject?<br>Physically w/o weapon - Several individuals in the crowd were pushing and kicking Agents as they were attempting to leave on 10/03/2025 17:55 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| HARDIN JR, WILLIAM A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/03/2025 17:00 | Subject: UNKNOWN-1<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force in response to the following assault by this subject?<br>Rocking (rocks only) on 10/03/2025 17:30 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |



CHC v. Noem CBP 000829

E-STAR ind    **LES**    #25686

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes   ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

    Immigration and Customs Enforcement (ICE) is currently executing "Operation At Large" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

    Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

    Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

    The below event occurred in the area of this event but a few hours prior. It was also not related to the mass group of people though the mass group was present. It was a single vehicle who threw spikes in front of the agent's vehicle. Therefore, a separate event number was created to document this event. Reference event number below for further information:

    **LES**    Operation Midway Blitz: Chicago - Spikes Thrown at Vehicle Humbolt Park Medical Center.

**Current certification status:** Certified
**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| PII; LES | FICK, SHANNON M. | 10/08/2025 13:47 |
| PII; LES | FICK, SHANNON M. | 10/09/2025 16:13 |

**Narrative of ALVILLAR, ALFREDO**
On October 3rd, 2025, I, Supervisory Border Patrol Agent Alfredo Alvillar Jr., was assigned interior patrol duties with the Secretary of Homeland Security Kristi Noem. At approximately 1130 hours we entered Walmart parking lot located at 4650 W North Ave.

Upon entering the parking lot agents were chasing numerous subjects. One Agent reported that a subject had jumped a wooden fence and required medical assistance. It was determined that this subject needed advanced medical care at the hospital. Subject was transported to Humboldt Park Medical Center in Humboldt Park, Chicago, Illinois.

Two agents escorted the subject into the hospital to obtain care. Three other agents and I, in an unmarked Expedition with a security team, remained outside the hospital to await the discharge of the subject. During our wait outside numerous subjects were recording us and taking our pictures. Subjects started to surround our vehicle, and we left to stop drawing attention to ourselves. We drove around the block and kept being followed by persons on bikes and vehicles while they were blowing whistles and yelling "La Migra". We drove by the hospital a couple of times and noticed a large gathering with news vans parked by the Emergency entrance. We were trying to coordinate with our relief to find a safe route for them to enter the hospital.

It took over four hours for our relief to be able to enter the hospital. The whole time we were being followed and harassed by people with bikes, scooters, and vehicles. At one point we had 20 bicycles and four vehicles chasing us throughout Humboldt Park, Chicago, Illinois. To lose the tails we had to utilize emergency lights and conduct evasive driving. Subjects were attempting



CHC v. Noem CBP 000830

E-STAR incident ID **LES** #25688

to box us in.

Once our relief was inside the hospital, the security team and SBPA Hewson coordinated a pickup for the agents that were inside performing hospital watch. The only way to pick them up was to drive where the crowd was at the emergency room entrance. The unmarked Expedition, of which I was a passenger, turned onto Cortez Street and immediately saw a crowd of subjects following the security vehicles away from the hospital.

When the crowd saw the vehicle, I was in, they turned and engulfed our vehicle on all sides. One female stood in front of our vehicle defiantly impeding our progress. SBPA Hewson lowered his window and ordered her to move. SBPA Hewson also told the female that if she did not comply, he would move her out of the way. The female shook her head "no". SBPA Hewson exited the vehicle and nudged her to the side. At this point I also exited the vehicle to assist SBPA Hewson. BPA Tucker and BPA Bartlett stayed in the vehicle at this time. BPA Tucker was driving our vehicle and attempting to navigate it through the crowd as we cleared people from in front of it. As I was approaching SBPA Hewson other protestors in the area started surrounding us and started approaching the front of the vehicle to impede it from moving forward. I started giving commands to the people in front of the vehicle to move out of the way. The crowd ignored commands and did not move. At this point an elderly female and a middle-aged man were right in front of the vehicle. I started to push them out of the way to clear our path so we could exit the area safely. Both subjects gave their back to me and started pushing against me to get me out of their way. After a few moments I was able to move them out of the way. I noticed that Border Patrol Agent Justin M. Bartlett had also exited the vehicle and was assisting us in removing people from in front of the vehicle. As we started gaining space and BPA Tucker was able to move the vehicle forward. At this time, we made the decision to jump back into the vehicle. We took advantage of the space that was created and were able to successfully get away from the crowd.

