E-STAR incident ID: **LES** #25809



## U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25809
**Title:** Operation Midway Blitz: Chicago - Pressure Point Strike 6043 N Cicero Ave
**Incident date/time:** 10/21/2025 11:49
**Type:** ☐ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.    **Creation date/time:** 10/21/2025 22:38
**Last updated by:** HUGHBANKS, DANIEL L.    **Last updated date/time:** 10/22/2025 09:01
**Reviewer:** HUGHBANKS, DANIEL L    **Date reviewed:** 10/22/2025

## RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| **LES** |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 6043 N Cicero Avenue
        **City:** Cicero    **State:** ILLINOIS    **Zip:** 60646
**Incident coordinates:**
    **Latitude:** 41.99121
    **Longitude:** -87.74769
**Setting:** ○ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land



CHC v. Noem CBP 00166

E-STAR incident ID: B  LES  #25809

○ In water (standing or swimming)   ○ On water (in vessel)   ○ In the air
**Description of the premises/location:** In alley near 6043 N Cicero Avenue
**Environmental factors:**
  **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| HEWSON, KRISTOPHER M | Supervisory Border Patrol Agent | In-Person | 10/21/2025 |

**Other authorities notified (external to CBP):** ☐ Federal  ☐ Tribal  ☐ State  ☐ Local  ☐ Foreign

## EMPLOYEES: 1

**Name:** MCBEE, JOSHUA A.
  **Gender:** Male   **Age:** 24   **Height:** 5'10"   **Weight:** 205 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/05/2024
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 1 years 5 months
    **CBP training previously received (not including basic academy training):**
      ☐ BPAIST   ☐ BORSTAR   ☐ BORTAC   ☐ DITP   ☐ DTI
      ☐ EDVPTP   ☐ EMT   ☐ FITP   ☐ LLITP (IFITP)   ☐ MFF
      ☐ MRT   ☐ PITP   ☐ SRT   ☐ TATP   ☐ Other

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Did MCBEE, JOSHUA A. use reportable force?** ⊗ Yes  ○ No
  **Force type:** Other
  **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
  **Description of physical force:** Pressure Point Strike to the Shoulder Area
  **Reason(s) for this use of force:**
    ☒ Protect self                ☐ Protect co-worker               ☐ Protect innocent 3rd party
    ☐ Protect non-CBP officer/agent  ☒ Effect an arrest or detention   ☐ Prevent escape
    ☒ Overcome resistance         ☐ Stop vehicle                    ☐ Vessel failure to heave to
    ☐ Animal euthanization        ☐ Other

**Was MCBEE, JOSHUA A. injured?** ○ Yes  ⊗ No

## SUBJECTS: 1

**Name:** GARCIA-CARRILLO, ALEJANDRO
  **Gender:** Male   **Date of birth:** [PII] 2001   **Height:** 5'6" - 5'11"   **Weight:** 200 lbs or over
  **Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

CHC v. Noem CBP 001167

E-STAR Incident ID: LES -#25809

Was the subject wearing body armor? ○ Yes ⊗ No ○ Unknown
Immigration status: Deportable
Country of citizenship: MEXICO
Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?
○ Yes ⊗ No
Subject's activity:
- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

Subject's current location and disposition if known: Subject was taken to ICE ERO Facility for further processing

Was reportable force used on this subject? ⊗ Yes ○ No
   Was the subject outside the US or its territories when this force was applied? ○ Yes ⊗ No

Was the subject an occupant of a vehicle? ○ Yes ⊗ No
Was this subject injured or claiming to be injured? ○ Yes ⊗ No ○ Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| MCBEE, JOSHUA A. | Physical Force w/o Weapon - Pressure Point Strike to the Shoulder Area | Subject: GARCIA-CARRILLO, ALEJANDRO<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force effective against what prompted its use? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of MCBEE, JOSHUA A.**
   Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators



E-STAR incident ID: LES 26809

throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 21, 2025, I, Border Patrol Agent Mcbee, out of the El Centro Sector, Calexico Station, was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz.

While conducting roving patrols near 6043 N Cicero Ave, at approximately 1150 hours, I observed two individuals who appeared to be engaged in construction work. I exited my unmarked government rental vehicle wearing full duty uniform, including a clearly visible U.S. Border Patrol identifiers and full duty gun belt. I was readily identifiable as a Border Patrol Agent.

I approached the individuals and asked, "What country were you born in?" Immediately upon hearing this, both subjects fled on foot into a nearby alley.

I pursued the individuals on foot and successfully detained one of them, later identified as Alejandro GARCIA-Carrillo (DOB: PII 2001). Upon making contact, Garcia Carrillo actively resisted. When I grabbed his sweater, he forcefully grabbed my arm and shoulder and refused to let go. I gave verbal commands for him to release and stop resisting, but he did not comply.

I tookhim to the ground while continuing to issue commands. While on the ground, GARCIA-Carrillo continued resisting by grabbing at my arms and attempting to push me back. Despite multiple commands to stop resisting and turn around, he remained non-compliant and would not give me his hands.

I attempted a pressure point strike to the brachial plexus, but due to his continued movement, the strike landed on his pectoral muscle. A second agent arrived and helped turn GARCIA-Carrillo onto his side. GARCIA-Carillo attempted to get back to his feet, at which point I pushed him back down and placed him in handcuffs.

The assisting agent escorted GARCIA-Carrillo to their vehicle. When we arrived at their vehicle, another agent began preparing the backseat for transport. While that agent was preparing the back seat his back was to us and GARCIA-Carillo. GARCIA-Carrillo lunged forward toward the vehicle and the agents back. I grabbed GARCIA-Carillo's sweater and pulled him back for officer safety. He continued to pull away slightly and remained non-compliant. I ordered him to get closer to the vehicle to limit his movement and prevent another escape attempt. When instructed in Spanish to enter the vehicle, he pushed into me. I then pushed him into the vehicle to ensure compliance.

Once inside, agents obtained GARCIA-Carrillo's information and relayed it to our supervisor, BPA Hewson. LEP LEP confirmed that GARCIA-Carrillo was unlawfully present in the United States and lacked valid immigration documentation. GARCIA-Carrillo was advised that he was under arrest for being in the United States illegally.

GARCIA-Carrillo was transported to a secure location, where transport personnel were waiting. He was subsequently transferred to the Enforcement and Removal Operations (ERO) detention center for further processing.

This incident was recorded on my body-worn camera (Evidence Serial Number LES Due to the amount of consensual encounters and apprehensions made on this date, I reviewed my body camera footage to ensure the details of this incident prior to writing this narrative.

The detention occurred in a public area and was conducted without a warrant. Due to the subject's attempt to flee and the likelihood of continued evasion, obtaining a warrant was determined to be impractical under the circumstances.

I notified Supervisory Border Patrol Agent (SBPA) Hewson of the pressure point strike in person shortly after GARCIA-Carillo was secured.


CHC v. Noem CBP 001169

E-STAR incident ID: **LES** 25809

No injuries were observed or reported from my use of less lethal force.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/22/2025 00:01 | |
| Approved | HUGHBANKS, DANIEL L. | 10/22/2025 09:01 | |

Confidential - Subject to Protective Order

CHC v. Noem CBP 001170