E-STAR Incident ID:  LES #25820



## U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

Current Status: ○ Completed ⊗ Active ○ Ready for review ○ Rejected ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25820
**Title:** Operation Midway Blitz: Chicago- Mass Encounter 27th & Sacramento
**Shift start date/time:** 10/23/2025 06:00
**Shift end date/time:** 10/23/2025 23:59
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
    ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ○ No
    **CBP Reporting Organizations:**
      ☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
      ☐ Air and Marine Operations
      ☐ Office of Field Operations
**Created by:** BURGESS, HOLLIE ANN        **Creation date/time:** 10/23/2025 12:13
**Last updated by:** ESPINOZA, MOSES E.        **Last updated date/time:** 10/26/2025 18:08
**Reviewer:**        **Date reviewed:**

## RELATED SYSTEMS: 13

Is there IDVRS footage (Evidence Serial Number) associated with this incident? ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 13 | |
|---|---|
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |
| LES | |

| Related system(s): 0 | Related document ID |
|---|---|



CHC v. Noem CBP 001194

E-STAR incident ID: | **LES** | #25820

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

Were other CBP components/external agencies involved? ○ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 27th and Whipple
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60623
**Incident coordinates:**
    **Latitude:** 41.84274
    **Longitude:** -87.70130
**Setting:** ⊗ Indoors  ○ Outdoors
**Description of the premises/location:** On the roadway in the area of 27th and Whipple along with surrounding areas
**Environmental factors:**
    **Weather:** ⊗ Dry □ Raining □ Snowing □ Flooding □ Windy □ Storm □ Haze/blowing dust □ Fog □ Other
    **Illumination:** ⊗ Daylight □ Dark □ Dawn □ Dusk □ Good lighting □ Poor lighting □ Night vision aided □ Other
    **Estimated temperature (Fahrenheit):** 48

## NOTIFICATIONS

CBP personnel notified:

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| POPKE, SHANE J | | Phone | 10/23/2025 |
| SMITH, CALDWELL A | | Phone | 10/23/2025 |
| HUGHBANKS, DANIEL L | Supervisory Border Patrol Agent | Phone | 10/23/2025 |

Other authorities notified (external to CBP): □ Federal □ Tribal □ State □ Local □ Foreign

## EMPLOYEES: 26

**Name:** ESPINOZA, MOSES E.
    **Gender:** Male    **Age:** 40    **Height:** 5'8"    **Weight:** 196 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 12/10/2007
    **Duty location or detail/TDY location during the incident:** Office of Field Operations
    **Duty (or detail/TDY) location EOD:** 10/15/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Special Operations
    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 17 years 9 months
        **CBP training previously received (not including basic academy training):**

        □ BPAIST      □ BORSTAR      □ BORTAC      □ DITP      □ DTI

CHC v. Noem CBP 001195

E-STAR Incident: ID [ **LES** ] #25820

| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
|---|---|---|---|---|
| ☐ MRT | ☐ PITP | ☒ SRT | ☐ TATP | ☒ Other |

**List of other training:** CNLDD, HAND THROWN CHEMS, ACTIVE SHOOTER

**Wearing body armor?** ☒ Yes  ☐ No

**Attire:** ☒ Uniform  ☐ Plain clothes

**Was ESPINOZA, MOSES E. assaulted?** ☐ Yes  ☒ No

**Did ESPINOZA, MOSES E. use reportable force?** ☐ Yes  ☒ No

    **Force type:** Less-lethal Device
    **Device:** ECW (Electronic Control Weapon)
    **Device type:** TASER X2
    **Estimated use of force date/time (local):** 10/23/2025 10:15
    **Number of cycles total:** 2
        **Probe mode:** 0
        **Drive stun mode:** 2
    **Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
    **Estimated distance:** Unknown
    **Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes  ☒ No
    **Reason(s) for this use of force:**

| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
|---|---|---|
| ☒ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☒ Prevent escape |
| ☐ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was ESPINOZA, MOSES E. injured?** ☐ Yes  ☒ No

**Name:** TELLO, JOSE C.

    **Gender:** Male  **Age:** 49  **Height:** 5'7"  **Weight:** 25 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 10/19/2003
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ☒ On duty  ☐ Off duty
        **Activity:** Mobile Response Team (MRT)
    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 22 years 0 months
        **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
|---|---|---|---|---|
| ☐ EDVPTP | ☐ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes  ☐ No

**Attire:** ☒ Uniform  ☐ Plain clothes

**Was TELLO, JOSE C. assaulted?** ☒ Yes  ☐ No

**Did TELLO, JOSE C. use reportable force?** ☐ Yes  ☒ No

**Was TELLO, JOSE C. injured?** ☐ Yes  ☒ No

**Name:** GLORIA, JAIME

    **Gender:** Male  **Age:** 43  **Height:** 5'8"  **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 07/27/2009

CHC v. Noem CBP 001196

E-STAR incident ID: **LES** #25820

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 14 years 3 months
  **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was GLORIA, JAIME assaulted?** ⊗ Yes  ○ No

**Did GLORIA, JAIME use reportable force?** ○ Yes  ⊗ No

**Was GLORIA, JAIME injured?** ○ Yes  ⊗ No

**Name:** KAILIPAKA, CARL A.

  **Gender:** Male   **Age:** 48   **Height:** 6'0"   **Weight:** 180 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 02/12/2009
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 16 years 0 months
    **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was KAILIPAKA, CARL A. assaulted?** ⊗ Yes  ○ No

**Did KAILIPAKA, CARL A. use reportable force?** ○ Yes  ⊗ No

**Was KAILIPAKA, CARL A. injured?** ○ Yes  ⊗ No

**Name:** VELEZ, CHRISTOPHER S.

  **Gender:** Male   **Age:** 36   **Height:** 6'3"   **Weight:** 205 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 06/15/2020
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 5 years 4 months
    **CBP training previously received (not including basic academy training):**

CHC v. Noem CBP 00197

Print Date: 2025-10-28

E-STAR Incident ID [ LES ] #25820

- ☐ BPAIST
- ☐ BORSTAR
- ☐ BORTAC
- ☐ DITP
- ☐ DTI
- ☐ EDVPTP
- ☐ EMT
- ☐ FITP
- ☐ LLITP (IFITP)
- ☐ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

**Wearing body armor?** ☒ Yes ◯ No

**Attire:** ☒ Uniform ◯ Plain clothes

**Was VELEZ, CHRISTOPHER S. assaulted?** ☒ Yes ◯ No

**Did VELEZ, CHRISTOPHER S. use reportable force?** ◯ Yes ☒ No

**Was VELEZ, CHRISTOPHER S. injured?** ◯ Yes ☒ No

**Name:** FARRELL, THORSTEN R.

    **Gender:** Male   **Age:** 51   **Height:** 5'10"   **Weight:** 198 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 09/18/2000

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/11/2025

    **Duty status at the time of the incident:** ☒ On duty ◯ Off duty

        **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 25 years 1 months

        **CBP training previously received (not including basic academy training):**

- ☐ BPAIST
- ☐ BORSTAR
- ☒ BORTAC
- ☐ DITP
- ☐ DTI
- ☐ EDVPTP
- ☐ EMT
- ☒ FITP
- ☒ LLITP (IFITP)
- ☒ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

**Wearing body armor?** ☒ Yes ◯ No

**Attire:** ☒ Uniform ◯ Plain clothes

**Was FARRELL, THORSTEN R. assaulted?** ☒ Yes ◯ No

**Did FARRELL, THORSTEN R. use reportable force?** ◯ Yes ☒ No

**Was FARRELL, THORSTEN R. injured?** ◯ Yes ☒ No

**Name:** GARZA, VICTOR R.

    **Gender:** Male   **Age:** 43   **Height:** 5'6"   **Weight:** 165 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 02/26/2007

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/11/2025

    **Duty status at the time of the incident:** ☒ On duty ◯ Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 19 years 8 months

        **CBP training previously received (not including basic academy training):**

- ☐ BPAIST
- ☐ BORSTAR
- ☒ BORTAC
- ☐ DITP
- ☐ DTI
- ☐ EDVPTP
- ☐ EMT
- ☒ FITP
- ☐ LLITP (IFITP)
- ☒ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

**Wearing body armor?** ☒ Yes ◯ No

**Attire:** ☒ Uniform ◯ Plain clothes

**Was GARZA, VICTOR R. assaulted?**

CHC v. Noem CBP 001198

E-STAR Incident ID: **LES** 25820

⊗ Yes ◯ No

**Did GARZA, VICTOR R. use reportable force?** ◯ Yes ⊗ No

**Was GARZA, VICTOR R. injured?** ◯ Yes ⊗ No

**Name:** DOVIAK, ADAM E.

**Gender:** Male **Age:** 30 **Height:** 5'11'' **Weight:** 185 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/14/2018
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/09/2025
**Duty status at the time of the incident:** ⊗ On duty ◯ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 7 years 1 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ⊠ BORTAC | ☐ DITP | ☐ DTI |
| ⊠ EDVPTP | ☐ EMT | ☐ FITP | ⊠ LLITP (IFITP) | ⊠ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ◯ No
**Attire:** ⊗ Uniform ◯ Plain clothes

**Was DOVIAK, ADAM E. assaulted?** ⊗ Yes ◯ No

**Did DOVIAK, ADAM E. use reportable force?** ◯ Yes ⊗ No

**Was DOVIAK, ADAM E. injured?** ◯ Yes ⊗ No

**Name:** HEWSON, KRISTOPHER M.

**Gender:** Male **Age:** 42 **Height:** 6'3'' **Weight:** 225 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/04/2006
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty ◯ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 19 years 2 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ◯ No
**Attire:** ⊗ Uniform ◯ Plain clothes

**Was HEWSON, KRISTOPHER M. assaulted?** ⊗ Yes ◯ No

**Did HEWSON, KRISTOPHER M. use reportable force?** ⊗ Yes ◯ No
  **Force type:** Less-lethal Device
  **Device:** OC (Pepper Spray Hand Held Canister)
  **Device type:** Conical Mist
  **Estimated use of force date/time (local):** 10/23/2025 09:51
  **Posture:** ⊠ Standing ☐ Kneeling ☐ Prone ☐ Other

CHC v. Noem CBP 001199

E-STAR Incident [ **LES** ] 325820

**Estimated distance:** 2 feet

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No

**Reason(s) for this use of force:**

☒ Protect self     ☒ Protect co-worker     ☐ Protect innocent 3rd party

☐ Protect non-CBP officer/agent     ☒ Effect an arrest or detention     ☐ Prevent escape

☒ Overcome resistance     ☐ Stop vehicle     ☐ Vessel failure to heave to

☐ Animal euthanization     ☐ Other

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Pocket Tactical CS Canister
**Device description/comments:** Pocket Tactical CS
**Estimated use of force date/time (local):** 10/23/2025 10:06
**Posture:** ☒ Standing   ☐ Kneeling   ☐ Prone   ☐ Other
**Estimated distance:** 15 yards
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes ⊗ No ○ Unknown ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No

