E-STAR incident ID: **LES** #25839



## U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ○ Completed  ○ Active  ○ Ready for review  ⊗ Rejected  ○ Deleted
**Reason rejected:** Need a couple minor changes to narrative. Request has been sent to agents via e-mail

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25839
**Title:** Operation Midway Blitz, Assault/Use of Force, Grace St. & Kildare Ave
**Shift start date/time:** 10/25/2025 07:00
**Shift end date/time:** 10/25/2025 17:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes  ○ No
**CBP Reporting Organizations:**
☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
☐ Air and Marine Operations
☐ Office of Field Operations
**Created by:** HUGHBANKS, DANIEL L.    **Creation date/time:** 10/26/2025 12:09
**Last updated by:** FICK, SHANNON M.    **Last updated date/time:** 10/28/2025 14:42
**Reviewer:** FICK, SHANNON M    **Date reviewed:** 10/28/2025

## RELATED SYSTEMS: 5

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 4 |
|---|
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

CHC v. Noem CBP 001266

E-STAR Incident ID: LES -#25839

## LOCATION/ENVIRONMENTAL CONDITIONS

Incident location/AOR: U.S. Border Patrol / Detroit Sector
    Landmark: DETROIT GENERAL AREA NON SPECIFIC AREA
Country/international waters: United States of America
    Address:
        Street: Grace St. & Kildare Ave
        City: Chicago    State: ILLINOIS    Zip: 60641
Incident coordinates:
    Latitude: 41.94993
    Longitude: -87.73532
Setting: ◯ Indoors  ⊗ Outdoors
    Outdoor setting: ⊗ On land  ◯ In water (standing or swimming)  ◯ On water (in vessel)  ◯ In the air
Description of the premises/location: Street area in urban area
Environmental factors:
    Weather: ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    Illumination: ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    Estimated temperature (Fahrenheit): 52

## NOTIFICATIONS

CBP personnel notified:

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GARCIA JR, EFRAIN | SBPA | Radio | 10/25/2025 |
| GAMBOA, DANIEL E | SBPA | Phone | 10/25/2025 |

Other authorities notified (external to CBP): ☐ Federal  ☐ Tribal  ☐ State  ☐ Local  ☐ Foreign

## EMPLOYEES: 4

Name: PUENTE, JAVIER G.
    Gender: Male    Age: 48    Height: 5'10"    Weight: 180 pounds
    CBP employee series or role: Officer/Agent
    Service EOD: 05/22/2006
    Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
    Duty (or detail/TDY) location EOD: 10/12/2025
    Duty status at the time of the incident: ⊗ On duty  ◯ Off duty
        Activity: Patrol Interior
    Armed law enforcement experience:
        Total law enforcement experience at the time of the incident: 19 years 5 months
        CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☒ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

    Wearing body armor? ⊗ Yes  ◯ No
    Attire: ⊗ Uniform  ◯ Plain clothes
    Was PUENTE, JAVIER G. assaulted? ⊗ Yes  ◯ No
    Did PUENTE, JAVIER G. use reportable force? ◯ Yes  ⊗ No
    Was PUENTE, JAVIER G. injured? ◯ Yes  ⊗ No

CHC v. Noem CBP 001267
Print Date: 2025-10-28

E-STAR Incident ID: LES #25839

**Name:** RICO, TEE J.
**Gender:** Male  **Age:** 34  **Height:** 5'11"  **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/08/2016
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
  **Activity:** Patrol Interior
**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 9 years 2 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☒ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was RICO, TEE J. assaulted?** ⊗ Yes  ○ No

**Did RICO, TEE J. use reportable force?** ○ Yes  ⊗ No

**Was RICO, TEE J. injured?** ○ Yes  ⊗ No

**Name:** CHAVEZ, ANDY
**Gender:** Male  **Age:** 33  **Height:** 5'5"  **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/08/2016
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
  **Activity:** Patrol Interior
**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 9 years 8 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was CHAVEZ, ANDY assaulted?** ⊗ Yes  ○ No

**Did CHAVEZ, ANDY use reportable force?** ⊗ Yes  ○ No
  **Force type:** Less-lethal Device
  **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
  **Device type:** Hand-Thrown Munitions - Chemical
  **Munition type:** Triple Chaser CS Canister
  **Device description/comments:** Tripple Chaser CS
  **Estimated use of force date/time (local):** 10/25/2025 09:55
  **Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
  **Estimated distance:** 15 feet
  **Approximately how many munitions did you deploy?** 1
  **Collateral contamination occurred:** ○ Yes  ○ No  ⊗ Unknown  ○ Not applicable
  **Was this force type used again within the same shift (a break-in-the-action)?**

