E-STAR incident ID: LES 25765



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES 25765
**Title:** Operation Midway Blitz: Chicago - Vehicle Assault in Carpentersville
**Incident date/time:** 10/15/2025 11:00
**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
   ☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** El Centro Sector / El Centro Station
**Created by:** MCLAUGHLIN JR, DANIEL J.        **Creation date/time:** 10/15/2025 12:43
**Last updated by:** TREBS, ARTHUR A.          **Last updated date/time:** 10/20/2025 14:14
**Reviewer:** HUGHBANKS, DANIEL L              **Date reviewed:** 10/19/2025

### RELATED SYSTEMS: 6

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 5 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |
| Other involved organizations: | |
| Other federal agency | Homeland Security Investigations (HSI) |

**Were other CBP components/external agencies involved?** ⊗ Yes  ○ No



CHC v. Noem CBP 001087

E-STAR incident ID: LES 25765

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** LEP
        **City:** LEP    **State:** ILLINOIS    **Zip:** LEP
**Incident coordinates:**
    **Latitude:** LEP
    **Longitude:**
**Setting:** ○ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land ○ In water (standing or swimming) ○ On water (in vessel) ○ In the air
**Description of the premises/location:** In roadway near LEP
**Environmental factors:**
    **Weather:** ☐ Dry ☒ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    **Estimated temperature (Fahrenheit):** 56

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SVEUM, MICHAEL B | Supervisory Border Patrol Agent | Phone | 10/15/2025 |
| TORRES, RAYMOND F | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/15/2025 |
| HEWSON, KRISTOPHER M | Supervisory Border Patrol Agent | In-Person | 10/15/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 5

**Name:** HICKMAN, CHAD B.
    **Gender:** Male    **Age:** 50    **Height:** 5'8"    **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 03/06/2000
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 25 years 7 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

    **Wearing body armor?** ⊗ Yes ○ No
    **Attire:** ⊗ Uniform ○ Plain clothes

    **Was HICKMAN, CHAD B. assaulted?** ⊗ Yes ○ No
    **Was HICKMAN, CHAD B. injured?**

CHC v. Noem CBP 001088

E-STAR incident LES #25765

○ Yes ⊗ No

**Name:** FLORES, DERRICK J.
  **Gender:** Male  **Age:** 36  **Height:** 6'2"  **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 01/15/2021
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 4 years 9 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

  **Wearing body armor?** ⊗ Yes  ○ No
  **Attire:** ⊗ Uniform  ○ Plain clothes

  **Was FLORES, DERRICK J. assaulted?** ⊗ Yes  ○ No

  **Was FLORES, DERRICK J. injured?** ○ Yes  ⊗ No

**Name:** MEZA, OSCAR A.
  **Gender:** Male  **Age:** 36  **Height:** 5'10"  **Weight:** 225 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 11/13/2008
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 16 years 11 months
    CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

  **Wearing body armor?** ⊗ Yes  ○ No
  **Attire:** ⊗ Uniform  ○ Plain clothes

  **Was MEZA, OSCAR A. assaulted?** ⊗ Yes  ○ No

  **Was MEZA, OSCAR A. injured?** ○ Yes  ⊗ No

**Name:** VAZQUEZ, EDGAR E.
  **Gender:** Male  **Age:** 39  **Height:** 6'2"  **Weight:** 200 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 04/30/2007
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 18 years 5 months

CHC v. Noem CBP 001089

E-STAR incident LES -#25765

**CBP training previously received (not including basic academy training):**

- ☐ BPAIST
- ☒ BORSTAR
- ☒ BORTAC
- ☐ DITP
- ☐ DTI
- ☐ EDVPTP
- ☒ EMT
- ☒ FITP
- ☐ LLITP (IFITP)
- ☒ MFF
- ☒ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

**Wearing body armor?** ☒ Yes ◯ No
**Attire:** ☒ Uniform ◯ Plain clothes

**Was VAZQUEZ, EDGAR E. assaulted?** ☒ Yes ◯ No

**Was VAZQUEZ, EDGAR E. injured?** ◯ Yes ☒ No

**Name:** ALY, MOSTAFA S.
**Gender:** Male  **Age:** 30  **Height:** 5'8"  **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/26/2023
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/08/2025
**Duty status at the time of the incident:** ☒ On duty ◯ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  Total law enforcement experience at the time of the incident: 2 years 6 months
  CBP training previously received (not including basic academy training):

- ☐ BPAIST
- ☐ BORSTAR
- ☐ BORTAC
- ☐ DITP
- ☐ DTI
- ☐ EDVPTP
- ☐ EMT
- ☐ FITP
- ☐ LLITP (IFITP)
- ☐ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

