E-STAR incident ID: **LES** #25779



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25779
**Title:** Operation Midway Blitz: Chicago - Vehicle Assault S California Ave & W 35th St
**Incident date/time:** 10/16/2025 11:13
**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / New Orleans Sector
**Created by:** FICK, SHANNON M.
**Creation date/time:** 10/16/2025 15:50
**Last updated by:** HUGHBANKS, DANIEL L.
**Last updated date/time:** 10/22/2025 10:02
**Reviewer:** HUGHBANKS, DANIEL L
**Date reviewed:** 10/22/2025

## RELATED SYSTEMS: 6

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 5 |
| --- |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
| --- | --- |
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**

CHC v. Noem CBP 001109

E-STAR incident ID: **LES** #25779

**Street:** S California Ave & W 35th St
**City:** Chicago **State:** ILLINOIS **Zip:** 60632
**Incident coordinates:**
    **Latitude:** 41.83010
    **Longitude:** -87.69484
**Setting:** ◯ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land ◯ In water (standing or swimming) ◯ On water (in vessel) ◯ In the air
**Description of the premises/location:** On the roadway near S California Ave & W 35th St
**Environmental factors:**
    **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    **Estimated temperature (Fahrenheit):** 65

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| HEWSON, KRISTOPHER M | Supervisory Border Patrol Agent | Phone | 10/16/2025 |
| TORRES, RAYMOND F | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/16/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 3

**Name:** WILLIAMS, JEAN-DALE O.
    **Gender:** Male **Age:** 27 **Height:** 6'0" **Weight:** 250 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 03/23/2020
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty ◯ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 5 years 7 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

    **Wearing body armor?** ⊗ Yes ◯ No
    **Attire:** ⊗ Uniform ◯ Plain clothes

    **Was WILLIAMS, JEAN-DALE O. assaulted?** ⊗ Yes ◯ No

    **Was WILLIAMS, JEAN-DALE O. injured?** ◯ Yes ⊗ No

**Name:** PATINO-PICKERT, CARSTEN A.
    **Gender:** Male **Age:** 33 **Height:** 5'11" **Weight:** 245 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 04/03/2023
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:**

CHC v. Noem CBP 001110

E-STAR incident I| **LES** |25779

⊗ On duty  ○ Off duty
    Activity: Patrol Interior

Armed law enforcement experience:
    Total law enforcement experience at the time of the incident: 2 years 6 months
    CBP training previously received (not including basic academy training):

| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ☒ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

Wearing body armor? ⊗ Yes ○ No

Attire: ⊗ Uniform ○ Plain clothes

Was PATINO-PICKERT, CARSTEN A. assaulted? ⊗ Yes ○ No

Was PATINO-PICKERT, CARSTEN A. injured? ○ Yes ⊗ No

Name: FINNEGAN, MARCIA S.
    Gender: Female    Age: 28    Height: 4'11"    Weight: 135 pounds
    CBP employee series or role: Officer/Agent
    Service EOD: 03/29/2020
    Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
    Duty (or detail/TDY) location EOD: 10/08/2025
    Duty status at the time of the incident: ⊗ On duty ○ Off duty
        Activity: Patrol Interior

Armed law enforcement experience:
    Total law enforcement experience at the time of the incident: 5 years 6 months
    CBP training previously received (not including basic academy training):

| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

Wearing body armor? ⊗ Yes ○ No

Attire: ⊗ Uniform ○ Plain clothes

Was FINNEGAN, MARCIA S. assaulted? ⊗ Yes ○ No

Was FINNEGAN, MARCIA S. injured? ⊗ Yes ○ No
Injury information:
    Injury type: Moderate injuries (treated and released by a medical facility or will seek future treatment)
    Injury Comment: Wrist was injured during accident
    Refused medical attention? ○ Yes ⊗ No
    Received treatment? ○ Yes ⊗ No
    Was a form CA-1 filed? ○ Yes ⊗ No
    Region(s) of the body injured:

| ❏ Front head | ❏ Rear head |
| ❏ Side head | ❏ Face |
| ❏ Neck/throat | ❏ Front upper torso/chest |
| ❏ Rear upper torso/back | ❏ Front lower torso/abdomen |
| ❏ Rear lower torso/back | ❏ Front below waist/groin area |
| ❏ Rear below waist/buttocks | ☒ Arms/hands |
| ❏ Front legs/feet | ❏ Rear legs |



