E-STAR incident ID: **LES** V-#25719



## U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25719
**Title:** Operation Midway Blitz: Chicago - FTY / Vehicle Pursuit from ICE ERO Ramming
**Incident date/time:** 10/08/2025 11:32
**Type:** ☐ Assault against CBP personnel  ☐ Reportable use of force  ☒ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Type of incident:** ○ Failure to yield (FTY) without a pursuit  ⊗ Vehicle pursuit
**Reporting organization:** U.S. Border Patrol / San Diego Sector
**Created by:** FICK, SHANNON M.  **Creation date/time:** 10/08/2025 16:30
**Last updated by:** HORNER, JOHN E.  **Last updated date/time:** 10/12/2025 15:45
**Reviewer:** HORNER, JOHN E.  **Date reviewed:** 10/12/2025

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes  ⊗ No

| Related system(s): 0 | Related document ID |
|---|---|
|  |  |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency | Vehicle pursuit role |
|---|---|---|
| Reporting organization: | | |
| CBP | USBP | Initiated the pursuit |
| Other involved organizations: | | |
| Other federal agency | ICE ERO | Supported the pursuit |
| CBP | AMO | Air assist to the pursuit |

**Were other CBP components/external agencies involved?** ⊗ Yes  ○ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** Grand Avenue & Lee Street
        **City:** Elmwood Park  **State:** ILLINOIS  **Zip:** 60164
        **Vehicle pursuit coordinates:** For CBP vehicle involvement only; if gaps in the pursuit, use the earliest start point and final end point.
    **Starting latitude:** 41.93056  **Ending latitude:** 42.03908
    **Starting longitude:** -87.89447  **Ending longitude:** -87.86812
        **Setting:** ○ Indoors  ⊗ Outdoors
    **Outdoor setting:**



 CHC v. Noem CBP 000920

E-STAR incident ID: LES #25719

☒ On land  ☐ In water (standing or swimming)  ☐ On water (in vessel)  ☐ In the air
**Description of the premises/location:** Pursuit began on Grand Avenue near Lee Street
**Environmental factors:**
    **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    **Traffic conditions:** ☐ Heavy ☐ Medium ☒ Light ☐ No traffic ☐ Other
    **Road surface:** ☒ Paved ☐ Unpaved ☐ Off road ☐ Other
    **Road conditions:** ☒ Excellent ☐ Fair ☐ Poor ☐ Other
    **Environment/locale:** ☒ Urban ☐ Suburban ☐ Industrial ☐ School zone ☐ Pedestrians present ☐ Construction zone
    ☐ Near POE/checkpoint ☐ Other
    **Estimated temperature (Fahrenheit):** 60

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
| --- | --- | --- | --- |
| HEWSON, KRISTOPHER M | Supervisory Border Patrol Agent | Phone | 10/08/2025 |
| SWOPE, BENJAMIN A | Section Chief-Operations Operation Midway Blitz/Chicago | Radio | 10/08/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 4

**Name:** MADLANGBAYAN, ROMEL F.
    **Gender:** Male    **Age:** 43
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/31/2007
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ☒ On duty ☐ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 18 years 4 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
| --- | --- | --- | --- | --- |
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☒ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

    **Was MADLANGBAYAN, ROMEL F. an occupant in a CBP pursuit vehicle?** ☒ Yes ☐ No

    **Was MADLANGBAYAN, ROMEL F. injured?** ☐ Yes ☒ No

**Name:** DESUNO, JOHN T.
    **Gender:** Male    **Age:** 33
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 06/09/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/04/2025
    **Duty status at the time of the incident:** ☒ On duty ☐ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

CHC v. Noem CBP 000921

E-STAR incident ID: LES #25719

Total law enforcement experience at the time of the incident: 6 years 4 months
CBP training previously received (not including basic academy training):

- ☐ BPAIST
- ☐ BORSTAR
- ☐ BORTAC
- ☐ DITP
- ☐ DTI
- ☒ EDVPTP
- ☐ EMT
- ☐ FITP
- ☐ LLITP (IFITP)
- ☐ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

Was DESUNO, JOHN T. an occupant in a CBP pursuit vehicle? ☒ Yes ☐ No

Was DESUNO, JOHN T. injured? ☐ Yes ☒ No

**Name:** BELTRAN, JOSE
**Gender:** Male **Age:** 38
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/11/2018
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  Total law enforcement experience at the time of the incident: 7 years 8 months
  CBP training previously received (not including basic academy training):

