E-STAR incident ID: LES #25710



## U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25710
**Title:** Operation Midway Blitz: Chicago - VID Deployment 1613 Lincoln St, North Chicago
**Incident date/time:** 10/06/2025 11:40
**Type:** ☐ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / Tucson Sector
**Created by:** FICK, SHANNON M. **Creation date/time:** 10/06/2025 19:14
**Last updated by:** HORNER, JOHN E. **Last updated date/time:** 10/12/2025 16:59
**Reviewer:** HORNER, JOHN E **Date reviewed:** 10/12/2025

## RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** 1613 Lincoln Street
    **City:** North Chicago  **State:** ILLINOIS  **Zip:** 60064
**Incident coordinates:**
  **Latitude:** 42.27292
  **Longitude:** -71.79736
**Setting:** ○ Indoors ⊗ Outdoors
  **Outdoor setting:** ⊗ On land

CHC v. Noem CBP 000909

E-STAR incident **LES** #25710

○ In water (standing or swimming)   ○ On water (in vessel)   ○ In the air
**Description of the premises/location:** VID was completed on the roadway near 1613 Lincoln Street, North Chicago, IL
**Environmental factors:**
  **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):** 80

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| TORRES, RAYMOND F | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/06/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** CURRAN, JOSEPH P.
  **Gender:** Male   **Age:** 35   **Height:** 5'10"   **Weight:** 220 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 09/19/2011
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior
  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 14 years 1 months
    **CBP training previously received (not including basic academy training):**
      ☐ BPAIST     ☐ BORSTAR    ☐ BORTAC     ☐ DITP       ☐ DTI
      ☐ EDVPTP     ☐ EMT        ☐ FITP       ☐ LLITP (IFITP) ☐ MFF
      ☐ MRT        ☐ PITP       ☐ SRT        ☐ TATP       ☐ Other

  **Wearing body armor?** ⊗ Yes  ○ No
  **Attire:** ⊗ Uniform  ○ Plain clothes

  **Did CURRAN, JOSEPH P. use reportable force?** ⊗ Yes  ○ No
    **Force type:** Less-lethal Device
    **Device:** VID (Vehicle Immobilization Devices)
    **Device type:** Stop Sticks (9-12ft)
    **Reason(s) for this use of force:**
      ☐ Protect self              ☐ Protect co-worker          ☐ Protect innocent 3rd party
      ☐ Protect non-CBP officer/agent ☒ Effect an arrest or detention ☒ Prevent escape
      ☐ Overcome resistance       ☒ Stop vehicle               ☐ Vessel failure to heave to
      ☐ Animal euthanization      ☐ Other

  **Was CURRAN, JOSEPH P. injured?** ○ Yes  ⊗ No

## SUBJECTS: 1

**Name:** LOPEZ-LOPEZ, JILVER
  **Gender:** Male   **Date of birth:** [PII] 1994   **Height:** 5'6" - 5'11"   **Weight:** 150 - 199 lbs
  **Attire:**

CHC v. Noem CBP 000910

E-STAR incident | LES | #25710

☒ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ☒ No  ○ Unknown

**Immigration status:** Deportable

**Country of citizenship:** GUATEMALA

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ☒ No

**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☒ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Was taken to the ICE ERO Processing Facility for removal proceedings

**Was reportable force used on this subject?** ☒ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ☒ No

**Was the subject an occupant of a vehicle?** ☒ Yes  ○ No

**Did CBP deploy a VID against a vehicle when this subject was driving it?** ☒ Yes  ○ No

**Was this subject injured or claiming to be injured?** ○ Yes  ☒ No  ○ Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

How many individuals were in this subject vehicle? 1
Vehicle make: Ford
Vehicle model: F-250 Super Duty
Vehicle year: 2015
Vehicle type: Truck
Estimated highest speed attained by the subject vehicle during the pursuit: 10
Did the subject wreck their vehicle (in any capacity) while being pursued by CBP? No
Total damage to the vehicle (not including tire damage): None
Final disposition of the vehicle: Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | LOPEZ-LOPEZ, JILVER | Driver |

## USES OF FORCE: 1

| Employee | Employee's use | Subject(s) / UOF information |
|---|---|---|

CHC v. Noem CBP 000911

E-STAR incident ID **LES** #25710

| | of force (UOF) | |
|---|---|---|
| CURRAN, JOSEPH P. | VID (Vehicle Immobilization Devices) - Stop Sticks (9-12ft) | **Subject:** LOPEZ-LOPEZ, JILVER<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Did this employee deploy this VID against this subject while the subject was driving this vehicle?**<br>    **SUBJECT VEHICLE-1 - 2015 Ford F-250 Super Duty Truck** Yes<br>    VID deployment latitude: 42.33016, VID deployment longitude: -87.84229,<br>    Traffic: No traffic, Road: Hard - pavement/asphalt/concrete, Speed: 10 mph,<br>    VID Disposition: VID Successful-Subject Vehicle Continued<br>    Engaged VID: Y, Tires Spiked: 1, Distance Travelled: 2 miles |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes  ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of CURRAN, JOSEPH P.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation At Large" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 6, 2025, I, Supervisory Border Patrol Agent (SBPA) Joseph Curran, as a part of Ajo Station in Tucson Sector, was assigned roving patrol duties in support of Operation Midway Blitz in the area of Waukegan, IL. Riding with me was SBPA Hewson, BPA Smith, and BPA Libby. We were driving a 2026 Ford Expedition, a government rental vehicle. I was wearing my rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

