

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

Date: 12/19/2025   Case Number: 1:25-cv-12173

Case Title: Chicago Headline Club et al v. Noem et al   Judge: Sara L. Ellis

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party: U.S. Department of Justice - Andrew Warden

Exhibit is linked to entry: 206 and 209

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.

Thomas G. Bruton, Clerk

By: /s/ T. Grammer
   Deputy Clerk

Rev. 1/8/2021