**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division**

Chicago Headline Club, et al.
          Plaintiff,

v.                  Case No.: 1:25−cv−12173
                 Honorable Sara L. Ellis

Kristi Noem, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

   MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 11/4/2025 regarding motion to bar, [185], Sealed motion, [184], motion to bar, [186]. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.