**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT COURT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, ) | |
| ) | No. 25-cv-12173 |
| *Plaintiffs,* ) | |
| ) | Hon. Sara L. Ellis, |
| v. ) | District Judge |
| ) | |
| KRISTI NOEM, Secretary, U.S. Department ) | |
| of Homeland Security, in her official ) | |
| capacity, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

**NOTICE OF FILING OF CHARTS LISTING PUBLIC VERSIONS OF SEALED DOCUMENTS**

Pursuant to the Court's direction during the hearing held on December 4, 2025, counsel for Plaintiffs and Defendants jointly submit the following three charts listing the public status of the sealed documents filed with the Court:

(1) A chart listing the sealed documents cited in the Court's Preliminary injunction opinion (ECF No. 281) and whether those documents have been filed publicly;

(2) A chart listing the sealed documents cited in the parties' exhibits lists for the preliminary injunction hearing (ECF Nos. 206 & 222) and whether those documents have been filed publicly;

(3) A chart listing the documents Defendants filed under seal in response to the Court's Order dated October 28, 2025, requiring rolling productions of CBP body-worn camera videos and use-of-force reports, and whether those documents have been filed publicly. *See* ECF No. 146.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General

*/s/ Andrew I. Warden*
ANDREW WARDEN
Assistant Director
Federal Programs Branch
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470
Andrew.Warden@usdoj.gov

*Counsel for Defendants*

s/ *Elizabeth Wang*
*One of Plaintiffs' Counsel*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher
Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
Alexandra Wolfson
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney*
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org

3