## Chart #1 - Sealed Exhibits Cited in the Court's Preliminary Injunction Opinion

| Citation in Court's PI Opinion | Bates Number | Citation on Parties' Exhibit List | Filed Publicly |
|---|---|---|---|
| Doc. 172-1 | ICE 338 | Defs' PI Opp - Exhibit 2<br>Pls' Exhibit 148 | ECF No. 284 |
| Doc. 172-2 | ICE 27 | Defs' PI Opp - Exhibit 4<br>Pls' Exhibit 149 | ECF No. 284 |
| Doc. 172-3 | ICE 44 | Defs' PI Opp - Exhibit 5<br>Pls' Exhibit 150 | ECF No. 284 |
| Doc. 172-4 | ICE 94 | Defs' PI Opp - Exhibit 6<br>Pls' Exhibit 151 | ECF No. 284 |
| Doc. 172-5 | ICE 112 | Defs' PI Opp - Exhibit 7<br>Pls' Exhibit 152 | ECF No. 284 |
| Doc. 172-6 | ICE 130 | Pls' Exhibit 153 | ECF No. 308 |
| Doc. 172-7 | ICE 148 | Defs' PI Opp - Exhibit 9<br>Pls' Exhibit 154 | ECF No. 284 |
| Doc. 172-8 | CBP 17 | Defs' PI Opp - Exhibit 10<br>Pls' Exhibit 99 & 155 | ECF No. 284 |
| Doc. 172-9 | CBP 546 | Defs' PI Opp - Exhibit 11<br>Pls' Exhibit 156 | ECF No. 284 |
| Doc. 172-10 | ICE 171 | Defs' PI Opp - Exhibit 12<br>Pls' Exhibit 157 | ECF No. 284 |
| Doc. 172-11 | CBP 41 | Defs' PI Opp - Exhibit 13<br>Pls' Exhibit 158 | ECF No. 284 |
| Doc. 172-12 | CBP 576 | Defs' PI Opp - Exhibit 14<br>Pls' Exhibit 159 | ECF No. 284 |
| Doc. 172-13 | CBP 448 | Defs' PI Opp - Exhibit 15<br>Pls' Exhibit 160 | ECF No. 284 |
| Doc. 172-14 | ICE 178 | Defs' PI Opp - Exhibit 16<br>Pls' Exhibit 161 | ECF No. 284 |
| Doc. 172-15 | ICE 200 | Defs' PI Opp - Exhibit 17<br>Pls' Exhibit 162 | ECF No. 284 |
| Doc. 172-16 | ICE 221 | Defs' PI Opp - Exhibit 18<br>Pls' Exhibit 163 | ECF No. 284 |
| Doc. 172-18 | ICE 291 | Defs' PI Opp - Exhibit 20<br>Pls' Exhibit 165 | ECF No. 284 |
| Doc. 172-23 | ICE 267 | Defs' PI Opp - Exhibit 25<br>Pls' Exhibit 170 | ECF No. 284 |
| Doc. 172-29 | CBP 67 | Defs' PI Opp - Exhibit 31<br>Pls' Exhibit 176 | ECF No. 284 |
| Doc. 172-30 | CBP 615 | Defs' PI Opp - Exhibit 32<br>Pls' Exhibit 177 | ECF No. 284 |
| Doc. 172-31 | CBP 615 | Defs' PI Opp - Exhibit 33<br>Pls' Exhibit 178 | ECF No. 284 |
| Doc. 172-32 | CBP 108 | Defs' PI Opp - Exhibit 34<br>Pls' Exhibit 179 | ECF No. 284 |

