## Chart #2 - Sealed Exhibits Cited in Plaintiffs' and Defendants Exhibits Lists

| | A | B | C |
|---|---|---|---|
| 1 | **Title in Parties' Exhibit List** | **Exhibit #** | **Filed Publicly** |
| 2 | E-Star Incident Report (CBP 1-16) | Pls' Exhibit 98 (ECF No. 222) | ECF No. 308 |
| 3 | E-Star Incident Report (CBP 17-38) | Pls' Exhibit 99 (ECF No. 222) | ECF No. 284 |
| 4 | Deposition of Gregory Bovino of Oct. 30, 2025 | Pls' Exhibit 100 (ECF No. 222) | ECF No. 284 |
| 5 | Deposition of Russell Hott of Oct. 29, 2025 | Pls' Exhibit 101 (ECF No. 222) | ECF No. 284 |
| 6 | Evolving Situation Report (CBP 283-286) | Pls' Exhibit 103 (ECF No. 222) | ECF No. 284 |
| 7 | REL 147 (BWC video) - Little Village | Pls' Exhibit 105 (ECF No. 222) | ECF No. 284 |
| 8 | REL 146 (helicopter video) - Little Village | Pls' Exhibit 106 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 9 | REL 148 (BWC video) - Little Village | Pls' Exhibit 107 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 10 | Evolving Situation Report (CBP 357-359) | Pls' Exhibit 108 (ECF No. 222) | ECF No. 284 |
| 11 | REL 116 (BWC video) - Albany Park | Pls' Exhibit 109 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 12 | Axon_Body_4_Video_2025-10-12_1332_D01A2669A | Pls' Exhibit 110 (ECF No. 222) | ECF No. 284 |
| 13 | Axon_Body_3_Video_2025-10-12_1337_X60AB340G | Pls' Exhibit 111 (ECF No. 222) | ECF No. 284 |
| 14 | Axon_Body_3_Video_2025-10-12_1337_X60A94550 | Pls' Exhibit 112 (ECF No. 222) | ECF No. 284 |
| 15 | Axon_Body_4_Video_2025-10-24_1258_D01A2282F | Pls' Exhibit 113 (ECF No. 222) | ECF No. 284 |
| 16 | REL 156 (BWC video) - Lakeview | Pls' Exhibit 114 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 17 | REL 86 (BWC video) - Old Irving Park | Pls' Exhibit 116 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 18 | E-Star Incident Report (CBP 401-420) | Pls' Exhibit 117 (ECF No. 222) | ECF No. 284 |
| 19 | Axon_Body_3_Video_2025-10-14_1119_X60A79913 | Pls' Exhibit 118 (ECF No. 222) | ECF No. 284 |
| 20 | Axon_Body_4_Video_2025-10-14_1206_D01A2277Q | Pls' Exhibit 119 (ECF No. 222) | ECF No. 284 |
| 21 | Axon_Body_4_Video_2025-10-14_1130_D01A4281B | Pls' Exhibit 120 (ECF No. 222) | ECF No. 290 & 291 |
| 22 | USBP Firearm Discharge Report (CBP 156-162) | Pls' Exhibit 121 (ECF No. 222) | ECF No. 284 |
| 23 | Deposition of Daniel Parra | Pls' Exhibit 122 (ECF No. 222) | ECF No. 284 |
| 24 | Axon_Body_4_Video_2025-10-04_1332_D01A32322 | Pls' Exhibit 123 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 25 | 10/1/25 Email (ICE 335-336) | Pls' Exhibit 125 (ECF No. 222) | ECF No. 284 |
| 26 | Broadview security footage from 9/19/25 | Pls' Exhibit 139 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 27 | ICE Use of Force Policy (ICE 14-26) | Pls' Exhibit 142 (ECF No. 222) | ECF No. 284 |
| 28 | Arrest Chart (10/31/25) | Pls' Exhibit 143 (ECF No. 222) | ECF No. 284 |

