IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> ) <br> KRISTI NOEM, Secretary, U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al.*, ) <br> ) <br> ) <br> *Defendants.* ) <br> ) | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> District Judge |

**MOTION TO STAY ANSWER DEADLINE PENDING RESOLUTION OF PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS**

Defendants move to stay their deadline to respond to the Amended Complaint until Plaintiffs' motion to voluntarily dismiss is resolved. In the event the Court denies the motion to voluntarily dismiss, Defendants request 21 days after such denial to file a response to the Amended Complaint.

Plaintiffs personally served the Complaint on the U.S. Attorney's Office for the Northern District of Illinois on October 27, 2025. Although Defendants' response was originally on December 26, 2026, *see* Federal Rule of Civil Procedure 12(a)(2), Executive Order 14,371 declared December 26 a legal holiday. Thus, under Rule 6, Defendants deadline was extended to December 29, 2025.

On December 2, 2025, Plaintiffs moved to voluntarily dismiss their Amended Complaint. ECF 295. Because that motion (if granted) would dispose of this entire case, it would be inefficient and a potential waste of government resources to respond to the Amended Complaint before this Court decides Plaintiffs' motion to dismiss. Thus, Defendants ask that the Court stay their

obligation to answer the Amended Complaint until the Court resolves Plaintiffs' motion to voluntarily dismiss (ECF 295). In the event the Court denies the motion, Defendants request 21 days after such denial to file a response.

Defendants attempted to confer with Plaintiffs, but (likely due to the holidays) Plaintiffs did not timely respond. Nonetheless, Defendants believe that no prejudice to Plaintiffs would reasonably arise from the Court's choosing to grant the requested stay.

For all the above reasons, there is good cause for this Court to stay Defendants' Answer deadline and enter the accompanying Proposed Order.

> Respectfully submitted,
> BRETT A. SHUMATE
> Assistant Attorney General
> Civil Division
>
> ANDREW I. WARDEN
> Civil Division, Federal Programs Branch
>
> By: s/ *Sean Skedzielewski*
> SEAN SKEDZIELEWSKI
> Counsel to the Assistant Attorney General
> U.S. Department of Justice, Civil Division
> 950 Pennsylvania Ave NW
> Washington, D.C. 20530
> (202) 860-9960
> sean.skedzielewski@usdoj.gov