IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) |
| | ) No. 25-cv-12173 |
| *Plaintiffs,* | ) |
| | ) Hon. Sara L. Ellis, |
| v. | ) District Judge |
| | ) |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

**[PROPOSED] ORDER GRANTING MOTION TO STAY ANSWER DEADLINE PENDING RESOLUTION OF PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS**

In consideration of Defendants' motion to stay their Answer deadline pending resolution of Plaintiffs' motion to voluntarily dismiss, the Court GRANTS the motion. It is hereby ordered:

1. Defendants' deadline to respond to Plaintiffs' Amended Complaint is STAYED pending resolution of Plaintiffs' motion to dismiss (ECF 295).

2. If the Court denies Plaintiffs' motion (ECF 295), Defendants shall file a response to the Amended Complaint 21 days after such denial.

SO ORDERED.

_____                               _____
Date                                                                                    Hon. Sara L. Ellis
                                                                                              U.S. District Judge