IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 25-cv-12173 |
| | ) | |
| v. | ) | The Hon. Sara L. Ellis |
| | ) | United States District Judge |
| KRISTI NOEM, Secretary of U.S. Department of Homeland Security, in her official capacity, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPOSE TO DEFENDANTS' MOTION TO STAY ANSWER TO COMPLAINT**

1. The Defendants have moved to stay the deadline for answering Plaintiffs' Complaint until Plaintiffs' motion to voluntarily dismiss is resolved. Dkt. 315 at 1.

2. Plaintiffs do not oppose Defendants' motion to stay the deadline to answer Plaintiffs' Complaint.


DATED: December 30, 2025        Respectfully submitted,

                                By:  /s/ *Scott Rauscher*
                                One of Plaintiffs' Attorneys

*Counsel for Plaintiff*

Jon Loevy                       Craig B. Futterman
Locke Bowman                    **MANDEL LEGAL AID CLINIC**
Steve Art                       University of Chicago Law School
Heather Lewis Donnell           6020 S. University
Theresa Kleinhaus               Chicago, IL 60637
Scott Rauscher                  (773) 702-9611
Matt Topic                      futterman@uchicago.edu
Julia Rickert
Tara Thompson                   Hayden Johnson*
Lindsay Hagy                    Katie Schwartzmann*
Jordan Poole                    Conor Gaffney*

Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
scott@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582
* *Admitted pro hac vice*

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org