IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants*. | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> District Judge |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' AND INTERVENORS' MOTIONS TO UNSEAL TRANSCRIPT OF OCTOBER 20, 2025 HEARING**

Defendants, by their attorneys, hereby give notice to the Court that they do not oppose the pending Motions filed with the Court to unseal the transcript of the October 20, 2025 hearing held before the Court in the above-captioned matter.

Specifically, the Court held a hearing in this matter on October 20, 2025, with limited portions of the hearing redacted from the public docket, while the full transcript was placed under seal. *See, respectively*, Transcript of Proceedings held on October 20, 2025 (Docket No. 75) and Sealed Transcript of Proceedings held on October 20, 2025 (Docket No. 76).

Plaintiffs filed a Motion to Unseal Document on November 3, 2025, requesting that the transcript from the October 20, 2025 hearing be unsealed. Docket No. 183.

Intervenors in this matter, consisting of media companies Chicago Public Media, Inc., Chicago Sun-Times Media, Inc., and Chicago Tribune Company, LLC, on December 19, 2025, filed their own Motion to Unseal the October 20, 2025 Transcript. Docket No. 306.

Defendants continue to believe that the Court correctly found good cause to seal the transcript of the October 20, 2025 proceedings when it originally considered the issue, consistent with applicable case law and Federal Rule of Civil Procedure 26(c). Due to changes in the relevant circumstances since the time the Court ordered that transcript sealed, Defendants now do not oppose the Court unsealing the full transcript of hearing and placing it on the public record.

WHEREFORE, Defendants do not object to the Motions filed by Plaintiffs and Intervenors in this matter to unseal the transcript of the October 20, 2025 proceedings.

Dated: January 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General

*/s/ --P. R. Goldstone*
PETER R. GOLDSTONE
(MA BBO# 682050)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 598-0912
Fax: (202) 616-8470
Peter.R.Goldstone@usdoj.gov
*Counsel for Defendants*