# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Chicago Headline Club, et al.
                              Plaintiff,

v.                                                    Case No.: 1:25−cv−12173
                                                      Honorable Sara L. Ellis

Kristi Noem, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 6, 2026:


MINUTE entry before the Honorable Sara L. Ellis: Motion Hearing regarding Media Intervenors' motion to unseal the October 20, 2025 transcript [306] set for 1/7/2026 [307] is stricken and reset to 1/8/2026 at 2:30 PM. Emailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.