UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Chicago Headline Club, et al.
                                     Plaintiff,

v.                                                                  Case No.: 1:25−cv−12173
                                                                   Honorable Sara L. Ellis

Kristi Noem, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 8, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: In Court Hearing Held. Media Intervenors' motion to unseal October 20, 2025 transcript [306] is granted. Defendants motion to stay answer deadline pending resolution of Plaintiffs' motion voluntarily dismiss [315] is granted. Chicago Public Media, Inc.'s, Chicago Sun−Times Media, Inc's, and Chicago Tribune Company, LLC's motion on the remaining sealed materials [321] is granted. Defendants to complete unsealing of sealed materials in Bucket 3 on a rolling basis in 120 days. In Court Hearing set for 1/22/2026 at 3:00 PM regarding motion to voluntary dismiss [295]. Members of the public and media will be able to call in to listen to the 1/22/2026 hearing and must keep their phone on mute. The call−in number is (650) 479−3207, and the access code is 2314 361 1508. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Plaintiffs to appear in person, and the Defendants to appear remotely. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.