UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>    Defendants. | Case No. 25-cv-12173<br><br>Hon. Sara L. Ellis<br>District Judge |

**NOTICE OF MOTION**

On January 12, 2026, Movants the State of Illinois and the City of Chicago filed a motion to reassign the case *Illinois, et al.*, v. *DHS, et al.*, No. 26-cv-00321, to the calendar of this Court, because it is related to *Chicago Headline Club v. Noem*, No. 25-cv-12173, currently pending before this Court. Dkt. 325.

Movants notice the motion for presentment on Thursday, January 15, 2026 at 1:45 p.m.

Dated this 12th Day of January, 2026.

        KWAME RAOUL
        *Attorney General of Illinois*

        By: */s/ Vikas Didwania*
        CARA HENDRICKSON
        Executive Deputy Attorney General
        PAUL BERKS
        VIKAS DIDWANIA
        Complex Litigation Counsels
        MARY GRIEB
        ELIZABETH JORDAN
        EMILY HIRSCH
        ALEXANDRA REED
        CHRISTINA BEELER
        R. HENRY WEAVER
        Assistant Attorneys General
        Office of the Illinois Attorney General
        115 South LaSalle Street
        31st Floor
        Chicago, Illinois 60603
        (312) 814-3000
        Paul.Berks@ilag.gov
        Vikas.Didwania@ilag.gov
        Emily.Hirsch@ilag.gov

        MARY B. RICHARDSON-LOWRY
        *Corporation Counsel of the City of Chicago*

        By: */s/ Stephen Kane*
        Stephen Kane
        John Hendricks
        Rebecca Hirsch
        Chelsey B. Metcalf
        Rachel Zemke
        Psalm Brown
        John Kauffman
        City of Chicago Department of Law
        121 North LaSalle Street, Room 600
        Chicago, Illinois 60602
        312-744-6934
        stephen.kane@cityofchicago.org

        *Counsel for the City of Chicago*