**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Chicago Headline Club et al

Plaintiff(s),

v.

Noem et al,

Defendant(s).

Case No.  25-cv-12173
Judge Sara L. Ellis

## ORDER

Motion hearing held on 1/15/26. The Court heard oral argument on the Movant's Motion to Reassign Case [325]. For all the reasons stated on the record, the motion is GRANTED. In accordance with the provisions of Local Rule 40.4 of this Court, the Court finds the above captioned case, presently pending on the calendar of Judge Georgia N. Alexakis to be related to 1:26-cv-00321 which is pending on this Court's calendar. Accordingly, the Court requests that the Executive Committee order said case to be reassigned to this Court's calendar as a related case.

Date:  1/22/2026

/s/ Sara L. Ellis