E-STAR incident ID: LES #25645



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25645
**Title:** Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street (OFO)
**Shift start date/time:** 09/12/2025 05:00
**Shift end date/time:** 09/12/2025 23:59
**Type:** ☐ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge

**Was this a mass encounter incident?** ⊗ Yes  ○ No
**CBP Reporting Organizations:**
☐ U.S. Border Patrol
☐ Air and Marine Operations
☒ Office of Field Operations Location: Office of Field Operations

**Created by:** CHEVALIER, JOSEPH H.
**Last updated by:** SAMODAL, ROBERT T.
**Reviewer:** ORNELAS, ERAZMO V

**Creation date/time:** 09/26/2025 10:30
**Last updated date/time:** 10/10/2025 11:57
**Date reviewed:** 09/30/2025

### RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes  ⊗ No

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | OFO |
| Other involved organizations: | |
| Other federal agency | ICE ERO SRT |

**Were other CBP components/external agencies involved?** ⊗ Yes  ○ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
**Address:**
  **Street:** 1930 Beach Street
  **City:** Broadview    **State:** ILLINOIS    **Zip:** 60155
**Incident coordinates:**
  **Latitude:** 41.86817
  **Longitude:** -87.86566

CHC v. Noem CBP 000647

E-STAR incident ID: **LES** #25645

**Setting:** ○ Indoors  ⊗ Outdoors
  **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Outside of the ICE ERO Facility Entrance Gate
**Environmental factors:**
  **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:** ☐ Daylight ☒ Dark ☐ Dawn ☒ Dusk ☐ Good lighting ☒ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):** 75

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ORNELAS, ERAZMO V | | Phone | 09/26/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** GARZA JR, JORGE
  **Gender:** Male  **Age:** 36  **Height:** 6'4"  **Weight:** 240 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 10/07/2020
  **Duty location or detail/TDY location during the incident:** Office of Field Operations / Laredo Field Operations
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Special Operations

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 4 years 11 months
  **CBP training previously received (not including basic academy training):**
    ☐ BPAIST  ☐ BORSTAR  ☐ BORTAC  ☐ DITP  ☐ DTI
    ☐ EDVPTP  ☐ EMT  ☐ FITP  ☐ LLITP (IFITP)  ☐ MFF
    ☐ MRT  ☐ PITP  ☒ SRT  ☐ TATP  ☐ Other

**Wearing body armor?** ⊗ Yes  ○ No

**Attire:** ⊗ Uniform  ○ Plain clothes

**Did GARZA JR, JORGE use reportable force?** ⊗ Yes  ○ No
  **Force type:** Less-lethal Device
  **Device:** PLS (PepperBall Launching System)
  **Device type:** PAVA (area saturation)
  **Estimated use of force date/time (local):** 09/12/2025 19:00
  **Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
  **Estimated distance:** 30 yards
  **Approximately how many volleys did you deploy?** 2
  **Approximately how many projectiles did you deploy?** 3
  **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ⊗ No
  **Reason(s) for this use of force:**
    ☒ Protect self  ☒ Protect co-worker  ☒ Protect innocent 3rd party
    ☐ Protect non-CBP officer/agent  ☒ Effect an arrest or detention  ☐ Prevent escape
    ☒ Overcome resistance  ☐ Stop vehicle  ☐ Vessel failure to heave to
    ☐ Animal euthanization  ☐ Other

**Was GARZA JR, JORGE injured?**

CHC v. Noem CBP 000648

E-STAR incident ID: LES #25645

○ Yes ⊗ No

## SUBJECTS: 1

**Name:** MASS GROUP
  **Estimated number of individuals in the group:** 200
  **Group description (Composition, attire, etc.):** Approximately 200 or more individuals wearing civilian clothes / costumes. Individuals were carrying flags and signs in protest of ICE Activities in Chicago.
  **Was any member of this group wearing body armor?** ○ Yes  ○ No  ⊗ Unknown
  **Group activity:**
  ☐ Illegal entry
  ☒ Uncooperative during encounter/inspection
  ☐ Failure to yield/heave to
  ☐ Checkpoint runner
  ☐ Port runner
  ☐ Alien smuggling
  ☐ Narcotics smuggling
  ☐ Scouting
  ☐ Assault (rocks/other projectiles)
  ☐ Assault (all other types)
  ☒ Rioting/civil disturbance
  ☐ Mass coordinated entry
  ☐ No suspected illegal activity
  ☐ Other

  **Group's current location and disposition if known:** The group was still at the ICE ERO Facility when agents left.

  **Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes  ○ No
    **Was any member of this group outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| GARZA JR, JORGE | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/12/2025 19:00 | **Subject:** MASS GROUP<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes  ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes  ⊗ No

## WITNESSES: 0

Confidential - Subject to Protective Order

CHC v. Noem CBP 000649

E-STAR incident ID: [ LES ] #25645

## NARRATIVE

**Shared incident narrative**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

In support of "Operation Midway Blitz", the Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase "at large" arrests of illegal aliens, including individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across the U.S., operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

**Current certification status:** Certified

**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| PII; LES | GARZA JR, JORGE | 09/29/2025 08:06 |
| PII; LES | GARZA JR, JORGE | 09/29/2025 08:07 |

**Narrative of GARZA JR, JORGE**
Use of Force Report – Operation Midway Blitz
Officer: SRTO Jorge Garza Jr
Date: September 12, 2025
Location: 1930 Beach St., Broadview, IL 60155

On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

As part of Operation Midway Blitz, U.S. Customs and Border Protection (CBP) deployed members of the Office of Field Operations (OFO) Special Response Team (SRT) to assist in maintaining security and public safety during civil unrest at the U.S. Immigration and Customs Enforcement (ICE) facility in Chicago, Illinois.

At approximately 18:50 hours, SRTO Garza, along with other OFO SRT Operators and ICE SRT members, were stationed inside

E-STAR incident ID **LES** #25645

the sally port of the ICE facility's building. We were advised that law enforcement personnel were going to attempt to go in and out of the facility in marked vehicles, but were obstructed by a crowd of individuals who were blocking the driveway. Many of the subjects were wearing masks, gloves, helmets, and carrying improvised shields made of wood and other materials.

As SRT Operators moved forward to verbally instruct the crowd to clear the vehicle path for safety reasons, the crowd responded with verbal hostility and refused to comply. SRTO Garza heard one of the officers state to use the pepper ball lunching system to disperse the crowd away from the driveway to clear the vehicle path for safety reasons. SRTO Garza then deployed pepper ball projectile munition with the pepper ball launching system via area of saturation in the direction of the driveway to disperse the crowd away from the driveway to clear the vehicle path into the sally port. No kinetic impact was observed from the deployment.

Once the driveway was cleared and all vehicles were able to safely exit and enter the facility, all OFO SRT and ICE SRT personnel then returned to the secure sally port area.

SRTO Garza had the body worn camera on but was not able to activate during the incident.

Following the incident, SRTO Garza was not aware of the reporting procedures due to the less lethal use of force being via area of saturation.

SRTO Garza deeply apologizes for not reporting this incident sooner to a Special Operations Supervisor and takes full responsibility for his actions.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | CHEVALIER, JOSEPH H. | 09/30/2025 06:35 | |
| Approved | ORNELAS, ERAZMO V. | 09/30/2025 06:46 | |

CHC v. Noem CBP 000651