E-STAR incident ID: **LES** #25680



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25680
**Title:** Operation Midway Blitz: Chicago - OC Deployment Glenview, IL
**Incident date/time:** 10/02/2025 07:58
**Type:** ☐ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** ARCE, JESSE A.
**Reviewer:** ARCE, JESSE A
**Creation date/time:** 10/02/2025 17:00
**Last updated date/time:** 10/05/2025 17:16
**Date reviewed:** 10/05/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
   **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
   **Address:**
      **Street:** 2850 Patriot Blvd
      **City:** Glenview    **State:** ILLINOIS    **Zip:** 60026
**Incident coordinates:**
   **Latitude:** 42.10713
   **Longitude:** -87.82234
**Setting:** ○ Indoors ⊗ Outdoors
   **Outdoor setting:** ⊗ On land

CHC v. Noem CBP 000809

E-STAR incident ID: B-26-ELCELC-20251002-F-#25680

○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Home Depot parking lot 2850 Patriot Boulevard, Glenview, Illinois.
**Environmental factors:**
    **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    **Estimated temperature (Fahrenheit):** 69

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| FONSECA, JOSE I | Deputy Patrol Agent in Charge | Phone | 10/02/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** CLINTON, MARK A.
    **Gender:** Male    **Age:** 43    **Height:** 6'2"    **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/25/2009
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/02/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 16 years 4 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

    **Wearing body armor?** ⊗ Yes ○ No
    **Attire:** ○ Uniform ⊗ Plain clothes

    **Did CLINTON, MARK A. use reportable force?** ⊗ Yes ○ No
        **Force type:** Less-lethal Device
        **Device:** OC (Pepper Spray Hand Held Canister)
        **Device type:** Stream
        **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
        **Estimated distance:** 1 feet
        **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☐ Protect self | ☐ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

    **Was CLINTON, MARK A. injured?** ○ Yes ⊗ No

CHC v. Noem CBP 000810

E-STAR incident ID: B-26-ELCELC-20251002-F-#25680

## SUBJECTS: 1

**Name:** MENDOZA-RODRIGUEZ, JORGE
**Gender:** Male   **Date of birth:** PII   **Height:** 5'6" - 5'11"   **Weight:** 200 lbs or over
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was apprehended for being illegally present in the United States. He was taken to the ICE ERO facility at 1930 Beach Street.

**Was reportable force used on this subject?** ⊗ Yes  ○ No
  **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| CLINTON, MARK A. | OC (Pepper Spray Hand Held Canister) - Stream | **Subject:** MENDOZA-RODRIGUEZ, JORGE<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes  ⊗ No





CHC v. Noem CBP 000811

E-STAR incident ID: B-26-ELCELC-20251002-F-#25680

## WITNESSES: 0

## NARRATIVE

### Narrative of CLINTON, MARK A.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 02, 2025, I, Supervisory Border Patrol Agent-Intelligence (SBPA-I) Mark Clinton was conducting immigration enforcement operations in the city of Glenview, IL in support of Operation Midway Blitz. Glenview has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation to enter or remain in the United States.

I have been employed as a Border Patrol Agent for over 16 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted hundreds of smuggling events, arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their destination was Chicago, Il or surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my agency issued ballistic body armor with badge, insignia, and clear police markings on front and back. I was readily identifiable as a Federal Agent by any reasonable person. Agents Christopher Escobedo, Omar Ismail, and Jaime Duenas were also working with me in unmarked vehicles and in plain clothes with their badge and credentials ready to display during any enforcement action.

At approximately 7:45 AM, Agent Duenas notified our team that [LEP]

**LEP**

Agent Duenas notified my team of his observations, and I travelled to his location to assist with the investigation. The vehicle was parked in a public parking lot near Patriot Blvd and Willow Road in Glenview, IL. Upon arrival, my team and I made contact with MENDOZA and his passenger, as they were loading drywall into a nearby van [PII] Agent Duenas identified himself as a United States Border Patrol Agent and called MENDOZA by name. Before Agent Duenas could question MENDOZA, he and his passenger absconded on foot. MENDOZA's passenger was later identified as Enrique Leonardo ALVARDO-Mocha [PII] a citizen of Ecuador. Based on my training and experience, this unprovoked flight from law enforcement led

Confidential - Subject to Protective Order — CHC v. Noem CBP 000812

E-STAR incident ID: B-26-ELCELC-20251002-F-#25680

me to believe that the men were involved in an active crime or were present in the United States unlawfully.

Agent Duenas gave chase while commanding both subjects to stop. Agent Duenas quickly caught up to ALVARADO and detained him. Agent Duenas questioned ALVARADO regarding his citizenship, and he readily admitted to being a citizen of Ecuador with no documents allowing him to enter or remain in the United States. Agent Duenas placed ALVARADO under arrest for violation of Title 8 of the United States Code.

Agents Escobedo and Ismail continued the foot pursuit with MENDOZA while I entered my vehicle to assist. As I drove towards their last known location, I observed that Agents Escobedo and Ismail had caught up to MENDOZA a few hundred yards away on a grassy knoll. The Agents were on the ground, struggling to detain MENDOZA, who is approximately 5 feet 8 inches tall and weighs approximately 300 pounds. While Agents attempted to detain the 300-pound man, MENDOZA continuously ignored lawful orders to surrender his hands. Agents Escobedo and Ismail were using brute strength in repeated attempts to gain control of MENDOZA's arms.

I exited my vehicle and ran up to assist. After several unsuccessful attempts to gain control of MENDOZA's hands, and repeated commands to surrender were ignored, I deployed two, two-second bursts of OC spray to MENDOZA's face. The OC deployments were approximately 30 seconds apart. After I deployed the first burst of OC spray, MENDOZA used his shirt to wipe the spray off his eyes, while continually refusing to surrender his arms. The second burst of OC spray incapacitated MENDOZA, and we were able to detain MENDOZA with handcuffs. Once detained, MENDOZA admitted to being a citizen of Mexico, unlawfully present in the United States.

At approximately 8:00 AM, I officially placed MENDOZA under arrest for violation of Title 8 of the United States Code. Agents conducted decontamination procedures and observed MENDOZA for 45 minutes after the OC deployment. No adverse reactions or injuries were observed or reported. MENDOZA did not request any further medical treatment. I advised Deputy Patrol Agent In Charge Jose Fonseca of the OC deployment via at 08:10 AM.

Once MENDOZA was in custody, I conducted record checks in DHS databases using MENDOZA's name and date of birth. DHS databases confirmed that MENDOZA has no documents allowing him to enter or remain in the United States. An I-200 was issued and executed. MENDOZA was transported to the ICE/ERO processing facility in Broadview, Illinois for processing and removal. The I-200 was provided to ICE/ERO. The arrest was captured on my body worn camera, serial number **LES** evidence number **LES**.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action    | By              | Date             | Comments |
|-----------|-----------------|------------------|----------|
| Submitted | CLINTON, MARK A.| 10/03/2025 14:59 |          |
| Approved  | ARCE, JESSE A.  | 10/05/2025 17:16 |          |

CHC v. Noem CBP 000813