E-STAR incident ID: **LES** #25681



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25681
**Title:** Operation Midway Blitz: Chicago - Vehicle Assault
**Incident date/time:** 10/02/2025 14:00
**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / Tucson Sector
**Created by:** FICK, SHANNON M.          **Creation date/time:** 10/03/2025 10:45
**Last updated by:** HORNER, JOHN E.      **Last updated date/time:** 10/11/2025 11:08
**Reviewer:** HORNER, JOHN E              **Date reviewed:** 10/11/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes  ⊗ No

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |
| Other involved organizations: | |
| Other federal agency | HSI |

**Were other CBP components/external agencies involved?** ⊗ Yes  ○ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** South Kedzie Avenue / 56th Street
    **City:** Chicago   **State:** ILLINOIS   **Zip:** 60629
**Incident coordinates:**
  **Latitude:** 41.79174
  **Longitude:** -87.70349
**Setting:** ○ Indoors  ⊗ Outdoors
  **Outdoor setting:**

CHC v. Noem CBP 000814

E-STAR incident ID: B-26-TCATCA-20251002-A-#25681

⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Intersection of South Kedzie Avenue & 56th Street
**Environmental factors:**
  Weather: ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  Illumination: ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  Estimated temperature (Fahrenheit): 82

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| TORRES, RAYMOND F | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/02/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 3

**Name:** VALENTIN, JAVIER A.
  **Gender:** Male  **Age:** 43  **Height:** 5'9"  **Weight:** 210 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 02/27/2006
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 19 years 7 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

  **Wearing body armor?** ⊗ Yes  ○ No
  **Attire:** ⊗ Uniform  ○ Plain clothes

  **Was VALENTIN, JAVIER A. assaulted?** ⊗ Yes  ○ No

  **Was VALENTIN, JAVIER A. injured?** ○ Yes  ⊗ No

**Name:** HARDIN JR, WILLIAM A.
  **Gender:** Male  **Age:** 35  **Height:** 6'0"  **Weight:** 185 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 01/08/2024
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 1 years 10 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |

CHC v. Noem CBP 000815

E-STAR incident ID: B-26-TCATCA-20251002-A-#25681

| | | | | |
|---|---|---|---|---|
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was HARDIN JR, WILLIAM A. assaulted?** ⊗ Yes  ○ No

**Was HARDIN JR, WILLIAM A. injured?** ○ Yes  ⊗ No

**Name:** BERLIN, PADRAIC DANIEL
**Gender:** Male  **Age:** 34  **Height:** 6'0"  **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/11/2013
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/15/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
  **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 12 years 6 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ☒ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was BERLIN, PADRAIC DANIEL assaulted?** ⊗ Yes  ○ No

**Was BERLIN, PADRAIC DANIEL injured?** ○ Yes  ⊗ No

## SUBJECTS: 1

**Name:** GONZALEZ, JOEL ELISEO
  **Gender:** Male  **Date of birth:** PII  **Height:** 5'11"  **Weight:** 260 pounds
  **Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
  **Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
  **Immigration status:** U.S. Citizen
  **Country of citizenship:** United States of America
  **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  ○ Yes  ⊗ No
  **Subject's activity:**
    ❏ Illegal entry
    ❏ Uncooperative during encounter/inspection
    ❏ Failure to yield/heave to
    ❏ Checkpoint runner
    ❏ Port runner
    ❏ Alien smuggling
    ❏ Narcotics smuggling
    ❏ Scouting
    ❏ Assault (rocks/other projectiles)
    ☒ Assault (all other types)



CHC v. Noem CBP 000816

E-STAR incident ID: B-26-TCATCA-20251002-A-#25681

- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was arrested for 18 USC 111.

