E-STAR incident ID: **LES** #25726



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25726
**Title:** Operation Midway Blitz: Chicago- Agent Drug by Vehicle in Summit
**Incident date/time:** 10/09/2025 11:35
**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
  ☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Paso Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** HORNER, JOHN E.
**Reviewer:** HORNER, JOHN E
**Creation date/time:** 10/10/2025 10:33
**Last updated date/time:** 10/12/2025 16:58
**Date reviewed:** 10/12/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** 7320 W 62nd Place
    **City:** Summit Argo  **State:** ILLINOIS  **Zip:** 60501
**Incident coordinates:**
  **Latitude:** 41.78110
  **Longitude:** -87.80470
**Setting:** ○ Indoors  ⊗ Outdoors
  **Outdoor setting:** ⊗ On land

CHC v. Noem CBP 000930

E-STAR incident ID: **LES** #25726

○ In water (standing or swimming)   ○ On water (in vessel)   ○ In the air
**Description of the premises/location:** In the roadway on West 62nd Place near 7320 W. 62nd Place in Summit Argo
**Environmental factors:**
  Weather: ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  Illumination: ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):** 60

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| TORRES, RAYMOND F | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/09/2025 |

**Other authorities notified (external to CBP):** ☐ Federal   ☐ Tribal   ☐ State   ☐ Local   ☐ Foreign

## EMPLOYEES: 1

**Name:** LARSEN, RYAN G.
  **Gender:** Male   **Age:** 34   **Height:** 6'1"   **Weight:** 190 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 03/13/2022
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/06/2025
  **Duty status at the time of the incident:** ⊗ On duty   ○ Off duty
    **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

  Armed law enforcement experience:
    **Total law enforcement experience at the time of the incident:** 3 years 7 months
    **CBP training previously received (not including basic academy training):**

|   |   |   |   |   |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☒ PITP | ☐ SRT | ☐ TATP | ☒ Other |

    **List of other training:** Public Safety Diver

**Wearing body armor?** ⊗ Yes   ○ No
**Attire:** ○ Uniform   ⊗ Plain clothes

**Was LARSEN, RYAN G. assaulted?** ⊗ Yes   ○ No

**Was LARSEN, RYAN G. injured?** ⊗ Yes   ○ No
Injury information:
  **Injury type:** Superficial injuries (no treatment expected)
  **Injury Comment:** Minor road rash on left elbow. Soreness in right butt cheek.
  **Refused medical attention?** ⊗ Yes   ○ No
  **Received treatment?** ○ Yes   ⊗ No
  **Was a form CA-1 filed?** ○ Yes   ⊗ No
  **Region(s) of the body injured:**
    ☐ Front head                     ☐ Rear head
    ☐ Side head                      ☐ Face
    ☐ Neck/throat                    ☐ Front upper torso/chest
    ☐ Rear upper torso/back          ☐ Front lower torso/abdomen
    ☐ Rear lower torso/back          ☐ Front below waist/groin area

CHC v. Noem CBP 000931

E-STAR incident ID: **LES** 25726

☒ Rear below waist/buttocks      ☒ Arms/hands
☐ Front legs/feet      ☐ Rear legs

## SUBJECTS: 1

**Name:** UNKNOWN-1
**Gender:** Male    **Age:** 18-25 years old    **Height:** 5'6" - 5'11"    **Weight:** 150 - 199 lbs
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**
     ☐ Illegal entry
     ☒ Uncooperative during encounter/inspection
     ☐ Failure to yield/heave to
     ☐ Checkpoint runner
     ☐ Port runner
     ☐ Alien smuggling
     ☐ Narcotics smuggling
     ☐ Scouting
     ☐ Assault (rocks/other projectiles)
     ☒ Assault (all other types)
     ☐ Rioting/civil disturbance
     ☐ Mass coordinated entry
     ☐ No suspected illegal activity
     ☐ Other

**Subject's current location and disposition if known:** Individual fled the scene and has not been identified at this time.

**Did this subject assault a CBP employee?** ⊗ Yes ○ No
     **Was the subject outside the US or its territories when committing the assault?** ○ Yes ⊗ No
     **Weapon(s)/type of assault:**
         **Assault method:** Vehicle

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

     **How many individuals were in this subject vehicle?** 1
     **Vehicle make:** Lexus
     **Vehicle model:** unknown
     **Vehicle year:** 2000
     **Vehicle type:** Automobile
     **Total damage to the vehicle (not including tire damage):** None
     **Final disposition of the vehicle:** Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|

CHC v. Noem CBP 000932

E-STAR incident ID **LES** #25726

| Yes | UNKNOWN-1 | Driver |
|---|---|---|

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| UNKNOWN-1 | Vehicle | LARSEN, RYAN G. | ⊗ Yes ○ No | ⊗ Yes ○ No |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of LARSEN, RYAN G.**

On October 9th, 2025 I, Border Patrol Agent Ryan Larsen, as part of Border Patrol Search Trauma and Rescue team (BORSTAR), El Paso Sector was patrolling the the area of Summit, IL with my partner as part of Operation Midway Blitz. We were acting as medical support in a black expedition and wearing plain clothes with our badges visible.

At approximately 11:22 a.m., we received word that an agent was pursuing a subject on foot and that he was being tailed by an impeder/agitator near 7320 W. 61st Street. I notified the agent that we were on our way to his location. While enroute we were notified that there were several vehicles were now attempting to impede the agent. We then communicated that we would try to apprehend the individuals who were following, honking, and blocking the way of agents and prosecute them for 18 USC 111.

At approximately 11:35 a.m., we arrived at 7320 W 61st St. There were several other agent's vehicles ahead of us that were attempting to prevent the impeding vehicles from leaving by blocking their movement. We parked behind the group of agitators and Border Patrol vehicles . I exited my vehicle after several other uniformed agents had already exited their vehicles. I approached a Hispanic male who appeared to be approximately in his early 20s. He was acting in an excited and erratic manor. He was waving, screaming, and yelling profanities at the agents. I ordered him to stop where he was. He turned and ran towards his vehicle, a black car, later identified as a Lexus through bodycam footage. I pursued him. He entered his vehicle but before he could close the door I reached into the vehicle and grabbed him. I again ordered him to stop. The vehicle was on and he shifted it into drive. He started to press on the gas. I ordered him to stop again. He ignored my commands and continued to accelerate. The vehicle began moving forward while dragging me with it. I attempted to access my M4 rifle, but I couldn't bring it on target as there wasn't enough room between me and the individual's body. I then attempted to push myself away from the vehicle. I managed to free myself from the vehicle and clear the rear tire. I rolled along the roadway several times. After I stopped rolling, I saw the vehicle speeding away from the scene at a high rate of speed. He was traveling in an eastern direction.

While I was being dragged, my rifle mounted flashlight broke off of my M4 rifle and my tourniquet pouch and OC got ripped off my belt. There was a small drag mark on my shoe. I sustained a small road rash on my left elbow.

I was not wearing a body camera due to being in plain clothes. There were other agents with body cameras in the area and there were many civilians in the area taking videos of the incident with their phones.

## FILE ATTACHMENTS

CHC v. Noem CBP 000933

E-STAR incident ID **LES** #25726

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/12/2025 09:34 | |
| Rejected | HORNER, JOHN E. | 10/12/2025 15:06 | **LES** |
| Submitted | FICK, SHANNON M. | 10/12/2025 16:42 | |
| Approved | HORNER, JOHN E. | 10/12/2025 16:58 | |

Confidential - Subject to Protective Order　　　CHC v. Noem CBP 000934