E-STAR incident ID: LES #25732



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25732
**Title:** Operation Midway Blitz: Chicago - Assault: Item Thrown At Vehicle on Lincoln Ave
**Incident date/time:** 10/10/2025 08:40
**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge

**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** INGLET, RAY L.
**Reviewer:** HUGHBANKS, DANIEL L
**Creation date/time:** 10/10/2025 15:57
**Last updated date/time:** 10/16/2025 16:47
**Date reviewed:** 10/16/2025

### RELATED SYSTEMS: 3

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 5441 N Lincoln Ave
        **City:** Chicago  **State:** ILLINOIS  **Zip:** 60625
**Incident coordinates:**
    **Latitude:** 41.98074
    **Longitude:** -87.69274

CHC v. Noem CBP 000935

E-STAR incident ID **LES** #25732

**Setting:** ○ Indoors  ⊗ Outdoors
    **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** In the roadway near 5441 N Lincoln Ave, Chicago, IL 60625
**Environmental factors:**
    **Weather:** ☒ Dry ❏ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other
    **Illumination:** ☒ Daylight ❏ Dark ❏ Dawn ❏ Dusk ❏ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other
    **Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| TORRES, RAYMOND F | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/10/2025 |
| SANCHEZ, VICTOR A | Supervisory Border Patrol Agent | Phone | 10/10/2025 |

**Other authorities notified (external to CBP):** ❏ Federal  ❏ Tribal  ❏ State  ❏ Local  ❏ Foreign

## EMPLOYEES: 4

**Name:** RIVAS HAU, SAUL E.
    **Gender:** Male  **Age:** 24  **Height:** 5'9"  **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 07/16/2023
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 2 years 3 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

    **Wearing body armor?** ⊗ Yes  ○ No
    **Attire:** ⊗ Uniform  ○ Plain clothes

    **Was RIVAS HAU, SAUL E. assaulted?** ⊗ Yes  ○ No

    **Was RIVAS HAU, SAUL E. injured?** ○ Yes  ⊗ No

**Name:** PARKER, JAMES P.
    **Gender:** Male  **Age:** 24  **Height:** 5'11"  **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 09/18/2023
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 2 years 0 months
        **CBP training previously received (not including basic academy training):**

CHC v. Noem CBP 000936

E-STAR incident ID: **LES** #25732

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ◯ No
**Attire:** ⊗ Uniform ◯ Plain clothes

**Was PARKER, JAMES P. assaulted?** ⊗ Yes ◯ No

**Was PARKER, JAMES P. injured?** ◯ Yes ⊗ No

**Name:** INGLET, RAY L.
 **Gender:** Male **Age:** 25 **Height:** 5'11" **Weight:** 200 pounds
 **CBP employee series or role:** Officer/Agent
 **Service EOD:** 10/16/2023
 **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
 **Duty (or detail/TDY) location EOD:** 10/05/2025
 **Duty status at the time of the incident:** ⊗ On duty ◯ Off duty
  **Activity:** Patrol Interior

 **Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 2 years 0 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

 **Wearing body armor?** ⊗ Yes ◯ No
 **Attire:** ⊗ Uniform ◯ Plain clothes

 **Was INGLET, RAY L. assaulted?** ⊗ Yes ◯ No

 **Was INGLET, RAY L. injured?** ◯ Yes ⊗ No

**Name:** CASTILLO, ADAN A.
 **Gender:** Male **Age:** 33 **Height:** 5'8" **Weight:** 200 pounds
 **CBP employee series or role:** Officer/Agent
 **Service EOD:** 09/18/2023
 **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
 **Duty (or detail/TDY) location EOD:** 10/08/2025
 **Duty status at the time of the incident:** ⊗ On duty ◯ Off duty
  **Activity:** Patrol Interior

