E-STAR incident ID: **LES** #25734



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID** **LES** #25734
**Title:** Operation Midway Blitz: Chicago - Vehicle Assault / Physical Assault
**Incident date/time:** 10/10/2025 09:06
**Type:** ☒ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
  ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** HUGHBANKS, DANIEL L.
**Reviewer:** HUGHBANKS, DANIEL L
**Creation date/time:** 10/10/2025 16:26
**Last updated date/time:** 10/16/2025 18:29
**Date reviewed:** 10/16/2025

### RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 3 |
|---|
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** 1459 West Hubbard Street
    **City:** Chicago  **State:** ILLINOIS  **Zip:** 60642
**Incident coordinates:**

CHC v. Noem CBP 000948

E-STAR incident ID: **LES** -#25734

Latitude: 41.88992
Longitude: -87.66499
**Setting:** ○ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land ○ In water (standing or swimming) ○ On water (in vessel) ○ In the air
**Description of the premises/location:** In the roadway near 1459 West Hubbard Street
**Environmental factors:**
    **Weather:** ☒ Dry ❏ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other
    **Illumination:** ☒ Daylight ❏ Dark ❏ Dawn ❏ Dusk ❏ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other
    **Estimated temperature (Fahrenheit):** 57

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| MILLS, ALEXANDER P | Supervisory Border Patrol Agent | In-Person | 10/10/2025 |
| TORRES, RAYMOND F | Branch Chief-Operations Midway Blitz/Chicago | Phone | 10/10/2025 |

**Other authorities notified (external to CBP):** ❏ Federal ❏ Tribal ❏ State ❏ Local ❏ Foreign

## EMPLOYEES: 5

**Name:** SULEK, MATTHEW P.
    **Gender:** Male   **Age:** 35   **Height:** 6'1"   **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 04/12/2020
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 11 years 0 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ☒ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ☒ EMT | ❏ FITP | ❏ LLITP (IFITP) | ☒ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

    **Wearing body armor?** ⊗ Yes ○ No
    **Attire:** ⊗ Uniform ○ Plain clothes

    **Was SULEK, MATTHEW P. assaulted?** ⊗ Yes ○ No

    **Was SULEK, MATTHEW P. injured?** ○ Yes ⊗ No

**Name:** TURNER, MICHAEL J.
    **Gender:** Male   **Age:** 39   **Height:** 5'9"   **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 12/02/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/04/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

    **Armed law enforcement experience:**

CHC v. Noem CBP 000949

E-STAR incident ID **LES** #25734

Total law enforcement experience at the time of the incident: 5 years 10 months
CBP training previously received (not including basic academy training):

| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
|---|---|---|---|---|
| ☐ EDVPTP | ☐ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was TURNER, MICHAEL J. assaulted?** ☒ Yes ☐ No

**Was TURNER, MICHAEL J. injured?** ☐ Yes ☒ No

**Name:** MEZA, OSCAR A.
**Gender:** Male **Age:** 36 **Height:** 5'10" **Weight:** 225 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 11/13/2008
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/06/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
Total law enforcement experience at the time of the incident: 16 years 11 months
CBP training previously received (not including basic academy training):

| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
|---|---|---|---|---|
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was MEZA, OSCAR A. assaulted?** ☒ Yes ☐ No

**Was MEZA, OSCAR A. injured?** ☐ Yes ☒ No

**Name:** TORABPOUR, ANDREW M.
**Gender:** Male **Age:** 31 **Height:** 5'8" **Weight:** 160 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/20/2018
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/20/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
Total law enforcement experience at the time of the incident: 7 years 5 months
CBP training previously received (not including basic academy training):

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
|---|---|---|---|---|
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was TORABPOUR, ANDREW M. assaulted?** ☒ Yes ☐ No

**Was TORABPOUR, ANDREW M. injured?**

CHC v. Noem CBP 000950

E-STAR incident ID: **LES** #25734

○ Yes ⊗ No

**Name:** BRENNAN IV, JOSEPH P.

**Gender:** Male **Age:** 33 **Height:** 5'8" **Weight:** 175 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 12/08/2019
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/06/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
 **Activity:** Patrol Interior

