E-STAR incident ID: **LES** #25735



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25735
**Title:** Operation Midway Blitz: Chicago - Physical Assault TNP Alpha Lot
**Incident date/time:** 10/10/2025 14:10
**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge

**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.                **Creation date/time:** 10/10/2025 16:47
**Last updated by:** HORNER, JOHN E.             **Last updated date/time:** 10/14/2025 08:35
**Reviewer:** HORNER, JOHN E                     **Date reviewed:** 10/14/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes  ⊗ No

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** JAWA Entry Rd
    **City:** Chicago    **State:** ILLINOIS    **Zip:** 60666
**Incident coordinates:**
    **Latitude:** 41.97827
    **Longitude:** -87.87709
**Setting:** ⊗ Indoors  ○ Outdoors
**Description of the premises/location:** In the parking lot of TNP Alpha Lot
**Environmental factors:**
  **Weather:** ☒ Dry  ☐ Raining  ☐ Snowing  ☐ Flooding  ☐ Windy  ☐ Storm  ☐ Haze/blowing dust  ☐ Fog  ☐ Other
  **Illumination:**

CHC v. Noem CBP 000961

E-STAR incident ID: LES #25735

☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
**Estimated temperature (Fahrenheit):** 65

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| CURRAN, JOSEPH P | Supervisory Border Patrol Agent | In-Person | 10/10/2025 |
| TORRES, RAYMOND F | Branch Chief-Operations Midway Blitz/Chicago | Phone | 10/10/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** ADKINS, DANTE M.
    **Gender:** Male   **Age:** 40   **Height:** 6'0"   **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 08/05/2018
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/08/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Patrol Interior
    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 7 years 2 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was ADKINS, DANTE M. assaulted?** ⊗ Yes ○ No

**Was ADKINS, DANTE M. injured?** ⊗ Yes ○ No
**Injury information:**
    **Injury type:** Superficial injuries (no treatment expected)
    **Injury Comment:** I received a minor cut in my right eyebrow along with slight bruising and redness to my forehead
    **Refused medical attention?** ○ Yes ⊗ No
    **Received treatment?** ○ Yes ⊗ No
    **Was a form CA-1 filed?** ○ Yes ⊗ No
    **Region(s) of the body injured:**

| | |
|---|---|
| ☒ Front head | ☐ Rear head |
| ☐ Side head | ☒ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☐ Arms/hands |
| ☐ Front legs/feet | ☐ Rear legs |



Print Date: 2025-10-28

CHC v. Noem CBP 000962

E-STAR incident ID: LES #25735

## SUBJECTS: 1

**Name:** RUAN, CHI
**Gender:** Male  **Date of birth:** PII  **Height:** 5'4"  **Weight:** 120 pounds
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**
- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Was transported to ICE ERO for further processing.

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No
  **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No
  **Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
      **Describe physical assault:** Head butted agent near right eyebrow
    **Assault method:** Biting
**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No
  **Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency
  **Was an administrative action initiated for this subject by CBP?** ○ Yes  ⊗ No
  **Was prosecution sought against this subject?** ○ Yes  ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## ASSAULTS: 2

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---|---|---|---|
| RUAN, CHI | Physically w/o weapon - Head butted agent near right eyebrow | ADKINS, DANTE M. ⊗ Yes ○ No | ⊗ Yes ○ No |
| RUAN, CHI | Biting | ADKINS, DANTE M. ⊗ Yes ○ No | ⊗ Yes ○ No |



CHC v. Noem CBP 000963

E-STAR incident ID: **LES** #25735

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes  ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

