E-STAR incident ID: **LES** #25742



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25742
**Title:** Operation Midway Blitz: Chicago - Assault in Oak Lawn
**Incident date/time:** 10/11/2025 10:00
**Type:** ☒ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / Buffalo Sector
**Created by:** FICK, SHANNON M.                   **Creation date/time:** 10/11/2025 14:06
**Last updated by:** HUGHBANKS, DANIEL L.     **Last updated date/time:** 10/15/2025 13:10
**Reviewer:** HUGHBANKS, DANIEL L                **Date reviewed:** 10/15/2025

### RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 11001 Cicero Ave
        **City:** Oak Lawn  **State:** ILLINOIS  **Zip:** 60453
**Incident coordinates:**
    **Latitude:** 41.69243
    **Longitude:** -87.73961
**Setting:**

CHC v. Noem CBP 000966

E-STAR incident ID: **LES** #25742

○ Indoors  ⊗ Outdoors
**Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Parking lot of "The Sod Store".
**Environmental factors:**
   **Weather:** ☒ Dry ❑ Raining ❑ Snowing ❑ Flooding ❑ Windy ❑ Storm ❑ Haze/blowing dust ❑ Fog ❑ Other
   **Illumination:** ☒ Daylight ❑ Dark ❑ Dawn ❑ Dusk ❑ Good lighting ❑ Poor lighting ❑ Night vision aided ❑ Other
   **Estimated temperature (Fahrenheit):** 62

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| VICTOR SANCHEZ | SBPA | In-Person | 10/11/2025 |

**Other authorities notified (external to CBP):** ☒ Federal  ❑ Tribal  ❑ State  ❑ Local  ❑ Foreign

## EMPLOYEES: 1

**Name:** BELL, JERRAD N.
  **Gender:** Male  **Age:** 43  **Height:** 6'4"  **Weight:** 220 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 02/12/2007
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 18 years 8 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

  **Wearing body armor?** ⊗ Yes  ○ No
  **Attire:** ⊗ Uniform  ○ Plain clothes

  **Was BELL, JERRAD N. assaulted?** ⊗ Yes  ○ No

  **Was BELL, JERRAD N. injured?** ○ Yes  ⊗ No

## SUBJECTS: 1

**Name:** RABAH, YAZAN ZAKI
  **Gender:** Male  **Date of birth:** PII  **Height:** 5'10"  **Weight:** 190 pounds
  **Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
  **Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
  **Immigration status:** U.S. Citizen
  **Country of citizenship:** United States of America
  **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  ○ Yes  ⊗ No
  **Subject's activity:**
    ❑ Illegal entry

CHC v. Noem CBP 000967

E-STAR incident ID: **LES** #25742

- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was arrested and transported to the ICE ERO Facility for 18 USC 111

**Did this subject assault a CBP employee?** ☒ Yes ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes ☒ No

**Weapon(s)/type of assault:**
**Assault method:** Physically w/o weapon
**Describe physical assault:** Subject hit an agent on the hand while agent was attempting to move him away

**Was this subject arrested / taken into custody?** ☒ Yes ○ No
**Arrested / taken into custody by:** ☒ CBP ○ Other federal agency ○ State agency ○ Local agency
**Was an administrative action initiated for this subject by CBP?** ○ Yes ☒ No
**Was prosecution sought against this subject?** ☒ Yes ○ No
**Prosecution By:** ○ CBP ☒ Other federal agency ○ State agency ○ Local agency
**Was this subject injured or claiming to be injured?** ○ Yes ☒ No ○ Unknown

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| RABAH, YAZAN ZAKI | Physically w/o weapon - Subject hit an agent on the hand while agent was attempting to move him away | BELL, JERRAD N. | ☒ Yes ○ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes ☒ No
**Did this incident result in collateral injury to a bystander?** ○ Yes ☒ No

