E-STAR incident ID: **LES** #25783



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25783
**Title:** Operation Midway Blitz: Chicago - Vehicle Assault W 43rd St and S Ashland Ave
**Incident date/time:** 10/16/2025 11:00
**Type:** ☒ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** HUGHBANKS, DANIEL L.
**Reviewer:** HUGHBANKS, DANIEL L
**Creation date/time:** 10/16/2025 19:24
**Last updated date/time:** 10/19/2025 09:09
**Date reviewed:** 10/19/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** W 43rd Street & S Ashland Avenue
        **City:** Chicago   **State:** ILLINOIS   **Zip:** 60609
**Incident coordinates:**
    **Latitude:** 41.81593
    **Longitude:** -87.66522
**Setting:** ○ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land

CHC v. Noem CBP 001097

E-STAR incident ID **LES** 25783

○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** In the roadway near W 43rd Street & S Ashland Avenue
**Environmental factors:**
    **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    **Estimated temperature (Fahrenheit):** 65

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| TORRES, RAYMOND F | Section Chief - Planning Operation Midway Blitz - Chicago | Phone | 10/16/2025 |

**Other authorities notified (external to CBP):** ☐ Federal  ☐ Tribal  ☐ State  ☐ Local  ☐ Foreign

## EMPLOYEES: 3

**Name:** VELEZ, CHRISTOPHER S.
    **Gender:** Male  **Age:** 36  **Height:** 6'2"  **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 06/15/2020
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 5 years 4 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was VELEZ, CHRISTOPHER S. assaulted?** ⊗ Yes  ○ No

**Was VELEZ, CHRISTOPHER S. injured?** ○ Yes  ⊗ No

**Name:** GOINGS, DENISE M.
    **Gender:** Female  **Age:** 38  **Height:** 5'8"  **Weight:** 140 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/24/2010
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/23/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 15 years 5 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |

Print Date: 2025-10-28

CHC v. Noem CBP 001098

E-STAR incident ID: LES 25783

| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was GOINGS, DENISE M. assaulted?** ⊗ Yes ○ No

**Was GOINGS, DENISE M. injured?** ○ Yes ⊗ No

**Name:** ADKINS, DANTE M.
   **Gender:** Male    **Age:** 40    **Height:** 6'0"    **Weight:** 215 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 08/05/2018
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 10/08/2025
   **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
      **Activity:** Patrol Interior

   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 7 years 2 months
      **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Was ADKINS, DANTE M. assaulted?** ⊗ Yes ○ No

**Was ADKINS, DANTE M. injured?** ○ Yes ⊗ No

# SUBJECTS: 2

**Name:** GOMES, JEFFERY JAMES
   **Gender:** Male    **Date of birth:** PII    **Height:** Unknown    **Weight:** Unknown
   **Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
   **Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
   **Immigration status:** U.S. Citizen
   **Country of citizenship:** United States of America
   **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   ○ Yes  ⊗ No
   **Subject's activity:**
      ☐ Illegal entry
      ☐ Uncooperative during encounter/inspection
      ☐ Failure to yield/heave to
      ☐ Checkpoint runner
      ☐ Port runner
      ☐ Alien smuggling
      ☐ Narcotics smuggling
      ☐ Scouting
      ☐ Assault (rocks/other projectiles)
      ☒ Assault (all other types)

CHC v. Noem CBP 001099

E-STAR incident ID  LES  #25783

☐ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** Was transported the FBI Facility for processing

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

    **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Vehicle

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No

    **Arrested / taken into custody by:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency

    **Was prosecution sought against this subject?** ⊗ Yes  ○ No

        **Prosecution By:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

**Name:** UNKNOWN-1

    **Gender:** Male  **Age:** Unknown  **Height:** Unknown  **Weight:** Unknown

    **Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

    **Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown

    **Immigration status:** Unknown

    **Country of citizenship:** Unknown

    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    ○ Yes  ⊗ No

    **Subject's activity:**

        ☐ Illegal entry
        ☐ Uncooperative during encounter/inspection
        ☐ Failure to yield/heave to
        ☐ Checkpoint runner
        ☐ Port runner
        ☐ Alien smuggling
        ☐ Narcotics smuggling
        ☐ Scouting
        ☐ Assault (rocks/other projectiles)
        ☒ Assault (all other types)
        ☐ Rioting/civil disturbance
        ☐ Mass coordinated entry
        ☐ No suspected illegal activity
        ☐ Other

    **Subject's current location and disposition if known:** Subject was not apprehended at this time.

    **Did this subject assault a CBP employee?** ⊗ Yes  ○ No

        **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

        **Weapon(s)/type of assault:**
            **Assault method:** Vehicle

    **Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

CHC v. Noem CBP 001100

E-STAR incident ID: LES #25783

## VEHICLE INFORMATION

### SUBJECT VEHICLE - 1

How many individuals were in this subject vehicle? 1
Vehicle make: Corvette
Vehicle model: Unknown
Vehicle year: 2010
Vehicle type: Automobile
Total damage to the vehicle (not including tire damage): None
Final disposition of the vehicle: Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | GOMES, JEFFERY JAMES | Driver |

