E-STAR incident ID: **LES** #25782



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ◯ Active  ◯ Ready for review  ◯ Rejected  ◯ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25782
**Title:** Operation Midway Blitz: Chicago - Physical Assault 47th St and S. Western Blvd
**Incident date/time:** 10/16/2025 11:54
**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ◯ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** TREBS, ARTHUR A.
**Reviewer:** HUGHBANKS, DANIEL L
**Creation date/time:** 10/16/2025 19:12
**Last updated date/time:** 10/21/2025 10:04
**Date reviewed:** 10/21/2025

### RELATED SYSTEMS: 3

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ◯ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ◯ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 47th St and S. Western Blvd
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60609
**Incident coordinates:**
    **Latitude:** 41.80845
    **Longitude:** -87.68386

CHC v. Noem CBP 001121

E-STAR incident ID: **LES** #25782

**Setting:** ○ Indoors  ⊗ Outdoors
    **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** On the roadway in the intersection of 47th St and S. Western Blvd
**Environmental factors:**
    **Weather:** ☒ Dry ❑ Raining ❑ Snowing ❑ Flooding ❑ Windy ❑ Storm ❑ Haze/blowing dust ❑ Fog ❑ Other
    **Illumination:** ☒ Daylight ❑ Dark ❑ Dawn ❑ Dusk ❑ Good lighting ❑ Poor lighting ❑ Night vision aided ❑ Other
    **Estimated temperature (Fahrenheit):** 65

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GONZALEZ JR, ALBERTO | Supervisory Border Patrol Agent | In-Person | 10/16/2025 |
| TORRES, RAYMOND F | Section Chief - Planning Operation Midway Blitz - Chicago | Phone | 10/16/2025 |

**Other authorities notified (external to CBP):** ❑ Federal  ❑ Tribal  ❑ State  ❑ Local  ❑ Foreign

## EMPLOYEES: 2

**Name:** TRAVIS, SHANE W.
    **Gender:** Male  **Age:** 53  **Height:** 5'8"  **Weight:** 180 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 11/01/2010
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 14 years 11 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

    **Wearing body armor?** ⊗ Yes  ○ No
    **Attire:** ⊗ Uniform  ○ Plain clothes

    **Was TRAVIS, SHANE W. assaulted?** ⊗ Yes  ○ No

    **Was TRAVIS, SHANE W. injured?** ○ Yes  ⊗ No

**Name:** GONZALEZ JR, ALBERTO
    **Gender:** Male  **Age:** 45  **Height:** 5'11"  **Weight:** 250 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 12/15/2003
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 21 years 10 months
        **CBP training previously received (not including basic academy training):**

CHC v. Noem CBP 001122

E-STAR incident ID: **LES** 25782

- ☐ BPAIST
- ☐ BORSTAR
- ☐ BORTAC
- ☒ DITP
- ☐ DTI
- ☒ EDVPTP
- ☐ EMT
- ☐ FITP
- ☐ LLITP (IFITP)
- ☐ MFF
- ☐ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

**Wearing body armor?** ☒ Yes ○ No
**Attire:** ☒ Uniform ○ Plain clothes

**Was GONZALEZ JR, ALBERTO assaulted?** ○ Yes ☒ No

**Was GONZALEZ JR, ALBERTO injured?** ☒ Yes ○ No
**Injury information:**
    **Injury type:** Superficial injuries (no treatment expected)
    **Injury Comment:** Received scratches on arms and legs during struggle with individual
    **Refused medical attention?** ○ Yes ☒ No
    **Received treatment?** ○ Yes ☒ No
    **Was a form CA-1 filed?** ○ Yes ☒ No
    **Region(s) of the body injured:**
- ☐ Front head
- ☐ Rear head
- ☐ Side head
- ☐ Face
- ☐ Neck/throat
- ☐ Front upper torso/chest
- ☐ Rear upper torso/back
- ☐ Front lower torso/abdomen
- ☐ Rear lower torso/back
- ☐ Front below waist/groin area
- ☐ Rear below waist/buttocks
- ☒ Arms/hands
- ☒ Front legs/feet
- ☐ Rear legs

