E-STAR incident ID: **LES** #25840



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25840
**Title:** Operation Midway Blitz: Chicago- Assault/Broken Windshield (OFO)
**Incident date/time:** 10/26/2025 10:46

**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge

**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** Office of Field Operations
**Created by:** BURGESS, HOLLIE ANN
**Last updated by:** SMITH, CALDWELL A.
**Reviewer:** SMITH, CALDWELL A

**Creation date/time:** 10/26/2025 14:45
**Last updated date/time:** 10/27/2025 14:17
**Date reviewed:** 10/27/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | OFO |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
  **Address:**
    **Street:** Intersection of Rt. 25 and Besinger Dr.
    **City:** Carpentersville  **State:** ILLINOIS  **Zip:** 60110
**Incident coordinates:**
  **Latitude:** 42.11395
  **Longitude:** -88.25807
**Setting:** ○ Indoors  ⊗ Outdoors
  **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
  **Description of the premises/location:** On the roadway near intersection of Rt. 25 and Besinger Dr. Carpentersville, IL 60110.

CHC v. Noem CBP 001306

E-STAR incident ID: **LES** 25840

**Environmental factors:**
Weather: ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
Illumination: ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
Estimated temperature (Fahrenheit): 58

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SMITH, CALDWELL A | | Phone | 10/26/2025 |

Other authorities notified (external to CBP): ☐ Federal ☐ Tribal ☒ State ☒ Local ☐ Foreign

## EMPLOYEES: 3

**Name:** POPKE, SHANE J.
  **Gender:** Male   **Age:** 36   **Height:** 6'0"   **Weight:** 205 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 12/31/2012
  **Duty location or detail/TDY location during the incident:** Office of Field Operations / Laredo Field Operations
  **Duty (or detail/TDY) location EOD:** 10/15/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Special Operations

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 12 years 10 months
    **CBP training previously received (not including basic academy training):**
      ☐ BPAIST  ☐ BORSTAR  ☐ BORTAC  ☐ DITP  ☐ DTI
      ☐ EDVPTP  ☐ EMT  ☐ FITP  ☐ LLITP (IFITP)  ☒ MFF
      ☐ MRT  ☐ PITP  ☒ SRT  ☐ TATP  ☐ Other

  **Wearing body armor?** ⊗ Yes  ○ No
  **Attire:** ⊗ Uniform  ○ Plain clothes

  **Was POPKE, SHANE J. assaulted?** ⊗ Yes  ○ No
  **Was POPKE, SHANE J. injured?** ○ Yes  ⊗ No

**Name:** LOIZOS, CARLOS S.
  **Gender:** Male   **Age:** 47   **Height:** 5'8"   **Weight:** 190 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 01/07/2008
  **Duty location or detail/TDY location during the incident:** Office of Field Operations / Houston Field Operations
  **Duty (or detail/TDY) location EOD:** 10/02/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Special Operations

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 17 years 0 months
    **CBP training previously received (not including basic academy training):**
      ☐ BPAIST  ☐ BORSTAR  ☐ BORTAC  ☐ DITP  ☐ DTI
      ☐ EDVPTP  ☐ EMT  ☐ FITP  ☐ LLITP (IFITP)  ☐ MFF
      ☐ MRT  ☐ PITP  ☐ SRT  ☐ TATP  ☐ Other

  **Wearing body armor?** ⊗ Yes  ○ No
  **Attire:**



CHC v. Noem CBP 001307

E-STAR incident ID: **LES** #25840

⊗ Uniform   ○ Plain clothes

**Was LOIZOS, CARLOS S. assaulted?** ⊗ Yes   ○ No

**Was LOIZOS, CARLOS S. injured?** ○ Yes   ⊗ No

**Name:** ORTIZ, JORGE E.

**Gender:** Male   **Age:** 50   **Height:** 5'9"   **Weight:** 185 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/12/2002
**Duty location or detail/TDY location during the incident:** Office of Field Operations / San Juan Field Operations
**Duty (or detail/TDY) location EOD:** 10/15/2025
**Duty status at the time of the incident:** ⊗ On duty   ○ Off duty
   **Activity:** Special Operations

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 23 years 0 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☒ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☒ Other |

