

LES #25956



**U.S. Customs and Border Protection**

# Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES 25956
**Title:** Blunt Object Thrown at Agents
**Incident date/time:** 11/11/2025 10:30
**Type:** ⊠ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** SANCHEZ, JOSE R.
**Creation date/time:** 11/11/2025 14:42
**Last updated by:** CHEATWOOD, JERAMI J.
**Last updated date/time:** 11/11/2025 16:50
**Reviewer:** CHEATWOOD, JERAMI J
**Date reviewed:** 11/11/2025

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ☐ Yes ⊗ No

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
**Landmark:** ILLINOIS
**Country/international waters:** United States of America
**Address:** LEP
**Incident coordinates:**
  **Latitude** LEP
  **Longitude** LEP
**Setting:** ☐ Indoors ⊗ Outdoors
  **Outdoor setting:** ⊗ On land ☐ In water (standing or swimming) ☐ On water (in vessel) ☐ In the air
**Description of the premises/location:** While driving on Canal Bank drive near Cicero Avenue in Cicero, IL
**Environmental factors:**
  **Weather:** ⊠ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:**

☒ Daylight     Dark     Dawn     Dusk     Good lighting     Poor lighting     Night vision aided     Other

**Estimated temperature (Fahrenheit):** 40

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SANCHEZ, JOSE R | Assistant Chief Patrol Agent | Phone | 11/11/2025 |

**Other authorities notified (external to CBP):**     ☒ Federal     Tribal     State     ☒ Local     Foreign

## EMPLOYEES: 2

**Name:** SOHRAB, ARMOON

**Gender:** Male     **Age:** 31     **Height:** 5'10"     **Weight:** 192 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 06/15/2020

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector

**Duty (or detail/TDY) location EOD:** 09/02/2025

**Duty status at the time of the incident:**  ⊗ On duty     Off duty

   **Activity:** Investigations

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** 5 years 5 months

   **CBP training previously received (not including basic academy training):**

|   BPAIST   |   BORSTAR   |   BORTAC   |   DITP   |   DTI   |
|---|---|---|---|---|
|   EDVPTP   |   EMT   |   FITP   |   LLITP (IFITP)   |   MFF   |
|   MRT   |   PITP   |   SRT   |   TATP   | ☒ Other |

   **List of other training:** Sector Intel

**Wearing body armor?**     Yes     ⊗ No

**Attire:**     Uniform     ⊗ Plain clothes

**Was SOHRAB, ARMOON assaulted?**     ⊗ Yes     No

**Was SOHRAB, ARMOON injured?**     Yes     ⊗ No

**Name:** DI BELLA, JUAN D.

**Gender:** Male     **Age:** 46     **Height:** 5'7"     **Weight:** 205 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 02/09/2003

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Buffalo Sector

**Duty (or detail/TDY) location EOD:** 09/24/2025

**Duty status at the time of the incident:**  ⊗ On duty     Off duty

   **Activity:** Investigations

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** 22 years 9 months

   **CBP training previously received (not including basic academy training):**

|   BPAIST   |   BORSTAR   |   BORTAC   |   DITP   |   DTI   |
|---|---|---|---|---|
| ☒ EDVPTP | ☒ EMT |   FITP   |   LLITP (IFITP)   |   MFF   |
|   MRT   |   PITP   |   SRT   |   TATP   |   Other   |

**Wearing body armor?**     Yes     ⊗ No

**Attire:**     Uniform     ⊗ Plain clothes

Was DI BELLA, JUAN D. assaulted?  ⊗ Yes    No

Was DI BELLA, JUAN D. injured?    Yes  ⊗ No

## SUBJECTS: 1

**Name:** UNKNOWN-1

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:**    Civilian    Paramilitary    Police    Nude  ⊗ Unknown

**Was the subject wearing body armor?**    Yes    No  ⊗ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes  ⊗ No

**Subject's activity:**
- Illegal entry
- Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- ☒ Assault (rocks/other projectiles)
- Assault (all other types)
- Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Subject's current location and disposition if known:** The subject was never observed. Only the heard the object strike the government vehicle as they drove away.

**Did this subject assault a CBP employee?** ⊗ Yes    No

  **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No

  **Weapon(s)/type of assault:**
    **Assault method:** Blunt instrument
    **Instrument description:** Unknown
    **Acquisition type:** Unknown
    **Concealment type:**

**Was this subject injured or claiming to be injured?**    Yes    No  ⊗ Unknown

## ASSAULTS: 2

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| UNKNOWN-1 | Blunt instrument - Unknown | SOHRAB, ARMOON | ⊗ Yes    No | Not injured in this incident |
| | | DI BELLA, JUAN D. | ⊗ Yes    No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage?   Yes  ⊗ No
Did this incident result in collateral injury to a bystander?   Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of DI BELLA, JUAN D.**

On November 11, 2025, at approximately 10:30 AM, in support of Operation Midway Blitz in Chicago, IL, I, PAIC Juan Di Bella, along with BPA-I Armoon Sohrab, we [LEP] [LEP] We were in plain clothes and operating an unmarked Chevrolet Tahoe positioned in the parking lot.

While stationary, we began hearing loud whistles and observed multiple individuals appearing to signal to others in the area, suggesting that our presence as Border Patrol agents had been identified. Shortly thereafter, approximately four vehicles surrounded our location, honking their horns and displaying aggressive behavior.

For officer safety, we exited the parking lot and attempted to leave the area; however, the same vehicles began to follow us in a threatening manner, continuing to honk and shout as they pursued. In an effort to evade the vehicles, I made an abrupt turn onto Canal Bank Drive near Cicero Avenue. While traveling on that road, we encountered two dump trucks positioned in a manner briefly obstructing the roadway.

Moments later, as we passed beneath a small overpass at Canal Bank Drive and South-Central Ave, we observed a person standing on the overpass directly above our line of travel. As we passed underneath, we heard a loud impact consistent with a projectile striking the vehicle, accompanied by a sound resembling a small explosion. We continued to drive to a secure location at the FBI building to ensure safety and report the incident.

Upon inspection of the vehicle, we observed a dent approximately one-half inch deep and three inches in circumference on the roofline above the passenger-side door. The damage extended to just before the top of the passenger-side window.

Due to the nature of the incident and ongoing officer safety concerns, we were unable to conduct an immediate follow-up investigation at the scene.

I do not have a service issued Body-Worn Camera nor have I ever been issued one in the past.

## FILE ATTACHMENTS

**File names:**
[LES]
[LES]
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | DI BELLA, JUAN | 11/11/2025 16:17 | |

|  | D. |  |  |
|---|---|---|---|
| Rejected | CHEATWOOD, JERAMI J. | 11/11/2025 16:37 | LES |
| Submitted | DI BELLA, JUAN D. | 11/11/2025 16:45 |  |
| Submitted | SANCHEZ, JOSE R. | 11/11/2025 16:49 |  |
| Approved | CHEATWOOD, JERAMI J. | 11/11/2025 16:50 |  |