

U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed    Active    Ready for review    Rejected    Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES 5863
**Title:** Operation Midway Blitz: Chicago - Assault/Use of Force 3608 W. 26th Street
**Shift start date/time:** 10/28/2025 17:30
**Shift end date/time:** 10/28/2025 17:35
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force    FTY/Vehicle pursuit by a CBP employee
     Unintentional firearm discharge    Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes    No
   **CBP Reporting Organizations:**
     ☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
     Air and Marine Operations
     Office of Field Operations
**Created by:** HUGHBANKS, DANIEL L.      **Creation date/time:** 10/28/2025 19:47
**Last updated by:** RODRIGUEZ, CARLOS      **Last updated date/time:** 10/30/2025 17:20
**Reviewer:** RODRIGUEZ, CARLOS      **Date reviewed:** 10/30/2025

## RELATED SYSTEMS: 3

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes    No

| IDVRS Evidence Serial Numbers: 3 |
| --- |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| Reporting organization: | |
| CBP | USBP |
| Other involved organizations: | |
| CBP | AMO |

**Were other CBP components/external agencies involved?** ⊗ Yes    No

CHC v. Noem

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
**Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
**Address:**
**Street:**
**City:** C | LEP
**Incident coordinates:**
**Latitude:**
**Longitude** | LEP
**Setting:** Indoors ⊗ Outdoors
**Outdoor setting:** ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** On street near 3608 W. 26th Street in Chicago
**Environmental factors:**
**Weather:** ☒ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
**Illumination:** ☒ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
**Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GARCIA JR, EFRAIN | SBPA | LES | 10/28/2025 |
| GAMBOA, DANIEL E | Section Chief - Operations | | 10/28/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 4

**Name:** MONTEMAYOR, VIDAL

**Gender:** Male    **Age:** 47    **Height:** 5'6"    **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/15/2002
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 23 years 0 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?**    Yes    ⊗ No

**Attire:**    Uniform    ⊗ Plain clothes

**Was MONTEMAYOR, VIDAL assaulted?** ⊗ Yes    No

**Did MONTEMAYOR, VIDAL use reportable force?** ⊗ Yes    No
**Force type:** Other
**Type of force:** Vehicle (e.g., an offensive driving technique or vehicle contact action)

CHC v. Noem

**Device description/comments:** Agent bumped vehicle blocking exit so agents could quickly depart the area

**Estimated use of force date/time (local):**

**Was this force type used again within the same shift (a break-in-the-action)?**     Yes     No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | ☒ Other - Need to leave area due to escalating violence | |

**Was MONTEMAYOR, VIDAL injured?**     Yes   ⊗ No

**Name:**  GLORIA, JAIME

**Gender:** Male     **Age:** 43     **Height:** 5'8"     **Weight:** 225 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 07/27/2009

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty     Off duty

     **Activity:** Patrol Interior

**Armed law enforcement experience:**

     **Total law enforcement experience at the time of the incident:** 16 years 3 months

     **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes     No

**Attire:** ⊗ Uniform     Plain clothes

**Was GLORIA, JAIME assaulted?** ⊗ Yes     No

**Did GLORIA, JAIME use reportable force?**     Yes   ⊗ No

**Was GLORIA, JAIME injured?**     Yes   ⊗ No

**Name:**  TELLO, JOSE C.

**Gender:** Male     **Age:** 49     **Height:** 5'7"     **Weight:** 175 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 10/19/2003

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty     Off duty

     **Activity:** Patrol Interior

**Armed law enforcement experience:**

     **Total law enforcement experience at the time of the incident:** 22 years 0 months

     **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes     No

**Attire:** ⊗ Uniform     Plain clothes

**Was TELLO, JOSE C. assaulted?** ⊗ Yes     No

CHC v. Noem

CBP001361

**Did TELLO, JOSE C. use reportable force?**     Yes   ⊗ No

**Was TELLO, JOSE C. injured?**     Yes   ⊗ No

**Name:** KAILIPAKA, CARL A.

**Gender:** Male    **Age:** 48    **Height:** 6'0"    **Weight:** 180 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 02/12/2009

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty      Off duty

   **Activity:** Patrol Interior

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** 16 years 8 months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes      No

**Attire:** ⊗ Uniform      Plain clothes

**Was KAILIPAKA, CARL A. assaulted?** ⊗ Yes      No

**Did KAILIPAKA, CARL A. use reportable force?**     Yes   ⊗ No

**Was KAILIPAKA, CARL A. injured?**     Yes   ⊗ No

# SUBJECTS: 2

**Name:** MASS GROUP

   **Estimated number of individuals in the group:** 20

   **Group description (Composition, attire, etc.):** Rapidly growing (in number of individuals) group of subjects throwing objects at vehicle and yelling at agents.

