

**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

| Current Status: | ⊗ Completed | ☐ Active | ☐ Ready for review | ☐ Rejected | ☐ Deleted |

## INCIDENT INFORMATION

E-STAR incident ID: LES  E-STAR incident ID: #25871
Title: Operation Midway Blitz: Chicago - Vehicle Assault Blue Tahoe
Incident date/time: 10/28/2025 17:20
Type: ⊠ Assault against CBP personnel   ☐ Reportable use of force   ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge   ☐ Intentional firearm discharge
Was this a mass encounter incident?   ☐ Yes   ⊗ No
Reporting organization: El Centro Sector / Calexico Station
Created by: VELEZ, CHRISTOPHER S.          Creation date/time: 10/29/2025 17:55
Last updated by: HUGHBANKS, DANIEL L.       Last updated date/time: 11/04/2025 18:25
Reviewer: HUGHBANKS, DANIEL L               Date reviewed: 11/04/2025

## RELATED SYSTEMS: 1

Is there IDVRS footage (Evidence Serial Number) associated with this incident?   ⊗ Yes   ☐ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |
| Other involved organizations: | |
| CBP | OPR |

Were other CBP components/external agencies involved?   ⊗ Yes   ☐ No

## LOCATION/ENVIRONMENTAL CONDITIONS

Incident location/AOR: Detroit Sector / Gibraltar Station
    Landmark: ILLINOIS
Country/international waters: United States of America
    Address:
        Street: 2115 S Central Park Ave
        City: Chicago    State: ILLINOIS    Zip: 60623
Incident coordinates:
    Latitude: 41.85302
    Longitude: -87.71499

Page 1 of                                                      Print Date: 2025-11-05
CHC v. Noem                                                    CBP001374

**Setting:** Indoors ⊗ Outdoors
**Outdoor setting:** ⊗ On land   In water (standing or swimming)   On water (in vessel)   In the air
**Description of the premises/location:** In a neighborhood on Central Park Ave. near residence 2115 S Central Park Ave, Chicago, Illinois 60623.
**Environmental factors:**
  **Weather:** ☒ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
  **Illumination:** ☒ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other
  **Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SANTIZO JR, GUILLERMO | | Radio | 10/28/2025 |
| GAMBOA, DANIEL E | | Radio | 10/28/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 8

**Name:** VELEZ, CHRISTOPHER S.
  **Gender:** Male   **Age:** 36   **Height:** 6'3"   **Weight:** 210 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 06/15/2020
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 5 years 4 months
    **CBP training previously received (not including basic academy training):**
      BPAIST   BORSTAR   BORTAC   DITP   DTI
      EDVPTP   EMT   FITP   LLITP (IFITP)   MFF
      MRT   PITP   SRT   TATP   Other

  **Wearing body armor?** ⊗ Yes   No
  **Attire:** ⊗ Uniform   Plain clothes

  **Was VELEZ, CHRISTOPHER S. assaulted?** ⊗ Yes   No

  **Was VELEZ, CHRISTOPHER S. injured?** Yes ⊗ No

**Name:** YULO JR, ALFREDO
  **Gender:** Male   **Age:** 38   **Height:** 5'9"   **Weight:** 230 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 03/18/2013
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior
  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 12 years 7 months
    **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No

**Attire:** ☒ Uniform   Plain clothes

**Was YULO JR, ALFREDO assaulted?** ☒ Yes   No

**Was YULO JR, ALFREDO injured?**   Yes   ☒ No

**Name:** KIM, DAVID S.

**Gender:** Male   **Age:** 51   **Height:** 5'6"   **Weight:** 165 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 01/24/2000

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ☒ On duty   Off duty

  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 25 years 10 months
  **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No

**Attire:** ☒ Uniform   Plain clothes

**Was KIM, DAVID S. assaulted?** ☒ Yes   No

**Was KIM, DAVID S. injured?**   Yes   ☒ No

**Name:** BOVINO, GREGORY K.

**Gender:** Male   **Age:** 55   **Height:** 5'9"   **Weight:** 168 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 11/18/1996

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ☒ On duty   Off duty

  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 28 years 11 months
  **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| ☒ EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No

**Attire:** ☒ Uniform   Plain clothes

**Was BOVINO, GREGORY K. assaulted?** ☒ Yes   No

**Was BOVINO, GREGORY K. injured?**   Yes   ☒ No

**Name:** MCCASLIN, RACHEL M.

**Gender:** Female  **Age:** 40  **Height:** 5'7"  **Weight:** 125 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/05/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 16 years 7 months
  **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes  ☐ No
**Attire:** ⊗ Uniform  ☐ Plain clothes

