

**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

E-STAR incident ID: LES 25884
Title: Operation Midway Blitz: Chicago- Assault / Use Force - Oakton and Asbury, Evanston, IL
Shift start date/time: 10/31/2025 06:00
Shift end date/time: 10/31/2025 23:59
Type: ⊠ Assault against CBP personnel  ⊠ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
  ☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
Was this a mass encounter incident? ⊗ Yes  ☐ No
  CBP Reporting Organizations:
  ⊠ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
  ☐ Air and Marine Operations
  ⊠ Office of Field Operations Location: Office of Field Operations / Chicago Field Operations
  Did this incident occur within the confines of a port of entry? ☐ Yes  ⊗ No
Created by: BURGESS, HOLLIE ANN                    Creation date/time: 10/31/2025 14:09
Last updated by: HUGHBANKS, DANIEL L.              Last updated date/time: 11/06/2025 09:33
Reviewer: HUGHBANKS, DANIEL L                      Date reviewed: 11/06/2025

## RELATED SYSTEMS: 7

Is there IDVRS footage (Evidence Serial Number) associated with this incident? ⊗ Yes  ☐ No

| IDVRS Evidence Serial Numbers: 6 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |
| CBP | OFO |

Were other CBP components/external agencies involved?   Yes   ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
   **Address:**
      **Street:** Oakten Street and Asbury Avenue
      **City:** Evanston   **State:** ILLINOIS   **Zip:** 60202
**Incident coordinates:**
   **Latitude:** 42.02672
   **Longitude:** -87.68989
**Setting:**   Indoors   ⊗ Outdoors
   **Outdoor setting:** ⊗ On land   In water (standing or swimming)   On water (in vessel)   In the air
**Description of the premises/location:** On the roadway near Oakten Street and Asbury Avenue, Evanston, Illinois 60202.
**Environmental factors:**
   **Weather:** ⊠ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
   **Illumination:** ⊠ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other
   **Estimated temperature (Fahrenheit):** 53

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| POPKE, SHANE J | | Phone | 10/31/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 6

**Name:** MAXA, EDWARD J.
   **Gender:** Male   **Age:** 42   **Height:** 5'10"   **Weight:** 180 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 05/26/2009
   **Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations
   **Duty (or detail/TDY) location EOD:** 10/15/2025
   **Duty status at the time of the incident:** ⊗ On duty   Off duty
      **Activity:** Special Operations
   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 16 years 6 months
      **CBP training previously received (not including basic academy training):**

|   |   |   |   |   |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | ⊠ FITP | LLITP (IFITP) | ⊠ MFF |
| MRT | PITP | ⊠ SRT | TATP | Other |

   **Wearing body armor?** ⊗ Yes   No
   **Attire:** ⊗ Uniform   Plain clothes
   **Was MAXA, EDWARD J. assaulted?**   Yes   ⊗ No
   **Did MAXA, EDWARD J. use reportable force?** ⊗ Yes   No
      **Force type:** Less-lethal Device
      **Device:** OC (Pepper Spray Hand Held Canister)
      **Device type:** Stream

**Estimated use of force date/time (local):** 10/31/2025 12:28
**Posture:** ☒ Standing　　Kneeling　　Prone　　Other
**Estimated distance:** 6 feet
**Was this force type used again within the same shift (a break-in-the-action)?**　　Yes　⊗ No
**Reason(s) for this use of force:**

☒ Protect self　　　　　　　　☒ Protect co-worker　　　　　　☒ Protect innocent 3rd party
☒ Protect non-CBP officer/agent　☒ Effect an arrest or detention　　Prevent escape
　Overcome resistance　　　　　Stop vehicle　　　　　　　　　Vessel failure to heave to
　Animal euthanization　　　　　Other

**Was MAXA, EDWARD J. injured?**　　Yes　⊗ No

**Name:** HICKMOTT, RYAN P.
**Gender:** Male　**Age:** 44　**Height:** 5'9"　**Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/23/2011
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations
**Duty (or detail/TDY) location EOD:** 10/30/2025
**Duty status at the time of the incident:** ⊗ On duty　　Off duty
　**Activity:** Special Operations

