IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HEADLINE CLUB *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary of U.S. ) <br> Department of Homeland Security, in her ) <br> official capacity, *et al.*, ) <br> ) <br> Defendants. ) | No. 25-cv-12173 <br><br> Hon. Sara L. Ellis, <br> United States District Judge |

**NOTICE OF PUBLIC FILING OF BUCKET #3 REPORTS**

In accordance with the Court's order dated January 8, 2026, Defendants hereby submit public versions of the remaining 47 use-of-force reports in Bucket #3. *See* ECF No. 313-4 at 14-16 (chart of Bucket #3 reports). With this production, all use-of-force reports in Bucket #3 have been filed on the public record in accordance with the Court's order.


Dated: February 6, 2026                Respectfully submitted,

                                       BRETT A. SHUMATE
                                       Assistant Attorney General
                                       Civil Division

                                       SEAN SKEDZIELEWSKI
                                       Counsel to the Assistant
                                       Attorney General

                                       */s/ Andrew I. Warden*
                                       ANDREW WARDEN
                                       Assistant Director
                                       Federal Programs Branch
                                       Civil Division, Federal Programs Branch
                                       1100 L Street, N.W.

Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470
Andrew.Warden@usdoj.gov

*Counsel for Defendants*