E-STAR inc[  ] **LES** [ ]25687



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** [ LES ]-#25687
**Title:** Operation Midway Blitz: Chicago - CS/Baton Usage Drake Ave & Armitage Ave
**Shift start date/time:** 10/03/2025 11:50
**Shift end date/time:** 10/03/2025 17:00
**Type:** ☒ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
   ☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes  ○ No
  **CBP Reporting Organizations:**
   ☒ U.S. Border Patrol Location: San Diego Sector / Imperial Beach Station
   ☐ Air and Marine Operations
   ☐ Office of Field Operations

**Created by:** FICK, SHANNON M.
**Last updated by:** TREBS, ARTHUR A.
**Reviewer:** HORNER, JOHN E

**Creation date/time:** 10/03/2025 18:08
**Last updated date/time:** 10/28/2025 09:46
**Date reviewed:** 10/14/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
   **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
   **Address:**
      **Street:** Armitage Avenue & Drake Avenue
      **City:** Chicago   **State:** ILLINOIS   **Zip:** 60647
**Incident coordinates:**

CHC v. Noem CBP 000863

E-S  LES  #25687

Latitude: 41.91733
Longitude: -87.71517

**Setting:** ○ Indoors  ⊗ Outdoors

    **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air

**Description of the premises/location:** In the intersection of Armitage Ave and Drake Avenue

**Environmental factors:**

    **Weather:** ☒ Dry  ☐ Raining  ☐ Snowing  ☐ Flooding  ☐ Windy  ☐ Storm  ☐ Haze/blowing dust  ☐ Fog  ☐ Other

    **Illumination:** ☒ Daylight  ☐ Dark  ☐ Dawn  ☐ Dusk  ☐ Good lighting  ☐ Poor lighting  ☐ Night vision aided  ☐ Other

    **Estimated temperature (Fahrenheit):** 82

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| BECKER III, WARREN J | Supervisory Border Patrol Agent | Phone | 10/03/2025 |

**Other authorities notified (external to CBP):** ☐ Federal  ☐ Tribal  ☐ State  ☐ Local  ☐ Foreign

## EMPLOYEES: 3

**Name:** CAMACHO, ENRIQUE

    **Gender:** Male  **Age:** 34  **Height:** 5'7"  **Weight:** 227 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 05/05/2019

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 09/04/2025

    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty

        **Activity:** Mobile Response Team (MRT)

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 6 years 5 months

        **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
|---|---|---|---|---|
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No

**Attire:** ⊗ Uniform  ○ Plain clothes

**Was CAMACHO, ENRIQUE assaulted?** ⊗ Yes  ○ No

**Did CAMACHO, ENRIQUE use reportable force?** ○ Yes  ⊗ No

**Was CAMACHO, ENRIQUE injured?** ○ Yes  ⊗ No

**Name:** NIEVES, ANGEL L.

    **Gender:** Male  **Age:** 46  **Height:** 5'10"  **Weight:** 175 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 04/26/2009

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 09/04/2025

    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty

        **Activity:** Mobile Response Team (MRT)

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 16 years 5 months

CHC v. Noem CBP 000864

E- LES #25687

**CBP training previously received (not including basic academy training):**

☐ BPAIST    ☐ BORSTAR    ☐ BORTAC    ☐ DITP    ☐ DTI
☐ EDVPTP    ☐ EMT    ☐ FITP    ☐ LLITP (IFITP)    ☒ MFF
☒ MRT    ☐ PITP    ☐ SRT    ☐ TATP    ☐ Other

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was NIEVES, ANGEL L. assaulted?** ☒ Yes ☐ No

**Did NIEVES, ANGEL L. use reportable force?** ☒ Yes ☐ No
    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** PAVA (area saturation)
    **Estimated use of force date/time (local):** 10/03/2025 11:50
    **Posture:** ☐ Standing ☐ Kneeling ☐ Prone ☒ Other - seated
    **Estimated distance:** Unknown
    **Approximately how many volleys did you deploy?** 1
    **Approximately how many projectiles did you deploy?** 1
    **Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☒ No
    **Reason(s) for this use of force:**

