LES :25696



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ○ Completed  ⊗ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** **LES** :25696
**Title:** Operation Midway Blitz: Chicago - Follow-on Incidents from Officer Involved Shooting
**Shift start date/time:** 10/04/2025 07:00
**Shift end date/time:** 10/04/2025 16:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee

☐ Unintentional firearm discharge ☐ Intentional firearm discharge

**Was this a mass encounter incident?** ⊗ Yes  ○ No
  **CBP Reporting Organizations:**
    ☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector

  ☐ Air and Marine Operations

  ☐ Office of Field Operations
**Created by:** FICK, SHANNON M.          **Creation date/time:** 10/05/2025 12:58
**Last updated by:** GOINGS, DENISE M.       **Last updated date/time:** 10/26/2025 13:20
**Reviewer:**                     **Date reviewed:**

## RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| Related system(s): 1 | Related document ID | |
|---|---|---|
| e3/EID | LES | |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 39th & Kedzie
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60632
**Incident coordinates:**
    **Latitude:** 41.82169
    **Longitude:** -87.70453



Print Date: 2025-10-28

CHC v. Noem CBP 000882

| LES | #25696 |
| --- | --- |

**Setting:** ○ Indoors  ⊗ Outdoors

**Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air

**Description of the premises/location:** Roadway near 39th and Kedzie Avenue.

**Environmental factors:**

**Weather:** ☒ Dry ❑ Raining ❑ Snowing ❑ Flooding ❑ Windy ❑ Storm ❑ Haze/blowing dust ❑ Fog ❑ Other

**Illumination:** ☒ Daylight ❑ Dark ❑ Dawn ❑ Dusk ❑ Good lighting ❑ Poor lighting ❑ Night vision aided ❑ Other

**Estimated temperature (Fahrenheit):** 80

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
| --- | --- | --- | --- |

**Other authorities notified (external to CBP):** ❑ Federal  ❑ Tribal  ❑ State  ❑ Local  ❑ Foreign

## EMPLOYEES: 6

**Name:** MASON, STEPHON L.

**Gender:** Male   **Age:** 41   **Height:** 5'10"   **Weight:** 200 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 07/14/2019

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/04/2025

**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 6 years 3 months

**CBP training previously received (not including basic academy training):**

| | | | | |
| --- | --- | --- | --- | --- |
| ❑ BPAIST | ❑ BORSTAR | ☒ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⊗ Yes  ○ No

**Attire:** ⊗ Uniform  ○ Plain clothes

**Was MASON, STEPHON L. assaulted?** ⊗ Yes  ○ No

**Did MASON, STEPHON L. use reportable force?** ⊗ Yes  ○ No

**Was MASON, STEPHON L. injured?** ○ Yes  ⊗ No

**Name:** SIMEON, GEORGY

**Gender:** Male   **Age:** 43   **Height:**    **Weight:**  pounds

**CBP employee series or role:**

**Service EOD:** 06/15/2020

**Duty location or detail/TDY location during the incident:**

**Duty (or detail/TDY) location EOD:**

**Duty status at the time of the incident:** ○ On duty  ○ Off duty

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:**  years  months

**CBP training previously received (not including basic academy training):**

| | | | | |
| --- | --- | --- | --- | --- |
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |



CHC v. Noem CBP 000883

```
┌─────────────────────────────────────────────┐
│                          LES                  │ 25696
└─────────────────────────────────────────────┘
```

❑ MRT          ❑ PITP          ❑ SRT          ❑ TATP          ❑ Other

**Wearing body armor?** ◯ Yes ◯ No
**Attire:** ◯ Uniform ◯ Plain clothes

**Was SIMEON, GEORGY assaulted?** ◯ Yes ◯ No

**Did SIMEON, GEORGY use reportable force?** ◯ Yes ◯ No

**Was SIMEON, GEORGY injured?** ◯ Yes ◯ No

**Name:** GOINGS, DENISE M.

**Gender:** Female   **Age:** 38   **Height:**          **Weight:** pounds
**CBP employee series or role:**
**Service EOD:** 05/24/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
**Duty (or detail/TDY) location EOD:**
**Duty status at the time of the incident:** ◯ On duty ◯ Off duty

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** years months
    **CBP training previously received (not including basic academy training):**

❑ BPAIST        ❑ BORSTAR       ❑ BORTAC        ❑ DITP          ❑ DTI
❑ EDVPTP        ❑ EMT           ❑ FITP          ❑ LLITP (IFITP) ❑ MFF
❑ MRT           ❑ PITP          ❑ SRT           ❑ TATP          ❑ Other

**Wearing body armor?** ◯ Yes ◯ No
**Attire:** ◯ Uniform ◯ Plain clothes

**Was GOINGS, DENISE M. assaulted?** ⊗ Yes ◯ No

**Did GOINGS, DENISE M. use reportable force?** ⊗ Yes ◯ No

**Was GOINGS, DENISE M. injured?** ◯ Yes ◯ No

**Name:** VELEZ, CHRISTOPHER S.

**Gender:** Male   **Age:** 36   **Height:**          **Weight:** pounds
**CBP employee series or role:**
**Service EOD:** 06/15/2020
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
**Duty (or detail/TDY) location EOD:**
**Duty status at the time of the incident:** ◯ On duty ◯ Off duty

