E-STAR incident ID: **LES** #25694



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25694
**Title:** Operation Midway Blitz: Chicago 18 UCS 111 (a) simple assult
**Incident date/time:** 10/04/2025 07:36

**Type:** ☒ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee

☐ Unintentional firearm discharge ☐ Intentional firearm discharge

**Was this a mass encounter incident?** ○ Yes ⊗ No

**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** MILLS, ALEXANDER P.                    **Creation date/time:** 10/04/2025 20:25
**Last updated by:** SANTIZO JR, GUILLERMO              **Last updated date/time:** 10/06/2025 09:30
**Reviewer:** ARCE, JESSE A                            **Date reviewed:** 10/06/2025

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / El Centro Sector
    **Landmark:**
**Country/international waters:** United States of America
    **Address:**
        **Street:** 50th Street & S. Western Blvd
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60609
**Incident coordinates:**
    **Latitude:** 41.80295
    **Longitude:** -87.68372
**Setting:**

Print Date: 2025-10-28

CHC v. Noem CBP 000888

E-STAR incident ID: | PII | 25694

○ Indoors  ⊗ Outdoors
   **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Urban block of Chicago, IL
**Environmental factors:**
   **Weather:** ☒ Dry ❑ Raining ❑ Snowing ❑ Flooding ❑ Windy ❑ Storm ❑ Haze/blowing dust ❑ Fog ❑ Other
   **Illumination:** ☒ Daylight ❑ Dark ❑ Dawn ❑ Dusk ❑ Good lighting ❑ Poor lighting ❑ Night vision aided ❑ Other
   **Estimated temperature (Fahrenheit):** 75

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|--------------------|--------------------|
| ALEXENDER MILLS | Supervisory Border Patrol Agent | In-Person | 10/04/2025 |

**Other authorities notified (external to CBP):** ❑ Federal  ❑ Tribal  ❑ State  ❑ Local  ❑ Foreign

## EMPLOYEES: 1

**Name:** MCLAUGHLIN JR, DANIEL J.

   **Gender:** Male    **Age:** 35    **Height:** 5'6"    **Weight:** 204 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 05/21/2021
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
   **Duty (or detail/TDY) location EOD:** 10/04/2025
   **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
      **Activity:** Patrol Interior

   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 4 years 5 months
      **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ☒ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ○ Yes  ⊗ No

**Attire:** ⊗ Uniform  ○ Plain clothes

**Was MCLAUGHLIN JR, DANIEL J. assaulted?** ⊗ Yes  ○ No

**Was MCLAUGHLIN JR, DANIEL J. injured?** ○ Yes  ⊗ No

## SUBJECTS: 1

**Name:** URBANO-MONTESINOS, DARIO
   **Gender:** Male    **Date of birth:** | PII |    **Height:** 5'4"    **Weight:** 160 pounds
   **Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
   **Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
   **Immigration status:** U.S. Citizen
   **Country of citizenship:** United States of America
   **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   ○ Yes  ⊗ No
   **Subject's activity:**
      ❑ Illegal entry

CHC v. Noem CBP 000889

E-STAR incident ID:  **LES**  #25694

- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- ❑ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ❑ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Subject's current location and disposition if known:** Released with CVB violation ticket

**Did this subject assault a CBP employee?** ⊗ Yes  ◯ No

    **Was the subject outside the US or its territories when committing the assault?** ◯ Yes  ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Other
            **Other method description:** body

**Was this subject arrested / taken into custody?** ⊗ Yes  ◯ No

    **Arrested / taken into custody by:** ⊗ CBP  ◯ Other federal agency  ◯ State agency  ◯ Local agency

        **Was an administrative action initiated for this subject by CBP?** ⊗ Yes  ◯ No

    **Was prosecution sought against this subject?** ⊗ Yes  ◯ No

        **Prosecution By:** ⊗ CBP  ◯ Other federal agency  ◯ State agency  ◯ Local agency

**Was this subject injured or claiming to be injured?** ◯ Yes  ⊗ No  ◯ Unknown

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| URBANO-MONTESINOS, DARIO | Other assault method - body | MCLAUGHLIN JR, DANIEL J. | ⊗ Yes ◯ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  ⊗ No

**Did this incident result in collateral injury to a bystander?** ◯ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of MILLS, ALEXANDER P.**

    Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators

CHC v. Noem CBP 000890

E-STAR incident ID: **LES** #25694

throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 4, 2025, I, Border Patrol Agent Daniel McLaughlin Jr of the El Centro Border Patrol Sector was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, Illinois area on a Strike Team. Strike Teams are

**LEP**

. The objective of Strike Team 3 is to locate and apprehend previously identified individuals at this location. I have 4 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

On this day, I was wearing a full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia, badge, and police/federal agent marking in the front and back of the uniform. This clearly identified me and my partner, Supervisory Border Patrol Agent Alexandar Mills, who was also outfitted in full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia with badge and police marking in the front and back of the uniform. We were riding in an unmarked Service vehicle and traveling in a convoy of several other unmarked Service vehicles that were in front of and behind us.

