E-STAR incident ID: **LES** #25718



## U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25718
**Title:** Operation Midway Blitz: Chicago - OC Deployment / Knee Strikes Libertyville
**Incident date/time:** 10/08/2025 11:30
**Type:** ☐ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Creation date/time:** 10/08/2025 16:12
**Last updated by:** HORNER, JOHN E.
**Last updated date/time:** 10/09/2025 08:29
**Reviewer:** HORNER, JOHN E
**Date reviewed:** 10/09/2025

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes  ⊗ No

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** N Milwaukee Ave & Parkview Dr
        **City:** Libertyville  **State:** ILLINOIS  **Zip:** 60048
**Incident coordinates:**
    **Latitude:** 43.04909
    **Longitude:** -87.93581
**Setting:** ○ Indoors  ⊗ Outdoors
    **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** On North Milwaukee Ave near Parkview Drive
**Environmental factors:**
    **Weather:** ☒ Dry  ☐ Raining  ☐ Snowing  ☐ Flooding  ☐ Windy  ☐ Storm  ☐ Haze/blowing dust  ☐ Fog  ☐ Other
    **Illumination:**

Print Date: 2025-10-28

CHC v. Noem CBP 000915

E-STAR incident ID **LES** #25718

☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
**Estimated temperature (Fahrenheit):** 63

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| CURRAN, JOSEPH P | Supervisory Border Patrol Agent | Phone | 10/08/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** DONAHUE, TIMOTHY R.
**Gender:** Male  **Age:** 38  **Height:** 5'9"  **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 04/28/2019
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 6 years 5 months
**CBP training previously received (not including basic academy training):**

☐ BPAIST  ☐ BORSTAR  ☐ BORTAC  ☐ DITP  ☐ DTI
☐ EDVPTP  ☐ EMT  ☐ FITP  ☐ LLITP (IFITP)  ☐ MFF
☐ MRT  ☐ PITP  ☐ SRT  ☐ TATP  ☐ Other

**Wearing body armor?** ⊗ Yes ○ No
**Attire:** ⊗ Uniform ○ Plain clothes

**Did DONAHUE, TIMOTHY R. use reportable force?** ⊗ Yes ○ No
**Force type:** Less-lethal Device
**Device:** OC (Pepper Spray Hand Held Canister)
**Device type:** Stream
**Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
**Estimated distance:** 3 feet
**Reason(s) for this use of force:**

☒ Protect self  ☒ Protect co-worker  ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☒ Prevent escape
☒ Overcome resistance  ☐ Stop vehicle  ☐ Vessel failure to heave to
☐ Animal euthanization  ☐ Other

**Force type:** Other
**Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
**Description of physical force:** Knee Strikes to Calf
**Reason(s) for this use of force:**

☒ Protect self  ☒ Protect co-worker  ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☒ Prevent escape
☒ Overcome resistance  ☐ Stop vehicle  ☐ Vessel failure to heave to
☐ Animal euthanization  ☐ Other

**Was DONAHUE, TIMOTHY R. injured?**

Print Date: 2025-10-28

CHC v. Noem CBP 000916

E-STAR incident ID: **LES** #25718

○ Yes ⊗ No

## SUBJECTS: 1

**Name:** LOPEZ-MAGADAN, CRISTIAN
**Gender:** Male **Date of birth:** PII **Height:** 5'4" **Weight:** 150 pounds
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** Deportable
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⊗ No
**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was TOT to ICE ERO for Removal Proceedings

**Was reportable force used on this subject?** ⊗ Yes ○ No
   **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes ○ No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** ○ Yes ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes ⊗ No ○ Unknown

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| DONAHUE, TIMOTHY R. | OC (Pepper Spray Hand Held Canister) - Stream | **Subject:** LOPEZ-MAGADAN, CRISTIAN<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| DONAHUE, TIMOTHY R. | Physical Force w/o Weapon - Knee Strikes to Calf | **Subject:** LOPEZ-MAGADAN, CRISTIAN<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes |

CHC v. Noem CBP 000917

E-STAR incident ID: **LES** #25718

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of DONAHUE, TIMOTHY R.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022–2024

This arrest was conducted as part of Operation Midway Blitz, a coordinated enforcement effort targeting criminal and immigration violators in the greater Chicago area. Over the last two years, the Chicago Field Office has received and processed tens of thousands of illegal aliens released into the United States. These operations are designed to identify and apprehend individuals who entered the country unlawfully and remain without authorization.

