E-STAR incident ID: **LES** #25753



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25753
**Title:** Operation Midway Blitz: Chicago - OC Deployment Glenview, IL
**Incident date/time:** 10/13/2025 07:50
**Type:** ☐ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Creation date/time:** 10/13/2025 10:20
**Last updated by:** HUGHBANKS, DANIEL L.
**Last updated date/time:** 10/15/2025 09:41
**Reviewer:** HUGHBANKS, DANIEL L
**Date reviewed:** 10/15/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** 2850 Patriot Way
        **City:** Glenview    **State:** ILLINOIS    **Zip:** 60026
**Incident coordinates:**
    **Latitude:** 42.10733
    **Longitude:** -87.82250
**Setting:** ○ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land

CHC v. Noem CBP 000986

E-STAR incident ID: **LES** #25753

○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Home Depot parking lot 2850 Patriot Boulevard, Glenview, Illinois.
**Environmental factors:**
  **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):** 57

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| CLINTON, MARK A | Supervisory Border Patrol Agent | In-Person | 10/13/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 2

**Name:** ISMAIL, OMAR
  **Gender:** Male  **Age:** 42  **Height:** 6'0"  **Weight:** 210 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/04/2020
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/11/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 5 years 5 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

  **Wearing body armor?** ○ Yes  ⊗ No
  **Attire:** ○ Uniform  ⊗ Plain clothes

  **Did ISMAIL, OMAR use reportable force?** ⊗ Yes  ○ No
    **Force type:** Less-lethal Device
    **Device:** OC (Pepper Spray Hand Held Canister)
    **Device type:** Stream
    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** 1 feet
    **Reason(s) for this use of force:**
      ☒ Protect self                              ☒ Protect co-worker                        ☐ Protect innocent 3rd party
      ☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☐ Prevent escape
      ☒ Overcome resistance                ☐ Stop vehicle                                  ☐ Vessel failure to heave to
      ☐ Animal euthanization                 ☐ Other

  **Was ISMAIL, OMAR injured?** ○ Yes  ⊗ No

**Name:** ESCOBEDO, CHRISTOPHER
  **Gender:** Male  **Age:** 30  **Height:** 5'6"  **Weight:** 170 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 12/02/2019

CHC v. Noem CBP 000987

E-STAR incident I **LES** #25753

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/02/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 5 years 10 months
**CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ○ Yes  ⊗ No
**Attire:** ○ Uniform  ⊗ Plain clothes

**Did ESCOBEDO, CHRISTOPHER use reportable force?** ⊗ Yes  ○ No
**Force type:** Less-lethal Device
**Device:** OC (Pepper Spray Hand Held Canister)
**Device type:** Stream
**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
**Estimated distance:** 1 feet
**Reason(s) for this use of force:**

☒ Protect self            ☒ Protect co-worker            ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☐ Prevent escape
☒ Overcome resistance     ☐ Stop vehicle                 ☐ Vessel failure to heave to
☐ Animal euthanization    ☐ Other

**Was ESCOBEDO, CHRISTOPHER injured?** ○ Yes  ⊗ No

## SUBJECTS: 1

**Name:** GODINEZ-ORTEGA, ALEJANDRO
**Gender:** Male  **Date of birth:** PII  **Height:** 5'11"  **Weight:** 280 pounds
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** Deportable
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

☐ Illegal entry
☒ Uncooperative during encounter/inspection
☐ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☐ Assault (rocks/other projectiles)
☐ Assault (all other types)
☐ Rioting/civil disturbance
☐ Mass coordinated entry

CHC v. Noem CBP 000988

E-STAR incident ID **LES** 25753

☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** Subject was apprehended for immigration violations and transported to the ICE ERO facility for further processing.

**Was reportable force used on this subject?** ☒ Yes ◯ No

  **Was the subject outside the US or its territories when this force was applied?** ◯ Yes ☒ No

**Was the subject an occupant of a vehicle?** ◯ Yes ☒ No

**Was this subject injured or claiming to be injured?** ☒ Yes ◯ No ◯ Unknown
**Injury information:**
  **Injury type:** Superficial injuries (no treatment expected)
  **Injury Comment:** Had a small cut on his forehead. No medical attention necessary
  **Refused medical attention?** ◯ Yes ☒ No
  **Received treatment?** ◯ Yes ☒ No
  **Region(s) of the body injured:**

