E-STAR incident ID **LES** #25762



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25762
**Title:** Operation Midway Blitz: Non-Compliant Chicago - (OFO)
**Incident date/time:** 10/15/2025 07:30
**Type:** ☐ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** Office of Field Operations
**Created by:** BURGESS, HOLLIE ANN
**Last updated by:** TREBS, ARTHUR A.
**Reviewer:** ORNELAS, ERAZMO V
**Creation date/time:** 10/15/2025 11:17
**Last updated date/time:** 10/16/2025 17:54
**Date reviewed:** 10/16/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | OFO |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
**Address:**
  **Street:** 2540 S Hamlin Avenue
  **City:** Chicago   **State:** ILLINOIS   **Zip:** 60623
**Incident coordinates:**
  **Latitude:** 41.84496
  **Longitude:** -87.72000
**Setting:** ○ Indoors  ⊗ Outdoors
  **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Outside of the home located at 2540 S Hamlin Avenue Chicago, Illinois 60623

CHC v. Noem CBP 001081

E-STAR incident ID **LES** F-#25762

**Environmental factors:**
Weather: ☐ Dry ☒ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
Illumination: ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☒ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
**Estimated temperature (Fahrenheit):** 59

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| CHEVALIER, JOSEPH H | | Phone | 10/15/2025 |
| ORNELAS, ERAZMO V | | Phone | 10/15/2025 |

Other authorities notified (external to CBP): ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** SANCHEZ, HUGO C.
**Gender:** Male  **Age:** 30  **Height:** 5'6"  **Weight:** 175 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 01/14/2018
**Duty location or detail/TDY location during the incident:** Office of Field Operations
**Duty (or detail/TDY) location EOD:** 10/02/2025
**Duty status at the time of the incident:** ☒ On duty ○ Off duty
  **Activity:** Special Operations

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 7 years 9 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☒ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ○ No
**Attire:** ○ Uniform ☒ Plain clothes

**Did SANCHEZ, HUGO C. use reportable force?** ☒ Yes ○ No
  **Force type:** Less-lethal Device
  **Device:** ECW (Electronic Control Weapon)
  **Device type:** TASER X2
  **Number of cycles total:** 2
    **Probe mode:** 0
    **Drive stun mode:** 2
  **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
  **Estimated distance:** 2 feet
  **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☒ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☐ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was SANCHEZ, HUGO C. injured?** ○ Yes ☒ No

CHC v. Noem CBP 001082

E-STAR incident ID: LES #25762

## SUBJECTS: 1

**Name:** FERREIRA RIVAS, RICHARD
**Gender:** Male  **Date of birth:** PII  **Height:** 5'9"  **Weight:** 150 - 199 lbs
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ○ No  ⊗ Unknown
**Immigration status:**
**Country of citizenship:** VENEZUELA
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**
- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject is in custody.

**Was reportable force used on this subject?** ⊗ Yes  ○ No
   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ⊗ Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| SANCHEZ, HUGO C. | ECW (Electronic Control Weapon) - TASER X2 | Subject: FERREIRA RIVAS, RICHARD<br>Was this subject injured or claiming to be injured by this use of force? Unknown<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes  ⊗ No

CHC v. Noem CBP 001083

E-STAR incident ID: **LES** 25762

## WITNESSES: 0

## NARRATIVE

**Narrative of SANCHEZ, HUGO C.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.
In support of "Operation Midway Blitz", the Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase "at large" arrests of illegal aliens, including individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across the U.S., operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Customs and Border Protection (CBP), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.
Public source information regarding the Chicago, Illinois metropolitan area includes the following:

- U.S. Census Bureau data from 2019 indicates an estimated 257,000 illegal aliens live in Cook County, IL with approximately 183,000 living in Chicago.
o   Profile of the Unauthorized Population - IL | migrationpolicy.org
- 2016 U.S. Census Bureau data shows:
o   There are an estimated 829,000 non-citizens residing in Chicago that are potentially at risk of deportation
o   There are an estimated 900,000 non-citizens residing in Illinois that are potentially at risk of deportation
o   profile-foreign-born-population-chicago.pdf
- How many immigrants are in Illinois? | USAFacts
o   2024 Census Burau's American Community Survey data The number of foreign-born residents in Illinois grew from 1.81M in 2013 to 1.88M in 2024.
o   The Department of Homeland Security estimates approximately 420,000 immigrants in Illinois do not have lawful immigration status to reside in the U.S.
- Chicago Mayor Brandon Johnson defends spending on migrant crisis during sanctuary city hearings in Washington DC - ABC7 Chicago
o   More than 50,000 migrants arrived in Chicago since 2022.

