E-STAR incident ID: **LES** #25788



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25788
**Title:** Operation Midway Blitz: Non-Compliant Chicago (OFO)
**Incident date/time:** 10/18/2025 09:50
**Type:** ☐ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge

**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** Office of Field Operations
**Created by:** BURGESS, HOLLIE ANN
**Last updated by:** POPKE, SHANE J.
**Reviewer:** POPKE, SHANE J

**Creation date/time:** 10/18/2025 12:18
**Last updated date/time:** 10/20/2025 11:57
**Date reviewed:** 10/20/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | OFO |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
**Address:** PII
**Incident coordinates:**
  **Latitude:** 41.90031
  **Longitude:** -87.97837
**Setting:** ○ Indoors  ⊗ Outdoors
  **Outdoor setting:** ⊗ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Outside on the street near 543 N. Ardmore Avenue, Villa Park, Illinois 60181

E-STAR incident ID **LES** -#25788

**Environmental factors:**
Weather: ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
Illumination: ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
**Estimated temperature (Fahrenheit):** 71

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SMITH, CALDWELL A | | Phone | 10/18/2025 |
| POPKE, SHANE J | | Phone | 10/18/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 3

**Name:** ESPINOZA, MOSES E.
   **Gender:** Male   **Age:** 40   **Height:** 5'8"   **Weight:** 196 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 12/10/2007
   **Duty location or detail/TDY location during the incident:** Office of Field Operations
   **Duty (or detail/TDY) location EOD:** 10/15/2025
   **Duty status at the time of the incident:** ⊗ On duty ◯ Off duty
      **Activity:** Special Operations

   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 17 years 9 months
      **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☒ SRT | ☐ TATP | ☒ Other |

      **List of other training:** CNLDD, HAND THROWN CHEMS, ACTIVE SHOOTER INSTRUCTOR

   **Wearing body armor?** ⊗ Yes ◯ No
   **Attire:** ◯ Uniform ⊗ Plain clothes

   **Did ESPINOZA, MOSES E. use reportable force?** ⊗ Yes ◯ No
      **Force type:** Less-lethal Device
      **Device:** ECW (Electronic Control Weapon)
      **Device type:** TASER X2
      **Number of cycles total:** 2
         **Probe mode:** 0
         **Drive stun mode:** 2
      **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
      **Estimated distance:** Unknown
      **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☒ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☐ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

   **Was ESPINOZA, MOSES E. injured?** ⊗ Yes ◯ No
   **Injury information:**
      **Injury type:** Minor injuries (treated at the scene, no additional treatment expected)

CHC v. Noem CBP 001129

E-STAR incident ID: LES #25788

**Injury Comment:** Minor scratches on right hand. On site first aid only.
**Refused medical attention?** ○ Yes ⊗ No
**Received treatment?** ⊗ Yes ○ No
**Was a form CA-1 filed?** ○ Yes ⊗ No
**Region(s) of the body injured:**

- ☐ Front head
- ☐ Side head
- ☐ Neck/throat
- ☐ Rear upper torso/back
- ☐ Rear lower torso/back
- ☐ Rear below waist/buttocks
- ☐ Front legs/feet
- ☐ Rear head
- ☐ Face
- ☐ Front upper torso/chest
- ☐ Front lower torso/abdomen
- ☐ Front below waist/groin area
- ☒ Arms/hands
- ☐ Rear legs

**Medical treatment information:**

**Received EMS treatment prior to/in lieu of treatment at a facility?** ⊗ Yes ○ No
**Provider:**

**Name:** TRIPOLI IV, JACK

**Gender:** Male  **Age:** 40  **Height:** 5'10"  **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/29/2008
**Duty location or detail/TDY location during the incident:** Office of Field Operations
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
**Activity:** Special Operations

**Armed law enforcement experience:**
Total law enforcement experience at the time of the incident: 17 years 0 months
CBP training previously received (not including basic academy training):

- ☐ BPAIST    ☐ BORSTAR   ☐ BORTAC   ☐ DITP         ☐ DTI
- ☐ EDVPTP   ☐ EMT       ☐ FITP     ☐ LLITP (IFITP) ☐ MFF
- ☐ MRT      ☐ PITP      ☐ SRT      ☐ TATP         ☒ Other

