E-STAR incident ID: **LES** #25794



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25794
**Title:** Operation Midway Blitz: Chicago - Pressure Point Strikes
**Incident date/time:** 10/18/2025 12:15
**Type:** ☐ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
    ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** HUGHBANKS, DANIEL L.
**Reviewer:** HUGHBANKS, DANIEL L
**Creation date/time:** 10/19/2025 17:46
**Last updated date/time:** 10/22/2025 08:38
**Date reviewed:** 10/22/2025

### RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes ⊗ No

| Related system(s): 0 | Related document ID |
|---|---|
|  |  |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street** PII
        **City:**
**Incident coordinates:**
    **Latitude:** 41.76608
    **Longitude:** -87.57387
**Setting:** ○ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land ○ In water (standing or swimming) ○ On water (in vessel) ○ In the air
**Description of the premises/location:** In the roadway near 2101 E 71 St, Chicago, IL 60649
**Environmental factors:**
    **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:**

CHC v. Noem CBP 001136

E-STAR incident ID: LES #25794

☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
**Estimated temperature (Fahrenheit):** 72

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GUZMAN, SERGIO | Operation Midway Blitz Intelligence Section Chief | Phone | 10/18/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** WALLA, RICHARD
**Gender:** Male   **Age:** 52   **Height:** 5'10"   **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 01/27/2002
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/02/2025
**Duty status at the time of the incident:** ⊗ On duty   ○ Off duty
  **Activity:** Intelligence Development

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 23 years 9 months
  **CBP training previously received (not including basic academy training):**

  ☐ BPAIST ☐ BORSTAR ☐ BORTAC ☐ DITP ☐ DTI
  ☐ EDVPTP ☐ EMT ☐ FITP ☐ LLITP (IFITP) ☐ MFF
  ☐ MRT ☐ PITP ☐ SRT ☐ TATP ☐ Other

**Wearing body armor?** ○ Yes ⊗ No
**Attire:** ○ Uniform ⊗ Plain clothes

**Did WALLA, RICHARD use reportable force?** ⊗ Yes ○ No
  **Force type:** Other
  **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
  **Description of physical force:** Pressure Point Strikes to the upper arm and shoulder
  **Reason(s) for this use of force:**
    ☒ Protect self               ☒ Protect co-worker             ☐ Protect innocent 3rd party
    ☐ Protect non-CBP officer/agent ☒ Effect an arrest or detention ☐ Prevent escape
    ☒ Overcome resistance        ☐ Stop vehicle                  ☐ Vessel failure to heave to
    ☐ Animal euthanization       ☐ Other

**Was WALLA, RICHARD injured?** ○ Yes ⊗ No

## SUBJECTS: 1

**Name:** MUNOZ-MENCO, LUIS ENYERBE
  **Gender:** Male   **Date of birth:** PII   **Height:** 5'6"   **Weight:** 140 pounds
  **Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
  **Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
  **Immigration status:** Deportable
  **Country of citizenship:** VENEZUELA

CHC v. Noem CBP 001137

E-STAR incident ID **LES** #25794

Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?
○ Yes  ⊗ No

**Subject's activity:**
- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was transported to ICE ERO Facility for further processing

Was reportable force used on this subject? ⊗ Yes  ○ No
  Was the subject outside the US or its territories when this force was applied? ○ Yes  ⊗ No

Was the subject an occupant of a vehicle? ⊗ Yes  ○ No
Did CBP deploy a VID against a vehicle when this subject was driving it? ○ Yes  ⊗ No
Was this subject injured or claiming to be injured? ○ Yes  ⊗ No  ○ Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| WALLA, RICHARD | Physical Force w/o Weapon - Pressure Point Strikes to the upper arm and shoulder | Subject: MUNOZ-MENCO, LUIS ENYERBE<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force effective against what prompted its use? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes  ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of WALLA, RICHARD**
  Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators

CHC v. Noem CBP 001138

E-STAR incident ID: LES #25794

throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 18, 2025, I, Supervisory Border Patrol Agent Richard Walla, conducted immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for just under 24 years, with the last 18.5 years as a Supervisory Border Patrol Agent. I have run several task forces, specialty units, and operations during my career. These operations include both southern border and the interior of the United States, including overseeing a team in Los Angeles for Operation At Large/ Return to Sender. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies; with we share past experiences, trends, and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service issued weapon and service badge displayed. Agents Ryan Dufort, Seth Kimray, Christopher Menjivar, Gerardo Serna, and Lorenzo Medina were working in conjunction with me in unmarked vehicles. These Agents were dressed in plain clothes with ballistic body armor displaying clear police markings on front and back, or with their service badge and credentials ready to display for any enforcement action. We were readily identifiable as Federal Agents by any reasonable person.

