E-STAR incident ID: **LES** #25798



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25798
**Title:** Operation Midway Blitz: Chicago - Taser Deployment 1215 S Central Ave Cicero
**Incident date/time:** 10/20/2025 10:10
**Type:** ☐ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
   ☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / Buffalo Sector
**Created by:** MCLAUGHLIN JR, DANIEL J.            **Creation date/time:** 10/20/2025 11:30
**Last updated by:** HUGHBANKS, DANIEL L.           **Last updated date/time:** 10/23/2025 16:43
**Reviewer:** HUGHBANKS, DANIEL L                   **Date reviewed:** 10/23/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
   **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
   **Address:**
      **Street:** 1215 S Central Ave
      **City:** Cicero   **State:** ILLINOIS   **Zip:** 60804
**Incident coordinates:**
   **Latitude:** 41.86484
   **Longitude:** -87.76387
**Setting:** ⊗ Indoors  ○ Outdoors
**Description of the premises/location:** Inside Azteca's Mufflers & Brakes - 1215 S Central Ave, Cicero, IL 60804

CHC v. Noem CBP 001141

E-STAR incident ID: **LES** #25798

**Environmental factors:**
Weather: ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
Illumination: ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
Estimated temperature (Fahrenheit): 60

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SANCHEZ, VICTOR A | Supervisory Border Patrol Agent | Phone | 10/20/2025 |

Other authorities notified (external to CBP): ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** BELL, JERRAD N.
  **Gender:** Male  **Age:** 43  **Height:** 6'4"  **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 02/12/2007
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ☒ On duty ☐ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 18 years 8 months
    **CBP training previously received (not including basic academy training):**

    ☐ BPAIST    ☐ BORSTAR    ☐ BORTAC    ☐ DITP    ☐ DTI
    ☐ EDVPTP    ☐ EMT        ☐ FITP      ☐ LLITP (IFITP)    ☐ MFF
    ☐ MRT       ☐ PITP       ☐ SRT       ☐ TATP    ☐ Other

  **Wearing body armor?** ☒ Yes ☐ No
  **Attire:** ☒ Uniform ☐ Plain clothes

  **Did BELL, JERRAD N. use reportable force?** ☒ Yes ☐ No
    **Force type:** Less-lethal Device
    **Device:** ECW (Electronic Control Weapon)
    **Device type:** TASER X2
    **Number of cycles total:** 1
      **Probe mode:** 1
      **Drive stun mode:** 0
    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** 3 feet
    **Reason(s) for this use of force:**
      ☒ Protect self            ☐ Protect co-worker           ☐ Protect innocent 3rd party
      ☐ Protect non-CBP officer/agent  ☒ Effect an arrest or detention  ☐ Prevent escape
      ☒ Overcome resistance     ☐ Stop vehicle                ☐ Vessel failure to heave to
      ☐ Animal euthanization    ☐ Other

  **Was BELL, JERRAD N. injured?** ☒ Yes ☐ No
  **Injury information:**
    **Injury type:** Superficial injuries (no treatment expected)
    **Injury Comment:** Received an abrasion to arm from struggle with individual
    **Refused medical attention?** ☐ Yes ☒ No

CHC v. Noem CBP 001142

E-STAR incident ID: **LES** #25798

**Received treatment?** ○ Yes ⊗ No
**Was a form CA-1 filed?** ○ Yes ⊗ No
**Region(s) of the body injured:**

- ☐ Front head
- ☐ Side head
- ☐ Neck/throat
- ☐ Rear upper torso/back
- ☐ Rear lower torso/back
- ☐ Rear below waist/buttocks
- ☐ Front legs/feet
- ☐ Rear head
- ☐ Face
- ☐ Front upper torso/chest
- ☐ Front lower torso/abdomen
- ☐ Front below waist/groin area
- ☒ Arms/hands
- ☐ Rear legs

## SUBJECTS: 1

**Name:** JUAREZ-RAMOS, FERNANDO DAVID
**Gender:** Male    **Date of birth:** PII    **Height:** 5'8"    **Weight:** 180 pounds
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was taken to the ICE ERO Facility for further processing.

