E-STAR incident ID: **LES** #25806



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ○ Active ○ Ready for review ○ Rejected ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25806
**Title:** Operation Midway Blitz: Chicago - Assault (Bite) 2201 Oakton St
**Incident date/time:** 10/21/2025 09:15
**Type:** ☒ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
  ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / Del Rio Sector
**Created by:** FICK, SHANNON M.  **Creation date/time:** 10/21/2025 16:24
**Last updated by:** HUGHBANKS, DANIEL L.  **Last updated date/time:** 10/24/2025 07:52
**Reviewer:** HUGHBANKS, DANIEL L  **Date reviewed:** 10/24/2025

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** 6211 N Lincoln Ave
    **City:** Chicago  **State:** ILLINOIS  **Zip:** 60659
**Incident coordinates:**
  **Latitude:** 41.99641
  **Longitude:** -87.71500
**Setting:** ○ Indoors ⊗ Outdoors
  **Outdoor setting:** ⊗ On land

CHC v. Noem CBP 001148

E-STAR incident ID: **LES** #25806

◯ In water (standing or swimming)  ◯ On water (in vessel)  ◯ In the air
**Description of the premises/location:** In the parking lot of the Home Depot: 6211 N Lincoln Ave, Chicago, IL 60659
**Environmental factors:**
  **Weather:** ☒ Dry ❑ Raining ❑ Snowing ❑ Flooding ❑ Windy ❑ Storm ❑ Haze/blowing dust ❑ Fog ❑ Other
  **Illumination:** ☒ Daylight ❑ Dark ❑ Dawn ❑ Dusk ❑ Good lighting ❑ Poor lighting ❑ Night vision aided ❑ Other
  **Estimated temperature (Fahrenheit):** 50

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| HERNANDEZ, NESTOR OMAR | Supervisory Border Patrol Agent | In-Person | 10/21/2025 |

**Other authorities notified (external to CBP):** ❑ Federal  ❑ Tribal  ❑ State  ❑ Local  ❑ Foreign

## EMPLOYEES: 2

**Name:** GUILLEN, JESUS
  **Gender:** Male  **Age:** 35  **Height:** 6'0"  **Weight:** 210 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/16/2022
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  ◯ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 3 years 4 months
    **CBP training previously received (not including basic academy training):**

| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

  **Wearing body armor?** ⊗ Yes  ◯ No
  **Attire:** ⊗ Uniform  ◯ Plain clothes

  **Was GUILLEN, JESUS assaulted?** ⊗ Yes  ◯ No

  **Was GUILLEN, JESUS injured?** ⊗ Yes  ◯ No
  **Injury information:**
    **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
    **Injury Comment:** Was bit in the hand
    **Refused medical attention?** ◯ Yes  ⊗ No
    **Received treatment?** ⊗ Yes  ◯ No
    **Was a form CA-1 filed?** ⊗ Yes  ◯ No
    **Region(s) of the body injured:**
      ❑ Front head                    ❑ Rear head
      ❑ Side head                     ❑ Face
      ❑ Neck/throat                   ❑ Front upper torso/chest
      ❑ Rear upper torso/back         ❑ Front lower torso/abdomen
      ❑ Rear lower torso/back         ❑ Front below waist/groin area
      ❑ Rear below waist/buttocks     ☒ Arms/hands



CHC v. Noem CBP 001149

E-STAR incident ID: **LES** #25806

☐ Front legs/feet  ☐ Rear legs

**Medical treatment information:**
    Received EMS treatment prior to/in lieu of treatment at a facility? ○ Yes  ⊗ No
    **Facility name:** Endeavor Health Northwest Community Hospital
    **Street address:** 800 W Central Rd
    **City:** Arlington Heights
    **State:** ILLINOIS  **Zip** 60005
    **Phone type:**  **Phone:** +18476181000  **Phone extension:**

**Name:** CRUZ, CHRISTIAN
    **Gender:** Male  **Age:** 35  **Height:** 5'10"  **Weight:** 210 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 08/28/2017
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/04/2025
    **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 8 years 2 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was CRUZ, CHRISTIAN assaulted?** ⊗ Yes  ○ No

