E-STAR incident ID: **LES** #25805



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25805
**Title:** Operation Midway Blitz: Chicago-Vehicle Assault on SRTO's (OFO)
**Incident date/time:** 10/21/2025 10:15
**Type:** ☒ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
  ☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** Office of Field Operations
**Created by:** BURGESS, HOLLIE ANN
**Last updated by:** POPKE, SHANE J.
**Reviewer:** POPKE, SHANE J
**Creation date/time:** 10/21/2025 12:58
**Last updated date/time:** 10/23/2025 12:42
**Date reviewed:** 10/23/2025

### RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 4 |
|---|
| LES |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | OFO |
| Other involved organizations: | |
| Other federal agency | FBI |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ⊗ Yes  ○ No

CHC v. Noem CBP 001156

E-STAR incident ID: **LES** #25805

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
    **Address:**
        **Street:** LEP
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60659
**Incident coordinates:**
    **Latitude:** 41.99681
    **Longitude:** -87.69229
**Setting:** ◯ Indoors  ⊗ Outdoors
    **Outdoor setting:** ⊗ On land  ◯ In water (standing or swimming)  ◯ On water (in vessel)  ◯ In the air
**Description of the premises/location:** On the roadway near the 6331 N Campbell Avenue Chicago, Illinois 60659.
**Environmental factors:**
    **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    **Estimated temperature (Fahrenheit):** 53

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| POPKE, SHANE J | | Phone | 10/21/2025 |
| SMITH, CALDWELL A | | Phone | 10/21/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 4

**Name:** SANCHEZ JR., RODOLFO
    **Gender:** Male   **Age:** 32   **Height:** 5'6"   **Weight:** 195 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 04/11/2018
    **Duty location or detail/TDY location during the incident:** Office of Field Operations
    **Duty (or detail/TDY) location EOD:** 10/15/2025
    **Duty status at the time of the incident:** ⊗ On duty  ◯ Off duty
        **Activity:** Special Operations

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 7 years 3 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☒ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes ◯ No
**Attire:** ⊗ Uniform ◯ Plain clothes

**Was SANCHEZ JR., RODOLFO assaulted?** ⊗ Yes ◯ No

**Was SANCHEZ JR., RODOLFO injured?** ⊗ Yes ◯ No
**Injury information:**
    **Injury type:** Superficial injuries (no treatment expected)
    **Injury Comment:** Right foot was run over by a vehicle
    **Refused medical attention?**

CHC v. Noem CBP 001157

E-STAR incident ID: **LES** #25805

○ Yes ⊗ No
**Received treatment?** ○ Yes ⊗ No
**Was a form CA-1 filed?** ○ Yes ⊗ No
**Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ☐ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☐ Arms/hands |
| ☒ Front legs/feet | ☐ Rear legs |

**Name:** DIAZ, SALVADOR
**Gender:** Male  **Age:** 27  **Height:** 5'7"  **Weight:** 175 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/16/2022
**Duty location or detail/TDY location during the incident:** Office of Field Operations
**Duty (or detail/TDY) location EOD:** 10/15/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
   **Activity:** Special Operations

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 3 years 1 months
   **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☒ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ○ Uniform  ⊗ Plain clothes

**Was DIAZ, SALVADOR assaulted?** ⊗ Yes  ○ No

**Was DIAZ, SALVADOR injured?** ○ Yes  ⊗ No

**Name:** BUSTAMANTE, JOSE A.
**Gender:** Male  **Age:** 32  **Height:** 5'11"  **Weight:** 205 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/29/2020
**Duty location or detail/TDY location during the incident:** Office of Field Operations
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
   **Activity:** Special Operations

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 5 years 0 months
   **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☒ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was BUSTAMANTE, JOSE A. assaulted?** ⊗ Yes  ○ No

Print Date: 2025-10-28

CHC v. Noem CBP 001158

E-STAR incident ID: **LES** #25805

**Was BUSTAMANTE, JOSE A. injured?** ○ Yes ⊗ No

**Name:** TORRES, SEBASTIAN N.

**Gender:** Male  **Age:** 23  **Height:** 5'8"  **Weight:** 165 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/06/2022
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 3 years 1 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was TORRES, SEBASTIAN N. assaulted?** ○ Yes  ⊗ No

