E-STA  **LES**  25817



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES 25817
**Title:** Operation Midway Blitz: Chicago - Ramming / FTY / OC Deployment Glendale Heights
**Incident date/time:** 10/22/2025 09:30
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☒ FTY/Vehicle pursuit by a CBP employee
   ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Type of incident:** ○ Failure to yield (FTY) without a pursuit  ⊗ Vehicle pursuit
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.                **Creation date/time:** 10/22/2025 15:45
**Last updated by:** HUGHBANKS, DANIEL L.         **Last updated date/time:** 10/23/2025 14:59
**Reviewer:** HUGHBANKS, DANIEL L                 **Date reviewed:** 10/23/2025

### RELATED SYSTEMS: 3

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| e3/EID | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency | Vehicle pursuit role |
|---|---|---|
| Reporting organization: | | |
| CBP | USBP | Initiated the pursuit |
| Other involved organizations: | | |
| CBP | USBP | Secondary in pursuit |

**Were other CBP components/external agencies involved?** ⊗ Yes  ○ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
   **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
   **Address:**

CHC v. Noem CBP 001171

LES #25817

**Street:** 521 North Ave
**City:** Glendale Heights   **State:** ILLINOIS   **Zip:** 60139
**Incident coordinates:** Associated with the assault, use of force events
   **Latitude:** 41.90247
   **Longitude:** -88.06662
**Vehicle pursuit coordinates:** For CBP vehicle involvement only; if gaps in the pursuit, use the earliest start point and final end point.
   **Starting latitude:** 41.90247    **Ending latitude:** 41.89364
   **Starting longitude:** -88.06662   **Ending longitude:** -88.06533
**Setting:** ◯ Indoors  ⊗ Outdoors
   **Outdoor setting:** ⊗ On land  ◯ In water (standing or swimming)  ◯ On water (in vessel)  ◯ In the air
**Description of the premises/location:** The incident began in the Menards parking lot Glendale Heights and then the pursuit extended to Stacy Court in Glen Ellyn
**Environmental factors:**
   **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
   **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
   **Traffic conditions:** ☐ Heavy ☐ Medium ☐ Light ☒ No traffic ☐ Other
   **Road surface:** ☒ Paved ☐ Unpaved ☐ Off road ☐ Other
   **Road conditions:** ☐ Excellent ☒ Fair ☐ Poor ☐ Other
   **Environment/locale:** ☐ Urban ☒ Suburban ☐ Industrial ☐ School zone ☐ Pedestrians present ☐ Construction zone
   ☐ Near POE/checkpoint ☐ Other
   **Estimated temperature (Fahrenheit):** 45

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GAMBOA, DANIEL E | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/22/2025 |

**Other authorities notified (external to CBP):** ☐ Federal  ☐ Tribal  ☐ State  ☐ Local  ☐ Foreign

## EMPLOYEES: 4

**Name:** CLINTON, MARK A.
   **Gender:** Male   **Age:** 43   **Height:** 6'2"   **Weight:** 215 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 05/25/2009
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 09/02/2025
   **Duty status at the time of the incident:** ⊗ On duty  ◯ Off duty
      **Activity:** Patrol Interior

   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 16 years 5 months
      **CBP training previously received (not including basic academy training):**

   | ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
   | ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
   | ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

   **Wearing body armor?** ⊗ Yes  ◯ No
   **Attire:** ◯ Uniform  ⊗ Plain clothes

   **Was CLINTON, MARK A. assaulted?** ◯ Yes  ⊗ No
   **Did CLINTON, MARK A. use reportable force?**

CHC v. Noem CBP 001172

LES #25817

☒ Yes  ○ No
**Force type:** Less-lethal Device
**Device:** OC (Pepper Spray Hand Held Canister)
**Device type:** Stream
**Posture:** ☐ Standing  ☒ Kneeling  ☐ Prone  ☐ Other
**Estimated distance:** 1 feet
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☐ Protect self | ☐ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☐ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was CLINTON, MARK A. an occupant in a CBP pursuit vehicle?** ☒ Yes ○ No

**Was CLINTON, MARK A. injured?** ○ Yes ☒ No

**Name:** SCHRIEFFER, SCOTT D.
**Gender:** Male  **Age:** 53  **Height:** 6'2"  **Weight:** 210 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/07/1996
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ☒ On duty ○ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 29 years 2 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ○ No
**Attire:** ○ Uniform ☒ Plain clothes

**Was SCHRIEFFER, SCOTT D. assaulted?** ☒ Yes ○ No

**Did SCHRIEFFER, SCOTT D. use reportable force?** ○ Yes ☒ No

**Was SCHRIEFFER, SCOTT D. an occupant in a CBP pursuit vehicle?** ☒ Yes ○ No

**Was SCHRIEFFER, SCOTT D. injured?** ☒ Yes ○ No
  **Did the injury occur during the vehicle pursuit?** ☒ Yes ○ No
    **Was a VID/ODT deployed during this vehicle pursuit?** ○ Yes ☒ No
**Injury information:**
  **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
  **Injury Comment:** Contusion to right knee after being struck by vehicle.
  **Refused medical attention?** ○ Yes ☒ No
  **Received treatment?** ☒ Yes ○ No
  **Was a form CA-1 filed?** ☒ Yes ○ No
  **Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ☐ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |



CHC v. Noem CBP 001173

LES #25817

- ☐ Rear upper torso/back
- ☐ Rear lower torso/back
- ☐ Rear below waist/buttocks
- ☒ Front legs/feet
- ☐ Front lower torso/abdomen
- ☐ Front below waist/groin area
- ☐ Arms/hands
- ☐ Rear legs

