E-STAR         LES         25825



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ○ Completed ⊗ Active ○ Ready for review ○ Rejected ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES 25825
**Title:** Operation Midway Blitz: Chicago- Taser Deployment 1647 La Salle Drive
**Incident date/time:** 10/24/2025 08:45
**Type:** ☐ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge

**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / Buffalo Sector
**Created by:** FICK, SHANNON M. **Creation date/time:** 10/24/2025 17:58
**Last updated by:** FICK, SHANNON M. **Last updated date/time:** 10/24/2025 19:50
**Reviewer:** **Date reviewed:**

### RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ○ No

| Related system(s): 0 | Related document ID |
|---|---|

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** 1647 La Salle Drive
    **City:** Chicago **State:** ILLINOIS **Zip:** 60614
**Incident coordinates:**
  **Latitude:** 41.91259
  **Longitude:** -87.63297
**Setting:** ○ Indoors ⊗ Outdoors
  **Outdoor setting:** ⊗ On land ○ In water (standing or swimming) ○ On water (in vessel) ○ In the air
**Description of the premises/location:** Vehicle was parked on the side of the roadway near 1647 La Salle Drive, Chicago, IL
**Environmental factors:**
  **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:**



CHC v. Noem CBP 001238

E-STAR incident LES #25825

☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
**Estimated temperature (Fahrenheit):** 39

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** BELL, JERRAD N.
  **Gender:** Male   **Age:** 43   **Height:** 6'4"   **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 02/12/2007
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   ◯ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 18 years 8 months
    **CBP training previously received (not including basic academy training):**
      ☐ BPAIST        ☐ BORSTAR     ☐ BORTAC      ☐ DITP          ☐ DTI
      ☐ EDVPTP       ☐ EMT          ☐ FITP          ☐ LLITP (IFITP)  ☐ MFF
      ☐ MRT           ☐ PITP          ☐ SRT           ☐ TATP          ☐ Other

  **Wearing body armor?** ⊗ Yes  ◯ No
  **Attire:** ⊗ Uniform  ◯ Plain clothes

  **Did BELL, JERRAD N. use reportable force?** ⊗ Yes  ◯ No
    **Force type:** Less-lethal Device
    **Device:** ECW (Electronic Control Weapon)
    **Device type:** TASER X2
    **Number of cycles total:** 1
      **Probe mode:** 1
      **Drive stun mode:** 0
    **Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other
    **Estimated distance:** 0 feet
    **Reason(s) for this use of force:**
      ☐ Protect self              ☐ Protect co-worker          ☐ Protect innocent 3rd party
      ☐ Protect non-CBP officer/agent  ☒ Effect an arrest or detention  ☐ Prevent escape
      ☒ Overcome resistance       ☐ Stop vehicle               ☐ Vessel failure to heave to
      ☐ Animal euthanization      ☐ Other

  **Was BELL, JERRAD N. injured?** ◯ Yes  ⊗ No

## SUBJECTS: 1

**Name:** DOMINGUEZ, ROBERTO
  **Gender:** Male   **Date of birth:** PII 970   **Height:** 5'10"   **Weight:** 210 pounds
  **Attire:** ⊗ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown
  **Was the subject wearing body armor?**

CHC v. Noem CBP 001239

E-STAR incident I| LES |25825

○ Yes  ⊗ No  ○ Unknown
**Immigration status:** Deportable
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**
- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was transported to ICE ERO Facility for further processing

**Was reportable force used on this subject?** ⊗ Yes  ○ No
    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes  ○ No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** ○ Yes  ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| BELL, JERRAD N. | ECW (Electronic Control Weapon) - TASER X2 | **Subject:** DOMINGUEZ, ROBERTO<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes  ⊗ No

## WITNESSES: 0

CHC v. Noem CBP 001240

E-STAR incid**LES**-#25825

**NARRATIVE**

**FILE ATTACHMENTS**

**STATUS HISTORY**

| Action | By | Date | Comments |
|--------|----|----|----------|
|        |    |    |          |

CHC v. Noem CBP 001241