E-STAR incident  LES  25827



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ○ Completed  ⊗ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident I**  LES  #25827
**Title:** Operation Midway Blitz: Chicago - Assault/UoF (Broadway & Belmont)
**Incident date/time:** 10/24/2025 09:20
**Type:** ☒ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Paso Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** GARCIA, ALFONZO
**Reviewer:**
**Creation date/time:** 10/24/2025 18:45
**Last updated date/time:** 10/26/2025 21:34
**Date reviewed:**

### RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 3 |
|---|
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| e3/EID | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** W Belmont Ave & N Broadway
        **City:** Chicago  **State:** ILLINOIS  **Zip:** 60657
**Incident coordinates:**

CHC v. Noem CBP 001242

E-STAR inc| LES |25827

Latitude: 41.93993
Longitude: -87.64428
Setting: ○ Indoors  ⊗ Outdoors
Outdoor setting:  ⊗ On land   ○ In water (standing or swimming)   ○ On water (in vessel)   ○ In the air
Description of the premises/location:  In the area of W Belmont Ave & N Broadway
Environmental factors:
Weather:  ☒ Dry ❑ Raining ❑ Snowing ❑ Flooding ❑ Windy ❑ Storm ❑ Haze/blowing dust ❑ Fog ❑ Other
Illumination:  ☒ Daylight ❑ Dark ❑ Dawn ❑ Dusk ❑ Good lighting ❑ Poor lighting ❑ Night vision aided ❑ Other
Estimated temperature (Fahrenheit):  42

## NOTIFICATIONS

CBP personnel notified:

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| HAMILTON, ANDREW J | Supervisory Border Patrol Agent | In-Person | 10/24/2025 |

Other authorities notified (external to CBP):  ❑ Federal   ❑ Tribal   ❑ State   ❑ Local   ❑ Foreign

## EMPLOYEES: 5

Name:  HAMILTON, ANDREW J.
   Gender: Male   Age: 34   Height: 5'10"   Weight: 245 pounds
   CBP employee series or role: Officer/Agent
   Service EOD: 08/13/2012
   Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
   Duty (or detail/TDY) location EOD: 10/19/2025
   Duty status at the time of the incident: ⊗ On duty  ○ Off duty
      Activity: Patrol Interior

   Armed law enforcement experience:
      Total law enforcement experience at the time of the incident: 13 years 2 months
      CBP training previously received (not including basic academy training):

| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ☒ EMT | ❑ FITP | ❑ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

   Wearing body armor? ⊗ Yes  ○ No
   Attire:  ⊗ Uniform  ○ Plain clothes

   Was HAMILTON, ANDREW J. assaulted? ○ Yes  ⊗ No

   Did HAMILTON, ANDREW J. use reportable force? ⊗ Yes  ○ No
      Force type:  Other
      Type of force:  Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
      Description of physical force:  Elbow strike to brachial plexus
      Reason(s) for this use of force:
         ❑ Protect self          ❑ Protect co-worker          ❑ Protect innocent 3rd party
         ❑ Protect non-CBP officer/agent ☒ Effect an arrest or detention  ❑ Prevent escape
         ❑ Overcome resistance   ❑ Stop vehicle                ❑ Vessel failure to heave to
         ❑ Animal euthanization  ❑ Other

   Was HAMILTON, ANDREW J. injured? ○ Yes  ⊗ No

Name:  LEIGH, BRADLEY R.

CHC v. Noem CBP 001243

E-⸺ **LES** ⸺5827

**Gender:** Male  **Age:** 47  **Height:** 6'1"  **Weight:** 230 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/17/2007
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/04/2025
**Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 18 years 3 months
   **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was LEIGH, BRADLEY R. assaulted?** ⊗ Yes  ○ No

**Did LEIGH, BRADLEY R. use reportable force?** ○ Yes  ⊗ No

**Was LEIGH, BRADLEY R. injured?** ○ Yes  ⊗ No

**Name:** GRAVELLE, GERALD V.
   **Gender:** Male  **Age:** 55  **Height:** 5'10"  **Weight:** 205 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 12/15/2008
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 10/19/2025
   **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
      **Activity:** Patrol Interior

   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 16 years 10 months
      **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was GRAVELLE, GERALD V. assaulted?** ⊗ Yes  ○ No

