E-STAR incident ID: **LES** 25828



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ○ Completed  ⊗ Active  ○ Ready for review  ○ Rejected  ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** **LES** 25828
**Title:** Operation Midway Blitz: Chicago- Drive Stun Deployment (W Superior St and N. Paulina St)
**Incident date/time:** 10/24/2025 09:25
**Type:** ☐ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / Big Bend Sector
**Created by:** FICK, SHANNON M.
**Last updated by:** VAZQUEZ, JEASSON M.
**Reviewer:**
**Creation date/time:** 10/24/2025 18:52
**Last updated date/time:** 10/27/2025 15:54
**Date reviewed:**

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ○ No

| IDVRS Evidence Serial Numbers: 1 |
| --- |
| **LES** |

| Related system(s): 0 | Related document ID |
| --- | --- |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** N Paulina St & W Superior St
    **City:** Chicago  **State:** ILLINOIS  **Zip:** 60622
**Incident coordinates:**
  **Latitude:** 41.89511
  **Longitude:** -87.67025
**Setting:** ○ Indoors  ⊗ Outdoors
  **Outdoor setting:** ⊗ On land



CHC v. Noem CBP 001253

E-STAR | **LES** | #25828

○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Vehicle was parked on side of roadway near N Paulina St & W Superior St.
**Environmental factors:**
  **Weather:** ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):** 42

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 1

**Name:** VAZQUEZ, JEASSON M.
  **Gender:** Male  **Age:** 29  **Height:** 5'11"  **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 01/27/2020
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/06/2025
  **Duty status at the time of the incident:** ☒ On duty  ○ Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 5 years 9 months
    **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

  **Wearing body armor?** ☒ Yes ○ No
  **Attire:** ☒ Uniform ○ Plain clothes

  **Did VAZQUEZ, JEASSON M. use reportable force?** ☒ Yes ○ No
    **Force type:** Less-lethal Device
    **Device:** ECW (Electronic Control Weapon)
    **Device type:** TASER X2
    **Number of cycles total:** 3
      **Probe mode:** 0
      **Drive stun mode:** 3
    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** 0 feet
    **Reason(s) for this use of force:**
      ☐ Protect self           ☐ Protect co-worker              ☐ Protect innocent 3rd party
      ☐ Protect non-CBP officer/agent  ☒ Effect an arrest or detention  ☐ Prevent escape
      ☒ Overcome resistance    ☐ Stop vehicle                   ☐ Vessel failure to heave to
      ☐ Animal euthanization   ☐ Other

  **Was VAZQUEZ, JEASSON M. injured?** ○ Yes ☒ No

Print Date: 2025-10-28

CHC v. Noem CBP 001254

E-STA **LES** 25828

## SUBJECTS: 1

**Name:** VENTURA-ROMERO, ERIKSEN
**Gender:** Male  **Date of birth:** PII 996  **Height:** 6'2"  **Weight:** 280 pounds
**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown
**Was the subject wearing body armor?** ○ Yes  ⊗ No  ○ Unknown
**Immigration status:** Deportable
**Country of citizenship:** VENEZUELA
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No
**Subject's activity:**
- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was transported to ICE ERO Facility for further processing

**Was reportable force used on this subject?** ⊗ Yes  ○ No
   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes  ○ No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** ○ Yes  ⊗ No
**Was this subject injured or claiming to be injured?** ○ Yes  ⊗ No  ○ Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| VAZQUEZ, JEASSON M. | ECW (Electronic Control Weapon) - TASER X2 | **Subject:** VENTURA-ROMERO, ERIKSEN<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⊗ No
**Did this incident result in collateral injury to a bystander?** ○ Yes  ⊗ No

CHC v. Noem CBP 001255

E-STAR inci| **LES** |25828

## WITNESSES: 0

## NARRATIVE

### Narrative of VAZQUEZ, JEASSON M.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022-2024.

On October 24, 2025, at approximately 9:30 AM EDT, I, Border Patrol Agent Jeasson Vazquez B131, attired in standard U.S. Border Patrol uniform with visible insignia and ballistic body armor, conducted directed patrol operations at W Superior St and N Paulina St, Chicago, IL, using an unmarked government vehicle. While patrolling, I observed an individual, later identified as Ventura-Romero, Eriksen [PII] 1996, Citizen of Venezuela), seated in the driver's seat of a parked vehicle. I approached, identified myself in Spanish, and inquired about his immigration status. He claimed to be a lawful permanent resident but produced only a work authorization card. He refused to lower his window or exit the vehicle despite repeated lawful commands in Spanish.

Using CBP systems, I queried [PII; LES] and confirmed Ventura-Romero, Eriksen has an active Notice to Appear (I-862) issued on October 2, 2023, for Excludable/Inadmissible – hearing not commenced. No final order of removal, A/D, or criminal history was present. His unlawful presence warranted arrest under Title 8 U.S.C. § 1357(a)(2). I informed him he was under arrest.

Ventura-Romero continued to refuse compliance. After multiple warnings in Spanish, I broke the driver-side window with an authorized tool. He resisted exiting the vehicle and attempted to flee on foot. At this time, a large group of protesters rapidly converged on the scene, shouting and recording, creating an immediate officer-safety hazard and complicating the arrest. I pursued and attempted to place him under arrest; he actively resisted handcuffing and exiting by pulling away and attempting to re-enter the vehicle. Due to his size (approximately 280–300 lbs, 6'2") and strength, standard control techniques were ineffective. Quick Reaction Force (QRF) personnel arrived and assisted in handcuffing and extracting him from the vehicle.

Once handcuffed, Ventura-Romero continued to actively resist by pushing against me and refusing to enter the rear of our unmarked unit despite commands to do so. To overcome this active physical resistance and complete the arrest in the presence of the hostile crowd, I applied Taser drive-stun mode four times to the lower back and arm area for pain compliance, consistent with CBP Use of Force Policy (4500-002A, Section V.B.2), which authorizes Electronic Control Weapons (ECWs) like the Taser for intermediate force when a subject actively resists apprehension, provided the use is objectively reasonable and proportional to the circumstances. He was ultimately secured in the vehicle.

Ventura-Romero's refusal to comply, active resistance, and flight risk—exacerbated by the surrounding protesters—warranted arrest under Title 8 U.S.C. § 1357(a)(2). Use of force was necessary, reasonable, and proportional. No injuries were sustained. He was transported to the ICE ERO facility in Broadview, Chicago, for processing.

My Axon body-worn camera, u[ **LES** ]ained activated throughout the incident.

CHC v. Noem CBP 001256

E-S | **LES** | #25828

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|----|----|----------|

CHC v. Noem CBP 001257