E-STAR incident ID: **LES** #25835



U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ○ Completed  ⊗ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25835
**Title:** Operation Midway Blitz Assault/Use of Force (CS) Roscoe Street & N Harding Ave
**Incident date/time:** 10/25/2025 10:00
**Type:** ☒ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
  ☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes  ⊗ No
**Reporting organization:** Rio Grande Valley Sector / Weslaco Station
**Created by:** HUGHBANKS, DANIEL L.     **Creation date/time:** 10/26/2025 10:03
**Last updated by:**     **Last updated date/time:**
**Reviewer:**     **Date reviewed:**

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes  ○ No

| Related system(s): 0 | Related document ID |
|---|---|
| | |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes  ○ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Rio Grande Valley Sector / Weslaco Station
  **Landmark:**
**Country/international waters:**
**Incident coordinates:**
  **Latitude:**
  **Longitude:**
**Setting:** ○ Indoors  ○ Outdoors
**Description of the premises/location:**
**Environmental factors:**
  **Weather:** ☐ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
  **Illumination:** ☐ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
  **Estimated temperature (Fahrenheit):**

CHC v. Noem CBP 001286

E-STAR ind **LES** 25835

## NOTIFICATIONS

CBP personnel notified:

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|

Other authorities notified (external to CBP): ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 0

## SUBJECTS: 0

## ASSAULTS: 0

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---------|------------------------|---------------------------------------------------|------------------------------------------|

## USES OF FORCE: 0

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|----------|-------------------------------|------------------------------|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes ○ No
Did this incident result in collateral injury to a bystander? ○ Yes ○ No

## WITNESSES: 0

## NARRATIVE

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|----|----- |----------|



Print Date: 2025-10-28

CHC v. Noem CBP 001287