E-STAR incident **LES** #25833



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ○ Completed ⊗ Active ○ Ready for review ○ Rejected ○ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** **LES** #25833
**Title:** Operation Midway Blitz - Assault of Agents, OC    **LEP**
**Incident date/time:** 10/25/2025 10:30
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
 ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ○ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** CLINTON, MARK A.            **Creation date/time:** 10/25/2025 17:30
**Last updated by:** ISMAIL, OMAR           **Last updated date/time:** 10/26/2025 23:40
**Reviewer:**                               **Date reviewed:**

### RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes ⊗ No

| Related system(s): 1 | Related document ID |
|---|---|
| e3/EID | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ○ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / El Centro Sector
  **Landmark:**
**Country/international waters:** United States of America
  **Address:**
    **Str**
    **Cit**    **LEP**
**Incident coordinates:**
    **Lat**
    **Lon**   **LEP**
**Setting:** ○ Indoors ⊗ Outdoors
    **Outdoor setting:** ⊗ On land ○ In water (standing or swimming) ○ On water (in vessel) ○ In the air
**Description of the premises/location:** Paved parking lot
**Environmental factors:**
  **Weather:**

CHC v. Noem CBP 001294

LES #25833

☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
**Illumination:** ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
**Estimated temperature (Fahrenheit):** 50

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| MARK CLINTON | SBPA-I | In-Person | 10/25/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☒ Local ☐ Foreign

## EMPLOYEES: 2

**Name:** DUENAS, JAIME
**Gender:** Male **Age:** 44 **Height:** 5'9" **Weight:** 205 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/22/2006
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
**Duty (or detail/TDY) location EOD:** 09/02/2025
**Duty status at the time of the incident:** ⊗ On duty ○ Off duty
   **Activity:** Patrol Interior
**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 19 years 5 months
   **CBP training previously received (not including basic academy training):**

| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ○ Yes ⊗ No
**Attire:** ○ Uniform ⊗ Plain clothes

**Was DUENAS, JAIME assaulted?** ⊗ Yes ○ No

**Did DUENAS, JAIME use reportable force?** ⊗ Yes ○ No
   **Force type:** Less-lethal Device
   **Device:** OC (Pepper Spray Hand Held Canister)
   **Device type:** Stream
   **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
   **Estimated distance:** 1 feet
   **Reason(s) for this use of force:**
      ☒ Protect self ☐ Protect co-worker ☐ Protect innocent 3rd party
      ☐ Protect non-CBP officer/agent ☒ Effect an arrest or detention ☐ Prevent escape
      ☐ Overcome resistance ☐ Stop vehicle ☐ Vessel failure to heave to
      ☐ Animal euthanization ☐ Other

   **Force type:** Other
   **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
   **Description of physical force:** Hand strikes
   **Reason(s) for this use of force:**
      ☒ Protect self ☐ Protect co-worker ☐ Protect innocent 3rd party
      ☐ Protect non-CBP officer/agent ☒ Effect an arrest or detention ☐ Prevent escape

CHC v. Noem CBP 001295

LES 25833

- ☐ Overcome resistance
- ☐ Animal euthanization
- ☐ Stop vehicle
- ☐ Other
- ☐ Vessel failure to heave to

**Was DUENAS, JAIME injured?** ⊗ Yes ○ No
**Injury information:**
    **Injury type:** Superficial injuries (no treatment expected)
    **Injury Comment:** Pain in right shoulder
    **Refused medical attention?** ⊗ Yes ○ No
    **Received treatment?** ○ Yes ⊗ No
    **Was a form CA-1 filed?** ⊗ Yes ○ No
    **Region(s) of the body injured:**

- ☐ Front head
- ☐ Side head
- ☐ Neck/throat
- ☐ Rear upper torso/back
- ☐ Rear lower torso/back
- ☐ Rear below waist/buttocks
- ☐ Front legs/feet
- ☐ Rear head
- ☐ Face
- ☒ Front upper torso/chest
- ☐ Front lower torso/abdomen
- ☐ Front below waist/groin area
- ☐ Arms/hands
- ☐ Rear legs

**Name:** ISMAIL, OMAR
    **Gender:** Male    **Age:** 42    **Height:** 6'0"    **Weight:** 210 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/04/2020
    **Duty location or detail/TDY location during the incident:** El Centro Sector / Calexico Station
    **Duty (or detail/TDY) location EOD:** 09/09/2025
    **Duty status at the time of the incident:** ⊗ On duty ○ Off duty
        **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 5 years 5 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☒ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ○ Yes ⊗ No
**Attire:** ○ Uniform ⊗ Plain clothes

