E-STAR incident ID: LES #25948



U.S. Customs and Border Protection

# Enforcement Action Statistical Analysis and Reporting System (E-STAR) Incident Report

**Current Status:** ⊗ Completed   Active   Ready for review   Rejected   Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25948
**Title:** Operation Midway Blitz: Chicago - Ramming / Multiple Assaults in the area of Ciscero Home Depot
**Shift start date/time:** 11/08/2025 07:00
**Shift end date/time:** 11/08/2025 17:00
**Type:** ☒ Assault against CBP personnel   Reportable use of force   FTY/Vehicle pursuit by a CBP employee   Unintentional firearm discharge   Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes   No

**CBP Reporting Organizations:**
☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
Air and Marine Operations
Office of Field Operations

**Created by:** FICK, SHANNON M.
**Creation date/time:** 11/08/2025 20:23
**Last updated by:** HUGHBANKS, DANIEL L.
**Last updated date/time:** 11/17/2025 09:50
**Reviewer:** HUGHBANKS, DANIEL L
**Date reviewed:** 11/17/2025

## RELATED SYSTEMS: 9

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes   No

| IDVRS Evidence Serial Numbers: 8 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
**Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
**Address:**
**Street:** Home Depot 2803 S Cicero Ave
**City:** Cicero **State:** ILLINOIS **Zip:** 60804
**Incident coordinates:**
**Latitude:** 41.84036
**Longitude:** -87.74237
**Setting:** Indoors ⊗ Outdoors
**Outdoor setting:** ⊗ On land In water (standing or swimming) On water (in vessel) In the air
**Description of the premises/location:** In the parking lot and surrounding areas of the Home Depot / Sam's Club located at 2803 S Cicero Ave.
**Environmental factors:**
**Weather:** ☒ Dry Raining Snowing Flooding Windy Storm Haze/blowing dust Fog Other
**Illumination:** ☒ Daylight Dark Dawn Dusk Good lighting Poor lighting Night vision aided Other
**Estimated temperature (Fahrenheit):** 46

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GAMBOA, DANIEL E | Section Chief-Operations Operation Midway Blitz/Chicago | Radio | 11/08/2025 |

**Other authorities notified (external to CBP):** Federal Tribal State Local Foreign

## EMPLOYEES: 10

**Name:** DIAZ, ARNOLDO
**Gender:** Male **Age:** 57 **Height:** 5'5" **Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/03/1992
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/19/2025
**Duty status at the time of the incident:** ⊗ On duty Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 33 years 3 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?**

⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was DIAZ, ARNOLDO assaulted?** ⊗ Yes No

**Was DIAZ, ARNOLDO injured?** Yes ⊗ No

**Name:** LIBBY, DUSTIN GLENN

**Gender:** Male **Age:** 39 **Height:** 5'9" **Weight:** 170 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 11/23/2021

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 3 years 11 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was LIBBY, DUSTIN GLENN assaulted?** ⊗ Yes No

**Was LIBBY, DUSTIN GLENN injured?** Yes ⊗ No

**Name:** GUILLEN, JESUS

**Gender:** Male **Age:** 35 **Height:** 6'0" **Weight:** 220 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/16/2022

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 3 years 5 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was GUILLEN, JESUS assaulted?** Yes ⊗ No

**Was GUILLEN, JESUS injured?** Yes ⊗ No

**Name:** PEREZ, RYLI D.

**Gender:** Male **Age:** 34 **Height:** 6'0" **Weight:** 205 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 07/25/2022

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/19/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 3 years 4 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was PEREZ, RYLI D. assaulted?** Yes ⊗ No

**Was PEREZ, RYLI D. injured?** Yes ⊗ No

**Name:** LAM, MICHAEL D.

**Gender:** Male **Age:** 22 **Height:** 5'11" **Weight:** 205 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 08/22/2022

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 11/02/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 3 years 3 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was LAM, MICHAEL D. assaulted?** Yes ⊗ No

