# LEP/LES/PII

# LEP/LES/PII

CHC v. Noem  CBP_001493

# LEP/LES/PII

CHC v. Noem   CBP_001494