

**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** [LES]-#25814
**Title:** Operation Midway Blitz: Chicago- Assault / UoF (OFO) Home Depot Cicero
**Shift start date/time:** 10/22/2025 07:00
**Shift end date/time:** 10/22/2025 17:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ☐ No
**CBP Reporting Organizations:**
  ☒ U.S. Border Patrol Location: U.S. Border Patrol / Del Rio Sector
  ☐ Air and Marine Operations
  ☐ Office of Field Operations

**Created by:** BURGESS, HOLLIE ANN
**Last updated by:** TREBS, ARTHUR A.
**Reviewer:** RODRIGUEZ, CARLOS

**Creation date/time:** 10/22/2025 12:50
**Last updated date/time:** 11/07/2025 10:57
**Date reviewed:** 11/07/2025

## RELATED SYSTEMS: 10

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 9 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| e3/EID | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

Were other CBP components/external agencies involved?   ☐ Yes   ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
**Address:**
  **Street:** W26th Ave and Old Rte 66 Cicero, IL 60804
  **City:** Cicero   **State:** ILLINOIS   **Zip:** 60804
**Incident coordinates:**
  **Latitude:** 41.84484
  **Longitude:** -87.74409
**Setting:**   ☐ Indoors   ⊗ Outdoors
  **Outdoor setting:** ⊗ On land   ☐ In water (standing or swimming)   ☐ On water (in vessel)   ☐ In the air
**Description of the premises/location:** Near intersection of W26th Ave and Old Route 66 Cicero, IL 60804
**Environmental factors:**
  **Weather:** ⊠ Dry   ☐ Raining   ☐ Snowing   ☐ Flooding   ☐ Windy   ☐ Storm   ☐ Haze/blowing dust   ☐ Fog   ☐ Other
  **Illumination:** ⊠ Daylight   ☐ Dark   ☐ Dawn   ☐ Dusk   ☐ Good lighting   ☐ Poor lighting   ☐ Night vision aided   ☐ Other
  **Estimated temperature (Fahrenheit):** 48

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SMITH, CALDWELL A | Special Operations Supervisor | Phone | 10/22/2025 |

**Other authorities notified (external to CBP):**   ☐ Federal   ☐ Tribal   ☐ State   ☐ Local   ☐ Foreign

## EMPLOYEES: 13

**Name:** POPKE, SHANE J.
  **Gender:** Male   **Age:** 36   **Height:** 6'0"   **Weight:** 205 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 12/31/2012
  **Duty location or detail/TDY location during the incident:** Office of Field Operations / Laredo Field Operations
  **Duty (or detail/TDY) location EOD:** 10/15/2025
  **Duty status at the time of the incident:**  ⊗ On duty   ☐ Off duty
    **Activity:** Special Operations

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 12 years 10 months
    **CBP training previously received (not including basic academy training):**
      ☐ BPAIST     ☐ BORSTAR     ☐ BORTAC     ☐ DITP          ☐ DTI
      ☐ EDVPTP     ☐ EMT         ☐ FITP       ☐ LLITP (IFITP) ⊠ MFF
      ☐ MRT        ☐ PITP        ⊠ SRT        ☐ TATP          ☐ Other

  **Wearing body armor?** ⊗ Yes   ☐ No
  **Attire:** ⊗ Uniform   ☐ Plain clothes
  **Was POPKE, SHANE J. assaulted?**

Yes ⊗ No

| | |
|---|---|
| **Did POPKE, SHANE J. use reportable force?** ⊗ Yes    No | |
|     **Force type:** Less-lethal Device | |
|     **Device:** OC (MK-9) | |
|     **Device type:** Foam | |
|     **Estimated use of force date/time (local):** | |
|     **Posture:** ☒ Standing     Kneeling     Prone     Other | |
|     **Estimated distance:** 3 feet | |
|     Was this force type used again within the same shift (a break-in-the-action)?    Yes    No | |
|     Reason(s) for this use of force: | |
|       ☒ Protect self      ☒ Protect co-worker      ☒ Protect innocent 3rd party | |
|       ☒ Protect non-CBP officer/agent    ☒ Effect an arrest or detention    Prevent escape | |
|       Overcome resistance      Stop vehicle      Vessel failure to heave to | |
|       Animal euthanization      Other | |
| **Was POPKE, SHANE J. injured?**    Yes    ⊗ No | |

