U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed    Active    Ready for review    Rejected    Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25940
**Title:** Operation Midway Blitz: Chicago - Assault and OC Exposure 2236 Thornwood Ave
**Incident date/time:** 11/07/2025 10:40
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force   FTY/Vehicle pursuit by a CBP employee
   Unintentional firearm discharge    Intentional firearm discharge
**Was this a mass encounter incident?**   Yes   ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** HERNANDEZ, DERRICK A.      **Creation date/time:** 11/07/2025 15:37
**Last updated by:** RODRIGUEZ, CARLOS      **Last updated date/time:** 11/07/2025 19:15
**Reviewer:** RODRIGUEZ, CARLOS      **Date reviewed:** 11/07/2025

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes   No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |

**Were other CBP components/external agencies involved?**   Yes   ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
     **Landmark:** ILLINOIS
**Country/international waters:** United States of America
     **Address:**
         **Street:** 2236 Thornwood Ave
         **City:** Wilmette    **State:** ILLINOIS    **Zip:** 60091
**Incident coordinates:**
         **Latitude:** 42.08408
         **Longitude:** -87.73163
**Setting:**

CHC v. Noem          CBP001513

Indoors ⊗ Outdoors

**Outdoor setting:** ⊗ On land   In water (standing or swimming)   On water (in vessel)   In the air

**Description of the premises/location:** On the public street in a residential neighborhood.

**Environmental factors:**

**Weather:** ☒ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other

**Illumination:** ☒ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other

**Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|--------------------|--------------------|
| MILLS, ALEXANDER P | | Phone | 11/07/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 1

**Name:** HERNANDEZ, DERRICK A.

**Gender:** Male   **Age:** 42   **Height:** 5'9"   **Weight:** 180 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 07/15/2006

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/19/2025

**Duty status at the time of the incident:** ⊗ On duty   Off duty

**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 19 years 4 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No

**Attire:** ⊗ Uniform   Plain clothes

**Was HERNANDEZ, DERRICK A. assaulted?** ⊗ Yes   No

**Did HERNANDEZ, DERRICK A. use reportable force?** ⊗ Yes   No

**Force type:** Less-lethal Device

**Device:** OC (Pepper Spray Hand Held Canister)

**Device type:** Stream

**Posture:** ☒ Standing   Kneeling   Prone   Other

**Estimated distance:** 2 feet

**Reason(s) for this use of force:**

☒ Protect self   ☒ Protect co-worker   Protect innocent 3rd party

Protect non-CBP officer/agent   ☒ Effect an arrest or detention   Prevent escape

☒ Overcome resistance   Stop vehicle   Vessel failure to heave to

Animal euthanization   Other

**Was HERNANDEZ, DERRICK A. injured?**   Yes   ⊗ No

CHC v. Noem

CBP001514

## SUBJECTS: 1

---

**Name:** GARCIA-LOPEZ, ALEJANDRO

**Gender:** Male    **Date of birth:** PII    **Height:** 5'4"    **Weight:** 150 pounds

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    ⊗ No    Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** MEXICO

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes    ⊗ No

**Subject's activity:**

      Illegal entry

      ⊠ Uncooperative during encounter/inspection

      Failure to yield/heave to

      Checkpoint runner

      Port runner

      Alien smuggling

      Narcotics smuggling

      Scouting

      Assault (rocks/other projectiles)

      ⊠ Assault (all other types)

      Rioting/civil disturbance

      Mass coordinated entry

      No suspected illegal activity

      Other

**Subject's current location and disposition if known:**  ICE Detention Facility 1930 Beach St Broadview, ILL 60155

---

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No

---

    **Weapon(s)/type of assault:**

        **Assault method:**  Physically w/o weapon

            **Describe physical assault:**  Hit agents hands away from opening door. Threw punch toward agent

---

**Was reportable force used on this subject?** ⊗ Yes    No

    **Was the subject outside the US or its territories when this force was applied?**    Yes    ⊗ No

---

**Was the subject an occupant of a vehicle?** ⊗ Yes    No

**Did CBP deploy a VID against a vehicle when this subject was driving it?**    Yes    ⊗ No

---

**Was this subject arrested / taken into custody?** ⊗ Yes    No

    **Arrested / taken into custody by:**  ⊗ CBP    Other federal agency    State agency    Local agency

        **Was an administrative action initiated for this subject by CBP?** ⊗ Yes    No

    **Was prosecution sought against this subject?**    Yes    ⊗ No

**Was this subject injured or claiming to be injured?**    Yes    ⊗ No    Unknown

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---------|------------------------|---------------------------------------------------|------------------------------------------|

CHC v. Noem

CBP001515

| GARCIA-LOPEZ, ALEJANDRO | Physically w/o weapon - Hit agents hands away from opening door. Threw punch toward agent | HERNANDEZ, DERRICK A. | ⊗ Yes    No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|----------|-------------------------------|------------------------------|
| HERNANDEZ, DERRICK A. | OC (Pepper Spray Hand Held Canister) - Stream | **Subject:** GARCIA-LOPEZ, ALEJANDRO<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Physically w/o weapon - Hit agents hands away from opening door. Threw punch toward agent** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage?    Yes  ⊗ No

Did this incident result in collateral injury to a bystander?    Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of HERNANDEZ, DERRICK A.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

I, Border Patrol Agent Derrick A. Hernandez have been employed as a Border Patrol Agent for over 19 years. I entered on duty with the United States Border Patrol on July 15, 2006. I am currently assigned to the El Paso Sector Special Operations Detachment Mobile Response Team. As a member of the El Paso Sector Mobile Response Team I am currently deployed in support of Operation Midway Blitz. Prior to deploying to Chicago, I also deployed to Los Angeles, California in support of Operation At Large. I have been certified as a Less Lethal Instructor (LLI) since July 2014. As an LLI, I am certified as an OC instructor and subject matter expert (SME) in the Customs and Border Protection (CBP) Use of Force Policy.

