

U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed    Active    Ready for review    Rejected    Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25925
**Title:** Operation Midway Blitz: Chicago - Multiple Assaults on Kildare Ave
**Incident date/time:** 11/06/2025 09:30
**Type:** ☒ Assault against CBP personnel    Reportable use of force    FTY/Vehicle pursuit by a CBP employee
       Unintentional firearm discharge    Intentional firearm discharge
**Was this a mass encounter incident?**   Yes   ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.        **Creation date/time:** 11/06/2025 12:28
**Last updated by:** HEWSON, KRISTOPHER M.        **Last updated date/time:** 11/10/2025 18:06
**Reviewer:** HEWSON, KRISTOPHER M        **Date reviewed:** 11/10/2025

## RELATED SYSTEMS: 6

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes   No

| IDVRS Evidence Serial Numbers: 5 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |
| **Other involved organizations:** | |
| Other federal agency | Bureau of Prisons |

**Were other CBP components/external agencies involved?** ⊗ Yes    No

CHC v. Noem      CBP001519

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** W 16th St & S Ridgeway Ave
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60623
**Incident coordinates:**
    **Latitude:** 41.85896
    **Longitude:** -87.71885
**Setting:**    Indoors   ⊗ Outdoors
    **Outdoor setting:**  ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** Near the intersection of W 16th St & S Ridgeway Ave
**Environmental factors:**
    **Weather:** ⊠ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
    **Illumination:** ⊠ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
    **Estimated temperature (Fahrenheit):** 57

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GRAVELLE, GERALD V | Supervisory Border Patrol Agent | Phone | 11/06/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 6

**Name:** HAMILTON, ANDREW J.
    **Gender:** Male    **Age:** 34    **Height:** 5'10"    **Weight:** 245 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 08/13/2012
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/19/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Patrol Interior
    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 13 years 3 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ⊠ EMT | FITP | LLITP (IFITP) | ⊠ MFF |
| ⊠ MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes    No
    **Attire:** ⊗ Uniform    Plain clothes
    **Was HAMILTON, ANDREW J. assaulted?** ⊗ Yes    No
    **Was HAMILTON, ANDREW J. injured?**    Yes  ⊗ No

**Name:** MARTINEZ GERARDO, JESSE JAMES
    **Gender:** Male    **Age:** 28    **Height:** 5'10"    **Weight:** 220 pounds
    **CBP employee series or role:** Officer/Agent

CHC v. Noem
CBP001520

Service EOD: 01/15/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/07/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 4 years 10 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was MARTINEZ GERARDO, JESSE JAMES assaulted?** ⊗ Yes    No

**Was MARTINEZ GERARDO, JESSE JAMES injured?**    Yes  ⊗ No

---

**Name:** DILMORE, THOMAS J.
**Gender:** Male    **Age:** 38    **Height:** 6'0"    **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
Service EOD: 07/09/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 11/03/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 16 years 4 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ⊠ BORTAC | DITP | DTI |
| EDVPTP | EMT | ⊠ FITP | LLITP (IFITP) | ⊠ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was DILMORE, THOMAS J. assaulted?** ⊗ Yes    No

**Was DILMORE, THOMAS J. injured?**    Yes  ⊗ No

---

**Name:** HUJING, CORY L.
**Gender:** Male    **Age:** 40    **Height:** 6'2"    **Weight:** 210 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/22/2007
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 11/02/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 18 years 7 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ⊠ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ⊠ MFF |

CHC v. Noem

CBP001521

| | MRT | PITP | SRT | TATP | Other |
|---|---|---|---|---|---|

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was HUJING, CORY L. assaulted?** ⊗ Yes    No

**Was HUJING, CORY L. injured?**    Yes ⊗ No

**Name:** RAMIREZ, ROBERTO M.

**Gender:** Male    **Age:** 48    **Height:** 5'10"    **Weight:** 180 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 08/15/2005

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/23/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 20 years 3 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was RAMIREZ, ROBERTO M. assaulted?** ⊗ Yes    No

**Was RAMIREZ, ROBERTO M. injured?**    Yes ⊗ No

**Name:** WRIGHT, MATT

**Gender:** Male    **Age:** 38    **Height:** 6'2"    **Weight:** 215 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/07/2009

