

U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed     Active     Ready for review     Rejected     Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES 25622
**Title:** Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street (OFO)
**Shift start date/time:** 09/19/2025 05:00
**Shift end date/time:** 09/19/2025 23:59
**Type:** ☒ Assault against CBP personnel   ☒ Reportable use of force    FTY/Vehicle pursuit by a CBP employee
    Unintentional firearm discharge     Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes    No
    **CBP Reporting Organizations:**
       U.S. Border Patrol
       Air and Marine Operations
       ☒ Office of Field Operations Location: Office of Field Operations
**Created by:** CHEVALIER, JOSEPH H.        **Creation date/time:** 09/20/2025 15:53
**Last updated by:** ORNELAS, ERAZMO V.        **Last updated date/time:** 11/13/2025 15:59
**Reviewer:** ORNELAS, ERAZMO V        **Date reviewed:** 11/13/2025

## RELATED SYSTEMS: 14

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes    No

| IDVRS Evidence Serial Numbers: 14 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

CHC v. Noem        CBP001534

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | OFO |
| **Other involved organizations:** | |
| Other federal agency | ICE ERO SRT |

Were other CBP components/external agencies involved? ⊗ Yes      No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Chicago Field Operations
**Country/international waters:** United States of America
    **Address:**
      **Street:** 1930 Beach Street
      **City:** Broadview      **State:** ILLINOIS      **Zip:** 60155
**Incident coordinates:**
    **Latitude:** 41.86817
    **Longitude:** -87.86566
**Setting:**      Indoors   ⊗ Outdoors
    **Outdoor setting:** ⊗ On land      In water (standing or swimming)      On water (in vessel)      In the air
**Description of the premises/location:** Outside of the ICE ERO Facility Entrance Gate
**Environmental factors:**
    **Weather:** ☒ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
    **Illumination:**   Daylight ☒ Dark   Dawn ☒ Dusk   Good lighting ☒ Poor lighting   Night vision aided   Other
    **Estimated temperature (Fahrenheit):** 78

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ORNELAS, ERAZMO V | | Phone | 09/19/2025 |

**Other authorities notified (external to CBP):**      Federal      Tribal      State      Local      Foreign

## EMPLOYEES: 10

**Name:** SALAS, SHANE S.
    **Gender:** Male      **Age:** 45      **Height:** 5'6"      **Weight:** 185 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 03/12/2012
    **Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
    **Duty (or detail/TDY) location EOD:** 09/05/2025
    **Duty status at the time of the incident:** ⊗ On duty      Off duty
      **Activity:** Special Operations

    **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 20 years 4 months
      **CBP training previously received (not including basic academy training):**

        BPAIST          BORSTAR          BORTAC          DITP          DTI

CHC v. Noem

CBP001535

| | | | | |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

---

**Was SALAS, SHANE S. assaulted?** ⊗ Yes    No

---

**Did SALAS, SHANE S. use reportable force?** ⊗ Yes    No

    **Force type:** Other

    **Type of force:** Other force

    **Device description/comments:** Stingerball

    **Estimated use of force date/time (local):** 09/19/2025 19:45

    **Posture:** ☒ Standing    Kneeling    Prone    Other

    **Estimated distance:** 50 feet

    **Was this force type used again within the same shift (a break-in-the-action)?**    Yes    ⊗ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | Protect innocent 3rd party |
| ☒ Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

---

**Was SALAS, SHANE S. injured?**    Yes    ⊗ No

---

**Name:** GARZA JR, JORGE

    **Gender:** Male    **Age:** 36    **Height:** 6'4"    **Weight:** 240 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 10/07/2020

    **Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago

    **Duty (or detail/TDY) location EOD:** 09/05/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

    **Activity:** Special Operations

---

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 4 years 11 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

---

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

---

**Was GARZA JR, JORGE assaulted?** ⊗ Yes    No

---

**Did GARZA JR, JORGE use reportable force?** ⊗ Yes    No

    **Force type:** Less-lethal Device

    **Device:** PLS (PepperBall Launching System)

    **Device type:** PAVA (area saturation)

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☒ Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

    **Usage 1**

CHC v. Noem

CBP001536

**Estimated use of force date/time (local):** 09/19/2025 19:45
    **Posture:** ☒ Standing    Kneeling    Prone    Other
**Estimated distance:** 20 yards
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 4
    **Was this force type used again within the same shift (a break-in-the-action)?** ⊗ Yes    No

**Usage 2**
    **Estimated use of force date/time (local):** 09/19/2025 19:47
    **Posture:** ☒ Standing    Kneeling    Prone    Other
**Estimated distance:** 20 yards
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 4
    **Was this force type used again within the same shift (a break-in-the-action)?**    Yes    ⊗ No

---

**Was GARZA JR, JORGE injured?**    Yes    ⊗ No

**Name:** AGUIRRE JR, LUIS A.

**Gender:** Male    **Age:** 24    **Height:** 6'0"    **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/26/2023
**Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Special Operations

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 1 years 9 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was AGUIRRE JR, LUIS A. assaulted?** ⊗ Yes    No

**Did AGUIRRE JR, LUIS A. use reportable force?** ⊗ Yes    No
    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** PAVA (area saturation)
    **Reason(s) for this use of force:**

    ☒ Protect self    ☒ Protect co-worker    Protect innocent 3rd party
    ☒ Protect non-CBP officer/agent    ☒ Effect an arrest or detention    Prevent escape
    ☒ Overcome resistance    Stop vehicle    Vessel failure to heave to
    Animal euthanization    Other

**Usage 1**
    **Estimated use of force date/time (local):** 09/19/2025 18:45
    **Posture:** ☒ Standing    Kneeling    Prone    Other
**Estimated distance:** 5 yards
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 2
    **Was this force type used again within the same shift (a break-in-the-action)?** ⊗ Yes    No

**Usage 2**
    **Estimated use of force date/time (local):** 09/19/2025 18:50

CHC v. Noem    CBP001537

Posture: ☒ Standing    Kneeling    Prone    Other
**Estimated distance:** 5 yards
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 4
**Was this force type used again within the same shift (a break-in-the-action)?** ☒ Yes    No

Usage 3
**Estimated use of force date/time (local):** 09/19/2025 19:40
Posture: ☒ Standing    Kneeling    Prone    Other
**Estimated distance:** 15 yards
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 5
**Was this force type used again within the same shift (a break-in-the-action)?** ☒ Yes    No

Usage 4
**Estimated use of force date/time (local):** 09/19/2025 19:50
Posture: ☒ Standing    Kneeling    Prone    Other
**Estimated distance:** 15 yards
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 4
**Was this force type used again within the same shift (a break-in-the-action)?** Yes    ☒ No

---

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** Kinetic impact
**Estimated use of force date/time (local):** 09/19/2025 18:52
Posture: ☒ Standing    Kneeling    Prone    Other
**Estimated distance:** 10 feet
**Approximately how many volleys did you deploy?** 1
**Approximately how many projectiles did you deploy?** 4
**Was this force type used again within the same shift (a break-in-the-action)?** Yes    ☒ No
**Reason(s) for this use of force:**

|  |  |  |
|---|---|---|
| Protect self | ☒ Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | ☒ Effect an arrest or detention | Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other |  |

