

<div align="center">

U.S. Customs and Border Protection

**Enforcement Action Statistical Analysis and Reporting System (E-STAR)**
**Incident Report**

</div>

**Current Status:** ⊗ Completed    Active    Ready for review    Rejected    Deleted

## INCIDENT INFORMATION

**E-STAR incident ID**    `LES`    25658
**Title:** Operation Midway Blitz: Chicago - Civil Unrest 1930 Beach Street (OFO)
**Shift start date/time:** 09/27/2025 14:00
**Shift end date/time:** 09/27/2025 23:59
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force    FTY/Vehicle pursuit by a CBP employee
   Unintentional firearm discharge    Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes    No
   **CBP Reporting Organizations:**
     U.S. Border Patrol
     Air and Marine Operations
     ☒ Office of Field Operations Location: Office of Field Operations
**Created by:** CHEVALIER, JOSEPH H.      **Creation date/time:** 09/28/2025 09:11
**Last updated by:** ORNELAS, ERAZMO V.      **Last updated date/time:** 11/13/2025 16:40
**Reviewer:** ORNELAS, ERAZMO V      **Date reviewed:** 11/13/2025

## RELATED SYSTEMS: 19

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes    No

| IDVRS Evidence Serial Numbers: 19 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

Print Date: 2025-11-14
CHC v. Noem      CBP001562

| A1174 |
|---|
| A1324 |
| A11J4 |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | OFO |
| Other involved organizations: | |
| Other federal agency | ICE ERO SRT |
| CBP | USBP |

Were other CBP components/external agencies involved? ⊗ Yes ___ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Chicago Field Operations
**Country/international waters:** United States of America
    **Address:**
        **Street:** 1930 Beach Street
        **City:** Broadview   **State:** ILLINOIS   **Zip:** 60155
**Incident coordinates:**
    **Latitude:** 41.86817
    **Longitude:** -87.86566
**Setting:** ___ Indoors  ⊗ Outdoors
    **Outdoor setting:** ⊗ On land  ___ In water (standing or swimming)  ___ On water (in vessel)  ___ In the air
**Description of the premises/location:** Outside of the ICE ERO Facility Entrance Gate
**Environmental factors:**
    **Weather:** ☒ Dry  ___ Raining  ___ Snowing  ___ Flooding  ___ Windy  ___ Storm  ___ Haze/blowing dust  ___ Fog  ___ Other
    **Illumination:** ___ Daylight ☒ Dark  ___ Dawn ☒ Dusk  ___ Good lighting ☒ Poor lighting  ___ Night vision aided  ___ Other
    **Estimated temperature (Fahrenheit):** 72

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ORNELAS, ERAZMO V | | Radio | 09/27/2025 |

Other authorities notified (external to CBP): ☒ Federal  ___ Tribal  ___ State  ___ Local  ___ Foreign

## EMPLOYEES: 9

**Name:** HARFOUCHE, JUSTIN P.
    **Gender:** Male  **Age:** 30  **Height:** 6'2"  **Weight:** 200 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 02/04/2018
    **Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations

CHC v. Noem

CBP001563

**Duty (or detail/TDY) location EOD:** 09/18/2025
**Duty status at the time of the incident:** ⊗ On duty    Off duty
     **Activity:** Special Operations

---

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 7 years 7 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | ☒ LLITP (IFITP) | MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

---

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

---

**Was HARFOUCHE, JUSTIN P. assaulted?** ⊗ Yes    No

---

**Did HARFOUCHE, JUSTIN P. use reportable force?** ⊗ Yes    No
   **Force type:** Less-lethal Device
   **Device:** PLS (PepperBall Launching System)
   **Device type:** PAVA (area saturation)
   **Estimated use of force date/time (local):** 09/27/2025 21:36
   **Posture:** ☒ Standing    Kneeling    Prone    Other
   **Estimated distance:** 30 yards
   **Approximately how many volleys did you deploy?** 1
   **Approximately how many projectiles did you deploy?** 6
   **Was this force type used again within the same shift (a break-in-the-action)?**    Yes   ⊗ No
   **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☒ Protect innocent 3rd party |
| ☒ Protect non-CBP officer/agent | Effect an arrest or detention | Prevent escape |
| ☒ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

---

**Was HARFOUCHE, JUSTIN P. injured?**    Yes   ⊗ No

---

**Name:** BROOKS, WARREN R.
   **Gender:** Male    **Age:** 43    **Height:** 5'11"    **Weight:** 175 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 01/20/2009
   **Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations
   **Duty (or detail/TDY) location EOD:** 09/18/2025
   **Duty status at the time of the incident:** ⊗ On duty    Off duty
     **Activity:** Special Operations

---

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 16 years 8 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

---

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

---

**Was BROOKS, WARREN R. assaulted?** ⊗ Yes    No

---

**Did BROOKS, WARREN R. use reportable force?**    Yes   ⊗ No

---

CHC v. Noem

CBP001564

**Was BROOKS, WARREN R. injured?** ⊗ Yes   No

**Injury information:**

    **Injury type:** Minor injuries (treated at the scene, no additional treatment expected)

    **Injury Comment:** Knee pain-tackled, slammed into fence, struck ground/base of metal fence. Bruising chin/upper chest.

    **Refused medical attention?** ⊗ Yes   No

    **Received treatment?** ⊗ Yes   No

    **Was a form CA-1 filed?** ⊗ Yes   No

    **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | ☒ Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | Arms/hands |
| ☒ Front legs/feet | Rear legs |

**Medical treatment information:**

    **Received EMS treatment prior to/in lieu of treatment at a facility?** ⊗ Yes   No

    **Provider:**

---

**Name:** LA COLLA, JOSEPH X.

    **Gender:** Male    **Age:** 37    **Height:** 5'9"    **Weight:** 180 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 10/23/2008

    **Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations

    **Duty (or detail/TDY) location EOD:** 09/18/2025

    **Duty status at the time of the incident:** ⊗ On duty   Off duty

    **Activity:** Special Operations

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 17 years 0 months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No

**Attire:** ⊗ Uniform   Plain clothes

**Was LA COLLA, JOSEPH X. assaulted?** ⊗ Yes   No

**Did LA COLLA, JOSEPH X. use reportable force?** Yes  ⊗ No

**Was LA COLLA, JOSEPH X. injured?** Yes  ⊗ No

---

**Name:** GARCIA, RAFAEL

    **Gender:** Male    **Age:** 34    **Height:** 5'6"    **Weight:** 165 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 01/03/2017

    **Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations

    **Duty (or detail/TDY) location EOD:** 09/18/2025

    **Duty status at the time of the incident:** ⊗ On duty   Off duty

    **Activity:** Special Operations

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 8 years 9 months

    **CBP training previously received (not including basic academy training):**

CHC v. Noem

CBP001565

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was GARCIA, RAFAEL assaulted?** ⊗ Yes    No

**Did GARCIA, RAFAEL use reportable force?**    Yes  ⊗ No

**Was GARCIA, RAFAEL injured?**    Yes  ⊗ No

---

**Name:** MCELROY, CHAD J.

**Gender:** Male    **Age:** 39    **Height:** 5'11"    **Weight:** 195 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 09/05/2011

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations

**Duty (or detail/TDY) location EOD:** 09/18/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Special Operations

Armed law enforcement experience:

