

# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25930
**Title:** Operation Midway Blitz: Chicago Impeding/Assault/UoF Little Village
**Incident date/time:** 11/06/2025 13:05
**Type:** ⊠ Assault against CBP personnel  ⊠ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes  ⊗ No
**Reporting organization:** Office of Field Operations
**Created by:** BURGESS, HOLLIE ANN
**Last updated by:** KOHN, SCOTT A.
**Reviewer:** KOHN, SCOTT A
**Creation date/time:** 11/06/2025 14:58
**Last updated date/time:** 11/14/2025 07:47
**Date reviewed:** 11/14/2025

## RELATED SYSTEMS: 5

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ☐ No

| IDVRS Evidence Serial Numbers: 5 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | OFO |
| **Other involved organizations:** | |
| Other federal agency | ICE ERO SRT |

**Were other CBP components/external agencies involved?** ⊗ Yes  ☐ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations
**Country/international waters:** United States of America
  **Address:**
    **Street:** S Maplewood Avenue and W 58th Street
    **City:** Chicago    **State:** ILLINOIS    **Zip:** 60629
**Incident coordinates:**
  **Latitude:** 41.78840
  **Longitude:** -87.68757
**Setting:** ⊠ Indoors    ☐ Outdoors
**Description of the premises/location:** On roadway near the intersection S Maplewood Avenue and W 58th Street Chicago, Illinois 60629
**Environmental factors:**
  **Weather:** ⊠ Dry  ☐ Raining  ☐ Snowing  ☐ Flooding  ☐ Windy  ☐ Storm  ☐ Haze/blowing dust  ☐ Fog  ☐ Other
  **Illumination:** ⊠ Daylight  ☐ Dark  ☐ Dawn  ☐ Dusk  ☐ Good lighting  ☐ Poor lighting  ☐ Night vision aided  ☐ Other
  **Estimated temperature (Fahrenheit):** 58

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| KOHN, SCOTT A | | Phone | 11/06/2025 |

**Other authorities notified (external to CBP):**    ☐ Federal    ☐ Tribal    ☐ State    ☐ Local    ☐ Foreign

## EMPLOYEES: 6

**Name:** POPKE, SHANE J.
  **Gender:** Male    **Age:** 36    **Height:** 6'0"    **Weight:** 205 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 12/31/2012
  **Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations
  **Duty (or detail/TDY) location EOD:** 10/15/2025
  **Duty status at the time of the incident:** ⊠ On duty    ☐ Off duty
    **Activity:** Special Operations
  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 12 years 10 months
    **CBP training previously received (not including basic academy training):**
      ☐ BPAIST      ☐ BORSTAR      ☐ BORTAC      ☐ DITP         ☐ DTI
      ☐ EDVPTP      ☐ EMT          ☐ FITP         ☐ LLITP (IFITP) ⊠ MFF
      ☐ MRT         ☐ PITP         ⊠ SRT          ☐ TATP          ☐ Other

  **Wearing body armor?** ⊠ Yes    ☐ No
  **Attire:** ⊠ Uniform    ☐ Plain clothes

  **Was POPKE, SHANE J. assaulted?** ⊠ Yes    ☐ No

  **Did POPKE, SHANE J. use reportable force?** ⊠ Yes    ☐ No
    **Force type:** Less-lethal Device
    **Device:** OC (MK-9)
    **Device type:** Foam
    **Posture:** ⊠ Standing    ☐ Kneeling    ☐ Prone    ☐ Other
    **Estimated distance:** Unknown

Reason(s) for this use of force:

☒ Protect self     ☒ Protect co-worker     ☒ Protect innocent 3rd party
☒ Protect non-CBP officer/agent     ☒ Effect an arrest or detention     ☐ Prevent escape
☐ Overcome resistance     ☐ Stop vehicle     ☐ Vessel failure to heave to
☐ Animal euthanization     ☐ Other

Was POPKE, SHANE J. injured?     ☐ Yes     ☒ No

**Name:** GUZMAN, JCLEE B.
**Gender:** Male     **Age:** 33     **Height:** 5'10"     **Weight:** 185 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/08/2015
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations
**Duty (or detail/TDY) location EOD:** 11/03/2025
**Duty status at the time of the incident:** ☒ On duty     ☐ Off duty
**Activity:** Special Operations

