

U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed    Active    Ready for review    Rejected    Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25947
**Title:** Operation Midway Blitz: Chicago - Attempt to Ram/Hit Agent (S. Leavitt St / FBI Building)
**Incident date/time:** 11/08/2025 10:20
**Type:** ☒ Assault against CBP personnel    Reportable use of force    FTY/Vehicle pursuit by a CBP employee
     Unintentional firearm discharge    Intentional firearm discharge
**Was this a mass encounter incident?**    Yes   ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.        **Creation date/time:** 11/08/2025 20:20
**Last updated by:** CHAMBERS, ANTHONY E.      **Last updated date/time:** 11/13/2025 09:46
**Reviewer:** CHAMBERS, ANTHONY E        **Date reviewed:** 11/13/2025

## RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes    No

| IDVRS Evidence Serial Numbers: 4 |
| --- |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | USBP |

**Were other CBP components/external agencies involved?**    Yes   ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Customs and Border Protection
**Country/international waters:** United States of America
     **Address:**
        **Street:** S Leavitt Street & 2111 W Roosevelt Road
        **City:** Chicago     **State:** ILLINOIS     **Zip:** 60608
**Incident coordinates:**
     **Latitude:** 41.86601

CHC v. Noem

**Longitude:** -87.68114

**Setting:**   Indoors   ⊗ Outdoors

**Outdoor setting:** ⊗ On land     In water (standing or swimming)     On water (in vessel)     In the air

**Description of the premises/location:** Side street to the main gated compound where FBI building is located. One side of the street has an empty lot of land and the other side has the compound. The street is a side street off Roosevelt Rd, that leads to a stop sign and 4 intersection.

**Environmental factors:**

**Weather:** ☒ Dry     Raining     Snowing     Flooding     Windy     Storm     Haze/blowing dust     Fog     Other

**Illumination:** ☒ Daylight     Dark     Dawn     Dusk ☒ Good lighting     Poor lighting     Night vision aided     Other

**Estimated temperature (Fahrenheit):** 45

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|
| COTTO, XARDIEL | Supervisory Border Patrol Agent | In-Person | 11/08/2025 |

**Other authorities notified (external to CBP):** ☒ Federal     Tribal     State     Local     Foreign

## EMPLOYEES: 4

**Name:** FLORES, DERRICK J.

**Gender:** Male     **Age:** 36     **Height:** 6'2"     **Weight:** 215 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 01/15/2021

**Duty location or detail/TDY location during the incident:** El Paso Sector / Special Operations Detachment

**Duty (or detail/TDY) location EOD:** 12/04/2023

**Duty status at the time of the incident:** ⊗ On duty     Off duty

   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** 4 years 10 months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes     No

**Attire:** ⊗ Uniform     Plain clothes

**Was FLORES, DERRICK J. assaulted?** ⊗ Yes     No

**Was FLORES, DERRICK J. injured?**     Yes ⊗ No

**Name:** BAGWELL, BRIAN

**Gender:** Male     **Age:** 36     **Height:** 5'11"     **Weight:** 190 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 03/14/2008

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol

**Duty (or detail/TDY) location EOD:** 01/01/2025

**Duty status at the time of the incident:** ⊗ On duty     Off duty

   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** 17 years 7 months

   **CBP training previously received (not including basic academy training):**

BSTAR incident ID #25947

| | | ☒ BORTAC | ☒ DITP | |
|---|---|---|---|---|
| BPAIST | BORSTAR | ☒ BORTAC | ☒ DITP | DTI |
| ☒ EDVPTP | EMT | ☒ FITP | ☒ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☒ PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was BAGWELL, BRIAN assaulted?** ⊗ Yes    No

**Was BAGWELL, BRIAN injured?**    Yes  ⊗ No

**Name:** COTTO, XARDIEL

**Gender:** Male    **Age:** 42    **Height:** 6'0"    **Weight:** 195 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 07/06/2009

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 11/02/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

     **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

     **Total law enforcement experience at the time of the incident:** 6 years 4 months

     **CBP training previously received (not including basic academy training):**

| BPAIST | ☒ BORSTAR | ☒ BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was COTTO, XARDIEL assaulted?** ⊗ Yes    No

**Was COTTO, XARDIEL injured?**    Yes  ⊗ No

**Name:** TRONCOSO, HUMBERTO

**Gender:** Male    **Age:** 54    **Height:** 6'2"    **Weight:** 230 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 02/13/2001

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 10/31/2025

**Duty status at the time of the incident:** ⊗ On duty    Off duty

     **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

     **Total law enforcement experience at the time of the incident:** 24 years 9 months

     **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | ☒ SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:** ⊗ Uniform    Plain clothes

**Was TRONCOSO, HUMBERTO assaulted?** ⊗ Yes    No

**Was TRONCOSO, HUMBERTO injured?**    Yes  ⊗ No

CHC v. Noem

Print Date: 2025-11-14

CBP001600

eSTAR incident ID #25947

## SUBJECTS: 1

**Name:** RAMIREZ, NATHALIE

**Gender:** Female    **Date of birth:** ⟦LES⟧    **Height:** 5'4"    **Weight:** 145 pounds

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes    ⊗ No    Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** United States of America

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    Yes    ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ☒ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject use vehicle to accelerate towards Agent Derrick Flores. Agent Flores was on foot on the street. Subject made contact with Agent Flores but Agent Flores jumped onto hood of the vehicle to avoid being struck. Subject was then arrested for assault on agent.

