E-STAR incident ID #25949



## U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

| Current Status: | ⊗ Completed | Active | Ready for review | Rejected | Deleted |

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25949
**Title:** Operation Midway Blitz: Chicago - Assaultive Driving/PLS Deployment (S Western Ave & W 28th Street)
**Incident date/time:** 11/08/2025 10:49
**Type:** ⊠ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** FICK, SHANNON M.
**Creation date/time:** 11/08/2025 20:26
**Last updated by:** HUGHBANKS, DANIEL L.
**Last updated date/time:** 11/16/2025 14:32
**Reviewer:** HUGHBANKS, DANIEL L
**Date reviewed:** 11/16/2025

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ☐ Yes ⊗ No

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
**Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
**Address:**
**Street:** S Western Ave & W 28th Street
**City:** Chicago **State:** ILLINOIS **Zip:** 60608
**Incident coordinates:**
**Latitude:** 41.84125
**Longitude:** -87.68528
**Setting:** ☐ Indoors ⊗ Outdoors
**Outdoor setting:** ⊗ On land ☐ In water (standing or swimming) ☐ On water (in vessel) ☐ In the air
**Description of the premises/location:** Intersection of S Western Ave & W 28th St in Chicago, IL.
**Environmental factors:**
**Weather:** ⊠ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
**Illumination:**

Print Date: 2025-11-18

CHC v. Noem
CBP001605

Daylight    Dark    Dawn    Dusk ☒ Good lighting    Poor lighting    Night vision aided    Other

**Estimated temperature (Fahrenheit):** 45

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GAMBOA, DANIEL E | Section Chief-Operations Operation Midway Blitz/Chicago | Radio | 11/08/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 3

**Name:** YULO JR, ALFREDO
  **Gender:** Male    **Age:** 38    **Height:** 5'9"    **Weight:** 230 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 03/18/2013
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior
  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 12 years 9 months
    **CBP training previously received (not including basic academy training):**

|  BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

  **Wearing body armor?** ⊗ Yes    No
  **Attire:** ⊗ Uniform    Plain clothes

  **Was YULO JR, ALFREDO assaulted?** ⊗ Yes    No

  **Was YULO JR, ALFREDO injured?**    Yes    ⊗ No

**Name:** KIM, DAVID S.
  **Gender:** Male    **Age:** 51    **Height:** 5'6"    **Weight:** 165 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 01/24/2000
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior
  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 25 years 10 months
    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

  **Wearing body armor?** ⊗ Yes    No
  **Attire:** ⊗ Uniform    Plain clothes

Was KIM, DAVID S. assaulted?  ☒ Yes  ☐ No

Was KIM, DAVID S. injured?  ☐ Yes  ☒ No

**Name:** BAUTISTA, RYNER G.
**Gender:** Male  **Age:** 40  **Height:** 6'2"  **Weight:** 235 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/24/2020
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 11/02/2025
**Duty status at the time of the incident:** ☒ On duty  ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 5 years 9 months
  **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes  ☐ No
**Attire:** ☒ Uniform  ☐ Plain clothes

Was BAUTISTA, RYNER G. assaulted?  ☒ Yes  ☐ No

Was BAUTISTA, RYNER G. injured?  ☐ Yes  ☒ No

## SUBJECTS: 1

**Name:** UNKNOWN-1
**Gender:** Male  **Age:** 26-30 years old  **Height:** 5'6" - 5'11"  **Weight:** 150 - 199 lbs
**Attire:** ☒ Civilian  ☐ Paramilitary  ☐ Police  ☐ Nude  ☐ Unknown
**Was the subject wearing body armor?**  ☐ Yes  ☒ No  ☐ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  ☐ Yes  ☒ No
**Subject's activity:**

  ☐ Illegal entry
  ☐ Uncooperative during encounter/inspection
  ☐ Failure to yield/heave to
  ☐ Checkpoint runner
  ☐ Port runner
  ☐ Alien smuggling
  ☐ Narcotics smuggling
  ☐ Scouting
  ☐ Assault (rocks/other projectiles)
  ☒ Assault (all other types)
  ☒ Rioting/civil disturbance
  ☐ Mass coordinated entry
  ☐ No suspected illegal activity
  ☐ Other

**Subject's current location and disposition if known:** Intersection of S Western Ave & W 28th St in Chicago, IL. Driving on wrong side of street, towards oncoming traffic on Roosevelt Road. Driving a white Audi S5 with US military veteran themed

license plate. Subject attempted to crash his vehicle. Subject eventually fled and was not apprehended.

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Vehicle

**Was this subject injured or claiming to be injured?**    Yes    ⊗ No    Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

  **How many individuals were in this subject vehicle?** 1
  **Vehicle make:** Audi
  **Vehicle model:** S5
  **Vehicle year:** 2016
  **Vehicle type:** Automobile
  **Total damage to the vehicle (not including tire damage):** None
  **Final disposition of the vehicle:** Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-1 | Driver |

