E-STAR incident ID: #25942



# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

E-STAR incident ID: LES #25942
Title: Operation Midway Blitz: Chicago - Ramming/PLS Park City, IL.
Incident date/time: 11/07/2025 13:30
Type: ⊠ Assault against CBP personnel  ☐ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
       ☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
Was this a mass encounter incident?  ☐ Yes  ⊗ No
Reporting organization: U.S. Border Patrol / El Centro Sector
Created by: URESTI, ABEL                       Creation date/time: 11/07/2025 16:04
Last updated by: TREBS, ARTHUR A.              Last updated date/time: 11/17/2025 14:14
Reviewer: FICK, SHANNON M                      Date reviewed: 11/15/2025

## RELATED SYSTEMS: 3

Is there IDVRS footage (Evidence Serial Number) associated with this incident?  ⊗ Yes  ☐ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |
| Other involved organizations: | |
| Other federal agency | BOP |

Were other CBP components/external agencies involved?  ⊗ Yes  ☐ No

## LOCATION/ENVIRONMENTAL CONDITIONS

Incident location/AOR: Detroit Sector / Gibraltar Station
    Landmark: ILLINOIS
Country/international waters: United States of America
    Address:
        Street: Teske Blvd & Mobile Blvd

CHC v. Noem　　　　　　　　　　　　　　　　　　　　　　CBP001611

**City:** Park City     **State:** ILLINOIS     **Zip:** 60085

**Incident coordinates:**
     **Latitude:** 42.35180
     **Longitude:** -87.88500

**Setting:**    Indoors    ☒ Outdoors

**Outdoor setting:** ☒ On land    In water (standing or swimming)    On water (in vessel)    In the air

**Description of the premises/location:** Trailer Park in Park City, Illinois at intersection of Teske Blvd and Mobile Blvd.

**Environmental factors:**
   **Weather:** ☒ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
   **Illumination:** ☒ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
   **Estimated temperature (Fahrenheit):** 58

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| HEWSON, KRISTOPHER M | SBPA | Phone | 11/07/2025 |
| GARCIA JR, EFRAIN | Supervisory Border Patrol Agent | Phone | 11/07/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 4

**Name:** PEREZ, RYLI D.
   **Gender:** Male    **Age:** 34    **Height:** 6'0"    **Weight:** 205 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 07/25/2022
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 10/19/2025
   **Duty status at the time of the incident:** ☒ On duty    Off duty
     **Activity:** Patrol Interior

   **Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** 3 years 4 months
     **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

   **Wearing body armor?** ☒ Yes    No
   **Attire:** ☒ Uniform    Plain clothes

   **Was PEREZ, RYLI D. assaulted?** ☒ Yes    No

   **Was PEREZ, RYLI D. injured?**    Yes    ☒ No

**Name:** RAMOS, BRANDON E.
   **Gender:** Male    **Age:** 30    **Height:** 5'9"    **Weight:** 215 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 05/23/2016
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 10/02/2025
   **Duty status at the time of the incident:** ☒ On duty    Off duty
     **Activity:** Patrol Interior

Armed law enforcement experience:
  Total law enforcement experience at the time of the incident: 9 years 5 months
  CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor?  ☒ Yes     No
Attire: ☒ Uniform     Plain clothes

Was RAMOS, BRANDON E. assaulted?  ☒ Yes     No

Was RAMOS, BRANDON E. injured?     Yes  ☒ No

Name: DEE, CRAIG A.
Gender: Male     Age: 34     Height: 6'0"     Weight: 205 pounds
CBP employee series or role: Officer/Agent
Service EOD: 02/08/2016
Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
Duty (or detail/TDY) location EOD: 11/02/2025
Duty status at the time of the incident: ☒ On duty     Off duty
  Activity: Patrol Interior

Armed law enforcement experience:
  Total law enforcement experience at the time of the incident: 9 years 9 months
  CBP training previously received (not including basic academy training):

| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor?  ☒ Yes     No
Attire: ☒ Uniform     Plain clothes

Was DEE, CRAIG A. assaulted?  ☒ Yes     No

Was DEE, CRAIG A. injured?     Yes  ☒ No

Name: CELEDON, LUIS A.
Gender: Male     Age: 40     Height: 5'8"     Weight: 190 pounds
CBP employee series or role: Officer/Agent
Service EOD: 02/12/2009
Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
Duty (or detail/TDY) location EOD: 10/26/2025
Duty status at the time of the incident: ☒ On duty     Off duty
  Activity: Patrol Interior

Armed law enforcement experience:
  Total law enforcement experience at the time of the incident: 16 years 9 months
  CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

