

**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

### INCIDENT INFORMATION

**E-STAR incident ID:** LES #25946
**Title:** Operation Midway Blitz: Chicago - OC Deployment / Shots Fired at Agents S Kedzie Ave & W 26th St
**Shift start date/time:** 11/08/2025 07:00
**Shift end date/time:** 11/08/2025 17:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ☐ No
**CBP Reporting Organizations:**
☒ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
☐ Air and Marine Operations
☐ Office of Field Operations

**Created by:** FICK, SHANNON M.          **Creation date/time:** 11/08/2025 11:40
**Last updated by:** HUGHBANKS, DANIEL L.  **Last updated date/time:** 11/17/2025 11:41
**Reviewer:** HUGHBANKS, DANIEL L         **Date reviewed:** 11/17/2025

### RELATED SYSTEMS: 7

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 6 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

### INVOLVED ORGANIZATIONS

CHC v. Noem    CBP001620

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |
| **Other involved organizations:** | |
| CBP | AMO |
| Other CBP component | ERO / ICE |
| Local agency | Chicago Police Department |

**Were other CBP components/external agencies involved?** ⊗ Yes ☐ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
    **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
    **Address:**
        **Street:** S Kedzie Ave and 21st St
        **City:** Chicago    **State:** ILLINOIS    **Zip:** 60623
**Incident coordinates:**
    **Latitude:** 41.85376
    **Longitude:** -87.70530
**Setting:** ☐ Indoors    ⊗ Outdoors
    **Outdoor setting:** ⊗ On land    ☐ In water (standing or swimming)    ☐ On water (in vessel)    ☐ In the air
**Description of the premises/location:** Chicago, IL
**Environmental factors:**
    **Weather:** ☐ Dry  ⊠ Raining  ☐ Snowing  ☐ Flooding  ☐ Windy  ☐ Storm  ☐ Haze/blowing dust  ☐ Fog  ☐ Other
    **Illumination:** ⊠ Daylight  ☐ Dark  ☐ Dawn  ☐ Dusk  ☐ Good lighting  ☐ Poor lighting  ☐ Night vision aided  ☐ Other
    **Estimated temperature (Fahrenheit):** 48

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GARCIA JR, EFRAIN | SBPA | In-Person | 11/08/2025 |
| GAMBOA, DANIEL E | | Radio | 11/08/2025 |

**Other authorities notified (external to CBP):**    ☐ Federal    ☐ Tribal    ☐ State    ☐ Local    ☐ Foreign

## EMPLOYEES: 9

**Name:** DEE, CRAIG A.
    **Gender:** Male    **Age:** 34    **Height:** 6'0"    **Weight:** 205 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 02/08/2016
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 11/02/2025
    **Duty status at the time of the incident:** ⊗ On duty    ☐ Off duty
        **Activity:** Patrol Interior
    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 9 years 9 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | ☒ BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was DEE, CRAIG A. assaulted?** ⊗ Yes    No

**Did DEE, CRAIG A. use reportable force?**    Yes    ⊗ No

**Was DEE, CRAIG A. injured?**    Yes    ⊗ No

**Name:** HEWSON, KRISTOPHER M.
   **Gender:** Male    **Age:** 42    **Height:** 6'3"    **Weight:** 230 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 09/04/2006
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 09/05/2025
   **Duty status at the time of the incident:** ⊗ On duty    Off duty
     **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 19 years 1 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was HEWSON, KRISTOPHER M. assaulted?** ⊗ Yes    No

**Did HEWSON, KRISTOPHER M. use reportable force?** ⊗ Yes    No
   **Force type:** Other
   **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
   **Description of physical force:** Pressure Point Strike: Open handed palm strike to meaty portion of ROJAS's thigh.
   **Estimated use of force date/time (local):** 11/08/2025 09:25
   **Was this force type used again within the same shift (a break-in-the-action)?**    Yes    ⊗ No
   **Reason(s) for this use of force:**

| | | |
|---|---|---|
| Protect self | Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☒ Prevent escape |
| ☒ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was HEWSON, KRISTOPHER M. injured?**    Yes    ⊗ No

**Name:** MCCASLIN, RACHEL M.
   **Gender:** Female    **Age:** 40    **Height:** 5'7"    **Weight:** 125 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 03/05/2009
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 09/05/2025
   **Duty status at the time of the incident:** ⊗ On duty    Off duty
     **Activity:** Patrol Interior

**Armed law enforcement experience:**
    Total law enforcement experience at the time of the incident: 16 years 8 months
    CBP training previously received (not including basic academy training):

|        |         |         |              |       |
|--------|---------|---------|--------------|-------|
| BPAIST | BORSTAR | BORTAC  | DITP         | DTI   |
| EDVPTP | EMT     | FITP    | LLITP (IFITP)| MFF   |
| MRT    | PITP    | SRT     | TATP         | Other |

