

# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID** LES #25836
**Title:** Operation Midway Blitz: Chicago - Assault/Use of Force (CS) Roscoe St & Harding Ave
**Shift start date/time:** 10/25/2025 10:00
**Shift end date/time:** 10/25/2025 11:00
**Type:** ⊠ Assault against CBP personnel ⊠ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ☐ No
  **CBP Reporting Organizations:**
    ⊠ U.S. Border Patrol Location: U.S. Border Patrol / El Centro Sector
    ☐ Air and Marine Operations
    ☐ Office of Field Operations
**Created by:** HUGHBANKS, DANIEL L. **Creation date/time:** 10/26/2025 10:05
**Last updated by:** RODRIGUEZ, CARLOS **Last updated date/time:** 10/29/2025 11:50
**Reviewer:** RODRIGUEZ, CARLOS **Date reviewed:** 10/29/2025

## RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 4 |
|---|
| LES |
| LES |
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

Page 1 of
CHC v. Noem

Print Date: 2025-11-05
CBP001326

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
**Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
**Address:**
    **Street:** Roscoe Street & Harding Avenue
    **City:** Chicago    **State:** ILLINOIS    **Zip:** 60618
**Incident coordinates:**
    **Latitude:** 41.94275
    **Longitude:** -87.72606
**Setting:**    Indoors    ⊗ Outdoors
    **Outdoor setting:** ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** Street, urban
**Environmental factors:**
    **Weather:** ⊠ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
    **Illumination:** ⊠ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
    **Estimated temperature (Fahrenheit):** 50

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GARCIA JR, EFRAIN | SBPA | In-Person | 10/25/2025 |
| GAMBOA, DANIEL E | SBPA | Phone | 10/25/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 4

**Name:** GLORIA, JAIME
    **Gender:** Male    **Age:** 43    **Height:** 5'8"    **Weight:** 225 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 07/27/2009
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 16 years 2 months
    **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ⊠ EMT | FITP | ⊠ LLITP (IFITP) | ⊠ MFF |
| ⊠ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was GLORIA, JAIME assaulted?** ⊗ Yes    No

**Did GLORIA, JAIME use reportable force?** ⊗ Yes    No
    **Force type:** Other
    **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)

**Description of physical force:** Pushed subject hitting me away
**Estimated use of force date/time (local):**
**Was this force type used again within the same shift (a break-in-the-action)?**   Yes   No
**Reason(s) for this use of force:**

- ☒ Protect self
- ☐ Protect co-worker
- ☐ Protect innocent 3rd party
- ☐ Protect non-CBP officer/agent
- ☐ Effect an arrest or detention
- ☐ Prevent escape
- ☐ Overcome resistance
- ☐ Stop vehicle
- ☐ Vessel failure to heave to
- ☐ Animal euthanization
- ☐ Other

**Was GLORIA, JAIME injured?**   Yes   ⊗ No

---

**Name:** KAILIPAKA, CARL A.

**Gender:** Male   **Age:** 48   **Height:** 6'0"   **Weight:** 180 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/12/2009
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 16 years 8 months
**CBP training previously received (not including basic academy training):**

- ☐ BPAIST
- ☐ BORSTAR
- ☐ BORTAC
- ☐ DITP
- ☐ DTI
- ☐ EDVPTP
- ☐ EMT
- ☐ FITP
- ☐ LLITP (IFITP)
- ☒ MFF
- ☒ MRT
- ☐ PITP
- ☐ SRT
- ☐ TATP
- ☐ Other

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

**Was KAILIPAKA, CARL A. assaulted?** ⊗ Yes   No

**Did KAILIPAKA, CARL A. use reportable force?** ⊗ Yes   No
**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Riot Control CS Canister
**Device description/comments:** Ortho-chlorobenzyl Dene
**Estimated use of force date/time (local):**
**Posture:** ☒ Standing   Kneeling   Prone   Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:**   Yes   ⊗ No   Unknown   Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?**   Yes   No
**Reason(s) for this use of force:**

- ☒ Protect self
- ☒ Protect co-worker
- ☐ Protect innocent 3rd party
- ☐ Protect non-CBP officer/agent
- ☐ Effect an arrest or detention
- ☐ Prevent escape
- ☐ Overcome resistance
- ☐ Stop vehicle
- ☐ Vessel failure to heave to
- ☐ Animal euthanization
- ☐ Other

