E-STAR incident ID: 25838



## U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES 25838
**Title:** Operation Midway Blitz Chicago: Assault on Federal Agents Pulaski Rd/Milwaukee Ave
**Incident date/time:** 10/25/2025 10:08
**Type:** ☒ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** HEWSON, KRISTOPHER M. **Creation date/time:** 10/26/2025 11:57
**Last updated by:** RODRIGUEZ, CARLOS **Last updated date/time:** 11/03/2025 09:42
**Reviewer:** RODRIGUEZ, CARLOS **Date reviewed:** 11/03/2025

## RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 3 |
|---|
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| e3/EID | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
**Landmark:** ILLINOIS
**Country/international waters:** United States of America
**Address:**
**Street:** N Pulaski Road & N Milwaukee Ave
**City:** Chicago **State:** ILLINOIS **Zip:** 60641
**Incident coordinates:**

Latitude: 41.94123
Longitude: -87.72730

Setting: ☐ Indoors ☒ Outdoors
Outdoor setting: ☒ On land ☐ In water (standing or swimming) ☐ On water (in vessel) ☐ In the air
Description of the premises/location: Intersection of Pulaski Road and Milwaukee Ave in Chicago, Illinois
Environmental factors:
Weather: ☒ Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
Illumination: ☒ Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
Estimated temperature (Fahrenheit): 45

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| VELEZ, CHRISTOPHER S | | Phone | 10/25/2025 |
| GAMBOA, DANIEL E | | Phone | 10/25/2025 |

Other authorities notified (external to CBP): ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 3

Name: MADLANGBAYAN, ROMEL F.
Gender: Male  Age: 43  Height: 6'0"  Weight: 200 pounds
CBP employee series or role: Officer/Agent
Service EOD: 05/31/2007
Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
Duty (or detail/TDY) location EOD: 09/05/2025
Duty status at the time of the incident: ☒ On duty  ☐ Off duty
Activity: Patrol Interior

Armed law enforcement experience:
Total law enforcement experience at the time of the incident: 18 years 5 months
CBP training previously received (not including basic academy training):

☐ BPAIST ☐ BORSTAR ☐ BORTAC ☒ DITP ☐ DTI
☒ EDVPTP ☐ EMT ☐ FITP ☐ LLITP (IFITP) ☒ MFF
☐ MRT ☐ PITP ☐ SRT ☐ TATP ☐ Other

Wearing body armor? ☒ Yes ☐ No
Attire: ☒ Uniform ☐ Plain clothes

Was MADLANGBAYAN, ROMEL F. assaulted? ☒ Yes ☐ No

Was MADLANGBAYAN, ROMEL F. injured? ☐ Yes ☒ No

Name: MARRERO, ORLANDO R.
Gender: Male  Age: 50  Height: 5'6"  Weight: 200 pounds
CBP employee series or role: Officer/Agent
Service EOD: 08/20/2009
Duty location or detail/TDY location during the incident: U.S. Border Patrol / Detroit Sector
Duty (or detail/TDY) location EOD: 10/21/2025
Duty status at the time of the incident: ☒ On duty  ☐ Off duty
Activity: Patrol Interior

Armed law enforcement experience:
Total law enforcement experience at the time of the incident: 16 years 2 months



**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No

**Attire:** ⊗ Uniform   Plain clothes

**Was MARRERO, ORLANDO R. assaulted?** ⊗ Yes   No

**Was MARRERO, ORLANDO R. injured?**   Yes   ⊗ No

**Name:** BELTRAN, JOSE
**Gender:** Male   **Age:** 38   **Height:** 5'6"   **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 02/11/2018
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 7 years 8 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No

**Attire:** ⊗ Uniform   Plain clothes

**Was BELTRAN, JOSE assaulted?** ⊗ Yes   No

**Was BELTRAN, JOSE injured?**   Yes   ⊗ No

## SUBJECTS: 1

**Name:** GEHRING, THOMAS JAMES
**Gender:** Male   **Date of birth** [PII] 1993   **Height:** 6'1"   **Weight:** 245 pounds
**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes   ⊗ No   Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes   ⊗ No
**Subject's activity:**

   Illegal entry

   Uncooperative during encounter/inspection

   Failure to yield/heave to

   Checkpoint runner

   Port runner

   Alien smuggling

   Narcotics smuggling

   Scouting

      ☐ Assault (rocks/other projectiles)
      ☒ Assault (all other types)
      ☐ Rioting/civil disturbance
      ☐ Mass coordinated entry
      ☐ No suspected illegal activity
      ☐ Other

**Subject's current location and disposition if known:** Subject was released after receiving a Central Violation Bureau Ticket.

