

U.S. Customs and Border Protection

# Enforcement Action Statistical Analysis and Reporting System (E-STAR) Incident Report

**Current Status:** ⊗ Completed Active Ready for review Rejected Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25853
**Title:** Operation Midway Blitz - OC Deployment - Glendale Heights, IL
**Incident date/time:** 10/27/2025 13:15
**Type:** Assault against CBP personnel ☒ Reportable use of force FTY/Vehicle pursuit by a CBP employee Unintentional firearm discharge Intentional firearm discharge
**Was this a mass encounter incident?** Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** CLINTON, MARK A. **Creation date/time:** 10/27/2025 15:30
**Last updated by:** HUGHBANKS, DANIEL L. **Last updated date/time:** 10/29/2025 12:18
**Reviewer:** HUGHBANKS, DANIEL L **Date reviewed:** 10/29/2025

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
**Landmark:** ILLINOIS
**Country/international waters:** United States of America
**Address:**
**Street:** 521 North Ave
**City:** Glendal heights **State:** ILLINOIS **Zip:** 60139
**Incident coordinates:**
**Latitude:** 41.90164
**Longitude:** -88.06654
**Setting:**

Indoors ⊗ Outdoors

**Outdoor setting:** ⊗ On land In water (standing or swimming) On water (in vessel) In the air

**Description of the premises/location:** Public parking lot

**Environmental factors:**

**Weather:** ☒ Dry Raining Snowing Flooding Windy Storm Haze/blowing dust Fog Other

**Illumination:** ☒ Daylight Dark Dawn Dusk Good lighting Poor lighting Night vision aided Other

**Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| MARK CLINTON | SBPA-I | In-Person | 10/27/2025 |
| GAMBOA, DANIEL E | SBPA | Phone | 10/27/2025 |

**Other authorities notified (external to CBP):** Federal Tribal State Local Foreign

## EMPLOYEES: 1

**Name:** DUENAS, JAIME

**Gender:** Male **Age:** 44 **Height:** 5'9" **Weight:** 210 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/22/2006

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/02/2025

**Duty status at the time of the incident:** ⊗ On duty Off duty

**Activity:** Patrol Interior

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** 19 years 5 months

**CBP training previously received (not including basic academy training):**

BPAIST BORSTAR BORTAC DITP DTI
☒ EDVPTP EMT FITP LLITP (IFITP) MFF
MRT PITP SRT TATP Other

**Wearing body armor?** ⊗ Yes No

**Attire:** Uniform ⊗ Plain clothes

**Did DUENAS, JAIME use reportable force?** ⊗ Yes No

**Force type:** Less-lethal Device

**Device:** OC (Pepper Spray Hand Held Canister)

**Device type:** Stream

**Posture:** Standing ☒ Kneeling Prone Other

**Estimated distance:** 1 feet

**Reason(s) for this use of force:**

Protect self Protect co-worker Protect innocent 3rd party
Protect non-CBP officer/agent ☒ Effect an arrest or detention Prevent escape
☒ Overcome resistance Stop vehicle Vessel failure to heave to
Animal euthanization Other

**Was DUENAS, JAIME injured?** ⊗ Yes No

**Injury information:**

**Injury type:** Minor injuries (treated at the scene, no additional treatment expected)

**Injury Comment:** Cut to finger

**Refused medical attention?** Yes ⊗ No

**Received treatment?** ⊗ Yes No

**Was a form CA-1 filed?** Yes ⊗ No

**Region(s) of the body injured:**

- Front head
- Rear head
- Side head
- Face
- Neck/throat
- Front upper torso/chest
- Rear upper torso/back
- Front lower torso/abdomen
- Rear lower torso/back
- Front below waist/groin area
- Rear below waist/buttocks
- ☒ Arms/hands
- Front legs/feet
- Rear legs

**Medical treatment information:**

**Received EMS treatment prior to/in lieu of treatment at a facility?** ⊗ Yes No

**Provider:** Agents

## SUBJECTS: 1

---

**Name:** ISLAS-LUNA, EMMANUEL ALEJANDRO

**Gender:** Male **Date of birth:** PII **Height:** 5'7" **Weight:** 165 pounds

**Attire:** ⊗ Civilian Paramilitary Police Nude Unknown

**Was the subject wearing body armor?** Yes ⊗ No Unknown

**Immigration status:** Deportable

**Country of citizenship:** MEXICO

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ⊗ No

**Subject's activity:**

- Illegal entry
- ☒ Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- Assault (rocks/other projectiles)
- Assault (all other types)
- Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Subject's current location and disposition if known:** In ICE/ERO custody.

