

E-STAR incident ID: LES #25865

# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ☒ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25865
**Title:** Operation Midway Blitz: Chicago -Cicero Ramming
**Incident date/time:** 10/28/2025 15:33
**Type:** ☒ Assault against CBP personnel ☐ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ☒ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** MCLAUGHLIN JR, DANIEL J.   **Creation date/time:** 10/28/2025 20:14
**Last updated by:** RODRIGUEZ, CARLOS   **Last updated date/time:** 10/31/2025 09:57
**Reviewer:** RODRIGUEZ, CARLOS   **Date reviewed:** 10/31/2025

## RELATED SYSTEMS: 1

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ☒ Yes ☐ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ☒ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
  **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
  **Address:**
    **Street:** 3320 S Cicero Ave
    **City:** Cicero   **State:** ILLINOIS   **Zip:** 60804
**Incident coordinates:**
  **Latitude:** 41.83212
  **Longitude:** -87.74591
**Setting:** ☐ Indoors ☒ Outdoors
  **Outdoor setting:** ☒ On land

    In water (standing or swimming)    On water (in vessel)    In the air

**Description of the premises/location:** Store Parking Lot

**Environmental factors:**

    **Weather:** ☒ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other

    **Illumination:** ☒ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other

    **Estimated temperature (Fahrenheit):** 68

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| MILLS, ALEXANDER P | Supervisory Border Patrol Agent | In-Person | 10/28/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 1

**Name:** MCLAUGHLIN JR, DANIEL J.

    **Gender:** Male    **Age:** 36    **Height:** 5'6"    **Weight:** 210 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 05/21/2021

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 09/05/2025

    **Duty status at the time of the incident:** ☒ On duty    Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 4 years 5 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ☒ Yes    No

    **Attire:** ☒ Uniform    Plain clothes

    **Was MCLAUGHLIN JR, DANIEL J. assaulted?** ☒ Yes    No

    **Was MCLAUGHLIN JR, DANIEL J. injured?** Yes    ☒ No

## SUBJECTS: 1

**Name:** TERAN ZAMBRANO, CARLOS E.

    **Gender:** Male    **Age:** 31-40 years old    **Height:** 5'0" - 5'5"    **Weight:** 150 - 199 lbs

    **Attire:** ☒ Civilian    Paramilitary    Police    Nude    Unknown

    **Was the subject wearing body armor?**    Yes    ☒ No    Unknown

    **Immigration status:** Inadmissible Alien

    **Country of citizenship:** VENEZUELA

    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

        Yes    ☒ No

    **Subject's activity:**

        ☒ Illegal entry

        ☒ Uncooperative during encounter/inspection

    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    Assault (rocks/other projectiles)
☒ Assault (all other types)
    Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Subject's current location and disposition if known:** absconded eastbound on Cicero

**Did this subject assault a CBP employee?** ☒ Yes    No
    **Was the subject outside the US or its territories when committing the assault?** Yes ☒ No
    **Weapon(s)/type of assault:**
        **Assault method:** Vehicle

**Was this subject arrested / taken into custody?** Yes ☒ No
**Was this subject injured or claiming to be injured?** Yes ☒ No    Unknown

## VEHICLE INFORMATION

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| TERAN ZAMBRANO, CARLOS E. | Vehicle | MCLAUGHLIN JR, DANIEL J. | ☒ Yes | No | Not injured in this incident |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Yes ☒ No
**Did this incident result in collateral injury to a bystander?** Yes ☒ No

## WITNESSES: 0

## NARRATIVE

**Narrative of MCLAUGHLIN JR, DANIEL J.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented

immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022-2024. I, Border Patrol (BPA) Agent Daniel McLaughlin Jr have been employed as a Border Patrol Agent for over 4 years. I am currently assigned to the El Centro Station in El Centro Sector. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted approximately one hundred smuggling events and arrested and interviewed several hundred illegal aliens. I know from my experience as a Border Patrol Agent that it is common for people illegally present in the United States to work cash paying day labor jobs. These jobs include examples of rideshare/taxi service drivers, basic construction, landscape work, gardening, painting, general haulers and junk haulers, and many other jobs like those occupations. These people seek these cash paying jobs to avoid paying taxes and work under the table because they are not legally permitted to work and this helps them avoid the law. Often these people would congregate in parking lots of stores such as Home Depot, Walmart, Lowe's, etc. either on foot or in their vehicles. On October 28, 2025, I, Border Patrol Agent (BPA) Daniel McLaughlin Jr, was assigned to [LEP] while deployed to Chicago, Illinois to assist in Operation Midway Blitz. I was assigned to conduct my immigration duties in the "Little Village" neighborhood of Chicago. I was joined in my immigration duties by Supervisory Border Patrol Agent (SBPA) Alexander Mills and BPA Joseph Patrick Brennan IV in our unmarked government rental vehicle. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards. At approximately 3:33 p.m., SBPA Mills, BPA Brennan, and I received information [LEP] [LEP] TERAN-Zambrano was unlawfully present in the United States. We attempted to conduct an immigration inspection on a male occupant that appeared to be sleeping in a 2006 grey Toyota Corolla bearing Illinois license plate of [PII] that was registered, although expired, to a Carlos TERAN-Zambrano. [LEP] Carlos TERAN-Zambrano was determined to have Venezuelan citizenship, who had crossed into the United States illegally, and was currently residing in the United States illegally. I placed our government rental vehicle in front of the Grey Corolla to provide us with a tactical advantage when we would approach the driver of the grey Corolla who appeared to be sleeping. Based on our experience during Operation Midway Blitz and our experience conducting Law Enforcement activities, it is common for individuals illegally in the United States or subjects who have previously committed a crime to attempt to flee once encountered by Law Enforcement. SBPA Mills and BPA Brennan exited our government rental vehicle and then walked to each side of the vehicle, SBPA Mills on the driver's side and BPA Brennan on the passenger's side. We then attempted to begin an immigration inspection. SBPA Mills loudly identified us as Border Patrol Agents who were conducting an immigration check. The driver did not respond and started to search through his pockets for his keys. TERAN then started to panic and continued to ignore all commands being issued by SBPA Mills. TERAN then started his vehicle. The driver then intentionally rammed his vehicle directly into the side of our government rental vehicle, which had two previously apprehended individuals, MENA-FLORES, Santos [PII] and COC: Mexico) and CALVO-Lugo, Jose [PII] and COC: Venezuela), in the back passenger seats. The grey Corolla was then able to speed off from the area. We did not attempt to follow or track down TERAN due to having two prior undocumented illegal aliens in the vehicle. No one involved with this incident required medical attention. Incident was captured under Body Cam Evidence Serial [LES]

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 10/31/2025 09:53 | |
| Approved | RODRIGUEZ, CARLOS | 10/31/2025 09:57 | |