

## U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed    Active    Ready for review    Rejected    Deleted

---

## INCIDENT INFORMATION

---

**E-STAR incident ID:**   LES   #25873
**Title:** Operation Midway Blitz: Chicago - FTY/Bailout - Gurnee, IL
**Incident date/time:** 10/30/2025 08:20
**Type:** ☒ Assault against CBP personnel    Reportable use of force ☒ FTY/Vehicle pursuit by a CBP employee
       Unintentional firearm discharge    Intentional firearm discharge
**Type of incident:**    Failure to yield (FTY) without a pursuit   ⊗ Vehicle pursuit
**Was this a mass encounter incident?**    Yes   ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** CLINTON, MARK A.        **Creation date/time:** 10/30/2025 12:46
**Last updated by:** HUGHBANKS, DANIEL L.        **Last updated date/time:** 11/04/2025 17:15
**Reviewer:** HUGHBANKS, DANIEL L        **Date reviewed:** 11/04/2025

---

## RELATED SYSTEMS: 5

---

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes    No

| IDVRS Evidence Serial Numbers: 4 |
| --- |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
| --- | --- |
| LES | LES |

---

## INVOLVED ORGANIZATIONS

---

| Organization/type | Component/agency | Vehicle pursuit role |
| --- | --- | --- |
| **Reporting organization:** | | |
| CBP | USBP | Initiated the pursuit |
| **Other involved organizations:** | | |
| CBP | USBP | Secondary in pursuit |
| CBP | USBP | Supported the pursuit |
| CBP | USBP | Supported the pursuit |

**Were other CBP components/external agencies involved?** ⊗ Yes    No

Page 1 of



Print Date: 2025-11-05

CHC v. Noem

CBP001382

**LES**

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
     **Landmark:** ILLINOIS
**Country/international waters:** United States of America
     **Address:**
         **Street:** 500 N. O'Plaine Road
         **City:** Gurnee    **State:** ILLINOIS    **Zip:** 60031
**Incident coordinates:** Associated with the assault events
     **Latitude:** 42.36647
     **Longitude:** -87.91568
**Vehicle pursuit coordinates:** For CBP vehicle involvement only; if gaps in the pursuit, use the earliest start point and final end point.
     **Starting latitude:** 42.33090     **Ending latitude:** 42.36647
     **Starting longitude:** -87.86566     **Ending longitude:** -87.91568
**Setting:** ⊗ Indoors    Outdoors
**Description of the premises/location:** Rural and suburban area, Waukegan, IL and Gurnee, IL
**Environmental factors:**

  **Weather:** ☒ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other

  **Illumination:** ☒ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other

  **Traffic conditions:** ☒ Heavy   Medium   Light   No traffic   Other

  **Road surface:** ☒ Paved   Unpaved   Off road   Other

  **Road conditions:**   Excellent ☒ Fair   Poor   Other

  **Environment/locale:**   Urban ☒ Suburban ☒ Industrial ☒ School zone ☒ Pedestrians present   Construction zone

     Near POE/checkpoint   Other

  **Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|
| GUZMAN, SERGIO | (A) PAIC | Phone | 10/30/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 6

**Name:** CLINTON, MARK A.

  **Gender:** Male   **Age:** 43   **Height:** 6'2"   **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/25/2009
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/02/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
     **Activity:** Patrol Interior

  **Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** 16 years 5 months
     **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

  **Wearing body armor?** ⊗ Yes   No
  **Attire:**

CHC v. Noem          CBP001383

Uniform   ⊗ Plain clothes

**Was CLINTON, MARK A. assaulted?** ⊗ Yes   No

**Was CLINTON, MARK A. an occupant in a CBP pursuit vehicle?** ⊗ Yes   No

**Was CLINTON, MARK A. injured?**   Yes  ⊗ No

---

Name: **RITZ, RAYMOND R.**

**Gender:** Male   **Age:** 31   **Height:** 5'11"   **Weight:** 155 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 01/13/2019
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

---

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 6 years 10 months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| ☒ EDVPTP | EMT | FITP | LLTIP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No

**Attire:**   Uniform  ⊗ Plain clothes

---

**Was RITZ, RAYMOND R. assaulted?** ⊗ Yes   No

**Was RITZ, RAYMOND R. an occupant in a CBP pursuit vehicle?** ⊗ Yes   No

**Was RITZ, RAYMOND R. injured?** ⊗ Yes   No
   **Did the injury occur during the vehicle pursuit?**   Yes  ⊗ No
**Injury information:**
   **Injury type:** Superficial injuries (no treatment expected)
   **Injury Comment:** Right shoulder pain.
   **Refused medical attention?**   Yes  ⊗ No
   **Received treatment?**   Yes  ⊗ No
   **Was a form CA-1 filed?** ⊗ Yes   No
   **Region(s) of the body injured:**

|   |   |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | ☒ Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| Front legs/feet | Rear legs |

---

Name: **ISMAIL, OMAR**

**Gender:** Male   **Age:** 42   **Height:** 6'1"   **Weight:** 205 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/04/2020
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/11/2025
**Duty status at the time of the incident:** ⊗ On duty   Off duty
   **Activity:** Patrol Interior

CHC v. Noem

CBP001384

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 5 years 5 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:**  Uniform  ⊗ Plain clothes

**Was ISMAIL, OMAR assaulted?** ⊗ Yes    No

**Was ISMAIL, OMAR an occupant in a CBP pursuit vehicle?** ⊗ Yes    No

**Was ISMAIL, OMAR injured?** ⊗ Yes    No
    **Did the injury occur during the vehicle pursuit?**    Yes  ⊗ No
**Injury information:**
    **Injury type:** Superficial injuries (no treatment expected)
    **Injury Comment:** Paint to right shoulder and right hip.
    **Refused medical attention?**    Yes  ⊗ No
    **Received treatment?**  Yes  ⊗ No
    **Was a form CA-1 filed?** ⊗ Yes    No
    **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | ☒ Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | ☒ Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| ☒ Front legs/feet | ☒ Rear legs |

**Name:** SCHRIEFFER, SCOTT D.

    **Gender:** Male    **Age:** 53    **Height:** 6'2"    **Weight:** 220 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 08/07/1996
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ⊗ On duty    Off duty
        **Activity:** Patrol Interior

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** 29 years 2 months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No

**Attire:**  Uniform  ⊗ Plain clothes

**Was SCHRIEFFER, SCOTT D. assaulted?**    Yes  ⊗ No

**Was SCHRIEFFER, SCOTT D. an occupant in a CBP pursuit vehicle?** ⊗ Yes    No

**Was SCHRIEFFER, SCOTT D. injured?**

CHC v. Noem

Print Date: 2025-11-05

CBP001385

Yes ⊗ No

**Name:** ESCOBEDO, CHRISTOPHER

**Gender:** Male  **Age:** 30  **Height:** 5'7"  **Weight:** 160 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 12/02/2019
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/02/2025
**Duty status at the time of the incident:** ⊗ On duty  Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
 **Total law enforcement experience at the time of the incident:** 5 years 10 months
 **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes  No

**Attire:** Uniform ⊗ Plain clothes

**Was ESCOBEDO, CHRISTOPHER assaulted?** Yes ⊗ No

**Was ESCOBEDO, CHRISTOPHER an occupant in a CBP pursuit vehicle?** ⊗ Yes  No

**Was ESCOBEDO, CHRISTOPHER injured?** ⊗ Yes  No
  **Did the injury occur during the vehicle pursuit?** Yes ⊗ No
**Injury information:**
 **Injury type:** Superficial injuries (no treatment expected)
 **Injury Comment:** Left shoulder pain.
 **Refused medical attention?** Yes ⊗ No
 **Received treatment?** Yes ⊗ No
 **Was a form CA-1 filed?** ⊗ Yes  No
 **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | ☒ Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| Front legs/feet | Rear legs |

