E-STAR incident ID: **LES** -#25878



**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

| Current Status: | ⊗ Completed | ☐ Active | ☐ Ready for review | ☐ Rejected | ☐ Deleted |
|---|---|---|---|---|---|

## INCIDENT INFORMATION

E-STAR incident ID: **LES** -#25878
Title: Operation Midway Blitz: Chicago - 11000 Montrose Ave, Chicago, IL 60666. Ramming
Incident date/time: 10/30/2025 17:51
Type: ⊠ Assault against CBP personnel ⊠ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
Was this a mass encounter incident? ☐ Yes ⊗ No
Reporting organization: U.S. Border Patrol / El Centro Sector
Created by: DONAHUE, TIMOTHY R.    Creation date/time: 10/30/2025 20:50
Last updated by: RODRIGUEZ, CARLOS    Last updated date/time: 11/03/2025 17:57
Reviewer: RODRIGUEZ, CARLOS    Date reviewed: 11/03/2025

## RELATED SYSTEMS: 3

Is there IDVRS footage (Evidence Serial Number) associated with this incident? ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

Were other CBP components/external agencies involved? ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

Incident location/AOR: U.S. Border Patrol / Detroit Sector
Landmark: DETROIT GENERAL AREA NON SPECIFIC AREA
Country/international waters: United States of America
Address:
Street: 11000 Montrose Ave
City: Chicago    State: ILLINOIS    Zip: 60666
Incident coordinates:
Latitude: 41.95936
Longitude: -87.83464

5-CFAR incident ID LES #25878

**Setting:** ☐ Indoors ☒ Outdoors
    **Outdoor setting:** ☒ On land    ☐ In water (standing or swimming)    ☐ On water (in vessel)    ☐ In the air
**Description of the premises/location:** Ride-Share parking lot.
**Environmental factors:**
    **Weather:** ☒ Dry    ☐ Raining    ☐ Snowing    ☐ Flooding    ☐ Windy    ☐ Storm    ☐ Haze/blowing dust    ☐ Fog    ☐ Other
    **Illumination:** ☒ Daylight    ☐ Dark    ☐ Dawn    ☐ Dusk    ☐ Good lighting    ☐ Poor lighting    ☐ Night vision aided    ☐ Other
    **Estimated temperature (Fahrenheit):** 60

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| PARSONS, THOMAS J | Supervisory Border Patrol Agent | In-Person | 10/30/2025 |

**Other authorities notified (external to CBP):** ☐ Federal    ☐ Tribal    ☐ State    ☒ Local    ☐ Foreign

## EMPLOYEES: 3

**Name:** VAZQUEZ, JEASSON M.
    **Gender:** Male    **Age:** 29    **Height:** 5'11"    **Weight:** 215 pounds
    **CBP employee series or role:** Officer/Agent
    **Service EOD:** 01/20/2020
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
    **Duty (or detail/TDY) location EOD:** 10/05/2025
    **Duty status at the time of the incident:** ☒ On duty    ☐ Off duty
        **Activity:** Patrol Interior

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 5 years 8 months
    **CBP training previously received (not including basic academy training):**
        ☐ BPAIST    ☐ BORSTAR    ☐ BORTAC    ☐ DITP    ☐ DTI
        ☐ EDVPTP    ☐ EMT    ☐ FITP    ☐ LLITP (IFITP)    ☐ MFF
        ☐ MRT    ☐ PITP    ☐ SRT    ☐ TATP    ☐ Other

