

E-STAR incident ID: LES #25881

## U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed    ☐ Active    ☐ Ready for review    ☐ Rejected    ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25881
**Title:** Operation Midway Blitz: Chicago - Assault with wrench and serpentine belt
**Incident date/time:** 10/30/2025 13:30
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ⊗ No
**Reporting organization:** El Centro Sector / Calexico Station
**Created by:** VELEZ, CHRISTOPHER S.    **Creation date/time:** 10/31/2025 09:49
**Last updated by:** RODRIGUEZ, CARLOS    **Last updated date/time:** 11/03/2025 09:18
**Reviewer:** RODRIGUEZ, CARLOS    **Date reviewed:** 11/03/2025

## RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 3 |
|---|
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |
| Other involved organizations: | |
| Other federal agency | USBOP |

**Were other CBP components/external agencies involved?** ⊗ Yes ☐ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
**Landmark:** ILLINOIS
**Country/international waters:** United States of America
**Address:**

**Street:** PII
**City:** PII  **State:** ILLINOIS  **Zip:** 60090
**Incident coordinates:**
  **Latitude:** 42.12664
  **Longitude:** -87.90645
**Setting:**   Indoors  ⊗ Outdoors
  **Outdoor setting:** ⊗ On land   In water (standing or swimming)   On water (in vessel)   In the air
**Description of the premises/location:** In the parking lot of an apartment complex within the city of Wheeling, urban area.
**Environmental factors:**
  **Weather:** ⊠ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
  **Illumination:** ⊠ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other
  **Estimated temperature (Fahrenheit):** 60

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| VELEZ, CHRISTOPHER S | Supervisory Border Patrol Agent | Radio | 10/30/2025 |
| GAMBOA, DANIEL E | | Phone | 10/30/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 3

**Name:** MADLANGBAYAN, ROMEL F.
  **Gender:** Male   **Age:** 43   **Height:** 6'0"   **Weight:** 190 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/31/2007
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/05/2025
  **Duty status at the time of the incident:** ⊗ On duty   Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 18 years 5 months
    **CBP training previously received (not including basic academy training):**
      BPAIST    BORSTAR    BORTAC    ⊠ DITP    DTI
      ⊠ EDVPTP    EMT    FITP    LLITP (IFITP)    ⊠ MFF
      MRT    PITP    SRT    TATP    Other

  **Wearing body armor?** ⊗ Yes   No
  **Attire:** ⊗ Uniform   Plain clothes

  **Was MADLANGBAYAN, ROMEL F. assaulted?**   Yes   ⊗ No

  **Did MADLANGBAYAN, ROMEL F. use reportable force?**   Yes   ⊗ No

  **Was MADLANGBAYAN, ROMEL F. injured?**   Yes   ⊗ No

**Name:** BELTRAN, JOSE
  **Gender:** Male   **Age:** 38   **Height:** 5'6"   **Weight:** 195 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 02/11/2018
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:**

⊗ On duty     Off duty
**Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 7 years 9 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| ⊠ EDVPTP | EMT | FITP | ⊠ LLITP (IFITP) | ⊠ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was BELTRAN, JOSE assaulted?** ⊗ Yes    No

**Did BELTRAN, JOSE use reportable force?** ⊗ Yes    No
   **Force type:** Other
   **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
   **Description of physical force:** Knee to torso.
   **Reason(s) for this use of force:**

| Protect self | Protect co-worker | Protect innocent 3rd party |
|---|---|---|
| Protect non-CBP officer/agent | ⊠ Effect an arrest or detention | ⊠ Prevent escape |
| ⊠ Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was BELTRAN, JOSE injured?**    Yes    ⊗ No

**Name:** MARRERO, ORLANDO R.
   **Gender:** Male    **Age:** 50    **Height:** 5'6"    **Weight:** 200 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 08/20/2009
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 10/19/2025
   **Duty status at the time of the incident:** ⊗ On duty    Off duty
      **Activity:** Patrol Interior

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** 16 years 2 months
   **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| EDVPTP | EMT | FITP | LLITP (IFITP) | ⊠ MFF |
| ⊠ MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was MARRERO, ORLANDO R. assaulted?** ⊗ Yes    No

**Did MARRERO, ORLANDO R. use reportable force?**    Yes    ⊗ No

**Was MARRERO, ORLANDO R. injured?**    Yes    ⊗ No

## SUBJECTS: 2

**Name:** MARTINEZ-JIMENEZ, LUIS
   **Gender:** Male    **Date of birth:** PII    **Height:** 5'6" - 5'11"    **Weight:** 150 - 199 lbs

**Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes   ⊗ No   Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes   ⊗ No
**Subject's activity:**
   Illegal entry
   Uncooperative during encounter/inspection
   Failure to yield/heave to
   Checkpoint runner
   Port runner
   Alien smuggling
   Narcotics smuggling
   Scouting
   Assault (rocks/other projectiles)
   ☒ Assault (all other types)
   Rioting/civil disturbance
   Mass coordinated entry
   No suspected illegal activity
   Other

**Subject's current location and disposition if known:** Current location 1930 Beach Street, Broadview, IL (ERO Facility) awaiting processing for deportation.

**Did this subject assault a CBP employee?** ⊗ Yes   No
   **Was the subject outside the US or its territories when committing the assault?**   Yes   ⊗ No
   **Weapon(s)/type of assault:**
      **Assault method:** Blunt instrument
         **Instrument description:** Large tool wrench
      **Acquisition type:** Unknown
      **Concealment type:** Carried at ready

**Was reportable force used on this subject?** ⊗ Yes   No
   **Was the subject outside the US or its territories when this force was applied?**   Yes   ⊗ No

**Was the subject an occupant of a vehicle?**   Yes   ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes   No
   **Arrested / taken into custody by:** ⊗ CBP   Other federal agency   State agency   Local agency
   **Was an administrative action initiated for this subject by CBP?** ⊗ Yes   No
   **Was prosecution sought against this subject?** ⊗ Yes   No
      **Prosecution By:**   CBP   ⊗ Other federal agency   State agency   Local agency
**Was this subject injured or claiming to be injured?**   Yes   ⊗ No   Unknown

**Name:** GALLARDO-INFANTE, VICTOR HUGO
   **Gender:** Male   **Date of birth:** PII   **Height:** 5'6" - 5'11"   **Weight:** 200 lbs or over
   **Attire:** ⊗ Civilian   Paramilitary   Police   Nude   Unknown
   **Was the subject wearing body armor?**   Yes   ⊗ No   Unknown
   **Immigration status:** Inadmissible Alien
   **Country of citizenship:** MEXICO
   **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
      Yes   ⊗ No
   **Subject's activity:**

    Illegal entry
    Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    Assault (rocks/other projectiles)
⊠ Assault (all other types)
    Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Subject's current location and disposition if known:** Current location 1930 Beach Street, Broadview, IL (ERO Facility) awaiting processing for deportation.

**Did this subject assault a CBP employee?** ⊗ Yes    No
    **Was the subject outside the US or its territories when committing the assault?** Yes ⊗ No
    **Weapon(s)/type of assault:**
        **Assault method:** Other
            **Other method description:** serpentine belt for an engine of a car

**Was reportable force used on this subject?** Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    No
    **Arrested / taken into custody by:** ⊗ CBP    Other federal agency    State agency    Local agency
    **Was an administrative action initiated for this subject by CBP?** ⊗ Yes    No
    **Was prosecution sought against this subject?** ⊗ Yes    No
        **Prosecution By:** CBP    ⊗ Other federal agency    State agency    Local agency
**Was this subject injured or claiming to be injured?** Yes ⊗ No    Unknown

## ASSAULTS: 2

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| MARTINEZ-JIMENEZ, LUIS | Blunt instrument - Large tool wrench | BELTRAN, JOSE | ⊗ Yes   No | Not injured in this incident |
| | | MARRERO, ORLANDO R. | Yes ⊗ No | Not injured in this incident |
| GALLARDO-INFANTE, VICTOR HUGO | Other assault method - serpentine belt for an engine of a car | BELTRAN, JOSE | Yes ⊗ No | Not injured in this incident |
| | | MARRERO, ORLANDO R. | ⊗ Yes   No | Not injured in this incident |

## USES OF FORCE: 1

| Employee | Employee's use | Subject(s) / UOF information |
|---|---|---|

CHC v. Noem      CBP001418

| | of force (UOF) | |
|---|---|---|
| BELTRAN, JOSE | Physical Force w/o Weapon - Knee to torso. | **Subject:** MARTINEZ-JIMENEZ, LUIS<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>Blunt instrument - Large tool wrench   - No<br>**Was this use of force effective against what prompted its use?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**   Yes   ⊗ No
**Did this incident result in collateral injury to a bystander?**   Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of MADLANGBAYAN, ROMEL F.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

AGENT EXPERIENCE:
I have been employed as a Border Patrol Agent for over 18 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On October 30, 2025, I Border Patrol Agent Romel Madlangbayan was conducting immigration enforcement operations in the city of Wheeling, IL in support of Operation Midway Blitz. Wheeling has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent. Riding with me was Supervisory Border Patrol Agent Orlando Marrero-Rubio and BPA Jose Beltran. All agents were dressed in full rough duty uniform with U.S. Border Patrol insignia.

