

# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES #25882
**Title:** Operation Midway Blitz: Chicago - Assault / PLS Deployment N Kedzie Ave and West Lawrence Ave
**Shift start date/time:** 10/31/2025 07:00
**Shift end date/time:** 10/31/2025 17:00
**Type:** ⊠ Assault against CBP personnel  ⊠ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes  ☐ No
**CBP Reporting Organizations:**
  ⊠ U.S. Border Patrol Location: U.S. Border Patrol / Laredo Sector
  ☐ Air and Marine Operations
  ☐ Office of Field Operations

**Created by:** FICK, SHANNON M.  **Creation date/time:** 10/31/2025 12:31
**Last updated by:** SAMODAL, ROBERT T.  **Last updated date/time:** 11/03/2025 11:51
**Reviewer:** RODRIGUEZ, CARLOS  **Date reviewed:** 11/03/2025

## RELATED SYSTEMS: 7

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ☐ No

| IDVRS Evidence Serial Numbers: 6 |
|---|
| LES |
| LES |
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes  ⊗ No



## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
   **Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
   **Address:**
      **Street:** N Kedzie Ave and West Lawrence Ave
      **City:** Chicago   **State:** ILLINOIS   **Zip:** 60625
**Incident coordinates:**
   **Latitude:** 41.96848
   **Longitude:** -87.70850
**Setting:**   Indoors   ⊗ Outdoors
   **Outdoor setting:** ⊗ On land   In water (standing or swimming)   On water (in vessel)   In the air
**Description of the premises/location:** In the roadway near N Kedzie Ave and West Lawrence Ave.
**Environmental factors:**
   **Weather:** ⊠ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
   **Illumination:** ⊠ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other
   **Estimated temperature (Fahrenheit):** 46

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GAMBOA, DANIEL R | Section Chief-Operations Operation Midway Blitz/Chicago | Phone | 10/31/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 6

**Name:** CRUZ, CHRISTIAN
   **Gender:** Male   **Age:** 35   **Height:** 5'10"   **Weight:** 210 pounds
   **CBP employee series or role:** Officer/Agent
   **Service EOD:** 08/28/2017
   **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
   **Duty (or detail/TDY) location EOD:** 10/04/2025
   **Duty status at the time of the incident:** ⊗ On duty   Off duty
      **Activity:** Patrol Interior
   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** 8 years 2 months
      **CBP training previously received (not including basic academy training):**
         BPAIST   BORSTAR   BORTAC   DITP   DTI
         EDVPTP   EMT   FITP   ⊠ LLITP (IFITP)   ⊠ MFF
         MRT   PITP   SRT   TATP   Other

   **Wearing body armor?** ⊗ Yes   No
   **Attire:** ⊗ Uniform   Plain clothes

   **Was CRUZ, CHRISTIAN assaulted?** ⊗ Yes   No

   **Did CRUZ, CHRISTIAN use reportable force?**   Yes   ⊗ No

   **Was CRUZ, CHRISTIAN injured?** ⊗ Yes   No
   **Injury information:**

Case: 1:25-cv-12173 Document #: 338-43 Filed: 02/06/26 Page 3 of 15 PageID #:10181
eSTAR incident ID #25882
LES

**Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
**Injury Comment:** Pulled his hamstring during incident and was punched in the face.
**Refused medical attention?** ☐ Yes  ⊗ No
**Received treatment?** ⊗ Yes  ☐ No
**Was a form CA-1 filed?** ⊗ Yes  ☐ No
**Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ⊠ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☐ Arms/hands |
| ☐ Front legs/feet | ⊠ Rear legs |

**Medical treatment information:**
**Received EMS treatment prior to/in lieu of treatment at a facility?** ☐ Yes  ⊗ No
**Facility name:**
**Street address:**
**City:**
**State:**          **Zip**
**Phone type:**          **Phone:**          **Phone extension:**

---

**Name:** BECKER III, WARREN J.
**Gender:** Male    **Age:** 52    **Height:** 5'10"    **Weight:** 200 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 05/14/2012
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/18/2025
**Duty status at the time of the incident:** ⊗ On duty    ☐ Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 7 years 5 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ⊠ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ⊠ FITP | ☐ LLITP (IFITP) | ⊠ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ☐ No
**Attire:** ⊗ Uniform  ☐ Plain clothes

