

LES #25885

**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

| Current Status: | ⊗ Completed | ☐ Active | ☐ Ready for review | ☐ Rejected | ☐ Deleted |

### INCIDENT INFORMATION

**E-STAR incident ID:** LES - #25885
**Title:** Operation Midway Blitz: Chicago- OC event McDaniel and Colfax
**Incident date/time:** 10/31/2025 11:00
**Type:** ⊠ Assault against CBP personnel ⊠ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** HEWSON, KRISTOPHER M. **Creation date/time:** 10/31/2025 16:43
**Last updated by:** TREBS, ARTHUR A. **Last updated date/time:** 11/04/2025 13:39
**Reviewer:** RODRIGUEZ, CARLOS **Date reviewed:** 11/04/2025

### RELATED SYSTEMS: 3

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| e3/EID | LES |

### INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

### LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
**Landmark:** ILLINOIS
**Country/international waters:** United States of America
**Address:**
 **Street:** 2427 Colfax Street
 **City:** Evanston **State:** ILLINOIS **Zip:** 60201
**Incident coordinates:**
 **Latitude:** 42.06105
 **Longitude:** -87.70780

**Setting:** Indoors  ⊗ Outdoors
**Outdoor setting:** ⊗ On land  In water (standing or swimming)  On water (in vessel)  In the air
**Description of the premises/location:** In neighborhood suburban environment.
**Environmental factors:**
  **Weather:** ⊠ Dry  Raining  Snowing  Flooding  Windy  Storm  Haze/blowing dust  Fog  Other
  **Illumination:** ⊠ Daylight  Dark  Dawn  Dusk  Good lighting  Poor lighting  Night vision aided  Other
  **Estimated temperature (Fahrenheit):** 50

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| HEWSON, KRISTOPHER M | | In-Person | 10/31/2025 |

**Other authorities notified (external to CBP):**  Federal  Tribal  State  Local  Foreign

## EMPLOYEES: 3

**Name:** MCBEE, JOSHUA A.
  **Gender:** Male  **Age:** 24  **Height:** 6'0"  **Weight:** 200 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/05/2024
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/05/2025
  **Duty status at the time of the incident:** ⊗ On duty  Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 1 years 5 months
  **CBP training previously received (not including basic academy training):**
    BPAIST  BORSTAR  BORTAC  DITP  DTI
    EDVPTP  EMT  FITP  LLITP (IFITP)  MFF
    MRT  PITP  SRT  TATP  Other

**Wearing body armor?** ⊗ Yes  No
**Attire:** ⊗ Uniform  Plain clothes

**Was MCBEE, JOSHUA A. assaulted?** ⊗ Yes  No

**Did MCBEE, JOSHUA A. use reportable force?** ⊗ Yes  No
  **Force type:** Less-lethal Device
  **Device:** OC (Pepper Spray Hand Held Canister)
  **Device type:** Conical Mist
  **Posture:** ⊠ Standing  Kneeling  Prone  Other
  **Estimated distance:** 2 feet
  **Reason(s) for this use of force:**
    Protect self  Protect co-worker  Protect innocent 3rd party
    Protect non-CBP officer/agent  ⊠ Effect an arrest or detention  Prevent escape
    ⊠ Overcome resistance  Stop vehicle  Vessel failure to heave to
    Animal euthanization  Other

**Was MCBEE, JOSHUA A. injured?**  Yes  ⊗ No

**Name:** YULO JR, ALFREDO

**Gender:** Male **Age:** 38 **Height:** 5'9" **Weight:** 230 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 03/18/2013
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 12 years 7 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☒ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☒ MFF |
| ☒ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was YULO JR, ALFREDO assaulted?** ☒ Yes ☐ No

**Did YULO JR, ALFREDO use reportable force?** ☒ Yes ☐ No
  **Force type:** Other
  **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
  **Description of physical force:** Knee to Torso
  **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☐ Protect self | ☐ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was YULO JR, ALFREDO injured?** ☐ Yes ☒ No

**Name:** SANCHEZ, JOSE R.
**Gender:** Male **Age:** 40 **Height:** 6'2" **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 06/04/2007
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / El Centro Sector
**Duty (or detail/TDY) location EOD:** 09/05/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
  **Activity:** Other

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 18 years 5 months
  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was SANCHEZ, JOSE R. assaulted?** ☒ Yes ☐ No

