

#25895

U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** LES -#25895
**Title:** Operation Midway Blitz: Chicago- Assault/OC Deployed (17th Ave and Main Street, Melrose Park)
**Incident date/time:** 11/02/2025 09:30
**Type:** ⊠ Assault against CBP personnel ⊠ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes ⊗ No
**Reporting organization:** Havre Sector / Plentywood Station
**Created by:** BUCHNOWSKI, NICHOLAS M.     **Creation date/time:** 11/02/2025 12:58
**Last updated by:** TREBS, ARTHUR A.     **Last updated date/time:** 11/04/2025 14:04
**Reviewer:** RODRIGUEZ, CARLOS     **Date reviewed:** 11/03/2025

## RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 3 |
|---|
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| e3/EID | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** U.S. Border Patrol / Detroit Sector
**Landmark:** DETROIT GENERAL AREA NON SPECIFIC AREA
**Country/international waters:** United States of America
**Address:**
**Street:** 106 North 17 Ave.
**City:** Melrose Park     **State:** ILLINOIS     **Zip:** 60160
**Incident coordinates:**

**Latitude:** 41.89104
**Longitude:** -87.85431
**Setting:** Indoors ⊗ Outdoors
**Outdoor setting:** ⊗ On land    In water (standing or swimming)    On water (in vessel)    In the air
**Description of the premises/location:** Driveway of a residential home.
**Environmental factors:**
  **Weather:** ⊠ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other
  **Illumination:** ⊠ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other
  **Estimated temperature (Fahrenheit):** 50

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| HERNANDEZ, NESTOR OMAR |  | In-Person | 11/02/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 3

**Name:** GUILLEN, JESUS
  **Gender:** Male    **Age:** 35    **Height:** 6'0"    **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/16/2022
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 10/04/2025
  **Duty status at the time of the incident:** ⊗ On duty    Off duty
  **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 3 years 5 months
  **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:** ⊗ Uniform    Plain clothes

**Was GUILLEN, JESUS assaulted?** ⊗ Yes    No

**Did GUILLEN, JESUS use reportable force?** ⊗ Yes    No
  **Force type:** Less-lethal Device
  **Device:** OC (Pepper Spray Hand Held Canister)
  **Device type:** Stream
  **Posture:** Standing    Kneeling    ⊠ Prone    Other
  **Estimated distance:** 1 feet
  **Reason(s) for this use of force:**
    ⊠ Protect self    Protect co-worker    Protect innocent 3rd party
    Protect non-CBP officer/agent    ⊠ Effect an arrest or detention    Prevent escape
    ⊠ Overcome resistance    Stop vehicle    Vessel failure to heave to
    Animal euthanization    Other

  **Force type:** Other

**Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
**Description of physical force:** Three strikes to the side of the head.
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | ☐ Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| ☒ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

**Was GUILLEN, JESUS injured?** ☒ Yes ☐ No
**Injury information:**
　**Injury type:** Superficial injuries (no treatment expected)
　**Injury Comment:** Scraped knee while struggling with subject.
　**Refused medical attention?** ☐ Yes ☒ No
　**Received treatment?** ☐ Yes ☒ No
　**Was a form CA-1 filed?** ☐ Yes ☒ No
　**Region(s) of the body injured:**

| | |
|---|---|
| ☐ Front head | ☐ Rear head |
| ☐ Side head | ☐ Face |
| ☐ Neck/throat | ☐ Front upper torso/chest |
| ☐ Rear upper torso/back | ☐ Front lower torso/abdomen |
| ☐ Rear lower torso/back | ☐ Front below waist/groin area |
| ☐ Rear below waist/buttocks | ☐ Arms/hands |
| ☒ Front legs/feet | ☐ Rear legs |

**Name:** LEWIS, GAVIN R.
**Gender:** Male  **Age:** 34  **Height:** 6'2"  **Weight:** 220 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 07/02/2021
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 09/03/2025
**Duty status at the time of the incident:** ☒ On duty ☐ Off duty
　**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
　**Total law enforcement experience at the time of the incident:** 4 years 3 months
　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☒ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | ☐ EMT | ☐ FITP | ☐ LLITP (IFITP) | ☐ MFF |
| ☐ MRT | ☐ PITP | ☐ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ☒ Yes ☐ No
**Attire:** ☒ Uniform ☐ Plain clothes

