

**U.S. Customs and Border Protection**

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed ☐ Active ☐ Ready for review ☐ Rejected ☐ Deleted

## INCIDENT INFORMATION

E-STAR incident ID: LES-#25897
Title: Operation Midway Blitz: Chicago- OC Spray in Elmshurst, IL
Incident date/time: 11/02/2025 11:30
Type: ☐ Assault against CBP personnel ⊠ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
       ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
Was this a mass encounter incident? ☐ Yes ⊗ No
Reporting organization: El Centro Sector / Calexico Station
Created by: MILLS, ALEXANDER P.         Creation date/time: 11/02/2025 17:13
Last updated by: TREBS, ARTHUR A.       Last updated date/time: 11/03/2025 10:08
Reviewer: RODRIGUEZ, CARLOS             Date reviewed: 11/02/2025

## RELATED SYSTEMS: 1

Is there IDVRS footage (Evidence Serial Number) associated with this incident? ⊗ Yes ☐ No

| IDVRS Evidence Serial Numbers: 1 |
|---|
| LES |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

Were other CBP components/external agencies involved? ☐ Yes ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

Incident location/AOR: Detroit Sector / Gibraltar Station
    Landmark: ILLINOIS
Country/international waters: United States of America
    Address:
        Street: South Poplar Avenue & East Saint Charles Road
        City: Elmhurst    State: ILLINOIS    Zip: 60126
Incident coordinates:
    Latitude: 41.89020
    Longitude: -87.93024
Setting: ☐ Indoors ⊗ Outdoors
    Outdoor setting: ⊗ On land

    In water (standing or swimming)    On water (in vessel)    In the air

**Description of the premises/location:** City/Urban environment

**Environmental factors:**

    **Weather:** ☒ Dry    Raining    Snowing    Flooding    Windy    Storm    Haze/blowing dust    Fog    Other

    **Illumination:** ☒ Daylight    Dark    Dawn    Dusk    Good lighting    Poor lighting    Night vision aided    Other

    **Estimated temperature (Fahrenheit):** 51

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| SANTIZO JR, GUILLERMO | | Phone | 11/02/2025 |

**Other authorities notified (external to CBP):**    Federal    Tribal    State    Local    Foreign

## EMPLOYEES: 1

**Name:** MILLS, ALEXANDER P.

    **Gender:** Male    **Age:** 51    **Height:** 6'2"    **Weight:** 225 pounds

    **CBP employee series or role:** Officer/Agent

    **Service EOD:** 09/28/1997

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

    **Duty (or detail/TDY) location EOD:** 11/02/2025

    **Duty status at the time of the incident:** ⊗ On duty    Off duty

        **Activity:** Patrol Interior

    **Armed law enforcement experience:**

        **Total law enforcement experience at the time of the incident:** 28 years 1 months

        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | ☒ DITP | DTI |
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | ☒ MFF |
| MRT | PITP | SRT | TATP | Other |

    **Wearing body armor?** ⊗ Yes    No

    **Attire:** ⊗ Uniform    Plain clothes

    **Did MILLS, ALEXANDER P. use reportable force?** ⊗ Yes    No

        **Force type:** Less-lethal Device

        **Device:** OC (Pepper Spray Hand Held Canister)

        **Device type:** Conical Mist

        **Posture:**    Standing    ☒ Kneeling    Prone    Other

        **Estimated distance:** 1 feet

        **Reason(s) for this use of force:**

| | | |
|---|---|---|
| Protect self | Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | ☒ Effect an arrest or detention | Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

    **Was MILLS, ALEXANDER P. injured?**    Yes    ⊗ No

## SUBJECTS: 1

**Name:** ZAQUERO-JUAREZ, LUIS FERNANDO
**Gender:** Male  **Date of birth** PII /995  **Height:** 5'3"  **Weight:** 185 pounds
**Attire:** ⊠ Civilian   Paramilitary   Police   Nude   Unknown
**Was the subject wearing body armor?**   Yes  ⊠ No   Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
   Yes  ⊠ No
**Subject's activity:**
   ⊠ Illegal entry
   ⊠ Uncooperative during encounter/inspection
     Failure to yield/heave to
     Checkpoint runner
     Port runner
     Alien smuggling
     Narcotics smuggling
     Scouting
     Assault (rocks/other projectiles)
     Assault (all other types)
     Rioting/civil disturbance
     Mass coordinated entry
     No suspected illegal activity
     Other

**Subject's current location and disposition if known:**  BSSA, 1930 Beach Street, Broadview, IL

**Was reportable force used on this subject?** ⊠ Yes   No
   **Was the subject outside the US or its territories when this force was applied?**   Yes  ⊠ No

**Was the subject an occupant of a vehicle?**   Yes  ⊠ No
**Was this subject injured or claiming to be injured?**   Yes  ⊠ No   Unknown

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| MILLS, ALEXANDER P. | OC (Pepper Spray Hand Held Canister) - Conical Mist | **Subject:** ZAQUERO-JUAREZ, LUIS FERNANDO<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**   Yes  ⊠ No
**Did this incident result in collateral injury to a bystander?**   Yes  ⊠ No

WITNESSES: 0

## NARRATIVE

**Narrative of MILLS, ALEXANDER P.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 2, 2025, I, Supervisory Border Patrol Agent (SBPA) Alexender Mills, was conducting immigration enforcement operations in the city of Chicago, IL in support of Operation Midway Blitz. Chicago has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States. On this day I encountered Luis Fernando ZAQUERO-Juarez ( PII /95) a citizen of Mexico.

