

# U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

| Current Status: | ⊗ Completed | ☐ Active | ☐ Ready for review | ☐ Rejected | ☐ Deleted |
|---|---|---|---|---|---|

## INCIDENT INFORMATION

**E-STAR incident ID:** LES  #25900
**Title:** Operation Midway Blitz - Chicago - Assault on Agent resulting in OC & Hand Strikes in Niles, IL
**Incident date/time:** 11/03/2025 09:00
**Type:** ☒ Assault against CBP personnel  ☒ Reportable use of force  ☐ FTY/Vehicle pursuit by a CBP employee
☐ Unintentional firearm discharge  ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ☐ Yes  ⊗ No
**Reporting organization:** U.S. Border Patrol / El Centro Sector
**Created by:** CLINTON, MARK A.   **Creation date/time:** 11/03/2025 11:03
**Last updated by:** TREBS, ARTHUR A.   **Last updated date/time:** 11/04/2025 16:52
**Reviewer:** CHAMBERS, ANTHONY E   **Date reviewed:** 11/04/2025

## RELATED SYSTEMS: 5

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes  ☐ No

| IDVRS Evidence Serial Numbers: 4 |
|---|
| LES |
| LES |
| LES |
| LES |

| Related system(s): 1 | Related document ID |
|---|---|
| LES | LES |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| Reporting organization: | |
| CBP | USBP |

**Were other CBP components/external agencies involved?** ☐ Yes  ⊗ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Detroit Sector / Gibraltar Station
**Landmark:** ILLINOIS
**Country/international waters:** United States of America
**Address:**
**Street:** 8650 W. Dempster St

**City:** Niles  **State:** ILLINOIS  **Zip:** 60714
**Incident coordinates:**
  **Latitude:** 42.04124
  **Longitude:** -87.84219
**Setting:**  Indoors  ☒ Outdoors
  **Outdoor setting:** ☒ On land   In water (standing or swimming)   On water (in vessel)   In the air
**Description of the premises/location:** Paved public access parking lot
**Environmental factors:**
  **Weather:** ☒ Dry   Raining   Snowing   Flooding   Windy   Storm   Haze/blowing dust   Fog   Other
  **Illumination:** ☒ Daylight   Dark   Dawn   Dusk   Good lighting   Poor lighting   Night vision aided   Other
  **Estimated temperature (Fahrenheit):** 55

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| GUZMAN, SERGIO | | Phone | 11/03/2025 |

**Other authorities notified (external to CBP):**   Federal   Tribal   State   Local   Foreign

## EMPLOYEES: 4

**Name:** CLINTON, MARK A.
  **Gender:** Male   **Age:** 43   **Height:** 6'2"   **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 05/25/2009
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/02/2025
  **Duty status at the time of the incident:** ☒ On duty   Off duty
    **Activity:** Patrol Interior

**Armed law enforcement experience:**
  **Total law enforcement experience at the time of the incident:** 16 years 5 months
  **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes   No
**Attire:**   Uniform   ☒ Plain clothes

**Was CLINTON, MARK A. assaulted?**   Yes  ☒ No

**Did CLINTON, MARK A. use reportable force?** ☒ Yes   No
  **Force type:** Less-lethal Device
  **Device:** OC (Pepper Spray Hand Held Canister)
  **Device type:** Stream
  **Posture:** ☒ Standing   Kneeling   Prone   Other
  **Estimated distance:** 1 feet
  **Reason(s) for this use of force:**
    Protect self   ☒ Protect co-worker   Protect innocent 3rd party
    Protect non-CBP officer/agent  ☒ Effect an arrest or detention  ☒ Prevent escape
    ☒ Overcome resistance   Stop vehicle   Vessel failure to heave to

| | Animal euthanization | Other |

**Was CLINTON, MARK A. injured?** ☐ Yes ☒ No

**Name:** DUENAS, JAIME

**Gender:** Male **Age:** 44 **Height:** 5'9" **Weight:** 210 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 05/22/2006

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/02/2025

**Duty status at the time of the incident:** ☒ On duty ☐ Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 19 years 5 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes ☐ No

