# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

March 5, 2026

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

MICHAEL B. BRENNAN, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

|  |  |
|---|---|
| No. 25-3023 | CHICAGO HEADLINE CLUB, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>KRISTI L. NOEM, Secretary of Homeland Security, in her official capacity, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-12173<br>Northern District of Illinois, Eastern Division<br>District Judge Sara L. Ellis | |

We grant the government's motion. We **VACATE** the district court's order granting the preliminary injunction. And we **DISMISS** this appeal under Federal Rule of Appellate Procedure 42(b)(2). The above is in accordance with the decision of this court entered on this date. Each party bears its own costs.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)