**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 25-cv-12173 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis, |
| | ) | United States District Judge |
| MARKWAYNE MULLIN,[1] Secretary of U.S. Department of Homeland Security, in his official capacity, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF UNOPPOSED MOTION**

PLEASE TAKE NOTICE that on May 12, 2026, at 9:45 a.m., counsel for Defendants shall appear before the Honorable Judge Sara L. Ellis in the United States District Court for the Northern District of Illinois, and submit Defendants' Unopposed Motion To Exempt Body Worn Camera Videos From California and Arizona from Public Disclosure, a copy of which has been filed at ECF No. 368.

Dated: May 5, 2026                                 Respectfully submitted,

                                                          BRETT A. SHUMATE
                                                          Assistant Attorney General
                                                          Civil Division

---

[1] Under Federal Rule of Civil Procedure 25(d), Markwayne Mullin, current Secretary of Homeland Security, is automatically substituted as a Defendant.

ELIZABETH HEDGES
SEAN SKEDZIELEWSKI
Counsel to the Assistant
Attorney General

/s/ Andrew I. Warden
ANDREW I. WARDEN
Assistant Director
JEREMY NEWMAN
CHRISTOPHER LYNCH
SAMUEL HOLT
PETER GOLDSTONE
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084

*Attorneys for Defendants*