**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chicago Headline Club, et al.
                          Plaintiff,

v.                                                Case No.: 1:25−cv−12173
                                                  Honorable Sara L. Ellis

Kristi Noem, et al.
                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 11, 2026:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants'
motion to exempt body worn videos from California and Arizona from public disclosure
[368]. The Court exempts from public disclosure the nine videos identified in Defendants'
motion and finds that these videos were inadvertently included in the videos submitted for
the Court's review, were irrelevant to the Court's consideration of the merits in the case,
and good cause exists to exempt these videos from public disclosure in order to protect the
privacy interests of the parties depicted in the videos. No appearance required on
5/12/2026. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.