**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 25-cv-12173 |
| v. | ) | |
| | ) | Hon. Sara L. Ellis |
| KRISTI NOEM, Secretary, U.S. Department | ) | District Judge |
| of Homeland Security, in her official capacity, | ) | |
| *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW APPEARANCE OF PRIYANKA MENON

Pursuant to Local Rule 83.17 of the United States District Court of the Northern District of Illinois, Plaintiffs, through their attorneys, respectfully request this Court grant leave to withdraw the appearance of Priyanka Menon as counsel. In support of this motion, Plaintiffs state as follows:

1.      Ms. Menon entered her appearance on behalf of Plaintiffs on October 20, 2025.

2.      As of June 24, 2026, Ms. Menon will no longer be employed by the Roger Baldwin Foundation of ACLU, Inc.

3.      Plaintiffs will continue to represented by attorneys from the Roger Baldwin Foundation of ACLU, Inc., Loevy & Loevy, Mandel Legal Clinic, Community Justice and Civil Rights Clinic, First Defense Legal Aid, and Protect Democracy Project.

WHEREFORE, Priyanka Menon respectfully requests that the Court grant leave for her withdrawal as counsel of record and that she be removed from the Electronic Case Filing Service List.

Dated: June 22, 2026

Respectfully submitted,

/s/ *Priyanka Menon*
*One of Plaintiffs' Attorneys*

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, Illinois 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org
hjoshi@aclu-il.org
pmenon@aclu-il.org

## CERTIFICATE OF SERVICE

I, Priyanka Menon, an attorney, hereby certify that I have caused a true and correct copy of the foregoing MOTION TO WITHDRAW APPEARANCE OF PRIYANKA MENON to be served on June 22, 2026, upon all counsel in this case via the Court's electronic filing system.


/s/ *Priyanka Menon*