**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB, *et al.*, | ) | |
| | ) | No. 25-cv-12173 |
| *Plaintiffs,* | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | District Judge |
| | ) | |
| | ) | |
| KRISTI NOEM, Secretary, U.S. Department | ) | |
| of Homeland Security, in her official | ) | |
| capacity, *et al.*, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANTS' MOTION TO WITHDRAW APPEARANCE
OF SEAN SKEDZIELEWSKI**

Pursuant to Local Rule 83.17, Defendants respectfully move for leave to withdraw Sean Skedzielewski as counsel for Defendants in the above-captioned case. Mr. Skedzielewski will soon be leaving the U.S. Department of Justice. Defendants will continue to be represented by other counsel from the U.S. Department of Justice who have appeared in this matter. Mr. Skedzielewski's withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, Mr. Skedzielewski respectfully request that the Court grant his request to withdraw as counsel of record.

//

//

//

//

//

1

Dated: August 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

*/s/ Sean Skedzielewski*
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave NW
Washington, D.C. 20530
Telephone: (202) 307-1697
Fax: (202) 616-8470
*Counsel for Defendants*