In the processes of removing people from in front of our vehicle, there were a lot of people pushing and shoving in the crowd. Due to the size of the crowd, and the exigency of the situation, it was hard to determine who was responsible for pushing and shoving.

At approximately 1755 hours, as we were moving out of the area, SBPA Hewson gave a warning about CS gas being deployed. The CS was successfully deployed dispersing the crowd and allowing the vehicle to advance forward and completely leave the area.

I did not have a chance to ask the subjects if they needed any medical attention. The subjects fled when the CS gas was deployed. I did not notice anyone suffering adverse effects to the CS deployment. The hospital was 50 yards away.

SBPA Hewson immediately verbally reported that CS gas was deployed to Branch Chief Raymond Torres.

Due to how quickly the event evolved, and due to not being familiar with having a body camera on me, I forgot to record the event with my assigned body camera.

### Narrative of BARTLETT, JUSTIN M.
On 3 October 2025 Border Patrol Agent-Intelligence (BPA-I) Justin Bartlett was assigned interior patrol duties with the Secretary of Homeland Security Kristi Noem at a Walmart in Cicero, IL. Upon entering the parking agents were on foot pursuit of numerous subjects. One Agent reported that a subject had jumped a wooden fence and required medical assistance. It was determined that the subject needed advanced medical care at the hospital. Subject was transported to Humboldt Park Medical Center in Humboldt Park, Chicago, Illinois.

Two agents escorted the subject into the hospital to obtain care. Three other agents and I, in an unmarked Expedition with a security team, remained outside the hospital to await the discharge of the subject. During our wait outside numerous subjects were recording us and taking our pictures. Subjects started to surround our vehicle, and we left to stop drawing attention to ourselves. We drove around the block and kept being followed by persons on bikes and vehicles while they were blowing whistles and yelling "La Migra". We drove by the hospital a couple of times and noticed a large gathering with news vans parked by the Emergency entrance. We were trying to coordinate with our relief to find a safe route for them to enter the hospital.

It took over four hours for our relief to be able to enter the hospital. The whole time we were being followed and harassed by

CHC v. Noem CBP 000831

E-STAR Incident ID **LES** #25688

people with bikes, scooters, and vehicles. At one point we had 20 bicycles and four vehicles chasing us throughout Humboldt Park, Chicago, Illinois. To lose the tails we had to utilize emergency lights and conduct evasive driving. Subjects were attempting to box us in.

Once our relief was inside the hospital, the security team and SBPA Hewson coordinated a pickup for the agents that were inside performing hospital watch. The only way to pick them up was to drive where the crowd was at the emergency room entrance. The unmarked Expedition, of which I was a passenger, turned onto Cortez Street and immediately saw a crowd of subjects following the security vehicles away from the hospital.
When the crowd saw my vehicle, they turned and engulfed our vehicle on all sides. Approximately thirty subjects were surrounding and standing in front of the vehicle, not freely allowing the vehicle to travel further on the paved road. I physically removed subjects away from a US Government rental vehicle. The subjects were impeding us from performing our official duties. SBPA Hewson immediately gave verbal commands to the subjects informing them that they needed to move away from the front of the vehicle and the subjects said, "no."

As I was attempting to disembark the vehicle, I observed the driver's side passenger door be opened by a subject in the crowd. I immediately exited the vehicle and identified an individual (a black woman with what appeared to be a brown leather jacket) who was within one foot of the driver's side passenger door, disobeying orders to move away from the vehicle; I physically removed the subject from near the vehicle. The same woman then attempted to kick me. She did not make contact and was not observed again.

I then walked to the front of the vehicle and observed approximately fifteen subjects standing within five feet of the front of the vehicle prohibiting the free travel of the government vehicle on the roadway. I physically removed two to five subjects from out of front of the vehicle before vehicle before those who were physically removed and those who had moved voluntarily enough for the roadway to be made clear enough for us to proceed.

The total time-lapse of the event was approximately three minutes. During that time, I, while shoulder to shoulder with numerous subjects in the crowd was not injured during this incident. I did not observe anyone in the crowd obtain any injuries nor were any injuries reported by them.

I was wearing civilian attire, a duty belt, and my external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

My body camera was attached to my ballistic vest; however, due to the immediate need to exit the vehicle to defend our safety from the crowd, I failed to press the button to start recording.