**Reason(s) for this use of force:**

☒ Protect self     ☒ Protect co-worker     ☐ Protect innocent 3rd party

☐ Protect non-CBP officer/agent     ☐ Effect an arrest or detention     ☐ Prevent escape

☒ Overcome resistance     ☐ Stop vehicle     ☐ Vessel failure to heave to

☐ Animal euthanization     ☐ Other

**Was HEWSON, KRISTOPHER M. injured?** ○ Yes ⊗ No

**Name:** O DOWD, KEVIN J.

    **Gender:** Male    **Age:** 42    **Height:** 6'0"    **Weight:** 180 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 07/17/2006

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/20/2025

    **Duty status at the time of the incident:** ⊗ On duty   ○ Off duty

      **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

    **Armed law enforcement experience:**

      **Total law enforcement experience at the time of the incident:** 19 years 3 months

      **CBP training previously received (not including basic academy training):**

☐ BPAIST     ☒ BORSTAR     ☐ BORTAC     ☐ DITP     ☐ DTI

☒ EDVPTP     ☒ EMT     ☐ FITP     ☐ LLITP (IFITP)     ☐ MFF

☐ MRT     ☐ PITP     ☐ SRT     ☐ TATP     ☐ Other

    **Wearing body armor?** ⊗ Yes ○ No

    **Attire:** ⊗ Uniform ○ Plain clothes

    **Was O DOWD, KEVIN J. assaulted?** ⊗ Yes ○ No

    **Did O DOWD, KEVIN J. use reportable force?** ○ Yes ⊗ No

    **Was O DOWD, KEVIN J. injured?** ○ Yes ⊗ No

**Name:** SVEUM, MICHAEL B.

    **Gender:** Male    **Age:** 41    **Height:** 6'0"    **Weight:** 190 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 04/17/2008

Print Date: 2025-10-28

CHC v. Noem CBP 001200

E-STAR incident # `LES` #25820

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/13/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 17 years 6 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was SVEUM, MICHAEL B. assaulted?** ⊗ Yes  ○ No

**Did SVEUM, MICHAEL B. use reportable force?** ○ Yes  ⊗ No

**Was SVEUM, MICHAEL B. injured?** ○ Yes  ⊗ No

**Name:** TURNER, MICHAEL J.

    **Gender:** Male  **Age:** 39  **Height:** 5'9"  **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 12/02/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 5 years 10 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was TURNER, MICHAEL J. assaulted?** ⊗ Yes  ○ No

**Did TURNER, MICHAEL J. use reportable force?** ○ Yes  ⊗ No

**Was TURNER, MICHAEL J. injured?** ○ Yes  ⊗ No

**Name:** MCNEAL, RHET

    **Gender:** Male  **Age:** 34  **Height:** 5'7"  **Weight:** 165 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 03/10/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 6 years 7 months
        **CBP training previously received (not including basic academy training):**

CHC v. Noem CBP 001201

Print Date: 2025-10-28

E-STAR incident ID [ LES ] #25820

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was MCNEAL, RHET assaulted?** ⊗ Yes ○ No

**Did MCNEAL, RHET use reportable force?** ○ Yes ⊗ No

**Was MCNEAL, RHET injured?** ○ Yes ⊗ No

**Name:** LARSEN, RYAN G.

    **Gender:** Male    **Age:** 34    **Height:** 6'1"    **Weight:** 190 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 03/13/2022

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/06/2025

    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty

        **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 3 years 7 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☒ PITP | ☐ SRT | ☐ TATP | ☒ Other |

        **List of other training:** Public Safety Driver

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was LARSEN, RYAN G. assaulted?** ⊗ Yes ○ No

**Did LARSEN, RYAN G. use reportable force?** ○ Yes ⊗ No

**Was LARSEN, RYAN G. injured?** ○ Yes ⊗ No

**Name:** MCBEE, JOSHUA A.

    **Gender:** Male    **Age:** 24    **Height:** 5'10"    **Weight:** 200 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 05/05/2024

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/05/2025

    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 1 years 5 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

CHC v. Noem CBP 001202

E-STAR incident [ LES ] #25820

**Was MCBEE, JOSHUA A. assaulted?** ⊗ Yes ○ No

**Did MCBEE, JOSHUA A. use reportable force?** ○ Yes ⊗ No

**Was MCBEE, JOSHUA A. injured?** ○ Yes ⊗ No

**Name:** CRENSHAW, AARON G.

**Gender:** Male  **Age:** 46  **Height:** 6'6"  **Weight:** 300 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/03/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 16 years 2 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was CRENSHAW, AARON G. assaulted?** ⊗ Yes ○ No

**Did CRENSHAW, AARON G. use reportable force?** ○ Yes ⊗ No

**Was CRENSHAW, AARON G. injured?** ○ Yes ⊗ No

**Name:** LIBBY, DUSTIN GLENN

**Gender:** Male  **Age:** 39  **Height:** 5'9"  **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 11/23/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 3 years 11 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was LIBBY, DUSTIN GLENN assaulted?** ⊗ Yes ○ No

**Did LIBBY, DUSTIN GLENN use reportable force?** ○ Yes ⊗ No

**Was LIBBY, DUSTIN GLENN injured?** ○ Yes ⊗ No

**Name:** YULO JR, ALFREDO

**Gender:** Male  **Age:** 38  **Height:** 5'10"  **Weight:** 230 pounds
**CBP employee series or role:** Officer/Agent

CHC v. Noem CBP 001203

E-STAR Incident [ LES ] #25820

**Service EOD:** 03/18/2013
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 12 years 7 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was YULO JR, ALFREDO assaulted?** ⊗ Yes ○ No

**Did YULO JR, ALFREDO use reportable force?** ○ Yes ⊗ No

**Was YULO JR, ALFREDO injured?** ○ Yes ⊗ No

**Name:** MEZA, OSCAR A.

    **Gender:** Male   **Age:** 36   **Height:** 5'10"   **Weight:** 225 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 11/13/2008
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 16 years 11 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was MEZA, OSCAR A. assaulted?** ⊗ Yes ○ No

**Did MEZA, OSCAR A. use reportable force?** ⊗ Yes ○ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Chemical
    **Munition type:** 40MM Muzzle Blast OC
    **Device description/comments:** muzzle blast cs
    **Estimated use of force date/time (local):** 10/23/2025 11:00
    **Posture:** ☒ Standing ○ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes ⊗ No ○ Unknown ○ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No
    **Reason(s) for this use of force:**

CHC v. Noem CBP 001204

E-STAR incident ID [ LES ]25820

- ☒ Protect self
- ☒ Protect co-worker
- ☒ Protect innocent 3rd party
- ☐ Protect non-CBP officer/agent
- ☐ Effect an arrest or detention
- ☐ Prevent escape
- ☒ Overcome resistance
- ☐ Stop vehicle
- ☐ Vessel failure to heave to
- ☐ Animal euthanization
- ☐ Other

Was MEZA, OSCAR A. injured? ○ Yes ⊗ No

**Name:** BELEN LLERAS, BRYAN

    **Gender:** Male   **Age:** 32   **Height:** 6'2"   **Weight:** 215 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 02/06/2017

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/05/2025

    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty

    **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 8 years 6 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was BELEN LLERAS, BRYAN assaulted?** ⊗ Yes ○ No

**Did BELEN LLERAS, BRYAN use reportable force?** ○ Yes ⊗ No

**Was BELEN LLERAS, BRYAN injured?** ○ Yes ⊗ No

**Name:** HICKMAN, CHAD B.

    **Gender:** Male   **Age:** 50   **Height:** 5'8"   **Weight:** 180 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 03/06/2000

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 10/05/2025

    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty

    **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 25 years 7 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No

**Attire:** ⊗ Uniform ○ Plain clothes

**Was HICKMAN, CHAD B. assaulted?** ⊗ Yes ○ No

**Did HICKMAN, CHAD B. use reportable force?** ○ Yes ⊗ No

**Was HICKMAN, CHAD B. injured?** ○ Yes ⊗ No

**Name:** VAZQUEZ, EDGAR E.

CHC v. Noem CBP 001205



E-STAR incident [ **LES** ] AF-#25820

**Gender:** Male   **Age:** 39   **Height:** 6'2"   **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 04/30/2007
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Del Rio Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   ○ Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 18 years 7 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☒ EMT | ☒ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes   ○ No
**Attire:** ⊗ Uniform   ○ Plain clothes

**Was VAZQUEZ, EDGAR E. assaulted?** ⊗ Yes   ○ No

**Did VAZQUEZ, EDGAR E. use reportable force?** ⊗ Yes   ○ No
   **Force type:** Less-lethal Device
   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
   **Device type:** 40MM Less-lethal Munitions - Chemical
   **Munition type:** 40MM Muzzle Blast CS
   **Device description/comments:** 40MM Muzzle Blast CS
   **Estimated use of force date/time (local):** 10/23/2025 11:15
   **Posture:** ☒ Standing   ☐ Kneeling   ☐ Prone   ☐ Other
   **Estimated distance:** 8 yards
   **Approximately how many munitions did you deploy?** 1
   **Collateral contamination occurred:** ○ Yes   ⊗ No   ○ Unknown   ○ Not applicable
   **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes   ⊗ No
   **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

   **Force type:** Less-lethal Device
   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
   **Device type:** Hand-Thrown Munitions - Chemical
   **Munition type:** Pocket Tactical Saf-Smoke Canister
   **Device description/comments:** Pocket Tactical Saf-Smoke Canister
   **Estimated use of force date/time (local):** 10/23/2025 11:20
   **Posture:** ☒ Standing   ☐ Kneeling   ☐ Prone   ☐ Other
   **Estimated distance:** 6 yards
   **Approximately how many munitions did you deploy?** 1
   **Collateral contamination occurred:** ○ Yes   ⊗ No   ○ Unknown   ○ Not applicable
   **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes   ⊗ No
   **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

CHC v. Noem CBP 001206

Print Date: 2025-10-28

E-STAR incident | LES | #25820

Was VAZQUEZ, EDGAR E. injured? ○ Yes ⊗ No

**Name:** REYES, JUAN E.

**Gender:** Male **Age:** 46 **Height:** 5'8" **Weight:** 210 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 11/07/2008
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 16 years 11 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

Was REYES, JUAN E. assaulted? ⊗ Yes ○ No

Did REYES, JUAN E. use reportable force? ⊗ Yes ○ No
    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** Kinetic impact
    **Estimated use of force date/time (local):** 10/23/2025 11:00
    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** 15 yards
    **Approximately how many volleys did you deploy?** 1
    **Approximately how many projectiles did you deploy?** 5
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ⊗ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

Was REYES, JUAN E. injured? ○ Yes ⊗ No

**Name:** RODRIGUEZ, EDGAR

**Gender:** Male **Age:** 38 **Height:** 5'10" **Weight:** 210 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 07/06/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 15 years 3 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |

CHC v. Noem CBP 001207

Print Date: 2025-10-28

E-STAR incident ID **LES** #25920

☒ MRT ☐ PITP ☐ SRT ☐ TATP ☐ Other

**Wearing body armor?** ⊗ Yes ◯ No
**Attire:** ⊗ Uniform ◯ Plain clothes

**Was RODRIGUEZ, EDGAR assaulted?** ⊗ Yes ◯ No

**Did RODRIGUEZ, EDGAR use reportable force?** ⊗ Yes ◯ No

**Was RODRIGUEZ, EDGAR injured?** ◯ Yes ⊗ No

**Name:** BOVINO, GREGORY K.
    **Gender:** Male    **Age:** 55    **Height:** 5'9"    **Weight:** 168 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 11/17/1996
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
    **Duty (or detail/TDY) location EOD:** 10/25/2025
    **Duty status at the time of the incident:** ⊗ On duty ◯ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 28 years 11 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☒ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ◯ No
**Attire:** ⊗ Uniform ◯ Plain clothes

**Was BOVINO, GREGORY K. assaulted?** ⊗ Yes ◯ No

**Did BOVINO, GREGORY K. use reportable force?** ⊗ Yes ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Flameless Tri-Chamber OC Canister
    **Device description/comments:** Deployed 2 hand held chemical munitions. 1 was riot control OC, and 1 riot control blue CS
    **Estimated use of force date/time (local):** 10/23/2025 10:01
    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** 50 feet
    **Approximately how many munitions did you deploy?** 2
    **Collateral contamination occurred:** ◯ Yes ☒ No ◯ Unknown ◯ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ⊗ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

    **Was BOVINO, GREGORY K. injured?** ◯ Yes ⊗ No

**Name:** WAY, HUNTER L.
    **Gender:** Male    **Age:** 27    **Height:** 5'11"    **Weight:** 200 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 12/05/2019

CHC v. Noem CBP 001208

Print Date: 2025-10-28

E-STAR incident # [ **LES** ] #25820

**Duty location or detail/TDY location during the incident:** Office of Field Operations
**Duty (or detail/TDY) location EOD:** 10/15/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Special Operations
**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 7 years 2 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ☒ EMT | ❑ FITP | ❑ LLITP (IFITP) | ☒ MFF |
| ❑ MRT | ❑ PITP | ☒ SRT | ❑ TATP | ☒ Other |

    **List of other training:** Active Shooter

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was WAY, HUNTER L. assaulted?** ⊗ Yes  ○ No

**Did WAY, HUNTER L. use reportable force?** ○ Yes  ⊗ No

**Was WAY, HUNTER L. injured?** ○ Yes  ⊗ No

## SUBJECTS: 8

**Name:** MASS GROUP
    **Estimated number of individuals in the group:** 20
    **Group description (Composition, attire, etc.):** Approximately 20 or more individuals wearing civilian clothing.
    **Was any member of this group wearing body armor?** ○ Yes  ○ No  ⊗ Unknown
    **Group activity:**

        ❑ Illegal entry
        ❑ Uncooperative during encounter/inspection
        ❑ Failure to yield/heave to
        ❑ Checkpoint runner
        ❑ Port runner
        ❑ Alien smuggling
        ❑ Narcotics smuggling
        ❑ Scouting
        ☒ Assault (rocks/other projectiles)
        ☒ Assault (all other types)
        ☒ Rioting/civil disturbance
        ❑ Mass coordinated entry
        ❑ No suspected illegal activity
        ❑ Other

    **Group's current location and disposition if known:** The individuals dispersed and we were able to pass safely.

    **Did any member of this group not listed as an individual subject assault a CBP employee?** ○ Yes  ⊗ No

    **Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes  ○ No
        **Was any member of this group outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Name:** RICO, FIDEL
    **Gender:** Male  **Date of b[** PII **]1989  **Height:** 5'6" - 5'11"  **Weight:** 200 lbs or over
    **Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
    **Was the subject wearing body armor?**

CHC v. Noem CBP 001209

CHC v. Noem CBP 001210

E-STAR incident ID: **LES** #25820

○ Yes  ⊗ No  ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

☐ Illegal entry
☐ Uncooperative during encounter/inspection
☐ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☐ Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** Subject was transported to the FBI for processing.

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Vehicle
**Estimated assault date/time (local):** 10/23/2025 09:50

**Was reportable force used on this subject?** ⊗ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes  ○ No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** ○ Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No

**Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency

**Was an administrative action initiated for this subject by CBP?** ○ Yes  ⊗ No

**Was prosecution sought against this subject?** ⊗ Yes  ○ No

**Prosecution By:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

**Name:** DOMINGUEZ, CLARITZA

**Gender:** Female  **Date of birth** PII 2000  **Height:** 5'0"  **Weight:** 140 pounds
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

☐ Illegal entry

E-STAR incident ID    **LES**    #25820

- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was taken to FBI Facility for Further Processing.

**Did this subject assault a CBP employee?** ☒ Yes ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes ☒ No

**Weapon(s)/type of assault:**
**Assault method:** Blunt instrument
**Instrument description:** KEYS BALLED UP IN HAND
**Acquisition type:** Not applicable
**Concealment type:** Carried at ready
**Estimated assault date/time (local):** 10/23/2025 10:57

**Was reportable force used on this subject?** ○ Yes ☒ No

**Was this subject arrested / taken into custody?** ☒ Yes ○ No
**Arrested / taken into custody by:** ☒ CBP ○ Other federal agency ○ State agency ○ Local agency
**Was an administrative action initiated for this subject by CBP?** ○ Yes ☒ No
**Was prosecution sought against this subject?** ☒ Yes ○ No
**Prosecution By:** ○ CBP ☒ Other federal agency ○ State agency ○ Local agency
**Was this subject injured or claiming to be injured?** ○ Yes ☒ No ○ Unknown

**Name:** RICO, OSCAR
**Gender:** Male    **Date of birth** PII 2010    **Height:** Unknown    **Weight:** Unknown
**Attire:** ☒ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ☒ No ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ☒ No
**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)

    CHC v. Noem CBP 001211    Print Date: 2025-10-28

E-STAR incident ID: [ LES ] #25820

- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was taken to FBI Facility for Further Processing.

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** TAPIA, PEDRO

**Gender:** Male   **Date of birth:** [ PII ] 1992   **Height:** 5'9"   **Weight:** 175 pounds

**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown

**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☒ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was taken to FBI Facility for Further Processing.

**Did this subject assault a CBP employee?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when committing the assault?** ○ Yes ⊗ No

    **Weapon(s)/type of assault:**

        **Assault method:** Projectile (other than rock)

            **Projectile description:** Kicked a deployed gas cannister back towards agents

        **Estimated assault date/time (local):** 10/23/2025 10:02

**Was reportable force used on this subject?** ○ Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes ○ No

    **Arrested / taken into custody by:** ⊗ CBP ○ Other federal agency ○ State agency ○ Local agency

        **Was an administrative action initiated for this subject by CBP?** ○ Yes ⊗ No

    **Was prosecution sought against this subject?**

CHC v. Noem CBP 001212

E-STAR Incident | **LES** #25820

⊗ Yes ○ No

**Prosecution By:** ○ CBP ⊗ Other federal agency ○ State agency ○ Local agency
**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** GARDENER, MARIA

**Gender:** Female    **Date of birth:** [PII] 1983    **Height:** 5'9"    **Weight:** 150 pounds
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☒ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was taken to FBI Facility for Further Processing.

**Did this subject assault a CBP employee?** ⊗ Yes ○ No
    **Was the subject outside the US or its territories when committing the assault?** ○ Yes ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Projectile (other than rock)
          **Projectile description:** Kicking a deployed gas cannister back toward agents
        **Estimated assault date/time (local):** 10/23/2025 10:26

**Was reportable force used on this subject?** ⊗ Yes ○ No
    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes ○ No
    **Arrested / taken into custody by:** ⊗ CBP ○ Other federal agency ○ State agency ○ Local agency
        **Was an administrative action initiated for this subject by CBP?** ○ Yes ⊗ No
    **Was prosecution sought against this subject?** ⊗ Yes ○ No
        **Prosecution By:** ○ CBP ⊗ Other federal agency ○ State agency ○ Local agency
**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** VALDEMAR, LORENZO

**Gender:** Male    **Date of birth:** [PII] 1992
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown

CHC v. Noem CBP 001213

E-STAR incident ID [ **LES** ] 25820

**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ☒ Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ☒ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Subject's current location and disposition if known:** Subject was taken to FBI Facility for Further Processing.

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Projectile (other than rock)
**Projectile description:** Kicked deployed gas cannister back toward agents
**Estimated assault date/time (local):** 10/23/2025 10:02

**Was reportable force used on this subject?** ○ Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No
**Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency
**Was an administrative action initiated for this subject by CBP?** ○ Yes  ⊗ No
**Was prosecution sought against this subject?** ⊗ Yes  ○ No
**Prosecution By:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency
**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

**Name:** SOTO, DEVON
**Gender:** Male  **Date of birth:** [ PII ] 2009
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner

CHC v. Noem CBP 001214

Print Date: 2025-10-28

E-STAR Incident ID: E⬚⬚⬚⬚25820 LES

- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☒ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was taken to FBI Facility for Further Processing.

**Did this subject assault a CBP employee?** ☒ Yes ◯ No

    **Was the subject outside the US or its territories when committing the assault?** ◯ Yes ☒ No

    **Weapon(s)/type of assault:**

        **Assault method:** Projectile (other than rock)

            **Projectile description:** Threw a bottle with unknown liquid at agents

        **Estimated assault date/time (local):** 10/23/2025 10:01

**Was reportable force used on this subject?** ◯ Yes ☒ No

**Was this subject arrested / taken into custody?** ☒ Yes ◯ No

    **Arrested / taken into custody by:** ◯ CBP ☒ Other federal agency ◯ State agency ◯ Local agency

    **Was an administrative action initiated for this subject by CBP?** ◯ Yes ☒ No

**Was prosecution sought against this subject?** ☒ Yes ◯ No

    **Prosecution By:** ◯ CBP ☒ Other federal agency ◯ State agency ◯ Local agency

**Was this subject injured or claiming to be injured?** ◯ Yes ☒ No ◯ Unknown

## VEHICLE INFORMATION

## ASSAULTS: 11

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| RICO, FIDEL | Vehicle on 10/23/2025 09:50 | TELLO, JOSE C. | ◯ Yes ☒ No | Not injured in this incident |
| | | GLORIA, JAIME | ◯ Yes ☒ No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ◯ Yes ☒ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ◯ Yes ☒ No | Not injured in this incident |
| | | FARRELL, THORSTEN R. | ◯ Yes ☒ No | Not injured in this incident |
| | | GARZA, VICTOR R. | ◯ Yes ☒ No | Not injured in this incident |
| | | DOVIAK, ADAM E. | ◯ Yes ☒ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ◯ Yes ☒ No | Not injured in this incident |