CHC v. Noem CBP 001268

E-STAR incident ID: LES -#25839

○ Yes  ⊗ No
Reason(s) for this use of force:
☒ Protect self   ☒ Protect co-worker   ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☐ Prevent escape
☐ Overcome resistance   ☐ Stop vehicle   ☐ Vessel failure to heave to
☐ Animal euthanization   ☐ Other

Was CHAVEZ, ANDY injured?  ○ Yes  ⊗ No

**Name:** HEWSON, KRISTOPHER M.
**Gender:** Male  **Age:** 42  **Height:** 6'0"  **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/04/2006
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

Armed law enforcement experience:
Total law enforcement experience at the time of the incident: 19 years 1 months
CBP training previously received (not including basic academy training):

☐ BPAIST   ☐ BORSTAR   ☐ BORTAC   ☐ DITP   ☐ DTI
☐ EDVPTP   ☐ EMT   ☐ FITP   ☐ LLITP (IFITP)   ☐ MFF
☐ MRT   ☐ PITP   ☐ SRT   ☐ TATP   ☐ Other

Wearing body armor?  ⊗ Yes  ○ No
Attire:  ⊗ Uniform  ○ Plain clothes

Was HEWSON, KRISTOPHER M. assaulted?  ⊗ Yes  ○ No

Did HEWSON, KRISTOPHER M. use reportable force?  ○ Yes  ⊗ No

Was HEWSON, KRISTOPHER M. injured?  ○ Yes  ⊗ No

## SUBJECTS: 3

**Name:** MASS GROUP
**Estimated number of individuals in the group:** 30
**Group description (Composition, attire, etc.):** 30 Subjects dressed in civilian clothes blocking agents from leaving area, throwing objects and striking officers with hands.
Was any member of this group wearing body armor?  ○ Yes  ○ No  ⊗ Unknown
Group activity:
☐ Illegal entry
☒ Uncooperative during encounter/inspection
☐ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☒ Assault (rocks/other projectiles)
☐ Assault (all other types)
☒ Rioting/civil disturbance

CHC v. Noem CBP 001269

E-STAR Incident I**LES** #25839

- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Group's current location and disposition if known:** Group dispersed after agents left the area, two subjects were arrested for assault on federal agent

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes  ○ No
   **Was any member of the group outside the US or its territories when committing the assault?** ○ Yes  ⊗ No
   **Weapon(s)/type of assault:**
      **Assault method:** Projectile (other than rock)
         **Projectile description:** Bag of dog poop
      **Estimated assault date/time (local):** 10/25/2025 10:00

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes  ○ No
   **Was any member of this group outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Name:** BRYAN, MARIA
**Gender:** Female   **Date of birth:** [PII] 2001   **Height:** 5'2"   **Weight:** 120 pounds
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**
- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☒ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was arrested and processed at the FBI building
**Did this subject assault a CBP employee?** ⊗ Yes  ○ No
   **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No
   **Weapon(s)/type of assault:**
      **Assault method:** Physically w/o weapon
         **Describe physical assault:** Striking BPA Rico with her fists.
      **Estimated assault date/time (local):** 10/25/2025 10:00
**Was reportable force used on this subject?** ○ Yes  ⊗ No
**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No
   **Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency
      **Was an administrative action initiated for this subject by CBP?**



CHC v. Noem CBP 001270

E-STAR incident  LES  #25839

⊗ Yes  ○ No
Was prosecution sought against this subject? ⊗ Yes  ○ No
Prosecution By: ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency
Was this subject injured or claiming to be injured? ○ Yes  ⊗ No  ○ Unknown

Name: BROSILOW, MICHAEL
Gender: Male   Date of birth: PII 1957   Height: 5'9"   Weight: 125 pounds
Attire: ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
Was the subject wearing body armor? ○ Yes  ⊗ No  ○ Unknown
Immigration status: U.S. Citizen
Country of citizenship: United States of America
Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?
○ Yes  ⊗ No
Subject's activity:
  ☐ Illegal entry
  ☒ Uncooperative during encounter/inspection
  ☐ Failure to yield/heave to
  ☐ Checkpoint runner
  ☐ Port runner
  ☐ Alien smuggling
  ☐ Narcotics smuggling
  ☐ Scouting
  ☐ Assault (rocks/other projectiles)
  ☒ Assault (all other types)
  ☐ Rioting/civil disturbance
  ☐ Mass coordinated entry
  ☐ No suspected illegal activity
  ☐ Other
Subject's current location and disposition if known: Subject was arrested and transported to FBI building for interview pending assault charge
Did this subject assault a CBP employee? ⊗ Yes  ○ No
  Was the subject outside the US or its territories when committing the assault? ○ Yes  ⊗ No
  Weapon(s)/type of assault:
    Assault method: Physically w/o weapon
      Describe physical assault: Subject lunged at Agent Rico.
    Estimated assault date/time (local): 10/25/2025 10:00
Was reportable force used on this subject? ○ Yes  ⊗ No
Was this subject arrested / taken into custody? ⊗ Yes  ○ No
  Arrested / taken into custody by: ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency
    Was an administrative action initiated for this subject by CBP? ○ Yes  ⊗ No
  Was prosecution sought against this subject? ⊗ Yes  ○ No
    Prosecution By: ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency
Was this subject injured or claiming to be injured? ○ Yes  ⊗ No  ○ Unknown