**Wearing body armor?** ☒ Yes ◯ No
**Attire:** ☒ Uniform ◯ Plain clothes

**Was ALY, MOSTAFA S. assaulted?** ☒ Yes ◯ No

**Was ALY, MOSTAFA S. injured?** ◯ Yes ☒ No

## SUBJECTS: 1

**Name:** ALFONZO VALENZUELA, MAICOL RAUL
**Gender:** Male  **Date of birth:** PII 2002  **Height:** 5'8"  **Weight:** Unknown
**Attire:** ☒ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown
**Was the subject wearing body armor?** ◯ Yes ☒ No ◯ Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** VENEZUELA
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes ☒ No
**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting

CHC v. Noem CBP 001090

E-STAR incident | **LES** | #25765

- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Was transported the HSI Facility for further processing

**Did this subject assault a CBP employee?** ☒ Yes  ☐ No
    **Was the subject outside the US or its territories when committing the assault?** ☐ Yes  ☒ No
    **Weapon(s)/type of assault:**
        **Assault method:** Vehicle

**Was this subject arrested / taken into custody?** ☒ Yes  ☐ No
    **Arrested / taken into custody by:** ☒ CBP  ☐ Other federal agency  ☐ State agency  ☐ Local agency
        **Was an administrative action initiated for this subject by CBP?** ☒ Yes  ☐ No
    **Was prosecution sought against this subject?** ☒ Yes  ☐ No
        **Prosecution By:** ☒ CBP  ☐ Other federal agency  ☐ State agency  ☐ Local agency
**Was this subject injured or claiming to be injured?** ☐ Yes  ☒ No  ☐ Unknown

## VEHICLE INFORMATION

### SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** MERCEDES-BENZ
**Vehicle model:** Sprinter
**Vehicle year:** 2014
**Vehicle type:** Van
**Total damage to the vehicle (not including tire damage):** Minimal/cosmetic
**Final disposition of the vehicle:** Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | ALFONZO VALENZUELA, MAICOL RAUL | Driver |

## ASSAULTS: 5

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| ALFONZO VALENZUELA, MAICOL RAUL | Vehicle | FLORES, DERRICK J. | ☒ Yes ☐ No | Not injured in this incident |
| | | HICKMAN, CHAD B. | ☒ Yes ☐ No | Not injured in this incident |
| | | MEZA, OSCAR A. | ☒ Yes ☐ No | Not injured in this incident |
| | | VAZQUEZ, EDGAR E. | ☒ Yes ☐ No | Not injured in this incident |
| | | ALY, MOSTAFA S. | ☒ Yes ☐ No | Not injured in this incident |

CHC v. Noem CBP 001091

E-STAR   LES   #25765

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes  ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

### Narrative of MEZA, OSCAR A.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 15, 2025, I Border Patrol Agent (BPA) Oscar A. Meza as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities. BPA Flores was driving a White Chevy Tahoe, which was a rental vehicle. At approximately 11:05 A.M., Border Patrol Agent Aly, Mostafa was attempting a consensual encounter with an individual. BPA Aly, and the other agents he was working with, stopped their grey Ford Explorer in front of a white panel Mercedes Sprinter Van that was parked near the intersec[LEP]gents Hickman, Flores, Vazquez, and I parked about a vehicle length behind the Sprinter Van in the middle of the street. While BPA Aly approached the subject, later identified as ALFONZO-Valenzuela, for a consensual encounter, he noticed BPA Aly and ran back into his Sprinter Van placing it in reverse. ALFONZO was in such a hurry that he didn't close the rear doors of the van. Once inside ALFONZO reversed his Sprinter Van into our Tahoe, swiping the right side of our vehicle and causing damage to the whole right side of our Tahoe.

While ALFONZO continued driving uphill a few hundred feet, he crashed into a street sign and trash cans. We followed the Sprinter Van and stopped our Tahoe next to it. The driver of the Sprinter Van proceeded to drive straight to where agent Aly was standing. The Sprinter Van came to a brief stop and did not hit BPA Aly. I exited our Tahoe and ran towards the driver side door of the Sprinter Van. I assisted other BPAs with removing ALFONZO from the driver seat and out of the Sprinter Van. Once ALFONZO was safely extracted, I assisted in the arrest of ALFONZO who was on the ground being placed in handcuffs.

At approximately 11:45 P.M. a Sherriff deputy arrived for the vehicle accident and took notes for his report. Once the sheriff departed, we followed agent Aly who took custody of ALFONZO. ALFONZO was taken to the HSI facility for further investigation.

No injuries were observed or reported.