Print Date: 2025-10-28

CHC v. Noem CBP 001111

E-STAR incident ID: LES 25779

## SUBJECTS: 1

**Name:** DAVIDSON, ZOEE JAYE

**Gender:** Female  **Date of bi**[ PII ]/1992  **Height:** 5'5"  **Weight:** 145 pounds

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**  ○ Yes  ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Taken to 747 E 22nd Street Lombard, IL to be interviewed and processed by HSI

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

  **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

  **Weapon(s)/type of assault:**
    **Assault method:** Vehicle

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No

  **Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency

    **Was an administrative action initiated for this subject by CBP?** ○ Yes  ⊗ No

  **Was prosecution sought against this subject?** ⊗ Yes  ○ No

    **Prosecution By:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1





CHC v. Noem CBP 001112

E-STAR Incident | LES | #25779

How many individuals were in this subject vehicle? 1
Vehicle make: Subaru
Vehicle model: Outback
Vehicle year: 2013
Vehicle type: Automobile
Total damage to the vehicle (not including tire damage): Minimal/cosmetic
Final disposition of the vehicle: Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | DAVIDSON, ZOEE JAYE | Driver |

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| DAVIDSON, ZOEE JAYE | Vehicle | WILLIAMS, JEAN-DALE O. | ⊗ Yes ○ No | Not injured in this incident |
| | | PATINO-PICKERT, CARSTEN A. | ⊗ Yes ○ No | Not injured in this incident |
| | | FINNEGAN, MARCIA S. | ⊗ Yes ○ No | ⊗ Yes ○ No |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of PATINO-PICKERT, CARSTEN A.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 16, 2025, I, Border Patrol Agent (BPA) Carsten Patino-Pickert, out of Big Bend Sector Alpine, TX station was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 2 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens.



E-STAR Incident ID: LES #25779

I was operating in an unmarked government rental vehicle in order to blend in with the general public and covertly search for criminal activity. The rental vehicle was a white Chrysler Pacifica. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing a badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. In the vehicle with me was BPA J. Williams driving and BPA M. Finnegan in the rear passenger seat.

At approximately 0800 HRS we were conducting operations in Chicago, IL in the Mckinely Park area. At approximately 1045 HRS, myself and other agents were transferring subjects in our custody to a transport van so they can be taken to Immigration and Customs Enforcement (ICE) processing center. A callout on our handheld radio was put out for agents needing assistance as there were several vehicles trying to box in their vehicles. BPA J. Williams, who was driving our vehicle, said we were going to respond. Along with our vehicle, fiver other agents vehicles, responded with us towards the distress call.

As we were enroute, I noticed a white Subaru Hatchback style vehicle behind us coming out of their respective lane and from behind other vehicles just to be directly behind us. I mentioned the vehicle to BPA J. Williams and BPA M. Finnegan. A single white female, later identified as Zoee Jaye DAVIDSON, was observed driving. She then proceeded to tailgate us and get very close to our vehicle while honking her horn. At the same time, I observed her pull out her cell phone and proceed to record our vehicle. I called out on the radio channel we were working on, that this vehicle was driving aggressively behind us. Air and Marine Operations (AMO) had a [LES]. They contacted us to ask if we needed assistance. I replied that we did not as this driver was only honking and recording us while tailgating our vehicle at that time.

DAVIDSON then started waving her left hand outside her window pointing to our vehicle. She was also gesturing for others to join in behind her. As this was going on, I noticed a blue Honda mid-size SUV driving behind DAVIDSON's vehicle. The blue Honda mid-size SUV started to honk as well as driving aggressively. More vehicles then joined behind the [PII]. Some of these vehicles included a white Jeep Wrangler, a white newer model Chevy Tahoe and a male wearing all black driving a black motorcycle.

BPA J. Williams was driving and slowed down to focus their attention on us and not the other vehicles in the convoy. As we slowed down, we noticed all of the vehicles driving behind us aggressively while honking their horns. I used my handheld radio to relay our situation to other agents. At this time, we were instructed to try to leave the area and proceed to the highway to attempt to lose all of the vehicles following behind us.

We proceeded northbound on S California Ave crossing W Pershing Rd. At approximately 1105 HRS we arrived on the intersection of S California Ave and W 35th St at a red light. The white Subaru went around our driver's side to be in front of our vehicle. BPA J. Williams noticed the vehicle and attempted to go on the far-right lane to make a right on W 35th St. The white Subaru then tried to slightly turn to the right to attempt to block our vehicle from making a right turn. BPA J. Williams then attempted to go further right over the curb as he noticed what the driver was doing. At a split moment the driver proceeded to continue turning right, intentionally striking our vehicle on the driver's side. BPA J. Williams made a split decision to continue forward as he could not go further right as there was a light post on the sidewalk with concrete barriers around it. In order to avoid the white Subaru from boxing us in, and for our safety, BPA J. Williams accelerated forward and turned right on W 35th St to continue going eastbound.