- ☐ BPAIST
- ☐ BORSTAR
- ☐ BORTAC
- ☐ DITP
- ☐ DTI
- ☒ EDVPTP
- ☐ EMT
- ☐ FITP
- ☒ LLITP (IFITP)
- ☒ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

Was BELTRAN, JOSE an occupant in a CBP pursuit vehicle? ☒ Yes ☐ No

Was BELTRAN, JOSE injured? ☐ Yes ☒ No

**Name:** HEWSON, KRISTOPHER M.
**Gender:** Male **Age:** 42
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/04/2006
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  Total law enforcement experience at the time of the incident: 19 years 1 months
  CBP training previously received (not including basic academy training):

- ☐ BPAIST
- ☐ BORSTAR
- ☐ BORTAC
- ☐ DITP
- ☐ DTI
- ☐ EDVPTP
- ☐ EMT
- ☐ FITP
- ☐ LLITP (IFITP)
- ☐ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

Was HEWSON, KRISTOPHER M. an occupant in a CBP pursuit vehicle? ☐ Yes ☒ No

Was HEWSON, KRISTOPHER M. injured? ☐ Yes ☒ No

## SUBJECTS: 1

**Name:** LEP
  **Gender:** Male
  **Immigration status:** Deportable

CHC v. Noem CBP 000922

E-STAR incident: LES #25719

**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ⊗ No
**Subject's activity:**
- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☒ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject absconded during vehicle pursuit.

**Was this subject in the vehicle pursuit?** ⊗ Yes ◯ No
**Was the subject an occupant of a vehicle?** ⊗ Yes ◯ No
**Was this subject arrested / taken into custody?** ◯ Yes ⊗ No
**Was this subject injured or claiming to be injured?** ◯ Yes ⊗ No ◯ Unknown

## FAILURE TO YIELD (FTY)/VEHICLE PURSUIT

**Vehicle pursuit reporting organization:** U.S. Border Patrol / El Centro Sector
**Reason for attempted vehicle stop:** Felony involving physical force/violence
**CBP pursuit supervisor:** HEWSON, KRISTOPHER M.
**Communications center and frequencies used:** Midway Blitz TC LES
**Pursuit start date/time:** 10/08/2025 11:32
**Estimated pursuit duration:** 13 minutes
**Estimated pursuit distance:** 17.0 miles
**Estimated highest speed attained by a CBP vehicle during the pursuit:** 105 mph
**Did the vehicle pursuit exceed posted speed limits?** ⊗ Yes ◯ No ◯ Unknown
**Was a boxing-in technique utilized?** ◯ Yes ⊗ No
**Was a remote vehicle tracking device utilized?** ◯ Yes ⊗ No
**Did CBP terminate the pursuit?** ⊗ Yes ◯ No
    **Who terminated the pursuit?** ◯ Pursuit supervisor ⊗ Driver of primary vehicle
    **Why the pursuit was terminated:** Lost visual of the subject
    **Did the subject vehicle crash after the pursuit was terminated?** ◯ Yes ⊗ No ◯ Unknown
**Was contraband seized by CBP?** ◯ Yes ⊗ No
**Is this a known or suspected smuggling operation?** ◯ Yes ⊗ No
**Are there any audio/video files for this pursuit?** ◯ Yes ⊗ No

## CBP VEHICLE - 1

CHC v. Noem CBP 000923

E-STAR incident ID: LES #25719

Vehicle fleet number: LEP
Vehicle type: SUV
Total damage to the vehicle: None
Vehicle markings: ○ Marked  ⊗ Unmarked
Vehicle's initial position in the pursuit: Primary

| Occupants in vehicle | Name | Component | Role in vehicle |
|---|---|---|---|
| Yes | MADLANGBAYAN, ROMEL F. | U.S. Border Patrol / Detroit Sector | Passenger |
| Yes | DESUNO, JOHN T. | U.S. Border Patrol / Detroit Sector | Driver |
| Yes | BELTRAN, JOSE | U.S. Border Patrol / Detroit Sector | Passenger |