At approximately 8:00 AM, we arrived in the area of Waukegan, IL. It was a sunny day with clear daytime visibility, a slight breeze, no precipitation, and temperatures in the low 70's. We began roving patrol duties and engaged in several consensual encounters. We stopped at several gas stations, places of businesses, and drove through several suburban neighborhoods. We also drove through several neighborhoods in North Chicago, a suburb adjacent to Waukegan.

While driving through this area we pulled onto a side street and saw multiple individuals standing next to a truck and trailer in front of 1613 Lincoln St, North Chicago, IL. I exited my vehicle to engage these individuals in conversation. When they saw my law enforcement insignia and apparel they began to run away from me. I yelled out to two of the individuals and gave them commands to stop. Both individuals ignored my commands to stop and continued to run. Both individuals appeared to be male.

In my over fourteen years' experience as a Border Patrol Agent, I have learned that when people immediately run away at the



CHC v. Noem CBP 000912

E-STAR incident ID: LES #26710

sight of a uniformed law enforcement official, they are usual in the act of committing a crime or are unlawfully present in the United States.

The two men ran from the truck and trailer parked on the street, through a side alley next to 1613 Lincoln Street, through a vacant lot behind the house, and towards the next adjacent street.

We drove to the next adjacent street that the two men were running towards.. I saw one of the men running back into the alley traveling back towards the truck and trailer. We drove back to 1613 Lincoln Street and we saw the two men standing by the truck and trailer again.

As we approached 1613 Lincoln St, North Chicago, IL., agents dismounted from the expedition as a man got into the truck and put it in drive. The man began to drive away from me to evade a law enforcement encounter.

At approximately 12:39 PM, I was able to utilize a stop-stick vehicle immobilization device.; I threw the stop-stick towards the truck and successfully made contact with the driver's side rear tire of the truck with the stop-stick. I immediately relayed to the other members of my team that the spike was a good spike. At the time of contact, the truck was driving at an estimated 10 miles per hour and there were no other cars or pedestrians on Lincoln St. Lincoln St, near 1613 Lincoln St, was a straight roadway and my view was unimpeded on either side. I retrieved the stop-stick from the street and got back into my vehicle.

The truck continued to drive down several streets before we re-acquired visual of it. When we re-acquired visual of the vehicle it was stopped at a red light in the farthest right lane of two lanes. There was a civilian vehicle next to the truck. Our QRF pulled behind the stopped vehicle and we were able to maneuver our vehicle in front of the truck so it could not continue forward. We then exited the vehicle our vehicle and gave the driver commands to turn off the vehicle and lower the window. The driver ignored all commands. Our QRF approached the vehicle and extricated him from the vehicle without incident.

The driver, later identified as Jilver Lopez-Lopez (LOPEZ) was secured in handcuffs and placed in our unmarked government vehicle. I asked LOPEZ why he fled from me and he replied that he was in the United States illegally and did not want to get arrested.

In LOPEZ's personal effects I was able to locate a valid Illinois driver's license with all LOPEZ's biographical information. LOPEZ's LEP The result of LEP LOPEZ is a citizen and national of Guatemala without the proper documentation to enter, be in, or remain in the United States legally.

The truck and trailer were transported and parked in a parking lot next to the Waukegan Police Station to prevent a roadway hazard. LOPEZ was transported to the ICE facility located in Broadview, IL.

I notified Supervisory Border Patrol Agent Kristopher Hewson of the VID deployment in person immediately after it happened.

No injuries were observed or reported from my deployment of any less lethal devices.

This encounter was captured on my axon body worn camera and categorized under evidence number LES

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | CURRAN, JOSEPH P. | 10/10/2025 08:38 | |

CHC v. Noem CBP 000913

E-STAR incident ID: LES #25710

| Rejected | HUERTA, VALENTE | 10/12/2025 10:17 | fix |
| --- | --- | --- | --- |
| Submitted | FICK, SHANNON M. | 10/12/2025 10:20 | |
| Rejected | HORNER, JOHN E. | 10/12/2025 15:16 | Subject is Guatemalan citizen. Narrative states Mexican Citizen. |
| Submitted | CURRAN, JOSEPH P. | 10/12/2025 16:49 | |
| Approved | HORNER, JOHN E. | 10/12/2025 16:59 | |



CHC v. Noem CBP 000914