## Chart #1 - Sealed Exhibits Cited in the Court's Preliminary Injunction Opinion

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Citation in Court's PI Opinion | Bates Number | Citation on Parties' Exhibit List | Filed Publicly |
| 24 | Doc. 172-33 | CBP 93 | Defs' PI Opp - Exhibit 35<br>Pls' Exhibit 180 | ECF No. 284 |
| 25 | Doc. 172-34 | CBP 78 | Defs' PI Opp - Exhibit 36<br>Pls' Exhibit 181 | ECF No. 284 |
| 26 | Doc. 172-36 | CBP 134 | Defs' PI Opp - Exhibit 38<br>Pls' Exhibit 183 | ECF No. 284 |
| 27 | Doc. 172-37 | CBP 360 | Defs' PI Opp - Exhibit 39<br>Pls' Exhibit 184 | ECF No. 284 |
| 28 | Doc. 172-38 | CBP 204 | Defs' PI Opp - Exhibit 40<br>Pls' Exhibit 185 | ECF No. 284 |
| 29 | Doc. 172-39 | CBP 276 | Defs' PI Opp - Exhibit 41<br>Pls' Exhibit 186 | ECF No. 284 |
| 30 | Doc. 172-40 | CBP 278 | Defs' PI Opp - Exhibit 42<br>Pls' Exhibit 187 | ECF No. 284 |
| 31 | Doc. 172-41 | CBP 321 | Defs' PI Opp - Exhibit 43<br>Pls' Exhibit 188 | ECF No. 284 |
| 32 | Doc. 172-42 | CBP 633 | Defs' PI Opp - Exhibit 44<br>Pls' Exhibit 189 | ECF No. 284 |
| 33 | Doc. 172-43 | CBP 643 | Defs' PI Opp - Exhibit 45<br>Pls' Exhibit 190 | ECF No. 284 |
| 34 | Doc. 191-3 | N/A - Bovino Deposition Transcript Vol. 1 | Pls' Exhibit 100 | ECF No. 284 |
| 35 | Doc. 191-4 | N/A - Hott Deposition Transcript | Pls' Exhibit 101 | ECF No. 284 |
| 36 | Doc. 191-5 | CBP 283 | Pls' Exhibit 103 | ECF No. 284 |
| 37 | Doc. 191-6 | CBP 357 | Pls' Exhibit 108 | ECF No. 284 |
| 38 | Doc. 191-7 | CBP 401 | Pls' Exhibit 117 | ECF No. 284 |
| 39 | Doc. 191-8 | CBP 156 | Pls' Exhibit 121 | ECF No. 284 |
| 40 | Doc. 191-9 | N/A - Parra Deposition Transcript | Pls' Exhibit 122 | ECF No. 284 |
| 41 | Doc. 191-10 | ICE 335 | Pls' Exhibit 125 | ECF No. 284 |
| 42 | Doc. 191-11 | ICE 14 | Pls' Exhibit 142 | ECF No. 284 |
| 43 | Doc. 191-12 | N/A - Arrest Chart | Pls' Exhibt 143 | ECF No. 284 |
| 44 | Doc. 237 | N/A - Bovino Deposition Transcript Vol. 2 | Pls' Exhibt 232 | ECF No. 284 |
| 45 | Doc. 238 | N/A - Bovino Deposition Transcript Vol. 3 | Pls' Exhibt 233 | ECF No. 284 |
| 46 | Axon Body 4 Video 2025-10-04 1541 D01A83204 | N/A | | ECF No. 285 |
| 47 | Axon Body 3 Video 2025-10-04 1612 X60AB878H | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 48 | Axon Body 4 Video 2025-10-04 1251 D01A7881Z | N/A | | ECF No. 285 |
| 49 | Axon_Body_4_Video_2025-10-12_1332_D01A2669A | N/A | Pls' Exhibt 110 | ECF No. 285 |
| 50 | Axon_Body_3_Video_2025-10-12_1337_X60AB878H | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 51 | Axon_Body_3_Video_2025-10-12_1337_X60AB340G | N/A | Pls' Exhibt 111<br>Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 52 | Axon_Body_3_Video_2025-10-12_1337_X60A94550 | N/A | Pls' Exhibt 112<br>Defs Exhibit List (ECF 209) | ECF No. 285 |
| 53 | Axon_Body_3_Video_2025-10-12_1338_X60AB561J | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 54 | Axon_Body_4_Video_2025-10-12_1344_D01A2687M | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 55 | Axon_Body_4_Video_2025-10-12_1345_D01A2797W | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |

## Chart #1 - Sealed Exhibits Cited in the Court's Preliminary Injunction Opinion

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Citation in Court's PI Opinion | Bates Number | Citation on Parties' Exhibit List | Filed Publicly |
| 56 | Axon_Body_3_Video_2025-10-22_1234_X60AB554J | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 57 | Axon_Body_4_Video_2025-10-23_1032_D01A2737M | N/A | | ECF No. 285 |
| 58 | Axon_Body_4_Video_2025-10-23_1043_D01A49397 | N/A | | ECF No. 285 |
| 59 | Axon_Body_4_Video_2025-10-23_1050_D01A2282F | N/A | | ECF No. 285 |
| 60 | Axon_Body_3_Video_2025-10-23_1051_X60AB834E | N/A | | ECF No. 285 |
| 61 | Axon_Body_4_Video_2025-10-23_1052_D01A4063B | N/A | | ECF No. 285 |
| 62 | Axon_Body_4_Video_2025-10-23_1052_D01A4763A | N/A | | ECF No. 285 |
| 63 | Axon_Body_4_+_Flex_Video_2025-10-23_1053_D01A2898X | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 64 | Axon_Body_4_Video_2025-10-23_1053_D01A38302 | N/A | | ECF No. 285 |
| 65 | Axon_Body_4_Video_2025-10-23_1056_D01A47477 | N/A | | ECF No. 285 |
| 66 | Axon_Body_4_Video_2025-10-23_1056_D01A4610B | N/A | | ECF No. 285 |
| 67 | Axon_Body_3_Video_2025-10-23_1056_X60AB787G | N/A | | ECF No. 285 |
| 68 | Axon_Body_4_Video_2025-10-23_1057_D01A43998 | N/A | | ECF No. 285 |
| 69 | Axon_Body_4_Video_2025-10-23_1058_D01A39542 | N/A | | ECF No. 285 |
| 70 | Axon_Body_4_+_Flex_Video_2025-10-23_1103_D01A2898X | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 71 | Axon_Body_4_Video_2025-10-23_1106_D01A32103 | N/A | | ECF No. 285 |
| 72 | Axon_Body_4_Video_2025-10-23_1107_D01A31902 | N/A | | ECF No. 285 |
| 73 | Axon_Body_4_Video_2025-10-23_1108_D01A45488 | N/A | | ECF No. 285 |
| 74 | Axon_Body_4_Video_2025-10-23_1108_D01A3024X | N/A | | ECF No. 285 |
| 75 | Axon_Body_4_Video_2025-10-23_1112_D01A49397 | N/A | | ECF No. 285 |
| 76 | Axon_Body_4_Video_2025-10-23_1125_D01A2282F | N/A | | ECF No. 285 |
| 77 | Axon_Body_4_Video_2025-10-23_1130_D01A33312 | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 78 | Axon_Body_4_Video_2025-10-23_1150_D01A31902 | N/A | | ECF No. 285 |
| 79 | Axon_Body_4_Video_2025-10-24_1249_D01A2282F | N/A | | ECF No. 285 |
| 80 | Axon_Body_4_+_Flex_Video_2025-10-24_1250_D01A2898X | N/A | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 81 | Axon_Body_4_Video_2025-10-24_1256_D01A2094R | N/A | | ECF No. 285 |
| 82 | Axon_Body_4_Video_2025-10-24_1258_D01A2282F | N/A | Pls' Exhibt 113 | ECF No. 285 |
| 83 | Axon_Body_4_Video_2025-10-24_1302_D01A2094R | N/A | | ECF No. 285 |
| 84 | Axon_Body_4_Video_2025-10-25_1045_D01A36942 | N/A | | ECF No. 285 |
| 85 | Axon_Body_4_Video_2025-10-25_1045_D01A38582 | N/A | | ECF No. 285 |
| 86 | Kilder_Ave_Op_Midway-Blitz_4_Video_2025-10-25_1045_D01A2632Y | N/A | | ECF No. 285 |
| 87 | Axon_Body_3_Video_2025-09-12_1116_X60AB375H | N/A | | ECF No. 290 & 291 |
| 88 | Axon_Body_3_Video_2025-09-12_1254_X60AB375H | N/A | | ECF No. 290 & 291 |
| 89 | Axon_Body_3_Video_2025-09-12_1923_X60AB375H | N/A | | ECF No. 290 & 291 |
| 90 | Axon_Body_4_Video_2025-09-19_0713_D01A2734X | N/A | | ECF No. 290 & 291 |
| 91 | Axon_Body_4_Video_2025-09-19_0935_D01A0012X | N/A | | ECF No. 290 & 291 |
| 92 | Axon_Body_4_Video_2025-09-19_1946_D01A2232X | N/A | | ECF No. 290 & 291 |
| 93 | Axon_Body_3_Video_2025-09-19_1947_X60AB824E | N/A | | ECF No. 290 & 291 |
| 94 | Axon_Body_3_Video_2025-09-19_1952_X60AB824E | N/A | | ECF No. 290 & 291 |
| 95 | Axon Body 3 Video 2025-09-19 2045 X60AB474J | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 96 | Axon Body 3 Video 2025-09-19 2045 X60AB375H | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 97 | Axon Body 4 Video 2025-09-26 1137 D01A3411W | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 98 | Axon_Body_4_Video_2025-09-26_1604_D01A31643 | N/A | | ECF No. 290 & 291 |
| 99 | Axon_Body_4_Video_2025-09-26_1609_D01A37572 | N/A | | ECF No. 290 & 291 |