## Chart #2 - Sealed Exhibits Cited in Plaintiffs' and Defendants Exhibits Lists

|  | A | B | C |
|---|---|---|---|
| 1 | Title in Parties' Exhibit List | Exhibit # | Filed Publicly |
| 29 | Exhibit 02 ICE_00000338.pdf | Pls' Exhibit 148 (ECF No. 222) | ECF No. 284 |
| 30 | Exhibit 04 ICE_00000027.pdf | Pls' Exhibit 149 (ECF No. 222) | ECF No. 284 |
| 31 | Exhibit 05 ICE_00000044.pdf | Pls' Exhibit 150 (ECF No. 222) | ECF No. 284 |
| 32 | Exhibit 06 ICE_00000094.pdf | Pls' Exhibit 151 (ECF No. 222) | ECF No. 284 |
| 33 | Exhibit 07 ICE_00000112.pdf | Pls' Exhibit 152 (ECF No. 222) | ECF No. 284 |
| 34 | Exhibit 08 ICE_00000130.pdf | Pls' Exhibit 153 (ECF No. 222) | ECF No. 308 |
| 35 | Exhibit 09 ICE_00000148.pdf | Pls' Exhibit 154 (ECF No. 222) | ECF No. 284 |
| 36 | Exhibit 10 CBP_000017.pdf | Pls' Exhibit 155 (ECF No. 222) | ECF No. 284 |
| 37 | Exhibit 11 CBP_000546.pdf | Pls' Exhibit 156 (ECF No. 222) | ECF No. 284 |
| 38 | Exhibit 12 ICE_00000171.pdf | Pls' Exhibit 157 (ECF No. 222) | ECF No. 284 |
| 39 | Exhibit 13 CBP_000041.pdf | Pls' Exhibit 158 (ECF No. 222) | ECF No. 284 |
| 40 | Exhibit 14 CBP_000576.pdf | Pls' Exhibit 159 (ECF No. 222) | ECF No. 284 |
| 41 | Exhibit 15 CBP_000448.pdf | Pls' Exhibit 160 (ECF No. 222) | ECF No. 284 |
| 42 | Exhibit 16 ICE_00000178.pdf | Pls' Exhibit 161 (ECF No. 222) | ECF No. 284 |
| 43 | Exhibit 17 ICE_00000200.pdf | Pls' Exhibit 162 (ECF No. 222) | ECF No. 284 |
| 44 | Exhibit 18 ICE_00000221.pdf | Pls' Exhibit 163 (ECF No. 222) | ECF No. 284 |
| 45 | Exhibit 19 ICE_00000191.pdf | Pls' Exhibit 164 (ECF No. 222) | ECF No. 308 |
| 46 | Exhibit 20 ICE_00000291.pdf | Pls' Exhibit 165 (ECF No. 222) | ECF No. 284 |
| 47 | Exhibit 21 ICE_00000229.pdf | Pls' Exhibit 166 (ECF No. 222) | ECF No. 308 |
| 48 | Exhibit 22 ICE_00000234.pdf | Pls' Exhibit 167 (ECF No. 222) | ECF No. 308 |
| 49 | Exhibit 23 ICE_00000239.pdf | Pls' Exhibit 168 (ECF No. 222) | ECF No. 308 |
| 50 | Exhibit 24 ICE_00000261.pdf | Pls' Exhibit 169 (ECF No. 222) | ECF No. 308 |
| 51 | Exhibit 25 ICE_00000267.pdf | Pls' Exhibit 170 (ECF No. 222) | ECF No. 284 |
| 52 | Exhibit 26 ICE_00000364.pdf | Pls' Exhibit 171 (ECF No. 222) | ECF No. 308 |
| 53 | Exhibit 27 ICE_00000367.pdf | Pls' Exhibit 172 (ECF No. 222) | ECF No. 308 |
| 54 | Exhibit 28 ICE_00000369.pdf | Pls' Exhibit 173 (ECF No. 222) | ECF No. 308 |
| 55 | Exhibit 29 ICE_00000371.pdf | Pls' Exhibit 174 (ECF No. 222) | ECF No. 308 |
| 56 | Exhibit 30 ICE_00000355.pdf | Pls' Exhibit 175 (ECF No. 222) | ECF No. 308 |
| 57 | Exhibit 31 CBP_000067.pdf | Pls' Exhibit 176 (ECF No. 222) | ECF No. 284 |
| 58 | Exhibit 32 CBP_000615.pdf | Pls' Exhibit 177 (ECF No. 222) | ECF No. 284 |
| 59 | Exhibit 33 CBP_000061.pdf | Pls' Exhibit 178 (ECF No. 222) | ECF No. 284 |