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

**Weapon(s)/type of assault:**
  **Assault method:** Vehicle

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No

**Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency

**Was an administrative action initiated for this subject by CBP?** ○ Yes  ⊗ No

**Was prosecution sought against this subject?** ⊗ Yes  ○ No

**Prosecution By:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## VEHICLE INFORMATION

### SUBJECT VEHICLE - 1

How many individuals were in this subject vehicle? 1
Vehicle make: Chevrolet
Vehicle model: Suburban
Vehicle year: 1997
Vehicle type: Automobile
Total damage to the vehicle (not including tire damage): Minimal/cosmetic
Final disposition of the vehicle: Seized by CBP

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | GONZALEZ, JOEL ELISEO | Driver |

### ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| GONZALEZ, JOEL ELISEO | Vehicle | VALENTIN, JAVIER A. | ⊗ Yes ○ No | Not injured in this incident |
| | | HARDIN JR, WILLIAM A. | ⊗ Yes ○ No | Not injured in this incident |
| | | BERLIN, PADRAIC DANIEL | ⊗ Yes ○ No | Not injured in this incident |

### BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes  ⊗ No

CHC v. Noem CBP 000817

E-STAR incident ID: **LES** #25681

## WITNESSES: 0

## NARRATIVE

### Narrative of BERLIN, PADRAIC DANIEL

On October 2, 2025, I Border Patrol Agent (BPA) Padraic Berlin was assigned to the Detroit Sector Special Operations Detachment, Border Patrol Tactical Unit (DTM SOD BORTAC). During this timeframe I was deployed to Chicago Illinois for Operation Midway Blitz. Our mission was to support Border Patrol Immigration Enforcement Operations around the Midway Airport area. We supported the BPAs as part of a Quick Reaction Force (QRF). **LEP**

**LEP**

Our QRF was comprised of both BORTAC and Border Patrol Search Trauma and Rescue (BORSTAR) Operators. My assigned QRF vehicle was government vehicle **LEP** Our vehicle consisted of BPA Javier Valentin as driver, BPA William Hardin Jr. as front passenger, and me on the rear driver's side. Since the beginning of Operation Midway Blitz, we have seen an exponential increase in assaults against agents. This includes subjects utilizing their vehicles as weapons by intentionally ramming agents' vehicles. Subjects are conducting this behavior to disable, disrupt, and harm agents during their official duties. In just the few days prior to October 2, 2025, there were multiple instances of this exact behavior. One government vehicle was even deemed a total loss after a subject rammed their vehicle into agents conducting enforcement operations.

After a few successful apprehensions of illegal aliens an additional QRF vehicle notified us via service radio that a Red Chevrolet Suburban bearing Illinois license plates **PII** was "trying to run us off the road". These vehicles were behind us as the notification was issued. I turned around and observed the subject vehicle driving erratically behind our partner QRF vehicle. Subject vehicle was revving his engine, driving in extremely close proximity, honking his horn, and attempting to overtake the vehicle at a high rate of speed, driving along side and maneuvering closer to the QRF vehicle. We advised our partner QRF vehicle to let the subject vehicle pass them so we would be able to place the subject vehicle between our two QRF vehicles. Ahead of us driving on the road was an unmarked Black Ford Expedition. This Expedition was comprised of Strike Team BPA's along with numerous illegal alien detainees. The subject vehicle then began to drive in the same manner as described above around our QRF vehicle. The subject vehicle then attempted to overtake our QRF vehicle at an extreme rate of speed. We matched his speed to not allow him to overtake us. The subject vehicle attempted this yet again, aggressively swearing into oncoming traffic and nearly colliding head on with civilians' vehicles in the road. The subject vehicle appeared to be heading towards our Expedition. Given the totality of the circumstances up to this point, the subject vehicles intentions were to utilize his vehicle as a weapon to disable, disrupt, and harm agents and illegal alien detainees in our custody. As the subject vehicle continued to recklessly drive attempting to overtake our vehicle we came to a quick stop due to traffic ahead. At approximately 1530 hours, the subject vehicle struck the rear of our QRF vehicle. Subject vehicle quickly reversed, turned his wheels, mounted the curb, drove on a city sidewalk, and accelerated at a high rate of speed to evade law enforcement. BPA Hardin had exited the passenger side of our vehicle as the subject vehicle drove by at a high rate of speed within mere feet of BPA Hardin. Subject vehicle continued to drive away from the scene and successfully evaded apprehension. After a brief investigation the subject vehicle was located nearby. Surveillance was conducted on numerous associated addresses and the vehicle. At approximately 1630 hours, BPAs from the Strike Team Identified a subject exiting the associated address matching the description of the subject driving the Red Suburban. Height, weight, build, facial hair, and even clothing all matched the subject. BPAs approached the subject and placed him under arrest without further incident.