 **Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 2 years 1 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

 **Wearing body armor?** ⊗ Yes ◯ No
 **Attire:** ⊗ Uniform ◯ Plain clothes

 **Was CASTILLO, ADAN A. assaulted?** ⊗ Yes ◯ No

 **Was CASTILLO, ADAN A. injured?** ◯ Yes ⊗ No

CHC v. Noem CBP 000937

E-STAR incident ID: LES #25732

## SUBJECTS: 4

**Name:** BROCKMAN, DEBORAH M.
**Gender:** Female **Date of birth:** PII **Height:** 5'6" - 5'11" **Weight:** 200 lbs or over
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**
- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☒ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Transported to ICE ERO Facility to be charged with 18 USC 111

**Did this subject assault a CBP employee?** ⊗ Yes ○ No
  **Was the subject outside the US or its territories when committing the assault?** ○ Yes ⊗ No

  **Weapon(s)/type of assault:**
    **Assault method:** Projectile (other than rock)
      **Projectile description:** Threw a metal coffee cup at agents windsheild

**Was this subject arrested / taken into custody?** ⊗ Yes ○ No
  **Arrested / taken into custody by:** ⊗ CBP ○ Other federal agency ○ State agency ○ Local agency
    **Was an administrative action initiated for this subject by CBP?** ○ Yes ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes ○ No
    **Prosecution By:** ○ CBP ⊗ Other federal agency ○ State agency ○ Local agency
**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** ESQUIVEL BLANCAS, MARIO
**Gender:** Male **Date of birth:** PII **Height:** 5'6" - 5'11" **Weight:** 150 - 199 lbs
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** Deportable
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**
- ☐ Illegal entry

CHC v. Noem CBP 000938

E-STAR incident ID **LES** #25732

- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☒ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject arrested by agents for immigration violations prior to the assault. He was in the vehicle when the assault occurred. Once the assailant was apprehended both individuals were transported to ICE ERO for further processing.

**Did this subject assault a CBP employee?** ○ Yes  ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

**Name:** UNKNOWN-1

**Gender:** Unknown  **Age:** Unknown  **Height:** Unknown  **Weight:** Unknown

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Agents were trying to get out of the area for officer safety. The individual was not arrested for assault at this time.

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Vehicle

CHC v. Noem CBP 000939

E-STAR incident ID: **LES** #25732

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

**Name:** VICENTE-JULIAN, MAURICIO
**Gender:** Male  **Date of birth:** PII  **Height:** Unknown  **Weight:** Unknown
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** Deportable
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☒ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject arrested by agents for immigration violations prior to the assault. He was in the vehicle when the assault occurred. Once the assailant was apprehended both individuals were transported to ICE ERO for further processing.

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

## VEHICLE INFORMATION

### SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** Chevrolet
**Vehicle model:** Blazer
**Vehicle year:** 2019
**Vehicle type:** Automobile
**Total damage to the vehicle (not including tire damage):** Moderate
**Final disposition of the vehicle:** Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-1 | Driver |

CHC v. Noem CBP 000940

E-STAR incident ID: **LES** #25732

## ASSAULTS: 8

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| BROCKMAN, DEBORAH M. | Projectile (other than rock) - Threw a metal coffee cup at agents windsheild | RIVAS HAU, SAUL E. | ⊗ Yes ◯ No | Not injured in this incident |
| | | PARKER, JAMES P. | ⊗ Yes ◯ No | Not injured in this incident |
| | | INGLET, RAY L. | ⊗ Yes ◯ No | Not injured in this incident |
| | | CASTILLO, ADAN A. | ⊗ Yes ◯ No | Not injured in this incident |
| UNKNOWN-1 | Vehicle | RIVAS HAU, SAUL E. | ⊗ Yes ◯ No | Not injured in this incident |
| | | PARKER, JAMES P. | ⊗ Yes ◯ No | Not injured in this incident |
| | | INGLET, RAY L. | ⊗ Yes ◯ No | Not injured in this incident |
| | | CASTILLO, ADAN A. | ⊗ Yes ◯ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ◯ Yes ⊗ No

Did this incident result in collateral injury to a bystander? ◯ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

### Narrative of CASTILLO, ADAN A.

On October 10, 2025, I, Border Patrol Agent (BPA) Adan CASTILLO, from El Paso Sector Deming NM. Station was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 1 year. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens.

I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent.