**Armed law enforcement experience:**
 Total law enforcement experience at the time of the incident: 5 years 10 months
 CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was BRENNAN IV, JOSEPH P. assaulted?** ⊗ Yes ○ No

**Was BRENNAN IV, JOSEPH P. injured?** ⊗ Yes ○ No
**Injury information:**
 **Injury type:** Superficial injuries (no treatment expected)
 **Injury Comment:**
 **Refused medical attention?** ○ Yes ⊗ No
 **Received treatment?** ○ Yes ⊗ No
 **Was a form CA-1 filed?** ○ Yes ⊗ No
 **Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ☐ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☒ Arms/hands |
| ☐ Front legs/feet | ☐ Rear legs |

## SUBJECTS: 2

**Name:** FIGUEROA, DAYANNE MELISSA
**Gender:** Female **Date of birth:** **PII** **Height:** 5'0" - 5'5" **Weight:** 100 - 149 lbs
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?
○ Yes ⊗ No
**Subject's activity:**
 ☐ Illegal entry
 ☐ Uncooperative during encounter/inspection

CHC v. Noem CBP 000951

E-STAR incident ID: **LES** #25734

- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Was arrested for 18 USC 111 and transported to **LEP**

**Did this subject assault a CBP employee?** ☒ Yes  ○ No

   **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ☒ No

**Weapon(s)/type of assault:**
   **Assault method:** Vehicle

   **Assault method:** Physically w/o weapon
     **Describe physical assault:** Subject kicked agents as they were extract her from her vehicle.

**Was this subject arrested / taken into custody?** ☒ Yes  ○ No

   **Arrested / taken into custody by:** ☒ CBP  ○ Other federal agency  ○ State agency  ○ Local agency

     **Was an administrative action initiated for this subject by CBP?** ○ Yes  ☒ No

   **Was prosecution sought against this subject?** ☒ Yes  ○ No

     **Prosecution By:** ○ CBP  ☒ Other federal agency  ○ State agency  ○ Local agency

**Was this subject injured or claiming to be injured?** ○ Yes  ☒ No  ○ Unknown

**Name:** MONTOYA-CHAVARRI, DENILZON
**Gender:** Male  **Date of birth:** PII  **Height:** 5'0" - 5'5"  **Weight:** 100 - 149 lbs
**Attire:** ☒ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ☒ No  ○ Unknown
**Immigration status:** Deportable
**Country of citizenship:** HONDURAS
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ☒ No

**Subject's activity:**
- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance

Print Date: 2025-10-28

CHC v. Noem CBP 000952

E-STAR incident ID: **LES** #25734

- ☐ Mass coordinated entry
- ☒ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject arrested by agents for immigration violations prior to the assault. He was in the vehicle when the assault occurred. Once the assailant was apprehended MONTOYA was transported to ICE ERO for further processing

**Did this subject assault a CBP employee?** ○ Yes  ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## VEHICLE INFORMATION

### SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** Mercedes-Benz
**Vehicle model:** GLA250 Class C
**Vehicle year:** 2019
**Vehicle type:** Automobile
**Total damage to the vehicle (not including tire damage):** Moderate
**Final disposition of the vehicle:** Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | FIGUEROA, DAYANNE MELISSA | Driver |

## ASSAULTS: 7

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| FIGUEROA, DAYANNE MELISSA | Vehicle | SULEK, MATTHEW P. | ⊗ Yes ○ No | Not injured in this incident |
| | | TURNER, MICHAEL J. | ⊗ Yes ○ No | Not injured in this incident |
| | | MEZA, OSCAR A. | ⊗ Yes ○ No | Not injured in this incident |
| | | TORABPOUR, ANDREW M. | ⊗ Yes ○ No | Not injured in this incident |
| | | BRENNAN IV, JOSEPH P. | ⊗ Yes ○ No | ○ Yes ⊗ No |
| FIGUEROA, DAYANNE MELISSA | Physically w/o weapon - Subject kicked agents as they were extract her from her vehicle. | SULEK, MATTHEW P. | ○ Yes ⊗ No | Not injured in this incident |
| | | TURNER, MICHAEL J. | ○ Yes ⊗ No | Not injured in this incident |
| | | MEZA, OSCAR A. | ○ Yes ⊗ No | Not injured in this incident |
| | | TORABPOUR, ANDREW M. | ⊗ Yes ○ No | Not injured in this incident |
| | | BRENNAN IV, JOSEPH P. | ⊗ Yes ○ No | ⊗ Yes ○ No |