### Narrative of ADKINS, DANTE M.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 10, 2025, I, Border Patrol Agent (BPA) Dante Adkins (Falfurrias Station, Rio Grande Valley Sector), as a participating member in Operation Midway Blitz, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On October 10, 2025, I was assisting ICE/ERO officers during a **LEP** **LEP**. At approximately 3:07pm, after finishing a consensual encounter, I overheard some yelling, turned to see what was going on, and witnessed BPA Timothy Donahue wrestling a subject, later identified as Chi RUAN, to the ground. I immediately ran over to BPA Donahue's location to aid in apprehending RUAN. I then noticed RUAN, who was face-down, resisting arrest by refusing to put his hands behind his back. RUAN was also kicking his legs and trying to turn his hips while BPA Donahue was attempting to straddle his lower back, all the while commanding RUAN to "Stop resisting! Give me your hands!". I then straddled RUAN's legs and aided BPA Donahue in placing handcuffs on RUAN, after a minute or so of wrestling with him. At this time, I noticed BPA Donahue's IDVRS body camera had been ripped from his body armor vest and was laying on the ground. I grabbed the camera and handed it to BPA Donahue. I then stood up, helped RUAN to his feet, and began escorting him to a transport vehicle. I placed RUAN inside the vehicle and fastened his seatbelt. Shortly thereafter, RUAN began to yell "What's going on!" and he resisted arrest for a third time by unfastening his seatbelt, sliding out of the seat, standing up and attempting to exit the vehicle. I then stepped inside the van, gave the command "Calm down!", grabbed RUAN by his shirt, and forced him back into his seat. While attempting to refasten the seatbelt, RUAN resisted arrest for a fourth time by sliding his hips and lower extremities to his left, in an attempt to prevent me from fastening the seat belt. To prevent RUAN from manipulating his body and preventing me from buckling him in, I placed my left knee on his stomach and applied pressure to stop him from manipulating his hips. I was then able to fasten the seat buckle across RUAN, climb back out of the van while again telling him to "Calm down!". RUAN was able to unbuckle his belt for the third time, slid out of the seat and stood up. RUAN then resisted arrest the fifth time by trying to force his way out of the van; he thrust his head towards me, making contacting with my head around my right eyebrow, and attempted to bite the crown of my head and right forearm. I then decided to remove RUAN from the transport van and assisted him to the ground in a face down prone position. I applied pressure to his back to properly restrain him. While on the ground, RUAN was screaming and thrashing around. I continued to attempt to properly restrain him, telling him to "Calm down!". Once RUAN began to comply, I removed pressure from his back. RUAN then stopped moving and had his eyes closed. I then shook his right shoulder asking him "Are you Ok?" While reaching for my radio to advise other agents working in the area to notify Emergency Medical Services (EMS), I witnessed RUAN open his left eye, look at me, and then close it right away. It was at this point that I concluded that he was faking being injured to avoid being arrested. I have seen this plenty of times, apprehending subjects in the field. I then decided to assist RUAN to his feet, and he let his body go limp as if he had lost consciousness. I assisted RUAN to his feet and

CHC v. Noem CBP 000964

E-STAR incident ID: **LES** #25735

placed him back into the transport van. While attempting to close the door to the van, RUAN moved his leg in attempts to block the door from closing. I pushed RUAN's foot back into the van and began to close the door again. RUAN once again placed his foot in the path of the closing door. After pushing his foot back into the van, I was able to close the door to the transport van.

RUAN was transported to Immigration and Customs Enforcement (ICE) facility in Broadview Illinois. He was later interviewed by the Federal Bureau of Investigation (FBI) and an investigation is being conducted. FBI will submit the case to the Assistant United States Attorney (AUSA) to decide on the charges. Subject was released pending those charges.

I was injured however I did not use any less lethal devices during the incident. I did not seek medical attention. I received a minor cut in my right eyebrow along with slight bruising and redness to include a portion of my forehead. My body worn camera was not active during the time of the incident due to the scene quickly becoming hazardous which prevented me from turning on my body worn camera.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/13/2025 12:02 | |
| Approved | HORNER, JOHN E. | 10/14/2025 08:35 | |

CHC v. Noem CBP 000965