## WITNESSES: 0

CHC v. Noem CBP 000968

E-STAR incident ID **LES** #25742

## NARRATIVE

**Narrative of BELL, JERRAD N.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 11, 2025, I, Border Patrol Agent (BPA) Jerrad Bell(OSN/BUN), SBPA V. Sanchez and BPA A. Castillo were conducting immigration enforcement operations in the city of Oak Lawn, Illinois in support of Operation Midway Blitz. Oak Lawn has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

The location of today's operation was publicly accessible within the city of Oak Lawn, Illinois. I know from my experience in over 17 years with the United States Border Patrol that illegal aliens seek day labor jobs at locations such as Home Depot because they pay cash. Illegal aliens seek cash paying jobs because they lack documentation and immigration status to gain lawful employment within the United States. Illegal aliens also often work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

**LEP**

Agents and I arrived in the city of Oak Lawn, Illinois at approximately 09:00 a.m. We were assigned to conduct **LEP** within the city of Oak Lawn. We drove through the streets of Oak Lawn and intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. I know from experience that the aliens unlawfully present in the United States frequently abscond rather than face apprehension by agents.

On October 11, 2025, while patrolling within my assigned area of operations in Oak Lawn, Illinois at approximately 10:05 a.m., myself, SBPA V. Sanchez and BPA A. Castillo stepped out of our vehicle at 11001 S Cicero Ave, in Oak Lawn, Illinois to speak with several individuals that were near a landscaping truck. As soon as we opened the doors of the vehicle, several individuals ran, a short distance and stopped. I began talking to one individual, who did not wish to speak to me and was ushered inside the business by a woman. I then went to engage in a consensual encounter with another individual who was standing by a trailer. The individual stated that he was a resident alien. I asked him to present his card, but instead he started using his phone and said that he did not have his resident alien card on him. At this time, I told the individual that he was under arrest for 8 USC 1304 (e), which is a violation of U.S. Immigration law. During this encounter, I identified myself as a U.S. Border Patrol Agent by wearing an official Border Patrol Agent uniform, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. The body armor also had clear wording on both front and back stating that I am a federal agent with the Border Patrol. Once at the vehicle, the subject was handcuffed and placed in our vehicle.

After placing the subject in the vehicle, I noticed that there was a crowd of individuals starting to gather around the vehicle. Individuals were becoming aggressive and refusing orders to stay back from the vehicle. Since being deployed to Operation Midway Blitz, I have been made aware of many individuals in crowds becoming aggressive and assaulting agents. They have also assisted suspects under arrest with escaping from custody. In addition, I am also aware of other incidents where individuals approached government vehicles and slashed the tires or broken the windows.

CHC v. Noem CBP 000969

E-STAR incident ID: **LES** -#25742

While SBPA Sanchez was speaking to the subject in custody, I noticed a male coming around the front of the vehicle, and yelling. I told him to get back and he did not comply. I then pushed on his chest to get him to move back. The subject then slapped my hand off of him. At this point, the subject was placed under arrest 8 USC 111(a), Simple assault on a Federal Officer. The subject was handcuffed and placed in the back of the vehicle.

The individual was later identified as Yazan RABAH (DOB: **PII** ) (COC: United States) and brought to the ICE-ERO 1930 Beach St Broadview, Il Office where FBI Special Agent D. Baertschi interviewed me regarding the incident. I provided a description of the incident and showed him the body-worn camera footage. SA Baertschi then contacted the AUSA regarding the incident and did not accept prosecution at this time. A United States District Court Violation Notice was issued for 8 USC 111(a), Simple assault on a Federal Officer. The subject was served the citation and signed for it.

I had my AXON 4 body-worn camera: **LES** activated during the arrest, video serial number: **LES**

A recorded interview was conducted of RABAH using SBPA V. Sanchez's Axon body camera.

RABAH was released near the Broadview facility, at a gas station. His phone and personal belongings were returned to him upon his release. I did not sustain any injuries in the assault.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/15/2025 10:43 | |
| Approved | HUGHBANKS, DANIEL L. | 10/15/2025 13:10 | |

CHC v. Noem CBP 000970