### SUBJECT VEHICLE - 2

How many individuals were in this subject vehicle? 1
Vehicle make: Freightliner
Vehicle model: Unknown
Vehicle year: 1995
Vehicle type: Commercial truck
Total damage to the vehicle (not including tire damage): None
Final disposition of the vehicle: Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-1 | Driver |

### ASSAULTS: 6

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| GOMES, JEFFERY JAMES | Vehicle | VELEZ, CHRISTOPHER S. | ⊗ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ADKINS, DANTE M. | ⊗ Yes ○ No | Not injured in this incident |
| UNKNOWN-1 | Vehicle | VELEZ, CHRISTOPHER S. | ⊗ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes ○ No | Not injured in this incident |
| | | ADKINS, DANTE M. | ⊗ Yes ○ No | Not injured in this incident |



Print Date: 2025-10-28



CHC v. Noem CBP 001101

E-STAR incident ID: LES #25783

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

Did this incident result in collateral property damage? ⊗ Yes ○ No

| Property type | Property sub type | Estimated damage | Description |
|---|---|---|---|
| Private | Other - Other - Multiple Vehicles | Moderate | The corvette hit multiple civilian vehicles during this incident. The number, make/model, and year of the vehicles is unknown. Agents did not stop due to the exigency of the situation. |

Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

### Narrative of ADKINS, DANTE M.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 16, 2025, I, Border Patrol Agent (BPA) Dante Adkins (Falfurrias Station, Rio Grande Valley Sector), as a participating member in Operation Midway Blitz, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards. I was working with Acting Supervisory Border Patrol Agent ((A) SBPA) Velez, and BPA Goings. We were riding in a white GMC Yukon government rental vehicle.

On October 16, 2025, around 10:45 am I was assisting with a planned Consensual Encounter Operation when we apprehended Rafael J. GIL-Alvarado, (Venezuelan citizen with an out of status Employment Authorization Card, Date of Birth PII near W 43rd St and S Ashland Ave. We were attempting to transport GIL to a designated area to be transported to the ICE ERO facility for further processing. At this time, I noticed approximately four vehicles that were following us and attempting to attract attentions from others by honking. A black and white semi and a black corvette were driving erratically Both vehicles were changing lanes, cutting off other drivers, accelerating, and honking their horns. The other two vehicles continued to follow us and were adding to the chaos but were not driving as aggressively It became apparent that the actions of all of the vehicles were directed towards the vehicle all four of us were traveling in. I activated my issued body worn camera and began filming.

The black corvette was driving very close, in what looked like an attempt to ram us. The vehicle was so close that the driver was able to throw a drink out of their window and almost hit the back of our vehicle. The driver made several attempts to cut us off. He continued to yell slurs while driving in the wrong lanes and on the wrong side of the road. The driver would drive ahead, stop in the middle of the road, and wait for us to catch up so that he could continue to follow and harass us.

The semi was driving in a very similar manner to the corvette. The semi was driving extremely close to us, honking its horn, and driving in and out of the oncoming lanes. At one point, while trying to get away from the semi, we carefully proceeded through a red light. A Bentley traveling in the perpendicular direction stopped for us. The semi, who was in the lane next to us proceeded through the red light in an unsafe manner and almost hit the Bentley.



CHC v. Noem CBP 001102

E-STAR incident ID: **LES** #25783

While this was occurring we were trying to get away from the corvette and find a safe location to meet with transport. Another unmarked government vehicle responded to our location. They were able to distract the black corvette by blocking it. This allowed us to get a safe distance from the extremely dangerous, assaultive, driving by from the corvette and the semi for a short time.

The corvette and semi continued to drive aggressively and follow us and the other unmarked government vehicle. The semi was able to catch up to us and the unmarked government vehicle who was parked next to us at a stop light. The semi moved into the right lane just before almost hitting the other unmarked government vehicle. He proceeded around the other unmarked government vehicle to cut us off. The semi left the area at this time.

The corvette continued to follow us in a dangerous and aggressive manner for several minutes after the semi leaves the area. Other unmarked vehicles responded to assist us. After being cut off a second time by another unmarked government vehicle the black corvette finally stopped following us and turned off onto a side street. **LEP** **LEP** After the corvette stopped following us **LEP** **LEP** The driver of the Corvette drove to **PII** where it parked. Office of Field Operations (OFO) Special Response Team (SRT) members responded to this location. They were able to locate and apprehend the driver for assault on federal agents, 18 USC 111. The driver was identified as Jeffery James GOMES. GOMES was transported to the FBI facility for further processing.

The business on the side of the semi was for JME Transport Inc. Chicago IL. Online search of this business came back to a freight shipping company from Chicago. The driver of the semi was not located or apprehended at this time.

Please see video as a reference, serial number **LES** evidence serial number: **LES**

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/18/2025 19:55 | |
| Approved | HUGHBANKS, DANIEL L. | 10/19/2025 09:09 | |


CHC v. Noem CBP 001103