## SUBJECTS: 1

**Name:** TAMAYO, JUANITA
**Gender:** Female    **Date of birth:** PII    **Height:** 5'8"    **Weight:** 275 pounds
**Attire:** ☒ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ☒ No ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ☒ No
**Subject's activity:**
- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

E-STAR incident ID: **LES** 25782

**Subject's current location and disposition if known:** Was transported to the FBI facility for further processing.

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

    **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Physically w/o weapon
            **Describe physical assault:** Hit BPA with left hand

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No

    **Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency

        **Was an administrative action initiated for this subject by CBP?** ○ Yes  ⊗ No

    **Was prosecution sought against this subject?** ⊗ Yes  ○ No

        **Prosecution By:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| TAMAYO, JUANITA | Physically w/o weapon - Hit BPA with left hand | TRAVIS, SHANE W. | ⊗ Yes ○ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of GONZALEZ JR, ALBERTO**

    Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

    Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

    I have been employed as a Border Patrol Agent (BPA) for over 21 years. I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several smuggling events and arrested and interviewed hundreds of illegal aliens. During these interviews, many illegal aliens have advised that they seek to travel to different cities in the United States to include Chicago, IL. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis to decompress the strain on the southern border cities.



CHC v. Noem CBP 001124

E-STAR incident ID **LES** -#25782

Teams working under Operation Midway Blitz in Chicago and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing **LEP**

**LEP**

On October 16, 2025, I, Supervisory Border Patrol Agent (SBPA) Alberto Gonzalez from Laredo Sector, was working in support of immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, Illinois area. I was operating in an unmarked gray Ford Expedition government rental vehicle to blend in with the general public and covertly search for criminal activity. and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent.

At approximately 11:50 AM, I was traveling with BPA Shane Travis on Western Avenue and stopped at a traffic light at 47th Avenue. BPA Travis was driving our vehicle, and I was seated in the front passenger seat. While stopped at the traffic light, a black SUV entered the intersection and impeded any further movement of our vehicle. A group of approximately seven individuals then formed a human chain in between our vehicle and the black SUV, further impeding our exit path. I stepped out of our vehicle and commanded the people to disperse the area so our vehicle could pass. The group did disburse, but when I boarded our vehicle again, they returned and blocked the intersection once more.

This same evolution occurred multiple times. Upon the fourth occurrence of the group impeding our path, a female, later identified as Juanita TAMAYO, approached our vehicle and began pounding her fists on the hood of the car. She then began to make her way along the length of the vehicle on the driver's side, continuing to assault and pound her fists on our vehicle. I exited the vehicle to affect an arrest of TAMAYO for assault/destruction of government property. She began to run away from me. I pursued TAMAYO, caught up to her, performed a controlled takedown and took her to the ground. As I was attempting to secure her with handcuffs, a mob of people began to surround us. Other agents arrived to assist with disbursing the mob. TAMAYO continued to attempt to resist arrest by attempting to pull her hands and body away from me. Due to the crowd of people gathering, and TAMAYO resisting, I placed the handcuffs on TAMAYO in front of her body. After TAMAYO was in handcuffs, I escorted her back to our vehicle.

Once at the vehicle, TAMAYO was resisting my efforts to secure her in the vehicle by attempting to pull away from me and kicking her legs. BPA Travis assisted by taking a hold of her legs to help place her into the back seat of the vehicle. During this evolution, TAMAYO hit BPA Travis in the face with her left hand. After securing TAMAYO in the seat, for security purposes and to maintain control of the subject, I also boarded the vehicle. I sat in the back seat next to her.
BPA Travis began to drive our vehicle and navigate it slowly out through the mob. As we did this, one of the mob members approached the vehicle and opened the rear passenger door where TAMAYO was seated. It appeared as if he was trying to help TAMAYO escape. Agents in the area noticed what was occurring and assisted by closing the door again.

While we were getting TAMAYO secured in the vehicle, a black Chevy Impala also entered the intersection and impeded our exit path. Additional agents arrived and were successful in clearing a path for our vehicle to exit the area.

As we were transporting TAMAYO, she articulated a threat towards myself and BPA Travis; TAMAYO said, "You punk-ass bitches! If I had a shotgun, I would blast you both in the face."

TAMAYO was transported to the Federal Bureau of Investigation (FBI) building for investigation.