   **List of other training:** CHS

**Wearing body armor?** ⊗ Yes   ○ No
**Attire:** ⊗ Uniform   ○ Plain clothes

**Was ORTIZ, JORGE E. assaulted?** ⊗ Yes   ○ No

**Was ORTIZ, JORGE E. injured?** ○ Yes   ⊗ No

## SUBJECTS: 1

**Name:** DIMAS, FERNANDO
   **Gender:** Male   **Date of birth:** [ PII ]   **Height:** 5'6" - 5'11"   **Weight:** 150 - 199 lbs
   **Attire:** ⊗ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown
   **Was the subject wearing body armor?** ○ Yes   ○ No   ⊗ Unknown
   **Immigration status:**
   **Country of citizenship:** Unknown
   **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   ○ Yes   ⊗ No
   **Subject's activity:**
      ☐ Illegal entry
      ☐ Uncooperative during encounter/inspection
      ☐ Failure to yield/heave to
      ☐ Checkpoint runner
      ☐ Port runner
      ☐ Alien smuggling
      ☐ Narcotics smuggling
      ☐ Scouting
      ☐ Assault (rocks/other projectiles)
      ☒ Assault (all other types)
      ☐ Rioting/civil disturbance
      ☐ Mass coordinated entry

CHC v. Noem CBP 001308

E-STAR incident ID: **LES** #25840

☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** Subject ran from the intersection and was picked up by a white ford edge. Local PD contacted driver to return to scene to provide statement. Local PD released subject.

**Did this subject assault a CBP employee?** ☒ Yes ○ No
   **Was the subject outside the US or its territories when committing the assault?** ○ Yes ☒ No
   **Weapon(s)/type of assault:**
      **Assault method:** Physically w/o weapon
         **Describe physical assault:** Smashing the passenger side windshield of vehicle with fist

**Was this subject arrested / taken into custody?** ○ Yes ☒ No
**Was this subject injured or claiming to be injured?** ○ Yes ○ No ☒ Unknown

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| DIMAS, FERNANDO | Physically w/o weapon - Smashing the passenger side windshield of vehicle with fist | POPKE, SHANE J. | ☒ Yes ○ No | Not injured in this incident |
| | | ORTIZ, JORGE E. | ☒ Yes ○ No | Not injured in this incident |
| | | LOIZOS, CARLOS S. | ☒ Yes ○ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

**Did this incident result in collateral property damage?** ☒ Yes ○ No

| Property type | Property sub type | Estimated damage | Description |
|---|---|---|---|
| Government | Vehicle<br><br>Make: Nissan<br>Model: Armada<br>Year: 2023<br>Type: Automobile | Moderate | Front windshield broken/shattered on passenger side of vehicle. |

**Did this incident result in collateral injury to a bystander?** ○ Yes ☒ No

## WITNESSES: 0

## NARRATIVE

**Narrative of POPKE, SHANE J.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation At Large" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.



CHC v. Noem CBP 001309

E-STAR incident ID: **LES** #25840

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 26, 2025, I, Special Operations Chief (SOC), Shane Popke, as a part of the Office of Field Operations (OFO), Special Response Team (SRT), (OFO/SRT) was deployed to Chicago, IL in support of Operation Midway Blitz.

On this date, I was driving an unmarked government vehicle, 2023 Nissan Armada **LEP** wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; our job was to provide security for the Strike Teams. USBP Strike Teams are working under Operation Midway Blitz, in Chicago, IL, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 1035 hours, we parked near the Police Station in working in Carpentersville, Illinois and had been experiencing dozens of different vehicles following our vehicle for over 30 minutes. A Cadillac sedan, gold/tan in color pulled up beside our vehicle and a male subject exited and approached our vehicle recording on his phone shouting "there's more of us than you!!".

At approximately 1040 hours, we departed the Police Department area after seeing the marked units depart the area.

Approximately 1045 hours, the mentioned Cadillac sedan was following our vehicle again; the Cadillac pulled in front of our vehicle and stopped in the middle of the road. I stopped approximately 20-30 feet behind the Cadillac to maintain a safe distance. The driver of the Cadillac exited and began to walk towards our vehicle, still in the middle of the road. I attempted to go around to the right of the Cadillac as there was a decent shoulder and right turn ahead. The male subject blocked the exit with his person, and I brought the vehicle to a slow stop, not wanting to run the person over. I continued to move cautiously forward, to exit the area because we still had several vehicles following behind us. The male subject, then approached the passenger side of our vehicle and hammer fisted punched the front windshield with his fist

The three of us immediately dismounted, Carlos Loizos and Jorge Ortiz approached the suspect who then fled on foot leaving his vehicle behind in the middle of the road. The suspect was not caught.