   **Was any member of this group wearing body armor?**     Yes      No   ⊗ Unknown

   **Group activity:**

      Illegal entry

      Uncooperative during encounter/inspection

      Failure to yield/heave to

      Checkpoint runner

      Port runner

      Alien smuggling

      Narcotics smuggling

      Scouting

   ☒ Assault (rocks/other projectiles)

   ☒ Assault (all other types)

   ☒ Rioting/civil disturbance

      Mass coordinated entry

      No suspected illegal activity

      Other

   **Group's current location and disposition if known:** The group most likely disbanded after agents departed the area

   **Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes      No

      **Was any member of the group outside the US or its territories when committing the assault?**

CHC v. Noem

CBP001362

Yes  ⊗ No

**Weapon(s)/type of assault:**
    **Assault method:**  Projectile (other than rock)
        **Projectile description:**  unknown
    **Estimated assault date/time (local):**  10/28/2025 17:35

    **Assault method:**  Rocking (rocks only)
    **Estimated assault date/time (local):**  10/28/2025 17:35

    **Assault method:**  Blunt instrument
        **Instrument description:**  Trash Can
    **Acquisition type:**  Unknown
    **Concealment type:**  Carried at ready
    **Estimated assault date/time (local):**  10/28/2025 17:35

**Was reportable force used on any member of this group not listed as an individual subject?**  Yes  ⊗ No

**Name:**  UNKNOWN-1

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:**  ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**  Yes  ⊗ No    Unknown

**Immigration status:**  Unknown

**Country of citizenship:**  Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes  ⊗ No

**Subject's activity:**

    Illegal entry

    Uncooperative during encounter/inspection

    Failure to yield/heave to

    Checkpoint runner

    Port runner

    Alien smuggling

    Narcotics smuggling

    Scouting

    Assault (rocks/other projectiles)

  ☒ Assault (all other types)

  ☒ Rioting/civil disturbance

    Mass coordinated entry

    No suspected illegal activity

    Other

**Subject's current location and disposition if known:**  Unknown agents quickly left the area

**Did this subject assault a CBP employee?**  ⊗ Yes    No

  **Was the subject outside the US or its territories when committing the assault?**  Yes  ⊗ No

  **Weapon(s)/type of assault:**
    **Assault method:**  Vehicle
    **Estimated assault date/time (local):**

**Was reportable force used on this subject?**  ⊗ Yes    No

  **Was the subject outside the US or its territories when this force was applied?**  Yes  ⊗ No

**Was the subject an occupant of a vehicle?**  ⊗ Yes    No

**Did CBP deploy a VID against a vehicle when this subject was driving it?**  Yes  ⊗ No

**Was this subject injured or claiming to be injured?**  Yes    No  ⊗ Unknown

CHC v. Noem

CBP001363

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?**  1
**Vehicle make:**  Toyota
**Vehicle model:**  RAV4
**Vehicle year:**  2020
**Vehicle type:**  Automobile
**Total damage to the vehicle (not including tire damage):**  Minimal/cosmetic
**Final disposition of the vehicle:**  Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-1 | Driver |

## ASSAULTS: 16

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| MASS GROUP | Projectile (other than rock) - unknown on 10/28/2025 17:35 | MONTEMAYOR, VIDAL | ⊗ Yes | No | Not injured in this incident |
| | | GLORIA, JAIME | ⊗ Yes | No | Not injured in this incident |
| | | TELLO, JOSE C. | ⊗ Yes | No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ⊗ Yes | No | Not injured in this incident |
| MASS GROUP | Rocking (rocks only) on 10/28/2025 17:35 | MONTEMAYOR, VIDAL | ⊗ Yes | No | Not injured in this incident |
| | | GLORIA, JAIME | ⊗ Yes | No | Not injured in this incident |
| | | TELLO, JOSE C. | ⊗ Yes | No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ⊗ Yes | No | Not injured in this incident |
| MASS GROUP | Blunt instrument - Trash Can on 10/28/2025 17:35 | MONTEMAYOR, VIDAL | ⊗ Yes | No | Not injured in this incident |
| | | GLORIA, JAIME | ⊗ Yes | No | Not injured in this incident |
| | | TELLO, JOSE C. | ⊗ Yes | No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ⊗ Yes | No | Not injured in this incident |
| UNKNOWN-1 | Vehicle | MONTEMAYOR, VIDAL | ⊗ Yes | No | Not injured in this incident |
| | | GLORIA, JAIME | ⊗ Yes | No | Not injured in this incident |
| | | | | | Not injured in this |