**Was MCCASLIN, RACHEL M. assaulted?** ⊗ Yes  ☐ No

**Was MCCASLIN, RACHEL M. injured?** ☐ Yes  ⊗ No

**Name:** SANCHEZ, JOSE R.
**Gender:** Male  **Age:** 40  **Height:** 6'2"  **Weight:** 210 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/04/2007
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 18 years 4 months
  **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes  ☐ No
**Attire:** ⊗ Uniform  ☐ Plain clothes

**Was SANCHEZ, JOSE R. assaulted?** ⊗ Yes  ☐ No

**Was SANCHEZ, JOSE R. injured?** ☐ Yes  ⊗ No

**Name:** APONTE, RANDY
**Gender:** Male  **Age:** 30  **Height:** 5'11"  **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/22/2023
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 2 years 0 months
  **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes  No

**Attire:** ⊗ Uniform  Plain clothes

**Was APONTE, RANDY assaulted?** ⊗ Yes  No

**Was APONTE, RANDY injured?**  Yes  ⊗ No

**Name:** WILLIAMSON, DEANDRE O.
**Gender:** Male  **Age:** 37  **Height:** 5'9"  **Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/09/2020
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty  Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 5 years 7 months
   **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes  No

**Attire:** ⊗ Uniform  Plain clothes

**Was WILLIAMSON, DEANDRE O. assaulted?** ⊗ Yes  No

**Was WILLIAMSON, DEANDRE O. injured?**  Yes  ⊗ No

## SUBJECTS: 1

**Name:** UNKNOWN-1
**Gender:** Unknown  **Age:** Unknown  **Height:** Unknown  **Weight:** Unknown
**Attire:**  Civilian  Paramilitary  Police  Nude  ⊗ Unknown
**Was the subject wearing body armor?**  Yes  No  ⊗ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes  ⊗ No
**Subject's activity:**
   Illegal entry
   Uncooperative during encounter/inspection
   Failure to yield/heave to
   Checkpoint runner
   Port runner
   Alien smuggling
   Narcotics smuggling
   Scouting

      Assault (rocks/other projectiles)
☒ Assault (all other types)
      Rioting/civil disturbance
      Mass coordinated entry
      No suspected illegal activity
      Other

**Subject's current location and disposition if known:** Location unknown. Subject escaped when weapons were drawn on his vehicle.

**Did this subject assault a CBP employee?** ☒ Yes    No

    **Was the subject outside the US or its territories when committing the assault?** Yes   ☒ No

    **Weapon(s)/type of assault:**
        **Assault method:** Vehicle

**Was this subject injured or claiming to be injured?**    Yes    No   ☒ Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** Chevrolet
**Vehicle model:** Tahoe
**Vehicle year:** 2000
**Vehicle type:** Automobile
**Total damage to the vehicle (not including tire damage):** None
**Final disposition of the vehicle:** Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-1 | Driver |

## ASSAULTS: 8

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| UNKNOWN-1 | Vehicle | VELEZ, CHRISTOPHER S. | ☒ Yes   No | Not injured in this incident |
| | | YULO JR, ALFREDO | ☒ Yes   No | Not injured in this incident |
| | | KIM, DAVID S. | ☒ Yes   No | Not injured in this incident |
| | | BOVINO, GREGORY K. | ☒ Yes   No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ☒ Yes   No | Not injured in this incident |
| | | SANCHEZ, JOSE R. | ☒ Yes   No | Not injured in this incident |
| | | WILLIAMSON, DEANDRE O. | ☒ Yes   No | Not injured in this incident |

|  |  | APONTE, RANDY | ⊗ Yes | No | Not injured in this incident |
|---|---|---|---|---|---|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage?   Yes  ⊗ No
Did this incident result in collateral injury to a bystander?   Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of YULO JR, ALFREDO**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

I, Border Patrol Agent (BPA) Alfredo Yulo, have been employed as a Border Patrol Agent for over 11 years at the El Centro Sector. El Centro Sectors area of responsibility consists of an urban city in Calexico, CA that opens up to irrigation canals and agriculture fields to the east of the city. In the Calexico area of responsibility, the area we patrol surrounding the city and agriculture fields, open desert and to the west end of the AOR mountainous regions. To the east end is sparse brush areas that meets with the Imperial Sand Dunes on the easternmost zone. I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