**Armed law enforcement experience:**
　**Total law enforcement experience at the time of the incident:** 14 years 0 months
　**CBP training previously received (not including basic academy training):**

|  BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | ☒ Other |

　**List of other training:** AS

**Wearing body armor?**　⊗ Yes　　No
**Attire:** ⊗ Uniform　　Plain clothes

**Was HICKMOTT, RYAN P. assaulted?**　　Yes　⊗ No

**Did HICKMOTT, RYAN P. use reportable force?**　　Yes　⊗ No

**Was HICKMOTT, RYAN P. injured?**　　Yes　⊗ No

**Name:** MARTINEZ, JOSE L.
**Gender:** Male　**Age:** 54　**Height:** 6'0"　**Weight:** 180 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 04/26/2009
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations
**Duty (or detail/TDY) location EOD:** 10/30/2025
**Duty status at the time of the incident:** ⊗ On duty　　Off duty
　**Activity:** Special Operations

**Armed law enforcement experience:**
　**Total law enforcement experience at the time of the incident:** 16 years 0 months
　**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?**　⊗ Yes　　No
**Attire:** ⊗ Uniform　　Plain clothes

| | |
|---|---|
| **Was MARTINEZ, JOSE L. assaulted?** | ⊗ Yes   No |
| **Did MARTINEZ, JOSE L. use reportable force?** | Yes ⊗ No |
| **Was MARTINEZ, JOSE L. injured?** | Yes ⊗ No |

**Name:** PARSONS, THOMAS J.
  **Gender:** Male  **Age:** 41  **Height:** 6'0"  **Weight:** 220 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 12/13/2007
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/04/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 17 years 10 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was PARSONS, THOMAS J. assaulted?** ⊗ Yes   No

**Did PARSONS, THOMAS J. use reportable force?** ⊗ Yes   No
  **Force type:** Other
  **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
  **Description of physical force:** Performed knee strikes to counter being assaulted
  **Estimated use of force date/time (local):** 10/31/2025 09:45
  **Was this force type used again within the same shift (a break-in-the-action)?** Yes ⊗ No
  **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| ☒ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was PARSONS, THOMAS J. injured?** Yes ⊗ No

**Name:** ESPARZA, JONATAN A.
  **Gender:** Male  **Age:** 31  **Height:** 5'8"  **Weight:** 205 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 08/24/2021
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/04/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 4 years 2 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor? ⊗ Yes    No
Attire: ⊗ Uniform    Plain clothes

Was ESPARZA, JONATAN A. assaulted? ⊗ Yes    No

Did ESPARZA, JONATAN A. use reportable force?    Yes    ⊗ No

Was ESPARZA, JONATAN A. injured?    Yes    ⊗ No

**Name:** DONAHUE, TIMOTHY R.
**Gender:** Male    **Age:** 38    **Height:** 5'9"    **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 04/28/2019
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 6 years 6 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor? ⊗ Yes    No
Attire: ⊗ Uniform    Plain clothes

Was DONAHUE, TIMOTHY R. assaulted?    ⊗ Yes    No

Did DONAHUE, TIMOTHY R. use reportable force?    ⊗ Yes    No
    **Force type:** Other
    **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
    **Description of physical force:** Pressure Point Strike to Let
    **Estimated use of force date/time (local):** 10/31/2025 12:43
    Was this force type used again within the same shift (a break-in-the-action)?    Yes    ⊗ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| Protect self | Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | ☒ Effect an arrest or detention | Prevent escape |
| ☒ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

Was DONAHUE, TIMOTHY R. injured?    Yes    ⊗ No

## SUBJECTS: 5

**Name:** MASS GROUP
    **Estimated number of individuals in the group:** 50
    **Group description (Composition, attire, etc.):** Approximately 50 or more individuals wearing civilian clothing, group size increasing with time.
    Was any member of this group wearing body armor?    Yes    No    ⊗ Unknown
    **Group activity:**
        Illegal entry
        ☒ Uncooperative during encounter/inspection
        Failure to yield/heave to

        Checkpoint runner
        Port runner
        Alien smuggling
        Narcotics smuggling
        Scouting
        Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
        Mass coordinated entry
        No suspected illegal activity
        Other

**Group's current location and disposition if known:** Group dispersed after agents left the area

**Did any member of this group not listed as an individual subject assault a CBP employee?**   Yes   ⊗ No

**Was reportable force used on any member of this group not listed as an individual subject?**   Yes   ⊗ No

**Name:** UNKNOWN-1

**Gender:** Male   **Age:** 26-30 years old   **Height:** 5'6" - 5'11"   **Weight:** 150 - 199 lbs

**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown

**Was the subject wearing body armor?**   Yes   No   ⊗ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**   Yes   ⊗ No