    ☒ Protect self    ☒ Protect co-worker    ☐ Protect innocent 3rd party
    ☐ Protect non-CBP officer/agent    ☐ Effect an arrest or detention    ☐ Prevent escape
    ☐ Overcome resistance    ☐ Stop vehicle    ☐ Vessel failure to heave to
    ☐ Animal euthanization    ☐ Other

**Was NIEVES, ANGEL L. injured?** ☐ Yes ☒ No

**Name:** MORENO-CASTORENA, RICARDO
    **Gender:** Male    **Age:** 42    **Height:** 5'7"    **Weight:** 190 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/19/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/04/2025
    **Duty status at the time of the incident:** ☒ On duty ☐ Off duty
        **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 6 years 5 months
    **CBP training previously received (not including basic academy training):**

☐ BPAIST    ☐ BORSTAR    ☐ BORTAC    ☐ DITP    ☐ DTI
☐ EDVPTP    ☐ EMT    ☐ FITP    ☐ LLITP (IFITP)    ☒ MFF
☒ MRT    ☐ PITP    ☐ SRT    ☐ TATP    ☐ Other

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was MORENO-CASTORENA, RICARDO assaulted?** ☒ Yes ☐ No

**Did MORENO-CASTORENA, RICARDO use reportable force?** ☒ Yes ☐ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** Tripple Chaser CS
    **Estimated use of force date/time (local):**

Page 3 of 12          Print Date: 2025-10-28



CHC v. Noem CBP 000865

LES #25687

**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
**Estimated distance:** 8 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ☐ Yes ☒ No ☐ Unknown ☐ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☐ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Force type:** Less-lethal Device
**Device:** Baton
**Device type:** CSB 21-inch Steel
**Estimated use of force date/time (local):**
**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other

**Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☐ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was MORENO-CASTORENA, RICARDO injured?** ☐ Yes ☒ No

## SUBJECTS: 4

**Name:** MASS GROUP
**Estimated number of individuals in the group:** 30
**Group description (Composition, attire, etc.):**
**Was any member of this group wearing body armor?** ☐ Yes ☐ No ☒ Unknown
**Group activity:**

☐ Illegal entry
☐ Uncooperative during encounter/inspection
☐ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☐ Assault (rocks/other projectiles)
☐ Assault (all other types)
☒ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Group's current location and disposition if known:** group disbanded after CS gas was deployed.

**Did any member of this group not listed as an individual subject assault a CBP employee?** ☐ Yes ☒ No

**Was reportable force used on any member of this group not listed as an individual subject?** ☒ Yes ☐ No

CHC v. Noem CBP 000866

LES #25687

**Was any member of this group outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Name:** UNKNOWN-1

**Gender:** Male  **Age:** 31-40 years old  **Height:** 5'6" - 5'11"  **Weight:** 150 - 199 lbs

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Individual took off after Baton was used

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Vehicle
**Estimated assault date/time (local):**

**Was reportable force used on this subject?** ⊗ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes  ○ No

**Did CBP deploy a VID against a vehicle when this subject was driving it?** ○ Yes  ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

**Name:** UNKNOWN-2

**Gender:** Unknown  **Age:** Unknown  **Height:** Unknown  **Weight:** Unknown

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ⊗ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to

CHC v. Noem CBP 000867

LES 25687

- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject left the area after CS gas was deployed.

**Did this subject assault a CBP employee?** ⊗ Yes ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Vehicle
**Estimated assault date/time (local):** 10/03/2025 11:50

**Was reportable force used on this subject?** ⊗ Yes ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes ○ No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** ○ Yes ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes ○ No ⊗ Unknown

**Name:** UNKNOWN-3
**Gender:** Unknown **Age:** Unknown **Height:** Unknown **Weight:** Unknown
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ○ No ⊗ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject left the area after CS gas was deployed.