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** years months
    **CBP training previously received (not including basic academy training):**

❑ BPAIST        ❑ BORSTAR       ❑ BORTAC        ❑ DITP          ❑ DTI
❑ EDVPTP        ❑ EMT           ❑ FITP          ❑ LLITP (IFITP) ❑ MFF
❑ MRT           ❑ PITP          ❑ SRT           ❑ TATP          ❑ Other

**Wearing body armor?** ◯ Yes ◯ No
**Attire:** ◯ Uniform ◯ Plain clothes

**Was VELEZ, CHRISTOPHER S. assaulted?** ◯ Yes ◯ No

**Did VELEZ, CHRISTOPHER S. use reportable force?** ◯ Yes ◯ No

**Was VELEZ, CHRISTOPHER S. injured?** ◯ Yes ◯ No

**Name:** CURRAN, JOSEPH P.

Print Date: 2025-10-28

CHC v. Noem CBP 000884

LES 5696

**Gender:** Male  **Age:** 35  **Height:**  **Weight:** pounds
**CBP employee series or role:**
**Service EOD:** 09/19/2011
**Duty location or detail/TDY location during the incident:** Tucson Sector / Ajo Station
**Duty (or detail/TDY) location EOD:**
**Duty status at the time of the incident:** ○ On duty  ○ Off duty

**Armed law enforcement experience:**
　　**Total law enforcement experience at the time of the incident:** years months
　　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ○ Yes  ○ No
**Attire:** ○ Uniform  ○ Plain clothes

**Was CURRAN, JOSEPH P. assaulted?** ○ Yes  ○ No

**Did CURRAN, JOSEPH P. use reportable force?** ○ Yes  ○ No

**Was CURRAN, JOSEPH P. injured?** ○ Yes  ○ No

**Name:** SMITH, DALTON J.

**Gender:** Male  **Age:** 30  **Height:**  **Weight:** pounds
**CBP employee series or role:**
**Service EOD:** 01/09/2023
**Duty location or detail/TDY location during the incident:** El Centro Sector / Calexico Station
**Duty (or detail/TDY) location EOD:**
**Duty status at the time of the incident:** ○ On duty  ○ Off duty

**Armed law enforcement experience:**
　　**Total law enforcement experience at the time of the incident:** years months
　　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ○ Yes  ○ No
**Attire:** ○ Uniform  ○ Plain clothes

**Was SMITH, DALTON J. assaulted?** ○ Yes  ○ No

**Did SMITH, DALTON J. use reportable force?** ○ Yes  ○ No

**Was SMITH, DALTON J. injured?** ○ Yes  ○ No

## SUBJECTS: 2

---

**Name:** MASS GROUP
　　**Estimated number of individuals in the group:**
　　**Group description (Composition, attire, etc.):**
　　**Was any member of this group wearing body armor?** ○ Yes  ○ No  ○ Unknown
　　**Group activity:**
　　　　❑ Illegal entry
　　　　❑ Uncooperative during encounter/inspection

Print Date: 2025-10-28

CHC v. Noem CBP 000885

LES 25696

- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ❑ Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ❑ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Group's current location and disposition if known:**

**Did any member of this group not listed as an individual subject assault a CBP employee?** ○ Yes ○ No

**Was reportable force used on any member of this group not listed as an individual subject?** ○ Yes ○ No

**Name:** PAGLIOCA, JULIAN SANTINO

**Gender:** Male     **Date of birth:** 11/22/1996     **Height:** 5'11"     **Weight:** 150 pounds

**Was the subject wearing body armor?** ○ Yes ○ No ○ Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ○ No

**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ❑ Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ❑ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ⊗ Yes ○ No

    **Was the subject outside the US or its territories when committing the assault?** ⊗ Yes ○ No

    **Weapon(s)/type of assault:**
        **Assault method:** Rocking (rocks only)
        **Estimated assault date/time (local):** 10/04/2025 11:00

**Was reportable force used on this subject?** ○ Yes ○ No

**Was this subject arrested / taken into custody?** ⊗ Yes ○ No

    **Arrested / taken into custody by:** ⊗ CBP ○ Other federal agency ○ State agency ○ Local agency

Print Date: 2025-10-28

CHC v. Noem CBP 000886

```
┌─────────────────────────────────────┐
│                         LES          │ 25696
└─────────────────────────────────────┘
```

Was an administrative action initiated for this subject by CBP? ○ Yes ⊗ No

Was prosecution sought against this subject? ⊗ Yes ○ No

Prosecution By: ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency

Was this subject injured or claiming to be injured? ○ Yes  ○ No  ○ Unknown

## ASSAULTS: 0

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---------|------------------------|--------------------------------------------------|--|------------------------------------------|
| PAGLIOCA, JULIAN SANTINO | Rocking (rocks only) on 10/04/2025 11:00 | MASON, STEPHON L. | ○ Yes ○ No | Not injured in this incident |
| | | GOINGS, DENISE M. | ○ Yes ○ No | Injury information missing |

## USES OF FORCE: 0

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|----------|-------------------------------|------------------------------|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes  ⊗ No

Did this incident result in collateral injury to a bystander? ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

```
┌─────────────────────────────────────┐
│            LES                       │ 25706
└─────────────────────────────────────┘
```

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|----|----|----------|

Print Date: 2025-10-28

CHC v. Noem CBP 000887