While driving down Western Blvd I noticed a gentleman, later identified as Dario URBANO Montesinos, who was wearing a black hat, T-shirt, pants and facemask, walking northbound. A few minutes before observing this individual, I had just apprehended another individual on the same block. I approached URBANO from the rear to conduct a consensual encounter. I tapped URBANO on the shoulder to get his attention and informed him I was a United States Border Patrol Agent. I asked URBANO where he was from and if he had any identification on him. URBANO took his earbud headphone out, dropped his head and shook his head left to right. He then said no. I moved myself in front of URBANO to rightfully detain him to conduct an immigration inspection.

URBANO deliberately dropped his shoulder and walked into me in what I believed was an attempt to knock me out of his way. I then moved back and repositioned myself. I continued to ask URBANO questions about his immigration status. Given my experience and intelligence briefing, most if not all illegals are taught or informed to misdirect and lie to law enforcement when encountered. This caused me to be reasonability suspicious that URBANO could possibly be in the United States illegally.

I continued my immigration inspection by asking if he had any immigration documents to be in the United States legally. URBANO responded "it's at home, it's at home". I asked URBANO what was at home? URBANO did not answer my question. He forcefully walked towards me as if he was trying to walk through me and push me out of the way. I grabbed URBANO's upper and lower arm at this point to restrain him after he assaulted me. URBANO then tried to pull away from me. While forcefully pulling away from me, URBANO used his momentum to take attempt to take me with him to the ground. I then used his momentum to put myself in a position of advantage and complete a controlled takedown instead. I did this to avoid being taken to the ground by URBANO.

Once on the ground, I ordered URBANO to stand back up. URBANO was attempting to comply, but I assisted URBANO back to his feet. URBANO then told me he had documentation in his backpack. At this point, Supervisory Border Patrol Agent Alexander Mills came to assist me with URBANO. URBANO again replied that he had documents in his backpack. At this time, we allowed URBANO to go through his backpack to find his legal documentation to be in the United States legally. Agent Mills asked URBANO where he was born and he stated Mexico. Moments later, URBANO pulled numerous papers out of his backpack, and he presented us with a photocopy of an Illinois State Identification card. We informed URBANO that an Illinois State Identification Card was not a legal form of documentation. At no point during this investigation did URBANO inform me, or Agent Mills, he was a United States Citizen.

Due to URBANO admitting that he was born in Mexico and the fact that he was not able to provide us with proper documentation to enter or remain in the United States legally, we placed him under arrest for further investigation. He was also placed under arrest for assault. We escorted URBANO into our unmarked service van to transport him to the ICE ERO facility located at 1930

Print Date: 2025-10-28

CHC v. Noem CBP 000891

E-STAR incident ID: **LES** #25694

Beach Street, Broadview, IL.   At the ICE detention facility, URBANO was issued a Central Violations Bureau (CVB) Citation for 18 USC 111 (a) Assault on a Federal Officer.

Body Camera

Criminal History:

PII; LES

PII; LES It also showed that URBANO was a naturalized United States Citizen.

At the ICE detention facility, URBANO was read his Miranda rights by Agent Mills at approximately 11:43 am and this was witnessed by Border Patrol Agent Carlos Chavira. URBANO stated he understood his rights and was not willing to make a statement.

Central Violations Bureau ticket was given to URBANO for18 USC 111 (a) Assault on a Federal Officer **LES** URBANO signed the violation notice, he received a copy, and Agent Mills explained the process to him. URBANO was then released outside the ICE detention facility.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | MILLS, ALEXANDER P. | 10/04/2025 22:02 | |
| Approved | SANTIZO JR, GUILLERMO | 10/06/2025 09:30 | |

Print Date: 2025-10-28

CHC v. Noem CBP 000892