On October 8, 2025, at approximately 1120 hours, I, Border Patrol Agent Timothy Donahue of the El Centro Sector, with over six years of experience and having conducted thousands of interviews and apprehensions of illegal aliens, was operating under Operation Midway Blitz near N. Milwaukee Avenue and Parkview Drive. While conducting surveillance in the area, I observed a male subject loitering at a bus stop. He was later identified as Cristian Lopez-Magadan, date of birth **PII**, and is a citizen and national of Mexico. This was a warrantless encounter.

I was wearing my full duty gear, including my external vest with clear "POLICE" identifiers on the front and back. I approached the subject and identified myself as a United States Border Patrol Agent. Upon seeing me, the subject immediately turned and fled on foot. I pursued and apprehended him after a short chase. Once detained, the subject resisted as I attempted to handcuff him. He was pulling his arms away and ignoring verbal commands. I gained control and successfully placed him in handcuffs behind his back without further incident.

After being detained, the subject falsely stated he was born in Phoenix, Arizona. Using CBP systems, I confirmed his true identity as Cristian Lopez-Magadan, a citizen and national of Mexico with no lawful immigration status or authorization to remain in the United States. After confirming this information, I informed Lopez-Magadan that he was under arrest pursuant to Title 8 of the United States Code for being present in the United States in violation of federal immigration law.

Lopez-Magadan was arrested in a public place without a warrant. I determined he was likely to escape before a warrant could be obtained for his arrest based on his immediate flight from law enforcement, false statements regarding citizenship, and lack of verifiable address or identification. When questioned, he refused to provide an address or place of employment and stated he had no U.S. government-issued identification. In my experience as a Border Patrol Agent, subjects who flee from law enforcement, provide false information about their identity or citizenship, and fail to disclose their residence or work information are flight risks likely to abscond rather than face apprehension and deportation.

In accordance with Title 8 U.S.C. § 1357(a)(2), I determined that it was both lawful and necessary to arrest Lopez-Magadan without a warrant, as he was an alien in the United States in violation of immigration law and circumstances indicated he was likely to escape before a warrant could be obtained. Continued detention under Title 8 was authorized to ensure his availability



CHC v. Noem CBP 000918

E-STAR incident ID: **LES** #25718

for processing and removal proceedings.

At approximately 1130 hours, while transporting Lopez-Magadan in the rear seat of my service vehicle, I was traveling approximately fifty miles per hour through four lanes of heavy traffic when I heard the subject unbuckle his seatbelt and manipulate the door handle. The subject was handcuffed behind his back at the time. I gave clear, loud verbal commands for him to stop, which he ignored. Due to the immediate and significant risk of serious bodily injury or death to the subject, myself, and others on the roadway, I deployed a short, half-second burst of OC spray towards Lopez-Magadan's face from approximately three feet away. Because I was actively operating the vehicle in heavy traffic, it was not feasible or reasonable for me to activate my body-worn camera at the time of the OC deployment. I then maneuvered the vehicle into the center turning lane and came to a controlled stop.

After stopping, I exited my vehicle and opened the rear passenger door to regain control of the subject. As I did, I observed the subject's foot partially outside the vehicle, preventing the door from closing and posing a continued safety risk. To prevent further movement and bring his leg safely back inside the vehicle, I delivered three knee strikes to the subject's calf area. The strikes were directed at the calf only and were necessary because the subject's foot would not retract and I could not safely pull it in without exposing myself and the subject to additional roadway risk. The knee strikes were effective in forcing his foot back into the vehicle, allowing me to close the door and regain full control. Agent Inglet, who was seated in the rear, assisted in maintaining physical control of Lopez-Magadan for the remainder of the approximately forty-minute transport to the ICE-ERO staging facility.

Upon arrival, I decontaminated Lopez-Magadan using clean water and allowed him to sit in open air for approximately forty-five minutes. The subject was closely monitored during this period, displayed no signs of medical distress, and made no complaints of injury. While seated and calm, Lopez-Magadan admitted he was a citizen of Mexico with no documents authorizing him to be in the United States. He further stated he initially ran because he was scared of the Border Patrol.

Lopez-Magadan was transported to the ICE-ERO staging area for processing and continued detention authorized under Title 8 of the United States Code due to his flight behavior, false statements, and unlawful presence in the United States.

I notified Supervisory Border Patrol Agent Curran via phone of the OC deployment within an hour of the deployment.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | DONAHUE, TIMOTHY R. | 10/08/2025 18:57 | |
| Approved | HORNER, JOHN E. | 10/09/2025 08:29 | |



CHC v. Noem CBP 000919