  ☒ Front head                           ☐ Rear head
  ☐ Side head                            ☐ Face
  ☐ Neck/throat                          ☐ Front upper torso/chest
  ☐ Rear upper torso/back                ☐ Front lower torso/abdomen
  ☐ Rear lower torso/back                ☐ Front below waist/groin area
  ☐ Rear below waist/buttocks            ☐ Arms/hands
  ☐ Front legs/feet                      ☐ Rear legs

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ISMAIL, OMAR | OC (Pepper Spray Hand Held Canister) - Stream | Subject: GODINEZ-ORTEGA, ALEJANDRO<br>Was this subject injured or claiming to be injured by this use of force? No<br>Was this use of force effective against what prompted its use? No, The deployment of the spray did not appear to be effective<br>Did the UOF device function as designed? Yes |
| ESCOBEDO, CHRISTOPHER | OC (Pepper Spray Hand Held Canister) - Stream | Subject: GODINEZ-ORTEGA, ALEJANDRO<br>Was this subject injured or claiming to be injured by this use of force? No<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ◯ Yes ☒ No
Did this incident result in collateral injury to a bystander? ◯ Yes ☒ No

## WITNESSES: 0





CHC v. Noem CBP 000989

E-STAR Incident ID: **LES** #25753

## NARRATIVE

**Narrative of ESCOBEDO, CHRISTOPHER**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 13, 2025, I, Border Patrol Agent Christopher Escobedo was conducting immigration enforcement operations in the city of Glenview, IL in support of Operation Midway Blitz. Glenview has been identified as a city where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed hundreds of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

**LEP**

**LEP** Agents Omar Ismail, Jaime Duenas, and I were dressed in plain clothes with our service badge and credentials ready to display for any enforcement action. Agent Raymond Ritz was also working with us in unmarked vehicle, dressed in plain clothes with his ballistic body armor with U.S. Border Patrol insignia, and clear police markings on front and back. All agents were readily identified as a Federal Agent by any reasonable person.

At approximately 07:30 A.M, Agent Duenas noticed a male subject exit his vehicle and looked around in a paranoid and alert manner, this is common for illegal aliens who are unlawfully present, fear of arrest, deportation or individuals who are actively involved in or about to commit a crime. The suspicious male then entered the Home Depot. It should be noted that no other patrons at the Home Depot were acting in this manner. The other patrons present parked their vehicle and entered the store without displaying any abnormal behavior. It should be noted that ICE and Border Patrol presence in the greater Chicago area has been widely publicized on local, national, and social media.

Agent Duenas queried the license plate of a white Ford Transit **LES** that the individual had exited. We were searching the area for stolen vehicles, illegal aliens, and other crimes. The subject's vehicle was parked near the Home Depot, located in the vicinity of 2850 Patriot Blvd in Glenview, IL. **LEP** showed this vehicle was registered to GODINEZ-Ortega, Alejandro in Chicago, IL. Agent Duenas utilized DHS databases to identify that GODINEZ was a citizen of Mexico born on **PII** It further showed that GODINEZ was illegally present in the United States and had criminal history. Based on my knowledge of GODINEZ's prior criminal history for traffic offenses and DUIs, I believed GODINEZ's actions would pose an immediate threat to my safety and to the other Agents. Based on my training and experience, subjects with a criminal history often pose a greater threat to law enforcement officers when compared to people with no criminal history. Once GODINEZ was identified as an illegal alien, Supervisory Border Patrol Agent-Intelligence Mark Clinton issued an i-200 warrant of arrest for GODINEZ, which identified him as a target of interest for agents conducting operations for Operation Midway Blitz.

After surveilling the vehicle for approximately 10 minutes, one male, who matched the age and height of GODINEZ, walked

CHC v. Noem CBP 000990

E-STAR incident ID: **LES** #25753

towards the vehicle. This male appeared to be the same male who we had observed looking around in a paranoid and alter manner earlier. We were reasonably certain that it was the GODINEZ walking towards his vehicle. As he approached his vehicle, GODINEZ remained standing outside by the rear of his vehicle and began to talk on his phone. I noticed that as GODINEZ talked on his phone he continued to look around in a paranoid and alert manner. He was looking over his shoulder and looking in all directions. Agent Duenas notified other Agents that he was going to approach GODINEZ to make contact with him.