I, Hugo Sanchez, am a Customs and Border Protection Special Response Team (SRT) Operator as part of U.S. Customs and Border Protection Special Operations Division (SOD). I have served in this position since 2020 as well as a Customs and Border Protection Officer from 2018 to present. I am an SRT Operator and successfully completed the SRT Basic Selection Course and Critical Skills Course in 2020. I have received numerous and continuous on the job training in law enforcement operations involving use of force applications, both less than lethal and deadly force, as well as other enforcement tactics and procedures. I have a current Less Lethal Instructor certification, which I obtained in 2021 and am still active. I am also a certified Emergency Medical Technician (EMT) since September of 2025.

On October 15th, 2025; I, Hugo Sanchez with the Office of Field Operations (OFO), Special Response Team Operator (SRT), was assigned to Alpha Team composed of SRTOs: Carlos Loizos, Luis Colon, Anthony Pepe, Abraham Renteria, Timothy Klein, Arturo Rivera, Timothy Ruiz and Christopher Buczkowski. During Operation Midway Blitz in Chicago, Illinois, SRT Operators are



CHC v. Noem CBP 001084

E-STAR incident ID: **LES** #25762

tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. My shift started at 0500 hours and my uniform for the day was plain clothes, and I was wearing a multicam arid plate carrier with "Police" identifiers on it.

At approximately 0705 my team and I arrived at 2540 S Hamlin Avenue in Chicago Illinois to conduct surveillance on a possible target provided by ( **LEP** ) I was seated in the back seat of a black Toyota 4Runner SUV that had been designated as the transport vehicle in the instance that an arrest was made.

At approximately 0725, SRTOs Carlos Loizos, Timothy Klein and Anthony Pepe in a Grey Jeep Wrangler observed a subject that matched a description of the subject in our intelligence package approaching a vehicle associated with our target. SRTOs Arturo Rivera and Timothy Ruiz dismounted from the vehicle and began to approach the subject to identify him. The subject ran away from the officers and attempted to enter back into the residence from which he came out. At this point I was still seated in the transport vehicle while SRTOs Arturo Rivera, Timothy Ruiz, Carlos Loizos, and Luis Colon attempted to restrain the subject. I began to hear screaming and noticed neighbors and other bystanders approaching our enforcement action. Due to the recent high level of threat in the Chicago Area of Responsibility and with frequent ramming of law enforcement vehicles and assaults on officers and agents, I dismounted from the vehicle to assist the officers with the arrest and be able to depart from the location before an incident could occur.

As I dismounted from the vehicle, I observed the subject grabbing on to a wrought iron fence and preventing the officers from effectively restraining him. The officers were able to remove him from the fence and as they moved the subject, he grabbed on to a gate outside the residence. As I got closer, I could see that the subject was still resisting arrest by tightening up his arms and legs and not cooperating with the commands of the officers. I unholstered my electronic control weapon (ECW/taser/X2)(Serial: **LES** ) and proceeded to say in spanish, "Deja de estar moviendote (Stop moving)" and then provided a drive stun with the ECW for 1 second on the left lateral portion of the subjects back while he was standing 2 feet away from me. I repeated, "Deja de estar moviendote (Stop moving)" again and provided a second drive stun for 1 second on the right lateral portion of the subjects back as he was standing 2 feet away from me. After the two drive stuns, the subject was compliant and allowed the SRTO Luis Colon to place handcuffs on him. He was transferred into the black Toyota 4Runner and Alpha team departed at approximately 0730 hours enroute to Broadview Detention Center. Subject refused to answer questions pertinent to his transport such as where his documents were located and whether he required medication. **LEP** **LEP** Subject was later identified as Richard FERREIRA RIVAS (DOB: **LES** ) (COC: Venezuela). I notified Incident Commander Joseph Chevalier and Special Operations Supervisor Erazmo Ornelas of the use of force at approximately 0750 hours.

My body worn camera was on and recorded evidence number **LES** during the arrest.

## FILE ATTACHMENTS

**File names:**

**LES**

**LES** ( **LES** device.cew.log_2025-10-15_1511 (1) (1).pdf

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | BURGESS, HOLLIE ANN | 10/16/2025 11:59 | |

CHC v. Noem CBP 001085

E-STAR incident ID: **LES** #25762

| Approved | ORNELAS, ERAZMO V. | 10/16/2025 14:43 | |



CHC v. Noem CBP 001086