List of other training: AEOTP

**Wearing body armor?** ○ Yes ⊗ No
**Attire:** ○ Uniform ⊗ Plain clothes

**Did TRIPOLI IV, JACK use reportable force?** ○ Yes ⊗ No

**Was TRIPOLI IV, JACK injured?** ○ Yes ⊗ No

**Name:** ORTIZ, JORGE E.

**Gender:** Male  **Age:** 50  **Height:** 5'9"  **Weight:** 185 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/12/2002
**Duty location or detail/TDY location during the incident:** Office of Field Operations
**Duty (or detail/TDY) location EOD:** 10/15/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
**Activity:** Special Operations

**Armed law enforcement experience:**
Total law enforcement experience at the time of the incident: 23 years 0 months
CBP training previously received (not including basic academy training):

- ☐ BPAIST    ☐ BORSTAR   ☐ BORTAC   ☐ DITP         ☐ DTI
- ☐ EDVPTP   ☐ EMT       ☒ FITP     ☐ LLITP (IFITP) ☒ MFF

CHC v. Noem CBP 001130

E-STAR incident ID   LES   #25788

☐ MRT      ☐ PITP      ☒ SRT      ☐ TATP      ☒ Other
List of other training: CHS

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ○ Uniform  ⊗ Plain clothes

**Did ORTIZ, JORGE E. use reportable force?** ○ Yes  ⊗ No

**Was ORTIZ, JORGE E. injured?** ○ Yes  ⊗ No

## SUBJECTS: 1

**Name:** BRITO, PASCUAL
**Gender:** Male    **Date of birth:** PII    **Height:** 5'6" - 5'11"    **Weight:** 150 - 199 lbs
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:**
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**
   ☒ Illegal entry
   ☒ Uncooperative during encounter/inspection
   ☐ Failure to yield/heave to
   ☐ Checkpoint runner
   ☐ Port runner
   ☐ Alien smuggling
   ☐ Narcotics smuggling
   ☐ Scouting
   ☐ Assault (rocks/other projectiles)
   ☐ Assault (all other types)
   ☐ Rioting/civil disturbance
   ☐ Mass coordinated entry
   ☐ No suspected illegal activity
   ☒ Other - Felony Conviction "Dangerous Drugs"

**Subject's current location and disposition if known:** Subject was turned over to ICE/ERO BSSA facility.

**Was reportable force used on this subject?** ⊗ Yes  ○ No
   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes  ○ No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** ○ Yes  ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ⊗ Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF Information |
|---|---|---|
| ESPINOZA, MOSES E. | ECW (Electronic Control Weapon) - TASER X2 | Subject: BRITO, PASCUAL<br>Was this subject injured or claiming to be injured by this use of force? Unknown<br>Was this use of force effective against what prompted its use? Yes |



CHC v. Noem CBP 001131

E-STAR incident ID: **LES** #25788

| | | Did the UOF device function as designed? Yes |
|---|---|---|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

Did this incident result in collateral property damage? ⊗ Yes ○ No

| Property type | Property sub type | Estimated damage | Description |
|---|---|---|---|
| Private | Vehicle<br><br>Make: Ford<br>Model: F150<br>Year: 2004<br>Type: Truck | Moderate | Broken front driver's side window |

Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of ESPINOZA, MOSES E.**
On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.
Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.
I am Customs and Border Protection, Special Response Team Operator (SRTO), Moses Ely Espinoza. I have served in this position since 2021. I successfully completed the SRT selection course in 2021. I have 17 years and 10 months of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures. I am a Less Lethal Instructor, which I obtained since 2017 and a Hand thrown Chems instructor.
On Saturday October 18, 2025, myself, Moses Ely Espinoza and Jorge E. Ortiz, with the Office of Field Operations (OFO), Special Response Team (SRT) were assigned to assist the Task Force Officers (TFOS). During Operation Midway Blitz in Chicago, Illinois, SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. My shift started at 0600 hours and my uniform of the day was plain clothes, and I was wearing a multicam arid plate carrier with "Police" identifiers on it.
On October 18, 2025, we started to conduct surveillance on a possible target provided by the **LEP**. **LEP** Target was Pasual BRITO, whom is known as a previously deported felon, Mexican national, with previous conviction of "dangerous drugs".
At approximately 0946 hours, myself, SRTO Jorge E. Ortiz and TFO Jack Tripoli conducted a vehicle stop, based on the occupant resembling BRITO, on a 2004 white in color Ford F150 bearing Illinois License Plate. The vehicle was occupied by subject Pascual Brito (DOB: **PII** COC: Mexico).
I dismounted from my vehicle and approached Pascual Brito's driver side door. I gave him verbal commands, in Spanish, to open his door several times. Pascual Brito did not comply with my commands. I attempted to open the driver side door, but it was locked. I used a widow breaker to break and open his driver side door. Pascual Brito did not want to exit his vehicle and I