In October 2025, in Support of Operation At Large, the United States Border Patrol, issued an arrest warrant (I-200) for Winston Abel FLORES-Centeno ( PII COC/COB: Venezuela, DOB: PII ). FLORES had been previously identified as a Tren de Aragua (TDA), criminal terrorist organization leader. FLORES was identified by police in Guatemala traveling to the U.S. with other TDA gang members.

FLORES provided PII as an address to Chicago Police during several encounters and arrests. FLORES also has a 2011 BMW registered to him at the same address. The BMW bearing Illinois plate PII , was observed park near the address on Essex Avenue.

On October 18, Agents from Border Patrol Intelligence Unit (SIU), established surveillance near the area. All agents involved were driving unmarked vehicles and were dressed in plain clothes to blend in with the general public. The El Centro SIU Agents that participated in surveillance for the execution of this arrest warrant were Supervisory Border Patrol Agent Richard Walla, BPA-I Ryan Dufort, BPA-I Seth Kimrey, BPA Christopher Menjivar, BPA Lorenzo Medina and BPA Gerardo Serna.

At approximately 12 p.m., Agents observed two subjects exit a Ford Edge SUV, parked at a nearby business, bearing Illinois license plate PII Record checks on the registered owner showed it registered to a Venezuelan national illegally present in the United States with the same Essex address as FLORES. At 12:15 pm, agents observed two individuals walking towards the vehicle and begin to drive to the Essex Street area.

Agents followed the SUV and after a short while ended up stuck in traffic behind a disabled vehicle. A car with two flat tires was blocking the northbound lane, and there was traffic headed south in the other lane. Agents were driving the vehicle in front of and behind the SUV. Agents decided to make contact with the occupants of the SUV. Agents identified themselves as United States Border Patrol agents, they were in plain clothes but had visible badges and markers indicating they were federal agents. I, SBPA Richard Walla, BPA Menjivar and the other agents approached the vehicle. The driver, later identified as Luis Enyerbe MUNOZ-Menco (COC/COB: Venezuela, DOB: PII A# PII ), put the vehicle in reverse and hit the vehicle behind him, my Government Sponsored Rental vehicle, damaging the front license plate and plate holder. I observed MUNOZ attempt

CHC v. Noem CBP 001139

E-STAR incident ID: B-26-ELCELC-20251018-F-#25794

to shift the vehicle into drive in an attempt to drive forward and escape arrest. I took the safety of my agents into account and the safety of the motoring public. If MUNOZ were to drive off, he would be driving head on into oncoming traffic. Attempting to stop the vehicle as quickly as possible, I went hands on, utilizing empty hand strikes. I struck his upper arm and shoulder approximately four times to break his left-hand grip from the steering wheel. After I grabbed his arm, I was able to pull his arm back against the door frame, ordering him to place the vehicle in park. MUNOZ was not able to drive forward, as he finally complied and was taken into custody.

SBPA Walla and BPA Menjivar performed a field immigration interview on MUNOZ. During the interview he confirmed his identity and admitted to us that he was illegally present in the United States and had no legal right to be in or remain legally. MUNOZ was placed under arrest for Title 8 immigration violations.

Once MUNOZ was in custody, I conducted record checks in DHS databases using his name and date of birth which was depicted on an identification card in his possession. DHS databases show that MUNOZ has no documents allowing him to enter or remain in the United States. His adjustment of status was denied and has criminal arrests for assault, reckless driving, illegal possession of illegal liquor and transporting dangerous materials in the Chicago area after entering in 2024 and being released on a WA/NTA.

I questioned MUNOZ regarding his ties to the community and if he owned property or other assets in the United States or had family members here. MUNOZ refused to answer questions regarding his ties to the community. Based on his willful refusal to cooperate with law enforcement to answer simple questions, and the fact that he backed into my vehicle when encountered by Immigration Agents; MUNOZ is considered a flight risk. Based on my training and experience, illegal aliens are able to disappear into the community and relocate. This ability to disappear does not make MUNOZ suitable for release and is subject to mandatory detention as an alien seeking admission pursuant to the INA.

MUNOZ had no visible injuries or complaints and denied medical attention when asked. We transported him to the Broadview, IL Immigration and Customs Enforcement facility for removal.

No agents were injured during this event. I notified Operation Midway Blitz Intelligence Section Chief Sergio Guzman of the use of force incident.

No body cam footage available, event happened very quickly and I failed to capture arrest encounter on camera.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/21/2025 19:26 | |
| Approved | HUGHBANKS, DANIEL L. | 10/22/2025 08:38 | |

CHC v. Noem CBP 001140