**Was reportable force used on this subject?** ⊗ Yes  ○ No
 **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| BELL, JERRAD N. | ECW (Electronic | Subject: JUAREZ-RAMOS, FERNANDO DAVID |

CHC v. Noem CBP 001143

E-STAR incident ID: **LES** #25798

| | Control Weapon) - TASER X2 | **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ◯ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

### Narrative of BELL, JERRAD N.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 20, 2025, I, Border Patrol Agent (BPA) Jerrad Bell (OSN/BUN) and SBPA Victor Sanchez were conducting immigration enforcement operations in the city of Cicero, Illinois in support of Operation Midway Blitz. Cicero has been identified as a city within Illinois where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States. I was operating in an unmarked government vehicle. I was in my issued rough duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

The location of today's operation was publicly accessible within the city of Cicero, Illinois. I know from my experience in over 17 years with the United States Border Patrol that illegal aliens seek day labor jobs at locations such as Home Depot because they pay cash. Illegal aliens seek cash paying jobs because they lack documentation and immigration status to gain lawful employment within the United States. Illegal aliens also often work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I also understand that the U.S. Border Patrol has arrested hundreds of illegal aliens at car washes, Home Depot stores, and other locations in recent weeks. Many of these aliens further elaborated that they had earned a living by selling food/flowers/household goods on street corners, worked day labor jobs which were solicited at locations such as Home Depot, or worked for cash at places like car washes, construction sites, or restaurant kitchens. Furthermore, recent intelligence briefings I've received confirm this information remains current today.

Agents and I arrived in and near the city of Cicero Lawn, Illinois at approximately 09:00 a.m. We were assigned to conduct roving patrols within the city of Cicero. We drove through the streets of Cicero and intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. I know from experience that the aliens unlawfully present in the United States frequently abscond rather than face apprehension by agents.

On October 20, 2025, while patrolling within my assigned area of operations in Cicero, Illinois, at approximately 10:02 a.m., SBPA V. Sanchez and I noticed an adult male near the gas station at 5559 W Roosevelt Rd, Cicero, IL 60804. This individual was riding on what appeared to be some type of all-terrain vehicle on the sidewalk. We circled the block and came back to



CHC v. Noem CBP 001144

E-STAR incident ID: **LES** #25798

engage the individual in a consensual encounter. I opened the passenger door of our vehicle and got out. I asked the individual, later identified as JUAREZ-Ramos, Fernando David (DOB: PII ) (COB: Mexico), how he was doing, and upon noticing my uniform, he took off running. Based on my training and experience, I know that when illegal aliens see a Border Patrol Agent in uniform, they typically run if they have the opportunity. I also noticed the look on JUAREZ's face was that of a person who knows that if they get caught, they will get arrested.

I chased JUAREZ for several hundred feet, around a fence, and into an open bay of what appeared to be an automotive repair business located at 1215 S. Central Ave, Cicero, IL. At this time, it appeared that this was a business that was open to the public, and that this was a publicly accessible area. I also did not know if JUAREZ belonged in this business. I feared that if I let him go, I could be leaving a potentially dangerous individual in this business. After chasing JUAREZ for several hundred feet, I was beginning to get tired. JUAREZ ran through the garage and into a storage room that had a second door on the opposite side of the room. As JUAREZ ran into this room, I heard the garage doors close behind me. I feared that the employees were attempting to prevent my back-up from responding. This also trapped me inside the building. Throughout the chase, I had been providing my location over my radio, but being in a building now, with the garage doors closed, I was unsure if my radio calls would be heard. I also did not hear any other calls on the radio while I was in the building.

JUAREZ continued to run through the room and opened another door. I continued to follow him. As he entered the next room, he attempted to close the door to prevent me from entering. I was in the way of the door as he tried to close it. My arm was struck by the door which caused an approximately 3 in long scrape on my right forearm. I believed that if he had closed that door, I would have been further cut off from backup and stuck between two sets of closed doors.

I forced my way through the door, where I observed another male in the room with JUAREZ. At this time, I noticed JUAREZ had a screwdriver in his hand. JUAREZ was holding the screwdriver with a bent elbow and looked like he was deciding whether he was going to attack me with it or run. From my training and experience, I know a screwdriver can be a deadly weapon and I feared that he was going to attack me with it. I closed the distance between myself and JUAREZ and went hands on with him to attempt to get the weapon away from him and get him under control. At this time, JUAREZ began pulling away from me. JUAREZ turned away from me and I was unable to grab the screw driver.

While I was trying to get the weapon away from JUAREZ, and get him under control, the other individual got closer to me. I pushed him back with one hand to create distance and told him to get away from me. He complied and did not try to come closer again. Having to deal with this second individual, allowed JUAREZ to break free from me and he ran to another room. As time progressed, from the chasing and struggling with JUAREZ, I was becoming even more tired.

I followed JUAREZ into the next room, where he closed an open door on the other side of the room . I did not know where the door was leading, but I knew that him closing the door was further cutting me off from any backup that may be responding. This also prevented either me or JUAREZ from leaving. In addition, I did not know where the screwdriver was. I could not see it in his hands as he kept turning away from me, and I had not seen him put it down.