**Was CRUZ, CHRISTIAN injured?** ⊗ Yes  ○ No
**Injury information:**
    **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
    **Injury Comment:** Cuts to hand from the barbed wire fence
    **Refused medical attention?** ○ Yes  ⊗ No
    **Received treatment?** ⊗ Yes  ○ No
    **Was a form CA-1 filed?** ⊗ Yes  ○ No
    **Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ☐ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☒ Arms/hands |
| ☐ Front legs/feet | ☐ Rear legs |

**Medical treatment information:**
    Received EMS treatment prior to/in lieu of treatment at a facility? ○ Yes  ⊗ No
    **Facility name:** Endeavor Health Northwest Community Hospital
    **Street address:** 800 Central Road, IL
    **City:** Arlington Heights
    **State:** ILLINOIS  **Zip** 60005
    **Phone type:**  **Phone:** +18476181000  **Phone extension:**

CHC v. Noem CBP 001150

E-STAR incident ID: **LES** #25806

## SUBJECTS: 1

**Name:** UNKNOWN-1

**Gender:** Male  **Age:** Unknown  **Height:** Unknown  **Weight:** Unknown

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No

**Subject's activity:**
- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject absconded from agents

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No

**Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Biting

**Assault method:** Physically w/o weapon
**Describe physical assault:** Kicked Agents

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ⊗ Unknown

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| UNKNOWN-1 | Biting | GUILLEN, JESUS | ⊗ Yes ○ No | ⊗ Yes ○ No |
| | | CRUZ, CHRISTIAN | ○ Yes ⊗ No | Not applicable |
| UNKNOWN-1 | Physically w/o weapon - Kicked Agents | GUILLEN, JESUS | ⊗ Yes ○ No | ○ Yes ⊗ No |
| | | CRUZ, CHRISTIAN | ⊗ Yes ○ No | ○ Yes ⊗ No |





CHC v. Noem CBP 001151

E-STAR incident ID **LES** #25806

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of GUILLEN, JESUS**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz," targeting immigration violators throughout the city of Chicago, Illinois. The operation focuses on law enforcement activities in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control in confined, civilian-heavy environments.

Publicly available information regarding the Chicago, Illinois metropolitan area estimates that approximately 257,000 undocumented immigrants reside in and around Chicago. Records also indicate that approximately 50,000 illegal aliens have been transferred to Chicago from other countries.

On October 21, 2025, I, Border Patrol Agent, Jesus Guillen was conducting immigration enforcement operations in the city of Chicago, IL, in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to reside, work, and live without legal documentation in the United States.

I have been employed as a Border Patrol Agent for over three years. I regularly receive intelligence briefings on emerging trends related to smuggling, illegal alien activity, and other related situations. Additionally, I collaborate closely with fellow Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who possess extensive experience and share their knowledge of illicit activities. This collaboration fosters a continuous learning environment focused on combating crime.

Throughout my career, I have interdicted numerous smuggling events and arrested and interviewed hundreds of illegal aliens through failed smuggling attempts.

On October 21, 2025, I was riding in an unmarked Border Patrol rental vehicle to blend in with the public and covertly observe criminal activity. I was dressed in full rough-duty uniform, including my agency-issued ballistic body armor, which prominently displayed my badge, agency insignia, and clear police markings on both the front and back. I was readily identifiable as a United States Border Patrol Agent. Accompanying me were Border Patrol Agent (BPA) (BPA) Christian Cruz, and (SBPA) Nestor Hernandez.

At approximately 09:15 a.m., we arrived at the parking lot of a Home Depot located at 6211 N Lincoln Ave in Chicago, IL. Upon our arrival, several individuals began to run away. As I exited my unit, I observed multiple subjects fleeing the area. I found this behavior suspicious, as the presence of Border Patrol and ICE agents in Chicago, IL has been widely publicized. Members of the community, particularly individuals unlawfully present in the United States, have been on high alert and actively seeking to avoid encounters with immigration agents to prevent detention and deportation.

The driver of our vehicle, BPA Cruz, moved forward, in our vehicle, toward two individuals who were running together. I, along with SBPA Hernandez, pursued one of the individuals who was wearing a grey sweater, This individual was later identified as BERRETO-Lopez, Carliannis. Another vehicle with additional agents arrived to assist with the pursuit of BERRETO. At this time, I decided to assist BPA Cruz, who was pursuing the other individual. The other individual was wearing a black sweater and tan pants. This individual ran behind the Home Depot building, and I followed, running around the building toward the back where I last saw BPA Cruz attempting to detain the subject by using the vehicle to block his path.