**Was TORRES, SEBASTIAN N. injured?** ○ Yes  ⊗ No

## SUBJECTS: 2

**Name:** MORETA MORETA, JIMMY ALEXANDER
**Gender:** Male  **Date of birth:** PII  **Height:** 5'6" - 5'11"  **Weight:** 150 - 199 lbs
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:**
**Country of citizenship:** ECUADOR
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**
  ☐ Illegal entry
  ☒ Uncooperative during encounter/inspection
  ☐ Failure to yield/heave to
  ☐ Checkpoint runner
  ☐ Port runner
  ☐ Alien smuggling
  ☐ Narcotics smuggling
  ☐ Scouting
  ☐ Assault (rocks/other projectiles)
  ☒ Assault (all other types)
  ☐ Rioting/civil disturbance
  ☐ Mass coordinated entry
  ☐ No suspected illegal activity
  ☐ Other

**Subject's current location and disposition if known:** Subject was apprehended and taken to the ICE detention center at 1930 Beach Street, Broadview, IL 60155.

**Did this subject assault a CBP employee?**

CHC v. Noem CBP 001159

E-STAR incident ID: LES #25805

☒ Yes  ○ No

**Was the subject outside the US or its territories when committing the assault?** ☒ Yes  ○ No

**Weapon(s)/type of assault:**
  **Assault method:** Vehicle

**Was this subject arrested / taken into custody?** ☒ Yes  ○ No

  **Arrested / taken into custody by:** ○ CBP  ☒ Other federal agency  ○ State agency  ○ Local agency

  **Was prosecution sought against this subject?** ☒ Yes  ○ No

    **Prosecution By:** ○ CBP  ☒ Other federal agency  ○ State agency  ○ Local agency

  **Was this subject injured or claiming to be injured?** ○ Yes  ☒ No  ○ Unknown

**Name:** TORRES TORRES, ERIKA NATHALIA
  **Gender:** Female  **Date of birth:** PII  **Height:** 5'0" - 5'5"  **Weight:** 100 - 149 lbs
  **Attire:** ☒ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
  **Was the subject wearing body armor?** ○ Yes  ☒ No  ○ Unknown
  **Immigration status:**
  **Country of citizenship:** ECUADOR
  **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  ○ Yes  ☒ No
  **Subject's activity:**
    ☐ Illegal entry
    ☒ Uncooperative during encounter/inspection
    ☐ Failure to yield/heave to
    ☐ Checkpoint runner
    ☐ Port runner
    ☐ Alien smuggling
    ☐ Narcotics smuggling
    ☐ Scouting
    ☐ Assault (rocks/other projectiles)
    ☐ Assault (all other types)
    ☐ Rioting/civil disturbance
    ☐ Mass coordinated entry
    ☐ No suspected illegal activity
    ☐ Other

  **Subject's current location and disposition if known:** Subject was apprehended and taken to the ICE detention center at 1930 Beach Street, Broadview, IL 60155.

  **Did this subject assault a CBP employee?** ○ Yes  ☒ No

  **Was this subject injured or claiming to be injured?** ○ Yes  ☒ No  ○ Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

CHC v. Noem CBP 001160

E-STAR incident ID: **LES** #25805

**How many individuals were in this subject vehicle?** 2
**Vehicle make:** Nissan
**Vehicle model:** Versa
**Vehicle year:** 2020
**Vehicle type:** Automobile
**Total damage to the vehicle (not including tire damage):** Minimal/cosmetic
**Final disposition of the vehicle:** Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | MORETA MORETA, JIMMY ALEXANDER | Driver |

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MORETA MORETA, JIMMY ALEXANDER | Vehicle | SANCHEZ JR., RODOLFO | ⊗ Yes ○ No | ⊗ Yes ○ No |
| | | DIAZ, SALVADOR | ⊗ Yes ○ No | Not injured in this incident |
| | | BUSTAMANTE, JOSE A. | ⊗ Yes ○ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

### Narrative of TORRES, SEBASTIAN N.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022-2024.

On October 21, 2025, at 10:15 AM EDT, I, Border Patrol Agent (BPA) Sebastian Torres, assigned to the Big Bend Sector, Alpine Station, and detailed to Operation Midway Blitz in Chicago, conducted patrol duties at N Washtenaw Ave & W Glenlake Ave Chicago, IL 60659. With three years and one month of experience enforcing federal immigration law under Title 8 of the United States Code, I was attired in a standard U.S. Border Patrol uniform with visible insignia and ballistic body armor, operating an unmarked government vehicle. Riding with me was BPA T. Donahue, and BPA J. Esparza wearing ballistic body armor containing badge, agency insignia, and clear police markings on front and back.