**Medical treatment information:**
    **Received EMS treatment prior to/in lieu of treatment at a facility?** ○ Yes ⊗ No
    **Facility name:** Northwest Community Hospital
    **Street address:** 800 Central Road
    **City:** Arlington Heights
    **State:** ILLINOIS     **Zip** 60005
    **Phone type:** Main     **Phone:** 8476181000     **Phone extension:**

**Name:** DUENAS, JAIME
    **Gender:** Male     **Age:** 44     **Height:** 5'9"     **Weight:** 200 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/22/2006
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/02/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Intelligence Development

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 19 years 5 months
        **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ○ Yes ⊗ No
**Attire:** ○ Uniform ⊗ Plain clothes

**Was DUENAS, JAIME assaulted?** ○ Yes ⊗ No

**Did DUENAS, JAIME use reportable force?** ○ Yes ⊗ No

**Was DUENAS, JAIME an occupant in a CBP pursuit vehicle?** ○ Yes ⊗ No

**Was DUENAS, JAIME injured?** ○ Yes ⊗ No

**Name:** ESCOBEDO, CHRISTOPHER
    **Gender:** Male     **Age:** 30     **Height:** 5'6"     **Weight:** 170 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 12/02/2019
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/02/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Intelligence Development

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 5 years 10 months
        **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?**

CHC v. Noem CBP 001174

LES #25817

○ Yes ⊗ No

**Attire:** ○ Uniform ⊗ Plain clothes

**Was ESCOBEDO, CHRISTOPHER assaulted?** ○ Yes ⊗ No

**Did ESCOBEDO, CHRISTOPHER use reportable force?** ○ Yes ⊗ No

**Was ESCOBEDO, CHRISTOPHER an occupant in a CBP pursuit vehicle?** ○ Yes ⊗ No

**Was ESCOBEDO, CHRISTOPHER injured?** ○ Yes ⊗ No

## SUBJECTS: 3

**Name:** HERNANDEZ-IBARRA, BENITO
**Gender:** Male    **Date of birth** PII 1979    **Height:** 5'7"    **Weight:** 270 pounds
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**

☒ Illegal entry
☐ Uncooperative during encounter/inspection
☒ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☐ Assault (rocks/other projectiles)
☐ Assault (all other types)
☐ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** In ICE/ERO custody

**Did this subject assault a CBP employee?** ○ Yes  ⊗ No

**Was reportable force used on this subject?** ⊗ Yes  ○ No
  **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was this subject in the vehicle pursuit?** ⊗ Yes  ○ No
**Was the subject an occupant of a vehicle?** ⊗ Yes  ○ No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** ○ Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No
  **Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency
    **Was an administrative action initiated for this subject by CBP?** ○ Yes  ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes  ○ No
    **Prosecution By:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency
**Was this subject injured or claiming to be injured?** ⊗ Yes

CHC v. Noem CBP 001175

LES -#25817

○ No  ○ Unknown

**Did the injury / alleged injury occur during the vehicle pursuit?** ○ Yes  ⊗ No  ○ Unknown

**Injury information:**

    **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)

    **Injury Comment:** OC exposure and claimed pain in his hands.

  **Refused medical attention?** ○ Yes  ⊗ No

  **Received treatment?** ⊗ Yes  ○ No

  **Region(s) of the body injured:**

- ☐ Front head
- ☐ Side head
- ☐ Neck/throat
- ☐ Rear upper torso/back
- ☐ Rear lower torso/back
- ☐ Rear below waist/buttocks
- ☐ Front legs/feet
- ☐ Rear head
- ☒ Face
- ☐ Front upper torso/chest
- ☐ Front lower torso/abdomen
- ☐ Front below waist/groin area
- ☒ Arms/hands
- ☐ Rear legs

**Medical treatment information:**

  **Received EMS treatment prior to/in lieu of treatment at a facility?** ⊗ Yes  ○ No

    **Provider:** Glen Ellyn Paramedics

  **Facility name:** Glen Oaks Hospital

  **Street address:** 701 Winthrop Ave

  **City:** Glendale Heights

  **State:** ILLINOIS  **Zip** 60139

  **Phone type:** Main  **Phone:** 6305458000  **Phone extension:**

**Name:** ROSAS-HERNANDEZ, JOSE MAURICIO

  **Gender:** Male  **Date of birth** PII 1983  **Height:** 5'8"  **Weight:** 230 pounds

  **Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

  **Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown

  **Immigration status:** Inadmissible Alien

  **Country of citizenship:** MEXICO

  **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ⊗ No

  **Subject's activity:**

- ☒ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☒ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

  **Subject's current location and disposition if known:** In ICE/ERO custody

  **Did this subject assault a CBP employee?** ⊗ Yes  ○ No

    **Was the subject outside the US or its territories when committing the assault?**

LES #25817

○ Yes ⊗ No

**Weapon(s)/type of assault:**
    Assault method: Vehicle

**Was reportable force used on this subject?** ○ Yes ⊗ No
**Was this subject in the vehicle pursuit?** ⊗ Yes ○ No
**Was the subject an occupant of a vehicle?** ⊗ Yes ○ No

**Was this subject arrested / taken into custody?** ⊗ Yes ○ No
    Arrested / taken into custody by: ⊗ CBP ○ Other federal agency ○ State agency ○ Local agency
        Was an administrative action initiated for this subject by CBP? ○ Yes ⊗ No
    Was prosecution sought against this subject? ⊗ Yes ○ No
        Prosecution By: ○ CBP ⊗ Other federal agency ○ State agency ○ Local agency