**Did GRAVELLE, GERALD V. use reportable force?** ⊗ Yes  ○ No
   **Force type:** Less-lethal Device
   **Device:** OC (Pepper Spray Hand Held Canister)
   **Device type:** Conical Mist
   **Posture:** ☐ Standing  ☐ Kneeling  ☒ Prone  ☐ Other
   **Estimated distance:** 1 feet
   **Reason(s) for this use of force:**

| ☐ Protect self | ☐ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

CHC v. Noem CBP 001244

LES 25827

**Was GRAVELLE, GERALD V. injured?** ○ Yes  ⊗ No

**Name:** DELGADO JR, PAUL
  **Gender:** Male  **Age:** 28  **Height:** 6'1"  **Weight:** 200 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/04/2020
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Paso Sector
  **Duty (or detail/TDY) location EOD:** 10/19/2025
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 5 years 5 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was DELGADO JR, PAUL assaulted?** ⊗ Yes  ○ No

**Did DELGADO JR, PAUL use reportable force?** ○ Yes  ⊗ No

**Was DELGADO JR, PAUL injured?** ⊗ Yes  ○ No
**Injury information:**
  **Injury type:** Superficial injuries (no treatment expected)
  **Injury Comment:** Cut to right leg (Shin)
  **Refused medical attention?** ○ Yes  ⊗ No
  **Received treatment?** ○ Yes  ⊗ No
  **Was a form CA-1 filed?** ○ Yes  ⊗ No
  **Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ☐ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☐ Arms/hands |
| ☒ Front legs/feet | ☐ Rear legs |

**Name:** GARCIA, ALFONZO
  **Gender:** Male  **Age:** 26  **Height:** 5'9"  **Weight:** 230 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 09/15/2019
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
  **Duty (or detail/TDY) location EOD:** 09/16/2019
  **Duty status at the time of the incident:** ⊗ On duty  ○ Off duty
    **Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 6 years 2 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☒ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |

CHC v. Noem CBP 001245

LES 25827

☐ MRT  ☐ PITP  ☐ SRT  ☐ TATP  ☐ Other

**Wearing body armor?** ⊗ Yes  ○ No
**Attire:** ⊗ Uniform  ○ Plain clothes

**Was GARCIA, ALFONZO assaulted?** ○ Yes  ⊗ No

**Did GARCIA, ALFONZO use reportable force?** ○ Yes  ⊗ No

**Was GARCIA, ALFONZO injured?** ○ Yes  ⊗ No

## SUBJECTS: 1

**Name:** DOMINGUEZ-AVILEZ, VICTOR MANUEL
**Gender:** Male  **Date of birth** PII 990  **Height:** 5'8"  **Weight:** 190 pounds
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**
  ☐ Illegal entry
  ☒ Uncooperative during encounter/inspection
  ☐ Failure to yield/heave to
  ☐ Checkpoint runner
  ☐ Port runner
  ☐ Alien smuggling
  ☐ Narcotics smuggling
  ☐ Scouting
  ☐ Assault (rocks/other projectiles)
  ☒ Assault (all other types)
  ☐ Rioting/civil disturbance
  ☐ Mass coordinated entry
  ☐ No suspected illegal activity
  ☐ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ⊗ Yes  ○ No
  **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ⊗ No
  **Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
      **Describe physical assault:** knee strikes

**Was reportable force used on this subject?** ⊗ Yes  ○ No
  **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes  ○ No
  **Arrested / taken into custody by:** ⊗ CBP  ○ Other federal agency  ○ State agency  ○ Local agency
    **Was an administrative action initiated for this subject by CBP?** ⊗ Yes  ○ No
  **Was prosecution sought against this subject?**

CHC v. Noem CBP 001246

LES | 25827

○ Yes  ⊗ No

**Was this subject injured or claiming to be injured?**  ○ Yes  ⊗ No  ○ Unknown

## ASSAULTS: 2

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| DOMINGUEZ-AVILEZ, VICTOR MANUEL | Physically w/o weapon - knee strikes | GRAVELLE, GERALD V. | ⊗ Yes ○ No | Not injured in this incident |
| | | LEIGH, BRADLEY R. | ⊗ Yes ○ No | Not injured in this incident |
| | | DELGADO JR, PAUL | ○ Yes ○ No | |

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| HAMILTON, ANDREW J. | Physical Force w/o Weapon - Elbow strike to brachial plexus | Subject: DOMINGUEZ-AVILEZ, VICTOR MANUEL<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Physically w/o weapon - knee strikes** - Yes<br>**Was this use of force effective against what prompted its use?** No, Subject continued to fight with agents, strike was intended to free up the wrist to place handcuffs |
| GRAVELLE, GERALD V. | OC (Pepper Spray Hand Held Canister) - Conical Mist | Subject: DOMINGUEZ-AVILEZ, VICTOR MANUEL<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Physically w/o weapon - knee strikes** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of GRAVELLE, GERALD V.**
On October 24, 2025, at approximately 9:19 a.m., I, Supervisory Border Patrol Agent (SBPA) Gerald Gravelle of the Calexico Border Patrol Station, El Centro Sector, was involved in a use of force incident.