**Was ISMAIL, OMAR assaulted?** ⊗ Yes ○ No

**Did ISMAIL, OMAR use reportable force?** ⊗ Yes ○ No
    **Force type:** Less-lethal Device
    **Device:** OC (Pepper Spray Hand Held Canister)
    **Device type:** Stream
    **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
    **Estimated distance:** 1 feet
    **Reason(s) for this use of force:**

- ☒ Protect self
- ☐ Protect non-CBP officer/agent
- ☐ Overcome resistance
- ☐ Animal euthanization
- ☐ Protect co-worker
- ☒ Effect an arrest or detention
- ☐ Stop vehicle
- ☐ Other
- ☐ Protect innocent 3rd party
- ☐ Prevent escape
- ☐ Vessel failure to heave to

    **Force type:** Other
    **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)

CHC v. Noem CBP 001296

LES #25833

**Description of physical force:** Hand strikes
**Reason(s) for this use of force:**

☒ Protect self ☐ Protect co-worker ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent ☒ Effect an arrest or detention ☐ Prevent escape
☐ Overcome resistance ☐ Stop vehicle ☐ Vessel failure to heave to
☐ Animal euthanization ☐ Other

**Was ISMAIL, OMAR injured?** ○ Yes ⊗ No

## SUBJECTS: 2

**Name:** OLAZABA, JESSI
**Gender:** Female **Date of birth:** PII 987 **Height:** 5'6" **Weight:** 200 pounds
**Attire:** ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
**Was the subject wearing body armor?** ○ Yes ⊗ No ○ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
⊗ Yes ○ No
**Subject's activity:**
  ☐ Illegal entry
  ☐ Uncooperative during encounter/inspection
  ☐ Failure to yield/heave to
  ☐ Checkpoint runner
  ☐ Port runner
  ☐ Alien smuggling
  ☐ Narcotics smuggling
  ☐ Scouting
  ☐ Assault (rocks/other projectiles)
  ☒ Assault (all other types)
  ☐ Rioting/civil disturbance
  ☐ Mass coordinated entry
  ☐ No suspected illegal activity
  ☐ Other

**Subject's current location and disposition if known:** In FBI custody

**Did this subject assault a CBP employee?** ○ Yes ⊗ No

**Was reportable force used on this subject?** ⊗ Yes ○ No
  **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes ⊗ No
**Was this subject injured or claiming to be injured?** ⊗ Yes ○ No ○ Unknown
**Injury information:**
  **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
  **Injury Comment:** Treated for OC exposure and complained of pain in head
  **Refused medical attention?** ○ Yes ⊗ No
  **Received treatment?** ⊗ Yes ○ No
  **Region(s) of the body injured:**
    ☐ Front head ☒ Rear head
    ☐ Side head ☒ Face

Page 4 of 12  Print Date: 2025-10-28

CHC v. Noem CBP 001297

LES                                                              25833

- ☐ Neck/throat
- ☐ Rear upper torso/back
- ☐ Rear lower torso/back
- ☐ Rear below waist/buttocks
- ☐ Front legs/feet
- ☐ Front upper torso/chest
- ☐ Front lower torso/abdomen
- ☐ Front below waist/groin area
- ☐ Arms/hands
- ☐ Rear legs

**Medical treatment information:**

Received EMS treatment prior to/in lieu of treatment at a facility? ⊗ Yes ○ No
    Provider: Aurora fire Department
Facility name: Rush Copley Medical Center
Street address: 2000 Ogden Ave
City: Aurora
State: ILLINOIS    Zip 60504

Phone type: Main    Phone: 6309786200    Phone extension:

**Name:** MORALES JR., RUBEN

Gender: Male    Date of birth [PII] 990    Height: 5'10"    Weight: 185 pounds
Attire: ⊗ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown
Was the subject wearing body armor? ○ Yes ⊗ No ○ Unknown
Immigration status: U.S. Citizen
Country of citizenship: United States of America
Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?
○ Yes ⊗ No
Subject's activity:
- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