**Was LAM, MICHAEL D. injured?** Yes ⊗ No

**Name:** RAMOS, BRANDON E.

**Gender:** Male **Age:** 30 **Height:** 5'9" **Weight:** 215 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/23/2016

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/02/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 9 years 5 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?**

⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was RAMOS, BRANDON E. assaulted?** ⊗ Yes No

**Was RAMOS, BRANDON E. injured?** Yes ⊗ No

**Name:** SALAZAR, IAN

**Gender:** Male **Age:** 28 **Height:** 5'10" **Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/27/2017
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 11/02/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty
**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 8 years 2 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was SALAZAR, IAN assaulted?** ⊗ Yes No

**Was SALAZAR, IAN injured?** Yes ⊗ No

**Name:** FLORES JR, ROGELIO M.

**Gender:** Male **Age:** 37 **Height:** 5'6" **Weight:** 208 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/09/2008
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 11/02/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty
**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 17 years 5 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was FLORES JR, ROGELIO M. assaulted?** ⊗ Yes No

**Was FLORES JR, ROGELIO M. injured?** Yes ⊗ No

**Name:** FLORES, REY A.

**Gender:** Male **Age:** 32 **Height:** 5'7" **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 11/28/2016
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 11/02/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Border Patrol Search, Trauma, and Rescue Unit (BORSTAR)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 9 years 0 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was FLORES, REY A. assaulted?** ⊗ Yes No

**Was FLORES, REY A. injured?** Yes ⊗ No

**Name:** DELGADO JR, PAUL

**Gender:** Male **Age:** 28 **Height:** 6'1" **Weight:** 200 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/04/2020

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/19/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 5 years 6 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes No

**Attire:** ⊗ Uniform Plain clothes

**Was DELGADO JR, PAUL assaulted?** ⊗ Yes No

**Was DELGADO JR, PAUL injured?** Yes ⊗ No

## SUBJECTS: 6

**Name:** MASS GROUP

**Estimated number of individuals in the group:** 50

**Group description (Composition, attire, etc.):** Mass group of people following, impeding, and assaulting agents while agents were conducting operations. Mass group was on foot, in vehicles, utilizing bicycles, and various other methods of transportation. They were utilizing whistles and other devices to create chaos.

**Was any member of this group wearing body armor?** Yes ⊗ No Unknown

**Group activity:**

Illegal entry

Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

Assault (rocks/other projectiles)

Assault (all other types)

☒ Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Group's current location and disposition if known:** Group disbanded after Agents left the area

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes No

**Was any member of the group outside the US or its territories when committing the assault?** Yes ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Projectile (other than rock)

**Projectile description:** Subject threw an unknown object at BPAs vehicle. Back window was broken out by object.

**Estimated assault date/time (local):** 11/08/2025 11:40

**Name:** LORENZO, EVELYN

**Gender:** Female **Date of birth:** PII **Height:** 5'5" **Weight:** 145 pounds

**Attire:** ⊗ Civilian Paramilitary Police Nude Unknown

**Was the subject wearing body armor?** Yes ⊗ No Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** Yes ⊗ No

**Subject's activity:**

Illegal entry

Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

Assault (rocks/other projectiles)

☒ Assault (all other types)

☒ Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:** Subject was transported to FBI Facility for further investigation

**Did this subject assault a CBP employee?** ⊗ Yes No

**Was the subject outside the US or its territories when committing the assault?** Yes ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Physically w/o weapon

**Describe physical assault:** Push Driver Side Rear Passenger Door against BPA Ramos as he was trying to exit

**Estimated assault date/time (local):** 11/08/2025 11:38

**Assault method:** Physically w/o weapon
**Describe physical assault:** Jumped on BPA Ramos's back and began punching him and eventually pushed him to the ground.
**Estimated assault date/time (local):** 11/08/2025 11:40

**Was this subject arrested / taken into custody?** ⊗ Yes No
**Arrested / taken into custody by:** ⊗ CBP Other federal agency State agency Local agency
**Was an administrative action initiated for this subject by CBP?** Yes ⊗ No
**Was prosecution sought against this subject?** ⊗ Yes No
**Prosecution By:** CBP ⊗ Other federal agency State agency Local agency
**Was this subject injured or claiming to be injured?** Yes ⊗ No Unknown