**Name:** VELEZ, CHRISTOPHER S.

    **Gender:** Male     **Age:** 36     **Height:** 6'3"     **Weight:** 210 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 06/15/2020
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        Total law enforcement experience at the time of the incident: 5 years 4 months
        CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was VELEZ, CHRISTOPHER S. assaulted?** ⊗ Yes    No

**Did VELEZ, CHRISTOPHER S. use reportable force?**    Yes    ⊗ No

**Was VELEZ, CHRISTOPHER S. injured?**    Yes    ⊗ No

**Name:** MARRERO, ORLANDO R.

    **Gender:** Male     **Age:** 50     **Height:** 5'8"     **Weight:** 200 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 08/20/2009
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/19/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        Total law enforcement experience at the time of the incident: 16 years 2 months
        CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |

| | | | | |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was MARRERO, ORLANDO R. assaulted?** ⊗ Yes   No

**Did MARRERO, ORLANDO R. use reportable force?**   Yes   ⊗ No

**Was MARRERO, ORLANDO R. injured?**   Yes   ⊗ No

**Name:** GOINGS, DENISE M.
**Gender:** Female   **Age:** 38   **Height:** 5'8"   **Weight:** 140 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/24/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
**Duty (or detail/TDY) location EOD:** 09/23/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 15 years 5 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was GOINGS, DENISE M. assaulted?** ⊗ Yes   No

**Did GOINGS, DENISE M. use reportable force?**   Yes   ⊗ No

**Was GOINGS, DENISE M. injured?**   Yes   ⊗ No

**Name:** YULO JR, ALFREDO
**Gender:** Male   **Age:** 38   **Height:** 5'9"   **Weight:** 230 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/18/2013
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 12 years 7 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was YULO JR, ALFREDO assaulted?** ⊗ Yes   No

**Did YULO JR, ALFREDO use reportable force?**

Yes  ⊗ No

**Was YULO JR, ALFREDO injured?**   Yes  ⊗ No

**Name:** MADLANGBAYAN, ROMEL F.
   **Gender:** Male   **Age:** 43   **Height:** 6'0"   **Weight:** 190 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 05/31/2007
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 09/05/2025
   **Duty status at the time of the incident:** ⊗ On duty   Off duty
      **Activity:** Patrol Interior

   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 18 years 5 months
      **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was MADLANGBAYAN, ROMEL F. assaulted?** ⊗ Yes   No

**Did MADLANGBAYAN, ROMEL F. use reportable force?**   Yes  ⊗ No

**Was MADLANGBAYAN, ROMEL F. injured?**   Yes  ⊗ No

**Name:** WILLIAMSON, DEANDRE O.
   **Gender:** Male   **Age:** 37   **Height:** 5'9"   **Weight:** 190 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 03/09/2020
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 10/05/2025
   **Duty status at the time of the incident:** ⊗ On duty   Off duty
      **Activity:** Patrol Interior

   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 5 years 7 months
      **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was WILLIAMSON, DEANDRE O. assaulted?** ⊗ Yes   No

**Did WILLIAMSON, DEANDRE O. use reportable force?**   Yes  ⊗ No

**Was WILLIAMSON, DEANDRE O. injured?**   Yes  ⊗ No

**Name:** APONTE, RANDY
   **Gender:** Male   **Age:** 30   **Height:** 5'11"   **Weight:** 200 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 10/22/2023
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

Duty (or detail/TDY) location EOD: 10/05/2025
Duty status at the time of the incident: ⊗ On duty   Off duty
   Activity: Patrol Interior