Prior to joining the El Paso Sector MRT operational team, I was assigned to the Clint, TX training office. I was assigned to the training office for approximately four years. As an instructor I was responsible for training and certifying agents on a quarterly basis on various less lethal devices to include deploying OC. I am also certified nationally as an Emergency Medical Technician (EMT) since June 2018. In addition to those certifications, I have been assigned to the National Targeting Center in Washington, D.C. and the El Paso Sector Intelligence and Operations Center. I have worked in various sectors throughout the southern border.

I know from my experience as a Border Patrol Agent and current intelligence briefings during Operation Midway Blitz that it is common for people illegally present in the United States to work cash paying day labor jobs. These jobs include examples of rideshare/taxi service drivers, basic construction, landscape work, gardening, painting, general haulers and junk haulers, and

CHC v. Noem

CBP001516

many other jobs like those occupations. These people seek these cash paying jobs to avoid paying taxes and work under the table because they are not legally permitted to work and this helps them avoid the law.

On November 7, 2025, while conducting operations on Thornewood Ave., agents observed a group of individuals near a vehicle pulling a trailer. Upon realizing our presence in the area, the subjects immediately returned to their vehicle in an apparent attempt to flee. The driver entered the vehicle, rapidly reversed, and attempted to back up aggressively. During the maneuver, the driver jackknifed the attached trailer, rendering the vehicle immobile.

Agents approached the disabled vehicle to make contact with its occupants. As we neared, the rear passenger opened the door and exited the vehicle without being instructed to do so. It was later determined that this individual was an inadmissible alien. While the rear passenger door remained open, I entered the vehicle from that side and instructed the remaining passengers to exit. The front-seat passenger refused to comply with multiple lawful commands.

I reached over to open the passenger-side door from the inside, at which point the passenger became physically aggressive. He struck my hand, pushed it away, and made repeated attempts to push me out of the vehicle. Due to his aggressive behavior and continued non-compliance, I prepared my OC spray for potential use. I issued several clear and loud verbal commands for the subject to exit the vehicle, explaining that we only needed to verify his immigration documentation, and that if he was a lawful U.S. citizen, he would be released without further incident.

The passenger then turned toward the driver and stated in Spanish, "Ya valió madre," which translates to "We're done" or "They caught us." I continued attempts to de-escalate the situation and encouraged the subject to exit voluntarily. For a brief moment, it appeared he was preparing to comply, but he then sat back down and refused further orders. Another agent instructed the subject that he needed to exit the vehicle immediately. The subject replied that we could "do what we had to," indicating he was not coming out voluntarily.

At that point, the subject turned his body toward the other agent inside the vehicle in an aggressive posture, appearing ready to engage physically. Observing the imminent threat, I deployed a controlled burst of OC spray, striking the right side of the subject's face. The subject immediately grabbed his shirt and attempted to wipe away the OC, then turned toward me and threw a closed-fist punch. I disengaged momentarily by stepping out of the vehicle and then re-entered, deploying a second, more effective burst of OC spray.

Following the second deployment, another agent reached into the vehicle and opened the passenger-side door fully. The subject exited the vehicle and was taken into custody without further resistance. Once secured, the subject was moved to a safe location and decontaminated using several bottles of water poured over his eyes to alleviate the effects of OC exposure.

No further incidents occurred. All agents and subjects were checked for injuries, and the scene was secured. The subject was later identified as: GARCIA-Lopez, Alejandro, D.O.B. [ PII ] is a citizen of Mexico.

GARCIA-Lopez was arrested in a public place without a warrant.

GARCIA-Lopez was then transported to the ICE-ERO 1930 Beach St Broadview, Il Office (BSSA) for initial processing GARCIA-Lopez was arrested in a public space. Based on GARCIA-Lopez illegal presence in the United States, his willful disregard for the United States immigration laws, ability to disappear into the millions of people living in the Chicago, the facts outlined above, and my belief (based on training and experience) that GARCIA-Lopez would abscond if released, I determined that GARCIA-Lopez is a flight risk.

AXON 4 body-worn camera was activated during event, video serial number [ LES ]

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
|--------|-----|------|----------|
| | | | |

CHC v. Noem

| Submitted | FICK, SHANNON M. | 11/07/2025 18:25 | |
|-----------|------------------|------------------|--------|
| Rejected | RODRIGUEZ, CARLOS | 11/07/2025 18:43 | **LES** |
| Submitted | HERNANDEZ, DERRICK A. | 11/07/2025 19:14 | |
| Approved | RODRIGUEZ, CARLOS | 11/07/2025 19:15 | |

CHC v. Noem

Print Date: 2025-11-10

CBP001518