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 11/02/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 16 years 6 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was WRIGHT, MATT assaulted?** ⊗ Yes    No

**Was WRIGHT, MATT injured?**    Yes ⊗ No

Print Date: 2025-11-12

CHC v. Noem

CBP001522

## SUBJECTS: 2

**Name:** MORALES, CASSANDRA

    **Gender:** Female    **Date of birth:** PII    **Height:** 5'0" - 5'5"    **Weight:** 200 lbs or over

    **Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

    **Was the subject wearing body armor?**    Yes  ⊗ No    Unknown

    **Immigration status:** U.S. Citizen

    **Country of citizenship:** United States of America

    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

        Yes  ⊗ No

    **Subject's activity:**

            Illegal entry

            Uncooperative during encounter/inspection

            Failure to yield/heave to

            Checkpoint runner

            Port runner

            Alien smuggling

            Narcotics smuggling

            Scouting

            Assault (rocks/other projectiles)

        ⊠ Assault (all other types)

            Rioting/civil disturbance

            Mass coordinated entry

            No suspected illegal activity

            Other

    **Subject's current location and disposition if known:** Subject was apprehended and transported to the FBI Facility for further processing.

    **Did this subject assault a CBP employee?** ⊗ Yes    No

        **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No

        **Weapon(s)/type of assault:**

            **Assault method:** Blunt instrument

                **Instrument description:** Struck the vehicle window with a hammer

            **Acquisition type:** Not applicable

            **Concealment type:** Carried at ready

            **Assault method:** Physically w/o weapon

                **Describe physical assault:** Pushing Agents

    **Was this subject arrested / taken into custody?** ⊗ Yes    No

        **Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency

            **Was an administrative action initiated for this subject by CBP?**    Yes  ⊗ No

        **Was prosecution sought against this subject?** ⊗ Yes    No

        **Prosecution By:**    CBP  ⊗ Other federal agency    State agency    Local agency

    **Was this subject injured or claiming to be injured?**    Yes  ⊗ No    Unknown

**Name:** MORALES, GUADALUPE

    **Gender:** Female    **Date of birth:** PII    **Height:** 5'0" - 5'5"    **Weight:** 200 lbs or over

    **Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

    **Was the subject wearing body armor?**    Yes  ⊗ No    Unknown

    **Immigration status:** U.S. Citizen

    **Country of citizenship:** United States of America

CHC v. Noem

CBP001523

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊠ No

**Subject's activity:**
Illegal entry
Uncooperative during encounter/inspection
Failure to yield/heave to
Checkpoint runner
Port runner
Alien smuggling
Narcotics smuggling
Scouting
Assault (rocks/other projectiles)
⊠ Assault (all other types)
Rioting/civil disturbance
Mass coordinated entry
No suspected illegal activity
Other

**Subject's current location and disposition if known:** Subject was apprehended and transported to the FBI Facility for further processing.

---

**Did this subject assault a CBP employee?** ⊗ Yes    No

**Was the subject outside the US or its territories when committing the assault?**    Yes ⊗ No

---

**Weapon(s)/type of assault:**
**Assault method:** Blunt instrument
**Instrument description:** Struck the vehicle window with a hammer
**Acquisition type:** Seized from arresting officer
**Concealment type:** Carried at ready

---

**Assault method:** Physically w/o weapon
**Describe physical assault:** Pushing Agents

---

**Assault method:** Physically w/o weapon
**Describe physical assault:** Kicked BPA Ramirez in the Groin

---

**Assault method:** Physically w/o weapon
**Describe physical assault:** Swinging hands at BPA Martinez

---

**Was this subject arrested / taken into custody?** ⊗ Yes    No
**Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency
**Was an administrative action initiated for this subject by CBP?**    Yes ⊗ No
**Was prosecution sought against this subject?** ⊗ Yes    No
**Prosecution By:**    CBP ⊗ Other federal agency    State agency    Local agency
**Was this subject injured or claiming to be injured?**    Yes ⊗ No    Unknown

---

## ASSAULTS: 26

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---------|------------------------|---------------------------------------------------|---|-------------------------------------------|
| MORALES, CASSANDRA | Blunt instrument - Struck the vehicle window with a hammer | HAMILTON, ANDREW J. | ⊗ Yes    No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE | ⊗ Yes    No | Not injured in this incident |