---

**Was AGUIRRE JR, LUIS A. injured?** Yes    ☒ No

---

**Name:** ESPINOZA, MOSES E.
**Gender:** Male    **Age:** 40    **Height:** 5'8"    **Weight:** 199 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 12/10/2007
**Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ☒ On duty    Off duty
**Activity:** Special Operations

---

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 17 years 9 months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | ☒ Other |

**List of other training:** CNLDD, Hand Thrown Chems, and Active Shooter

---

**Wearing body armor?** ☒ Yes    No

CHC v. Noem

Attire: ⊗ Uniform    Plain clothes

**Was ESPINOZA, MOSES E. assaulted?** ⊗ Yes    No

**Did ESPINOZA, MOSES E. use reportable force?** ⊗ Yes    No

     **Force type:** Less-lethal Device
     **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
     **Device type:** Hand-Thrown Munitions - Chemical
     **Munition type:** Triple Chaser CS Canister
     **Device description/comments:** Triple Chaser CS / Hand Thrown
     **Estimated use of force date/time (local):** 09/19/2025 19:45
     **Posture:** ☒ Standing    Kneeling    Prone    Other
     **Estimated distance:** 25 feet
     **Approximately how many munitions did you deploy?** 1
     **Collateral contamination occurred:** Yes    No ⊗ Unknown    Not applicable
     **Was this force type used again within the same shift (a break-in-the-action)?** Yes ⊗ No
     **Reason(s) for this use of force:**

         ☒ Protect self      ☒ Protect co-worker      ☒ Protect innocent 3rd party
         ☒ Protect non-CBP officer/agent      Effect an arrest or detention      Prevent escape
         ☒ Overcome resistance      Stop vehicle      Vessel failure to heave to
         Animal euthanization      Other

**Was ESPINOZA, MOSES E. injured?** Yes ⊗ No

---

**Name:** FORTE, EDUARDO J.

     **Gender:** Male    **Age:** 34    **Height:** 5'2"    **Weight:** 170 pounds
     **CBP employee series or role:** Officer/Agent
     **Service EOD:** 02/25/2020
     **Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
     **Duty (or detail/TDY) location EOD:** 09/05/2025
     **Duty status at the time of the incident:** ⊗ On duty    Off duty
         **Activity:** Special Operations

     **Armed law enforcement experience:**
         **Total law enforcement experience at the time of the incident:** 5 years 0 months
         **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

     **Wearing body armor?** ⊗ Yes    No
     **Attire:** ⊗ Uniform    Plain clothes

**Was FORTE, EDUARDO J. assaulted?** ⊗ Yes    No

**Did FORTE, EDUARDO J. use reportable force?** Yes ⊗ No

**Was FORTE, EDUARDO J. injured?** Yes ⊗ No

---

**Name:** WAY, HUNTER L.

     **Gender:** Male    **Age:** 27    **Height:** 5'11"    **Weight:** 200 pounds
     **CBP employee series or role:** Officer/Agent
     **Service EOD:** 12/05/2019
     **Duty location or detail/TDY location during the incident:** Office of Field Operations / Detroit Field Operations
     **Duty (or detail/TDY) location EOD:** 09/05/2025
     **Duty status at the time of the incident:** ⊗ On duty    Off duty
         **Activity:** Special Operations

CHC v. Noem

CBP001539

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 7 years 2 months

**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | ☒ Other |

**List of other training:** Active Shooter

**Wearing body armor?** ☒ Yes   No

**Attire:** ☒ Uniform   Plain clothes

**Was WAY, HUNTER L. assaulted?**   Yes  ☒ No

**Did WAY, HUNTER L. use reportable force?**   Yes  ☒ No

**Was WAY, HUNTER L. injured?**   Yes  ☒ No

---

**Name:** GUZMAN, JCLEE B.

**Gender:** Male   **Age:** 33   **Height:** 5'10"   **Weight:** 185 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 06/08/2015

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Laredo Field Operations

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ☒ On duty   Off duty

**Activity:** Special Operations

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 10 years 0 months

**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No

**Attire:** ☒ Uniform   Plain clothes

**Was GUZMAN, JCLEE B. assaulted?**   Yes  ☒ No

**Did GUZMAN, JCLEE B. use reportable force?**   Yes  ☒ No

**Was GUZMAN, JCLEE B. injured?**   Yes  ☒ No

---

**Name:** PIZARRO, ALEXIS I.

**Gender:** Male   **Age:** 37   **Height:** 5'9"   **Weight:** 185 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 04/03/2016

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Laredo Field Operations

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ☒ On duty   Off duty

**Activity:** Special Operations

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 11 years 0 months

**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

CHC v. Noem

CBP001540

| | | |
|---|---|---|
| **Wearing body armor?** ⊗ Yes | No | |
| **Attire:** ⊗ Uniform | Plain clothes | |

**Was PIZARRO, ALEXIS I. assaulted?** ⊗ Yes     No

**Did PIZARRO, ALEXIS I. use reportable force?**     Yes  ⊗ No

**Was PIZARRO, ALEXIS I. injured?**     Yes  ⊗ No

**Name:** PRINCE, JOSHUAH G.

**Gender:** Male     **Age:** 29     **Height:** 6'1"     **Weight:** 210 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 04/05/2021

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Houston Field Operations

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty     Off duty

**Activity:** Special Operations

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 4 years 6 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

| | | |
|---|---|---|
| **Wearing body armor?** ⊗ Yes | No | |
| **Attire:** ⊗ Uniform | Plain clothes | |

**Was PRINCE, JOSHUAH G. assaulted?**     Yes  ⊗ No

**Did PRINCE, JOSHUAH G. use reportable force?**     Yes  ⊗ No

**Was PRINCE, JOSHUAH G. injured?**     Yes  ⊗ No

**Name:** HOGAN, WESTON

**Gender:** Male     **Age:** 29     **Height:** 6'2"     **Weight:** 195 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 07/27/2020

**Duty location or detail/TDY location during the incident:** Tucson Field Operations / Nogales

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty     Off duty

**Activity:** Special Operations

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 5 years 0 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | ☒ Other |

**List of other training:** CM,MRZR

| | | |
|---|---|---|
| **Wearing body armor?** ⊗ Yes | No | |
| **Attire:** ⊗ Uniform | Plain clothes | |

**Was HOGAN, WESTON assaulted?**     Yes  ⊗ No

**Did HOGAN, WESTON use reportable force?**     Yes  ⊗ No

**Was HOGAN, WESTON injured?**

CHC v. Noem                                                      CBP001541

Yes ⊗ No

## SUBJECTS: 8

**Name:** MASS GROUP

    **Estimated number of individuals in the group:** 200

    **Group description (Composition, attire, etc.):** Approximately 200 or more individuals wearing civilian clothes / costumes. Individuals were carrying flags and signs in protest of ICE Activities in Chicago.