   Total law enforcement experience at the time of the incident:  14 years 0 months

   CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | ☒ DITP | DTI |
| EDVPTP | ☒ EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was MCELROY, CHAD J. assaulted?** ⊗ Yes    No

**Did MCELROY, CHAD J. use reportable force?**    Yes  ⊗ No

**Was MCELROY, CHAD J. injured?**    Yes  ⊗ No

---

**Name:** GARCIA JR, JULIO A.

**Gender:** Male    **Age:** 33    **Height:** 6'2"    **Weight:** 200 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/31/2016

**Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago

**Duty (or detail/TDY) location EOD:** 09/18/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Special Operations

Armed law enforcement experience:

   Total law enforcement experience at the time of the incident:  9 years 3 months

   CBP training previously received (not including basic academy training):

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was GARCIA JR, JULIO A. assaulted?**

CHC v. Noem

CBP001566

⊗ Yes    No

**Did GARCIA JR, JULIO A. use reportable force?**    Yes  ⊗ No

**Was GARCIA JR, JULIO A. injured?**    Yes  ⊗ No

---

**Name:** FORTE, EDUARDO J.

**Gender:** Male    **Age:** 34    **Height:** 5'6"    **Weight:** 175 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 02/25/2020

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Special Operations

---

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 5 years 7 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

---

**Was FORTE, EDUARDO J. assaulted?** ⊗ Yes    No

**Did FORTE, EDUARDO J. use reportable force?**    Yes  ⊗ No

**Was FORTE, EDUARDO J. injured?**    Yes  ⊗ No

---

**Name:** KIME, PATRICK R.

**Gender:** Male    **Age:** 28    **Height:** 6'1"    **Weight:** 210 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 12/04/2022

**Duty location or detail/TDY location during the incident:** Boston Field Operations / Derby Line

**Duty (or detail/TDY) location EOD:** 09/05/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

**Activity:** Special Operations

---

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 7 years 9 months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

---

**Was KIME, PATRICK R. assaulted?** ⊗ Yes    No

**Did KIME, PATRICK R. use reportable force?**    Yes  ⊗ No

**Was KIME, PATRICK R. injured?**    Yes  ⊗ No

---

**Name:** MONTES-CASAS, RODOLFO A.

**Gender:** Male    **Age:** 32    **Height:** 5'6"    **Weight:** 175 pounds

**CBP employee series or role:** Officer/Agent

CHC v. Noem

CBP001567

**Service EOD:** 11/27/2017
**Duty location or detail/TDY location during the incident:** Chicago Field Operations / Chicago
**Duty (or detail/TDY) location EOD:** 09/18/2025
**Duty status at the time of the incident:** ⊗ On duty      Off duty
    **Activity:** Special Operations

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 7 years 9 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes      No
**Attire:** ⊗ Uniform      Plain clothes

**Was MONTES-CASAS, RODOLFO A. assaulted?** ⊗ Yes      No

**Did MONTES-CASAS, RODOLFO A. use reportable force?**      Yes   ⊗ No

**Was MONTES-CASAS, RODOLFO A. injured?**      Yes   ⊗ No

# SUBJECTS: 7

**Name:** MASS GROUP
    **Estimated number of individuals in the group:** 300
    **Group description (Composition, attire, etc.):** Approximately 200-300 or more individuals wearing civilian clothes / costumes. Individuals were carrying flags and signs in protest of ICE Activities in Chicago.
**Was any member of this group wearing body armor?**      Yes      No   ⊗ Unknown
**Group activity:**

    Illegal entry
    ☒ Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    Assault (rocks/other projectiles)
    ☒ Assault (all other types)
    Rioting/civil disturbance
    ☒ Mass coordinated entry
    No suspected illegal activity
    Other

**Group's current location and disposition if known:** The group was still at the ICE ERO Facility when agents left.

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes      No
    **Was any member of the group outside the US or its territories when committing the assault?**      Yes   ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Rocking (rocks only)
        **Estimated assault date/time (local):** 09/27/2025 20:00

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes      No
    **Was any member of this group outside the US or its territories when this force was applied?**

CHC v. Noem
CBP001568

Yes ⊗ No

---

**Name:** COLLINS, RAY

**Gender:** Male    **Date of birth:** [PII] 1993    **Height:** 5'6" - 5'11"    **Weight:** 200 lbs or over

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    No    ⊗ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes    ⊗ No

**Subject's activity:**

Illegal entry

☒ Uncooperative during encounter/inspection

Failure to yield/heave to

Checkpoint runner

Port runner

Alien smuggling

Narcotics smuggling

Scouting

Assault (rocks/other projectiles)

☒ Assault (all other types)

Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:** Ray Collins physically attacked SRTO Brooks by tackling him to the ground, other SRTO's assisted in the apprehension of Collins, he was placed in hand restraints and transported to a holding area until he was turned over to investigators.

---

**Did this subject assault a CBP employee?** ⊗ Yes    No

**Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Physically w/o weapon
**Describe physical assault:** Tackled to the ground
**Estimated assault date/time (local):** 09/27/2025 20:45

---

**Was reportable force used on this subject?**    Yes    ⊗ No

---

**Was this subject arrested / taken into custody?** ⊗ Yes    No

**Arrested / taken into custody by:**    CBP    ⊗ Other federal agency    State agency    Local agency

**Was prosecution sought against this subject?** ⊗ Yes    No

**Prosecution By:**    CBP    ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes    ⊗ No    Unknown

---

**Name:** UNKNOWN-1

**Gender:** Unknown    **Age:** 18-25 years old    **Height:** 5'0" - 5'5"    **Weight:** 150 - 199 lbs

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    No    ⊗ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes    ⊗ No

**Subject's activity:**

CHC v. Noem

CBP001569

    Illegal entry

    Uncooperative during encounter/inspection

    Failure to yield/heave to

    Checkpoint runner

    Port runner

    Alien smuggling

    Narcotics smuggling

    Scouting

☒ Assault (rocks/other projectiles)

    Assault (all other types)

    Rioting/civil disturbance

    Mass coordinated entry

    No suspected illegal activity

    Other

**Subject's current location and disposition if known:** Unknown subject threw an empty CS can back at the officers/agents then fled.

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No

    **Weapon(s)/type of assault:**

        **Assault method:** Projectile (other than rock)

        **Projectile description:** Threw an empty can of CS gas

        **Estimated assault date/time (local):** 09/27/2025 20:30

**Was reportable force used on this subject?**    Yes  ⊗ No

**Was this subject injured or claiming to be injured?**    Yes    No  ⊗ Unknown

**Name:** SAMPSON, IAN ALBERT

**Gender:** Male    **Date of birth** PII 998    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    No  ⊗ Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

    Yes  ⊗ No

**Subject's activity:**

    Illegal entry

☒ Uncooperative during encounter/inspection

    Failure to yield/heave to

    Checkpoint runner

    Port runner

    Alien smuggling

    Narcotics smuggling

    Scouting

☒ Assault (rocks/other projectiles)

    Assault (all other types)

    Rioting/civil disturbance

    Mass coordinated entry

    No suspected illegal activity

    Other

**Subject's current location and disposition if known:** Subject was taken into custody and further processed by FBI at the ICE

CHC v. Noem             CBP001570

ERO facility.