**Armed law enforcement experience:**
Total law enforcement experience at the time of the incident: 10 years 0 months
CBP training previously received (not including basic academy training):

☐ BPAIST     ☐ BORSTAR     ☐ BORTAC     ☐ DITP     ☐ DTI
☐ EDVPTP     ☐ EMT     ☒ FITP     ☐ LLITP (IFITP)     ☒ MFF
☐ MRT     ☐ PITP     ☒ SRT     ☐ TATP     ☐ Other

**Wearing body armor?** ☒ Yes     ☐ No
**Attire:** ☒ Uniform     ☐ Plain clothes

Was GUZMAN, JCLEE B. assaulted?     ☒ Yes     ☐ No

Did GUZMAN, JCLEE B. use reportable force?     ☐ Yes     ☒ No

Was GUZMAN, JCLEE B. injured?     ☐ Yes     ☒ No

**Name:** BENAVIDEZ, SEBASTIAN A.
**Gender:** Male     **Age:** 33     **Height:** 5'11"     **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/04/2015
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Laredo Field Operations
**Duty (or detail/TDY) location EOD:** 10/15/2025
**Duty status at the time of the incident:** ☒ On duty     ☐ Off duty
**Activity:** Special Operations

**Armed law enforcement experience:**
Total law enforcement experience at the time of the incident: 10 years 0 months
CBP training previously received (not including basic academy training):

☐ BPAIST     ☐ BORSTAR     ☐ BORTAC     ☒ DITP     ☐ DTI
☐ EDVPTP     ☐ EMT     ☒ FITP     ☐ LLITP (IFITP)     ☒ MFF
☐ MRT     ☐ PITP     ☒ SRT     ☐ TATP     ☐ Other

**Wearing body armor?** ☒ Yes     ☐ No
**Attire:** ☒ Uniform     ☐ Plain clothes

Was BENAVIDEZ, SEBASTIAN A. assaulted?     ☒ Yes     ☐ No

Did BENAVIDEZ, SEBASTIAN A. use reportable force?     ☐ Yes     ☒ No

Was BENAVIDEZ, SEBASTIAN A. injured?     ☐ Yes     ☒ No

**Name:** ALBA, SAUL

**Gender:** Male  **Age:** 43  **Height:** 6'2"  **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 07/27/2009
**Duty location or detail/TDY location during the incident:** Office of Field Operations / El Paso Field Operations
**Duty (or detail/TDY) location EOD:** 10/30/2025
**Duty status at the time of the incident:** ⊗ On duty     Off duty
       **Activity:** Special Operations

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 16 years 0 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | ⊠ FITP | LLITP (IFITP) | ⊠ MFF |
| MRT | PITP | ⊠ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes     No
**Attire:** ⊗ Uniform     Plain clothes

**Was ALBA, SAUL assaulted?** ⊗ Yes     No

**Did ALBA, SAUL use reportable force?**     Yes  ⊗ No

**Was ALBA, SAUL injured?**     Yes  ⊗ No

**Name:** MAXA, EDWARD J.

**Gender:** Male  **Age:** 42  **Height:** 5'10"  **Weight:** 180 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/26/2009
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Houston Field Operations
**Duty (or detail/TDY) location EOD:** 10/15/2025
**Duty status at the time of the incident:** ⊗ On duty     Off duty
       **Activity:** Special Operations

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 16 years 6 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | ⊠ FITP | LLITP (IFITP) | ⊠ MFF |
| MRT | PITP | ⊠ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes     No
**Attire:** ⊗ Uniform     Plain clothes

**Was MAXA, EDWARD J. assaulted?**     Yes  ⊗ No

**Did MAXA, EDWARD J. use reportable force?**     Yes  ⊗ No

**Was MAXA, EDWARD J. injured?**     Yes  ⊗ No

**Name:** GONZALEZ, MIGUEL

**Gender:** Male  **Age:** 40  **Height:** 6'1"  **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 01/05/2020
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Chicago Field Operations
**Duty (or detail/TDY) location EOD:** 10/15/2025
**Duty status at the time of the incident:** ⊗ On duty     Off duty
       **Activity:** Special Operations

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 5 years 0 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ☒ Yes    No
**Attire:** ☒ Uniform    Plain clothes