Subject was turned over to FBI. Prosecution is TBD.

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Vehicle

**Was this subject arrested / taken into custody?** ⊗ Yes    No

    **Arrested / taken into custody by:**    CBP    ⊗ Other federal agency    State agency    Local agency

    **Was prosecution sought against this subject?** ⊗ Yes    No

        **Prosecution By:**    CBP    ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes    ⊗ No    Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

CHC v. Noem

CBP001601

e-STAR incident ID #25947

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** Honda
**Vehicle model:** Civic
**Vehicle year:** 2016
**Vehicle type:** Automobile
**Total damage to the vehicle (not including tire damage):** Minimal/cosmetic
**Final disposition of the vehicle:** Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | RAMIREZ, NATHALIE | Driver |

## ASSAULTS: 4

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| RAMIREZ, NATHALIE | Vehicle | FLORES, DERRICK J. | ⊗ Yes   No | Not injured in this incident |
| | | BAGWELL, BRIAN | ⊗ Yes   No | Not injured in this incident |
| | | COTTO, XARDIEL | ⊗ Yes   No | Not injured in this incident |
| | | TRONCOSO, HUMBERTO | ⊗ Yes   No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**     Yes   ⊗ No

**Did this incident result in collateral injury to a bystander?**     Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of FLORES, DERRICK J.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 8, 2025, Border Patrol Agent Derrick Flores as part of the El Paso Sector Border Patrol Tactical Team (BORTAC), was deployed to Berwyn, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On today's date I was assisting Border Patrol Agents working as a Quick Reaction Force (QRF)      **LEP**      **LEP**      I was driving an unmarked Government Rental vehicle. In the government rental Supervisory Border Patrol Agent Xardiel Cotto sat in the front passenger seat. BPA Brian Bagwell sat at my rear, as passenger.  BPA Humberto Troncoso was right rear passenger. During my duties of operation, a "Shots Fired" was announced on the radio. We were requested via handheld radio to assist to that location, and our duties of QRF were directed to

CHC v. Noem

CBP001602

26th street and Troy Ave. A vehicle description of a black jeep wrangler and a possible mid 20's Hispanic male wearing dark over dark clothing, fired multiple shots.

Upon arrival of the shots fired call, all other agents started to exfiltrate the area. The [ **LEP** ] was attempting to locate the black jeep wrangler. As a convoy line of agents were leaving the area to transport the arrested subjects to the FBI building in Chicago, II, Troy announced that a possible match of the vehicle was nearby. The address given by [ **LEP** ] was 5217 S Kedzie Ave, and Hispanic male who was wearing dark over dark clothing was observed walking into an alley. We were the closest QRF to the possible vehicle match, and we responded to the location that [ **LEP** ] called out. We drove to that location, and we cleared a possible black jeep wrangler by visually confirming that no shell casings were on the floor mats of the vehicle. We advised Troy and left the location of the possible vehicle match.