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| UNKNOWN-1 | Vehicle | YULO JR, ALFREDO | ⊗ Yes | No | Not injured in this incident |
| | | BAUTISTA, RYNER G. | ⊗ Yes | No | Not injured in this incident |
| | | KIM, DAVID S. | ⊗ Yes | No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**    Yes    ⊗ No
**Did this incident result in collateral injury to a bystander?**    Yes    ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of KIM, DAVID S.**
    Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 8, 2025, at approximately 10:50 a.m., I, Assistant Chief Patrol Agent (ACPA), David Kim, was part of a law enforcement convoy conducting immigration enforcement patrols in Chicago, Illinois. I was riding in the rear passenger side of an unmarked government vehicle, a gold-colored Chevrolet Tahoe. Although this vehicle did not have U.S. Border Patrol markings or government license plates, it is equipped with emergency lights, sirens, and a public announcement (PA) system. Border Patrol Agent (BPA) Alfredo Yulo was driving the vehicle and BPA Rayner Bautista was sitting in the front passenger seat. All of us in the vehicle were wearing Border Patrol Rough Duty uniforms with all agency patches and identifiers. I have nearly 29 years of law enforcement experience, nearly 26 years of experience as a United States Border Patrol Agent and three years of experience as a Coast Guard Boarding Officer.

Shortly after departing the FBI compound on Roosevelt Rd., I noticed a white Audi S5 with a veteran's themed license plate following our law enforcement convoy. Almost immediately upon leaving the FBI convoy the unidentified driver of the white Audi began engaging in actions that I interpreted as harassing and unsafe for him, our law enforcement convoy, and the general public in the vicinity. I observed the driver of the white Audi speed up several times and make sudden movements to attempt to force his way in-between vehicles in our convoy, which prompted our agents driving to have to quickly maneuver in evasive actions to avoid a vehicle collision. The vehicle that I was in had to take evasive maneuvers on a couple of occasions to avoid a vehicle collision with the white Audi. I also observed the driver of the white Audi driving head on with oncoming traffic at a high rate of speed on Roosevelt Rd. I believed this action was putting the public in grave danger due to his rate of speed and the possibility of a head on collision with another motorist. Head on collisions account for some of the most serious traffic accidents with the chances of death greatly increasing. The driver of the white Audi was also honking his horn excessively and non-stop, which is a sign that I've observed many times in both Los Angeles, CA and Chicago, IL, from individuals that are attempting to impede federal law enforcement operations. The driver of the white Audi was eventually able to get in-between vehicles in our convoy at various positions in the convoy. I observed the driver of the white Audi "brake check" vehicles in our convoy several times in an attempt to cause and accident and slow down or disable our convoy.

During the time I was observing the driver of the white Audi, I heard BPA Yulo give the driver several warnings to stop attempting to impede us and to stop driving in an unsafe manner via the equipped PA system in our government vehicle. The driver of the white Audi seemed to acknowledge the warnings by prominently displaying the middle finger at our vehicle. It was at this point, the driver of the white Audi was able to position his car directly in front of the vehicle I was in and began slowing down to attempt to separate the convoy. This is a tactic I have witnessed before, in both Los Angeles, CA and Chicago, IL, meant to impede law enforcement. This tactic has also been employed by individuals to separate our law enforcement vehicles so that we can be assaulted in smaller numbers, cut off from elements of our Quick Reaction Forces (QRFs). BPA Yulo again warned the driver of the white Audi to stop the behavior and move out of the way by addressing him on over the PA system and by activating our law enforcement lights and sirens. The driver did not listen to the commands that BPA Yulo gave him. BPA Yulo was able to maneuver our vehicle ahead of the white Audi and tell other agents in the convoy that the driver of the white Audi was trying to impede and interfere with our mission and had been given one verbal warning to stop interfering and impeding. I herd someone in our convoy over the radio or another communication channel ask what vehicle was trying to impede. It was at this time I observed the driver of the white Audi attempting to get in front of our vehicle again. I decided that I would mark the white Audi since the driver had already been given a verbal warning for impeding, other agents in the convoy had asked which vehicle was impeding, and the driver was undeterred by the warnings. At that point, at approximately 11:00 a.m., I lowered the rear driver's side window and deployed one projectile from the Pepperball Launching System (PLS) aiming for the white Audi's hood. However, as I deployed the PLS projectile, our vehicle quickly increased speed which caused my PLS projectile to miss the hood and hit the top center area of the front windshield of the Audi. I was approximately 20 feet from the white Audi at the time of deployment. I saw the white Audi stop, which allowed the rest of the convoy to maintain a tight formation. I then announced over the radio that the white Audi had been marked. In my experience, after observing the driver of the white Audi being undeterred by warnings, I thought there was a high probability that this driver would continue to impede and interfere or escalate into assault with his vehicle, therefore I marked the vehicle.

A short time later, the driver of the white Audi I had previously marked was attempting to interfere and impede yet again by trying to dangerously force his vehicle in-between vehicles in our convoy that were behind us. I observed several government vehicles

in our convoy take advantage of heavy traffic that caused a standstill and dismounted surrounding the white Audi. The agents addressed the driver of the white Audi, giving another warning of arrest. After that the driver of the white Audi discontinued the interference with our mission.

At approximately 11:02 a.m., I announced via the radio that I had deployed one PLS projectile to mark the vehicle. The radio was being monitored by several supervisory level Border Patrol Agents.

I did not observe any injuries or property damage from this PLS deployment.

I was not wearing a body camera. I do not have an issued body worn camera and have not been trained on its use. I am awaiting both the issuance of a camera and the training.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/16/2025 13:57 | |
| Approved | HUGHBANKS, DANIEL L. | 11/16/2025 14:32 | |