Wearing body armor?  ☒ Yes     No
Attire: ☒ Uniform     Plain clothes

Was CELEDON, LUIS A. assaulted?  ☒ Yes     No

Was CELEDON, LUIS A. injured?  Yes  ⊗ No

## SUBJECTS: 1

**Name:** RAMIREZ, EDWARD J.
**Gender:** Male   **Date of birth:** PII   **Height:** 5'7"   **Weight:** 156 pounds
**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes   ⊗ No   Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
 Yes  ⊗ No
**Subject's activity:**

  Illegal entry
  Uncooperative during encounter/inspection
  Failure to yield/heave to
  Checkpoint runner
  Port runner
  Alien smuggling
  Narcotics smuggling
  Scouting
  Assault (rocks/other projectiles)
⊠ Assault (all other types)
  Rioting/civil disturbance
  Mass coordinated entry
  No suspected illegal activity
  Other

**Subject's current location and disposition if known:** At FBI building in Chicago, Illinois pending potential prosecution for 18 USC 111.

**Did this subject assault a CBP employee?** ⊗ Yes   No
  **Was the subject outside the US or its territories when committing the assault?**   Yes   ⊗ No
  **Weapon(s)/type of assault:**
    **Assault method:** Vehicle

**Was this subject arrested / taken into custody?** ⊗ Yes   No
  **Arrested / taken into custody by:** ⊗ CBP   Other federal agency   State agency   Local agency
    **Was an administrative action initiated for this subject by CBP?**   Yes   ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes   No
    **Prosecution By:**   CBP   ⊗ Other federal agency   State agency   Local agency
**Was this subject injured or claiming to be injured?**   Yes   ⊗ No   Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

How many individuals were in this subject vehicle?  1
Vehicle make:  Dodge
Vehicle model:  Caravan
Vehicle year:  2008
Vehicle type:  Van
Total damage to the vehicle (not including tire damage):  Moderate
Final disposition of the vehicle:  Vehicle released/returned to owner

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | RAMIREZ, EDWARD J. | Driver |

## ASSAULTS: 4

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| RAMIREZ, EDWARD J. | Vehicle | PEREZ, RYLI D. | ⊗ Yes | No | Not injured in this incident |
| | | RAMOS, BRANDON E. | ⊗ Yes | No | Not injured in this incident |
| | | DEE, CRAIG A. | ⊗ Yes | No | Not injured in this incident |
| | | CELEDON, LUIS A. | ⊗ Yes | No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage?     Yes   ⊗ No
Did this incident result in collateral injury to a bystander?     Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of PEREZ, RYLI D.**
On October 19, 2025, I, Border Patrol Agent (BPA) Ryli Perez, as part of the Rio
Grande Valley Special Operations Detachment (RGV/SOD), Border Patrol Search
Trauma, and Rescue (BORSTAR), was deployed to Chicago, Illinois, as part of a multiagency operation known as "Midway
Blitz".  On November 7th, 2025, I was assigned as a Quick Reaction Force (QRF) for Border Patrol Agents conducting arrests in
the
Waukegan Area of northern Chicago, Illinois. I was wearing my rough duty Border
Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S
Customs and Border Protection (CBP) policies.
On November 7, 2025, myself and agents Dee, Ramos, Celedon and Bureau Of Prison Officer   PII   were assisting ICE/ERO
officers as a QRF in our rental White GMC Denali bearing
LES   At approximately 1:40 p.m., while securing safe departure of
government vehicles leaving the Park City area near the intersection of Teske
Boulevard and Mobile Boulevard (GPS coordinates 42.3518, -87.8850), a vehicle struck
our vehicle on our rear bumper. At that moment I looked at my surroundings to identify
the vehicle which turned out to be a silver van. Myself and two other team members from

my vehicle dismounted and witnessed the silver van fleeing the scene. Information was relayed to the rest of Chief Bovino's security team to **LEP** was able to see the direction of travel for the silver van and as a security team we started heading towards the direction of the fleeing vehicle. **LEP** was able to give us an address which was 118 Fulton Avenue, Waukegan, Illinois. As we approached the location, an agent put out on the radio that the subject had been apprehended.

I was not injured and did not use any less lethal devices during the incident, my body worn camera was not active during the time of the incident due to the scene quickly becoming hazardous and prevented me from turning on my body worn camera.

**Narrative of CELEDON, LUIS A.**

Immigration and Customs Enforcement (ICE) is currently executing Operation Midway Blitz targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 26, 2025, I, Border Patrol Agent (BPA) Luis Celedon, as part of the Rio Grande Valley Special Operations Detachment (RGV/SOD), Border Patrol Tactical Unit (BORTAC), was deployed to Chicago, Illinois, as part of a multi-agency operation known as "Midway Blitz".