Wearing body armor?  ⊗ Yes    No
Attire:  ⊗ Uniform    Plain clothes

Was MCCASLIN, RACHEL M. assaulted?  ⊗ Yes    No

Did MCCASLIN, RACHEL M. use reportable force?    Yes  ⊗ No

Was MCCASLIN, RACHEL M. injured?    Yes  ⊗ No

**Name:** SMITH, DALTON J.
  **Gender:** Male   **Age:** 30   **Height:** 6'5"   **Weight:** 200 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 01/09/2023
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:**  ⊗ On duty    Off duty
      **Activity:** Patrol Interior

  **Armed law enforcement experience:**
      Total law enforcement experience at the time of the incident: 2 years 11 months
      CBP training previously received (not including basic academy training):

|        |         |         |              |       |
|--------|---------|---------|--------------|-------|
| BPAIST | BORSTAR | BORTAC  | DITP         | DTI   |
| EDVPTP | EMT     | FITP    | LLITP (IFITP)| MFF   |
| MRT    | PITP    | SRT     | TATP         | Other |

Wearing body armor?  ⊗ Yes    No
Attire:  ⊗ Uniform    Plain clothes

Was SMITH, DALTON J. assaulted?  ⊗ Yes    No

Did SMITH, DALTON J. use reportable force?  ⊗ Yes    No
  **Force type:** Less-lethal Device
  **Device:** OC (Pepper Spray Hand Held Canister)
  **Device type:** Stream
  **Estimated use of force date/time (local):** 11/08/2025 09:00
  **Posture:**    Standing    Kneeling  ⊠ Prone    Other
  **Estimated distance:** 2 feet
  Was this force type used again within the same shift (a break-in-the-action)?    Yes  ⊗ No
  Reason(s) for this use of force:
      ⊠ Protect self              ⊠ Protect co-worker             Protect innocent 3rd party
         Protect non-CBP officer/agent    Effect an arrest or detention    Prevent escape
      ⊠ Overcome resistance          Stop vehicle                 Vessel failure to heave to
         Animal euthanization        Other

Was SMITH, DALTON J. injured?    Yes  ⊗ No

**Name:** GUILLEN, JESUS
  **Gender:** Male   **Age:** 35   **Height:** 6'0"   **Weight:** 220 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/16/2022

**Duty location or detail/TDY location during the incident:** Del Rio Sector / Carrizo Springs Station
**Duty (or detail/TDY) location EOD:** 05/16/2022
**Duty status at the time of the incident:** ⊗ On duty ☐ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 3 years 5 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes ☐ No
**Attire:** ⊗ Uniform ☐ Plain clothes

**Was GUILLEN, JESUS assaulted?** ⊗ Yes ☐ No

**Did GUILLEN, JESUS use reportable force?** ⊗ Yes ☐ No
    **Force type:** Less-lethal Device
    **Device:** VID (Vehicle Immobilization Devices)
    **Device type:** Stop Sticks (9-12ft)
    **Estimated use of force date/time (local):** 11/08/2025 09:42
    **Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ⊗ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☒ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was GUILLEN, JESUS injured?** ☐ Yes ⊗ No

**Name:** MC ELRATH, TIMOTHY D.
    **Gender:** Male    **Age:** 40    **Height:** 5'9"    **Weight:** 175 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 05/11/2009
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 11/02/2025
    **Duty status at the time of the incident:** ⊗ On duty ☐ Off duty
        **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 13 years 1 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes ☐ No
**Attire:** ⊗ Uniform ☐ Plain clothes

**Was MC ELRATH, TIMOTHY D. assaulted?** ⊗ Yes ☐ No

**Did MC ELRATH, TIMOTHY D. use reportable force?** ☐ Yes ⊗ No

**Was MC ELRATH, TIMOTHY D. injured?** ☐ Yes ⊗ No

**Name:** LIBBY, DUSTIN GLENN

**Gender:** Male  **Age:** 39  **Height:** 5'9"  **Weight:** 170 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 11/23/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   ☐ Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 3 years 11 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes  ☐ No
**Attire:** ⊗ Uniform  ☐ Plain clothes

**Was LIBBY, DUSTIN GLENN assaulted?** ⊗ Yes  ☐ No
**Did LIBBY, DUSTIN GLENN use reportable force?** ☐ Yes  ⊗ No
**Was LIBBY, DUSTIN GLENN injured?** ☐ Yes  ⊗ No

**Name:** RAMOS, BRANDON E.
**Gender:** Male  **Age:** 30  **Height:** 5'9"  **Weight:** 215 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/23/2016
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/02/2025
**Duty status at the time of the incident:** ⊗ On duty   ☐ Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 9 years 5 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes  ☐ No
**Attire:** ⊗ Uniform  ☐ Plain clothes

**Was RAMOS, BRANDON E. assaulted?** ⊗ Yes  ☐ No
**Did RAMOS, BRANDON E. use reportable force?** ☐ Yes  ⊗ No
**Was RAMOS, BRANDON E. injured?** ☐ Yes  ⊗ No

**Name:** GARCIA JR, EFRAIN
**Gender:** Male  **Age:** 53  **Height:** 5'10"  **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 10/11/1992
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ⊗ On duty   ☐ Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)
**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 33 years 1 months
**CBP training previously received (not including basic academy training):**

| BPAIST | ☒ BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No
**Attire:** ☒ Uniform   Plain clothes