**Was KAILIPAKA, CARL A. injured?**   Yes   ⊗ No

---

**Name:** TELLO, JOSE C.

**Gender:** Male   **Age:** 49   **Height:** 5'7"   **Weight:** 175 pounds
**CBP employee series or role:** Officer/Agent

**Service EOD:** 10/19/2003
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 22 years 0 months
    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was TELLO, JOSE C. assaulted?** ☒ Yes ☐ No

**Did TELLO, JOSE C. use reportable force?** ☐ Yes ☒ No

**Was TELLO, JOSE C. injured?** ☐ Yes ☒ No

**Name:** MONTEMAYOR, VIDAL
    **Gender:** Male     **Age:** 47     **Height:** 5'6"     **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 10/15/2006
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ☒ On duty ☐ Off duty
        **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 23 years 0 months
    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| ☒ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☐ Yes ☒ No
**Attire:** ☐ Uniform ☒ Plain clothes

**Was MONTEMAYOR, VIDAL assaulted?** ☒ Yes ☐ No

**Did MONTEMAYOR, VIDAL use reportable force?** ☐ Yes ☒ No

**Was MONTEMAYOR, VIDAL injured?** ☐ Yes ☒ No

## SUBJECTS: 3

**Name:** MASS GROUP
    **Estimated number of individuals in the group:** 30
    **Group description (Composition, attire, etc.):** Approximately 30 civilians yelling threats throwing rocks and preventing agents from leaving the area by standing in the street.
    **Was any member of this group wearing body armor?** ☐ Yes ☐ No ☒ Unknown
    **Group activity:**
        Illegal entry

☒ Uncooperative during encounter/inspection
　Failure to yield/heave to
　Checkpoint runner
　Port runner
　Alien smuggling
　Narcotics smuggling
　Scouting
　Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
　Mass coordinated entry
　No suspected illegal activity
　Other

**Group's current location and disposition if known:** group disbanded but some individuals followed government vehicle after it left the area

**Did any member of this group not listed as an individual subject assault a CBP employee?**　Yes　⊗ No

**Was reportable force used on any member of this group not listed as an individual subject?**　⊗ Yes　No

　**Was any member of this group outside the US or its territories when this force was applied?**　Yes　⊗ No

**Name:** UNKNOWN-1
**Gender:** Female　**Age:** 18-25 years old　**Height:** 5'0" - 5'5"　**Weight:** 100 - 149 lbs
**Attire:** ⊗ Civilian　Paramilitary　Police　Nude　Unknown
**Was the subject wearing body armor?**　Yes　⊗ No　Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
　Yes　⊗ No

**Subject's activity:**

　Illegal entry
　Uncooperative during encounter/inspection
　Failure to yield/heave to
　Checkpoint runner
　Port runner
　Alien smuggling
　Narcotics smuggling
　Scouting
　Assault (rocks/other projectiles)
☒ Assault (all other types)
　Rioting/civil disturbance
　Mass coordinated entry
　No suspected illegal activity
　Other

**Subject's current location and disposition if known:** Subject hit Agent Gloria with her hand several times Agents not able to arrest subject for assault due to hostile crowd

**Did this subject assault a CBP employee?**　⊗ Yes　No

　**Was the subject outside the US or its territories when committing the assault?**　Yes　⊗ No

　**Weapon(s)/type of assault:**
　　**Assault method:** Physically w/o weapon

**Describe physical assault:** Hit agent with her hand several times
**Estimated assault date/time (local):**

**Was reportable force used on this subject?** ⊗ Yes    No
   **Was the subject outside the US or its territories when this force was applied?**    Yes  ⊗ No

**Was the subject an occupant of a vehicle?**    Yes  ⊗ No
**Was this subject injured or claiming to be injured?**    Yes    No  ⊗ Unknown