**Did this subject assault a CBP employee?** ☒ Yes ☐ No
    **Was the subject outside the US or its territories when committing the assault?** ☐ Yes ☒ No

**Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
        **Describe physical assault:** Subject struck vehicle with hand

**Was this subject arrested / taken into custody?** ☒ Yes ☐ No
    **Arrested / taken into custody by:** ☒ CBP ☐ Other federal agency ☐ State agency ☐ Local agency
      **Was an administrative action initiated for this subject by CBP?** ☐ Yes ☒ No
    **Was prosecution sought against this subject?** ☒ Yes ☐ No
      **Prosecution By:** ☐ CBP ☒ Other federal agency ☐ State agency ☐ Local agency
**Was this subject injured or claiming to be injured?** ☐ Yes ☒ No ☐ Unknown

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| GEHRING, THOMAS JAMES | Physically w/o weapon - Subject struck vehicle with hand | MADLANGBAYAN, ROMEL F. | ☒ Yes | ☐ No | Not injured in this incident |
| | | MARRERO, ORLANDO R. | ☒ Yes | ☐ No | Not injured in this incident |
| | | BELTRAN, JOSE | ☒ Yes | ☐ No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ☐ Yes ☒ No
**Did this incident result in collateral injury to a bystander?** ☐ Yes ☒ No

## WITNESSES: 0

## NARRATIVE

**Narrative of MADLANGBAYAN, ROMEL F.**
    Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

    Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000

undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

AGENT EXPERIENCE:
I have been employed as a Border Patrol Agent for over 18 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On October 25, 2025, I Border Patrol Agent (BPA) Romel Madlangbayan was conducting immigration enforcement operations in the Irving Park neighborhood of Chicago, IL in support of Operation Midway Blitz. Irving Park has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding with me was Supervisory Border Patrol Agent (SBPA) Orlando Marrero-Rubio and BPA Jose Beltran. All agents were dressed in full rough duty uniform with U.S. Border Patrol insignia. ENFORCEMENT ACTION (Street Encounter):

At approximately 10:05 AM, my partners were conducting consensual encounters at the corner of N Milwaukee Ave and N Pulaski Rd on two individuals who were later confirmed to have legal presence in the United States. As the driver of our unmarked service vehicle, I remained inside of it to prevent any possible theft or damage by agitators, as that has become a normal occurrence on Operation: Midway Blitz. During the course of their duties, a large group of agitators arrived on foot and by vehicle. All agitators were interfering with our duties in different manners. Some were speeding through the same parking lot in an unsafe manner and honking their horns; some were blowing whistles; and others yelling vulgarities.

One individual, later identified as Thomas James GEHRING ( [PII] 1993, USC, [PII] ) started off as a verbal agitator. Once we were complete with our consensual encounters, SBPA Marrero-Rubio and BPA Beltran got back into our vehicle. As we made our way back towards N Milwaukee Ave, GEHRING could be seen walking in front of our vehicle from the passenger side and moving to the driver's side. As we were making our final exit to turn right (westbound) on N Milwaukee, I could see GEHRING at the corner of my left eye within arm's reach of my service vehicle. As I pulled forward, I heard a loud thud. I stopped immediately and exited my vehicle to find that GEHRING was now running away. While conducting operations in Chicago, there have been numerous assaults on BPAs and our vehicles. I was not sure what hit our vehicle or how much damage was caused by the impact, but since GEHRING appeared to be fleeing, I gave chase along with my partner BPA Beltran.

At approximately 10:08 AM, we were able to catch up and after some struggling, placed GEHRING in handcuffs. All the while, GEHRING was refusing to give us his hands while verbally repeating that he was not resisting. GEHRING also refused to stand up after being handcuffed. It took multiple agents grabbing each of his limbs to bring the 6'1", 250-pound individual to our service vehicle.

GEHRING was transported to the FBI office located at 2111 W Roosevelt Rd, Chicago, IL 60608 for initial processing/interview. A later review of available video footage showed that GEHRING had smacked the driver's side view mirror with his hand resulting in it folding inwards and upon inspection, was found to have no permanent damage. The AUSA declined to prosecute. GEHRING was then issued a Central Violations Bureau ticket, for simple assault, and given reporting instructions by SBPA Kristopher Hewson.

This encounter was recorded on my Axon 4 Body Worn Camera: Serial Number D0 | LES

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | MADLANGBAYAN, ROMEL F. | 10/26/2025 21:11 | |
| Approved | HUGHBANKS, DANIEL L. | 10/29/2025 11:36 | |
| Reopened | FICK, SHANNON M. | 10/30/2025 11:32 | LES |
| Submitted | HEWSON, KRISTOPHER M. | 11/02/2025 15:41 | |
| Rejected | RODRIGUEZ, CARLOS | 11/03/2025 08:59 | LES |
| Submitted | MADLANGBAYAN, ROMEL F. | 11/03/2025 09:25 | |
| Approved | HUGHBANKS, DANIEL L. | 11/03/2025 09:40 | |
| Approved | RODRIGUEZ, CARLOS | 11/03/2025 09:42 | |