---

**Was reportable force used on this subject?** ⊗ Yes No

**Was the subject outside the US or its territories when this force was applied?** Yes ⊗ No

---

**Was the subject an occupant of a vehicle?** ⊗ Yes No

**Did CBP deploy a VID against a vehicle when this subject was driving it?** Yes ⊗ No

**Was this subject injured or claiming to be injured?** Yes ⊗ No Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| DUENAS, JAIME | OC (Pepper Spray Hand Held Canister) - Stream | **Subject:** ISLAS-LUNA, EMMANUEL ALEJANDRO<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ⊗ No

**Did this incident result in collateral injury to a bystander?** Yes ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of DUENAS, JAIME**

Immigration and Customs Enforcement (ICE) is currently executing “Operation Midway Blitz” targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 27, 2025, I, Border Patrol Agent-Intelligence Jaime Duenas was conducting immigration enforcement operations in the city of Glendale Heights, IL in support of Operation Midway Blitz. Glendale Heights has been identified as a city within DuPage County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 19 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service issued ballistic body armor with badge, insignia, and clear police markings on front and back. Agents Christopher Escobedo, Scott Schreiffer, and Supervisor Mark Clinton were working in conjunction with me in unmarked government vehicles. These Agents were dressed in plain clothes with agency issued ballistic body armor with badge, insignia, and clear police markings on front and back. We were readily identifiable

as Federal Agents by any reasonable person.

At approximately 12:45 PM, LEP The vehicle was parked in a public parking lot near 521 E. North Ave., Glendale Heights, IL LEP databases show this vehicle is registered to ISLAS Luna, Emmanuel Alejandro (Emmanuel) in Lombard, IL. LEP Emmanuel as a citizen of Mexico (DOB: PII with no documents allowing him to remain in the United States. Emmanuel came into U.S. with a B-2 Visitor Visa on June 21, 2018, via land at the Otay Mesa Port of Entry in San Diego, California. Emmanuel remained in the United States longer than authorized, in violation of the terms of his admission. Once Emmanuel was identified as an illegal alien, Agent Clinton issued an i-200 warrant of arrest for Emmanuel. I notified other team members of my findings, and they responded to my location to assist.

LEP identify the passenger as ISLAS-Tenorio, Raziel Uriel (Raziel) as a citizen of Mexico (DOB: PII with no documents allowing him to remain in the United States. Raziel came into U.S. with a B-2 Visitor Visa on June 21, 2018, via Otay Mesa Port of Entry in San Diego, California. Raziel remained in the United States longer than authorized, in violation of the terms of his admission. DHS systems revealed that Emmanuel is Raziel's father. Once Raziel was identified as an illegal alien, Agent Clinton issued an i-200 warrant of arrest for Raziel.

After surveilling the vehicle for approximately 20 minutes, Emmanuel and Raziel approached the vehicle. Emmanuel entered the front driver's seat and Raziel the front seat. We walked towards the vehicle and identified ourselves as Border Patrol Agents.

We gave Emmanuel multiple commands to exit the vehicle, but Emmanuel ignored the lawful orders. We warned Emmanuel that his car window would be broken if he did not comply. After multiple warnings and commands to exit were ignored, I utilized a window breaker tool to break the driver's side front window. Emmanuel continued to ignore our commands and started the vehicle. We were able to gain entry into the vehicle to extract Emmanuel, but he still did not comply. Emmanuel grabbed onto the steering wheel while he pushed his feet into the floorboard, applying mechanical resistance to prevent us from removing him from the vehicle. We gave Emmanuel multiple warnings that OC spray would be used on his if he did not comply with our commands. I feared that Emmanuel may crash into our vehicles or Agents on scene if he was able to drive away.

After we gained entry into the vehicle from the driver's side, we unlocked the vehicle and opened the passenger's door. We called Raziel by his name and he acknowledged us. We informed him he was under arrest for being illegally present in the U.S. and ordered him to exit the vehicle and he complied. Agent Schrieffer then placed Raziel into handcuffs.

I then partially entered the front passenger's door and ordered Emmanuel to stop resisting. I warned Emmanuel that if he kept resistance arrest that I would be using my OC spray on him, but he still ignored our lawful commands. I then administered two (approximately one second) consecutive bursts of OC spray to Emmanuel's facial area. I was approximately one foot away from Emmanuel's face when I deployed the OC. Once the OC was deployed, Emmanuel still refused to exit the vehicle. It took multiple agents to pull Emmanuel from inside his vehicle. Emmanuel was finally placed into handcuffs. The arrest time was at approximately 1:15 PM. I placed Emmanuel under arrest for violation of Title 8 of the United States code.

Once Emmanuel and Raziel were in custody, LEP
LEP
Emmanuel and Raziel are both illegal aliens pursuant to INA 237 and are classified as overstays.

Supervisory Border Patrol Agent-Intelligence Mark Clinton was present during the encounter, and the use of force was reported and witnessed by him. I decontaminated Emmanuel and monitored him for approximately 45 minutes. Emmanuel did not display any adverse reactions to the OC exposure, nor did he request further medical attention.

Emmanuel and Raziel were transported to the ICE/ERO processing facility in Broadview, Illinois for processing and removal. Emmanuel's vehicle was left at the location of arrest per his request. The arrest was captured on Agent Clinton's body worn camera, serial numbe LES The arrest was also captured on my body worn camera, serial number LES

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | DUENAS, JAIME | 10/27/2025 18:18 | |
| Approved | HUGHBANKS, DANIEL L. | 10/29/2025 12:18 | |