**Name:** DUENAS, JAIME

**Gender:** Male  **Age:** 44  **Height:** 5'9"  **Weight:** 210 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/22/2006
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/02/2025
**Duty status at the time of the incident:** ⊗ On duty  Off duty
   **Activity:** Patrol Interior

**Armed law enforcement experience:**
 **Total law enforcement experience at the time of the incident:** 19 years 5 months
 **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|

CHC v. Noem

CBP001386

☒ EDVPTP     EMT     FITP     LLITP (IFITP)     MFF

MRT     PITP     SRT     TATP     Other

**Wearing body armor?** ⊗ Yes     No

**Attire:**   Uniform   ⊗ Plain clothes

**Was DUENAS, JAIME assaulted?**    Yes   ⊗ No

**Was DUENAS, JAIME an occupant in a CBP pursuit vehicle?** ⊗ Yes    No

**Was DUENAS, JAIME injured?** ⊗ Yes    No

    **Did the injury occur during the vehicle pursuit?**    Yes   ⊗ No

**Injury information:**

    **Injury type:** Superficial injuries (no treatment expected)

    **Injury Comment:** Right shoulder pain.

    **Refused medical attention?**    Yes   ⊗ No

    **Received treatment?**    Yes   ⊗ No

    **Was a form CA-1 filed?** ⊗ Yes    No

    **Region(s) of the body injured:**

| | |
|---|---|
| Front head | Rear head |
| Side head | Face |
| Neck/throat | ☒ Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | ☒ Arms/hands |
| Front legs/feet | Rear legs |

## SUBJECTS: 2

**Name:** GARCIA-ROA, JOSAFAT

**Gender:** Male    **Date of birth:** [PII]    **Height:** 5'6"    **Weight:** 170 pounds

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes   ⊗ No    Unknown

**Immigration status:** Inadmissible Alien

**Country of citizenship:** MEXICO

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes   ⊗ No

**Subject's activity:**

    ☒ Illegal entry

    Uncooperative during encounter/inspection

    ☒ Failure to yield/heave to

    Checkpoint runner

    Port runner

    Alien smuggling

    Narcotics smuggling

    Scouting

    Assault (rocks/other projectiles)

    Assault (all other types)

    Rioting/civil disturbance

    Mass coordinated entry

CHC v. Noem

CBP001387

No suspected illegal activity

Other

**Subject's current location and disposition if known:** In ICE custody

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes   ⊗ No

    **Weapon(s)/type of assault:**

      **Assault method:** Vehicle

      **Assault method:** Physically w/o weapon

      **Describe physical assault:** Attempted head butt

**Was this subject in the vehicle pursuit?** ⊗ Yes    No

**Was the subject an occupant of a vehicle?** ⊗ Yes    No

**Was this subject arrested / taken into custody?** ⊗ Yes    No

    **Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency

      **Was an administrative action initiated for this subject by CBP?**    Yes   ⊗ No

    **Was prosecution sought against this subject?** ⊗ Yes    No

    **Prosecution By:**    CBP   ⊗ Other federal agency    State agency    Local agency

**Was this subject injured or claiming to be injured?**    Yes   ⊗ No    Unknown

---

**Name:** SUAREZ-CUEVAS, SAMUEL

**Gender:** Male    **Date of birth:** [PII]    **Height:** 4'11"    **Weight:** 140 pounds

**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**    Yes   ⊗ No    Unknown

**Immigration status:** Inadmissible Alien

**Country of citizenship:** MEXICO

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

    Yes   ⊗ No

**Subject's activity:**

    ☒ Illegal entry

       Uncooperative during encounter/inspection

    ☒ Failure to yield/heave to

       Checkpoint runner

       Port runner

       Alien smuggling

       Narcotics smuggling

       Scouting

       Assault (rocks/other projectiles)

       Assault (all other types)

       Rioting/civil disturbance

       Mass coordinated entry

       No suspected illegal activity

       Other

**Subject's current location and disposition if known:** In ICE custody

**Did this subject assault a CBP employee?** ⊗ Yes    No

    **Was the subject outside the US or its territories when committing the assault?**    Yes   ⊗ No

    **Weapon(s)/type of assault:**

      **Assault method:** Physically w/o weapon

      **Describe physical assault:** Attempted tackle

CHC v. Noem

CBP001388

**Was this subject in the vehicle pursuit?** ⊗ Yes     No
**Was the subject an occupant of a vehicle?** ⊗ Yes     No

**Was this subject arrested / taken into custody?** ⊗ Yes     No
    **Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency
    **Was an administrative action initiated for this subject by CBP?**    Yes   ⊗ No
    **Was prosecution sought against this subject?** ⊗ Yes     No
    **Prosecution By:**    CBP   ⊗ Other federal agency    State agency    Local agency
**Was this subject injured or claiming to be injured?**    Yes   ⊗ No    Unknown

## FAILURE TO YIELD (FTY)/VEHICLE PURSUIT

**Vehicle pursuit reporting organization:** U.S. Border Patrol / El Centro Sector
**Reason for attempted vehicle stop:** Other suspected immigration violation
**CBP pursuit supervisor:** CLINTON, MARK A.
**Communications center and frequencies used:** Repeater radio
**Pursuit start date/time:** 10/30/2025 08:05
**Estimated pursuit duration:** 14 minutes
**Estimated pursuit distance:** 10.0 miles
**Estimated highest speed attained by a CBP vehicle during the pursuit:** 90 mph
**Did the vehicle pursuit exceed posted speed limits?** ⊗ Yes    No    Unknown
**Was a boxing-in technique utilized?**    Yes   ⊗ No
**Was a remote vehicle tracking device utilized?**    Yes   ⊗ No
**Did CBP terminate the pursuit?**    Yes   ⊗ No
    **What was the disposition of the vehicle pursuit?** Bailout
**Was contraband seized by CBP?**    Yes   ⊗ No
**Is this a known or suspected smuggling operation?**    Yes   ⊗ No
**Are there any audio/video files for this pursuit?** ⊗ Yes     No
    **Location of/links to the files:** IDVRS

## CBP VEHICLE - 1

**Vehicle fleet number:** LEP
**Vehicle type:** Sedan
**Total damage to the vehicle:** None
**Vehicle markings:**    Marked   ⊗ Unmarked
**Vehicle's initial position in the pursuit:** Primary

| Occupants in vehicle | Name | Component | Role in vehicle |
|---|---|---|---|
| Yes | CLINTON, MARK A. | U.S. Border Patrol / Detroit Sector | Driver |

## CBP VEHICLE - 2

**Vehicle fleet number:** LEP
**Vehicle type:** SUV
**Total damage to the vehicle:** None
**Vehicle markings:**    Marked   ⊗ Unmarked
**Vehicle's initial position in the pursuit:** Secondary

CHC v. Noem

CBP001389

| Occupants in vehicle | Name | Component | Role in vehicle |
|---|---|---|---|
| Yes | RITZ, RAYMOND R. | U.S. Border Patrol / Detroit Sector | Driver |
| Yes | ISMAIL, OMAR | U.S. Border Patrol / Detroit Sector | Passenger |