**Wearing body armor?** ☒ Yes    ☐ No
**Attire:** ☒ Uniform    ☐ Plain clothes

**Was VAZQUEZ, JEASSON M. assaulted?** ☐ Yes    ☒ No

**Did VAZQUEZ, JEASSON M. use reportable force?** ☒ Yes    ☐ No
    **Force type:** Less-lethal Device
    **Device:** ECW (Electronic Control Weapon)
    **Device type:** TASER X2
    **Number of cycles total:** 4
        **Probe mode:** 4
        **Drive stun mode:** 0
    **Posture:** ☒ Standing    ☐ Kneeling    ☐ Prone    ☒ Other - Sitting
    **Estimated distance:** 5 feet
    **Reason(s) for this use of force:**
        ☒ Protect self    ☒ Protect co-worker    ☒ Protect innocent 3rd party
        ☐ Protect non-CBP officer/agent    ☒ Effect an arrest or detention    ☒ Prevent escape
        ☒ Overcome resistance    ☒ Stop vehicle    ☐ Vessel failure to heave to
        ☐ Animal euthanization    ☐ Other

Was VAZQUEZ, JEASSON M. injured?     Yes   ⊗ No

**Name:** DONAHUE, TIMOTHY R.
  **Gender:** Male   **Age:** 38   **Height:** 5'9"   **Weight:** 170 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 04/28/2019
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 6 years 5 months
  **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | ☒ EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

Was DONAHUE, TIMOTHY R. assaulted?  ⊗ Yes   No

Did DONAHUE, TIMOTHY R. use reportable force?   Yes   ⊗ No

Was DONAHUE, TIMOTHY R. injured?   Yes   ⊗ No

**Name:** TORRES, SEBASTIAN N.
  **Gender:** Male   **Age:** 24   **Height:** 5'8"   **Weight:** 170 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 09/06/2022
  **Duty location or detail/TDY location during the incident:** Big Bend Sector / Alpine Station
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 3 years 1 months
  **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes   No
**Attire:** ⊗ Uniform   Plain clothes

Was TORRES, SEBASTIAN N. assaulted?   Yes   ⊗ No

Did TORRES, SEBASTIAN N. use reportable force?   Yes   ⊗ No

Was TORRES, SEBASTIAN N. injured?   Yes   ⊗ No

# SUBJECTS: 1

**Name:** MORALES-CAMPOS, SAMUEL ANTONIO
  **Gender:** Male   **Date of birth:** PII   **Height:** 5'9"   **Weight:** 170 pounds
  **Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
  **Was the subject wearing body armor?**

Yes  ⊗ No    Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** EL SALVADOR
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes  ⊗ No

**Subject's activity:**
- ☒ Illegal entry
- ☒ Uncooperative during encounter/inspection
- ☒ Failure to yield/heave to
-   Checkpoint runner
-   Port runner
-   Alien smuggling
-   Narcotics smuggling
-   Scouting
-   Assault (rocks/other projectiles)
- ☒ Assault (all other types)
-   Rioting/civil disturbance
-   Mass coordinated entry
-   No suspected illegal activity
-   Other

**Subject's current location and disposition if known:** ICE/ERO 1930 Beach Rd. Broadview Chicago, IL

**Did this subject assault a CBP employee?** ⊗ Yes    No
  **Was the subject outside the US or its territories when committing the assault?** Yes  ⊗ No
  **Weapon(s)/type of assault:**
    **Assault method:** Vehicle

**Was reportable force used on this subject?** ⊗ Yes    No
  **Was the subject outside the US or its territories when this force was applied?** Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes    No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** Yes  ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    No
  **Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency
  **Was an administrative action initiated for this subject by CBP?** ⊗ Yes    No
  **Was prosecution sought against this subject?** ⊗ Yes    No
    **Prosecution By:**   CBP  ⊗ Other federal agency    State agency    Local agency
**Was this subject injured or claiming to be injured?**    Yes  ⊗ No    Unknown

## VEHICLE INFORMATION

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| MORALES-CAMPOS, SAMUEL ANTONIO | Vehicle | DONAHUE, TIMOTHY R. | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| VAZQUEZ, JEASSON M. | ECW (Electronic Control Weapon) - TASER X2 | **Subject:** MORALES-CAMPOS, SAMUEL ANTONIO<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force in response to the following assault by this subject?<br>**Vehicle** - Yes<br>Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 2