ENFORCEMENT ACTION (Street Encounter):
At approximately 1:15 AM, my partners and I entered the [PII; LES] Apartments located at [PII; LES] with the

intention of conducting consensual encounters on the resident population.

At approximately 1:17 AM, as we drove through the parking lot, we encountered two individuals off to our passenger side, later identified as Luis MARTINEZ-Jimenez (DOB: PII ), COC: MEX) and Victor Hugo GALLARDO-Infante (DOB: PII , COC: MEX) working on a silver (4th Generation, 2000-2007) Ford Taurus.

I brought our service vehicle to a stop a few feet from where MARTINEZ and GALLARDO were standing so that my partners could exit the vehicle and engage them in conversation. As soon as our doors opened, I watched as both subjects immediately began to flee on foot.

Due to their reaction of fleeing upon sight of us in our official rough duty uniforms, we suspected they were illegal aliens without lawful presence to be in the United States. The two subjects split up; MARTINEZ ran eastbound with BPA Beltran in pursuit, while GALLARDO ran southbound towards the entrance of several apartments with SBPA Marrero in pursuit. As I repositioned our service vehicle in an attempt to limit GALLARDO's ability to escape, I could see him repeatedly swinging what appeared to be a large engine belt at the agents in pursuit. SBPA Marrero was joined by BPA Javier Lorenzo and an unknown Bureau of Prison (BOP) Officer tasked to assist with Operation Midway Blitz.

As the driver of our unmarked service vehicle, I remained near the vehicle and assumed a security posture to prevent interference or any possible theft or damage to it by agitators, as that has become a normal occurrence during Operation: At Large/Midway Blitz.

BPA Beltran brought MARTINEZ over to our vehicle and informed me that he had attempted to strike him with a ratchet. While waiting for GALLARDO to be secured in handcuffs, it is believed that MARTINEZ was making an attempt to escape as he was observed maneuvering his handcuffs from behind him, to the front of him.

Once secured, MARTINEZ and GALLARDO were transported to the HSI Office located at LEP for initial investigation/interview for 18 USC 111, Assault on an Officer.

Following this, both subjects were then transported to ERO located at 1930 S Beach St, Broadview, IL 60155.

This encounter was recorded on my Axon 4 Body Worn Camera: Serial Number LES , Evidence Number LES .

**Narrative of BELTRAN, JOSE**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 30, 2025, I, Border Patrol Agent Jose Beltran was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 7 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens.

I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, agency

insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent.

At approximately 1:17 pm, we were driving in the [PII] Apartments, [PII] I got off the unmarked vehicle to conduct a consensual encounter. When the individual saw me in my official rough duty uniform, he attempted to flee on foot. I began to pursue on foot; while running away from me, he then turned towards me wielding a long metal tool that can cause serious bodily injury and assaulted me by swinging it aggressively towards me in attempt to strike me with it. Subject's actions created an immediate threat, so I drew my service pistol and ordered him to drop the weapon while still running after the subject. I then holstered my service pistol and continued to pursue the subject on foot. Shortly after, the subject dropped the weapon towards a tree nearby. After a short pursuit on foot the subject appeared to be losing balance, I attempted to seize the subject, the subject fell causing me to fall after him. Once on the ground, the subject grabbed a hold of my service radio which is attached to my vest, pulling me towards him and it appeared he was trying to strike me with his hands. Due to the subject's previous attempt to assault me with the weapon that he dropped I had reasonable suspicion to believe that he might have a different weapon on him to use against me or my partners. I ordered the subject to release me and the subject kept trying to get up while holding on to me. I was able to break free from the subject's hand grabbing on my vest. Another agent arrived and was trying to assist me in effecting the arrest, the subject continued to resist by pulling his hands away and simultaneously swinging his hands towards me and my partner. I ordered the subject to give me his hands and told him that if he kept resisting and not surrendering his hands, I was going to gain compliance by using more force, but the subject kept pulling his hands away attempting to evade being detained. I made contact to the subject's torso with my knee and was able to gain compliance and restrain the subject. The tool that the subject was wielding was later identified as a metal ratchet approximately 12-15 inches long. I escorted the subject to the vehicle and while in the vehicle it is believed the subject made an attempt to escape by maneuvering his handcuffs from behind his body to the front of his body. I went to the subject and restrained his hands with the handcuffs behind his back in the original position. Due to the subject's reaction of fleeing on foot and attempting to strike me with the tool I found it suspicious because I know that the Border Patrol's and ICE presence in Chicago, IL has been highly publicized. Illegal aliens in the community have been on high alert looking for Immigration Agents to avoid detention and deportation. Based on my training and experience, I suspected that the individual was attempting to avoid an encounter with me due to fear of detention and deportation. I started questioning the subject about his citizenship and he stated he was Mexican. The subject did not have documents nor permission to stay in the United States legally. The subject was then later identified as MARTINEZ-Jimenez, Luis (DOB [PII] COC: Mexico).