**Was BECKER III, WARREN J. assaulted?** ⊗ Yes  ☐ No

**Did BECKER III, WARREN J. use reportable force?** ☐ Yes  ⊗ No

**Was BECKER III, WARREN J. injured?** ☐ Yes  ⊗ No

---

**Name:** GARCIA JR, JOSE L.
**Gender:** Male    **Age:** 40    **Height:** 5'9"    **Weight:** 185 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 07/24/2006
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025
**Duty status at the time of the incident:** ⊗ On duty    ☐ Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
 **Total law enforcement experience at the time of the incident:** 19 years 3 months
 **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | ☒ FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was GARCIA JR, JOSE L. assaulted?** ☐ Yes ☒ No

**Did GARCIA JR, JOSE L. use reportable force?** ☒ Yes ☐ No
 **Force type:** Less-lethal Device
 **Device:** PLS (PepperBall Launching System)
 **Device type:** PAVA (area saturation)
 **Estimated use of force date/time (local):** 10/31/2025 09:45
 **Posture:** ☒ Standing ☐ Kneeling ☐ Prone ☐ Other
 **Estimated distance:** 4 feet
 **Approximately how many volleys did you deploy?** 2
 **Approximately how many projectiles did you deploy?** 12
 **Was this force type used again within the same shift (a break-in-the-action)?** ☐ Yes ☒ No
 **Reason(s) for this use of force:**

| ☒ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was GARCIA JR, JOSE L. injured?** ☐ Yes ☒ No

**Name:** HERSCH, TANNER J.
 **Gender:** Male **Age:** 32 **Height:** 5'9" **Weight:** 200 pounds
 **CBP employee series or role:** Officer/Agent
 **Service EOD:** 08/06/2021
 **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Del Rio Sector
 **Duty (or detail/TDY) location EOD:** 09/18/2025
 **Duty status at the time of the incident:** ☒ On duty ☐ Off duty
  **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
 **Total law enforcement experience at the time of the incident:** 9 years 3 months
 **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was HERSCH, TANNER J. assaulted?** ☐ Yes ☒ No
**Did HERSCH, TANNER J. use reportable force?** ☐ Yes ☒ No
**Was HERSCH, TANNER J. injured?** ☐ Yes ☒ No

**Name:** MARQUEZ, ABEL

Gender: Male   Age: 30   Height: 5'8"   Weight: 195 pounds
CBP employee series or role: Officer/Agent
Service EOD: 09/27/2020
Duty location or detail/TDY location during the incident: U.S. Border Patrol / Del Rio Sector
Duty (or detail/TDY) location EOD: 10/05/2025
Duty status at the time of the incident:  ☒ On duty   ☐ Off duty
   Activity: Border Patrol Tactical Unit (BORTAC)

Armed law enforcement experience:
   Total law enforcement experience at the time of the incident: 5 years 1 months
   CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor?  ☒ Yes   ☐ No
Attire:  ☒ Uniform   ☐ Plain clothes

Was MARQUEZ, ABEL assaulted?   ☐ Yes   ☒ No

Did MARQUEZ, ABEL use reportable force?   ☐ Yes   ☒ No

Was MARQUEZ, ABEL injured?   ☐ Yes   ☒ No

Name: LEWIS, GAVIN R.
Gender: Male   Age: 34   Height: 6'2"   Weight: 220 pounds
CBP employee series or role: Officer/Agent
Service EOD: 07/02/2021
Duty location or detail/TDY location during the incident: U.S. Border Patrol / Del Rio Sector
Duty (or detail/TDY) location EOD: 09/03/2025
Duty status at the time of the incident:  ☒ On duty   ☐ Off duty
   Activity: Border Patrol Tactical Unit (BORTAC)

Armed law enforcement experience:
   Total law enforcement experience at the time of the incident: 4 years 3 months
   CBP training previously received (not including basic academy training):

| BPAIST | BORSTAR | ☒ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | ☒ LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