**Did SANCHEZ, JOSE R. use reportable force?** ☐ Yes ☒ No

**Was SANCHEZ, JOSE R. injured?** ☐ Yes ☒ No

## SUBJECTS: 1

**Name:** SANCHEZ, LEONARDO

**Gender:** Male    **Date of birth** [PII] 1978    **Height:** 5'6" - 5'11"    **Weight:** 150 - 199 lbs

**Attire:** ⊗ Civilian    ☐ Paramilitary    ☐ Police    ☐ Nude    ☐ Unknown

**Was the subject wearing body armor?**    ☐ Yes    ⊗ No    ☐ Unknown

**Immigration status:** Inadmissible Alien

**Country of citizenship:** MEXICO

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**    ☐ Yes    ⊗ No

**Subject's activity:**

☐ Illegal entry
⊠ Uncooperative during encounter/inspection
☐ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☐ Assault (rocks/other projectiles)
⊠ Assault (all other types)
☐ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** 1930 Beach Street Broadview, Illinois

**Did this subject assault a CBP employee?** ⊗ Yes    ☐ No

   **Was the subject outside the US or its territories when committing the assault?**    ☐ Yes    ⊗ No

**Weapon(s)/type of assault:**
   **Assault method:** Physically w/o weapon
      **Describe physical assault:** Elbow strikes, headbutts, grabbing, kicking, restraining

**Was reportable force used on this subject?** ⊗ Yes    ☐ No

   **Was the subject outside the US or its territories when this force was applied?**    ☐ Yes    ⊗ No

**Was the subject an occupant of a vehicle?**    ☐ Yes    ⊗ No

**Was this subject arrested / taken into custody?** ⊗ Yes    ☐ No

   **Arrested / taken into custody by:** ⊗ CBP    ☐ Other federal agency    ☐ State agency    ☐ Local agency

   **Was an administrative action initiated for this subject by CBP?**    ☐ Yes    ⊗ No

   **Was prosecution sought against this subject?**    ☐ Yes    ⊗ No

**Was this subject injured or claiming to be injured?**    ☐ Yes    ⊗ No    ☐ Unknown

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| SANCHEZ, LEONARDO | Physically w/o weapon - Elbow strikes, headbutts, grabbing, | MCBEE, JOSHUA A. | ⊗ Yes | ☐ No | Not injured in this incident |

| | kicking, restraining | YULO JR, ALFREDO | ⊗ Yes | No | Not injured in this incident |
|---|---|---|---|---|---|
| | | SANCHEZ, JOSE R. | ⊗ Yes | No | Not injured in this incident |

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| MCBEE, JOSHUA A. | OC (Pepper Spray Hand Held Canister) - Conical Mist | **Subject:** SANCHEZ, LEONARDO<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>    **Physically w/o weapon - Elbow strikes, headbutts, grabbing, kicking, restraining** - Yes<br>        **Was this use of force effective against what prompted its use?** No, subject continued to fight and resist the agents<br>        **Did the UOF device function as designed?** Yes |
| YULO JR, ALFREDO | Physical Force w/o Weapon - Knee to Torso | **Subject:** SANCHEZ, LEONARDO<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>    **Physically w/o weapon - Elbow strikes, headbutts, grabbing, kicking, restraining** - Yes<br>        **Was this use of force effective against what prompted its use?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage?    Yes  ⊗ No
Did this incident result in collateral injury to a bystander?    Yes  ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of MCBEE, JOSHUA A.**
    Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

    Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 – 2024.

    On October 31, 2025, I, Border Patrol Agent Joshua McBee was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

    I have been employed as a Border Patrol Agent over a year. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and

agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed hundreds of illegal aliens.

While conducting roving patrols near McDaniel and Colfax Avenue at approximately 1100 hours, I observed a male individual, later identified as Leonardo Sanchez ( PII 1978, citizen of Mexico), performing lawn care duties. Upon exiting my unmarked rental vehicle, I was in full duty uniform with visible identifiers stating, "U.S. Border Patrol," along with my full duty gun belt, making me readily identifiable as a Border Patrol Agent.

As soon as I exited the vehicle, Sanchez immediately began walking away. When I approached, he suddenly fled on foot into the backyard of a nearby residence. I pursued and was able to grab hold of him, at which point he began actively resisting by pushing my hands away and shifting his body weight toward me. I gave multiple verbal commands for him to stop resisting, but he did not comply. The subject then assaulted me by attempting to deliver an elbow strike. I then assisted him to the ground, while another agent continued issuing commands for him to stop fighting. The subject continued to resist despite repeated verbal warnings.