**Was LEWIS, GAVIN R. assaulted?** ☐ Yes ☒ No

**Did LEWIS, GAVIN R. use reportable force?** ☐ Yes ☒ No

**Was LEWIS, GAVIN R. injured?** ☐ Yes ☒ No

**Name:** MARQUEZ, ABEL
**Gender:** Male  **Age:** 30  **Height:** 5'8"  **Weight:** 195 pounds
**CBP employee series or role:** Officer/Agent
**Service EOD:** 09/27/2020
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
**Duty (or detail/TDY) location EOD:** 10/05/2025

**Duty status at the time of the incident:** ⊗ On duty ☐ Off duty
**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** 5 years 1 months
**CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | ⊗ BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes ☐ No
**Attire:** ⊗ Uniform ☐ Plain clothes

**Was MARQUEZ, ABEL assaulted?** ☐ Yes ⊗ No

**Did MARQUEZ, ABEL use reportable force?** ☐ Yes ⊗ No

**Was MARQUEZ, ABEL injured?** ☐ Yes ⊗ No

# SUBJECTS: 1

**Name:** RODRIGUEZ-AGUAYO, RICARDO
**Gender:** Male **Date of birth** PII 979 **Height:** 5'10" **Weight:** 220 pounds
**Attire:** ⊗ Civilian ☐ Paramilitary ☐ Police ☐ Nude ☐ Unknown
**Was the subject wearing body armor?** ☐ Yes ⊗ No ☐ Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
☐ Yes ⊗ No

**Subject's activity:**
☐ Illegal entry
⊗ Uncooperative during encounter/inspection
☐ Failure to yield/heave to
☐ Checkpoint runner
☐ Port runner
☐ Alien smuggling
☐ Narcotics smuggling
☐ Scouting
☐ Assault (rocks/other projectiles)
⊗ Assault (all other types)
☐ Rioting/civil disturbance
☐ Mass coordinated entry
☐ No suspected illegal activity
☐ Other

**Subject's current location and disposition if known:** The subject was transported to Gottlieb Memorial Hospital, in Melrose Park. Once medically cleared the subject will be transported to ICE-ERO 1930 Beach St Broadview, Il Office (BSSA) for initial processing.

**Did this subject assault a CBP employee?** ⊗ Yes ☐ No
  **Was the subject outside the US or its territories when committing the assault?** ☐ Yes ⊗ No
    **Weapon(s)/type of assault:**
      **Assault method:** Weapon/device grab
      **Assault method:** Physically w/o weapon

**Describe physical assault:** continually attempting to push Agent Guillen away during the encounter

**Was reportable force used on this subject?** ⊗ Yes    No
    **Was the subject outside the US or its territories when this force was applied?**   Yes   ⊗ No

**Was the subject an occupant of a vehicle?**   Yes   ⊗ No

**Was this subject arrested / taken into custody?**   ⊗ Yes    No
    **Arrested / taken into custody by:**   ⊗ CBP    Other federal agency    State agency    Local agency
    **Was an administrative action initiated for this subject by CBP?**   ⊗ Yes    No
  **Was prosecution sought against this subject?**   Yes   ⊗ No

**Was this subject injured or claiming to be injured?**   ⊗ Yes    No    Unknown

**Injury information:**
    **Injury type:** Moderate injuries (treated and released by a medical facility or will seek future treatment)
    **Injury Comment:** Cut over his right eye.
    **Refused medical attention?**   Yes   ⊗ No
    **Received treatment?**   ⊗ Yes    No
    **Region(s) of the body injured:**

|  |  |
|---|---|
| Front head | Rear head |
| Side head | ☒ Face |
| Neck/throat | Front upper torso/chest |
| Rear upper torso/back | Front lower torso/abdomen |
| Rear lower torso/back | Front below waist/groin area |
| Rear below waist/buttocks | Arms/hands |
| Front legs/feet | Rear legs |