I was traveling in an unmarked Service vehicle to blend in with the general public and covertly search for criminal activity. I was dressed in full rough duty uniform with my agency issued ballistic body armor containing badge, Border Patrol insignia, and clear Federal Agent markings on my front and back plate. I was readily identifiable as a United States Border Patrol Agent. Riding with me was Border Patrol Agents Daniel Mclaughlin, Joseph Brennan, and Derrik A. Hernandez, who were also dressed in full rough duty uniform with U.S. Border Patrol insignia. We were also traveling in tandem with another unmarked Service vehicle carrying the Border Patrol Agent assigned as out Quick Response Force. These agents were dressed in multi-camo uniforms with U.S. Border Patrol insignia and readily identifiable as a United States Border Patrol Agents.

While patrolling near the intersection of South Poplar Avenue and East St. Charles Road in Elmhurst, I observed a man, later identified as Luis Fernando ZAQUERO-Juarez, walking down Poplar Avenue. This occurred at approximately 11:30am. ZAQUERO was wearing a blue hooded sweatshirt.

As we stopped and exited our vehicle, I observed ZAQUERO enter an enclosed trailer located on the corner of St. Charles Road. Border Patrol Agent Derrick A. Hernandez and I approached the open trailer door where I observed ZAQUERO inside. Also, in the trailer was a lawnmower and other landscaping tools.

I know from my experience as a Border Patrol Agent and current intelligence briefings during Operation Midway Blitz that it is common for people illegally present in the United States to work cash paying day labor jobs. These jobs include examples of rideshare/taxi service drivers, basic construction, landscape work, gardening, painting, general haulers and junk haulers, and many other jobs like those occupations. These people seek these cash paying jobs to avoid paying taxes and work under the table because they are not legally permitted to work and this helps them avoid the law.

Agent Hernandez identified himself as a Border Patrol Agent to ZAQUERO. Agent Hernandez then questioned ZAQUERO as to his citizenship. ZAQUERO replied in Spanish that he is not a United States Citizen and that he has rights. At one point, I thought I heard ZAQUERO say he had an ID in his car, and I asked him to show it to me, but he refused. I asked ZAQUERO for his immigration documents if he had any and he refused to show them to us.

Agent Hernandez asked ZAQUERO to step out of the trailer and he refused. At that point, I believed ZAQUERO was probably an illegal alien. I stepped into the trailer to detain ZAQUERO and continue our immigration investigation, but ZAQUERO still refused to exit the trailer. Both Agent Hernandez and I warned ZAQUERO that we intended to OC spray (chili) if he did not comply.

I attempted to place ZAQUERO in handcuffs, but he resisted, and I was only able to get one cuff on his right hand. ZAQUERO

pulled away, he would not give me his left hand, and he refused to walk toward the open door.

With the help of Agent Hernandez, we were able to pull ZAQUERO out of the trailer through the door and off to the side of the roadway in the grass. At that time, Border Patrol Agents Daniel Mclaughlin, Joseph Brennan, and two other agents assigned to our Quick Response Force team were on scene to assist us. After ZAQUERO was removed from the trailer, he fell onto the grass with Agents Hernandez and Mclaughlin.

As we attempted to place ZAQUERO prone on the grass he kept trying to stand up. ZAQUERO also kept arms clenched in front of him and pulled away from our effort to place him in handcuffs. At that time, I warned ZAQUERO one last time and then I delivered one second blast of my Service issued OC spray to his face approximately six inches away.

The OC spray force was effective, and we finished placing ZAQUERO in handcuffs. ZAQUERO was then placed into the rear of our Service vehicle, where I poured several 12-ounce bottles of water over his eyes for decontamination over the course of approximately 30 minutes.

During his decontamination from the OC spray, ZAQUERO told me he is a citizen of Mexico. ZAQUERO told me he crossed the border near Tijuana three years ago, and he has never had documents to be in the United States legally. Record checks run through DHS systems confirmed that ZAQUERO is illegally present in the United States. I informed ZAQUERO that he was under arrest for violating US immigration laws, Title 8 USC.

We transported ZAQUERO to the ICE ERO facility on 1930 Beach St Broadview, Il Office (BSSA) for processing. At BSSA I continued with the OC spray decontamination. ZAQUERO suffered no adverse effects for the OC spray.

Based on ZAQUERO's illegal presence in the United States, his resistance to his arrest, his willful disregard for the United States immigration laws, ability to disappear into the millions of people living in the Chicago, the facts outlined above, and my belief (based on training and experience) that ZAQUERO would abscond if released, I determined that ZAQUERO is a flight risk.

AXON 4 body-worn camera evidence number is LES

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | MILLS, ALEXANDER P. | 11/02/2025 18:03 | |
| Approved | RODRIGUEZ, CARLOS | 11/02/2025 18:16 | |