**Attire:** ☐ Uniform ☒ Plain clothes

**Was DUENAS, JAIME assaulted?** ☒ Yes ☐ No

**Did DUENAS, JAIME use reportable force?** ☒ Yes ☐ No

    **Force type:** Other

    **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)

    **Description of physical force:** Hand strikes

    **Reason(s) for this use of force:**

| | ☐ Protect self | ☒ Protect co-worker | ☐ Protect innocent 3rd party |
|---|---|---|---|
| | ☐ Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☐ Prevent escape |
| | ☐ Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| | ☐ Animal euthanization | ☐ Other | |

**Was DUENAS, JAIME injured?** ☐ Yes ☒ No

**Name:** ESCOBEDO, CHRISTOPHER

**Gender:** Male **Age:** 30 **Height:** 5'6" **Weight:** 170 pounds

**CBP employee series or role:** Officer/Agent

**Service EOD:** 12/02/2019

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector

**Duty (or detail/TDY) location EOD:** 09/02/2025

**Duty status at the time of the incident:** ☒ On duty ☐ Off duty

    **Activity:** Patrol Interior

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** 5 years 10 months

    **CBP training previously received (not including basic academy training):**

| BPAIST | BORSTAR | BORTAC | DITP | DTI |
|---|---|---|---|---|
| ☒ EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ☒ Yes ☐ No

**Attire:** ☐ Uniform ☒ Plain clothes

**Was ESCOBEDO, CHRISTOPHER assaulted?**

⊗ Yes     No

**Did ESCOBEDO, CHRISTOPHER use reportable force?** ⊗ Yes    No
  **Force type:** Less-lethal Device
  **Device:** OC (Pepper Spray Hand Held Canister)
  **Device type:** Stream
  **Posture:** ☒ Standing    Kneeling    Prone    Other
  **Estimated distance:** 1 feet
  **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☒ Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

  **Force type:** Other
  **Type of force:** Physical Force w/o Weapon (involving kinetic impact, e.g., striking, kicking)
  **Description of physical force:** Hand strikes
  **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ☒ Protect self | Protect co-worker | Protect innocent 3rd party |
| Protect non-CBP officer/agent | ☒ Effect an arrest or detention | ☒ Prevent escape |
| Overcome resistance | Stop vehicle | Vessel failure to heave to |
| Animal euthanization | Other | |

**Was ESCOBEDO, CHRISTOPHER injured?**    Yes    ⊗ No

**Name:** SCHRIEFFER, SCOTT D.
  **Gender:** Male    **Age:** 53    **Height:** 6'2"    **Weight:** 215 pounds
  **CBP employee series or role:** Officer/Agent
  **Service EOD:** 08/07/1996
  **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Detroit Sector
  **Duty (or detail/TDY) location EOD:** 09/02/2025
  **Duty status at the time of the incident:** ⊗ On duty    Off duty
    **Activity:** Patrol Interior

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** 29 years 2 months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| BPAIST | BORSTAR | BORTAC | DITP | DTI |
| EDVPTP | EMT | FITP | LLITP (IFITP) | MFF |
| MRT | PITP | SRT | TATP | Other |

**Wearing body armor?** ⊗ Yes    No
**Attire:**    Uniform    ⊗ Plain clothes

**Was SCHRIEFFER, SCOTT D. assaulted?**    Yes    ⊗ No

**Did SCHRIEFFER, SCOTT D. use reportable force?**    Yes    ⊗ No

**Was SCHRIEFFER, SCOTT D. injured?**    Yes    ⊗ No

## SUBJECTS: 1

**Name:** VELAZQUEZ-DUARTE, JESUS
  **Gender:** Male    **Date of birth:** PII    **Height:** 5'4"    **Weight:** 165 pounds
  **Attire:** ⊗ Civilian    Paramilitary    Police    Nude    Unknown

**Was the subject wearing body armor?**  Yes  ⊗ No  Unknown
**Immigration status:** Inadmissible Alien
**Country of citizenship:** MEXICO
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
  Yes  ⊗ No
**Subject's activity:**
  ☒ Illegal entry
  Uncooperative during encounter/inspection
  Failure to yield/heave to
  Checkpoint runner
  Port runner
  Alien smuggling
  Narcotics smuggling
  Scouting
  Assault (rocks/other projectiles)
  ☒ Assault (all other types)
  Rioting/civil disturbance
  Mass coordinated entry
  No suspected illegal activity
  Other