### Narrative of HARDIN JR, WILLIAM A.
On October 3, 2025, I, Border Patrol Agent (BPA) William Hardin, as a member of Tucson Sector (TCA) Border Patrol Search Trauma and Rescue (BORSTAR), along with other Special Operations Detachment (SOD) entities, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in my issued Border Patrol Special Operations Multicam uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards. On this date I was working day shift assigned as a Quick Reaction Force (QRF) element in the event to assist Strike Teams (ST) in the Chicago, Illinois area. In my vehicle was myself as driver, BPA Javier Valentin, BPA David Dubar, and BPA Padraic Berlin. My assigned QRF vehicle was a government owned vehicle, K19221, a white unmarked Ford F-150.
At approximately 10:00AM, my QRF element assisted STs in Chicago, Illinois in apprehending illegal aliens. Our task was to ensure the safety of Patrol Agents (PAs) as they made arrests. Our QRF and ST were observed by Chief Gregory Bovino and Secretary of Homeland Security Kristi Noem. The entire force present were met with hostility in the neighborhoods and surrounding areas. Protestors and agitators surrounded the ST as they made arrests. Some of these agitators were arrested for assaulting, impeding, or intimidating the agents present. One of the illegal aliens was injured as he attempted to evade arrest and medical transport was initiated.
Around 10:30AM the QRF and ST elements exited the area into the surrounding neighborhoods. Vehicles began to follow the teams. The vehicles following the QRF and STs were driving aggressively, using their vehicles to surround and stop QRF and ST vehicles and trying to run them off the road. Our only option was to attempt to maneuver through tight streets and busy

CHC v. Noem CBP 000832

E-STAR Incident ID **LES** #25688

neighborhoods ensuring the safety of all agents present and the general population. Around 11:00AM we were able to lose all aggressive drivers following us. We were informed that the injured illegal alien was transported to Humboldt Park Health Emergency Department sometime before 12:00pm. Two Border Patrol Agents (BPAs) were assigned hospital watch for the injured illegal alien.

Our QRF element was told to remain in the area of Humboldt Park to retrieve the two BPAs on hospital watch. We were not given a timeline for their hospital watch relief. We drove around the area of Humboldt Park for approximately four and a half hours waiting for the new hospital watch to show up. During that time, all QRF vehicles were followed by aggressive drivers. Protestors and agitators began to amass at Humboldt Park Health Emergency Department. QRF teams observed individuals dropping sharpened metal three-pronged spikes into the road near the hospital and near the QRF team vehicles, further endangering agents present. At approximately 2:00pm, we were told by our Team Leader (TL), Supervisory Border Patrol Agent (SBPA) Kristopher Hewson, that the hospital watch relief was en route. The party relieving our two BPAs would be two Customs and Border Protection Officers (CBPOs). The CBPOs had security concerns and were delaying entry into the hospital to relieve the BPAs. This created an untenable situation for the QRF teams present in the Humboldt Park area due to the increasing hostility of agitators at the hospital and in vehicles following the QRF teams.

At approximately 4:30pm, we called by cell phone the two CBPOs and agreed to get in a good location to observe their approach to the hospital and provide support if needed. Once inside the hospital, the BPAs would exit and we would arrange to pick up the BPAs. All other QRF and ST vehicles were out of the area attempting to evade the aggressive drivers following them. While in position to observe the CBPOs, agitators located our vehicle which was parked on the southern corner of Cortez Street and Mozart Street. We attempted to speak with the agitators and tell them we were picking up our BPAs and would leave the area once we had done so. We decided at this time to communicate with our BPAs in the hospital that we would pick them up hastily due to the hostility developing. One agitator on a bike pulled up behind me, blocking my exit from street. I was driving the vehicle and instructed the agitator behind me to stop blocking my exit. More agitators began to surround our vehicle and the situation was presenting a safety concern. The agitators were screaming, "FUCK YOU, FUCK ICE, FUCK BORDER PATROL, GET OUT OF OUR CITY" at us and not allowing us to leave. BPAs Valentin, Dubar, and Berlin exited the vehicle and cleared the agitators from the path of the vehicle.