CHC v. Noem CBP 001215

E-STAR Incident ID: **LES** #25820

| | | | | | |
|---|---|---|---|---|---|
| | | O DOWD, KEVIN J. | ○ Yes ⊗ No | Not injured in this incident | |
| | | SVEUM, MICHAEL B. | ○ Yes ⊗ No | Not injured in this incident | |
| | | TURNER, MICHAEL J. | ○ Yes ⊗ No | Not injured in this incident | |
| | | MCNEAL, RHET | ○ Yes ⊗ No | Not injured in this incident | |
| | | LARSEN, RYAN G. | ○ Yes ⊗ No | Not injured in this incident | |
| | | MCBEE, JOSHUA A. | ○ Yes ⊗ No | Not injured in this incident | |
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | Not injured in this incident | |
| | | LIBBY, DUSTIN GLENN | ○ Yes ⊗ No | Not injured in this incident | |
| | | BELEN LLERAS, BRYAN | ○ Yes ⊗ No | Not injured in this incident | |
| | | MEZA, OSCAR A. | ○ Yes ⊗ No | Not injured in this incident | |
| | | VAZQUEZ, EDGAR E. | ○ Yes ⊗ No | Not injured in this incident | |
| | | RODRIGUEZ, EDGAR | ○ Yes ⊗ No | Not injured in this incident | |
| | | REYES, JUAN E. | ○ Yes ⊗ No | Not injured in this incident | |
| | | HICKMAN, CHAD B. | ○ Yes ⊗ No | Not injured in this incident | |
| | | YULO JR, ALFREDO | ○ Yes ⊗ No | Not injured in this incident | |
| | | BOVINO, GREGORY K. | ○ Yes ⊗ No | Not injured in this incident | |
| | | WAY, HUNTER L. | ⊗ Yes ○ No | Not injured in this incident | |
| DOMINGUEZ, CLARITZA | Blunt instrument - KEYS BALLED UP IN HAND on 10/23/2025 10:57 | GLORIA, JAIME | ⊗ Yes ○ No | Not injured in this incident | |
| | | VELEZ, CHRISTOPHER S | ○ Yes ⊗ No | Not injured in this incident | |
| | | FARRELL, THORSTEN R. | ○ Yes ⊗ No | Not injured in this incident | |
| | | GARZA, VICTOR R. | ○ Yes ⊗ No | Not injured in this incident | |
| | | DOVIAK, ADAM E. | ○ Yes ⊗ No | Not injured in this incident | |
| | | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident | |
| | | O DOWD, KEVIN J. | ○ Yes ⊗ No | Not injured in this incident | |

Not injured in this

Print Date: 2025-10-28

CHC v. Noem CBP 001216

E-STAR Incident ID: B[_____]LES[____]5820

| | | | | |
|---|---|---|---|---|
| | | SVEUM, MICHAEL B. | ○ Yes ⊗ No | incident |
| | | TURNER, MICHAEL J. | ○ Yes ⊗ No | Not injured in this incident |
| | | MCNEAL, RHET | ○ Yes ⊗ No | Not injured in this incident |
| | | TELLO, JOSE C. | ⊗ Yes ○ No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCBEE, JOSHUA A. | ○ Yes ⊗ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | ○ Yes ⊗ No | Not injured in this incident |
| | | LARSEN, RYAN G. | ○ Yes ⊗ No | Not injured in this incident |
| | | BELEN LLERAS, BRYAN | ○ Yes ⊗ No | Not injured in this incident |
| | | MEZA, OSCAR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ○ Yes ⊗ No | Not injured in this incident |
| | | RODRIGUEZ, EDGAR | ○ Yes ⊗ No | Not injured in this incident |
| | | REYES, JUAN E. | ○ Yes ⊗ No | Not injured in this incident |
| | | HICKMAN, CHAD B. | ○ Yes ⊗ No | Not injured in this incident |
| | | YULO JR, ALFREDO | ○ Yes ⊗ No | Not injured in this incident |
| | | BOVINO, GREGORY K. | ○ Yes ⊗ No | Not injured in this incident |
| | | WAY, HUNTER L. | ○ Yes ⊗ No | Not injured in this incident |
| TAPIA, PEDRO | Projectile (other than rock) - Kicked a deployed gas cannister back towards agents on 10/23/2025 10:02 | TELLO, JOSE C. | ○ Yes ⊗ No | Not injured in this incident |
| | | GLORIA, JAIME | ○ Yes ⊗ No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ⊗ Yes ○ No | Not injured in this incident |
| | | FARRELL, THORSTEN R. | ○ Yes ⊗ No | Not injured in this incident |
| | | GARZA, VICTOR R. | ○ Yes ⊗ No | Not injured in this incident |
| | | DOVIAK, ADAM E. | ○ Yes ⊗ No | Not injured in this incident |

CHC v. Noem CBP 001217

E-STAR incident # **LES** #25820

| | | | | |
|---|---|---|---|---|
| | | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |
| | | O DOWD, KEVIN J. | ○ Yes ⊗ No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | ○ Yes ⊗ No | Not injured in this incident |
| | | TURNER, MICHAEL J. | ○ Yes ⊗ No | Not injured in this incident |
| | | MCNEAL, RHET | ○ Yes ⊗ No | Not injured in this incident |
| | | LARSEN, RYAN G. | ○ Yes ⊗ No | Not injured in this incident |
| | | MCBEE, JOSHUA A. | ○ Yes ⊗ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | ○ Yes ⊗ No | Not injured in this incident |
| | | BELEN LLERAS, BRYAN | ○ Yes ⊗ No | Not injured in this incident |
| | | MEZA, OSCAR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ○ Yes ⊗ No | Not injured in this incident |
| | | RODRIGUEZ, EDGAR | ○ Yes ⊗ No | Not injured in this incident |
| | | REYES, JUAN E. | ○ Yes ⊗ No | Not injured in this incident |
| | | HICKMAN, CHAD B. | ○ Yes ⊗ No | Not injured in this incident |
| | | YULO JR, ALFREDO | ○ Yes ⊗ No | Not injured in this incident |
| | | BOVINO, GREGORY K. | ○ Yes ⊗ No | Not injured in this incident |
| | | WAY, HUNTER L. | ○ Yes ⊗ No | Not injured in this incident |
| GARDENER, MARIA | Projectile (other than rock) - Kicking a deployed gas cannister back toward agents on 10/23/2025 10:26 | TELLO, JOSE C. | ○ Yes ⊗ No | Not injured in this incident |
| | | GLORIA, JAIME | ○ Yes ⊗ No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ○ Yes ⊗ No | Not injured in this incident |
| | | FARRELL, THORSTEN R. | ○ Yes ⊗ No | Not injured in this incident |
| | | GARZA, VICTOR R. | ○ Yes ⊗ No | Not injured in this incident |

Not injured in this



Print Date: 2025-10-28

CHC v. Noem CBP 001218

E-STAR incident ID 5820  **LES**

| | | DOVIAK, ADAM E. | ○ Yes ⊗ No | incident |
|---|---|---|---|---|
| | | HEWSON, KRISTOPHER M. | ⊗ Yes ○ No | Not injured in this incident |
| | | O DOWD, KEVIN J. | ○ Yes ⊗ No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | ○ Yes ⊗ No | Not injured in this incident |
| | | TURNER, MICHAEL J. | ○ Yes ⊗ No | Not injured in this incident |
| | | MCNEAL, RHET | ○ Yes ⊗ No | Not injured in this incident |
| | | LARSEN, RYAN G. | ○ Yes ⊗ No | Not injured in this incident |
| | | MCBEE, JOSHUA A. | ○ Yes ⊗ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | ○ Yes ⊗ No | Not injured in this incident |
| | | BELEN LLERAS, BRYAN | ○ Yes ⊗ No | Not injured in this incident |
| | | MEZA, OSCAR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ○ Yes ⊗ No | Not injured in this incident |
| | | RODRIGUEZ, EDGAR | ○ Yes ⊗ No | Not injured in this incident |
| | | REYES, JUAN E. | ○ Yes ⊗ No | Not injured in this incident |
| | | HICKMAN, CHAD B. | ○ Yes ⊗ No | Not injured in this incident |
| | | YULO JR, ALFREDO | ○ Yes ⊗ No | Not injured in this incident |
| | | BOVINO, GREGORY K. | ○ Yes ○ No | Not injured in this incident |
| | | WAY, HUNTER L. | ○ Yes ⊗ No | Not injured in this incident |
| VALDEMAR, LORENZO | Projectile (other than rock) - Kicked deployed gas cannister back toward agents on 10/23/2025 10:02 | TELLO, JOSE C. | ○ Yes ⊗ No | Not injured in this incident |
| | | GLORIA, JAIME | ○ Yes ⊗ No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ○ Yes ⊗ No | Not injured in this incident |
| | | FARRELL, THORSTEN R. | ○ Yes ⊗ No | Not injured in this incident |
| | | GARZA, VICTOR R. | ○ Yes ⊗ No | Not injured in this incident |

CHC v. Noem CBP 001219

Print Date: 2025-10-28

E-STAR Incident ID: **LES** #25920

| | | | | |
|---|---|---|---|---|
| | | DOVIAK, ADAM E. | ○ Yes ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |
| | | O DOWD, KEVIN J. | ○ Yes ⊗ No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | ○ Yes ⊗ No | Not injured in this incident |
| | | TURNER, MICHAEL J. | ○ Yes ⊗ No | Not injured in this incident |
| | | MCNEAL, RHET | ○ Yes ⊗ No | Not injured in this incident |
| | | LARSEN, RYAN G. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCBEE, JOSHUA A. | ⊗ Yes ○ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | ○ Yes ⊗ No | Not injured in this incident |
| | | BELEN LLERAS, BRYAN | ○ Yes ⊗ No | Not injured in this incident |
| | | MEZA, OSCAR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ○ Yes ⊗ No | Not injured in this incident |
| | | RODRIGUEZ, EDGAR | ○ Yes ⊗ No | Not injured in this incident |
| | | REYES, JUAN E. | ○ Yes ⊗ No | Not injured in this incident |
| | | HICKMAN, CHAD B. | ○ Yes ⊗ No | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes ○ No | Not injured in this incident |
| | | BOVINO, GREGORY K. | ○ Yes ⊗ No | Not injured in this incident |
| | | WAY, HUNTER L. | ○ Yes ⊗ No | Not injured in this incident |
| SOTO, DEVON | Projectile (other than rock) - Threw a bottle with unknown liquid at agents on 10/23/2025 10:01 | TELLO, JOSE C. | ○ Yes ⊗ No | Not injured in this incident |
| | | GLORIA, JAIME | ○ Yes ⊗ No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VELEZ, CHRISTOPHER S. | ○ Yes ⊗ No | Not injured in this incident |
| | | FARRELL, THORSTEN R. | ○ Yes ○ No | Not injured in this incident |