## ASSAULTS: 5

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
| --- | --- | --- | --- |

CHC v. Noem CBP 001271

E-STAR incident ID  LES  #25839

| | | | | |
|---|---|---|---|---|
| MASS GROUP | Projectile (other than rock) - Bag of dog poop on 10/25/2025 10:00 | PUENTE, JAVIER G. | ⊗ Yes ○ No | Not injured in this incident |
| | | RICO, TEE J. | ⊗ Yes ○ No | Not injured in this incident |
| | | CHAVEZ, ANDY | ⊗ Yes ○ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |
| BRYAN, MARIA | Physically w/o weapon - Striking BPA Rico with her fists. on 10/25/2025 10:00 | PUENTE, JAVIER G. | ○ Yes ⊗ No | Not injured in this incident |
| | | RICO, TEE J. | ⊗ Yes ○ No | Not injured in this incident |
| | | CHAVEZ, ANDY | ○ Yes ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |
| BROSILOW, MICHAEL | Physically w/o weapon - Subject lunged at Agent Rico. on 10/25/2025 10:00 | PUENTE, JAVIER G. | ○ Yes ⊗ No | Not injured in this incident |
| | | RICO, TEE J. | ⊗ Yes ○ No | Not injured in this incident |
| | | CHAVEZ, ANDY | ○ Yes ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ○ Yes ⊗ No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| CHAVEZ, ANDY | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Tripple Chaser CS on 10/25/2025 09:55 | Subject: MASS GROUP<br>Was this use of force in response to the following assault by this subject?<br>Projectile (other than rock) - Bag of dog poop on 10/25/2025 10:00 - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0



CHC v. Noem CBP 001272

E-STAR incident ID: LES F-#25839

## NARRATIVE

### Shared incident narrative

**Narrative of RICO, TEE J.**
On October 25, 2025, I, Border Patrol Agent (BPA) Tee Jay Rico, as part of the Rio Grande Valley Special Operations Detachment (RGV/SOD), Border Patrol Tactical Unit (BORTAC), was deployed to Chicago, Illinois, as part of a multi-agency operation known as "Midway Blitz". On 10/25/2025, I was assigned as a Quick Reaction Force (QRF) for Border Patrol Agents conducting arrests in the Avondale area of northern Chicago, Il. I was wearing my rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