My body worn camera was active during the entire time of the incident.
BWC ID#  LES

### Narrative of HICKMAN, CHAD B.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders

CHC v. Noem CBP 001092

E-STAR incident | **LES** | #25765

while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 15, 2025, I, Border Patrol Agent Chad B. Hickman, as part of the El Paso Sector Special Operations Detachment Border Patrol Tactical Unit (BORTAC) in the El Paso Sector (EPT), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in my issued Multi-camo Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

My shift was scheduled to begin at 6:00am. During the initial planning phase of the operation on today's date, I was assigned to assist the EPT Quick Response Team (QRF) for Strike Team 1 and a planned enforcement **LEP**, Illinois. QRFs consists of a specialized group of Special Operations Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for strike teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments. Strike Teams are composed of unmarked vehicles and uniformed Border Patrol Agents with clear identifiers. The objective of Strike Teams is to locate and apprehend individuals who are present in the United States illegally. My QRF was operating an unmarked Chevy Tahoe. Our strike team was in full Border Patrol uniforms with all law enforcement identifiers clearly visible and they were also operating an unmarked Ford Explorer.

At approximately 11:05 A.M., Border Patrol Agent Aly, Mostafa was attempting a consensual encounter with an individual., BPA Mostafa, and the other agents he was working with, stopped their unmarked Ford Explorer GOV (Government Vehicle) in front of a white panel work van near the intersection of **LEP** Agents Vasquez, Flores, Meza, and I were in an unmarked rental vehicle which we parked about a vehicle length behind the van in the middle of the street. The subject for the consensual encounter, later identified as ALFONZO-Valenzuela, Maicol Raul, ran into his van and placed the van in reverse after seeing agent Aly, who was in full uniform, approach him. The van reversed into our unmarked rental (Chevy Tahoe), side swiping the right side of our vehicle and causing damage to the whole right side of our vehicle.

The van continued to reverse uphill on Lake Shore Dr, for a few hundred feet, until it crashed into a street sign and trashcans. We followed the vehicle and stopped next to the van. At this time, it proceeded to drive straight towards where agent Aly was standing. Agent Aly had to move out of the path of the van and began giving commands to ALFONZO to stop and exit the van. The van came to a stop. BPA Vasquez was able to run out of our vehicle and through the opened back portion of the van. He was able to push ALFONZO out of the van into BPA Flores, Meza and myself. After extracting ALFONSO from the vehicle, I assisted in gaining control and placing ALFONSO under arrest. Once ALFONZO was safely extracted out of the van, Agent Vasquez placed the van in park and exited the van. We advised Supervisory Border Patrol Agent Hewson of the incident and secured the scene.

At approximately 11:45 P.M. a Sherriff Deputy arrived for the vehicle accident and took notes for his report. Once the sheriff departed, we followed agent Aly who took custody of ALFONZO. ALFONZO was taken to the HSI facility for further investigation.

Prosecution was declined by the AUSA

No injuries were observed or reported.

My body worn camera was active during partial time of the incident.
BWC Event **LES**


**Narrative of VAZQUEZ, EDGAR E.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators

CHC v. Noem CBP 001093

E-STAR incident LES 25765

throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 15, 2025, I Border Patrol Agent Edgar Vazquez as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.

At approximately 11:05 A.M., Border Patrol Agent Aly, Mostafa was attempting a consensual encounter with an individual later identified as ALFONZO-Valenzuela, Maicol Raul. BPA Aly, and the other BPAs he was working with, stopped their unmarked Government Owned Vehicle (GOV) in front of a white panel work van near the intersection of LEP LEP , Il. Agents Hickman, Flores, Meza, and I were in an unmarked rental vehicle which we parked about a vehicle length behind the van in the middle of the street. ALFONZO ran into his van and placed the van in reverse after seeing agent Aly, who was in full uniform, approach him. The van reversed into our unmarked rental vehicle, side swiping the right side of our vehicle, and causing damage to the whole right side of our unmarked rental vehicle.

The van continued to go uphill on Lake Shore Dr. for a few hundred feet until it crashed into a street sign and trashcans. We followed and stopped our unmarked rental vehicle next to the van. At this time, it proceeded to drive straight toward where agent Aly was standing. The van came to a stop. I ran out of our unmarked rental vehicle and ran through the open back portion of the van. I was able to push ALFONZO out of the van into agents to stop his escape/prevent further damage. Once ALFONZO was safely extracted from the van, I placed the van into park and exited the van. I advised the duty supervisor of the incident while securing the scene.