After DAVIDSON struck our vehicle, she continued to tailgate us with all the other vehicles behind her. At the same time, I called out on our handheld radio that we had been struck by a [PII] and needed assistance. AMO asked for our direction of travel and cross streets to better find us in the area. We were traveling east bound on W 35th St crossing S Rockwell St at the time.

As we continued eastbound, I was giving continuous updates of our location [LEP] [LEP] gave the description to AMO of the vehicle that struck us. We turned from W 35th St to go southbound on S Western Ave. After a short time, we got to the intersection of S Western Ave and S Archer Ave. We turned right to go southwest. There was a red light ahead and there was some traffic. The traffic came to a standstill as we approached. The white Subaru was still behind us. We saw several other BPAs coming out of a vehicle and heading towards at DAVIDSON's vehicle from across the street. DAVIDSON turned into the parking lot of Hart's Coin Laundry after noticing the BPAs. We turned

E-STAR Incident ID: **LES** A-#25779

into a shell gas station that was next to Hart's Coin Laundry to assist the other agents.

I exited our vehicle with BPA M. Finnegan and headed towards the parking lot of Hart's Coin Laundry. We observed the other agents arrest DAVIDSON at approximately 1125 HRS. My attention then shifted to a red, older model, Toyota Camry as it turned aggressively into the shell gas station parking lot. There was a small crowd starting to gather around our area. While we were heading back towards our vehicle, I saw 2 males exit the Red Camry as it parked at a gas pump close to our vehicle. I instructed the individuals to remain where they were and to not approach our vehicle. BPA J. Williams then told me to get back inside the vehicle so we could exit the area for our safety.

At this time, we were flagged down by the other agents who had arrested DAVIDSON and proceeded to place her in our vehicle to transport her to Homeland Security Investigations (HSI) office for processing.

BPA M. Finnegan secured the female in the backseat checking if she was injured in any way. While trying to exit the area several people were still gathering., We gave warnings to stay away from our vehicle.

I was wearing a Body Worn Camera (BWC) and checked to see if I was recording during the entire incident. Once we were being followed by the white Subaru, I thought I activated my BWC but was focused on the safety of myself and the other agents in the vehicle. When we left the area, I activated my BWC to capture from the time I exited the vehicle at the Shell Gas Station till the end of the incident at the Shell Gas Station.

After leaving the area we headed to HSI offices to transfer the female into their custody. She was charged with 18 USC 111.

My BWC serial number is **LES** and the Evidence Serial Number for this event is **LES**

No agents were injured during this incident.

### Narrative of FINNEGAN, MARCIA S.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 16, 2025, I, Border Patrol Agent (BPA) Marcia Finnegan, out of El Paso Sector, Fort Hancock, Texas station was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens.

I was operating in an unmarked government rental vehicle in order to blend in with the general public and covertly search for criminal activity. The vehicle we were driving was a white Chrysler Pacifica. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. In the vehicle with me was BPA J. Williams driving and BPA C. Patino-Pickert in the rear passenger seat.

At approximately 0800 hours, we began conducting operations in Chicago, IL in the Mckinely Park area. We apprehended

CHC v. Noem CBP 001115

E-STAR incident # LES #25779

multiple subjects and dropped them off to the designated transport agents. At approximately 1045 hours, we heard agents request assistance on the radio as they were trying to get away from two civilian vehicles who were attempting to box them in. We responded.

As we were trying to catch up to the distressed agents, we noticed a white Subaru hatchback vehicle begin to follow us. The vehicle was occupied by a single white female. The female was later identified as Zoee DAVIDSON. She was incessantly honking her horn, tailgating our vehicle, and texting on her cell phone. She almost rear-ended us multiple times. BPA C. Patino-Pickert advised over the service radio that we were being followed by the white Subaru and further informed other agents of her aggressive driving. Air and Marine Operations (AMO LES s during that day. They responded, asking if we needed assistance. BPA C. Patino-Picket advised that we did not need assistance at that time. He further informed the helicopter that the driver was tailgating and recording us.