## SUBJECT VEHICLE - 1

How many individuals were in this subject vehicle? 1
LEP
LEP
LEP
Vehicle type: Automobile
Estimated highest speed attained by the subject vehicle during the pursuit: 105
Did the subject wreck their vehicle (in any capacity) while being pursued by CBP? No
Total damage to the vehicle (not including tire damage): None
Final disposition of the vehicle: Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | LEP | Driver |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes  ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of HEWSON, KRISTOPHER M.**

On October 8, 2025, I, Supervisory Border Patrol Agent Kristopher Hewson was working in the Elmwood Park Area in Chicago, Illinois. My team and I were performing immigration enforcement operations. At approximately 11:32 A.M. BPA Madlangbayan informed me via phone that he was in pursuit of a LEP PII

BPA Madlangbayan stated that this vehicle was involved in a vehicle assault of ICE/ERO agents. They called him to assist since he was the closest Agent in the area. BPA Madlangbayan encountered the vehicle passing his location and he pulled behind it to follow it. BPA Madlangbayan then confirmed with ICE/ERO if they would like him to perform a vehicle stop. ICE/ERO confirmed that they wanted him to stop the vehicle.

At approximately 11:32 A.M. BPA Madlangbayan followed the vehicle until he reached Grand Ave where he attempted to perform a vehicle stop. The vehicle at this point failed to yield and drove westbound toward Interstate 90/Interstate 294. The vehicle eventually took Interstate 294 southbound. BPA Madlangbayan stated the whole time that the traffic was moderate, and weather conditions was clear with good road conditions. BPA Madlangbayan stated that his speed had reached a top speed of approximately 95 miles per hour. BPA Madlangbayan lost visual of the vehicle after approximately 13 minutes and 17 miles.

CHC v. Noem CBP 000924

E-STAR incident   LES   #25719

[LEP] ally obtained visual of the suspect vehicle and tracked it for over an hour. Agents were unable to intercept the vehicle to stop it. The vehicle was last seen traveling northbound on Interstate 294 and Dempster Street.

During the whole pursuit I was monitoring the radio and at no point was the pursuit policy violated. The suspect vehicle eventually was not encountered and got away. Agents [LEP] d and the vehicle was not located there. [LEP] hicle was not encountered as well.

**Narrative of DESUNO, JOHN T.**
Immigration and Customs Enforcement (ICE) is currently executing Operation Midway Blitz targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago.

On October 8, 2025, I Border Patrol Agent-Intelligence (BPA-I) John Desuno, out of Houlton Sector, along with Border Patrol Agent (BPA) Romel Madlangbayan and BPA Jose Beltran were conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States. I was wearing my issued US Border Patrol external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

While driving an unmarked government vehicle in the vicinity of Melrose Park, Chicago, we received a phone call, at approximately 11:15 A.M., from an ICE Supervisor for Chicago Fugitive Operations, Benjamin Reynoso. Mr Reynoso stated they were actively pursuing a subject who rammed a vehicle into a government vehicle earlier in the day. A photo of the vehicle and the driver was sent to BPA Madlangbayan and was shared with agents in my vehicle. Mr Reynoso stated he was requesting assistance locating and arresting the subject who they believed was traveling to his place of [LEP] [LEP]. He further advised us that the subject v[LEP]. We were already in the area of [LEP] so I proceeded to drive to the rear of [LEP] and parked to watch for the subject.

At approximately 11:32 A.M, we observed the subject pull into the rear parking area [LEP] [LEP] matching the description given [LEP] hing to a [LEP] [LEP] it approximately 11:34 A.M, [LEP] and looked directly at my vehicle. There was very little tint on the driver side window., BPAs and I were able to accurately identify that the [LEP] [LEP] After the vehicle drove past, I pulled behind the [LEP] and began to follow it. We exited the rear parking area onto W Altgeld St. Immediately after getting behind the vehicle, th[LEP] oticed my government vehicle and began to make abrupt maneuvers to evade my vehicle. He turned into oncoming traffic on N Harlem Ave and then turned into Angelo Caputo's Fresh Markets (2400 N Harlem Ave, Elmwood Park, IL 60707) parking lot area. There was heavy traffic and a lot of pedestrians. The [LEP] rove through the parking lot of Angelo Caputo's Fresh Markets and turned onto W. Grand Ave. I continued to follow him as we exited the parking lot.