## Chart #1 - Sealed Exhibits Cited in the Court's Preliminary Injunction Opinion

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Citation in Court's PI Opinion | Bates Number | Citation on Parties' Exhibit List | Filed Publicly |
| 100 | Axon_Body_4_Video_2025-09-27_1831_D01A33732 | N/A | | ECF No. 290 & 291 |
| 101 | Axon_Body_4_Video_2025-09-27_1831_D01A38432 | N/A | | ECF No. 290 & 291 |
| 102 | Axon_Body_4_Video_2025-09-27_1955_D01A2165X | N/A | | ECF No. 290 & 291 |
| 103 | Axon_Body_3_Video_2025-09-27_2003_X60A9676K | N/A | | ECF No. 290 & 291 |
| 104 | Axon_Body_4_Video_2025-09-27_2134_D01AE5321 | N/A | | ECF No. 290 & 291 |
| 105 | Axon_Body_4_Video_2025-09-27_2134_D01A2142X | N/A | | ECF No. 290 & 291 |
| 106 | Axon_Body_4_Video_2025-09-27_2135_D01A37583 | N/A | | ECF No. 290 & 291 |
| 107 | Axon_Body_4_Video_2025-09-27_2135_D01A2737M | N/A | | ECF No. 290 & 291 |
| 108 | Axon_Body_4_Video_2025-09-27_2137_D01A3459W | N/A | | ECF No. 290 & 291 |
| 109 | Axon_Body_4_Video_2025-10-03_0949_D01A2556T | N/A | | ECF No. 290 & 291 |
| 110 | Axon Body 3 Video 2025-10-03 1122 X60A9929K | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 111 | Axon_Body_4_Video_2025-10-03_1242_D01A3257U | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 112 | Axon_Body_4_Video_2025-10-03_1242_D01A2556T | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 113 | Axon_Body_4_Video_2025-10-03_1249_D01D00220 | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 114 | Axon_Body_4_Video_2025-10-03_1855_D01A3449X | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 115 | Axon_Body_4_Video_2025-10-12_1106_D01A2669A | N/A | | ECF No. 290 & 291 |
| 116 | Axon_Body_3_Video_2025-10-14_1119_X60A79913 | N/A | Pls' Exhibt 118<br>Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 117 | Axon Body 4 Video 2025-10-14 1130 D01A41408 | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 118 | Axon Body 4 Video 2025-10-14 1130 D01A4281B | N/A | Pls' Exhibt 119 | ECF No. 290 & 291 |
| 119 | Axon_Body_4_Video_2025-10-14_1139_D01A2115V | N/A | | ECF No. 290 & 291 |
| 120 | Axon_Body_4_Video_2025-10-14_1143_D01A4986A | N/A | | ECF No. 290 & 291 |
| 121 | Axon_Body_4_Video_2025-10-14_1150_D01A4257B | N/A | | ECF No. 290 & 291 |
| 122 | Axon Body 4 Video 2025-10-14 1151 D01A49557 | N/A | | ECF No. 290 & 291 |
| 123 | Axon_Body_4_Video_2025-10-14_1156_D01A2797W | N/A | | ECF No. 290 & 291 |
| 124 | Axon_Body_3_Video_2025-10-14_1242_X60A76624 | N/A | | ECF No. 290 & 291 |
| 125 | Axon_Body_4_Video_2025-10-14_1251_D01A30574 | N/A | | ECF No. 290 & 291 |
| 126 | Chicago Vehicle Wreck Riot | N/A | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 127 | Axon_Body_4_Video_2025-10-22_1009_D01A33862 | N/A | | ECF No. 290 & 291 |
| 128 | Axon_Body_4_Video_2025-10-23_1011_D01A31902 | N/A | | ECF No. 290 & 291 |
| 129 | Axon_Body_4_Video_2025-10-23_1012_D01A45488 | N/A | | ECF No. 290 & 291 |
| 130 | Axon_Body_4_Video_2025-10-23_1034_D01A39542 | N/A | | ECF No. 290 & 291 |
| 131 | Axon_Body_4_Video_2025-10-23_1046_D01A2282 | N/A | | ECF No. 290 & 291 |
| 132 | Axon_Body_4_Video_2025-10-23_1100_D01D03740 | N/A | | ECF No. 290 & 291 |
| 133 | REL147 | N/A | Pls' Exhibt 105 | ECF No. 290 & 291 |
| 134 | REL146 | N/A | | Filed via digital media portal on 12/19 |