## Chart #2 - Sealed Exhibits Cited in Plaintiffs' and Defendants Exhibits Lists

| | A | B | C |
|---|---|---|---|
| 1 | **Title in Parties' Exhibit List** | **Exhibit #** | **Filed Publicly** |
| 60 | Exhibit 34 CBP_000108.pdf | Pls' Exhibit 179 (ECF No. 222) | ECF No. 284 |
| 61 | Exhibit 35 CBP_000093.pdf | Pls' Exhibit 180 (ECF No. 222) | ECF No. 284 |
| 62 | Exhibit 36 CBP_000078.pdf | Pls' Exhibit 181 (ECF No. 222) | ECF No. 284 |
| 63 | Exhibit 37 CBP_000116.pdf | Pls' Exhibit 182 (ECF No. 222) | ECF No. 308 |
| 64 | Exhibit 38 CBP_000134.pdf | Pls' Exhibit 183 (ECF No. 222) | ECF No. 284 |
| 65 | Exhibit 39 CBP_000360.pdf | Pls' Exhibit 184 (ECF No. 222) | ECF No. 284 |
| 66 | Exhibit 40 CBP_000204.pdf | Pls' Exhibit 185 (ECF No. 222) | ECF No. 284 |
| 67 | Exhibit 41 CBP_000276.pdf | Pls' Exhibit 186 (ECF No. 222) | ECF No. 284 |
| 68 | Exhibit 42 CBP_000278.pdf | Pls' Exhibit 187 (ECF No. 222) | ECF No. 284 |
| 69 | Exhibit 43 CBP_000321.pdf | Pls' Exhibit 188 (ECF No. 222) | ECF No. 284 |
| 70 | Exhibit 44 CBP_000633.pdf | Pls' Exhibit 189 (ECF No. 222) | ECF No. 284 |
| 71 | Exhibit 45 CBP_000643.pdf | Pls' Exhibit 190 (ECF No. 222) | ECF No. 284 |
| 72 | Deposition of Gregory Bovino (Nov. 3, 2025) | Pls' Exhibit 232 (ECF No. 222) | ECF No. 284 |
| 73 | Deposition of Gregory Bovino (Nov. 4, 2025) | Pls' Exhibit 233 (ECF No. 222) | ECF No. 284 |
| 74 | Video of Deposition of Gregory Bovino (Oct. 30, 2025) | Pls' Exhibit 234 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 75 | Video of Deposition of Gregory Bovino (Nov. 3, 2025) | Pls' Exhibit 235 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 76 | Video of Deposition of Gregory Bovino (Nov. 4, 2025) | Pls' Exhibit 236 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 77 | REL 152 | Pls' Exhibit 246 (ECF No. 222) | Filed via digital media portal on 12/19 |
| 78 | Enforcement Action Statistical Analysis and Reporting System (E-STAR) Incident Report (CBP 1194-11237) | Pls' Exhibit 247 (ECF No. 222) | ECF No. 308 |
| 79 | CBP 624 - emails re Broadview demonstration | Pls' Exhibit 282 (ECF No. 222) | |
| 80 | CBP 349 - Brighton Park shooting report | Pls' Exhibit 283 (ECF No. 222) | ECF No. 308 |
| 81 | CBP 399 - 10/14 east side email injuries | Pls' Exhibit 284 (ECF No. 222) | ECF No. 308 |
| 82 | | | |
| 83 | ECF No. 172-1 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 84 | ECF No. 172-2 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 85 | ECF No. 172-3 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 86 | ECF No. 172-4 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 87 | ECF No. 172-5 | Defs' Exhibit List (ECF 209) | ECF No. 284 |