The subject was later identified as GONZALEZ, Joel Eliseo **PII** a United States Citizen. He was transported to Homeland Security Investigations (HSI), located at 7 **LEP** for further processing.

No injuries were sustained by the BPA's involved in this incident.

CHC v. Noem CBP 000818

E-STAR incident ID: **LES** #25681

At the time of this incident my issued body worn camera was on but not activated. Since I was in the back seat of the vehicle and not on foot conducting operations, I did not activate my camera.

ESTAR# **LES** #25681

### Narrative of HARDIN JR, WILLIAM A.

On October 2, 2025, I, Border Patrol Agent (BPA) William Hardin, as a member of Tucson Sector (TCA) Border Patrol Search Trauma and Rescue (BORSTAR), along with other TCA and Detroit Sector (DTM) Special Operations Detachment (SOD) entities, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in my issued Border Patrol Special Operations Multicam uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards. On this date I was working day shift assigned as a Quick Reaction Force (QRF) element in the event to assist Strike Teams (ST) in the Chicago, Illinois area. My assigned QRF vehicle was a government vehicle **LEP**. Our vehicle consisted of BPA Javier Valentin as driver, BPA Padraic Berlin as rear passenger, and myself in the front passenger seat. Since the beginning of Operation Midway Blitz, we have seen an exponential increase in assaults against agents. This includes subjects utilizing their vehicles as weapons by intentionally striking agents' vehicles. This behavior is utilized to disable, disrupt, threaten, and harm agents conducting their official duties.

STs were conducting operations in the area of Midway Airport and had made several apprehensions by 3:00pm. At this time, a QRF vehicle behind us notified us via service radio that a Red Chevrolet Suburban bearing Illinois license plates **PII** was "trying to run us off the road." In our QRF vehicle, we observed the subject vehicle driving erratically behind our partner QRF vehicle. Subject vehicle was revving his engine, driving in extremely close proximity, honking his horn, and attempting to overtake the vehicle at a high rate of speed, driving along side and maneuvering closer to the QRF vehicle.

We advised the QRF vehicle behind us to let the subject vehicle pass them so we would be able to place the subject vehicle between our two QRF vehicles. Ahead of us driving on the road was an unmarked Black Ford Expedition. This Expedition was comprised of ST BPA's along with several illegal alien detainees. The subject vehicle then began to drive in the same manner as described above around our QRF vehicle. The subject vehicle then attempted to overtake our QRF vehicle at an extreme rate of speed. We matched his speed to not allow him to overtake us. The subject vehicle attempted this yet again, aggressively swearing into oncoming traffic and nearly colliding head on with civilians' vehicles in the road. The subject vehicle appeared to be heading towards our Expedition. Given the totality of the circumstances up to this point, the subject vehicle's intentions were to utilize his vehicle as a weapon to disable, disrupt, threaten and harm agents and illegal alien detainees in our custody.

As the subject vehicle continued to recklessly drive attempting to overtake our vehicle we came to a quick stop due to traffic ahead. At approximately 3:30pm, the subject vehicle struck the rear of our QRF vehicle. Subject vehicle quickly reversed, turned his wheels, mounted the curb, drove on a city sidewalk, and accelerated at a high rate of speed to evade law enforcement. As this was happening, I exited the passenger side of our vehicle as the subject vehicle drove by at a high rate of speed within mere feet of my location. Subject vehicle continued to drive away from the scene and successfully evaded apprehension.

After a brief investigation the subject vehicle was located nearby. Surveillance was conducted on two associated addresses and the vehicle. At approximately 4:30pm, BPAs from the ST identified a subject exiting the associated address matching the description of the subject driving the red Suburban. Height, weight, build, facial hair, and even clothing all matched the subject. BPAs approached the subject and placed him under arrest without further incident.

### Narrative of VALENTIN, JAVIER A.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 2, 2025, I Border Patrol Agent (BPA) Javier Valentin was assigned to the Tucson Sector Special Operations Detachment, Border Patrol Search Trauma and Rescue Team (BORSTAR). During this time, I was deployed to Chicago, Illinois



CHC v. Noem CBP 000819

E-STAR incident ID: **LES** #25681

in support of Operation Midway Blitz. On October 2, 2025, I was assigned as a Quick Reaction Force (QRF), in the south side of Chicago, Illinois in support of the BPA's that were conducting immigration enforcement. On that day I was driving my assigned government service vehicle **LEP** On my vehicle I had two other agents with me BPA Berlin and BPA Hardin. I was wearing my multicam rough duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) standards.