CHC v. Noem CBP 000941

E-STAR incident ID **LES** #25732

On October 10, 2025, I, Border Patrol Agent (BPA) Adan Castillo, was conducting consensual field interviews while operating an unmarked silver minivan in the Chicago, Illinois area near 5441 N. Lincoln Avenue. Accompanying me were BPAs J. Parker, J. Rivas, and R. Inglet.

At approximately 0830 hours I exited our government vehicle to conduct field Immigration interviews on two subjects that we believed may be present in the United States illegally. As we exited the vehicle, the two subjects began to flee. Border Patrol Agent Inglet and I began a foot pursuit. We caught up to one of the individuals. This individual was later identified as ESQUIVEL-BLANCAS, Mario **PII** (COC: Mexico).

When asked, the individual stated he lived and worked in the area but was unwilling to provide an address for either his home or work location. The individual stated he had no U.S. government-issued identification displaying his identity or home address and admitted he was present in the United States unlawfully.

ESQUIVEL-BLANCAS was placed in handcuffs and escorted to a government vehicle. I informed ESQUIVEL-BLANCAS that he was under arrest for violation of U.S. immigration law.

ESQUIVEL-BLANCAS was arrested in a public place without a warrant. I determined that ESQUIVEL-BLANCAS was likely to escape before a warrant could be obtained for his arrest based on his ability to evade from law enforcement during his time present in the United States, his illegal presence in the United States, and the facts outlined above.

In my experience as a BPA, aliens who have fled from law enforcement and fail to provide basic details about their home or work circumstances will seek to abscond rather than face apprehension and possible deportation.

**LEP**

BPA Inglet and I escorted ESQUIVEL-BLANCAS to the unmarked silver minivan to transport him to the ICE Enforcement Removal Operations (ERO) facility. As BPA Inglet and I made our way back to the unmarked silver minivan BPA Parker was standing by with the second individual that had fled later identified as MAURICIO-VICENTE, JULIAN **PII** We placed both subjects inside the unmarked silver minivan to transport them to the ICE-ERO facility for further processing and questioning. BPAs Rivas and I, Inglet and Parker got back inside the unmarked silver minivan to begin the transport of the two individuals.

As we began to leave the immediate area, a female, later identified as Deborah BROCKMAN **PII** stepped in front of our vehicle, blocking our path. BROCKMAN proceeded to throw a cup containing an unknown brown liquid substance at the windshield. The cup struck the vehicle and the brown liquid splashed across the windshield and hood. BPA Rivas immediately stopped the vehicle to avoid striking Brockman and to assess the situation.

BPAs Parker and Inglet exited the vehicle to detain BROCKMAN. BROCKMAN was resisting and not complying with their commands to place her hands behind her back. After a short struggle myself, and BPA Rivas, exited the vehicle to assist BPAs Parker and Inglet. BROCKMAN was placed in handcuffs and advised that she was under arrest for assault.

While still on scene and preparing to depart, a black Chevrolet Blazer intentionally positioned itself in front of our vehicle,

E-STAR incident ID: **LES** -#25732

attempting to prevent us from leaving. We also had incoming traffic on the other lane. The driver appeared to be attempting to interfere with our operations by impeding us from leaving the immediate area. I noticed a crowd (approx. 20-25+) individuals gathering around our vehicle and moving closer towards us (some approaching withing approx. 3 feet from us) while shouting slurs, and threatening statements (i.e. "hope you Die", "hope your family dies"). This became a safety concern due to the increasingly agitated crowd, which, based on my experience, have escalated to crowds becoming aggressive and violent towards agents in similar situations in Chicago and Los Angeles. As BPA Rivas was attempting to leave the area a crowd of individuals placed themselves behind our unmarked vehicle. The individuals maintained a confrontational stance, shouting towards the vehicle while recording with their cellphones. This prevented us from immediately withdrawing from the hostile area. The driver of the black Chevrolet Blazer appeared to be attempting to interfere with our operations. As BPA Rivas attempted to maneuver the minivan to a safe location. The black SUV then reversed and struck the right side of our vehicle, causing significant damage to the driver's side doors.