CHC v. Noem CBP 000953

E-STAR incident ID: **LES** 25734

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

### Narrative of SULEK, MATTHEW P.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.??

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.?

On October 10, 2025, I, Border Patrol Agent (BPA) Border Patrol Search, Trauma, and Rescue (BORSTAR) Operator Matthew Sulek, as part of the Swanton Sector Special Operations Detachment was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in my issued multi-cam Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

I was assigned to a Quick Response Force (QRF) and was operating a **LEP**

**LEP**

At approximately 0905 I was patrolling in the Jeep Wagoneer with (BORTAC) Operator BPA Michael Turner and BORTAC Operator BPA Oscar Meza. I observed that Border Patrol Agent Andrew Torabpour exited his vehicle and pursued an individual on foot towards the intersection of North Noble Street and West Hubbard Street. We observed Andrew effect an arrest and I drove my vehicle east bound facing east towards North Noble Street.

While he was effecting the arrest, Operator BPA Michael Turner exited the passenger side of the vehicle to assist with the arrest. During this arrest, I observed a black Mercedes utility vehicle bearing Illinois plates **LES** turn onto west Hubbard Street facing westbound. The Mercedes was facing head on with my vehicle and blocking my ability to exit. The driver was later identified as Dayanne Figueroa. Ms. Figueroa appeared to try and bring her vehicle as close as she could to the two Agents who were struggling with the individual they were trying to arrest. Ms. Figueroa was observed honking her horn to get attention and build up a crowd in the area. I pulled my vehicle further up so she wouldn't crash into the Agents along with the arrested individual.

Once the Agents safely affected the arrest they walked back to my vehicle. The Agents got into our vehicle, and I was unbale to exit due to her vehicle still blocking my exit. Ms. Figueroa refused to move her vehicle to give us an area of egress, so I had to place the jeep in reverse and navigate around her vehicle, backwards.

While I was in reverse, I positioned my vehicle and was facing south on west Hubbard Street. I was blocking any vehicles from

CHC v. Noem CBP 000954

E-STAR incident ID: **LES** #25734

getting near the government rental minivan that we were utilizing as transport for safety concerns. While I was parked there, the Mercedes came closer to my vehicle and was continuously honking the horn to grab everyone's attention. An Agent that was already involved in another foot pursuit in the same location was walking back to the minivan. Once they loaded into their vehicle, the minivan pulled out of the parking lot, and I immediately got behind the minivan.

I started driving west on West Hubbard Street. I then heard a loud metal on metal sound and the jeep jolted forward in a jerking motion. I then felt two more jerking motions as if something had struck us and was still pushing us. The motion then came to a halt. At that moment myself and all the other occupants in the vehicle realized Ms. Figueroa rammed her vehicle into the right rear passenger side of our vehicle.

I stayed in the vehicle while the other Agents exited the vehicle to arrest Figueroa for using her vehicle to physically assault us. Once everyone had returned to the vehicle and Dayanne was placed under arrest, we left the scene due to the mass amount of people that were swarming the area. It would have been dangerous to stay any longer due to the aggressive nature of the crowd.

We transported the aliens, and Ms. Figueroa to the Broadview Immigration and Customs Enforcement facility for processing.

I was not injured and did not use any less lethal devices during the incident.

My body camera was not activated because it was not charged.