TAMAYO was issued a Central Violation Bureau ticket for assault by the United States Attorney's Office.

I received minor scratches on my legs and arms from TAMAYO, as she was resisting arrest.

The incident was captured on body worn camera **LES** evidence serial number **LES**

**Narrative of TRAVIS, SHANE W.**



CHC v. Noem CBP 001125

E-STAR incident ID: **LES** #25782

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

I have been employed as a Border Patrol Agent (BPA) for over 14 years. I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several smuggling events and arrested and interviewed hundreds of illegal aliens. During these interviews, many illegal aliens have advised that they seek to travel to different cities in the United States to include Chicago, IL. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis to decompress the strain on the southern border cities.

Teams working under Operation Midway Blitz in Chicago and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing **LEP** **LEP**

On October 16, 2025, I, Border Patrol Agent (BPA) Shane Travis from El Centro Sector, was working in support of immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, Illinois area. I was operating in a gray Ford Expedition government rental vehicle. I was in my issued rough duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.
At approximately 11:50 AM, I was traveling with SBPA Alberto Gonzalez on 47th Avenue and stopped at a traffic light at Western Blvd. I was driving our vehicle, and SBPA Gonzalez was seated in the front passenger seat. While stopped at the traffic light, a black SUV entered the intersection and impeded any further movement of our vehicle. A group of approximately seven individuals then formed a human chain in between our vehicle and the black SUV, further impeding our exit path. I stepped out of our vehicle and commanded the people to disperse the area so our vehicle could pass. The group did disburse, but when I boarded our vehicle again, they returned and blocked the intersection once more.

This same evolution occurred multiple times. Upon the final occurrence of the group impeding our path, a female with a bike, later identified as Juanita TAMAYO, joined the group with her bike to block our path. I exited the vehicle and approached TAMAYO to remove her bike and the other individuals from our path again. I returned to my vehicle and proceeded to leave the area when TAMAYO began pounding her fists on the hood of the car. She then began to make her way along the length of the vehicle on the driver's side, continually assaulting and pounding on the vehicle. SBPA Gonzalez exited the vehicle to affect an arrest of TAMAYO for assault/destruction of government property. Once SBPA Gonzalez exited the vehicle, TAMAYO began to run away from him. He pursued TAMAYO, caught up to her, performed a controlled takedown and took her to the ground. As SBPA Gonzale was attempting to secure TAMAYO with handcuffs, a mob of people began to surround him. I arrived to assist with disbursing the mob, and SBPA Gonzalez escorted TAMAYO back to our vehicle.

TAMAYO was resisting his efforts to secure her in the vehicle by attempting to pull away from him and kicking her legs. I assisted by taking a hold of her legs to help place her into the back seat of our vehicle. TAMAYO hit me in the face with her left hand, smashing my sunglasses into my eye and causing a contusion. After securing TAMAYO in the seat, for security purposes and to maintain control of the subject, SBPA Gonzalez also boarded the vehicle in the back seat and sat next to her. I returned to the driver's seat and continued to navigate the vehicle through the mob. One of the mob members approached the vehicle and opened the rear passenger door on the side where TAMAYO was seated. It appeared as if the individual was attempting to help TAMAYO escape. Agents in the area noticed what was occurring and assisted by closing the door again.

CHC v. Noem CBP 001126

E-STAR incident ID: **LES** #25782

While we were getting TAMAYO secured in the vehicle, a black Chevy Impala also entered the intersection and impeded our exit path. Additional agents arrived and were successful in clearing a path for our vehicle to exit the area.

As we were transporting TAMAYO, she articulated a threat towards myself and SBPA Gonzalez; TAMAYO said, "You punk-ass bitches! If I had a shotgun, I would blast you both in the face."

TAMAYO was transported to the Federal Bureau of Investigation (FBI) building for investigation.

TAMAYO was issued a Central Violation Bureau ticket for assault by the United States Attorney's Office.

The incident was captured on body worn camera **LES** evidence serial number **LES**

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/20/2025 16:08 | |
| Approved | HUGHBANKS, DANIEL L. | 10/21/2025 08:44 | |



CHC v. Noem CBP 001127