I then made the original right-hand turn to pick up Loizos and Ortiz. Upon picking them up and when attempting to exit the parking lot, an identified black male with long hair punched the driver side of our vehicle. This male was later observed aggressively tailing our vehicle including one time when we passed our vehicle and then proceeded to lock up his brakes in front of our unit.

IDVRS footage was not recorded.


**Narrative of ORTIZ, JORGE E.**


On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Confidential - Subject to Protective Order — CHC v. Noem CBP 001310

E-STAR incident ID: **LES** #25840

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team (SRT) Operator Jorge Ortiz. I have served in this position since 2002. I successfully completed the SRT selection course in 2009. I have 23 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.

On October 26, 2025, Customs and Border Protection (CBP), Special Response Team (SRT) Operator Jorge Ortiz, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers for Operation Midway Blitz. I was in a rough-duty CBP SRT uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; our job was to provide security for the Strike Teams. USBP Strike Teams are working under Operation Midway Blitz in Chicago, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

On this date, I was a rear passenger of an unmarked 2023 Nissan Armada **LEP** rental vehicle. At approximately 1046 hrs, myself with SOC Shane Popke, and SRTO Carlos Loizos approached the intersection of Route 25 and Besinger Drive in Carpentersville, Illinois 60110. A Cadillac Sedan plate number **PII** drove aggressively in front of our vehicle and suddenly stopped at the intersection blocking our direction of travel. SOC Popke gave significant spaces not to get blocked in, when the driver got out of his vehicle and stood in front of our vehicle. We had vehicles blocking my exit to the rear, SOC Popke continued to move slowly forward to trying to pass on the right side of the Cadillac, then the driver of the Cadillac made physical contact with our vehicle approached the passenger side of our vehicle and smashed the passenger side windshield with his fist.
The three of us immediately dismounted, approached the suspect who then fled. DIMAS then ran from the intersection leaving his vehicle. We chased the subject who was picked up at W Mall Dr. by a white Ford SUV with unknown license plates.
I was not injured and did not use any less lethal devices during the incident; my body worn camera was active during the time of the incident. Evidence **LES**

### Narrative of LOIZOS, CARLOS S.

On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation Midway Blitz underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team (SRT) Operator Carlos Loizos. I have served in this position since 2008. I successfully completed the SRT selection course in 2010. I have 17 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.

On October 26, 2025, Customs and Border Protection (CBP), Special Response Team (SRT) Operator Carlos Loizos, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers for Operation Midway Blitz. I was in a rough-duty CBP SRT uniform with all law enforcement identifiers clearly visible, in

CHC v. Noem CBP 001311

E-STAR incident ID: **LES** #25840

accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; our job was to provide security for the Strike Teams. USBP Strike Teams are working under Operation Midway Blitz in Chicago, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

On this date, I was a passenger of an unmarked 2023 Nissan Armada **LEP** rental vehicle. At approximately 1046 hrs, myself with SOC Shane Popke, and SRTO Jorge Ortiz approached the intersection of Route 25 and Besinger Drive in Carpentersville, Illinois 60110. A Cadillac tan sedan bearing Illinois tags **PII** quickly passed our vehicle and stopped at the intersection in front of our vehicle. SOC Popke gave significant spaces not to get blocked in, when the driver, later identified as Fernando DIMAS (DOB: **PII**) got out of his vehicle and stood in front of our vehicle. We had vehicles blocking our exit to the rear, SOC Popke continued to merge slowly forward into the right lane, DIMAS then approached the passenger side of our vehicle and punched the passenger side windshield with his fist.

The three of us immediately dismounted, approached the suspect who then fled. DIMAS then ran from the intersection leaving his vehicle. We chased the subject who was picked up by a white ford escort with unknown license plates.

Carpentersville PD dispatch contacted the driver of the Cadillac to return to the scene to provide statement. PD provided ID of suspect as, Fernando DIMAS (DOB: **PII**) residing at **PII**. The DOB month provided by Carpentersville Police department was incorrect.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was not active during the time of the incident.

## FILE ATTACHMENTS

File names:
**LES**.jpg
**LES**.jpg

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | LOIZOS, CARLOS S. | 10/27/2025 14:07 | |
| Approved | SMITH, CALDWELL A. | 10/27/2025 14:17 | |

CHC v. Noem CBP 001312