CHC v. Noem

| | | TELLO, JOSE C. | ⊗ Yes | No | incident |
|---|---|---|---|---|---|
| | | KAILIPAKA, CARL A. | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| MONTEMAYOR, VIDAL | Vehicle - Agent bumped vehicle blocking exit so agents could quickly depart the area | **Subject:** UNKNOWN-1<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Vehicle** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did this employee use ODT against this subject while the subject was driving this vehicle?**<br>**SUBJECT VEHICLE-1 - 2020 Toyota RAV4 Automobile** Yes<br>ODT deployment latitude: 41.84443, ODT deployment longitude: -87.71526,<br>Disposition of the ODT:Other - Pushed vehicle out of the way so agents could depart the area<br>Estimated speed when ODT was deployed: 1 mph |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No

**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of KAILIPAKA, CARL A.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 28, 2025, I Border Patrol Agent (BPA) Carl Kailipaka of the Rio Grande Valley Border Patrol Sector Mobile Response Team (MRT) was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the

LEP

security element to the Strike Teams as needed. I have 16 years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations. On this day, I was wearing a full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia, badge, and police/federal agent marking in the front and back of the uniform. This clearly identified me and my partners, Border Patrol Agents Jaime Gloria, Vidal Montemayor and Jose Tello, who were also outfitted in full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia with badge and police markings in the front and back of the uniform. Border

CHC v. Noem

Print Date: 2025-11-05

CBP001365

Patrol Agent Vidal Montemayor was the driver of our vehicle for this target specific operation. We were riding in an unmarked Service vehicle and traveling in a convoy of several other unmarked Service vehicles.

While the targeted enforcement operation was being conducted, we responded to a call for assistance from another QRF team that had their vehicle blocked by agitators [ LEP ] This area is a known stronghold of the Latin Kings gang who have recently made death threats towards border patrol officials. The target of our team had multiple bodyguards who were present at the time of his arrest. Our team had just successfully arrested the target, a Latin King gang leader. It seemed likely that delaying our departure from the area would lead to an armed encounter with the remaining gang members.

At approximately 1729 hours, while following another QRF vehicle, we made a right-hand tu[ LEP ]s we were turning two small SUV's coming from the opposite direction intentionally cut in front of us, separating us from the other QRF. Shortly after making the turn the small silver SUV in front of us, unknown make and model, made an abrupt stop blocking us from proceeding down the road. Several subjects walking on the street and sidewalk began to yell at us and advance in on our position. I noticed one subject on the passenger side of our vehicle running between two buildings, grabbing a broomstick, and ran back towards my door. As the subject got close to our vehicle, fearing for my safety and the safety of my partners given with the facts that there were numerous other hostile subjects around us picking up unknown objects to throw at us, there was no other QRF's with us at this exact moment, I made the decision to lower my window and unholstered my government issued Glock 47 handgun. The subject with the broomstick stopped and ran out of my view. We made a couple of attempts to get around the silver SUV only to have the silver SUV counter maneuver our efforts keeping us blocked in. Given all the facts above, we knew we had to get out of this increasingly hostile situation as quickly and safely as possible. At approximately 1730 hours BPA Montemayor made the decision to use our vehicle to push the silver SUV out of our way so we could exit the scene. No other vehicles were hit and/or damaged during this maneuver. As we were departing the area several unknown objects were thrown at us, striking our vehicle. There were no reported injuries to the QRF team during this event.