On October 28th 2025 at approximately 5:10pm, while operating in a marked convoy of agency vehicles with emergency lights and sirens activated, agents observed a dark blue Chevrolet sport-utility vehicle bearing Illinois license plates LEP traveling within the Little Village area of South-Central Park Ave between West Cermak Rd. and West Ogdon Ave. The convoy, consisting of approximately four to five vehicles, was engaged in enforcement operations in a densely populated urban corridor known for prior threats toward agents. The lead vehicle contained five personnel: SBPA Velez, BPA Aponte, ACPA Kim, BPA Yulo and BPA Williamson. The second vehicle contained four personnel: Two OPR security detail assigned to Chief Bovino a driver and passenger, CPA Bovino, XO Mccaslin and ACPA Sanchez. The suspect vehicle engaged in extremely aggressive and erratic driving maneuvers that created an immediate and lethal hazard to both law-enforcement personnel and uninvolved civilians. The vehicle repeatedly accelerated through congested lanes, weaved between traffic, and changed lanes without signaling, coming dangerously close to both marked and unmarked agency vehicles. On several occasions, the driver crossed into oncoming lanes of traffic to bypass stopped vehicles, forcing civilian motorists to brake abruptly and swerve to avoid head-on collisions. The suspect vehicle maneuvered into extremely tight gaps, using its reinforced front end to intimidate other drivers and force space.

The suspect SUV was equipped with a heavy-duty steel front bumper and grille guard— hardware commonly associated with vehicles known as "rammers." These modifications are designed to reinforce the front structure, enabling the vehicle to strike or push through obstacles or other vehicles, including law-enforcement units, without sustaining disabling damage. Given the equipment and the manner of operation, the vehicle was effectively weaponized and capable of inflicting deadly force through ramming. Agents within the convoy were forced to adjust tactics, including temporary disengagement and repositioning, to avoid

a potential assault. Despite multiple units operating with emergency lights and sirens activated, the suspect ignored all lawful commands and continued to drive aggressively through the area.

At one point during the encounter, the blue Chevrolet SUV intentionally cut off multiple agent vehicles operating within the convoy. The driver rapidly accelerated from the shoulder and veered sharply in front of a marked unit with lights and sirens active, forcing the agent to brake and swerve to avoid collision. The vehicle then positioned itself directly ahead of law enforcement units, matching their speed and obstructing movement as if attempting to block or bait a response. These actions demonstrated a deliberate effort to interfere with official operations and created a clear and immediate threat and danger to agents and nearby motorists.

During the same sequence, agents observed the suspect driver steer the vehicle up onto the sidewalk in a busy commercial area, using the pedestrian walkway to bypass stopped traffic. The SUV traveled dangerously close to storefront entrances, parked vehicles, and areas where civilians typically walk. Operating a full-size vehicle in that environment posed an extreme threat to pedestrians and underscored the driver's complete disregard for public safety. The combination of obstructing emergency vehicles and driving on the sidewalk showed a reckless indifference to life and intent to endanger both law-enforcement and civilians alike.

The incident occurred in a densely populated business and residential corridor with heavy vehicle and foot traffic. The suspect's actions—including cutting off responding agents, entering opposing traffic lanes, and driving onto a public sidewalk—demonstrated complete disregard for human life and public safety. The combination of deliberate interference, aggressive maneuvering, and reinforced ramming capability presented an imminent threat of serious bodily injury or death to agents and civilians. Reporting personnel advised that individuals operating such "rammer" vehicles have publicly displayed them online and, in some instances, issued threats directed toward Border Patrol agents.

The dark blue Chevrolet SUV's conduct during this encounter made it clear the vehicle was not being operated negligently, but rather as an intentionally dangerous instrument. Through deliberate and calculated driving, the driver weaponized the vehicle in a manner consistent with vehicular assault. The professionalism and restraint demonstrated by agents during this incident prevented what could have resulted in severe injury or loss of life to both law-enforcement personnel and members of the public.

Bodycams were activated in our vehicle (lead vehicle) prior to dismounting and addressing multiple tail vehicles to include the above describe Blue Tahoe Illinois license plates **LEP**

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/04/2025 18:09 | |
| Approved | HUGHBANKS, DANIEL L. | 11/04/2025 18:25 | |