**Subject's activity:**

        Illegal entry
☒ Uncooperative during encounter/inspection
        Failure to yield/heave to
        Checkpoint runner
        Port runner
        Alien smuggling
        Narcotics smuggling
        Scouting
        Assault (rocks/other projectiles)
☒ Assault (all other types)
        Rioting/civil disturbance
        Mass coordinated entry
        No suspected illegal activity
        Other

**Subject's current location and disposition if known:** Unknown subject spit in BPA face and moved back into the crowd.

**Did this subject assault a CBP employee?** ⊗ Yes   No

    **Was the subject outside the US or its territories when committing the assault?**   Yes   ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Spitting
        **Estimated assault date/time (local):** 10/31/2025 12:28

**Was reportable force used on this subject?** ⊗ Yes   No

    **Was the subject outside the US or its territories when this force was applied?**   Yes   ⊗ No

**Was the subject an occupant of a vehicle?**

Yes  ⊗ No
**Was this subject injured or claiming to be injured?**    Yes  ⊗ No   Unknown

**Name:** MORIARTY, JENNIFER ANN
**Gender:** Female   **Date of birth:** PII 966   **Height:** 5'4"   **Weight:** 115 pounds
**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes  ⊗ No   Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes  ⊗ No
**Subject's activity:**

  Illegal entry
⊠ Uncooperative during encounter/inspection
  Failure to yield/heave to
  Checkpoint runner
  Port runner
  Alien smuggling
  Narcotics smuggling
  Scouting
  Assault (rocks/other projectiles)
⊠ Assault (all other types)
  Rioting/civil disturbance
  Mass coordinated entry
  No suspected illegal activity
  Other

**Subject's current location and disposition if known:** Transported to FBI for further investigation

**Did this subject assault a CBP employee?** ⊗ Yes   No
  **Was the subject outside the US or its territories when committing the assault?**   Yes  ⊗ No
  **Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
      **Describe physical assault:** Struck agents with her hand
    **Estimated assault date/time (local):** 10/31/2025 12:28

**Was reportable force used on this subject?** ⊗ Yes   No
  **Was the subject outside the US or its territories when this force was applied?**   Yes  ⊗ No

**Was the subject an occupant of a vehicle?**   Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes   No
  **Arrested / taken into custody by:** ⊗ CBP   Other federal agency   State agency   Local agency
    **Was an administrative action initiated for this subject by CBP?**   Yes  ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes   No
    **Prosecution By:**   CBP  ⊗ Other federal agency   State agency   Local agency
**Was this subject injured or claiming to be injured?**   Yes  ⊗ No   Unknown

**Name:** AFRICANO, MARCELLO N.
**Gender:** Male   **Date of birth:** PII 998   **Height:** 5'8"   **Weight:** 130 pounds
**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes  ⊗ No   Unknown
**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes   ⊗ No
**Subject's activity:**
    Illegal entry
    ⊠ Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    Assault (rocks/other projectiles)
    ⊠ Assault (all other types)
    Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other
**Subject's current location and disposition if known:** Transported to FBI Facility for further processing

**Did this subject assault a CBP employee?** ⊗ Yes   No
  **Was the subject outside the US or its territories when committing the assault?**  Yes  ⊗ No

  **Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
      **Describe physical assault:** Kicked at Agents
    **Estimated assault date/time (local):** 10/31/2025 12:26

    **Assault method:** Physically w/o weapon
      **Describe physical assault:** Grabbed/squeezed BPA Parsons' genitals
    **Estimated assault date/time (local):** 10/31/2025 12:28

**Was reportable force used on this subject?** ⊗ Yes   No
  **Was the subject outside the US or its territories when this force was applied?**  Yes  ⊗ No

**Was the subject an occupant of a vehicle?**  Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes   No
  **Arrested / taken into custody by:** ⊗ CBP  Other federal agency  State agency  Local agency
    **Was an administrative action initiated for this subject by CBP?**  Yes  ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes  No
    **Prosecution By:**  CBP  ⊗ Other federal agency  State agency  Local agency