**Did this subject assault a CBP employee?**

CHC v. Noem CBP 000868

LES #25687

⊗ Yes  ○ No
Was the subject outside the US or its territories when committing the assault?  ○ Yes  ⊗ No

Weapon(s)/type of assault:
   Assault method: Vehicle
   Estimated assault date/time (local): 10/03/2025 11:50

Was reportable force used on this subject?  ⊗ Yes  ○ No
   Was the subject outside the US or its territories when this force was applied?  ○ Yes  ⊗ No

Was the subject an occupant of a vehicle?  ⊗ Yes  ○ No
Did CBP deploy a VID against a vehicle when this subject was driving it?  ○ Yes  ⊗ No
Was this subject injured or claiming to be injured?  ○ Yes  ○ No  ⊗ Unknown

## VEHICLE INFORMATION

### SUBJECT VEHICLE - 1

How many individuals were in this subject vehicle? 1
Vehicle make: Unknown
Vehicle model: Unknown
Vehicle year: 1995
Vehicle type: Motorcycle
Total damage to the vehicle (not including tire damage): None
Final disposition of the vehicle: Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-1 | Driver |

### SUBJECT VEHICLE - 2

How many individuals were in this subject vehicle? 1

Vehicle make: Ford

Vehicle model: unknown

Vehicle year: 2010

Vehicle type: Truck

Total damage to the vehicle (not including tire damage): None

Final disposition of the vehicle: Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-2 | Driver |

### SUBJECT VEHICLE - 3



CHC v. Noem CBP 000869

LES -#25687

**How many individuals were in this subject vehicle?** 1

**Vehicle make:** unknown

**Vehicle model:** unknown

**Vehicle year:** 2010

**Vehicle type:** Automobile

**Total damage to the vehicle (not including tire damage):** None

**Final disposition of the vehicle:** Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-3 | Driver |

## ASSAULTS: 9

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| UNKNOWN-1 | Vehicle | CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| UNKNOWN-2 | Vehicle on 10/03/2025 11:50 | CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |
| UNKNOWN-3 | Vehicle on 10/03/2025 11:50 | CAMACHO, ENRIQUE | ⊗ Yes ○ No | Not injured in this incident |
| | | NIEVES, ANGEL L. | ⊗ Yes ○ No | Not injured in this incident |
| | | MORENO-CASTORENA, RICARDO | ⊗ Yes ○ No | Not injured in this incident |

## USES OF FORCE: 6

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| NIEVES, ANGEL L. | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/03/2025 11:50 | **Subject:** MASS GROUP<br>**Was this use of force effective against what prompted its use?** No, the device malfunctioned and did not fire<br>**Did the UOF device function as designed?** No, the device malfunctioned and did not fire |
| MORENO-CASTORENA, RICARDO | LLSI-CM (Less-lethal Specialty Impact-Chemical | **Subject:** MASS GROUP<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |





CHC v. Noem CBP 000870

| | | LES | F-#25687 |
|---|---|---|---|

| | Munitions) - Triple Chaser CS Canister - Tripple Chaser CS | **Subject: UNKNOWN-1**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>   Vehicle - No<br>**Was this use of force effective against what prompted its use?** No, Subject did not leave the area<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-2**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>   Vehicle on 10/03/2025 11:50 - Yes<br>      **Was this use of force effective against what prompted its use?** Yes<br>      **Did the UOF device function as designed?** Yes |
| | | **Subject: UNKNOWN-3**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>   Vehicle on 10/03/2025 11:50 - Yes<br>      **Was this use of force effective against what prompted its use?** Yes<br>      **Did the UOF device function as designed?** Yes |
| MORENO-CASTORENA, RICARDO | Baton - CSB 21-inch Steel | **Subject: UNKNOWN-1**<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>   Vehicle - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of NIEVES, ANGEL L.**
On October 3, 2025, I, Border Patrol Agent (BPA) Angel L. Nieves from the Big Bend Sector (BBT) Mobile Response Team (MRT) was detailed to Chicago for "Operation Midway Blitz" and "Operation At Large". On this specific day, I was assigned QRF duties along with BPA MRT Enrique Camacho and BPA MRT Ricardo Moreno for Strike Team assigned to Cicero area. QRFs usually consist of a [LEP] nts, each possessing expertise in tactical operations, medical response and managing civil unrest. This team is dedicated to ensuring on-site security for strike teams during targeted enforcement missions, enabling them to operate effectively and safely in non-permissive environments. Strike Teams are composed of several unmar[LEP] identifiers. The objective of Strike Teams is to locate and apprehend individuals who are present in the United States illegally.