Agents Duenas and Agent Ismail approached GODINEZ' vehicle from the rear and identified themselves as U.S. Border Patrol Agents. Agent Ritz and I parked in front of the white Ford Transit and exited our vehicle. Agent Duenas addressed GODINEZ by his name. GODINEZ acknowledged Agent Duenas and immediately fled eastbound on foot across the parking lot as he was yelling for help. Agents Duenas and Agent Ismail initiated a foot pursuit, while I maintained visual contact of GODINEZ and provided security for our government vehicles. Agent Ismail pursued GODINEZ and successfully was able to get a hold of GODINEZ. At this time Agent Ritz entered his vehicle and began to drive across the parking lot towards the other Agents. I then ran towards the other Agents and GODINEZ.

As I approached Agents Duenas and Ismail, GODINEZ was face down with his hands concealed underneath his body. He was maintaining his position and refusing to comply with commands to surrender his hands. GODINEZ was using the weight of his torso and his strength to keep his hands tucked under his body. Agent Ismail repeatedly ordered GODINEZ to stop resisting and to show his hands. This was necessary in order to effectively place handcuffs on GODINEZ. GODINEZ continued to resist and repeatedly yelled for help.

Agent Ismail warned GODINEZ that OC spray would be deployed if he did not comply. GODINEZ continued resisting and did not surrender his hands as instructed. Agent Ismail then deployed his OC spray towards GODINEZ' facial area with a one second burst. The spray appeared to have little to no effect on GODINEZ. GODINEZ remained non-compliant, wiping his face and again concealing his hands under his body once again before Agents were able to control them.

While GODINEZ continued to resist arrest, I gave a final verbal warning, that OC spray would be deployed if he continued to resist. When GODINEZ still refused to give us his hands, I deployed a two second burst of OC spray towards GODINEZ' facial area, from approximately a foot.

Following the OC exposure, I placed my right knee on GOINEZ's right hip while instructing him to give up his hands. The OC spray was effective, and GODINEZ subsequently complied and gave us his hands. GODINEZ then said in Spanish, "There, there, there are my hands." Agents were then able to secure GODINEZ in handcuffs and escorted him into our vehicle.

Due to officer safety concerns, and privacy factors, due to members of the public filming the encounter, GODINEZ was transported a short distance away to continue the investigation. Once in a safer setting, Agents conducted decontamination procedures to assist GODINEZ with the effects of the OC exposure. in accordance with CBP use of force policy guidelines, GODINEZ was observed for 45 minutes. GODINEZ was provided with access to fresh air and water to help alleviate the OC irritation. After decontamination was complete, GODINEZ appeared to be in stable condition and did not request further medical treatment. No adverse reactions were reported or observed due to the OC deployment.

I notified Supervisory Border Patrol Agent-Intelligence Mark Clinton in person regarding the use of force. Agent Clinton was on scene and notified within minutes of the OC deployment.

Once GODINEZ was in custody, Agent Duenas conducted record checks in DHS databases using GODINEZ's name and date of birth. DHS databases confirmed that GODINEZ has no documents allowing him to remain in the United States. Agent Ismail placed GODINEZ under arrest for violation of Title 8 of the United States Code. Arrest time was approximately 7:50 A.M. GODINEZ was transported to the ICE/ERO processing facility in Broadview, Illinois for processing and removal. The arrest was captured on Agent Ritz' body worn camera, **LES**

**Narrative of ISMAIL, OMAR**
Subject
Name: GODINEZ-Ortega, Alejandro
DOB: PII

Print Date: 2025-10-28

CHC v. Noem CBP 000991

E-STAR incident ID: **LES** #25753

COC: Mexico
App: O.Ismail
App 0750
Event:

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 13, 2025, I, Border Patrol Agent O. Ismail was conducting immigration enforcement operations in the city of Glenview, IL in support of Operation Midway Blitz. Glenview has been identified as a city where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed hundreds of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked government rental vehicle in order to blend in with the general public and covertly search for criminal activity. Agents C. Escobedo, J. Duenas and I were dressed in plain clothes with our service badge and credentials ready to display for any enforcement action. Agent R. Ritz was also working with us in unmarked vehicle, dressed in plain clothes with his ballistic body armor with U.S. Border Patrol insignia, and clear police markings on front and back. All agents were readily identified as a Federal Agent by any reasonable person.