E-STAR incident ID **LES** #25788

proceeded to extract him by pulling him out. While Brito was outside his vehicle, SRTO Jorge E. Ortiz, TFO Jack Tripoli, and my self were attempting to secure Pascal Brito with handcuffs when Pascal Brito tensed up and tried pulling his hands away from us actively resisting. I unholstered my electronic control weapon (ECW/Taser X2/Serial **LES** ) and attempted to drive stun Pascual Brito on the rear of the shoulder but did not connect with his body since he was moving. I gave him verbal commands, in Spanish, to place his hands behind his back, and he continued to actively resist by stiffening his arms and not placing them behind his back. I drive stunned him on the upper back for approximately two seconds. After the drive stun, the subject was compliant and allowed TFO Jack Tripoli to place handcuffs on him and was then placed in GOV. We departed at approximately 0950 hours enroute to Broadview Detention Center for processing. I notified Incident Commander Caldwell Smith and Special Operations Chief Shane Popke of the use of force incident at approximately 1030 hours

I sustained minors injuries and scratches to my hands and received first-aid treatment. My body worn camera was on and recorded evidence number **LES** during the arrest.

### Narrative of ORTIZ, JORGE E.

On October 18, 2025, I, U.S. Customs and Border Protection (CBP) Jorge E. Ortiz, Special Response Team Operator (SRT), along with additional SRT Operator and CBP Task Force Officers (TFOs) was working in support of Immigration and Customs Enforcement's Midway Blitz in Chicago, IL. I have been employed as a U.S. Customs and Border Protection (CBP) for over 23 years. I received regular intelligence on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with CBP Officers, and agents from allied federal law enforcement agencies who shared experience and knowledge of illicit activity thus creating a constant learning environment aimed at combating crime.

On this date, U.S. CBP Officers, TFOs, and SRTOs were operating in unmarked government vehicles, wearing plainclothes, but were wearing a full service issued ballistic body armor with visible U.S. Customs and Border Protection and Police insignias that read "Police". We were readily identifiable as a United States Customs and Border Protection Officers.

Teams working under Midway Blitz in Chicago and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

SRT and TFOs are also provided with intelligence packets containing information on illegal aliens who have been found to be amenable to deportation or removal through extensive research from various DHS, CBP, and USBP databases. These packets include a signed I-200 (Warrant for Arrest of Alien).

On this date, my team was provided with an intelligence packet for Pascual BRITO 1 **PII** . The subject was with no current, valid, or lawful immigration status, previously deported in 2008 and criminal history for dangerous drugs and manufacturing / controlled substance. A Warrant for Arrest of Alien (I-200) was issued for BRITO on October 18, 2025.

At approximately 0950hrs., surveillance team observed the subject exiting his driveway at **PII**. **PII** BRITO was driving a with Ford F150 with plate number **PII** CBPO TFO Tripoli conducted a vehicle stop utilizing its government vehicle equipped with emergency lights and sirens. CBPO SRT Moses Espinosa and Jorge Ortiz approached BRITO vehicle from the driver side. CBPO SRT Espinoza gave BRITO commands in Spanish to open the door Brito ignored all commands from the officers locking the doors and refused the commands to roll down the window and step out of the vehicle. After multiple attempts CBPO SRT Espinoza proceeded to break the driver's side window. Verbal warnings and commands were given multiple times but the individual actively resisted by holding on to the steering wheel and leaning away from the now open door, CBPO Espinosa, pulled BRITO from his vehicle by his arms and the three of us attempted to place his hands behind his back to apply handcuffs. Espinoza, Tripoli and I continued to try to pull BRITO's hand behind his back into a handcuffing position while BRITO was pulling his hands and arms to the front and center of his body. He was continuously given commands in Spanish to put his hand behind his back. CBPO Espinosa pulled his taser from the holster and applied a technique called drive stun to the upper back of BRITO. After the taser deployment BRITO relaxed his arms and the three of us were able to place him in handcuffs. He was taken into custody and transported to U.S. Immigration and Customs Enforcement Facility located at 1930 Beach St. Broadview, IL 60155, without incident.