I again closed the distance and made contact with JUAREZ. I continued to try and get control of JUAREZ'S hands. I was telling him to put his hands behind his back, and to get on the ground. JUAREZ kept turning his body away from me and pulling his arm free. I kept putting out my location over the radio. I was still not sure if anyone was able to hear my radio traffic. I was later told that the other agents could hear that I was involved in a struggle but could not locate me because of the business doors being closed.

JUAREZ would not comply with my commands to get on the ground and to put his hands behind his back, He kept breaking free of me . I warned JUAREZ several times that he would get tased if he continued to resist and not give me his hands. I tried one final time to get control of JUAREZ, by trying to force his arm behind his back to handcuff him. , After struggling with him for approximately two minutes , I was exhausted. In addition to this, I started hearing noises coming from the open door to the room that I had just left . It sounded as if more people were approaching our location. I did not know if others were coming to assist JUAREZ. While conducting operations in Chicago, it has been common practice for crowds to grow and assist individuals who we are attempting to arrest in evading us. These crowds tend to grow quickly and become assaultive.

JUAREZ pulled away from me and started turning to face me. I still did not know where the screw driver was. I did not have

CHC v. Noem CBP 001145

E-STAR incident ID: **LES** 25798

back-up and I did not know how many individuals were about to enter the room. At this time, I had already given JUAREZ several commands to put his hands behind his back and to get on the ground.. I was exhausted at this point, and I was going to be unable to continue trying to get control of JUAREZ if he continued to struggle. I feared that I would be subject to more bodily harm from JUAREZ. I also feared that the same employees who had closed the doors to cut me off from my backup, may attempt to assist JUAREZ.

At about 10:05 a.m., I deployed my service issued Electronic Control Weapon (ECW) from about 3 feet. The probes entered JUAREZ's upper left arm somewhere between the side and the back, about 6 inches apart. I allowed the ECW to run for the 5 second cycle, during which JUAREZ fell to the ground. I ordered JUAREZ to place his hands behind his back and he did. I put over the radio my location and said that I had to deploy the ECW. I told JUAREZ that I didn't want to have to use the taser again and then proceeded to handcuff him behind his back without further incident. I assisted JUAREZ to his feet and started heading towards the door that we had entered the room through. In the previous room, there was a person standing by the wall who had opened another door to the outside and we were able to exit the building.

As I exited the building, my partners were arriving. They had attempted to locate me prior, but were unable to do so as the doors were closed to the business while I was inside of it. They drove around the building several times prior to me exiting. BPA C. Patino, an EMT, removed the probes from JUAREZ and did a quick evaluation. It was at this time that JUAREZ declined any additional medical treatment.

I secured the expended ECW cartridge in a plastic bag and gave it to SBPA Sanchez. I also gave SBPA Sanchez notification of the use of force at about 10:10 a.m.

During this encounter, I identified myself as a U.S. Border Patrol Agent by wearing an official Border Patrol Agent uniform, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. The body armor also had clear wording on both front and back stating that I am a federal agent with the Border Patrol. JUAREZ was placed in the rear of our patrol vehicle. There, JUAREZ admitted that he was an illegal alien, and that he ran from us because he knew we were immigration agents. While in the vehicle, SBPA Sanchez performed a field immigration interview on JUAREZ. During the interview it was determined JUAREZ was illegally present in the United States. JUAREZ is a citizen and national of Mexico without the necessary legal documents to enter, pass through, or remain in the United States legally. SBPA Sanchez informed JUAREZ, he was under arrest for violation of U.S. immigration law.

JUAREZ was encountered in a public place without a warrant. JUAREZ did not state how long he had been living and working in the area, or how long he had been in the United States illegally.

Once JUAREZ was safely detained away from others **LEP** **LEP**. It was verified **LEP** JUAREZ had no legal status in the United States and has no documents to allow her to remain here legally.

JUAREZ was then transported to the ICE-ERO 1930 Beach St Broadview, Il Office (BSSA) for initial processing.

I had my AXON 4 body-worn camera **LES** activated during the arrest, video serial number **LES**

## FILE ATTACHMENTS

**File names:**

~~~~~~~~~~~~~d.pdf
**LES**
Injury to Arm 2nd Picture.jpg

To view these documents refer to the on-line version of this incident report or contact LESC staff.

CHC v. Noem CBP 001146

E-STAR incident ID: **LES** #25798

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/23/2025 16:17 | |
| Approved | HUGHBANKS, DANIEL L. | 10/23/2025 16:43 | |

CHC v. Noem CBP 001147