CHC v. Noem CBP 001152

E-STAR incident ID: **LES** #25806

I then observed the individual running back toward me. It appeared that the subject had nowhere to run. One side was blocked by the Home Depot building and the other side was enclosed by two parallel fences. One fence was a wooden fence that was approximately six feet tall with a gap of about three inches and the other was a wire fence about eight feet tall, topped with barbed wire and covered in vines and leaves.

I saw BPA Cruz exit his vehicle and fall to the ground as he ran toward the individual. The subject immediately turned away from us toward the fence and began climbing, eventually jumping over the tall barbed wire fence. As I continued running toward them, I saw BPA Cruz stand back up, run toward the subject, and step onto a metal guardrail along the wooden fence line. He grabbed the subject's leg before the individual could fully climb over the wire fence, causing the subject to become partially stuck at the top of the barbed wire fence. Most of the subject's body was hanging over the fence, but BPA Cruz successfully prevented him from continuing to flee momentarily.

As I approached BPA Cruz and the subject, I stood on the guardrail to assist BPA Cruz in attempting to bring the subject back to our side of the fence. The individual resisted by kicking us, and due to his weight distribution—most of his body was on the opposite side of the barbed wire fence—we struggled to bring him back. I noticed that the parking lot on the other side of the fence was enclosed and contained postal vehicles. I advised BPA Cruz to enter the postal parking lot while I attempted to hold the subject on my own. BPA Cruz returned to the vehicle to circle around into the parking lot.

Soon after, I began to lose my grip on the subject's leg and was eventually holding onto his sweater with both hands as he faced me. I was on the Home Depot side of the fence with my toes on the guardrail, while the individual was hanging on the opposite side in the postal parking lot. The subject managed to lift himself up and bit me. Concerned about potential diseases and infections, I let go with one hand to push his head away. However, his body weight was too much to hold with only one hand, and he fell to the ground and walked away.

I remained on the fence to maintain visual contact and advise BPA Cruz of the subject's last known location. As I observed him moving between postal vehicles, I eventually lost visual contact. I jumped off the fence and ran toward the parking lot, searching between vehicles, corners, and brush in the postal parking lot where I had last seen the individual. I attempted to ask postal employees for information about the subject's direction of travel. They informed me that the individual had entered through the loading dock and exited through the front doors.

We continued searching for the subject by asking surrounding businesses for assistance, but these businesses refused to cooperate. Afterward, we returned to the OFO building to receive medical treatment. BPA Cruz and I both sustained lacerations on our hands from the barbed wire. Additionally, I received treatment at Endeavor Health Northwest Community Hospital for the bite wound, as it had broken the skin.

AXON Camera Evidence Serial#: **LES** (Jesus Guillen)

### Narrative of CRUZ, CHRISTIAN

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz," targeting immigration violators throughout the city of Chicago, Illinois. The operation focuses on law enforcement activities in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control in confined, civilian-heavy environments.

Publicly available information regarding the Chicago, Illinois metropolitan area estimates that approximately 257,000 undocumented immigrants reside in and around Chicago. Records also indicate that approximately 50,000 illegal aliens have been transferred to Chicago from other countries.

On October 21, 2025, I, Border Patrol Agent, Christian Cruz was conducting immigration enforcement operations in the city of Chicago, IL, in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to reside, work, and live without legal documentation in the United States.

I have been employed as a Border Patrol Agent for over eight years. I regularly receive intelligence briefings on emerging trends related to smuggling, illegal alien activity, and other related situations. Additionally, I collaborate closely with fellow Border Patrol



CHC v. Noem CBP 001153

E-STAR incident ID: **LES** #25806

Agents, as well as officers and agents from allied federal law enforcement agencies, who possess extensive experience and share their knowledge of illicit activities. This collaboration fosters a continuous learning environment focused on combating crime.

Throughout my career, I have interdicted numerous smuggling events and arrested and interviewed hundreds of illegal aliens. I am currently certified as a Use of Force Instructor for U.S. Customs and Border Protection (CBP) and have served in this capacity for over seven years. This experience has provided me with extensive knowledge of the CBP Use of Force policy, defensive tactics, and all CBP-approved less-lethal devices.