While patrolling, I observed an individual, later identified as MORETA-MORETA, Jimmy Alexander (DOB: **PII** Citizen of Ecuador; Alien File: **PII** FIN: **PII** ; FBI **PII** ), seated in his vehicle. BPA Donahue

CHC v. Noem CBP 001161

E-STAR incident ID: **LES** #25805

positioned the unmarked government vehicle alongside MORETA vehicle while BPA Esparza and I approached. Before we could dismount, the subject shifted his vehicle into reverse and proceeded backward against traffic on a one-way side street, directly into the SRT Quick Reaction Force (QRF) team. QRF personnel dismounted and extracted the subject from the vehicle, where he was accompanied by his wife TORRES-Torres, Erika Nathalia (DOB **PII** Citizen of Ecuador). During the subject's attempt to flee, a QRF member reported their foot was run over by the vehicle's tire. Using CBP systems, I confirmed his Expedited Removal (I-860) status dated November 10, 2022, with no final order of removal in effect. I then informed him he was under arrest for suspected violation of immigration laws under Title 8 U.S.C. due to his unlawful presence, and the incident may constitute a violation of 18 U.S.C. § 111 (Assaulting, Resisting, or Impeding Certain Officers or Employees).

MORETA-MORETA's attempt to flee indicated a significant flight risk, mitigated by his apprehension by the QRF team. When asked, he provided no verifiable current address. In my experience as a BPA, individuals with prior removal status and no verifiable details may attempt to abscond if not detained. As such, under the authority of Title 8 U.S.C. § 1357(a)(2), which permits a warrantless arrest of an alien reasonably believed to be in the United States unlawfully and likely to escape before a warrant can be obtained, I effected a warrantless arrest.

He was detained and transported to the ICE ERO facility in Broadview, Chicago, for processing. No additional injuries were sustained during the encounter.

My Axon body-worn camera, unit ID **LES** evidence serial number **LES**, remained activated throughout the incident.

**Narrative of DIAZ, SALVADOR**
On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.
Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.
I am Customs and Border Protection Special Response Team Operator Salvador Diaz. I have served in this position since 2022. I successfully completed the SRT selection course in 2025.
I have 3 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.

On October 21, 2025, I, Customs and Border Protection (CBP), Special Response Team Officer (SRTO) Salvador Diaz, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement-Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty CBP SRT uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.
On October 21, 2025, at approximately 1015 hours, I was assisting the United States Border Patrol (USBP) with targeted enforcement operations near **LEP**
USBP agents observed a subject, later identified as Jimmy Alexander MORETA-MORETA, seated inside his vehicle. Agents positioned their service vehicle alongside the subject's vehicle and came to a stop next to a Red Nissan Versa SV bearing Chicago License Plate **PII**
Before USBP agents were able to dismount, MORETA placed his vehicle in reverse and began traveling backward against the flow of traffic on a one-way side street. During this maneuver, MORETA's vehicle reversed approximately 30 feet and impacted the front of the rented vehicle I was a passenger in, a Silver 2024 Dodge Durango bearing License Plate **LES** being operated by SRTO Rodolfo Sanchez. A third SRTO, Jose Bustamante was also a passenger in the same Dodge Durango. Once the impact happened, I got out of the passenger seat and went up to the passenger side of the target vehicle to gain control of the passenger in that vehicle. At that moment the passenger tried to run from the vehicle. I assisted the subject to the ground and helped a Border Patrol Agent handcuff the female subject. Once the female subject was under control, I moved

E-STAR incident ID: **LES** #25805

toward SRTO Sanchez to help finish handcuffing the male subject that was operating the Nissan Versa. Once both subjects were in control and apprehended, they were both turned over to Border Patrol's custody. We departed the scene without further incident. My AXON 4 Body worn camera is **LES**

### Narrative of SANCHEZ JR., RODOLFO

On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team Operator Rodolfo Sanchez Jr. I have served in this position since 2018. I successfully completed the SRT selection course in 2020. I have 7 years 6 months of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.