**Was this subject injured or claiming to be injured?** ⊗ Yes ○ No ○ Unknown
**Did the injury / alleged injury occur during the vehicle pursuit?** ○ Yes ⊗ No ○ Unknown
**Injury information:**
    Injury type: Moderate injuries (treated and released by a medical facility or will seek future treatment)
    Injury Comment: Diabetic blood sugar issues
    **Refused medical attention?** ○ Yes ⊗ No
    **Received treatment?** ⊗ Yes ○ No
    **Region(s) of the body injured:**

        ☐ Front head                          ☐ Rear head
        ☐ Side head                           ☐ Face
        ☐ Neck/throat                     ☒ Front upper torso/chest
        ☐ Rear upper torso/back      ☐ Front lower torso/abdomen
        ☐ Rear lower torso/back      ☐ Front below waist/groin area
        ☐ Rear below waist/buttocks   ☐ Arms/hands
        ☐ Front legs/feet                ☐ Rear legs

**Medical treatment information:**
    **Received EMS treatment prior to/in lieu of treatment at a facility?** ⊗ Yes ○ No
        Provider: Glen Ellyn Paramedics
    Facility name: Glen Oaks Hospital
    Street address: 701 Winthrop Ave
    City: Glendale Heights
    State: ILLINOIS     Zip 60139
    Phone type: Main     Phone: 6305458000     Phone extension:

**Name:** NUNEZ-RAMIREZ, VIANEY
    Gender: Male     Date of birth: PII 1976     Height: 5'6"     Weight: 250 pounds
    Attire: ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
    **Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
    Immigration status: Inadmissible Alien
    Country of citizenship: MEXICO
    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    ○ Yes ⊗ No
    **Subject's activity:**
        ☒ Illegal entry
        ☐ Uncooperative during encounter/inspection
        ☒ Failure to yield/heave to
        ☐ Checkpoint runner

CHC v. Noem CBP 001177

LES #25817

- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** In ICE/ERO custody.

**Did this subject assault a CBP employee?** ○ Yes  ⊗ No

**Was reportable force used on this subject?** ○ Yes  ⊗ No

**Was this subject in the vehicle pursuit?** ⊗ Yes  ○ No

**Was the subject an occupant of a vehicle?** ⊗ Yes  ○ No

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No

    **Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency

        **Was an administrative action initiated for this subject by CBP?** ○ Yes  ⊗ No

    **Was prosecution sought against this subject?** ⊗ Yes  ○ No

        **Prosecution By:** ○ CBP  ⊗ Other federal agency  ○ State agency  ○ Local agency

**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## FAILURE TO YIELD (FTY)/VEHICLE PURSUIT

**Vehicle pursuit reporting organization:** U.S. Border Patrol / El Centro Sector
**Reason for attempted vehicle stop:** Felony involving physical force/violence
**CBP pursuit supervisor:** None
**Communications center and frequencies used:** Internal/Telephone
**Pursuit start date/time:** 10/22/2025 09:30
**Estimated pursuit duration:** 5 minutes
**Estimated pursuit distance:** 2.0 miles
**Estimated highest speed attained by a CBP vehicle during the pursuit:** 65 mph
**Did the vehicle pursuit exceed posted speed limits?** ⊗ Yes  ○ No  ○ Unknown
**Was a boxing-in technique utilized?** ○ Yes  ⊗ No
**Was a remote vehicle tracking device utilized?** ○ Yes  ⊗ No
**Did CBP terminate the pursuit?** ○ Yes  ⊗ No
    **What was the disposition of the vehicle pursuit?** Bailout
**Was contraband seized by CBP?** ○ Yes  ⊗ No
**Is this a known or suspected smuggling operation?** ○ Yes  ⊗ No
**Are there any audio/video files for this pursuit?** ⊗ Yes  ○ No
    **Location of/links to the files:** IDVRS

## CBP VEHICLE - 1



CHC v. Noem CBP 001178

LES #25817

**Vehicle fleet number:** A13004
**Vehicle type:** Sedan
**Total damage to the vehicle:** Minimal/Cosmetic
**Vehicle markings:** ○ Marked  ⊗ Unmarked
**Vehicle's initial position in the pursuit:** Primary

| Occupants in vehicle | Name | Component | Role in vehicle |
|---|---|---|---|
| Yes | CLINTON, MARK A. | U.S. Border Patrol / Detroit Sector | Driver |

## CBP VEHICLE - 2

**Vehicle fleet number:** RENTAL
**Vehicle type:** SUV
**Total damage to the vehicle:** None
**Vehicle markings:** ○ Marked  ⊗ Unmarked
**Vehicle's initial position in the pursuit:** Secondary

| Occupants in vehicle | Name | Component | Role in vehicle |
|---|---|---|---|
| Yes | SCHRIEFFER, SCOTT D. | U.S. Border Patrol / Detroit Sector | Driver |

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 3
**Vehicle make:** Chevrolet
**Vehicle model:** Silverado
**Vehicle year:** 2012
**Vehicle type:** Pickup
**Estimated highest speed attained by the subject vehicle during the pursuit:** 65
**Did the subject wreck their vehicle (in any capacity) while being pursued by CBP?** Yes
**Total damage to the vehicle (not including tire damage):** Heavy
**Final disposition of the vehicle:** Seized by CBP

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | HERNANDEZ-IBARRA, BENITO | Passenger |
| Yes | ROSAS-HERNANDEZ, JOSE MAURICIO | Driver |
| Yes | NUNEZ-RAMIREZ, VIANEY | Passenger |