On the date listed I was conducting roving patrol duties in Chicago, IL in support of Operation Midway Blitz, a multi-agency,



CHC v. Noem CBP 001247



**LES** #25827

Customs and Border Protection led operation, that enforces Title 8 immigration laws in and around Chicago. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for approximately 16 years and 10 months. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies who share past experience and current knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. I have worked for five Border Patrol Stations spanning three separate Border Patrol Sectors. I have worked in urban environments, in plain clothes operations, mountainous terrain, as well as desolate desert terrain during my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On the date listed I was conducting immigration enforcement operations in Lincoln Park, IL, a Chicago Suburb, in support of Operation Midway Blitz. This area has been identified as an area within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States. Teams have conducted Border Patrol operations in the Chicago area over the past several weeks and have witnessed numerous patterns and trends that led us to believe the area has a large population of illegal aliens.

I was operating in an unmarked rental vehicle, a gray Volkswagen Atlas SUV, to blend in with the public and covertly search for criminal activity. I was dressed in full Border Patrol rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding with me was BPA Bradley Leigh and SBPA Andrew Hamilton. All of us were in Border Patrol Rough Duty Uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. We were all readily identifiable as United States Border Patrol Agents.

ENFORCEMENT ACTION (Street Encounter):

At approximately 9:10 a.m., my team and I were driving near the intersection of Broadway Street and Belmont Avenue in Lincoln Park, IL. I observed a subject, later identified as DOMINGUEZ-Aviles, Victor standing on the street corner. DOMINGUEZ was dressed in a black hoodie with a backpack and gray pants. DOMINGUEZ was standing next to some scaffolding, and my initial thought was he may be a day laborer working at the construction site. In my experience Illegal Aliens without authorization to work legally in the United States will routinely work for cash on construction jobs or other manual labor positions to earn money without authorization in the United States.

My team also observed DOMINGUEZ and decided that they would like to approach him. BPA Leigh and SBPA Hamilton exited my vehicle to have a consensual conversation with him. Due to the recent violence against agents in the Chicago area I intended to stay in the vehicle to ensure we had the ability to exit the area without being boxed in by agitators. When DOMINGUEZ saw the agents walking towards him, he immediately stopped, looked around as if he wanted to run away from them. I saw BPA Leigh and SBPA Hamilton had their hands on DOMINGUEZ but could not hear the conversation. I exited my vehicle and removed a black jacket I had covering my uniform shirt. I secured my vehicle and approached the agents and DOMINGUEZ. I could hear DOMINGUEZ telling the agents to relax and speaking to the agents in English. I could see the agents were struggling to secure DOMINGUEZ who was not following the commands given to him by agents.

Through my experience and training as a Border Patrol Agent, I know it is easier to secure a subject on the ground than when in a standing position. I reached to grab DOMINGUEZ` left leg and immediately felt what I thought was his knee make forceful contact with my shoulder area. I reached back in a second time and was successful at securing his leg. At that time agents were successful in bringing DOMINGUEZ to the ground. Once on the ground, DOMINGUEZ continued to disobey commands and was forcefully grabbing at agents` hands and handcuffs to prevent them from rolling him over and securing him in cuffs. I pulled my Oleoresin Capsicum spray (OC) out from my duty belt and displayed it in front of DOMINGUEZ and gave him multiple warnings that he would be sprayed if he did not comply.

LES 5827

After multiple warnings and attempts to unsuccessfully subdue DOMINGUEZ, I positioned my OC approximately 18 inches from DOMINGUEZ' face and deployed an approximately one second dose of OC. DOMINGUEZ continued to resist but with less ferocity. BPA Leigh called over BPA Paul Delgado (EPT BORTAC) who assisted in successfully handcuffing DOMINGUEZ. BPA Leigh placed DOMINGUEZ under arrest for 18 USC 111 assaulting or forcefully impeding a Federal Agent.

DOMINGUEZ was lifted by BPA Leigh and SBPA Hamilton and escorted to the vehicle. DOMINGUEZ continued to disobey the agents commands and would not willingly enter the vehicle. I opened the back door on the opposite side of the vehicle and reached across the back seat to pull DOMINGUEZ into the back seat.