Subject's current location and disposition if known: In FBI custody

Did this subject assault a CBP employee? ⊗ Yes ○ No
    Was the subject outside the US or its territories when committing the assault? ○ Yes ⊗ No
    Weapon(s)/type of assault:
        Assault method: Physically w/o weapon
            Describe physical assault: Hand strikes

Was reportable force used on this subject? ⊗ Yes ○ No
    Was the subject outside the US or its territories when this force was applied? ○ Yes ⊗ No

Was the subject an occupant of a vehicle? ○ Yes ⊗ No

Was this subject arrested / taken into custody? ⊗ Yes ○ No
    Arrested / taken into custody by:

CHC v. Noem CBP 001298

LES #25833

⊗ CBP ○ Other federal agency ○ State agency ○ Local agency

Was an administrative action initiated for this subject by CBP? ○ Yes ⊗ No

Was prosecution sought against this subject? ⊗ Yes ○ No

Prosecution By: ○ CBP ⊗ Other federal agency ○ State agency ○ Local agency

Was this subject injured or claiming to be injured? ⊗ Yes ○ No ○ Unknown

Injury information:
  Injury type: Moderate injuries (treated and released by a medical facility or will seek future treatment)
  Injury Comment: OC exposure and pain in wrist

Refused medical attention? ○ Yes ⊗ No

Received treatment? ⊗ Yes ○ No

Region(s) of the body injured:
  ☐ Front head                    ☐ Rear head
  ☐ Side head                     ☒ Face
  ☐ Neck/throat                   ☐ Front upper torso/chest
  ☐ Rear upper torso/back         ☐ Front lower torso/abdomen
  ☐ Rear lower torso/back         ☐ Front below waist/groin area
  ☐ Rear below waist/buttocks     ☒ Arms/hands
  ☐ Front legs/feet               ☐ Rear legs

Medical treatment information:
  Received EMS treatment prior to/in lieu of treatment at a facility? ○ Yes ⊗ No
  Facility name: Mt Sinai Hospital
  Street address: 1500 S. Fairfield Ave
  City: chicago
  State: ILLINOIS    Zip: 60608
  Phone type: Main    Phone: 7735422000    Phone extension:

## ASSAULTS: 2

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MORALES JR., RUBEN | Physically w/o weapon - Hand strikes | DUENAS, JAIME | ⊗ Yes ○ No | ⊗ Yes ○ No |
|  |  | ISMAIL, OMAR | ⊗ Yes ○ No | Not injured in this incident |

## USES OF FORCE: 6

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| DUENAS, JAIME | OC (Pepper Spray Hand Held Canister) - Stream | Subject: OLAZABA, JESSI<br>Was this subject injured or claiming to be injured by this use of force? Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
|  |  | Subject: MORALES JR., RUBEN<br>Was this subject injured or claiming to be injured by this use of force? Yes<br>Was this use of force in response to the following assault by this subject?<br>Physically w/o weapon - Hand strikes - Yes<br>Was this use of force effective against what prompted its use? Yes |





CHC v. Noem CBP 001299

LES 25833

| | | Did the UOF device function as designed? Yes |
|---|---|---|
| DUENAS, JAIME | Physical Force w/o Weapon - Hand strikes | Subject: MORALES JR., RUBEN<br>Was this subject injured or claiming to be injured by this use of force? Yes<br>Was this use of force in response to the following assault by this subject?<br>    Physically w/o weapon - Hand strikes - Yes<br>    Was this use of force effective against what prompted its use? Yes |
| ISMAIL, OMAR | OC (Pepper Spray Hand Held Canister) - Stream | Subject: OLAZABA, JESSI<br>Was this subject injured or claiming to be injured by this use of force? Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| | | Subject: MORALES JR., RUBEN<br>Was this subject injured or claiming to be injured by this use of force? Yes<br>Was this use of force in response to the following assault by this subject?<br>    Physically w/o weapon - Hand strikes - Yes<br>    Was this use of force effective against what prompted its use? Yes<br>    Did the UOF device function as designed? Yes |
| ISMAIL, OMAR | Physical Force w/o Weapon - Hand strikes | Subject: MORALES JR., RUBEN<br>Was this subject injured or claiming to be injured by this use of force? Yes<br>Was this use of force in response to the following assault by this subject?<br>    Physically w/o weapon - Hand strikes - Yes<br>    Was this use of force effective against what prompted its use? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage? ○ Yes  ⊗ No
Did this incident result in collateral injury to a bystander? ○ Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of ISMAIL, OMAR**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

CHC v. Noem CBP 001300

LES  #25833

On October 25, 2025, at approximately 08:55 A.M., I, Agent O. Ismail, was operating an unmarked white Jeep Grand Cherokee

LEP

LEP ace adjacent to an open field. The west side of our position bordered LEP , separated by a curb and a narrow grass strip. The area was sparsely occupied due to it being a Saturday morning.