**Name:** MAYA, JESUS RAFAEL
**Gender:** Male **Date of birth:** PII **Height:** 5'5" **Weight:** 185 pounds
**Attire:** ⊗ Civilian Paramilitary Police Nude Unknown
**Was the subject wearing body armor?** Yes ⊗ No Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No
**Subject's activity:**

- Illegal entry
- Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☒ Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Subject's current location and disposition if known:** Subject was transported to FBI Facility for further investigation

**Did this subject assault a CBP employee?** ⊗ Yes No
**Was the subject outside the US or its territories when committing the assault?** Yes ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Vehicle
**Estimated assault date/time (local):** 11/08/2025 11:20

**Was this subject arrested / taken into custody?** ⊗ Yes No
**Arrested / taken into custody by:** ⊗ CBP Other federal agency State agency Local agency
**Was an administrative action initiated for this subject by CBP?** Yes ⊗ No
**Was prosecution sought against this subject?** ⊗ Yes No
**Prosecution By:** CBP ⊗ Other federal agency State agency Local agency
**Was this subject injured or claiming to be injured?** Yes ⊗ No Unknown

**Name:** LORENZO, QUIANA

**Gender:** Female **Date of birth:** PII **Height:** 5'4" **Weight:** 155 pounds

**Attire:** ⊗ Civilian Paramilitary Police Nude Unknown

**Was the subject wearing body armor?** Yes ⊗ No Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No

**Subject's activity:**

- Illegal entry
- Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☒ Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Subject's current location and disposition if known:** Subject was transported to FBI Facility for further investigation

---

**Did this subject assault a CBP employee?** ⊗ Yes No

**Was the subject outside the US or its territories when committing the assault?** Yes ⊗ No

**Weapon(s)/type of assault:**

**Assault method:** Physically w/o weapon

**Describe physical assault:** Shoved the door into BPA Ramos to prevent him from exiting the vehicle.

**Estimated assault date/time (local):** 11/08/2025 11:38

---

**Was this subject arrested / taken into custody?** ⊗ Yes No

**Arrested / taken into custody by:** CBP ⊗ Other federal agency State agency Local agency

**Was prosecution sought against this subject?** ⊗ Yes No

**Prosecution By:** CBP ⊗ Other federal agency State agency Local agency

**Was this subject injured or claiming to be injured?** ⊗ Yes No Unknown

**Injury information:**

**Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)

**Injury Comment:** Wrist and shoulder pain

**Refused medical attention?** Yes ⊗ No

**Received treatment?** ⊗ Yes No

**Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| Front legs/feet | Rear legs |

**Medical treatment information:**

**Received EMS treatment prior to/in lieu of treatment at a facility?** Yes ⊗ No
**Facility name:** Mount Sinai Hospital
**Street address:** 1500 S Fairfield Ave
**City:** Chicago
**State:** ILLINOIS **Zip** 60608
**Phone type:** Main **Phone:** 773-542-2000 **Phone extension:**

---

**Name:** GALLEGOS, JESSICA
**Gender:** Female **Date of birth:** PII **Height:** 5'6" **Weight:** 190 pounds
**Attire:** ⊗ Civilian Paramilitary Police Nude Unknown
**Was the subject wearing body armor?** Yes ⊗ No Unknown
**Immigration status:**
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No
**Subject's activity:**

Illegal entry
Uncooperative during encounter/inspection
Failure to yield/heave to
Checkpoint runner
Port runner
Alien smuggling
Narcotics smuggling
Scouting
Assault (rocks/other projectiles)
Assault (all other types)
☒ Rioting/civil disturbance
Mass coordinated entry
No suspected illegal activity
Other

**Subject's current location and disposition if known:** Subject was passenger in a vehicle that assault BPA Diaz and BPA Libby. Subject was transported to FBI Facility for further investigation