**Armed law enforcement experience:**
   Total law enforcement experience at the time of the incident: 2 years 1 months
   CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor? ⊗ Yes   No
Attire: ⊗ Uniform   Plain clothes

Was APONTE, RANDY assaulted? ⊗ Yes   No

Did APONTE, RANDY use reportable force?   Yes  ⊗ No

Was APONTE, RANDY injured?   Yes  ⊗ No

**Name:** LIBBY, DUSTIN GLENN
**Gender:** Male   **Age:** 39   **Height:** 5'9"   **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 11/23/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   Total law enforcement experience at the time of the incident: 3 years 11 months
   CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor? ⊗ Yes   No
Attire: ⊗ Uniform   Plain clothes

Was LIBBY, DUSTIN GLENN assaulted? ⊗ Yes   No

Did LIBBY, DUSTIN GLENN use reportable force?   Yes  ⊗ No

Was LIBBY, DUSTIN GLENN injured?   Yes  ⊗ No

**Name:** KIMBALL, BENJAMIN R.
**Gender:** Male   **Age:** 41   **Height:** 5'11"   **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 04/12/2010
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   Total law enforcement experience at the time of the incident: 15 years 7 months
   CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | BORTAC | DITP | DTI |

| | | | | |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was KIMBALL, BENJAMIN R. assaulted?** ⊗ Yes   No

**Did KIMBALL, BENJAMIN R. use reportable force?**   Yes ⊗ No

**Was KIMBALL, BENJAMIN R. injured?**   Yes ⊗ No

**Name:** DIAZ, ARNOLDO
**Gender:** Male   **Age:** 57   **Height:** 5'5"   **Weight:** 190 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/03/1992
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/19/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 33 years 3 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was DIAZ, ARNOLDO assaulted?** ⊗ Yes   No

**Did DIAZ, ARNOLDO use reportable force?**   Yes ⊗ No

**Was DIAZ, ARNOLDO injured?**   Yes ⊗ No

**Name:** MARMOLEJO, RUBEN M.
**Gender:** Male   **Age:** 33   **Height:** 5'7"   **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 01/26/2015
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 5 years 9 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was MARMOLEJO, RUBEN M. assaulted?** ⊗ Yes   No

**Did MARMOLEJO, RUBEN M. use reportable force?**

Yes  ⊗ No

**Was MARMOLEJO, RUBEN M. injured?**   Yes   ⊗ No

**Name:** CRENSHAW, AARON G.
**Gender:** Male   **Age:** 46   **Height:** 6'6"   **Weight:** 300 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 08/03/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 16 years 3 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was CRENSHAW, AARON G. assaulted?** ⊗ Yes   No

**Did CRENSHAW, AARON G. use reportable force?**   Yes   ⊗ No

**Was CRENSHAW, AARON G. injured?**   Yes   ⊗ No

## SUBJECTS: 3

**Name:** MASS GROUP
**Estimated number of individuals in the group:** 20
**Group description (Composition, attire, etc.):** the crowd was extremely agitated with some yelling obscenities towards the group of CBP personnel that had staged at the intersection
**Was any member of this group wearing body armor?**   Yes   No   ⊗ Unknown
**Group activity:**
   Illegal entry
   Uncooperative during encounter/inspection
   Failure to yield/heave to
   Checkpoint runner
   Port runner
   Alien smuggling
   Narcotics smuggling
   Scouting
   Assault (rocks/other projectiles)
   Assault (all other types)
   ☒ Rioting/civil disturbance
   Mass coordinated entry
   No suspected illegal activity
   Other

**Group's current location and disposition if known:** Agents left the area while the group was still assembled.

**Did any member of this group not listed as an individual subject assault a CBP employee?**   Yes   ⊗ No

**Was reportable force used on any member of this group not listed as an individual subject?**    Yes    ⊗ No

**Name:** CORREA, ALEXIS

**Gender:** Male    **Date of birth:** PII /996    **Height:** 5'11"    **Weight:** 220 pounds

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    ⊗ No    Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**    ⊗ Yes    No