CHC v. Noem

| | | JAMES | | | |
|---|---|---|---|---|---|
| | | DILMORE, THOMAS J. | ⊗ Yes | No | Not injured in this incident |
| | | HUJING, CORY L. | ⊗ Yes | No | Not injured in this incident |
| | | RAMIREZ, ROBERTO M. | ⊗ Yes | No | Not injured in this incident |
| | | WRIGHT, MATT | ⊗ Yes | No | Not injured in this incident |
| MORALES, CASSANDRA | Physically w/o weapon - Pushing Agents | HAMILTON, ANDREW J. | ⊗ Yes | No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes | No | Not injured in this incident |
| | | DILMORE, THOMAS J. | ⊗ Yes | No | Not injured in this incident |
| | | HUJING, CORY L. | ⊗ Yes | No | Not injured in this incident |
| | | RAMIREZ, ROBERTO M. | ⊗ Yes | No | Not injured in this incident |
| | | WRIGHT, MATT | ⊗ Yes | No | Not injured in this incident |
| MORALES, GUADALUPE | Blunt instrument - Struck the vehicle window with a hammer | HAMILTON, ANDREW J. | ⊗ Yes | No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes | No | Not injured in this incident |
| | | DILMORE, THOMAS J. | ⊗ Yes | No | Not injured in this incident |
| | | HUJING, CORY L. | ⊗ Yes | No | Not injured in this incident |
| | | RAMIREZ, ROBERTO M. | ⊗ Yes | No | Not injured in this incident |
| | | WRIGHT, MATT | ⊗ Yes | No | Not injured in this incident |
| MORALES, GUADALUPE | Physically w/o weapon - Pushing Agents | HAMILTON, ANDREW J. | ⊗ Yes | No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes | No | Not injured in this incident |
| | | DILMORE, THOMAS J. | ⊗ Yes | No | Not injured in this incident |
| | | HUJING, CORY L. | ⊗ Yes | No | Not injured in this incident |
| | | RAMIREZ, ROBERTO M. | ⊗ Yes | No | Not injured in this incident |
| | | WRIGHT, MATT | ⊗ Yes | No | Not injured in this incident |
| MORALES, GUADALUPE | Physically w/o weapon - Kicked BPA Ramirez in the Groin | HAMILTON, ANDREW J. | Yes ⊗ No | | Not injured in this incident |
| | | | | | Not injured in this |

CHC v. Noem
CBP001525

| | | | | incident |
|---|---|---|---|---|
| | | MARTINEZ GERARDO, JESSE JAMES | Yes ⊗ No | |
| | | DILMORE, THOMAS J. | Yes ⊗ No | Not injured in this incident |
| | | HUJING, CORY L. | Yes ⊗ No | Not injured in this incident |
| | | RAMIREZ, ROBERTO M. | ⊗ Yes   No | Not injured in this incident |
| | | WRIGHT, MATT | Yes ⊗ No | Not injured in this incident |
| MORALES, GUADALUPE | Physically w/o weapon - Swinging hands at BPA Martinez | HAMILTON, ANDREW J. | Yes ⊗ No | Not injured in this incident |
| | | MARTINEZ GERARDO, JESSE JAMES | ⊗ Yes   No | Not injured in this incident |
| | | DILMORE, THOMAS J. | Yes ⊗ No | Not injured in this incident |
| | | HUJING, CORY L. | Yes ⊗ No | Not injured in this incident |
| | | RAMIREZ, ROBERTO M. | Yes ⊗ No | Not injured in this incident |
| | | WRIGHT, MATT | Yes ⊗ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

**Did this incident result in collateral property damage?**     Yes  ⊗ No

**Did this incident result in collateral injury to a bystander?** ⊗ Yes     No

**Name:**  JUAN MONDRAGON-VILLEGAS

    **Gender:**  Male

    **Describe the cause of the injury:**  Injury to Face and Eyes from Broken Glass from the Window

    **Injury information:**

        **Injury type:**  Moderate injuries (treated and released by a medical facility or will seek future treatment)

        **Injury Comment:**  Had glass shatter onto his face and into his eyes from the window

    **Refused medical attention?**     Yes  ⊗ No

    **Received treatment?**  ⊗ Yes     No

    **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | ⊠ Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | Arms/hands |
| Front legs/feet | Rear legs |