    **Was any member of this group wearing body armor?**    Yes    No ⊗ Unknown

    **Group activity:**

         Illegal entry

         ☒ Uncooperative during encounter/inspection

         Failure to yield/heave to

         Checkpoint runner

         Port runner

         Alien smuggling

         Narcotics smuggling

         Scouting

         Assault (rocks/other projectiles)

         Assault (all other types)

         ☒ Rioting/civil disturbance

         Mass coordinated entry

         No suspected illegal activity

         Other

    **Group's current location and disposition if known:** The group was still at the ICE ERO Facility when agents left.

    **Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes    No

        **Was any member of the group outside the US or its territories when committing the assault?**    Yes ⊗ No

        **Weapon(s)/type of assault:**

            **Assault method:** Rocking (rocks only)

            **Estimated assault date/time (local):** 09/19/2025 19:45

            **Assault method:** Fireworks

                **Description:** Commercial Grade Fireworks

            **Acquisition type:**

            **Concealment type:**

            **Estimated assault date/time (local):** 09/19/2025 19:45

            **Assault method:** Projectile (other than rock)

                **Projectile description:** potatoes, water bottles, spent munitions, other unknown objects

            **Estimated assault date/time (local):** 09/19/2025 19:45

    **Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes    No

        **Was any member of this group outside the US or its territories when this force was applied?**    Yes ⊗ No

**Name:** BUCHIE, NATANIEL

    **Gender:** Male     **Date of birth:** PII 1998     **Height:** 5'0" - 5'5"     **Weight:** 100 - 149 lbs

    **Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

    **Was the subject wearing body armor?**    Yes    No ⊗ Unknown

    **Immigration status:** Unknown

    **Country of citizenship:** Unknown

    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

    Yes ⊗ No

    **Subject's activity:**

Print Date: 2025-11-14

CHC v. Noem

CBP001542

Illegal entry

☒ Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

☒ Assault (rocks/other projectiles)

Assault (all other types)

☒ Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No

    **Weapon(s)/type of assault:**

        **Assault method:**  Other

        **Other method description:**  Unknown

        **Estimated assault date/time (local):**  09/19/2025 20:15

**Was reportable force used on this subject?**    Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    No

    **Arrested / taken into custody by:**    CBP  ⊗ Other federal agency    State agency    Local agency

    **Was prosecution sought against this subject?** ⊗ Yes    No

        **Prosecution By:**    CBP  ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes  ⊗ No    Unknown

**Name:**  CHAVEZ, HANNAH

**Gender:**  Female    **Date of birth** PII 1990    **Height:**  5'0" - 5'5"    **Weight:**  100 - 149 lbs

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    No  ⊗ Unknown

**Immigration status:**  Unknown

**Country of citizenship:**  Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes  ⊗ No

**Subject's activity:**

Illegal entry

☒ Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

☒ Assault (rocks/other projectiles)

Assault (all other types)

CHC v. Noem

CBP001543

☒ Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes   ⊗ No

    **Weapon(s)/type of assault:**

      **Assault method:** Other

      **Other method description:** Unknown

      **Estimated assault date/time (local):** 09/19/2025 20:15

**Was reportable force used on this subject?**    Yes   ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    No

    **Arrested / taken into custody by:**    CBP   ⊗ Other federal agency    State agency    Local agency

    **Was prosecution sought against this subject?** ⊗ Yes    No

      **Prosecution By:**    CBP   ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes   ⊗ No    Unknown

---

**Name:** RIOS, MARCOS

  **Gender:** Male      **Date of birth:** [ PII ]989      **Height:** 5'0" - 5'5"      **Weight:** 100 - 149 lbs

  **Attire:** ⊗ Civilian      Paramilitary      Police      Nude      Unknown

  **Was the subject wearing body armor?**    Yes    No   ⊗ Unknown

  **Immigration status:** Unknown

  **Country of citizenship:** Unknown

  **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

     Yes   ⊗ No

  **Subject's activity:**

       Illegal entry

       ☒ Uncooperative during encounter/inspection

       Failure to yield/heave to

       Checkpoint runner

       Port runner

       Alien smuggling

       Narcotics smuggling

       Scouting

       ☒ Assault (rocks/other projectiles)

       Assault (all other types)

       ☒ Rioting/civil disturbance

       Mass coordinated entry

       No suspected illegal activity

       Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes   ⊗ No

    **Weapon(s)/type of assault:**

      **Assault method:** Projectile (other than rock)

      **Projectile description:** Unknown "potato" size object

      **Estimated assault date/time (local):** 09/19/2025 20:15

CHC v. Noem

Was reportable force used on this subject?　　Yes　⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes　　No
　　Arrested / taken into custody by:　　CBP　⊗ Other federal agency　　State agency　　Local agency
　　**Was prosecution sought against this subject?** ⊗ Yes　　No
　　Prosecution By:　　CBP　⊗ Other federal agency　　State agency　　Local agency
**Was this subject injured or claiming to be injured?**　　Yes　⊗ No　　Unknown

Name:　MCKEEVER, HANNA
Gender:　Female　　Date of birth:　[PII] 2004　　Height:　5'0" - 5'5"　　Weight:　100 - 149 lbs
Attire:　⊗ Civilian　　Paramilitary　　Police　　Nude　　Unknown
**Was the subject wearing body armor?**　　Yes　　No ⊗ Unknown
Immigration status:　Unknown
Country of citizenship:　Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
　　Yes　⊗ No
**Subject's activity:**
　　　Illegal entry
　⊠ Uncooperative during encounter/inspection
　　　Failure to yield/heave to
　　　Checkpoint runner
　　　Port runner
　　　Alien smuggling
　　　Narcotics smuggling
　　　Scouting
　⊠ Assault (rocks/other projectiles)
　　　Assault (all other types)
　　　Rioting/civil disturbance
　　　Mass coordinated entry
　　　No suspected illegal activity
　　　Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ⊗ Yes　　No
　　**Was the subject outside the US or its territories when committing the assault?**　　Yes　⊗ No

　　Weapon(s)/type of assault:
　　　Assault method:　Other
　　　　Other method description:　unknown
　　　Estimated assault date/time (local):　09/19/2025 20:15
Was reportable force used on this subject?　　Yes　⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes　　No
　　Arrested / taken into custody by:　　CBP　⊗ Other federal agency　　State agency　　Local agency
　　**Was prosecution sought against this subject?** ⊗ Yes　　No
　　Prosecution By:　　CBP　⊗ Other federal agency　　State agency　　Local agency
**Was this subject injured or claiming to be injured?**　　Yes　⊗ No　　Unknown

Name:　REYES, ANTONIO
Gender:　Male　　Date of birth:　[PII] 2004　　Height:　5'0" - 5'5"　　Weight:　100 - 149 lbs
Attire:　⊗ Civilian　　Paramilitary　　Police　　Nude　　Unknown
**Was the subject wearing body armor?**

CHC v. Noem

CBP001545

Print Date: 2025-11-14

Yes    No    ⊗ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes    ⊗ No
**Subject's activity:**