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes   ⊗ No

**Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
        **Describe physical assault:** Shoving, and pushing officers
    **Estimated assault date/time (local):** 09/27/2025 20:34

**Was reportable force used on this subject?**    Yes   ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    No

    **Arrested / taken into custody by:**    CBP   ⊗ Other federal agency    State agency    Local agency

    **Was prosecution sought against this subject?** ⊗ Yes    No

    **Prosecution By:**    CBP   ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes   ⊗ No    Unknown

**Name:** HOLLATZ, AARON DONALD

**Gender:** Male    **Date of birth:** [PII] 1997    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    No ⊗ Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes ⊗ No

**Subject's activity:**

     Illegal entry

     ☒ Uncooperative during encounter/inspection

     Failure to yield/heave to

     Checkpoint runner

     Port runner

     Alien smuggling

     Narcotics smuggling

     Scouting

     ☒ Assault (rocks/other projectiles)

     Assault (all other types)

     Rioting/civil disturbance

     Mass coordinated entry

     No suspected illegal activity

     Other

**Subject's current location and disposition if known:** Subject was taken into custody and further processed by FBI at the ICE ERO facility.

**Did this subject assault a CBP employee?**    Yes   ⊗ No

**Was reportable force used on this subject?**    Yes   ⊗ No

**Was this subject injured or claiming to be injured?**    Yes    No ⊗ Unknown

**Name:** ROBLEDO, JOCELYNE

**Gender:** Female    **Date of birth:** [PII] 1995    **Height:** Unknown    **Weight:** Unknown

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    No ⊗ Unknown

**Immigration status:**

**Country of citizenship:** United States of America

CHC v. Noem      CBP001571

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No

**Subject's activity:**

☐ Illegal entry
☒ Uncooperative during encounter/inspection
☐ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☒ Assault (rocks/other projectiles)
☐ Assault (all other types)
☐ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:**  Subject was taken into custody and further processed by FBI at the ICE ERO facility.

**Did this subject assault a CBP employee?** ⊗ Yes    No

**Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No

**Weapon(s)/type of assault:**
**Assault method:**  Projectile (other than rock)
**Projectile description:**  Pushing SRTO with Umbrella and her body
**Estimated assault date/time (local):**  09/27/2025 20:34

**Was reportable force used on this subject?**    Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    No
**Arrested / taken into custody by:**    CBP  ⊗ Other federal agency    State agency    Local agency
**Was prosecution sought against this subject?** ⊗ Yes    No
**Prosecution By:**    CBP  ⊗ Other federal agency    State agency    Local agency
**Was this subject injured or claiming to be injured?**    Yes    No  ⊗ Unknown

**Name:**  UNKNOWN-2

**Gender:**  Male    **Age:**  Unknown    **Height:**  Unknown    **Weight:**  Unknown

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    No  ⊗ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No

**Subject's activity:**

☐ Illegal entry
☒ Uncooperative during encounter/inspection
☐ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling

CHC v. Noem

Print Date: 2025-11-14

CBP001572

Scouting

Assault (rocks/other projectiles)

☒ Assault (all other types)

Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:** Subject was taken into custody and further processed by at the ICE ERO facility.

**Did this subject assault a CBP employee?** ⊗ Yes ⠀ No

⠀⠀⠀⠀**Was the subject outside the US or its territories when committing the assault?** ⠀Yes ⊗ No

**Weapon(s)/type of assault:**

⠀⠀⠀⠀**Assault method:** Physically w/o weapon

⠀⠀⠀⠀**Describe physical assault:** Pushing SRTO and lifting him off the ground

⠀⠀⠀⠀**Estimated assault date/time (local):** 09/27/2025 21:31

**Was reportable force used on this subject?** ⠀Yes ⊗ No

**Was this subject injured or claiming to be injured?** ⠀Yes ⠀No ⊗ Unknown

## ASSAULTS: 23

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MASS GROUP | Rocking (rocks only) on 09/27/2025 20:00 | BROOKS, WARREN R. | ⊗ Yes ⠀ No | Yes ⊗ No |
| | | HARFOUCHE, JUSTIN P. | ⊗ Yes ⠀ No | Not injured in this incident |
| | | LA COLLA, JOSEPH X. | ⊗ Yes ⠀ No | Not injured in this incident |
| | | MCELROY, CHAD J. | ⊗ Yes ⠀ No | Not injured in this incident |
| | | GARCIA JR, JULIO A. | ⊗ Yes ⠀ No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes ⠀ No | Not injured in this incident |
| | | KIME, PATRICK R. | ⊗ Yes ⠀ No | Not injured in this incident |
| | | MONTES-CASAS, RODOLFO A. | ⊗ Yes ⠀ No | Not injured in this incident |
| | | GARCIA, RAFAEL | ⊗ Yes ⠀ No | Not injured in this incident |
| COLLINS, RAY | Physically w/o weapon - Tackled to the ground on 09/27/2025 20:45 | BROOKS, WARREN R. | ⊗ Yes ⠀ No | ⊗ Yes ⠀ No |
| | | HARFOUCHE, JUSTIN P. | Yes ⊗ No | Not injured in this incident |
| | | LA COLLA, JOSEPH X. | Yes ⊗ No | Not injured in this incident |
| | | MCELROY, CHAD J. | Yes ⊗ No | Not injured in this incident |

CHC v. Noem ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀CBP001573

| | | | | |
|---|---|---|---|---|
| | | GARCIA JR, JULIO A. | Yes ⊗ No | Not injured in this incident |
| | | FORTE, EDUARDO J. | Yes ⊗ No | Not injured in this incident |
| | | KIME, PATRICK R. | Yes ⊗ No | Not injured in this incident |
| | | MONTES-CASAS, RODOLFO A. | Yes ⊗ No | Not injured in this incident |
| | | GARCIA, RAFAEL | Yes ⊗ No | Not injured in this incident |
| UNKNOWN-1 | Projectile (other than rock) - Threw an empty can of CS gas on 09/27/2025 20:30 | HARFOUCHE, JUSTIN P. | ⊗ Yes    No | Not injured in this incident |
| | | BROOKS, WARREN R. | ⊗ Yes    No | Yes   ⊗ No |
| | | LA COLLA, JOSEPH X. | ⊗ Yes    No | Not injured in this incident |
| | | MCELROY, CHAD J. | ⊗ Yes    No | Not injured in this incident |
| | | GARCIA JR, JULIO A. | ⊗ Yes    No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes    No | Not injured in this incident |
| | | KIME, PATRICK R. | ⊗ Yes    No | Not injured in this incident |
| | | MONTES-CASAS, RODOLFO A. | ⊗ Yes    No | Not injured in this incident |
| | | GARCIA, RAFAEL | ⊗ Yes    No | Not injured in this incident |
| SAMPSON, IAN ALBERT | Physically w/o weapon - Shoving, and pushing officers on 09/27/2025 20:34 | HARFOUCHE, JUSTIN P. | Yes ⊗ No | Not injured in this incident |
| | | BROOKS, WARREN R. | Yes ⊗ No | Not applicable |
| | | LA COLLA, JOSEPH X. | Yes ⊗ No | Not injured in this incident |
| | | MCELROY, CHAD J. | Yes ⊗ No | Not injured in this incident |
| | | GARCIA JR, JULIO A. | Yes ⊗ No | Not injured in this incident |
| | | FORTE, EDUARDO J. | ⊗ Yes    No | Not injured in this incident |
| | | KIME, PATRICK R. | Yes ⊗ No | Not injured in this incident |
| | | MONTES-CASAS, RODOLFO A. | Yes ⊗ No | Not injured in this incident |
| | | GARCIA, RAFAEL | ⊗ Yes    No | Not injured in this incident |
| ROBLEDO, JOCELYNE | Projectile (other than rock) - Pushing SRTO with Umbrella and her body on 09/27/2025 | HARFOUCHE, JUSTIN P. | Yes ⊗ No | Not injured in this incident |
| | | BROOKS, WARREN R. | ⊗ Yes    No | ⊗ Yes    No |