**Was GONZALEZ, MIGUEL assaulted?** ☒ Yes    No

**Did GONZALEZ, MIGUEL use reportable force?**   Yes   ☒ No

**Was GONZALEZ, MIGUEL injured?**   Yes   ☒ No

## SUBJECTS: 1

**Name:** CRUZ, RICARDO
  **Gender:** Male    **Date of birth:** PII    **Height:** 5'5"    **Weight:** 151 pounds
  **Attire:** ☒ Civilian    Paramilitary    Police    Nude    Unknown
  **Was the subject wearing body armor?**   Yes   ☒ No    Unknown
  **Immigration status:**
  **Country of citizenship:** United States of America
  **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes   ☒ No
  **Subject's activity:**

- Illegal entry
- ☒ Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Subject's current location and disposition if known:** Transported to FBI facility for further processing.

**Did this subject assault a CBP employee?** ☒ Yes    No
  **Was the subject outside the US or its territories when committing the assault?**   Yes   ☒ No
  **Weapon(s)/type of assault:**
    **Assault method:** Spitting
    **Assault method:** Physically w/o weapon
      **Describe physical assault:** Kicking at Officers

**Was reportable force used on this subject?** ☒ Yes    No
  **Was the subject outside the US or its territories when this force was applied?**   Yes   ☒ No

**Was the subject an occupant of a vehicle?** ⊗ Yes    No
**Did CBP deploy a VID against a vehicle when this subject was driving it?**    Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    No
  **Arrested / taken into custody by:**    CBP    ⊗ Other federal agency    State agency    Local agency
  **Was prosecution sought against this subject?** ⊗ Yes    No
    **Prosecution By:**    CBP    ⊗ Other federal agency    State agency    Local agency
**Was this subject injured or claiming to be injured?**    Yes    ⊗ No    Unknown

## ASSAULTS: 6

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| CRUZ, RICARDO | Spitting | BENAVIDEZ, SEBASTIAN A. | ⊗ Yes | No | Not injured in this incident |
| | | POPKE, SHANE J. | Yes | ⊗ No | Not injured in this incident |
| | | GUZMAN, JCLEE B. | Yes | ⊗ No | Not injured in this incident |
| | | ALBA, SAUL | Yes | ⊗ No | Not injured in this incident |
| | | GONZALEZ, MIGUEL | Yes | ⊗ No | Not injured in this incident |
| CRUZ, RICARDO | Physically w/o weapon - Kicking at Officers | POPKE, SHANE J. | ⊗ Yes | No | Not injured in this incident |
| | | GUZMAN, JCLEE B. | ⊗ Yes | No | Not injured in this incident |
| | | BENAVIDEZ, SEBASTIAN A. | ⊗ Yes | No | Not injured in this incident |
| | | ALBA, SAUL | ⊗ Yes | No | Not injured in this incident |
| | | GONZALEZ, MIGUEL | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| POPKE, SHANE J. | OC (MK-9) - Foam | **Subject:** CRUZ, RICARDO<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>  **Spitting** - Yes<br>    **Was this use of force effective against what prompted its use?** Yes<br>    **Did the UOF device function as designed?** Yes<br>  **Physically w/o weapon - Kicking at Officers** - Yes<br>    **Was this use of force effective against what prompted its use?** Yes<br>    **Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**   Yes   ⊗ No
**Did this incident result in collateral injury to a bystander?**   Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of GUZMAN, JCLEE B.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation At Large" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 6, 2025, I, Special Response Team Operator (SRTO) JCLee Guzman was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have 10 years of experience enforcing federal immigration law as CBPO to include the enforcement of Title 8 violations.

On this date, I was passenger of, an unmarked government vehicle, 2025 black GMC Yukon ( LES ), wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.
On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; LEP LEP USBP Strike Teams are working under Operation Midway Blitz, in Chicago, IL, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 1300 hours, we were driving through Little Village and Cicero in Chicago, Illinois and had been experiencing dozens of different vehicles following our vehicle for over one hour. A Jeep Laredo, gray in color, bearing Illinois license plates PII pulled up beside our vehicle, and a male driver began to shout "fuck you" while displaying his middle finger at us. Our vehicle made a left turn with an attempt to avoid the Jeep but failed due to the Jeep driving against traffic and circling back towards our direction. We proceeded down a main street, and the Jeep came back to the front of the convoy and began to shout "fuck you" once again while displaying his middle finger. The jeep began to block the road and oncoming traffic, making it difficult for us to maneuver around. We entered a neighborhood near 58th St and the Jeep entered an alley way parallel from us. Moments later, the Jeep re-appeared and cut off the vehicle behind us and began tailgating us. We turned onto Maplewood Ave and Jeep continued tailgating us. Due to his aggression and violent driving maneuvers, the team made the decision to dismount the vehicles and detain the subject for attempting to interfere and impeding.