After leaving the area of the shots fired call, we routed back to the FBI building located at 2111 W Roosevelt Chicago, IL. We routed to this location because it was requested for all agents to leave the area and head there to regroup. In doing so, the rental vehicle I was driving picked up a few vehicle tails on the way back to the FBI building. They persisted in following and making it difficult for us to drive through the streets. The three main tails were a light-colored minivan, a black SUV ( **PII** ) and a white Honda civic sedan [ **PII** ]. They repeatedly cut off the vehicle I was driving with their vehicles and got close to hitting our vehicle. These vehicles repeatedly blew whistles and flicked us off while smiling. I performed evasive advanced driving techniques in order to avoid being rammed or boxed in while continuing to drive to the FBI building. The tails pursued my vehicle, and the White Honda drove out of the lane driving toward oncoming traffic to attempt to cut me off again. I made a right turn onto Leavitt St, near the FBI building and parked on the shoulder of the road. The White Honda missed the right turn and sped off in the wrong direction. The other tailing vehicle, the black SUV, did not miss the right turn and drove behind my vehicle. And the other tail, the minivan, slowed down on the corner of the street to see what direction we were going. I parked on the shoulder of the street and got out of my vehicle with Border Patrol Agent Brian Bagwell to give a verbal warning to the black SUV. The black SUV started to reverse before we could approach the window of the driver. I continued to walk towards the black SUV to try and give the verbal warning when the same White Honda that had missed the right turn returned. The driver of the White Honda, later identified as Nathalie Ramirez ( **PII** ), drove into the street fast. She turned towards me and accelerated. Agent Bagwell verbally warned me to "Watch out Derrick, watch out!!" The White Honda was veering in my direction and to avoid being hit, I jumped onto the hood of the vehicle with both feet planted and I pushed myself away to further myself from the vehicle strike. After jumping on the hood of the vehicle and placing myself away from the strike, I noticed the White Honda was at a standstill. Due to her attempt to hit me with the vehicle, I drew my service weapon and pointed the gun at the driver of the White Honda. I visually confirmed that this was the same driver who was literally whistle blowing and had been purposely impeding our operation and means of travel. The driver Nathalie Ramirez, refused to get out of the vehicle and continued whistling in attempts to drown out the commands. I instructed Agent Bagwell to turn off the vehicle so that I could extract the driver. Nathalie Ramirez deliberately began rolling the window up, so we couldn't unlock the door. I attempted to unlock the door from inside the vehicle, but the driver continued to roll the window up. In fear of having my arm crushed, I pulled my arm out abruptly and my hand grabbed the window. It was a natural response of the hand clenching onto something when I pulled my arm out. The amount of force from my arm to my hand grabbing the window completely shattered the glass. I stumbled back from the force of the window shattering and verbally stated with relief that I got my arm and hand out. Agent Bagwell opened the door, and I extracted Nathalie Ramirez and placed her under arrest for attempting to assault me with her vehicle.

Subject Nathalie Ramirez was transported to the 2111 W Roosevelt Rd FBI office. No injuries were observed or claimed by the subject.

BWC serial number [ **LES** ]


### Narrative of BAGWELL, BRIAN

On Nov 08 at approximately 10:20 am, I was a witness to an attempted vehicular assault on an Agent.

I am a Border Patrol Agent assigned to the Special Operations Detachment (SOD) in El Paso, TX as a BORTAC operator. On this date I was assigned to Operation Midway Blitz in Chicago Illinois. I was operating in the area of Berwyn with partners Agent Cotto (front passenger), Agent Flores (driver), and Agent Troncoso (rear passenger). We were operating in an unmarked rental SUV and were wearing full multi-cam RDU Special Operations uniforms with all law enforcement identifiers and placards clearly visible in accordance with CBP Policies.

We were assigned as a Quick Reaction Force (QRF). While on patrol we received a report over the radio that shots had been fired at agents in the area of Little Village. Witnesses reported that the shooter was driving a black 4 door Jeep. We immediately

CHC v. Noem                                                   CBP001603

began to respond to the last known sighting at the intersection of Troy and 26th street.

As we approached the area [LEP] reported a possible match for the suspected Jeep at 5217 Kedzie Ave. We responded and searched for a suspect, with negative results. We then attempted to rejoin the team that had been shot at. While in route, we began being followed by a black Nissan SUV [PII] and a white Honda sedan [PII]. The driver of the Honda sedan (later identified as Ramirez, Nathali DOB: [PII] was constantly honking and blowing a whistle while following our vehicle. As we continued towards the FBI office, this vehicle became more reckless and aggressive. She began pulling up next to our unit with her windows rolled down, blowing a whistle and honking her horn. She swerved towards our vehicle, attempting to hit us, forcing us to take evasive action.  She drove next to us aggressively continuing to swerve into us. She also got in front of our vehicle and slammed on her brakes, attempting to box us in traffic. By this time other vehicles had joined her in following us and honking. When we pulled into the area of the FBI building [LEP] we stopped and exited our vehicle to approach the vehicles following and issue a verbal warning. As Agent Flores and I began to approach the first vehicle (black SUV bearing [PII]), I saw the white Honda [PII]) coming down the street. It abruptly turned straight towards Agent Flores and begin to accelerate. I yelled at Agent Flores to watch out as I raised my M4 carbine and aimed it at the driver side of the windshield, because she was trying to run him over with her vehicle. Agent Flores saw the vehicle and was forced to jump up onto the hood of the vehicle to avoid being run over. The vehicle stopped and we ordered the driver to get out of the vehicle. She stayed in her vehicle with the windows down, blowing a whistle. Agent Flores attempted to open her door, but it was locked. Agent Flores reached into the open window to unlock the door, but the driver rolled up the window with Agent Flores' arm still inside of the vehicle. Agent Flores removed his arm, breaking the window in the process. I then reached in and unlocked the door. I opened the door, and Agent Flores removed her and placed her under arrest.

Suspect was brought into the FBI office at 2111 W Roosevelt Rd, Chicago, IL, 60608, for processing. No injuries were observed or claimed by the subject.

Body Cam evidence [LES]

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/13/2025 06:49 | |
| Approved | CHAMBERS, ANTHONY E. | 11/13/2025 09:46 | |

CHC v. Noem

CBP001604