On November 07, 2025, I was assigned as a Quick Reaction Force (QRF) for Border Patrol Agents conducting arrests in the Waukegan Area of northern Chicago, Illinois. I was wearing my rough duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

On November 07, 2025, I was assisting ICE/ERO officers as a QRF driver in our White GMC Denali rental bearing **LES** **LES** At approximately 1:40 p.m., while securing safe departure of government vehicles leaving the Park City area near the intersection of Teske Boulevard and Mobile Boulevard (GPS coordinates 42.3518, -87.8850), a vehicle assaulted our rear bumper. That vehicle definitely had the intentions of assaulting our vehicle based on that he was honking at us, didn't yield at the intersection and went around the civilian vehicle that was behind us to assault our vehicle on the rear bumper. At the time of the assault there were multiple vehicles impeding operations for the past few hours. I immediately looked at my driver's side mirror to identify the vehicle, I was able to see a silver van with a long-haired male driver. Three team members (BPA Brandon Ramos, BPA Ryli Perez and BPA Craig Dee) from my vehicle dismounted and were able to see the silver van with the long-haired male driver fleeing the scene. BPA Brandon Ramos was able to deploy his Pepperball Launcher System and deployed several projectiles on the vehicle's tailgate to serve as a marker to identify the vehicle later.

Information was relayed to the rest of Chief Bovino's security team **LEP** **LEP** was able to see the direction of travel for the silver van and as a security team we started heading in that direction. **LEP** was able to give us an address which the silver van travelled to. The address was 118 Fulton Avenue, Waukegan, Illinois.

All of our vehicles went to that address **LEP** the male subject was running down an alley. At that moment we drove towards the end of the alley to intercept the subject, but someone broadcast on the radio that the subject had been apprehended. After that, we convened with all our team while the subject was secured in a vehicle. Once everyone was in their vehicles we started heading to the FBI building. The male subject was arrested for assault of Federal Agents.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was active during the time of the incident bearing evidence serial **LES**

The timeline below shows approximate time of when we were impacted by the silver van:

1:39PM – 1:41PM

· Silver van impacted us on the rear bumper

Police Report [LES]
Officer's name: L. Walkor
Badge [LES]
Phone # [PII]

**Narrative of RAMOS, BRANDON E.**
Immigration and Customs Enforcement (ICE) is currently executing Operation Midway Blitz targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 2, 2025, I, Border Patrol Agent (BPA) Brandon Ramos, assigned to the Rio Grande Valley Special Operations Detachment (RGV/SOD), Border Patrol Tactical Unit (BORTAC), was deployed to Chicago, Illinois, as part of a multi-agency operation known at "Midway Blitz". On 11/07/2025, I was assigned to a Quick Reaction Force (QRF) for Border Patrol Agents conducting consensual encounters in the Waukegan Area of northern Chicago Il. As a QRF, we are assigned to Stike Teams to provide support, backup and ensure the safety of agents conducting their duties. I was wearing my rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

I was riding in a White GMC Yukon along with BPAs Celeon, Perez, and Craig, as well as Bureau of Prisons Officer [PII]. Throughout the course of the day, we encountered and arrested several Illegal Aliens (IAs). After each of these encounters, we noticed that agitators kept following our vehicles while yelling profanities and threats. The number of agitators increased consistently throughout the day while we were patrolling Waukegan, IL to the point where more than 20 vehicles were following us in a caravan honking their horns and driving erratically.

At approximately 1:30PM, the Strike team assigned to us dismounted their vehicles to conduct a consensual encounter on some civilians on the street in Park City, IL. At this point I proceeded to dismount the Yukon to provide security and ensure the scene stayed safe. I proceeded to set up a security perimeter along with the rest of the QRF while the strike team conducted their consensual encounters, when I noticed a caravan of agitator vehicles lining up on Teske Ave. Some of these vehicles had written messages on the windows displaying threats to Immigration agents. Additionally, the drivers operating vehicles kept shouting profanities towards us while driving by, some even stopping in the middle of the street to shout at us. Once the strike team concluded their immigration inspection we got back into the units and attempted to leave the area.