**Was GARCIA JR, EFRAIN assaulted?** ☒ Yes   No

**Did GARCIA JR, EFRAIN use reportable force?**   Yes   ☒ No

**Was GARCIA JR, EFRAIN injured?**   Yes   ☒ No

## SUBJECTS: 6

**Name:** MASS GROUP
**Estimated number of individuals in the group:** 30
**Group description (Composition, attire, etc.):** Approximately 30 or more individuals who were gathered in various areas in the surrounding location. The individuals were aggressive. They were yelling, impeding, and assaulting agents and officers throughout the incident. Individuals from the crowd also threw bricks. The crowd size increased as time passed.
**Was any member of this group wearing body armor?**   Yes   No   ☒ Unknown
**Group activity:**

  Illegal entry
  Uncooperative during encounter/inspection
  Failure to yield/heave to
  Checkpoint runner
  Port runner
  Alien smuggling
  Narcotics smuggling
  Scouting
  Assault (rocks/other projectiles)
  Assault (all other types)
☒ Rioting/civil disturbance
  Mass coordinated entry
  No suspected illegal activity
  Other

**Group's current location and disposition if known:** S Kedzie Ave & W 26th St, Chicago, IL 60623, group has since disbanded, and their location is unknown at this time.

**Did any member of this group not listed as an individual subject assault a CBP employee?**   Yes   ☒ No

**Was reportable force used on any member of this group not listed as an individual subject?**   Yes   ☒ No

**Name:** UNKNOWN-1
**Gender:** Unknown   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown
**Attire:** ☒ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes   ☒ No   Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  Yes   ☒ No
**Subject's activity:**

    Illegal entry
    Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Subject's current location and disposition if known:** Incident took place within the vicinity of Kenzie St and 26th St in Little Village, IL. The subject in this incident was able to flee the area in his black GMC Terrain vehicle, despite the fact that the tires of the vehicle had been successfully spiked by BPA Guillen.

**Did this subject assault a CBP employee?** ☒ Yes     No
    **Was the subject outside the US or its territories when committing the assault?**    Yes    ☒ No
    **Weapon(s)/type of assault:**
        **Assault method:** Vehicle
        **Estimated assault date/time (local):** 11/08/2025 09:42

**Was reportable force used on this subject?** ☒ Yes    No
    **Was the subject outside the US or its territories when this force was applied?**    Yes    ☒ No

**Was the subject an occupant of a vehicle?** ☒ Yes    No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** ☒ Yes    No
**Was this subject injured or claiming to be injured?**    Yes    ☒ No    Unknown

**Name:** UNKNOWN-2
    **Gender:** Unknown      **Age:** 26-30 years old      **Height:** Unknown      **Weight:** Unknown
    **Attire:** ☒ Civilian      Paramilitary     Police     Nude     Unknown
    **Was the subject wearing body armor?**    Yes    ☒ No    Unknown
    **Immigration status:** Unknown
    **Country of citizenship:** Unknown
    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
         Yes    ☒ No
    **Subject's activity:**

        Illegal entry
        Uncooperative during encounter/inspection
        Failure to yield/heave to
        Checkpoint runner
        Port runner
        Alien smuggling
        Narcotics smuggling
        Scouting
        Assault (rocks/other projectiles)
     ☒ Assault (all other types)

Rioting/civil disturbance

Mass coordinated entry

No suspected illegal activity

Other

**Subject's current location and disposition if known:** Subject fired 4 to 6 shots in the vicinity of all agents at approximately 09:30hrs on November 8, 2025. The subject then fled the area.

**Did this subject assault a CBP employee?** ⊗ Yes     No

**Was the subject outside the US or its territories when committing the assault?**     Yes    ⊗ No

**Weapon(s)/type of assault:**
   **Assault method:** Firearm
   **Weapon type:** Pistol
   **Manufacturer:** NA/Unknown
   **Model:** NA/Unknown
   **Serial number:** NA/Unknown
   **Estimated number of rounds fired:** 6
   **Loaded indicator** ⊗ Loaded     Unloaded
   **Ammunition caliber:**
   **Ammunition description:**
   **Ammunition manufacturer:**
   **Acquisition type:** Unknown
   **Concealment type:** Carried at ready
   **Estimated assault date/time (local):** 11/08/2025 09:24

**Was reportable force used on this subject?**     Yes    ⊗ No
**Was this subject injured or claiming to be injured?**     Yes    ⊗ No     Unknown

**Name:** UNKNOWN-3

**Gender:** Unknown     **Age:** Unknown     **Height:** Unknown     **Weight:** Unknown

**Attire:** ⊗ Civilian     Paramilitary     Police     Nude     Unknown

**Was the subject wearing body armor?**     Yes    ⊗ No     Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**     Yes    ⊗ No

**Subject's activity:**

   Illegal entry

   Uncooperative during encounter/inspection

   Failure to yield/heave to

   Checkpoint runner

   Port runner

   Alien smuggling

   Narcotics smuggling

   Scouting

   Assault (rocks/other projectiles)

   ☒ Assault (all other types)

   ☒ Rioting/civil disturbance

   Mass coordinated entry

   No suspected illegal activity

   Other

**Subject's current location and disposition if known:** At about 09:17hrs, an unknown subject threw a spray paint can, making direct contact with the unmarked Government vehicle, containing agents Hewson, McElrath, Smith and in custody subjects, ROJAS and USC subject ORTEGA. The subject was not identified or apprehended.