**Name:** UNKNOWN-2
**Gender:** Unknown    **Age:** Unknown    **Height:** Unknown    **Weight:** Unknown
**Attire:**    Civilian    Paramilitary    Police    Nude  ⊗ Unknown
**Was the subject wearing body armor?**    Yes    No  ⊗ Unknown
**Immigration status:** Unknown
**Country of citizenship:** Unknown
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes  ⊗ No
**Subject's activity:**
   Illegal entry
   Uncooperative during encounter/inspection
   Failure to yield/heave to
   Checkpoint runner
   Port runner
   Alien smuggling
   Narcotics smuggling
   Scouting
   ⊠ Assault (rocks/other projectiles)
   Assault (all other types)
   Rioting/civil disturbance
   Mass coordinated entry
   No suspected illegal activity
   Other
**Subject's current location and disposition if known:** Subject threw large rock at vehicle (missed vehicle)

**Did this subject assault a CBP employee?**  ⊗ Yes    No
   **Was the subject outside the US or its territories when committing the assault?**    Yes  ⊗ No
   **Weapon(s)/type of assault:**
      **Assault method:** Rocking (rocks only)
      **Estimated assault date/time (local):**

**Was reportable force used on this subject?**    Yes  ⊗ No
**Was this subject injured or claiming to be injured?**    Yes    No  ⊗ Unknown

## ASSAULTS: 5

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---|---|---|---|
| UNKNOWN-1 | Physically w/o weapon - Hit agent with her hand several times | GLORIA, JAIME            ⊗ Yes    No | Not injured in this incident |
| | | KAILIPAKA, CARL A.            Yes  ⊗ No | Not injured in this incident |

| | | TELLO, JOSE C. | Yes ⊗ No | Not injured in this incident |
|---|---|---|---|---|
| | | MONTEMAYOR, VIDAL | Yes ⊗ No | Not injured in this incident |
| UNKNOWN-2 | Rocking (rocks only) | GLORIA, JAIME | ⊗ Yes   No | Not injured in this incident |
| | | KAILIPAKA, CARL A. | ⊗ Yes   No | Not injured in this incident |
| | | TELLO, JOSE C. | ⊗ Yes   No | Not injured in this incident |
| | | MONTEMAYOR, VIDAL | ⊗ Yes   No | Not injured in this incident |

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| GLORIA, JAIME | Physical Force w/o Weapon - Pushed subject hitting me away | **Subject:** UNKNOWN-1<br>    Was this subject injured or claiming to be injured by this use of force?  Unknown<br>    Was this use of force in response to the following assault by this subject?<br>        Physically w/o weapon - Hit agent with her hand several times  - Yes<br>    Was this use of force effective against what prompted its use?  Yes |
| KAILIPAKA, CARL A. | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Ortho-chlorobenzyl Dene | **Subject:** MASS GROUP<br>    Was this use of force effective against what prompted its use?  Yes<br>    Did the UOF device function as designed?  Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage?     Yes   ⊗ No
Did this incident result in collateral injury to a bystander?     Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of KAILIPAKA, CARL A.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 25, 2025, I Border Patrol Agent (BPA) Carl Kailipaka of the Rio Grande Valley Border Patrol Sector Mobile

Response Team (MRT) was working in support of Immigration and Customs Enforcement's Operation Midway Blitz in the [LEP] Patrol Agent to include the enforcement of Title 8 violations. On this day, I was wearing a full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia, badge, and police/federal agent marking in the front and back of the uniform. This clearly identified me and my partners, Border Patrol Agents Jaime Gloria and Jose Tello who were also outfitted in full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia with badge and police markings in the front and back of the uniform. Border Patrol Agent Vidal Montemayor was dressed in plain clothes as he was the driver of our vehicle. At no time did BPA Montemayor exit the vehicle to engage with the agitators. We were riding in an unmarked Service vehicle and traveling in a convoy of several other unmarked Service vehicles. At approximately 1024 hours we turned on to W Roscoe Street from North Pulaski Road when a male and a female subject stood in front of our vehicle not allowing us to proceed down the one-way road. I, BPA Tello and BPA Gloria exited our vehicle to get the two subjects to move out of the way. While talking to the subjects a crowd of agitators started gathering behind our vehicle. As the crowd of agitators grew in numbers, I retrieved a can of CS (Ortho-chlorobenzyl Dene) gas from our vehicle. At approximately 1026 hours I gave the crowd a verbal warning that I was going to deploy the CS gas. At that time my partner BPA Gloria was struck in the face by the female subject. That is when I deployed the CS gas to disperse the crowd and make a safe exit from the volatile scene. The time was approximately 1027 hours when I deployed the gas.