## CBP VEHICLE - 3

Vehicle fleet number: **LES**

Vehicle type: SUV

Total damage to the vehicle: None

Vehicle markings: Marked ⊗ Unmarked

Vehicle's initial position in the pursuit: Supported the pursuit

| Occupants in vehicle | Name | Component | Role in vehicle |
|---|---|---|---|
| Yes | ESCOBEDO, CHRISTOPHER | U.S. Border Patrol / Detroit Sector | Driver |
| Yes | DUENAS, JAIME | U.S. Border Patrol / Detroit Sector | Passenger |

## CBP VEHICLE - 4

Vehicle fleet number: **LES**

Vehicle type: SUV

Total damage to the vehicle: None

Vehicle markings: Marked ⊗ Unmarked

Vehicle's initial position in the pursuit: Supported the pursuit

| Occupants in vehicle | Name | Component | Role in vehicle |
|---|---|---|---|
| Yes | SCHRIEFFER, SCOTT D. | U.S. Border Patrol / Detroit Sector | Driver |

## SUBJECT VEHICLE - 1

How many individuals were in this subject vehicle? 2

Vehicle make: Ford

Vehicle model: F-150

Vehicle year: 2014

Vehicle type: Pickup

Estimated highest speed attained by the subject vehicle during the pursuit: 90

Did the subject wreck their vehicle (in any capacity) while being pursued by CBP? Yes

Total damage to the vehicle (not including tire damage): Heavy

Final disposition of the vehicle: Impounded by commercial entity

| Occupants in vehicle | Name | Role in vehicle |
|---|---|---|
| Yes | GARCIA-ROA, JOSAFAT | Driver |
| Yes | SUAREZ-CUEVAS, SAMUEL | Passenger |

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---|---|---|---|

CHC v. Noem

CBP001390

| GARCIA-ROA, JOSAFAT | Vehicle | CLINTON, MARK A. | ⊗ Yes    No | Not injured in this incident |
| | | RITZ, RAYMOND R. | Yes ⊗ No | Not applicable |
| | | ISMAIL, OMAR | Yes ⊗ No | Not applicable |
| GARCIA-ROA, JOSAFAT | Physically w/o weapon - Attempted head butt | CLINTON, MARK A. | Yes ⊗ No | Not injured in this incident |
| | | RITZ, RAYMOND R. | Yes ⊗ No | Not applicable |
| | | ISMAIL, OMAR | ⊗ Yes    No | Yes   ⊗ No |
| SUAREZ-CUEVAS, SAMUEL | Physically w/o weapon - Attempted tackle | CLINTON, MARK A. | Yes ⊗ No | Not injured in this incident |
| | | RITZ, RAYMOND R. | ⊗ Yes    No | Yes   ⊗ No |
| | | ISMAIL, OMAR | Yes ⊗ No | Not applicable |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

Did this incident result in collateral property damage? ⊗ Yes    No

| Property type | Property sub type | Estimated damage | Occurred during vehicle pursuit? | Description |
|---|---|---|---|---|
| Private | Vehicle<br><br>Make: Chevrolet<br>Model: Equinox<br>Year: 2015<br>Type: Automobile | Heavy | Yes | Extensive damage to front end and windshield, airbags deployed. |

Did this incident result in collateral injury to a bystander?    Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of SCHRIEFFER, SCOTT D.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 30, 2025, I, Border Patrol Agent Intelligence Scott D. Schrieffer was conducting immigration enforcement operations in the city of Waukegan, IL in support of Operation Midway Blitz. Waukegan has been identified as a city within Lake County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

Print Date: 2025-11-05

CHC v. Noem

CBP001391

I have been employed as a Border Patrol Agent for over 29 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol rental vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. Agents Jaime Duenas, Christopher Escobedo, Raymond Ritz, Omar Ismail, and Supervisor Mark Clinton were working in conjunction with me in unmarked government vehicles. These Agents were also dressed in plain clothes with their service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 07:50 AM, Agent Duenas utilized Department of Homeland Security (DHS) databases to query the license plate of a black Ford truck ⬚PII⬚ parked in a public parking lot near 2001 Belvidere Road, Waukegan, IL. Two males were seen walking away from the vehicle. ⬚⬚⬚⬚⬚LEP⬚⬚⬚⬚⬚ Josafat GARCIA-Roa in Park City, IL. GARCIA was identified as an illegal alien from Mexico who was a previously deported aggravated felon, and suspected gang member. Once GARCIA was identified as an illegal alien, Supervisor Clinton issued an I-200 warrant for the arrest of GARCIA.

At approximately 8:00 AM, the same two males entered the vehicle and exited the lot. At approximately 8:05 AM, Supervisor Clinton attempted a vehicle stop with the target's vehicle in a rural area with no traffic on Dugdale Road in Waukegan, IL. Agent Ritz activated his lights and siren as well and parked in front of the target vehicle. I provided backup in a support role and parked behind Agent Clinton's government vehicle. The vehicle initially yielded and then fled at high speeds once the driver saw Border Patrol identifiers. I followed as support behind two unmarked Border Patrol vehicles with lights and sirens activated.

During the pursuit, the driver drove against traffic, failed to use turn signals, ignored traffic lights and stop signs, and drove at high speeds in total disregard of traffic laws and public safety. During the pursuit, the driver recklessly rammed multiple civilian vehicles in a desperate attempt to flee. During one collision, the driver lost his front driver`s side wheel. The driver continued to flee, placing himself, the agents, and the public in danger.

At approximately 8:18 AM, after driving on a bare rim for several blocks, the vehicle pulled into the Warren Township High School in Gurnee, IL. The address of the high school is 500 N. O. Plaine Rd. in Gurnee, IL.

Once the vehicle came to a stop, the driver and passenger bailed out and fled on foot towards the high school. The driver was apprehended in the parking lot, and the passenger ran into the school through an open door being utilized by students and staff. Agents Ritz and Duenas in hot pursuit chased the passenger and apprehended him inside the school.

Gurnee Police Department arrived on scene and agents explained that no enforcement was planned at the school, and the driver had to be stopped because he was a public safety threat and danger to the community. Supervisor Clinton also spoke with the H.S. principal and school resource police officer, they understood the circumstances that led to the arrests at the school grounds. Once both subjects were in custody, Supervisor Clinton directed me to leave the premises and escort other Agents conducting detainee transport duties away from the incident.

The vehicle was towed at owner expense by McClure`s Garage. The two occupants were transported to ICE/ERO in Broadview, IL. Gurnee Police Accident# ⬚ LES ⬚

Vehicle Info:

CHC v. Noem

2014 Ford F-150 (Black)
[PII]
R/O & Driver: Josafat GARCIA-Roa 3255 Eric Blvd. Park City, IL 60085
DOB: [PII], COB: México
DRIVER:
Josefat GARCIA-Roa
DOB: [PII], COB: Mexico

PASSENGER:

Samuel SUAREZ-Cuevas

DOB: [PII] COB: México

DISPOSITION: GARCIA and SUAREZ were transported to the ICE/ERO facility in Broadview, IL for processing and removal. Prosecution for 8 USC 1326 Re-Entry After Deportation is being pursued through Homeland Security Investigations. The arrest was captured on my body worn camera, serial number [LES] Video Evidence Serial Number [LES].

**Narrative of CLINTON, MARK A.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 30, 2025, I, Supervisory Border Patrol Agent-Intelligence Mark Clinton was conducting immigration enforcement operations in the city of Waukegan, IL in support of Operation Midway Blitz. Waukegan has been identified as a city within Lake County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 16 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. Agents Jaime Duenas, Christopher Escobedo, Raymond Ritz, Omar Ismail, and Scott Schrieffer were working in conjunction with me in unmarked government vehicles. These Agents were also dressed in plain clothes with their service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 07:50 AM [LEP] [LEP] parked in a public parking lot near 2001 Belvidere Road, Waukegan, IL. Two males were seen walking away from the vehicle. [LEP] Josafat GARCIA-Roa in Park City, IL. GARCIA was

CHC v. Noem

identified as an illegal alien from Mexico who was a previously deported aggravated felon. Once GARCIA was identified as an illegal alien, I issued an i-200 warrant of arrest for GARCIA.