Did this incident result in collateral property damage?  ⊗ Yes   No

| Property type | Property sub type | Estimated damage | Description |
|---|---|---|---|
| Private | Vehicle<br><br>Make: Jeep<br>Model: Laredo<br>Year: 2020<br>Type: Automobile | Minimal/cosmetic | Bumper damage and Paint Damage to rear bumper. |
| Government | Vehicle<br><br>Make: Chevy<br>Model: Tahoe<br>Year: 2014<br>Type: Automobile | Minimal/cosmetic | Damage to Front Bumper and front right-side dent |

Did this incident result in collateral injury to a bystander?   Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of DONAHUE, TIMOTHY R.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

This arrest was conducted pursuant to Operation Midway Blitz. I, Border Patrol Agent Timothy Donahue LES of the El Centro Sector, assigned to Calexico Station, with 6 years of experience and having conducted thousands of interviews and

apprehensions of illegal aliens, was detailed to enforcement operations under this initiative.

On October 30, 2025, at approximately 1751 hours, Agent S. Torres approached a parked vehicle in the ride-share lot at 11000 Montrose Ave, Chicago, IL 60666. He identified himself and inquired about the driver's immigration status. The driver, later identified as MORALES CAMPOS, Samuel Antonio (DOB: [PII], Citizen of El Salvador), produced an Illinois ID and Employment Authorization Card (WHT Compliant).

[LEP] Agent S. Torres confirmed MORALES CAMPOS, Samuel Antonio ([PII]) has no lawful status and is present in violation of immigration laws. His [PII] was issued 08/07/2024 and expires 03/09/2025. His unlawful presence warranted warrantless arrest under Title 8 U.S.C. § 1357(a)(2). Agent Torres informed him he was under arrest.

I positioned my vehicle along the left side of the subject's vehicle. A civilian pedestrian was positioned in front. I signaled Supervisory Border Patrol Resident Agent P. Willis to block the rear. Agent Torres ordered the subject to exit. The subject responded by rolling up his window and placing the vehicle in drive.

Supervisory Border Patrol Agent T. Parsons directed Agent Torres to break the window. The subject accelerated forward, ramming my government vehicle and attempting to strike the pedestrian's vehicle. Agent Torres shattered the driver-side window. Agent J. Vazquez deployed one Taser cartridge — unsuccessful. The subject continued ramming forward. Agent Vazquez deployed a second cartridge (probes deployed), which was effective. The subject was extracted.

Upon extraction, MORALES CAMPOS continued to actively resist. Agent Vazquez applied one 5-second cycle via probe deployment to gain compliance. The subject was handcuffed and secured.

I, a Nationally Registered Emergency Medical Technician-Paramedic, assessed the subject for injuries. The subject was stable, with no visible trauma. He was transported to the ICE ERO facility in Broadview, Chicago, for processing.

Probable cause for criminal arrest under 18 U.S.C. § 111 (Assault on a Federal Officer) was established by use of a motor vehicle as a deadly weapon to ram my marked U.S. Border Patrol vehicle, intentional attempt to strike agents and civilians during lawful arrest, and active resistance and force used against federal officers in performance of official duties.

Use of force (window breach, Taser deployment with probes) was necessary, reasonable, and proportional to overcome active resistance and prevent escape, in accordance with CBP Use of Force Policy (4500-002A, Section V.B.2), which authorizes Electronic Control Weapons (ECWs) when a subject actively resists apprehension or poses an immediate threat, provided the use is objectively reasonable and proportional to the circumstances. No injuries were sustained by agents or civilians.

**Narrative of VAZQUEZ, JEASSON M.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.?

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 30, 2025, at approximately 1735 hours, I Border Patrol Agent J. Vazquez responded to assist Border Patrol Agent S. Torres who had contacted a parked vehicle in the ride-share lot at 11000 Montrose Ave, Chicago, IL 60666. I was wearing my rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies. Agent Torres had identified himself and inquired about the driver's immigration status. The driver, later identified as MORALES CAMPOS, Samuel Antonio [PII], Citizen of El Salvador), produced an Illinois ID and Employment Authorization Card.