ENFORCEMENT ACTION [PII; LES] Apartments, [PII; LES]

MARTINEZ was detained for further verification of his immigration status. [LEP]
[LEP]

MARTINEZ was advised that he was under arrest for being in the United States illegally and for not having any documentation allowing him to remain in the United States.

MARTINEZ was arrested in a public place without a warrant. I determined that MARTINEZ was likely to escape before a warrant could be obtained for his arrest based on his flight from law enforcement, the fact that he is illegal presence in the United States, and the facts outlined above. When asked, the subject stated he lived and worked in the area but was unwilling to provide an address for either his home or work location. In my experience as a BPA, aliens who have fled from law enforcement and fail to provide basic details about their home or work circumstances will seek to abscond rather than face apprehension and possible deportation.

MARTINEZ was transported to the HSI office in [LEP] for 18 USC 111. After interview and booking, MARTINEZ was transported to the ERO detention center located in Broadview, Illinois for further processing.

Evidence Serial: [LES] (BPA Jose Beltran)

**Narrative of MARRERO, ORLANDO R.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 30, 2025, at approximately 1:17 p.m., I, Supervisory Border Patrol Agent Orlando Marrero-Rubio was traveling in an unmarked Border Patrol vehicle in support of ICE Operation "Midway Blitz" in the Wheeling, Illinois area. I was dressed in full rough duty uniform with agency-issued ballistic body armor displaying badge, agency insignia, and clear police markings on the front and back. Agents Romel Madlangbayan and Jose Beltran were traveling with me in the same vehicle, similarly, dressed in full rough duty uniforms with U.S. Border Patrol insignia.

While traveling through the parking lot of the Hunt Club Apartments, we observed two male subjects working some maintenance on a car. As we were about to dismount the vehicle, one of the subjects—later identified as GALLARDO-Infante, Victor Hugo (DOB: PII ) started to run away. As I moved to detain GALLARDO-Infante, he had an automotive engine belt and began swinging it aggressively towards me in an apparent attempt to evade detention. GALLARDO-Infante's actions and assaultive behavior created an immediate threat and forced several agents to take defensive positions while attempting to effect the arrest. Rather than relinquish control, I closed the distance and seized the belt from the subject. Other agents quickly assisted, ensuring GALLARDO-Infante was restrained and placed in custody without further incident.

After the arrest, GALLARDO-Infante was questioned regarding his immigration status, to which he self-admitted not having legal documentation to be present in the United States.

All personnel and the subjects were examined for injuries; none were reported. HSI statements were documented to preserve the sequence of events and support any subsequent investigative or administrative actions.

The incident was contained promptly and professionally, preventing escalation and preserving the safety of agents and the public.
ENFORCEMENT ACTION PII; LES Apartments PII; LES

GALLARDO-Infante was transported to Homeland Security Investigations (HSI) for interview and is pending charges for 18 USC111.

GALLARDO-Infante was transported to the ERO detention center located in Broadview, Illinois for further processing.

Event was captured in SBPA O. Marrero-Rubio Axon 4: Serial Number LES   Evidence Serial Number LES

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/03/2025 08:32 | |
| Approved | RODRIGUEZ, CARLOS | 11/03/2025 09:18 | |