Wearing body armor?  ☒ Yes   ☐ No
Attire:  ☒ Uniform   ☐ Plain clothes

Was LEWIS, GAVIN R. assaulted?   ☐ Yes   ☒ No

Did LEWIS, GAVIN R. use reportable force?   ☐ Yes   ☒ No

Was LEWIS, GAVIN R. injured?   ☐ Yes   ☒ No

## SUBJECTS: 4

Name: MASS GROUP
   Estimated number of individuals in the group: 50
   Group description (Composition, attire, etc.): Approximately 50 people or more on foot and in vehicles surrounding agents who were attempting to complete immigration inspections
   Was any member of this group wearing body armor?   ☐ Yes   ☒ No   ☐ Unknown
   Group activity:

    Illegal entry
    Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
☒ Assault (rocks/other projectiles)
☒ Assault (all other types)
☒ Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Group's current location and disposition if known:** Subjects dispersed after PLS Area Saturation was used and BPAs left the area.

**Did any member of this group not listed as an individual subject assault a CBP employee?**    Yes    ⊗ No

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes    No
    **Was any member of this group outside the US or its territories when this force was applied?**    Yes    ⊗ No

**Name:** BABBE, JAKE GILBERT
**Gender:** Male    **Date of birth:** PII    **Height:** 6'0" - 6'5"    **Weight:** 200 lbs or over
**Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown
**Was the subject wearing body armor?**    Yes    ⊗ No    Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**    Yes    ⊗ No

**Subject's activity:**
    Illegal entry
    Uncooperative during encounter/inspection
    Failure to yield/heave to
    Checkpoint runner
    Port runner
    Alien smuggling
    Narcotics smuggling
    Scouting
    Assault (rocks/other projectiles)
☒ Assault (all other types)
    Rioting/civil disturbance
    Mass coordinated entry
    No suspected illegal activity
    Other

**Subject's current location and disposition if known:** Subject was transported to FBI for further processing

**Did this subject assault a CBP employee?** ⊗ Yes    No
    **Was the subject outside the US or its territories when committing the assault?**    Yes    ⊗ No
    **Weapon(s)/type of assault:**
        **Assault method:** Physically w/o weapon

Case: 1:25-cv-12173 Document #: 338-43 Filed: 02/06/26 Page 7 of 15 PageID #:10185

**Describe physical assault:** Subject slapped BPA Cruz in the face during this incident
**Estimated assault date/time (local):** 10/31/2025 09:35
**Assault method:** Spitting
**Estimated assault date/time (local):** 10/31/2025 09:40

**Was reportable force used on this subject?** ☐ Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes ☐ No
  **Arrested / taken into custody by:** ⊗ CBP ☐ Other federal agency ☐ State agency ☐ Local agency
  **Was an administrative action initiated for this subject by CBP?** ☐ Yes ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes ☐ No
  **Prosecution By:** ☐ CBP ⊗ Other federal agency ☐ State agency ☐ Local agency

**Was this subject injured or claiming to be injured?** ☐ Yes ⊗ No ☐ Unknown

---

**Name:** BAKER, DANIEL PHILLIP BENJAMIN
**Gender:** Male **Date of birth:** PII **Height:** 5'6" - 5'11" **Weight:** 100 - 149 lbs
**Attire:** ⊗ Civilian ☐ Paramilitary ☐ Police ☐ Nude ☐ Unknown
**Was the subject wearing body armor?** ☐ Yes ⊗ No ☐ Unknown
**Immigration status:** U.S. Citizen
**Country of citizenship:** United States of America
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ☐ Yes ⊗ No

**Subject's activity:**
- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☐ Assault (rocks/other projectiles)
- ⊠ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject was transported to FBI for further processing

**Did this subject assault a CBP employee?** ⊗ Yes ☐ No
  **Was the subject outside the US or its territories when committing the assault?** ☐ Yes ⊗ No
  **Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
      **Describe physical assault:** Subject jumped on SBPA Beckers back during incident
    **Estimated assault date/time (local):** 10/31/2025 09:45

**Was reportable force used on this subject?** ☐ Yes ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes ☐ No
  **Arrested / taken into custody by:** ⊗ CBP ☐ Other federal agency ☐ State agency ☐ Local agency
  **Was an administrative action initiated for this subject by CBP?** ☐ Yes ⊗ No
  **Was prosecution sought against this subject?** ⊗ Yes ☐ No
  **Prosecution By:**