I advised Sanchez that I would deploy OC (Oleoresin Capsicum) spray if he did not comply, but he still refused. After continued resistance, Sanchez managed to get back to his feet and delivered an intentional head strike to my chest. I then announced "spray, spray, spray" and deployed OC spray. The deployment was approximately 2 feet away from the subject. The spray was a 1-2 second spray. The subject remained noncompliant, continuing to fight and ignore commands. Additional agents arrived on scene and assisted in bringing him back to the ground. While the subject was on the ground, I applied pressure to a pressure point under his jawline, at which point he surrendered his hands and was placed in handcuffs without further incident.

Following the arrest, another agent conducted OC decontamination procedures on Sanchez. He exhibited no medical issues resulting from the exposure. We constantly checked on the subject's wellbeing, and the subject constantly refused further medical treatment.

Record checks through the CBP database confirmed that Leonardo Sanchez was illegally present in the United States without valid immigration documentation.
I immediately notified Supervisory Border Patrol Agent Kristopher Hewson. Approximately 5 minutes after the incident. Sanchez was transported to a secure location, where transport personnel took custody of him and transferred him to the ERO Detention Center in Broadview, IL, for further processing.

This incident was recorded on my body-worn camera, Evidence Serial Number LES

I wrote this statement after reviewing the footage from my body-worn camera to ensure accuracy and completeness.

The arrest occurred in a public area and was conducted without a warrant. I determined that obtaining a warrant was impractical due to the subject's likelihood of fleeing before one could be secured, based on his known unlawful immigration status and demonstrated noncompliance with law enforcement ccommands.

**Narrative of SANCHEZ, JOSE R.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment. Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 – 2024.

On October 31, 2025, I, Assistant Chief Patrol Agent Jose R. Sanchez was conducting immigration enforcement operations in the city of Chicago, IL and surrounding areas in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States. I was in full duty uniform with visible identifiers stating, "U.S. Border Patrol," along with my full duty gun belt,

making me readily identifiable as a Border Patrol Agent.

I have been employed as a Border Patrol Agent for over 18 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed hundreds of illegal aliens.

At approximately, 1100hrs while conducting roving patrol duties in Evanston, Illinois near the intersection of Lincoln Street and Bennett Avenue, I observed two male individuals, one of which was later identified as Leonardo Sanchez (PII /1978, citizen of Mexico), performing lawn care duties in the front lawn of a residence. A trailer was parked at the curb by the residence. In my experience, lawn care laborers haul their lawn equipment in all-purpose small trailers. Illegal aliens are frequently hired by these types of companies due to the propensity to use cash only transactions. This type of cash employment helps illegal aliens evade detection and capture by immigration authorities. Lawn care business owners also benefit from the low wage labor versus hiring legal immigrants or United States Citizens.

I was riding in vehicle behind the lead vehicle of the patrol group. I observed one agent exit the lead vehicle in full rough duty uniform. Both subjects immediately stopped what they were doing and appeared very furtive as this single agent approached. In my experience this is consistent behavior by illegal immigrants reacting to the presence of an immigration officer in uniform. Both subjects started by walking away but within seconds began running away in unprovoked flight. Border Patrol Agent (BPA) Joshua McBee gave chase, I immediately exited my vehicle and engaged in a foot pursuit to support BPA McBee.

After a brief foot pursuit, I observed BPA McBee in a physical altercation with SANCHEZ. SANCHEZ was assaultive pushing back on BPA McBee and refusing to follow commands to stop resisting. I immediately engaged SANCHEZ by pushing him to the ground and securing one of his legs. I ordered SANCHEZ to stop resisting in the Spanish language multiple times. SANCHEZ refused to cooperate and continued to resist by trying to stand back up while trying to grab my hands to immobilize my movements. BPA McBee told SANCHEZ he would use Oleoresin Capsicum (OC) spray if he continued resisting. SANCHEZ refused to comply and used his sweater and hands to cover his face as he still tried to stand up and an effort to abscond. I told BPA McBee to deploy the OC spray as I held on to SANCHEZ' bottom torso in an effort to keep him on the ground. BPA McBee sprayed SANCHEZ but unfortunately, the OC spray had little to no effect on SANCHEZ as he continued his assaultive non-compliant behavior. As other agents arrived to support, we were able to once again get SANCHEZ face down on the ground. I continued to give commands ordering SANCHEZ to give us his hands as he purposely tucked them under his chest. Using brute force, we were able to overpower SANCHEZ and successfully cuffed his hands behind his back.

Following the arrest, another agent conducted OC decontamination procedures on Sanchez. He exhibited no medical issues resulting from the exposure.

Record checks through the CBP database confirmed that SANCHEZ was illegally present in the United States without valid immigration documentation.

The second subject absconded from agents.