**Medical treatment information:**
    **Received EMS treatment prior to/in lieu of treatment at a facility?**   Yes   ⊗ No
    **Facility name:** Gottlieb Memorial Hospital
    **Street address:** 701 W North Ave
    **City:** Melrose Park
    **State:** ILLINOIS      **Zip** 60160
    **Phone type:** Main      **Phone:** 7086813200      **Phone extension:**

## ASSAULTS: 2

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| RODRIGUEZ-AGUAYO, RICARDO | Weapon/device grab | GUILLEN, JESUS | ⊗ Yes | No | Yes   ⊗ No |
| RODRIGUEZ-AGUAYO, RICARDO | Physically w/o weapon - continually attempting to push Agent Guillen away during the encounter | GUILLEN, JESUS | ⊗ Yes | No | Yes   ⊗ No |

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|

CHC v. Noem      CBP001451

| GUILLEN, JESUS | OC (Pepper Spray Hand Held Canister) - Stream | Subject: RODRIGUEZ-AGUAYO, RICARDO<br>Was this subject injured or claiming to be injured by this use of force?  No<br>Was this use of force in response to the following assault by this subject?<br>Weapon/device grab  - No<br>Physically w/o weapon - continually attempting to push Agent Guillen away during the encounter  - Yes<br>    Was this use of force effective against what prompted its use?  No, subject continued to push Agent away and resist arrest<br>    Did the UOF device function as designed?  Yes |
| --- | --- | --- |
| GUILLEN, JESUS | Physical Force w/o Weapon - Three strikes to the side of the head. | Subject: RODRIGUEZ-AGUAYO, RICARDO<br>Was this subject injured or claiming to be injured by this use of force?  Yes<br>Was this use of force in response to the following assault by this subject?<br>Weapon/device grab  - Yes<br>    Was this use of force effective against what prompted its use?  Yes<br>Physically w/o weapon - continually attempting to push Agent Guillen away during the encounter  - Yes<br>    Was this use of force effective against what prompted its use?  Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

Did this incident result in collateral property damage?     Yes   ⊗ No
Did this incident result in collateral injury to a bystander?     Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of MARQUEZ, ABEL**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 02, 2025, I, Border Patrol Agent Abel Marquez, as part of the Del Rio Sector Border Patrol Tactical Unit (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement / Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the above date, Border Patrol Agent (BPA), Tanner Hersch, BPA Gavin Lewis, Supervisory Border Patrol Agent (SBPA) Warren Becker, and I were assigned as a quick reaction force (QRF) providing security for Strike Team 6 during their patrol in Melrose Park area. Strike Team 6 was in the area to conduct consensual immigration encounters.

At approximately 0930, BPAs of strike team 6 attempted to contact an individual, later identified as RODRIGUEZ, Ricardo, while riding his bike on Main Street. RODRIGUEZ took off running down an alleyway as BPA Jesus GUILLEN pursued him on foot. I lost sight of both RODRIGUEZ and BPA Guillen as they ran down a driveway in between two houses at the address of 106 N 17th Ave.

BPA Hersch drove our vehicle around to the other side of the street in front of the above listed address. At this time, I could see both BPA Guillen and RODRIGUEZ on the ground. As I got closer, I could see blood on RODRIGUEZ's face and BPA Guillen was lying on his side behind RODRIGUEZ, with his legs wrapped around his waist.

I grabbed RODRIGUEZ's right arm and attempted to place it behind his back. RODRIGUEZ resisted by pulling his arm away from me and tucking it underneath his own body. This prevented BPA Lewis and I from being able to handcuff RODRIGUEZ. BPA Lewis and I were able to eventually gain control of RODRIGUEZ and placed him in handcuffs. BPA Lewis, BPA Guillen, and I then escorted RODRIGUEZ back and secured him in Strike Team 6 vehicle.

At this time, we waited for an ambulance to arrive at our location. RODRIGUEZ was transported to Gottleib Memorial Hospital on 701 W North Ave by Melrose Park Ambulance.