**Subject's current location and disposition if known:** In ICE custody.

**Did this subject assault a CBP employee?** ⊗ Yes  No
  **Was the subject outside the US or its territories when committing the assault?** Yes ⊗ No
  **Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
      **Describe physical assault:** Kicking agents
    **Assault method:** Physically w/o weapon
      **Describe physical assault:** Punching agents

**Was reportable force used on this subject?** ⊗ Yes  No
  **Was the subject outside the US or its territories when this force was applied?** Yes ⊗ No

**Was the subject an occupant of a vehicle?** ⊗ Yes  No
**Did CBP deploy a VID against a vehicle when this subject was driving it?** Yes ⊗ No
**Was this subject arrested / taken into custody?** ⊗ Yes  No
  **Arrested / taken into custody by:** ⊗ CBP  Other federal agency  State agency  Local agency
  **Was an administrative action initiated for this subject by CBP?** ⊗ Yes  No
  **Was prosecution sought against this subject?** Yes ⊗ No
**Was this subject injured or claiming to be injured?** Yes ⊗ No  Unknown

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | | Was the employee injured by the assault? |
|---|---|---|---|---|---|
| VELAZQUEZ-DUARTE, JESUS | Physically w/o weapon - Kicking agents | ESCOBEDO, CHRISTOPHER | ⊗ Yes | No | Not injured in this incident |
| | | DUENAS, JAIME | ⊗ Yes | No | Not injured in this incident |

| VELAZQUEZ-DUARTE, JESUS | Physically w/o weapon - Punching agents | ESCOBEDO, CHRISTOPHER | ⊗ Yes   No | Not injured in this incident |
| --- | --- | --- | --- | --- |
| | | DUENAS, JAIME | Yes ⊗ No | Not injured in this incident |

## USES OF FORCE: 4

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
| --- | --- | --- |
| CLINTON, MARK A. | OC (Pepper Spray Hand Held Canister) - Stream | **Subject:** VELAZQUEZ-DUARTE, JESUS<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force in response to the following assault by this subject?<br>    Physically w/o weapon - Kicking agents  - Yes<br>        Was this use of force effective against what prompted its use? Yes<br>        Did the UOF device function as designed? Yes<br>    Physically w/o weapon - Punching agents  - Yes<br>        Was this use of force effective against what prompted its use? Yes<br>        Did the UOF device function as designed? Yes |
| DUENAS, JAIME | Physical Force w/o Weapon - Hand strikes | **Subject:** VELAZQUEZ-DUARTE, JESUS<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force in response to the following assault by this subject?<br>    Physically w/o weapon - Kicking agents  - Yes<br>        Was this use of force effective against what prompted its use? Yes<br>    Physically w/o weapon - Punching agents  - Yes<br>        Was this use of force effective against what prompted its use? Yes |
| ESCOBEDO, CHRISTOPHER | OC (Pepper Spray Hand Held Canister) - Stream | **Subject:** VELAZQUEZ-DUARTE, JESUS<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force in response to the following assault by this subject?<br>    Physically w/o weapon - Kicking agents  - Yes<br>        Was this use of force effective against what prompted its use? No, Subject continued to resist/fight agents.<br>        Did the UOF device function as designed? Yes<br>    Physically w/o weapon - Punching agents  - Yes<br>        Was this use of force effective against what prompted its use? No, Subject continued to resist/fight agents.<br>        Did the UOF device function as designed? Yes |
| ESCOBEDO, CHRISTOPHER | Physical Force w/o Weapon - Hand strikes | **Subject:** VELAZQUEZ-DUARTE, JESUS<br>Was this subject injured or claiming to be injured by this use of force? Not injured in this incident<br>Was this use of force in response to the following assault by this subject?<br>    Physically w/o weapon - Kicking agents  - Yes<br>        Was this use of force effective against what prompted its use? Yes<br>    Physically w/o weapon - Punching agents  - Yes<br>        Was this use of force effective against what prompted its use? Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 1

**Did this incident result in collateral property damage?** ⊗ Yes   No

| Property type | Property sub type | Estimated damage | Description |
| --- | --- | --- | --- |

| Private | Vehicle<br><br>Make: Dodge<br>Model: Promaster Van<br>Year: 2018<br>Type: Van | Moderate | Broken driver side window |
|---|---|---|---|