While reversing out of the parking spot, the agitators present were screaming and yelling, striking the vehicle with their fists. All agents in the vehicle were warning the agitators to clear the path of the vehicle and cease striking it. There were approximately 15-20 agitators present and we drove on Cortez toward the hospital. At this time a rock roughly the size of a softball was thrown at our vehicle, striking the pillar between the front and rear passenger side windows. I stopped the vehicle and BPAs Valentin, Dubar, and Berlin exited to assess the situation. I grabbed the Pepperball Launching System (PLS) in order to provide less lethal coverage for the situation if needed. BPAs present were attempting to determine who threw the rock and commanding everyone to clear out for officer safety. The agitators were yelling, "FUCK YOU, FUCK ICE." As I exited the vehicle, I noticed all the agitators moving back except for one individual on a bike in the street. People on bicycles had been following QRF vehicles, aggressively and dangerously maneuvering to block QRF team drivers in this neighborhood since around noon. The cyclist was yelling, "FUCK YOU, YOU FUCKING FASCIST, FUCK YOU NAZI" at BPA Dubar and refusing to clear from the roadway. At approximately 5:00pm I launched a volley of 4-6 10X Pava pepperball projectiles via area saturation with the PLS at a distance of approximately 20 feet in order to clear the bicyclist from the roadway and further ensure the safety of all agents after an assault. I was able to activate my body-worn camera at this time (A5RWQ). I was unable to offer any medical aid/decontamination to the exposure, if needed, due to the dynamic and evolving situation. I notified my supervisor of the use of force once we left the hospital.

The identity of the assailant was not obtained. We entered the vehicle and drove toward the hospital to pick up the two BPAs from the Emergency Department (ED). Agitators continued to surround our vehicle as we approached the doors of the ED. BPA Berlin exited the vehicle and cleared the path of the vehicle as we exited the ED with the two BPAs we picked up from hospital watch. We departed the area without further incident.


**Narrative of VALENTIN, JAVIER A.**
On October 3, 2025, I Border Patrol Agent (BPA) Javier Valentin was assigned to the Tucson Sector Special Operations Detachment, Border Patrol Search Trauma and Rescue Team (BORSTAR). During this time, I was deployed to Chicago, Illinois in support of Operation Midway Blitz. On October 3, 2025, I was assigned as a Quick Reaction Force (QRF), in the south side of Chicago, Illinois in support of the BPA's that were conducting immigration enforcement. On that day we were in my assigned government service vehicle K19221, a government unmarked white Ford F150. On my vehicle I had three other agents with me BPA Berlin P., BPA Hardin W. and BPA Dubar D.





E-STAR incident ID: LES 25688

On October 7, 2025, there were two agents doing hospital watch duties for an illegal alien that had jumped a fence and broke his leg when he landed. At the entrance of the hospital there was a large number of protesters that had gathered there. As we were attempting to pick up the agents that were in the hospital, protesters began to block our vehicles using their bicycles. The protesters were also yelling and recording us. As we were trying to maneuver our vehicle one of the protesters from crowd threw a large rock at our vehicle. The rock hit in the B pillar between the front passenger window and the rear passenger window. Nearly missing the window and possibly harming one of the occupants inside the vehicle. We didn't see the individual or were able to identify the individual that threw the rock. As we continued driving, trying to leave the hospital area, several people kept blocking the road. Agent Berlin and I exited the vehicle to clear the road and move the protesters that were blocking the road and we cleared the scene.

### Narrative of HEWSON, KRISTOPHER M.

On October 3rd, 2025, I, Supervisory Border Patrol Agent Kristopher Hewson, was assigned interior patrol duties with the Secretary of Homeland Security Kristi Noem. At approximately 1130 hours we entered Walmart parking lot located at 4650 W North Ave. Upon entering the parking lot agents were chasing numerous subjects. One Agent reported that a subject had jumped a wooden fence and required medical assistance. It was determined that this subject needed advanced medical care at the hospital. Subject was transported to Humboldt Park Medical Center in Humboldt Park, Chicago, Illinois.

Two agents escorted the subject into the hospital to obtain care. 3 other agents and myself, in my Unmarked expedition with my security team, remained outside the hospital to await the discharge of the subject. During our wait outside numerous subjects were recording us and taking our pictures. Subjects started to surround our vehicle, and we left to stop drawing attention to ourselves. We drove around the block and kept being followed by persons on bikes and vehicles while they were blowing whistles and yelling "La Migra". We drove by the hospital a couple of times and noticed a large gathering with news vans parked by the Emergency entrance. We were trying to coordinate with our relief to find a safe route for them to enter the hospital.