Not injured in this

Print Date: 2025-10-28

CHC v. Noem CBP 001220

E-STAR Incident | LES | #25820

| | | | | |
|---|---|---|---|---|
| | | GARZA, VICTOR R. | ○ Yes ⊗ No | incident |
| | | DOVIAK, ADAM E. | ○ Yes ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |
| | | O DOWD, KEVIN J. | ○ Yes ⊗ No | Not injured in this incident |
| | | SVEUM, MICHAEL B. | ○ Yes ⊗ No | Not injured in this incident |
| | | TURNER, MICHAEL J. | ○ Yes ⊗ No | Not injured in this incident |
| | | MCNEAL, RHET | ○ Yes ⊗ No | Not injured in this incident |
| | | LARSEN, RYAN G. | ⊗ Yes ○ No | Not injured in this incident |
| | | MCBEE, JOSHUA A. | ○ Yes ⊗ No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ○ Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | ○ Yes ⊗ No | Not injured in this incident |
| | | BELEN LLERAS, BRYAN | ○ Yes ⊗ No | Not injured in this incident |
| | | MEZA, OSCAR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ○ Yes ⊗ No | Not injured in this incident |
| | | RODRIGUEZ, EDGAR | ○ Yes ⊗ No | Not injured in this incident |
| | | REYES, JUAN E. | ○ Yes ⊗ No | Not injured in this incident |
| | | HICKMAN, CHAD B. | ○ Yes ⊗ No | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes ○ No | Not injured in this incident |
| | | BOVINO, GREGORY K. | ○ Yes ⊗ No | Not injured in this incident |
| | | WAY, HUNTER L. | ○ Yes ⊗ No | Not injured in this incident |

## USES OF FORCE: 4

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ESPINOZA, MOSES E. | ECW (Electronic Control Weapon) - TASER X2 on 10/23/2025 10:15 | **Subject:** RICO, FIDEL<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?** |

CHC v. Noem CBP 001221

E-STAR incident [ **LES** ]#25820

| | | |
|---|---|---|
| | | Vehicle on 10/23/2025 09:50 - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| HEWSON, KRISTOPHER M. | OC (Pepper Spray Hand Held Canister) - Conical Mist on 10/23/2025 09:51 | Subject: RICO, OSCAR<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| HEWSON, KRISTOPHER M. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS on 10/23/2025 10:06 | Subject: MASS GROUP<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | Subject: GARDENER, MARIA<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>    Projectile (other than rock) - Kicking a deployed gas cannister back toward agents on 10/23/2025 10:26 - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| MEZA, OSCAR A. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast OC - muzzle blast cs on 10/23/2025 11:00 | |
| VAZQUEZ, EDGAR E. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 40MM Muzzle Blast CS on 10/23/2025 11:15 | |
| VAZQUEZ, EDGAR E. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical Saf-Smoke Canister - Pocket Tactical Saf-Smoke Canister on 10/23/2025 11:20 | |
| REYES, JUAN E. | PLS (PepperBall Launching System) - Kinetic impact on 10/23/2025 11:00 | |
| BOVINO, GREGORY K. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Flameless Tri- | |

Print Date: 2025-10-28

CHC v. Noem CBP 001222

E-STAR incident [ LES ] 25820

| | Chamber OC Canister - Deployed 2 hand held chemical munitions. 1 was riot control OC, and 1riot control blue CS on 10/23/2025 10:01 | |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ⊗ No

Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

In support of "Operation Midway Blitz", the Department of Homeland Security (DHS) and Department of Justice (DOJ) have [ LEP ]tly increase "at large" arrests of illegal aliens, including individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploy[ LEP ]. The operation prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

**Current certification status:** Not certified

**Narrative of LARSEN, RYAN G.**

On October 23rd, 2025 I Border Patrol Agent Ryan Larsen was assigned as a floater Quick Reaction Force (QRF) to follow strike teams who were conducting operations in and around Little Village, Chicago. At approximately 9:40 AM the strike teams vehicles stopped and dismounted at the intersection of W 27th St and S Whipple St. At this time a crowd of angry protesters had started to form. They were screaming, yelling profanities, and flipping Border Patrol Agents off. At one point there was some commotion a few yards west of the intersection. I observed several agents running to that direction. Went to that location where a couple agents were struggling to arrest a woman. I and several other agents formed a defensive perimeter to hold back the crowd. Shortly after, CS riot gas was deployed by agents. A few seconds later an agent, later identified as Joshua McBee, pointed out an individual who had kicked a CS can back into the direction of the agents. This individual was later identified as Lorenzo Valdemar, a US citizen. This action was caught on my body camara. The agent and myself pursued the suspect for a few yards

E-STAR incident l[ LES ] F #25820

before apprehending him. We cuffed him and led him back to a secured area at the aforementioned intersection where he was placed in a transport van. While we were cuffing the subject a bottle of unknown liquid was thrown at us from the rooftop of the building we were next to. I then went back to the line of agents that had formed to the west of the intersection. After a few minutes the order was given that we would start to exfiltrating the area, as the crowd had grown larger. Most of the agents loaded back into their vehicles and proceeded up Whipple St. There were a few agents standing by to protect the ones leaving and make sure the way was clear. I instructed several members of the crowd to get off the street and out of the way of government vehicles. I had to gently push several individuals who were encroaching on our position out of the way of where the vehicles would be driving. One young Hispanic male reached out from the crowd and struck me. I attempted to grab him, but he retreated into the midst of the other rioters. At this point there several people started throwing rocks, most of which seemed to be the size of a golf ball. I was struck a couple times by these. At this point there several Chicago police officers arrived to hold back the rioters to allow the rest of us agents to leave the area. One government vehicle had its rear window smashed by a rock, one had its side window smashed, another had its tire slashed, and several were vandalized with permanent markers. I sustained no injuries. The incident was recorded on my body camera. Evidence Serial Number: [ LES ]

### Narrative of FARRELL, THORSTEN R.
On October 23, 2025, I, Border Patrol Agent Thorsten Farrell, was deployed to Chicago, Illinois, as part of the Tucson Sector Border Patrol Tactical Team (BORTAC) to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers during Operation Midway Blitz. I was dressed in a Border Patrol Special Operations uniform, with all law enforcement identifiers prominently displayed, in compliance with U.S. Customs and Border Protection (CBP) standards.

On this date, I was aiding Border Patrol Agents functioning as a Quick Reaction Force (QRF) to provide backup and security while they conducted immigration enforcement activities. I occupied the front passenger seat of a 2025 GMC Yukon rental vehicle, which was also occupied by BPA Victor Garza (driver) and BPA Adam Doviac (rear passenger). At approximately 10:30 A.M., agents requested assistance due to a crowd forming around them, obstructing their exit near the intersection of S Avers Ave and W 26th St, Chicago, IL 60623 (N41.84430, W87.72089).

We promptly responded to the area to provide assistance and observed several other QRF vehicles being blocked in by civilian cars and an estimated 100 protesters on the ground. The protesters were shouting obscenities at the agents and advancing towards them in a threatening manner.
At around 10:35 A.M., Chicago Police arrived to help manage the crowd, allowing the QRF teams to depart.

As the teams re-entered the vehicle, we witnessed the crowd begin to strike the windows and doors of the vehicles as we attempted to leave. At one moment, while we were slowly following the vehicle ahead of us, I glanced to the left where the protesters were the most vocal and saw the front driver-side mirror being punched off, along with two individuals spitting on the driver-side window.

We continued to follow the vehicle in front of us, as stopping would obstruct the vehicles behind us and further incite the crowd, which had already begun to exhibit violent tendencies. Both sides of our vehicle were impacted by rioters on the ground; however, only the driver's side mirror sustained significant damage.

We managed to depart the area at around 10:45 AM. I did not sustain any injuries and did not deploy any less lethal devices throughout the incident. My body-worn camera was inactive during the incident as we did not exit the vehicle.

### Narrative of LIBBY, DUSTIN GLENN
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.



CHC v. Noem CBP 001224

E-STAR incident ID: **LES** #25820

**AGENT EXPERIENCE:**

I have been employed as a Border Patrol Agent for over 15 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share previous experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their ultimate destination was Chicago, Illinois or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. In an attempt to decompress the strain on southern border cities, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis.

On October 23, 2025, I Border Patrol Agent Dustin Libby was conducting immigration enforcement operations in the Cicero neighborhood of Chicago, IL in support of Operation Midway Blitz. Cicero has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any documentation affording them legal status to enter or remain in the United States.

I was operating in a commercial rental vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Driving the vehicle was Border Patrol Agent A. Crenshaw. Both BPA Crenshaw and myself were dressed in full rough duty uniform with U.S. Border Patrol insignia, and were assigned transport duties for the day.

**ENFORCEMENT ACTION (Street Encounter):**

At approximately 09:50 AM, BPA Crenshaw and myself were on 27th Street, heading eastbound, attempting to remain in close proximity to the main group of agents, without interfering. Following indicators on our **LES** s well as radio traffic, we believed that the majority of agents were on 26th street, and about to head westbound. Therefore, I suggested to BPA Crenshaw that we should temporarily park on the south side of 27th street, after observing that there was little to no hostile activity in our general vicinity.

Shortly after parking, however, there appeared to be an incident at the intersection of 27th street and Whipple and at approximately 10:02a.m., while attempting to relocate our vehicle as directed, the first of approximately three to four impacts with our vehicle was noted.

At that time, I observed a male, possibly in his mid to late 20s, shouting at us. He then appeared to throw an object at the side of our vehicle, causing an audible thud, approximately thirty seconds later, two more impacts were heard, and I witnessed multiple individuals to the right side and rear of our vehicle shouting, and picking up objects from the street. I directly observed at least two separate individuals throw objects at our vehicle  At approximately 11:03 AM additional agents were able to respond to our location and allow our vehicle to clear the immediate area.

This encounter was recorded on my Body Worn Camera: Serial Number D01D03740, Evidence Numb **LES**

**Narrative of SVEUM, MICHAEL B.**

On October 23, 2025, I, Supervisory Border Patrol Agent Michael Sveum as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.  I was riding in a Black Chey Tahoe rented by the US Border Patrol along with fellow BORTAC Agents Rhet McNeal, and Border Patrol Search Trauma and Rescue (BORSTAR) Agent Kevin O'Dowd.

At approximately 10:00 A.M., we responded to agents calling for assistance near the intersection of 27th and Whipple, after they

CHC v. Noem CBP 001225

E-STAR Incident | LES | #25820

were surrounded by an angry mob of people.

Upon arrival at the scene, I exited my rental vehicle and made my way to where the bulk of agents were lined up holding the angry mob back. There was a large group of people yelling at agents.

Once all the subjects being arrested were placed into transport vehicles, QRF Agents began moving down the street to get all GOV and Agents out of the area before the crowd could grow and become violent.

Chicago Police Department arrived on scene to assist with crowd control, but as soon as they took over, the mob turned violent and started throwing water bottles at agents. As agents were quickly moving to their vehicles, more bottles, eggs and rocks were being thrown at the vehicles. The mob was also chasing us down the street, grabbing anything they could get their hands on to throw as the Chicago Police were doing their best to keep them back and away from us.

My rental vehicle sustained damage from the projectiles to include dents and scratches in multiple places.

I was not injured and did not use any less lethal devices during the incident.

My body worn camera was active during the entire time of the incident.
BWC ID# LES

**Narrative of HEWSON, KRISTOPHER M.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 23, 2025, I, Supervisory Border Patrol Agent Kristopher Hewson was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 19 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens.

During these interviews, many illegal aliens have told me that their final destination was the Chicago, Il area or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities. Additionally, during the migrant surge of 2020-2022.