At approximately 9:40 a.m., other Border Patrol Agents (BPA's) working in the area made a consensual immigration encounter on a one-way street in a residential neighborhood. During this time agents had been putting out information regarding vehicles and bikes trailing them and interrupting their operations by shouting "ICE", blowing whistles, and honking their horns. At least three vehicles and multiple bikes arrived at the scene of the immigration encounter. Observing what the situation could possibly turn into from previous encounters during Midway Blitz, me and my team moved our vehicle closer to the encounter in case backup was needed. At approximately 9:47 a.m. agents on the ground advised they had a runner and were in pursuit. My team had visual of the running subject and myself along with BPA Andy Chavez exited the vehicle to assist with apprehending the subject. BPA Chavez was able to apprehend the subject and place handcuffs on him along with my assistance. While apprehending the subject a large crowd began to form around us yelling "let him go" along with other offensive remarks. While escorting the subject back to the transport vehicle people in the crowd began to block our movements. I made several requests for them to move out of the way to continue escorting the subject, although they made it difficult and barely followed commands. Once we approached the transport vehicle, I observed a green bag filled with what appeared to be dog feces, launched over our heads and land approximately three feet from where I was. I was unable to identify who threw the bag, but knew tensions were running high and the crowd was beginning to get more aggressive. All agents then got in their vehicles to leave the scene while the crowd continued to move closer and got in the way of the vehicles to prevent our exit. A red SUV then parked in front of our vehicles at an angle blocking the road. The driver exited the vehicle, and agents were unable to identify the driver. We then attempted to reverse our vehicles to exit and were blocked by another vehicle that refused to move. After several commands to move, the driver of the vehicle refused to move. We then found a way to maneuver and reverse around the second vehicle to continue our exit from the scene that was getting increasingly aggressive. While walking to escort our vehicle over to the next street for exit, bystanders continued to block the road with bikes and motorcycles while harassing agents and yelling offensive remarks. Multiple times I had to advise Maria E. BRYAN to move her bicycle and herself from the road. BRYAN refused commands and continued to place herself and her bike in a manner to prevent our exit. I continuously moved BRYAN and her bike out of the way as we slowly made our way to the next street. BRYAN continued to get in my face and yell offensive remarks at me while I attempted to deescalate the situation. As we moved closer to the exit me and the other agents noticed a gray sedan driving at a high rate of speed, approaching our vehicles in an aggressive manner before stopping abruptly in front of our lead vehicle. At this point both exits were blocked by vehicles intentionally placed by the drivers. As we approached the vehicle SBPA Hewson gave the driver, later identified as Michael BROSILOW, commands to move his vehicle out of the way. BROSILOW refused to move and yelled offensive remarks at us letting us know he would not move, keeping us in this very aggressive scene. Shortly after this, a CS (Chlorobenzlidene) gas can was deployed towards the crowd of aggressive subjects. Seeing this I knew we had to move the grey sedan immediately. I then approached the vehicle and gave BROSILOW several commands to move the vehicle out of the way for our exit. BROSILOW refused and continued to yell offensive remarks. As I continued to give BROSILOW commands to move his vehicle, he exited his vehicle aggressively and lunged towards me. I then grabbed him, placed him on the ground, and attempted to place him under arrest. BROSILOW refused to follow commands to place his hands behind his back and continued to resist. During this time Maria E BRYAN came up to me and hit my head. I was finally able to place Michael BROSILOW under arrest while BPA J. Puente placed BRYAN under arrest for assaulting me. We then secured both subjects in the transport vehicle. BROSILOW's vehicle was moved out of the way, and we were able to make our exit from the scene. We then made our way to Broadview ICE facility for further processing and investigations.

Body cam footage was recorded from the above-mentioned incidents.
Source Serial Number: D01A36942
Evidence Serial Number: LES



E-STAR incident ID: LES #25839

**Narrative of CHAVEZ, ANDY**
On October 5, 2025, I, Border Patrol Agent (BPA) Andy Chavez, as part of the Rio Grande Valley Special Operations Detachment (RGV/SOD), Border Patrol Tactical Unit (BORTAC), was deployed to Chicago, Illinois, as part of a multi-agency operation known as "Midway Blitz". On October 25, 2025, I was assigned as a Quick Reaction Force (QRF) for Border Patrol Agents conducting arrests in the Avondale area of North Chicago, Il. I was wearing my rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) policies.
At approximately 9:00 A.M my QRF team arrived at the Avondale area in armored gray suburban vehicle. Almost immediately upon arriving in the area we began to have people in both bicycles and vehicles follow us while blowing their whistles yelling "ICE ICE ICE" and telling us to "Get the fuck out of here". Due to the number of people that began following our vehicles, our team decided to remain close to one of our strike team vehicles so that we could respond and assist Border Patrol Agents in case they were assaulted while making consensual encounters with people. At approximately 9:30 A.M. we arrived at a residential area located near Grace Street and Kildare Avenue where Border Patrol Agents were making their consensual encounters. Border Patrol Agents then communicated with us via handheld radio that a male subject was running toward our QRF vehicle. I exited the vehicle and assisted in apprehending the male later identified as Luis Daniel VILLEGAS who was later determined to be a Mexican national illegally present in the United States.
While assisting with the arrest I noticed that we were getting a crowd of dozens of people surrounding us yelling at us to let him go and shouting obscenities towards us. Once VILLEGAS was handcuffed, I began to escort him toward the strike team's vehicle. As I was escorting him, the crowd kept following us, getting into our personal space, continuing to be aggressive even after being given multiple warnings to get back or that they will be arrested for impeding. They continued to yell and demand that we let VILLEGAS go. As agents were placing VILLEGAS in the vehicle, I observed a small green bag with dog feces thrown towards our direction. I continued giving multiple warnings to the crowd to get back. At this time, I observed the crowd kept getting bigger and more aggressive with all the agents including myself. Due to officer safety concerns, our QRF team decided we needed to leave the area. I entered our QRF vehicle to prepare to leave when I heard on the radio that a red vehicle was blocking our exit route in front of us while at the same time there was another vehicle behind us that had been following us for about 15 minutes prior to arriving at Grace Street and Kildare Avenue location. At this time, I decided to put on my gas mask due to the possibility of us having to deploy CS gas to disperse the crowd while safely exiting the area.
I exited the vehicle and began to walk toward the red car that was blocking us and observed that were was no one in the driver's seat. I began to walk back toward the gray suburban vehicle while shouting to the crowd to get back or they will get gassed more than five times. A male, wearing all yellow clothes then began shouting "throw the gas, throw the gas, throw the gas". I continued walking toward my vehicle and attempted to assist our driver reverse our vehicle so that we could leave the area. While doing this I observed a car drive at a high rate of speed toward our strike team's vehicle which is where VILLEGAS was in custody. I ran toward that direction and observed agents attempting to place the driver of the vehicle under arrest.
At this moment, I felt that the area was getting too volatile and dangerous for agents because we were extremely outnumbered and the crowd's aggression continued to escalate, I made the decision at approximately 9:55 A.M. to deploy a hand thrown chemical munition o-Chlorobenzyl Dene malononitrile (CS gas), Triple Chaser CS canister, to disperse the crowd. Before deploying the chemical munition, I yelled "Gas, gas, gas" to warn the crowd and agents. After the deployment, I ran to assist the other agents that were attempting to arrest a male later identified as Michael Brosilow and a female later identified as Maria Elena Bryan.
No injuries were observed or reported from my deployment of any less lethal devices.
I notified Supervisory Border Patrol Agent Efrain Garcia of my deployment of less lethal devices once the situation was under control and feasibly possible.
The munition was deployed in a targeted manner, directed at individuals attempting to impede law enforcement officials during their official duties that posed a high risk of danger to agents. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation and to ensure the safety of all personnel involved while restoring order.
The deployment of the munitions effectively disrupted the hostile actions initiated by assaultive individuals, enabling law enforcement personnel to regain control of the situation and subdue the violent crowd of protesters.
Body cam footage was recorded from the above mentioned incidents. Evidence Serial # LES
The timeline below shows approximate time of deployment throughout duration of the event.