At approximately 11:45 P.M. a Sherriff Deputy arrived for the vehicle accident and took notes for his report. Once the sheriff departed, we followed agent Aly who took custody of ALFONZO to the HSI facility for further investigation.
No injuries were observed or reported.
My body worn camera was active during the entire time of the incident.
BWC ID# LES

### Narrative of FLORES, DERRICK J.

On October 15, 2025, Border Patrol Agent Derrick Flores as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF) to provide backup and security while they were conducting immigration enforcement activities.

At approximately 11:05 A.M., Border Patrol Agent Aly, Mostafa was attempting a consensual encounter with an individual. He and the other BPA's who were working with him, stopped their unmarked government owned vehicle. In front of the white panel work van near the intersection of LEP Il. Agents Hickman, Meza, Vazquez and myself were in a government rental vehicle which we parked about a vehicle length behind the van in the middle of the street. The subject for the consensual encounter who was later identified as ALFONZO-Valenzuela, Maicol Raul, ran into his van and placed the van in reverse after seeing agent Aly, who was in full uniform, approach him. The van reversed into the side of our rental vehicle. He side swiped the right side of our vehicle and the side view mirror. This caused damage to the whole right side of our rental vehicle.

The van continued to go uphill on Lake Shore Dr. for a few hundred feet until it crashed into trashcans and a street sign. We followed the vehicle and stopped our vehicle next to the van. At this time ALFONZO proceeded to drive forward, off of the street sign towards where agent Aly was standing. The van came to a stop without hitting agent Aly. I ran out of our government rental vehicle and ran through the open back portion of the van. I was able to push ALFONZO out of the van into agents to stop his



CHC v. Noem CBP 001094

E-STAR incide LES 5765

escape/prevent further damage. Once ALFONZO was safely extracted out of the van, I placed the van in park and exited the van, we proceeded in advising the duty supervisor of the incident and secured the scene.

At approximately 11:45 P.M. Sherriff deputy arrived for the vehicle accident and took notes for his report. Once the sheriff departed, we followed agent Aly who took custody of ALFONZO and ALFONZO was taken to the HSI facility for further investigation.
No injuries were observed or reported.
My body worn camera was active during the entire time of the incident.
BWC ID# LES

**Narrative of ALY, MOSTAFA S.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
On October 15, 2025, I, Border Patrol Agent (BPA) Mostafa Aly, of the Rio Grande Valley Sector, was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, Illinois area. I have 2 and half years of experience enforcing federal immigration law as a Border Patrol Agent (BPA) to include the enforcement of Title 8 violations.

Teams working under Operation Midway Blitz in Chicago and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.
The location of today's operation was near Carpentersville, Chicago Illinois and the surrounding areas. I was dressed in full rough duty uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back.

I BPA Aly, BPA Gray, BPA Beltran, arrived at LEP approximately 1105 hours in an unmarked government vehicle. I attempted to conduct a consensual encounter with a subject later identified as Raul Maicol ALFONZO-Valenzuela. ALFONZO was standing outside of a white van when we arrived on scene. As soon as we parked to make a consensual encounter, ALFONZO was entering his vehicle. By the time I got out of my vehicle he was already driving in reverse and struck another agents vehicle. The other agents were acting as my vehicle's security team at the time. ALFONZO continued to drive in reverse as I chased after him. He struck a trash can outside of a house. He then came to a stop after striking a street sign. ALFONZO then placed the car in drive and intentionally drove forward towards me. I drew my weapon and aimed at ALFONZO. I moved out the way while giving commands to ALFONZO to exit the vehicle. ALFONZO immediately stopped the vehicle and put his hands up. I approached the vehicle and opened his driver side door. Other Agents extracted ALFONZO out of the vehicle, and he was placed in hand cuffs.

ALFONZO was arrested for assault on Federal Agents after striking the other Agent's vehicle with his vehicle and intentionally driving at me while I was on foot.

It was also determined, after conducting records checks, that ALFONZO had no legal status to be in the United States.

My body worn camera device was activated during this encounter and the serial number for the footage is LES

ALFONZO was secured and transferred to the Homeland Security Investigations office at 727 E 22nd St Lombard Il, 60148, for prosecutions. Prosecutions was denied by AUSA. Valenzuela was then transported to the ICE facility in 1930 Beach St Broadview, IL, 60155 for further processing.



CHC v. Noem CBP 001095

E-STAR incident **LES** 25765

## FILE ATTACHMENTS

**File names:**
- Media (2).jpg
- Media (1).jpg
- Media.jpg

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/19/2025 19:25 | |
| Approved | HUGHBANKS, DANIEL L. | 10/19/2025 22:00 | |



CHC v. Noem CBP 001096