After a few minutes of DAVIDSON following behind us, driving through red lights, stop signs, and into opposing traffic, I took out my government-issued cell phone to start recording the incident. LEP LEP My government-issued Body Worn Camera (BWC) was on and activated but, due to my short stature, the passenger seats of the vehicle obstructed any view of the white Subaru outside of our rear windshield. BPA C. Patino-Pickert, BPA J. Williams and I were instructed to leave the area.

I witnessed and filmed DAVIDSON driving through clear red lights, stop signs, and into opposing traffic to pass other vehicles. She was relentlessly honking her horn and calling out to others in the streets to tell them that "La Migra" was here and encouraging them to join her in following us. At many points during this incident, DAVIDSON attempted to box in our vehicle by driving around our rear bumper, accelerating to either side of our van, getting close to the sliding side doors, then getting back behind us again as BPA J. Williams would speed up to get away from her. She would alternate sides of the van when other vehicle traffic would permit it. BPA C. Patino-Pickert provided updates over the radio of the evolving situation.

After DAVIDSON beckoned to other people on the street, a blue Honda CRV-type SUV, a White Jeep SUV, a silver/gray GMC Yukon XL with Illinois license plate of PII white Chevy Tahoe, and a black motorcycle being driven by a Hispanic male wearing all black joined in following us. They were honking their horns, tailgating, and shouting obscenities at us. DAVIDSON and the Hispanic male on the motorcycle would drive next to each other, talk, and point at us. They would then attempt to drive next to us on either side of our vehicle before meeting up behind our vehicle again to talk more while driving.

At approximately 1105 hours, we began to slow to a stop at the intersection of S. California Avenue and West 35th Street. The light was red. I advised BPA J. Williams that the black motorcycle was approaching us on the passenger side of the van. Simultaneously, DAVIDSON drove around the rear of our vehicle towards the driver side of our van. She was attempting to get out in front of our vehicle. BPA J. Williams noticed the white Subaru and attempted to go to the far-right lane in order to make a right turn onto West 35th Street. I was still looking out the rear windshield, and saw the white subaru coming around the driver's side of our vehicle. DAVIDSON attempted to box-in our vehicle by driving extremely close to as well as turning towards our vehicle on the driver's side, intending to stop us from moving forward. BPA J. Williams attempted to go further to the right, onto the curb/sidewalk, to avoid a collision with the white Subaru. DAVIDSON turned into our vehicle intentionally ramming into the driver's side door and front quarter panel. For our safety, BPA J. Williams corrected the steering wheel, as it had been jerked to the right, as a result of being hit on the driver's side of our vehicle by DAVIDSON, and accelerated forward. BPA J. Williams turned right onto West 35th Street.

After DAVIDSON intentionally struck our vehicle, she continued to tailgate us, relentlessly lay on her horn, film us, and text on her cell phone. BPA C. Patino-Pickert advised that we had been struck over the radio. He was giving continuous updates to other agents of our location for back up to respond and assist us.

DAVIDSON was still aggressively tailgating us when we turned onto South Western Avenue. We were at the intersection of South Western Avenue and South Archer Avenue when we turned right to head southwest on Archer. We came to a stop after we saw other Border Patrol Agents, who were responding to assist, running from across the street towards the white Subaru. DAVIDSON turned into a coin laundry parking lot after seeing the agents running towards her. BPA J. Williams turned into a neighboring Shell gas station knowing the other agents were nearby to help.



E-STAR incident **LES** #25779

At approximately 1125 hours, BPA C. Patino-Pickert and I exited our van and took off running into the other parking lot to assist the other agents with apprehending DAVIDSON. As we were running towards the white Subaru, we observed that the other agents already had DAVIDSON in custody. DAVIDSON was arrested for 18 USC 111. BPA C. Patino-Pickert and I ran back towards our vehicle. As we approached our van, I noticed the Hispanic male on the black motorcycle pull into the Shell gas station where we were parked at. He drove up to a dark red, older model, Toyota Camry that was also parked at the Shell gas station. He talked to the occupants of the Camry and pointed at us. After the driver of the black motorcycle spoke with the occupants of the Camry, they drove up to our van, got out, and began to make obscene gestures at us.

We ignored the occupants of the Camry and got into our vehicle. We waited for the other BPAs who arrested DAVIDSON, to bring her over to us and place her in our vehicle.

Once inside our vehicle, I removed DAVIDSON's cell phone, wallet, and ID from her pants pocket. **LEP** **LEP** As this was occurring, we drove off to avoid a crowd that was forming and harassing us.

Myself, BPA J. Williams, BPA C. Patino-Pickert and I were jostled during this event. As a result, I've felt radiating pain in my right wrist from bracing myself during the evasive driving and the collision.