At this time, we contacted ICE Fugitive Operations via our government cell phones. We advised them that we had located, and were behind, their vehicle of interest. The agents from ICE Fugitive Operations stated they were actively trying to stop and arrest the individual. At this time, I initiated my emergency lights (red and blue) and police sirens to initiate a traffic stop and to attempt appreher[LEP]

[LEP] failed to yield on W Grand Ave. Traffic conditions at the start of the failure to yield was moderate, and would change rapidly to heavy and no traffic throughout the pursuit. Weather conditions were dry, sunny and clear. I, BPA-I Desuno was driving, BPA Madlangbayan and BPA Beltran were alternating between communicating with US Border Patrol command of the ongoing pursuit, direction of travel, and road conditions. BPA Madlangbayan was in direct communication with ICE Fugitive Operations and were continuing to update on the ongoing situation.

Shortly after failing to yield, [LEP] ran a red light at the intersection of N 75th Ave and continued west. He was weaving

CHC v. Noem CBP 000925

E-STAR Incident ID: **LES** #25719

and driving around traffic often driving into oncoming lane. [LEP] then made a left (south) on Marwood St through a residential area. and He quickly made a right (west) on Wrightwood Ave and then another right (north) on N Thatcher Ave. When he turned right (north) onto N. Thatcher Ave. he drove around 4 lanes of traffic to enter a Starbucks Coffee parking lot (8359 W Grand Ave, River Grove, IL 60171). He then continued Eastbound on Grand Ave. He was still weaving around traffic. He made a left into oncoming traffic at Budd St, where ICE Fugitive Operations, driving in an unmarked government black Dodge Durango, attempted to cut him off. They were unsuccessful, an [LEP] ontinued to fle [LEP] de a left (west) on Center Ave. [LEP] sregarded several stop signs and then made a right (North) on N Thatcher Ave at a high rate of speed. He made an illegal U turn at N Thatcher Ave and W Lawrence Ave., We continued to follow [LEP] est on N East River Rd, West on N East River Rd, West on W Higgins Rd, South on N River Rd, and onto the Highway ramp for HWY 190. At this time, approximately 11:45 AM, due to the high rate of speed and dangerous maneuvers [LEP] was making, I lost visual of the [LEP] d terminated the pursuit.

No one was injured nor was any property damage observed or reported during the pursuit.

During the encounter of the [LEP] ailing to yield, [LEP] made numerous and dangerous maneuvers around the dense city traffic of Chicago to evade law enforcement. . This created a danger to the public. During the pursuit of [LEP] [LEP] BPAs in my government vehicle relayed, to the best of our abilities, all relevant information to ICE Fugitive Operations and US Border Patrol/Operation Midway Blitz command of the ongoing incidents.

**Narrative of BELTRAN, JOSE**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.
Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

AGENT EXPERIENCE:

I have been employed as a Border Patrol Agent for over 7 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On October 8, 2025, I Border Patrol Agent Jose Beltran was conducting immigration enforcement operations in the neighborhood of Elmwood Park in the city of Chicago, IL in support of Operation Midway Blitz. Elmwood Park has been identified as a community within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding with me was Border Patrol Agents Romel Madlangbayan and John Desuno. All agents, except for BPA-I Desuno, were dressed in full rough duty uniform with U.S. Border Patrol insignia. I was sitting in the back seat of the vehicle.

ENFORCEMENT ACTION (Street Encounter):



CHC v. Noem CBP 000926

E-STAR incident LES #25719

At approximately 11:18 AM, my partner BPA Madlangbayan received a phone call from Supervisory Detention & Deportation Officer (SDDO) Benjamin Reynoso stating that he and his team just had a vehicle ram one of their agency vehicles in an attempt to escape apprehension. SDDO Reynoso stated that he believed the fugitive was headed towards his pla[LEP] located at [LEP].
SDDO Reynoso then provided my partner BPA Madlangbayan with several images of the fugitive and his vehicle. The fugitive was identified as [LEP] [LEP].

We arrived at the ba[LEP] approximately 11:30 AM. The target vehicle appeared at approximately 11:32 AM and slowly cruised northbound through the back lot. My partner BPA Madlangbayan instructed the driver of our unmarked service vehicle, BPA-I Desuno, to follow it.

The driver of the [LEP] appeared to immediately notice he was being tailed and began to drive aggressively in both excessive speed and rapid lane changes to move around traffic.