**Chart #2 - Sealed Exhibits Cited in Plaintiffs' and Defendants Exhibits Lists**

|   | A | B | C |
|---|---|---|---|
| 1 | Title in Parties' Exhibit List | Exhibit # | Filed Publicly |
| 88 | ECF No. 172-6 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 89 | ECF No. 172-7 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 90 | ECF No. 172-8 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 91 | ECF No. 172-9 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 92 | ECF No. 172-10 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 93 | ECF No. 172-11 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 94 | ECF No. 172-12 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 95 | ECF No. 172-13 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 96 | ECF No. 172-14 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 97 | ECF No. 172-15 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 98 | ECF No. 172-16 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 99 | ECF No. 172-17 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 100 | ECF No. 172-18 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 101 | ECF No. 172-19 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 102 | ECF No. 172-20 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 103 | ECF No. 172-21 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 104 | ECF No. 172-22 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 105 | ECF No. 172-23 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 106 | ECF No. 172-24 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 107 | ECF No. 172-25 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 108 | ECF No. 172-26 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 109 | ECF No. 172-27 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 110 | ECF No. 172-28 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 111 | ECF No. 172-29 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 112 | ECF No. 172-30 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 113 | ECF No. 172-31 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 114 | ECF No. 172-32 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 115 | ECF No. 172-33 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 116 | ECF No. 172-34 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 117 | ECF No. 172-35 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 118 | ECF No. 172-36 | Defs' Exhibit List (ECF 209) | ECF No. 284 |

**Chart #2 - Sealed Exhibits Cited in Plaintiffs' and Defendants Exhibits Lists**

|   | A | B | C |
|---|---|---|---|
| 1 | Title in Parties' Exhibit List | Exhibit # | Filed Publicly |
| 119 | ECF No. 172-37 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 120 | ECF No. 172-38 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 121 | ECF No. 172-39 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 122 | ECF No. 172-40 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 123 | ECF No. 172-41 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 124 | ECF No. 172-42 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 125 | ECF No. 172-43 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 126 | ECF No. 172-44 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 127 | ECF No. 172-45 | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 128 | Deposition of Russell Hott | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 129 | Deposition of Gregory Bovino | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 130 | Deposition of Daniel Parra | Defs' Exhibit List (ECF 209) | ECF No. 284 |
| 131 | B-25-ELCELC-20250927-AF-#25659 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 132 | B-26-DTMDTM-20251003-AF-#25688 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 133 | B-26-TCATCA-20251006-F-#25710 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 134 | B-26-SDCSDC-20251008-V-#25719 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 135 | B-26-ELCELS-20251015-A-#25765 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 136 | B-26-NLLNLL-20251016-A-#25779 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 137 | B-26-ELCELC-20251021-F-#25809 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 138 | B-26-ELCELC-20251023-AF-#25820 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 139 | B-26-ELCELC-20251024-AF-#25829 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 140 | B-26-ELCELC-20251025-AF-#25839 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 141 | B-26-ELCELC-20251025-A-#25838 | Defs' Exhibit List (ECF 209) | ECF No. 308 |
| 142 | Axon Body 4 + Flex Video 2025-10-24 1250 D01A2898X | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 143 | Axon Body 4 + Flex Video 2025-10-24 1244 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 144 | Axon Body 4 + Flex Video 2025-10-24 1230 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 145 | Axon Body 4 + Flex Video 2025-10-24 1150 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 146 | Axon Body 4 + Flex Video 2025-10-23 2311 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 147 | Axon Body 4 + Flex Video 2025-10-23 1103 D01A2898X | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 148 | Axon Body 4 + Flex Video 2025-10-23 1053 D01A2898X | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 149 | Axon Body 4 + Flex Video 2025-10-23 1005 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |

**Chart #2 - Sealed Exhibits Cited in Plaintiffs' and Defendants Exhibits Lists**

|   | A | B | C |
|---|---|---|---|
| 1 | **Title in Parties' Exhibit List** | **Exhibit #** | **Filed Publicly** |
| 150 | Axon Body 4 + Flex Video 2025-09-27 2134 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 151 | Axon Body 4 + Flex Video 2025-09-27 2003 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 152 | Axon Body 4 + Flex Video 2025-09-27 1520 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 153 | Axon Body 4 + Flex Video 2025-09-27 1448 D01A2898X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 154 | Axon Body 4 Video 2025-10-14 1151 D01A49557 | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 155 | Axon Body 4 Video 2025-10-14 1130 D01A41408 | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 156 | Axon Body 4 Video 2025-10-14 1130 D01A4281B | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 157 | Axon Body 4 Video 2025-10-14 1128 D01A83325 | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 158 | Axon Body 3 Video 2025-10-14 1121 X60A76624 | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 159 | Axon Body 4 Video 2025-10-14 1119 D01D08980 | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 160 | Axon Body 3 Video 2025-10-14 1119 X60A79913 | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 161 | Axon Body 4 Video 2025-10-12 1345 D01A2797W | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 162 | Axon Body 4 Video 2025-10-12 1344 D01A2687M | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 163 | Axon Body 3 Video 2025-10-12 1338 X60AB561J | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 164 | Axon Body 3 Video 2025-10-12 1337 X60AB340G | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 165 | Axon Body 3 Video 2025-10-12 1337 X60AB878H | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 166 | Axon Body 3 Video 2025-10-12 1337 X60A94550 | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 167 | Axon Body 3 Video 2025-10-04 1612 X60AB878H | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 168 | Axon Body 4 Video 2025-10-04 1251 D01A7881Z | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 169 | Axon Body 4 Video 2025-10-03 1855 D01A3449X | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 170 | Axon Body 4 Video 2025-10-03 1854 D01A4257B | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 171 | Axon Body 4 Video 2025-10-03 1249 D01D00220 | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 172 | Axon Body 4 Video 2025-10-03 1242 D01A2556T | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 173 | Axon Body 4 Video 2025-10-03 1242 D01A3257U | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 174 | Axon Body 3 Video 2025-10-03 1124 X60AD023N | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 175 | Axon Body 3 Video 2025-10-03 1122 X60A9929K | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 176 | Axon Body 3 Video 2025-10-03 0946 X60A9929K | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 177 | Axon Body 3 Video 2025-09-27 2133 X60A9929K | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 178 | Axon Body 4 Video 2025-09-26 1150 D01A3263V | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 179 | Axon Body 4 Video 2025-09-26 1137 D01A3411W | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 180 | Axon Body 3 Video 2025-09-19 2341 X60AB787G | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |

**Chart #2 - Sealed Exhibits Cited in Plaintiffs' and Defendants Exhibits Lists**

| | A | B | C |
|---|---|---|---|
| 1 | **Title in Parties' Exhibit List** | **Exhibit #** | **Filed Publicly** |
| 181 | Axon Body 3 Video 2025-09-19 2251 X60AB787G | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 182 | Axon Body 4 Video 2025-09-19 2048 D01A2232X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 183 | Axon Body 3 Video 2025-09-19 2045 X60AB474J | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 184 | Axon Body 3 Video 2025-09-19 2045 X60AB375H | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 185 | Axon Body 3 Video 2025-09-19 1955 X60AB787G | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 186 | Axon Body 4 Video 2025-09-19 1946 D01A2232X | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 187 | Axon Body 3 Video 2025-09-19 2341 X60AB787G | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 188 | Axon Body 3 Video 2025-09-19 2251 X60AB787G | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 189 | Axon Body 4 Video 2025-09-19 2048 D01A2232X | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 190 | Axon Body 3 Video 2025-09-19 2045 X60AB474J | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 191 | Axon Body 3 Video 2025-09-19 2045 X60AB375H | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 192 | Axon Body 3 Video 2025-09-19 1955 X60AB787G | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 193 | Axon Body 4 Video 2025-09-19 1946 D01A2232X | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 194 | Axon Body 4 + Flex Video 2025-10-24 1250 D01A2898X | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 195 | Axon Body 3 Video 2025-10-22 1234 X60AB554J | Defs' Exhibit List (ECF 209) | ECF No. 285 |
| 196 | Axon Body 4 Video 2025-10-14 1318 D01A2688G | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 197 | Axon Body 4 Video 2025-10-14 1159 D01A49397 | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |
| 198 | Chicago Vehicle Wreck Riot | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 199 | Axon Body 4 Video 2025-10-14 1156 D01A2797W | Defs' Exhibit List (ECF 209) | ECF No. 290 & 291 |
| 200 | Axon Body 4 Video 2025-10-14 1156 D01A3247W | Defs' Exhibit List (ECF 209) | Filed via digital media portal on 12/19 |