Since the beginning of Operation Midway Blitz there has been an increase in assaults on federal agents, especially while we are out on the streets driving and conducting immigration enforcement operations. Protesters are using their vehicles as a weapon to ram into agent's vehicles and to attempt to run agents off the road. Protesters will drive into incoming traffic or to the side of our vehicles to attempt to hit or pass our vehicles and then block the roadway. When they block the roadway, it obstructs our ability to leave. A couple days prior, while we were out conducting QRF duties, it was put out via radio that a vehicle was driving erratic and attempting to run our vehicles off the road. Then October 1, 2025, there were two separate incidents involving erratic drivers targeting federal agents. One of which resulted in the federal agent's vehicle being struck by an erratic driver while agents were conducting immigration enforcement operations which cause the vehicle to be completely totaled.

On this day, at approximately 1400 hrs., we were driving northbound on Kedzie AVE. Kedzie Ave is ais a two-lane public street, with a very narrow shoulder and no emergency lane. I received a radio transmission via my service radio that a QRF vehicle I was traveling with had observed a red SUV driving erratically. The red SUV was was trying to pass one of the other QRF vehicles, by driving into oncoming traffic and attempting to pass on the very narrow shoulder of the road. The red SUV was honking his horn at them and swerving at the QRF vehicles in an attempt to run them off the road. Shortly thereafter the subject driving the red SUV was able to pass the QRF vehicle and got behind my truck doing the same thing. The subject was driving extremely close to the back of my truck, honking his horn and trying to pass my truck. The subject was driving into the incoming traffic lane and was attempting to run my vehicle off the road. The subject was also trying to do the same on the right side of my truck by driving on the narrow shoulder of the road. The vehicle the QRF was escorting had multiple passengers, which consisted of several BPAs and Illegal Aliens that had been apprehended during their enforcement operations. I was attempting to keep the red SUV from gaining access to the vehicle containing the agents and illegal aliens. Due to the normal flow of traffic, vehicles began to slow down and were coming to a stop. I slowed down and stopped, leaving room between my truck and the vehicle that had the agents and illegal aliens in it. The red SUV rammed into the back of my truck. I put my vehicle in park as Agent Hardin and Agent Berlin began to exit the vehicle to see if anyone needed assistance. Before contact could be made with the driver of the red SUV, the driver put his vehicle in reverse and backed away from my vehicle. The SUV then accelerated very quickly and drove up onto the sidewalk. It nearly hit BPA Hardin. The read SUV then drove down the sidewalk without any regard for the safety of pedestrians. It accelerated at a high rate of speed and drove down the street away from our position. I attempted to follow him, but I was unable to observe which road the subject took or which direction they went in. During the incident none of the agents inside the vehicle were injured. My body camera was on but not recording during the incident since I was the one driving.

One of the QRF vehicles was able to obtain a cell phone video of the red SUV while he was driving erratic and a description of the driver. The driver was wearing a light green t-shirt. From the video, they were able to obtain the license plate of the SUV **PII** and a description of the driver of the SUV. Record checks revealed two different addresses associated with the license plate on the SUV. Both addresses were checked by federal agents and agents were able to positively identify the red SUV at one of the addresses provided. Agents set up surveillance at the house and on the vehicle. A few hours later the subject came out of the house wearing the same light green t-shirt. The agents were able to positively identify the driver, and he was apprehended by agents. The subject was transported to the HSI facility located at **LEP** for 18 USC 111.

## FILE ATTACHMENTS

**File names:**
    Damage to Suspect Vehicle.jpg
    Damage to Agent Vehicle.jpg
To view these documents refer to the on-line version of this incident report or contact LESC staff.

CHC v. Noem CBP 000820

E-STAR incident ID **LES** #25681

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/11/2025 08:36 | |
| Approved | HORNER, JOHN E. | 10/11/2025 11:08 | |

CHC v. Noem CBP 000821