Due to the escalating and unsafe nature of the situation, BPA Rivas determined it was not safe to remain in the area. We departed to a secure location and immediately notified Team Leader Victor Sanchez at approximately 0840 hours regarding the incident.

No agents sustained injuries, and no medical treatment was required.

ESQUIVEL and VICENTE were in our vehicle at the time of both assaults. They were then transported to the ICE-ERO 1930 Beach St Broadview, IL: Office (BSSA) for initial processing.

Brockman was transported to the HSI facility located at **LEP** for prosecution. The driver of the black Chevrolet Blazer was not apprehended due to how dangerous and chaotic the scene had become.

I had my AXON 4 body worn camera activated during the arrest. Evidence Serial number **LES**

### Narrative of INGLET, RAY L.

On October 10, 2025, I, Border Patrol Agent (BPA) Ray Inglet (St. Mary Station, Havre Sector), accompanied by BPAs S. Rivas, J. Parker, and A. Castillo, was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. All agents involved were dressed in full rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date (On October 10, 2025) we were assigned to conduct consensual field interviews in the vicinity of 5441 N. Lincoln Avenue, Chicago, Illinois. We were working from an unmarked Government Rental Vehicle (Minivan) to blend in with the general public and covertly search for criminal activity. Once in the area, BPAs Parker, Castillo, and I, approached a group of individuals for a consensual encounter at approx. 0830hrs, which resulted in placing two subjects under arrest, without incident, for being present in the United States illegally. The two individuals were identified as Mauricio VICENTE-Julian and Mario ESQUIVEL-Blancas. We began preparing to leave the immediate area.

As we were driving away from the area (approx. 0837hrs), a heavy-set female with red/brown hair, wearing blue over blue (later identified as Deborah Brockman DOB **PII** ), stepped into the roadway in front of our vehicle and threw a cup containing a

CHC v. Noem CBP 000943

E-STAR incident ID **LES** #25732

brown substance, striking the vehicle in the windshield. The impact and lack of visibility caused us to make an abrupt stop to assess the situation. BPAs Parker, Castillo, and I exited the vehicle to detain BROCKMAN. BROCKMAN was resisting by not complying with agent's commands to give us her hands as

well as to lay still, forcibly pulling her arms away while agents were attempting to detain her. After a short struggle, BROCKMAN was successfully placed in handcuffs and advised that she was under arrest for assaulting federal agents. We attempted to move BROCKMAN to the vehicle. While attempting to move her to the vehicle, BROCKMAN was non-compliant to our commands to stand up, walk, or sit in the vehicle. After a short while BROCKMAN was successfully placed in the vehicle to be transported. No force was used.

At this time, I noticed a crowd (approx. 15-25+) gathering around our vehicle and further down the street, moving closer towards us (some approaching withing approx. 3 feet from us) while shouting slurs, giving gestures (e.g. finger guns) and threatening statements (e.g. "hope you rot in hell", "hope your family dies") towards us, while gathering into a large group.

Previous interactions in Chicago, during Operation Midway Blitz, and during Operation At Large in Los Angeles, large groups/crowds have been known to become violent towards federal agents and other law enforcement entities by physically grabbing, striking, and throwing projectiles towards them. Seeing this aggressive behavior from large crowds firsthand, I felt that the situation was about to become volatile and dangerous if we remained in the area. For the safety of our detainees, agents, and the public, it was determined that we needed to leave the immediate area as soon as possible.

While still on scene and preparing to depart, a black Chevrolet Blazer SUV intentionally positioned itself in front of our vehicle. The driver appeared to be attempting to interfere with our operations and was actively trying to prevent us from leaving the area. As we first attempted to leave the area, the SUV reversed to block our exit. BPA Rivas, knowing the risk of staying in the area with the growing agitated crowd, as well as vehicles behind us and incoming traffic in the other lane, identified an opportunity to drive around the rear of the vehicle. BPA Rivas then attempted to maneuver the minivan to a safe location via that opening. At this time, I was riding in the rear of the vehicle, trying to secure BROCKMAN and our other detainees, when I felt a sudden impact to the front middle of the van, near the driver's side door and heard metal on metal screeching. As I looked back at the SUV as we exited the area, I saw what appeared to be its white reverse lights activated.