### Narrative of MEZA, OSCAR A.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 10, 2025, I, Border Patrol Agent Oscar A. Meza, as part of the El Paso Sector Special Operations Detachment Border Patrol Tactical Unit (BORTAC) in the El Paso Sector, was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in my issued Multi-camo Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

My shift was scheduled to begin at 6:00am. During the initial planning phase of the operation on today's date, I was assigned to assist the Quick Response Team (QRF) for Strike Team 3 and a planned enforcement assignment in Pilsen, Illinois. **LEP**

**LEP**

is to locate and apprehend individuals who are present in the United States illegally. My QRF was operating an unmarked Jeep Wagoneer. Our strike team was in full Border Patrol uniforms with all law enforcement identifiers clearly visible and they were also operating an unmarked Chrysler Pacifica minivan.

At approximately 9:05 am, I responded to 1459 West Hubbard Street where our strike team was apprehending two illegal aliens. One of the illegal aliens was placed in our strike team's Chrysler and the other was placed in our Jeep, along with the Border Patrol Agent that apprehended him. While securing a safe departure of our strike team, a group of individuals were recording with their phones, shouting at us, and were blocking our vehicles. They were ignoring our commands to move back and clear the way for the vehicles leaving the area. The individuals were impeding the movement of the vehicles by standing in front of our vehicles and refusing to move from the path of the vehicles preventing us from departing.

E-STAR incident ID **LES** #25734

As our strike team's Chrysler was departing eastbound along the roadway, we attempted to follow them. During this time, while seated in the rear driver side of the vehicle, I felt an impact on the passenger side of the Jeep that I was riding in. I briefly felt a vehicle continue to drive into mine before it stopped. An individual, later identified as Dayanne Figeroa, had impacted the Jeep with her black Mercedes-Benz GLA250, bearing license plate number Illinois DT27847.

I then stepped out of our Jeep to provide perimeter security for the Border Patrol Agents conducting the arrest of Figueroa. Once Figueroa was placed under arrest, I returned to our Jeep and followed the agents to the ICE facility for processing.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was not active during the time of the incident due to the scene quickly becoming hazardous which prevented me from turning on my body worn camera.

### Narrative of TURNER, MICHAEL J.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 10, 2025, I, Michael J. Turner, Border Patrol Agent (BPA) of the Swanton Sector Border Patrol Tactical Unit (BORTAC) was assigned to support Operation Midway Blitz in Chicago, Illinois. I was assigned to Strike Team Three as Quick Reaction Force (QRF) support with a 0600 start time. The uniform of the day was Multi-cam Border Patrol Uniform with plate carrier and all patches, placards, and identifiers required by Customs and Border Protection policy. Strike Team Three was assigned to work in Pilsen, Illinois using an unmarked red Chrysler Pacifica. The vehicle I was assigned to was an unmarked silver Jeep Wagoneer with BPA Matthew Sulek and BPA Oscar Meza.

# LEP

At approximately 0905 at the intersection of West Hubbard Street and North Noble Street, Strike Team Three dismounted their vehicle to conduct a consensual encounter. This consensual encounter led to the apprehension of two individuals at that location.

At this time, multiple people began showing up around us to protest our presence by honking their car horns, yelling, and filming with cellular phones. These individuals began to block our vehicles with their vehicles as well as stepping in front of our vehicles for those who were on foot. After the protesters were commanded to move out of the way by the agents present, the red Chrysler Pacifica began to drive west down West Hubbard Street. My QRF vehicle, with BPA Matthew Sulek driving, myself in the front passenger seat, BPA Oscar Meza behind the driver, and BPA Andrew Torabpour behind me, began to drive behind the red Chrysler Pacifica.

At this time, I felt the vehicle jolt forward and heard a crashing noise that sounded like metal impacting metal behind me. I quickly looked behind me and to my right to see a black Mercedes GLA250 had impacted the right rear door of the Jeep Wagoneer. BPA Sulek drove forward approximately twenty feet away from the GLA250 and BPA Torabpour, BPA Meza, and myself dismounted our vehicle and approached the GLA250.