Incident was captured on my Body Worn Camera Axon Body 4 Video # 2025-10-28 1830[ LES ]YC and Body Camera [ LES ]

### Narrative of GLORIA, JAIME
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 28, 2025, I, Border Patrol Agent Jaime Gloria of the Rio Grande Valley Border Patrol Sector, was working in support
c[ 
 LEP 
 ]
(clear identifiers. I have 16 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations. On this day, I was wearing a full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia, badge, and police/federal agent marking in the front and back of the uniform. This clearly identified me and my partners, Border Patrol Agents C. Kailipaka, V. Montemayor, and J. Tello, who were also outfitted in full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia with badge and police markings in the front and back of the uniform.

While positioned at a nearby staging location waiting for the call to interdict and apprehend a high value target (Latin Kings gang member), the target location o[ LEP ]his area is a known stronghold of the Latin Kings gang who have recently made death threats towards border patrol officials. As we monitored radio traffic, we were alerted that nearby units were requesting backup via service. In response, we began to move from our position toward the units in distress. Before arriving, command instructed us to remain on the target. Shortly thereafter, we heard that the target had been successfully apprehended by other units. As we proceeded toward the target's last known location, while following another QRF vehicle, we made a right-hand turn onto[ LEP ]As we were turning two small SUV's coming from the opposite direction cut in front of us, separating us from the other QRF team. As our lead vehicle passed the location, their presence appeared to draw attention from nearby individuals, who seemed to want to incite violence while stopping the silver SUV, blocking our path. I

observed several individuals pointing toward our vehicle. One subject was armed with a wooden stick, while two others approached hauling a trash can and an unknown object in what appeared to be an attempt to throw them at our vehicle. While maneuvering to avoid confrontation, a loud impact was heard on the left side of our vehicle. My partner, Border Patrol Agent V. Montemayor, made a couple of attempts to get around the silver SUV only to have the silver SUV counter maneuver his efforts keeping us blocked in. Given all the facts above, we knew we had to get out of this increasingly hostile situation as quickly and safely as possible. BPA Montemayor made the decision to use our vehicle to push the silver SUV out of our way so we could exit the scene. No other vehicles were hit and/or damaged during this maneuver and we were able to safely drive the vehicle out of the area without further incident. After clearing the scene, I realized that my body worn camera had not been activated during the encounter. This was due to my efforts to try to secure my M4 and swap to less lethal alternative. This was reported to my supervisor D. Hughbanks.

After the incident, damage to the left side of the vehicle was assessed and photographed. Vehicle is mechanically safe to use with no issues besides a small blemish to the front bumper and small scuff on the left side of the vehicle.

**Narrative of MONTEMAYOR, VIDAL**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 28, 2025, I Border Patrol Agent (BPA) Vidal Montemayor of the Rio Grande Valley Border Patrol Sector Mobile Response Team (MRT) was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the

LEP

security element to the Strike Teams as needed. I have 23 years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations. On this day, I was wearing a full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia, badge, and police/federal agent marking in the front and back of the uniform. This clearly identified me and my partners, Border Patrol Agents Jaime Gloria, Carl Kailipaka and Jose Tello, who were also outfitted in full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia with badge and police markings in the front and back of the uniform.
While the targeted enforcement operation was being conducted, we responded to a call for assistance from another QRF team that had their vehicle blocked by agitators near the [                     LEP                     ] nois. This area is a known stronghold of the Latin Kings gang who have recently made death threats towards border patrol officials. The target of our team had multiple bodyguards who were present at the time of his arrest. Our team had just successfully arrested the target, a Latin King gang leader. It seemed likely that delaying our departure from the area would lead to an armed encounter with the remaining gang members.

At approximately 5:29PM we arrived at the target location where the subject had been detained, when my vehicle was blocked by an aggressive agitator operating a small silver SUV, unknown make and model. Multiple individuals surrounded our vehicle and began exhibiting hostile behavior, including rocking the minivan and striking it with sticks and rocks. I believe that driver of the SUV was collaborating with the agitators by blocking our exit so that they could continue to assault us.

I attempted to maneuver around the blocking vehicle, which appeared to be operated by a young female. The female repositioned her vehicle, blocking my path a second time. At this point, several agitators around my vehicle escalated their aggression, continuing to strike and throw objects, causing visible damage to the exterior of my vehicle.

My partners reported observing multiple individuals in the vicinity holding unknown objects. Considering the volatile environment and known gang activity in the area, I determined the situation presented an imminent threat to the safety of myself and my team.