**Was this subject injured or claiming to be injured?** ⊗ Yes  No  Unknown
**Injury information:**
  **Injury type:** Superficial injuries (no treatment expected)
  **Injury Comment:** Facial Bruising and Swelling
  **Refused medical attention?**  Yes  ⊗ No
  **Received treatment?**  Yes  ⊗ No
  **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | ⊠ Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |

    Rear lower torso/back                                        Front below waist/groin area
    Rear below waist/buttocks                               Arms/hands
    Front legs/feet                                                Rear legs

**Name:** POLANCO, NANCY

**Gender:** Female    **Date of birth:** [PII] 1991    **Height:** 5'0"    **Weight:** 175 pounds

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**   Yes   ⊗ No   Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes   ⊗ No

**Subject's activity:**

     Illegal entry
     ☒ Uncooperative during encounter/inspection
     Failure to yield/heave to
     Checkpoint runner
     Port runner
     Alien smuggling
     Narcotics smuggling
     Scouting
     Assault (rocks/other projectiles)
     ☒ Assault (all other types)
     Rioting/civil disturbance
     Mass coordinated entry
     No suspected illegal activity
     Other

**Subject's current location and disposition if known:** Transported to FBI facility for further processing

**Did this subject assault a CBP employee?**   ⊗ Yes    No

     **Was the subject outside the US or its territories when committing the assault?**   Yes   ⊗ No

     **Weapon(s)/type of assault:**
         **Assault method:** Vehicle
         **Estimated assault date/time (local):** 10/31/2025 12:43

**Was reportable force used on this subject?**   Yes   ⊗ No

**Was this subject arrested / taken into custody?**   ⊗ Yes    No

     **Arrested / taken into custody by:**   ⊗ CBP    Other federal agency    State agency    Local agency

     **Was an administrative action initiated for this subject by CBP?**   Yes   ⊗ No

     **Was prosecution sought against this subject?**   ⊗ Yes    No

         **Prosecution By:**    CBP   ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**   Yes   ⊗ No    Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** Honda
**Vehicle model:** Acura
**Vehicle year:** 2008
**Vehicle type:** Automobile
**Total damage to the vehicle (not including tire damage):** Moderate
**Final disposition of the vehicle:** Seized by OA

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | POLANCO, NANCY | Driver |

## ASSAULTS: 8

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| UNKNOWN-1 | Spitting on 10/31/2025 12:28 | PARSONS, THOMAS J. | Yes | ⊗ No | Not injured in this incident |
| | | ESPARZA, JONATAN A. | Yes | ⊗ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ⊗ Yes | No | Not injured in this incident |
| | | MARTINEZ, JOSE L. | Yes | ⊗ No | Not injured in this incident |
| MORIARTY, JENNIFER ANN | Physically w/o weapon - Struck agents with her hand on 10/31/2025 12:28 | PARSONS, THOMAS J. | Yes | ⊗ No | Not injured in this incident |
| | | ESPARZA, JONATAN A. | ⊗ Yes | No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | Yes | ⊗ No | Not injured in this incident |
| | | MARTINEZ, JOSE L. | Yes | ⊗ No | Not injured in this incident |
| AFRICANO, MARCELLO N. | Physically w/o weapon - Kicked at Agents on 10/31/2025 12:26 | PARSONS, THOMAS J. | ⊗ Yes | No | Not injured in this incident |
| | | ESPARZA, JONATAN A. | Yes | ⊗ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | Yes | ⊗ No | Not injured in this incident |
| | | MARTINEZ, JOSE L. | ⊗ Yes | No | Not injured in this incident |
| AFRICANO, MARCELLO N. | Physically w/o weapon - Grabbed/squeezed BPA Parsons' genitals on 10/31/2025 12:28 | PARSONS, THOMAS J. | ⊗ Yes | No | Not injured in this incident |
| | | ESPARZA, JONATAN A. | Yes | ⊗ No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | Yes | ⊗ No | Not injured in this incident |
| | | MARTINEZ, JOSE L. | Yes | ⊗ No | Not injured in this incident |

| | | | | | |
|---|---|---|---|---|---|
| POLANCO, NANCY | Vehicle on 10/31/2025 12:43 | PARSONS, THOMAS J. | ⊗ Yes | No | Not injured in this incident |
| | | ESPARZA, JONATAN A. | ⊗ Yes | No | Not injured in this incident |
| | | DONAHUE, TIMOTHY R. | ⊗ Yes | No | Not injured in this incident |
| | | MARTINEZ, JOSE L. | Yes | ⊗ No | Not injured in this incident |