After the Strike Team apprehended several subjects in the area, we were following the convoy out of Cicero to Broadview ERO. A marked Border Patrol vehicle was leading the convoy and reporting that several local vehicles were following them and driving aggressively. Several vehicles were doing the same to us for several blocks.



CHC v. Noem CBP 000871

LES #25687

At approximately 11:48 a.m., as BPA MRT Camacho, BPA MRT Moreno and I were waiting at a red light when several subjects around us began yelling at us to leave and screaming "fuck you", while sticking out their middle fingers. When the light at the intersection of N. Drake and Armitage Ave turned green, a subject on a small motorcycle parked diagonally on the road with the obvious intention of blocking our vehicle from the front, a small red vehicle blocked us from behind and a small blue vehicle blocked us on our driver's side. Several subjects on foot were on our passenger side. I advised to other vehicles in our convoy the situation and while waiting for backup, we were giving orders to the subject on the motorcycle to move out of the way. He did not listen to our orders and was just sitting on his motorcycle approximately 1 foot from our front bumper recording us.

After verbal commands were not effective, at approximately 11:49 a.m., I attempted to use the Pepper Ball launcher (PLS) to saturate the area of the motorcycle so he would move. The PLS had no air in the tank. At that point the crowd around our vehicle was growing. It was decided to deploy a CS canister to dissolve the crowd and make room for our vehicle to escape the aggressive crowd. CS gas was deployed at approximately 11:50 a.m. by BPA MRT Moreno. Many subjects around the vehicle ran away but the two subjects in their vehicles and the subject on the motorcycle did not move. BPA MRT Moreno and I decided to exit the vehicle and physically move the subject. BPA MRT Moreno deployed his baton. From my view, I saw he struck the motorcycle towards the front headlight area and then hit the seat behind where he was sitting to attempt to scare him off before we made any attempt to physically move him. The subject then sped off down the road. BPA MRT Moreno and I quickly got back into our vehicle and continued to Broadview ERO before any other vehicle could block us off again.

Incident was captured on my assigned Axon 4 Body Camera, Evi LES

### Narrative of CAMACHO, ENRIQUE

On October 3, 2025 I, Border Patrol Agent (BPA) Camacho, was driving a white Ford Expedition along with BPA Nieves and Moreno who were passengers. We were in route to assist another agent who was getting intentionally blocked in by civilian vehicles. While in route I noticed a blue Ford SUV and a red sedan begin to follow us. They were shouting "get the fuck out of here" and "you're not welcome here" while also using hand gestures to other vehicles to block our vehicle in. These two vehicles would continuously attempt to cut us off, swerve into our vehicle in the attempt to make us drive off the road and cut off our lane to make us divert. This happened for approximately more than ten blocks. Upon coming to the stop lights at the intersection of N Drake and W Armitage Ave, the blue ford SUV approached the driver side of our vehicle, the red sedan blocked the passenger side and a person on a motorcycle who turned horizontally was in front of our vehicle with another vehicle behind us, we had no mode of escape. As this happened the drivers of the blue and red vehicles were signaling for others to block us in more. I noticed more people begin converge on our vehicle that were in the near area both on foot and in vehicles. They began to shout more obscenities at us. In the attempt to clear out the area so we could leave, BPA Moreno went for a less lethal approach. At approximately 11:50 a.m., a PLS was attempted to be used but the air tank was empty which inhibited the use. At that time BPA Moreno went to another approach, which was to disperse a triple chaser CS canister. As the gas began disperse so did majority of the crowd, except the motorcycle which stayed in place directly in front of our vehicle. In the attempt to move the motorcycle that was standing in place BPA's Moreno and Nieves exited the vehicle while I remained in the driver seat, and BPA Moreno issued two strikes using his government issued collapsible steel baton to the motorcycle. The driver of the motorcycle then drove off clearing the lane and allowed us to leave that area. The blue Ford SUV again began to follow for approximately four blocks, but lost sight of us as a bus blocked his approach and we were able to continue down the road.