At approximately 07:30 A.M., Agent Duenas noticed a male subject exit his vehicle and began looking around in a paranoid and alert manner. This behavior is commonly observed among individuals who are either illegally present in the United States or those about to commit a crime. The male then entered the Home Depot. Agent Duenas queried the license plate of a white Ford Transit **PII** that the individual had exited. We were searching the area for stolen vehicles, illegal aliens, and other crimes. The subject's vehicle was parked near the Home Depot, located in the vicinity of 2850 Patriot Blvd in Glenview, IL. Department of Homeland Security (DHS) databases showed this vehicle was registered to GODINEZ-Ortega, Alejandro in Chicago, IL. Agent Duenas utilized DHS databases to identify that GODINEZ was a citizen of Mexico, born on **PII** It further showed that GODINEZ was illegally present in the United States and had a prior criminal history. Based on my knowledge of GODINEZ's prior criminal history and my experience with the dangers associated with the Chicago area, I believed GODINEZ's actions pose an immediate threat to my safety and that of other agents. Supervisory Border Patrol Agent-Intelligence Mark Clinton issued an I-200 warrant of arrest for GODINEZ, identifying him as a target of interest for agents conducting operations for Operation Midway Blitz.

After surveilling the vehicle for approximately 10 minutes, one male, who matched the age and height of GODINEZ, walked towards the vehicle. This male appeared to be the same individual who had been observed looking around in a paranoid and alert manner earlier. We were reasonably certain it was the GODINEZ walking towards his vehicle. As he approached, GODINEZ remained standing outside by the rear of his vehicle and began talking on his phone. Agent Duenas and agent Escobedo observed that as GODINEZ continued talking on his phone, he remained looking around in a paranoid and alert manner, frequently looking over his shoulder and in all directions. Agent Duenas then notified other agents that he was going to

CHC v. Noem CBP 000992

E-STAR incident ID: LES #25753

approach GODINEZ to make contact with him.

I approached GODINEZ with Agent Duenas. Identified ourselves as United States Border Patrol Agents to a male subject who was later identified as Alejandro GODINEZ Ortega, DOB: PII COB: Mexico. Upon identifying ourselves, GODINEZ immediately ran from the area while screaming for help. I pursued GODINEZ on foot with agent Duenas for approximately 20 yards and was able to catch up to him. I then took GODINEZ to the ground in order to place him under arrest.

While on the ground, GODINEZ actively resisted arrest by refusing to comply with verbal commands to stop resisting and to place his hands behind his back. GODINEZ kept his hands in front of his body and continued screaming, drawing attention from nearby pedestrians. Based on my knowledge of GODINEZ's prior criminal history and my experience with the dangers associated with the Chicago area, I believed GODINEZ's actions posed an immediate threat to my safety and that of other agents. The combination of his resistance, his screaming for public attention, and the potential presence of anti-law enforcement individuals in the vicinity elevated the risk that GODINEZ could attempt to access a weapon or incite interference with our lawful arrest.

At approximately 07:45 A.M., I deployed my issued OC spray from approximately one foot, targeting GODINEZ's facial area, while accompanied by BPA Escobedo. When I deployed the OC spray it appeared to malfunction. Instead of deploying in a stream fashion, only a small amount came out in a mist. I gave clear commands for GODINEZ to stop resisting and to surrender his hands. The OC spray appeared to have minimal effect on GODINEZ, who continued resisting. Subsequently, BPA Escobedo deployed his issued OC spray toward GODINEZ. Shortly after, GODINEZ complied, allowing agents to secure him in handcuffs without further incident.

After GODINEZ was placed in handcuffs, agents ensured GODINEZ was monitored for 45 minutes after the exposure to OC spray for compliance with CBP Use of Force Policy guidelines.

GODINEZ did not show any adverse reaction after decontamination.

SBPA-I M. Clinton was notified immediately in person on-site shortly after the deployment of the OC spray.

Once GODINEZ was in custody, Agent Duenas conducted record checks in DHS databases using GODINEZ's name and date of birth. DHS databases confirmed that GODINEZ had no documents allowing him to remain in the United States. Agent Ismail placed GODINEZ under arrest for violation of Title 8 of the United States Code. Arrest time was approximately 7:50 A.M. GODINEZ was transported to the ICE/ERO processing facility in Broadview, Illinois, for processing and removal. The arrest was captured on Agent Ritz's body-worn camera, LES .

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/15/2025 08:55 | |
| Approved | HUGHBANKS, DANIEL L. | 10/15/2025 09:41 | |

Print Date: 2025-10-28

CHC v. Noem CBP 000993