My Body Worn Camera was not activated during the incident.

### Narrative of TRIPOLI IV, JACK

On October 18, 2025, I, U.S. Customs and Border Protection Officer Jack Tripoli, as part of Operation Midway Blitz was working in the Chicago AOR, as part of a multi-agency immigration enforcement operation. On this day I was driving an unmarked Government vehicle and in plain clothes attire while wearing a full ballistic body armor vest containing both U.S. Customs and Border Protection and Police insignias, making myself readily identifiable as a U.S. Customs and Border Protection Officer, in

CHC v. Noem CBP 001133

E-STAR incident ID: **LES** #25788

accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 0946hrs, I, along with CBP Special Response Team (SRT) Officers Moses Espinoza and Jorge Ortiz conducted a traffic stop at the approximate intersection of Ardmore Ave and Sunset Ave in Villa Park, IL on a white Ford F-150 with Illinois license plates **PII** known to be registered to "Pascual BRITO" residing at **PII**. A male subject resembling BRITO was previously observed by myself while conducting surveillance, entering the vehicle and departing in that same vehicle alone from his residence of **PII**.

When Officers Espinoza, Ortiz, and myself approached the vehicle I visibly and positively identified the driver as being Pascual BRITO. We identified ourselves as U.S. Customs and Border Protection Officers as well as Police several times and informed him we had a warrant for his arrest, but BRITO would not roll down the window or unlock his door despite numerous commands to do so. It was after those numerous commands and warnings were ignored, that Officer Espinoza broke the driver's side window to unlock and open the vehicle's door. At that time, BRITO was again informed of who we were and instructed to exit the vehicle. BRITO began actively resisting by holding on to the steering wheel and shifting his body away from us in an attempt to remain in the vehicle and move away from us.

After gaining control of one of his arms, BRITO was removed from the vehicle despite his continued attempts to get back in the vehicle and ignore commands to place his hands behind his back. BRITO continued to actively resist being handcuffed by tucking in his arms to his chest and leaning his chest against the vehicle in an attempt to make his hands and arms less accessible to us. It was at that time I heard a taser deployed and BRITO then gave up his arms enough to allow myself to handcuff just his left hand. Once the taser stopped BRITO began to actively resist again by pulling away from us and attempting to tuck his arms and hands back into his chest area again. At that time, I heard a taser deployed for a second time and BRITO then released his right arm allowing me to handcuff it. I then checked the handcuffs for tightness and double locked them. An immediate patdown of BRITO for officer safety was conducted by myself with negative results. No visible injuries to BRITO were observed nor did he claim to be injured or request medical treatment of any kind.

BRITO was then advised he was under arrest and placed in the vehicle driven by Officers Ortiz and Espinoza for transport to the Broadview ICE Detention Facility at approximately 0948hrs.

I am not assigned, nor do I wear a Body Worn Camera (BWC), so the incident was not captured by myself.

Timeline of Events:

- ?????At approximately 0825hrs I began surveillance operations at the targets provided address of **PII** **PII**
- ?????At approximately 0945hrs a male matching the description of BRITO was observed exiting the residence, entering a white Ford F-150 truck (IL Plates# **PII**) and driving off alone.
- ?????At approximately 0946hrs myself, Officer Espinoza, and Officer Ortiz conducted a traffic stop of the truck at the approximate intersection of Ardmore Ave and Sunset Ave in Villa Park, IL.
- ?????At approximately 0948hrs BRITO was taken into custody.

My actions were consistent with CBP training, policies, and procedures.

## FILE ATTACHMENTS

File names:
- ).jpg
- ).jpg
- **LES**
- **LES** (1).pdf
- **LES** .pdf
- TASER_X2_( **LES** ).pdf

CHC v. Noem CBP 001134

E-STAR incident ID **LES** #25788

Evidence LES pdf
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | BURGESS, HOLLIE ANN | 10/20/2025 11:41 | |
| Approved | POPKE, SHANE J. | 10/20/2025 11:57 | |

CHC v. Noem CBP 001135