On October 21, 2025, I was driving an unmarked Border Patrol rental vehicle to blend in with the public and covertly observe criminal activity. I was dressed in full rough-duty uniform, including my agency-issued ballistic body armor, which prominently displayed my badge, agency insignia, and clear police markings on both the front and back, making me readily identifiable as a United States Border Patrol Agent. Accompanying me were Border Patrol Agent (BPA) Jesus Guillen and Supervisory Border Patrol Agent (SBPA) Nestor Hernandez, who were passengers in the vehicle. I was the driver of the vehicle.

At approximately 9:15 a.m., we arrived at the parking lot of a Home Depot located at 6211 N Lincoln Ave in Chicago, IL. Before I even drove into the parking lot, approximately eight to ten individuals began to run away in various directions. I found this behavior suspicious, as the presence of Border Patrol and ICE agents in Chicago, IL has been widely publicized.

Members of the community, particularly individuals unlawfully present in the United States, have been on high alert and actively seeking to avoid encounters with immigration agents to prevent detention and deportation.

I drove in the direction of one individual while SBPA Hernandez and BPA Guillen exited the vehicle to attempt to apprehend a subject who was actively fleeing. I observed another individual wearing a black sweater shirt and tan cargo pants, running around the corner of the building, so I continued driving in that direction to search for him. Upon turning the corner, I saw the individual running north across the back alley of the Home Depot. I then attempted to use my vehicle to block the individual and prevent him from continuing to flee. I had to accelerate and brake hard multiple times as the individual actively ran back and forth, trying to avoid apprehension.

I was able to position my vehicle parallel across the alleyway, effectively blocking the subject from continuing to run north. The subject then turned and began running back south toward the road. At that point, I noticed BPA Guillen running toward my direction, positioning the fleeing individual between us. The subject then attempted to run toward an approximately 8-foot wooden fence. This fence had a gap, leading to another fence on the opposite side, which was approximately 10 feet tall and topped with barbed wire and full of tree brush. The second fence bordered the property of a United States Post Office.

As the individual ran toward the fence, I exited my vehicle but tripped and immediately fell to the ground. I quickly got back up and ran toward the subject. As I approached him, he attempted to climb over the barbed wire fence, but I managed to grab his left leg, causing him to fall onto the barbed wire fence. Most of the subject's body was on the opposite side of the fence, toward the post office, but I maintained control of his left leg, temporarily preventing him from fleeing. The subject then began kicking at me with his right leg in an attempt to break free. BPA Guillen arrived shortly after and assisted me in restraining the individual. I struggled to maintain my grip on the subject, as my right hand, which was holding his left leg, became entangled in the barbed wire, resulting in multiple lacerations to my hand. I then advised BPA Guillen to jump over to the other side of the fence to help secure the subject, but he informed me that he was unable to do so due to the barbed wire and the metal guard rail we were standing on, which prevented him from successfully jumping the fence.

After several seconds of attempting to secure the subject, the individual began yelling in Spanish for help, claiming that we were "killing him." At this point, I had not delivered any strikes or used any other type of force, as my primary focus was on maintaining a firm grip on the individual to prevent him from fleeing. BPA Guillen then informed me that he had a secure hold on the subject and instructed me to return to our vehicle and drive around to

the post office lot to apprehend the subject from the other side of the fence. After confirming with BPA Guillen, I released my grip on the subject and ran back to my vehicle.



CHC v. Noem CBP 001154

E-STAR incident ID: **LES** #25806

As I entered the vehicle, I noticed that BPA Guillen no longer had a grip on the subject and heard him yell, "Ahh!" I proceeded to drive around to the post office parking lot, but after several minutes of searching the immediate area, we were unable to locate the subject. BPA Guillen then informed me that the subject had bitten his hand, which caused him to release his grip.

We continued searching for the subject by asking surrounding businesses for assistance, but the businesses refused to cooperate. Afterward, we returned to the OFO building to receive medical treatment. Both BPA Guillen and I sustained lacerations on our hands from the barbed wire, and I required treatment for an injury to my left leg caused by my fall when exiting the vehicle. We received treatment at Endeavor Health Northwest Community Hospital.

AXON Camera Evidence Serial#: **LES** (Christian Cruz)

## FILE ATTACHMENTS

**File names:**
Injury to Agents Hand from Bite.png
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/23/2025 18:35 | |
| Approved | HUGHBANKS, DANIEL L. | 10/24/2025 07:52 | |

CHC v. Noem CBP 001155