On October 21, 2025, I, Customs and Border Protection (CBP), Special Response Team Officer (SRTO) Rodolfo Sanchez Jr, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers for Operation Midway Blitz. I was in a rough-duty CBP SRT uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On October 21, 2025, at approximately 1000 hours, I was assisting the United States Border Patrol (USBP) with targeted enforcement operations in proximity of 6331 N Campbell Ave Chicago, IL 60659.

USBP agents observed a subject, later identified as Jimmy Alexander MORETA-MORETA, seated inside a Nissan Versa IL **PII**. Agents positioned their service vehicle alongside the subject's vehicle and came to a stop.

Before USBP agents were able to dismount, MORETA placed his vehicle in reverse and began traveling backward against the flow of traffic on a one-way side street. During this maneuver, MORETA's vehicle reversed approximately 30 feet and impacted on the front of my rented vehicle 2024 Dodge Durango **LES** being operated by myself with SRTO Jose Bustamante, and SRTO Salvador Diaz as passengers.

When my car was hit, the three of us immediately dismounted and extracted the subject from the vehicle. The subject's wife, later identified as Erika Nathalia TORRES-TORRES was also present in the vehicle at the time.

At the moment of the collision MORETA-MORETA's vehicle came to a complete stop. While pulling MORETA-MORETA from his vehicle I took him to the ground to gain a positional advantage before handcuffing him. During the vehicle extraction of MORETA-MORETA my right foot was run over by his vehicle's left rear tire, the vehicle continued to roll forward for approximately 10 yards until a BPA got inside the vehicle and stopped it; I did not seek medical attention. No CA-1 claimed.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was active during the time of the incident. Serial ID **LES**

MORETA and TORRES were turned over to USBP and transferred to ICE/ERO Broadview facility.

SUBJECT INFORMATION:
Subject: Jimmy Alexander MORETA-MORETA

E-STAR incident ID: **LES** #25805

**PII**
Citizenship: Ecuador
**PII**
**PII**
**PII**
App time: 10:00 A.M.
App Location: **PII**

### Narrative of BUSTAMANTE, JOSE A.

On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team Operator Jose Bustamante. I have served in this position since 2020. I successfully completed the SRT selection course in 2022. I have 5 years of experience enforcing federal immigration law as a U.S. Customs and Border Protection Officer to include the enforcement of Title 8 violations. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.

On October 21, 2025, I, Customs and Border Protection (CBP), Special Response Team Officer (SRTO) Jose Bustamante, was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty CBP SRT uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On October 21, 2025, at approximately 1015 hours, I was assisting the United States Border Patrol (USBP) with targeted enforcement operations in proximity of the intersection of North Washtenaw Ave and West Granville Avenue in Chicago, IL. USBP agents observed a subject, identified as Jimmy Alexander MORETA-MORETA, seated inside a Nissan Versa potentially being a 2020 model. Agents positioned their service vehicle alongside the subject's vehicle and came to a stop. Before USBP agents were able to dismount, MORETA placed his vehicle in reverse and began traveling backward against the flow of traffic on a one-way side street. During this maneuver, the MORETA's vehicle reversed approximately 30 feet directly into the front of my 2024 Dodge Durango rental vehicle being operated by SRTO Rodolfo Sanchez, with SRTO Salvador Diaz, and I as rear passenger.

Myself, SRTO Sanchez, and SRTO Diaz immediately dismounted and extracted the subject from the vehicle. The subject's wife Erika Nathalia TORRES-TORRES was also present in the vehicle at the time. After extracting MORETA out of the vehicle, the Nissan Versa was not on Park and started to slow roll causing SRTO Sanchez's foot to get run over.

After both subjects were in custody. I parked the Nissan Versa on the street and turned over the keys to USBP.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was active during the time of the incident. Serial ID **LES**

SUBJECT INFORMATION:
Subject: Jimmy Alexander MORETA-MORETA
DOB: **PII**
Citizenship: Ecuador

CHC v. Noem CBP 001164

E-STAR incident ID: LES #25805

PII
PII
PII
App time: 10:15 A.M.
App Location: PII

## FILE ATTACHMENTS

**File names:**
OFO_Rental.jpg
Suspect_Vehicle.jpg

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | BURGESS, HOLLIE ANN | 10/22/2025 20:44 | |
| Approved | POPKE, SHANE J. | 10/23/2025 12:42 | |



CHC v. Noem CBP 001165