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---|---|---|---|
| ROSAS-HERNANDEZ, JOSE MAURICIO | Vehicle | SCHRIEFFER, SCOTT D.  ⊗ Yes ○ No | ⊗ Yes ○ No |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|



CHC v. Noem CBP 001179

| | | LES | #25817 |
|---|---|---|---|

| CLINTON, MARK A. | OC (Pepper Spray Hand Held Canister) - Stream | **Subject:** HERNANDEZ-IBARRA, BENITO<br>**Was this subject injured or claiming to be injured by this use of force?** Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

**Did this incident result in collateral property damage?** ⊗ Yes ○ No

| Property type | Property sub type | Estimated damage | Occurred during vehicle pursuit? | Description |
|---|---|---|---|---|
| Government | Vehicle<br><br>Make: Chevrolet<br>Model: Blazer<br>Year: 2024<br>Type: Automobile | Heavy | Yes | Catastrophic front end damage - bumper, radiator, and headlights destroyed. |

**Did this incident result in collateral injury to a bystander?** ○ Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of CLINTON, MARK A.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 22, 2025, I, Supervisory Border Patrol Agent-Intelligence Mark Clinton was conducting immigration enforcement operations in the city of Glendale Heights, IL in support of Operation Midway Blitz. Glendale Heights has been identified as a city within DuPage County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 16 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted hundreds of alien smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and



LES #25817

covertly search for criminal activity. I was dressed in plain clothes with my service issued ballistic body armor displaying badge and clear police markings on front and back. Agents Jaime Duenas, Christopher Escobedo, and Scott Schrieffer were working in conjunction with me in unmarked government vehicles. These Agents were dressed in plain clothes with ballistic body armor displaying clear police markings on front and back, or with their service badge and credentials ready to display for any enforcement action. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 9:10 AM, Agent Duenas qu[LEP]gent Duenas observed three males walking away from the vehicle. The vehicle was parked in a public parking lot near 521 E North Ave, Glendale Heights, [LEP] HERNANDEZ-Ibarra in Chicago, IL. Agent Duenas utilized DHS databases to identify HERNANDEZ as a citizen of Mexico [PII] 1979). DHS databases show that HERNANDEZ was previously apprehended by Border Patrol attempting to enter the United States illegally near Ajo, AZ in 1998. HERNANDEZ was returned to his native country of Mexico after this arrest [PII]

DHS databases also show that Immigration and Customs Enforcement also lodged a detainer on HERNANDEZ after he was arrested by local police in 2012, which was not honored. DHS databases did not show that HERNANDEZ had applied for or received any documents allowing him to re-enter the United States. Agent Duenas relayed his findings to other team members, and we responded to his location to assist. Once HERNANDEZ was identified as an illegal alien, I issued an I-200 warrant of arrest for HERNANDEZ.

After surveilling the vehicle for approximately 10 minutes, the same three males walked towards the truck. Agent Escobedo maneuvered his vehicle behind the rear passenger side of HERNANDEZ' vehicle while I maneuvered my vehicle behind the driver side rear of HERNANDEZ to prevent him from fleeing. As the three males entered HERNANDEZ' vehicle, Agent Escobedo and I approached the driver side while Agents Duenas and Schrieffer approached from the passenger side. I activated my body worn camera as I exited my vehicle.

I verbally identified myself to the driver and ordered him to lower the window. The driver was later identified as Jose Mauricio ROSAS-Hernandez [PII] 1983). I suspected that HERNANDEZ was driving his vehicle, so I called the driver as "Benito" and ordered him again to lower the window. ROSAS refused to lower the window so I warned him several times that we would break the window if he did not comply.

At the same time, Agents Duenas and Schrieffer contacted the front passenger, who was later identified as HERNANDEZ. The rear seat passenger was later identified as Vianey NUNEZ-Ramirez [PII] /1976). Agent Duenas gave the same warnings to HERNANDEZ to exit the vehicle, but he refused. After multiple lawful orders and warnings were given and ignored by the occupants of the vehicle, Agent Escobedo utilized his collapsible steel baton to break the driver side front window.

Once the window was shattered, we moved in to extract ROSAS, HERNANDEZ, and NUNEZ. At this moment, ROSAS placed the vehicle in reverse and deliberately and violently rammed the vehicle into Agent Escobedo's vehicle. The impact was so forceful that it pushed Agent Escobedo's vehicle ninety degrees away in reverse. ROSAS's actions were equivalent to deadly force, and he was now using his half ton vehicle as an instrument of death.

As this potentially deadly impact took place, ROSAS made contact with my vehicle's front bumper, causing minor scratches. During the impact with Agent Escobedo's vehicle, ROSAS' actions caused the entire front bumper of Agent Escobedo's vehicle to become completely detached, including both headlights. HERNANDEZ' vehicle's front bumper also became partially detached. HERNANDEZ' vehicle also sustained major body damage to the passenger side, and the front passenger tire came partially off the rim. During this chaotic and reckless scene, ROSAS struck Agent Schrieffer with the vehicle, striking his right knee.

ROSAS, HERNANDEZ, and NUNEZ then fled the scene of the crime, travelling east in the parking lot. I immediately entered my Border Patrol vehicle and pursued the trio. Once on city streets, I activated my emergency lights and siren. Weather conditions were approximately 50 degrees and this was in an urban environment. ROSAS failed to yield to my lights and sirens and the pursuit continued for several blocks. ROSAS was driving at speeds of approximately 65 MPH in a residential area where speed limits are normally 35 miles per hour. Traffic was almost non-existent but ROSAS was not utilizing turn signals and driving erratically, creating a danger to himself, his occupants, and the public.