Once secured in the vehicle, DOMINGUEZ was decontaminated with water by BPA Leigh under the supervision of SBPA Hamilton who is an Emergency Medical Technician (EMT-B).
DOMINGUEZ biographical information was then entered into government data bases which revealed that the subject was in fact in the United States illegally with no proper documentation to remain in the United States.

DOMINGUEZ was then transported to the ICE-ERO facility 1930 Beach St Broadview, Il Office (BSSA) for initial processing.

This encounter and arrest were recorded on my Incident\Video Recording device evidence nu LES

### Narrative of HAMILTON, ANDREW J.
I, Supervisory Border Patrol Agent (SBPA) Andrew J. Hamilton of the Rio Grande City Station, Rio Grande Valley Sector, while working Operation Midway Blitz on October 24, 2025, in the Lincoln Park Area of Responsibility (AOR) in Chicago, Illinois was involved in a Use of Force (UOF) incident. At approximately 09:10 a.m. I noticed a single male dressed as a day laborer approach the intersection of Broadway Street and Belmont Avenue.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

Due to the nature of the subjects clothing and the aforementioned information, the subject fit the description of an illegal alien that may be present in the United States. As I and Border Patrol Agent (BPA) B. Leigh approached the subject on foot he reacted in a very nervous manner. The subject, later identified as Victor Manuel DOMINGUEZ-Aviles ( PII 1990, COC: Mexico), (hereinafter referred to DOMINGUEZ), reacted nervously by looking around for an egress route. Once approached, DOMINGUEZ told BPA Leigh and I to "relax," to which I reacted to grabbing his sweatshirt. BPA Leigh and I were wearing our government issued body armor with visible Border Patrol badge and insignia.

As DOMINGUEZ was asked as to his status in the United States he began to back up and attempt to evade questioning. Shortly thereafter DOMINGUEZ attempted to maneuver himself between a building and construction scaffolding, in an attempt to create a barrier between us and him. Due to his reaction and his actions, it was apparent that DOMINGUEZ was attempting to evade law enforcement.

As BPA Leigh attempted to ask DOMINGUEZ as to his citizenship, he cornered himself in the nook of a doorway and when told to turn around he attempted to run and face the building. As BPA Leigh instructed DOMINGUEZ to do so, DOMINGUEZ turned abruptly and attempted to resist detention. Moments later, DOMINGUEZ was resisting, BPA Leigh and I attempted to calm him down before escalating to put DOMINGUEZ on the ground to place him in handcuffs.

As DOMINGUEZ went to the ground he kicked and attempted to knee BPA Leigh (it was at this point that DOMINGUEZ had assaulted a Federal Agent and was then amendable for arrest). As BPA Leigh and I attempted to place DOMINGUEZ in handcuffs, DOMINGUEZ was instructed multiple times in both English and Spanish to stop resisting and to relax. After what seemed like a minute, I attempted to place a handcuff on one of his wrists (unknown as to which arm, due to the nature and

CHC v. Noem CBP 001249

LES 25827

discombobulation of the incident). DOMINGUEZ repeatedly attempted to pull away and many times grabbed the handcuff itself in an attempt to evade handcuffing. I attempted an elbow strike in the brachial plexus area of the arm, however, I was unsuccessful and inadvertently struck DOMINGUEZ in the top part of his head.

After several attempts I was able to place one (1) wrist in the handcuff. At this time SBPA G. Gravelle aided BPA Leigh and me. Several of us told DOMINGUEZ to turn around on his stomach, this way we could handcuff DOMINGUEZ behind his back. DOMINGUEZ continued to resist and after multiple warnings that Oleoresin Capsicum (OC) would be deployed, SBPA Gravelle sprayed DOMINGUEZ in an effort to subdue DOMINGUEZ. Once OC was deployed (at approximately 09:19), DOMINGUEZ continued to resist. DOMINGUEZ's resistance was so intense that BPA Leigh called for additional assistance. BPA P. Delgado (EPT BORTAC) was apart of our Quick Reaction Force (QRF), and once safe to do BPA Delgado assisted in the detention. Once DOMINGUEZ was placed on his stomach, DOMINGUEZ was immediately placed in handcuffs.