At approximately 9:30 A.M., Agent Duenas observed a blue SUV (IL PII rk several spaces near our vehicle. The driver, later identified as Jessi OLAZABA (DOB PII 1987), appeared to be loitering and using her cell phone while intermittently looking toward our vehicle. Based on my training and experience, specifically from prior assignments such as Operation At Large (Los Angeles) and Midway Blitz (Chicago), these tactics are consistent with anti-ICE activists or individuals conducting counter-surveillance targeting federal law enforcement operations.

At approximately 9:55 A.M., the same blue sedan repositioned closer to our vehicle, parking roughly three spaces away on the passenger side. To avoid detection, Agent Duenas remained seated in the rear passenger seat, and I limited my movements to prevent attention from the community's known "ICE Watch" networks.

At approximately 10:25 A.M., another vehicle, a white SUV PII ), arrived and parked behind us, approximately three spaces over. Agent Duenas observed a male subject exit the driver's seat, later identified as Ruben MORALES JR., and approach OLAZABA. Both subjects appeared to engage in conversation before both approaching my front passenger-side window.

MORALES knocked aggressively on my window and demanded to know why we were parked there. I asked MORALES why he wanted to know who we were. MORALES became aggressive and demanded that I lower my window while OLAZABA was filming us using her personal cellphone. MORALES then grabbed the front passenger door handle, pulled on it several times, and yelled, "Open the fucken door!" However, my door was locked, preventing him from gaining access.

To prevent escalation, Agent Duenas partially lowered his window and verbally identified us as Federal Agents conducting an official investigation. Immediately, OLAZABA began screaming "ICE!" repeatedly, drawing public attention while MORALES advanced aggressively toward Agent Duenas' position.

Due to the close proximity of the subjects' feet to our vehicle's passenger-side tires, I was unable to safely reverse without risking injury. Agent Duenas exited the vehicle and issued loud, clear commands for the subjects to back away. He warned that failure to comply or any attempt to assault would result in OC deployment (Per CBP use-of-force policy).

MORALES ignored Agent Duenas's verbal commands and assumed an aggressive fighting posture. At that moment, Agent Duenas responded by deploying one burst of issued OC spray, targeting MORALES' facial area. MORALES swung his arm, striking Agent Duenas on the upper extremity. MORALES then feld eastbound across the parking lot an attempt to evade arrest.

I exited my vehicle to provide cover and assistance. As I began to pursue MORALES on foot OLAZABA, who was positioned in front of me on the left side, began filming, screaming "ICE, ICE, I need help", and walking toward my path of travel while blowing in a whistle loudly and calling for help-an action I recognized, through my training and experience, as an attempt to summon additional anti-law enforcement individuals, posing an imminent ambush threat. I yelled at OLAZABA to move but she refused.

Due to the escalating threat and OLAZABA's willful interference, I deployed one burst of OC spray from approximately three feet toward OLAZABA's facial area to stop her interference; however, due to crosswind conditions, some of the mist blew back into my face, partially affecting my vision. Despite the exposure, I continued pursuing MORALES approximately 10 yards eastbound, catching up to him near the open lot.



CHC v. Noem CBP 001301

LES  25833

MORALES turned and swung twice, throwing two punches, striking me once on the left jaw with his right hand. I responded by deploying one burst of issued OC spray from approximately three feet, targeting MORALES' facial area, and delivering multiple controlled strikes to MORALES' facial area and upper body, delivering verbal commands to "stop resisting". Agent Duenas assisted me to take MORALES on the ground, however MORALES continued resisting, and refused to place his hands behind his back. After several commands, and applying arm control techniques, MORALES was placed in handcuffs and escorted to our vehicle. However, during the escort MORALES continued to resist and attempted to avoid entering the vehicle by placing his foot on the door frame.