---

**Did this subject assault a CBP employee?** Yes ⊗ No

**Was this subject injured or claiming to be injured?** Yes ⊗ No Unknown

---

**Name:** HERNANDEZ, ISIDRIO
**Gender:** Male **Date of birth:** PII **Height:** 5'8" **Weight:** 225 pounds
**Attire:** ⊗ Civilian Paramilitary Police Nude Unknown
**Was the subject wearing body armor?** Yes ⊗ No Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No
**Subject's activity:**

Illegal entry
Uncooperative during encounter/inspection
Failure to yield/heave to
Checkpoint runner
Port runner

Alien smuggling

Narcotics smuggling

Scouting

Assault (rocks/other projectiles)

Assault (all other types)

☒ Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:** Subject impeded Chief Bovinos vehicle and was arrested. Subject was transported to FBI Facility for further investigation

**Did this subject assault a CBP employee?** Yes ⊗ No

**Was this subject injured or claiming to be injured?** Yes ⊗ No Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 2
**Vehicle make:** Chevrolet
**Vehicle model:** Blazer
**Vehicle year:** 2018
**Vehicle type:** Recreational vehicle
**Total damage to the vehicle (not including tire damage):** Moderate
**Final disposition of the vehicle:** Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | MAYA, JESUS RAFAEL | Driver |

## ASSAULTS: 9

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---|---|---|---|
| MASS GROUP | Projectile (other than rock) - Subject threw an unknown object at BPAs vehicle. Back window was broken out by object. on 11/08/2025 11:40 | DIAZ, ARNOLDO Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN Yes ⊗ No | Not injured in this incident |
| | | RAMOS, BRANDON E. Yes ⊗ No | Not injured in this incident |
| | | SALAZAR, IAN ⊗ Yes No | Not injured in this incident |
| | | FLORES JR, ROGELIO M. ⊗ Yes No | Not injured in this incident |
| | | FLORES, REY A. ⊗ Yes No | Not injured in this incident |
| | | DELGADO JR, PAUL ⊗ Yes No | Not injured in this incident |


CHC v. Noem CBP001649

| | | | | |
|---|---|---|---|---|
| LORENZO, EVELYN | Physically w/o weapon - Push Driver Side Rear Passenger Door against BPA Ramos as he was trying to exit on 11/08/2025 11:38 | DIAZ, ARNOLDO | Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | Yes ⊗ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes No | Not injured in this incident |
| | | SALAZAR, IAN | Yes ⊗ No | Not injured in this incident |
| | | FLORES JR, ROGELIO M. | Yes ⊗ No | Not injured in this incident |
| | | FLORES, REY A. | Yes ⊗ No | Not injured in this incident |
| | | DELGADO JR, PAUL | Yes ⊗ No | Not injured in this incident |
| LORENZO, EVELYN | Physically w/o weapon - Jumped on BPA Ramos's back and began punching him and eventually pushed him to the ground. on 11/08/2025 11:40 | DIAZ, ARNOLDO | Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | Yes ⊗ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes No | Not injured in this incident |
| | | SALAZAR, IAN | Yes ⊗ No | Not injured in this incident |
| | | FLORES JR, ROGELIO M. | Yes ⊗ No | Not injured in this incident |
| | | FLORES, REY A. | Yes ⊗ No | Not injured in this incident |
| | | DELGADO JR, PAUL | Yes ⊗ No | Not injured in this incident |
| MAYA, JESUS RAFAEL | Vehicle on 11/08/2025 11:20 | DIAZ, ARNOLDO | ⊗ Yes No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | ⊗ Yes No | Not injured in this incident |
| | | RAMOS, BRANDON E. | Yes ⊗ No | Not injured in this incident |
| | | SALAZAR, IAN | Yes ⊗ No | Not injured in this incident |
| | | FLORES JR, ROGELIO M. | Yes ⊗ No | Not injured in this incident |
| | | FLORES, REY A. | Yes ⊗ No | Not injured in this incident |
| | | DELGADO JR, PAUL | Yes ⊗ No | Not injured in this incident |
| LORENZO, QUIANA | Physically w/o weapon - Shoved the door into BPA Ramos to prevent him from exiting the vehicle. on 11/08/2025 11:38 | DIAZ, ARNOLDO | Yes ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | Yes ⊗ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes No | Not injured in this incident |