**Subject's activity:**

- Illegal entry
- Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Subject's current location and disposition if known:** Subject taken to FBI Facility for further Processing

**Did this subject assault a CBP employee?**    ⊗ Yes    No

   **Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No

   **Weapon(s)/type of assault:**
     **Assault method:** Vehicle
     **Estimated assault date/time (local):**

**Was reportable force used on this subject?**    Yes    ⊗ No

**Was this subject arrested / taken into custody?**    ⊗ Yes    No

   **Arrested / taken into custody by:**    ⊗ CBP    Other federal agency    State agency    Local agency

   **Was an administrative action initiated for this subject by CBP?**    Yes    ⊗ No

   **Was prosecution sought against this subject?**    ⊗ Yes    No

     **Prosecution By:**    CBP    ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes    ⊗ No    Unknown

**Name:** UNKNOWN-1

**Gender:** Male    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    ⊗ No    Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**    Yes    ⊗ No

**Subject's activity:**

- Illegal entry

Uncooperative during encounter/inspection
Failure to yield/heave to
Checkpoint runner
Port runner
Alien smuggling
Narcotics smuggling
Scouting
Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
Mass coordinated entry
No suspected illegal activity
Other

**Subject's current location and disposition if known:** Subject ran back into crowd after OC was deployed

**Did this subject assault a CBP employee?**   Yes   ⊗ No

**Was reportable force used on this subject?**  ⊗ Yes   No

    **Was the subject outside the US or its territories when this force was applied?**   Yes   ⊗ No

**Was the subject an occupant of a vehicle?**   Yes   ⊗ No
**Was this subject injured or claiming to be injured?**   Yes   ⊗ No   Unknown

# VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** GMC
**Vehicle model:** Sierra
**Vehicle year:** 2020
**Vehicle type:** Truck
**Total damage to the vehicle (not including tire damage):** Moderate
**Final disposition of the vehicle:** Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | CORREA, ALEXIS | Driver |

# ASSAULTS: 12

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| CORREA, ALEXIS | Vehicle | VELEZ, CHRISTOPHER S. | ⊗ Yes | No | Not injured in this incident |
| | | MARRERO, ORLANDO R. | ⊗ Yes | No | Not injured in this incident |
| | | GOINGS, DENISE M. | ⊗ Yes | No | Not injured in this incident |
| | | YULO JR, ALFREDO | ⊗ Yes | No | Not injured in this incident |

| | | | | | |
|---|---|---|---|---|---|
| | | MADLANGBAYAN, ROMEL F. | ⊗ Yes | No | Not injured in this incident |
| | | WILLIAMSON, DEANDRE O. | ⊗ Yes | No | Not injured in this incident |
| | | APONTE, RANDY | ⊗ Yes | No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | ⊗ Yes | No | Not injured in this incident |
| | | KIMBALL, BENJAMIN R. | ⊗ Yes | No | Not injured in this incident |
| | | DIAZ, ARNOLDO | ⊗ Yes | No | Not injured in this incident |
| | | MARMOLEJO, RUBEN M. | ⊗ Yes | No | Not injured in this incident |
| | | CRENSHAW, AARON G. | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| POPKE, SHANE J. | OC (MK-9) - Foam | **Subject:** UNKNOWN-1<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 3

**Did this incident result in collateral property damage?** ⊗ Yes    No

| Property type | Property sub type | Estimated damage | Description |
|---|---|---|---|
| Private | Vehicle<br><br>Make: Accura<br>Model: RDX<br>Year: 2015<br>Type: Automobile | Minimal/cosmetic | Vehicle was struck by Blue GMC Sierra as it was driving erratically in the parking lot.<br><br>PII |
| Private | Vehicle<br><br>Make: Toyota<br>Model: Camry<br>Year: 2003<br>Type: Automobile | Heavy | Severe damage to the front of the vehicle from hitting the GMC Sierra<br><br>PII |