    **Medical treatment information:**

        **Received EMS treatment prior to/in lieu of treatment at a facility?**     Yes  ⊗ No

        **Facility name:**  Mount Sinai Hospital

        **Street address:**  1500 S Fairfield Ave

        **City:**  Chicago

    **State:**  ILLINOIS      **Zip:**  60608

CHC v. Noem

CBP001526

Phone type: Main     Phone: 773-542-2000     Phone extension:

## WITNESSES: 0

## NARRATIVE

**Narrative of DILMORE, THOMAS J.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 6, 2025, I, Border Patrol Agent Thomas Dilmore, was assigned to Operation Midway Blitz in Chicago, IL as a member of the Quick Reaction Force (QRF) for [ LEP ]. My permanent duty location is the El Paso Sector Special Operations Detachment BORTAC unit.

On this day, my team was assigned to roving patrol operations in the Little Village neighborhood on the southwest side of Chicago. I departed the Office of Field Operations office at 5600 Pearl St at approximately 0800 hrs. I was wearing my assigned multi-cam Border Patrol uniform to include plate carrier and all required identifying patches. In my rental vehicle (white Ford Expedition) was myself, Border Patrol Agent (BPA) Cory Hujing, Supervisory Border Patrol Agent (SBPA) Roberto Ramirez, and Bureau of Prisons Officer Ferronte Williams. We were assigned to follow strike team members driving a dark red Jeep Wagoneer. I was assigned as driver.

At approximately 0920 hrs., strike team agents began a consensual encounter with multiple subjects on S. Kildare Street. Almost immediately, two female subjects became increasingly upset with agents making contact. I began recording the encounter with my government issued cell phone due to being in a vehicle and my body worn camera not having an angle to view the encounter over the steering wheel. In that video, a female wearing a bright orange sweatshirt can be seen repeatedly impeding and physically contacting the agents on foot by pushing and continuously placing her body in their path of motion. An additional female in a grey sweatshirt is also seen making physical contact with, and impeding agents on scene by pushing and blocking the path of agents on foot. Agents placed one male subject under arrest for being illegally present in the United States during this encounter. While this encounter only lasted a few minutes, multiple vehicles arrived behind us and began honking horns and yelling at the agents on scene. As both vehicles were leaving the scene, the female in an orange sweatshirt retrieved a hammer from the van and used it to strike the red Wagoneer, breaking the rear drivers side window. The previously mentioned female in grey struck the white Expedition with a different object leaving a significant dent on the rear driver's side door.

Due to the tight nature of the street, and the growing crowd behind us, agents in both vehicles continued driving down the street and circled the block to come back to where the subjects were. Agents from both vehicles disembarked and approached the two female subjects who immediately became combative. During this encounter, the previously arrested male subject fled the Wagoneer and absconded away from the scene. I remained with the vehicle during the encounter as I am the assigned driver and a crowd was forming behind us. Both subjects were eventually placed under arrest. I motioned for agents to bring the subject in grey back to my vehicle for transport as the Wagoneer was close to maximum capacity. Both subjects were then transported to the Federal Bureau of Investigation Chicago Field Office for further investigation and questioning regarding their assault on Federal Agents.

At no time did I have any direct contact with or use any force against the subjects in custody.

CHC v. Noem
CBP001527

My assigned Body Worn Camera was on and active during the second encounter with the subjects and can be referenced by serial number LES

**Narrative of HUJING, CORY L.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

I, Border Patrol Agent Cory Hujing, am a BORTAC Operator with the El Paso Sector Special Operations Detachment. On November 6, 2025, I was assigned to a Quick Reaction Force Team for enforcement operations in Little Village, Chicago, Illinois. My uniform for the day was the BORTAC Multi-Cam uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