        Illegal entry
    ☒ Uncooperative during encounter/inspection
        Failure to yield/heave to
        Checkpoint runner
        Port runner
        Alien smuggling
        Narcotics smuggling
        Scouting
    ☒ Assault (rocks/other projectiles)
    ☒ Assault (all other types)
    ☒ Rioting/civil disturbance
        Mass coordinated entry
        No suspected illegal activity
        Other

**Subject's current location and disposition if known:**  Subject, Antonio Reyes kicked SRTO Eduardo Forte on his leg.

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:**  Projectile (other than rock)
        **Projectile description:**  Potatoes
        **Estimated assault date/time (local):** 09/19/2025 22:00

        **Assault method:**  Physically w/o weapon
        **Describe physical assault:**  Kicking
        **Estimated assault date/time (local):** 09/19/2025 18:52

**Was reportable force used on this subject?** ⊗ Yes    No

    **Was the subject outside the US or its territories when this force was applied?**    Yes    ⊗ No

**Was the subject an occupant of a vehicle?**    Yes    ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    No
    **Arrested / taken into custody by:**    CBP    ⊗ Other federal agency    State agency    Local agency
    **Was prosecution sought against this subject?** ⊗ Yes    No
    **Prosecution By:**    CBP    ⊗ Other federal agency    State agency    Local agency
**Was this subject injured or claiming to be injured?**    Yes    ⊗ No    Unknown

**Name:**  WOLF, MAXWELL
  **Gender:** Unknown    **Date of birth:**  PII 001    **Height:**  5'0" - 5'5"    **Weight:** 100 - 149 lbs
  **Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown
**Was the subject wearing body armor?**    Yes    No    ⊗ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes    ⊗ No
**Subject's activity:**

CHC v. Noem

    Illegal entry

☒ Uncooperative during encounter/inspection

    Failure to yield/heave to

    Checkpoint runner

    Port runner

    Alien smuggling

    Narcotics smuggling

    Scouting

☒ Assault (rocks/other projectiles)

    Assault (all other types)

☒ Rioting/civil disturbance

    Mass coordinated entry

    No suspected illegal activity

    Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ⊗ Yes     No

    **Was the subject outside the US or its territories when committing the assault?**    Yes   ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Projectile (other than rock)
        **Projectile description:** Potatoes, bottles, fireworks
        **Estimated assault date/time (local):** 09/19/2025 22:00

**Was reportable force used on this subject?**    Yes   ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes     No

    **Arrested / taken into custody by:**    CBP   ⊗ Other federal agency    State agency    Local agency

    **Was prosecution sought against this subject?** ⊗ Yes     No

    **Prosecution By:**    CBP   ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes   ⊗ No    Unknown

**Name:** UNKNOWN-1

**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    No   ⊗ Unknown

**Immigration status:**

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
     Yes   ⊗ No

**Subject's activity:**

    Illegal entry

☒ Uncooperative during encounter/inspection

    Failure to yield/heave to

    Checkpoint runner

    Port runner

    Alien smuggling

    Narcotics smuggling

    Scouting

    Assault (rocks/other projectiles)

    Assault (all other types)

CHC v. Noem      CBP001547

☒ Rioting/civil disturbance

    Mass coordinated entry

    No suspected illegal activity

    Other

**Subject's current location and disposition if known:** Unknown subject went back into the crowd.

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No

**Weapon(s)/type of assault:**

    **Assault method:** Projectile (other than rock)

    **Projectile description:** Threw a bottle of liquid

    **Estimated assault date/time (local):** 09/19/2025 19:45

**Was reportable force used on this subject?** ⊗ Yes    No

    **Was the subject outside the US or its territories when this force was applied?**    Yes  ⊗ No

**Was the subject an occupant of a vehicle?**    Yes  ⊗ No

**Was this subject injured or claiming to be injured?**    Yes  ⊗ No    Unknown

## ASSAULTS: 61

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MASS GROUP | Rocking (rocks only) on 09/19/2025 19:45 | ESPINOZA, MOSES E. | ⊗ Yes  No | Not injured in this incident |
| | | SALAS, SHANE S. | ⊗ Yes  No | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes  No | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes  No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes  No | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes  No | Not injured in this incident |
| MASS GROUP | Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45 | ESPINOZA, MOSES E. | ⊗ Yes  No | Not injured in this incident |
| | | SALAS, SHANE S. | ⊗ Yes  No | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes  No | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes  No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes  No | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes  No | Not injured in this incident |
| MASS GROUP | Projectile (other than rock) - potatoes, water bottles, spent | ESPINOZA, MOSES E. | ⊗ Yes  No | Not injured in this incident |

CHC v. Noem    CBP001548

| | | | | | |
|---|---|---|---|---|---|
| | munitions, other unknown objects on 09/19/2025 19:45 | SALAS, SHANE S. | ⊗ Yes | No | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes | No | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes | No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes | No | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes | No | Not injured in this incident |
| BUCHIE, NATANIEL | Other assault method - Unknown on 09/19/2025 20:15 | ESPINOZA, MOSES E. | ⊗ Yes | No | Not injured in this incident |
| | | SALAS, SHANE S. | ⊗ Yes | No | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes | No | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes | No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes | No | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes | No | Not injured in this incident |
| CHAVEZ, HANNAH | Other assault method - Unknown on 09/19/2025 20:15 | ESPINOZA, MOSES E. | ⊗ Yes | No | Not injured in this incident |
| | | SALAS, SHANE S. | ⊗ Yes | No | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes | No | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes | No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes | No | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes | No | Not injured in this incident |
| RIOS, MARCOS | Projectile (other than rock) - Unknown "potato" size object on 09/19/2025 20:15 | SALAS, SHANE S. | ⊗ Yes | No | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes | No | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes | No | Not injured in this incident |
| | | ESPINOZA, MOSES E. | ⊗ Yes | No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes | No | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes | No | Not injured in this incident |
| MCKEEVER, HANNA | Other assault method - unknown on 09/19/2025 20:15 | ESPINOZA, MOSES E. | ⊗ Yes | No | Not injured in this incident |
| | | | | | Not injured in this |

CHC v. Noem

CBP001549

| | | | Injured | | |
|---|---|---|---|---|---|
| | | SALAS, SHANE S. | ⊗ Yes    No | | incident |
| | | GARZA JR, JORGE | ⊗ Yes    No | | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes    No | | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes    No | | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes    No | | Not injured in this incident |
| REYES, ANTONIO | Projectile (other than rock) - Potatoes on 09/19/2025 22:00 | ESPINOZA, MOSES E. | ⊗ Yes    No | | Not injured in this incident |
| | | SALAS, SHANE S. | ⊗ Yes    No | | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes    No | | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes    No | | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes    No | | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes    No | | Not injured in this incident |
| REYES, ANTONIO | Physically w/o weapon - Kicking on 09/19/2025 18:52 | SALAS, SHANE S. | Yes ⊗ No | | Not injured in this incident |
| | | GARZA JR, JORGE | Yes ⊗ No | | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | Yes ⊗ No | | Not injured in this incident |
| | | ESPINOZA, MOSES E. | Yes ⊗ No | | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes    No | | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | Yes ⊗ No | | Not injured in this incident |
| WOLF, MAXWELL | Projectile (other than rock) - Potatoes, bottles, fireworks on 09/19/2025 22:00 | ESPINOZA, MOSES E. | ⊗ Yes    No | | Not injured in this incident |
| | | SALAS, SHANE S. | ⊗ Yes    No | | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes    No | | Not injured in this incident |
| | | AGUIRRE JR, LUIS A. | ⊗ Yes    No | | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes    No | | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes    No | | Not injured in this incident |
| UNKNOWN-1 | Projectile (other than rock) - Threw a bottle of liquid on 09/19/2025 19:45 | SALAS, SHANE S. | ⊗ Yes    No | | Not injured in this incident |
| | | GARZA JR, JORGE | ⊗ Yes    No | | Not injured in this incident |