Print Date: 2025-11-14

CHC v. Noem

CBP001574

| | 20:34 | LA COLLA, JOSEPH X. | Yes ⊗ No | Not injured in this incident |
|---|---|---|---|---|
| | | MCELROY, CHAD J. | Yes ⊗ No | Not injured in this incident |
| | | GARCIA JR, JULIO A. | Yes ⊗ No | Not injured in this incident |
| | | FORTE, EDUARDO J. | Yes ⊗ No | Not injured in this incident |
| | | KIME, PATRICK R. | Yes ⊗ No | Not injured in this incident |
| | | MONTES-CASAS, RODOLFO A. | Yes ⊗ No | Not injured in this incident |
| | | GARCIA, RAFAEL | Yes ⊗ No | Not injured in this incident |
| UNKNOWN-2 | Physically w/o weapon - Pushing SRTO and lifting him off the ground on 09/27/2025 21:31 | HARFOUCHE, JUSTIN P. | ⊗ Yes    No | Not injured in this incident |
| | | BROOKS, WARREN R. | Yes ⊗ No | Not applicable |
| | | LA COLLA, JOSEPH X. | Yes ⊗ No | Not injured in this incident |
| | | MCELROY, CHAD J. | Yes ⊗ No | Not injured in this incident |
| | | GARCIA JR, JULIO A. | Yes ⊗ No | Not injured in this incident |
| | | FORTE, EDUARDO J. | Yes ⊗ No | Not injured in this incident |
| | | KIME, PATRICK R. | Yes ⊗ No | Not injured in this incident |
| | | MONTES-CASAS, RODOLFO A. | Yes ⊗ No | Not injured in this incident |
| | | GARCIA, RAFAEL | Yes ⊗ No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| HARFOUCHE, JUSTIN P. | PLS (PepperBall Launching System) - PAVA (area saturation) on 09/27/2025 21:36 | **Subject:** MASS GROUP<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 09/27/2025 20:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**     Yes   ⊗ No

**Did this incident result in collateral injury to a bystander?**     Yes   ⊗ No

CHC v. Noem

CBP001575

WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

> LES

> LES

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

> LEP

prioritizes regions with the highest concentrations of executable final orders, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from any cooperating 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

**Current certification status:** Certified

**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---------|----------|----------------|
| PII; LES | CHEVALIER, JOSEPH H. | 09/28/2025 16:23 |
| PII; LES | CHEVALIER, JOSEPH H. | 09/28/2025 16:23 |
| PII; LES | CHEVALIER, JOSEPH H. | 09/28/2025 16:24 |
| PII; LES | CHEVALIER, JOSEPH H. | 09/28/2025 16:24 |
| PII; LES | CHEVALIER, JOSEPH H. | 09/28/2025 16:26 |

**Narrative of HARFOUCHE, JUSTIN P.**

I, Justin Harfouche, am a Customs and Border Protection Special Response Team (SRT) Operator as part of U.S. Customs and Border Protection Special Operations Division (SOD). I have served in this position since 2021 as well as a Customs and Border Protection Officer from 2018 to present. I am an SRT Operator and successfully completed the SRT Basic Selection Course and Critical Skills Course in 2021. I have received numerous and continuous on the job training in law enforcement operations involving use of force applications, both less than lethal and deadly force, as well as other enforcement tactics and procedures. I have a current Less Lethal Instructor certification, which I obtained in 2023.

On September 27th, 2025, I was deployed to Chicago, Illinois, as part of a multi-agency response for Operation Midway Blitz. I was specifically at 1930 Beach St. Broadview, Illinois in protection of the Immigration Customs Enforcement (ICE) building. I was

CHC v. Noem

in a rough duty Special Response Team uniform with law enforcement identifiers, clearly visible, in accordance with U.S. Customs and Border Protection, Special Response Team standards.

At approximately 5:00 p.m., I, along with other CBP SRT Operators from SOD, arrived at the ICE building on Beach St. in Broadview, Illinois. The ICE building is surrounded by commercial buildings, fencing and a railroad track directly behind to the West. Due to several protests occu                                       LES

LES

At approximately 9:30 p.m., I along with CBP SRT Operators, Border Patrol BORTAC, Border Patrol MRT, and ATF agents, were tasked to push back a large crowd of protesters at          LES          ately 100-150 protesters were becoming aggressive and shouting obscenities towards CBP personnel. They were also gathering close in large number          LES          cting the integrity          LES          in the gate. In order to protect and preserve the integrity of the building and vehicles, as well as the safety of the ICE employees and detainees, we were tasked with moving the crowd back to the intersection of Beach St. and Lexington Ave.          LES          ". I positioned myself on the eastern side of th          LES          was carrying a less than lethal device, a PepperBall Launching System (PLS) loaded with PAVA powder projectiles for less lethal use. The          LES          started to move north towards the crowd. I observed the protesters getting more aggressive and assaultive towards myself and other officers and agents. Some protesters were pushing and shoving Border Patrol agents as well as throwing garbage and water bottles and rocks. I moved north towards a group of protesters on the east side of Beach St.. I gave them commands to move back multiple times, and they would not move. They were standing still, recording and shouting obscenities towards myself and other officers and agents around me. I was standing approximately 10-12 feet from the group. I aimed my PLS at the ground in front of them and launched approximately 5-6 PAVA projectiles at the ground, saturating the area with PAVA powder. I deployed this less than lethal device in response to protesters being actively resistant and refusing to comply with lawful commands to get back.

The group of protesters then proceeded to move back. Afterwards I observed a Border Patrol agent attempting to detain an assaultive protestor. I assisted the Border Patrol agent in the arrest. During the arrest, the subject became assaultive towards me on the ground by trying to push me and lift me off the ground. I restrained the subject's hands while the Border Patrol agent successfully handcuffed his hands behind his back. No less lethal munitions were used by me during the arrest. Once the subject was restrained and escorted by additional agents, I continued to move north on Beach St. The ensuing less lethal deployments of CS gas and smoke, used by other officers and agents effectively pushed the crowd back to the intersection of Beach St. and Lexington Ave. going north and east. Myself and other officers and agents held o          LES          the intersection for a duration of approximately 1.5 hours. During that time the crowd continued to shout obscenities and made threatening comments such as, "Kill yourselves", "Fuck ICE", "Fuck you all", "You will get what's coming to you", and "We'll find your hotels".

No injuries were observed or reported from my deployment of any less lethal devices. These PAVA projectiles were deployed in a targeted manner, directed at the ground in front of individuals actively resisting lawful commands to move back. The use of force executed only after assessing the level of resistance in response to a lawful command to a group of aggressive protesters to move away from the premises, in accordance with CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

At approximately 11:30 p.m., the crowd of protesters dispersed down to a small number of approximately 20 people. T          LES          LES          en the order to move back to the immediate area of the ICE building. We moved back towards          LES          hile the protesters remained at the intersection of Beach St. and Lexington Ave. and did not move toward u          LES          as closed and secured. Afterwards all officers and agents on scene were relieved by another team of federal agents from DEA SRT to remain on scene for continued security for the night.