I approached the driver side door and told the male subject to open his door, which he did not. I then asked him two more times to open the door, which subject refused to do so. Since the window was rolled down, I physically reached over and unlocked the doors by pressing the unlock button. When I opened the door, the male subject turned over to the passenger side, leaned back, and I heard him spit at SRTO Benavidez. I then grabbed the male subject and removed him from the vehicle. When exiting the vehicle, the male subject tried to grab onto his steering wheel but was unable to. When outside the vehicle, the male subject began to swing his arms and feet, making it hard to control the subject, therefore, I placed the subject on the floor to help gain control. The subject then began to kick, so SOC Popke utilized OC Spray and sprayed male subject to gain compliance. The

male subject then stopped resisting, and I was able to place handcuffs on the male subject.
At approximately, 1302 hours, Ricardo Cruz [PII] was secured and transported to FBI located at (2111 W Roosevelt Rd, Chicago, IL 60608)

Encounter was captured on BWC and recorded as evidence: [LES]

**Narrative of ALBA, SAUL**
Immigration and Customs Enforcement (ICE) is currently executing "Operation At Large" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
On November 6, 2025, I, Special Response Team Operator (SRTO) Saul Alba was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have 16 years of experience enforcing federal immigration law as CBPO to include the enforcement of Title 8 violations.
On this date 11.06.25, I was passenger of, an unmarked government vehicle, (2024) GMC Yukon, wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.
On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams [LEP] [LEP]. USBP Strike Teams are working under Operation Midway Blitz, in Chicago, IL, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.
At approximately 1404 hours, OFO SRT QRF took enforcement action on a vehicle following our convoy for over 30 minutes impeding and interfering with our route. A Jeep Grand Cherokee, Gray in color was pinned between vehicle 1 and vehicle 2 of our convoy. When I approached the Cherokee to extract the driver, I realized that the front-driver door was locked. I then proceeded to open the back passenger door to gain access to the vehicle. When I opened the back (driver side) passenger door to assist with releasing the driver seatbelt buckle, I witnessed the driver spitting at my teammate which was attempting to extract the passenger. When I saw the spit flying across the center counsel, I assisted with placing the driver in hand restraints. After the driver was handcuffed, I escorted him to our transport vehicle and sat him down the back driver-passenger seat. I placed the seatbelt on the subject and locked It in place.
At approximately, 1411 hours Ricardo Cruz (DOB [PII]) was transported to FBI located at 2111 W. Roosevelt Rd, Chicago IL 60608

Encounter was captured on BWC and recorded as evidence [LES]

**Narrative of BENAVIDEZ, SEBASTIAN A.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation At Large" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
On November 6, 2025, I, Special Response Team Operator (SRTO) Sebastian Benavidez was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the Chicago, IL area. I have 10 years of experience enforcing federal immigration law as CBPO to include the enforcement of Title 8 violations.
On this date, I was the rear passenger of an unmarked government vehicle, 2024 GMC Yukon, wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.
On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams; [LEP]