At approximately 1:40 pm, Officer Christian advised the occupants of the vehicle that we were about to get hit, followed by a strong force coming from the rear of the vehicle. At this time, I rapidly exited the white Yukon and observed a gray minivan, being driven by a male with long dark hair wearing a black shirt, later identified as Edward Ramirez (DOB [PII]) COC:USC). I immediately noticed Ramirez make eye contact with me as he reversed the gray minivan. As I approached the driver's side of the van, Ramirez sped off into the crowd swerving in and out of the road and trying to avoid agitators and vehicles that were on the road. As soon as I realized I wasn't going to be able to detain Ramirez for his use of a deadly weapon against federal agents, I deployed my non-lethal Pepperball Launcher System (PLS) approximately 5 to 10 feet away from the van in order to mark the van in case of a future encounter, because of the danger due to Ramirez erratic getaway tactics. Ramirez was able to flee the scene of the assault but was quickly identified [LEP]. Ramirez was later encountered and subsequently placed under arrest.

No injuries were observed or reported from my deployment of any less lethal devices. All launched projectiles hit the body of the van.

I notified SBPA BORTAC Efrain Garcia of my deployment of less lethal device once the situation was under control and feasible at approximately 02:21 PM.

Each munition was deployed in a targeted manner, directed at individuals actively instigating and/or those who possess a high risk of danger to the agents or civilians. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation and to ensure the safety of all personnel involved while restoring order.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdue the violent crowd of rioters.

Body cam footage was not recorded from the assault as I had just turned off the camera from a prior event. As I quickly dismounted and tried to arrest Ramirez, I didn't have time to activate my Body Cam.

The timeline below shows approximate times of deployments throughout the duration of the event:

1:41PM
- 1 Marking/ Area Saturation 3-5 projectiles

**Narrative of DEE, CRAIG A.**
Immigration and Customs Enforcement (ICE) is currently executing Operation Midway Blitz targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 2, 2025, I, Border Patrol Agent (BPA) Craig Dee, as part of the Rio Grande Valley Special Operations Detachment (RGV/SOD), Border Patrol Search Trauma and Rescue (BORSTAR), was deployed to Chicago, Illinois, as part of a multi-agency operation known as "Midway Blitz". On November 7, 2025, I was assigned as a Quick Reaction Force (QRF) for Border Patrol Agents and Chief G. Bovino conducting arrests in the Waukegan Area of northern Chicago, Illinois. I was wearing my rough duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

On November 7, 2025, I was assisting ICE/ERO officers as a QRF member in our White GMC Yukon Denali rental bearing [LES] alongside BPA's R. Perez, L. Celedon, B. Ramos, and Federal Bureau of Prisons [PII] At approximately 1:40 p.m., while securing safe departure of government vehicles leaving the Park City area near the intersection of Teske Boulevard and Mobile Boulevard (GPS coordinates 42.3518, -87.8850), a vehicle struck our vehicle on the rear bumper. At that moment I asked other Border Patrol Agents and C. Christian in my vehicle if someone just rammed us. They acknowledged. Me and other team members from my vehicle dismounted and observed a silver in color van fleeing the scene. I could see BPA B. Ramos approaching the vehicle. The driver of the vehicle looked aggressive and angry. The driver of the silver in color van, had longer hair, was a male, and looked Hispanic. The driver of the silver in color van quickly drove off fleeing the scene. While he was fleeing the scene, he almost hit multiple vehicles and was driving dangerously and erratically.

Information was relayed via service radio to the rest of Chief Bovino's security team, surrounding BPA's, and [LEP] [LEP] was able to quickly locate and track the direction of travel for the silver van. [LEP] ever lost visual of the silver in color van and maintained visual of this vehicle.

Shortly after the silver in color van rammed our vehicle, we departed the location due to hostile crowds and vehicles approaching us. We continued driving out of the residential area we were located in and began moving in the direction that Troy was providing via service radio of the silver in color van.

[LEP] was able to identify an address to where the vehicle stopped, which was 118 Fulton Avenue, Waukegan, Illinois via service radio. [LEP] maintained visual of the silver in color van and observed the driver exiting the vehicle and walking into an alleyway continuing away from where he parked.

After a short foot pursuit, the driver of the silver in color van was apprehended. He was later identified as RAMIREZ, Edward J. PII

I was not injured and did not use any less lethal devices during the incident; my body worn camera was active during the time of the incident PII

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | URESTI, ABEL | 11/10/2025 17:19 | |
| Rejected | FICK, SHANNON M. | 11/12/2025 17:04 | LEP |
| Submitted | URESTI, ABEL | 11/14/2025 07:34 | |
| Rejected | FICK, SHANNON M. | 11/14/2025 16:13 | Corrections need to be made to narratives still |
| Submitted | URESTI, ABEL | 11/15/2025 06:57 | |
| Approved | FICK, SHANNON M. | 11/15/2025 09:02 | |