CHC v. Noem     CBP001628

|  | Did this subject assault a CBP employee? ⊗ Yes   No |
| --- | --- |
|  | Was the subject outside the US or its territories when committing the assault?   Yes ⊗ No |
|  | Weapon(s)/type of assault: |
|  | Assault method: Projectile (other than rock) |
|  | Projectile description: Spray Paint Can |
|  | Estimated assault date/time (local): 11/08/2025 09:31 |
| Was reportable force used on this subject?   Yes ⊗ No |
| Was this subject injured or claiming to be injured?   Yes ⊗ No   Unknown |

**Name:** ROJAS-ESTRADA, OMAR
**Gender:** Male   **Date of birth:** PII   **Height:** 5'6" - 5'11"   **Weight:** 150 - 199 lbs
**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes ⊗ No   Unknown
**Immigration status:** Deportable
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes ⊗ No

**Subject's activity:**

   Illegal entry
☒ Uncooperative during encounter/inspection
   Failure to yield/heave to
   Checkpoint runner
   Port runner
   Alien smuggling
   Narcotics smuggling
   Scouting
   Assault (rocks/other projectiles)
   Assault (all other types)
   Rioting/civil disturbance
   Mass coordinated entry
   No suspected illegal activity
   Other

**Subject's current location and disposition if known:** This incident took place in the vicinity of 25th Street and Kedzie Ave, Little Village, IL. Rojas was transported to the ICE ERO facility for further processing.

| Did this subject assault a CBP employee?   Yes ⊗ No |
| --- |
| Was reportable force used on this subject? ⊗ Yes   No |
| Was the subject outside the US or its territories when this force was applied?   Yes ⊗ No |
| Was the subject an occupant of a vehicle?   Yes ⊗ No |
| Was this subject injured or claiming to be injured?   Yes ⊗ No   Unknown |

**Name:** ORTEGA, YURISCA
**Gender:** Female   **Date of birth:** PII   **Height:** 5'5"   **Weight:** 165 pounds
**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes ⊗ No   Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes ⊗ No

**Subject's activity:**

Illegal entry
Uncooperative during encounter/inspection
Failure to yield/heave to
Checkpoint runner
Port runner
Alien smuggling
Narcotics smuggling
Scouting
Assault (rocks/other projectiles)
☒ Assault (all other types)
Rioting/civil disturbance
Mass coordinated entry
No suspected illegal activity
Other

**Subject's current location and disposition if known:** Ortega was arrested for assault against a Federal Agent and transported to the FBI building, 2111 W Roosevelt Rd. Chicago, IL. At about 09:29hrs, Ortega slapped BPA Hewson's arm while he was attempting to arrest her. At about 09:31hrs, as BPA Hewson was attempting to place Ortega safely into the Service vehicle, subject Ortega delivered multiple kicks to BPA Hewson's chest.

**Did this subject assault a CBP employee?** ☒ Yes ☐ No

**Was the subject outside the US or its territories when committing the assault?** ☐ Yes ☒ No

**Weapon(s)/type of assault:**
 **Assault method:** Physically w/o weapon
  **Describe physical assault:** Subject slapped SBPA Hewsons hands away as he was apprehending her
 **Estimated assault date/time (local):** 11/08/2025 09:30

 **Assault method:** Physically w/o weapon
  **Describe physical assault:** Kicked at SBPA Hewson while she was being placed in the vehicle.
 **Estimated assault date/time (local):** 11/08/2025 09:31

**Was reportable force used on this subject?** ☐ Yes ☒ No

**Was this subject arrested / taken into custody?** ☒ Yes ☐ No
 **Arrested / taken into custody by:** ☒ CBP ☐ Other federal agency ☐ State agency ☐ Local agency
  **Was an administrative action initiated for this subject by CBP?** ☐ Yes ☒ No
 **Was prosecution sought against this subject?** ☒ Yes ☐ No
  **Prosecution By:** ☐ CBP ☒ Other federal agency ☐ State agency ☐ Local agency
**Was this subject injured or claiming to be injured?** ☐ Yes ☒ No ☐ Unknown

## VEHICLE INFORMATION

## SUBJECT VEHICLE - 1

**How many individuals were in this subject vehicle?** 1
**Vehicle make:** Black GMC
**Vehicle model:** Terrain
**Vehicle year:** 2022
**Vehicle type:** Automobile
**Estimated highest speed attained by the subject vehicle during the pursuit:** Unknown
**Did the subject wreck their vehicle (in any capacity) while being pursued by CBP?** No
**Total damage to the vehicle (not including tire damage):** None
**Final disposition of the vehicle:** Vehicle escaped