Incident was captured on my Body Worn Camera Axon Body 4 Video # [LES]
Body Cam [LES]

The timeline below shows approximate time of deployment throughout the duration of the event:

Approximately 1027 hours
- One Riot Control CS canister

**Narrative of GLORIA, JAIME**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 25, 2025, I, Border Patrol Agent Jaime Gloria of the Rio Grande Valley Border Patrol Sector, was working in support of [LEP] enforcement of Title 8 violations. On this day, I was wearing a full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia, badge, and police/federal agent marking in the front and back of the uniform. This clearly identified me and my partners, Border Patrol Agents C. Kailipaka, V. Montemayor, and J. Tello, who were also outfitted in full rough duty uniform, duty belt, and government issued ballistic body armor vest with United States Border Patrol insignia with badge and police markings in the front and back of the uniform. We were riding in an unmarked service vehicle and traveling along with another unmarked service vehicle that was in front of us. By this time, we had been harassed by multiple vehicles honking their horns, following closely and sometimes blocking our path on the road with vehicles. While driving near the intersection of W. Roscoe St., and N. Harding Ave., we were stopped by a male pedestrian standing in front of our vehicle. I also observed a female subject cursing at us and impeding our vehicle from driving away by standing in front of the vehicle. At this time the crowd began to swell and seemingly surrounded our vehicle. Our initial reaction to the crowd, who began to berate and curse us, was to push the subjects out of the vehicle's way and allow us to clear the area. The female subject continued to follow our vehicle and directed comments toward me, like, "Show your face" and "asshole." She then approached me and struck me in the face with an open hand. Due to the rapidly growing and increasingly hostile crowd, I determined that attempting to arrest the subject at that time would not be safe or tactically feasible. Consistent with previous experience where

CHC v. Noem

aggressive crowds have escalated to throwing objects, striking agents, and vehicles. Given that I had already been assaulted and the situation was escalating, I instructed my partner, C. Kailipaka to deploy his CS hand-thrown munition he was holding to disperse the crowd and allow us to exit the area safely. After issuing a verbal warning, C. Kailipaka deployed the CS chemical munition, which successfully dispersed crowd. The female subject continued to pursue us and made additional swinging motions toward me, at this time, I shoved the female to buy me time to get into the vehicle and allowed us to safely depart the area.

Incident was captured by Body Worn Camera Axon Body 4    LES

The timeline below shows approximate times of the assault throughout the duration of the event:

10: 25 AM – 10:26 AM (1 min., 49 sec.)
- initial encounter with subjects.

10:27 AM - 10:27 AM (3 min., 10 Sec.)
- First time female hit my face
- Can of CS is deployed

10:27 AM - 10:27 AM (3 min., 19 sec.)
- Second time female attempts physically engage.
- Female Subject is shoved back.

**Narrative of MONTEMAYOR, VIDAL**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 25, 2025, I Border Patrol Agent (BPA) Vidal Montemayor of the Rio Grande Valley Border Patrol Sector Mobile Response Team (MRT) was working alongside my partners, Border Patrol Agent Joe Tello, Carl Kailipaka and Jaime Gloria as the driver of a government unmarked silver Chrysler minivan. At approximately 10:28am while driving away from a hostile environment, I witnessed and informed my partners that a male subject picked up and threw a large rock at the rear area of our minivan. I was able to drive off at a high rate of speed as my partner BPA J. Gloria jumped in the rear seat of the minivan. It was later conformed via social media videos, that the male subject did indeed pick up a large rock and threw it, narrowly missing the rear of our vehicle, with the intent to harm or cause serious damage.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | MONTEMAYOR, VIDAL | 10/27/2025 22:07 | |
| Rejected | RODRIGUEZ, CARLOS | 10/28/2025 12:16 | LES |
| Submitted | FICK, SHANNON M. | 10/29/2025 11:16 | |

| Approved | RODRIGUEZ, CARLOS | 10/29/2025 11:50 | |