At approximately 8:00 AM, the same two males entered the vehicle and exited the lot. The driver matched the age and height of GARCIA. I got behind the vehicle and broadcasted the location and direction of travel for the Ford to other team members. I was driving alone in an unmarked Border Patrol vehicle equipped with emergency lights and audible siren. **LEP** Our team began mobile surveillance of GARCIA in an attempt to contact and arrest him for 8 USC 1326, Illegal Re-Entry After Deportation, a felony offense.

Once the vehicle turned onto Dugdale Road, I notified other team members that I intended to conduct a vehicle stop to contact and arrest GARCIA. I directed Agents Ritz and Ismail to position their government vehicle in front of the target to prevent the driver from fleeing once I conducted the stop. Agents Ritz and Ismail were riding together in a blue Chevrolet Tahoe, an unmarked Border Patrol vehicle equipped with emergency lights and siren, unit number **LEP** Agent Ritz was driving the Tahoe.

On a stretch of rural road with no traffic, I activated my emergency lights and siren. The weather was approximately 55 degrees, and the conditions were dry and optimal on a paved and nearly deserted country road. As soon as I activated my lights and siren, Agents Ritz and Ismail activated their lights and siren. GARCIA yielded and came to a stop between both government vehicles. Agent Schrieffer was driving alone in a government sponsored rental vehicle, **LEP** Agent Schrieffer stopped behind me to provide backup support. Agents Escobedo and Duenas were riding together in a government sponsored rental vehicle, a white Jeep Cherokee. Agent Escobedo was driving the Jeep and parked behind Agent Schrieffer to provide backup support during the stop.

Once GARCIA yielded, Agent Ismail exited the Tahoe with his Border Patrol identifiers visible. Once GARCIA saw the Border Patrol identifiers, he placed the Ford in drive and fled the scene at high speeds. I immediately pursued GARCIA with lights and siren activated, but he disregarded my emergency equipment and failed to yield (FTY). I notified other team members that GARCIA had FTY, and they responded to assist in the vehicle pursuit.

During the vehicle pursuit, Agents Ritz and Ismail maintained a secondary role with lights and siren activated. Agents Schrieffer, Escobedo, and Duenas acted in a support role and tailed behind the government vehicles to provide backup. While I was pursuing GARCIA in my vehicle, GARCIA ignored all traffic laws. GARCIA drove at speeds of up to 90 MPH, ignored traffic lights and stop signs, drove off road, passed motorists on the shoulder, dangerously sped through intersections with other motorists present, and drove the wrong way against traffic in a desperate attempt to flee and avoid arrest.

During the pursuit, GARCIA rammed and side-swiped multiple civilian vehicles, causing several accidents and was recklessly endangering himself, his passenger, the Agents, and the innocent public. At several times during the pursuit, GARCIA noticed me approaching his driver side and swerved in an apparent attempt to run my sedan off the road. **LEP** communications were non-existent due to other teams not being on duty. I assumed the role of pursuit supervisor due to being the only supervisor on scene. Based on my training and experience, the continued pursuit of GARCIA was necessary to stop a violent and imminent threat to the public.

GARCIA was using his 4,000-pound vehicle as weapon of deadly force, using it to plow through any obstacle in his path. During one collision, GARCIA collided with a vehicle and lost his front driver's side tire. By this time, the pursuit entered the city of Gurnee, IL. Once GARCIA lost the tire, he continued to flee on a bare rim with the metal rim shooting sparks in every direction, causing another hazard - fire damage. At this point, GARCIA committed multiple felonies in my presence including hit and run, leaving the scene of a crime, assault with a deadly weapon, and other misdemeanor traffic offense. I continued the pursuit and felt compelled to stop GARCIA to prevent a fatality.

GARCIA turned onto N. O'Plaine Road and pulled into the parking lot entrance of Warren Township High School in Gurnee, IL. School was starting and multiple students, parents, and staff were present on the school grounds. Once the vehicle came to a stop, GARCIA and his passenger bailed out and fled on foot towards the school buildings. I exited my vehicle and began chasing after GARCIA with other team members. During the foot chase, we gave loud and clear commands to stop and repeatedly yelled "POLICE!". After a brief foot pursuit, Agent Ismail was able to catch GARCIA and I arrived seconds later to assist Agent Ismail

CHC v. Noem

with restraining GARCIA.

The passenger fled into an open classroom doorway being used by staff and students. Agents Ritz and Duenas, in hot pursuit of the fleeing suspect, entered the same classroom. The passenger's intentions and identity were unknown, along with the possibility of the presence of a weapon. Agents Ritz and Duenas entered the classroom with the sole intent to apprehend the fleeing suspect in order to preserve public safety and effect an arrest. Agents Ritz and Duenas apprehended the passenger inside the classroom and placed him into handcuffs. The passenger was later identified as Samuel SUAREZ-Cuevas (DOB: [PII] The passenger was swiftly escorted outside the building to minimize exposure to students and staff.

Once both subjects were in custody, a large crowd of staff, parents, and members of the community began voicing their disapproval of our law enforcement actions on school grounds. To de-escalate the situation, I directed my entire team to vacate the premises immediately while I spoke to members of the school and the community and coordinated the tow for impound of the Ford truck.

I met with the principal and school resource police officer, along with several members of the Gurnee Police Department who arrived minutes after the incident occurred. I explained to everyone on scene that Border Patrol did not intend to conduct enforcement operations at a school, and that our presence at the school was a result of GARCIA's reckless actions. Gurnee PD created a crash report for the incident, report number [LES]. I exchanged my information with Sgt. Marcos Gomez for any future information exchange.

[PII] Garage arrived and towed the Ford truck to their impound lot at owner's expense - [PII] [PII] Once the vehicle was towed, I left the scene. I notified (A) PAIC Sergio Guzman via telephone of the FTY and all other related incidents. The pursuit lasted approximately 14 minutes and spanned over an estimated distance of 10 miles.

At approximately 8:20 AM Agent Ismail identified himself as a Border Patrol Agent and interviewed GARCIA regarding his citizenship. GARCIA readily admitted to being a citizen of Mexico with no documents allowing him to enter or remain in the United States. Agent Ismail officially placed GARCIA under arrest for violation of Title 8 of the United States Code.

Once GARCIA was in custody, Agent Ismail conducted records check [LEP] and confirmed GARCIA has no documents allowing him to enter or remain in the United States. GARCIA is a criminal alien with several convictions for offenses including Possession of Cocaine, DUI, and Domestic Battery, reference [PII] GARCIA is an illegal alien pursuant to INA 212.

At approximately 8:20 AM Agent Ritz identified himself as a Border Patrol Agent and interviewed SUAREZ regarding his citizenship. SUAREZ readily admitted to being a citizen of Mexico with no documents allowing him to enter or remain in the United States. Agent Ismail officially placed SUAREZ under arrest for violation of Title 8 of the United States Code.

Once SUAREZ was in custody, Agent Ritz conducted records checks in DHS databases and confirmed SUAREZ has no documents allowing him to enter or remain in the United States. SUAREZ is a criminal alien with a conviction for Domestic Battery, reference [PII] SUAREZ was previously removed from the United States and is an illegal alien pursuant to INA 212.