[LEP] Agent Torres confirmed MORALES CAMPOS, Samuel Antonio ([PII]) had no lawful

status and was present in violation of immigration laws. His [LES] was issued on 08/07/2024 and expired 03/09/2025. His unlawful presence warranted a warrantless arrest under Title 8 U.S.C. § 1357(a)(2). Agent Torres informed him he was under arrest.

Border Patrol Agent Donahue had positioned his vehicle along the left side of the subject's vehicle. A civilian pedestrian was positioned in front. Supervisory Border Patrol Resident Agent P. Willis blocked the rear. Agent Torres ordered the subject to exit the vehicle. The subject responded by rolling up his window and placing the vehicle in drive.

Supervisory Border Patrol Agent T. Parsons directed Agent Torres to break the window. After two baton strikes, Agent Torres was successful in shattering the subject's window. The subject accelerated forward, ramming Agent Donahue's government vehicle and ramming the pedestrian's vehicle as well. The subject left his foot on the accelerator and the engine kept revving potentially putting multiple lives in danger. I advised the subject to stop since he had already rammed into our unmarked vehicle. I advised the subject I would have to discharge my firearm if he didn't stop accelerating and he said "matame" in the spanish language which translates to "kill me". Due to the circumstances, there was no feasible time to warn the subject of a taser deployment due to multiple lives at risk by his actions. I transitioned from my service weapon to my department assigned taser and deployed one Taser cartridge but seemed to be unsuccessful as it appeared that the subject was reaching to put the vehicle in reverse. I then opened the door and as I attempted to pull the subject out of the vehicle, he continued ramming forward, subsequently gripping the steering wheel with both hands. I applied an additional 5 second cycle but also seemed unsuccessful in gaining compliance with the subject as he did not want to release the steering wheel or stop accelerating. I deployed a second cartridge (probes deployed), which seemed to have full effect due to the subject letting go of the steering wheel. I subsequently extracted the subject out of the vehicle, but as I was extracting him, he seemed to still try to pull away, therefore showing resistance. I applied an additional 5-second cycle via probe deployment to gain compliance, and other agents immediately held him down and handcuffed the subject that appeared to still show resistance by not placing his hands behind his back. After the subject was secured, Supervisory Border Patrol Agent T. Parsons was notified immediately of the taser deployment at approximately 1740 hours. Approximately 3-4 taser deployments were deployed.

Agent T. Donahue, a nationally registered paramedic, assessed the subject for injuries. The subject was stable, with no visible trauma. He was transported to the ICE ERO facility in Broadview, Illinois, for processing.

Probable cause for criminal arrest under 18 U.S.C. § 111 (Assault on a Federal Officer) was established by use of a motor vehicle as a deadly weapon to ram an unmarked U.S. Border Patrol vehicle, intentional attempts to strike agents and civilians during lawful arrest, and active resistance and force used against federal officers in performance of official duties.

Use of force (Taser deployment with probes) was necessary, reasonable, and proportional to overcome active resistance and prevent escape, in accordance with CBP Use of Force Policy (4500-002A, Section V.B.2), which authorizes Electronic Control Weapons (ECWs) when a subject actively resists apprehension or poses an immediate threat, provided the use is objectively reasonable and proportional to the circumstances. No injuries were sustained by agents or civilians. My Axon body-worn camera, unit ID [LES] Evidence Serial number [LES] remained activated throughout the incident.

**Narrative of TORRES, SEBASTIAN N.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022-2024.

This arrest was conducted pursuant to Operation Midway Blitz. I, Border Patrol Agent Sebastian Torres A131 of Big Bend Sector, assigned to Alpine Station, with 3 years of experience and having conducted thousands of interviews and apprehensions of illegal aliens, is detailed to enforcement operations under this initiative.