Page 7 of

CHC v. Noem

Print Date: 2025-11-05

CBP001429

CBP ☐   ⊗ Other federal agency   State agency ☐   Local agency ☐

**Was this subject injured or claiming to be injured?**   Yes ☐   ⊗ No   Unknown ☐

**Name:** UNKNOWN-1

**Gender:** Unknown   **Age:** Unknown   **Height:** Unknown   **Weight:** Unknown

**Attire:**   Civilian ☐   Paramilitary ☐   Police ☐   Nude ☐   ⊗ Unknown

**Was the subject wearing body armor?**   Yes ☐   No ☐   ⊗ Unknown

**Immigration status:** Unknown

**Country of citizenship:** Unknown

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
Yes ☐   ⊗ No

**Subject's activity:**

- Illegal entry
- Uncooperative during encounter/inspection
- Failure to yield/heave to
- Checkpoint runner
- Port runner
- Alien smuggling
- Narcotics smuggling
- Scouting
- ⊠ Assault (rocks/other projectiles)
- Assault (all other types)
- ⊠ Rioting/civil disturbance
- Mass coordinated entry
- No suspected illegal activity
- Other

**Subject's current location and disposition if known:** Subject fled the scene before contact was made

**Did this subject assault a CBP employee?**   ⊗ Yes   No ☐

**Was the subject outside the US or its territories when committing the assault?**   Yes ☐   ⊗ No

**Weapon(s)/type of assault:**
**Assault method:** Projectile (other than rock)
**Projectile description:** Subject threw an object towards BPA Becker
**Estimated assault date/time (local):** 10/31/2025 09:40

**Was reportable force used on this subject?**   Yes ☐   ⊗ No

**Was this subject injured or claiming to be injured?**   Yes ☐   ⊗ No   Unknown ☐

## ASSAULTS: 4

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---|---|---|---|
| BABBE, JAKE GILBERT | Physically w/o weapon - Subject slapped BPA Cruz in the face during this incident on 10/31/2025 09:35 | CRUZ, CHRISTIAN   ⊗ Yes   No | ⊗ Yes   No |
| | | BECKER III, WARREN J.   Yes   ⊗ No | Not injured in this incident |
| BABBE, JAKE GILBERT | Spitting on 10/31/2025 09:40 | CRUZ, CHRISTIAN   Yes   ⊗ No | Not applicable |
| | | BECKER III, WARREN J.   ⊗ Yes   No | Not injured in this incident |
| | | | Not applicable |

| | | | | | |
|---|---|---|---|---|---|
| BAKER, DANIEL PHILLIP BENJAMIN | Physically w/o weapon - Subject jumped on SBPA Beckers back during incident on 10/31/2025 09:45 | CRUZ, CHRISTIAN | Yes ⊗ No | | |
| | | BECKER III, WARREN J. | ⊗ Yes  No | Not injured in this incident | |
| UNKNOWN-1 | Projectile (other than rock) - Subject threw an object towards BPA Becker on 10/31/2025 09:40 | CRUZ, CHRISTIAN | Yes ⊗ No | Not applicable | |
| | | BECKER III, WARREN J. | ⊗ Yes  No | Not injured in this incident | |

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| GARCIA JR, JOSE L. | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/31/2025 09:45 | **Subject:** MASS GROUP<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

Did this incident result in collateral property damage?  ⊗ Yes    No

| Property type | Property sub type | Estimated damage | Description |
|---|---|---|---|
| Private | Vehicle<br><br>Make: unk<br>Model: silver suv<br>Year: 2015<br>Type: Automobile | Moderate | A silver suv "the vehicle sped up and crashed into the car in front of it" |