Sanchez was transported to a secure location, where transport personnel took custody of him and transferred him to the Immigration and Customs Enforcement Detention Center in Broadview, IL, for further processing.

I have not been assigned a body-worn camera. The incident was recorded by BPA McBee's body worn camera.

### Narrative of YULO JR, ALFREDO

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October 31, 2025, I Border Patrol Agent Alfredo Yulo was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

While conducting roving patrols near McDaniel and Colfax Avenue at approximately 1100 hours, we came upon a group of individuals, one of which later was identified as SANCHEZ, Leonardo [PII] 78, COB Mexico). As one of the agents I was with exited the unmarked rental vehicle we were in, SANCHEZ began to run on foot to the back yard of the residence they were in front of. I then exited the vehicle and followed the path I saw my two partners take in pursuit of SANCHEZ to the back of the residence. I was in full rough duty uniform with visible identifiers stating, "U.S. Border Patrol," along with my full duty gun belt, making me readily identifiable as a Border Patrol Agent.

As I made my way to the back of the residence, I heard yelling and grunts of struggling. I then saw my two partners attempting to gain control of SANCHEZ. Amongst the struggle I saw SANCHEZ flailing and swinging his arms, kicking and pulling away from my partners and doing everything he could to resist and try to get away. I saw my partners catching some of these violent strikes SANCHEZ delivering as he kept swinging his arms and flailing any limb he could. I was in the process of documenting the event taking place via handheld video camera as PAO duties but as I saw SANCHEZ become assaultive towards my partners, I stopped my PAO duties and assisted my partners in arresting and gaining control of SANCHEZ. As I Placed my camera down, I saw SANCHEZ get completely off the ground from lying flat with my two partners attempting to gain control of him. Through my experience and training that gave me a reason to believe SANCHEZ might have been under the influence of alcohol or some type of narcotic substance due to the physical resistance he was putting up. As I approached my partners SANCHEZ had already made it up to his feet and stood up. One of my partners verbalized he was going to OC spray SANCHEZ and warned him if he continued to resist, he would be sprayed. After the warning SANCHEZ continued to resist, my partner delivered OC spray to SANCHEZ' face. As this was going on I approached and assisted in gaining compliant control of SANCHEZ. I got a hold of SANCHEZ with a body lock and was able to lift him away from my partners and put him against a wall across from us 2-3 feet away. I gave him warnings and commands to stop resisting and to give us his hands. SANCHEZ continued to resist and struggle, at this point another agent showed up and helped me assist SANCHEZ to the ground. At this point SANCHEZ continued to struggle and violently resist by kicking his legs and swinging his weight at us in attempts to buck us off him. We gave him multiple commands to give us his hands and put them behind his back to which continued to not comply with our commands.

Given the situation now, it had been minutes of physically struggling with SANCHEZ and now at this point there were 4 agents attempting to arrest and gain control of SANCHEZ and still he had not yet tired out, or his level of resistance still had not gone down. SANCHEZ was now turtle shelling and face down on the floor and clinching his upper body and shelling his arms underneath his body in attempt to prevent us from gaining control of his hands. At this point I decided to use pressure point strikes with my right knee to the center mass of his arms to try and gain compliance. After I delivered approximately 2-3 of these strikes, we were able to gain control of SANCHEZ' hand and place him in handcuffs. We then lifted SANCHEZ off the ground and handed him off to another agent who then walked him out of the area.

I then notified SBPA Kristopher Hewson of the pressure point strikes that were used to gain control of SANCHEZ to affect the arrest.

While SANCHEZ was in custody I sat next to him in the rear row of our vehicle. I monitored him for approximately 1 hour for decontamination protocols, asking him every 10 minutes if his face was still burning or if he felt like he had anymore OC residue on his face to which he said he was ok and no burning sensations. I asked him if he could breathe properly or had any issues breathing to which he responded he was ok and able to breathe. We had both rear door windows down for ventilation and cool air was flowing through the area SANCHEZ was sitting. No further medical attention was requested.

Records checks through the CBP database confirmed that Leonardo Sanchez was illegally present in the United States without valid immigration documentation. Sanchez was transported to a secure location, where transport personnel took custody of him and transferred him to the ERO Detention Center in Broadview, IL, for further processing.

I wrote this statement before reviewing the footage from my body-worn camera. The incident was captured on my body worn camera, evidence serial number: D01A2688G

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | HEWSON, KRISTOPHER M. | 11/03/2025 17:31 | |
| Approved | RODRIGUEZ, CARLOS | 11/04/2025 10:48 | |