I was not injured and did not use any less lethal devices during the incident; my body worn camera was active, and the evidence serial number is **LES**

**Narrative of LEWIS, GAVIN R.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago.

Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 02, 2025, I, Border Patrol Agent Gavin Lewis, as part of the Del Rio Sector Border Patrol Tactical Unit (BORTAC), was deployed to Chicago Illinois to assist Immigration and Customs Enforcement/Enforcement Removal Operations (ICE/ERO) officers on Operation Midway Blitz. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

On the above date, Supervisory Border Patrol Agent (SBPA) Warren Becker, Border Patrol Agents (BPA) Tanner Hersch, Abel Marquez, and I were assigned as a quick reaction force (QRF) providing security for Strike Team 6 during their patrols in the Melrose Park area.

At approximately 0930 hours near 106 North 17th Avenue, Border Patrol Agents part of strike team 6, exited their vehicle to contact an individual on a bike, later identified as RODRIGUEZ, Ricardo. Rodriguez got off his bike and ran away as BPA Guillen pursued him on foot down an alleyway.

Rodriguez and BPA Jesus Guillen ran into a driveway between two houses where I lost sight of both BPA Guillen and Rodriguez. BPA Hersch drove our vehicle around to the front of the house to locate BPA Guillen to provide him with assistance.

As we pulled up on the street in front of the above listed address, I could see both Rodriguez and BPA Guillen on the ground from our vehicle. BPA Marquez and I ran up the driveway to assist BPA Guillen. As I got closer to BPA Guillen, I could see blood on Rodriguez's face and BPA Guillen was on the ground lying on his side. BPA Guillen was on the ground behind Rodriguez with his legs wrapped around him, trying to gain control of Rodriguez's arms.

By the time I grabbed one of Rodriguez's arms, BPA Marquez was near me, and we rolled Rodriguez onto his stomach. Rodriguez continued to resist by pulling his arm away from me, preventing me from getting his hands behind his back. BPA Marquez and I were eventually able to handcuff Rodriguez and take him into custody.

After placing Rodriguez into the strike team vehicle, we drove to an empty parking lot nearby where EMS was called to evaluate him. Rodriguez was taken to Gottlieb Memorial Hospital by Melrose Park Ambulance. Our QRF vehicle escorted the ambulance to the hospital.

I was not injured and did not use any less lethal devices on Rodriguez during the incident. My body worn camera was active at the time of incident. Camera evidence serial number is LES

**Narrative of GUILLEN, JESUS**

Jesus Guillen

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz," targeting immigration violators throughout the city of Chicago, Illinois. The operation focuses on law enforcement activities in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control in confined, civilian-heavy environments. Publicly available information regarding the Chicago, Illinois metropolitan area estimates that approximately 257,000 undocumented immigrants reside in and around Chicago. Records also indicate that approximately 50,000 illegal aliens have been transferred to Chicago from other countries.

On November 2, 2025, I, Border Patrol Agent, Jesus Guillen, was conducting immigration enforcement operations in the city of Melrose Park, IL, in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to reside, work, and live without legal documentation in the United States.

I have been employed as a Border Patrol Agent for over three years. I regularly receive intelligence briefings on emerging trends related to smuggling, illegal alien activity, and other related situations. Additionally, I collaborate closely with fellow Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who possess extensive experience and share their knowledge of illicit activities. This collaboration fosters a continuous learning environment focused on combating crime.

Throughout my career, I have interdicted numerous smuggling events and arrested and interviewed hundreds of illegal aliens through failed smuggling attempts.

On November 2, 2025, I was riding in an unmarked Border Patrol service vehicle to blend in with the public and covertly observe criminal activity. I was dressed in full rough-duty uniform, including my agency-issued ballistic body armor, which prominently displayed my badge, agency insignia, and clear police markings on both the front and back. I was readily identifiable as a United States Border Patrol Agent. Accompanying me were Supervisory Border Patrol Agent (SBPA) Nestor Hernandez and (BPA) Shane Travis.