**Did this incident result in collateral injury to a bystander?**     Yes   ⊗ No

## WITNESSES: 0

## NARRATIVE

**Narrative of CLINTON, MARK A.**

Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 3, 2025, I, Supervisory Border Patrol Agent-Intelligence Mark Clinton was conducting immigration enforcement operations in the city of Niles, IL in support of Operation Midway Blitz. Niles has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. Agents Jaime Duenas, Christopher Escobedo, and Scott Schrieffer were working in conjunction with me in unmarked government vehicles. These Agents were also dressed in plain clothes with their service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 8:10 AM, **LEP**  **LEP**  The vehicle was parked in a public access parking lot near 8650 W. Dempster St. in Niles, IL. DHS databases show this vehicle is registered to Jesus VELAZQUEZ-Duarte in Summit Argo, IL. **LEP**  **LEP**  DHS databases show that VELAZQUEZ was ordered removed by a designated official in 2014 and VELAZQUEZ had that order of removal reinstated later that same year

PII ) LEP
LEP We responded to Agent Duenas' location, and I issued an i-200 warrant of arrest for VELAZQUEZ.

After approximately 50 minutes, VELAZQUEZ approached the van and entered the driver's seat. We approached the vehicle and knocked on the window. Agent Escobedo and I were on the passenger side while Agents Duenas and Schrieffer were on the driver side. We identified ourselves as Border Patrol Agents and ordered VELAZQUEZ to exit the vehicle. VELAZQUEZ refused and would not exit or lower the window. Agent Duenas gave loud verbal commands and warned VELAZQUEZ that he would break the window if VELAZQUEZ continued to be non-compliant.

VELAZQUEZ refused to exit, and Agent Duenas utilized a window breaking tool to shatter the driver side window. Once the window was broken, VELAZQUEZ still refused to exit. Agent Escobedo transitioned to the driver side and moved in to extract VELAZQUEZ while I remained on the passenger side. Once Agent Escobedo entered the vehicle, VELAZQUEZ applied mechanical resistance by using his body weight and posture to prevent Agents from removing him from the vehicle. Agent Escobedo pulled on VELAZQUEZ but was unable to move him. VELAZQUEZ was using his body weight, feet, and right arm to brace himself inside the vehicle, effectively using mechanical resistance to thwart Agents' efforts to remove and arrest him. Agent Escobedo then utilized his OC spray and delivered a burst of OC towards VELAZQUEZ to gain compliance.

I was still positioned on the passenger side of the van and was able to gain entry once Agents unlocked the vehicle. I immediately entered the vehicle and took the keys out of the ignition to prevent VELAZQUEZ from escaping. While I was doing this, VELAZQUEZ was still refusing to exit. After VELAZQUEZ was sprayed with OC, I heard my partners yelling that VELAZQUEZ had punched Agent Escobedo. I leaned forward and delivered a burst of OC spray towards VELAZQUEZ' facial area. I was approximately one foot away from VELAZQUEZ and the OC deployment was approximately two seconds long.

At this point, VELAZQUEZ had been pepper sprayed twice and was still refusing to exit the vehicle. I observed VELAZQUEZ was using his right hand to brace himself inside the vehicle to prevent Agents on the opposite side from removing him. I then re-entered the van from the passenger side and grabbed VELAZQUEZ' right arm and delivered another burst of OC spray to VELAZQUEZ facial area. This deployment was also approximately one foot away from VELAZQUEZ and lasted approximately two seconds. The time between my first and second deployments of OC was approximately twelve seconds.

Once I delivered my second burst of OC spray, I noticed that Agents had partially removed VELAZQUEZ from the vehicle. I ran to the driver's side to assist my partners, and VELAZQUEZ was still non-compliant and refused to fully exit the vehicle. As I approached the scene, I heard Agents commanding VELAZQUEZ to stop resisting. I grabbed VELAZQUEZ' left leg and pulled it away from the vehicle. This maneuver coupled with other Agents' collective efforts resulted in VELAZQUEZ' successful extraction. Agents quickly overpowered VELAZQUEZ on the ground and placed him in handcuffs.