It took over 4 hours for our relief to be able to enter the hospital. The whole time we were being followed and harassed by people with bikes, scooters, and vehicles. At one point we had 20 bicycles and 4 vehicles chasing us throughout Humboldt Park, Chicago, Illinois. To lose the tails we had to utilize emergency lights and conduct evasive driving. Subjects were attempting to box us in.

Once our relief was inside the hospital my security team and I coordinated a pickup for our agents that were inside performing hospital watch. The only way to pick them up was to drive where the crowd was at the emergency room entrance. My unmarked expedition turned onto Cortez Street and immediately saw a crowd of subjects following one of my security vehicles away from the hospital.

When the crowd saw my vehicle, they turned and engulfed our vehicle on all sides. One female stood in front of our vehicle defiantly impeding our progress. I lowered my window and ordered her to move, or I will move her out of the way. She shook her head "no". I exited the vehicle and nudged her to the side. She started to back up instead of moving out of the way of our vehicle. She told me that she was backing up. I ordered her to move to the side and shoved her to the side. More subjects kept standing in front of the vehicle and me and other agents kept having to shove individuals away from the path of the vehicle.

At approximately 1755 hours we made it to Richmond Street where the crowd started pushing and kicking Agents. I informed the crowd that if they didn't cease their actions, I would deploy chemical munitions. The crowd continued attempting to block our path and assault agents by pushing and kicking them. I ordered my agents back into the vehicle to exfil and deployed one triple chaser CS gas cannister. The CS Gas was effective, and the crowd made a path for us to leave. We immediately left the area.

I did not have a chance to ask the subjects if they needed any medical attention. The subjects had fled when the CS Gas was deployed. I did not notice anyone suffering adverse effects to the CS deployment. The hospital was 50 yards away.

I immediately verbally reported that CS Gas was deployed to Branch Chief Raymond Torres.

### Narrative of BERLIN, PADRAIC DANIEL

On October 3, 2025, I Border Patrol Agent (BPA) Padraic Berlin was assigned to the Detroit Sector Special Operations Detachment, Border Patrol Tactical Unit (DTM SOD BORTAC). During this timeframe I was deployed to Chicago Illinois for

CHC v. Noem CBP 000834

E-STAR incident **LES** #-#25688

Operation Midway Blitz. Our mission was to support Border Patrol Immigration Enforcement Operations around the Humboldt Park area. We supported the BPAs as part of a Quick Reaction Force (QRF). The QRF consists of a specialized group of 12 to 15 Special Operations Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments.

Our QRF was comprised of both BORTAC and Border Patrol Search Trauma and Rescue (BORSTAR) Operators. My assigned QRF vehicle was government vehicle K19221, a white unmarked Ford F-150. Our vehicle consisted of BPA William Hardin Jr. as driver, BPA Javier Valentin as front passenger, BPA David Dubar rear passenger side, and me on the rear driver's side. Since the beginning of Operation Midway Blitz, we have seen an exponential increase in assaults against agents. Subjects have thrown objects and utilized their own bodies to block and impede law enforcement operations. This includes subjects utilizing their vehicles as weapons by intentionally ramming agents' vehicles. Subjects are conducting this behavior to disable, disrupt, and harm agents during their official duties. In just the few days prior, there were multiple instances of this exact behavior. One government vehicle was even deemed a total loss after a subject rammed their vehicle into agents conducting enforcement operations.

In the morning hours while BPA's conducted immigration duties. An illegal alien fled on foot, attempted a highly athletic maneuver of jumping over an 8-foot-tall wooden privacy fence. The illegal alien subsequently injured himself as he failed to return to the ground in a safe and athletic manner. This resulted in transportation to a nearby Humboldt Park Medical Center in Humboldt Park, Chicago, Illinois for medical treatment.