At approximately 9:50 a.m., I was working in the neighborhood of Little Village in Chicago, Illinois. Alongside me were my partners, Border Patrol Agent Dalton Smith, Border Patrol Agent Joshua Mcbee, and Supervisory Border Patrol Agent Arnoldo Diaz. We were patrolling 27th Street and Whipple Ave. Before we got to 27th street and Whipple we had numerous vehicles attempting to impede us and block us from performing our duties. We also had numerous people following us screaming "LA Migra" and honking their horn. I was dressed in full border patrol rough duty uniform. I also was wearing a ballistic vest displaying identifiers that stated "Federal Agent/U.S. Border Patrol." Agent Mcbee and SBPA Diaz both exited the vehicle to engage an individual in conversation. Agent Mcbee determined that the subject was present in the country illegally. Agent Mcbee placed the subject under arrest who started to resist. Agent Mcbee and SBPA Diaz took the subject to the ground to effect the

CHC v. Noem CBP 001226

E-STAR incident ID: [ LES ] #25820

arrest.

After the subject was subdued and secured, I noticed a commotion occurring at the corner of 27th and Whipple Ave. I walked over to see what was going on. i noticed numerous agents trying to extract the passengers of a truck that appeared to be attempting to block the vehicle that belonged to Agents. I ran over to assist. The subject was forcefully resisting detention by thrashing his body, kicking his legs, and tucking his arms underneath his body. Agents were struggling to obtain the subjects compliance. I obtained my OC spray cannister and informed the subject he needs to stop resisting or be sprayed. The subject continued to resist. I showed the subject, later identified as Oscar Rico (DOB [PII] 2010), my can of OC spray and told him that he will be sprayed if he didn't stop resisting. Oscar Rico continued to resist and I deployed my OC with a 2 second burst from 2 feet away. The spray occurred at approximately 10:01 A.M. The OC was effective and we were able to place RICO in handcuffs. RICO was immediately taken to a vehicle and was decontaminated with water, air, and wiping away the OC from his affected areas. RICO suffered no adverse effects and medical treatment was declined.

At 10:02 A.M. I notified SBPA Velez of my deployment of OC Spray.

After RICO was decontaminated, I heard via service radio that BPA Crenshaw who was operating our transport van with one illegal alien in custody was being surrounded. I noticed other Agents heading to BPA Crenshaw's location. I decided to stay for a minute or so to secure the eastern perimeter due to more rioters coming to the scene. At approximately 10:03 A.M. BPA Crenshaw again radioed that his vehicle was now under attack. I immediately ran approximately 100 yards to his location through a crowd of agents and angry rioters. One subject attempted to trip me on my way to BPA Crenshaw's location. I ignored this subject and arrived at BPA Crenshaw's location where I saw a subject banging on the passenger door attempting to open the door. I immediately shoved the subject off of the vehicle and ordered him to get off and stay back. I then went in front of BPA Crenshaw's vehicle and ordered other people to stay clear so that BPA Crenshaw could safely maneuver his vehicle inside the perimeter that Agents had established. One such subject that repeatedly try to impede BPA Crenshaw was Maria Gardener who was later identified. I had to physically reposition GARDENER out of BPA Crenshaw's way.

After BPA Crenshaw made it safely into the perimeter we collapsed and formed a line holding the perimeter on the west side. At approximately 10:06 A.M. I was on the left side of the perimeter line when the crowd was attempting to advance on our perimeter line. The crowd at this point on the west side was approximately 30-40 subjects. Subjects in the crowd were stating that they were calling their "homies" to come with the "heat". Another subject said they had "rammers coming our way to fuck us up". At this time, I warned the crowd that if they didn't back up, I would deploy chemical munitions. After I gave this warning, the right side of the perimeter started to have the rioters pushing Agents. I even saw a subject throw an object at the Agents. I deployed one pocket CS gas canister approximately 15 yards into the crowd to disperse the crowd and retreat to prevent further injury to the Agents who were being assaulted. I noticed GARDENER approach my cannister that was deploying and kicked it back at the Agent's. I immediately charged GARDENER and grabbed her and informed her she was under arrest for assaulting agents.

I took GARDENER to a vehicle to be secured. Once at the vehicle I asked if she was ok and if she needed any medical assistance due to the exposure to CS Gas. GARDENER stated she did not need any further medical assistance.

At 10:10 A.M. I notified SBPA Velez of my deployment of one pocket CS Gas.

RICO, and GARDENER were transported to the FBI office for further processing where RICO was ultimately released. GARDENER was released facing future charges pending investigation.

My body worn camera was activated during the entirety of this event. Evidence ID: [ LES ]

## Narrative of HICKMAN, CHAD B.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

CHC v. Noem CBP 001227

E-STAR incident ID: [LES] #25820

On October 14, 2025, I, Border Patrol Agent Chad Hickman as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.

At approximately 9:55 A.M., my QRF along with the strike team I was providing security for, arrived at the intersection of 27th and Whipple as agents were arresting several subjects.

When we arrived on scene, the intersection was surrounded by multiple protestors on all sides of the intersection. Agents on scene were advised to assist by posting up as security for the scene. Protestors were yelling for agents to go home. At approximately 10:15 A.M, after multiple commands by all agents for protesters to get off the street to make room for a government vehicle, agents deployed a pocket smoke cannister in response to the large crowd starting to shove and push agents in the street. Once deployed, a subject in a white sweater kicked the pocket smoke and back in the direction of the Agents/Officers. I believe this subject was arrested along with several others that had thrown objects at agents.

While waiting for transport to arrive on scene for the subjects in custody the crowd continued to grow and become more hostile. Members of my QRF assisted in holding the perimeter along with other QRFs at the scene.

At approximately 12:30 P.M., I returned to my vehicle to prepare to leave the area. All Agents/Officers left the scene while being pelted with projectiles. One of the projectiles that was thrown shattered the rear window of our rental vehicle as well as another projectile dented the rear passenger door. Border Patrol Agents (BPA) Vazquez, Meza and Belen were also inside of the vehicle when it was struck by the unknown projectile. Once we were clear of the scene, we accompanied our strike team that also had a window broken to the FBI office where pictures were taken.

At approximately 12:50 P.M., when it was safe and feasible to do so, I notified Supervisory Border Patrol Agent (SBPA) Sveum of the assault.

I did not use a less lethal device during this event

No injuries were observed or reported

My body worn camera was active during the entire time of the incident.

BWC ID: [LES]

### Narrative of ESPINOZA, MOSES E.

On October 23, 2025, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. [LEP] tion will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses. Key objectives include e [LEP] nd ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection, Special Response Team Operator (SRTO), Moses Ely Espinoza. I have served in this position since 2021. I successfully completed the SRT selection course in 2021. I have 17 years and 10 months of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly

CHC v. Noem CBP 001228

E-STAR Incident [ LES ] #25820

force and less-lethal force applications, as well as other enforcement tactics and procedures. I am a Less Lethal Instructor, which I obtained since 2017 and a Hand thrown Chems instructor.

On October 23, 2025, I, Moses Ely Espinoza, with the Office of Field Operations (OFO), Special Response Team (SRT), was assigned to serve as a quick reaction force (QRF) for Operation Midway Blitz in Chicago, Illinois protecting Border Patrol as they conducted enforcement operations. My shift started at 0600 hours and my uniform for the day was multicam arid uniform with "police" identifiers on it.

At approximately 0925 my team and I were driving unmarked vehicles on 27th street in Chicago, IL. Our convoy consisted of three unmarked vehicles. I was in the second vehicle while we were driving, I noticed a white cargo box truck driving erratically and speeding, trying to physically disrupt the convoy. It appeared to me the driver of the box truck was trying to ram or corral the third vehicle in our convoy. The white box truck accelerated the speed and drove over the sidewalk with the intent to cut off the third vehicle from our convoy. At the intersection of 27th and Whipple, the white box truck was able to disrupt the convoy by cutting off the third vehicle, preventing SRT to continue the ongoing operation. The remaining convoy was then commanded to make a hard stop. Our TL then gave the command to dismount and make the approach to the driver of the white box cargo truck as he had successfully disrupted our convoy movement. I ran towards the conveyance and immediately gave verbal commands to the driver to get out of the vehicle. The SRT members and I proceeded to physically extract the driver from the conveyance as it posed as a safety issue to the entire team. Driver was physically resisting the extraction of the conveyance, however, I and other SRT members were able to physically extract the driver from the vehicle. Upon extraction, I saw the subject actively resisting arrest. I noticed the subject was a large heavy-set male. As the other SRT operators were struggling to take subject into custody, I saw the subject physically preventing SRT operators from gaining control and securing the subject in handcuffs. I saw the subject not allowing his hands to be placed on his back, preventing control of his hands. SRT Operators were constantly giving commands to stop resisting arrest. I then deployed my issued (ECW/Taser X2/Serial X29009TX6) on drive stun mode to effect arrest. I drive stun the male subject for approximately 4 seconds on the back of his left ham string. SRTO's where then able to secure the left cuff on wrist. The male subject was still actively resisting arrest. After giving more verbal warnings to "stop resisting" and "Place your hands behind your back", the male subject continued to actively resist. I then drive stun him on he's top left part of he's back, for approximately 4 seconds. The deployment of my ECW was successful in affecting the arrest and preventing injury to the subject and the SRT operators making the arrest. Subject was then identified as RICO, Fidel, a US citizen. Control of the subject was continued by other SRT and USBP.

### Narrative of VAZQUEZ, EDGAR E.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 23, 2025, I, Border Patrol Agent Edgar Vazquez as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.

At approximately 10:45 A.M., agents at 27th street and Whipple notified QRF Agents requesting assistance for an arrest and where a crowd was forming. I was approximately 3 minutes away and responded to assist.

When we arrived on scene, the intersection was surrounded by multiple protestors on all sides of the intersection. Agents on scene were advised to assist by posting up as security for the crowd. Protestors were yelling for agents to go home.

At approximately 11:02 A.M, after multiple commands by all agents for protesters to get off the street to make room for government vehicles. While multiple other agents were attempting to arrest a subject, I placed myself between the agents and the crowd to provide security. An agent deployed a cannister of handheld chemical munition in response to the large crowd starting to shove and push agents in the street. Once deployed, a subject in a dark colored hoody kicked the chemical munition back in the direction of the Agents/Officers. I moved forward and deployed a CS muzzle blast 40mm munition at him from a distance of eight yards. The subject retreated into the crowd. No arrest was able to be made on this individual.

I moved back to where the crowd was to set a security line to prevent protesters from moving towards Agents/officers who were



E-STAR Incident ID [LES] #25820

attempting a tactical exit. I advised the remaining crowd to get back. At approximately 11:05 A.M., the crowd was moving forward at our direction and hindering our movement to leave. An agent deployed a CS muzzle blast 40mm munition to disperse the crowd. I immediately threw a pocket handheld smoke canister in front of the crowd. A protester ran up to the handheld canister and kicked it at myself and other agents. I kicked the canister towards the protesters and agents ran to arrest the female later identified as Maria Gardener who was the protester that kicked the canister. Agents struggled with Gardener which was resisting agents. I placed myself between the agents and the crowd to provide security for them. After a brief struggle, agents were able to put Gardener into handcuffs and tell her she was being arrested for assault.