CHC v. Noem CBP 001274

E-STAR incident ID: LES #25839

9:55 A.M. – 9:56 A.M.
One Triple Chaser CS canister

**Narrative of PUENTE, JAVIER G.**
BRYAN, MARIA ELENA
DOB: PII 2001
COB: United States of America

Immigration and Customs Enforcement (ICE) is currently executing Operation Midway Blitz targeting immigration violators in Chicago, Illinois and the greater Chicagoland area. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.??

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation Midway Blitz arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the Alien Tracker system1 (ATrac), with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.?

On Saturday, October 25, 2025, I, Border Patrol Agent (BPA) J. Puente from the Rio Grande Valley Sector, was working in support of Immigration and Customs Enforcement's Operations At Large in the City of Chicago, Illinois. I have over 19 years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations.

The location of today's operation was located near the 3798 blocks of N Kildare Avenue, Chicago, Illinois (41.949881-87.735101). At approximately 10:40 a.m., while assigned as a Quick Reaction Force (QRF) Operator providing protection to Strike Team Four led by Supervisory Border Patrol Agent K. Hewson we were attempting to leave the scene of an arrest when a large crowd of approximately 40 to 50 people and several vehicles started to block our way out, several warnings were given by other Agents and the protesters were not complying. I observed one of our Agents conducting an arrest of someone that was blocking our way out. As we were attempting to leave the area, I approached the agent to provide security for him and I observed a female, wearing black, hitting the Agent in the head with her fists. At this point I placed her under arrest for 18 US Code 111 for assaulting and impeding a Federal Officer. The subject later identified as Bryan, Maria Elena was taken to the FBI Building at 2111 W Roosevelt Rd., Chicago, IL for further processing. At the FBI Building she was interviewed by FBI Special Agent Zachary Johnson.

After reviewing the Body 4 Camera footage (Evidence Serial Number LES it can be observed at the 10:55.57 (Eastern time) when I saw her assaulting BPA T. Rico. Video was uploaded to Evidence.com

Disposition:

As per SA Johnson, subject Bryan, Maria will be released pending further investigation for 18 USC 111.

## FILE ATTACHMENTS



E-STAR incident **LES** #25839

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | HUGHBANKS, DANIEL L. | 10/28/2025 11:27 | |
| Rejected | FICK, SHANNON M. | 10/28/2025 14:15 | Need a couple minor changes to narrative. Request has been sent to agents via e-mail |

CHC v. Noem CBP 001276