After leaving the area, we transported DAVIDSON to the Homeland Security Investigations offices in Lombard, Illinois for further investigation. DAVIDSON was charged with 18 USC 111.

My body camera number is **LES** The evidence ID from my body camera is **LES** **LES**

### Narrative of WILLIAMS, JEAN-DALE O.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 16, 2025, I, Border Patrol Agent (BPA) Jean-Dale Williams was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Illinois where large numbers of illegals are known to stay, live, and work without having any legal documentation in the United States. I was operating in an unmarked white Chrysler Pacifica rental vehicle assigned to me for use during my support of Operation Midway Blitz. The unmarked vehicles are used to blend in with the general public and covertly search for criminal activity. Despite this, my assigned vehicle has emergency red and blue lights. I was dressed in my full rough duty uniform with my agency issued ballistic body armor containing a badge, agency insignia, and clear police markings front and back. I was readily identifiable as a United States Border Patrol Agent. In the vehicle with me was BPAs C. Patino and M. Finnegan. I was the driver of the White Chrysler Pacifica.

I am a BPA of the New Orleans Border Patrol Station of the United States Border Patrol (USBP), currently located at **LES** **LES** I am a graduate of U.S. Border Patrol Academy and have been employed with the United States Border Patrol since March 23, 2020. My official duties as a BPA with the USBP include enforcement functions relating to the investigation, identification, arrest, and prosecution of individuals in violation of the immigration laws of the United States, as well as other statutes. I receive regular intelligence briefings relating towards smuggling events, the presence of illegal aliens, terrorist activity within the United States, and various other occurrences that require intervention. Additionally, I work with Border Patrol Agents, as well as officers, and agents from allied federal law enforcement agencies who have similar or more experience who

CHC v. Noem CBP 001117

share their knowledge and experiences with me regularly.

I have a significant amount of experience interdicting smuggling events, conducting/participating in high-risk operations, apprehending specific low to high-risk targets, and interviewing illegal aliens/citizens of the United States, in addition to other experience not mentioned.

At approximately 1119 hours, an individual by the name of Zoee Jaye DAVIDSON rammed her white Subaru Forester into my assigned vehicle in efforts to disable it.

Before this event occurred, at approximately 0800 HRS, we were conducting operations in Chicago, IL in the Mckinely Park area. My self and other agents, at approximately 1045 HRS, were transferring subjects in our custody to a transport van so they could be taken to the Immigration and Customs Enforcement (ICE) processing center. A callout on our handheld radio was put out for agents needing assistance, as a semi and a corvette were attempting to run one of our agents off the road. All agents within the rally point (this location was designated as a position in which all agents could regroup and safely adjust however was necessary to continue our mission) who could respond got into their vehicles and drove towards this event. Including our vehicle, there was a total of 5 vehicles responding. In this line of vehicles, one or more of the vehicles had their sirens on. Most, if not all of the vehicles had their lights activated.

After we were responding for several minutes, a white Subaru Forester proceeded to leave its lane and cut us off. The white Subaru Forester was honking, driving aggressively, blowing red lights, cutting off other vehicles. The driver was also pointing towards our direction while recording us. I drove around this vehicle with my lights activated and continued to respond to assist the other agents. BPA M. Finnegan and C. Patino both noted that this Subaru was tailgating us and was driving recklessly in order to chase after us and maintain its position behind us. We informed other agents via the radio of this situation and continued to attempt to respond to assist.

After some time, the situation with the agent who was being followed by the semi and corvette was resolved. The agents were able to get away from the vehicles that were following them with assistance from other agents who were closer than we were. At this point, recognizing the emergency was over, I shut off our emergency lights and slowed down

The white Subaru Forester was still following, recording, and honking at us. Noting this, I slowed down even further to give my partners in the vehicles ahead of us a chance to lose the tailing vehicles and carry on with our operations. Shortly after doing this, a blue vehicle began to also follow us. This blue vehicle was also honking and driving aggressively. It cut us off, turned around, and faced us in opposing traffic. The driver of this vehicle, a Hispanic looking male, yelled obscenities towards our vehicle, specifically calling me a nigger.

Civilians tailing our vehicles with cameras, honking, and drawing attention towards our location is common when we are conducting our operations. It has become common for civilians to attempt to impede our operations, as there have been many calls to do so on social media and other forms of communication. These calls have requested people to do actions such as honking the horns in their vehicles, blowing whistles, yelling, and recording agents. This is the more consistent and common tactic that the civilians do to impede our operations. The more severe actions that are requested include disabling our vehicles by slashing our tires, boxing us in, ramming us, and ultimately shooting us. This has become more frequent and common over the past few weeks. Even more so following the news of bounties being placed on DHS personnel.