At approximately 11:34 AM my partner BPA Madlangbayan turned on the lights and sirens. The [LEP] failed to stop, and BPA Madlangbayan directed our driver to pursue th[LEP]. Weather was clear there was normal traffic on the road. The following is a list of turns that were taken during the pursuit:

Eyes on Target Vehicle @ 11:32 AM.
West on W Altgeld Street (Just tailing).
South on N Harlem Ave.
West on W Grand Ave (Lights and Sirens @ 11:34 AM).
South on Marwood St.
North on N Thatcher Ave.
U-Turn at W Lawrence Ave intersection.
West on N East River Rd.
West on W Higgins Rd.
South on N River Rd.
On Ramp to I90.
On Ramp to 294 southbound.

At approximately 11:45 AM, our team lost visual contact with th[LEP] and terminated the pursuit at the W 22nd St exit.

This incident was not captured on any Body Worn Camera (BWC).


**Narrative of MADLANGBAYAN, ROMEL F.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

AGENT EXPERIENCE:

I have been employed as a Border Patrol Agent for over 18 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my

CHC v. Noem CBP 000927

E-STAR incident ID: **LES** #25719

career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On October 7, 2025, I Border Patrol Agent Romel Madlangbayan was conducting immigration enforcement operations in the neighborhood of Elmwood Park in the city of Chicago, IL in support of Operation Midway Blitz. Elmwood Park has been identified as a community within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding with me were Border Patrol Agents Joe Beltran (Rear Passenger) and John Desuno (Driver). All agents, except for BPA-I Desuno, were dressed in full rough duty uniform with U.S. Border Patrol insignia.

ENFORCEMENT ACTION (Street Encounter):

At approximately 11:18 AM, I received a phone call from Supervisory Detention & Deportation Officer (SDDO) Benjamin Reynoso stating that he and his team just had a vehicle ram one of their agency vehicles in an attempt to escape apprehension. SDDO Reynoso stated that he believed the fugitive was headed towards his place of [LEP] [LEP]. SDDO Reynoso then provided me with several images of the fugitive and his [LEP] [LEP].

We arrived at the back lo[LEP] at approximately 11:30 AM. The target vehicle appeared at 11:32 AM and slowly cruised northbound through the back lot. I instructed the driver of my unmarked service vehicle, BPA-I Desuno, to follow it.

The driver of the [LEP] appeared to immediately notice he was being tailed and began to drive aggressively in both excessive speed and rapid lane changes to move around traffic.

At approximately 11:34 AM I turned on the lights and sirens and directed my driver to pursue the [LEP]. The following is a list of turns that were taken during the pursuit:

Eyes on Target Vehicle @ 11:32 AM.
West on W Altgeld Street (Just tailing).
South on N Harlem Ave.
West on W Grand Ave (Lights and Sirens @ 11:34 AM).
South on Marwood St.
North on N Thatcher Ave.
East on W Grand Ave.
North on UNKNOWN.
West on UNKNOWN.
North on N Thatcher Ave.
U-Turn at W Lawrence Ave intersection.
West on N East River Rd.
West on W Higgins Rd.
South on N River Rd.
On Ramp to 190.
On Ramp to 294 southbound.



E-STAR incident ID [LES] #25719

At approximately 11:45 AM, my team lost visual contact with the [LEP] nd terminated the pursuit at the W 22nd St exit.

During the course of this pursuit, I was maintaining communication via telephone with ICE ERO keeping them aware of [LEP] route of travel. To the best of my recollection, BPA Beltran made the appropriate notifications of our active pursuit status to Supervisory BPA Hewson within minutes of pursuit initiation.

This incident was not captured on any Body Worn Camera (BWC).

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | BELTRAN, JOSE | 10/10/2025 13:58 | |
| Rejected | HORNER, JOHN E. | 10/10/2025 14:00 | Advised that it is not completed yet. |
| Submitted | BELTRAN, JOSE | 10/11/2025 13:14 | |
| Approved | HORNER, JOHN E. | 10/11/2025 15:31 | |
| Reopened | FICK, SHANNON M. | 10/11/2025 22:33 | Agent needs to make corrections to narrative. Event was submitted by mistake |
| Submitted | FICK, SHANNON M. | 10/12/2025 10:30 | |
| Approved | HORNER, JOHN E. | 10/12/2025 15:45 | |

CHC v. Noem CBP 000929