Due to the escalating and unsafe nature of the situation, BPA Rivas determined it was not safe to remain in the area. We departed to a secure location and immediately notified Team Leader Victor Sanchez at approximately 0840hrs regarding the incident. Once in a safe location, we documented the damage to our vehicle as major denting and scraping from the rear of driver's side front panel to the rear driver's side panel. Damage to the other vehicle was unknown.

No agents or apprehended individuals sustained injuries, and no medical treatment was required. My body-worn camera as well as BPA A. Castillo's were able to be activated during the incident. Our serial numbers are: **LES** However, BPA S. Rivas and BPA J. Parker were unable to activate their body worn cameras due to the sudden nature of the assault and rapidly unfolding events.

Following the incident, Mauricio VICENTE-Julian and Mario ESQUIVEL-Blancas were transported to the ICE-ERO 1930 Beach St Broadview, IL: Office (BSSA) for initial processing, and BROCKMAN was transported to the HSI facility located at **LEP** **LEP** for prosecution. The driver of the black Chevrolet Blazer was not apprehended due to the escalating situation.

### Narrative of PARKER, JAMES P.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

CHC v. Noem CBP 000944

E-STAR incident ID: LES #25732

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 10, 2025, I, Border Patrol Agent (BPA) James Parker, from El Centro Sector, was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 2 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens.

I was operating in an unmarked Border Patrol service vehicle accompanied by BPAs A. Castillo, R. Inglet, and S. Rivas who was the driver in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent.

The location of today's operation was located near Chicago IL at 5441 N. Lincoln Ave. I arrived at approximately 0830 hours and approached a subject (later identified as MAURICIO, Vicente Julian DOB: PII COC: Mexico). I approached MAURICIO and identified myself as a United States Border Patrol Agent. MAURICIO was asked about his citizenship when he stated he was present illegally in the United States and was a citizen of Mexico. MAURICIO was placed in handcuffs and taken into custody for having no legal documents to remain in the United States legally. MAURICIO was placed in our unmarked service vehicle to be transported to the ICE ERO facility for further processing.

As BPA S. Rivas began to pull away from the curb, a female later identified as Deborah BROCKMAN (DOB: PII ) stepped in front of our vehicle, blocking our path. BROCKMAN then threw a cup containing an unknown brown liquid substance at the windshield, striking the vehicle and splashing across the hood. BPA S. Rivas immediately brought the vehicle to a stop to avoid striking her and assess the situation.

BPAs Castillo, Inglet, and I exited the vehicle to detain BROCKMAN. BROCKMAN resisted us by swinging her arms away, pulling away from us, and not complying with commands. After a short struggle, BROCKMAN was placed in handcuffs and advised that she was under arrest for assault.

While still on scene and preparing to depart, a black Chevrolet Blazer intentionally positioned itself in front of our vehicle, attempting to prevent us from leaving. The driver appeared to be attempting to interfere with our operations. The driver of that vehicle was told to not impede our operations, or she would be arrested. As BPA S. Rivas identified a brief opening between the back end of the black vehicle blocking us and the curb, he attempted to maneuver the minivan to a safe location. The black SUV then reversed and struck the left side of our vehicle, causing significant damage to the driver side of the vehicle.

Due to the escalating and unsafe nature of the situation, we determined it was not safe to remain in the area. We departed to a secure location and immediately notified Team Leader Supervisory Border Patrol Agent (SBPA) Victor Sanchez at approximately 0840 hours regarding the incident.

No agents, or apprehended aliens, sustained injuries, and no medical treatment was required. My body-worn camera and BPA S. Rivas's were not activated due to the sudden nature of the assault and rapidly unfolding events. However, BPA A. Castillo and BPA R. Inglet had their body-worn cameras active during the incident serial numbers: LES

Following the incident, Brockman was transported to the HSI facility located at LEP , for prosecution. The driver of the Black Chevrolet Blazer was not apprehended due to how dangerous and volatile the scene had

CHC v. Noem CBP 000945

E-STAR incident ID: **LES** #25732

become.