At this time, BPA Meza and myself kept perimeter security while BPA Torabpour and BPA Joseph Brennan extracted the driver from the vehicle. The driver was later identified as Dayanne Figeroa; DOB **PII** From my position, approximately ten feet from the vehicle, I could hear Dayanne Figeroa yelling loudly at the agents arresting her. I could also see her kicking at them. After BPA Torabpour and BPA Brennan put Dayanne Figeroa in handcuffs, they walked her to the red Chrysler Pacifica and

CHC v. Noem CBP 000956

E-STAR incident ID: **LES** #25734

seated her inside. BPA Meza and myself returned to the Jeep Wagoneer and both vehicles drove to the Broadview Immigration and Customs Enforcement facility.

Due to the quickly evolving nature of the incident, I did not activate my body worn camera. I received no injuries from this incident. Dayanne Figeroa will be prosecuted by the Federal Bureau of Investigation.

### Narrative of TORABPOUR, ANDREW M.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 10, 2025, I, Border Patrol Agent Andrew Torabpour was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I, Border Patrol Agent Andrew Torabpour, have been employed as a Border Patrol Agent for over 7 years. I have been employed at the Calexico Border Patrol Station since graduating the United States Border Patrol Academy. The Calexico Border Patrol Station's area of responsibility consists of an urban city in Calexico, CA that opens up to irrigation canals and agriculture fields to the east of the city. In the Calexico area of responsibility, the area we patrol surrounding the city and agriculture fields is open desert with sparse brush that meets with the Imperial Sand Dunes on the easternmost zone. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several hundred smuggling events and arrested and interviewed hundreds of illegal aliens.

At about 08:35 PM, I was conducting immigration operations near N Noble St and W Hubbard St in Chicago, IL, along with my teammates who were also conducting immigration operation along with me. I was wearing a full rough duty Border Patrol uniform with issued body armor and utility belt. I had all agency identifiers that were clearly visible identifying me as a United States Border Patrol Agent.

I was driving an unmarked Service vehicle along with Supervisory Border Patrol Agent Alexander Mills, Border Patrol Agent Martin Davalos, Border Patrol Agent Joseph Brennan. We saw two men, one later identified as Denilzon MONTOYA-Chavarri DOB: PII who were frantically trying to activate E-scooters as we were driving towards them. The other man with MONTOYA even picked up the E-scooter and tried to run with it while he was attempting to activate it on his cell phone. MONTOYA even pointed at our unmarked Service vehicle and continued to frantically attempt to start his E-scooter before abandoning the attempt and fleeing. Through my training and experience I know illegal aliens, local protestors and agitators use various mobile applications to track Immigration Agents and their vehicles, while conducting enforcement operations. These applications track and broadcast up to date locations of our Service vehicles and where we are operating and traveling. This alerts illegal aliens in those areas to run or hide as we near their current locations.

As MONTOYA and the other man fled, Agent Mills parked our unmarked Service vehicle. Agents Davalos, Brennan, and I exited our vehicle and began to pursue the men. I turned east and pursued MONTOYA and Agents Davalos and Brennan pursued the other man. After a brief foot pursuit, I caught MONTOYA and placed him on the ground to secure him in handcuffs. Border Patrol Tactical Unit (BORTAC) Operator Border Patrol Agent Michael Turner saw me on the ground with MONTOYA and assisted me with placing him into handcuffs.

As I was on the ground placing MONTOYA into handcuffs, I noticed a black vehicle, later identified as a Black Mercedes hatchback utility vehicle. The Mercedes was stopped in the road only a couple of feet from me and continuously honked their horn. I know that agitators honk their horns to alert people in the area that Agents are conducting operations and to draw in a

CHC v. Noem CBP 000957

E-STAR incident ID: **LES** #25734

crowd of people to protest and agitate. In recent weeks, myself and many other agents have been rammed intentionally by these agitators honking their horns and recklessly following agents and impeding operations.