To ensure our safety and regain mobility, at approximately 5:30 PM I engaged the vehicle in front of me with a controlled PIT-

CHC v. Noem

style maneuver, displacing it to the side of the roadway. The maneuver involved me slowly approaching the rear bumper of the SUV and accelerating as contact was made. This allowed sufficient space for me to accelerate and exit the area safely.

I acted in accordance with my responsibility as driver of the QRF team to protect my partners and myself from serious harm. No further contact was made with the agitators after clearing the immediate area.

There were no reported injuries to the agents. Damage to the vehicle was reported, photographed and documented.
Incident was captured on my Body Worn Camera Axon Body 4 Video # 2025-10-28 1830 DC [LES]
Body Cam [LES]

**Narrative of TELLO, JOSE C.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 28, 2025, I Border Patrol Agent (BPA) Jose C. Tello of the Rio Grande Valley Border Patrol Sector Mobile Response Team (MRT) was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, Illinois

[LEP]

the Strike Teams as needed. I have 22 years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations. On this day, I was wearing a full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia, badge, and police/federal agent marking in the front and back of the uniform. This clearly identified me and my partners, Border Patrol Agents Jaime Gloria, Vidal Montemayor and Carl Kailipaka, who were also outfitted in full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia with badge and police markings in the front and back of the uniform. Border Patrol Agent Vidal Montemayor was the driver of our vehicle for this target specific operation. We were riding in an unmarked Service vehicle and traveling in a convoy of several other unmarked Service vehicles.

While the targeted enforcement operation was being conducted, we responded to a call for assistance from another QRF team that had their vehicle blocked by agitators near the target locati[  LEP  ]is area is a known stronghold of the Latin Kings gang who have recently made death threats towards border patrol officials. The target of our team had multiple bodyguards who were present at the time of his arrest. Our team had just successfully arrested the target, a Latin King gang leader. It seemed likely that delaying our departure from the area would lead to an armed encounter with the remaining gang members.

At approximately 1729 hours, while following another QRF vehicle, we made a right-hand [ LEP ] ve were turning two small SUV's coming from the opposite direction intentionally cut in front of us, separating us from the other QRF. Shortly after making the turn the small silver SUV in front of us, unknown make and model, made an abrupt stop blocking us from proceeding down the road. I believe that the driver of the SUV was collaborating with the agitators by blocking our exit so that they could continue to assault us. Several subjects walking on the street and sidewalk began to yell at us and advance in on our position. I noticed one subject with a broom in front of our unit swinging it in a hostile manner. I then noticed another subject on the driver's side near the sidewalk and threw an unknow heavy object that missed the windows and hit the roof support collum next to my head. I feared my safety and the safety of my partners given with the fact that there were numerous other hostile subjects around us picking up unknown objects to throw at us, I put down my less lethal and picked up assigned M-4 and took defensive tactical position to protect our driver. There were no other QRFs with us at this exact moment. We made a couple of attempts to get around a silver SUV only to have the silver SUV counter maneuver our efforts keeping us blocked in. Given all the facts above, we knew we had to get out of this increasingly hostile situation as quickly and safely as possible. At approximately 1730 hours BPA Montemayor made the decision to use our vehicle to push the silver SUV out of our way so we could exit the scene. No other vehicles were hit and/or damaged during this maneuver. As we were departing the area several unknown objects were thrown at us, striking our vehicle. There were no reported injuries to the QRF team during this event.

CHC v. Noem

CBP001368

Incident was captured on my Body Worn Camera Axon Body 4 Video # 2025-10-28 1830 D01A39 [LES] nd Body Camera [LES]

## FILE ATTACHMENTS

**File names:**

[LES]

[LES]

[LES]

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|-----|------|----------|
| Submitted | HUGHBANKS, DANIEL L. | 10/29/2025 19:21 | |
| Approved | RODRIGUEZ, CARLOS | 10/30/2025 13:14 | |
| Reopened | HUGHBANKS, DANIEL L. | 10/30/2025 14:56 | [LES] |
| Submitted | HUGHBANKS, DANIEL L. | 10/30/2025 15:06 | |
| Rejected | RODRIGUEZ, CARLOS | 10/30/2025 16:57 | [LES] |
| Submitted | HUGHBANKS, DANIEL L. | 10/30/2025 17:13 | |
| Approved | RODRIGUEZ, CARLOS | 10/30/2025 17:20 | |

CHC v. Noem

CBP001369