## USES OF FORCE: 3

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| MAXA, EDWARD J. | OC (Pepper Spray Hand Held Canister) - Stream on 10/31/2025 12:28 | **Subject:** UNKNOWN-1<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>    Spitting on 10/31/2025 12:28 - Yes<br>        **Was this use of force effective against what prompted its use?** Yes<br>        **Did the UOF device function as designed?** Yes |
| PARSONS, THOMAS J. | Physical Force w/o Weapon - Performed knee strikes to counter being assaulted on 10/31/2025 09:45 | **Subject:** AFRICANO, MARCELLO N.<br>**Was this subject injured or claiming to be injured by this use of force?** Yes<br>**Was this use of force in response to the following assault by this subject?**<br>    Physically w/o weapon - Kicked at Agents on 10/31/2025 12:26 - No<br>    Physically w/o weapon - Grabbed/squeezed BPA Parsons' genitals on 10/31/2025 12:28 - Yes<br>        **Was this use of force effective against what prompted its use?** Yes |
| DONAHUE, TIMOTHY R. | Physical Force w/o Weapon - Pressure Point Strike to Let on 10/31/2025 12:43 | **Subject:** MORIARTY, JENNIFER ANN<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>    Physically w/o weapon - Struck agents with her hand on 10/31/2025 12:28 - No<br>**Was this use of force effective against what prompted its use?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No
**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**
    Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

LEP

LEP

expanded significantly from previous iterations. In May 2025, this operation designated a 7 day operation [...] he operation [...] ated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

**Current certification status:** Certified
**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| PII; LES | FICK, SHANNON M. | 11/04/2025 05:50 |

**Narrative of MAXA, EDWARD J.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
On October 31, 2025, I, Special Operations Supervisor (SOS) Edward Maxa, as a part of the Office of Field Operations (OFO), Special Response Team (SRT) was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have 16 years of experience enforcing federal immigration law as CBPO to include the enforcement of Title 8 violations.

On this date, I was riding in an unmarked government vehicle, Gray Dodge Durango wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; our job was to provide security for the Strike Teams. USBP Strike Teams are working under Operation Midway Blitz, in Chicago, IL, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 12:15 p.m., SOS Stefano Amato called my phone to let me know that assistance was needed at Oakton Street and Asbury Ave near Evanston, IL because there was a group of agitators blocking the departure of a BP Strike Team. We immediately departed the location of our strike team vehicle en route to support. Upon arrival, my team and I exited our vehicle and walked up to a scene of approximately 50 agitators surrounding a BP vehicle that had been rear ended by a red civilian sedan. I observed this large group of individuals displaying aggressive and hostile behavior towards CBP personnel to include yelling in the faces of CBP personnel, middle fingers being pointed, and audible verbal threats of hurting CBP personnel. The crowd was tightly pressed around the vehicles. We began expanding the 360 around the vehicles to give the BP vehicle room to begin moving forward. The driver of the BP vehicle was BP Agent Timothy Donahue. An agitator quickly walked up to the driver's door and assaulted BPA Donahue by spitting on him through the open window. I quickly made positive identification of the assailant in the crowd as he had already moved away from the window. I immediately delivered a short 1 second spray of MK-9 OC aimed at the assailant's face, approximately 5-6 feet away. The assailant was immediately impacted and tucked his

face into his hands and moved back into the crowd. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved.

I notified Incident Commander Shane Popke of the use of force at approximately 1225 hours.

I was not injured during the incident. My body worn camera was not activated until later in the event and did not capture the use of force. However, SRTO Hickmott's camera did partially capture the use of force. SRTO Hickmott's recorded evidence number of the event is [LES].

My body worn camera recorded evidence number for the event is [LES].

**Narrative of DONAHUE, TIMOTHY R.**
On October 31, 2025, at approximately 1215 hours, I, Border Patrol Agent Timothy Donahue C277, El Centro Sector, Calexico Station, with 6 years of experience, was detailed to Operation Midway Blitz and assigned to patrol the city of Evanston, IL in a marked U.S. Border Patrol vehicle.