My government assigned bodycam was turned on, but was not actively recording as I was driving and did not get off the vehicle. Also, with the placement of my camera, it would be directly into the steering wheel.

I did not deploy or use any less lethal force during this incident.

### Narrative of MORENO-CASTORENA, RICARDO

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders



CHC v. Noem CBP 000872

LES #25687

while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022–2024

On October 3rd, 2025, I, Border Patrol Agent (BPA) Ricardo Moreno, was on duty assigned to Operation Midway Blitz in Chicago, Illinois, with BPA Angel Nieves and BPA Enrique Camacho. At approximately 11:00 a.m., during a consensual encounter at a Walmart on Cicero Rd., protesters in the area began to get agitated. One individual walked really close to us and yelled at us "go back to your fucking city", "I got real niggas that will put you down" and "fucking cowards". During the encounter several non-US citizens were arrested and eventually the protester that was yelling at us also got arrested.

As we left the area, the protestors began to follow our vehicle with their own vehicles. I noticed a blue Ford SUV, a black Tahoe, a red sedan, and a motorcycle that were following us. As they were following us, they would swerve towards our vehicle as if they were going to hit us but without hitting us. They would drive in front of us and slow down, they would yell things at us such as, "get the fuck out of here" or "fuck ICE". Many times, they even tried to run us off the road.

We tried to get away from the area so that we could get to another agent who needed assistance. The other agent who needed assistance was also being blocked by protesters. The protesters continued to follow us. When we got to the intersection of Drake Ave. and Armitage Ave. the motorcycle that was following us drove in front of us and blocked the road. The black Tahoe also got in front of us and blocked the road. We were suddenly blocked on all four sides. The blue Ford SUV was blocking our left side, and the red sedan blocked our right side. More people in the area converged on foot towards us. They were yelling "fuck ICE", "you don't belong here", and flipping us off.

During this encounter, the subject on the motorcycle was physically aggressive, he would maneuver his motorcycle really close to our vehicle as if he wanted to hit the side of our vehicle with his motorcycle and eventually when he got in front of our vehicle he pushed his motorcycle backwards until the rear end of the motorcycle was touching the bumper of our vehicle. The subject also ignored our verbal commands when we asked him to move out the way. We also honked our horn and had our red and blue emergency lights activated. The subject on the motorcycle ignored everything. The other protesters were becoming more agitated. Our vehicle was surrounded, and we were at a complete stop. There was no way for us to move. Based on my experience, protesters will use this opportunity to vandalize our vehicles with rocks and to assault agents. At this time, I determined force was necessary to gain compliance and ensure safety of my partners and myself.

BPA Nieves and I attempted to deploy the PepperBall Launching System (PLS). Due to a malfunction, the air in the tank leaked out and we were not successful. At approximately 11:50 a.m., I deployed one Triple-Chaser CS to disperse the protesters surrounding our vehicles. The deployment of CS gas was successful. Some of the protesters stepped back and many of the vehicles around us moved, except for the subject on the motorcycle he remained in front of our vehicle.

BPA Nieves and I moved out of the vehicle to physically move the motorcycle. As soon as we stepped out of the vehicle, some protesters started to move towards us. I could hear them yelling using profanity. At approximately 11:55 a.m., I deployed my collapsable steel baton and struck the driver of motorcycle on his right leg once and then proceeded to strike the motorcycle's seat twice. When I struck the seat, I yelled at him to move out of the way, and he immediately moved the motorcycle. I then turned back towards BPA Nieves and yelled, for us to leave. We got back inside our vehicle and immediately left the area. No one followed us after that.

During the encounter, I did have my body camera but failed to activate it. No injuries were observed or reported from my deployment of less lethal devices. BPA Nieves notified our supervisor, SBPA Warren Becker III, by phone of the use of force and I followed up with him approximately an hour later when we were back inside the Broadview ERO.





CHC v. Noem CBP 000873

LES   F-#25687

## FILE ATTACHMENTS

### STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/13/2025 13:57 | |
| Approved | HORNER, JOHN E. | 10/14/2025 09:40 | |

CHC v. Noem CBP 000874