CHC v. Noem CBP 001181

LES /-#25817

ROSAS was driving with debris hanging from his front bumper and swerving all over the road due to damage to his front end. ROSAS turned into a residential neighborhood, and I broadcasted my location and informed other team members that the vehicle had lost a front tire but was still failing to yield.

The pursuit entered the neighborhood, which was in the city of Glen Ellyn, IL. The vehicle turned onto Stacy Court. A few hundred yards down the street, ROSAS pulled to the side of the road and all three occupants bailed out of the vehicle and fled on foot. The vehicle came to a stop in front of 1N261 Stacy Court. Agent Schrieffer pursued NUNEZ and HERNANDEZ while I pursued ROSAS.

As I was chasing ROSAS, I heard Agent Schrieffer yelling. I turned around and ran back to assist Agent Schrieffer since we were separated. As I approached his location, I saw NUNEZ and Agent Schrieffer on the ground and NUNEZ was resisting arrest. Once I arrived, Agent Schrieffer and I were able to overpower NUNEZ and place him in handcuffs. Once NUNEZ was in custody, Agent Schrieffer pursued HERNANDEZ.

While Agent Schrieffer was attempting to locate HERNANDEZ, I escorted NUNEZ to Agent Schrieffer's vehicle. I conducted an immigration interview and NUNEZ readily admitted to being a citizen of Mexico. NUNEZ claimed to have documents allowing him to enter and remain in the United States, but I discovered that NUNEZ only had an Employment Authorization Document PII PII NUNEZ was placed under arrest for violation of Title 8 of the United States Code.

As I was securing the scene, Agent Schrieffer notified me that he had located HERNANDEZ and needed assistance because HERNANDEZ was resisting arrest. I entered Agent Schrieffer's vehicle and travelled to his location to assist. As I arrived on scene, I observed Agent Schrieffer and HERNANDEZ on the ground and HERNANDEZ appeared to be attempting to break free from Agent Schrieffer's grip.

I approached the scene and ordered HERNANDEZ to surrender his hands. HERNANDEZ refused. Given the fact that Agent Schrieffer had already attempted to take HERNANDEZ into custody for a few minutes and HERNANDEZ was non-compliant, I notified Agent Schrieffer that I was going to deploy my OC spray. I retrieved my OC spray and gave two bursts of OC spray to HERNANDEZ' face. I was approximately 12 inches away from HERNANDEZ' face and the OC deployments were approximately one second in length and approximately three seconds apart.

The OC spray was effective, and we were able to gain control of HERNANDEZ' arms and hands. Once HERNANDEZ was incapacitated, Agent Schrieffer and I realized we did not have handcuffs on our person. I then contacted Agents Duenas and Escobedo, and they arrived moments later. Once all four Agents were on scene, we were able to place handcuffs on HERNANDEZ. At approximately 9:30 AM, HERNANDEZ was placed under arrest for violation of Title 8 of the United States Code. I notified (A) PAIC Sergio Guzman via phone regarding the use of force within a few minutes of the OC deployment.

Deputies from the Cook County Sheriff Department located ROSAS in the vicinity of the incident and turned him over to Agents Duenas and Escobedo. Agent Escobedo conducted a brief interview and determined that ROSAS was an illegal alien from Mexico. ROSAS was also placed under arrest for violation of Title 8 of the United States Code.

ROSAS and HERNANDEZ complained of injuries or medial issues, so an ambulance was called to the scene. Glen Ellyn Emergency Services arrived and transported ROSAS and HERNANDEZ to a local hospital where they were treated and released a short time later.

Once HERNANDEZ was in custody, I conducted record checks in DHS databases using HERNANDEZ' name and date of birth. DHS databases show that HERNANDEZ has a criminal history under PII HERNANDEZ is a criminal alien who has been convicted of DUI on two separate occasions. Each time HERNANDEZ was arrested, his birthplace was listed as Mexico. HERNANDEZ has no documents allowing him to enter or remain in the United States.

HERNANDEZ, ROSAS, and NUNEZ were transported to the ICE/ERO processing facility in Broadview, Illinois for processing and removal. ROSAS will be presented for prosecution for 18 USC 111 – Assaulting a Federal Agent. HERNANDEZ and NUNEZ will be processed for removal from the United States. HERNANDEZ' vehicle was towed as evidence. The arrest was captured on

CHC v. Noem CBP 001182

LES 7-#25817

my body worn camera, serial number LES he incident was also captured on Agent Schrieffer's body worn camera, serial number LES

### Narrative of SCHRIEFFER, SCOTT D.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 22, 2025, I, Border Patrol Agent-Intelligence Scott D. Schrieffer was conducting immigration enforcement operations in the city of Glendale Heights, IL in support of Operation Midway Blitz. Glendale Heights has been identified as a city within DuPage County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 29 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. Agents Jaime Duenas, Christopher Escobedo and Supervisor Mark Clinton were working in conjunction in unmarked government rental vehicles. We were dressed in plain clothes with ballistic body armor displaying clear police markings on front and back, or with their service badge and credentials ready to display for any enforcement action. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 9:10 AM, LEP LEP ) LEP to Benito HERNANDEZ IBARRA in Chicago, IL. Agent Clinton utilized DHS databases to identify HERNANDEZ as a possible citizen of Mexico illegally present in the United States. Agent Duenas relayed his findings to other team members, and we responded to his location to assist.