Due to the UOF training BPAs receive annually, all BPAs knew not to leave DOMINGUEZ in the prone position. DOMINGUEZ was then immediately taken to the Volkswagen Atlas and placed in the back of the vehicle; however, DOMINGUEZ did not go in willingly. DOMINGUEZ was then secured via seatbelt in the backseat with BPA Leigh for transport. During the scuffle, DOMINGUEZ's wallet, hat, and keys were misplaced from his person, I and several BPAs recovered his property. In DOMINGUEZ wallet he had three (3) pieces of identification: one (1) Illinois Identification Card, one (1) Illinois Driver's License (with Federal Limits Apply on it), and one (1) Mexican Consulate Identification Card.

Once DOMINGUEZ was secured in the vehicle, he was decontaminated by BPA Leigh under the instruction of myself (EMT-B). Water was placed on his face and after approximately 20 minutes DOMINGUEZ began to calm down and breathe regularly. It was then verified that DOMINGUEZ was in the United States illegally, possessing no documents to remain, live, or work in the United States. Once confirmed DOMINGUEZ was arrestable for being in the United States illegally he was transported to the ICE detention facility located at 1930 Beach Street, Broadview IL, for processing.

This incident was documented on my Body Warn Camera (BWC) with serial LES

### Narrative of LEIGH, BRADLEY R.

I, Border Patrol Agent (BPA) Brad Leigh of the Orlando Border Patrol Station, Miami Sector, while working Operation Midway Blitz on October 24, 2025, in the Lincoln Park Area of Responsibility (AOR) in Chicago, Illinois was involved in a Use of Force (UOF) incident. At approximately 09:10 a.m. I noticed a single male dressed as a day laborer approach the intersection of Broadway Street and Belmont Avenue.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

At approximately 9:10 a.m. my team and I were driving on Broadway Avenue and Belmont St. in Chicago, IL near Lincoln Park, our assigned patrol area. My team leader, SBPA G. Gravelle observed a male subject standing near the intersection who looked to be a day laborer by the clothes he was wearing. Myself and SBPA Hamilton exited the vehicle to have a conversation with them. I identified myself as a Border Patrol Agent and asked the subject, later identified as Victor DOMIGUEZ-Aviles ( PII 990 COC: Mexico) what country he was a citizen of. DOMIGUEZ-Aviles would not respond other than saying "Okay." I asked DOMIGUEZ-Aviles if he had documents that would allow him to be present in the United States legally and he responded with "Okay". I asked him to show me his immigration documents, and he would not produce any identification.

At this point in the encounter, DOMIGUEZ-Aviles started to walk behind a scaffold near the street. My experience with these encounters told me that DOMINGUEZ -Aviles was attempting to flee before establishing his citizenship. I placed a hand on DOMINGUEZ-Aviles' right forearm to stop him from trying to flee. The subject kept reusing to respond to immigration questioning





LES  25827

and saying "Relax." I told DOMINGUEZ-Aviles that he would have to come with us to establish his alienage and to turn around and face the building. At that moment he jerked away from me. My body worn camera was knocked onto the ground by his violent action. SBPA Hamilton and I tried to get DOMINGUEZ-Aviles to comply with commands to turn around and place his hands behind his back. DOMINGUEZ-Aviles was actively resisting our attempts to

take him into custody. DOMINGUEZ-Aviles was pulling away from our controls and trying to kick and throw

knees at myself and SBPA Hamilton. As we took DOMINGUEZ-Aviles to the ground he hit my chest twice with his knee. On the ground DOMINGUEZ-Aviles kept resisting our attempts to place him in handcuffs. He contorted his waist and kept trying to swing his knees at myself and SBPA Hamilton. On the ground, SBPA G. Gravelle came over to us and began to assist in controlling DOMINGUEZ-Aviles. SBPA Gravelle gave three or more warnings to DOMINGUEZ-Aviles to comply and stop resisting violently. DOMINGUEZ-Aviles refused and continued to struggle and kick at all three Agents. After several warnings, SBPA Gravelle deployed Oleoresin Capsicum (OC) spray on DOMINGUEZ-Aviles at 9:20 a.m. After the deployment DOMINGUEZ-Aviles still fought us for about 30 more seconds and we eventually were able to cuff and arrest him.

I informed him that he was under arrest for violation of U.S. immigration law and for resisting arrest by Federal Agents.

DOMINGUEZ-Aviles' biographical information was entered into government databases which revealed that the subject was in the United States illegally with no proper documentation to remain in the United States. DOMINGUEZ-Aviles was arrested in a public place without a warrant. I determined he was likely to escape before a warrant could be obtained for his arrest. In my experience as a BPA, aliens will seek to abscond rather than face apprehension and possible deportation. Facial Recognition and further records checks revealed that DOMINGUEZ-Aviles was present without admission in the United States. He was not willing to speak about his living conditions or family situation in the United States, so I was unable to determine if he had familial roots in the United States trespass and Entry Without Inspection. DOMINGUEZ-Aviles stated he had a wife living in Chicago.