During this time, OLAZABA continued yelling and approaching, ignoring repeated commands to stay back. After securing MORALES in the rear seat, Agent Duenas sat next to MORALES for office safety. While I was reversing leaving the area, OLAZABA intentionally positioned herself directly behind my vehicle's rear pumper. OLAZABA willfully placed herself in the vehicle's path to impede and prevent me from leaving the area, deliberately escalating the situation. Upon observing her through the rearview camera, I immediately stopped to avoid any collision. Agent Duenas exited and ordered OLAZABA to move away, warning her that she would be arrested for impeding. Moments later I exited the vehicle and observed OLAZABA on the ground, and Agent Duenas requested EMT assistance. An ambulance arrived minutes later and OLAZABA was transported by EMS to Rush Copley Medical Center (2000 Ogden Ave, Aurora, IL 60504).

While MORALES was secured in our government vehicle, agents ensured MORALES was monitored for 45 minutes after the exposure to OC spray for compliance with CBP Use of Force Policy guidelines.

MORALES was transported to the FBI Chicago Field Office (2111 W. Roosevelt Rd, Chicago, IL 60608) for federal processing.

Both subjects were charged with 18 U.S.C. _111 - Assaulting, Resisting, or Impeding Federal Officers.

Based on my observations, training, and experience, both MORALES and OLAZABA acted with the intent to impede and assault federal officers engaged in official duties. Their coordinated actions-approaching, confronting, recording, obstructing, and physically assaulting agents-constituted a willful violation of 18 U.S.C. _111(a)(1) and (b).

The use of OC spray and defensive strikes was consistent with CBP Use of Force Policy, applied to protect agents from immediate physical harm and maintain control of the situation.

Due to prior intelligence indicating anti-ICE surveillance and counter-interference tactics in this area, combined with the subjects' aggressive actions and proximity, the agents' response was reasonable, necessary, and within established officer-safety protocols.

While [LEP] ed based on the safety of myself and my partner due to recent criminal activity in the area. Data from the [LEP] Police Department crime map shows an average of 15-20 violent incidents annually within a two-mile radius, with approximately 25% involving assaults. Given the elevated risk level and history of assaults near this location, my actions were reasonable and consistent with standard officer safety protocols.

SBPA-I M. Clinton was notified immediately in person on-site shortly after the deployment of the OC spray.

### Narrative of DUENAS, JAIME

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 25, 2025, I, Border Patrol Agent-Intelligence Jaime Duenas was conducting surveillance in support of an investigation in the city of Aurora, IL in support of Operation Midway Blitz. I have been employed as a Border Patrol Agent for

CHC v. Noem CBP 001302

LES #25833

over 19 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

On this date, I was operating in an unmarked government sponsored rental vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service badge and credentials ready to display for any enforcement action. Agent Omar Ismail and I were riding together in an unmarked government vehicle. Working in conjunction with us were Agents Mark Clinton, Christopher Escobedo and Raymond Ritz. These agents were dressed in plain clothes with ballistic body armor displaying clear police markings on front and back, or with their service badge and credentials ready to display for any enforcement action. We were readily identifiable as Federal Agents by any reasonable person.

A[LEP]Aurora, IL, for a school zone target. We were staged in a public open parking lot of the school located approximately 100 yards from the target's residence.
There were several other vehicles parked in this same parking lot when we established static surveillance. In order to maintain our covert operation, I was sitting in the back seat.

At approximately 10:00 A.M., I observed a blue Chevrolet Equinox IL license plates ( PII ) with heavy dark tint on its rear windows. I observed the vehicle was occupied by a single female occupant, later identified as Jessi OLAZABA ( PII /1987). I noticed the female was looking in our direction while holding her phone up as if she was attempting to take video or pictures of our vehicle. I immediately suspected OLAZABA was an "ICE Watcher" or an agitator and informed our team because of a potential officer safety. We continued our surveillance but devised a plan to exit the area in the event that OLAZABA was in fact an ICE watcher and was calling other people to our location to potentially harm us.

After approximately 20 minutes, OLAZABA moved her car to a different position and parked a few parking spots away from us. At this time, I noticed that OLAZABA was constantly looking down at her phone while her torso was faced straight towards our vehicle. Shortly after that, a white small size Ford utility ( PII ) arrived in the parking lot with a single male occupant, later identified as Ruben MORALES Jr. (DOB 09/24/1990). MORALES parked in the same parking spot where OLAZABA had been parked when she first arrived there. I noticed that OLAZABA began looking back towards MORALES while she was texting on her phone and MORALES was doing the same. It appeared as though they were communicating with each other regarding our position and possibly formulating a plan to approach us.