Not injured in this

| | | | | |
|---|---|---|---|---|
| | | SALAZAR, IAN | Yes ⊗ No | incident |
| | | FLORES JR, ROGELIO M. | Yes ⊗ No | Not injured in this incident |
| | | FLORES, REY A. | Yes ⊗ No | Not injured in this incident |
| | | DELGADO JR, PAUL | Yes ⊗ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No

**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of GUILLEN, JESUS**

Immigration and Customs Enforcement (ICE) is currently executing “Operation Midway Blitz” targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.? Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 8, 2025, I, Border Patrol Agent (BPA) J. Guillen of the Del Rio Sector was working in the support of immigration and Customs Enforcement’s Operation Midway Blitz in the Chicago, Illinois area.

I have been employed as a Border Patrol Agent for over 3 years. I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

I was operating in an unmarked Border Patrol rental service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding with me was SBPA A. Diaz, and BPA D. Libby, both with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back.
At approximately 11:20 AM while traveling in the parking lot of the Home Depot located at 2803 South Cicero Avenue, Cicero IL., multiple DHS vehicles were patrolling the area, and a large crowd began to gather. We were being followed by several agitator vehicles who were honking their horns, blowing whistles, yelling comments out of their windows, and attempting to block and impede our operations. As we were driving through the parking lot, one of the vehicles, a silver in color trailblazer, cut through the parking space and what appeared to look like he was about to ram into our vehicle. He stopped before he hit us and began to reverse away. We decided to get closer to the vehicle to give him a verbal warning to stop impeding our operations. and get

down to give a verbal warning and as we got closer, he quickly tried to reverse away from us, but he saw there was another Border Patrol vehicle behind him that was preventing him from continuing to back up or get away. and at this time, he drove forward and intentionally hit our vehicle. This caused into our vehicle causing damage to the front passenger side. The individuals were extracted from the vehicle by QRF (quick response force). We exited our vehicle to assist. and I proceeded to handcuff the female, later identified as Jessica Gallegos DOB PII who was later found to be a current DACA recipient (non-citizen). Gallegos was arrested for further investigation relating to assaulting Federal Agents. I secured her in our vehicle. The driver identified as Jesus Rafael Maya PII and who was claiming to be a United States citizen, was also put placed under arrest for assaulting Federal Agents by another BPA. He was placed in theour vehicle and secured. Both were transported to FBI.

Once all individuals were placed into our vehicle we began to leave the area. Several agitators continued to impede and assault agents and their vehicles as we were trying to leave the area. No further damage or assaults were directed at me or the vehicle I was in. I stayed with our vehicle, and the individuals who were detained inside of it, while the other BPAs I was with dealt with the agitators who were attempting to impede or assault other BPAs. Neither myself, nor any other agents inside of our vehicle were injured.

At approximately 11:26am we successfully cleared the area without further incident.

Both individuals were transported to FBI for further investigation.

J. Guillen
The incident was captured on body worn cameras LES Evidence serial number: LES

D. Libby
The incident was captured on body worn cameras LES Evidence serial number: LES

**Narrative of LAM, MICHAEL D.**
MAYA, JESUS RAFAEL

DOB: PII

COB: United States of America

Immigration and Customs Enforcement (ICE) is currently executing Operation Midway Blitz targeting immigration violators in Chicago, Illinois and the greater Chicagoland area. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation Midway Blitz arrests of illegal aliens, focusing on individuals with executable final orders of remova LEP

LEP s

operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The

operation aims to enhance public safety and enforce immigration laws.

On Friday, November 8, 2025, I, Border Patrol Agent (BPA) M. Lam from the Rio Grande Vally Sector, was working in support of Immigration and Customs Enforcement's Operations At Large in the City of Chicago, Illinois. I have over 3 years of experience enforcing federal immigration law as a Border Patrol Agent to include the enforcement of Title 8 violations. I was dressed in full rough duty uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent.