**Did this incident result in collateral injury to a bystander?** ⊗ Yes    No

**Name:** GLORIA RAMIREZ
**Gender:** Female
**Describe the cause of the injury:** Collision with GMC pick-up
**Injury information:**
    **Injury type:** Minor injuries (treated at the scene, no additional treatment expected)
    **Injury Comment:** Minor injuries, treated at scene, refused additional treatment.
    **Refused medical attention?** ⊗ Yes     No
    **Received treatment?** ⊗ Yes     No
    **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | ☒ Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | Arms/hands |
| Front legs/feet | Rear legs |

**Medical treatment information:**
    **Received EMS treatment prior to/in lieu of treatment at a facility?**    Yes   ⊗ No

# WITNESSES: 0

# NARRATIVE

**Shared incident narrative**

**Narrative of POPKE, SHANE J.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation At Large" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 23, 2025, I, Special Operations Chief (SOC), Shane Popke, as a part of the Office of Field Operations (OFO), Special Response Team (SRT), (OFO/SRT) was deployed to Chicago, IL in support of Operation Midway Blitz.

On this date, I was a passenger in an unmarked government vehicle, wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; our job was to provide security for the Strike Teams, additionally, to Border Patrol Chief G. Bovino as a VIP participant. USBP Strike Teams are working under Operation At Large in Chicago and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 11:15 a.m., I, along with other OFO SRTOs, CBP AMO officers, USBP agents, and CBP OPR agents were positioned near a 2-car vehicle accident near the Home Depot in Cicero, IL. (41.84407738887994, -87.7418472304367). A mass crowd was gathering near the crash site as BP Chief Bovino was on site. I observed multiple "Fuck ICE" signs and the crowd was extremely agitated with some yelling obscenities towards the group of CBP personnel that had staged at the intersection. I

observed this large group of individuals displaying aggressive and hostile behavior towards CBP personnel to include yelling in the faces of CBP personnel, middle fingers being pointed, and audible verbal threats of hurting CBP personnel.

At approximately 1132 hours, I was sitting in the rear passenger seat of our unmarked government vehicle, when 3-4 rioters approached the passenger side of our vehicle and began shouting obscenities at the vehicle in a threatening manner, directed at the occupants of the vehicle I was in. This continued for approximately 1-2 minutes before an unidentified male began to aggressively kick the side of the vehicle I was sitting in. I then rolled down my window and delivered a short 1 second spray of MK-9 OC aimed at the rioter's face, approximately 2-3 feet away. The wind immediately took the spray to my left, and it affected the other 3 or 4 agitators near our vehicle. The unidentified male suspect, stopped kicking the vehicle after the spray was deployed. Shortly after, our vehicle convoy started to move, and it was not advantageous to dismount from my vehicle and run into a large group of agitators to attempt apprehension.

The intent of the MK9 deployment was to deter the isolated aggressor that kicked the vehicle; not to deter the other agitators.

We continued to wait for BP Chief Bovino to clear the area; and we departed following the Chief's vehicle to continue security detail.

No injuries were observed or reported from my deployment of any less lethal devices.

I notified Special Operations Supervisor, Caldwell Smith, of the UoF deployment at 1135 hours.

The deployment of these munitions effectively disrupted the hostile actions. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved. IDVRS footage was recorded. LES

**Narrative of MADLANGBAYAN, ROMEL F.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

AGENT EXPERIENCE:
I have been employed as a Border Patrol Agent for over 18 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On October 22, 2025, I Border Patrol Agent Romel Madlangbayan was conducting immigration enforcement operations in the Cicero neighborhood of Chicago, IL in support of Operation Midway Blitz. Cicero has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding

with me was Border Patrol Agents Deandre Williamson and Randy Aponte. All agents were dressed in full rough duty uniform with U.S. Border Patrol insignia.