We began our day at 0700 at the OFO building in Chicago, Illinois. My Team consisted of Supervisory Border Patrol Agent Roberto Ramirez, Border Patrol Agent Tom Dilmore and BOP officer Ferronte Williams. At approximately 0922 we arrived at South Kildare Street to assist the strike team who had just exited their vehicle. I exited the vehicle to assist the strike team agents with multiple subjects that were interfering with the agents attempting to perform their duties. I noticed agents were talking to an uncooperative male subject in a van. I stood next to the van and advised a female subject that she could be arrested for impeding officers. While I was speaking to her, the male subject attempted to abscond from the van. I grabbed ahold of him and was knocked to the ground. I maintained a grip on the subject's arms and was able to handcuff him with the assistance of Border Patrol Agents from the strike team. I walked the handcuffed subject to the strike team's vehicle and placed him in the rear seat. At approximately 0922 I got back to the QRF vehicle, and we started to depart. As we began to depart, two female subjects, one in an orange shirt and one in a grey shirt, that had been impeding officers, began hitting the window of the strike team vehicle with a hammer multiple times causing it to shatter. The female in the orange shirt then hit the side of our QRF vehicle with a hammer as we drove by. We then drove around the block and returned to the same location where the assault took place, to arrest both female individuals. I got out of the QRF vehicle and assisted strike team agents with the arrest of the female in the orange shirt as she was resisting. I helped walk her to the vehicle where she assaulted SBPA Roberto Ramirez by kicking him while inside the vehicle. The female in the grey shirt was apprehended by several other agents and placed in our QRF vehicle.

No intermediate force was used by me or other agents on scene. No agents were injured. Both females were then transported to the FBI building at 2111 W Roosevelt Rd, Chicago, IL. for assault on federal agents. SBPA Ramirez notified the TOC of the situation at approximately 0953. These incidents were capture on my body worn camera and assigned evidence serial LES

**Narrative of RAMIREZ, ROBERTO M.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

CHC v. Noem

CBP001528

On November 6, 2025, I, Special Operations Supervisor (SOS) Roberto Ramirez, as part of the El Paso, TX BORTAC Special Operations Detachment (SOD/BORTAC), was deployed to Chicago, Illinois, as part of a multi-agency response to support Operation Midway Blitz . My role was to ensure Border Patrol Agents (BPAs) were out of harm's way while performing their duties. At approximately 0918 a.m., BPAs were in the process of effecting an arrest at S. Kildare Avenue, Chicago, Illinois 60623, when they were assaulted. I was in a rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

I was riding inside a vehicle (White FORD Expedition) behind the strike team vehicle (Red Wagoneer) that contained BPAs, along with other BORTAC agents from EPT SOD and one Bureau of Prisons (BOP) officer. During the arrest mentioned above, two females actively impeded the operation by attempting to prevent agents from completing the arrest. I verbally instructed one of the females, who was wearing a bright orange top and gray sweatpants, to stop impeding operations. Despite the warning, she continued to push me and arresting agents away. Two subjects were arrested and loaded into the Red Wagoneer vehicle.

At approximately 0922 a.m., as the two vehicles were driving away from the location, the two females grabbed hammers and began striking the BPA, red Wagoner vehicle. One female, wearing a gray sweater, left her hammer embedded in the back window on the driver's side of the Wagoneer vehicle. The other female, wearing a bright orange top, struck our Quick Response Force (QRF) vehicle with her hammer, damaging the rear driver-side door.

At approximately 0924 a.m., we returned to the arrest location to effect an arrest on the two females for assaulting federal agents and damaging federal property. During the arrest of the female wearing the bright orange top, she assaulted me by kicking me in the groin area as I was assisting her to stand up to take her into the vehicle.  During the arrest of the two females, one of the previously arrested subjects escaped from the BPA vehicle while handcuffed. At approximately 0926 a.m., we left the area with one male and two females in custody and proceeded to the FBI building located at 2111 W Roosevelt Rd, Chicago, IL 60608 so that both females could be interviewed for assault on a federal agent.

I activated my Body-Worn Camera (Evidence ID **LES** ) prior to exiting the vehicle during the initial approach. No intermediate use of force was utilized during the arrest of the subjects. I notified Operations Supervisor Horner at the command center of the situation at approximately 9:53 a.m. The incident resulted in the assault of federal agents, damage to federal property, and the escape of one subject in custody.