Print Date: 2025-11-14

CHC v. Noem

CBP001550

| | | AGUIRRE JR, LUIS A. | ⊗ Yes   No | Not injured in this incident |
| | | ESPINOZA, MOSES E. | ⊗ Yes   No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes   No | Not injured in this incident |
| | | PIZARRO, ALEXIS I. | ⊗ Yes   No | Not injured in this incident |

## USES OF FORCE: 11

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| SALAS, SHANE S. | Other force - Stingerball on 09/19/2025 19:45 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Projectile (other than rock) - potatoes, water bottles, spent munitions, other unknown objects on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes |
| GARZA JR, JORGE | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 19:45 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - potatoes, water bottles, spent munitions, other unknown objects on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| GARZA JR, JORGE | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 19:47 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - potatoes, water bottles, spent munitions, other unknown objects on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** UNKNOWN-1<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Threw a bottle of liquid on 09/19/2025 19:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

CHC v. Noem

CBP001551

| | | |
|---|---|---|
| AGUIRRE JR, LUIS A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 18:45 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/19/2025 19:45  - Yes**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45  - No**<br>**Projectile (other than rock) - potatoes, water bottles, spent munitions, other unknown objects on 09/19/2025 19:45  - Yes**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| AGUIRRE JR, LUIS A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 18:50 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/19/2025 19:45  - No**<br>**Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45  - No**<br>**Projectile (other than rock) - potatoes, water bottles, spent munitions, other unknown objects on 09/19/2025 19:45  - No**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| AGUIRRE JR, LUIS A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 19:40 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/19/2025 19:45  - Yes**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45  - Yes**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - potatoes, water bottles, spent munitions, other unknown objects on 09/19/2025 19:45  - Yes**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| AGUIRRE JR, LUIS A. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/19/2025 19:50 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/19/2025 19:45  - No**<br>**Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45  - No**<br>**Projectile (other than rock) - potatoes, water bottles, spent munitions, other unknown objects on 09/19/2025 19:45  - Yes**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** UNKNOWN-1<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Threw a bottle of liquid on 09/19/2025 19:45  - Yes**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| AGUIRRE JR, LUIS A. | PLS (PepperBall Launching System) - Kinetic impact on 09/19/2025 18:52 | **Subject:** REYES, ANTONIO<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) -  Potatoes on 09/19/2025 22:00  - No**<br>**Physically w/o weapon - Kicking on 09/19/2025 18:52  - Yes**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ESPINOZA, MOSES E. | LLSI-CM (Less-lethal Specialty Impact-Chemical | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/19/2025 19:45  - Yes** |

CHC v. Noem

CBP001552

| | Munitions) - Triple Chaser CS Canister - Triple Chaser CS / Hand Thrown on 09/19/2025 19:45 | **Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Fireworks - Commercial Grade Fireworks on 09/19/2025 19:45** - No<br>**Projectile (other than rock) - potatoes, water bottles, spent munitions, other unknown objects on 09/19/2025 19:45** - No |
|---|---|---|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**     Yes  ⊗ No

**Did this incident result in collateral injury to a bystander?**     Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

| LEP |
|---|

operatio[...] | LEP |
prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

**Current certification status:**  Certified

**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| PII; LES | ESPINOZA, MOSES E. | 09/22/2025 12:56 |

**Narrative of ESPINOZA, MOSES E.**

Introduction

I am Customs and Border Protection Special Response Team Operator Moses Ely Espinoza. I have served in this position since 2021. I successfully completed the SRT selection course in 2021. I have 17 years and 9 months of Federal Law Enforment experience. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures. I am a Less Lethal Instructor, which I obtained since 2017 and a Hand throws Chems Instructor certification.

On Friday September 19, 2025, I, Office of Field Operations (OFO) Special Response Team Operator (SRTO) Moses Ely Espinoza along with other SRTO's and U.S. Customs and Border Protection Officers (CBPO's) were deployed by the OFO

CHC v. Noem

Special Operations Division (SOD) to provide security for the U.S. Immigration and Customs Enforcement (ICE) building located at in response to civil unrest occurring at the 1930 Beach St, Broadview, IL location.  An estimated 120 were gathering outside the ERO facility.  Protesters were blocking vehicles from entering and exiting the facility.

Environmental Conditions
At the time of the protest, the temperature was forecasted to be 82 degrees, with cloudy skies. Humidity was approximately 52 percent, and wind at 3.7 MPH. The terrain consisted of an urban industrial environment.

First Observations
Upon arrival at 1930 Beach St, Broadview, IL at approximately 1840 hours, I was assigned to Alpha LES I was assigned to carry the 40 MM and Hand Thrown Chemical Munitions.  We were instructed to park at a staging area located approximately 300 yards away and act as a QRF (Quick Reaction Team) for Bravo LES. I could hear the large crowd that was gathered outside the Ice Facility yelling and making noise from 300 yards away.  I had advised that Bravo team made entry into the ICE Facility and ICE SRT had to launch PLS (Pepper Ball Lunching System) projectiles to disperse the crowd from blocking the main gate.

Actions
At approximately 1900 hours we were called to enter the Ice facility located at 1930 St, Broadview, IL to assist Bravo Team and other Federal agents who were on site. While approaching the ICE Facility protesters were yelling profanities towards us. Pepper Ball Launching System (PLS) projectiles were launched by ICE SRT to allow us to enter through the main gate.  We received a briefing from ICE SRT on what had been occurring throughout the day.  We were instructed to go outside and clear a path for vehicles entering/exiting the compound.  I had noticed the large crowd and many of them had masks and goggles, they were acting very aggressively and yelling profanities towards us.  Once the vehicle left, we proceed to reenter the gated facility.  I was wearing a face shield to protect my identity but could still breathe in the PAVA projectiles that were used throughout the day.  I also noticed protesters surrounding the facility on the outside of the fence line.