At the conclusion of the protest, I notified my chain of command at approximately 11:45 pm of the application of less lethal force used by myself. My actions were consistent with CBP training and policies, and the objective of ensuring the safety of all personnel involved while restoring order.

My Body Worn Camera (BWC) captured approximately 1 hour and 45 minutes of the protest at 1930 Beach St. Broadview, Illinois. The BWC captured my less lethal deployment. IDVRS footage was recorded of this incident. Evidence ID          LES          LES

CHC v. Noem

**Narrative of LA COLLA, JOSEPH X.**

I am Customs and Border Protection Special Response Team Operator Joseph LaColla. I have served in this position since 2016. My prior law enforcement experience includes working as a United States Border Patrol Agent from 2008 to 2014, and as a Customs and Border Protection Officer from 2014 to the present. I am an SRT Operator and successfully completed the SRT selection course in 2016. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures. I previously held an LLI certification, which I obtained in 2017 and which has since expired. I have participated in several mobile field force events and violent mass protests throughout the county.

In September of 2025 I was detailed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz.

On September 27, 2025, at approximately 5:00 p.m., I was assisting Immigration Customs Enforcement and the United States Border Patrol during a planned mass protest at the ICE/ERO Facility located on 1930 Beach St., Broadview, Illinois.

At approximately 7:30 p.m., a crowd of approximately 150 – 200 protesters were outside of the facility on Beach St. The protestors were observed concealing improvised shields in multiple locations near the perimeter and stockpiling rocks and other hand thrown objects commonly used as weapons in prior incidents against law enforcement. Members of the crowd were shouting obscenities and making threating statements towards SRT Operators and agents including verbal expressions wishing death upon personal.

At approximately 7:30 p.m., our team deployed outside the facility gate to remove the concealed shields and rocks to prevent their use against law enforcement. During the removal process, several arrests were effected by other agents and SRT Operators after members of the crowd became aggressive and physically assaulted them in effort to obstruct the operation.

At approximately 8:30 p.m., the crowd's behavior intensified significantly. Multiple individuals began forcefully striking and

|  |
|---|
| LES |

responsibility. During this period, agents and officers observed members of the crowd re-establishing previously cleared stash points and placing additional rocks and bricks in strategic locations near the perimeter.

Based on the crowds escalating aggression, the re-deployment of potential weapons, and the ongoing tampering with the facility main gate, the decision was made to temporarily reposition the perimeter one block away from the facility to create a safer defensive posture and prevent an imminent breach.

At approximately 8:30 p.m., the gate was opened, and SRT operators with Border Patrol agents began advancing to push the crowd back while issuing clear and repeated verbal commands directing the protesters to relocate to the nearest intersection. Numerous individuals refused to comply and became assaultive during the movement, including attempts to tackle SRT operators and throw objects at law enforcement. In response to the active aggression and to safely dispersing the crowd, CS gas was deployed in accordance with established policy and training. Several arrests were made during this operation.

During the course of the operation, one member of the crowd threw a deployed CS canister back towards my position. That individual was not apprehended as they fled into the crowd and could not be safely arrested without compromising the integrity of the formation or jeopardizing officer safety. Following the deployment of CS gas and subsequent crowd dispersal, the remaining protestors moved to the intersection of Beach St. and Lexington St. Our element maintained its position on site for approximately three hours to ensue the area remained secure. No additional arrests were made during this period.

I did not sustain any injuries during this event. My body worn camera was activated during this operation containing evidence serial number [LES] worn camera was inadvertently deactivated for a portion of the event due to accidental contact with the activation button during movement.

**Narrative of GARCIA JR, JULIO A.**

I am Customs and Border Protection Special Response Team Operator Julio A Garcia Jr. I have served in this position since 2021. I am a Customs and Border Protection Officer from 2016 to the present. I am an SRT Operator and successfully completed the SRT selection course in 2020. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures. I

CHC v. Noem

currently hold a LLI certification, which I obtained in 2022. I have participated in several mobile field force events and violent mass protests throughout the county.

In September of 2025 I was detailed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz.

On September 27, 2025, at approximately 5:00 p.m., I was assisting Immigration Customs Enforcement and the United States Border Patrol during a planned mass protest at the ICE/ERO Facility located on 1930 Beach St., Broadview, Illinois.

At approximately 7:30 p.m., a crowd of approximately 150 – 200 protesters were outside of the facility on Beach St. The protestors were observed concealing improvised shields in multiple locations near the perimeter and stockpiling rocks and other hand thrown objects commonly used as weapons in prior incidents against law enforcement. Members of the crowd were shouting obscenities and making threating statements towards SRT Operators and agents including verbal expressions wishing death upon personal.

At approximately 7:30 p.m., teams of BP and CBP SRT deployed outside the facility gate to remove the concealed shields and rocks to prevent their use against law enforcement. During the removal process, several arrests were effected by other agents and SRT Operators after members of the crowd became aggressive and physically assaulted them in effort to obstruct the operation. I was stationed on rooftop watch position located on top of the ICE Building for any counter Sniper activity and over watch protection of facility and officers/agents.

At approximately 8:30 p.m., the crowd's behavior intensified significantly. Multiple individuals began forcefully striking and
nly responsibility. During this period, agents and officers observed members of the crowd re-establishing previously cleared stash points and placing additional rocks and bricks in strategic locations near the perimeter.

Based on the crowds escalating aggression, the re-deployment of potential weapons, and the ongoing tampering with the facility
<!-- LES -->
e decision was made to temporarily reposition the perimeter one block away from the facility to create a safer defensive posture and prevent an imminent breach.

At approximately 8:30 p.m., the gate was opened, commands were announced over the loudspeaker on the HSI SRT Armored
<!-- LES -->
myself and all other SRT operators with Border Patrol agents began advancing to push the crowd back while issuing clear and repeated verbal commands directing the protesters to relocate to the nearest intersection. My side of the crowd was somewhat compliant with demands when asking them to relocate to new intersection.

During the course of the operation, various CS canisters and PLS projectiles were launched into the crowd to disperse before the situation became worse and more hostile. I did not deploy any Less Lethal items due to my job on the MFF line formation was designated to be an arrest team member. Following the deployment of CS gas and subsequent crowd dispersal, the remaining protestors moved to the intersection of Beach St. and Lexington St. Our element maintained its position on site for approximately three hours to ensue the area remained secure. No additional arrests were made during this period.

I did not sustain any injuries during this event. My body worn camera was activated during this operation containing evidence serial number
<!-- LES -->
My body worn camera was activated for a portion of the event movement, Axon Body 3 Video 2025 09-27-1922, Axon Body 3 Video 2025 09/27-2128, Axon Body 3 Video 2025 09/25-2258. Please see BWC evidence
<!-- LES -->

### Narrative of MONTES-CASAS, RODOLFO A.

On June 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift

CHC v. Noem

CBP001579

apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team Operator Rodolfo Antonio Montes- Casas. I have served in this position since 2018. I am an SRT Operator and successfully completed the SRT selection course in 2022. I have received numerous and continuous on-the-job trainings in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures. I currently obtain a LLI certification, that I received in 2021 and still active. I have participated in several mobile field force events which involved the administration of chemical munitions.

In September of 2025 I was detailed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz.