LEP USBP Strike Teams are working under Operation Midway Blitz, in Chicago, IL, and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 1250 hours, we identified multiple vehicles aggressively following and attempting to impede our convoy by blocking roadways and intersections with their vehicles. Said vehicles were driving on the wrong side of the roadway and against oncoming traffic. On numerous occasions, the agitator vehicles nearly caused vehicular accidents to other civilian vehicles. At approximately 1300 hours, we identified a gray/charcoal colored Jeep Laredo bearing Illinois license plates LES driving erratically, cutting our vehicle off, honking his horn, blocking intersections while impeding with regular traffic and our convoy. The driver would later be identified as Ricardo CRUZ (DOB: PII ). Our convoy turned in to 58th St. At this point, subject's vehicle was able to get between vehicle 1 and vehicle 2. Based on his prior actions of forcibly impeding, driving erratically, cutting the convoy off, blocking regular civilian traffic, the decision was made to temporarily detain the subject if he followed us on our next direction change. The convoy made a turn on Maplewood Dr, where the subject's vehicle continued to follow. The subject's vehicle was pinned in between vehicle 1 and vehicle 2. Teams dismounted to temporarily detain subjects under 8USC111, forcibly impeding. I approached the front passenger side of the subject's vehicle where an unidentified female was sitting. I gave clear and concise commands to open the door. Once the passenger door was open, I attempted to remove the female subject from the vehicle. She initially pulled away from me. While attempting to remove her from the vehicle a second time, the male subject CRUZ spit in my general direction. I called out the assault to the rest of my teammates as they attempted to detain him. Immediately after, I was able to secure the female using flex cuffs. After the female was detained, I moved to provide security to the front of our convoy.

At approximately 1430 hours Ricardo Cruz (DOB: PII was transported to FBI located at 2111 W Roosevelt Rd, Chicago, Illinois.

**Narrative of POPKE, SHANE J.**

Agencies from the Department of Homeland Security (DHS) are targeting immigration violators throughout the nation. These operations focus on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago, IL. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 6, 2025, I, Special Operations Chief (SOC), Shane Popke, as a part of the Office of Field Operations (OFO), Special Response Team (SRT), (OFO/SRT) was deployed to Chicago, IL in support of "Operation Midway Blitz".

On this date, I was a passenger in an unmarked government vehicle, wearing an OFO SRT rough-duty uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On this day, OFO SRT was assigned as a Quick Reaction Force (QRF) to the Border Patrol Strike Teams LEP LEP USBP Strike Teams are working under Operation Midway Blitz in Chicago, IL and the surrounding areas are currently using an intelligence driven approach to conduct focused enforcement operations targeting illegal aliens within the interior of the United States. These areas have been previously identified as having a high concentration of illegal aliens utilizing CBP data holdings, agent observations, and data gleaned from interviews of individuals apprehended along the southwest border.

At approximately 1:00 p.m., I, along with other OFO SRTOs, ICE ERO SRTOs, observed a Gray Jeep, PII , following our vehicle convoy. The Jeep became progressively more aggressive in its actions towards us, swerving aggressively towards our vehicle, driving on the wrong side of the road, driving on the shoulder, swerving recklessly in and out of our vehicle convoy. Some of these violent actions were documented on Evidence Serial LES .

At approximately 1:02 p.m., Gray Jeep swerved in between our convoy and began to "brake check" the CBP units. The decision was made to temporarily detain the driver as he was becoming an extreme safety risk towards the convoy, interfering with our

work, and attempting to impede with our movements throughout the city. Location was near the intersection of West 59th Street and South Maplewood Avenue in Chicago, IL.

OFO SRTOs extracted the driver from the Jeep and I audibly heard one of the SRTOs state that he had been spit on.

I observed 2-3 officers struggling to physically restrain the driver of the Jeep, later identified as USC male, Ricardo CRUZ (DOB: PII ) walked over to the struggle and assisted the officer in bringing CRUZ to the ground, where he continued to resist detention by locking his arms and flailing his legs. I delivered a short 1-2 second spray of MK-9 OC aimed at CRUZ's face approximately 1-2 feet away. CRUZ's body immediately went limp and the officers were able to restrain CRUZ. CRUZ was taken into custody for spitting on a federal officer and was transported to FBI.

The Jeep and female passenger were released.

No injuries were observed or reported from my deployment of MK-9.

I notified Special Operations Chief, Scott Kohn, of the UoF deployment at 1:07 p.m.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved. IDVRS footage was recorded. SERIAL # LES

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | POPKE, SHANE J. | 11/07/2025 11:53 | |
| Approved | KOHN, SCOTT A. | 11/07/2025 12:27 | |
| Reopened | POPKE, SHANE J. | 11/07/2025 17:15 | Spelling |
| Submitted | BURGESS, HOLLIE ANN | 11/13/2025 15:04 | |
| Approved | KOHN, SCOTT A. | 11/14/2025 07:47 | |