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | UNKNOWN-1 | Driver |

## ASSAULTS: 14

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| UNKNOWN-1 | Vehicle on 11/08/2025 09:42 | DEE, CRAIG A. | Yes | ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | Yes | ⊗ No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | Yes | ⊗ No | Not injured in this incident |
| | | SMITH, DALTON J. | Yes | ⊗ No | Not injured in this incident |
| | | GUILLEN, JESUS | ⊗ Yes | No | Not injured in this incident |
| | | MC ELRATH, TIMOTHY D. | Yes | ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | ⊗ Yes | No | Not injured in this incident |
| | | RAMOS, BRANDON E. | Yes | ⊗ No | Not injured in this incident |
| | | GARCIA JR, EFRAIN | Yes | ⊗ No | Not injured in this incident |
| UNKNOWN-2 | Pistol - Manufacturer NA/Unknown; Model NA/Unknown; S/N NA/Unknown on 11/08/2025 09:24 | DEE, CRAIG A. | ⊗ Yes | No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ⊗ Yes | No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | ⊗ Yes | No | Not injured in this incident |
| | | SMITH, DALTON J. | ⊗ Yes | No | Not injured in this incident |
| | | GUILLEN, JESUS | Yes | ⊗ No | Not injured in this incident |
| | | MC ELRATH, TIMOTHY D. | ⊗ Yes | No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | Yes | ⊗ No | Not injured in this incident |

| | | | | | |
|---|---|---|---|---|---|
| | | RAMOS, BRANDON E. | ⊗ Yes | No | incident |
| | | GARCIA JR, EFRAIN | ⊗ Yes | No | Not injured in this incident |
| UNKNOWN-3 | Projectile (other than rock) - Spray Paint Can on 11/08/2025 09:31 | DEE, CRAIG A. | Yes | ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ⊗ Yes | No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | Yes | ⊗ No | Not injured in this incident |
| | | SMITH, DALTON J. | ⊗ Yes | No | Not injured in this incident |
| | | GUILLEN, JESUS | Yes | ⊗ No | Not injured in this incident |
| | | MC ELRATH, TIMOTHY D. | ⊗ Yes | No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | Yes | ⊗ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | Yes | ⊗ No | Not injured in this incident |
| | | GARCIA JR, EFRAIN | Yes | ⊗ No | Not injured in this incident |
| ORTEGA, YURISCA | Physically w/o weapon - Subject slapped SBPA Hewsons hands away as he was apprehending her on 11/08/2025 09:30 | DEE, CRAIG A. | Yes | ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ⊗ Yes | No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | Yes | ⊗ No | Not injured in this incident |
| | | SMITH, DALTON J. | Yes | ⊗ No | Not injured in this incident |
| | | GUILLEN, JESUS | Yes | ⊗ No | Not injured in this incident |
| | | MC ELRATH, TIMOTHY D. | Yes | ⊗ No | Not injured in this incident |
| | | LIBBY, DUSTIN GLENN | Yes | ⊗ No | Not injured in this incident |
| | | RAMOS, BRANDON E. | Yes | ⊗ No | Not injured in this incident |
| | | GARCIA JR, EFRAIN | Yes | ⊗ No | Not injured in this incident |
| ORTEGA, YURISCA | Physically w/o weapon - Kicked at SBPA Hewson while she was being placed in the vehicle. on 11/08/2025 09:31 | DEE, CRAIG A. | Yes | ⊗ No | Not injured in this incident |
| | | HEWSON, KRISTOPHER M. | ⊗ Yes | No | Not injured in this incident |
| | | MCCASLIN, RACHEL M. | Yes | ⊗ No | Not injured in this incident |
| | | SMITH, DALTON J. | Yes | ⊗ No | Not injured in this incident |
| | | GUILLEN, JESUS | Yes | ⊗ No | Not injured in this incident |

|  |  | MC ELRATH, TIMOTHY D. | Yes ⊗ No | Not injured in this incident |
|---|---|---|---|---|
|  |  | LIBBY, DUSTIN GLENN | Yes ⊗ No | Not injured in this incident |
|  |  | RAMOS, BRANDON E. | Yes ⊗ No | Not injured in this incident |
|  |  | GARCIA JR, EFRAIN | Yes ⊗ No | Not injured in this incident |