SUAREZ is considered a flight risk based on the fact that he participated in a potentially deadly FTY, fled on foot, ignored lawful orders to stop, and entered school grounds during school hours with children present. SUAREZ was previously deported from the United States and did not apply for permission or documents allowing him to re-enter the United States after deportation. SUAREZ should be detained and not released.

DISPOSITION: GARCIA and SUAREZ were transported to ICE/ERO in Broadview, IL. Prosecution for 8 USC 1326 Re-Entry After Deportation is being pursued through Border Patrol via the AUSA for both subjects. The arrest was captured on my body worn camera, serial number [LES] Video Evidence Serial Number [LES]

Vehicle Info:

CHC v. Noem

Print Date: 2025-11-05

2014 Ford F-150 (Black)

PII

R/O & Driver: Josafat GARCIA-Roa   PII

AGENT NOTE: Multiple vehicle accidents occurred during this pursuit, caused by the reckless driving of GARCIA. Due to multiple jurisdictions and relations with Federal Agents and local law enforcement bound by and the Illinois Trust Act, total collateral damage and injuries to bystanders remain unknown.

**Narrative of ISMAIL, OMAR**
Date: 10/30/2025
Operation: Midway Blitz
Reporting Agent: BPA O. Ismail
Supervising Agent: SBPA-I M. Clinton
BWC Serial Number: LES

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On October 30, 2025, I was operating in an unmarked government service vehicle as a passenger with Agent R. Ritz in order to blend in with the general public and covertly search for criminal activity. Our vehicle was equipped with emergency lights and audible siren. Agents M. Clinton, C. Escobedo, J. Duenas, S. Schrieffer and I were dressed in plain clothes with our ballistic body armor with U.S. Border Patrol insignia and clear police markings on front and back. Agent R. Ritz was dressed in plain clothes with his service badge and credentials ready to display for any enforcement. All agents were readily identifiable as Federal Agents by any reasonable person.

At approximately 7:58 a.m., Agent Mark Clinton   LEP
LEP   At that time, we were searching the area for stolen vehicles, illegal aliens, and other crimes. The vehicle was parked near the Home Depot located at 2001 Belvidere Rd, Waukegan, IL. DHS databases showed the vehicle was registered to GARCIA-ROA, Josafat, residing in Park City, IL.

Agent Clinton utilized   LEP   to identify GARCIA as a citizen of Mexico,   PII   and determined that GARCIA was illegally present in the United States. Further records indicated GARCIA is a gang-associated member through his prior criminal arrest history. His previous arrests include domestic battery, possession of a controlled substance (cocaine), and driving under the influence.   LEP   confirmed a prior removal from the United States.

Based on the above information, we believed GARCIA's actions and criminal background posed an immediate threat to the

CHC v. Noem

public, my safety and the safety of other agents. SBPA-Intel Mark Clinton issued an I-200 warrant of arrest for GARCIA, identifying him as a target of interest for agents conducting targeted enforcement operations under Operation Midway Blitz.

After maintaining surveillance for approximately five minutes, two male subjects entered the black Ford pickup truck. The driver matched the age and height description of GARCIA. At approximately 8:05 a.m., I observed the Ford pickup truck departing from the parking lot. I notified other agents that the vehicle was leaving the area.

Agent Clinton followed behind the Ford truck for approximately two miles. Agents Duenas, Escobedo, Schriefer, and our vehicle with Agent Ritz and I followed for backup. A vehicle stop was initiated near 1599 Dugdale Rd, North Chicago, IL. Agent Clinton activated his emergency lights and sirens, followed by Agent Ritz. The Ford truck initially yielded. Once I exited my vehicle with Border Patrol identifiers visible, the Ford truck abruptly sped off at high speeds and failed to yield, ignoring the lights and sirens.

Agent Clinton continued as the primary pursuit vehicle, with Agent Ritz and I as secondary. The pursuit extended for about eight miles. During the pursuit, I observed the driver of the Ford truck (GARCIA) driving in a reckless and aggressive manner. Shortly after, the Ford truck struck another vehicle near an intersection and continued fleeing. The Ford truck collided with several civilian vehicles within a matter of minutes at different locations. Based on GARCIA's prior criminal and gang history, combined with his dangerous driving behavior, we believed he may have been armed and posed a threat to law enforcement and the public.

Shortly after one of the hit-and-run accidents, the Ford truck lost its front driver-side tire and crossed into the opposite lane of traffic, striking the front bumper of another vehicle. The Ford became disabled near the entrance of Warren Township High School located at 34090 N Almond Rd, Gurnee, IL.

Both occupants exited the vehicle and fled on foot into the school parking lot. I engaged in a foot pursuit targeting the driver, identified as GARCIA the registered owner of the Ford truck, and our intended target, for approximately 70 yards, while giving loud verbal commands, "Police! Stop!" multiple times. GARCIA ignored all commands and continued running until he lost balance, at which point I caught up to him.

GARCIA continued to resist by pulling away and tensing his arms. I maintained control until Agent Clinton arrived and assisted me in securing GARCIA in handcuffs. While escorting him to our vehicle, GARCIA again resisted by twisting his body and pulling away until he was overpowered and secured in the back seat of the vehicle.

During the physical struggle to gain control of GARCIA, I experienced pain and discomfort in my right shoulder and right hip as a result of exertion and resistance encountered.

Agent Duenas detained the passenger of the Ford pickup, later identified as Samuel SUAREZ-Cuevas, [ LES ] a Mexican national illegally present in the United States. SUAREZ was escorted to the back seat next to GARCIA.

While inside the vehicle, GARCIA began acting aggressively, moving his upper body toward me and attempting to position his head close to mine, placing me in danger. Agent Duenas gave GARCIA multiple loud commands to stop. GARCIA ignored all commands, at which point Agent Duenas was able to position GARCIA in the vehicle at a position which prevented GARCIA from causing any harm to himself or Agents. GARCIA became compliant shortly after, and no injuries were reported.

Once in custody, I conducted an immigration interview with GARCIA where GARCIA readily admitted to being a citizen of Mexico with no documents allowing him to enter or remain in the United States. At approximately 8:20 AM, I officially placed GARCIA under arrest for violation of Title 8 of the United States Code. I conducted record checks in DHS databases and confirmed that GARCIA had no documents allowing him to remain in the United States.

Both subjects were transported to the ICE/ERO facility in Broadview, IL for processing and further investigation. This arrest and the pursuit were captured on my body-worn camera, serial number [ LES ] evidence serial number: [ LES ]

CHC v. Noem

CBP001397

**Narrative of ESCOBEDO, CHRISTOPHER**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 30, 2025, I, Border Patrol Agent Christopher Escobedo was conducting immigration enforcement operations in the city of Waukegan, IL in support of Operation Midway Blitz. Waukegan has been identified as a city within Lake County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Government Rental service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. Agents Scott Schrieffer, Jaime Duenas, Omar Ismail, Raymond Ritz, and Supervisor Mark Clinton were working in conjunction with me in unmarked government vehicles and Unmarked Government rental service. These agents were also dressed in plain clothes with their service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 7:50 AM, Agent Clinton [LEP] [LEP] parked in a public parking lot near 2001 Belvedere Rd in Waukegan, IL. [LEP] [LEP] vehicle is registered to GARCIA-Roa, Josafat in Park City, IL. Agent Clinton [LEP] [LEP] advised the rest of the team that GARCIA is a citizen of Mexico and a previously deported Aggravated Felon. GARCIA has a criminal history of DUI, Possession of Controlled Substance (Cocaine), and Domestic Battery.