On October 30, 2025, at approximately 5:51 PM, I approached a parked vehicle in the Chicago O'Hare Airport ride-share lot at

11000 Montrose Ave, Chicago, IL 60666. I identified myself as Border Patrol Agent and inquired about the driver's immigration status. The driver, later identified as MORALES-Campos, Samuel Antonio [PII] Citizen of El Salvador), produced an Illinois ID and an Employment Authorization Card (EAD). I was wearing a rough duty Border Patrol uniform with clear law enforcement insignia on the front and back. I was clearly identifiable as a Federal Agent.

[LEP] I confirmed MORALES-Campos, Samuel Antonio [PII] had no lawful status and was present in violation of immigration laws. His [PII] was issued 08/07/2024 and had expired 03/09/2025. His unlawful presence warranted a warrantless arrest under Title 8 U.S.C. § 1357(a)(2). I informed him he was under arrest.

BPA Donahue positioned his vehicle along the left side of the subject's vehicle in order to keep MORALES-Campos from driving away. A civilian vehicle was positioned in front. Agent Donahue signaled Supervisory Border Patrol Resident Agent (SBPA) P. Willis to block the rear of the subject's vehicle. I ordered the subject to exit the vehicle. The subject responded by rolling up his window and placing the vehicle in drive.

SBPA Parsons directed me to break the window. The subject accelerated forward, ramming BPA Donahue's government issued service vehicle and attempted to ram the civilians vehicle. I shattered MORALES-Campos' driver-side window. MORALES-Campos refused to comply with verbal commands and kept attempting to drive off creating a threat to agents in the vicinity and to the general public. In order gain compliance of CAMPOS-Morales, BPA Vazquez deployed one Taser cartridge — unsuccessful. A verbal warning of force with a government issues taser was not given due to a rapidly evolving situation and the threat to public and agent safety that MORALES-Campos was creating. MORALES-Campos continued ramming his vehicle forward. BPA Vazquez deployed a second cartridge (probes deployed), which was effective as CAMPOS-Morales released the steering wheel and was to be extracted from his vehicle.

Upon extraction, MORALES-Campos continued to actively resist by refusing to comply with agent verbal commands. BPA Vazquez applied an additional 5-second cycle via probe deployment to gain compliance. At this point, MORALES-Campos complied with verbal commands, was handcuffed and secured.

BPA Donahue, a Nationally Registered Emergency Medical Paramedic, assessed MORALES-Campos for injuries. The subject was stable, with no visible trauma and was deemed fit for further transport. He was transported to the ICE ERO facility in Broadview, Illinois, for processing.

Probable cause for criminal arrest under 18 U.S.C. § 111 (Assault on a Federal Officer) was established by use of a motor vehicle as a deadly weapon to ram a government vehicle, intentional attempt to strike agents and civilians during lawful arrest, and active resistance and force used against federal officers in performance of official duties.

Use of force (window breach, Taser deployment with probes) was necessary, reasonable, and proportional to overcome active resistance and prevent escape, in accordance with CBP Use of Force Policy (4500-002A, Section V.B.2), which authorizes Electronic Control Weapons (ECWs) when a subject actively resists apprehension or poses an immediate threat, provided the use is objectively reasonable and proportional to the circumstances. No injuries were sustained by agents or civilians.

My Axon body-worn camera, unit ID [LES] evidence serial number [LES] remained activated throughout the incident.

## FILE ATTACHMENTS

**File names:**
TASER_X2_[LES]_pulse_graphs 10-30-2025.pdf
TASER_X2_[LES] pulse_graphs 10-30-2025.pdf
TASER_X2_[LES] online 10-30-2025.pdf
TASER_X2_[LES] pulse_graphs 10-30-2025.pdf
TASER_X2_[LES] pulse_graphs 10-30-2025.pdf

To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/03/2025 17:37 | |
| Approved | RODRIGUEZ, CARLOS | 11/03/2025 17:57 | |