Did this incident result in collateral injury to a bystander?    Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of BECKER III, WARREN J.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 31, 2025, I, Supervisory Border Patrol Agent (SBPA) Warren Becker, as part of the Del Rio Sector Special Operations Detachment Border Patrol Tactical Unit (DRT SOD BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol Special Operations uniform with all law enforcement identifiers clearly visible in front and back, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the above date, my team, a Quick Reaction Force (QRF) was assigned to provide security for LEP in Albany Park, IL. The QRF was comprised of LEP I was traveling in a 2018 black Chevrolet Silverado with Border Patrol Agents Tanner Hersch, Abel Marquez, and Gavin Lewis. At approximately 0930 hours, our vehicle turned left onto Lawrence from Kedzie in Albany Park, IL. As we traveled east, I noticed an Agent, BPA Christian Cruz, by himself near the intersection of Lawrence and Kedzie Ave. As BPA Cruz was walking east on the sidewalk, a tall white male subject was yelling and following BPA Cruz very closely. I dismounted the vehicle to assist the Agent with the agitated subject. As I was making my way to assist Agent Cruz, the tall white male subject, later identified as Jake BABBE, reached out and appeared to strike BPA Cruz in the face. I immediately ran to assist BPA Cruz in arresting BABBE for assault on a Federal Agent. BABBE was taken into custody and secured into our QRF vehicle. While in the vehicle, BABBE, was intermittently combative, kicking the door and spit flew from his mouth and contacted my face as he yelled. BPA Abel Marquez stayed with BABBE in the vehicle, as I proceeded to assist with a crowd that was amassing near our vehicle with other vehicles trying to box us in. Multiple warnings of possible tear gas deployment were given to the crowd at approximately 0940 hours when a minivan attempted to block the front of our vehicle. The vehicle was moved, but another vehicle, a silver Ford SUV, moved in to also block the front of our vehicle. That silver SUV, bearing Illinois license plate PII did move after I took a picture of the driver and the vehicle. Shortly after, a black sedan drove by, and the passenger threw an object in our direction. I attempted to go after the vehicle, the vehicle sped up and crashed into the car in front of it. The black sedan quickly reversed and left the scene. At around 0945 hours, a dark colored Prius blocked the front of our vehicle. I approached the driver, a male subject, and told him to move. The driver refused to move, so I opened the driver's side door and attempted to extract the driver. While attempting to extract the driver, multiple subjects from both the driver side and passenger side began to interfere. A male subject, later identified as Daniel BAKER jumped onto my back with his arms over my shoulders during the process and latched on and attempted to wrestle me away from the vehicle. BPA Tanner Hersch removed the subject from my back and arrested him immediately. Additional support arrived on scene, and BAKER was secured into a supporting vehicle's back seat. Chicago Police arrived on scene and assisted with the exfil of both government vehicles. Both assaultive subjects were taken to the FBI building in Chicago, Illinois for questioning. Jack BABBE will be charged and presented for 18 USC 111. As of the date of this narrative, the FBI is looking for more video evidence to also present for 18 USC 111 for Daniel BAKER. LEP

I was not injured and did not use any less lethal devices during the incident; my body worn camera was active during the time of the incident. Axon evidence serial number LES

**Narrative of GARCIA JR, JOSE L.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway
Blitz" targeting immigration violators throughout the nation. The operation focuses on law
enforcement operations in direct support of Presidential Executive Orders while ensuring
personnel safety and maintaining tactical control while operating in a confined, civilianheavy environment.
Public source information regarding the Chicago, Illinois metropolitan area estimates there
are approximately 257,000 undocumented immigrants living in and around Chicago.
Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from
border states between 2022 - 2024.

On October 31, 2025, I, Border Patrol Agent Jose Luis Garcia, as part of the Border Patrol
Tactical Team (BORTAC), Special Operations Detachment Laredo, (SOD/BTC) was deployed
to Chicago, Illinois, as part of Operation Midway Blitz. I was assigned to strike team 2 in
Albany Park, Chicago, Illinois. I was in a BORTAC uniform with my ballistic plate carrier and
all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border
Protection (CBP) standards.