At approximately 09:27 a.m., we were driving along Main St in Melrose Park, IL. Another unmarked Border Patrol service unit was conducting consensual encounters leading to immigration checks with several individuals in the immediate vicinity. SBPA Hernandez and BPA Travis were conducting a consensual encounter along the road. I noticed an individual riding his bike and as soon as he saw who they were he dropped his bike and started running through an alley. I quickly chased him down the alley way and the individual ran between two parked vehicles into a property located at 106 N 17th Ave, Melrose, IL (later identified), where the individual fell. The individual was between the residential house and a truck in a driveway. I put my hand on his shoulder and told him not to run. As I reached for his wrist to handcuff him, he tried to quickly get up and pull away, almost hitting my chin with his head. I kept telling him to stop and at that point I had to put my body weight on him to gain control. After my weight was on him, he was attempting to get up to push me off and at that point I grabbed my oleoresin capsicum spray (OC) and sprayed him in the face to gain control of his hands. I was rapidly running out of breath and due to the rapid escalation I was unable to give warning that I was going to spray. After I sprayed him a few inches from his face, I kept trying to tell him in Spanish to stop or I was going to spray him again. From experience this OC I had sprayed was almost dormant. I was expecting to feel the effect of the OC spray through my nostrils and lungs, even though it was sprayed directly at the individual because my face was directly over his. I could not even smell the odor of OC spray. I asked him several times in Spanish if he was going to stop and he kept trying to get up on his own. At that point I was on a back mount where he was on the floor hands and knees on the ground and I was on top with my legs wrapped around his waist. Every time I would try to get my phone to call for back up, he would try to muscle me off. My camera eventually came off of my body armor, and I was trying to put it back on my person while I was struggling with the individual. After what felt like several minutes on the ground, we started rolling to my left side. I was now in a position where I was no longer fully on top, we were now on our left side, my legs still wrapped around his waist for control, but my service weapon was exposed since it is located on my right hip. I could feel his body weight turn in a position where his arms were getting close to my service weapon. Even after the OC spray and his constant resistance I felt like I had no choice but to strike him on the head to defend my weapon and gain control of his hands. My strikes were targeting the side of the head to avoid damaging any sensitive areas of the face. I struck the individual 3 times, but because of his continued

struggling my fist caught his forehead above his right eye causing a small laceration. I stopped as soon as I saw the blood and thought it would at least give me an advantage to try and handcuff him again. Almost immediately after quick response team arrived and were able to help get control of the individual and place him in handcuffs.

During the struggle I was hesitant to yell out for help and receive more attention from possible agitators. During this operation Border Patrol agents are constantly followed and crowds form in an attempt to impede agents with our arrests, and I did not want to become surrounded and outnumbered. My phone, our main form of communication, had fallen to the ground and I could not reach it, so I had to keep control of the subject until back up could find my location and assist me.

After we secured the subject in our vehicle, I notified SBPA Hernandez that I had to spray the subject with OC spray. I also informed SBPA Hernandez that I had to strike the subject in the head several times. I explained to SBPA Hernandez that during the struggle I could not gain control of the subjects' hands, and they were close to my service weapon. Shortly after securing the subject in the vehicle, he began feeling the effects of the OC spray and the individual started screaming and asking for medical attention. We immediately pulled over and called for an ambulance to meet us at our location to aid in treatment and to transport the subject to a hospital.

AXON Camera Evidence Serial#: LES  sus Guillen)

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | BUCHNOWSKI, NICHOLAS M. | 11/02/2025 15:45 | |
| Rejected | RODRIGUEZ, CARLOS | 11/03/2025 13:44 | Narrative Corrections |
| Submitted | GUILLEN, JESUS | 11/03/2025 13:49 | |
| Rejected | RODRIGUEZ, CARLOS | 11/03/2025 14:36 | Narrative edits required. |
| Submitted | GUILLEN, JESUS | 11/03/2025 14:41 | |
| Approved | RODRIGUEZ, CARLOS | 11/03/2025 14:59 | |