Once VELAZQUEZ was in custody, VELAZQUEZ' identity was confirmed by two documents in his possession. VELAZQUEZ had an Illinois driver's license PII and an identification card issued by the government of Mexico. Both documents depicted VELAZQUEZ name, date of birth, and photograph. At approximately 9:00 AM, Agent Duenas placed VELAZQUEZ under arrest for violation of Title 8 if the United States Code.

VELAZQUEZ was decontaminated by Agents and transported to the ICE/ERO processing facility in Broadview, IL. VELAZQUEZ was monitored for approximately 45 minutes and did not display any adverse reactions to the OC spray. VELAZQUEZ' vehicle was left on scene per his request. I reported the use of force to (A) PAIC Sergio Guzman via phone. The event was captured on my body worn camera, serial number LES evidence number LES .

### Narrative of DUENAS, JAIME
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000

undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On October November 3, 2025, I, Border Patrol Agent-Intelligence Jaime Duenas was conducting immigration enforcement operations in the city of Niles, IL in support of Operation Midway Blitz. Niles has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 19 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in plain clothes with my service issued ballistic body armor with badge, insignia, and clear police markings on front and back. Agent Christopher Escobedo and I were riding together. Agents Scott Schreiffer, and Supervisor Mark Clinton were working in conjunction with me in unmarked government vehicles. These Agents were dressed in plain clothes with agency issued ballistic body armor with badge, insignia, and clear police markings on front and back. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 8:10 AM [LEP] The vehicle was parked in a public parking lot of the Home Depot store located at 8650 Dempster Street, Niles, IL. [LEP] [LEP] [PII] [PII] I observed a male Hispanic subject, later identified as VELAZQUEZ, exit the van and walk into the Home Depot Store. [LEP] [LEP] VELAZQUEZ has two prior orders of removal under [PII] VELAZQUEZ was arrested on January 20, 2014, at the Eagle Pass Border Patrol Station for entering illegally into the U.S. VELAZQUEZ was charged and subsequently convicted for False Claim to U.S. Citizenship and was removed via Expedited Removal to Mexico. VELAZQUEZ then illegally re-entered the U.S. on October 28, 2014, and his previous order of removal was reinstated, and he was subsequently removed to Mexico again. [LEP] [LEP]

Agent Clinton issued an i-200 warrant of arrest for VELASZQUEZ. I notified other team members of my findings, and they responded to my location to assist. I relayed other team members VELAZQUEZ's picture along with his clothing description.

After surveilling the vehicle for approximately one hour, VELAZQUEZ approached the vehicle and entered the driver's seat. We walked towards the vehicle and identified ourselves as Border Patrol Agents to VELAZQUEZ and called him by his name and ordered him to exit his vehicle.

VELAZQUEZ did not comply with our commands and started telling someone he was talking to over his phone "La Migra esta aqui, me agarraron," which translates to immigration is here, they got me. I gave VELAZQUEZ multiple commands to exit the vehicle, but he ignored the lawful orders. I warned VELAZQUEZ that his car window would be broken if he did not comply, but he still refused to exit his car. After multiple warnings and commands to exit were ignored, I utilized a window breaker tool to break the driver's side front window. VELAZQUEZ continued to ignore our commands to exit the vehicle, and we warned him that we would be OC Spray if he continued to resist and did not comply.

Agent Escobedo then unlocked the vehicle though the window, opened the door of the car and attempted to grab VELAZQUEZ to extract him and VELAZQUEZ pulled away from him. Agent Escobedo then deployed a two second burst of OC Spray into VELEAZQUEZ' facial area but VELAZQUEZ continued to resist and assaulted Agent Escobedo. VELAZQUEZ swung his arm towards Agent Escobedo's head, knocking off Agent Escobedo's head covering. VELAZQUEZ' assault on Agent Escobedo's head pushed Agent Escobedo out of the car. Agent Escobedo responded by delivering a defensive hand strike to VELAZQUEZ' head. I then noticed that VELAZQUEZ was holding Agent Escobedo's ballistic body armor as if he was attempting to pull him inside the car with him, but Agent Escobedo was able to free himself.