Two BPA's were tasked with hospital watch for the injured illegal alien. After long hours of awaiting coordination for new agents to take over hospital watch. My QRF team was tasked with the safe extraction of the two current BPA's within the hospital. At approximately 1850 hours we maneuvered our vehicle closer to the hospital. Within minutes we were encountered by multiple groups of protesters. Many attempted to block us in utilizing their bodies and bicycles. Numerous times I needed to intervene and instruct them to move away from the vehicle. As we slowly drove closer to the extraction point of the main emergency room doors our vehicle was struck by 8-10 inch diameter piece of concrete. The concrete struck our vehicle on the passenger side B pillar. Both vehicle windows were open and if this projectile would have hit just a few inches forward or backward would have struck either BPA Valetin or BPA Dubar directly in the face and head area. We attempted to locate the perpetrator but were unsuccessful. The crowd only began to grow and become more unruly. A cyclist was shouting expletives at us and refusing to clear the roadway. BPA Hardin launched a volley of 4-6 projectiles via area saturation with the pepper ball launching system (PLS) at approximately 20 feet to clear a bicyclist from the roadway and further ensure the safety of all agents after an assault. We then decided to maneuver to the extraction point. En route protesters ran next to us, spit on our vehicle, and continued to shout harmful words. Once we arrived, we were met with an even larger crowd, approximately 50 hostile protesters. Once again many began to surround our vehicle shouting expletives and refusing to exit the roadway. I exited the vehicle, allowed for our two BPA's from hospital watch to enter, then attempted to drive away. Numerous protesters decided to block our route of exit. I then gently instructed them to move out of the way of the vehicle. Eventually the vehicle exit route was cleared and we successfully exfiltrated the area with our two-hospital watch BPA's safely in our vehicle.

No injuries were sustained by the BPA's involved in this incident.

IDVRS Evidence Serial Number: **LES**

ESTAR# **LES** #25688

### Narrative of DUBAR JR, DAVID R.

On October 3, 2025, I Border Patrol Agent (BPA) David Dubar was assigned to the Detroit Sector Special Operations Detachment, Border Patrol Tactical Unit (DTM SOD BORTAC). During this timeframe I was deployed to Chicago Illinois for Operation Midway Blitz. Our mission was to support Border Patrol agents apprehending subjects in the Chicago area acting as part of a Quick Reaction Force (QRF). The QRF consists of a specialized gr[**LEP**]perations Detachment (SOD) agents in multiple vehicles. Each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments.



CHC v. Noem CBP 000835

E-STAR Incident **LES** #25688

In the morning hours while BPA's conducted immigration duties. An illegal alien fled on foot, attempted a highly athletic maneuver of jumping over an 8-foot-tall wooden privacy fence. The illegal alien subsequently injured himself as he failed to return to the ground in a safe and athletic manner. This resulted in transportation to a nearby Humboldt Park Medical Center in Humboldt Park, Chicago, Illinois for medical treatment.

Two BPA's were tasked with hospital watch for the injured illegal alien. After long hours of awaiting coordination for new agents to take over hospital watch. My ORF team was tasked with the safe extraction of the two current BPA's within the hospital. At approximately 1850 hours we maneuvered our vehicle closer to the hospital. Within minutes we were encountered by multiple groups of protesters. Many attempted to block us utilizing their bodies and bicycles. As we slowly drove closer to the extraction point of the main emergency room doors, our vehicle was struck by an 8-10-inch diameter piece of concrete. The concrete struck our vehicle on the passenger side B pillar. Both vehicle windows were open and if this projectile had hit just a few inches forward or backward, it would have struck either BPA Valetin in the front passenger seat or me directly in the face and head area. We attempted to locate the perpetrator but were unsuccessful. The crowd only began to grow and become more unruly. A cyclist was shouting expletives at us and refusing to clear the roadway. The driver, BPA Hardin, launched a volley of 4-6 projectiles via area saturation with the pepper ball launching system (PLS) at approximately 20 feet to clear a bicyclist from the roadway and further ensure the safety of all agents after an assault. We then decided to maneuver to the extraction point. En route, protesters ran next to us, spit on our vehicle, and continued to shout harmful words. Once we arrived, an even larger crowd approached the vehicle. Approximately 50 hostile protesters. Once again many began to surround our vehicle shouting expletives and refusing to exit the roadway. Another passenger, BPA Berlin, exited the vehicle, allowed for our two BPA's from hospital watch, to enter then we attempted to drive away. Numerous protesters decided to block our route of exit. BPA Berlin gently instructed them to move out of the way of the vehicle. Eventually, the vehicle exit route was cleared and we successfully exfiltrated the area with our two hospital watch BPA's safely in our vehicle.

No injuries were sustained by the BPA's involved in this incident.

ESTAR# **LES** #25688

## FILE ATTACHMENTS

**File names:**
  rock 3.jpg
  rock 1.jpg
  rock2.jpg
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/09/2025 17:34 | |
| Approved | HORNER, JOHN E. | 10/10/2025 10:18 | |

CHC v. Noem CBP 000836