At approximately 11:34 A.M., I returned to my vehicle to prepare to leave the area. All Agents/Officers left the scene while being pelted with projectiles and subjects kicking the rental vehicle. One of the projectiles that was thrown shattered the rear window of our rental vehicle. Border Patrol Agents (BPA) Belen-Lleras, Meza, and Hickman were also inside of the vehicle when it was struck by an unknown projectile near the intersection of 26th and Sacramento. Once we were clear of the scene, we went to the FBI building to provide information regarding the assault.

No injuries were observed or reported from my use of force.

My body worn camera was active during the entire time of the incident.

BWC ID# [LES]

## Narrative of MEZA, OSCAR A.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 23, 2025, I, Border Patrol Agent Oscar A. Meza as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.

At approximately 10:45 A.M., Agents at the intersection of 27th and Whipple, Agents of a vehicle wreck where a crowd was forming. I was approximately 3 minutes away from the crash scene.

When we arrived on scene, the intersection was surrounded by multiple protestors on all sides of the intersection. Agents on scene were advised to assist by posting up as security for the scene. Protestors were yelling foul language and for agents to go home.

We were met with a violent crowd who began encroaching aggressively at agents. Supervisory Border Patrol Agent Christian Velez gave the mob warning to get back. I heard other agents give warning to get back. After the warnings, I saw rioters throw objects at Border Patrol Agents with one suspect taken to the ground. The crowd rapidly escalated the situation with an individual wearing a maroon sweatshirt; indication of potential weapons coming into the area by possible gang members in maroon sweatshirts, rioters becoming instantly violent by throwing objects and physically assaulting agents within a few feet of me; a situation in my experience that would grow more violent if not controlled, at least three suspicious individuals on opposing rooftops; a situation extremely concerning due to recent reports that Latin King gang members in this very area (Little Village) would place armed gang members on rooftops to collect bounties placed on law enforcement, and agitators actively blocking our vehicles; a very concerning tactic of obstructing law enforcement for the purpose of perpetrating violence upon static law enforcement, especially in light of bounties placed on law enforcement. Repeated warnings by Border Patrol Agents and myself to move back and not impede or assault Border Patrol Agents. I felt this was an emergent, highly dangerous situation, especially in light of the aforementioned bounties placed on the heads of law enforcement, in need of immediate resolution for both the safety of Border Patrol agents and the public.

At approximately 11:05 A.M, after multiple commands by me and other agents to the protesters to get off the street to make room for a government vehicle and to back away from the agents. I deployed a 40-millimeter CS Muzzle Blast Specialty Chemical munition to provide ample room for agents to egress. The Muzzle blast disperses a powder type agent. It is also commonly used to disperse crowds, area denial and crowd management. The Crowd had increased in numbers and had backed us all the way back to the intersection in an aggressive manner. The large crowd started to shove and push agents into the street. They picked up canisters deployed by other Agents and were either throwing them at us or kicking them at us. At this time, we were



CHC v. Noem CBP 001230

E-STAR incident # [LES] #25820

attempting to leave the area safely and they did not allow a safe departure.
Later in the event multiple other subjects began throwing objects striking multiple Agents/Officers and vehicles operated by Agents. I moved up to where the crowd was to set a security line to prevent protesters from moving towards Agents/officers who were attempting a tactical exit at approximately 11:20 P.M
At approximately 11:38 P.M. All Agents/Officers were driving away from the scene while being pelted with projectiles. One of the projectiles that was thrown shattered the rear window of our rental vehicle. Border Patrol Agents (BPA) Belen, Vazquez, and Hickman were also inside of the vehicle when it was struck by the unknown projectile.
At approximately 12:50 P.M., when it was safe and feasible to do so, I notified Supervisory Border Patrol Agent (SBPA) Sveum of my use of force.
No injuries were observed or reported from my use of force.
My body worn camera was active during the entire time of the incident. However, on some occasions it was blocked by my other gear.
BWC ID# [LES]

## Narrative of WAY, HUNTER L.

On October?23, 2025, I, U.S. Customs and Border Protection Officer, Hunter Way, of the Special Response Team (SRT),?along with additional SRT Operator's (SRTOs), was working in support of Immigration and Customs Enforcement's Midway Blitz in Chicago, IL. I have 5 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations.



On this date, SRTOs were operating in unmarked government vehicles and rental vehicles, wearing?OFO SRT rough duty uniform?and wearing a full service issued ballistic body armor with visible U.S. Customs and Border Protection and Police insignias that read "Police". We were readily identifiable as a United States Customs and Border Protection officers. Teams working under Midway Blitz in Chicago and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border. SRTOs and TFOs are also provided with intelligence packets containing information on illegal aliens who have been found to be amenable to deportation or removal through extensive research from various DHS, CBP, and USBP databases. These packets include a signed I-200 (Warrant for Arrest of Alien).

On this date, 10/23/2025,?I?was?tasked with being a reaction team for?a?Border Patrol's operation in the town of Little Village, IL. At approximately 0945 hours near West 27th?St traveling East in a sliver Durango. Inside the vehicle were SRTO Sanchez (driver), SRTO Diaz (front passenger), SRTO Klein (driver side rear), and I (passenger side rear). I noticed a white in color box truck with two males in the front seat following us. The white box truck was driving erratically, not stopping at red lights and stop signs, driving into oncoming lanes of traffic, and attempting to side swipe the sliver Durango that I was in. The driver of the white box truck was aggressively impeding the operation by compromising the integrity of our convoy?and posed a significant safety hazard to us and the public.?

At approximately 0947 hours, I called 911 and was dispatched to 911 operator?named?WASHINGTON. She received the direction of the white box truck and the license plate. I was giving her direction of travel and cross streets, but she wanted us to stop so Chicago Police Department could find us. I told her we were getting followed and driver was trying to run us off the road, and we were not going to stop. She said she could not send units to us because she doesn't know where we are. ??

At approximately?1000?hours,?the sliver Durango was cut off from the rest of the convoy at the intersection by the white box truck near 27th?St and Whipple St. At this time, we exited the sliver Durango,?I had a less lethal launcher (FN303) pointed at the subject.?I went to the passenger of the white box truck and said "Police" and opened the door to remove the subject later identified as RICO, Oscar (D.C [PII] 2010 United States Citizen). Subject was gripping the A-pillar handle in the truck and was not exiting the truck. I and several Border Patrol Agents (BPA) physically pulled RICO from the vehicle so that he could be restrained and detained. The entire time I had my hands on RICO trying to remove him from the vehicle he was tensed up, not following commands, and physically working against officers/agent's efforts to remove him from the truck. After RICO was removed from the truck several Border Patrol Agents took him to the ground. After he was removed from the truck and before he was taken to the ground, I shifted my responsibility from RICO to a security role; there was a small crowd beginning to form, and



CHC v. Noem CBP 001231

E-STAR incident ID [ LES ] 25820

I felt there were enough BP Agents to effect an arrest.?I was not injured and did not use any less lethal devices during the incident. ?Body Worn Camera was activated, and video serial number is [ LES ]

End.

**Narrative of BOVINO, GREGORY K.**
On October 23, 2025, I was assigned patrol duties as part of Operation Midway Blitz in the Cicero and Little Village areas of Chicago, Illinois. I was a passenger in an unmarked, fully armored Chevrolet Suburban, replete with lights and siren, and was accompanied by Acting Division Chief Rachel McCaslin and Custom and Border Protection (CBP) Office of Professional Responsibility (OPR) Special Agent Matt Phillips. Agent McCaslin and I were in full Border Patrol uniform with all identifiers clearly showing. Because of Agent Phillips' work with OPR, he does not wear a uniform in the regular performance of his duties and was in plain clothes with a bullet proof vest showing markings of Federal Agent. At approximately 9:30 AM, both nearby mobile strike teams and I encountered aggressive drivers attempting to "box-in" federal agents, 4 potentially gang-affiliated individuals wearing maroon sweatshirts (these individuals had tried blocking agents with their Silver Honda Civic minutes earlier and flashed gang signs with their hands at agents) with possible weapons (see aerial footage taken by CBP aircraft at 940 am of possible gang members with weapons), 2 individuals on rooftops with interlocking fields of fire (intelligence reports from the week before mentioned Latin Kings bringing firearms onto rooftops) and violent crowds throwing rocks, bottles, and commercial artillery shell fireworks at federal agents/officers and vehicles. Additionally, a transport van carrying detainees was surrounded and attacked before being secured within a protected perimeter.

At approximately 9:50 a.m., a white box truck attempted to box in agents in my vicinity (27th street and Sacramento). Both occupants of the truck were arrested. At this time, I noted rioters deploying commercial grade fireworks at federal agents. I ordered teams to return to vehicles and depart the area. I gave the order to depart the area; however, our vehicles were blocked from departing the area at the intersection of Whipple and 27th. We attempted to depart via a secondary route of egress, however agents in a nearby transport van containing detainees were swarmed by rioters. Agents called for assistance, and we ceased departing the area and dismounted from our vehicles.

We were met with a violent crowd who began encroaching aggressively at agents. Supervisory Border Patrol Agent Christian Velez gave the mob warning to get back. I heard other agents to my left give warning to get back. After the warnings, I saw rioters throw objects at Border Patrol Agents with one suspect taken to the ground. I then deployed two hand held chemical munitions for several reasons, to include these coinciding factors: the rapidly escalating situation with an individual wearing a maroon sweatshirt; indication of potential weapons coming into the area by possible gang members in maroon sweatshirts, rioters becoming instantly violent by throwing objects and physically assaulting agents within a few feet of me; a situation in my experience that would grow more violent if not controlled, at least two suspicious individuals on opposing rooftops; a situation extremely concerning due to recent reports that Latin King gang members in this very area (Little Village) would place armed gang members on rooftops to collect bounties placed on law enforcement, and agitators actively blocking our vehicles; a very concerning tactic of obstructing law enforcement for the purpose of perpetrating violence upon static law enforcement, especially in light of bounties placed on law enforcement. These deployments were undertaken after repeated warnings by Border Patrol Agents and myself to move back and not impede or assault Border Patrol Agents. I felt this was an emergent, highly dangerous situation, especially in light of the aforementioned bounties placed on the heads of law enforcement, in need of immediate resolution for both the safety of Border Patrol agents and the public.

I deployed the first chemical munition, and it landed approximately 50 feet away in the middle of the violent mob. The munition had the intended effect of immediately stopping active violence against Border Patrol Agents and dispersing the rioters. I felt through my three decades of experience that had I not deployed less lethal munitions immediately, given the above-described threats, a more violent outcome for both agents and the public would have taken place. One violent rioter kicked the munition I threw back at Border Patrol Agents, and I immediately threw a second munition, this one landing approximately 65 feet away. It too had the intended effect of further stopping violence and dispersing the rioters. The rioter who assaulted Border Patrol Agents by kicking the first munition back at agents that I threw was taken into custody a few minutes later near the intersection of 27th and Whipple (Individual with yellow reflective tape on a jacket).