Over time more vehicles began to follow us. At one point, there were approximately 6 to 8 cars, as well as a man on a motorcycle following us. The vehicles were driving aggressively and continuing their previous actions. As this was occurring, BPAs C. Patino, M. Finnegan, and I were transmitting to other agents, via radio, the events that were unfolding. Several agents were attempting to make it to our location and assist us. Our main goal was to make it to the expressway.

Upon making it to W 36th St where I was driving eastbound, I observed that both individuals on foot, as well as the individuals in their vehicles started to be more deliberate in their efforts to stop us from driving. As I approached the intersection of W 36th St and S California Ave, I observed a white Chevrolet Tahoe parked at a restaurant across the street, identified as the hut. The occupants of this vehicle (two that were noted) were smiling and pointing in our direction. It was as if the individuals were waiting for us. At this moment, our vehicle was stopped at a red light at W 36th St and S California Ave,

CHC v. Noem CBP 001118



LES    25779

The moment the light turned green, I attempted to drive straight east. The driver of the white Tahoe, who was while smiling, proceeded to block that road, preventing us from moving forward. This prompted me to make a turn north and drive towards the intersection of W 35th St and S California Ave. There was another red light at this intersection. This street, S California Ave, was a three-lane road. The left lane was a west turning lane, the middle lane was straight north, and the right lane was either north or east. As I was slowing down, the white Subaru proceeded to cut us off and stop. The motorcycle then pulled up to our left. Through my observation, as well as the observations made and announced by both BPA M. Finnegan and C. Patino, it was at this moment when I realized that these vehicles were now trying to box us in. Recognizing the severity of the situation we were in, I sped from behind the Subaru to the right lane with the intent to head east on W 35th St. The white Subaru then proceeded with a follow up attempt to block us by pulling into the right lane in front of me.

At this point, I recognized that the only way out was to drive onto the sidewalk. As I drove onto the sidewalk, I proceeded to take a tight turn to avoid hitting a yellow post and to attempt to avoid getting hit by the white Subaru. It was clear that the white Subaru fully intended to prevent us from escaping the encounter by all means, including ramming into us. I recognized that the collision was about to occur and that I was not going to be able to avoid it. I further realized that I needed to speed up enough to not take a disabling hit, while also evading getting jammed onto the yellow post. After the white Subaru collided into the front driver side portion of my vehicle, I was able to speed away and stay ahead of it and the other vehicles that were following us. Around this time is when I activated my body camera and announced that we were rammed.

BPAs C. Patino, M. Finnegan, and I relayed updates to several other agents who intended to back us up., A LES by Air and Marine Operations (AMO) was also able to see us in real time. We drove to the intersection of S Western Ave and S Archer Ave. We turned right to go southwest. As we turned onto Southwest, I observed that there was a red light ahead and that there was also some traffic. The traffic came to a standstill. The white Subaru, as well as several of the tailing vehicles, were still directly behind us. As I looked into my rear-view mirror, I observed several agents running towards the white Subaru. The driver, later identified as Zoee Jaye DAVIDSON, turned into the parking lot of Hart's Coin Laundry after noticing the BPAs running towards her. We turned into a Shell Gas station, next to Hart's Coin Laundry, to assist the other agents. Both BPA C. Patino and M. Finnegan dismounted and proceeded to head toward the white Subaru to assist the other agents with the apprehension of DAVIDSON if needed.

Once DAVIDSON was placed under arrest, we transported her to the HSI facility for further investigation. She was arrested for 18 USC 111, assault on Federal Agents. HSI set Zoee Jaye DAVIDSON for a deferred prosecution, pending the gathering of all pertinent evidence for this case.

My BWC serial number is LES and the Evidence Serial Number for this event is LES

## FILE ATTACHMENTS

File names:
- Subaru Front .jpg
- Subaru 2.jpg
- Subaru 3.jpg
- Subaru 1.jpg
- Van 2.jpg
- Van 1.jpg
- Van 3.jpg

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|----|----|----------|

E-STAR incident **LES** 25779

| Submitted | FICK, SHANNON M. | 10/22/2025 08:53 | |
|---|---|---|---|
| Approved | HUGHBANKS, DANIEL L. | 10/22/2025 10:02 | |