### Narrative of RIVAS HAU, SAUL E.

On October 10, 2025, at approximately 0830 hours, I, Border Patrol Agent (BPA) S. Rivas, out of El Centro Station, El Centro Sector, as part of Operation Midway Blitz in Chicago, was conducting consensual field interviews in the vicinity of 5441 N. Lincoln Avenue, Chicago, Illinois. I was operating an unmarked silver minivan accompanied by BPAs J. Parker, A. Castillo, and R. Inglet. All agents were wearing the full rough-duty Border Patrol uniform with clearly visible insignia and identifiers.

During operations, BPAs Parker, Castillo, and Inglet encountered two subjects, later identified as Mauricio VICENTE-Julian and Mario ESQUIVEL-Blancas, who were determined to be present in the United States illegally. Both subjects were placed under arrest without incident. Once the arrests were completed, VICENTE and ESQUIVEL were loaded into our silver minivan to be transported to Immigration Customs Enforcement (ICE) Enforcement Removal Operations (ERO) for further processing. We then began preparing to leave the area.

As I began to pull away from the curb, a female later identified as Deborah BROCKMAN (DOB: **PII**) stepped in front of our vehicle, blocking our path. BROCKMAN then threw a cup containing an unknown brown liquid substance at the windshield, striking the vehicle and splashing across the hood. I immediately brought the vehicle to a stop to avoid striking her and to assess the situation.

BPAs Parker, Castillo, and Inglet exited the vehicle to detain BROCKMAN. BROCKMAN was resisting and not complying to commands. After a short struggle, BROCKMAN was placed in handcuffs and placed under arrest for assault. While still on scene, and preparing to depart, a black Chevrolet Blazer intentionally positioned itself in front of our vehicle. This prevented us from leaving the area due to having the crowd of people and vehicles behind. We also had incoming traffic on the other lane. The driver appeared to be attempting to interfere with our operations by impeding us from leaving the immediate area. This became a safety concern due to the increasingly agitated crowd, which, based on my experience have escalated to crowds becoming aggressive and violent towards agents in similar situations in Chicago and Los Angeles. As I identified a brief opening between the back end of the black vehicle blocking us and the curb, I attempted to maneuver the minivan to a safe location. The black SUV noticed what I was attempting to do and purposely reversed striking the left side of our vehicle, causing significant damage to the driver side.

Due to the escalating and unsafe nature of the situation, I determined it was not safe to remain in the area. Damage to the black SUV is not known and the driver of this vehicle was not apprehended. I departed to a secure location and immediately notified Team Leader

Victor Sanchez at approximately 0840 hours regarding the incident. Our vehicle sustained damage from the front driver side to the back driver side. This whole side is now scraped and dented in.

No agents, nor apprehended aliens, sustained injuries, and no medical treatment was required. ESQUIVEL and VICENTE were in our vehicle at the time of both assaults. My body-worn camera and BPA J. Parker's were not activated due to the sudden nature of the assault and rapidly unfolding events. However, BPA A. Castillo and BPA R. Inglet had their body-worn cameras active during the incident serial numbers: **LES**

Following the incident, Brockman was transported to the HSI facility located at **LEP** for prosecution

E-STAR incident ID: **LES** #25732

## FILE ATTACHMENTS

**File names:**
    Damage to Government Vehicle.jpg
    Damage to Chevrolet Blazer.jpg
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/12/2025 17:03 | |
| Approved | HORNER, JOHN E. | 10/14/2025 09:04 | |
| Reopened | FICK, SHANNON M. | 10/15/2025 02:07 | Corrections Needed |
| Submitted | FICK, SHANNON M. | 10/16/2025 08:52 | |
| Rejected | HUGHBANKS, DANIEL L. | 10/16/2025 12:23 | **LES** |
| Submitted | FICK, SHANNON M. | 10/16/2025 16:17 | |
| Approved | HUGHBANKS, DANIEL L. | 10/16/2025 16:23 | |

CHC v. Noem CBP 000947