After placing MONTOYA into handcuffs, there was a crowd of people beginning to form around us and multiple vehicles blocking us in the roadway. They were yelling threats and profanities towards myself and the other agents. I escorted MONTOYA to Agent Turner's unmarked Service vehicle which was a silver-colored Jeep Wagoneer and secured him inside. Inside the Wagoneer was also Border Patrol Search, Trauma, and Rescue (BORSTAR) Operator Border Patrol Agent Matthew Sulek and BORTAC Operator Oscar Meza. We were not able to drive forward due to the Mercedes blocking the roadway, so Agent Sulek placed the Wagoneer into reverse and slowly navigated our way westbound to where my unmarked Service vehicle was parked with the rest of my team. The Mercedes continued to follow us and repeatedly honk their horn while blocking our forward path.

Agent Sulek then turned the Wagoneer around to travel westbound and follow my partner's vehicle who was attempting to leave the area. As we began to follow and leave the area, the black Mercedes accelerated and rammed into the rear passenger side of the Wagoneer. The Mercedes rammed and then briefly pushed into the side. My door was directly impacted, and I was not able to open my door fully because the Mercedes was pinned against my door.

We then drove forwards a short distance to clear ourselves from the Mercedes. Agents Turner, Meza and I got out of our vehicle and approached the Mercedes to arrest the driver for using her vehicle to assault us four agents and an illegal alien inside the Wagoneer. We approached the driver's side door and ordered the driver, later identified as Dayanne Melissa FIGUEROA, to exit her vehicle. FIGUEROA refused to exit and verbally said that she would not get out. FIGUEROA then attempted to shut the door of her running vehicle, and I stopped her from closing it.

I recached over her and ensured that the Mercedes was in park and then I called Agent Brennan to assist me in removing her from the vehicle. As we were attempting to remove her from the vehicle, FIGUEROA began to grab ahold of the steering wheel and throw kicks at myself and Agent Brennan. FIGUEROA struck me in the chest with a kick. She was wearing shoes with heels. After removing her from the Mercedes, FIGUEROA kicked me again on the ground and pushed me backwards with significant force. I had to brace myself to not fall backwards onto my head.

FIGUEROA continued to resist arrest and pull her arms away while we attempted to gain control of her. After gaining control of FIGUEROA, Agents Mills, Brennan and I placed her into handcuffs and escorted her to our unmarked Service vehicle.

FIGUEROA was transported to the [LEP] Homeland Security Investigations office. FIGUEROA is presented for prosecution of 8 USC 111.

Body Cam Footage: A8GP3

### Narrative of BRENNAN IV, JOSEPH P.
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 10, 2025, I, Border Patrol Agent (BPA) Joseph Patrick Brennan IV (Fort Fairfield Station, Houlton Sector, Maine), was assigned to Strike Team 3 while deployed to Chicago, Illinois to assist in Operation Midway Blitz. Strike Teams are composed of unmarked vehicles, each containing uniformed Border Patrol Agents with clear identifiers. The objective of Strike Teams is to locate and apprehend individuals who are present in the United States illegally.

I was assigned to conduct my immigration duties near the Pilsen neighborhood of Chicago. I was joined in my immigration duties by Supervisory Border Patrol Agent (SBPA) Alexander Mills, BPA Andrew Torabpour, and Martin Davalos. We were riding in our assigned red Chrysler Pacifica rental vehicle. Our assigned Quick Reaction Force (QRF) team consisted of Matthew Sulek, Oscar Meza, and Michael Turner who were riding in a silver Jeep Wagoneer. QRFs consist of a specialized group of Special

CHC v. Noem CBP 000958

E-STAR incident ID: **LES** 25734

Operations Detachment (SOD) agents, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for strike teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments.

On October 10, 2025, I, Border Patrol Agent (BPA) Joseph Patrick Brennan IV, was assigned to Strike Team 3 while deployed to Chicago, Illinois to assist in Operation Midway Blitz. I was assigned to conduct my immigration duties in the Pilsen neighborhood of Chicago. I was joined in my immigration duties by Supervisory Border Patrol Agent (SBPA) Mills, BPA Andrew Torabpour, and Martin Davalos our assigned red Chrysler Pacifica rental vehicle. Our assigned Quick Reaction Force (QRF) team consisted of Matthew Sulek, Oscar Meza, and Michael Turner who were riding in a silver Jeep Wagoneer.