While conducting enforcement operations, I was followed by approximately five civilian vehicles. Occupants were honking, blowing whistles, and yelling "ICE" from open windows in an apparent attempt to impede my operations. To clear the tails and continue patrol, I intentionally entered a one-way street in the wrong direction. The subject vehicle, a red Acura (IL plate pending), followed me through one left turn and two right turns, all against one-way traffic, and continued pursuit onto Oakton St.

I approached the intersection of Oakton St and Asbury Ave where traffic was stopped at a red light. With due regard for safety, I proceeded left of stopped traffic and continued through the red light at approximately 20 mph. The subject vehicle followed me through the red light in violation of traffic laws.

After clearing the intersection, I came to a complete stop in the roadway to address the driver for her illegal and unsafe actions. The driver, later identified as POLANCO, Nancy ([PII] 1991, U.S. Citizen), was blowing a whistle so intensely and engaging in distracting behavior that she failed to stop in time and rammed the rear of my government vehicle. The collision caused minimal damage to the rear bumper of my unit and moderate front-end damage to her vehicle.

I dismounted with Supervisory Border Patrol Agent T. Parsons. I opened the driver-side door of the subject vehicle while Agent Parsons extracted POLANCO. We controlled her to the ground and effected the arrest without further resistance at that point. She was placed in the rear driver-side seat of my government vehicle and secured with a seatbelt.

A large crowd quickly formed and the scene became hostile. While maintaining scene safety, I observed POLANCO had removed her seatbelt and shifted to the rear passenger side. I ordered her to return to the driver-side seat. She refused. I attempted to physically reposition her; she braced her foot against the seat to resist movement.

I dismounted and moved toward the passenger-side rear door. Before I could reach it, an unknown female civilian opened the door in an apparent attempt to assist POLANCO in escaping. I removed the unknown female from the doorway and regained control of POLANCO. She continued to refuse re-entry into the vehicle. I applied approved pressure point techniques to her hand and fingers to overcome resistance. She complied and was reseated and secured.

Probable cause for arrest under 18 U.S.C. § 111 was established by:
- Intentional ramming of a marked federal law enforcement vehicle during performance of official duties;
- Following a federal agent through multiple one-way streets and a red light in a deliberate attempt to impede operations;
- Active physical resistance to lawful arrest and custody;
- Attempted escape facilitated by civilian interference.

No injuries were sustained by agents. POLANCO complained of no injuries. The scene was secured and she was transported to the Evanston Police Department for criminal processing pending federal charges.

My Axon body-worn camera, unit [LES] remained activated throughout the incident.

**Narrative of PARSONS, THOMAS J.**
On October 31, 2025, I Supervisory Border Patrol Agent (SBPA) Thomas Parsons was assigned to patrol Evanston, Illinois, as part of Operation Midway Blitz, along with me was Border Patrol Agent (BPA) Timothy Donahue and Jonathan Esparza. We were driving an unmarked Border Patrol vehicle to blend in with the local populace. At approximately 12:15 a.m., we observed a red Acura sedan tailing us aggressively, cutting off traffic and being dangerously close to our bumper. While near the intersection of Oakton St. and Asbury Ave we stopped our vehicle to address the aggressive motorist, at which time the red Acura rammed into our service vehicle. Agents Donahue, Esparza and I dismounted from our vehicle to approach the motorist, a female subject later identified as Nancy Polanco (D PII 1991, COC: USC) was the sole occupant in the driver seat of the red Acura. We identified ourselves as U.S. Border Patrol Agents and commanded Polanco to exit her vehicle. Polanco refused to exit her vehicle and started to blow her whistle at us, which is a common tactic used by protesters in the greater Chicago area to alert individuals that immigration officers are present. Polanco was physically removed from her vehicle by BPA Donahue and myself, she was placed under arrest for using her vehicle to assault federal officers.

During this time a large crowd formed and collapsed around our area. A male subject later identified as Marcello Africano (DOB: PII 1998, COC: USC) was observed to be in a physical altercation with an Office of Field Operations Officer Jose Martinez. I observed Martinez trying to get control of Africano but while on his back Africano was kicking at Martinez near his head and mid section so he couldnt be restrained. I went to Martinez's location to assist him. While attempting to restrain Africano, he continued to be physically assaultive by kicking at my mid-section and resisted being restrained. Once I was able to prone Africano on the ground to place him in handcuffs, he physically assaulted me by grabbing my genitals and trying to squeeze them. At this time, I struck Africano to the face multiple times to the face with a closed fist. We were then able to get Africano into handcuffs and arrested for assaulting a federal officer.
Polanco and Africano were both secured into our service vehicle and transported to the FBI building at 2111 W Roosevelt Road, Chicago, Il 60608.
Axon body camera was activated during this apprehension; the evidence serial number is LES

The force used during the encounter was necessary, reasonable, and consistent with policy to overcome active resistance and ensure officer safety.