As HERNANDEZ and two other unknown individuals approached the truck, agents positioned their unmarked vehicles behind to prevent escape. My body worn camera was activated upon exiting my vehicle. There was already a vehicle parked in front of the truck. Agents approached the driver and passenger side windows and ordered HERNADEZ and passengers to exit the vehicle. I was positioned on the passenger side near the rear passenger side window. After several commands, agents advised they would break the windows if they refused to exit.

As soon as the agents attempted to break the windows the driver, later identified as Mauricio ROSAS, drove rapidly in reverse striking my right knee with the passenger side of the truck and two of the unmarked vehicles. The collision caused severe damage to the truck, and the front passenger tire became flat. ROSAS fled the parking lot. Supervisor Mark Clinton pursued ROSAS in his vehicle with visible blue and red lights activated and audible siren on. I followed in my unmarked vehicle.

CHC v. Noem CBP 001183

 LES /-#25817

Rosas continued attempting to evade agents until entering a neighborhood, where all three occupants bailed out. Two subjects ran together towards the rear of the vehicle, while the driver ran towards the front. I shouted commands in Spanish for the two passengers running towards the rear to stop. Neither did. I was able to tackle the back seat passenger to the ground. He was later identified as Vianey NUNEZ. NUNEZ continued to refuse verbal command to put his hands behind his back and actively resisted trying to roll me off him.

After Supervisor Clinton helped me cuff NUNEZ, I ran through the wood line to attempt to find the front seat passenger, later identified as the vehicle owner, Benito HERNANDEZ. I came through the wood line behind a residence. The residents saw me and pointed to their garage. They said, "He's in our garage". As I approached the garage, HERNANDEZ began to run away again. I tackled him to the ground. He began to immediately resist and attempt to push me away and off him. I was able to take his back and perform a log lock to keep him controlled until Supervisor Clinton arrived. When we tried to turn him on his stomach to cuff him, he again began actively resisting by attempting to get away. We couldn't get him cuffed, until Supervisor Clinton utilized his pepper spray. At that time, the other agents and the local Sheriff's Office were on scene.

Sheriff deputies found ROSAS down the street and held him for agents until he was taken into custody. HERNANDEZ was taken to the hospital after complaining of pain in his hand. ROSAS was taken to the same hospital for problems related to his blood sugar level. After proper paperwork was completed, I was taken to another hospital for treatment of my knee injury.

ROSAS was charged with 18 USC 111. HERNANDEZ and ROSAS are pending charges for immigration violations. FBI is prosecuting ROSAS. HERNANDEZ and ROSAS were taken to the ICE/ERO processing facility in Broadview, Illinois for processing and removal, once released from the hospital.

Body Camera Evidence Serial Number [ LES ]

### Narrative of DUENAS, JAIME

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 22, 2025, I, Border Patrol Agent-Intelligence Jaime Duenas was conducting immigration enforcement operations in the city of Glendale Heights, IL in support of Operation Midway Blitz. Glendale Heights has been identified as a city within DuPage County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 19 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol rental vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service badge and credentials ready to display for any enforcement action. Agents Christopher Escobedo, Scott Schrieffer, and Supervisor Mark Clinton were working in conjunction with me in unmarked government vehicles. These Agents were dressed in plain clothes with agency issued ballistic body armor



CHC v. Noem CBP 001184

LES /-#25817

with badge, insignia, and clear police markings on front and back, or with their service badge and credentials ready to display for any enforcement action. We were readily identifiable as Federal Agents by any reasonable person. Agent Escobedo and I were riding together in a Chevrolet Blazer, a government sponsored rental vehicle.

At approximately 9:10 LEP public parking lot near 521 E. North Ave., Glendale Heights, IL LEP LEP Benito HERNANDEZ-Ibarra in PII I observed three individuals exiting the truck and walking into the Menard's store.

I utilized DHS databases to identify HERNANDEZ as a citizen of Mexico ( PII 1979) with no documents allowing him to remain in the United States. DHS databases showed that HERNANDEZ was apprehended at the Ajo Border Patrol Station on November 17, 1998, and was voluntarily returned to Mexico. Furthermore, HERNANDEZ has several arrests in the State of Illinois Driving Under the Influence (DUI) and Battery under PII HERNANDEZ has a conviction for aggravated felony DUI in 2012 LEP in LEP do. Once HERNANDEZ was identified as an illegal alien, Agent Clinton issued an i-200 warrant of arrest for HERNANDEZ.

After surveilling the vehicle for approximately 10 minutes, HERNANDEZ and his two companions approached the vehicle and got inside. HERNANDEZ got into front seat passenger, an individual wearing a yellow windbreaker jacket, later identified as Jose Mauricio ROSAS-Hernandez sat on the driver's seat, and another male later identified as Vianey NUNEZ-Ramirez, sat in the back seat. For officer safety and to avoid HERNANDEZ fleeing from us, we tactically positioned our vehicles behind HERNANDEZ's vehicle. An unoccupied civilian vehicle was already parked in front of HERNANDEZ' vehicle.

We walked towards the vehicle and identified ourselves as Border Patrol Agents. I asked the front seat passenger if he was HERNANDEZ and nodded in the affirmative. We asked him to exit the vehicle but refused to comply with our commands. We then warned HERNANDEZ that if he did not comply with our commands, we would break the window of the car and extract him. HERNANDEZ continued to ignore our commands and Agent Escobedo broke the driver's side window to extract HERNANDEZ and effect the arrest.