DOMINGUEZ-Aviles was then transported to the ICE-ERO facility 1930 Beach St Broadview, Il Office (BSSA) for initial processing.

This encounter and arrest was recorded on my Incident\Video Recording device, evidenc  LES

### Narrative of GARCIA, ALFONZO
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
Today, October 24, 2025, I Border Patrol Agent A. GARCIA was assigned to be part of a quick response force (QRF) in Lincoln Park, IL. My duty as part of the QRF was to make sure the strike team ahead of us was safe while performing their duties. At around 0920 hours, the strike team got out of their vehicle ahead of us. I saw there was a crowd that was very close behind them. They seemed angry as they were pointing and yelling at them to leave. It seemed like they were in a hurry to catch up to them. My partners and I were getting ready to get out of our vehicle and help our strike team. We had the doors cracked open. As my partner, who was sitting in the front passenger seat, began to get out of the vehicle, I saw that he peaked his head out through the open door stepping on the side steps. At this time, a male individual who was later identified to be 25-year-old Nathan Stewart GRIFFIN, ran to the front passenger door and pushed it in pinning my partners leg in the door. At this time, I saw my partner had been assaulted and exited the vehicle to arrest GRIFFIN.
Upon exiting the vehicle, I tried pulling GRIFFIN away from the door to give my partner space to get out. Once my partner was out of the vehicle, I attempted to take GRIFFIN's hand off the door handle to place him under arrest. GRIFFIN did not let go of the door handle and a struggle ensued. After a couple of attempts to pull his hand from the door, I finally pulled his hand away from the door handle. At this time, I took him to the ground as he was still resisting arrest by attempting to pull away. Once on the ground, I placed my handcuffs on his wrist nearest to me. After that, I told him to give me his other hand which he would not.



CHC v. Noem CBP 001251

LES  25827

Shortly after, a female in the crowd told him to cooperate. He appeared to comply a little more and it became easier to get ahold of his other wrist. Once he was in handcuffs, I picked him up to place him in the vehicle. GRIFFIN stated that he did not think closing the door on an officer was illegal. At this time, I informed GRIFFIN that it is assault on an agent. We took GRIFFIN to the FBI office where he was processed.
Encounter was documented on AXON Body Worn Camera- Evidence S/N     LES

**Narrative of DELGADO JR, PAUL**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On 10/24/2025, I, Border Patrol Agent Paul Delgado Jr, assigned to the El Paso Sector Special Operations Detachment (SOD) Border Patrol Tactical Unit (BORTAC) detailed to Operation Midway Blitz in Chicago, IL. On this day I was assigned to be part of a Quick Response Force (QRF) in Lincoln Park, IL. My responsibility as part of the QRF was to make sure that Strike Team One agents in vehicle one attached to the team ahead of us were safe while performing their duties. At approximately 0920 hrs., vehicle one informed the QRF that we needed to go back to the previous arrest location due to dropping a personal item. While entering the intersection of N Broadway and W Belmont, I noticed a crowd gathering that was actively pointing, whistling, and yelling towards both strike team and QRF vehicles. The crowd of about 20 to 30 people began moving closer, until both vehicles were surrounded. The agents in vehicle one began exiting their vehicle and that prompted me to start opening my door and put my foot on the sidestep. At that time, the door swung back and hit my lower leg (shin area) pinning my leg between the car frame and door. As I attempted to push the door back open to free my leg, I saw a male subject holding onto the door handle. The male subject was later identified to be 25-year-old Nathan Stewart GRIFFIN.

After getting out of the vehicle, I gave GRIFFIN commands to get on the ground multiple times. He then proceeded to hang on to the door handle of our vehicle, while subsequently grabbing a pole with his other hand. After giving multiple commands to GRIFFIN to let go of the door handle and several opportunities to comply GRIFFIN was finally taken to the ground and Border Patrol Agents Alfonzo Garcia placed hand cuffs on GRIFFIN. I then proceeded to help Border Patrol Agent Alfonzo Garcia secure GRIFFIN in the vehicle and transported to the Federal Bureau Investigation (FBI) office to be processed.

Encounter was documented on AXON Body Worn Camera- S    LES

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|----|----|----------|
|        |    |    |          |