Agent Ismail and I then suspected that our surveillance had been compromised, and we decided to leave the area. As we were getting ready to leave the area, OLAZABA and MORALES got out of their vehicles and walked towards our vehicle. MORALES aggressively knocked on the front passenger window and started to scream at Agent Ismail by saying "Who the Fuck are you, identify yourself." MORALES then demanded Agent Ismail to lower the windows. I also noticed that MORALES attempted to open the right front passenger door. OLAZABA was also screaming "Identify yourself," while she was filming with her phone.

I immediately partially lowered my window and verbally identified us as Federal Agents, and notified them that we were conducting an official investigation. OLAZABA immediately began screaming "ICE!" repeatedly, drawing public attention. Agent Ismail attempted to reverse and drive away but was unable to because of the close proximity that MORALES and OLAZABA's feet were to our vehicle's passenger-side tires.

I exited the vehicle and issued loud, clear commands for the subjects to back away. I warned them that if they did not comply or if they attempted to assault us, they would be placed under arrest. The two subjects ignored my commands and MORALES advanced towards me in an aggressive manner, with his clinched fists towards me. I warned both subjects once again to back away and if they did not comply, I would be deploying my pepper spray. MORALES ignored my commands and took a fighting posture. I immediately deployed a burst of OC Spray, approximately two seconds in length, towards MORALES' face; I was standing approximately three feet away from him. MORALES then got closer to me and threw a flurry of punches at me. MORALES attempted to strike me on my face but failed to do so and only connected by striking my right shoulder. At this time, I delivered two controlled strikes to MORALES' head, and he immediately started to run away from me.



| LES | #25833 |

As I was running after MORALES to place him under arrest for the assault, OLAZABA obstructed me by blocking my path in an attempt to aid MORALES' escape from us. I immediately deployed a two second OC spray burst into OLZABA's face, and she then moved away. I was approximately three feet away from OLAZABA when I deployed my OC Spray on her. I continued pursuing MORALES and ordering him to stop resisting as he ran through the parking lot.

Agent Ismail caught up with MORALES and as he was attempting to grab MORALES and take him to the ground, I observed MORALES striking Agent Ismail twice on his left jaw. Agent Ismail responded by deploying one burst of OC spray, targeting MORALES' facial area, and by delivering multiple controlled strikes to MORALES' facial area and upper body. I caught up with Agent Ismail and MORALES, and Agent Ismail and I were able to bring down MORALES to the ground.

MORALES continued to resist and refused to place his hands behind his back. As I was attempting to place handcuffs on him, my OC Spray fell to the ground and MORALES grabbed it with his left hand and attempted to use it against me. I immediately connected a controlled strike to MORALES' left arm as I knew this could have turned into a deadly force situation had MORALES gained control of the OC spray and utilized it to spray and disable me. MORALES eventually let go of my OC Spray but continued to resist by flailing his hands and attempting to tuck them in under his chest. During this struggle and as I was moving the OC Spray away from MORALES' reach, I hit the ground with my right arm and felt a sharp pain on the right upper side of my right arm and right shoulder. To avoid a possibly of a deadly force situation that Agent Ismail and I were facing, I ignored the pain and continued to attempt to effect the arrest of MORALES.

As we were struggling to place handcuffs on MORALES, he screamed for OLAZABA to help him. OLAZABA was blowing a whistle and was calling for people to come over to help them. I noticed that OLAZABA was either recording or streaming this encounter with her phone. OLAZABA attempted to get close, and we ordered her to step back and do not interfere or she would be arrested as well. We also warned OLAZABA that we would deliver another dosage of OC Spray on her if she attempted to impede us from effecting the arrest on MORALES.

MORALES kept resisting by not giving up his hands and by pushing up and attempting to get up from the ground. We were eventually able to place handcuffs on MORALES, but he continued to resist us. MORALES was using mechanical resistance by using his weight and posture to prevent us from standing him up to his feet and continuing to scream for OLAZABA to help him.

We were able to put MORALES on his feet and as we were walking back into our vehicle, OLAZABA once again placed herself in our path and attempted to obstruct us from walking MORALES to our vehicle. I warned OLAZABA to move away but she refused. At this point I delivered another burst of OC Spray to her face. OLAZABA moved out of our way and were able to walk MORALES to our vehicle.