The location of today's operation was located near 2803 S Cicero Ave Cicero, IL 60804 (41.84132, -87.74123). At approximately 11:20 a.m., while assigned as a Quick Reaction Force (QRF) Operator providing protection to Strike Team LEP led by Supervisory Border Patrol Agent E. Garcia we were attempting to leave the scene of an arrest when a large crowd of approximately 30 to 40 people and several vehicles started to block our way out. Several warnings were given by other Agents and the protesters were not complying. I observed one of our Agents driving a black unmarked vehicle get hit in the front passenger side by one of the current impeding protestors driving a vehicle. At that point we blocked the vehicle from leaving and I escorted the driver (MAYA) out of his vehicle and placed him under arrest. MAYA, JESUS RAFAEL was placed under arrest for 18 US Code 111 for assaulting and impeding a Federal Officer. The subject (MAYA) was taken to the FBI Building at 2111 W Roosevelt Rd, Chicago, IL for further processing. At the FBI Building he was interviewed by FBI Special Agent (SA).

After reviewing the Body 4 Camera footage (Evidence Serial Number AKKER it can be observed at the 12:20.00 (Eastern time) when I saw him impeding and hitting the black unmarked vehicle. Video was uploaded to Evidence.com

Disposition:

As per SA, Subject MAYA, JESUS RAFAEL will be pending further investigation for 18 USC 111.

**Narrative of PEREZ, RYLI D.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 8, 2025, I, Border Patrol Agent (BPA) Ryli Perez was conducting immigration enforcement operations in the city of Chicago, Illinois in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a BPA for around three years. I received several intelligence briefings on emerging trends related to smuggling and illegal alien activity. Additionally, I work with BPA, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who shared past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted a few smuggling events, arrested and interviewed illegal aliens.

During these interviews, most of the illegal aliens have told me that their final destination was the Chicago, Illinois area or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in effort to decompress the strain on the southern border cities.

At approximately 11:30 a.m., I was working in the neighborhood of Cicero in Chicago, Illinois. Along my side were my partners, BPA Craig Dee, BPA Brandon Ramos and BPA Luis Celedon.

We were patrolling near West 26th St. (Cicero neighborhood) and upon sitting in my vehicle (White GMC Denali) I witnessed an individual approach closely to Chief Greg Bovino's vehicle (gold in color armored suburban) in front of me. It was at that point that the vehicles came to a halt and the agents exited the vehicle and pointed at the individual I suspected of assaulting Chief's vehicle. I heard an agent say get that person. When they came to a halt I got out of my vehicle and noticed HERNANDEZ take off at a fast pace. He was wearing a black in color face mask and black hoodie. I approached this individual and was assisted by an unknown ICE/ERO agent in apprehending the subject later identified as Isidro HERNANDEZ.

I was dressed in full Border Patrol rough duty uniform and wearing a ballistic vest displaying identifiers that stated "Federal Agent/U.S. Border Patrol." I was clearly identifiable as a U.S. Border Patrol Agent as I caught up to this individual.

HERNANDEZ was transported to an FBI facility at 2111 West Roosevelt Road, Chicago, Illinois where he will be interviewed by FBI agents for further investigation.

My body worn camera was activated during the entirety of this event. Evidence ID LES

The timeline below shows approximate time of arrest throughout the duration of the event:

11:29AM – 11:31AM

· Arrest made

**Narrative of RAMOS, BRANDON E.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 2, 2025, I, Border Patrol Agent (BPA) Brandon Ramos, as part of the Rio Grande Valley Special Operations Detachment (RGV/SOD), Border Patrol Tactical Unit (BORTAC), was deployed to Chicago, Illinois, as part of a multi-agency operation known as "Midway Blitz".