ENFORCEMENT ACTION (Street Encounter):
At approximately 11:01 AM, I observed a blue 2020 GMC Sierra [PII] driving aggressively in front of the Sam's Club located at 2601 S Cicero Ave, Cicero, IL 60804. When I first encountered the vehicle, it was driving southbound into oncoming traffic, nearly colliding with the service vehicle in front of mine. The GMC then quickly darted to the left heading eastbound in-between the Sam's Club and Home Depot, nearly hitting the other service vehicles in our convoy. The GMC exhibited a high rate of acceleration which was visually evident by the rear of the vehicle squatting heavily upon acceleration and audibly evident by the sound of it's tires squealing. I then lost visual of the GMC.

At approximately 11:06 AM, I encountered this vehicle again in front of the nearby Home Depot parking lot. The GMC appeared to be partially blocked in to it's rear (Civilian Silver 2017 Hy [PII] river's side (Service - White Ford Expedition) and front end (Service - Black SUV). Fearing that he may continue to drive aggressively and possibly injure or kill bystanders and/or agents, I instructed my driver, BPA Williamson, to box him in on the passenger side. The driver, later identified as Alexis CORREA ( [PII] /1996, [PII] ) then attempted to escape and in the process of doing so, CORREA brushed against the front right bumper of my service vehicle causing light scratches. CORREA then proceeded to hit the front end of a civilian silver Acura RDX [PII] and continued to drive away at a high rate of speed. We reacquired the GMC's location and followed it at a distance towards the northern exit of the shopping plaza which leads to W Ogden Ave. I last saw the GMC turn eastbound at the exit heading towards the intersection of W 26th St before it disappeared out of sight.

At approximately 11:07 AM, upon arriving at the northern exit of the shopping plaza and looking downhill to the east, I saw what looked to be the scene of a fresh accident with the same GMC appearing disabled, over the curb and facing oncoming traffic at the southeast corner of the Ogden Ave and W 26th Street intersection.

As BPA Williamson brought our vehicle to a stop in front of the GMC, I could see CORREA trying to hastily exit his vehicle. I exited our vehicle, ran towards CORREA and attempted to take him down to the ground. BPA Dalton Smith and Randy Aponte arrived shortly after my initial contact and assisted me with subduing CORREA and securing him in handcuffs.

CORREA was taken into custody and transported to the FBI office located at 2111 W Roosevelt Rd, Chicago, IL 60608 for initial processing/interview.

This encounter was recorded on my Axon 4 Body Worn Camera: Serial Number D01D09186, Evidence Num [LES]

**Narrative of GOINGS, DENISE M.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

AGENT EXPERIENCE:
I have been employed as a Border Patrol Agent for over 15 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on

the southern border cities.

On October 22, 2025, I Border Patrol Agent Denise Goings was conducting immigration enforcement operations in the Cicero neighborhood of Chicago, IL in support of Operation Midway Blitz. Cicero has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I was the front passenger in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Driving the vehicle was Supervisory Border Patrol Agent Christopher Velez and Border Patrol Agent Alfredo Yulo, was sitting behind me. All agents were dressed in full rough duty uniform with U.S. Border Patrol insignia.

ENFORCEMENT ACTION (Street Encounter):
At approximately 11:00 AM, I observed a blue 2020 GMC Sierra (PII) aggressively in front of the Sam's Club located at 2601 S Cicero Ave, Cicero, IL 60804. When we first encountered the vehicle, it was driving erratically through the parking lot, seemingly in attempts to get closer to or block our vehicle. As we were waiting for an intersection to clear so that we could cross to make a consensual encounter, I noticed the GMC swerve around traffic, and into the oncoming lane. The GMC was driving head on toward our vehicle while accelerating to a high rate of speed and I braced for impact, expecting a hard collision. The GMC suddenly swerved onto the sidewalk, narrowly missing the front passenger side of our vehicle, and sped past us. The GMC then quickly turned eastbound in-between the Sam's Club and Home Depot, nearly hitting the other service vehicles in our convoy. The GMC exhibited a high rate of acceleration which was visually evident by the rear of the vehicle squatting heavily upon acceleration and audibly evident by the sound of it's tires squealing. I lost visual of the GMC, as it turned between the two stores and other traffic.