**Narrative of HAMILTON, ANDREW J.**
I, Supervisory Border Patrol Agent (SBPA) Andrew J. Hamilton of the Rio Grande Valley Sector, Rio Grande City Station, while working Operation Midway Blitz on November 6, 2025, in the Little Village Area of Responsibility (AOR) in Chicago, Illinois was involved in a Use of Force (UOF) incident.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

Due to the nature of the subjects clothing and the aforementioned information, the subjects fit the description of an illegal alien that may be present in the United States. At approximately 09:30 a.m. I noticed a small work crew consisting of subjects dressed as day laborers as I was driving on Kildare Avenue. As I drove and stopped, Border Patrol Agent (BPA), Jesse Martinez and Matthew Wright, and Bureau of Prison (BOP) Officer Jon Privett exited the vehicle and approached the subjects on foot. All subjects reacted in a very nervous manner. One male subject, who was never identified, reacted nervously by looking around for an egress route while in the back of a work van with the rear and passenger side doors open. Once approached, the unknown subject attempted to abscond from the BPAs. I noticed that BPAs Martinez and Wright were being confronted by two female subjects. I then exited the vehicle to assist. It was moments later that I observed the male subject in the back of the van jump out of the passenger side. I then noticed the male subject attempt to abscond and fight with our Quick Reaction Force (QRF) which consisted of El Paso (EPT) BORTAC.

CHC v. Noem    Print Date: 2025-11-12    CBP001529

I approached the male subject and the EPT BORTAC agent and assisted in effecting the arrest. Once secured in handcuffs the male subject was escorted to the back of our red Jeep Wagoneer. BPA Martinez placed the male subject in the back (third row), handcuffed behind the back and seat belted in. Simultaneously BPA Martinez was securing the male subject, I had entered the driver seat to clear the area. It was then that BPA Martinez yelled out, "they are breaking the windows!" I then heard the strikes to the side of the vehicle and then the glass shattering. It shall be noted that at this time, I was also transporting one (1) illegal alien, which we had arrested earlier in the day from a prior event. BPA Martinez was struggling to secure the male subject because the subject was resisting. Once the male subject was secured, and BPA Martinez, Wright, and BOP Privett were in the vehicle I attempted to clear the area.

Once it was confirmed that the window had been broken (the hammer was stuck in the glass), I, and our QRF circled back to the scene to arrest the two female subjects that had assaulted us. Once on scene, I, as well as all law enforcement personnel exited the vehicle to effect the arrests. As I was securing one of the female subjects (later identified as MORALES, Cassandra), I heard yelling from an unknown BPA. I looked up to see BPA Wright running on Kildare Ave. after the handcuffed male subject. It was at this time that I realized we had had an escape. As I noticed this, I heard one of the females (later identified as MORALES, Guadalupe) subjects yelling "correle!" It was then that the female subject was secured in the vehicle between BPA Martinez and BOP Officer Privett. I made sure that all personnel were in the vehicle with the detainees and then attempted to find the male subject that had fled. Due to the nature of the situation our vehicle was being followed by multiple vehicles. I then decided, due to the safety of all occupants of the vehicle, to clear the area. I did so in a hasty manner and promptly relayed the situation to Supervisory Border Patrol Agent Gerald Gravelle.

SBPA Gravelle then promptly notified the Tactical Operations Center (TOC) of the ongoing situation. While the appropriate notifications were being made, I made sure to ask all of my team if they had any injuries. I then drove to the Federal Bureau of Investigation (FBI) building. Once at the FBI, I parked and took pictures of the hammer that was stuck in the window. The team then transferred the female subject to the FBI Special Agents.

I was then notified that my one (1) illegal alien that we had been transporting was injured by the glass dust that had entered his eye. At this time, I assisted with flushing his eyes. The subject at the time stated he was alright; however, it shall be noted I requested the subject should be seen by a hospital due to his further complaints of having something in this eye. I then made the appropriate notifications, and the male subject was transported to the hospital by Border Patrol staff. In between treating the subjects, I, as well as my team made statements to the FBI Special Agents.

This incident was not documented on my Body Warn Camera (BWC) due to me not having it on my person while I was driving.

**Narrative of WRIGHT, MATT**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

I have been employed as a Border Patrol Agent for approximately 15 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies who share past experience and current knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several smuggling events and arrested and interviewed hundreds of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities.