At approximately 1930 hours, we were advised that some of the protesters were throwing rocks over the gate into the ICE parking lot.  He also stated not to go outside without wearing a helmet.  At approximately 1945 hours, SRTO Weston Hogan and I were selected to accompany two other ICE agents to pick up food for the detainees.  I was instructed that CBP SRT and ICE SRT would create open path to exit the facility, that way we could walk towards our vehicle and depart the location.  While standing outside next to SRTO Weston Hogan, I was struck on the right leg above the knee with a rock.  The rock was approximately 3 inches in diameter.  I was concerned about the safety of myself and all other law enforcement personnel on the ground due to the escalating violence shown.

Force Used
At approximately 2015 hours, after placing our gas masks on and coming up with a plan to exit the ICE Facility.  I had advised that I was going to deploy a Triple Chaser CS gas, or o-chlorobenzylidene malononitrile. (is a chemical compound used as a riot control agent, commonly known as tear gas) to aid in dispersing the mob.  I was worried we would get thrown rocks upon exiting the ICE Facility.  I was going to place a Triple Chaser CS gas on the left side of the Protesters and an ICE SRT agent was going to place another Triple Chaser CS on the right side.  Once the gate had opened, I heard the crowd aggressively screaming profanities towards us.  I pulled the pin and placed the Triple Chaser CS gas on the floor and quickly escaped with SRTO Weston Hogan and two other ICE Agents.  While walking in a fast pass we were being followed and yelled at by protesters.

Post-Incident
I reported my deployment of the Triple Chaser CS to OFO/SRT Joseph Chevalier. The device I deployed was effective in limiting the protesters within the group from assaulting the rest of the Officers and myself. All uses of force were reported to the incident Commander at the Command Center.

**Narrative of SALAS, SHANE S.**
Use of Force Report – Operation Midway Blitz
Officer: SRTO Shane Salas
Date: September 19, 2025

CHC v. Noem

Location: 1930 Beach St., Broadview, IL 60155

On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks

As part of Operation Midway Blitz, U.S. Customs and Border Protection (CBP) deployed members of the Office of Field Operations (OFO) Special Response Team (SRT) to assist in maintaining security and public safety during civil unrest at the U.S. Immigration and Customs Enforcement (ICE) facility in Chicago, Illinois.

At approximately 1945 hours, SRTO Salas, along with other OFO SRT Operators and ICE SRT members, was stationed at the north side of the ICE facility's gate, which faces west. Law enforcement personnel attempted to exit the facility in marked and unmarked vehicles but were obstructed by a crowd of approximately 125 individuals who were blocking the driveway. Many of the subjects were wearing masks, gloves, helmets, and carrying improvised shields made of wood and other materials.

As SRT Operators moved forward to verbally instruct the crowd to clear the vehicle path for safety reasons, the crowd responded with verbal hostility and refused to comply. Without provocation, individuals within the crowd began throwing dangerous objects including rocks, commercial-grade fireworks, water bottles, and other unknown hard projectiles directly at officers.

These thrown objects presented a serious and immediate threat to law enforcement personnel. Items such as rocks and fireworks can cause blunt force trauma, burns, hearing damage, or other significant bodily injuries, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.

While officers attempted to effect arrests of individuals directly observed assaulting officers or throwing projectiles, additional objects continued to be launched from the northern section of the crowd. In response to the escalating danger and to prevent further assaults, SRTO Salas deployed one Stingerball munition in the direction from which the objects were being thrown. The purpose of this deployment was to disperse the crowd and deter further violence. The munition was effective in halting the immediate threat and dispersing the group in that area. No kinetic impact was observed from the deployment.

Once the driveway was cleared and all vehicles were able to safely exit and enter the facility, all individuals taken into custody were secured within the ICE compound. All OFO SRT and ICE SRT personnel then returned to the secure gated area.

Following the incident, I notified Supervisory Customs and Border Protection Officer/SRTO Erazmo Ornelas of the use of force and also reported the use of force by SRTOs Luis Aguirre and Jorge Garza.

**Narrative of GARZA JR, JORGE**

Use of Force Report – Operation Midway Blitz
Officer: SRTO Jorge Garza Jr
Date: September 19, 2025
Location: 1930 Beach St., Broadview, IL 60155

On September 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority

CHC v. Noem

fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks

As part of Operation Midway Blitz, U.S. Customs and Border Protection (CBP) deployed members of the Office of Field Operations (OFO) Special Response Team (SRT) to assist in maintaining security and public safety during civil unrest at the U.S. Immigration and Customs Enforcement (ICE) facility in Chicago, Illinois.

At approximately 1945 hours, SRTO Garza, along with other OFO SRT Operators and ICE SRT members, was stationed at the north side of the ICE facility's gate, which faces west. Law enforcement personnel attempted to exit the facility in marked vehicles, but were obstructed by a crowd of approximately 125 individuals who were blocking the driveway. Many of the subjects were wearing masks, gloves, helmets, and carrying improvised shields made of wood and other materials.

As SRT Operators moved forward to verbally instruct the crowd to clear the vehicle path for safety reasons, the crowd responded with verbal hostility and refused to comply. Without provocation, individuals within the crowd began throwing dangerous objects including rocks, commercial-grade fireworks, water bottles, and other unknown hard projectiles in the direction of officers. Unknown if any officer was assaulted during the incident,

These thrown objects presented a serious and immediate threat to law enforcement personnel. Items such as rocks and fireworks can cause blunt force trauma, burns, hearing damage, or other significant bodily injuries, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.

While officers attempted to effect arrests of individuals directly observed assaulting officers or throwing projectiles, additional objects continued to be launched from the northern section of the crowd. In response to the escalating danger and to prevent further assaults, SRTO Garza deployed pepper ball projectile munition with the projectile launching system via area of saturation in the direction of the crowd from which the objects were being thrown. The purpose of this deployment was to disperse the crowd and deter further violence. The munition was effective in halting the immediate threat and dispersing the group in that area. No kinetic impact was observed from the deployment.

While officers started retreating to the ICE facility a person from the crowd was seen throwing what appeared to be a water bottle filled with an unknown liquid towards the officers direction, immediately after that SRTO Garza once again deployed pepper ball projectile munition with the projectile launching system via area of saturation in the direction of said person. No kinetic impact was observed from said deployment. The munition was effective in halting the immediate threat. The unknown suspected person that had thrown said bottle was then lost in the crowd. The officers then safely returned to the ICE facility.

Once the driveway was cleared and all vehicles were able to safely exit and enter the facility, all individuals taken into custody were secured within the ICE compound. All OFO SRT and ICE SRT personnel then returned to the secure gated area.

SRTO Garza had the body worn camera on and activated during the use of force incident.

Following the incident, Special Operations Supervisor Erasmo Ornelas was notified by team leader Customs and Border Protection Officer/SRTO Shane Salas of the use of force.

**Narrative of AGUIRRE JR, LUIS A.**
Use of Force Report – Operation Midway Blitz
Officer: SRTO Luis Aguirre
Date: September 19, 2025
Location: 1930 Beach St., Broadview, IL 60155

On June 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives

CHC v. Noem

who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

As part of Operation Midway Blitz, U.S. Customs and Border Protection (CBP) deployed members of the Office of Field Operations (OFO) Special Response Team (SRT) to assist in maintaining security and public safety during civil unrest at the U.S. Immigration and Customs Enforcement (ICE) facility in Chicago, Illinois.