On September 27, 2025, at approximately 5:00 p.m., I was assisting Immigration Customs Enforcement and the United States Border Patrol during a planned mass protest at the ICE/ERO Facility located on 1930 Beach St., Broadview, Illinois.

At approximately 6:00 p.m our team was deployed to clear Beach St. behind the security fence for a federal vehicle to exit the facility. Due to previous encounters with the streets being blocked by protestors; they have been seen hitting and blocking the vehicle, officers/Agents needed to clear the street due to safety concerns. While making the street clear for the vehicle to exit, multiple shields with handles were seen stowed away by a portable tent. Multiple subjects were seen wearing tactical gear with gas masks. To include one induvial who had a hocky mask on with a knife visibly seen carried on his ankle. During the deployment the crowd was shouting obscenities and making threating statements towards SRT Operators and agents including verbal expressions wishing death upon person.

At approximately 7:30 p.m., our team deployed outside the facility gate to remove the concealed shields and rocks to prevent their use against law enforcement. During the removal process, several arrests were effected by other agents and SRT Operators after members of the crowd became aggressive and physically assaulted them in effort to obstruct the operation.

At approximately 8:30 p.m., the crowd's behavior intensified significantly. Multiple individuals began forcefully striking and

LES

responsibility.

Based on the crowds escalating aggression, the re-deployment of potential weapons, and the ongoing tampering with the facility

LES

decision was made to temporarily reposition the perimeter one block away from the facility to create a safer defensive posture and prevent an imminent breach.

At approximately 8:30 p.m., the gate was opened, and SRT operators with Border Patrol agents began advancing to push the crowd back while issuing clear and repeated verbal commands directing the protesters to relocate to the nearest intersection. Numerous individuals refused to comply and became assaultive during the movement, including attempts to tackle SRT operators. In response to the active aggression and to safely dispersing the crowd, CS gas was deployed in accordance with established policy and training. I did not see who deployed the CS gas. Several arrests were made during this operation.

During the course of the operation, one member of the crowd threw a deployed CS canister back towards my position. That individual was not apprehended as they fled into the crowd and could not be safely arrested without compromising the integrity of

CHC v. Noem

the formation or jeopardizing officer safety. Following the deployment of CS gas and subsequent crowd dispersal, the remaining protestors moved to the intersection of Beach St. and Lexington St. Our element maintained its position on site for approximately three hours to ensure the area remained secure. No additional arrests were made during this period.

I did not sustain any injuries during this event. My body worn camera was activated during this operation containing evidence serial number [ LES ]dy camera was then turned off once our Officers/Agents made it back behind the security fence and the scene was deemed

**Narrative of GARCIA, RAFAEL**
On June 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I, Special Response Team Operator (SRTO) Rafael Garcia under U.S. Customs and Border Protection (CBP), was mobilized to Chicago, IL, to assist Immigration and Customs Enforcement/ Enforcement Removal Operations (ICE ERO) with operations under 'Operation Midway Blitz' on September 19, 2025.

I have a total of 8.5 years of service in a federal law enforcement capacity. I joined SRT on June 3, 2020. I have received numerous on-the-job trainings in law enforcement operations involving both deadly and less lethal force applications. I have also trained in other enforcement tactics and procedures. I obtained a Less Lethal Instructor (LLI) certification in 2022. My LLI certification is currently valid and in good standing. I have participated in multiple mobile field force events and violent mass protests throughout the county.

On September 27, 2025, at approximately 1500hrs I was activated to assist other federal agencies in protecting the Broadview Service Staging Area (BSSA) facility from protestors. BSSA is located on 1930 Beach St., Broadview, IL 60155.

At approximately 2045hrs, all participating federal agencies (Border Patrol, ICE ERO, CBP, ATF) were called to extend the boundaries of BSSA up to the corner of Beach St. and Lexington St. The call was given after protestors were observed d[ LES ] was a high level of concern for the safety of officers/agents. The concern came from observing protestors physically blocking the entering and exiting of vehicles to and from the facility, gathering in multiple subgroups with man-made shields, weapons, & projecting items at officers/agents. Protestors were clothed with riot-like gear consisting of helmets, gas masks, face shields, torso protection, elbow guards, and shin guards. Protestors were observed in possession of weapons to include firearms, knives, rocks, bricks, pipes, and chains. If any protestors were in violation of the extension to Beach St. and Lexington St., they would be deemed violators and charged with obstruction.

At approximately 2135hrs, I began to direct protestors towards the corner of Beach St. and Lexington St. Almost immediately after commands were given, I observed a group of protestors pushing back on other officers/agents making the request. I observed the protestors shoving and grabbing other officers/agents. I, along with other officers/agents, attempted to de-escalate the situation by verbalizing to the protestors to step back. Protestors continued to shove and push officers/agents. I moved to apprehend the protestors in violation of the initial call and assaulting officers/agents. In the attempt to apprehend one of the protestors, the individual was looking to evade the apprehension by running away and trying to wiggle out of my grasp. After grabbing and pinning the individual to the ground, they continued to resist the arrest by holding their arms toward their chest and tightening their body. The other officer/agent assisting in the apprehension verbalized "stop resisting" to the individual. During the apprehension, CS gas (2-chlorobenzalmalononitrile) was deployed by another officer/agent to disperse the crowd. The CS

CHC v. Noem

gas was effective in dispersing the crowd and moving them toward the corner of Beach St. and Lexington St. I was able to successfully detain the individual utilizing flex cuffs. The individual was safely picked up from off the ground and I escorted them BSSA for processing. The subject that was trying to pull the others away from us was later identified as Ian Albert Sampson ( PII /1998). I did not receive any injuries during this event. IDVRS Footage reference (BWC evidence # A LES LES

**Narrative of BROOKS, WARREN R.**
Incident Report
Officer: Warren Brooks, U.S. Customs and Border Protection (CBP)
Assignment: San Francisco Field Office Special Response Team (SRT)
Deployment Location: Chicago, Illinois
Operations: Operation At Large and Operation Midway Blitz

On June 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.
Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

In September 2025, I, U.S. Customs and Border Protection Officer (CBPO) Warren Brooks, as part of the San Francisco Field Office Special Response Team (SRT), was deployed to Chicago, Illinois, to assist Immigration and Customs Enforcement/Enforcement and Removal Operations (ICE/ERO) officers during Operation Midway Blitz.
On September 27, 2025, at approximately 5:00 PM, I was called to assist ICE/ERO officers and U.S. Border Patrol during a planned mass protest at the ICE/ERO Facility located at 1930 Beach St., Broadview, Illinois. I was dressed in a rough-duty SRT uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.
At approximately 9:00 PM, 150–200 protesters gathered outside the ICE/ERO facility. The protesters were dressed in homemade body armor, gas masks, eye protection, helmets, and face coverings to conceal their identities. They carried homemade shields with profanity written on them, as well as pipes, metal chains, and rocks/bricks. Protesters dressed in this manner and carrying these items have a history of violence, property damage, and assaults on officers. The crowd was also observed tampering with the facility's perimeter fence, LES

Due to these facts, the Chief of the Border Patrol declared the protest unsafe for officers and the public.
At approximately 9:30 PM, we were requested to assist with directing the protesters back to a safer location which would ensure the safety of officers and the public. Approximately 50–75 federal officers, including myself, formed a line to relocate the crowd to a safe distance away from the perimeter fence. T LES ntrance/exit was then opened, sirens were activated, and announcements were made over the loudspeaker. The line formation began moving forward slowly. As we advanced, we repeatedly instructed the crowd to "please move back" in a clear, calm, and polite voice.