## USES OF FORCE: 3

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| HEWSON, KRISTOPHER M. | Physical Force w/o Weapon - Pressure Point Strike: Open handed palm strike to meaty portion of ROJAS's thigh. on 11/08/2025 09:25 | **Subject:** ROJAS-ESTRADA, OMAR<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes |
| SMITH, DALTON J. | OC (Pepper Spray Hand Held Canister) - Stream on 11/08/2025 09:00 | **Subject:** ROJAS-ESTRADA, OMAR<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| GUILLEN, JESUS | VID (Vehicle Immobilization Devices) - Stop Sticks (9-12ft) on 11/08/2025 09:42 | **Subject:** UNKNOWN-1<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>    Vehicle on 11/08/2025 09:42 - Yes<br>        **Was this use of force effective against what prompted its use?** Yes<br>        **Did the UOF device function as designed?** Yes<br>**Did this employee deploy this VID against this subject while the subject was driving this vehicle?**<br>    **SUBJECT VEHICLE-1 - 2022 Black GMC Terrain Automobile** Yes<br>        VID deployment latitude: 41.84455, VID deployment longitude: -87.70502,<br>        Traffic: Light traffic, Road: Hard - pavement/asphalt/concrete, Speed: 35 mph,<br>        VID Disposition: VID Successful-Subject Vehicle Continued<br>        Engaged VID: Y, Tires Spiked: 1, Distance Travelled: 1 miles |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No
**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0



# NARRATIVE

**Shared incident narrative**

**Narrative of DEE, CRAIG A.**
Immigration and Customs Enforcement (ICE) is currently executing Operation Midway Blitz targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 2, 2025, I, Border Patrol Agent (BPA) Craig Dee as part of the Rio Grande Valley Border Patrol Special Operations Detachment (RGV/SOD) was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers in Operation Midway Blitz. I was in a Border Patrol issued uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On November 8, 2025, my role as a member of the RGV/SOD QRF was to [LEP] [LEP] and provide backup and security for Operation Midway Blitz Commander G. Bovino as they were conducting immigration enforcement activities in Little Village near Cicero, Chicago. BPA L. Celedon (driver), BPA R. Perez (front passenger), BPA B. Ramos (back driver side passenger), and BPA C. Dee (back passenger side passenger), was driving a white Yukon Denali SUV bearing license Plates [LES].

At approximately 930 AM, I was assisting and providing cover for Supervisory Border Patrol Agent (SBPA) K. Hewson and BPA B. Ramos while they were making an arrest. During this time, I could hear around four-to-six-gun shots nearby. I quickly began to find cover and look towards the direction where the gunshots were fired. I observed a Black in Color four door Jeep Wrangler (Jeep Wrangler style) possessing dark window tints with large aggressive off-road tires. This vehicle was stopped near the intersection of S Kedzie Ave. and W 25th St. At this time, I was approximately 50-75 meters away from this location near the side of the road. The driver side window of this vehicle was rolled down completely. I had visual of the Black in color Jeep Wranglers driver from this distance. He appeared to be leaning away from the driver side window, leaning back in his vehicle and pointing a pistol in our direction. The driver appeared to be a Hispanic male aged from about 20-30 years old.

After the driver continued Southbound on S Kedzie Ave., BPA J. Puente was in front of me and was yelling out shots fired. I quickly began yelling "Black Jeep Wrangler, Black Jeep Wrangler." I then took cover in the alleyway and behind a vehicle. I then broadcasted via service radio of shots fired and that the suspect's vehicle was a black in color Jeep Wrangler. There were no injuries during this event.

After, I assisted several BPAs with crowd control and began walking back to where my vehicle was parked in the alleyway. A white in color utility van was left abandoned and blocking the convoy. The driver BPA L. Celedon moved our vehicle to a more tactical location on 26th St.

At approximately 9:49 AM, BPA's left in a convey and traveled to the Chicago FBI building. My body worn camera was active during the entire time of the incident, BWC [LES]

**Narrative of GUILLEN, JESUS**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz," targeting immigration violators throughout the city of Chicago, Illinois. The operation focuses on law enforcement activities in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control in confined, civilian-heavy environments.

Publicly available information regarding the Chicago, Illinois metropolitan area estimates that approximately 257,000 undocumented immigrants reside in and around Chicago. Records also indicate that approximately 50,000 illegal aliens have been transferred to Chicago from other countries.

On November 8, 2025, I, Border Patrol Agent, Jesus Guillen, was conducting immigration enforcement operations in the city of Little Village, IL, in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to reside, work, and live without legal documentation in the United States.

I have been employed as a Border Patrol Agent for over three years. I regularly receive intelligence briefings on emerging trends related to smuggling, illegal alien activity, and other related situations. Additionally, I collaborate closely with fellow Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who possess extensive experience and share their knowledge of illicit activities. This collaboration fosters a continuous learning environment focused on combating crime.

Throughout my career, I have interdicted numerous smuggling events and arrested and interviewed hundreds of illegal aliens through failed smuggling attempts.

On November 8, 2025, I was riding in an unmarked Border Patrol service vehicle to blend in with the public and covertly observe criminal activity. I was dressed in full rough-duty uniform, including my agency-issued ballistic body armor, which prominently displayed my badge, agency insignia, and clear police markings on both the front and back. I was readily identifiable as a United States Border Patrol Agent. Accompanying me were Supervisory Border Patrol Agent (SBPA) A. Diaz and (BPA) D. Libby.

At approximately 9:35 a.m., while driving along Kenzie St and 26th st in Little Village, IL, our unit encountered a situation involving agitators obstructing the movement of unmarked Border Patrol service units. These units were conducting consensual encounters and immigration checks with individuals in the immediate vicinity.