After approximately 10 minutes, GARCIA and an unidentified male, later identified as SUAREZ-Cuevas, Samuel [PII] approached the F-150 and drove out of the parking lot towards S Lewis Ave and began to head South. Agent Clinton began to follow the F-150. Agent Ritz, Schrieffer, and I began to follow behind.

At Approximately 8:05 A.M. after driving through various streets we entered Dugdale Road and Agent Clinton attempted to conduct a vehicle stop. Agent Clinton who was behind the F-150 activated his lights and sirens. Agent Ritz also activated his lights and sirens and parked his vehicle in front of the black F-150. Agent Schrieffer and I parked our vehicles behind Agent Clinton's vehicle. The F-150 initially yielded, however, once the driver, GARCIA, saw Agent Ismail's Border Patrol identifiers, GARCIA fled the scene at high speeds, placing other drivers in danger.

Agent Clinton and Agent Ritz began to pursue the F-150 with lights and sirens activated but GARCIA did not yield. Agents Schrieffer and I activated our Hazard lights and followed behind as a supportive roll in the pursuit due to not having lights and sirens. After following through various streets and neighborhoods, GARCIA continued to disobey traffic laws, and reached the speeds of approximately 90 mph, endangering the public. GARCIA drove off road, passed other motorists on the shoulder, drove

CHC v. Noem

against traffic going the wrong way, and recklessly drove through stop signs and red lights with innocent drivers present. GARCIA side-swiped several civilians in his reckless attempt to avoid arrest. GARCIA did not stop, and fled the scene of multiple accidents.

During the pursuit, GARCIA approached a red light at N Green Bay Rd and Grand Ave in Gurnee, IL and rammed and damaged multiple civilian vehicles in a desperate attempt to flee, placing himself, SUAREZ, the Agents, and the public in danger. The F-150 sustained severe damage on the front driver side wheel; however, GARCIA continued to disobey the law and fled the scene. GARCIA continued on Grand Ave reaching speeds above the appropriate speed limit and at one point passed a Lake County Sherriff vehicle. The Lake County Sheriff did not engage nor activate his lights and sirens. A few moments later the F-150 lost its front driver side wheel and the wheel separated from his Ford truck and impacted the front bumper of an oncoming vehicle causing severe damage and causing the air bags to deploy. At this point the F-150 was not suitable for any driving conditions, however, GARCIA was determined not to stop and continue to drive down the street of Grand Ave causing sparks from the front driver's side bare metal rim.

At approximately 8:18 A.M., GARCIA made a left turn into O'Plaine Road and drove into the parking lot of Warren Township High School. Once GARCIA and SUAREZ entered the parking lot they bailed out of the F-150 and ran towards the high school. Due to the multiple traffic violations and endangerment to the public this was considered a hot pursuit so all Agents exited our vehicles and proceeded in a foot pursuit towards the subject's direction. I then ran back to my vehicle and safely drove into the parking lot to be in close proximity to the other Agents in case they successfully detained GARCIA and SAUREZ.

As I drove into the school parking lot, I noticed Agents Ismail and Clinton had GARCIA detained. I advised agent Ismail to place GARCIA into the rear passenger side seats of my vehicle. A couple of moments later, Agent Duenas and Agent Ritz made contact with SUAREZ inside a classroom. Agent Duenas and Agent Ritz approached my vehicle's driver side with SUAREZ and attempted to place SUAREZ in the rear passenger seats.

I assisted Agent Duenas with SUAREZ as he was not compliant and continued to resist getting into my vehicle. On multiple occasions, SUAREZ shouted for help to the other individuals in the parking lot. At the same time GARCIA was being resistant towards Agent Ismail. Once SUAREZ was placed in the vehicle, Agent Duenas and Agent Ismail both sat in the rear seats with SUAREZ and GARCIA.

At approximately 8:20A.M., Once GARCIA and SUAREZ were in custody, GARCIA was identified as the target of the investigation. **LEP**

**LEP** SUAREZ and GARCIA have no documents allowing them to enter or remain in the United States. GARCIA and SUAREZ were placed under arrest for violation of Title 8 of the United States Code.

Once it was safe and feasible we left the school parking lot. Agent Clinton remained at the scene and explained the circumstances that led to the arrests at the school grounds to the principal, school resource police officer, and the Gurnee Police officers.

GARCIA and SUAREZ were transported to the ICE/ERO facility in Broadview, IL for processing and removal. The vehicle was towed at owner expense by McClure's Garage.

The arrest was not captured on my body worn camera due to failure to activate. The incident was captured on body worn cameras worn by Agent Duenas **LES**, Agent Clinton **LES**, Agent Ismail **LES**, and Agent Schrieffer **LES**.

During the arrest of GARCIA and SUAREZ, I felt a sharp pain on my left shoulder. The injury was reported to Supervisor Mark Clinton.

**Narrative of RITZ, RAYMOND R.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

CHC v. Noem

CBP001399

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 30, 2025, I, Border Patrol Agent-Intelligence (BPA-I) Raymond Ritz was conducting immigration enforcement operations in the city of Waukegan, Illinois (IL) in support of Operation Midway Blitz. Waukegan has been identified as a city within Lake County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 6 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted numerous smuggling events and arrested and interviewed many illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol service vehicle **LEP** in order to blend in with the general public and covertly search for criminal activity. My government vehicle is equipped with emergency lights and audible siren. I was dressed in plain clothes with my service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. Border Patrol Agents (BPA) Christopher Escobedo, Omar Ismail, Scott Schrieffer, Jaime Duenas, and Supervisory Border Patrol Agent-Intelligence (SBPA-I) Mark Clinton were working in conjunction with me in unmarked government vehicles. These agents were also dressed in plain clothes with their service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. We were readily identifiable as Federal Agents by any reasonable person. BPA Ismail was riding with me in my government vehicle.

At approximately 7:55 AM, SBPA-I Mark Clinton **LEP** The vehicle was parked in a public parking lot at The Home Depot hardware store located at 2100 Belvidere Rd, Waukegan, IL. **LEP** **LEP** vehicle is registered to GARCIA Roa, Josafat at **PII** **LEP** GARCIA Roa as a citizen of Mexico ( **PII** ) SBPA-I Mark Clinton **LEP** GARCIA Roa has a criminal record in the State of Illinois (domestic violence, drug charges, driving under the influence). Furthermore, GARCIA Roa has been previously removed from the U.S. under **PII** Agents were alerted that the registered owner had a prior deportation, charges for drugs, DUI (driving under the influence), and assault/battery. In my experience when subjects have charges associated to drugs and assault/battery there is a high probability of the subject carrying a weapon to be used on other criminals or law enforcement.

At approximately 8:00 AM, agents then advised that the vehicle was occupied by two males. I assisted BPA Ismail with securing his vest with body worn camera. I observed the Ford exit The Home Depot parking lot and drive south on S Lewis Ave. The Ford then drove south on W Dugdale Rd and continued south on Dugdale Rd. At approximately 8:05 AM, agents attempted to conduct an immigration inspection on the Ford. Based on the information of the registered owner's immigration status I had enough information to have reasonable suspicion that the passengers of the vehicle were in violation of immigration law. I activated my emergency lights and sirens and positioned my vehicle in front of the Ford. The Ford initially yielded, BPA Ismail exited the vehicle with his vest that has Border Patrol identifiers on the front and back. The Ford fled from the scene before the immigration inspection could be completed. The Ford fled south on Dugdale Rd at a high rate of speed.