At approximately 9:30 a.m., we received a call on our service radio for Agents that needed assistance at Kedzie and West Lawrance in Albany Park, Chicago. I, along with other Border Patrol Agents from Laredo Sector SOD arrived on scene at approximately 9:40 a.m. Upon arrival to the area, I observed a large crowd of approximately 40 people surrounding the agents and their vehicle. I then quickly dismounted our government rental vehicle with the Less Lethal Pepper Ball Launching System (PLS) and advised the crowd to move back to create space for our vehicle and the other Border Patrol strike team's vehicle. As we attempted to exit the area, a car pulled in and blocked our vehicles from leaving by deliberately parking the vehicle in our path and refused to move after several warnings and hand signals. We then had to dismount our vehicles again to approach the driver and vehicle that was now blocking our path. While some of the Agents were attempting to arrest the driver after refusing to move the vehicle, the crowd of agitators began trying to help the driver and impede his arrest. The rest of the crowd also began to close in on the agents as well. I then issued several warnings loud and clear enough for the crowd to hear telling them to get back or I would deploy the (PLS). Since the crowd refused to abide by my commands, I conducted two different deployments for area saturation with approximately 6 pepper ball projectiles approximately 4 feet in front of the crowded area in an attempt to disperse the crowd and create space. The PLS was also deployed because e needed space in order to go around the car and extract the individuals who had gotten into the passenger side of the vehicle impeding our path and were interfering with the extraction and arrest of the driver. Once I created the space with area saturation, I pulled the subject out of the passenger seat, and they ran back into the crowd further away. Once we loaded the arrestees in our vehicles and got the vehicle that was blocking our path moved, all teams got in their vehicles and left the area safely. Due to the situation rapidly evolving in this high stress situation, I realized my camera did not begin recording so I activated it again after another attempt. The body camera evidence number is LES and serial number is LES More footage of the incident can be found on evidence number LES serial number LES

At the time during the area saturation, no subjects were impacted kinetically by the PLS deployment.

**Narrative of HERSCH, TANNER J.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 31, 2025, I, Border Patrol Agent Tanner Hersch, as part of the Del Rio Sector Border Patrol Tactical Unit (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in my rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the above date, I was assisting Border Patrol Agents who were conducting roving patrols in Albany Park, IL who were attempting to conduct consensual immigration encounters.

At approximately 0930 hours, I was driving eastbound on West Lawrence Ave near the intersection of Kedzie Ave accompanied by SBPA Warren Becker, BPA Gavin Lewis, and BPA Abel Marquez. At this time, multiple Border Patrol Agents exited their vehicle to contact an individual on the South side of West Lawrence Ave. The individual took off running down the street as Border Patrol Agents pursued.

After the pursuit, while agents on scene were waiting for additional transport to arrive in the area, approximately 50 people and several vehicles gathered in the streets, attempting to prevent us from leaving the area by surrounding my vehicle.

The driver of a small sedan parked his vehicle perpendicular to mine in the middle of the roadway, approximately 5 yards in front of me; preventing my ability to safely leave the area. As SBPA Becker was attempting to extract the driver from that vehicle to allow agents to leave, an individual, later identified as BAKER, Daniel, assaulted SBPA Becker by grabbing him from behind, around his neck and shoulders. I immediately grabbed BAKER and pulled him off SBPA Becker and threw him to the ground to prevent possible injury to SBPA Becker. BAKER was taken into custody without further incident.

I was not injured, nor did BAKER complain of any injuries. My body camera was not active as it was not properly charged and unable to activate. Once BAKER was in custody, I returned to my vehicle and cleared the area to avoid any further altercations with agitators.

Baker was transported to the FBI Building in Chicago, Illinois for further questioning and possible prosecution for 18 USC 111.

**Narrative of MARQUEZ, ABEL**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 31, 2025, I, Border Patrol Agent Abel Marquez, as part of the Del Rio Sector Border Patrol Tactical Unit (BORTAC), was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the same day, Border Patrol Agent (BPA), Tanner Hersch, Gavin Lewis, Supervisory Border Patrol Agent (SBPA) Warren Becker, and I were assigned as a quick reaction force (QRF) providing security for **LEP** during their patrol in Albany Park area. Strike Team 6 was in the area to conduct consensual immigration encounters.

At approximately 0930, at the intersection of W Lawrence Avenue and Kedzie Avenue, agents of Strike Team 6 exited their vehicle and attempted to contact an individual on the sidewalk. When the agents stepped out and proceeded to walk toward him, the individual ran away from the agents and they pursued. At the same time, BPA Christian Cruz was being violently yelled at by a subject later identified as BABBE, Jake. I turned to my right and saw SBPA Becker running towards BPA Cruz since he was being assaulted by BABBE. BABBE was putting hands on BPA Cruz upper torso pushing and pulling him aggressively and refusing to comply with BPA Cruz. They both eventually ended up on the ground. BABBE was over BPA Cruz and was on his back facing BABBE. SBPA Becker and I assisted in taking BABBE into custody and attempted to secure him inside of our vehicle.