I then reached inside the car and attempted to grab VELAZQUEZ, but he continued to resist and to assault us. VELAZQUEZ was bracing himself inside the car by bracing himself with his right arm against the widow frame and by using his body weight, feet position, strength, and posture to apply mechanical resistance to actively resist our efforts to extract him from the vehicle.

VELAZQUEZ also attempted to kick me on my lower body as I reached to grab him, but he failed. I then delivered three defensive compliance strikes to VELAZQUEZ body. These strikes were delivered to protect my coworkers, gain compliance and effect the arrest.

VELAZQUEZ continued to resist arrest by using his body weight and posture against the vehicle frame. Agent Clinton then delivered two OC Spray bursts to VELAZQUEZ's facial area, and we were then able to safely extract him out of the car and placed him in handcuffs.

I placed VELAZQUEZ under arrest for violation of Title 8 of the United States code. The arrest time was at approximately 9:00 a.m. LEP
LEP

Supervisory Border Patrol Agent-Intelligence Mark Clinton was present during the encounter, and the use of force was reported and witnessed by him. We decontaminated VELAZQUEZ and monitored him for approximately 45 minutes. VELAZQUEZ did not display any adverse reactions to the OC exposure, nor did he request further medical attention.

VELAZQUEZ was transported to the ICE/ERO processing facility in Broadview, Illinois for processing and removal. VELAZQUEZ' vehicle was left at the location of arrest per his request. On our way to the ERO facility, VELAZQUEZ apologized to us and said he was sorry for his actions towards us.
The arrest was captured on my body worn camera, serial number LES evidence serial number LES

**Narrative of ESCOBEDO, CHRISTOPHER**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 03, 2025, I, Border Patrol Agent Christopher Escobedo was conducting immigration enforcement operations in the city of Niles, IL in support of Operation Midway Blitz. Niles has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 5 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted smuggling events and arrested and interviewed hundreds of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, IL or one of the surrounding cities. According

to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating an unmarked government rental vehicle in order to blend in with the general public and covertly search for criminal activity. Agents Scott Schrieffer, Jaime Duenas, Supervisor Mark Clinton and I were all dressed in plain clothes with agency issued ballistic body armor with badge, U.S. Border Patrol insignia, and clear police markings visible on front and back. All agents were readily identified as Federal Agent by any reasonable person.

At approximately 08:10 A.M, Agent Duenas noticed three male subjects exit a vehicle, the driver looked around in a paranoid and alert manner. Based on my training and experience, this behavior is common for illegal aliens who are unlawfully present for fear of arrest and deportation, or by individuals who are actively involved in or about to commit a crime. The suspicious males then entered the Home Depot. It should be noted that no other patrons at the Home Depot were acting in this manner. The other patrons present parked their vehicle and entered the store without displaying any abnormal behavior. It should be noted that ICE and Border Patrol presence in the greater Chicago area has been widely publicized on local, national, and social media.

[LEP] We were searching the area for stolen vehicles, illegal aliens, and other crimes. The subject's vehicle was parked near the Home Depot, located in the vicinity of 8650 Dempster St in Niles, IL. Department of Homeland Security [LEP] [LEP] [LEP] VELAZQUEZ as a citizen of Mexico born on [PII] [LEP] VELAZQUEZ was illegally present in the United States and had two prior removals from the United States. VELAZQUEZ was convicted on 1/22/2014 for False Claim to United States Citizenship and was repatriated to Mexico on January 24, 2014, via the Del Rio, Texas International Bridge. VELAZQUEZ was also repatriated to Mexico on October 28, 2014, via Laredo, Texas.

[LEP] Supervisory Border Patrol Agent-Intelligence Mark Clinton issued an i-200 warrant of arrest for VELAZQUEZ, which identified him as a target of interest for Agents conducting enforcement operations under Operation Midway Blitz.

After surveilling the vehicle for approximately 45 minutes, VELAZQUEZ walked towards the vehicle. VELAZQUEZ appeared to be the same male who we had observed looking around in a paranoid and overly alert manner earlier. [LEP] [LEP] we were reasonably certain that it was VELAZQUEZ walking towards his vehicle. As he approached his vehicle, VELAZQUEZ immediately entered his vehicle and turned the engine on. All agents immediately began to approach VELAZQUEZ to make contact with him.