I maintained on-scene command during the disturbance and was struck in the helmet by a large rock/chunk of pavement but



CHC v. Noem CBP 001232

E-STAR Incider | **LES** | 925820

remained uninjured and continued directing operations. Multiple arrests were made for assault, impeding, and for causing property/vehicle damage.  See below for a timeline of events:

9:30 A.M. – Vehicle Impediment and Arrest at 26th St. & S. Avery St.

• Two vehicles were observed driving recklessly and intentionally impeding Border Patrol enforcement operations along 26th Street near S. Avery Street. These vehicles were screeching by Agents at high rates of speed, swerving dangerously, and driving at agents.
• Two vehicles coordinated to block Border Patrol units and interfered with active operations. They waited until agents got to an intersection and parked nose-to-nose, blocking the entire street.
• When agents attempted to arrest them, one vehicle fled, while the second was successfully stopped.
• The driver of the stopped vehicle was arrested for impeding federal operations.
• This marked the first act of direct interference against Operation Midway Blitz agents that morning.

09:40 A.M. – Pre-Incident Threat Observation - Gang Members in Honda Civic

• A silver Honda Civic blocked agents, and the occupants made gang-related hand gestures toward the agents.  Individuals in this vehicle were wearing maroon hoodies.
• Agents were able to escape, but aerial patrol followed the Civic to observe their next move. They observed the Civic park in an alley nearby.
• Four males exited the vehicle and removed the vehicles license plates.
• The subjects briefly stopped again and were observed via aerial patrol retrieving suspected firearms from the trunk before leaving the area in the vehicle.
• AMO relayed this activity over the radio; the FBI issued a law-enforcement-sensitive bulletin identifying the threat.
• The incident occurred minutes before the riot, signaling a rising, organized threat environment.

09:50 A.M. – Vehicle Assault at W. 27th St. & S. Sacramento Ave.

• Agents encountered two U.S. citizens in a box truck actively blocking Border Patrol vehicles and attempting to ram Border Patrol/CBP OFO units.
• Agents dismounted and took the driver into custody. Driver resisted arrest.
• The passenger fled on foot but was captured after a brief pursuit and OC deployment.
• The passenger was decontaminated by AMO EMT within ten minutes of exposure.
• Rioters deployed commercial-grade artillery shell fireworks at agents.

10:00 A.M. – Riot and Assault at 27th St. & Whipple Ave.

• A crowd of approximately 75 to 100 rioters and impeders surrounded Border Patrol vehicles and agents, escalating into violence.
• Agents create a perimeter of the area.
• Rioters began throwing rocks, glass bottles, and other objects at agents and vehicles.
• Chief Patrol Agent Gregory Bovino deploys two hand held gas munitions.
• During the chaos, a Border Patrol transport van carrying illegal aliens attempted to reach the safety of the perimeter but was attacked by the mob. Call for assistance is broadcasted by agents in the van.
• Agents secured the van and got it within the perimeter, agents continue to issue multiple warnings for dispersal.
• Chief Patrol Agent Gregory Bovino was struck in the head by a rock.
• The crowd ignored commands and intensified their assault, leading to the deployment of additional chemical munitions in accordance with CBP policy.

Damage Assessment:
Multiple Border Patrol and SRT vehicles sustained significant damage, including:
• Broken mirrors and windows
• Dented body panels



E-STAR incident ID

**LES**

- Slashed tires
- Graffiti related to known gang affiliations ("Latin Kings").

Summary

From 9:30 A.M. to 10:30 A.M., Border Patrol agents assigned to Operation Midway Blitz encountered a rapid escalation of targeted hostility and organized interference:

- Vehicular obstruction at 26th & Avery (one arrest).
- Gang-affiliated intimidation and suspected firearm retrieval (Honda Civic).
- Attempted vehicular assault at 27th & Sacramento (two arrests).
- Organized riot at 27th & Whipple involving fireworks, projectiles, attacks on a detainee transport van, and significant vehicle damage, leading to multiple arrests.
- No serious injuries were reported. The situation was brought under control, and order was restored following coordinated actions by federal agents.

**Narrative of BELEN LLERAS, BRYAN**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 23, 2025, I, Border Patrol Agent Bryan Belen-Lleras as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.
On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.

At approximately 11:30 a.m., I, along with Border Patrol Agents (BPA) Meza, Vasquez and Hickman were in an unmarked government rental vehicle at the intersection of 26th St and Sacramento St in the Little Village area. A crowd of protesters were yelling at us to go home while surrounding our vehicle. While attempting to leave the scene, a projectile was thrown and hit the passenger side window. The window did not shatter. We exited our vehicles to tell the crowd to get back and while doing so the protestors became more agitated and began to get closer. Chicago Police Department was on scene and began to push the crowd back for us to be able to get in our vehicles and leave the scene. As we drove off, another projectile was launched from the crowd and hit the back window which caused it to shatter. We cleared the scene.

No injuries were observed or reported from the assault.

My body worn camera was not active at the time due to my role as the driver.

**Narrative of REYES, JUAN E.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 23, 2025, I Border Patrol Agent Edgar Rodriguez as part of the El Paso Sector Border Patrol Mobile Response Team

CHC v. Noem CBP 001234

E-STAR Incident ID: **LES**

(MRT), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol issued uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date, I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities in Little Village near Cicero, Chicago.

At approximately 10:40 A.M , we encountered multiple vehicles attempting to block our path while traveling on West 26th Street. I observed several cars honking and driving erratically. At one point I observed a black in color Dodge Ram driving on the opposite side of the road to get in front of our vehicles. Shortly after, a call for support came over the radio requesting assistance at the intersection of West 27th Street and South Sacramento Avenue, stating that they were being blocked by a crowd with their vehicles.

When I arrived on scene, the street was surrounded by multiple subjects and vehicles. Agents on scene were advised to assist by posting up as security for the scene. The crowd was yelling for agents to go home.

At approximately 11:00 A.M, I observed several Agents running towards the south entrance of the Discount Mall (3115 W 26th Street, Chicago, IL 60623). I quickly ran towards the area and observed that the crowd had become agitated, and two Agents had a female subject on the floor attempting to place her in handcuffs. The crowd started yelling to let her go that she was a student, to let her go. I quickly started giving verbal commands to the crowd to keep their distance. I noticed that two Agents were struggling to place a female in handcuffs due to the equipment they were carrying. I approached the Agents and provided assistance in placing her in handcuffs. I escorted her to the transport van and placed her in

the vehicle, securing her with the seatbelt. As I returned to the area, I observed that other Agents had another subject on the floor being handcuffed and the crowd was more aggressive. I observed that one of the Agents deployed a can of gas. I returned to my vehicle to retrieve a Stinger Rubber Ball Grenade and began to walk towards the crowd, monitoring their activities and looking for any immediate threats.

While multiple Agents pushed the crowd eastbound, I observed a male subject wearing a black top kick the can of gas towards myself and other Agents. At this time, I deployed the Stinger Rubber Ball Grenade towards his area considering that the crowd was approximately 150 feet northeast of his location. The subject was apprehended by other Agents before he reached the crowd.

Shortly thereafter, a call came over my service radio that chemical munitions were going to be deployed due to the crowd becoming more hostile towards the Agents. I returned to my vehicle to retrieve my gas mask and a Riot Control CS can. As I approached the crowd, I observed that gas had already been deployed by other Agents. I removed the safety pin from the can and as I walked past the cloud of smoke, I observed that the crowd had dispersed eastbound. As per the manufacturer's instructions, you cannot reinsert the safety pin. I located an area that was unoccupied to safely dispose of the CS gas. The space was cleared of Agents and bystanders.

I notified Supervisory Border Patrol Agent (SBPA) Michael Sveum of my use of force.

No injuries were observed or reported from my use of force.

My body worn camera was active during the entire time of the incident.

BWC ID# **LES**

### Narrative of RODRIGUEZ, EDGAR

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000



CHC v. Noem CBP 001235

E-STAR Incident ID  25820

undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 23, 2025, I Border Patrol Agent Edgar Rodriguez as part of the El Paso Sector Border Patrol Mobile Response Team (MRT), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol issued uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date, I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities in Little Village near Cicero, Chicago.

At approximately 10:40 A.M., we encountered multiple vehicles attempting to block our path while traveling on West 26th Street. I observed several cars honking and driving erratically. At one point I observed a black in color Dodge Ram driving on the opposite side of the road to get in front of our vehicles. Shortly after, a call for support came over the radio requesting assistance at the intersection of West 27th Street and South Sacramento Avenue, stating that they were being blocked by a crowd with their vehicles.

When I arrived on scene, there was crowd and multiple and vehicles blocking the street. Agents on scene were advised to assist by posting up as security for the scene. The crowd was yelling for agents to go home.

At approximately 11:00 A.M, I observed several Agents running towards the south entrance of the Discount Mall (3115 W 26th Street, Chicago, IL 60623). I quickly ran towards the area and observed that the crowd had become agitated, and two Agents had a female subject on the floor attempting to place her in handcuffs. The crowd started yelling to let her go that she was a student. I quickly started giving verbal commands to the crowd to keep their distance. I noticed that two Agents were struggling to place the female in handcuffs due to the equipment they were carrying. I approached the Agents and aided in placing her in handcuffs. I escorted her to the transport van and placed her in the vehicle, securing her with the seatbelt. As I returned to the area, I observed that other Agents had another subject on the floor being handcuffed and the crowd was more aggressive. The scene was rapidly evolving, and the crowd was becoming more abrasive and defiant to verbal commands. I observed that one of the Agents deployed a can of gas, I returned to my vehicle to retrieve a Stinger Rubber Ball Grenade and began to walk towards the crowd, monitoring their activities and looking for any immediate threats.

While multiple Agents pushed the crowd eastbound, I observed a male individual wearing a black top kick the can of gas towards myself and other Agents. At this time, I deployed the Stinger Rubber Ball Grenade towards his area considering that the crowd was approximately 150 feet northeast of his location. Several Agents ran after the individual, apprehending him before reaching the crowd.

Subsequently, a call came over my service radio that chemical munitions were going to be deployed due to the crowd becoming more hostile towards the Agents. I returned to my vehicle to retrieve my gas mask, and a Riot Control CS can. As I approached the crowd, I observed that gas had already been deployed by other Agents. I removed the safety pin from the CS can and as I walked past the cloud of smoke, I observed that the crowd had dispersed eastbound and the deployment of another CS can was no longer justified. As per the manufacturer's instructions, you cannot reinsert the safety pin. I located an area that was unoccupied to safely dispose of the CS gas. The space was cleared of Agents and bystanders.

I notified Supervisory Border Patrol Agent (SBPA) Michael Sveum of my use of force.

No injuries were observed or reported from my use of force.

My body worn camera was active during the entire time of the incident.

BWC ID  LES

## FILE ATTACHMENTS

**File names:**

LES
LES
LES .docx
LES
LES
LES

To view these documents refer to the on-line version of this incident report or contact LESC staff.



CHC v. Noem CBP 001236

E-STAR incident LES #25820

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|