I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards. My EOD is 12/2019. At the time of this report, my height is five foot, eight inches and my weight is 175 pounds.

At approximately 9:11 a.m., while attempting to leave the area, I observed a Grey Volkswagen attempting to block my rental vehicle Pacifica from leaving the area with the apprehended individuals from the front. I jumped into my assigned rental vehicle with BPA Davalos in the back passenger area and SPBA Mills was able to drive around the Grey Volkswagen and continue driving down W Hubbard St. After a few seconds later of driving, I visually observed a black Mercedes-Benz ram into the back passenger side of the QRF Jeep Wagoneer containing the QRF team, one illegal alien and BPA Torabpour.
SBPA Mills stopped the vehicle, and I exited the rental vehicle and went to the scene of the crash where I observed BPA Turner providing scene security to a group of people, who were becoming increasingly hostile, surrounding the crash and where I also observed BPA Torabpour attempting to physically extract the driver of the black Mercedes-Benz from the vehicle. The driver of the black Mercedes-Benz was later identified as Dayanne Melissa FIGUEROA (DOB: **PII**, COC: United States). FIGUEROA was approximately five feet, one inch tall and weighed approximately 110 pounds. As I tried to assist, FIGUEROA was violently kicking both at me and BPA Torabpour with the intent of injuring both of us with her high-heeled black shoes. I grabbed FIGUEROA's left leg and utilized a toe hold technique to both gain compliance and to establish a handhold to take away her ability to kick. Agent Torabpour grabbed her other leg, and we both proceeded to fully extract her out of the vehicle. While on the ground, I was kicked and kneed by FIGUEROA on my right hand, cutting me, and I began bleeding slightly. The cut is approximately a centimeter in length. I put my knee on FIGUEROA's chest to control her and then I observed her kick BPA Torabpour with such force that it knocked him, approximately three feet, away from her.

Agent Torabpour recovered and grabbed FIGUEROA's arm to put it behind her back. She was then rolled over by both of us. I ordered her to give me her other arm that was under her chest. FIGUEROA promptly refused, so I retrieved it from her by prying it out from underneath her and put her arm behind her back. I came to a sudden realization my handcuffs were currently on one of the apprehended subjects in the rental van and then came to another realization that the two other agent's, BPA's Torabpour and Turner, handcuffs were currently being used on the apprehended subjects. SPBA Mills then came to the scene, handcuffed FIGUEROA, and then led FIGUEROA to the rental van to be transported to 1930 Beach Street ERO processing facility in Broadview, IL for further processing and interviews.

FIGUEROA was transported to 1930 Beach Street ERO processing facility in Broadview, IL for further processing and interviews. During transportation, FIGUEROA was verbally FIGUEROA was verbally aggressive towards SBPA Mills, BPA Davalos, and BPA Davalos. FIGUEROA was using profanities and body cameras also captured FIGUEROA saying things such as "I'm so happy", "I'm glad I'm here, I was ready for this, when I saw you guys", "I'm here for them", and "I've been waiting for this". FIGUEROA repeatedly told the illegal aliens who were being transported by us, in Spanish, not to speak to any Border Patrol Agents and to stay silent. This is a common tactic by anti-ICE/Border Patrol agitators.

Body-worn camera footage **LES**
BPA Davalos' body-worn camera footage: **LES**



Print Date: 2025-10-28

CHC v. Noem CBP 000959

E-STAR incident ID: **LES** #25734

## FILE ATTACHMENTS

**File names:**
- Media (12) 1.jpg
- Media (13) 1.jpg
- Media (15) 1.jpg
- Media (14) 1.jpg

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/15/2025 18:05 | |
| Approved | HUGHBANKS, DANIEL L. | 10/16/2025 18:29 | |



CHC v. Noem CBP 000960