**Narrative of ESPARZA, JONATAN A.**
On October 31, 2025, while conducting official duties near Evanston, Illinois, I was a passenger in an unmarked U.S. Border Patrol service vehicle operated by BPA T. Donahue (driver), with Supervisory Border Patrol Agent (SBPA) T. Parsons in the front passenger seat.

While attempting to disengage from individuals following our vehicle in order to continue operations, we were pursued by a red Acura TSX bearing Illinois license plate # PII operated by Nancy PALANCO (DOB: PII 1991, COC: USA). PALANCO drove recklessly, disregarding traffic control devices and traveling at excessive speeds.

To break contact and restore operational security, we initiated a controlled stop near 507 Asbury Ave. Upon stopping, PALANCO intentionally rammed the rear of our service vehicle.

All three agents dismounted the vehicle and approached PALANCO. She was safely removed from her vehicle and placed in custody without further incident.

Immediately following the collision, a large group of hostile agitators rapidly converged onto the scene and became combative, attempting to interfere with the lawful detention of PALANCO. One individual, later identified as Jennifer Ann MORIARTY (DOB: PII /1996 COC: USC), positioned herself in the center of the roadway, obstructing the scene and impeding lawful law-enforcement operations.

BPA Donahue, SBPA Parsons, and I issued repeated, lawful verbal commands for MORIARTY to clear the roadway and move to the sidewalk. MORIARTY refused to comply and remained in the street, escalating interference with the detention.

During crowd-control efforts to maintain a secure perimeter, MORIARTY struck me on the left forearm. I responded by executing

a controlled takedown, safely detaining MORIARTY and placing her in the rear of our service vehicle.
While securing MORIARTY, I observed active bleeding from one of her hands. She then intentionally attempted to make contact with me using the bleeding hand, presenting a potential exposure to bloodborne pathogens.

My body camera was activated for the entirety of the event.
Evidence Serial Number  LES

**Narrative of HICKMOTT, RYAN P.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 31, 2025, I, Special Response Team Operator (SRTO) Ryan Hickmott, as a part of the Office of Field Operations (OFO), Special Response Team (SRT) was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have 14 years of experience enforcing federal immigration law as CBPO and BPA to include the enforcement of Title 8 violations.

On this date, I was working in an unmarked government vehicle, White Dodge Durango wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; our job was to provide security for the Strike Teams. USBP Strike Teams are working under Operation Midway Blitz, in Chicago, IL, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 12:10 p.m., SOS Stefano Amato, SRTO Martinez and I were driving near Oakton Street and Asbury Ave, near Evanston, IL. We heard, via our service radio, that Border Patrol Strike Team 5, the strike team we were working with, had been rammed by an agitator vehicle. Immediately prior to their vehicle being rammed, they had been followed by at least one vehicle. We were working in the same vicinity as them and immediately prior to them being rammed, our vehicle was being aggressively pursued and chased by at least 4 vehicles. These vehicles attempted to block our vehicle multiple times, swerving into oncoming traffic, violating traffic laws, yelling at us, and pointing middle fingers at us. After hearing the Border Patrol vehicle had been rammed, we saw the Border Patrol vehicle stopped near the intersection of Oakton St and Asbury Ave and agents out of the vehicle being surrounded by agitators. We quickly turned around to assist, dismounted the vehicle, and approached the BP vehicle to give assistance. As I approached, I saw three Border Patrol Agents already being surrounded by at least 10 agitators. One of the agents had an uncooperative person on the ground and was placing them under arrest while the other 2 agents were trying to move the rioters back from them. The rioters were standing in the street, within 6 feet of the Border Patrol Agents, yelling and cursing at them and videoing them. Once I got on scene, I began to help with riot control and attempted to move the rioters back from the Border Patrol Agents and their vehicle. The rioters were not listening to instructions to move back or to get out of the street but were continuing to move closer to the Law Enforcement Officers, point middle fingers at us, yell obscenities, blowing whistles and the rioters quickly grew to at least 20 protestors within one or two minutes of my arrival. With only 5 law enforcement officers on scene at the time, a crowd of at least 20 agitators surrounding us, the rioters being in the street with in 6 feet of us and not listening to instructions, we were forced to use two or three officers/agents for riot control which limited the number of officers/agents that could be trying to arrest the occupants of the car that rammed them or protesters that were impeding us from doing our job. After helping to move the rioters back for approximately one minute, I realized the BP agent behind me was still attempting to arrest a subject on the ground. I turned around and assisted by using pressure control on him and taking control of his right hand. The subject was resisting by moving his arms underneath himself, trying to get up and not listening to commands. I instructed him to stop resisting and to place his hands behind his back multiple times, but he did not