At this time, ROSAS, the driver, put the car in reverse and violently backed up into our vehicle. Due to the violent impact, our vehicle was moved several feet from the position where it was parked creating a gap that allowed them to escape. The vehicle then took off at a high-rate speed from the Menard's parking lot. Agents Clinton and Schrieffer gave chase to the vehicle while Agent Escobedo and I stayed back assessing the damage of our vehicle. We immediately noticed that the front bumper had been ripped off due to the violent collision caused by ROSAS.

Agent Clinton notified us that the vehicle had failed to yield to his lights and sirens. Agent Clinton then informed us that the vehicle had stopped at a nearby neighborhood and the three subjects had bailed out from it. Agent Clinton notified us that he and Agent Schriefer had detained two of the subjects, but that HERNANDEZ was not complying with their commands and that they needed our immediate assistance. We informed Agent Clinton that our vehicle had sustained severe damaged but was drivable and we responded to their location.

Shortly after, we arrived to 1N 261 Stacy Ct in Glen Elyn, IL, and assisted Agents Clinton and Schrieffer in placing handcuffs on HERNANDEZ. Agent Clinton informed us that he had utilized his OC spray to subdue HERNANDEZ and that ROSAS was still at large. Agent Clinton notified us that ROSAS was wearing a black and yellow jacket. We placed HERNANDEZ in our car and started to monitor him for any adverse reactions that the OC spray might have caused on him. I sat in the back seat with HERNANDEZ while Agent Escobedo drove around the area attempting to locate ROSAS.

Agent Clinton then notified us that Cook County Sheriff's Deputies had located a subject matching the description of ROSAS near the same location where he had detained HERNANDEZ and NUNEZ. We responded to this location and observed two Sheriff's Deputies casually talking with ROSAS. I immediately told Agent Escobedo to make contact with the Deputies and to place ROSAS under arrest.

Agent Escobedo approached the two Sheriff's Deputies, identified himself as a Border Patrol Agent and informed them that

CHC v. Noem CBP 001185

**LES** /-#25817

ROSAS was a subject of a current investigation for assault on a federal agent and escorted ROSAS to our car. ROSAS attempted to resist arrest, but we were able to secure him safely in handcuffs. Upon taking custody of ROSAS, one of the Deputies notified me that ROSAS had discarded a black and yellow jacket nearby. I located the jacket and confirmed it was the same jacket that ROSAS was wearing when he fled the scene of the crime. I collected the jacket for evidence and inventory purposes. We then drove to the location where the three individuals had bailed out from the Silverado and met with Agents Clinton and Schrieffer.

Agent Clinton then informed me that due to the ongoing assault investigation, the Silverado and our vehicle were going to be towed away from the scene as evidence. While we were waiting for the tow-trucks to arrive, ROSAS claimed he was having a diabetic attack and was fainting. I immediately informed Agent Clinton and Emergency Medical Services (EMS) was summoned. HERNANDEZ then claimed the OC Spray was causing an adverse reaction to him, and he needed medical attention. Both ROSAS and HERNANDEZ were then taken to a local hospital.

The assault incident was captured on Agent Clinton's body worn camera, serial number **LES** Agent's Schrieffer body worn camera, serial numb **LES**

### Narrative of ESCOBEDO, CHRISTOPHER

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 22, 2025, I, Border Patrol Agent Christopher Escobedo was conducting immigration enforcement operations in the city of Glendale Heights, IL in support of Operation Midway Blitz. Glendale Heights has been identified as a city within DuPage County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked government sponsored rental vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service badge and credentials ready to display for any enforcement action. Agents Jaime Duenas, Scott Schrieffer, and Supervisor Mark Clinton were working in conjunction with me in unmarked government vehicles. These Agents were dressed in plain clothes with ballistic body armor displaying clear police markings on front and back, or with their service badge and credentials ready to display for any enforcement action. We were readily identifiable as Federal Agents by any reasonable person.

At ap **LEP** near

t **LEP** Department of Homeland Security

(DHS) databases show this vehicle is registered to Benito HERNANDEZ-Ibarra in Chicago, IL. Agent Duenas utilized DHS databases to identify HERNANDEZ as a citizen of Mexico **PII** 979) with no documents allowing him to remain in the

LES  N-#25817

United States. HERNANDEZ has a Voluntary Return on 11/17/1998. HERNANDEZ also has criminal history of Domestic Battery and was convicted for DUI Alcohol/Drugs in 2004 and 2012. Once HERNANDEZ was identified as an illegal alien, Agent Clinton issued an i-200 warrant of arrest for HERNANDEZ.

After surveilling the vehicle for approximately 10 minutes, HERNANDEZ and the two other individuals, later identified as Jose Mauricio ROSAS-Hernandez ( PII 1983) and Vianey NUNEZ-Ramirez ( PII /1976) approached and entered the Silverado. ROSAS entered the vehicle from the driver's side door, while HERNADNEZ and NUNEZ entered the Silverado from the passenger side door.

Agent Clinton and I positioned our vehicles behind HERNANDEZ' truck. We approached and walked towards the vehicle and identified ourselves as U.S. Border Patrol Agents. Agent Clinton and I approached from the rear driver side, while Agent Duenas and Schrieffer approached from the rear passenger side. Agent Duenas asked the passenger if he was HERNANDEZ, in which he acknowledged Agent Duenas by giving an affirmative nod. Agent Duenas identified HERNANDEZ as the target of the investigation.