Once at our vehicle, MORALES continued to use mechanical resistance by bracing himself against the door frame with his feet, using his weight and posture to prevent us from placing him inside our vehicle. After a brief struggle we were finally able to place MORALES in the back seat of our vehicle and for officer safety, I sat in the back seat right next to him.

The encounter with MORALES and OLAZABA was not planned by us and evolved rapidly, therefore during the entire encounter with both subjects, we did not have communication with the rest of our team. Given these circumstances, we felt that our lives were endangered as OLAZABA was calling for people to come to our location and decided to leave the area without arresting her.

As Agent Ismail was attempting to reverse, the camera sensors of our vehicle warned us of an obstacle behind us. I looked back and saw that OLAZABA was standing behind our vehicle, again placing her body in our path as a willful and deliberate means to impede our operations. I warned Agent Ismail to stop the vehicle from moving backwards because OLAZABA was standing right behind us. I exited our vehicle and ordered OLAZABA to move away and she refused. I delivered another burst of OC Spray to OLAZABA's face to make her comply, but it did not have any effect on her. I then pushed her away from our vehicle and she lost her balance and fell backwards to the ground.

Once on the ground, OLAZABA did not move, and I noticed that she did not appear to be coherent. I immediately approached to render aid her by calling her name and by shaking her face. OLAZABA's eyes were closed, and I used a sternum rub on her chest area and she then immediately opened her eyes.



CHC v. Noem CBP 001304

LES #25833

I informed Agent Ismail of the situation and told him that we needed to call Emergency Medical Services (EMS) for OLAZABA. I then placed OLAZABA in an upright seated position on the ground and placed handcuffs on her and waited for the rest of our team to arrive.

Shortly after, Agents Clinton, Escobedo and Ritz arrived at our location. I then noticed that several LEP Police Department LEP officers also arrived, and I identified myself as a Border Patrol Agent to them. They asked me what was going on and I told them that OLAZABA and MORALES were under arrest for assaulting us and I asked them if they could summon EMS. EMS arrived shortly after.

I asked Agent Escobedo if he could go to OLAZABA's car to grab her identification as we did not know who she was at that point. Agent Escobedo went to OLAZABA's car and noticed that the car was locked, turned off, and that there was a 10-month-old child on the back seat area of the car. Agent Escobedo immediately brought this to the attention of OLAZABA as she had not mentioned this to us. Agent Escobedo was able to open the car and when he opened it he found a second toddler sitting on the back seat area of the car. Both children were immediately retrieved from the vehicle by APD officers as the vehicle was off with no A/C running. It should be noted that OLAZABA's vehicle had been locked and off for approximately 30 minutes before we noticed she had her children on the back seats.

OLAZABA was then transported to a local hospital. Agent Ismail and I transported MORALES to the Federal Bureau of Investigation (FBI) field office for interview and prosecution. We monitored MORALES for approximately 45 minutes for any adverse reactions that the OC Spray may have caused him.

Agent Clinton was able to obtain biographical information for OLAZABA and Agent Clinton conducted record checks on her using law enforcement databases. Agent Clinton informed us that OLAZABA had been arrested on October 9, 2025, by Enforcement and Removal Operations Officers for 18 USC 111 - Assault on a Federal Agent.

APD took custody of OLAZABA's two children. Both vehicles were left at the school parking lot. The blue Chevrolet Equinox driven by OLZABA is registered to her with the addr PII he white Ford utility driven by MORALES is registered to PV Holding Corporation out of Chicago, IL.

Both subjects were charged with 18 U.S.C. 111 - Assaulting, Resisting, or Impeding Federal Officers. OLAZABA was charged via Central Bureau Violations citation, ticket number LES Agents Escobedo and Clinton gave a Miranda advisal to OLAZABA recorded on body worn camera. OLAZABA acknowledged her rights and elected not to answer questions without an attorney. OLAZABA signed the ticket and was instructed to appear in court on January 12, 2026. OLAZABA was notified that failure to appear would result in a warrant for her arrest. OLAZABA was released pending her court date and her cell phone was seized by FBI Agents pending further investigation. MORALES was interviewed by FBI Agents and released pending further investigation.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|----|----|----------|