On 11/08/2025, I was assigned as a Quick Reaction Force (QRF) for Border Patrol Agents conducting arrests in the Little Village area of southern Chicago, Il. I was wearing my rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

At approximately 11:25 AM, we were patrolling the Home Depot area located at 2803 Cicero Ave. During today's patrol we encountered several aggressive activists and our team had already been involved in other interactions with agitators. We did a final patrol around the back of the Home Depot to leave the area when we encountered agitators attempting to block us from leaving the area. At approximately 11:38 AM my vehicle was approached by several subjects, two later identified as Quiana Lorenzo PII USC) and Evelyn Lorenzo ( PII USC) who started yelling insults and profanities. Evelyn and Quiana are sisters and were part of the crowd of agitators. Both Lorenzo sisters kept yelling to leave Chicago and "fuck you, bitch". I tried to deescalate by telling them that we are about to leave the area. Subsequently, I saw a commotion had occurred to one of the strike team vehicles that we were supporting. This prompted me to open the driver's side rear passenger door and attempt to step out. I immediately saw Quiana push and attempt to close the door pinching my left leg in the process. I then noticed Evelyn shoved the vehicle door denying my exit from the vehicle. I made another attempt to open the vehicle door, but Quiana kept pushing against it. I then proceeded to present my rifle out the window for them to quit pinching my leg. Both Lorenzo sisters moved away and allowed me to exit the vehicle. I then made an attempt to apprehend Quiana for assault on a federal agent. I noticed Quiana attempting to run away but I was able to grab Quiana. While grabbing Quiana, I collided with an agitator's vehicle due to our combined momentum moving forward. At this time, Evelyn jumped on my back and began punching my back while pushing the back of my helmet forward making me lose my balance and fall to the ground along with Evelyn. At that point an unknown ICE agent proceeded to place Quiana under arrest. As I worked my way back to my feet, several agents were able to get Evelyn off my back and placed her under arrest. No Injuries were observed at the time of the arrest. The Lorenzo Sisters were transported to the Federal Bureau of Investigations for further investigation. Bodycam footage was recorded from the above-mentioned incident. Evidence Serial LES

**Narrative of DIAZ, ARNOLDO**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 8, 2025, I, (BPA) A.Diaz , (BPA) D. Libby and BPA Guillen were working in the support of immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, Illinois area in an unmarked vehicle.

I have been employed as a Border Patrol Agent for over 33 years. I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have

interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

We were operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. All agents with me were also wearing agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back.

At approximately 10:00 AM, we began law enforcement duties patrolling the Little Village area. Almost immediately, we encountered widespread lawless behavior from hundreds of individuals who actively attempted to deter our operations, becoming increasingly violent. People began to threaten us and, at times, tried to use their vehicles to strike or block us. Throughout the day we had several incidents of agitators following and interfering with our operations. Many times, drivers would drive towards us as if contemplating ramming us. Despite patrolling in numbers with other agents conducting field encounters to ensure security, the mission proved difficult and dangerous due to the vast number of agitators and violent individuals encountered. The behavior encountered was escalated, attributed to a history of tolerated criminal behavior and a pervasive lack of respect for law enforcement that has plagued that area for years. The agitators' right to protest quickly devolved into violent actions. After lawless behavior and critical incidents, we departed Little Village to work in a different area. As has been common practice by agitators and violent protesters, a caravan of vehicles followed us to our next location. Several drivers' actions along the way endangered themselves and others around them, despite numerous warnings given to individuals.

Approximately 11:00 AM, we entered the parking lot of the Home Depot located at 2803 S Cicero. Due to the aggressive actions encountered enroute, I turned on our emergency law enforcement lights on our sun visors to ensure everyone was clear that they were indeed law enforcement. Although our status as law enforcement was clear by all the markings on our uniforms, extra steps were taken for those who might not have a clear understanding. Several vehicles followed us into the parking lot and began driving erratically. Civilian drivers, showing no concern for human life, sped across the parking lot to block or attempt to strike the agents' vehicles. Several cars attempted to surround us, and instigators began egging others to join in, causing tensions and criminal behavior to quickly escalate.