At approximately 11:06 AM, we encountered this vehicle again in front of the nearby Home Depot parking lot, closer to the road. The GMC came to a stop a few rows ahead of us, appearing to be looking for our convoy. The GMC looked partially blocked in by a civilian vehicle to it's rear (Silver 20 (PII) ), another service vehicle (White Ford Expedition) drove up toward the driver side, and we began to drive in from the front, fearing that he may continue to drive aggressively and possibly injure or kill bystanders and/or agents. Another service vehicle (Silver Ford Explorer) also began to pull in on his passenger side, to attempt to box him in. The driver, later identified as Alexis CORREA ((PII)/1996, (PII)) then made an effort to escape and in the process of doing so, CORREA brushed against the front right bumper of the Silver Ford Explorer causing light scratches, as he took off through the small space between our vehicles. CORREA proceeded to hit the front end of a civilian silver Acura RDX (PII)) and continued to drive away at a high rate of speed in the direction of the exit. I then lost sight of the GMC as we drove in the opposite direction through the parking lot to disengage ourselves from the dangerous situation CORREA was causing and to continue our enforcement operations.

Shortly after, we were advised that the GMC appeared disabled, stopped over a curb, facing oncoming traffic, at the southeast corner of the Ogden Ave and W 26th Street intersection, after a collision with another civilian vehicle. It was also advised that CORREA had been taken into custody by other Border Patrol Agents on scene and was transported to the FBI office located at 2111 W Roosevelt Rd, Chicago, IL 60608 for initial processing/interview.

This encounter was not recorded on my Axon 4 Body Worn Camera.


**Narrative of LIBBY, DUSTIN GLENN**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.
Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
AGENT EXPERIENCE:

I have been employed as a Border Patrol Agent for over 15 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share previous experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their ultimate destination was Chicago, Illinois or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. In an attempt to decompress the strain on southern border cities, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis.

On October 22, 2025, I Border Patrol Agent Dustin Libby was conducting immigration enforcement operations in the Cicero neighborhood of Chicago, IL in support of Operation Midway Blitz. Cicero has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any documentation affording them legal status to enter or remain in the United States.

I was operating in a commercial rental vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Driving the vehicle was Border Patrol Agents A. Crenshaw. Both BPA Crenshaw and myself were dressed in full rough duty uniform with U.S. Border Patrol insignia.

ENFORCEMENT ACTION (Street Encounter):
At approximately 11:01 AM, I observed a blue 2020 GMC Sierra [PII] driving eastbound between Sam's Club and Home Depot, nearly colliding with the service vehicle in front of mine. The GMC then quickly darted to the left heading eastbound in between the Sam's Club and Home Depot, nearly hitting the other service vehicles in our convoy. The GMC exhibited a high rate of acceleration which was visually evident by the rear of the vehicle squatting heavily upon acceleration and audibly evident by the sound of its tires squealing. I also noticed the vehicle exhibited significant lean to the vehicle as it rapidly and unpredictably altered its direction of travel, appearing to intentionally veer towards our vehicles. The vehicle steered toward my vehicle, and after taking evasive action, the GMC passed me, and I then lost visual of the GMC.

At approximately 11:14 AM, I encountered this vehicle again in front of the nearby Home Depot parking lot. The GMC appeared to be partially blocked in by multiple unmarked service vehicles, and observed some agents outside the vehicle, appearing to attempt to approach the driver of the GMC. At the moment I saw the GMC, it was stationary, however, fearing that he may continue to drive aggressively and possibly injure or kill bystanders and/or agents, I proceeded to maneuver my vehicle to a position near the GMC in an attempt to preclude the driver from fleeing. The driver, later identified as Alexis CORREA (DOB: [PII] 996, [PII] then attempted to escape and in the process of doing so, CORREA appeared to have made contact with at least one vehicle, and continued to drive away at a high rate of speed. From my vantage, I was unable to positively confirm if CORREA physically contacted other vehicles, and if so, which one(s).