On November 6, 2025, I, Border Patrol Agent Matthew Wright was assigned to Strike Team 7 in vehicle number 2 (Jeep Wagoneer, red in color) in Operation Midway Blitz Chicago. My team members in the vehicle consisted of myself in the front passenger seat, Supervisory Border Patrol Agent Andrew Hamiliton in the front driver's seat, Border Patrol Agent Jesse Martinez in the second-row seat behind the driver's side seat, and Bureau of Prisons (BOP) [PII] in the second-row passenger side

CHC v. Noem

LES #25925

LES

seat. Our assigned area for the day was in and around Little Village in Chicago, Illinois.

Our team was conducting operations with one subject in custody who was illegally present in the United States, MONDRAGON-Villegas, Juan, who was in the back of our vehicle. MONDRAGON-Villegas, Juan was secured and riding in the third row. While on patrol our team spotted a white van with what appeared to be a construction crew of at least four people moving materials at approximately 9:30 a.m. An encounter was initiated attempting to make contact will all the subjects within the crew.

Upon exiting our vehicle one subject with a woman's voice started shouting, "fuck you, I hate you all, stop it!" A male immediately ran toward the side of a house and disappeared. Another male was in the white work van wearing blue jeans and shifting side to side which appear like he was attempting to run but did not know where to go. Both doors in the back of the white work van were open and the sliding door was open with various tools and wood boards laying around the van. One Quick Reaction Force (QRF) member was guarding the sliding door, and two agents were standing near back of the door of the white work van. The subject in blue jeans jumped out the vehicle on the sliding door side and a QRF member stopped the subject while a woman in a gray type of clothing was attempting to get in the way of the arrest by using her body as a shield. This Subject was then taken into a prone position and placed under arrest with metal handcuffs and then placed into my team's vehicle by a QRF member in the second-row passenger side seat (His hands were handcuffed behind his back).

While pulling away from the scene the blue jeans' subject was moved to the center seat in the second row and people were yelling and screaming from all sides of our vehicle. When all team members were accounted for, I heard loud noises coming from the back of our vehicle resulting in a smashed/cracked third row driver side window where MONDRAGON-Villegas, Juan, was seated.

After driving away, it was determined that a hammer was used to break the window, and the hammer was still lodged in the window. Once we were out of the immediate area SBPA Hamilton asked if we wanted to return to the area to arrest the subjects involved in the assault on our vehicle. I believe I heard BPA Martinez state "Yes," since it was an assault. SBPA Hamilton then made the decision to return to the scene of the incident to effect the arrest of the two females that had assaulted our vehicle. After driving around, the block with our QRF team following and all team members present with two (2) illegal aliens in the vehicle, we returned to the location of the first encounter with the white work van.

Immediately the two women who assaulted the vehicle started yelling. I exited the vehicle and went around to encounter the two women on the other side of our vehicle. One woman wearing gray clothing was being taken to the ground and placed under arrest near the back of the white work van. I immediately threw a gardening pitchfork in the back of the van due to it being so close to the woman wearing the gray clothing. At the same time multiple agents encountered a woman with what I believed was a pink top (later identified as an orange top shirt) and placing her under arrest. I remember opening the drivers second row door and a QRF member and an agent placing the woman in the orange top in our vehicle. I turned to go around the vehicle and heard people yelling "Run!" I saw the subject in blue jeans that was placed under arrest running down the street approximately 50 to 75 yards away with his arms behind his back. I did not see which door the subject in blue jeans exited the vehicle. I immediately ran to stop the subject but stopped after approximately 50 yards due to safety concerns with people beeping, videoing and yelling at me and our team members before a crowd started to form. I saw a QRF member (later identified as a BOP officer) running down the sidewalk but advised him to stop due to the situation rapidly becoming unsafe.

Our team immediately left the area for the FBI building at 2111 W. Roosevelt Road, Chicago, IL. with subjects MONDRAGON-Villegas, Juan and the woman with the orange top shirt. We were then tailed by a vehicle. I do not recall the make or model or color. I attempted to state the last known location of the escape subject in blue jeans and stated it was Ridgeway and 16th street. A search was conducted in the area by other team vehicles and QRF vehicles with no results. Later the location was identified as Kildare Avenue and W 28th Street.