At approximately 1845 hours, SRTO Luis Aguirre, along with other OFO SRT Operators and ICE SRT members, was stationed at the north side of the ICE facility's gate, which faces west. Law enforcement personnel attempted to exit the facility in unmarked vehicles but were obstructed by a crowd of approximately 125 individuals who were blocking the driveway. Many of the subjects were wearing masks, gloves, helmets, and carrying improvised shields made of wood and other materials.

As SRT Operators moved forward to verbally instruct the crowd to clear the vehicle path for safety reasons, the crowd responded with verbal hostility and refused to comply. Without provocation, individuals within the crowd began throwing dangerous objects including rocks, water bottles, and other unknown hard projectiles directly at officers. These thrown objects presented a serious and immediate threat to law enforcement personnel. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.

At approximately 1845, SRTO Aguirre used PLS to launch 1 projectile for area saturation. The PLS deployments saturated the area which pushed the rioters back, providing distance.

At approximately 1850, SRTO Aguirre used the PLS to launch 3-4 projectiles for area saturation to provide cover for multiple SRTO's dealing with an unknown subject on the floor while other violent rioters were trying to interfere.

At approximately 1852, SRTO Aguirre saw an unknown subject assaulting SRTO Forte, delivering a kick to his lower body. SRTO Aguirre simultaneously launched 4-5 projectiles for kinetic impact aiming for lower extremities, impacting in the abdominal area. As soon as SRTO Aguirre went kinetic, SRTO Forte went and put hands on the subject and then SRTO Aguirre went and assisted him, both SRTO's were trying to put the subject on the ground but subject was resisting, a couple more officers came to help and assist to secure the subject. Once there were enough officers there, SRTO Aguirre stood and started providing security for them. After the subject was apprehended subject was identified as Antonio REYES, [PII] /2004.

Once the driveway was cleared and all vehicles were able to safely exit and enter the facility, all individuals taken into custody were secured within the ICE compound. All OFO SRT and ICE SRT personnel then returned to the secure gated area.

------------------------------------------------------------------------------------------------------------

At approximately 1935, Law enforcement attempted to exit the facility in marked vehicles but were obstructed again by the crowd of angry rioters blocking the exit outside of the facility. As SRTOs were advancing, clear commands of "get back" or "move back" were given to the protestors blocking the roadway. The crowd responded with "kill yourself", "fuck ICE" (or other threating statements) throughout the night. Members of the group started launching hazardous objects, including rocks, fireworks, water bottles, and other unknow projectiles directly at the officers.

At approximately 1940, protestors started launching fireworks, and other unknown objects at the officers. SRTO Aguirre launched 4-5 projectiles with the PLS for area saturation. This deployment of area saturation helped gain distance from the crowd.

At approximately 1950, protestors started throwing water bottles at officers with unknown liquids and other unknown objects. SRTO Aguirre launched 3-4 projectiles with the PLS for area saturation dispersing the rioters successfully. The individuals responsible for throwing water bottles were not identified, and no apprehensions were made.

CHC v. Noem

Once the driveway was cleared and all vehicles were able to safely exit and enter the facility, all individuals taken into custody were secured within the ICE compound. All OFO SRT and ICE SRT personnel then returned to the secure gated area.

Following the incident, Special Operations Supervisor Erasmo Ornelas was notified by team leader Customs and Border Protection Officer/SRTO Shane Salas of the use of force.

**Narrative of PRINCE, JOSHUAH G.**

First arrest RIOS Marcos

On 09/19/2025 at approximately 1825 hours, while conducting Mobile Field Force operations at the ICE/ERO facility in Broadview, IL, the U.S. Customs and Border Protection (CBP), Office of Field Operations (OFO), Special Response Team (SRT) was requested to assist in clearing the facility's driveway to allow safe entry and exit for vehicles.

As SRT Operators moved into position, they came under direct assault from members of the crowd. Officers were struck by, or narrowly missed by, rocks, potatoes, water bottles, and other unknown hard objects thrown with force from within the crowd. These projectiles posed a serious threat to officer safety and could have caused significant bodily harm or injury. The barrage of objects created a chaotic and hazardous environment, placing all officers at immediate risk.

SRTO PRINCE, along with other SRT Operators, observed multiple individuals deliberately throwing these objects toward law enforcement officers. During this time, SRTO Prince specifically observed one individual—later identified as RIOS, Marcos—with a black shirt, whitish hat and a grey gas mask lob a potato size object at the officers. Landing behind the officers. Marcos Rios threw the object in the direction with apparent intent to cause harm. Although the object narrowly missed, further demonstrating the danger posed to both personnel and government property.

SRTO PRINCE identified the imminent threat, pointed at RIOS, and gave verbal and non-verbal cues to the arrest team. Upon realizing he had been identified, Rios attempted to flee. Maintaining visual contact and guiding other officers with clear direction, SRTO PRINCE assisted in the coordinated apprehension of the individual.

SRTO PRINCE and others responded quickly and were able to gain physical control of RIOS, placing him in hand restraints without further incident. Subject 1 was then escorted into the secure area of the ICE facility and turned over to ICE ERO agents for transfer to HSI for processing.

Second arrest WOLF Maxwell

On 09/19/2025 at approximately 1836 hours, while conducting Mobile Field Force operations at the ICE/ERO facility in Broadview, IL, the U.S. Customs and Border Protection (CBP), Office of Field Operations (OFO), Special Response Team (SRT) was requested to assist in clearing the facility's driveway to allow safe entry and exit for vehicles.

As SRT Operators moved into position, they came under direct assault from members of the crowd. Officers were struck by, or narrowly missed by, rocks, potatoes, water bottles, and other unknown hard objects thrown with force from within the crowd. These projectiles posed a serious threat to officer safety and could have caused significant bodily harm or injury. The barrage of objects created a chaotic and hazardous environment, placing all officers at immediate risk.

SRTO PRINCE, along with other SRT Operators, observed multiple individuals deliberately throwing these objects toward law enforcement officers. During this time, SRTO PRINCE specifically observed one individual—later identified as WOLF, Maxwell—wearing a blue long-sleeve shirt, black pants, a red and white head wrap, a gas mask, and holding an unknown object

CHC v. Noem

approximately the size of a potato. This individual threw the object in the direction of SRTO PRINCE with apparent intent to cause harm. Although the object narrowly missed SRTO PRINCE, it struck a white ERO transport vehicle that was in the process of exiting the facility, further demonstrating the danger posed to both personnel and government property.


Immediately afterward, WOLF grabbed a second similar object, assumed a pitcher's stance, and raising the item in a threatening posture, preparing to throw it again. SRTO PRINCE identified the imminent threat, pointing at WOLF, and gave verbal and non-verbal cues to the arrest team. Upon realizing he had been identified, WOLF dropped the object and attempted to flee. Maintaining visual contact and guiding other officers with clear direction, SRTO PRINCE assisted in the coordinated apprehension of the individual.