As we exited the perimeter fence and approached the crowd, I encountered a female carrying an umbrella. I repeatedly asked her to "please move back" in a calm, clear, and polite voice. The female refused to comply and began pushing me with the umbrella and her body. She then started yelling profanities, including "back the fuck up" and "get the fuck out of my face." The female was later identified as Jocelyne Robled ( PII 1995). At that moment, her male associate, later identified as Ray Collins (African American male, with dreadlocks, wearing a black hoodie sweatshirt, PII ), ran at me from approximately 10 feet away at full speed. Collins slammed into my upper body, forcing me into the perimeter fence. I grabbed hold of Collins and attempted to take him to the ground, but he resisted. Multiple officers assisted me in subduing Collins and placing him in handcuffs.

Collins was assisted to his feet by SRT Officer McElroy and SRT Officer Brooks. SRT Officer Brooks conducted an immediate

CHC v. Noem

pat-down for officer safety. SRT Officers Brooks and McElroy escorted COLLINS to the detention center in handcuffs. Upon arrival, a thorough search revealed a loaded Glock pistol concealed in Collins' waistband, hidden under his abdominal area. The firearm, which contained 13 rounds (one in the chamber), was removed, rendered safe, and placed in an evidence bag.

After Collins was turned over to detention center officers, I noticed pain in my knees from the altercation. I believe the pain resulted from Collins tackling me, slamming me into the fence, and my knees striking the ground and the base of the metal fence. When I returned to my hotel, I observed bruising on my chin and upper left chest, which may have been caused by the female's umbrella or the impact with Collins.

I filed a CA-1 for my knee pain but did not seek medical attention.

My body worn camera was activated during this incident.
Body Camera Evidence
•   Device Serial Number: X60AD191S
•   Title: Axon Body 3 Video 2025-09-27 2133 X60AD191S
•   B[    LES    ]

### Narrative of FORTE, EDUARDO J.

On June 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I, Special Response Team Operator (SRTO) Eduardo Forte under U.S. Customs and Border Protection (CBP), was mobilized to Chicago, IL, to assist Immigration and Customs Enforcement/ Enforcement Removal Operations (ICE ERO) with operations under 'Operation Midway Blitz' on September 5th, 2025. I have a total of 5.7 years of service in a federal law enforcement capacity. I joined SRT on June, 2022. I have received numerous on-the-job trainings in law enforcement operations involving both deadly and less lethal force applications. I have also trained in other enforcement tactics and procedures.

On September 27, 2025, at approximately 1500hrs I was activated to assist other federal agencies in protecting the Broadview Service Staging Area (BSSA) facility from protestors. BSSA is located on 1930 Beach St., Broadview, IL 60155. At approximately 2045hrs, all participating federal agencies (Border Patrol, ICE ERO, CBP, ATF) were called to extend the boundaries of BSSA up to the corner of Beach St. and Lexington St. The call was given after protestors were observed compromising the integrity of the fence line that was protecting BSSA. There was a high level of concern for the safety of officers/agents. The concern came from observing protestors physically blocking the entering and exiting of vehicles to and from the facility, gathering in multiple subgroups with man-made shields, weapons, & projecting items at officers/agents. Protestors were clothed in riot-like gear consisting of helmets, gas masks, face shields, torso protection, elbow guards, and shin guards. Protestors were observed in possession of weapons to include firearms, knives, rocks, bricks, pipes, and chains. If any protestors were in violation of the extension to Beach St. and Lexington St., they would be deemed violators and charged with obstruction.

At around 2135hrs, the proclamation was given though the Bearcat speaker. It was then repeated by officers on the line as we opened the gate. The protesters were chanting and not following directions. I was on the right side of the formation and as soon as we began to walk out, a confrontation occurred by my side of the formation. I had multiple officers and agents in front of me, so I did not see what initiated the assault against the officers.  I noticed multiple officers struggling to apprehend subjects. I began to assist with the apprehension of one of the subjects when I noticed another subject trying to pull him away from us. The subject that was trying to pull the others away from us was later identified as Ian Albert Sampso[ PII ]1998)
I directed my attention towards that subject and separated the two subjects. I then began trying to get control of his hands. He

CHC v. Noem

had a large backpack and was curled up hanging on to an agent's leg. I gave the subject multiple commands to give me his hands, and he kept resisting. Eventually, another agent arrived to assist me, and he controlled the subject's left hand while I took control of the right hand. We placed flex cuffs on the subject who was later identified as Aaron Donald Hollatz (DC [PII] 997) and I moved him inside to a secure area of the facility without incident. After the subject sat inside the holding area, I went back outside with another SRT operator. I got in line at the intersection, and we kept eyes on the protesters who by then were fewer but were still chanting and moving around trying to hide behind umbrellas. They seemed to be passing things around and talking to each other, but we couldn't figure out what they were planning.  We remained observant and then started bounding back to the facility without incident.

Evidence ID [LES]

**Narrative of KIME, PATRICK R.**

On June 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team Operator Patrick Kime. I have served in this position since 2023. My prior law enforcement experience includes working as a Military Police Officer from 2016 to 2020, Obtaining a Criminal Justice Bachelor's Degree in 2021, as a Corrections Officer with Suffolk County Sheriff's Office 2021 to 2022 and as a Customs and Border Protection Officer from 2022 to the present. I am an SRT Operator and successfully completed the SRT selection course in 2023. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures.

In September of 2025 I was detailed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz.

On September 27, 2025, at approximately 5:00 p.m., I was assisting Immigration Customs Enforcement and the United States Border Patrol during a planned mass protest at the ICE/ERO Facility located on 1930 Beach St., Broadview, Illinois.

At approximately 7:30 p.m., a crowd of approximately 150 – 200 protesters were outside of the facility on Beach St.

As OFO SRT Operators moved forward to verbally instruct the crowd to clear the vehicle path for safety reasons, the crowd responded with verbal hostility and refused to comply. Without provocation, individuals within the crowd began throwing dangerous objects including rocks, commercial-grade fireworks, water bottles, and other unknown hard projectiles directly at officers. These thrown objects presented a serious and immediate threat to law enforcement personnel. Items such as rocks and fireworks can cause blunt force trauma, burns, hearing damage, or other significant bodily injuries, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd. While officers attempted to effect arrests of individuals directly observed assaulting officers or throwing projectiles, additional objects continued to be launched from the crowd.

The protestors were observed concealing improvised shields in multiple locations near the perimeter and stockpiling rocks and other hand thrown objects commonly used as weapons in prior incidents against law enforcement. Members of the crowd were shouting obscenities and making threating statements towards OFO SRT Operators and agents including verbal expressions wishing death upon personal.

At approximately 7:30 p.m., OFO SRT deployed outside the facility gate to remove the concealed shields and rocks to prevent their use against law enforcement. During the removal process, several arrests were affected by other agents and OFO SRT Operators after members of the crowd became aggressive and physically assaulted them in effort to obstruct the operation.

At approximately 8:30 p.m., the crowd's behavior intensified significantly. Multiple individuals began forcefully striking and

CHC v. Noem

CBP001584

responsibility. During this period, agents and officers observed members of the crowd re-establishing previously cleared stash points and placing additional rocks and bricks in strategic locations near the perimeter.