As we came to a stop on 26th st, we heard over the radio, "shots fired" and a loud thud came from the unit parked behind our vehicle. At this moment all units in our convoy were parked and nearly everyone exited their vehicles ready to react. I exited the vehicle with a "stop stick" in hand as a precautionary measure as there have been numerous government vehicles rammed and assaulted by civilian agitators vehicles. We had initially thought the unit behind us got rammed by another agitator who was in a vehicle. This heightened the alertness of all personnel on the scene. Several people were already gathered along the sidewalk giving us the middle finger yelling "Fuck Ice" and "Get out of here". Since we stopped moving more agitators started crowding along the sidewalk. The unit behind us was a quick response force (QRF) vehicle with ERO ICE agents. We saw no one was injured but there was glass and a brick on the street. It was determined that the ICE ERO vehicle was struck by the brink. The ICE ERO QRF members quickly realized and communicated that the brick was thrown from the rooftop of the building directly next to them.

At approximately 9:42 a.m., while conducting crowd control and waiting from the other BPAs to complete their investigation and duties, a black GMC Terrain approached the intersection. I observed one occupant in the driver's seat. The vehicle's engine revved, and it accelerated at a high rate of speed directly toward myself, BPA Libby, and the other parked service units. A Chicago Police officer signaled for the driver to stop, but the vehicle continued to pick up speed, posing an imminent threat to personnel and equipment. BPA Diaz observed the vehicle traveling in my, and BPA Libby's direction and told me to watch out. We moved out of the way to avoid being struck. I wasn't sure if the vehicle was involved in the earlier shots fired incident and attempting to flee or if he was an agitator intentionally targeting us. I deployed the stop stick toward the vehicle, successfully spiking the vehicle's tires. The vehicle continued to flee. We were unable to pursue the vehicle due to all the incidents occurring at the same time and everyone sticking together to maintain control of the situation. Moments later, I heard over the radio that a Chicago Police officer had been struck by a vehicle.

Simultaneously, another brick was thrown from a rooftop, striking the same ICE ERO service unit that had been hit earlier, further escalating the situation.

At approximately 09:55am, we heard over the radio "everyone up lets go we need to get out of here". Several Chicago Police Department were on scene assisting to help with traffic control making sure our vehicles did not get boxed in.

My body worn camera was not on. There was a previous encounter minutes before where I had it on and when we left the scene I tried to categorize the video but then this event happened, and I was not able to categorize the previous event so I left the camera as it was thinking it would continue to record and it did not. SBPA A. Diaz and BPA D. Libby were on scene and

captured the event.

SBPA A. Diaz
Serial: LES
Evidence number LES

BPA Libby
Body Cam - LES
Video Serial - LES

**Narrative of HEWSON, KRISTOPHER M.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 08, 2025, I, Supervisory Border Patrol Agent Kristopher Hewson was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States. I have been employed as a Border Patrol Agent for over 19 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was the Chicago, Il area or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities. Additionally, during the migrant surge of 2020-2022.

At approximately 9:00 a.m., I was working in Chicago, Illinois. Alongside me were my partners, Border Patrol Agent Dalton Smith, and Border Patrol Agent Timothy Mcelrath. We were dressed in full rough duty uniform with ballistic vests that had identifiers on it displaying "Federal Agent" and "U.S. Border Patrol. I was also wearing a duty belt. I was readily identifiable as a United States Border Patrol Agent. We were patrolling near 25th Street and Kedzie Ave. I went inside a convenience store to attempt to located someone who I wanted to talk to who had walked inside. This individual went inside to attempt to avoid interaction with me after noticing me in Border Patrol Uniform I located the subject near the rear of the store near a meat counter. This subject again saw me, and he jumped over the counter and ran out the back with other subjects.

BPA Dalton Smith utilized our vehicle to drive down the alley that was next to the store to chase the subjects. One of the subjects was detained by BPA Smith after a short foot chase on 25th street east of Kedzie Ave. BPA Smith called for backup and me and other Agents responded on foot to his location.

I found BPA Smith wrestling with a subject on the ground on the north side of 25th street. There were approximately 25-30 people forming a crowd and shouting obscenities at us and telling us to go home. I arrived at BPA Smith's location, and he informed me that he had to utilize OC Spray on the subject. The subject was later identified as ROJAS-Estrada, Omar DOB PII COC Mexico. ROJAS continued resisting us by having his left arm gripping his waistband of his jeans. ROJAS refused to let go of his waistband after numerous commands to do so. The crowd was now encroaching upon us. At approximately 9:25 A.M. I decided to utilize a compliance strike to the meaty portion of the upper leg using an open-handed palm strike. I reported this use of force to SBPA Efrain Garcia at approximately 9:26 A.M. ROJAS ended up giving his hand up after 30 more seconds of wrestling with him. He was handcuffed without further incident. Once handcuffed, I was able to place ROJAS inside of my unmarked rental government vehicle.