I pursued the Ford with my lights and sirens activated south on Dugdale Rd as the secondary vehicle, while SBPA-I Clinton assumed the primary pursuit position with his lights and sirens activated. I pursued the Ford for approximately ten minutes. The Ford drove the wrong way against traffic. The Ford ran red lights and stop signs. The Ford drove above the posted speed limits. The Ford drove off road. The Ford generally was not adhering to local traffic laws while attempting to flee from agents. I believe that the Ford caused multiple traffic accidents which I was not able to see due to the Ford's erratic driving and my attempts to

maintain visual during the pursuit. At many times during the pursuit, my vehicle's engine was operating at maximum capacity, limiting my ability to maintain a close distance to SBPA-I Clinton and the fleeing Ford.


Near the intersection of N Green Bay Rd and Grand Ave the Ford rear ended a civilian vehicle. The Ford did not stop at the scene of the accident and continued to flee from the immigration inspection. I noticed a Sheriff's Department marked vehicle driving the same direction as the Ford. The Ford passed the Sherriff's vehicle driving aggressively. I did not observe the Sheriff's vehicle assist with the pursuit. The accident caused the Ford's front driver's side tire to begin to fall off. After a minute or two the tire fell off the Ford and I noticed a civilian vehicle with front end damage in the opposite lanes of traffic. I observed sparks coming from the Ford as he continued to drive.


I observed the Ford drive south on O'Plaine Rd, Gurnee, IL. The Ford pulled into a parking lot of the Warren Township High School (500 N O'Plaine Rd, Gurnee, IL) and stopped near the entrance. I observed the doors open on the Ford and two subjects bailed out from the vehicle. I observed GARCIA Roa and another subject, later identified as SUAREZ Cuevas, Samuel a citizen of Mexico ( **PII** ) run away from the Ford. I parked my vehicle near the Ford. I quickly realized GARCIA Roa and SUAREZ Cuevas were running towards a school with school children present. I did not have time to grab my vest and put it on as both subjects were running towards the school. I ensured my badge was clearly visible around my neck with my face mask on with the word "Police" inscribed on the front of the mask below my eyes.

I exited my vehicle and pursued both subjects on foot in an attempt to effect an arrest as fast as possible. I did not want to allow either subject to endanger the lives of bystanders and more importantly schoolchildren. I did not know the intentions of GARCIA Roa or SUAREZ Cuevas, if they were armed, and why they were running towards a school with students and staff clearly present and visible in their path. I also considered the fact of the violent criminal charges associated with GARCIA Roa and considered the danger he could pose to the immediate civilians nearby. While pursuing GARCIA Roa and SUAREZ Cuevas I yelled "Police" and "Border Patrol" to identify myself to both the subjects and bystanders. Other agents in the foot pursuit also commanded GARCIA Roa and SUAREZ Cuevas to stop, but they ignored these lawful orders.

I observed agents attempting to effect an arrest on GARCIA Roa. I observed SUAREZ Cuevas continue to run towards the school and towards a classroom door that was open. I was unable to catch SUAREZ Cuevas before he entered into the school. I did not know SUAREZ Cuevas' intentions of why he would enter into the school nor what he would do to schoolchildren. I continued to pursue SUAREZ Cuevas into the school as fast as I could in order to stop him from being able to barricade himself in a room with schoolchildren and/or teachers. I observed SUAREZ Cuevas run to the back of a classroom with other civilians present. SUAREZ Cuevas turned toward me, had his hand up in front of him in what appeared to be fists, and his mouth was open. I grabbed SUAREZ Cuevas and wrapped my arms around him in an attempt to stop him from being able to strike me. I took SUAREZ Cuevas to the ground and attempted to gain control of SUAREZ Cuevas' hands to place them behind his back. I noticed one individual rapidly approaching SUAREZ Cuevas and I. BPA-I Duenas arrived moments later and was able to make it to my location before the unknown individual could interfere. I attempted to place SUAREZ Cuevas in handcuffs, but he continued to move his arms and tried to pull away and place his hands underneath his body. I was using all my strength to try and keep his arms still so that I could place handcuffs on SUAREZ Cuevas. It took two agents to overpower SUAREZ Cuevas and place him in handcuffs.

I assisted SUAREZ Cuevas to stand and walk out of the room. SUAREZ Cuevas tried to push towards me as I tried to walk him outside. I placed my forearm on SUAREZ Cuevas' upper back so that he was unable to headbutt BPA-I Duenas or myself. SUAREZ Cuevas was escorted to BPA Escobedo's vehicle. While at BPA Escobedo's vehicle several people began to form a crowd. The crowd was yelling insults and approached closer to our location as agents were trying to place SUAREZ Cuevas in the vehicle. In my experience people who start out as yelling and filming can escalate to impeding and/or assaulting agents when emboldened by others in the crowd. I gave warnings not to get closer and made my OC spray visible to deter and show that if anyone wanted to impede or assault agents, they would be OC sprayed if need be.

After SUAREZ Cuevas was placed into the backseat of BPA Escobedo's vehicle I entered into the front passenger's seat. BPA Escobedo drove me to the entrance of the parking lot where I had parked my vehicle. I exited BPA Escobedo's vehicle and noticed SBPA Clinton sitting in his vehicle nearby. I approached SBPA-I Clinton's vehicle to speak with him. A civilian began to

CHC v. Noem

CBP001401

approach close to SBPA-I Clinton's vehicle and I while others began to make their way to my location. The civilians continued to yell slurs and insults in my direction such as "faggot" and "redcoat." I was outnumbered and again produced my OC spray to signal that I would use it if they escalated to physical violence. After speaking with SBPA-I Clinton, I entered into my vehicle while civilians continued to yell in my direction. I drove away from the parking lot and parked down the street.

While attempting to place a seatbelt on GARCIA Roa he began to resist and attempted to stop agents from placing him in a seatbelt. While attempting to place GARCIA Roa in a seat belt I noticed that SUAREZ Cuevas had a utility knife clipped to the front of his right pocket. I quickly removed the utility knife from SUAREZ Cuevas' pocket and placed it in the front of BPA Escobedo's vehicle. GARCIA Roa was placed in a seatbelt for his safety before being transported to the ICE/ERO processing facility in Broadview, IL.

While attempting to detain SUAREZ Cuevas he placed his arms underneath his body, this caused me to pull on his arms in order to extract them and place them behind his back. This caused sharp pain to my left shoulder. I reported the injury to SBPA-I Clinton and notified him that I would seek medical attention if the pain continued.

Once GARCIA Roa and SUAREZ Cuevas were in custody, **LEP** **LEP** confirmed that GARCIA Roa and SUAREZ Cuevas have no documents allowing them to remain in the United States.

GARCIA Roa and SUAREZ Cuevas were transported to the ICE/ERO processing facility in Broadview, Illinois for processing and removal. GARCIA Roa's vehicle was towed from the scene. The arrest was captured on BPA-I Duena's body worn camera, serial number **LES**

## Narrative of DUENAS, JAIME

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 30, 2025, I, Border Patrol Agent-Intelligence Jaime Duenas was conducting surveillance in support of an investigation in the city of Waukegan, IL in support of Operation Midway Blitz. I have been employed as a Border Patrol Agent for over 19 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

On this date, I was operating in an unmarked government sponsored rental vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service issued ballistic body armor with badge, insignia, and clear police identifiers visible on front and back. Agent Escobedo and I were riding together in an unmarked government sponsored rental vehicle with Agent Escobedo as the driver. Working in conjunction with us were Agents Mark Clinton, Scott Schrieffer, Christopher Escobedo and Raymond Ritz. These agents were dressed in plain clothes with ballistic body armor displaying clear police markings on front and back, or with their service badge and credentials ready to display for any enforcement action. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 7:50 a.m., Agent Clinton **LEP** **LEP** The vehicle was occupied by two males and parked in a public parking lot near the parking lot of the Home Depot store located on 2001 Belvidere Rd in Waukegan, IL. The two occupants were later identified as Josafat GARCIA-Roa (Driver) and Samuel SUAREZ-Cuevas (Front seat passenger). GARCIA and SUAREZ were then seen entering the Home Depot store.