After placing him inside our vehicle, he continued to yell violently and spit on SBPA Becker. BABBE continued yelling, hitting his forehead on the rear passenger window, and kicking the door.

Due to agitators who had amassed in the area and the situation becoming increasingly volatile, we attempted to leave area, but were blocked by pedestrians and vehicles. SBPA Becker, BPA Hersch and BPA Lewis exited the vehicle in attempt to move the crowd out of the street.

During the exfil process, I was sitting in the rear of our QRF vehicle, when we stopped so that SBPA Becker could extract the driver of a vehicle that had parked in front of ours. SBPA Becker was engaged with the driver of the vehicle when an individual,

later identified as BAKER, Daniel, assaulted SBPA Becker and grabbed him from behind around his upper torso. At this time, I witnessed BPA Hersch pull BAKER off SBPA Becker and restrain him. BAKER was subsequently arrested for assault of a federal agent.

Both BAKER and BABBE were transported to the FBI Building in Chicago, Illinois for further questioning and potential prosecution for 18 USC 111.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was active, and the evidence serial number is LES

### Narrative of LEWIS, GAVIN R.

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 31, 2025, I, Border Patrol Agent Gavin Lewis, as part of the Del Rio Sector Border Patrol Tactical Unit (BORTAC), was deployed to Chicago, Illinois to assist Immigration and Customs Enforcement/Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the above date, Supervisory Border Patrol Agent (SBPA) Warren Becker, Border Patrol Agents (BPA) Tanner Hersch, Abel Marquez, and I were assigned as a quick reaction force (QRF) providing security for LEP during their patrols in the Albany Park area. Strike Team 6 was responsible for conducting consensual immigration encounters.

At approximately 0930 hours on the intersection of Kedzie Avenue and West Lawrence Avenue, agents part of strike team 6 exited their vehicle to contact an individual along West Lawrence Avenue. The individual ran away, and the agents pursued.

I dismounted our QRF vehicle as there was a crowd of people beginning to gather around agents on scene. I began assisting with crowd control while SBPA Warren Becker was placing an individual in the vehicle. As we were trying to leave, a small sedan parked his vehicle in front of us, preventing our ability to leave the area.

I got out of the QRF vehicle a second time to move protestors that began gathering in the street while SBPA Becker attempted to extract the driver. I briefly assisted SBPA Becker to remove the driver from the vehicle by controlling one of the driver's arms. The Driver was not arrested or identified and the decision was made to allow the driver to leave the area on his own so that agents could exit the area safely due to the situation rapidly escalating. The crowd was quickly growing, and more protesters were trying to prevent us from leaving by standing in front of our vehicle.

I was not injured and did not use any less lethal devices on any subjects or vehicles during the incident. My body worn camera was active at the time of incident. Evidence serial number is LES

### Narrative of CRUZ, CHRISTIAN

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz," targeting immigration violators throughout the city of Chicago, Illinois. The operation focuses on law enforcement activities in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control in confined, civilian-heavy environments.

Publicly available information regarding the Chicago, Illinois metropolitan area estimates that approximately 257,000 undocumented immigrants reside in and around Chicago. Records also indicate that approximately 50,000 illegal aliens have been transferred to Chicago from other countries.

On October 31, 2025, I, Border Patrol Agent, Christian Cruz was conducting immigration enforcement operations in the city of Chicago, IL, in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to reside, work, and live without legal documentation in the United States.

I have been employed as a Border Patrol Agent for over eight years. I regularly receive intelligence briefings on emerging trends related to smuggling, illegal alien activity, and other related situations. Additionally, I collaborate closely with fellow Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who possess extensive experience and share their knowledge of illicit activities. This collaboration fosters a continuous learning environment focused on combating crime.

Throughout my career, I have interdicted numerous smuggling events and arrested and interviewed hundreds of illegal aliens. I am currently certified as a Use of Force Instructor for U.S. Customs and Border Protection (CBP) and have served in this capacity for over seven years. This experience has provided me with extensive knowledge of the CBP Use of Force policy, defensive tactics, and all CBP-approved less-lethal devices.