Agents Duenas and Agent Schrieffer approached VELAZQUEZ' vehicle from the driver side and identified themselves as U.S. Border Patrol Agents. Agent Clinton and I approached from the passenger side. Agent Duenas addressed VELAZQUEZ by his name. VELAZQUEZ acknowledged Agent Duenas and immediately began to ignore his commands to exit the van. Agent DUENAS repeatedly ordered VELAZQUEZ to open his driver's side door, or he would break his window to safely extract him. VELAZQUEZ continued to ignore Agent Duenas' commands and began to call someone on the phone. Agent Duenas then utilized a window breaker too and shattered VELAZQUEZ' driver side window. At this moment, I made my way towards the driver's side door and approached VELAZQUEZ and gave him commands to get out of the vehicle. VELAZQUEZ continued to ignore my commands and the commands of my partners. I warned VELAZQUEZ that OC spray would be deployed if he did not comply.

At this moment, I reached into the driver side door and unlocked the vehicle while opening the vehicle, allowing Agent Clinton to have access to open the passenger side door. Agent Clinton then reached for the vehicle keys and detached them from the ignition to prevent VELAZQUEZ from escaping. VELAZQUEZ continued to resist and began to shout for help. VELAZQUEZ then told the person he was talking on the phone that, "La Migra esta aqui, ya me aggarraron". This loosely translates to "Border Patrol is here, they caught me".

As I reached inside the vehicle to safely extract VELAZQUEZ, he immediately tilted his body towards the passenger side and began to use his legs to kick my partners and I. I then tried to grab his hands, but VELAZQUEZ continued to resist. I then

deployed OC spray towards VELZQUEZ' facial area with an approximate one second burst. I was approximately one foot away from VELAZQUEZ when I deployed my OC spray. The spray appeared to have little effect on VELAZQUEZ. VELAZQUEZ continued to be non-compliant. VELAZQUEZ remained non-compliant and threw a hard closed fist strike that made contact with my head. Agent Clinton than deployed OC spray towards VELAZQUEZ' facial area with a one second burst. VELAZQUEZ then tried to get a grip of my head but only got grip of my beanie. VELAZQUEZ then maneuvered his hand and got a strong grip of my ballistic body armor, which in response, I then threw a defensive compliant strike towards his facial area. The defensive compliant strike was effective, and I was able to step away from the vehicle allowing my partners to attempt to safely extract VELAZQUEZ. For the safety and awareness of my partners I advised my partners that VELAZQUEZ had thrown a strike.

VELAZQUEZ continued to not comply and use his body weight and posture to his advantage. Agent Duenas then approached the driver's side; VELAZQUEZ attempted to throw a kick towards Agent Duenas' lower body. Agent Duenas then threw defensive compliant strikes towards VELAZQUEZ' torso area. Agent Clinton deployed a second burst of OC spray to VELAZQUEZ' facial area which partially incapacitated him. Agent Schrieffer, Agent Clinton and Agent Duenas then got a hold of VELAZQUEZ; however, he continued to use his body weight and his hands to grab onto the vehicle not allowing agents to safely extract him from the driver seat.

After a continued effort, we were able to safely extract VELAZQUEZ and place him in the parking lot ground. VELAZQUEZ was face down with his hands concealed underneath his body. He was maintaining his position and refusing to comply with commands to surrender his hands. VELAZQUEZ was using the weight of his torso and his strength to keep his hands tucked under his body. While VELAZQUEZ continued to resist arrest, I placed my right knee on VELAZQUEZ's right hip while instructing him to give up his hands. VELAZQUEZ subsequently complied and gave us his hands. Agents were then able to secure VELAZQUEZ in handcuffs and escorted him into our vehicle.

Due to officer safety concerns, and privacy factors, VELAZQUEZ was transported a short distance away to continue the investigation. LEP LEP LEP LEP At approximately 9:00 A.M., Agent Duenas placed VELAZQUEZ under arrest for violation of Title 8 of the United States Code.