comply. I was able to get handcuffs on his right wrist, and a BP Agent assisted me in getting the handcuffs onto his left wrist due to his level of resistance. It took approximately two minutes to put handcuffs on the subject from the time I turned around to assist with the arrest. Once the subject was handcuffed, I asked one of the BP agents if they had control of the subject. He indicated that he had control of him, and I stood up to return to riot control efforts. In the two minutes that I spent putting handcuffs on the subject, the rioters had grown to at least 30 protesters. The agitators were still standing in our immediate vicinity in the street, cursing at us, pointing middle fingers at us, blowing whistles, not listening to instructions and conducting themselves in an overall aggressive, resistant manner. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved.

I was not injured during the incident. My body worn camera was on and recorded evidence numb[LES] ring the entirety of the event.

**Narrative of MARTINEZ, JOSE L.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 31, 2025, I, Special Response Team Operator (SRTO) Jose Luis Martinez, as a part of the Office of Field Operations (OFO), Special Response Team (SRT) was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have 16 years of experience enforcing federal immigration law as CBPO and BPA to include the enforcement of Title 8 violations.

On this date, I was working in an unmarked government vehicle, White Dodge Durango wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; our job was to provide security for the Strike Teams. USBP Strike Teams are working under Operation Midway Blitz, in Chicago, IL, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 12:10 p.m., SOS Stefano Amato, SRTO Hickmott and I were driving near Oakton Street and Asbury Ave, near Evanston, IL. We heard, via our service radio, that Border Patrol Strike [LES] e strike team we were working with, had been rammed by an agitator vehicle. Immediately prior to their vehicle being rammed, they had been followed by at least one vehicle. We were working in the same vicinity as them and immediately prior to them being rammed, our vehicle was being aggressively pursued and chased by at least 4 vehicles. These vehicles attempted to block our vehicle multiple times, swerving into oncoming traffic, violating traffic laws, yelling at us, and pointing middle fingers at us. After hearing the Border Patrol vehicle had been rammed, we saw the Border Patrol vehicle stopped near the intersection of Oakton St and Asbury Ave and agents out of the vehicle being surrounded by agitators. We quickly turned around to assist, dismounted the vehicle, and approached the BP vehicle to give assistance. As I approached, on scene subject got thrown on the ground and assisted BPA to restrain subject on the ground. The subject at that time kicked me in the stomach while I was trying to get control of his hands. He then grabbed my hand and pulled off my glove from my hand. At that time, I backed up and released the subject. Then I attempted to grab his hand to control him but subject kicked his foot to my crotch area, I grabbed his foot but pulled his leg away. BPA grabbed the subject and dragged him close to the unmarked BP vehicle and continued to attempt to control his legs. At that moment another subject, wearing a light blue shirt, came close agitated and shouted that he was the brother and attempted to intervene with the BPA. I then had to push him away from the vehicle. The agitators were still standing in our immediate vicinity in the street, cursing at us, pointing middle fingers at us, blowing whistles, not listening to instructions and conducting themselves in an overall aggressive, resistant manner. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of

all personnel involved.

I was not injured during the incident. My body worn camera was on and recorded evidence numb [LES] uring the entirety of the event.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/04/2025 08:51 | |
| Approved | HUGHBANKS, DANIEL L. | 11/04/2025 10:41 | |
| Reopened | FICK, SHANNON M. | 11/04/2025 13:51 | LES |
| Submitted | FICK, SHANNON M. | 11/06/2025 09:16 | |
| Approved | HUGHBANKS, DANIEL L. | 11/06/2025 09:33 | |