Agent Clinton and I then addressed ROSAS to unlock the vehicle and open the driver side door. ROSAS acknowledged our command but did not comply. I then advised ROSAS that if he did not open the door, I was going to break the window. Agent Clinton then re-advised ROSAS; however, ROSAS did not obey the commands. I then struck the driver's side window with my issued Collapsible Steel Baton (CSB) and on the second attempt it slightly shattered. I then struck the window again in order to remove the remaining glass to safely attempt to open the driver's side door and extract ROSAS. At this moment ROSAS placed the Silverado in reverse in a reckless attempt to flee the scene and rammed the rear trunk bed into both vehicles, the government sponsored rental vehicle (Chevrolet Trailblazer) and the government vehicle (Hyundai Elantra).

As ROSAS reversed the Silverado, he scrapped the Elantra and collided with the Trailblazer damaging the front passenger side bumper. With the combination of the acceleration, force and momentum from the impact, the Silverado detached the front bumper of the Trailblazer and maneuvered its way creating a passage of escape by moving the Trailblazer a couple of yards. Once ROSAS created a passage he rapidly accelerated out of the parking lot in excessive speed. Agent Clinton and Schrieffer got into their vehicles and drove towards E North Ave to pursuit the fleeing subjects. Agent Duenas and I stayed behind and advised Supervisor Clinton of the damaged rental vehicle. Supervisor Clinton advised us to stay on scene since it was an ongoing criminal scene, and local police were going to be advised and respond to the area.

Minutes after the truck fled, Supervisor Clinton advised us to go to their location as one of the three subjects was resisting arrest. Although our vehicle was not safe to drive, due to critical circumstances Agent Duenas and I detached the front bumper from the rental and headed towards the other two agents' location. As we approached the vicinity of N Main Street, I saw Agents Clinton and Schrieffer with HERNANDEZ in the front yard of a house. We then pulled into the driveway and ran towards the Agents and assisted with arresting HERNANDEZ. HERNANDEZ was not being compliant in giving his hands and I advised HERNANDEZ if he does not comply, I will deploy OC. Agent Clinton advised me that HERNANDEZ had already been OC'ed. I then continued to assist with HERNANDEZ. Eventually HERNANDEZ complied and we were able to successfully get a hold of his hands and place handcuffs on him. HERNANDEZ was then placed in our rental vehicle, and we began to look for the driver, ROSAS.

ROSAS was last seen running two houses down from where HERNANDEZ was arrested. We then drove around the neighborhood looking for ROSAS. After a couple of minutes of driving, Agent Clinton advised us that Cook County Sheriff Deputies had located ROSAS near N Main Street. As we arrived at Main Street, I observed the deputies having a consensual encounter with a subject that matched the description of the driver, ROSAS. As I exited my vehicle and approached the Deputies, I noticed ROSAS was presenting a Mexican Matricula Consulad to the Deputies as a form of identification. I immediately took possession of the Matricula and took custody of ROSAS. I advised Agent Duenas of ROSAS' Matricula and he conducted record checks in DHS databases using ROSAS's name and date of birth. DHS databases confirmed that ROSAS had criminal history for damage property and has no documents allowing him to remain in the United States. At approximately 9:30 AM, ROSAS was placed under arrest for violation of Title 8 of the United States Code and placed in the vehicle.

The Cook County Sheriffs were not aware of what was occurring and advised us to identify ourselves. Agent Duenas and I presented our credentials to the Deputies and advised them that we are U.S. Border Patrol Agents, and this was an ongoing criminal investigation. Agent Duenas proceeded to give a brief summary of what was occurring and why ROSAS was going to be

CHC v. Noem CBP 001187

LES #25817

in our custody.

At this moment I commented to Agent Duenas that Agent Clinton had advised us that the driver, ROSAS, was wearing a yellow jacket. One of the Sheriffs then advised Agent Duenas that the jacket was abandoned by ROSAS on the side of the house. Agent Duenas then retrieved the yellow jacket and placed it with ROSAS property. We then drove to Stacy Ct where the blue Silverado truck was abandoned before the three aliens bailed out.

Agent Schrieffer then attempted to decontaminate HERNANDEZ according to CBP policy procedures. ROSAS then advised Agents that he was not able to breathe and felt as if he was having a diabetic attack. HERNANDEZ also began to state that his hand felt as if it was broken and that he was having a hard time breathing due to the OC effect. Supervisor Clinton was immediately advised, and Emergency Medical Service was summoned. EMS arrived and transported HERNANDEZ and ROSAS to the nearest local hospital.

While I was conducting hospital watch, ROSAS began to address me in a loud voice as it seemed he wanted to get others attention and stated in Spanish, Fuck you dumbass, and if I did not have a badge, he would fuck me up. I then advised ROSAS to consider what he is saying and that anything he says will be reported.

Once ROSAS was medically discharged from the local hospital he was transported to the ICE/ERO processing facility in Broadview, Illinois for processing and removal. The arrest was captured on Agent Clinton's body worn camera, serial number LES and Agent Schrieffer's body worn camera, serial number LES Officer Nierman from Glendale Heights Police Department arrived on the scene at Stacy Ct. and generated the accident report LES ROSAS was presented for prosecution for 18 USC 111 Assaulting a Federal Officer. ROSAS fled the scene of a crime after nearly killing an Agent. ROSAS is a public safety threat and a flight risk.

## FILE ATTACHMENTS

File names:
LES
LES
LES
LES

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/23/2025 13:29 | |
| Approved | HUGHBANKS, DANIEL L. | 10/23/2025 14:59 | |





CHC v. Noem CBP 001188