Within minutes of entering the parking lot, chaos ensued, and the lawless behavior often encountered by those looking for any reason to be violent began to grow. We momentarily parked in a spot away from the Home Depot to get a clear view of the activity and ensure the safety of other agents working with us. Within a couple minutes, I glanced out my window and saw a vehicle speeding towards us across the parking lot. We were startled and did not have enough time to react to avoid potential ramming. Fortunately, one of our U, S. Border Patrol Quick Response Forces saw this happening and took action to block the vehicle from striking us and marked it with pepper balls in case it drove away. We then made eye contact with the male driver as he attempted to back away. Other agents also witnessed the driver's actions and took steps to block the vehicle from backing up. We then moved forward to block the driver from leaving due to his actions and to either warn him or affect his arrest. Instead, the driver decided to attempt to flee, driving forward and striking our vehicle. His actions were intentional and were evident by his initial actions. He was then removed from the vehicle and placed under arrest along with the female passenger. The driver struck our vehicle on the front passenger side with his front passenger side.

After affecting the arrest for his intentional vehicle ramming, the driver, identified as Jesus Rafael Maya (DOB PII), and the passenger, Jessica Gallegos (PII), were transported to the FBI office for further processing.

Having over 33 years in Federal Law Enforcement I know that the driver's actions are an example of the daily dangers Law Enforcement faces. This is especially true in Chicago due the daily encounters we have had during Operation Midway Blitz. The actions of these individuals demonstrate a profound lack of respect for law enforcement and disregard for the care they give to innocent civilians.

I know that for fact that if not for the quick actions of other agents who witnessed the driver's intent, he would have directly struck

us in an effort to cause my team bodily harm.

The entire incident was captured on body-worn cameras and dash cams, with all footage provided to the FBI. Body Cam LES

There were no injuries during the incident

**Narrative of SALAZAR, IAN**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.??? Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.???

I have been employed as a Border Patrol Agent (BPA) for over 8 years. We have received regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I have experience working with other Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating constant learning.

On November 8, 2025, I, Supervisory Border Patrol Agent (SBPA) Ian Salazar was assigned to the Quick Reaction Force (QRF) team of the BORTAC, Special Operations Detachment Laredo Sector (SOD/LRT). SBPA Rogelio M. Flores, BPA Rey A. Flores, and BPA Paul Delgado were also part of the QRF element and were riding in the same vehicle as me.

I was deployed to the Little Village area providing security to Border Patrol Agents conducting intelligence driven targeted enforcement in support of Immigration and Customs Enforcement's Operation At Large. While performing my duties to maintain public safety and support law enforcement operations, I wore a rough-duty Border Patrol multi-cam uniform with law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 11:40 AM, while our vehicle convoy was turning on W 26th St. and S Kostner Ave. I observed multiple agitators congregated on the sidewalks. The subjects were shouting obscenities, though I was unable to discern exactly what they were saying. Individuals in nearby vehicles were honking continuously and driving their cars closer to ours, creating a potential risk of collision. While scanning outside the vehicle for potential threats, I heard the rear window of our vehicle shatter. I immediately looked around to identify who had thrown the object but was unable to locate the suspect. One of my partners reported that a subject had fled in the opposite direction on a bicycle and we suspected that he was responsible for throwing the object that broke the vehicle's window. Given the risk of becoming separated from the convoy and the subject on the bicycle being too far to pursue safely, we elected to get back in our vehicle and continue operations.

No injuries were sustained during this incident.

My assigned Axon body-worn camera was on and recording for the duration of this encounter. Evidence serial number LES is available.

## FILE ATTACHMENTS

**File names:**

Window Damage.jpeg

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/17/2025 07:27 | |
| Approved | HUGHBANKS, DANIEL L. | 11/17/2025 08:45 | |
| Reopened | FICK, SHANNON M. | 11/17/2025 08:57 | LES |
| Submitted | FICK, SHANNON M. | 11/17/2025 08:58 | |
| Approved | HUGHBANKS, DANIEL L. | 11/17/2025 09:50 | |