We reacquired the GMC's location and followed it at a distance towards the northern exit of the shopping plaza which leads to W Ogden Ave. One of the other agents in my vehicle, SBPA Diaz, informed me that he had witnessed the CORREA exit the plaza, and as we approached the exit, BPA Diaz confirmed that CORREA was involved in vehicle collision at the intersection of W Ogden Avenue and W 26th Street.

At approximately 11:23 AM, I approached the secondary vehicle that was involved in the collision (occupied by an elderly woman) to offer assistance to the two other agents who were speaking with the victim. As an EMT, I am well aware of the potential of serious injuries from vehicle accidents, especially given the last observed speed that CORREA was travelling. I felt it was imperative that I assess the driver of the secondary vehicle before proceeding.

Upon speaking with the driver and other agents, I determined that the driver was not suffering from any immediately life threating injuries and proceeded to the GMC truck that CORREA had been driving.

After I spoke with other agents on scene and determined that CORREA was in custody and that no one present was seriously injured, I diverted my efforts to crowd control around the intersection.

CORREA was taken into custody and transported to the FBI office located at 2111 W Roosevelt Rd, Chicago, IL 60608 for initial processing/interview.

This encounter was recorded on my Body Worn Camera: Serial Number D01D03740, Evidence N [LES]

**Narrative of MARMOLEJO, RUBEN M.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators

throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 22, 2025, I Border Patrol Agent (BPA) Ruben M. Marmolejo, of the El Centro Sector Border Patrol Tactical Unit (BORTAC), in support of Operation Midway Blitz Chicago, was assigned to the quick reaction force (QRF) to the strike team that was doing enforcement operations in Cicero IL. I was working with BPA Lorenzo as the driver, I was the front passenger I had BORTAC agent Vega sitting directly behind me and BPA Wilmot sitting behind driver seat, who was riding with me in our rental vehicle. We were dressed in full rough duty multi-cam uniform with our agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. We were readily identifiable as United States Border Patrol Agents.

On this day, our strike team's vehicles were making consensual encounters with subjects at the parking lot of a Home Depot and Sams club. Both businesses were located at the address of 2601 S Cicero Ave Cicero IL, 60804. We made entry into the parking lot through the rear of the Sams club and in between the Home Depot. Upon entering the parking lot, we immediately encountered a blue GMC Sierra driving in an erratic manner. The GMC Siera was driving so erratic that he nearly missed hitting our vehicle at approximately 30-40 mph.

This same subject, later identified as Alexis CORREA, was later impeding our ability to conduct our law enforcement duties as a QRF by blocking us from moving forward with our vehicle. I asked BPA Lorenzo, who was driving our vehicle, to slowly move forward away from the subject in the blue GMC to see if he was going to continue impeding our duties and he did just that. At this time, Bortac Agent Vega and I dismounted our vehicle and instructed CORREA to move his vehicle. CORREA listened to my commands and moved his vehicle. When he drove off, he drove off in an erratic manner and struck a civilian vehicle and one of our government owned vehicles. This same subject later hit another civilian vehicle at the intersection of Ogden Ave and 26th street.

My body worn camera was activated for the encounters with this subject and were uploaded to our systems for review. Evidence serial number for this event i[ LES ] The first appearance of CORREA was at the 45 second mark and at the 4 minute and 30 second mark, where he begins to impede our movement and where his first warning was given.

No Agents in my vehicle were injured during this incident.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/06/2025 15:40 | |
| Approved | RODRIGUEZ, CARLOS | 11/06/2025 15:54 | |
| Reopened | FICK, SHANNON M. | 11/06/2025 19:56 | Need to make a change to event. N [ LES ] |
| Submitted | FICK, SHANNON M. | 11/07/2025 10:00 | |
| Approved | RODRIGUEZ, | 11/07/2025 10:14 | |

| | CARLOS | | |
|---|---|---|---|