While driving, Mondragon-Villegas, Juan was complaining of window glass dust that entered one of his eyes from the window being smashed earlier. Subject issues were addressed at the FBI building. We entered the FBI building at an unknown time to me and the subject with the orange top shirt was secured by FBI.

During both encounters with the white work van my body camera was used and turned on for the arrests with evidence number

**Narrative of MARTINEZ GERARDO, JESSE JAMES**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 06, 2025, I, Border Patrol Agent (BPA) Jesse Martinez, was conducting roving patrol duties in Chicago, IL in support of Operation Midway Blitz, a multi-agency, Customs and Border Protection led operation, that enforces Title 8 immigration laws in and around Chicago. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for approximately 4 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies who share past experience and current knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On November 6, 2025, at approximately 9:20 AM, Strike Team 7 was conducting immigration inspections in the vicinity of Little Village, Illinois. I was riding in a red Jeep Wagoneer and was in full rough-duty uniform, displaying my agency-approved Border Patrol badges and insignia.

Prior to the incident, there was already one individual in custody seated in the third-row seat of the Jeep Wagoneer.

I exited the red Jeep Wagoneer to approach a nearby work crew. Upon exiting the vehicle, I announced myself as U.S Border Patrol, a female wearing a bright orange long-sleeve shirt began yelling, "¡La Migra, corran! ¡La Migra! ¡Victor, corre!" Immediately after, a male subject looked in my direction and began running toward the rear of a work van. I made contact with the subject and briefly held onto his left ankle before he managed to pull away.

As I moved toward the rear of the work van from the outside, two females began pushing and shoving, attempting to prevent us from detaining the male subject. I instructed the female in the orange long sleeve to step back and not to touch or push me while we were attempting to apprehend the subject. The male subject then ran through the side door of the work van, where he was subsequently apprehended and escorted to the government rental red Jeep Wagoneer.

Shortly after, the two females became increasingly aggressive, pushing again and yelling hostile statements, including that they hoped I would die and wished me a slow death. I re-entered the Jeep Wagoneer and took a seat in the second row seat behind the driver. The detained male subject was being non-compliant, so I turned around and instructed him to stop his behavior.

Moments later, I observed the female in the orange long-sleeve shirt strike the rear driver-side window of the Jeep Wagoneer with a hammer. I heard two impacts on the rear window located behind the second-row seats, near where the first arrestee was seated. I immediately yelled out that she was breaking the window. I then observed three additional strikes to the same window, while the arrestee attempted to shield his left side of his face from the shattered glass.

Supervisory Border Patrol Agent Andrew Hamilton, who was driving the government rental Jeep Wagoneer, drove approximately half a block away from the immediate area. We then turned around and returned to detain the female who had struck the vehicle.

Upon exiting the vehicle, I approached the female suspect, who began swinging her hands toward my face. During the struggle, we both ended up on the ground. When I stood up, I observed two BORTAC agents restraining the female and attempting to

CHC v. Noem

CBP001532

secure her wrists for handcuffing. I assisted in placing the handcuffs on her and helped her back to her feet before escorting her to the government vehicle.

While I was placing her in the vehicle, she yelled, "¡Córrele, Victor! ¡Corre! Y'all fucked up!" I then observed a male subject running away from the Jeep Wagoneer with his hands behind his back. I looked toward the third-row seat and confirmed that only one male subject remained in custody — indicating that the other male had escaped.

The female subject in the orange long sleeve was transported to the FBI building for further investigation.

While at the FBI building, I began to experience pain in my left knee. During the arrest of the female subject, I went down on to my knees, which caused swelling and bruising to my left knee.

This encounter and arrest was recorded on my Incident\Video Recording device, evidence tag: **LES**

## FILE ATTACHMENTS

**File names:**
    Hammer to Window 1.png
    Hammer to Window 2.png
    Hammer to Window 3.png
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|-----|------|----------|
| Submitted | FICK, SHANNON M. | 11/10/2025 18:04 | |
| Approved | HEWSON, KRISTOPHER M. | 11/10/2025 18:06 | |

CHC v. Noem

Print Date: 2025-11-12

CBP001533