SRT Officers Kime, Patrick, and others responded quickly and were able to gain physical control of WOLF, placing them in hand restraints without further incident. WOLF was then escorted into the secure area of the ICE facility and turned over to ICE ERO agents for transfer to HSI for processing.

**Narrative of PIZARRO, ALEXIS I.**
On September 19, 2025, as part of Operation at Large- Chicago, OFO SRT assistance was requested at the ICE ERO Broadview detention facility in Broadview, IL. Assistance was requested due to the increase in the number of protesters outside of the facility along with the crowd attempting to impede operations.
At approximately 2045 hours, OFO SRT along with ICE ERO attempted to move the growing crowd away from the ICE facility due to protesters beginning to throw objects. While standing outside the ICE ERO sally port gate, in attempt to move the crowd back, I observed an individual wearing a helmet, goggles, black backpack and mask pick up an object and throw it at us. I pointed at the subject, pointed a flashlight at the subject to highlight the one who threw the object. I then observed the subject pick up another item, at that point we pursued the subject and made contact before he was able throw it in our direction. Subject was taken to the ground, flex cuffs were applied, and an immediate pat down was conducted. Subject did not want to stand so he was carried to a secure area within the gate. Subject was later identified as Mr. Bouchie.

**Narrative of GUZMAN, JCLEE B.**
On September 19, 2025, as part of Operation Midway Blitz in Chicago, IL, U.S. Customs and Border Protection (CBP) deployed members of the Office of Field Operations (OFO) Special Response Team Operators (SRTOs) to assist in maintaining security and public safety during civil unrest at the U.S. Immigration and Customs Enforcement (ICE) facility in Chicago, Illinois.

At approximately 1830, while working with Immigration Service Enforcement (ICE), SRTO Guzman was assigned to assist with Mobile Field Force (MFF) efforts in response to a mass crowd at the ICE Facility on Broadway, IL. Law enforcement personnel attempted to exit the facility in marked and unmarked vehicles but were obstructed by a crowd of approximately 125 individuals who were blocking the driveway. Many of the subjects were wearing masks, gloves, helmets, and carrying improvised shields made of wood and other materials.

When exiting the fence line, SRT Operators moved towards the large crowd and verbally instructed the crowd to clear the pathway so vehicles could exit. The crowd began to yell, "fuck ICE, go home ICE, & fuck you". We began to give additional commands to the large crowds to move away from the street so that vehicles freely enter and exit from the ICE facility. Moments later, SRTO Guzman observed people from the crowd began to push and throw unknown objects at SRTOs and ICE SRT officers when officers began to effect an arrest on an unidentified subject. I then observed a female, later identified as Hanna McKeever, in a black shirt, black pants, & black shoes swing her backpack at SRTOs and ICE Agents that were trying to effect the arrest of that unidentified subject. SRTO Guzman then ran to her and placed her in handcuffs for assaulting our officers by striking them with her backpack. Subject McKeever was then escorted back to the ICE compound and turned over to ICE. All SRTOs and ICE SRT personnel then returned to the secure gated area.


**Narrative of FORTE, EDUARDO J.**
On 9/19/2025 While supporting ERO secure the federal building, I was assisting with crowd control when the TL for my team announced, "arrest team get ready". I noticed my fellow officers pointing at a male with a hat that was trying to be sneaky as he moved to the left of the crowd and was quickly trying to get away. I relayed the info to my teammates to the left of me and did a

short sprint to stop him. The subject saw me and tried to run over me. We ran into each other, and he began resisting. As other officers began to assist me, the subject was brought down and continued to resist and fight as I said commands to stop resisting. Eventually we controlled his hands, and he was carried into the ERO facility where he was positively ID as Marcos RIOS. After that subject was carried into the ERO facility, I went back to assist with crowd control. I scanned the area and noticed a group of officers struggling to detain a subject. I rushed over there and helped with keeping the perimeter organized. As that group looked under control, I went over to help another group when a tall subject kicked me. As he kicked me, it made me trip and run into my teammates. I turned around and tackled the subject. As other officers assisted, this subject was resisting and attempting to grab tools from officer's vests and belts. We struggled to control him so the decision to carry him inside was made by each officer grabbing a limb and carrying him inside the ERO facility where he was positively ID as Antonio REYES. I stayed back and we formed a line to keep the crowd from moving towards the gate.

**Narrative of WAY, HUNTER L.**
On September 19th, 2025, at approximately 1835 hours, Custom and Border Protection, Special Response Team (SRT) was requested by Immigration Customs Enforcement (ICE) to assist with Mobile Field Force (MFF) on a mass crowd that was gathered at the Broadview, Illinois ICE building during Operation Midway Blitz. I was in a rough-duty Custom and Border Protection Special Response Team uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

I, Special Response Team Operator (SRTO) Hunter Way was assisting with crowd control due to clearing the entrance to the facility for government vehicles to departure. When protesters started to throw objects at officers. A subject was identified, and an arrest team was sent out to apprehend the protestor. I was running towards the identified protestor when a female protestor stuck her leg out, assaulting me, and tripping me making me fall to the ground. Due to being tripped, my knee was scrapped, and gas mask lenses were scratched. I turned around and apprehended the protestor, later identified as CHAVEZ, and bought the protestor inside the facility. An ICE agent and I handcuffed the protestor and conducted an immediate pat down for our safety. After securing CHAVEZ, I went back outside to help secure the line with other Officers.

The female was complaining of a headache and requested medical care. Due to myself being an Emergency Medical Technician (EMT), I tried to ask her medical questions, but she refused to speak to a male and refused care. She was given water and was told to notify an Officer if her symptoms got worse.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was on during the time of the incident. The Body Camera video serial number [ LES ] d of Statement.

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | CHEVALIER, JOSEPH H. | 09/22/2025 17:54 | |
| Approved | ORNELAS, ERAZMO V. | 09/22/2025 18:51 | |
| Reopened | GARZA JR, JORGE | 09/23/2025 22:12 | Adding information for report accuracy. |
| Reopened | GARZA JR, JORGE | 09/23/2025 22:17 | Adding information for report accuracy. |
| Reopened | GARZA JR, JORGE | 09/23/2025 22:21 | Adding information for report accuracy. |

CHC v. Noem

| Submitted | CHEVALIER, JOSEPH H. | 09/28/2025 15:41 | |
|---|---|---|---|
| Rejected | ORNELAS, ERAZMO V. | 09/28/2025 16:42 | **LES** |
| Submitted | CHEVALIER, JOSEPH H. | 09/30/2025 06:35 | |
| Approved | ORNELAS, ERAZMO V. | 09/30/2025 06:47 | |
| Rejected | TREBS, ARTHUR A. | 11/03/2025 15:35 | **LES** |
| Submitted | BURGESS, HOLLIE ANN | 11/13/2025 12:44 | |
| Approved | ORNELAS, ERAZMO V. | 11/13/2025 15:59 | |

Print Date: 2025-11-14

CHC v. Noem

CBP001561