Based on the crowds escalating aggression, the re-deployment of potential weapons, and the ongoing tampering with the facility LES the decision was made to temporarily reposition the perimeter one block away from the facility to create a safer defensive posture and prevent an imminent breach.

At approximately 8:30 p.m., the gate was opened, and OFO SRT operators with Border Patrol agents began advancing to push the crowd back while issuing clear and repeated verbal commands directing the protesters to relocate to the nearest intersection and maintain a clear pathway for vehicular traffic. Numerous individuals refused to comply and became assaultive during the movement, including attempts to tackle OFO SRT operators and throw objects at law enforcement. In response to the active aggression and to safely disperse the crowd, CS gas was deployed by USBP. The crowd dispersed momentarily from the driveway allowing the vehicles to move freely.

During the course of the operation, one member of the crowd threw a deployed CS canister back towards OFO SRT. That individual was not apprehended as they fled into the crowd and could not be safely arrested without compromising the integrity of the formation or jeopardizing officer safety. Following the deployment of CS gas and subsequent crowd dispersal, the remaining protestors moved to the intersection of Beach St. and Lexington St. Our element maintained its position on site for approximately three hours to ensure the area remained secure. No additional arrests were made during this period.

I did not sustain any injuries during this event. My body worn camera was activated during this operation containing evidence serial number X604H2789. My body worn camera was activated on several occasions depicting these events. BWC evidence # LES

**Narrative of MCELROY, CHAD J.**
On June 5, 2025, the Special Operations Division (SOD) deployed members of the Special Response Team (SRT) to Chicago, IL in support of Operation At Large. SRT Operators are tasked with identifying, locating, and apprehending high-priority fugitives who pose significant threats to public safety or national security. The operation involves collaboration between DHS components, including CBP, ICE, and the U.S. Marshals Service, as well as federal, state, and local law enforcement agencies. Utilizing advanced intelligence, surveillance, and investigative techniques, the operation will target individuals with outstanding warrants for violent crimes, terrorism-related activities, human trafficking, drug smuggling, and other serious offenses.

Key objectives include enhancing interagency coordination, leveraging technology for efficient tracking, and ensuring swift apprehension to mitigate risks to communities. Operation At Large underscores DHS's commitment to safeguarding the homeland by prioritizing the capture of dangerous fugitives and disrupting criminal networks.

I am Customs and Border Protection Special Response Team Operator Chad McElroy. I have served in this position since 2017. My prior law enforcement experience includes working as a United States Border Patrol (USBP) Agent from 2011 to 2014, and as a Customs and Border Protection Officer from 2014 to the present. I am an SRT Operator and successfully completed the SRT selection course in 2017. I have received numerous and continuous on-the-job training in law enforcement operations involving both deadly force and less-lethal force applications, as well as other enforcement tactics and procedures. I currently hold an LLI certification, which I obtained earlier in 2025. I have participated in several mobile field force events and violent mass protests throughout the county.

In September of 2025 I was detailed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz.

On September 27, 2025, at approximately 5:00 p.m., I was assisting Immigration Customs Enforcement and the United States Border Patrol during a planned mass protest at the ICE/ERO Facility located on 1930 Beach St., Broadview, Illinois. At approximately 7:30 p.m., a crowd of approximately 150 – 200 protesters were outside of the facility on Beach St.

CHC v. Noem

CBP001585

As OFO SRT Operators moved forward to verbally instruct the crowd to clear the vehicle path for safety reasons, the crowd responded with verbal hostility and refused to comply. Without provocation, individuals within the crowd began throwing dangerous objects including rocks, commercial-grade fireworks, water bottles, and other unknown hard projectiles directly at officers.

These thrown objects presented a serious and immediate threat to law enforcement personnel. Items such as rocks and fireworks can cause blunt force trauma, burns, hearing damage, or other significant bodily injuries, especially when thrown with force at close range. The chaotic environment created by this aggression not only endangered officers but also increased the risk of injury to bystanders and others within the crowd.

While officers attempted to effect arrests of individuals directly observed assaulting officers or throwing projectiles, additional objects continued to be launched from the crowd.
The protestors were observed concealing improvised shields in multiple locations near the perimeter and stockpiling rocks and other hand thrown objects commonly used as weapons in prior incidents against law enforcement. Members of the crowd were shouting obscenities and making threating statements towards OFO SRT Operators and agents including verbal expressions wishing death upon personal.
At approximately 7:30 p.m., OFO SRT deployed outside the facility gate to remove the concealed shields and rocks to prevent their use against law enforcement. During the removal process, several arrests were affected by other agents and OFO SRT Operators after members of the crowd became aggressive and physically assaulted them in effort to obstruct the operation.

At approximately 8:30 p.m., the crowd's behavior intensified significantly. Multiple individuals began forcefully striking and shaking the facility's gat **LES**

**LES**

responsibility. During this period, agents and officers observed members of the crowd re-establishing previously cleared stash points and placing additional rocks and bricks in strategic locations near the perimeter.

Based on the crowds escalating aggression, the re-deployment of potential weapons, and the ongoing tampering with the facility **LES** , the decision was made to temporarily reposition the perimeter one block away from the facility to create a safer defensive posture and prevent an imminent breach.

At approximately 8:30 p.m., the gate was opened, and OFO SRT operators with Border Patrol agents began advancing to push the crowd back while issuing clear and repeated verbal commands directing the protesters to relocate to the nearest intersection and maintain a clear pathway for vehicular traffic. Numerous individuals refused to comply and became assaultive during the movement, including attempts to tackle OFO SRT operators and throw objects at law enforcement. In response to the active aggression and to safely disperse the crowd, CS gas was deployed by USBP. The crowd dispersed momentarily from the driveway allowing the vehicles to move freely.

During the course of the operation, one member of the crowd threw a deployed CS canister back towards my position. That individual was not apprehended as they fled into the crowd and could not be safely arrested without compromising the integrity of the formation or jeopardizing officer safety. Following the deployment of CS gas and subsequent crowd dispersal, the remaining protestors moved to the intersection of Beach St. and Lexington St. Our element maintained its position on site for approximately three hours to ensure the area remained secure. No additional arrests were made during this period.

I did not sustain any injuries during this event. My body worn camera was activated during this operation containing evidence serial number D01A3858V. My body worn camera was inadvertently deactivated for a portion of the event due to accidental contact with the activation button during movement. Please see BWC e **LES**

## FILE ATTACHMENTS

**File names:**
**LES**

To view these documents refer to the on-line version of this incident report or contact LESC staff.

CHC v. Noem

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|-----|------|----------|
| Submitted | CHEVALIER, JOSEPH H. | 10/02/2025 10:12 | |
| Approved | ORNELAS, ERAZMO V. | 10/04/2025 13:15 | |
| Reopened | BURGESS, HOLLIE ANN | 11/06/2025 22:26 | Add BWC Evidence numbers to IDVRS and narratives. |
| Submitted | BURGESS, HOLLIE ANN | 11/13/2025 08:20 | |
| Approved | BERRY, PATRICK W. | 11/13/2025 14:39 | |
| Reopened | BERRY, PATRICK W. | 11/13/2025 14:41 | Needs to import other employees |
| Submitted | BURGESS, HOLLIE ANN | 11/13/2025 14:55 | |
| Approved | ORNELAS, ERAZMO V. | 11/13/2025 16:40 | |

Print Date: 2025-11-14

CHC v. Noem

CBP001587