After ROJAS was placed in our vehicle, I attempted to locate the driver of the cargo van that was abandoned behind our vehicle. This vehicle was intentionally abandoned attempting to prevent our Border Patrol unmarked vehicles from exiting the alley. My vehicle was in front of this van. BPA Smith pointed to a subject and stated it was possibly him. I approached the subject, and he denied having the keys. I returned to our vehicle and noticed that a Chevrolet Tahoe was blocking our path, in front of our vehicle, to exit north of the alley onto 25th. Executive Officer McCaslin approached this vehicle and gave them a warning to move forward so that my vehicle could exit. The driver of the vehicle remained in front of ours blocking us in allowing us no room for escape.

I approached the subject and ordered her to move the vehicle or she would be arrested for impeding. The subject later identified as ORTEGA, Yuricsa DOB PII COC USA, defiantly said no she's not moving anywhere. I then ordered ORTEGA to exit the vehicle to place her under arrest for impeding. We have received many reports stating that gangs were wanting to intentionally block us in and perform hits. ORTEGA again defiantly said no. I attempted to reach in the open window and unlock the door to extract ORTEGA.

At approximately 9:30 A.M. upon doing so ORTEGA slapped my arm away, assaulting me. I grabbed onto her arm as another Agent opened the door. Once the door was opened, I grabbed ORTEGA from the driver seat and pulled her out onto the ground. I placed her in the prone position to place her under arrest. As I was affecting the arrest of ORTEGA, I heard 4 gun shots fired in our direction from 25th Street and Kedzie Ave. I called out shots fired on my service radio. I was able to place ORTEGA in handcuffs and place her in my unmarked rental government vehicle. While placing ORTEGA inside she was resisting by not complying with my orders to sit in the back seat. ORTEGA refused to sit down. I had to shove her in a sitting position in the back seat. At approximately 9:31 A.M. As I was shoving her into a sitting position ORTEGA started kicking me in the chest. I informed ORTEGA that now she's under arrest for assault. I was able to close the second-row seat and leave ORTEGA secured in the vehicle. Once ORTEGA was secured in the vehicle, we were able to depart the area. Upon doing so, an unknown subject struck our vehicle with a spray paint can. BPA Mcelrath and BPA Smith were in the vehicle, with me at the time. The IA subject ROJAS, and USC subject ORTEGA were also in the vehicle when it was struck by the spray paint can.

ORTEGA was eventually transported to the FBI building for further processing. The entire incident was recorded on my body worn camera. Evidence ID LES

No injuries were documented or reported in regard to this use of force.

**Narrative of SMITH, DALTON J.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.
On November 8, 2025, Border Patrol Agent Dalton Smith was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 2 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed hundreds of illegal aliens.
During these interviews, many illegal aliens have told me that their final destination was the Chicago, Il area or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities. Additionally, during the migrant surge of 2020-2022.

At approximately 9:00 a.m., I was working in Chicago, Illinois. Alongside me were my partners, Supervisory Border Patrol Agent Kristopher Hewson and Border Patrol Agent Timothy Mcelrath. We were patrolling near 25th and Kedzie Ave. I stepped outside our unmarked vehicle and walked up to one male subject who was laying on the ground around the side of the road near our location. I was in full rough duty uniform, and the subject got up and began to run away from me as soon as he saw me in uniform. I commanded the subject to stop and then caught up to him after a short distance and performed a controlled takedown. The subject was actively resisting by tucking his arms underneath him and grabbing on to his pants waistband. I verbally warned the subject approximately three times that if he does not comply, with law enforcement commands he will be OC sprayed. I then deployed OC spray to the subject's face to try to get the subject to comply and put his hands behind his back so we could successfully make the arrest. After I deployed OC spray, the subject became more compliant with our commands, and we were able to make the arrest. I sprayed the subject from approximately 2 feet away. The duration of the spray was approximately 1 second. I immediately notified Supervisory Border Patrol Agent Hewson in person of the use of OC Spray.

I conducted a field interview on the subject once the area was safe and secure, and he identified himself as ROJAS-Estrada, Omar (DOB: PII ) COC-Mexico. LEP ROJAS was illegally present in the United States, and he was placed under arrest.

Decontamination was conducted for ROJAS and ROJAS did not suffer any adverse reactions. ROJAS was asked if he needed any further medical attention. ROJAS declined any further medical attention.

ROJAS was advised that he was under arrest for being in the United States illegally and for not having any documentation allowing him to remain in the United States.

ROJAS was arrested in a public place without a warrant. I determined that ROJAS was likely to escape before a warrant could be obtained for his arrest based on his flight from law enforcement, the fact that he ignored agent commands, his illegal presence in the United States, and the facts outlined above. In my 2 years of experience as a Border Patrol Agent, aliens who have fled from law enforcement and failed to provide basic details about their home or work circumstances will seek to abscond rather than face apprehension and possible deportation.

ROJAS was transported to the ERO detention center located in 1930 Beach St, Broadview Illinois for further processing. Axon body camera footage serial number LES

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/17/2025 10:55 | |
| Approved | HUGHBANKS, DANIEL L. | 11/17/2025 11:41 | |