CHC v. Noem

CBP001402

vehicle was registered to GARCIA with the address of GARCIA's [PII] and that he was a citizen and national of Mexico and an aggravated felon previously removed from the U.S. to Mexico. [LEP] GARCIA had criminal convictions for possession of dangerous drugs (cocaine), assault, and driving under the influence. Agent Clinton then issued an i-200 arrest warrant for GARCIA.

After surveilling the vehicle for approximately 10 minutes, GARCIA and SUAREZ returned to the F-150. GARCIA entered the driver's side and SUAREZ the front seat. We followed the vehicle from the parking lot for an enforcement action. We followed the vehicle to the 1500 block of Dougdale Rd in North Chicago, IL. At approximately 8:05 a.m., Agent Clinton activated his lights and sirens, and the vehicle stopped. For officer safety, Agents Ritz and Ismail pulled in front of the F-150 and activated the lights and sirens of their unmarked Border Patrol vehicle to prevent the vehicle from fleeing. The F-150 immediately took off as soon as the occupants saw Agent Ismail exit his vehicle at a high rate of speed. Agents Clinton, Ritz and Ismail gave chase. Because our vehicle was not equipped with emergency lights and sirens, we followed behind them in a support role.

We followed the vehicle through Lake County, and I noticed that GARCIA was ignoring all traffic signs, speed limits and put the public in danger. At one point during the chase, GARCIA's speed was at approximately 90 miles per hour. GARCIA drove off road, passed motorists on the shoulder, drove against traffic going the wrong way, and attempted to run Agent Clinton off the road on multiple occasions. GARCIA collided with several vehicles occupied by innocent motorists and did not stop. GARCIA committed multiple hit-and-run offenses, and was an imminent threat to the public.

During the chase, GARCIA came to a traffic light intersection on the corner of North Green Bay Road and Grand Ave in the city of Gurnee. There were several vehicles stopping ahead of GARCIA because the light was red. GARCIA disregarded the safety of all the motorists and he collided with multiple civilian vehicles in order to create a path of egress for the F-150 and continue his reckless attempt to escape and avoid arrest. The collision caused a civilian vehicle to move forward several feet and created an opportunity for the F-150 to continue driving away.

GARCIA then turned westbound on Grand Avenue, and we noticed that the front driver's side was severely damaged because of this collision. Due to these reckless actions and disregard for public safety, we knew that GARCIA was an imminent danger to other motorists, and he needed to be stopped before he could cause a major accident that could end in the loss of life. Therefore, we did not stop to assist the civilians that were impacted by GARCIA's F-150.

GARCIA continued driving erratically and at a high rate of speed on Grand Avenue with his vehicle severely damaged, still disregarding the lights and siren of Agent Clinton and Agent Ritz. As GARCIA was driving westbound on Grand Avenue, the front driver's side tire separated from the Ford F-150 and barreled into the oncoming traffic of motorists driving eastbound on Grand Ave. I noticed the tire hit a front bumper of a vehicle driven by an unknown female. I noticed this caused severe damage to this vehicle and the air bags have been deployed on the innocent bystander's vehicle. As the F-150's tire came off and impacted with the civilian vehicle, I observed the F-150 aggressively swerve around a Lake County Sheriff's Department marked vehicle that was driving in the same direction as the F-150. The Sherrif's Deputy saw the chase and did not engage or activate his lights or sirens. The vehicle continued driving erratically with no front tire. I was able to see several sparks and possibly a fire coming from the front driver side fender of the F-150.

The vehicle then turned southbound on N. O'Plaine Rd and abruptly stopped at the Warren Township High School parking lot located at 500 N O'Plaine Rd in Gurnee, IL. GARCIA and SUAREZ then immediately bailed out of the F-150 and started running into the school parking lot. We got out of our cars and gave chase on foot while kept yelling at them "Police, Border Patrol, stop." GARCIA continued to disobey our orders and kept running but was arrested after a foot pursuit by Agents Ismail and Clinton.

I then noticed that SUAREZ ran inside a classroom and for the safety of the students we chased SUAREZ inside the classroom. Agent Ritz was the first one that entered the classroom and was able to take SUAREZ to the ground. As I was entering the classroom, I noticed that SUAREZ was actively resisting arrest by flailing his arms from side to side, by tucking them under his chest and by attempting to get up from the ground by pushing himself up. SUAREZ was also screaming "Ayudenme, ayudenme, nomas estoy trabajando" which translates to "Help me, help me, I am just a working." I also noticed a possible staff member that was inside the classroom was walking towards Agent Ritz. I did not know the intentions of this person and for officer safety I identified myself as police and moved him out of the way.

CHC v. Noem

CBP001403

I told SUAREZ he was under arrest, but he continued to resist. We eventually were able to place handcuffs on SUAREZ and immediately walked him out of the classroom to limit exposure to the students and staff. Once we were out in the parking lot, we walked SUAREZ to our vehicle. SUAREZ used mechanical resistance by using his weight and posture to prevent us from placing him inside our vehicle. After a brief struggle we were finally able to place SUAREZ inside our car. GARCIA was already inside our car with Agent Ismail next to him. GARCIA attempted to push SUAREZ out of the car by using his body weight, but he failed to do as Agent Ismail got a hold of him. Once we safely secured GARCIA and SUAREZ, we found an identification card on GARCIA bearing his name and date of birth and confirming him as the target of the investigation.

I then asked SUAREZ for an identification form, and he said he did not have one but provided me with his full name and date of birth [ **PII** ] [ **LEP** ] SUAREZ and determined he is a citizen and national of Mexico that was deported to Mexico on August 17, 2012, from the Chula Vista Border Patrol Station in San Diego Sector under [ **PII** ] SUAREZ also has an arrest and conviction for Domestic Violence in the State of Illinois.

The F-150 was then towed and impounded at owner's expense. We then transported both GARCIA and SUAREZ to the ERO facility in Broadview, IL, for processing. This incident and pursuit were captured in my body worn camera [ **LES** ] and evidence serial number [ **LES** ].

During the arrest of SUAREZ, I felt a sharp pain on my right shoulder. I immediately reported it to Supervisor Mark Clinton.

## FILE ATTACHMENTS

**File names:**
    Oct30Bailout.docx
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|-----|------|----------|
| Submitted | CLINTON, MARK A. | 11/01/2025 08:32 | |
| Rejected | HUGHBANKS, DANIEL L. | 11/03/2025 14:44 | LES |
| Submitted | FICK, SHANNON M. | 11/04/2025 13:52 | |
| Approved | HUGHBANKS, DANIEL L. | 11/04/2025 14:09 | |
| Reopened | FICK, SHANNON M. | 11/04/2025 16:10 | LES |
| Submitted | CLINTON, MARK A. | 11/04/2025 16:56 | |
| Rejected | HUGHBANKS, DANIEL L. | 11/04/2025 17:02 | LES |
| Submitted | CLINTON, MARK A. | 11/04/2025 17:05 | |
| Approved | HUGHBANKS, DANIEL L. | 11/04/2025 17:15 | |

CHC v. Noem

CBP001404