On October 31, 2025, I was driving an unmarked Border Patrol rental vehicle to blend in with the public and covertly observe criminal activity. I was dressed in full rough-duty uniform, including my agency-issued ballistic body armor, which prominently displayed my badge, agency insignia, and clear police markings on both the front and back, making me readily identifiable as a United States Border Patrol Agent. Accompanying me were Border Patrol Agent (BPA) Shane Travis, BPA Daniel Pleger and Supervisory Border Patrol Agent (SBPA) Nestor Hernandez. SBPA Hernandez was driving the vehicle, while the rest of us were passengers.

At approximately 9:30 a.m., we were driving in the Albany Park neighborhood near the intersection of W Lawrence Ave and N Kedzie Ave in Chicago, IL when we noticed an individual walking on the sidewalk. We decided to approach the individual to speak and perform a consensual encounter. Upon noticing our vehicle slowing down, the subject immediately began to run away. This behavior appeared suspicious, especially given the widely publicized presence of Border Patrol and ICE agents in Chicago, IL. Members of the community, particularly individuals unlawfully present in the United States, have been on high alert and are actively seeking to avoid encounters with immigration agents to prevent detention and deportation.

After exiting my vehicle, I began to pursue the individual on foot. Approximately five seconds into the pursuit, I felt and heard a loud pop in my left leg, specifically in my hamstring, and I screamed due to the intense pain. I immediately terminated my pursuit, while the other agents in the vehicle continued chasing the subject down the street.

As I limped toward the sidewalk, another individual who had witnessed the encounter began yelling and screaming at me, calling me a "Nazi" and shouting, "I hope you sprained your ankle, you piece of shit." The individual appeared to be approximately six feet three inches tall and weighed around 250 pounds, with a heavy-set build. I noticed another team of agents had stopped their vehicle further down the street and were coming to assist me. I began limping toward them on the sidewalk while the individual continued to yell on my right side. I attempted to de-escalate the situation by calmly reassuring the person, stating that I was simply doing my job.

Suddenly, I felt a slap on the right side of my face from the individual who had been yelling at me. Reacting immediately, I attempted to perform a shoulder lock takedown by grabbing the individual's arm and head to bring him to the ground, while stating, "Do not fucken touch me." However, due to my earlier injury, I fell to the ground, and the subject fell on top of me and resisted arrest by continuing to posture up. Nearby agents quickly intervened to assist me in apprehending the individual. Together, we restrained him, and I successfully placed handcuffs on him, as the other agents repeated to the subject that he had just assaulted me.

As we were arresting the subject, several other individuals began to gather around us, yelling expletives and recording the incident while demanding to know why we were detaining a citizen. Initially, there were approximately 10 to 15 individuals present. However, as we attempted to place the arrested subject who was identified as Jake BABBE into an unmarked vehicle, the crowd grew larger. Due to the limited space in the vehicle and my injury, I was unable to ride safely with my team, who were still pursuing the original subject I was trying to perform a consensual encounter on. We were forced to wait for another unit to arrive to transport me safely.

As we waited, the crowd of protesters continued to grow, eventually reaching an estimated 25 to 40 people. The situation became increasingly volatile and hostile as more protesters arrived, yelling, cursing, blowing whistles, and honking car horns. This tactic appeared to be an effort to alert others in the neighborhood of our presence and encourage them to join the protest. I repeatedly called for backup and additional units using my service radio. Within approximately five to ten minutes, other units arrived on the scene to assist. By this time, over a hundred protesters and civilians had gathered, blocking our vehicles and preventing us from leaving the area safely.

Due to my injury, I was able to enter another unmarked vehicle and wait while the other agents worked to clear the scene. Eventually, Chicago police arrived and assisted in dispersing the crowd, removing individuals who were banging on and hitting our vehicles, and clearing protesters from the street. Once the area was secure, all units were able to leave and proceed to the FBI headquarters in downtown Chicago to provide statements and assist with the investigation of the incident. Afterward, I returned to the OFO building and was transported to Endeavor Health Northwest Community Hospital for evaluation and treatment of my left hamstring injury.

AXON Camera Evidence Serial#: LES (Christian Cruz)

## FILE ATTACHMENTS

**File names:**
Media (20).jpg
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | FICK, SHANNON M. | 11/03/2025 11:11 | |
| Approved | RODRIGUEZ, CARLOS | 11/03/2025 11:19 | |