I notified Supervisory Border Patrol Agent-Intelligence Mark Clinton in person regarding the use of force. Agent Clinton was on scene and was notified of the OC deployment. Once in a safer setting, Agents conducted decontamination procedures to assist VELAZQUEZ with the effects of the OC exposure. in accordance with CBP use of force policy guidelines, VELAZQUEZ was observed for 45 minutes. VELAZQUEZ was provided with access to fresh air and water to help alleviate the OC irritation. VELAZQUEZ did not display any adverse reactions to the OC spray and did not claim to be injured. After decontamination was complete, VELAZQUEZ appeared to be in stable condition and did not request further medical treatment. VELAZQUEZ was transported to the ICE/EO facility in Broadview, IL for processing and removal.

This encounter was captured on my body worn Camera # LES ; Evidence Serial Number LES

**Narrative of SCHRIEFFER, SCOTT D.**
Immigration and Customs Enforcement (ICE) is currently executing "Operation Midway Blitz" targeting immigration violators throughout the nation. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

Public source information regarding the Chicago, Illinois metropolitan area estimates there are approximately 257,000 undocumented immigrants living in and around Chicago. Records also indicate approximately 50,000 illegal aliens were transferred to Chicago from border states between 2022 - 2024.

On November 3, 2025, I, Border Patrol Agent-Intelligence Scott D. Schrieffer was conducting immigration enforcement operations in the city of Niles, IL in support of Operation Midway Blitz. Niles has been identified as a city within Cook County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I have been employed as a Border Patrol Agent for over 29 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime.

During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, many illegal aliens have told me that their final destination was Chicago, Il or one of the surrounding cities. According to recent polls, there are nearly two million undocumented migrants in Illinois as recently publicized. Additionally, more than 50,000 undocumented migrants were shuttled to Chicago during the last migrant crisis in an effort to decompress the strain on the southern border cities.

On this date, I was operating in an unmarked Border Patrol rental vehicle in order to blend in with the general public and covertly search for criminal activity. Agents Jaime Duenas, Christopher Escobedo and Supervisor Mark Clinton were working in conjunction with me in unmarked government rental vehicles. We were all dressed in plain clothes with service issued ballistic body armor displaying badge, agency insignia, and clear police markings on front and back. We were readily identifiable as Federal Agents by any reasonable person.

At approximately 8:00 AM, [LEP] [LEP] [LEP] Jesus VELAZQUEZ-Duarte (DOB: [PII] VELAZQUEZ is a citizen and national of Mexico previously removed from the United States with [PII] The vehicle was parked in a public parking lot near 8650 Dempster Street in Niles, IL. Agent Duenas relayed his findings to other team members and posted a photo of VELAZQUEZ. We responded to his location to assist. Agent Clinton issued an i-200 warrant of arrest for Velazquez.

As VELAZQUEZ approached the van, agents positioned their unmarked vehicles behind to prevent escape. My body worn camera was activated upon exiting my vehicle. Agents approached the driver and passenger side windows and ordered VELAZQUEZ exit the vehicle. I was positioned on the driver side near the driver window. After several commands, agents advised they would break the windows if VELAZQUEZ refused to exit.

VELAZQUEZ continued to ignore commands and the driver's side window was broken. VELAZQUEZ actively resisted agents by pulling away, pushing agents' arms, grabbing on to the steering wheel, honking the horn yelling for someone to help him and wedging his left foot against the side of the van in an attempt to stay in the vehicle.

Agents Escobedo deployed OC spray to stop VELAZQUEZ from actively resisting. When it was ineffective Supervisor Clinton deployed his OC spray. VELAZQUEZ swung his balled up left hand, striking Agent Escobedo in the head. Agents Escobedo, Duenas, Clinton and I were able to remove VELAZQUEZ from the van and place him facing downward in the parking lot. VELAZQUEZ continued to actively resist, by laying on hands and refusing commands to place them behind his back. We were able to safely secure VELAZQUEZ and place him in custody.

VELAZQUEZ is pending charges for immigration violations. VELAZQUEZ was taken to the ICE/ERO processing facility in Broadview, Illinois for processing and removal.
Body Worn Camera Evidence Serial Number [PII]

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| Submitted | CLINTON, MARK A. | 11/03/2025 16:35 | |

| Rejected | CHAMBERS, ANTHONY E. | 11/04/2025 11:29 | Narrative corrections were required. |
|---|---|---|---|
| Submitted | DUENAS, JAIME | 11/04/2025 14:24 | |
| Approved | CHAMBERS, ANTHONY E. | 11/04/2025 15:28 | |